Daniel J. Anderson (IA Bar No. 20215)
  danderson@wertzlaw.com
WERTZ & DAKE
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone:   319.861.3001
Facsimile:   319.861.3007

Daniel H. Lutz (WA Bar No. 45708)
  dlutz@aldf.org
Jessica L. Blome (MO Bar No. 59710)
  jblome@aldf.org
*Pro Hac Vice pending*
ANIMAL LEGAL DEFENSE FUND
170 E. Cotati Avenue
Cotati, CA 94931
Telephone:   707.795.2533
Facsimile:    707.795.7280

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF IOWA**

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>          Plaintiffs,<br>  v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>          Defendants. | Case No. C14-2034-LRR<br><br>**DISCLOSURE STATEMENT** |

As required by LR 7.1 and LR 81.c and d, Plaintiff Animal Legal Defense Fund in this case, provides the following information to the court:

(a) *The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the plaintiff as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the plaintiff's outcome in the case*: **None.**

(b) *With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both*: **Not applicable.**

Dated July 1, 2014

Respectfully submitted,

/s *Daniel J. Anderson*
Daniel J. Anderson (IA Bar No. 20215)

danderson@wertzlaw.com
WERTZ & DAKE
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
319.861.3001

/s *Daniel Lutz*
Daniel Lutz (WA Bar No. 45708)
dlutz@aldf.org

/s *Jessica L. Blome*
Jessica L. Blome (MO Bar No. 59710)
jblome@aldf.org

ANIMAL LEGAL DEFENSE FUND
(*pro hac vice pending*)
170 E. Cotati Avenue
Cotati, CA 94931
707.795.2533

Attorneys for Plaintiffs
LISA KUEHL, TRACEY KUEHL, KRIS BELL, NANCY HARVEY, JOHN BRAUMANN, and ANIMAL LEGAL DEFENSE FUND