Civil Action No. C14-2034-LRR

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Tom Sellner
was received by me on *(date)*   06/27/2014   .

☒ I personally served the summons on the individual at *(place)*   1512 210th St, Manchester, IA 52057   on *(date)*   6-27-14   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $   40.00   .

I declare under penalty of perjury that this information is true.

Date: 6-27-14

     *Melissa Thompson*
     Server's signature

     Melissa Thompson Process Server
     Printed name and title

     5009 E Ave NW, Cedar Rapids IA
     Server's address

Additional information regarding attempted service, etc:

Civil Action No. C14-2034-LRR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Pamela Sellner
was received by me on *(date)* 06/27/2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tom Sellner , who is
designated by law to accept service of process on behalf of *(name of organization)* Pamela Sellner
21512 210 St, Manchester IA on *(date)* 6-27-14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-27-14

*Melissa Thompson*
Server's signature

Melissa Thompson, Process Server
Printed name and title

5009 E Ave NW Cedar Rapids IA
Server's address

Additional information regarding attempted service, etc:

Civil Action No. C14-2034-LRR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Cricket Hollow Zoo
was received by me on *(date)* 06/27/2014 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tom Sellner , who is
designated by law to accept service of process on behalf of *(name of organization)* Cricket Hollow Zoo,
@ 1512 210 St, Manchester IA 52057 on *(date)* 6-27-14 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6-27-14

*Melissa Thompson*
Server's signature

Melissa Thompson, process server
Printed name and title

5009 E Ave NW Cedar Rapids IA
Server's address

Additional information regarding attempted service, etc:

MAM Serving
5009 E Ave NW
Cedar Rapids, IA 52405

Case #: 14-cv-2034-LRR

I, the undersigned, being first duly sworn on oath, depose and state that I am over the age of 18 years, and that I received and served the following documents:

NEW CIVIL PROCEDURES PACKET
SUMMONS/COMPLAINT

On the 27th day of June, at 12:54 pm, I served the documents on the within named CRICKET HOLLOW ZOO at 21512 210th STREET, in the city of MANCHESTER in IOWA by delivering a true and identical copy of such items in the following manner:

I served the same on the above corporation and its individual owners by delivering a copy to TOM SELLNER, who is designated by law to accept service of process on behalf of CRICKET HOLLOW ZOO, INC and PAMELA SELLNER, and who is over 18 ears old.

Fee: $40.00

By: *Melissa Thompson*

Signed and sworn to before me by MELISSA THOMPSON on this 2ND day of JULY, 2014.

*Mitchell Meeks*
Notary Public In the State of IA



MITCHELL MEEKS
Commission Number 738077
My Commission Expires
December 13, 2014