## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TRACEY K. KUEHL, an individual; ) <br> LISA K. KUEHL, an individual; ) <br> KRISS A. BELL, an individual; ) <br> JOHN T. BRAUMANN, an individual, ) <br> and; ANIMAL LEGAL DEFENSE ) <br> FUND, a non-profit corporation, ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> PAMELA SELLNER, an individual; ) <br> TOM SELLNER, an individual; and ) <br> CRICKET HOLLOW ZOO, a ) <br> non-profit corporation, ) <br> ) <br> Defendants. ) <br> ) | Case No. C14-2034-LRR <br><br> Assigned to: LRR <br><br> Referred to: JSS <br><br><br> **DISCLOSURE STATEMENT** |

As required by LR 7.1 and LR 81.c and d, Defendant, Cricket Hollow Zoo, in this case, provides the following information to the court:

(a) The following are the names of all associations, firms, partnerships, corporations, and other artificial entities that either are related to the Defendant as a parent, subsidiary, or otherwise, or have a direct or indirect pecuniary interest in the Defendant's outcome in this case:

  None

(b) With respect to each entity named in response to (a), the following describes its connection to or interest in the litigation, or both:

  None

Date: _July 21, 2014_

_/s/ Larry J. Thorson_
Larry J. Thorson                        #AT0007976
ACKLEY KOPECKY & KINGERY, L.L.P.
4056 Glass Road, NE
Cedar Rapids, IA 52402
Ph: (319) 393-9090 Fax: (319) 393-9012
Email: lthorson@akklaw.com

2