Daniel J. Anderson (IA Bar No. 20215)
danderson@wertzlaw.com
WERTZ & DAKE
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone:   319.861.3001
Facsimile:    319.861.3007

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>Defendants. | Case No. C14-2034-LRR<br><br>Assigned to: LRR<br><br>Referred to: JSS<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF JESSICA BLOME AND DANIEL LUTZ** |

Jessica Blome, a lawyer who is not a member of the bar of this district, and Daniel Lutz, a lawyer who is not a member of the bar of this district, move to appear in this case pro hac vice on behalf of all plaintiffs.

Jessica Blome states that she is a member in good standing of the bar of the state of Missouri and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Jessica Blome further states that she will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Daniel J. Anderson, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c.

Daniel Lutz states that he is a member in good standing of the bar of the state of Washington and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Daniel Lutz further states that he will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Daniel J. Anderson, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c.

The certificates of good standing required by Administrative Order No. 10-AO-4-P are attached.

The ECF registrations as required by LR 83.1.3.B(2) are also attached.

/s Jessica L. Blome
Jessica L. Blome (MO Bar No. 59710)
Animal Legal Defense Fund
170 E Cotati Avenue
Cotati, CA 94931
707-795-2533 t 707-795-2280 f
jblome@aldf.org

/s Daniel Lutz
Daniel Lutz (WA Bar No. 45708)
Animal Legal Defense Fund
919 SW Taylor
Portland, OR 97205
707-795-2533 t 707-795-2280 f
dlutz@aldf.org

Respectfully submitted,

/s Daniel J. Anderson
Daniel J. Anderson (IA Bar No. 20215)
danderson@wertzlaw.com
WERTZ & DAKE
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone:    319.861.3001
Facsimile:    319.861.3007

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>Defendants. | Case No. C14-2034-LRR<br><br>Assigned to: LRR<br><br>Referred to: JSS<br><br>**[PROPOSED] ORDER** |

The pro hac vice applications for Jessica Blome and Daniel Lutz are hereby granted.

Dated:_____         _____
                                  The Honorable Linda L. Reade

# The Supreme Court of Missouri



## Certificate of Admission as an Attorney at Law

I, Bill L. Thompson, Clerk of the Supreme Court of Missouri, do hereby certify that the records of this office show that on 9/12/2007,

## *Jessica Lynn Blome*

was duly admitted and licensed to practice as an Attorney and Counselor at Law in the Supreme Court of Missouri and all courts of record in this state, and is, on the date indicated below, a member in good standing of this Bar.

IN TESTIMONY WHEREOF, I hereunto set my hand and affix the seal of the Supreme Court of Missouri at my office in Jefferson City, Missouri, this 15th day of July 2014.

*Bill L. Thompson*

Clerk of the Supreme Court of Missouri

# CERTIFICATION OF CURRENT STATUS

June 18, 2014

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the Washington State Bar Association, **Mr Daniel Harold Lutz**, WSBA ID# **45708** was admitted to the practice of law in this state by the Supreme Court of Washington on **January 8, 2013**, and is, as of today's date, an **Active member** of the Washington State Bar Association, <u>**Eligible**</u> to practice law in this state.

This certificate reflects the member's status as of the date stated. Historical information about status, including periods on inactive status, administrative and disciplinary suspensions, disbarments, resignations, etc., are not reflected in this information, but are available through a Certification of Status History. Complete discipline information, including confidential and public information about grievances and disciplinary proceedings, is available with written authorization signed by the member, through a Discipline History Certificate.

_Paula C. Littlewood_
Paula C. Littlewood
Executive Director

Washington State Bar Association
1325 Fourth Ave, Suite 600
Seattle, WA 98101-2539
206-443-WSBA