IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

TRACEY K. KUEHL, an individual;
LISA K. KURHL, an individual; KRIS
A. BELL, an individual; NANCY A.
HARVEY, an individual; JOHN T.
BRAUMANN, an individual, and;
NIMAL LEGAL DEFENSE FUND, a
non-profit corporation,

    Plaintiffs,

vs.

PAMELA SELLNER, an individual;
TOM SELLNER, an individual; and
CRICKET HOLLOW ZOO, a non-
profit corporation,

    Defendants.

No. C14-2034

ORDER FOR ADMISSION
*PRO HAC VICE*

This matter comes before the Court on the Motion for Admission Pro Hac Vice (docket number 8) filed by attorneys Jessica Lynn Blome and Daniel Harold Lutz on July 24, 2014. The Court finds the motion should be granted.

ORDER

**IT IS THEREFORE ORDERED** that the Motion for Admission Pro Hac Vice (docket number 8) is hereby **GRANTED**. Attorneys Jessica Lynn Blome and Daniel Harold Lutz are authorized to appear on behalf of Plaintiffs in this case.

DATED this 24th day of July, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA