IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al., <br><br> Plaintiffs, <br> v. <br><br> PAMELA SELLNER, et al., <br><br> Defendants. | Case No. C14-02034-LRR <br><br> **Scheduling Order <br> and Discovery Plan** |

Counsel have conferred and submit the following case information and proposed dates for case management:

1. Did the parties both (a) enter into an agreement at the Rule 26(f) conference resolving all issues relating to initial disclosures, and (b) discuss the preservation, disclosure, and discovery of electronically stored information? **X** yes __ no
   *If any party objected at the Rule 26(f) conference to making or to the timing of the initial disclosures, then the objecting party must, within 10 days after this order and plan has been filed, serve and file a document in which the objections are set forth with particularity.* If the parties have agreed to a deadline for making the initial disclosures, state the date by which the initial disclosures will be made: **August 28, 2014**

2. Deadline for motions to add parties: **October 14, 2014**

3. Deadline for motions to amend pleadings: **October 14, 2014**

4. Expert witnesses disclosed by:
   a) Plaintiff: **November 30, 2014**
   b) Defendant: **January 30, 2015**
   c) Plaintiff Rebuttal: **February 28, 2015**

5. Deadline for *completion* of discovery: **May 1, 2015**
6. Dispositive motions deadline (*at least 120 days before Trial Ready Date*): **June 1, 2015**

7. Trial Ready Date (*at least 120 days after Dispositive Motions Date*): **October 1, 2015**

8.  Has a jury demand been filed? _____ yes  **X** no

9.  Estimated length of trial: **4** days

10. Settlement conference (choose one of the following):
    (a) _____ A court-sponsored settlement conference should be set by
    the court at this time for a date after: _____; or
    (b) **X** A court-sponsored settlement conference is not necessary at this time.

11. Should the court order a court-sponsored scheduling and planning conference pursuant to Fed. R. Civ. P. 16(b) and 26(f)?  **X** yes _____ no

12. Do the parties unanimously consent to trial, disposition and judgment by a U.S. Magistrate Judge, with appeal to the Eighth Circuit Court of Appeals pursuant to 28 U.S.C. § 636(c)(3)?  **X** yes _____ no

/s/ Jessica L. Blome
Attorney for Plaintiffs:

/s/ Larry Thorson
Attorney for Defendants:

| Daniel J. Anderson (IA Bar No. 20215)<br>danderson@wertzlaw.com<br>WERTZ & DAKE<br>1500 Center St. NE #101<br>Cedar Rapids, IA 52402-5500<br>Telephone: 319.861.3001<br>Facsimile: 319.861.3007<br><br>Jessica L. Blome (MO Bar No. 59710)<br>jblome@aldf.org<br>Animal Legal Defense Fund<br>170 E. Cotati Ave.<br>Cotati, CA 94931<br>Telephone: 641.431.0478<br>Facsimile: 707.795.7280 | Larry J. Thorson (IA Bar No. 7976)<br>lthorson@akklaw.com<br>Ackley Kopecky & Kingery, LLP<br>4056 Glass Rd NE<br>Cedar Rapids, IA 52402-5062<br>Telephone: 319.393.9090<br>Facsimile: 319.393.9012 |

## JUDGE'S REVISIONS

The deadline in Paragraph 1 (**initial disclosures**) is changed to _____

The deadline in Paragraph 2 (**add parties**) is changed to _____

The deadline in Paragraph 3 (**amend pleadings**) is changed to _____

The deadline in Paragraph 4a (**plaintiff experts**) is changed to _____

The deadline in Paragraph 4b (**defendant experts**) is changed to _____

The deadline in Paragraph 4c (**plaintiff rebuttal experts**) is changed to _____

The deadline in Paragraph 5 (**discovery**) is changed to _____

The deadline in Paragraph 6 (**motions**) is changed to _____

The deadline in Paragraph 7 (**trial ready**) is changed to _____

IT IS ORDERED that this proposed Scheduling Order and Discovery Plan __X__ **is** _____ **is not** approved and adopted by this court.

IT IS FURTHER ORDERED that a scheduling and planning conference:

__X__ will not be scheduled at this time.

_____ will be held in the chambers of Judge _____ at the U.S. Courthouse in _____, Iowa, on the _____ day of _____, at _____ o'clock, ___.m.

_____ will be held by telephone conference call, to be initiated by counsel for plaintiff, on the _____ day of _____, at _____ o'clock, ___.m.

**DATED** this _27th_ day of _August_, _2014_.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT

3

Case 6:14-cv-02034-JSS   Document 10   Filed 08/28/14   Page 3 of 4

## ORDER OF REFERENCE

**IT IS HEREBY ORDERED** that this case is referred to a U.S. Magistrate Judge for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the consent of the parties.

**DATED** this 27th day of August, 2014.

_____
UNITED STATES DISTRICT JUDGE