IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

TRACEY K. KUEHL, an individual;
LISA K. KUeHL, an individual; KRIS A.
BELL, an individual; NANCY A.
HARVEY, an individual; JOHN T.
BRAUMANN, an individual, and;
ANIMAL LEGAL DEFENSE FUND, a
non-profit corporation,

   Plaintiffs,

vs.

PAMELA SELLNER, an individual; TOM
SELLNER, an individual; and CRICKET
HOLLOW ZOO, a non-profit
corporation,

   Defendants.

No. C14-2034

ORDER SETTING SCHEDULING
CONFERENCE TO ESTABLISH TRIAL
DATE

A review of the file reflects that this case has been assigned to the Magistrate Judge by consent of all parties. The undersigned Judge will preside in this case until its conclusion. The Court believes that a scheduling conference should be held and a firm trial date should be established.

### ORDER

IT IS THEREFORE ORDERED that this matter shall come on for a scheduling conference to establish a trial date at **8:30 a.m.** on the **3rd day of September, 2014**. Said conference shall be held by telephone conference call to be initiated by counsel for the Plaintiff. The Court may be contacted at 319-286-2340.

DATED this 28th day of August, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA