Notice of Withdrawal

Daniel J. Anderson (IA Bar 20215)
danderson@wertzlaw.com
WERTZ & DAKE
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone: 319.816.3001
Facsimile:   319.816.3007

Jessica L. Blome (MO Bar No. 59710)
jblome@aldf.org
Pro Hac Vice
ANIMAL LEGAL DEFENSE FUND
170 E. Cotati Avenue
Cotati, CA 94931
Telephone: 707.795.2533
Facsimile:   707.795-7280

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, Kris A. Bell, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>Defendants. | CASE NO. C14-2034-LRR<br><br>Assigned to: LRR<br><br>Referred to JSS<br><br>NOTICE OF WITHDRAWAL OF DANIEL <u>LUTZ AS ATTORNEY OF RECORD</u> |

DANIEL LUTZ  hereby withdraws as an attorney of record, as he is no longer employed by the Animal Legal

Defense Fund.  The Animal Legal Defense Fund, through Staff Attorney Jessica Blome and local counsel Wertz &

Dake, through Daniel J. Anderson, esq. will remain counsel for Plaintiffs.  Mr. Lutz and Ms. Blome have notified

Notice of Withdrawal - 1

Notice of Withdrawal

 Plaintiffs and opposing counsel of this change, pursuant to Local Rule 83(d)5.

The trial date has been scheduled for September 11, 2015 and there are no other motions currently

scheduled.

Date:  December 18, 2014

/s/ Daniel J Anderson
Daniel J Anderson
WERTZ & DAKE


/s/ Jessica L. Blome
Jessica L. Blome
ANIMAL LEGAL DEFENSE FUND