[Proposed] ORDER

Daniel J. Anderson (IA Bar 20215)
danderson@wertzlaw.com
WERTZ & DAKE
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone: 319.816.3001
Facsimile:   319.816.3007

Jessica L. Blome (MO Bar No. 59710)
jblome@aldf.org
Pro Hac Vice
ANIMAL LEGAL DEFENSE FUND
170 E. Cotati Avenue
Cotati, CA 94931
Telephone: 707.795.2533
Facsimile:   707.795-7280

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>Defendants. | CASE NO. C14-2034-LRR<br><br>Assigned to: LRR<br><br>Referred to JSS<br><br>[PROPOSED] ORDER ALLOWING WITHDRAWAL OF DANIEL LUTZ AS <u>ATTORNEY OF RECORD</u> |

This matter having come before the court finds good cause allowing the withdrawal of Daniel Lutz as Attorney of Record for plaintiffs.

[PROPOSED] ORDER - 1

[Proposed] ORDER

## ORDER

     IT IS THEREFORE ORDERED that Daniel Lutz has been removed as Attorney of Record for the Plaintiffs.

Dated: _____

                                                     _____
                                                   JON STUART SCOLES
                                                   CHIEF MAGISTRATE JUDGE
                                                 NORTHERN DISTRICT OF IOWA

[PROPOSED] ORDER - 2

Case 6:14-cv-02034-JSS   Document 14-1   Filed 12/18/14   Page 2 of 2