CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the Notice of Withdrawal of Daniel Lutz as Attorney of Record for the plaintiffs with the Clerk of the Court using the CM/ECF system which will cause the foregoing to be served on all counsel of record in the service list below. In addition, I certify that I mailed by first class through the US Postal service to all plaintiffs listed below.

Dated: 12/18/14  /s/ Jessica Blome
Jessica Blome

| CM/ECF SERVICE LIST: | US POSTAL SERVICE LIST |
|---|---|
| Larry Thorson<br>Ackley Kopecky & Kingery, LLP<br>40567 Glass Road NE<br>Cedar Rapids, IA 52402 | Lisa Kuehl<br>1428 270th Street<br>Madrid, IA 50156-7521<br><br>Tracey Kuehl<br>22781 230th Avenue<br>Davenport, IA 52807<br><br>Nancy A. Harvey<br>3026 NW 83rd Place<br>Ankeny, IA 50023<br><br>Kris Bell<br>3011 Aspen Road<br>Ames, IA 50014<br><br>John T. Braumann<br>257 Normandy Driive<br>Marion, IA 52302<br><br>Animal Legal Defense Fund<br>170 E. Cotati Avenue<br>Cotati, CA 94931 |