Daniel J. Anderson (IA Bar No. 20215)
danderson@wertzlaw.com
WERTZ & DAKE
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone:   319.861.3001
Facsimile:   319.861.3007

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>            Plaintiffs,<br>v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>            Defendants. | Case No. C14-2034-LRR<br><br>Assigned to: LRR<br><br>Referred to: JSS<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF JEFFREY PIERCE** |

Jeffrey Pierce, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of all plaintiffs.

Jeffrey Pierce states that he is a member in good standing of the bar of the state of California and that he agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Jeffrey Pierce further states that he will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Daniel J. Anderson, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

The certificate of good standing required by Administrative Order No. 10-AO-4-P is attached.

The ECF registration as required by LR 83.1.3.B(2) will be emailed to the Clerk.

/s Jeffrey Pierce
Jeffrey Pierce (CA SBN 293085)
Animal Legal Defense Fund
170 E Cotati Avenue
Cotati, CA 94931
707-795-2533 t 707-795-2280 f
jpierce@aldf.org

Respectfully submitted,

/s Daniel J. Anderson
Daniel J. Anderson (IA Bar No. 20215)
danderson@wertzlaw.com
WERTZ & DAKE
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone:     319.861.3001
Facsimile:     319.861.3007

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>　　　　　　　Plaintiffs,<br>　v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>　　　　　　　Defendants. | Case No. C14-2034-LRR<br><br>Assigned to: LRR<br><br>Referred to: JSS<br><br>**[PROPOSED] ORDER** |

The pro hac vice application Jeffrey Pierce is hereby granted.

Dated:_____

_____
The Honorable Jon Stuart Scoles
Chief Magistrate Judge
United States District Court



# THE STATE BAR OF CALIFORNIA

MEMBER RECORDS & COMPLIANCE

180 HOWARD STREET, SAN FRANCISCO, CALIFORNIA 94105-1617     TELEPHONE: 888-800-3400

# CERTIFICATE OF STANDING

February 3, 2015

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JEFFREY D. PIERCE, #293085 was admitted to the practice of law in this state by the Supreme Court of California on December 4, 2013; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

*Louise Turner* (signature)

Louise Turner
Custodian of Membership Records