IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,

Plaintiffs,

vs.

PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,

Defendants.

No. C14-2034

ORDER FOR ADMISSION
*PRO HAC VICE*

This matter comes before the Court on the Motion for Admission Pro Hac Vice (docket number 16) filed by attorney Jeffrey Pierce on March 5, 2015. The Court finds the motion should be granted.

ORDER

**IT IS THEREFORE ORDERED** that the Motion for Admission Pro Hac Vice (docket number 16) is hereby **GRANTED**. Attorney Jeffrey Pierce is authorized to appear on behalf of Plaintiffs in this case.

DATED this 5th day of March, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA