IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al., | ) |
| Plaintiffs, | ) Case No. C14-02034-LRR |
| v. | ) |
| PAMELA SELLNER, et al., | ) **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| Defendants. | ) **Judge: Hon. Jon Stuart Scoles** |
| | ) **Trial Date: October 5-9, 2015** |

**PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, Plaintiffs Tracey K. Kuehl, Lisa K. Kuehl, Kristine A. Bell, Nancy A. Harvey, John T. Braumann, and the Animal Legal Defense Fund, by and through their attorneys Daniel J. Anderson, Jessica L. Blome, and Jeff Pierce, hereby move for Summary Judgment that:

1. Pamela Sellner, Tom Sellner, and the Cricket Hollow Zoo, Inc. violated and continue to violate the Endangered Species Act, 16 U.S.C. § 1538(9)(B), by unlawfully taking the following federally listed threatened or endangered species under 50 CFR § 17.11(h): Tigers, Lions, Gray Wolves or intra-species hybrid Wolves, and Lemurs at the Cricket Hollow Zoo.

2. Pamela Sellner, Tom Sellner, and the Cricket Hollow Zoo, Inc. violated and continue to violate the Endangered Species Act, 16 U.S.C. § 1538(a)(1)(E), by acquiring or disposing of federally listed endangered species, including Tigers, Lions, Lemurs, and Gray Wolves, in interstate or foreign commerce and in the course of a commercial activity at the Cricket Hollow Zoo.

This motion is based on the pleadings and other papers filed in this case; the attached memorandum, statement of uncontroverted material facts, exhibits, and declarations filed with this motion; and such other matters as may be presented to the Court.

Dated: June 1, 2015

Respectfully submitted,

*/s Daniel J. Anderson*
Daniel J. Anderson (IA Bar No. 20215)

danderson@wertzlaw.com
WERTZ & DAKE
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
319.861.3001

*/s Jessica L. Blome*
Jessica L. Blome (*pro hac vice*)
Missouri Bar No. 59710
jblome@aldf.org

Jeff Pierce (*pro hac vice*)
California Bar No. 293085
jpierce@aldf.org

ANIMAL LEGAL DEFENSE FUND
170 E. Cotati Avenue
Cotati, CA 94931
707.795.2533

ATTORNEYS FOR PLAINTIFFS