IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al., | )<br>) |
| Plaintiffs, | ) Case No. C14-02034-LRR<br>) |
| v. | )<br>) |
| PAMELA SELLNER, et al., | ) **Certificate of Service**<br>) |
| Defendants. | )<br>) |

**CERTIFICATE OF SERVICE**

I, Jessica L. Blome, hereby certify that I filed the following documents in the Court's Electronic Case Filing System (ECF) this 1st day of June, 2015, which were then served upon all counsel of record:

- Plaintiffs' Motion for Summary Judgment,
- Plaintiffs' Brief in Support of Their Motion for Summary Judgment,
- Plaintiffs' Statement of Uncontroverted and Material Facts,
- Plaintiffs' Proposed Order,
- Plaintiffs' Appendix and accompanying Exhibits 1 through 10,
- The Declarations of Stephen Wells, Tracey Kuehl, Lisa Kuehl, John Braumann, Kristine Bell, and Nancy Harvey,
- The Affidavits of David Allen, Peter Klopfer, Jennifer Conrad, and Jessica Blome, and
- The Parties Joint Motion for Overlength.

Date: June 1, 2015         */s Jessica L. Blome*
                    Jessica L. Blome

Larry J. Thorson
ACKLEY KOPECKY & KINGERGY, L.L.P.
4056 Glass Road, NE
Cedar Rapids, IA  52402
Ph. (319) 393-9090
Fax (319) 393-9012
Email lthorson@akklaw.com

ATTORNEY FOR DEFENDANTS

Daniel J. Anderson (IA Bar No. 20215)

danderson@wertzlaw.com
WERTZ & DAKE
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
319.861.3001

Jessica L. Blome (*pro hac vice*)
Missouri Bar No. 59710
jblome@aldf.org

Jeff Pierce (*pro hac vice*)
California Bar No. 293085
jpierce@aldf.org

ANIMAL LEGAL DEFENSE FUND
170 E. Cotati Avenue
Cotati, CA 94931
707.795.2533

ATTORNEYS FOR PLAINTIFFS