TRACEY K. KUEHL et al. v. PAMELA SELLNER, et al.
Case No. 6:14-cv-02034-JSS (N.D. Iowa Cedar Rapids)

APPENDIX OF EXHIBITS
TO PLAINTIFFS' STATEMENT OF FACTS AND MEMORANDUM
IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

PLAINTIFFS' APPENDIX OF EXHIBITS
TO MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT
Case 6:14-cv-02034-JSS   Document 20-5   Filed 06/01/15   Page 1 of 5

1

## TABLE OF CONTENTS TO APPENDIX

| PLAINTIFFS' EXHIBITS DOCUMENT NUMBER ("Ex. X at 001") | EXHIBIT CATEGORY AND TITLE |
|---|---|
| **Ex. 1** | **Plaintiffs' Notice of Intent to Sue and Exhibits** |
| 1 at 0001 to 0006, 0053 | Notice of Intent to Sue (Apr. 4, 2014) and service confirmation |
| 1 at 0007 to 0014 | NOI Ex. 1 Decl. Peter H. Klopfer, Ph.D. (Jan. 13, 2014) and Attachment A (2012-2013 Photographs of Lemurs at Cricket Hollow Zoo) *(Attachment B, Dr. Klopfer's Curriculum Vitae ("CV") was served with the NOI but is not included here. His current CV is provided with his Affidavit in Support of Plaintiffs' Motion for Summary Judgment)* |
| 1 at 0015 to 0021 | NOI Ex. 2 Aug. 16, 2011 U.S. Department of Agriculture ("USDA") Inspection Report |
| 1-0022 to 0023 | NOI Ex. 3 Sept. 25, 2013 Iowa Department of Agriculture & Land Stewardship ("IDALS") Inspection Report |
| 1 at 0024 to 0029 | NOI Ex. 4 Dec. 8, 2011 USDA Inspection Report |
| 1 at 0030 to 0037 | NOI Ex. 5 Sept. 25, 2013 USDA Inspection Report |
| 1 at 0038 to 0041 | NOI Ex. 6 Feb. 13, 2013 USDA Inspection Report |
| 1 at 0042 to 0052 | NOI Ex. 7 Apr. 29, 2013 Citation & Notification of Penalty |
| | |
| **Ex. 2** | **U.S. Animal and Plant Health Inspection Service (APHIS) Inspection Reports, Fines & Settlement Agreements, Correspondence with Defendants, and Photographs** *(in addition to those inspection reports served on Defendants with the NOI, and which were also reproduced to Defendants during discovery)* |
| 2 at 0054 | APHIS Director, Western Region, email to Pamela Sellner (Nov. 8, 2006) |
| 2 at 0055 to 0058 | Fines & Settlement Agreement (Dec. 2006) |
| 2 at 0059 to 0061 | Inspection Report (Nov. 22, 2010) |
| 2 at 0062 to 0064 | Inspection Report (Feb. 16, 2011) |
| 2 at 0065 | APHIS Director, Western Region, letter to investigate for "chronic non-compliance since July 2010" (Apr. 9, 2012) |
| 2 at 0066 to 0068 | Inspection Report (May 16, 2012) |
| 2 at 0069 to 0071 | Inspection Report (Jun. 29, 2012) |
| 2 at 0072 | Fines & Settlement Agreement (Oct. 25, 2012) |

| | |
|---|---|
| 2 at 0073 to 0076 | Inspection Report (Nov. 26, 2012) |
| 2 at 0077 to 0088 | Fines & Settlement Agreement (Apr. 29, 2013) |
| 2 at 0089 to 0093 | Inspection Report (Jun. 12, 2013) |
| 2 at 0094 to 0100 | Inspection Report (Jul. 31, 2013) |
| 2 at 0101 to 0102 | APHIS Director, Western Region, letter to Pamela Sellner (Aug. 29, 2013) |
| 2 at 0103 to 2-0109 | Inspection Report (Sept. 25, 2013) |
| 2 at 0110 to 0220 | Inspection Photographs (Sept. 25, 2013) |
| 2 at 0221 to 0244 | Inspection Photographs (Dec. 16, 2013) |
| 2 at 0245 to 0246 | Letter from Pamela Sellner to APHIS (Apr. 4, 2014) and APHIS response (May 1, 2014) |
| 2 at 0247 to 0255 | Inspection Report (May 21, 2014) |
| 2 at 0256 to 0260 | Inspection Report (Aug. 5, 2014) |
| 2 at 0261 | Animal Count (October 2014) |
| 2 at 0262 to 0263 | Inspection Report (Oct. 7, 2014) |
| 2 at 0264 to 0265 | Inspection Report (Mar. 4, 2015) |
| 2 at 0266 | Animal Count (March 2015) |
| | |
| **Ex. 3** | **Defendants' Discovery Responses** |
| 3 at 0267 to 0282 | Defendant Cricket Hollow Zoo's Responses to Interrogatories No. 1- 12 (Feb. 25, 2015) |
| | |
| **Ex. 4** | **Defendants' Animal Records** |
| 4 at 0283 to 0289 | Animal Acquisition Records |
| 4 at 0290 to 0292 | Attending veterinarian records (4/23/2007 – 2/5/2015) |
| 4 at 0293 to 0298 | Program of Veterinary Care (with attending veterinarian signatures from Sept. 21, 2004 – Aug. 25, 2014) |
| 4 at 0299 | Large Felid Diet (Nov. 20, 2013) |
| 4 at 0300 to 0303 | Primate Enrichment Program |
| 4 at 0304 to 0309 | Contingency Plan |
| 4 at 0310 | Wolf Exercise Program |
| 4 at 0311 to 0316, 0346 | Lemur Records (species records, necropsy & deaths) |
| 4 at 0317 to 0343 | Big Cat Records (species records, Record of Animals On Hand, treatment & death records) |
| 4 at 0344, 0345, 0347, 0348 | Wolves (wolf acquisition and Records of Animals On Hand) |
| | |
| **Ex. 5** | **Defendants' Training** |
| 5 at 0349 | Feline Conservation Federation "Certificate of Achievement" (Apr. 9, 2005) |

