# Certificate of Achievement

This Certifies

## Pam Sellner

has successfully completed an eight hour course
and passed an examination on the

## Basic Husbandry of Wild Felines

Conducted by

## The Feline Conservation Federation

This 9th Day of April, 2005

_____
Lead Instructor

_____
Director of Education & Conservation


Case 6:14-cv-02034-JSS   Document 20-11   Filed 06/01/15   Page 1 of 1

Ex. 5-0349