| Ex. 6 | **Business and Financial Records** |
| --- | --- |
| 6 at 0350 to 0354 | Sellner and Cricket Hollow Zoo Balance Sheet (9/12/2014) |
| 6 at 0355 to 0356 | Cricket Hollow Zoo Expense Tally (2008-2014) (document accompanying Defendants' Response to Interrogatory No. 12 on Feb. 25, 2015) |
| 6 at 0357 to 0362 | Sellner and Cricket Hollow Zoo Bank Statements (2007 - 2014) (six pages total) |
| 6 at 0363 to 0371 | Sellners' income tax returns (2010-2014) |
| 6 at 0372 to 0383 | Cricket Hollow Zoo Profit & Loss Statements (2008 – 2013) |
| 6 at 0384 to 0385 | Cricket Hollow Zoo Articles of Incorporation (Jan. 13, 2005) |
| 6 at 0386 | Cricket Hollow Zoo Attendance Tally (2002-2014) |
| | |
| Ex. 7 | **Deposition Transcripts** |
| 7 at 0387 to 0483 | Deposition Pamela Sellner (Mar. 20, 2014) with errata sheet |
| 7 at 0484 to 0512 | Deposition Tom Sellner (Mar. 20, 2014) |
| 7 at 0513 to 0570 | Deposition John Priess, DVM (Mar. 19, 2014) |
| | |
| Ex. 8 | **Plaintiffs' Records** |
| 8 at 0571 | **Aerial Photograph with Pam Sellner notations** |
| 8 at 0572 to 0586 | **Lisa Kuehl – Photographs (including aerials)** |
| | **Lisa Kuehl – Documents:** |
| 8 at 0587to 0591 | Complaint to IDALS (Apr. 6, 2012) |
| 8 at 0592 to 0593 | Letter to Sheriff, Delaware Co. (May 22, 2012) |
| 8 at 0594 to 0620 | Complaint to USDA (Jun. 28, 2012) |
| 8 at 0621to 0634 | Complaint to USDA APHIS and IDALS (Aug. 12, 2013) |
| 8 at 0635 to 0643 | Compliant to USDA APHIS and IDALS (Nov. 19, 2013) |
| | |
| 8 at 0644 to 0655 | **Tracey Kuehl - Photographs** |
| | **Tracey Kuehl – Documents:** |
| 8 at 0656 to 0659 | Letter to IDALS (Jun. 25, 2012) |
| 8 at 0660 | Letter to USDA APHIS (Jun. 26, 2012) |
| 8 at 0661 to 0662 | Letter to USDA APHIS (Jul. 6, 2012) |
| 8 at 0663 to 0669 | Letter to IDALS (Jul. 7, 2012) |
| 8 at 0670 to 0672 | Letter to USDA APHIS (Jun. 27, 2013) |
| | |
| 8 at 0673 to 0689 | **John Braumann - Photographs** |
| | |
| Ex. 9 | **Regulatory** |
| | |
| 9 at 0690 to 0708 | 9 C.F.R. §§ 2.40 (attending veterinarian and adequate veterinary care), 9 C.F.R. § 2.131 (handling of animals), 9 C.F.R. § 2.134 (contingency planning), 9 C.F.R §§ 3.75 - 3.85 |

|  | (nonhuman primates), 9 C.F.R. §§ 3.125 – 3.133 (including warmblooded animals) |
|---|---|
| 9 at 0709 to 0715 | U.S. Fish & Wildlife Service Ruling on the African Lion, 77 Fed. Reg. 70727 (Nov. 27, 2012) |
|  |  |
| **Ex. 10** | **Caselaw** |
| 10 at 0716 to 0726 | *Elephant Justice Project v. Woodland Park Zoological Society, Inc.*, No. C15-0451-JCC (W.D. Wash. Apr. 7, 2015) (no Lexis or Westlaw cite currently available) |