**149**

1  Q.  Okay.  Do you donate to any groups for
2  conservation efforts?
3      A.  No.
4      Q.  Okay.  Do you believe that your breeding
5  program facilitates conservation of a species?
6      A.  I think I have genetics that other zoos
7  don't.
8      Q.  Okay.  Describe that to me.
9      A.  I have my own enclosed group.  The AZA
10 zoos, they attend a -- send tigers from one zoo to
11 another, and eventually you're going to narrow your
12 gene pool.  I have a different gene pool than what
13 they do.
14     Q.  Okay.
15     A.  And most people in the private sector do.
16     Q.  So in your opinion, that you have a
17 different gene pool facilitates a conservation
18 effort.
19     A.  Yes.
20     Q.  Is there any research associated with
21 your animals that would facilitate conservation?
22     A.  Is there any what?
23     Q.  Research associated with your animals?
24     A.  Not at this time.
25     Q.  But at other times there have been?

**150**

1      A.  It wasn't for conservation.
2      Q.  What research?
3      A.  It was for nutrition.
4      Q.  What was the nature of the study?
5      A.  Dr. Gary Pusillo used some of my cubs
6  on -- he was making colostrum products.
7      Q.  What did he use the cubs for?
8      A.  He was bottle feeding part of them with
9  me.  I had a litter of five.
10     Q.  I read somewhere, actually, that
11 Dr. Pusillo used some blood from your tigers for a
12 research protocol?
13     A.  That could be.  We haven't done any
14 research on them for probably at least eight years.
15     Q.  Okay.  So including this colostrum study,
16 that was eight years ago?
17     A.  Probably.
18     Q.  Did the cubs have to go off site for the
19 colostrum study?
20     A.  Yes, he had something from the State that
21 he could take the two cubs to his research thing.
22     Q.  Did they stay there for a while?
23     A.  They did.  And he fed them and I fed the
24 other three.
25     Q.  And did those cubs come back?

**151**

1      A.  Yes.
2      Q.  Which ones are those?
3      A.  I don't remember their names.
4      Q.  Oh, they're not at your --
5      A.  No.  I don't have them.  I don't have
6  them.
7      Q.  They got donated?
8      A.  They were donated, yes.
9      Q.  And about eight years ago there was
10 something where Mr. -- or Dr. Pusillo used some
11 tiger blood for something, but --
12     A.  It could be.  I don't remember all that.
13 And whatever he did in his research, I don't know.
14     Q.  Is it possible he took it from those cubs
15 he had, I guess?
16     A.  It's possible.  I don't know.  He does
17 business all over the world in his nutrition thing,
18 so --
19     Q.  But you don't recall --
20     A.  Whether it was my facility or somebody
21 else's, I don't know.
22     Q.  But you don't -- so you don't recall or
23 couldn't testify that he came to your zoo and took
24 blood.
25     A.  No, I -- I can't remember today.

**152**

1          MS. BLOME:  Okay.  Well, it's noon, so we
2  could take a lunch break.
3
4          (A recess was taken for lunch at 12:00 noon,
5  after which the deposition continued at 1:05 p.m.)
6
7      Q.  (MS. BLOME)  All right, Mrs. Sellner.  We
8  just broke for lunch and we're back at it, so --
9          I want to talk to you about your
10 understanding of -- well, we've already talked
11 about your understanding of the Fish and Wildlife
12 Service, so why don't we just go ahead and talk
13 about your current animals that are at the
14 facility.  Okay?  So I put together what I think
15 might be a list and I want you to confirm that it's
16 true.  Or accurate.  So could you once again go
17 through the animals that are at the Cricket Hollow
18 Zoo as of today.
19     A.  Everything?
20     Q.  No, no.  I'm so sorry.  You're right.
21 I'll start with tigers.
22     A.  I have five tigers.
23     Q.  Okay.  What are their names?
24     A.  There's Miraj, M-i-r-a-j, Natasha, and
25 I've got Rajahn, R-a-j-a-h-n, I have Sascha, and

153

1  Keirahn, K-e-i-r-a-h-n.
2      MR. PIERCE:  Off the record.
3      (Discussion off the record.)
4      Q.  (MS. BLOME)  Okay.  And then would you
5  list the tigers who have been in your facility but
6  have since died?
7      A.  We have Sheba and Shere Khan, Luna and
8  Casper, Raoul.  I can't think of any more.
9      Q.  Okay.  So Natasha, Miraj, Keirahn,
10 Sascha, and Rajahn are there now.
11     A.  Five.
12     Q.  Okay.  How old is Natasha?
13     A.  Approximately 10 or 12.  I don't have a
14 paper in front of me or I'd know.
15     Q.  Okay.  How did you acquire Natasha?
16     A.  She was a donation from Brown's Oakridge
17 Zoo in Smithfield, Illinois.
18     Q.  Is that Nancy Brown's zoo?
19     A.  Yes.
20     Q.  Was she born at Nancy's facility?
21     A.  Yes.
22     Q.  Are you the next owner?
23     A.  Yes.
24     Q.  And how old was Natasha when she came to
25 you?

154

1      A.  I'm not sure.  I'd say six months or six
2  months plus.
3      Q.  Did you provide any services to Nancy
4  Brown's zoo in exchange for Natasha?
5      A.  No.
6      Q.  Okay.  Miraj, how old is Miraj?
7      A.  I believe she's 10.
8      Q.  And she was born at the zoo?
9      A.  She was my first cub.
10     Q.  Okay.  Who is Miraj's mother?
11     A.  Sheba.
12     Q.  And Keirahn, how old is Keirahn?
13     A.  I think eight.  I'm not sure without
14 my --
15     Q.  How did you acquire Keirahn?
16     A.  Keirahn was born there.
17     Q.  And who is his mother?  Her mother.
18 Sorry.
19     A.  Sheba.
20     Q.  Okay.  And Sascha?
21     A.  Sascha came from Craig Perry.
22     Q.  And how old is she?
23     A.  I'm not sure.  Just a guess without my
24 paper, 13, 14.
25     Q.  Okay.  And do you know where Sascha was

155

1  born?
2      A.  I believe at his home.
3      Q.  So it went from Craig to you.
4      A.  Yes.
5      Q.  Is Sascha one of the animals that you
6  obtained when Craig went out of business?
7      A.  Yes.
8      Q.  Okay.  Rajahn.  How old's Rajahn?
9      A.  Rajahn will be three in August.
10     Q.  And he was born --
11     A.  Yes.
12     Q.  And who is his mother?
13     A.  Natasha.
14     Q.  And Raoul, is Raoul Rajahn's brother?
15     A.  Full brother.
16     Q.  Okay.  Raoul died in 2013.  Was he about
17 a year old, then?
18     A.  I don't think he was quite a year.
19     Q.  What was the reason that Raoul died?
20     A.  He got quick pneumonia.
21     Q.  Okay.  I'm curious about the
22 circumstances leading up to his death.  When did
23 you notice that he was sick?
24     A.  I believe the afternoon he died.  He
25 started puffing and we called the Elkader

156

1  Veterinary Clinic, and my volunteer went up and got
2  a bag of drugs that my vet prescribed to him,
3  brought it back to save time, and we administered
4  them.
5      Q.  Which vet?
6      A.  Dr. Pries.
7      Q.  Okay.  So you called Dr. Pries and told
8  him what was going on.
9      A.  (Nods yes.)
10     Q.  What did you describe to Dr. Pries?
11     A.  Just what I said.  He was kind of puffing
12 and lethargic.
13     Q.  And that was the extent of it?
14     A.  (Nods yes.)
15     Q.  Were you worried that he might die?
16     A.  When you get quick pneumonia I am.
17     Q.  So Dr. Pries prescribed some medications,
18 which you said you had a volunteer go fetch.  Who
19 was that volunteer?
20     A.  Kyle Cooke.
21     Q.  Do you recall what those medications
22 were?
23     A.  No.  There was a bag of various drugs.
24 Some were injectables and there might have been one
25 that I gave him by mouth.

39 of 92 sheets
Case 6:14-cv-02034-JSS   Document 20-14   Filed 06/01/15   Page 2 of 38    Ex. 7-0425
Page 153 to 156 of 258

157

1   Q.   Okay.  You're not a trained veterinarian.
2   A.   No.
3   Q.   But you injected Raoul with some
4   medication?
5   A.   Yes, I did.
6   Q.   How soon after you injected Raoul with
7   those medications did he die?
8   A.   I don't know for sure.  I'm sure he died
9   that evening later.  Maybe between 7 and 8.  I'm
10  not just sure.
11  Q.   And you noticed he was sick in the
12  afternoon.  Like 1:00?
13  A.   I think it was later.  I don't know
14  exactly.  I don't remember.
15  Q.   Okay.
16  A.   When Kyle was there.
17  Q.   And you didn't notice any symptoms of
18  illness prior to that afternoon.
19  A.   No.
20  Q.   Did he seem he was normal and healthy --
21  A.   Yes.
22  Q.   -- in every way?
23  A.   Yep.  He was fine.
24  Q.   What did you do with Raoul's body?
25  A.   We buried him.

158

1   Q.   And where did you bury him?
2   A.   We have like a grove of trees and that's
3   our pet cemetery, I guess.
4   Q.   How many animals are buried there?
5   A.   Probably an old monkey, cougars, my
6   oldest tiger, plus anybody else that passed away.
7   Q.   I'm so sorry, but could you speak up a
8   little bit?  She seems to be having trouble hearing
9   you.
10  A.   I'm sorry.  I should go like this and
11  face you.
12       MR. PIERCE:  Do you need water?
13       THE WITNESS:  It's okay.  Thank you.
14  Q.   (MS. BLOME)  Do you have a solid waste
15  disposal area permit for that pet cemetery?
16  A.   No.
17  Q.   Have you ever talked to the Department of
18  Natural Resources about it?
19  A.   It's not required.  We have a compost
20  pile for our dairy.
21  Q.   But you don't place the animals in the
22  compost pile.
23  A.   Not my tigers, no.  I bury them.
24  Q.   And cougars and the monkey?
25  A.   (Nods yes.)

159

1   Q.   Okay.  Have you ever consulted with the
2   NRCS about your solid waste disposal area?
3   A.   No.
4   Q.   Are you familiar with that term, solid
5   waste disposal area?
6   A.   No.
7   Q.   Okay.  So let's talk about some of the
8   other animals that have died.  So Shere Khan you
9   mentioned died.  Do you remember how old Shere Khan
10  was when he died?
11  A.   I would say he was approximately 22.
12  Q.   Okay.  What year did he die?
13  A.   I want to say -- excuse me -- 2013,
14  maybe.
15  Q.   Where did you acquire Shere Khan?
16  A.   Bob Strange.
17  Q.   And did Bob Strange -- was Shere Khan
18  born on Bob Strange's farm?
19  A.   I don't think so.  I think he came
20  originally from someplace in Ohio.
21  Q.   Okay.  Do you know what place in Ohio?
22  A.   No.
23  Q.   Or, like, the nature of the place?
24  A.   I don't have any idea.
25  Q.   Okay.  Did you acquire any other tigers

160

1   with Shere Khan?  At the same time?
2   A.   Sheba.
3   Q.   Sheba.  Okay.  And so that -- what year
4   was that you acquired Shere Khan and Sheba?  Would
5   2004 sound right?
6   A.   Very possibly.
7   Q.   How old was Sheba when she died?
8   A.   She was about 20.
9   Q.   Okay.  What was the cause of Shere Khan's
10  death?
11  A.   Just old age.  He was slowing down.  They
12  both were.
13  Q.   Would you attribute the old age to Sheba,
14  as well?
15  A.   Yes.
16  Q.   Were there any illnesses associated with
17  their deaths?
18  A.   No.
19  Q.   Would you describe how you found them
20  when they died?
21  A.   They just laid there on the ground, like
22  they were sleeping.
23  Q.   Did they lay there for a period of time
24  before they passed?
25  A.   I don't know.  They probably died in the

Case 6:14-cv-02034-JSS   Document 20-14   Filed 06/01/15   Page 3 of 38   Ex. 7-0426
Page 157 to 160 of 258
40 of 92 sheets

161

1  night.
2      **Q.**   Do you recall that they died in the
3  night?
4      **A.**   I don't remember. I honestly don't. I
5  just remember that they died.
6      **Q.**   And what did you do with the bodies of
7  Shere Khan and Sheba?
8      **A.**   They were buried.
9      **Q.**   In the same area?
10     **A.**   No.
11     **Q.**   Where are they buried?
12     **A.**   I believe they're buried in the fence
13  line in my cornfield.
14     **Q.**   Are there other animals buried in the
15  fence line at your cornfield?
16     **A.**   Casper and Luna.
17     **Q.**   Why did you decide not to bury them in
18  your pet cemetery?
19     **A.**   Because it's wet in there.
20     **Q.**   So it's related to the time of their
21  death?
22     **A.**   (Nods yes.)
23     **Q.**   Let's talk about Casper and Luna. Where
24  did you acquire Casper and Luna?
25     **A.**   They came from Animal Haven in Wisconsin.

162

1      **Q.**   Okay. What do you understand about where
2  they were before Animal Haven in Wisconsin?
3      **A.**   They were down south somewhere.
4      **Q.**   We heard testimony from your veterinarian
5  that he believed they came from a drug house.
6      **A.**   That was -- he was mixed up. That was
7  the lions.
8      **Q.**   Oh. Okay.
9      **A.**   The lions came from a drug house and they
10  went to a sanctuary and the sanctuary sold them.
11     **Q.**   Which lions?
12     **A.**   Jonwah and Kamarah. K-a-m-a-r-a-h.
13     **Q.**   Which sanctuary?
14     **A.**   I have no idea.
15     **Q.**   Okay. So they went to -- sorry to jump
16  around, but Jonwah and Kamarah went from a drug
17  house to a sanctuary to you?
18     **A.**   They came -- they went to Animal Haven
19  Zoo. He had arranged for them to come up.
20     **Q.**   From the sanctuary?
21     **A.**   Yeah. 'Cause he got the male. There was
22  a male lion with that bunch. And I took the two
23  girls.
24     **Q.**   Okay. And that was in 2010.
25     **A.**   Yep. Could be, if that's what it says.

163

1  I can't remember the dates.
2      **Q.**   Is Jonwah still at your zoo?
3      **A.**   Yes, she is.
4      **Q.**   And where's Kamarah?
5      **A.**   Kamarah died.
6      **Q.**   And what did Kamarah die of?
7      **A.**   She had pancreatitis.
8      **Q.**   We heard testimony from Nancy Harvey that
9  she saw a lion vomiting at the zoo. Was that
10  Kamarah?
11     **A.**   That was Kamarah with pancreatitis.
12     **Q.**   What treatment did you provide to Kamarah
13  for the pancreatitis?
14     **A.**   There wasn't much anybody could do. When
15  they have pancreatitis, you try to not give them a
16  bunch of food because they can't deal with it
17  anyway, and she was just vomiting, and nothing
18  really.
19     **Q.**   What was your understanding of how it
20  onset?
21     **A.**   I don't know. You'd have to talk to my
22  veterinarian about how that all goes. I'm not a
23  veterinarian.
24     **Q.**   Which veterinarian treated Kamarah?
25     **A.**   John Pries.

164

1      **Q.**   Okay. You mentioned Casper and Luna are
2  buried at the fence line. Is Kamarah at the fence
3  line?
4      **A.**   I don't remember where we buried her.
5      **Q.**   Do you recall anything about the weather
6  conditions when she onset with pancreatitis?
7      **A.**   It was late summer. I think she died in
8  October or November. I don't remember without my
9  records.
10     **Q.**   So she had pancreatitis for a while?
11     **A.**   Well, she -- I don't know. She had a
12  terrible life, anyway. You don't know what really
13  happened to her in all the time she went from a
14  drug house to a sanctuary, and what they were
15  feeding them, and she wasn't in very good shape and
16  she was old.
17     **Q.**   How old?
18     **A.**   I'm sure older than what they represented
19  to us.
20     **Q.**   What did they represent to you?
21     **A.**   That they were prime seven- or
22  eight-years-olds for breeding.
23     **Q.**   Was it your intention to breed them?
24     **A.**   Yes.
25     **Q.**   So she seemed older than seven or eight

Case 6:14-cv-02034-JSS   Document 20-14   Filed 06/01/15   Page 4 of 38      Ex. 7-0427

165

1  to you.
2      A.   I'm sure she was.
3      Q.   Okay.  All right.  Let's go back and talk
4  about Casper and Luna.  They came from this house,
5  but you don't know where --
6      A.   No.
7      Q.   -- to the Animal Haven in Wisconsin.
8      A.   Yes.  He arranged for the trip for them
9  with some other animals.
10     Q.   And what month did you acquire them?
11     A.   I believe in July.
12     Q.   Of this past year?
13     A.   Yes.
14     Q.   What condition were they in when they
15  arrived?
16     A.   A little thin, but nothing that would
17  alarm me big time.  I think they might have been
18  older than what I thought they were going to be,
19  too.
20     Q.   What did you think they were going to be?
21     A.   They said they were around 10.
22     Q.   And how old were they, do you think?
23     A.   I don't really know.  If they were 15, I
24  wouldn't have been surprised, but I don't know.
25     Q.   Did you acquire them for the purpose of

166

1  breeding also?  Casper and Luna?
2      A.   Casper, yes.  Luna, no.
3      Q.   Why not Luna?
4      A.   I just don't have any reason to breed an
5  orange tiger right now.
6      Q.   Just white tigers?
7      A.   I just wanted to try Casper once.
8      Q.   With Sascha?
9      A.   No.  I thought I'd use an orange tiger.
10     Q.   What happens when you breed an orange and
11  white tiger?
12     A.   You could get a white cub.
13     Q.   Okay.
14     A.   You have just as good a chance as if you
15  breed her to a white one.
16     Q.   So between July and November of 2014,
17  Casper died.
18     A.   Yes.
19     Q.   What happened after he arrived that might
20  have led to the illness?
21     A.   He was very thin, I thought, and so I
22  wormed him, and I guess my vet had looked at him,
23  too, and we were almost concerned that he had
24  blindness, or loss of sight, just the way he was
25  kind of holding his head.  And when he had been in

167

1  the transports from down south, he had probably
2  been turning in them and he had some just scrapes
3  on his face and there was spots on his leg and
4  stuff where he had been turning in there and --
5      Q.   Like bedsore kind of spots?
6      A.   Well, just rubs.  They were good rubs.
7  And I guess they were going to come to a head and
8  they probably opened, and that was all documented
9  in his veterinary records.  Dr. Pries did come back
10  out and look at him again, and we determined that
11  his eyesight was normal, and he didn't see any
12  problems, but the sores or the -- turned to
13  abscesses.  They did break open.  He was licking
14  them.
15         I happened to get inspected that day and
16  it -- they had just opened the day before and he
17  was licking them clean.  They were, you know, not
18  draining bad or anything, but they were, you know,
19  various sizes inside his arm, and I got written up
20  as a direct because I didn't call the vet, even
21  though the vet already knew what was going to
22  happen, and we ended up he did come back out, and
23  just as a precaution for any, like, secondary
24  infection, we put him on amoxicillin for a week,
25  and I gave it to him in hamburger.

168

1      Q.   And did he die after that week?
2      A.   No.  He was actually looking better, and
3  he was putting weight on.  I was happy with his
4  progress.  In November we had a big cold snap and I
5  found him with his head down puffing with quick
6  pneumonia.  So I called Dr. Pries again, we put him
7  on -- I gave him injectable maxo, I think we put
8  amoxicillin in him, I don't know, there might have
9  been something else, but despite that, I did lose
10  him.
11     Q.   So let's go back a little bit with regard
12  to the abscesses on his leg.  When was the first
13  time you called Dr. Pries out?
14     A.   Dr. Pries looked at him shortly after I
15  got him.
16     Q.   Okay.  So somewhere in July?
17     A.   I -- I don't know what month it was for
18  sure.  Or what day.  It's written in his record,
19  but I don't know right off the top of my head.
20     Q.   And then did Dr. Pries -- so I have a
21  letter from Dr. Pries dated October 18, 2014 --
22     A.   Uh-huh.
23     Q.   -- in which he outlines the treatment for
24  the eyes you mentioned and that lesion on his leg.
25     A.   Correct.

169

1    Q.    Was there a time you contacted him
2  between that initial visit and that October 8
3  visit?
4    A.    I think he did a walk-through in August
5  or September.  That would be in the records there.
6    Q.    And then when he did the walk-through,
7  did he pay any special attention to Casper?
8    A.    We looked at his eyes that day, too, but
9  we didn't look as close as we did on the second
10  visit.
11    Q.    What about his eyes bothered you?
12    A.    He just -- the way he held his head.  He
13  just didn't look like he was focusing right.  The
14  retinas and everything, everything was clear, so he
15  was all right in the end.
16    Q.    On that walk-through, did Dr. Pries look
17  at his leg, though, or just the eyes?
18    A.    He noted that, you know, it had not come
19  to a head yet on the inside of his legs.  He said
20  that it would open eventually.  It was just, you
21  know, a timing issue.
22    Q.    But no treatment for the eyes or the leg.
23    A.    No.
24    Q.    Okay.
25    A.    There was nothing to treat with that.

170

1    Q.    In your interrogatory response regarding
2  Casper, you provide -- well, it's not
3  interrogatories regarding Casper.  It's regarding
4  corrections, the citations from the United States
5  Department of Agriculture.  We're talking about
6  interrogatory response number 13, and in there,
7  with regard to the USDA citation for Casper, you
8  say that to correct it, "Tiger with lesions.  Vet
9  hadn't been called yet again.  This has been
10  documented in the tiger's medical records."  You
11  sound a little annoyed with USDA in that.
12    A.    I think I was, because it was all
13  documented in that tiger's records.  She took a
14  picture of it that day and she knew that -- you
15  know, everyone was aware of what was happening with
16  the tiger and I got a direct on it.
17    Q.    And she is?
18    A.    Heather Cole.
19    Q.    Okay.  So Heather Cole is the vet who
20  cited you for --
21    A.    Yes.
22    Q.    -- Casper.  Okay.  Another thing I wanted
23  to talk about was, with regard to Casper, the cold
24  snap you mentioned.  What temperature was it you
25  would characterize as a cold snap?

171

1    A.    Oh, November was particularly cold that
2  last year, below normal what I would consider, you
3  know, from October and November, and it just -- it
4  went from decent to just almost subzero stuff and
5  very cold, and it's just hard on stuff, you know.
6  And they were southern-acclimated, anyway, so they
7  didn't have extra time to -- for that kind of
8  weather.  You know, if they would have had another
9  couple months or something, they might have been
10  happier.
11    Q.    Okay.
12    A.    Not that they didn't have bedding and
13  shelter, but, you know, it's hard on all livestock
14  in that kind of weather.
15    Q.    But you don't recall the exact
16  temperatures?  Just below zero, do you think?
17    A.    There was a lot of cold days that would
18  be not normal.
19    Q.    And then you mentioned puffing as an
20  indicator of quick pneumonia.
21    A.    (Nods yes.)
22    Q.    We're not familiar with quick pneumonia.
23  Would you tell us what that is in your own words?
24    A.    They just -- whatever makes their lungs
25  fill up with fluid, they're just -- (indicates).

172

1  You know, they're really puffing.  You can really
2  see their sides going in and out.  And we've had it
3  in cattle before, you know.  It's not unusual, put
4  it that way.  You don't want to have it, but it
5  happens.
6    Q.    So basically you see, like, an animal
7  struggling to breathe and you believe it to be
8  quick pneumonia?
9    A.    If it happens quickly.  I mean, this --
10  like, you can have a calf with quick pneumonia and
11  feed him and he's fine that morning and go in the
12  condo that night and he's laying there dead through
13  the day.  In 12 hours he can be gone.
14    Q.    Is that how quickly Casper went between
15  quick pneumonia and death?  About 12 hours?
16    A.    Fast.  I don't know exactly how many
17  hours, but, yeah, it was fast.
18    Q.    And that was in November?
19    A.    Yes.
20    Q.    And you say Casper is at the fence line.
21    A.    Yes.
22    Q.    Okay.  And Luna you acquired with Casper.
23  And I have that she's not listed in your animals on
24  hand even in October of that year.  Did Luna die
25  pretty quickly?

Case 6:14-cv-02034-JSS   Document 20-14   Filed 06/01/15   Page 6 of 38     Ex. 7-0429

173

1    A.    No.  She died after Casper.
2    Q.    Okay.  When did Luna die?
3    A.    Before -- well, roughly that -- within a
4  month of each other.  I don't remember which way it
5  happened.
6    Q.    Okay.  So it's possible that Luna died in
7  October if Casper died in November?
8    A.    I think she died in November, when it was
9  cold, too.  I don't -- honestly, I can't remember
10 without looking.  But it was roughly probably
11 within a month of each other.
12   Q.    What record are you thinking of?
13   A.    In my book.  My veterinary book that I
14 keep on each individual animal.
15   Q.    You keep a list of handwritten notes of
16 your veterinary care of your animals?
17   A.    It has any vaccinations, wormings,
18 medical issues, what have you.
19   Q.    If you -- if Larry can make a note of
20 that, we'd like to see that book.
21   A.    You have the pages.
22   Q.    Oh, we do?
23   A.    Yes, you do.
24   Q.    What do they look like?
25   A.    Like a chart thing that has the animal's

174

1  name at the top and has little boxes.  There it is.
2    Q.    This?
3    A.    Yeah.
4    Q.    Okay.  Thank you.  So you list that
5  Lucy -- I'm sorry.  Luna died in that fall of
6  E. coli.  What makes you think she died of E. coli?
7    A.    Because the vet and I discussed it and we
8  treated her for E. coli, and she responded decently
9  to her treatment, but she happened to be a cat that
10 did not want to eat whole prey at all.  She only
11 wanted, like, cut-up chicken or beef, and I'm
12 assuming that she probably picked up the E. coli
13 from a chicken.
14   Q.    When you say you discussed it with your
15 vet, you mean Dr. Pries?
16   A.    Yes.
17   Q.    And when you say discussed it, did
18 Dr. Pries come and do an examination of Luna?
19   A.    I don't know if he came out that day, but
20 we did discuss it on the phone and he prescribed
21 antibiotics, and I got the antibiotics and that's
22 what we put her on.  She drank hers in liquid.
23   Q.    Okay.  So you treated the E. coli
24 infection with antibiotics?
25   A.    Yes.

175

1    Q.    Anything else?
2    A.    She seemed to be coming around good, but
3  she was thin from the E. coli and I think the cold
4  finished her off.  It was just too much of a
5  temperature difference.  You know, she wasn't used
6  it and it made her sick.
7    Q.    So Dr. Pries mostly consulted with you
8  over the phone about Luna?  What were the --
9    A.    He looked at her, too --
10   Q.    Oh, he did?
11   A.    -- in a walk-through.  I mean, he'd seen
12 her before.  I'm not necessarily saying that day.
13   Q.    Oh, so he, like, examined her a little
14 bit during his walk-through.
15   A.    Yes.
16   Q.    His annual walk-through.
17   A.    'Cause we go through each animal.
18   Q.    What were some of the symptoms that made
19 you think it was E. coli?
20   A.    She had diarrhea.  She was not eating
21 right.  I can't even remember all the stuff.  I
22 don't remember.  You know, I had that tiger very
23 briefly.
24   Q.    Okay.  Let's go back and talk about your
25 other cats.  Well, are the tigers you currently

176

1  have in your possession, Natasha, Miraj, Keirahn,
2  Sascha, and Rajahn, are they pretty healthy?
3    A.    Yes.
4    Q.    Okay.  Have you had any problems with
5  them lately?
6    A.    No.
7    Q.    No symptoms of quick pneumonia or
8  anything like that?
9    A.    No.
10   Q.    Have you ever successfully cured a tiger
11 of quick pneumonia?
12   A.    No.
13   Q.    Have you ever successfully treated any of
14 your animals or have they all died as a result of
15 their illnesses?
16   A.    I'm sure we've saved some.
17   Q.    Of your tigers?
18   A.    I didn't know that you said tigers.
19   Q.    So the tigers that are still alive have
20 never had any problems.
21   A.    Oh, I'm sure they have over time, but I
22 guess without looking at your records right there,
23 I can't tell you.  If they had an issue, it's
24 written in there.
25        MS. BLOME:  Okay.  Let's go off the

177

1   record for one minute.
2           (Discussion off the record.)
3       Q.  (MS. BLOME)  Okay.  I'm going to hand you
4   these documents, and I want to make sure it's
5   everything you have on the tigers.  Okay?
6       A.  Appears to be.
7       Q.  All right.  Thank you.  And out of
8   curiosity, what is Panacur?
9       A.  Panacur is a wormer.  It's a suspension
10  that I get from Elkader.
11      Q.  Do you have anything else that you want
12  to tell me about Casper or Luna?
13      A.  If it's not written in the records, I
14  guess.
15      Q.  Do you have anything else you want to
16  tell me about Raoul?
17      A.  Is his records in there?  I didn't pay
18  any attention.  I think he was on Rajahn's page
19  originally.
20      Q.  Okay.
21      A.  I know Raoul had gone to Elkader Vet as a
22  tiny cub, maybe at six weeks.  He had a pulled
23  ligament in his leg and I took him up and he was
24  checked out for that, and we basically just kind of
25  kept him quiet and -- we didn't immobilize it

178

1   per se, but just kept him from getting rough with
2   his brother and he did heal fine.
3       Q.  What about Shere Khan and Sheba?  Do you
4   have anything else you want to tell me about them?
5       A.  No.
6       Q.  Okay.  All right.  Before we move on to
7   the other two lions that are currently now in your
8   possession, this document you're referring to, your
9   personal journal, it appears that the pages have
10  the word Species on the top and then you write in
11  what type of species it is and their name, and then
12  there's columns that say Fecal Exam, Worming
13  Product, Vaccination, and Miscellaneous Treatments
14  and Info.  And then those documents have
15  handwritten notes by you.
16      A.  Yes.
17      Q.  Is this the entirety of your methodology
18  for keeping track of veterinary treatment?
19      A.  For the most part.
20      Q.  When you say for the most part, is there
21  something missing?
22      A.  I sometimes write things on the calendar,
23  but I put it over on there.
24      Q.  So if it's on the calendar, it would be
25  duplicated on this document.

179

1       A.  Yes.
2       Q.  In this journal.
3       A.  Yes.
4       Q.  And we have all the pages that refer to
5   tigers, lemurs, lions?
6       A.  I believe so.
7       Q.  The serval, the wolves?
8       A.  As far as I know they do.
9       Q.  Do you keep a page like this in your
10  journal for every animal at Cricket Hollow Zoo?
11      A.  Not every single animal.  Like sheep,
12  goats, I think the camel's got a page.  I don't
13  know.
14      Q.  Okay.  When you say that you went in town
15  and picked up some antibiotics that you
16  administered, are you making those decisions based
17  on your experience?
18      A.  No.  My veterinarian told me to give
19  them.
20      Q.  So you're first consulting with your
21  veterinarian?
22      A.  Yes.  Otherwise I wouldn't know what to
23  get.  They're prescription, so I can't just buy
24  them at the pharmacy.
25      Q.  Okay.  So you're not making any

180

1   independent decisions about what medications to
2   give?
3       A.  No.
4       Q.  Okay.  Let's talk about the two lions.
5   Not Jonwah and Kamarah, but the other two that are
6   at your facility now.  I believe their names are
7   Rajahn and Dandylion.
8       A.  Right.
9       Q.  I have that Rajahn was acquired in 1997
10  from the Tubaugh Auction in Kalona?
11      A.  That's correct.
12      Q.  And Rajahn is still alive?
13      A.  Yes, she is.
14      Q.  Has she had any bouts of illness?
15      A.  No.
16      Q.  Do you know where she came from before
17  she went to the auction?
18      A.  I think a man in Illinois raised her.
19  She'll be 18 this year.
20      Q.  So she went to --
21      A.  That's a long time ago.
22      Q.  Yeah.  Certainly.  So she was hand raised
23  and then went to the auction and you got her.
24      A.  No, I got her at six weeks.
25      Q.  Six weeks.  Okay.  And Dandylion, she --

181

1 or he, sorry, appears to have been acquired in 2005
2 from Brown's Oakridge Zoo in Smithfield, Illinois.
3    A.    He was donated to us.
4    Q.    Was he a baby, too, when he came?
5    A.    He was six months or six months old when
6 I got him.
7    Q.    So was he born in Nancy Brown's zoo?
8    A.    Yes.
9    Q.    Any health problems with Dandylion?
10   A.    No.
11   Q.    Okay.  So now I want to talk about --
12 okay.  I want to talk about your wolves.  You
13 reported that you have three wolves that were
14 donated by a wolf rescue in Marshall, Arkansas, in
15 2009, and you classified them as hybrid wolves.
16 I'm curious about how you've reached the conclusion
17 that they're hybrids.
18   A.    Because they were sent to me as
19 75 percent wolf hybrids.  So they're 25 percent
20 dog.
21   Q.    Do you know who hybridized the wolves?
22   A.    No.
23   Q.    Do you have any proof of their
24 hybridization?
25   A.    You can look at them and see that they're

182

1 not.  They're medium wolves.  They're just --
2    Q.    Okay.
3    A.    They look like they have German shepherd
4 in them a little bit.
5    Q.    Okay.  Would you have any problem with us
6 running a DNA test on your wolves?
7    A.    No.
8    Q.    So at the Cricket Hollow Zoo, in the wolf
9 enclosure, there's a placard on the front --
10   A.    Yes.
11   Q.    -- of the enclosure.
12   A.    (Nods yes.)
13   Q.    You're familiar with the placard?
14   A.    Yes.
15   Q.    It identifies the wolves as timber
16 wolves, and it lists them as endangered in all red
17 letters.  Isn't that true?
18   A.    Well, a timber wolf is, but mine are not
19 timber wolves.  That's just an educational sign,
20 because I have wolves in there.
21   Q.    So you're not attempting to represent to
22 the public that these are endangered wolves.
23   A.    No.  Not at all.
24   Q.    Okay.  In addition to tigers, lions, and
25 wolves, you currently have a few lemurs.

183

1    A.    Yes, I do.
2    Q.    What are the names of the lemurs that are
3 living at your zoo right now?
4    A.    I have two ring-tails and their names are
5 Zaboo and Chuki.
6    Q.    Anyone else?
7    A.    That's the two ring-tails.  I have a red
8 ruffed, Lucy, with red hair.
9    Q.    How did you acquire Chuki?
10   A.    Chuki was donated I believe from Animal
11 Haven.
12   Q.    I have that she was accompanied by Condo
13 when she came.
14   A.    Yes.
15   Q.    Were they brother and sister?
16   A.    No, they were mates.
17   Q.    Okay.  Did they have babies?
18   A.    No.
19   Q.    What happened to Condo?
20   A.    He just suddenly died, and I don't know
21 the reason.  I just found him dead in his cage.
22   Q.    Did you have a necropsy performed on
23 Condo?
24   A.    Not that one, I didn't.
25   Q.    Chuki is still alive.

184

1    A.    Yes.
2    Q.    Has Chuki been held in isolation before?
3    A.    When she lost her mate, she was next to
4 the other lemur, but she didn't have a mate in with
5 her.  Is that what you mean?
6    Q.    I think so.  What do you mean by next to
7 the other lemur?
8    A.    They have side-by-side cages so they can
9 see through and talk to each other.  But they are
10 not compatible.  I tried to put them together and
11 they are not compatible.
12   Q.    All right.  So they're in their own cages
13 but they're side-by-side.
14   A.    Right.  So they can touch and they can
15 vocalize, but they cannot actually grab each other
16 and kill one another.
17   Q.    And you just mentioned Zaboo.  It looks
18 like you recently acquired Zaboo.
19   A.    Yes.
20   Q.    And I have from Oleson Park Zoo in
21 Fort Dodge?
22   A.    That's correct.
23   Q.    What's Zaboo's origin story?
24   A.    He was born and bred in Oleson Park Zoo.
25 I think he was born in March, and I was looking for

185

1  a mate for Chuki and so I put my name in and they
2  sold him to me.
3      Q.  And that was a female?
4      A.  He's a male.
5      Q.  Oh, he's a male.  Okay.  So he's just a
6  friend.
7      A.  For now.  Chuki's a female.
8      Q.  Oh, Chuki's a female.  Okay.  Thank you.
9  Okay.  Any health problems with Chuki or Zaboo?
10     A.  No.
11     Q.  All right.  Let's talk about Lucy.  Lucy
12 is, you said, a red ruffed lemur.  I have her
13 acquired in 2009 and hand-raised by Craig Perry.
14     A.  That's true.
15     Q.  So am I to assume that she's not had any
16 other owners?
17     A.  Not that I'm aware of, no.
18     Q.  Has she ever had a companion with her in
19 her cage?
20     A.  No.
21     Q.  And she's been with you for six years
22 now?
23     A.  She was his only one, too, I think, so
24 she's just -- she's bonded to people.
25     Q.  And I'm a little curious about -- Jeff's

186

1  a lemur guy, so I'm a little curious about the
2  lighting that's provided to Lucy.  I see that USDA
3  has cited you for not providing enough lighting for
4  Lucy, and I wonder what you thought about that.
5      A.  It wasn't for Lucy.  It was for the
6  ring-tails.  There's a bank of lights that go
7  across the ceiling on their indoor enclosure, and
8  they were approximately 12 feet apart, and so they
9  asked for extra lighting, and I provided that that
10 same day.  So it's there and --
11     Q.  They didn't seem to have a problem with
12 Lucy's lighting?
13     A.  No.
14     Q.  Then let's talk about the lemurs that
15 have died at Cricket Hollow Zoo.  The first is --
16 the first one listed is Tootsie.  Died of old age
17 in 2009.  What can you tell me about the
18 circumstances of her death?
19     A.  I got her from Bob Strange, I'd had her
20 for years, and she just aged out and that was it.
21 She died one day.
22     Q.  Any illnesses associated with her death?
23     A.  No.
24     Q.  Did you just find her dead in her cage?
25     A.  Yeah.  She was just laying there.

187

1      Q.  You hadn't noticed any symptoms of
2  illness?
3      A.  No.  My lemurs have been pretty trouble
4  free.
5      Q.  How about Cheech?  I have that you
6  acquired him in 2010.  Or I'm sorry.  I don't know
7  when you acquired him, but he died in 2010.
8      A.  He died in 2010.  'Cause Tootsie and
9  Cheech were a pair.  But I don't know how old he
10 was.  I'm sure he was quite old, like Tootsie was.
11     Q.  Did they ever have babies?
12     A.  Yes.  They had twins and then they had
13 two singles.
14     Q.  And what happened to those babies?
15     A.  The twins died and they were sent to Ames
16 for a necropsy, Barry Duval got one and Oleson Park
17 Zoo got one.
18     Q.  Who is Barry Duval?
19     A.  He does animal presentations for kids.
20     Q.  And where is he located?
21     A.  I think he's in Waterloo or somewhere
22 over that way.
23     Q.  Okay.  The babies that -- the twins that
24 died and went to Ames, Mattie and Gaz?
25     A.  Mattie and Gaz, yeah.  I think I just

188

1  sent one in for necropsy, though.
2      Q.  What was the diagnosis?
3      A.  They claimed encephalitis.
4      Q.  What's your understanding of what
5  encephalitis is?
6      A.  It affects their brains.  They had
7  something neurologically going on with them as
8  babies.  They just didn't act right, they were
9  dizzy and -- I don't know.  I knew something was
10 wrong with them, but we couldn't find anything, and
11 when they did die, then that's what we sent Ames.
12     Q.  And then Condo.  I think we talked
13 about -- a little bit about Condo, but what were
14 the circumstances of his death?
15     A.  He just died, too.  I don't know.
16     Q.  You have him dying in 2011?
17     A.  Could very well be.
18     Q.  Is there anything that you'd like to tell
19 me about any of the lemurs that you have had at
20 Cricket Hollow Zoo?
21     A.  They've been trouble free.  I don't think
22 there were problems medically with the ones that I
23 got.  They've all been healthy and -- I don't know.
24     Q.  And then finally the serval.  I have
25 Cassaya.  That's a pretty name.

189

1   A.   Cassaya.

2   Q.   Oh.  Cassaya.  That's even better.

3   A.   C-a-s-s-a-y-a.

4   Q.   So I have her born -- or, I'm sorry.

5   Arriving at Cricket Hollow Zoo in 2006, and she's

6   been there the whole time.

7   A.   Yes.

8   Q.   Do you know anything about her origin?

9   A.   She came from a lady down south, I want

10  to say in Georgia, but I don't know that right off

11  the top of my head.  Someplace down south.

12  Q.   And you're convinced she's a general

13  African serval?

14  A.   I know that for a fact.

15  Q.   And how do you know?

16  A.   'Cause she is.  She's just like all the

17  other ones I've ever had.  You cannot get those

18  barbary servals or something.  I don't think you

19  can even get a barbary serval.  I don't think

20  Africa will even let them out of the country.

21  Q.   Okay.  Cassaya have any health problems?

22  A.   No.

23  Q.   Okay.  Now, I'm curious, you said in all

24  this time, you have only sent one lemur for a

25  necropsy at Iowa State.

190

1   A.   True.

2   Q.   You haven't had any of your other animals

3   necropsied?

4   A.   A lynx.

5   Q.   But no other ones that are subject to

6   this suit?

7   A.   No.

8   Q.   Why not?

9   A.   I guess because I don't know if Ames

10  really always knows what they're looking at.  I

11  think that's probably the only lemur they've ever

12  done.

13  Q.   So you're not convinced they have the

14  expertise.

15  A.   I guess that's true.

16  Q.   Does it cost money to send them to get

17  them necropsied?

18  A.   Yes, it does.

19  Q.   What's the cost?

20  A.   I don't know.  It probably cost more to

21  ship it than -- I honestly don't know off the top

22  of my head.  I'd say maybe 150.  I don't know that,

23  though.

24  Q.   So you ship them.  You don't drive them

25  over?

191

1   A.   No, we shipped them.  The vets put them

2   in a special container so they're cold and they

3   ship them by a specialist overnight.

4   Q.   I note that you sold those two baby

5   lemurs to Barry Duval and Oleson Park Zoo.

6   A.   Yes.

7   Q.   Do you have any sales records from those

8   animals?

9   A.   I probably don't have Barry Duval's

10  paperwork, 'cause that was so long ago.  And I'm

11  not even sure about Oleson Park anymore.  But I

12  know I got a thousand dollars for it.

13  Q.   Do you use those records or donation

14  records for any other animals you transported?

15  A.   I guess I'm not sure what kind of record

16  that looks like.

17  Q.   Well, for your animals you have a record

18  showing that they were donated to you.

19  A.   A USDA paper.

20  Q.   Yeah.  But then when you donate to

21  someone else --

22  A.   Right.

23  Q.   -- that record is missing.

24  A.   Yeah.  I only have to keep those for a

25  year.  USDA looks at them and -- I'm not saying

192

1   I've never kept them, but our basement was flooded

2   one year and it destroyed a lot of that paperwork,

3   so I don't even have them in storage.

4   Q.   I want to talk to you about the

5   decision-making process you go through when you

6   accept a new animal into your zoo.  How do you

7   decide -- well, let's -- just generally, what's

8   your decision-making process for evaluating the

9   need for a new animal?

10  A.   I don't think I have a decision-making

11  process.

12  Q.   Okay.  What criteria do you use to

13  evaluate whether you need a new animal?

14  A.   I don't think I have a criteria.

15  Q.   Is it just if you want the animal?

16  A.   If I decide I have a space for something

17  and there's something interesting that the children

18  might like to see, then I might pursue that after

19  I've studied about it.

20  Q.   Do you consider whether or not you know

21  anybody with the expertise to take care of that

22  animal?

23  A.   I would make sure I have talked to

24  somebody before we got it.

25  Q.   What about your financial commitment to

193

1  caring for the animal? Do you have a process for
2  evaluating whether you can afford the animal?
3      A.  The initial of buying the animal or the
4  feeding cost?
5      Q.  Ongoing long-term costs.
6      A.  Yeah.  I wouldn't buy something that I
7  couldn't afford to feed.
8      Q.  Do you sit down and look at your budget
9  and go through your records, or how do you make
10 that decision?
11     A.  I have an LDI contract and I get most of
12 my feed on my LDI contract, so it's not an extra
13 expense to me.
14     Q.  Okay.  What about -- how do you -- I
15 mean, is feed the only cost that you would consider
16 in taking care of the animal long term?
17     A.  That's my biggest cost, but it's not my
18 only cost.
19     Q.  How about veterinary care?
20     A.  There is some care.  Vaccinations,
21 whatever it needs, depending on the species.
22     Q.  In evaluating what kind of animal to
23 purchase, what do you consider?
24     A.  Something that I think that the public
25 would like to see.

194

1      Q.  Okay.  Anything else?
2      A.  Something that I would enjoy.
3      Q.  Anything else?
4      A.  No.
5      Q.  What about who you should purchase -- who
6  to purchase an animal from?  Do you have any
7  criteria for who you would purchase an animal from?
8      A.  If it's a regulated animal, it needs to
9  be from a USDA-licensed breeder.
10     Q.  That's it?
11     A.  I guess.
12     Q.  Okay.  What about whether or not you'd be
13 able to meet state or federal compliances,
14 regulatory schemes?
15     A.  I guess I don't understand that part.
16     Q.  Do you have an evaluation process for
17 whether the acquisition of this animal affects your
18 compliance status with the state or the feds?
19     A.  No.  I wouldn't buy something that wasn't
20 legal, put it that way.
21     Q.  Is that the only thing you're worried
22 about with respect to state and federal compliance?
23     A.  Yes.  If I have the facility for it.  I
24 wouldn't take something if I didn't have the
25 facility.

195

1      Q.  Okay.  Anything else?
2      A.  If something had some specialty feed that
3  I couldn't acquire, like eucalyptus leaves or
4  something.
5      Q.  All right.  Anything else?
6      A.  No.
7      Q.  Okay.  Mrs. Sellner, we asked Dr. Pries
8  yesterday about what he thought about the term
9  animal husbandry, and I wonder what you think about
10 that term.
11     A.  I guess it's the general care and taking
12 care of its well-being and being able to provide
13 for its nutrition properly.
14     Q.  Okay.  Well-being and nutrition.
15 Anything else?
16     A.  I even don't remember the question
17 anymore.
18     Q.  What do you think about the term animal
19 husbandry?
20     A.  I'm running out of ideas.  I don't know.
21     Q.  That's okay.  Okay.  I want to read to
22 you the definition that the Association of Zoos and
23 Aquariums has established.  And according to the
24 AZA, animal husbandry practices ensure that
25 physiological, biological, psychological, and

196

1  social needs of animals cared for in zoos and
2  aquariums are addressed.  Do you agree with that
3  definition?
4      A.  Yes.
5      Q.  Let's talk about some animal husbandry
6  practices that you employ at Cricket Hollow Zoo.
7  What animal husbandry practices would you say you
8  employ for tigers?
9      A.  They've got enrichment, they've got
10 proper nutrition, I think they have enough space,
11 although you can probably never give any animal too
12 much space.  I think we do a good job of keeping
13 them clean and healthy.
14     Q.  Anything else?
15     A.  They're socialized with humans.
16     Q.  Anything else?
17     A.  Not off the top of my head.
18     Q.  Okay.  What do you provide to the tigers
19 for enrichment?
20     A.  They have big 55-gallon drums that are
21 probably a quarter-inch thick.  They bat them
22 around and bite them.  They have pools that they
23 can soak in in the summer.  They have bowling
24 balls, they have scratch logs, and we feed whole
25 prey off season, and that's nutrition as well as

197

1 enrichment.

2     **Q.**   Okay. That actually fascinates me. When

3 you give them whole prey, is it alive?

4     **A.**   No. I do not feed anything alive.

5     **Q.**   Okay.

6     **A.**   That's cruel.

7     **Q.**   Cruel to the animal that's being killed?

8     **A.**   Yes. 'Cause my cats don't hunt like a

9 wild tiger, and they maul it and abuse it, and I

10 would never do that.

11     **Q.**   Okay. I didn't have any idea.

12     **A.**   No.

13     **Q.**   And when the carcass is placed in the

14 pen, how long does it stay in there?

15     **A.**   They eat it.

16     **Q.**   Pretty quickly?

17     **A.**   Oh, yeah.

18     **Q.**   24 hours?

19     **A.**   Oh, yeah. Two cats can have a deer gone

20 in 24 hours or less.

21     **Q.**   And what will you do if it's still in

22 there after 24 hours?

23     **A.**   We can put it in the compost pile at the

24 farm.

25     **Q.**   And that's -- you had NRCS help you with

198

1 that compost pile?

2     **A.**   No.

3     **Q.**   No?

4     **A.**   It's a farm compost pile. It's how they

5 get rid of pigs or cattle or whatever you want,

6 dead.

7     **Q.**   How large would you say that is?

8     **A.**   As big as I want it to be.

9     **Q.**   Right now, how big is it?

10     **A.**   I don't know. Probably 50 by 20. That's

11 like bones and hide and things that we don't -- you

12 know, that we take out of the tiger's pen that they

13 aren't going to eat, that's what goes in the

14 compost.

15     **Q.**   Okay. What about nutrition? What

16 nutrition do you feed the tigers?

17     **A.**   They are obligate carnivores, so they

18 only eat raw meat. And we do feed whole prey in

19 the wintertime. And in the summertime, if we have

20 something that weighs under 300 pounds, we may feed

21 it in the evening hours and then it's taken out by

22 the next morning. Off season, when we're not open,

23 we feed LDI-contract meat, which would be anything

24 from steaks to chicken that comes packaged. It's

25 human grade. It's supplemented with Oasis

199

1 felidae T, as in turkey. It's a brand.

2     **Q.**   Okay.

3     **A.**   And then they get Primal-Cal.

4     **Q.**   What's Primal-Cal?

5     **A.**   It's a calcium supplement that Oasis also

6 makes. Our nutritionist, Gary Pusillo, makes those

7 products.

8     **Q.**   When you call Dr. Pusillo your

9 nutritionist, is he your nutritionist for all of

10 the animals at the zoo?

11     **A.**   Not all of them. Primarily the cats, but

12 we have used some of his products for other

13 species.

14     **Q.**   And space. You said something

15 interesting. You can never give an animal too much

16 space. What do you do to ensure that the tigers

17 have the right amount of space?

18     **A.**   I have never, ever been written up by

19 USDA for having an inadequate amount of space in a

20 cage.

21     **Q.**   Okay. So that's what you do to ensure

22 that they are healthy and happy?

23     **A.**   I make it as big as I have available for

24 that area.

25     **Q.**   You also said that you want to keep the

200

1 animals clean and healthy.

2     **A.**   That's true.

3     **Q.**   What do you do to keep them clean and

4 healthy?

5     **A.**   Our cats are housed on pea gravel, so we

6 can take like a horse stall rake and we can rake up

7 the poop. It's out in the sunshine and the rain,

8 so it's sanitized in that direction. And I guess

9 they have routine wormings and -- if they have an

10 emergency or some other medical issue, then I guess

11 the veterinarian can work on that.

12     **Q.**   You also said you thought that being

13 socialized with humans was good animal husbandry

14 practice.

15     **A.**   Yes, I do.

16     **Q.**   Why do you think that?

17     **A.**   Because that makes an animal, if I need

18 to work on him, he's not going to be sitting on the

19 other end of the cage getting all stressed out

20 because I'm going to have a doctor come over and

21 look at him, and he's going to come right up to me,

22 he's going to talk to me. If I have to have the

23 pull syringe, he's right there, I can get him.

24     **Q.**   A pull syringe?

25     **A.**   If he needs a shot for something, I don't

201

1 have to dart him and knock him out to give him a
2 shot. He's going to come up to me.
3 Q. Okay. What about exercise? Do your
4 animals have any -- do the tigers have an exercise
5 plan?
6 A. There's not an exercise plan required for
7 tigers.
8 Q. Okay.
9 A. It's only for dogs, that I'm aware of.
10 Q. So because it's not required, the tigers
11 don't get exercise?
12 A. They have exercise within their
13 enclosures.
14 Q. Okay. But they never get out.
15 A. That's against the law.
16 Q. What harm could come to a tiger
17 who's exposed to swarming flies for an extended
18 period of time?
19 A. Annoyance.
20 Q. That's it?
21 A. Probably. Could bite their nose if they
22 were severe around their face.
23 Q. And what animal could -- what harm could
24 come to an animal from living in feces, dirt, and
25 grime?

202

1 A. They could pick up a disease, I suppose.
2 Q. Okay. So you talked about tigers. Do
3 you treat your lions any differently? Do you have
4 any different animal husbandry practices for a
5 lion?
6 A. They don't have the same things that the
7 tigers do, and their cages are smaller.
8 Q. Okay. What's different about their
9 cages?
10 A. They're smaller than the tiger cages.
11 Except for Jonwah's. She's got the big cage.
12 Q. Why is hers bigger?
13 A. Because we built a new thing when I got
14 those tigers in -- or the lions in, and I
15 eventually was going to have the whole pride in
16 there, but I guess just Jonwah's in there now.
17 Q. Why is that?
18 A. Because Dandy has claws and Jonwah came
19 without claws, and I don't think that's a good
20 thing to mix.
21 Q. And so you're worried about Jonwah's
22 safety if he was housed with Dandy?
23 A. Yes.
24 Q. You mentioned that the lions don't have
25 as many things as the tigers. Are you meaning

203

1 enrichment?
2 A. Well, the lions don't swim. The tigers
3 like their pools, and lions would not use that.
4 Q. What about the barrels?
5 A. They have bowling balls and that's what
6 they play with. And they have scratch logs.
7 Q. Anything else?
8 A. They have houses that they lay up on top
9 so they're up off the ground. It's more natural
10 for them.
11 Q. And what about the serval? Does she have
12 any different practices for animal husbandry?
13 A. She's got perches and a tree in her cage,
14 and there's shelves in the back. She's not a
15 tree-climbing animal, but she uses a tree to get up
16 onto her shelves.
17 Q. Anything else different about her diet or
18 socialization?
19 A. Well, she doesn't eat whole prey. She
20 only eats, like, store-bought-type meat. And she
21 still gets the same supplements.
22 Q. And are the lions or the serval exercised
23 at all?
24 A. They all have room in their enclosure.
25 The serval's is indoor/outside, 'cause she's inside

204

1 in the winter.
2 Q. So for the housing structures for the
3 tigers, lions, and servals, how do you ensure
4 they're sound?
5 A. They're steel tunnels that are, I don't
6 know, a quarter-inch thick. I mean, they're pretty
7 much indestructible. They're all welded together
8 with guillotine doors.
9 Q. What harm, if any, could come from a
10 tiger consuming spoiled or rotten food?
11 A. Make them sick.
12 Q. Is that it?
13 A. I wouldn't try it, necessarily. Not
14 deliberately would I do that.
15 Q. What about from not having constant
16 access to clean water?
17 A. They have constant access to clean water.
18 We have automatic drinking cups in there.
19 Q. Okay. Describe those to me.
20 A. They're approximately 12 inches long and
21 probably three, four, five inches deep. They are
22 hooked on a pipe system so that there's always
23 water pressure. They have a float in them
24 underneath the little ledge so the cats can't mess
25 with the float. So every time they drink, the

Case 6:14-cv-02034-JSS   Document 20-14   Filed 06/01/15   Page 14 of 38      Ex. 7-0437

205

1 water just keeping refilling fresh water in there.
2 So they're running 24/7.
3 Q. And do all the cats have that automatic
4 feeder or waterers?
5 A. The only cat that does not is my bobcat,
6 and we hand water him with a stainless steel
7 waterer.
8 Q. Okay. Let's now talk about the lemurs.
9 What are common -- or what are your animal
10 husbandry practices you employ for the lemurs?
11 A. They have indoor/outside enclosures when
12 the weather permits. They have trees in their --
13 not live trees. Like branches and things that they
14 climb on in their outdoor and indoor enclosures.
15 Or shelves. They all have shelves outside, a
16 couple layers. They're faced to the west, so they
17 sit like little Buddhas in the afternoon and take
18 in the sun. And they have -- the ring-tail lemurs,
19 they also actually have like a -- up off the
20 ground, a pail kind of system that's their little
21 thing that they sleep in together. They eat fruits
22 and vegetables, they have sippers, they eat New
23 World Monkey Chow.
24 Q. Anything else?
25 A. They have toys, they have each other.

206

1 Q. And how often do you change the toys that
2 are provided to them?
3 A. Oh, I don't have a set schedule. It may
4 be every couple months they get something different
5 instead. Sometimes sooner. It just depends on
6 what the toy is and how much enjoyment they get out
7 of it.
8 Q. And what's New World Monkey Chow?
9 A. They're little match-stick-size monkey
10 biscuits that I give my New World monkeys, and
11 they're balanced for primates and prosimians.
12 Q. You said they have each other. I suppose
13 that's true for Chuki and Zaboo. What about Lucy?
14 A. Lucy's bonded to humans, and she comes up
15 every day and she gets her fingers on the cage and
16 she wants her armpits rubbed. That's her very
17 favorite thing. And she will sit on you, but she
18 doesn't want to be held, and so I'm not going to
19 attempt that.
20 Q. So Lucy's companionship is humans?
21 A. Mostly. But when she's outside, she's
22 right on the wire with the ring-tails. But they
23 are not compatible together, 'cause I already tried
24 them.
25 Q. So you say on the wire. They hang on the

207

1 wire a lot?
2 A. They can. They're right there. They sit
3 next to each other. They're not even an inch apart
4 if they want to be.
5 Q. Uh-huh. Would you say Chuki's mood
6 improved after Zaboo was added to his cage?
7 A. No.
8 Q. You perceive him to be the same?
9 A. Chuki's a female. And she's bossy,
10 'cause lemurs, females are the boss. And she
11 bosses him, too.
12 Q. And she doesn't appear to have her mood
13 improved?
14 A. No.
15 Q. I mentioned it because in your primate
16 enrichment plan for 2014, you indicate that they
17 seem happier.
18 A. Well, because she had somebody, period.
19 But he was in a buddy cage with her. He wasn't in
20 directly with her when I got him. And she was
21 curious. But, you know, as far as how she behaves
22 really overall, I don't think she's that much
23 better.
24 Q. Okay. Let's talk about the
25 socialization. Human socialization. In a

208

1 handwritten letter to USDA officials on April 4 of
2 last year, you express some confusion about the
3 prohibition on animal/human contact at the zoo
4 exhibitions. What was the basis for that
5 confusion?
6 A. I was instructed that I had to put
7 barriers in all my hoof stock and other pens that
8 people had customarily been able to pet. And I
9 wanted to know what animals that involved, and I
10 wanted to know what particular kind of barriers
11 they thought I should have, and if there needed to
12 be certain materials they were made out of. And I
13 think I got a very vague answer from them. The
14 only real piece of information I gleaned was that
15 it was only regulated animals.
16 Q. Okay. So really, you were concerned
17 about barriers, not whether the animals could be
18 physically handled by humans.
19 A. Well, that's the point.
20 Q. Okay. The point of the barrier?
21 A. Yes.
22 Q. So when is it okay for animals to
23 interact with humans and when isn't it okay?
24 A. I don't have a problem with them
25 interacting with humans any time. But USDA does

Case 6:14-cv-02034-JSS   Document 20-14   Filed 06/01/15   Page 15 of 38   Ex. 7-0438
Page 205 to 208 of 258
52 of 92 sheets

209

1  not want -- unless you have an attendant standing
2  on your path every I don't know how far to make
3  sure that somebody doesn't pet a goat the wrong way
4  or something happens.  And I guess that goes
5  against my own ideas, but that's the law, so that's
6  what we did.
7      Q.   Is there ever a time when you would not
8  be present when the animals are interacting
9  directly with humans?
10     A.   Not now.
11     Q.   But then?
12     A.   We put that fence in -- or the barrier
13  fence, and there's, like, little PVC tubes and
14  that's how people feed the animals, all our hoof
15  stock and all the other animals that were in the
16  petting zoo before.
17     Q.   And when did you put that fence in?
18     A.   It was in place when we opened in May of
19  2014.
20     Q.   And is that for -- you said it was for
21  the petting-zoo-type animals?
22     A.   Yes.
23     Q.   Any other animals?
24     A.   We have a perimeter fence around our
25  carnivores, which has always been in place.

210

1  There's no public access to them.
2      Q.   So the barrier fence is installed for all
3  other animals.
4      A.   Regulated animals.
5      Q.   Please elaborate on that distinction.
6      A.   USDA does not regulate equines or fowls.
7      Q.   Okay.  We talked a little bit about the
8  enclosures for animals in the winter.  You stated
9  that if the animals are attached to a facility,
10  that you put them in a facility and shut it up and
11  restrict them from going outside in the winter.
12     A.   That is true.
13     Q.   Otherwise, as indicated on Exhibit L,
14  they're transferred to your dairy farm barn to live
15  out the winter.
16     A.   No, that's not exactly.  Most of our
17  tropical animals or anything that needs to be
18  heated or not take Iowa's winters are attached to
19  buildings or they're locked inside.  Those other
20  animals that are farm animals are in the main part
21  of the zoo and I take part of those out, so --
22     Q.   Okay.
23     A.   You can see it on there.
24     Q.   The ones that are circled.
25     A.   Yeah.

211

1      Q.   Okay.  So do the tiger -- what happens to
2  the tigers and the lions in the winter?
3      A.   They are -- they live for winter.  The
4  tigers.  They love the winter, and that's their
5  best season.  They're Siberian generics and they
6  love snow, they want to play out in there, and
7  they're happy.
8      Q.   How do you know they're Siberian?
9      A.   They were sent to me as Siberian
10  generics.  They're not pure.  They can be mixed.
11  There could be something bred in them.
12     Q.   Okay.  What about the lemurs?  They get
13  shut into the reptile house?
14     A.   They're inside, yes.
15     Q.   What's the climate control in the reptile
16  house?
17     A.   It's got a regular furnace.
18     Q.   Okay.  Do you keep the heat constant?
19     A.   Yes, I do.  It's on a thermostat.
20     Q.   The serval, where does she go?
21     A.   She's in that building also.
22     Q.   And the wolves?
23     A.   The wolves are outdoors.
24     Q.   Okay.  Are kinkajous endangered?
25     A.   No.

212

1      Q.   All right.  I want to talk to you about
2  some veterinary care issues.  First of all, you sat
3  in on Dr. Pries's testimony yesterday during his
4  deposition; correct?
5      A.   Yes.
6      Q.   So was any of your testimony or
7  preparation -- I'm sorry.  Let's start over.
8           Was any of your preparation today formed
9  by Dr. Pries's answers yesterday?
10     A.   No.
11     Q.   So you're answering independently from
12  his answers.
13     A.   Yes.
14     Q.   I understand Dr. Pries took over as your
15  attending veterinarian in 2009.  Right?
16     A.   Yes.
17     Q.   And Kevin Esch was responsible prior to
18  that?
19     A.   Yes.
20     Q.   Why did you switch to Dr. Pries?
21     A.   Dr. Esch left the practice and went to
22  Brazil with his family to practice there.
23     Q.   To the country of Brazil?
24     A.   To the country of Brazil.
25     Q.   What process did you go through to

213

1 determine who was best qualified to serve as your
2 attending veterinarian after Dr. Esch?
3    A.   Dr. Pries said that he would help me, and
4 he has access to other zoos for things that he
5 doesn't know how to take care of or that he has not
6 had the experience of doing.
7    Q.   Did Dr. Pries approach you?
8    A.   No, I approached him.  I approached their
9 office.  And Dr. Pries said that he would take care
10 of things.  He takes care of reptiles and primates,
11 as well, and it's hard to find somebody that does
12 all that.
13    Q.   Did you know that by word of mouth?
14    A.   They told me that, I guess.
15    Q.   When did they tell you?  Who is "they"
16 and when did they tell you?
17    A.   Elkader Veterinary Clinic when Dr. Esch
18 left.
19    Q.   Did Dr. Esch used to work there, too?
20    A.   Yes.
21    Q.   And so when Dr. Pries took over the
22 practice, someone there told you he was a wild
23 animal vet.
24    A.   When Dr. Esch was leaving, I said, "Do
25 you have another veterinarian that can help me and

214

1 be my USDA zoo veterinarian?" and Dr. Pries -- I
2 don't know if he said it directly or if they talked
3 about it first, but that's how I ended up with him.
4    Q.   Did you evaluate any other veterinarians
5 in the area for their expertise?
6    A.   They won't take me.  I've asked.
7    Q.   Why not?
8    A.   They don't want to mess with exotics.
9 They don't have the experience and they don't want
10 to do it.
11    Q.   So Dr. Pries is your only choice, really?
12    A.   To be local.  I'm not going to drive
13 400 miles for a vet.  When I need an emergency, I
14 need somebody that's in my neighborhood, so to
15 speak.
16    Q.   Okay.  In your program of veterinary care
17 that you submitted to the United States Department
18 of Agriculture, you certified you discuss certain
19 topics with Dr. Pries and can administer them in
20 his absence in the case of an emergency.  I'd like
21 to go over those topics with you and I want you to
22 tell me what you recall about those discussions
23 with Dr. Pries.
24    A.   Okay.
25    Q.   Okay.  Vaccinations?

215

1    A.   I guess we discussed what vaccinations we
2 wanted to use on specific species, and I guess he
3 wrote in my veterinary care booklet, like on my
4 hoof stock and stuff, the clostridium and tetanus,
5 whatever.  It's all in there.  On my cubs, I do
6 vaccinate them with a killed vaccine, but I do not
7 and have never, ever vaccinated my large adult
8 cats.
9    Q.   All right.  Why not?
10    A.   I don't believe in it.
11    Q.   You don't believe in vaccinations?
12    A.   Not a hundred percent on a big one.
13    Q.   How come?
14    A.   That's my belief.
15    Q.   Well, I'd like to understand the basis of
16 your belief.
17    A.   It's just the way my brain works, I
18 guess.
19    Q.   Please elaborate.
20    A.   I've seen cats die from vaccines, I've
21 seen -- I know a lot of breeders that won't even
22 vaccinate cubs because they've died from a vaccine.
23 And you have to use killed vaccine, because if you
24 use modified live, you will lose a cat.
25    Q.   So you're worried about the health -- the

216

1 consequences.
2    A.   I think they've had enough tigers.  I'm
3 not bringing other stuff in there to make me think
4 that I'm putting them at risk.
5    Q.   Do you administer the vaccinations that
6 Dr. Pries wrote on that paper?
7    A.   Yes.  Most of them I do myself.
8    Q.   And where do you get the vaccinations?
9    A.   From him.  Or I guess I have gotten some
10 from my veterinarian for the farm, too.  He
11 prescribes something.  It's a prescription, so I
12 have to get it from a vet.
13    Q.   Is there anything else you'd like to add
14 from your recollection of your discussion with
15 Dr. Pries about vaccinations?
16    A.   I don't remember.
17    Q.   How about parasite control?
18    A.   We use primarily Panacur for the safety
19 aspect, and it's broad spectrum.  I use some
20 Ivomec.  There's another one for dogs, too, that we
21 use on some of our dog species.  It begins with a
22 P.  I can't say it at all.  But we've used that on
23 those particular species.  And raccoons.
24    Q.   Okay.  So I understand that's what you
25 do.  Is that what Dr. Pries and you discussed in

Case 6:14-cv-02034-JSS   Document 20-14   Filed 06/01/15   Page 17 of 38   Ex. 7-0440
Page 213 to 216 of 258
54 of 92 sheets

217

1  your program of veterinary care?
2      A.   Yes.
3      Q.   What about euthanasia protocols?  What
4  did you and Dr. Pries discuss?
5      A.   If we need something destroyed, I guess
6  he can administer some kind of euthanasia to it.
7  If its hoof stock, we'd probably have to shoot it.
8  It's more humane than a barbiturate.
9      Q.   What about quarantine conditions?
10     A.   We can quarantine if we need to, but it's
11 not something I do a lot.
12     Q.   Have you ever?
13     A.   Yes.
14     Q.   What were the circumstances?
15     A.   I'm not going to be able to remember what
16 we did.  I just -- I can't think right at this
17 minute.  Ask me something else while my brain is
18 trying to compute that.
19     Q.   Why don't we take a five-minute break and
20 then we'll come back to that and keep going on
21 veterinary care.  Okay?
22     A.   All right.
23
24              (Recess)
25

218

1      Q.   (MS. BLOME)  Pam, we're back from a
2  break.  We were talking about quarantine conditions
3  that you might have discussed with Dr. Prise as
4  part of your program of veterinary care.  So please
5  continue.
6      A.   I thought on that a little bit, and I'm
7  thinking the only thing that I can remember
8  quarantining is a bear.
9      Q.   Oh.  Okay.
10     A.   Although it probably is a good idea to
11 quarantine something new, I do not always follow
12 that.
13     Q.   Okay.  What did you quarantine the bear
14 for?
15     A.   Because there was a bear up north that
16 had come up with rabies, or they claimed.  It ended
17 up, when they did the test, that a dog or something
18 had been in that room before and the rabies
19 transferred into that bear's tissue, and the bear
20 was not rabid, put it that way.  And so there was a
21 big scare, and we had a cub one time that we had
22 lost, and so we put the other bear in a quarantine
23 situation just to keep it away from other things,
24 not knowing what we had.
25     Q.   And did you let the bear back?

219

1      A.   After 30 days.
2      Q.   30 days?  Okay.  And what nutrition
3  protocols did you discuss with Dr. Pries?
4      A.   I don't remember.  We did that a long
5  time ago.
6      Q.   Okay.
7      A.   I guess --
8      Q.   When did you do it?
9      A.   In '09 maybe.
10     Q.   Okay.  And you haven't discussed these
11 things with him since?
12     A.   Nutrition isn't something I discuss with
13 him as much as I do my nutritionist, Gary Pusillo.
14     Q.   Okay.  What about anthelmintic
15 alternation?
16     A.   Is that worming?
17     Q.   Is it?
18     A.   I don't know.
19     Q.   Okay.
20     A.   I can't remember.
21     Q.   Proper handling of biologics?
22     A.   Yeah.  We've gone over, you know, there's
23 different drugs.  Some need refrigerated, and I
24 need to do a better job at watching my dates,
25 'cause I've had some expired drugs in my arsenal,

220

1  and that's why, I guess, I don't keep a lot on hand
2  for that reason, because if I don't use it up, it
3  sits there and then it expires, so I'm trying to do
4  a better job of that.
5      Q.   Venereal diseases?
6      A.   That's probably more aimed at the equines
7  more than some of the other things.  But -- I don't
8  remember saying all that.  Are you sure he checked
9  all those?
10     Q.   Uh-huh.  Pest control and product safety?
11     A.   That we did discuss.  He set up fly
12 control for the zoo and the farm.  We use
13 Quickbayt, which is best product ever invented.
14     Q.   What is it?
15     A.   It's a -- there's two forms.  There's one
16 that you spray on, you mix it with water, comes in
17 a spray thing, and then there's another one that's
18 a granular stuff.  It's got a smell to it so
19 animals won't go to it and lick it, because it is
20 poison, but a fly, all it has to do is fly over
21 that stuff and it's dead, like, right now.  So,
22 like, I could do TV commercials for Quickbayt.  But
23 it's a good product.
24          We did it last year.  Before we ever
25 opened, we spray -- just spray one line, like,

221

1 maybe even 10 feet down the walls here and there.
2 It dries, and as soon as the flies hit it -- it's
3 got an attractive, so the first time I did it, I
4 think every fly on the farm came.  I went into my
5 office, I swept up five times a day.  But it's a
6 good product.  And that's probably the best thing
7 he ever suggested to me.  We use that in all our
8 buildings.  We use flytraps in the back by the
9 carnivores.  We have the rat bait stuff, 'cause at
10 the farm we get rats and mice coming in.  That's
11 all I can think of, I guess.
12    Q.   All right.  Emergency care, you have
13 listed the Elkader Veterinary Clinic.
14    A.   Yep.
15    Q.   What qualifications do they have that
16 make them qualified for emergency veterinary care
17 of zoo animals?
18    A.   They pretty much have got somebody on
19 call for 24/7 and they've got a surgery room and
20 everything right there, so we can take stuff in.
21    Q.   Have you been satisfied with their care?
22    A.   Very much.
23    Q.   Okay.  You also list Elkader Veterinary
24 Clinic as your emergency care facility on your
25 contingency plan required separately by USDA?

222

1    A.   Yes.
2    Q.   Is there anything you'd like to add to
3 your contingency plan that you submitted or is that
4 pretty much it?
5    A.   That's it.
6    Q.   Back to the program of veterinary care.
7 Zoonosis is checked as being discussed with you.
8 What's zoonosis?
9    A.   I don't know.
10    Q.   You also checked that you discussed
11 environmental enhancement for the primates?
12    A.   Yep.  That's the primate enrichment --
13 you have a copy of that, too.
14    Q.   We do.  Did you develop that in
15 conjunction with Dr. Pris or on your own?
16    A.   I developed that pretty much on my own
17 and he reviewed it and signed on it.
18    Q.   And how did you come to develop it?
19    A.   'Cause from past experience, and the
20 Simian Society had enrichment books that the Simian
21 Society's put out that's got, like, good ideas for
22 different things that primates enjoy.  And I use
23 that a lot.
24    Q.   Did you consult any other zoo owners or
25 primate owners?

223

1    A.   Maybe -- I'm thinking one owner that had
2 monkeys about things that they've done.
3    Q.   Anything else inform your development of
4 that primate enrichment plan?
5    A.   I don't know.
6    Q.   You don't know or don't remember?
7    A.   I probably can't think straight at this
8 point.  We use some food enrichment as well as toys
9 and climbing apparatuses and things like that.
10    Q.   I know it's been a long day --
11    A.   Yes.
12    Q.   -- but try and bear with me and we'll
13 plow through.  Okay?
14    A.   (Nods yes.)
15    Q.   You also checked that he discussed
16 species-specific behaviors with you?
17    A.   Is that primate things or what?
18    Q.   I don't know.  That's what I wanted to
19 know, what behaviors he might have discussed with
20 you and how you've accounted for his advice in your
21 daily --
22    A.   We talked about some of the psychological
23 problems that some of those monkeys that I'd gotten
24 in had.  I got a macaque in that does the eye jab
25 thing, it sucked its toes, it came to me that way.

224

1 I had another one that -- a capuchin that self
2 mutilated.  I had another monkey that was plucking
3 badly, and USDA was writing me up for not having
4 enough enrichment, and it ended up being that when
5 the monkey came in heat, she was a plucker.  So it
6 wasn't something I really had done.  But we tried
7 to -- we have an enrichment calendar, so every day,
8 whatever we do for enrichment goes on that
9 calendar, and USDA inspects it.
10    Q.   Do you have a copy of that enrichment
11 calendar?
12    A.   No.
13    Q.   Would you please give us a copy?
14    A.   I can give you one if I have not thrown
15 last year's one out.
16    Q.   So primarily you discussed psychological
17 issues you had been having with primates --
18    A.   Ones that came in to me that -- damaged
19 that -- for whatever reason.
20    Q.   Were you able to cure those primates?
21    A.   We upped their enrichment as much as we
22 can and tried to do like the PVC, like, puzzle
23 feeders and stuff like that.  It's eliminated some
24 of the problem, but --
25    Q.   Are all those monkeys still alive?

225

1    A.    The capuchin is not.  The macaques are.

2    Q.    Are they still exhibiting those

3  psychological behaviors?

4    A.    Some.  Not as bad.  But the one that

5  plucks, that is because she comes in heat and it's

6  only when she comes in heat.

7    Q.    And that's a baboon?

8    A.    No.

9    Q.    Oh.

10    A.    That's a macaque.

11    Q.    A macaque.

12    A.    I don't think it comes with the baboons.

13    Q.    Okay.  This might be a little tedious, so

14  I apologize for that, but we're going to go over

15  some citations that have been noted by the United

16  States Department of Agriculture for veterinary

17  care, and I'm just curious what you did to follow

18  up on those citations.  So in July of 2010, you

19  were cited for Angora rabbits with excessive

20  matting at face and abdomen.

21    A.    They were clipped.  I think my intern

22  clipped them, actually.

23    Q.    Did they see a vet?

24    A.    No.  It wasn't required.

25    Q.    In November, 2010, an Alpine goat with a

226

1  golf-ball-size mass on its jaw?

2    A.    Actually, my farm vet saw that.  It's an

3  abscess.  It's not unusual in goats.  It didn't

4  come to a head where we could lance it.  And they

5  usually break open and drain on their own, and

6  that's what we did with that one.

7    Q.    Who is your farm vet?

8    A.    Dr. Cook and Dr. Dunham in Ryan.

9    Q.    You didn't see Dr. Pries on that?

10    A.    Not at that time.  I had herd health and

11  so I just had them walk up and look.

12    Q.    A Toggenburg goat with excessively long

13  hooves on that same day.

14    A.    Yeah, I just trimmed those.

15    Q.    Okay.

16    A.    It was in soft bedding and it overgrew.

17  It didn't limp.  It just overgrew.

18    Q.    August 2011, Selema, a 30-year-old

19  hamadryax baboon, was excessively thin and, quote,

20  had not been evaluated by attending veterinarian.

21    A.    She was purely old.  And my veterinarian

22  did come out and she just -- you know, she was on

23  the downhill side.  There was nothing we could do.

24  We bumped up protein and stuff on her, but she

25  eventually did die.  She had a baby, the only baby

227

1  in her life, right before she died and she took

2  care of it, so -- after that.  I guess she died

3  happy.

4    Q.    Was she pregnant when she was seen?

5    A.    No.  No.

6    Q.    Okay.  So the veterinarian was called in

7  that circumstance?

8    A.    Just because USDA made me.  I mean,

9  there's nothing -- you can't turn back the time on

10  somebody that's old.

11    Q.    So whenever USDA tells you to call the

12  vet, you do?

13    A.    If they tell me, yes, I do.  But I do it

14  on my own.  I don't need USDA to tell me.

15    Q.    Okay.  When do you call the vet on your

16  own?

17    A.    If I have something that's injured or

18  sick that needs attention, then I call them up.

19  Just like I did for anything else.

20    Q.    What are the circumstances under which

21  you wouldn't call the vet if an animal was injured

22  or sick?

23    A.    If it had a minor scratch.

24    Q.    Okay.  So back to Selema, the 30-year-old

25  hamadryax baboon, you did call the vet on that

228

1  occasion.

2    A.    Yes, I did.

3    Q.    Did the vet come out and see the baboon?

4    A.    Yes, he did.

5    Q.    And his diagnosis was old age?

6    A.    Yes.

7    Q.    That same date in August, 2011, a calico

8  buck goat with excessively long hooves.

9    A.    One out of 60 head had long hooves, yes.

10  It overgrew and I trimmed them.

11    Q.    In December of 2011, you were cited for

12  four goats with excessively long hooves.

13    A.    We trimmed -- what year was that?

14    Q.    December of 2011.

15    A.    Okay.  I was going to say, because there

16  was one in -- I had the appointment already made

17  with the trimmer, and then they came and I got

18  written up anyway.

19    Q.    But you had a trimmer come out?

20    A.    I trimmed that one.

21    Q.    Oh, you trimmed it?  In June, 2012, you

22  had llamas heavily matted and needed to be sheared.

23    A.    We barrel clipped all those when we

24  sheared sheep.  I barrel clip them every year now.

25    Q.    Whenever you see an animal that's matted,

229

1  does that raise any alarm bells in you?
2      A.   I don't find that to be something that
3  happens a lot.
4      Q.   Does it concern you when it does?
5      A.   Yeah, I don't like to see a matted
6  animal.
7      Q.   Okay.  Do you do anything to prevent
8  matting in animals at your zoo?
9      A.   We try to keep them clean and dry, and if
10 they need to be groomed, we groom them.  Like I
11 said, we clip the llamas every year.
12     Q.   That same date in June, 2012, you were
13 cited for an Angora rabbit with matted, soiled fur.
14     A.   I think it had just gotten damp, but that
15 one got groomed up, too.
16     Q.   Okay.  Fast forward.  June, 2013,
17 Cynthia, a female capuchin, you were cited for hair
18 loss on her abdomen, under arms, thigh, tail, and
19 chewing tail in presence of inspectors.
20     A.   That's the one that came with
21 self-mutilation issues, and when she saw strangers
22 or other people, she would grab her tail and just
23 bite.  And I found that the best thing usually to
24 do was just walk away from her and -- give her
25 something to eat and walk away and then she quit

230

1  doing it, because she -- I don't know why she came
2  to me with issues like that.
3      Q.   Did you call Dr. Pries about Cynthia?
4      A.   Yes.  He came out and looked at her.
5      Q.   What was his treatment?
6      A.   The same.
7      Q.   And you followed through by just mostly
8  trying to leave her alone?
9      A.   When she's doing that naughty stuff,
10 yeah.
11     Q.   And you characterize it as naughty?
12     A.   Well, it's just her behavior.  It isn't
13 good behavior, but it's what she did, I guess.
14     Q.   In December of 2013, two goats had long
15 hooves and you were cited.  You trimmed them?
16     A.   Yeah.
17     Q.   In May of 2014 -- so this would be
18 Dr. Cole's visit -- you were cited for a number of
19 veterinary care issues.  A coyote with a swollen
20 digit on its right front foot and a red abrasion
21 and missing hair.
22     A.   That's when her sister bit her through
23 the fence.  And it was a second offense for the
24 coyotes, and we had put a screen mesh, about a
25 one-inch mesh, between them so she couldn't do it

231

1  anymore.
2      Q.   Did Dr. Pries come out and see --
3      A.   Yes, he did.
4      Q.   Okay.  A coatimundi had hair loss at the
5  base of the tail.
6      A.   That was barbering.
7      Q.   Is barbering the name?
8      A.   That's -- no.  That's what happened to
9  it.  It was barbered by the other one.
10     Q.   What does that mean?
11     A.   It means that they bit the -- they were
12 just scuffling and it bit some of the hair.  It
13 wasn't -- it wasn't the skin or anything.  It was
14 just some of its fur.
15     Q.   Did you call Dr. Pries about that one?
16     A.   He was there the same day.
17     Q.   The same day as the vet for the visit?
18     A.   For the prior -- for the coyote.  He did
19 those three all in one day, and he did send a
20 letter back to me to give to USDA to let them know
21 what happened or what was going on.
22     Q.   And is the third one you mentioned a
23 capybara, that it was thin with hip bones prominent
24 and scaly skin and thinning hair on the back of the
25 half body?

232

1      A.   That's an old-age issue.  That thing's
2  older -- I didn't think it would make it through
3  last winter and it's still with me.  So she's old.
4      Q.   What about the Barbadoes Whether with --
5           COURT REPORTER:  Say that again?
6           THE WITNESS:  Barbadoes is
7  b-a-r-b-a-d-o-e-s, whether, w-h-e-t-h-e-r.  It's a
8  sheep.
9      A.   And that one happened to come to me, they
10 had -- there was three in that group.  They had the
11 worst cases of foot rot I've ever seen in my life.
12 And we cleaned them up and trimmed them and put
13 them on Albon and Excenel and it seemed to work.
14     Q.   (MS. BLOME)  You said they came to you
15 that way.  When had you acquired those Barbadoes
16 Whether?
17     A.   I can't remember.
18     Q.   Several months prior, a year prior?
19     A.   I don't know.  There was three Whethers
20 in a group.  That's all I remember.
21     Q.   Was it last year?
22     A.   Oh, no.  I've had them a while.
23     Q.   And then in August, 2014, you were cited
24 for Macy, the sheep dog, who had sores behind her
25 ears.

233

1    A.    Yeah.   I myself thought that a fly had
2  bitten across her ear.  There was, like, a red mark
3  across the top of her ear.  But Dr. Pries did come
4  out.  He said that that absolutely was not the
5  case.  That she had rubbed against the chain link,
6  and that was the cartilage.  It hit on the
7  cartilage on her ear.  And I was putting some --
8  some kind of lotion, I can't remember, which was
9  expired, and I got in trouble for that, so -- but
10  at any rate, by the next day, she was as good as
11  new.
12    Q.    Okay.  And we had already talked about
13  Casper.
14    A.    (Nods yes.)
15    Q.    All right.  Let's see.  Pam, we talked a
16  little bit earlier about the fact that you've been
17  hired as an expert -- or not hired, I guess.
18  Designated as an expert in this case, and I wonder
19  if you've formulated any opinions about the
20  adequacy of the health and welfare of the animals
21  at your zoo, as an expert.
22    A.    About their health and welfare?
23    Q.    Uh-huh.
24    A.    I think my animals are in good health and
25  I think my veterinarian can attest to that.

234

1    Q.    And you rely on your veterinarian's
2  opinion?
3    A.    Yes, I do.
4    Q.    Would you rely on any other opinions or
5  publications?
6    A.    The state inspector.
7    Q.    The state inspector?  What was his name?
8    A.    Doug Anderson.
9    Q.    Anyone or anything else?
10    A.    The general public.  Say that my animals
11  look good.
12    Q.    Okay.  Have you visited any other zoos?
13    A.    Yes.
14    Q.    Which zoos?
15    A.    I've been to Milwaukee, I've been to
16  Madison, I've been to Niabi, I've been to
17  Nashville.  I think that's all I can remember.
18    Q.    Have you been to any other
19  non-AZA-accredited zoos?
20    A.    Off season I was at Oleson Park.  I've
21  been to Brown's Oakridge Zoo in Illinois.
22    Q.    And how do you think your facility
23  compares?
24    A.    To private ones?
25    Q.    To Oleson Park and Brown's.

235

1    A.    I think my facility is as good as
2  Brown's.
3    Q.    And Oleson Park?
4    A.    It was off season, so I didn't really see
5  their animals out.  I know they had an alpaca that
6  looked like it could bite you, the teeth were so
7  overgrown, but, I mean, they have nice animals and
8  they've traded animals with me before, so I'm not
9  going to say anything about their animals ever.
10    Q.    Okay.  Have you written -- you mentioned
11  one article that you had written for the FCF
12  magazine.  Have you written or published any other
13  articles?
14    A.    No.
15    Q.    Are there any other experts who would
16  agree with your opinion about the animals at the
17  Cricket Hollow Zoo?
18    A.    I don't know.
19    Q.    Have you formulated any other opinions
20  about this case that you might offer in testimony?
21    A.    I don't know.
22    Q.    Okay.  Yesterday you remember we talked
23  to Dr. Pries about what he thinks might -- money
24  might get animals.
25    A.    About what?

236

1    Q.    That money might get animals.  What you
2  could get with more money if you had -- sorry.  Let
3  me rephrase it.
4    A.    I'm not understanding your question.
5    Q.    I know.  I'm having trouble articulating
6  it.  Yesterday when we talked to Dr. Pries, we
7  talked at length about what he believed more money
8  would do for animals.  Essentially if -- if someone
9  had a lot of money, they could do certain things
10  better for their animals than they could if you had
11  less money.  And I wonder if you had given that
12  question any thought and could identify some things
13  that maybe zoos with more money do better than
14  you're able to do for your animals.
15    A.    I'd probably have professionals come in
16  that design fantastic million-dollar exhibits that
17  I don't do.  They probably have big computer
18  graphic things for educational posters and that
19  type of thing that I don't have.
20    Q.    Anything else?
21    A.    They probably have just a more
22  consumer-friendly type of facility that might be
23  fancy.
24    Q.    Anything else?
25    A.    I don't know.

237

1    Q.   Okay.  Specifically why do you think the
2  million-dollar -- why would the million-dollar
3  exhibits be better for the animals?
4    A.   I don't think they're better for the
5  animals, but I think the public enjoys them
6  more.
7    Q.   Okay.  Do you think there's anything
8  that's better for the animals at those big zoos?
9    A.   I am sure they have things that animals
10  enjoy.  I don't know.
11    Q.   Okay.  But as far as your expert opinion
12  is concerned -- as far as you are concerned as an
13  expert, your zoo provides for animals equally well
14  as a big zoo.
15    A.   I don't know.
16    Q.   Okay.
17    A.   I don't have the facilities that they
18  have, but I don't think that my animals are abused
19  or unhappy.
20    Q.   Okay.  I've got a couple more topics I
21  want to talk with you about and then we'll be done.
22  Okay?  So, first, I'd like to get your thoughts on
23  the United States Department of Agriculture
24  inspection program.  Do you think they do a good
25  job?

238

1    A.   That's a real good question.  I think
2  they probably do a good job.  I think they're
3  overzealous and I think they pick favorites.
4    Q.   Do you think it's a good idea to have a
5  federal inspection program of zoos?
6    A.   Yes.
7    Q.   Why?
8    A.   Because I think somebody needs to oversee
9  things and have a second set of eyes.  They've
10  caught things before that I didn't see, and so I
11  appreciate that part.
12    Q.   But there are some parts you don't
13  appreciate.
14    A.   That's true.
15    Q.   What might those be?
16    A.   Like being crazy about flies.  I can go
17  down to Wal-Mart and see flies in there, so it
18  shouldn't be a surprise I have a lot more flies at
19  my farm and by my animals, despite the fact that I
20  have fly control.
21    Q.   Anything else?
22    A.   I think they get nitpicky about cleaning.
23  And I'm not saying that that's all bad, but it just
24  gets overboard sometimes, too.
25    Q.   Anything else?

239

1    A.   I don't know.
2    Q.   Earlier, at the beginning of your
3  deposition, if you can recall back that far, you
4  mentioned that you meet the minimum requirements of
5  the Animal Welfare Act most of the time.  Can you
6  tell me about the times when you know you aren't
7  meeting the minimum requirements?
8    A.   There's going to be a random day here and
9  there that something isn't going to be right, and a
10  lot of that's just my cleaning schedule.  Like I
11  said, Monday and Tuesdays we have off, those are
12  our major cleaning days, and then we're supposed to
13  spot clean through the week and then do major
14  cleans, as needed, which I do, and it's all written
15  in my maintenance things.
16    Q.   Okay.  Is there anything else other than
17  the cleaning?
18    A.   About what?  I forget your question
19  already.
20    Q.   That you might agree where you're not
21  meeting the minimum requirements of the Animal
22  Welfare Act.
23    A.   I think that they were picky about -- on
24  water.  If they see even a greenish tint on the
25  receptacle itself, despite the fact that the

240

1  water's clean and clear, that that's algae, and I
2  don't think that that's detrimental to an animal.
3  I mean, if it was full of hair algae and the water
4  was green, then, yeah, that's bad.  But that hasn't
5  always been the case.
6    Q.   Anything else?
7    A.   I can't think of anything, I guess.
8    Q.   You can't remember any more?
9    A.   Not right this minute.
10    Q.   Okay.  Let's talk briefly about the
11  USDA's enforcement -- past enforcement actions
12  against you.  I understand you entered into two
13  settlement agreements with them in the past.  Is
14  that right?
15    A.   Yes.
16    Q.   Okay.  What was the first one?  What
17  year?
18    A.   I have no idea.
19    Q.   I have it at 2006.
20    A.   I was going to say, it was probably ten
21  years ago, so I was close, I guess.
22    Q.   And you agreed to improve the conditions
23  at the zoo in a number of ways, and you agreed to
24  pay a fine.
25    A.   Yes.

241

```
1    Q.   Did you pay that fine?
2    A.   Yes.
3    Q.   And then when was the next settlement
4  agreement?
5    A.   Maybe two years ago.
6    Q.   I have it at 2011.  Does that sound
7  right?
8    A.   I thought -- I don't know.  Maybe.
9    Q.   Okay.  And in that agreement, you agreed
10 to do a number of things and pay a fine.
11   A.   Yes.
12   Q.   And did you pay that fine?
13   A.   I'm paying that fine.
14   Q.   Are you on a payment plan?
15   A.   Yes.
16   Q.   Okay.  Do you think that you've
17 adequately complied with the terms of those
18 settlement agreements?
19   A.   I hope so.
20   Q.   How do you feel about the USDA's
21 enforcement actions against you?
22   A.   I don't think that I should have to pay
23 the fines that I do for what really happened.
24   Q.   Okay.  What's your perception of what
25 happened?
```

242

```
1    A.   I know that one was for those goat
2  hooves, and if they were limping and bad -- I don't
3  think an overgrown foot that I didn't trim that day
4  is worth a $10,000 fine.
5    Q.   And is this the 2011 agreement we're
6  talking about?
7    A.   Yes.
8    Q.   Your perception of that agreement is that
9  it was over hooves?
10   A.   Not all of it, but I'm just saying, for
11 what really happened and that the animal wasn't
12 injured -- I mean, they get trimmed twice a year,
13 anyway.  And if they're on soft bedding, some of
14 those grow out fast.  It wasn't like the whole herd
15 was -- you know.  I have almost 60 head of sheep
16 and goats, so if two animals have a bad hoof, it
17 can happen.  And they caught them and that's when
18 they got trimmed, so I guess that's why it was okay
19 to have an inspection.  I don't think I should have
20 been punished for what it was.
21   Q.   Does anything else stick out to you about
22 that last settlement?
23   A.   I can't remember it all.
24   Q.   What about the 2006 one?  Does anything
25 stick out to you about that?
```

243

```
1    A.   I don't remember it.
2    Q.   Okay.  I want to talk to you about
3  your -- well, let's go with the impact -- let's
4  talk about the impact of this lawsuit.  You
5  mentioned that you believe the zoo admissions are
6  down?
7    A.   I know that for a fact, yes.
8    Q.   And you attributed it to this lawsuit?
9    A.   The media coverage of it, yes.
10   Q.   Okay.  Have you had any financial -- any
11 other financial repercussions that you'd attribute
12 to the lawsuit?
13   A.   No.
14   Q.   What about physical repercussions as a
15 result of the lawsuit?
16   A.   I guess I'm not sure what that would be.
17   Q.   Well, you also expressed concern about
18 people coming out to the property.  Has there been
19 any physical alterations to your property?
20   A.   I have had numerous animal rights people
21 doing pictures and going against our photo and
22 video policy.
23   Q.   When did you develop that picture and
24 video policy?
25   A.   In May of 2013.
```

244

```
1    Q.   And what is the policy?
2    A.   It says something to the effect that
3  while photos for personal use is encouraged, photos
4  for commercial or Internet use is prohibited and
5  violators may be prosecuted.
6    Q.   Did someone help you come up with that?
7    A.   My lawyer that does my taxes.
8    Q.   And why did you feel like it was
9  necessary to post a sign like that?
10   A.   Because I was tired of getting a bunch of
11 set-up pictures and seeing them on the Internet.
12 And there was pictures that are set up.  And I'm
13 not saying that I do everything perfect and some of
14 the pictures are not real.  They were, and they
15 caught me at a bad time, whatever it was, it
16 happened, but when you set up stuff and do stuff to
17 animals just to get a picture of it, I'm not happy.
18   Q.   You seem to be upset about certain
19 pictures.  Would you elaborate?
20   A.   I'm upset about the picture of the lion
21 that was taken inside of its perimeter.
22   Q.   Any other pictures?
23   A.   That was completely uncalled for.  And it
24 was trespassing.
25   Q.   Any other pictures?
```

245

1    A.    There's probably plenty.

2    Q.    But particularly the lion picture?

3    A.    That one, yeah. And I don't think that

4    you need to hire a private investigator to come in

5    and do commercial business at my property that went

6    against the photo and video policy also.

7    Q.    Okay.

8    A.    I don't know what the reason was for

9    doing that.

10   Q.    Okay. Any other impetus for that policy?

11   A.    Any other what?

12   Q.    Any other reason why you implemented the

13   policy?

14   A.    Those are my main reasons. I want kids

15   to be able to come and take a picture of them at

16   the zoo for their scrapbooks. They should be able

17   to have those memories. That's what the zoo is

18   for. Not to come in and try to find abuse

19   situations and blow something up that's not real.

20   Q.    Okay. On that sign, when you threaten

21   prosecution for people who take pictures of your

22   zoo and post them or use them for commercial

23   purposes, what's your -- what's the crime that

24   would be prosecuted? What's the crime you're

25   threatening people with?

246

1    A.    Probably violating what our private

2    property rule is. You're on private property. I'm

3    not a public facility.

4    Q.    And have you ever prosecuted anyone?

5    A.    Not yet.

6    Q.    So you mention that you get upset when

7    people post them on the Internet. What sites are

8    you referring to?

9    A.    Various animal rights, Facebook pages.

10   Q.    Mostly Iowans?

11   A.    No. I've gotten death threats and nasty

12   phone calls and hate mail from people all over the

13   country that have never even been to my facility

14   because they hear and see something that shows up

15   on your animal rights Websites.

16   Q.    Okay. What animal rights Websites are

17   you referring to?

18   A.    There's numerous ones. And I don't

19   belong to their Facebook page. I just stalk them

20   sometimes and look to see where I'm at.

21   Q.    Again, you said various animal rights

22   organizations or you look at animal rights Web

23   pages. I'd love to look at those pages if you

24   had --

25   A.    Bailing out Bengy or the Iowa Animal

247

1    Coalition, even though that one's mostly dogs. You

2    can go to Cricket Hollow Zoo Concerns. To name a

3    few.

4    Q.    Iowa concerned?

5    A.    No. Cricket Hollow Zoo Concerns.

6    Q.    Oh, you said Iowa -- Iowa Coalition.

7    A.    Iowa Coalition or something. I don't

8    know what it is.

9    Q.    Any others?

10   A.    I can't remember right now.

11   Q.    Okay. You've seen pictures of your zoo

12   on those pages?

13   A.    Yes, I have.

14   Q.    Okay. You feel threatened when animal

15   rights activists post pages of your zoo on their

16   pages.

17   A.    It makes me angry.

18   Q.    I want to talk to you about a specific

19   incident when some animal rights activists, as

20   you've characterized them, were at your zoo

21   facility in July of 2012 taking pictures. It

22   appears you called the police.

23   A.    Yes, I did.

24   Q.    Okay. To the police you mentioned that

25   you were fearful because animal rights activists

248

1    had threatened to release your animals.

2    A.    I didn't say that.

3    Q.    Oh. Okay. What did you tell the police?

4    A.    I said that there was animal rights

5    people at my house that day, and that they had not

6    done anything yet, but I was very uncomfortable

7    with their presence. And the dispatcher told me

8    that if anything happened, that I should call back,

9    and that's how I left it.

10   So I watched them. I had to go up on the

11   path and tell Diane Hilmers to get her hands and

12   arms -- which she was up as far as she could go

13   through my perimeter fence in front of my lion

14   trying to get it to growl while she videoed it.

15   And I said, "You need to come away from that animal

16   now. You're upsetting it." And she jumped up, she

17   goes, "I would never hurt an animal," and off she

18   waddled.

19   And there was several more. They were

20   taking pictures of perimeters, they were taking

21   pictures of just whatever they felt like. And I

22   wasn't happy with them. I called the sheriff back

23   and she said, "The deputy's already on his way,"

24   and there he was in my yard. And she was going out

25   the door and she got stopped. And all of a sudden

249

1  her Animal Anti-Vivisection bag got turned around
2  so she now has a nice, green canvas bag and she
3  looks like she hasn't done anything.
4      Her grandson, who they claimed was having
5  a picnic, and he very well may have, had a knapsack
6  as tall as he was.  I don't know if she was packing
7  an Uzi or peanut butter sandwich in it.  But it
8  makes my policy against having great big knapsacks
9  in my zoo for no reason.  I don't like it.  I'm
10 ranting.  Just put, "She's ranting."  I'm ranting.
11 I'm sorry.  I'm going to shut up, 'cause I'm
12 ranting.
13     Q.  No.  Please, go ahead.
14     A.  But I'm angry about it.
15     Q.  No.  This is new information to us, so
16 anything you tell us about those folks.  I don't
17 know who Diane Hilmers is.  Do you know who she is?
18     A.  She owns a 501(c)(3) dog rescue, and she
19 tried to buy my poodle and told me that it could
20 have a better life with somebody she could sell it
21 to.  She turned around and she wrote a nasty
22 two-page exposé of her day at the Hickory Hollow
23 Hell Hole, and that I built a shrine to my dead
24 son, and that I should save my scary stuff for
25 Halloween and on and on.  And I think it was

250

1  unnecessary.  And of all the cruel things anybody's
2  ever written to me, that takes the cake.  And I
3  have that letter.
4      Q.  I'm sorry about that.  Is there anything
5  else you want to tell me about that day when the
6  police came?
7      A.  They asked if she was an animal rights
8  advocate -- or an animal rights group, and I was so
9  scared, I couldn't even hardly stand there.  I was
10 blocking the doorway, and I think that Nancy was
11 inside the house and she didn't come out.  She was
12 standing there in the reptile area.  And they all
13 stayed back and she just confronted Diane.
14     Q.  Did you recognize anyone else that was
15 there?
16     A.  I'd seen them before, but I don't know
17 their names.
18     Q.  Okay.  But there was Diane.
19     A.  Yes.
20     Q.  Do you have any other experience with
21 animal rights activists?
22     A.  They infiltrated things on a regular
23 basis.  They opened things, they opened cages, they
24 opened doors just to look and take pictures, which
25 is not how we do things at our house.

251

1      Q.  Okay.  Do you have evidence that they
2  opened --
3      A.  Yes, I do.  I've seen pictures.
4      Q.  Okay.  Do you have those in your
5  possession or are they on the Internet?
6      A.  They're on the Internet mostly.  I've
7  probably seen some.  They're probably floating
8  around in there.
9      Q.  Have you ever been fearful about animal
10 rights activists releasing animals?
11     A.  We were told that -- that's what USDA had
12 warned us and the investigator had been out, we
13 had -- the police had come out and put up cameras
14 and was videotaping stuff to see if people were
15 out.  We electrified all the perimeters.
16     Q.  When was that that you became worried and
17 had the police come out?
18     A.  I don't know.  Several years ago.
19     Q.  Several years ago?
20     A.  I don't know what year it was.
21     Q.  2012?
22     A.  Maybe.  I don't know.  I can't remember.
23 I don't remember.
24     Q.  But many years ago, not last year?
25     A.  No, it wasn't last year.  It was a couple

252

1  years prior.
2      Q.  So you said "we were told."  You and Tom?
3      A.  Yes.
4      Q.  And who told you?
5      A.  The USDA investigators.
6      Q.  Why were there investigators involved?
7      A.  Because everybody's getting crummy
8  emails, including me, from animal rights activist
9  groups and individuals.
10     Q.  Okay.  So your understanding is that as a
11 result of those crummy emails, USDA investigators
12 came to your facility?
13     A.  No.
14     Q.  Okay.  I'm not following you.
15     A.  He asked for all the hate mail that I was
16 getting daily on my email, so I forwarded all the
17 stuff that we were getting from the animal rights
18 members to him so they have that record.
19     Q.  Who is "he"?
20     A.  Mike Booth, I believe.
21     Q.  He's an investigator with the USDA.
22     A.  He's a USDA investigator.
23     Q.  Is he an animal care, just like Dr. Cole?
24     A.  I assume so.
25     Q.  And is his job to investigate concerns at

253

1  facilities like this?
2      A.  He investigates me and other things.
3      Q.  He was investigating you or the animal
4  rights activists?
5      A.  No.  He was -- when he came to do this,
6  he was investigating the animal rights people.  But
7  if -- when I have infractions, like I did, then I
8  would get investigated and I had to do questions
9  with him concerning my noncompliances.  So that was
10 his job, too.
11     Q.  Okay.  So at the time at an unknown date
12 several years ago, Mike Booth came to your zoo and
13 asked you to forward him all the hate mail --
14     A.  He called me.
15     Q.  Oh.  Okay.
16     A.  But he had been to my zoo before and he
17 had concerns about -- apparently they had been
18 warned that animals could be released.  So we had
19 everything in lockdown that we could, everything
20 was double padlocked and still is, and we
21 electrified the perimeters.
22     Q.  And the Manchester police came and put up
23 video cameras?
24     A.  Yes.
25     Q.  Where does the surveillance feed go?

254

1      A.  It's not the police.  It was the Delaware
2  County Sheriff's Office.
3      Q.  And where does the surveillance feed go?
4      A.  Where does it what?
5      Q.  The surveillance feed.  Does it go to the
6  Delaware County Sheriff?
7      A.  I didn't pay a surveillance fee.
8      Q.  The feed.  The video that is taken.
9      A.  Oh.  No.  It was internal, I guess, and
10 then they had to come out and take it out.
11     Q.  Well, did you buy the equipment?
12     A.  No.  It was theirs.  They just brought it
13 out for a while and they set it up, and they were
14 trying to see if there was anything on anybody
15 coming in or what's going on on the path.
16     Q.  Did they find anything?
17     A.  I don't know.  I think the coyote bit
18 their cord, actually.
19     Q.  But there wasn't any -- no one was
20 arrested that you know.
21     A.  No, not from that incident.
22     Q.  Okay.  Can you think of anything else
23 that you'd like to tell me about animal rights
24 activists?
25     A.  No.

255

1      Q.  Is there anything else you'd like to tell
2  me about USDA?
3      A.  No.
4      Q.  Okay.  I just -- I have a couple
5  questions here.  Pam, I'm very curious, why -- just
6  broadly, why do you run a zoo?
7      A.  'Cause I do it to -- things for the
8  children and folks in our community to get to see
9  animals that they wouldn't normally otherwise.
10 That's my passion.  It's what I do.  We do a lot of
11 volunteer work and programs for schools and kids.
12     Q.  Any other reasons?
13     A.  I love my animals.
14     Q.  Tell me about that.
15     A.  They're my family.  That's what we've
16 got.
17     Q.  Do you think of them kind of as pets?
18     A.  I don't think of them as pets in the
19 sense of a pet.  I have pets in my home.  But
20 they're my family.  They've been with us a long
21 time and they're all hand-raised and socialized and
22 that's that.
23     Q.  What emotional benefit, if any, do you
24 get from the zoo?
25     A.  It makes me happy.  The kids make me

256

1  happy.  When five-year-olds come running to you and
2  sit on your lap and they said that made their day
3  the best day of their whole life, then I guess
4  that's money enough to me.
5      Q.  Have you ever considered giving up?
6      A.  No.
7      Q.  Why not?
8      A.  I have no desire to give up.
9      Q.  Okay.  Why not?
10     A.  Why do I want to?  I'm doing what I love.
11 When I can get up in the morning and be happy with
12 what I do, then that's what I'm going to do.
13         MS. BLOME:  All right.  Give me one
14 moment, please.  Off the record.
15
16              (Recess)
17
18         MS. BLOME:  I was just looking here, and
19 I don't think I have any further questions for you
20 today, Mrs. Sellner.
21         THE WITNESS:  Okay.
22         MR. THORSON:  No questions.
23         (Deposition concluded at 3:25 p.m.)
24
25

257

1     CORRECTIONS TO THE DEPOSITION OF PAM SELLNER

2     Page    Line    Correction

3

4     _____   _____   _____

5

6     _____   _____   _____

7     _____   _____   _____

8

9     _____   _____   _____

10    _____   _____   _____

11

12    _____   _____   _____

13    _____   _____   _____

14

15    _____   _____   _____

16    _____   _____   _____

17

18

19                 ---------------------------------

20                 Witness

21

22          Subscribed and sworn to before me this

23   _____ day of _____, _____.

24

25          _____
               Notary Public

---

258

1            C E R T I F I C A T E

2       I, the undersigned, a certified shorthand

3   reporter of the State of Iowa, do hereby certify

4   that there came before me at the time, date and

5   place hereinbefore indicated, the witness named on

6   the title page hereof, who was by me duly sworn to

7   testify to the truth of said witness' knowledge

8   touching and concerning the matters in controversy

9   in this cause; that the witness was thereupon

10  examined under oath, the examination taken down by

11  me in shorthand and later transcribed into English

12  by computer-aided transcription, and that the

13  deposition is a true record of the testimony given

14  and of all objections interposed.

15       I further certify that I am neither attorney

16  or counsel for, nor related to or employed by any

17  of the parties to the action in which this

18  deposition is taken, and further that I am not a

19  relative or employee of any attorney or counsel

20  employed by the parties hereto or financially

21  interested in the action.

22     Dated at Waterloo, Iowa, this _8_ day

23  of _April_, 2015.

24

25        _Vicki A. Jeugard_
         CERTIFIED SHORTHAND REPORTER

## $

**$10** [1] - 104:24
**$10,000** [2] - 119:10, 242:4
**$14,000** [1] - 115:15
**$18,000** [1] - 116:18
**$2,000** [2] - 116:19, 119:4
**$20,000** [2] - 116:4, 116:17
**$5,000** [2] - 119:8, 119:12
**$529** [1] - 114:1
**$750,000** [1] - 120:17
**$9,000** [1] - 116:13

## '

**'09** [1] - 219:9
**'80s** [2] - 12:19, 13:6
**'95** [1] - 82:5
**'96** [1] - 82:5

## 1

**10** [18] - 11:15, 29:4, 29:6, 29:9, 74:25, 82:6, 93:23, 102:11, 103:3, 104:25, 108:24, 109:4, 143:5, 146:8, 153:13, 154:7, 165:21, 221:1
**10:30** [1] - 103:7
**11** [2] - 115:2, 134:16
**11:00** [2] - 20:1, 20:8
**12** [7] - 43:23, 115:1, 153:13, 172:13, 172:15, 186:8, 204:20
**1200** [1] - 30:4
**1220** [1] - 1:14
**12:00** [1] - 152:4
**13** [2] - 154:24, 170:6
**130** [1] - 38:7
**14** [2] - 115:21, 154:24
**15** [3] - 30:6, 31:6, 165:23
**150** [1] - 190:22
**16** [2] - 7:5, 30:6
**160-acre** [1] - 12:16
**162** [1] - 125:14
**170** [1] - 1:21
**18** [3] - 146:8, 168:21, 180:19
**1977** [2] - 6:5, 6:6
**1980** [1] - 10:23
**1985** [2] - 10:24, 93:20
**1995** [2] - 93:23, 93:24

**1997** [1] - 180:9
**1:00** [1] - 157:12
**1:05** [1] - 152:5

## 2

**2** [2] - 114:20, 115:24
**20** [5] - 1:14, 35:4, 39:13, 160:8, 198:10
**20,000** [1] - 116:17
**2001** [1] - 9:9
**2002** [2] - 93:18, 115:20
**2004** [1] - 160:5
**2005** [1] - 181:1
**2006** [3] - 189:5, 240:19, 242:24
**2009** [4] - 181:15, 185:13, 186:17, 212:15
**2010** [6] - 162:24, 187:6, 187:7, 187:8, 225:18, 225:25
**2011** [8] - 106:17, 188:16, 226:18, 228:7, 228:11, 228:14, 241:6, 242:5
**2012** [8] - 11:8, 97:22, 106:13, 129:15, 228:21, 229:12, 247:21, 251:21
**2013** [13] - 9:9, 9:24, 11:10, 106:6, 116:3, 116:4, 116:5, 116:15, 155:16, 159:13, 229:16, 230:14, 243:25
**2014** [14] - 91:22, 105:25, 113:25, 115:14, 115:22, 115:23, 116:11, 134:6, 166:16, 168:21, 207:16, 209:19, 230:17, 232:23
**2015** [3] - 1:14, 2:21, 258:23
**20th** [1] - 2:20
**21-day** [1] - 137:25
**22** [1] - 159:11
**24** [3] - 197:18, 197:20, 197:22
**24/7** [2] - 205:2, 221:19
**25** [5] - 6:13, 15:21, 22:1, 37:17, 181:19
**25-cent** [1] - 114:22
**27th** [1] - 134:18
**2:00** [1] - 111:19

## 3

**3** [3] - 2:4, 115:21
**30** [7] - 11:9, 37:17, 68:24, 71:19, 84:23, 219:1, 219:2
**30-year-old** [2] - 226:18, 227:24
**300** [1] - 198:20
**3:25** [1] - 256:23

## 4

**4** [3] - 91:22, 93:18, 208:1
**40** [1] - 112:21
**400** [2] - 60:24, 214:13
**4056** [1] - 1:23
**45** [1] - 11:12
**4:00** [1] - 102:21
**4H** [2] - 15:5, 15:15

## 5

**5** [2] - 115:20, 115:24
**50** [3] - 19:3, 104:21, 198:10
**501(c)(3** [1] - 249:18
**52402** [1] - 1:23
**55-gallon** [1] - 196:20

## 6

**6** [2] - 102:24, 103:7
**60** [3] - 130:4, 228:9, 242:15
**60-day** [1] - 90:12
**65** [2] - 11:1, 11:5
**6:00** [1] - 102:18

## 7

**7** [1] - 157:9
**75** [1] - 181:19

## 8

**8** [2] - 157:9, 169:2
**80** [1] - 20:14
**80s** [1] - 19:6

## 9

**9** [1] - 102:5
**90** [2] - 74:24, 135:6
**94931** [1] - 1:21
**97** [1] - 2:8
**9:00** [2] - 1:14, 18:16
**9:30** [1] - 103:3

## A

**A-M-P-I** [2] - 132:11, 132:12
**a.m** [1] - 1:14
**abdomen** [2] - 225:20, 229:18
**abide** [1] - 8:13
**ability** [1] - 97:25
**able** [15] - 4:22, 4:23, 35:6, 54:18, 107:6, 117:5, 144:24, 194:13, 195:12, 208:8, 217:15, 224:20, 236:14, 245:15, 245:16
**abrasion** [1] - 230:20
**abscess** [1] - 226:3
**abscesses** [2] - 167:13, 168:12
**absence** [1] - 214:20
**absolutely** [2] - 146:16, 233:4
**absolves** [1] - 61:18
**abuse** [2] - 197:9, 245:18
**abused** [1] - 237:18
**accept** [3] - 25:19, 43:15, 192:6
**accepted** [1] - 136:16
**access** [6] - 22:21, 141:20, 204:16, 204:17, 210:1, 213:4
**accident** [1] - 94:16
**acclimated** [2] - 19:9, 171:6
**accompanied** [1] - 183:12
**according** [2] - 116:12, 195:25
**accounted** [1] - 223:20
**accounts** [2] - 118:22, 118:25
**accredit** [1] - 41:2
**accreditation** [2] - 41:4, 42:6
**accredited** [6] - 40:24, 41:24, 42:4, 43:7, 43:14, 234:19
**accrediting** [1] - 41:17
**accurate** [4] - 116:19, 118:15, 139:18, 152:16
**achieve** [2] - 34:22, 35:6
**Ackley** [1] - 1:22
**acquire** [10] - 137:4, 153:15, 154:15, 159:15, 159:25,

**161:24, 165:10, 165:25, 183:9, 195:3
**acquired** [11] - 121:14, 130:23, 160:4, 172:22, 180:9, 181:1, 184:18, 185:13, 187:6, 187:7, 232:15
**acquisition** [2] - 25:1, 194:17
**acres** [2] - 11:15, 100:16
**Act** [10] - 16:4, 16:6, 16:10, 23:4, 23:6, 23:18, 24:4, 62:10, 65:14, 239:22
**act** [4] - 62:6, 87:11, 188:8, 239:5
**action** [3] - 89:18, 258:17, 258:21
**actions** [2] - 240:11, 241:21
**activist** [1] - 252:8
**activists** [7] - 247:15, 247:19, 247:25, 250:21, 251:10, 253:4, 254:24
**actual** [2] - 38:3, 132:25
**ad** [1] - 87:20
**add** [7] - 4:14, 4:18, 91:18, 108:11, 116:8, 216:13, 222:2
**added** [2] - 115:13, 207:6
**adding** [1] - 4:16
**addition** [7] - 10:17, 10:20, 68:24, 114:18, 115:4, 137:20, 182:24
**additional** [3] - 4:12, 29:10, 111:3
**addressed** [1] - 196:2
**adequacy** [1] - 233:20
**adequately** [1] - 241:17
**adjustments** [1] - 136:13
**administer** [3] - 214:19, 216:5, 217:6
**administered** [2] - 156:3, 179:16
**administration** [5] - 42:21, 72:2, 72:7, 97:11, 118:23
**admire** [3] - 77:11, 84:25, 85:23
**admission** [1] - 115:25
**admissions** [7] -

42:16, 104:16, 114:12, 115:4, 121:11, 121:13, 243:5
admit [4] - 58:6, 117:9, 146:11, 146:17
adult [2] - 86:8, 215:7
adults [1] - 115:21
advanced [6] - 33:23, 34:23, 34:24, 35:4, 35:6, 35:11
advertisement [1] - 87:21
advertising [1] - 135:20
advice [14] - 43:23, 44:19, 45:19, 46:13, 49:9, 50:20, 51:16, 51:17, 51:20, 74:8, 74:11, 74:23, 83:16, 223:20
advising [3] - 52:22, 52:24, 89:16
Advisory [1] - 144:10
advocacy [3] - 77:15, 77:18, 78:7
advocate [1] - 250:8
Aerial [1] - 2:8
aerial [2] - 97:12, 130:14
affects [2] - 188:6, 194:17
afford [2] - 193:2, 193:7
afraid [1] - 88:9
Africa [2] - 60:7, 189:20
African [8] - 58:12, 58:16, 59:24, 60:11, 60:13, 127:17, 127:23, 189:13
afternoon [11] - 21:3, 22:5, 102:18, 102:21, 111:19, 111:22, 133:3, 155:24, 157:12, 157:18, 205:17
ag [5] - 10:23, 13:5, 13:12, 13:13, 13:14
age [9] - 29:22, 31:24, 86:4, 142:2, 160:11, 160:13, 186:16, 228:5, 232:1
aged [5] - 29:15, 29:16, 29:17, 31:22, 186:20
agenda [1] - 102:17
ages [2] - 115:21, 115:24

ago [19] - 29:6, 31:17, 46:25, 89:8, 93:7, 94:17, 129:20, 146:8, 150:16, 151:9, 180:21, 191:10, 219:5, 240:21, 241:5, 251:18, 251:19, 251:24, 253:12
agree [3] - 196:2, 235:16, 239:20
agreed [4] - 2:18, 240:22, 240:23, 241:9
agreement [4] - 241:4, 241:9, 242:5, 242:8
agreements [2] - 240:13, 241:18
Agriculture [4] - 170:5, 214:18, 225:16, 237:23
AgSource [2] - 13:24, 14:11
ahead [6] - 5:12, 28:3, 34:13, 90:21, 152:12, 249:13
aided [1] - 258:12
aimed [1] - 220:6
Ajrah [1] - 47:6
alarm [2] - 165:17, 229:1
Albon [1] - 232:13
ALDF [1] - 134:15
algae [2] - 240:1, 240:3
alive [6] - 176:19, 180:12, 183:25, 197:3, 197:4, 224:25
Allen [2] - 96:2, 97:2
alligators [1] - 55:9
allow [4] - 120:6, 124:4, 131:1, 141:12
allowed [3] - 123:17, 123:18, 124:1
almost [8] - 20:14, 22:1, 28:17, 68:23, 85:13, 166:23, 171:4, 242:15
alone [4] - 17:22, 94:8, 107:22, 230:8
alpaca [1] - 235:5
Alpine [1] - 225:25
ALSO [1] - 1:25
alterations [1] - 243:19
alternation [1] - 219:15
ambassador [9] - 84:17, 105:14, 105:21, 105:25,

106:7, 106:9, 106:24, 107:2, 107:18
Ames [5] - 15:7, 187:15, 187:24, 188:11, 190:9
amount [3] - 137:2, 199:17, 199:19
amounts [1] - 103:24
amoxicillin [2] - 167:24, 168:8
AMPI [14] - 8:16, 10:1, 10:8, 13:21, 14:1, 14:2, 14:23, 132:11, 132:14, 132:20, 133:19, 133:23, 134:2
Amy [1] - 43:20
analysis [2] - 38:9, 96:25
Anderson [1] - 234:8
anesthesia [3] - 44:17, 46:8, 47:7
Angora [2] - 225:19, 229:13
angry [3] - 124:13, 247:17, 249:14
animal [138] - 15:4, 16:4, 22:3, 24:2, 24:5, 24:7, 24:13, 24:18, 24:20, 24:22, 25:2, 25:4, 25:24, 25:25, 26:1, 27:19, 27:22, 27:23, 28:12, 41:12, 41:15, 43:2, 43:3, 48:13, 50:2, 54:18, 54:23, 55:15, 55:21, 55:24, 56:11, 57:17, 57:23, 57:25, 58:3, 60:15, 61:12, 61:16, 62:9, 62:24, 63:9, 63:18, 68:11, 68:13, 68:19, 77:4, 81:13, 86:3, 86:6, 86:20, 86:22, 87:19, 87:22, 88:18, 97:19, 98:4, 105:14, 105:16, 105:19, 105:21, 105:25, 106:7, 106:9, 107:2, 107:18, 110:16, 114:23, 121:15, 126:22, 128:25, 142:25, 172:6, 173:14, 175:17, 179:10, 179:11, 187:19, 192:6, 192:9, 192:13, 192:15, 192:22, 193:1, 193:2, 193:3,

193:16, 193:22, 194:6, 194:7, 194:8, 194:17, 195:9, 195:18, 195:24, 196:5, 196:7, 196:11, 197:7, 199:15, 200:13, 200:17, 201:23, 201:24, 202:4, 203:12, 203:15, 205:9, 213:23, 227:21, 228:25, 229:6, 239:5, 240:2, 242:11, 243:20, 246:9, 246:15, 246:16, 246:21, 246:22, 246:25, 247:14, 247:19, 247:25, 248:4, 248:15, 248:17, 249:1, 250:7, 250:8, 250:21, 251:9, 252:8, 252:17, 252:23, 253:3, 253:6, 254:23
ANIMAL [1] - 1:5
Animal [22] - 1:20, 3:10, 16:6, 16:9, 23:4, 23:5, 23:18, 24:4, 25:17, 25:19, 27:1, 47:20, 47:21, 65:14, 89:2, 89:25, 161:25, 162:2, 162:18, 165:7, 183:10, 239:21
animal's [1] - 173:25
animal/human [1] - 208:3
animals [149] - 17:8, 19:6, 20:18, 22:9, 22:11, 22:20, 23:11, 25:7, 25:11, 25:13, 25:20, 26:11, 26:13, 26:14, 26:19, 27:24, 28:1, 28:4, 28:10, 28:13, 28:14, 29:23, 29:24, 30:18, 32:13, 38:1, 44:12, 48:11, 50:3, 50:16, 52:3, 52:5, 52:8, 54:9, 54:20, 56:7, 61:5, 62:4, 63:8, 63:11, 63:13, 63:14, 63:15, 63:21, 68:22, 68:23, 69:2, 69:25, 81:10, 83:9, 87:9, 88:5, 88:9, 88:21, 91:8, 92:25, 95:1, 95:6, 95:11, 98:21, 100:1, 100:2, 100:21,

101:4, 103:20, 104:17, 106:24, 107:4, 117:4, 123:15, 138:14, 139:4, 139:16, 139:17, 139:21, 139:23, 140:1, 140:9, 142:22, 148:21, 149:21, 149:23, 152:13, 152:17, 155:5, 158:4, 158:21, 159:8, 161:14, 165:9, 172:23, 173:16, 176:14, 190:2, 191:8, 191:14, 191:17, 196:1, 199:10, 200:1, 201:4, 208:9, 208:15, 208:17, 208:22, 209:8, 209:14, 209:15, 209:21, 209:23, 210:3, 210:4, 210:8, 210:9, 210:17, 210:20, 220:19, 221:17, 229:8, 233:20, 233:24, 234:10, 235:5, 235:7, 235:8, 235:9, 235:16, 235:24, 236:1, 236:8, 236:10, 236:14, 237:3, 237:5, 237:8, 237:9, 237:13, 237:18, 238:19, 242:16, 244:17, 248:1, 251:10, 253:18, 255:9, 255:13
annoyance [1] - 201:19
annoyed [1] - 170:11
annual [6] - 13:25, 14:13, 14:25, 36:4, 116:16, 175:16
annually [1] - 117:21
answer [4] - 5:12, 33:6, 68:8, 208:13
answering [1] - 212:11
answers [7] - 3:24, 5:9, 64:6, 76:18, 76:20, 212:9, 212:12
anthelmintic [1] - 219:14
Anti [1] - 249:1
Anti-Vivisection [1] - 249:1
antibiotics [4] -

174:21, 174:24, 179:15
anyway [7] - 31:11, 112:2, 163:17, 164:12, 171:6, 228:18, 242:13
apart [2] - 186:8, 207:3
apiece [1] - 30:4
apologize [1] - 225:14
apparatuses [1] - 223:9
appeal [1] - 65:12
appealed [2] - 18:14, 65:9
appear [1] - 207:12
APPEARANCES [1] - 1:19
appearing [1] - 3:12
application [4] - 33:20, 38:23, 51:2, 57:6
appointment [1] - 228:16
appreciate [2] - 238:11, 238:13
approach [2] - 89:11, 213:7
approached [2] - 213:8
April [1] - 208:1
aquariums [2] - 42:1, 196:2
Aquariums [1] - 195:23
area [23] - 19:11, 23:13, 57:5, 102:23, 123:24, 124:4, 124:21, 126:20, 127:11, 128:5, 128:17, 129:21, 132:1, 132:3, 132:4, 132:8, 158:15, 159:2, 159:5, 161:9, 199:24, 214:5, 250:12
areas [16] - 54:6, 62:17, 62:21, 63:3, 122:20, 122:21, 123:17, 123:23, 124:6, 124:13, 125:2, 125:24, 125:25, 127:7, 127:9, 127:11
Arkansas [2] - 71:1, 181:14
arm [1] - 167:19
armpits [1] - 206:16
arms [2] - 229:18, 248:12

arranged [2] - 162:19, 165:8
arrested [1] - 254:20
arrive [1] - 113:15
arrived [2] - 165:15, 166:19
arriving [1] - 189:5
arsenal [1] - 219:25
article [2] - 36:21, 235:11
articles [4] - 36:13, 36:15, 36:23, 235:13
articulating [1] - 236:5
artificial [2] - 6:8, 6:20
Ashe [1] - 91:24
Asian [1] - 59:19
aspect [1] - 216:19
assembly [1] - 14:23
assess [1] - 35:21
assessments [2] - 35:19, 132:5
assets [1] - 120:5
assigned [1] - 104:11
associated [5] - 31:25, 149:20, 149:23, 160:16, 186:22
Associated [1] - 132:12
association [6] - 6:15, 6:24, 8:3, 8:5, 33:9, 42:1
Association [1] - 195:22
associations [1] - 9:25
assume [5] - 35:21, 80:2, 133:8, 185:15, 252:24
assuming [1] - 174:12
attached [2] - 210:9, 210:18
attempt [1] - 206:19
attempting [1] - 182:21
attend [1] - 149:10
attendance [5] - 135:11, 135:23, 136:5, 136:6
attendant [1] - 209:1
attended [3] - 6:9, 36:4, 38:3
attendees [1] - 116:1
attending [3] - 212:15, 213:2, 226:20
attention [3] - 169:7, 177:18, 227:18
attest [1] - 233:25
attorney [9] - 3:10, 4:22, 5:8, 5:14,

52:24, 76:13, 96:5, 258:15, 258:19
attorney's [1] - 53:6
Attorneys [2] - 1:20, 1:23
attorneys [1] - 5:7
attractive [1] - 221:3
attribute [6] - 134:10, 135:10, 135:16, 135:23, 160:13, 243:11
attributed [1] - 243:8
auction [3] - 26:19, 180:17, 180:23
Auction [1] - 180:10
audience [1] - 38:15
August [5] - 155:9, 169:4, 226:18, 228:7, 232:23
authorities [2] - 64:12, 79:3
authority [4] - 42:20, 43:3, 48:11, 79:6
authorized [2] - 124:22, 128:14
automatic [4] - 35:19, 130:1, 204:18, 205:3
available [10] - 58:21, 75:15, 118:21, 119:15, 119:21, 120:17, 121:9, 121:18, 144:3, 199:23
Avenue [1] - 1:21
average [4] - 58:12, 58:16, 60:11, 114:6
avoided [1] - 89:6
aware [9] - 52:8, 54:5, 59:6, 62:15, 133:23, 142:17, 170:15, 185:17, 201:9
AZA [10] - 42:4, 42:18, 42:20, 43:3, 43:7, 43:14, 55:11, 149:9, 195:24, 234:19
AZA-accredited [2] - 43:7, 43:14

## B

babies [10] - 74:16, 74:21, 86:11, 139:2, 139:6, 183:17, 187:11, 187:14, 187:23, 188:8
baboon [15] - 44:13, 44:16, 44:17, 44:19, 45:13, 45:25, 46:1, 46:8, 47:8, 47:9, 225:7, 226:19,

227:25, 228:3
baboons [2] - 46:3, 225:12
baby [11] - 86:3, 105:17, 106:3, 106:10, 139:6, 142:21, 143:24, 181:4, 191:4, 226:25
backed [1] - 57:8
background [1] - 79:23
backup [1] - 118:22
Bacon [1] - 108:13
bad [10] - 16:25, 17:3, 134:23, 167:18, 225:4, 238:23, 240:4, 242:2, 242:16, 244:15
badge [1] - 18:21
badly [1] - 224:3
bag [4] - 156:2, 156:23, 249:1, 249:2
Bailing [1] - 246:25
bait [1] - 221:9
balanced [1] - 206:11
balancing [1] - 15:9
baleage [1] - 118:2
ball [1] - 226:1
balls [2] - 196:24, 203:5
ban [13] - 55:1, 55:3, 55:5, 55:8, 55:12, 55:14, 55:15, 55:21, 76:4, 77:21, 78:5, 78:14, 78:16
bank [8] - 119:23, 120:2, 120:6, 120:20, 120:25, 121:4, 186:6
Bank [1] - 121:6
bans [2] - 56:11, 56:14
Barbados [3] - 232:4, 232:6, 232:15
BARBADOES [1] - 232:7
barbary [4] - 59:25, 60:3, 189:18, 189:19
barbered [1] - 231:9
barbering [2] - 231:6, 231:7
barbiturate [1] - 217:8
barn [8] - 18:8, 27:9, 29:19, 123:9, 123:14, 125:9, 138:3, 210:14
barns [1] - 68:20
barrel [2] - 228:23, 228:24
barrels [1] - 203:4
barrier [3] - 208:20,

209:12, 210:2
barriers [3] - 208:7, 208:10, 208:17
Barry [5] - 139:3, 187:16, 187:18, 191:5, 191:9
base [1] - 231:5
based [3] - 42:15, 132:6, 179:16
basement [1] - 192:1
basic [5] - 33:25, 34:5, 37:18, 37:20, 110:19
basics [1] - 104:4
basis [7] - 16:14, 111:15, 120:22, 122:5, 208:4, 215:15, 250:23
bat [1] - 196:21
bear [11] - 85:15, 86:2, 86:14, 218:8, 218:13, 218:15, 218:19, 218:22, 218:25, 223:12
bear's [1] - 218:19
Beard [4] - 82:1, 82:20, 93:21, 93:22
beard [1] - 82:4
bearings [1] - 16:18
bears [8] - 26:3, 55:9, 83:19, 83:20, 83:24, 85:14, 86:12, 86:15
became [1] - 251:16
become [3] - 33:18, 39:21, 50:24
becoming [1] - 38:21
bedded [1] - 17:9
bedding [6] - 19:17, 19:20, 108:6, 171:12, 226:16, 242:13
bedsore [1] - 167:5
bee [1] - 129:4
beef [1] - 174:11
beginning [4] - 35:3, 35:8, 93:13, 239:2
begins [3] - 47:2, 47:5, 216:21
behalf [2] - 1:13, 3:3
behaves [1] - 207:21
behavior [2] - 230:12, 230:13
behaviors [3] - 223:16, 223:19, 225:3
behind [9] - 125:2, 128:6, 128:20, 129:7, 130:22, 131:2, 131:4, 131:6, 232:24
belief [2] - 215:14,

215:16
**beliefs** [1] - 39:17
**BELL** [1] - 1:4
**bellies** [1] - 100:8
**bellowing** [1] - 129:25
**bells** [1] - 229:1
**belly** [1] - 25:10
**belong** [2] - 49:19,
246:19
**below** [2] - 171:2,
171:16
**benefit** [1] - 255:23
**benefits** [1] - 51:6
**benefitting** [2] - 67:6,
67:12
**Bengal** [3] - 59:14,
59:17, 59:19
**Bengy** [1] - 246:25
**best** [7] - 97:25, 211:5,
213:1, 220:13,
221:6, 229:23, 256:3
**better** [13] - 99:19,
125:5, 168:2, 189:2,
207:23, 219:24,
220:4, 236:10,
236:13, 237:3,
237:4, 237:8, 249:20
**between** [16] - 2:18,
29:6, 52:4, 59:16,
59:24, 85:15,
103:14, 105:1,
113:5, 122:11,
126:17, 157:9,
166:16, 169:2,
172:14, 230:25
**beyond** [5] - 65:18,
65:21, 65:23, 66:2,
66:8
**big** [24] - 17:11, 17:15,
27:9, 78:19, 94:11,
96:13, 103:23,
107:11, 114:19,
114:24, 145:15,
165:17, 168:4,
196:20, 198:8,
198:9, 199:23,
202:11, 215:12,
218:21, 236:17,
237:8, 237:14, 249:8
**bigger** [1] - 202:12
**biggest** [1] - 193:17
**bill** [1] - 78:5
**biological** [1] - 195:25
**biologics** [1] - 219:21
**biosecure** [4] -
123:24, 125:21,
125:22, 125:25
**biosecurity** [4] -
122:14, 122:16,
122:17, 124:9

**bird** [1] - 109:5
**birds** [5] - 26:7, 28:7,
28:15, 93:3, 210:6
**birth** [1] - 46:21
**biscuits** [1] - 206:10
**bit** [18] - 16:5, 33:4,
68:9, 97:10, 103:13,
132:15, 158:8,
168:11, 175:14,
182:4, 188:13,
210:7, 218:6,
230:22, 231:11,
231:12, 233:16,
254:17
**bitten** [1] - 233:2
**blackmail** [1] - 87:8
**blank** [1] - 47:4
**blindness** [1] - 166:24
**blocking** [1] - 250:10
**BLOME** [25] - 1:20,
3:6, 13:14, 17:14,
17:18, 34:13, 97:4,
97:9, 98:14, 98:19,
116:7, 116:10,
116:11, 121:7,
145:8, 152:1, 152:7,
153:4, 158:14,
176:25, 177:3,
218:1, 232:14,
256:13, 256:18
**Blome** [2] - 2:4, 3:10
**blood** [4] - 38:9,
150:11, 151:11,
151:24
**blow** [1] - 245:19
**Blue** [4] - 22:16,
22:17, 23:2, 64:24
**board** [7] - 9:3, 9:5,
9:6, 9:11, 13:21,
14:4, 33:13
**Bob** [13] - 69:12, 71:8,
71:9, 92:21, 94:20,
94:21, 94:22, 94:23,
108:12, 159:16,
159:17, 159:18,
186:19
**bobcat** [2] - 146:5,
205:5
**bobcats** [3] - 26:4,
60:21, 61:1
**bodies** [1] - 161:6
**body** [2] - 157:24,
231:25
**bond** [1] - 143:6
**bonded** [3] - 9:18,
185:24, 206:14
**bones** [2] - 198:11,

231:23
**bonnet** [1] - 129:4
**book** [11] - 22:11,
22:14, 22:15, 22:25,
38:7, 38:13, 38:15,
81:3, 173:13, 173:20
**Book** [4] - 22:16,
22:17, 23:2, 64:24
**booklet** [1] - 215:3
**books** [3] - 96:17,
105:8, 222:20
**Booth** [2] - 252:20,
253:12
**booties** [1] - 124:18
**boots** [10] - 122:23,
122:24, 123:1,
124:10, 124:23,
125:8, 125:11,
125:15, 126:3, 126:7
**born** [17] - 106:4,
106:11, 106:15,
106:21, 106:24,
142:12, 148:14,
153:20, 154:8,
154:16, 155:1,
155:10, 159:18,
181:7, 184:24,
184:25, 189:4
**boss** [1] - 207:10
**bosses** [1] - 207:11
**bossy** [1] - 207:9
**bothered** [1] - 169:11
**bottle** [7] - 85:16,
147:3, 147:4,
147:10, 148:9,
148:18, 150:8
**bottle-fed** [2] - 147:4,
148:18
**bottom** [1] - 138:8
**bought** [2] - 10:23,
203:20
**bouts** [1] - 180:14
**bowling** [2] - 196:23,
203:5
**boxes** [1] - 174:1
**boys** [3] - 21:2,
109:21, 109:23
**boy's** [1] - 109:24
**brain** [3] - 96:18,
215:17, 217:17
**brains** [1] - 188:6
**branches** [1] - 205:13
**brand** [1] - 199:1
**BRAUMANN** [1] - 1:4
**Brazil** [3] - 212:22,
212:23, 212:24
**breached** [1] - 127:10
**break** [8] - 4:7, 97:5,
117:14, 152:2,
167:13, 217:19,

218:2, 226:5
**breakfast** [1] - 103:21
**breathe** [1] - 172:7
**bred** [9] - 31:20,
138:25, 139:11,
139:14, 139:16,
140:8, 148:21,
184:24, 211:11
**breed** [17] - 29:25,
30:25, 31:1, 33:10,
49:12, 61:1, 78:19,
78:23, 140:12,
141:13, 142:6,
142:7, 142:9,
164:23, 166:4,
166:10, 166:15
**breeder** [9] - 23:20,
30:1, 30:13, 46:7,
84:9, 86:15, 106:12,
138:22, 194:9
**breeders** [7] - 26:15,
49:10, 49:13, 69:6,
70:4, 75:10, 215:21
**breeding** [25] - 6:23,
15:25, 29:16, 29:22,
33:11, 49:15, 61:4,
72:11, 72:13, 73:19,
85:19, 85:23,
107:16, 137:22,
138:13, 138:19,
138:21, 139:17,
140:1, 140:4,
141:11, 142:1,
149:4, 164:22, 166:1
**breeding-specific** [1]
- 49:15
**breeds** [3] - 34:9,
145:4, 145:6
**bridge** [1] - 136:8
**briefly** [3] - 6:10,
175:23, 240:10
**bring** [5] - 5:18, 14:22,
109:4, 124:20,
124:23
**bringing** [4] - 122:25,
126:18, 126:22,
216:3
**broad** [2] - 63:2,
216:19
**broadly** [1] - 255:6
**broke** [2] - 130:1,
152:8
**broker** [2] - 23:25,
24:1
**brokers** [1] - 95:1
**brother** [4] - 155:14,
155:15, 178:2,
183:15
**brought** [5] - 44:12,
55:24, 134:12,

156:3, 254:12
**Brown** [5] - 69:8, 72:8,
83:2, 83:25, 84:18
**brown** [1] - 83:12
**brown's** [1] - 181:2
**Brown's** [7] - 153:16,
153:18, 154:4,
181:7, 234:21,
234:25, 235:2
**Buck** [1] - 12:14
**buck** [1] - 228:8
**bucks** [2] - 104:25,
114:20
**Buddhas** [1] - 205:17
**buddy** [1] - 207:19
**budget** [2] - 113:11,
193:8
**building** [11] - 20:2,
20:14, 20:17, 94:2,
102:14, 107:21,
126:6, 126:8,
126:10, 211:21
**buildings** [5] - 11:16,
120:10, 125:6,
210:19, 221:8
**built** [5] - 85:1, 85:3,
93:11, 202:13,
249:23
**bull** [1] - 8:7
**bumped** [1] - 226:24
**bunch** [3] - 162:22,
163:16, 244:10
**buried** [8] - 157:25,
158:4, 161:8,
161:11, 161:12,
161:14, 164:2, 164:4
**Burmese** [3] - 78:9,
78:12, 78:19
**burn** [2] - 130:8,
130:11
**bury** [3] - 158:1,
158:23, 161:17
**bushbabies** [1] -
83:24
**business** [29] - 9:4,
9:14, 10:19, 11:18,
12:3, 14:15, 15:13,
30:20, 62:24, 70:25,
72:25, 78:17, 78:18,
78:24, 83:4, 84:22,
93:1, 94:8, 94:9,
94:21, 117:16,
117:18, 117:22,
134:24, 135:22,
136:9, 151:17,
155:6, 245:5
**busy** [1] - 11:22
**butter** [2] - 102:8,
249:7
**butterfat** [1] - 15:23

**buy** [11] - 28:5, 28:8,
30:11, 61:25,
114:22, 179:23,
193:6, 194:19,
249:19, 254:11
**buying** [1] - 193:3
**BY** [1] - 3:6

### C

**C-a-s-s-a-y-a** [1] -
189:3
**C-h-u-k-i** [1] - 140:19
**C-I-T-E-S** [1] - 34:12
**C-u-l-v-e-r** [1] - 77:5
**C14-2034-LRR** [1] -
1:7
**cage** [13] - 107:10,
141:19, 148:17,
183:21, 185:19,
186:24, 199:20,
200:19, 202:11,
203:13, 206:15,
207:6, 207:19
**caged** [6] - 140:7,
140:10, 141:14,
147:14, 147:15,
147:16
**cages** [8] - 110:16,
113:2, 184:8,
184:12, 202:7,
202:9, 202:10,
250:23
**cake** [1] - 250:2
**Cal** [2] - 199:3, 199:4
**calcium** [1] - 199:5
**calendar** [6] - 137:25,
178:22, 178:24,
224:7, 224:9, 224:11
**calf** [1] - 172:10
**calico** [1] - 228:7
**California** [1] - 1:21
**Calvary** [9] - 49:21,
50:3, 50:10, 50:13,
50:25, 52:13, 54:4,
67:10, 87:15
**calves** [5] - 16:1,
101:24, 102:4,
123:1, 138:6
**calving** [1] - 15:25
**camel** [1] - 93:4
**camel's** [1] - 179:12
**camels** [1] - 85:14
**cameras** [2] - 251:13,
253:23
**campaign** [2] - 68:1,
134:11
**campaigns** [1] - 67:18
**Campbell** [5] - 43:20,
44:4, 44:18, 45:14,

46:10
**Canada** [2] - 56:23,
57:10
**cannot** [5] - 43:16,
146:12, 147:4,
184:15, 189:17
**canvas** [2] - 104:15,
249:2
**capable** [1] - 110:14
**capital** [4] - 118:21,
119:21, 121:9,
132:11
**capitol** [1] - 77:21
**captive** [4] - 71:21,
71:24, 72:11, 72:13
**captivity** [2] - 146:18,
146:21
**capuchin** [3] - 224:1,
225:1, 229:17
**capybara** [1] - 231:23
**carcass** [1] - 197:13
**card** [1] - 35:22
**care** [47] - 7:10, 7:14,
7:17, 7:19, 11:21,
11:25, 34:19, 37:25,
38:7, 38:18, 43:2,
43:3, 48:13, 50:3,
63:16, 68:2, 68:22,
75:18, 81:13,
101:24, 112:13,
143:4, 173:16,
192:21, 193:16,
193:19, 193:20,
195:11, 195:12,
212:2, 213:5, 213:9,
213:10, 214:16,
215:3, 217:1,
217:21, 218:4,
221:12, 221:16,
221:21, 221:24,
222:6, 225:17,
227:2, 230:19,
252:23
**cared** [1] - 196:1
**career** [1] - 6:7
**caring** [1] - 193:1
**carnivores** [3] -
198:17, 209:25,
221:9
**carried** [1] - 128:12
**cartilage** [2] - 233:6,
233:7
**case** [14] - 5:9, 41:12,
50:14, 51:14, 62:15,
68:3, 68:16, 77:2,
77:3, 214:20, 233:5,
233:18, 235:20,
240:5
**cases** [1] - 232:11
**cash** [2] - 121:20,

137:9
**Casper** [23] - 153:8,
161:16, 161:23,
161:24, 164:1,
165:4, 166:1, 166:2,
166:7, 166:17,
169:7, 170:2, 170:3,
170:7, 170:22,
170:23, 172:14,
172:20, 172:22,
173:1, 173:7,
177:12, 233:13
**Cassaya** [4] - 188:25,
189:1, 189:2, 189:21
**castrate** [1] - 110:22
**cat** [13] - 34:18, 58:21,
58:24, 59:14, 59:17,
59:19, 104:7, 146:1,
146:17, 146:21,
174:9, 205:5, 215:24
**categories** [1] -
113:23
**Catherine** [1] - 18:23
**cats** [31] - 29:16,
33:10, 34:8, 35:4,
41:16, 55:8, 58:24,
59:12, 80:11, 81:8,
84:10, 92:16, 94:11,
125:2, 143:3, 143:4,
143:19, 147:17,
147:19, 147:22,
175:25, 197:8,
197:19, 199:11,
200:5, 204:24,
205:3, 215:8, 215:20
**cattle** [18] - 6:9, 8:7,
11:21, 27:10, 99:14,
99:15, 100:4, 100:9,
120:10, 123:19,
128:7, 129:21,
132:1, 132:3, 145:4,
172:3, 198:5
**caught** [3] - 238:10,
242:17, 244:15
**Cedar** [2] - 1:23, 6:10
**ceiling** [1] - 186:7
**cell** [1] - 15:23
**cemetery** [3] - 158:3,
158:15, 161:18
**center's** [1] - 103:18
**Central** [2] - 121:2,
121:3
**cents** [1] - 104:21
**certain** [11] - 5:16,
48:4, 55:9, 73:1,
83:16, 100:24,
103:15, 208:12,
214:18, 236:9,
244:18
**certainly** [4] - 139:22,

146:24, 148:19,
180:22
**certificates** [1] - 32:22
**certification** [3] -
33:24, 34:23, 34:25
**certifications** [1] -
33:4
**Certified** [2] - 1:15,
2:22
**certified** [4] - 3:2,
33:6, 214:18, 258:2
**CERTIFIED** [1] -
258:25
**certify** [2] - 258:3,
258:15
**chain** [2] - 26:12,
233:5
**chair** [2] - 104:14,
112:22
**challenge** [1] - 137:13
**chance** [1] - 166:14
**change** [1] - 206:1
**changed** [1] - 97:23
**chapter** [1] - 8:10
**characterization** [1] -
50:6
**characterize** [3] -
73:3, 170:25, 230:11
**characterized** [2] -
8:2, 247:20
**characterizes** [1] -
21:24
**charge** [2] - 114:3,
118:18
**charged** [1] - 115:20
**chart** [1] - 173:25
**chat** [1] - 104:18
**check** [3] - 20:9,
102:6, 103:20
**checked** [5] - 177:24,
220:8, 222:7,
222:10, 223:15
**checks** [1] - 129:11
**Cheech** [2] - 187:5,
187:9
**cheek** [3] - 44:8,
44:10, 44:19
**chewing** [1] - 229:19
**chicken** [3] - 174:11,
174:13, 198:24
**children** [4] - 12:18,
13:20, 192:17, 255:8
**choice** [1] - 214:11
**chore** [2] - 111:18,
128:9
**chores** [16] - 18:9,
18:12, 19:12, 20:10,
22:5, 99:19, 102:13,
102:23, 103:1,
103:3, 108:3, 108:4,

112:24, 125:10,
131:24
**chose** [2] - 46:4, 90:6
**Chow** [2] - 205:23,
206:8
**Chuki** [10] - 140:18,
141:6, 183:5, 183:9,
183:10, 183:25,
184:2, 185:1, 185:9,
206:13
**Chuki's** [4] - 185:7,
185:8, 207:5, 207:9
**church** [1] - 12:15
**circle** [2] - 47:16, 99:1
**circled** [3] - 98:24,
99:25, 210:24
**circumstance** [1] -
227:7
**circumstances** [6] -
32:3, 155:22,
186:18, 188:14,
217:14, 227:20
**citation** [2] - 111:16,
170:7
**citations** [5] - 16:14,
18:14, 170:4,
225:15, 225:18
**cited** [10] - 111:12,
170:20, 186:3,
225:19, 228:11,
229:13, 229:17,
230:15, 230:18,
232:23
**CITES** [6] - 34:9,
34:12, 57:21, 57:23,
61:15, 62:3
**City** [4] - 120:25,
121:2, 121:3, 121:6
**Civil** [1] - 2:24
**claimed** [3] - 188:3,
218:16, 249:4
**clarification** [1] -
13:15
**clarified** [1] - 140:2
**class** [8] - 10:12, 23:5,
23:8, 23:17, 23:22,
23:23, 23:24
**classes** [4] - 7:5, 7:7,
7:25, 68:10
**classified** [1] - 181:15
**claws** [8] - 145:16,
145:19, 145:21,
145:24, 146:10,
146:25, 202:18,
202:19
**clean** [18] - 17:5, 17:9,
19:19, 101:25,
109:8, 110:15,
113:2, 125:8,
125:15, 167:17,

196:13, 200:1, 200:3, 204:16, 204:17, 229:9, 239:13, 240:1
cleaned [3] - 123:2, 123:4, 232:12
cleaning [8] - 16:25, 103:22, 103:24, 103:25, 238:22, 239:10, 239:12, 239:17
cleans [1] - 239:14
clear [5] - 34:7, 130:21, 137:13, 169:14, 240:1
climate [1] - 211:15
climb [1] - 205:14
climbing [2] - 203:15, 223:9
Clinic [3] - 156:1, 221:13, 221:24
clinic [1] - 213:17
clip [2] - 228:24, 229:11
clipped [3] - 225:21, 225:22, 228:23
clock [1] - 86:6
close [5] - 101:1, 101:3, 102:24, 169:9, 240:21
closed [1] - 135:19
clostridium [1] - 215:4
clothes [1] - 102:25
club [1] - 42:10
coached [1] - 93:8
Coalition [3] - 247:1, 247:6, 247:7
coatimundi [1] - 231:4
coatimundis [2] - 83:19, 83:20
cobwebs [1] - 17:13
coherently [1] - 5:4
cold [15] - 19:2, 19:4, 19:7, 125:13, 127:3, 136:1, 168:4, 170:23, 170:25, 171:1, 171:5, 171:17, 173:9, 175:3, 191:2
Cole [7] - 17:21, 80:16, 80:23, 82:23, 170:18, 170:19, 252:23
Cole's [1] - 230:18
coli [7] - 174:6, 174:8, 174:12, 174:23, 175:3, 175:19
collateral [1] - 120:7
college [2] - 6:6, 6:22
College [1] - 6:9

colostrum [5] - 143:10, 143:11, 150:6, 150:15, 150:19
columns [1] - 178:12
comfortable [2] - 43:10, 120:21
coming [6] - 111:19, 124:25, 175:2, 221:10, 243:18, 254:15
commencing [1] - 1:14
comment [1] - 135:8
commercial [3] - 244:4, 245:5, 245:22
commercials [1] - 220:22
commitment [1] - 192:25
committee [2] - 14:2, 14:17
common [9] - 23:14, 58:12, 58:16, 76:9, 80:21, 82:13, 82:16, 101:12, 205:9
communicate [1] - 73:10
communication [2] - 26:12, 64:10
community [4] - 6:22, 109:15, 117:6, 255:8
companion [1] - 185:18
companionship [1] - 206:20
compared [1] - 82:12
compares [1] - 234:23
compatible [3] - 184:10, 184:11, 206:23
compensation [1] - 67:2
compile [1] - 14:6
compiling [1] - 113:20
complaint [3] - 132:20, 132:24, 133:1
complete [3] - 3:24, 7:2, 21:7
completely [1] - 244:23
compliance [2] - 194:18, 194:22
compliances [1] - 194:13
complied [1] - 241:17
compost [6] - 158:19, 158:22, 197:23, 198:1, 198:4, 198:14

compulsive [2] - 16:24, 18:1
compute [1] - 217:18
computer [3] - 48:17, 236:17, 258:12
computer-aided [1] - 258:12
computerized [2] - 8:8, 15:24
concept [1] - 8:22
concern [5] - 24:2, 41:21, 133:18, 229:4, 243:17
concerned [9] - 62:20, 83:5, 133:15, 133:17, 166:23, 208:16, 237:12, 247:4
concerning [2] - 253:9, 258:8
concerns [10] - 89:13, 89:17, 90:9, 90:12, 91:8, 130:10, 247:2, 247:5, 252:25, 253:17
concluded [1] - 256:23
conclusion [1] - 181:16
condition [1] - 165:14
conditions [4] - 164:6, 217:9, 218:2, 240:22
condo [1] - 172:12
Condo [5] - 183:12, 183:19, 183:23, 188:12, 188:13
conducted [1] - 9:12
confine [1] - 139:23
confirm [1] - 152:15
conflict [1] - 40:10
confronted [1] - 250:13
confused [1] - 126:12
confusion [2] - 208:2, 208:5
conjunction [1] - 222:15
Conrad [2] - 95:24, 97:2
consecutive [1] - 98:15
consequences [1] - 216:1
conservation [7] - 35:18, 37:22, 149:2, 149:5, 149:17, 149:21, 150:1
Conservation [6] - 33:7, 36:2, 40:20, 41:2, 58:11, 77:8

consider [17] - 16:14, 17:7, 17:20, 21:20, 30:17, 30:19, 30:22, 62:21, 63:3, 63:12, 63:17, 64:15, 119:21, 171:2, 192:20, 193:15, 193:23
considered [1] - 256:5
constant [3] - 204:15, 204:17, 211:18
construction [1] - 121:14
Consuella [3] - 106:1, 107:12, 107:13
consult [5] - 72:6, 74:2, 92:18, 92:22, 222:24
consultants [1] - 64:11
consultation [1] - 73:22
consulted [4] - 66:23, 72:22, 159:1, 175:7
consulting [1] - 179:20
consumer [1] - 236:22
consumer-friendly [1] - 236:22
consuming [1] - 204:10
contact [3] - 43:17, 58:11, 208:3
contacted [6] - 44:3, 44:11, 44:15, 46:15, 56:25, 169:1
contacting [1] - 78:3
container [1] - 191:2
contemplated [1] - 2:25
contemplation [1] - 62:5
contingency [2] - 221:25, 222:3
continue [1] - 218:5
continued [2] - 135:4, 152:5
contract [3] - 193:11, 193:12, 198:23
contractors [1] - 118:13
contributes [3] - 117:24, 117:25, 118:2
contribution [1] - 114:14
control [6] - 141:11, 211:15, 216:17, 220:10, 220:12, 238:20

controversy [1] - 258:8
convention [1] - 36:5
conversation [2] - 53:15, 90:4
conversations [2] - 53:12, 87:5
convinced [2] - 189:12, 190:13
Cook [1] - 226:8
Cooke [1] - 156:20
coons [2] - 74:17, 107:11
cooperative [17] - 6:23, 8:3, 8:4, 8:16, 8:18, 8:20, 8:21, 9:1, 9:14, 9:17, 10:2, 10:3, 10:9, 10:10, 14:20, 132:16, 133:12
cooperatives [3] - 8:24, 9:24
copies [1] - 36:15
cops [1] - 51:23
copy [3] - 222:13, 224:10, 224:13
cord [1] - 254:18
corn [2] - 11:15
cornfield [3] - 130:22, 161:13, 161:15
corporate [1] - 118:8
corporation [5] - 1:5, 1:9, 117:2, 118:5, 118:9
corporations [1] - 119:19
correct [10] - 55:23, 57:17, 127:20, 127:21, 145:12, 168:25, 170:8, 180:11, 184:22, 212:4
Correction [1] - 257:2
corrections [1] - 170:4
CORRECTIONS [1] - 257:1
corroborate [1] - 49:8
cost [8] - 122:6, 190:16, 190:19, 190:20, 193:4, 193:15, 193:17, 193:18
costs [2] - 137:1, 193:5
Cotati [2] - 1:21
cougars [5] - 26:4, 83:25, 93:25, 158:5, 158:24
counsel [2] - 258:16, 258:19

Counsel [3] - 1:21,
1:23, 2:19
country [14] - 30:16,
32:19, 49:11, 57:17,
58:25, 60:14, 60:17,
73:8, 73:10, 144:17,
189:20, 212:23,
212:24, 246:13
County [5] - 6:12, 9:1,
10:2, 254:2, 254:6
county [8] - 8:4, 8:19,
8:20, 8:21, 8:24,
8:25, 56:12, 56:15
couple [12] - 74:12,
74:13, 95:21,
103:12, 111:13,
113:22, 171:9,
205:16, 206:4,
237:20, 251:25,
255:4
course [13] - 4:13, 6:8,
6:11, 6:18, 22:3,
34:1, 34:2, 34:17,
37:21, 38:3, 140:13,
141:12
courses [8] - 7:2,
15:7, 15:8, 16:9,
36:1, 37:21, 37:24,
69:24
coursework [1] -
68:17
COURT [4] - 1:1,
34:10, 121:4, 232:5
court [4] - 91:10,
97:15, 98:1, 98:12
Covance [1] - 43:21
coverage [1] - 243:9
covered [1] - 62:9
cows [7] - 11:12, 15:6,
15:19, 15:20,
101:24, 138:5
coyote [3] - 230:19,
231:18, 254:17
coyotes [2] - 131:16,
230:24
Craig [9] - 92:2, 92:4,
92:5, 92:11, 154:21,
155:3, 155:6, 185:13
crazy [3] - 18:10,
18:17, 238:16
credibility [2] - 49:2,
96:24
credible [1] - 48:20
credit [1] - 119:14
creek [1] - 12:14
Cricket [13] - 40:23,
89:12, 148:21,
152:17, 179:10,
182:8, 186:15,
188:20, 189:5,

196:6, 235:17,
247:2, 247:5
CRICKET [1] - 1:9
crime [2] - 245:23,
245:24
crisis [5] - 10:23,
12:20, 13:2, 13:3,
13:4
criteria [7] - 5:10,
38:21, 105:20,
142:24, 192:12,
192:14, 194:7
criticisms [1] - 96:6
crops [1] - 11:14
cross [1] - 136:8
crossed [2] - 142:9,
142:10
cruel [3] - 197:6,
197:7, 250:1
crummy [2] - 252:7,
252:11
Cruz [2] - 100:5,
144:16
cub [6] - 86:14, 147:4,
154:9, 166:12,
177:22, 218:21
cubs [15] - 84:9,
84:14, 86:14,
138:23, 143:5,
143:6, 143:8,
143:12, 143:15,
143:18, 147:3,
150:5, 150:7,
150:18, 150:21,
150:25, 151:14,
215:5, 215:22
Culver [3] - 77:5, 77:6,
77:11
cups [3] - 104:16,
104:20, 204:18
cure [1] - 224:20
cured [1] - 176:10
curiosity [3] - 71:11,
75:20, 177:8
curious [15] - 58:5,
89:5, 94:14, 97:12,
137:14, 140:20,
142:24, 155:21,
181:16, 185:25,
186:1, 189:23,
207:21, 225:17,
255:5
current [2] - 120:1,
152:13
curriculum [1] - 76:14
customarily [1] -
208:8
customers [1] - 105:3
cut [4] - 116:1, 135:13,
135:14, 174:11

cut-up [1] - 174:11
Cynthia [5] - 82:9,
82:10, 82:20,
229:17, 230:3

# D

daily [4] - 112:16,
124:2, 223:21,
252:16
dairy [30] - 6:15, 8:5,
8:20, 9:21, 10:7,
10:22, 11:9, 11:13,
12:1, 12:2, 12:8,
12:9, 12:12, 15:12,
15:14, 18:6, 99:14,
99:15, 100:17,
101:23, 101:24,
103:2, 132:20,
133:8, 137:17,
138:1, 138:2, 138:4,
158:20, 210:14
damaged [1] - 224:18
damp [2] - 19:17,
229:14
Dan [1] - 91:24
Dandy [2] - 202:18,
202:22
Dandylion [3] - 180:7,
180:25, 181:9
dangerous [2] - 77:21,
105:23
dart [1] - 201:1
data [1] - 75:10
date [7] - 51:21, 82:5,
132:6, 228:7,
229:12, 253:11,
258:4
dated [2] - 91:22,
168:21
Dated [1] - 258:22
dates [4] - 15:25,
163:1, 219:24
daughter's [1] - 47:6
David [2] - 96:2, 97:2
day-long [1] - 15:8
day-to-day [2] -
118:23, 119:15
Days [1] - 1:14
days [11] - 19:2,
27:12, 68:21, 86:4,
103:22, 103:24,
143:5, 171:17,
219:1, 219:2, 239:12
daytime [1] - 138:9
dead [6] - 172:12,
183:21, 186:24,
198:6, 220:21,
249:23
deal [5] - 40:8, 57:8,

96:13, 130:1, 163:16
dealt [4] - 73:13,
73:14, 95:3, 95:11
death [9] - 31:23,
155:22, 160:10,
161:21, 172:15,
186:18, 186:22,
188:14, 246:11
deaths [3] - 32:1,
32:4, 160:17
Deb [5] - 69:8, 83:22,
83:23, 85:8, 86:10
December [3] -
228:11, 228:14,
230:14
decent [1] - 171:4
decently [1] - 174:8
decide [4] - 45:7,
161:17, 192:7,
192:16
decided [3] - 39:19,
45:2, 45:8
decision [6] - 46:5,
62:8, 192:5, 192:8,
192:10, 193:10
decision-making [3] -
192:5, 192:8, 192:10
decisions [2] -
179:16, 180:1
declaw [1] - 145:11
declawed [8] - 145:16,
145:18, 145:25,
146:6, 146:12,
146:14, 146:17
decline [2] - 13:5,
134:10
decrease [1] - 136:11
decreased [3] -
135:11, 135:23,
136:23
dedicated [1] - 86:5
deem [1] - 105:23
deep [1] - 204:21
deer [1] - 197:19
defect [3] - 142:8,
142:14, 142:19
Defendants [2] - 1:10,
1:24
Defense [4] - 1:20,
3:11, 89:2, 89:25
DEFENSE [1] - 1:5
defense [5] - 50:8,
52:14, 52:18, 52:21,
67:18
definitely [1] - 21:22
definition [2] - 195:22,
196:3
degrees [2] - 19:3,
125:14
dehydrated [2] - 20:4,

22:6
Delaware [7] - 6:11,
8:19, 8:20, 9:1, 10:2,
254:1, 254:6
delegate [3] - 13:24,
13:25, 14:11
delegates [1] - 14:16
Delhi [1] - 6:3
deliberately [1] -
204:14
deliver [1] - 32:15
Department [5] -
158:17, 170:5,
214:17, 225:16,
237:23
depicted [1] - 130:15
depiction [1] - 101:12
deposition [11] - 2:20,
2:23, 3:13, 3:14,
4:13, 152:5, 212:4,
239:3, 256:23,
258:13, 258:18
Deposition [1] - 98:17
DEPOSITION [3] -
1:13, 2:7, 257:1
depositions [1] -
129:19
depreciation [1] -
122:6
depth [1] - 38:8
deputy's [1] - 248:23
Des [2] - 55:6, 55:20
descented [2] - 75:22,
75:23
descentized [1] -
75:21
describe [7] - 32:3,
40:1, 138:19, 149:8,
156:10, 160:19,
204:19
design [1] - 236:16
designated [2] -
62:14, 233:18
designation [1] -
76:12
designed [1] - 38:13
desire [1] - 256:8
despite [4] - 135:20,
168:9, 238:19,
239:25
destroyed [2] - 192:2,
217:5
details [1] - 82:15
determine [1] - 213:1
determined [1] -
167:10
detrimental [1] - 240:2
develop [3] - 222:14,
222:18, 243:23
developed [1] -

222:16
**development** [1] - 223:3
**DHIA** [6] - 6:12, 6:14, 8:1, 8:4, 9:2, 10:15
**DHIC** [2] - 8:19, 15:21
**diagnosing** [1] - 48:11
**diagnosis** [2] - 188:2, 228:5
**Diane** [6] - 129:5, 129:7, 248:11, 249:17, 250:13, 250:18
**diarrhea** [1] - 175:20
**diary** [1] - 138:4
**die** [11] - 46:3, 156:15, 157:7, 159:12, 163:6, 168:1, 172:24, 173:2, 188:11, 215:20, 226:25
**died** [42] - 31:5, 31:7, 31:24, 32:6, 139:8, 140:24, 145:21, 153:6, 155:16, 155:19, 155:24, 157:8, 159:8, 159:9, 159:10, 160:7, 160:20, 160:25, 161:2, 161:5, 163:5, 164:7, 166:17, 173:1, 173:6, 173:7, 173:8, 174:5, 174:6, 176:14, 183:20, 186:15, 186:16, 186:21, 187:7, 187:8, 187:15, 187:24, 188:15, 215:22, 227:1, 227:2
**diet** [1] - 203:17
**diets** [1] - 79:21
**differ** [1] - 17:1
**difference** [5] - 59:16, 59:24, 60:2, 113:5, 175:5
**different** [29] - 15:8, 15:10, 26:12, 26:13, 30:18, 32:8, 34:9, 36:10, 38:8, 39:19, 49:12, 53:11, 84:10, 102:16, 104:2, 105:16, 109:14, 112:19, 113:1, 117:7, 149:12, 149:17, 202:4, 202:8, 203:12, 203:17, 206:4, 219:23, 222:22
**differently** [1] - 202:3
**difficult** [1] - 148:4

**digit** [1] - 230:20
**digression** [2] - 89:11, 92:1
**dip** [3] - 136:23, 137:3, 137:5
**Direct** [1] - 2:4
**direct** [2] - 167:20, 170:16
**direction** [1] - 200:8
**directly** [3] - 207:20, 209:9, 214:2
**director** [2] - 77:7, 91:24
**directors** [2] - 9:3, 14:15
**dirt** [1] - 201:24
**disagree** [1] - 16:13
**disagreeing** [1] - 111:15
**disagreement** [1] - 16:15
**discovery** [2] - 64:7, 96:5
**discuss** [10] - 73:1, 86:24, 86:25, 104:17, 174:20, 214:18, 217:4, 219:3, 219:12, 220:11
**discussed** [12] - 174:7, 174:14, 174:17, 215:1, 216:25, 218:3, 219:10, 222:7, 222:10, 223:15, 223:19, 224:16
**discussing** [1] - 89:20
**Discussion** [2] - 153:3, 177:2
**discussion** [1] - 216:14
**discussions** [1] - 214:22
**disease** [1] - 202:1
**diseases** [4] - 122:25, 126:19, 126:22, 220:5
**dispatcher** [1] - 248:7
**dispersal** [1] - 11:12
**disperse** [1] - 25:11
**display** [1] - 94:12
**disposal** [3] - 158:15, 159:2, 159:5
**distinction** [1] - 210:5
**distinguish** [1] - 52:4
**district** [2] - 13:21, 14:3
**DISTRICT** [2] - 1:1, 1:1
**division** [1] - 133:4
**dizzy** [1] - 188:9

**DNA** [1] - 182:6
**doctor** [1] - 200:20
**document** [6] - 4:20, 113:10, 113:12, 113:16, 178:8, 178:25
**documented** [3] - 167:8, 170:10, 170:13
**documents** [6] - 5:18, 35:24, 64:4, 64:5, 177:4, 178:14
**Dodge** [2] - 139:5, 184:21
**dog** [5] - 181:20, 216:21, 218:17, 232:24, 249:18
**dogs** [6] - 81:8, 128:10, 128:19, 201:9, 216:20, 247:1
**dollar** [4] - 114:23, 236:16, 237:2
**dollars** [3] - 119:3, 120:16, 191:12
**donate** [5] - 57:24, 62:2, 62:9, 149:1, 191:20
**donated** [16] - 25:6, 25:8, 26:8, 36:10, 61:15, 61:17, 84:15, 138:23, 143:22, 144:1, 151:7, 151:8, 181:3, 181:14, 183:10, 191:18
**donation** [4] - 61:18, 62:4, 153:16, 191:13
**donations** [2] - 114:12, 115:5
**done** [27] - 13:18, 18:9, 18:11, 19:12, 20:21, 43:5, 46:18, 51:18, 57:1, 58:24, 63:9, 81:3, 81:5, 83:6, 104:7, 107:2, 111:23, 136:24, 146:2, 146:4, 150:13, 190:12, 223:2, 224:6, 237:21, 248:6, 249:3
**donkeys** [3] - 99:21, 100:3, 100:10
**door** [6] - 18:7, 41:11, 41:12, 41:22, 105:13, 248:25
**doors** [5] - 102:25, 123:22, 125:25, 204:8, 250:24
**doorway** [1] - 250:10
**double** [1] - 253:20
**doubt** [1] - 60:8

**Doug** [1] - 234:8
**down** [19] - 27:15, 47:17, 49:1, 93:9, 128:9, 129:24, 131:23, 135:19, 160:11, 162:3, 167:1, 168:5, 189:9, 189:11, 193:8, 221:1, 238:17, 243:6, 258:10
**downhill** [1] - 226:23
**Dr** [76] - 17:21, 45:17, 45:18, 45:19, 46:12, 47:13, 79:3, 79:8, 80:7, 80:16, 80:23, 81:15, 81:19, 82:23, 95:21, 95:22, 95:24, 97:2, 127:19, 150:5, 150:11, 151:10, 156:6, 156:7, 156:10, 156:17, 167:9, 168:6, 168:13, 168:14, 168:20, 168:21, 169:16, 174:15, 174:18, 175:7, 195:7, 199:8, 212:3, 212:9, 212:14, 212:20, 212:21, 213:2, 213:3, 213:7, 213:9, 213:17, 213:19, 213:21, 213:24, 214:1, 214:11, 214:19, 214:23, 216:6, 216:15, 216:25, 217:4, 218:3, 219:3, 222:15, 226:8, 226:9, 230:3, 230:18, 231:2, 231:15, 233:3, 235:23, 236:6, 252:23
**drain** [1] - 226:5
**draining** [1] - 167:18
**drama** [1] - 40:12
**drank** [1] - 174:22
**dries** [1] - 221:2
**drink** [2] - 20:6, 204:25
**drinking** [1] - 204:18
**drive** [3] - 92:24, 190:24, 214:12
**drive-through** [1] - 92:24
**driveway** [5] - 42:12, 100:17, 100:18, 123:19, 130:20
**dropped** [1] - 13:8
**drought** [1] - 11:8

**drug** [4] - 162:5, 162:9, 162:16, 164:14
**drugs** [4] - 156:2, 156:23, 219:23, 219:25
**drums** [1] - 196:20
**dry** [2] - 17:9, 229:9
**dues** [1] - 36:13
**duly** [1] - 258:6
**dumped** [3] - 19:16, 133:10, 133:11
**Dunham** [1] - 226:8
**duplicated** [1] - 178:25
**during** [5] - 4:13, 22:3, 113:1, 175:14, 212:3
**Duval** [4] - 139:3, 187:16, 187:18, 191:5
**Duval's** [1] - 191:9
**dying** [1] - 188:16

## E

**ear** [3] - 233:2, 233:3, 233:7
**ears** [1] - 232:25
**easement** [12] - 128:8, 129:22, 129:23, 130:8, 130:11, 130:15, 130:19, 130:23, 130:25, 131:1, 131:8, 131:22
**easier** [1] - 99:19
**East** [1] - 1:21
**eat** [9] - 86:4, 174:10, 197:15, 198:13, 198:18, 203:19, 205:21, 205:22, 229:25
**eating** [1] - 175:20
**eats** [1] - 203:20
**edge** [1] - 17:10
**education** [5] - 5:23, 69:23, 84:24, 103:18
**educational** [10] - 24:10, 79:22, 83:7, 84:16, 96:14, 117:2, 117:10, 139:3, 182:19, 236:18
**effect** [2] - 78:15, 244:2
**effort** [2] - 43:11, 149:18
**efforts** [1] - 149:2
**egg** [3] - 13:2, 13:9
**eggs** [1] - 104:25
**eight** [11] - 13:22, 34:4, 78:3, 82:6,

93:23, 150:14, 150:16, 151:9, 154:13, 164:22, 164:25
**eight-year-olds** [1] - 164:22
**either** [5] - 11:19, 62:1, 80:3, 81:17, 107:3
**elaborate** [3] - 210:5, 215:19, 244:19
**electricity** [1] - 117:24
**electrified** [2] - 251:15, 253:21
**eliminated** [1] - 224:23
**Elkader** [6] - 155:25, 177:10, 177:21, 213:17, 221:13, 221:23
**email** [4] - 39:18, 43:22, 51:7, 252:16
**emails** [5] - 39:23, 40:2, 43:25, 252:8, 252:11
**emergencies** [3] - 119:16, 119:22, 121:8
**emergency** [17] - 46:22, 50:16, 50:19, 50:22, 118:21, 119:24, 120:2, 120:22, 136:21, 137:3, 137:5, 200:10, 214:13, 214:20, 221:12, 221:16, 221:24
**emotional** [1] - 255:23
**employ** [3] - 196:6, 196:8, 205:10
**employed** [3] - 6:11, 258:16, 258:20
**employee** [2] - 33:16, 258:19
**employees** [2] - 111:13, 111:21
**encephalitis** [2] - 188:3, 188:5
**enclosed** [2] - 126:20, 149:9
**enclosure** [10] - 41:13, 99:8, 99:17, 101:8, 107:21, 147:23, 182:9, 182:11, 186:7, 203:24
**enclosures** [7] - 97:19, 98:22, 121:14, 201:13, 205:11, 205:14, 210:8

**encompassed** [1] - 34:5
**encouraged** [1] - 244:3
**end** [5] - 57:9, 101:1, 130:3, 169:15, 200:19
**endangered** [17] - 57:22, 58:2, 58:8, 58:13, 58:16, 60:6, 60:12, 60:22, 61:2, 61:4, 61:11, 61:19, 61:22, 138:14, 182:16, 182:22, 211:24
**Endangered** [3] - 62:6, 62:10, 87:11
**ended** [6] - 46:22, 57:5, 167:22, 214:3, 218:16, 224:4
**enforcement** [3] - 240:11, 241:21
**engage** [1] - 78:7
**English** [1] - 258:11
**enhancement** [1] - 222:11
**enjoy** [5] - 103:6, 117:5, 194:2, 222:22, 237:10
**enjoyed** [3] - 104:18, 135:8, 135:9
**enjoyment** [1] - 206:6
**enjoys** [1] - 237:5
**enrichment** [15] - 39:24, 196:9, 196:19, 197:1, 203:1, 207:16, 222:12, 222:20, 223:4, 223:8, 224:4, 224:7, 224:8, 224:10, 224:21
**ensure** [4] - 195:24, 199:16, 199:21, 204:3
**enter** [2] - 41:11, 123:24
**entered** [1] - 240:12
**entering** [1] - 123:9
**enterprise** [1] - 118:11
**entirety** [1] - 178:17
**entity** [1] - 118:8
**environmental** [1] - 222:11
**equally** [1] - 237:13
**equines** [2] - 210:6, 220:6
**equipment** [4] - 7:12, 7:15, 9:2, 254:11
**equity** [4] - 13:8, 119:18, 120:12,

120:18
**equity's** [1] - 120:9
**Eric** [1] - 108:13
**escaping** [1] - 145:3
**Esch** [6] - 212:17, 212:21, 213:2, 213:17, 213:19, 213:24
**especially** [1] - 122:20
**essentially** [1] - 236:8
**established** [1] - 195:23
**estimate** [2] - 119:2, 120:12
**estimation** [1] - 116:22
**eucalyptus** [1] - 195:3
**euthanasia** [2] - 217:3, 217:6
**evaluate** [5] - 41:3, 48:19, 142:25, 192:13, 214:4
**evaluated** [1] - 226:20
**evaluating** [3] - 192:8, 193:2, 193:22
**evaluation** [1] - 194:16
**evening** [4] - 20:9, 102:24, 157:9, 198:21
**eventually** [5] - 10:25, 149:11, 169:20, 202:15, 226:25
**evidence** [1] - 251:1
**Ex** [2] - 90:23, 134:12
**exact** [3] - 83:4, 87:4, 171:15
**exactly** [8] - 13:23, 40:3, 40:8, 59:11, 89:9, 157:14, 172:16, 210:16
**exam** [1] - 178:12
**Examination** [1] - 2:4
**examination** [2] - 174:18, 258:10
**EXAMINATION** [1] - 3:5
**examined** [3] - 3:3, 175:13, 258:10
**example** [3] - 21:12, 21:17, 113:25
**excellent** [1] - 138:12
**Excenel** [2] - 232:13
**except** [4] - 32:14, 100:4, 125:24, 202:11
**exceptions** [1] - 5:13
**excessive** [1] - 225:19
**excessively** [4] - 226:12, 226:19,

228:8, 228:12
**exchange** [1] - 154:4
**exclusively** [1] - 27:8
**excuse** [1] - 159:13
**exemplary** [1] - 134:7
**exempt** [1] - 55:1
**exercise** [5] - 201:3, 201:4, 201:6, 201:11, 201:12
**exercised** [1] - 203:22
**exhausting** [1] - 103:5
**exhibit** [13] - 23:11, 23:14, 23:15, 24:8, 24:9, 24:19, 24:21, 27:24, 30:25, 31:21, 58:22, 97:17, 107:11
**Exhibit** [4] - 98:16, 98:17, 130:16, 210:13
**exhibiter** [2] - 23:9, 23:10
**exhibiting** [2] - 24:13, 225:2
**exhibitions** [1] - 208:4
**exhibits** [3] - 95:1, 236:16, 237:3
**EXHIBITS** [1] - 2:7
**exotic** [15] - 26:18, 26:19, 33:10, 34:7, 37:25, 50:3, 54:9, 55:8, 55:15, 56:7, 68:23, 77:12, 77:13, 100:4, 145:11
**exotics** [5] - 27:8, 27:12, 68:24, 78:4, 214:8
**expect** [1] - 67:15
**expectations** [1] - 112:11
**expense** [3] - 113:25, 114:8, 193:13
**expenses** [5] - 113:11, 116:5, 116:16, 116:18
**expensive** [1] - 104:24
**experience** [28] - 63:10, 68:11, 68:17, 69:1, 69:18, 69:24, 69:25, 71:18, 71:19, 71:20, 72:12, 72:13, 76:21, 77:16, 80:22, 81:12, 81:16, 82:17, 85:12, 96:10, 96:21, 179:17, 213:6, 214:9, 222:19, 250:20
**experienced** [1] - 73:20
**experiences** [3] - 34:25, 35:10, 35:14

**expert** [49] - 62:13, 62:14, 62:18, 62:22, 63:4, 63:5, 63:6, 63:12, 63:14, 63:17, 64:1, 64:15, 66:7, 66:24, 67:2, 67:7, 68:3, 68:15, 68:19, 71:21, 72:17, 72:19, 72:22, 72:24, 74:11, 74:23, 75:9, 76:13, 76:17, 77:2, 79:9, 80:17, 81:1, 81:4, 81:11, 81:19, 83:3, 83:16, 84:6, 86:17, 92:7, 94:25, 95:9, 96:7, 233:17, 233:18, 233:21, 237:11, 237:13
**expertise** [6] - 54:7, 81:13, 82:17, 190:14, 192:21, 214:5
**experts** [3] - 95:21, 96:6, 235:15
**expired** [2] - 219:25, 233:9
**expires** [1] - 220:3
**explain** [2] - 8:23, 77:19
**export** [3] - 56:23, 56:24, 57:4
**exposed** [1] - 201:17
**exposé** [1] - 249:22
**express** [1] - 208:2
**expressed** [1] - 243:17
**expressing** [1] - 91:8
**extended** [1] - 201:17
**extension** [1] - 15:11
**extent** [1] - 156:13
**extra** [5] - 41:11, 41:22, 171:7, 186:9, 193:12
**extraordinary** [1] - 119:15
**extremely** [1] - 136:2
**eye** [1] - 223:24
**eyes** [9] - 142:8, 142:10, 143:6, 168:24, 169:8, 169:11, 169:17, 169:22, 238:9
**eyesight** [1] - 167:11

---

## F

**face** [5] - 129:17, 158:11, 167:3, 201:22, 225:20
**Facebook** [4] - 47:13,

130:10, 246:9, 246:19
**faced** [1] - 205:16
**facilitate** [1] - 149:21
**facilitates** [2] - 149:5, 149:17
**facilities** [4] - 46:2, 124:12, 237:17, 253:1
**facility** [21] - 17:23, 124:25, 126:3, 126:19, 151:20, 152:14, 153:5, 153:20, 180:6, 194:23, 194:25, 210:9, 210:10, 221:24, 234:22, 235:1, 236:22, 246:3, 246:13, 247:21, 252:12
**fact** [10] - 16:17, 58:10, 95:16, 133:17, 135:20, 189:14, 233:16, 238:19, 239:25, 243:7
**fair** [4] - 16:7, 16:8, 16:13, 73:3
**fall** [2] - 100:23, 174:5
**familiar** [15] - 8:22, 8:23, 11:19, 13:2, 23:5, 23:17, 42:2, 49:22, 54:3, 56:16, 60:2, 144:9, 159:4, 171:22, 182:13
**familiarity** [1] - 16:6
**families** [3] - 107:7, 117:4, 147:13
**family** [6] - 141:15, 147:8, 147:9, 212:22, 255:15, 255:20
**fancy** [1] - 236:23
**fantastic** [1] - 236:16
**far** [16] - 47:7, 62:19, 68:14, 77:3, 83:5, 100:14, 115:25, 123:10, 142:23, 179:8, 207:21, 209:2, 237:11, 237:12, 239:3, 248:12
**farm** [89] - 10:21, 10:22, 10:24, 11:3, 11:23, 12:9, 12:13, 12:17, 12:19, 12:22, 13:1, 13:7, 16:20, 18:6, 36:7, 54:9, 68:22, 68:24, 81:7, 81:12, 81:16, 93:18,

99:4, 99:5, 99:11, 99:13, 99:18, 99:25, 100:1, 100:2, 100:7, 100:12, 100:15, 100:16, 101:23, 102:4, 103:2, 103:8, 106:5, 106:11, 106:15, 106:21, 106:24, 117:4, 117:23, 117:25, 118:1, 118:6, 118:8, 119:17, 120:8, 120:9, 120:13, 120:18, 122:12, 122:16, 122:17, 122:18, 122:20, 123:10, 128:8, 129:22, 129:23, 130:11, 130:14, 130:19, 130:25, 131:2, 131:3, 131:4, 131:7, 131:22, 132:20, 133:24, 134:9, 159:18, 197:24, 198:4, 210:14, 210:20, 216:10, 220:12, 221:4, 221:10, 226:2, 226:7, 238:19
**farm-type** [1] - 100:2
**farmed** [2] - 10:17, 16:19
**farmer** [1] - 137:17
**farmers** [2] - 8:8, 11:20
**farming** [1] - 12:8
**fascinates** [1] - 197:2
**fast** [5] - 22:23, 172:16, 172:17, 229:16, 242:14
**favorite** [1] - 206:17
**favorites** [1] - 238:3
**FCF** [4] - 41:1, 47:18, 48:7, 235:11
**FCF's** [1] - 37:9
**fearful** [2] - 247:25, 251:9
**fecal** [1] - 178:12
**feces** [1] - 201:24
**fed** [8] - 143:12, 147:3, 147:4, 147:10, 148:9, 148:18, 150:23
**Fed** [2] - 90:23, 134:12
**Federal** [1] - 2:23
**federal** [6] - 54:25, 56:6, 95:15, 194:13, 194:22, 238:5
**federation** [1] - 35:18
**Federation** [7] - 33:7,

36:2, 37:22, 40:21, 41:2, 58:11, 77:8
**feds** [1] - 194:18
**fee** [2] - 51:3, 254:7
**feed** [28] - 11:10, 86:6, 104:16, 104:20, 110:15, 114:13, 114:15, 115:5, 118:2, 122:20, 123:1, 137:1, 172:11, 193:7, 193:12, 193:15, 195:2, 196:24, 197:4, 198:16, 198:18, 198:20, 198:23, 209:14, 253:25, 254:3, 254:5, 254:8
**feeder** [4] - 27:24, 27:25, 28:4, 205:4
**feeders** [2] - 28:10, 224:23
**feeding** [5] - 34:18, 108:5, 150:8, 164:15, 193:4
**feeds** [1] - 118:3
**feet** [4] - 125:7, 130:4, 186:8, 221:1
**felidae** [1] - 199:1
**Feline** [8] - 33:7, 35:18, 36:2, 37:22, 40:20, 41:1, 58:11, 77:7
**feline** [5] - 33:25, 34:5, 34:17, 37:20, 80:5
**felines** [5] - 34:6, 34:7, 77:12, 77:13, 79:7
**felt** [2] - 91:20, 248:21
**female** [14] - 46:20, 139:15, 140:18, 141:6, 141:7, 143:7, 147:22, 148:7, 148:8, 185:3, 185:7, 185:8, 207:9, 229:17
**females** [4] - 141:21, 147:17, 147:18, 207:10
**fence** [16] - 128:7, 128:12, 130:4, 131:15, 161:12, 161:15, 164:2, 172:20, 209:12, 209:13, 209:17, 209:24, 210:2, 230:23, 248:13
**fennec** [5] - 83:24, 95:5, 106:19, 107:24, 107:25
**fetch** [1] - 156:18
**few** [8] - 5:13, 11:1,

60:22, 98:2, 102:13, 107:4, 182:25, 247:3
**FFA** [3] - 12:7, 15:5, 15:15
**field** [5] - 6:12, 6:17, 9:22, 9:23, 133:5
**fields** [3] - 64:14, 86:17
**figure** [1] - 133:7
**file** [1] - 122:8
**filed** [1] - 134:12
**filing** [2] - 122:8, 122:10
**fill** [7] - 19:21, 33:24, 35:9, 38:23, 57:6, 95:16, 171:25
**filled** [2] - 22:2, 51:1
**finally** [2] - 124:10, 188:24
**finance** [1] - 119:25
**financed** [1] - 13:7
**finances** [1] - 12:2
**financial** [8] - 9:13, 12:6, 14:9, 15:2, 117:18, 192:25, 243:10, 243:11
**financially** [3] - 67:8, 67:12, 258:20
**financials** [1] - 9:17
**finders** [1] - 87:19
**Finders'** [4] - 27:1, 47:20, 47:21, 87:22
**fine** [11] - 112:1, 138:16, 157:23, 172:11, 178:2, 240:24, 241:1, 241:10, 241:12, 241:13, 242:4
**fines** [1] - 241:23
**fingers** [1] - 206:15
**finish** [2] - 6:11, 103:1
**finished** [1] - 175:4
**fire** [1] - 9:4
**firm** [1] - 1:22
**first** [19] - 10:22, 18:21, 19:11, 28:7, 60:24, 74:4, 92:23, 101:16, 127:22, 154:9, 168:12, 179:20, 186:15, 186:16, 212:2, 214:3, 221:3, 237:22, 240:16
**firsthand** [2] - 95:10, 95:12
**Fish** [3] - 56:16, 56:20, 58:15
**fish** [5] - 56:25, 57:13, 57:15, 91:24, 152:11
**fishing** [1] - 133:1

**five** [15] - 27:11, 29:1, 29:2, 29:3, 29:6, 31:19, 46:25, 82:8, 150:9, 152:22, 153:11, 204:21, 217:19, 221:5, 256:1
**five-minute** [1] - 217:19
**five-year-olds** [1] - 256:1
**fix** [1] - 45:11
**flies** [5] - 201:17, 221:2, 238:16, 238:17, 238:18
**float** [2] - 204:23, 204:25
**floating** [1] - 251:7
**flooded** [1] - 192:1
**flow** [2] - 121:20, 137:9
**fluid** [1] - 171:25
**flush** [1] - 103:13
**fly** [6] - 220:11, 220:20, 221:4, 233:1, 238:20
**flyers** [1] - 27:3
**flytraps** [1] - 221:8
**focusing** [1] - 169:13
**folks** [11] - 38:16, 69:16, 73:7, 73:10, 74:22, 75:5, 75:16, 79:1, 109:20, 249:16, 255:8
**follow** [8] - 24:11, 45:18, 46:12, 47:17, 54:17, 124:7, 218:11, 225:17
**followed** [3] - 45:19, 46:13, 230:7
**following** [3] - 65:12, 96:2, 252:14
**follows** [1] - 3:4
**followup** [1] - 45:10
**fondly** [1] - 20:11
**food** [3] - 163:16, 204:10, 223:8
**foot** [4] - 143:9, 230:20, 232:11, 242:3
**footbath** [1] - 123:5
**footbaths** [1] - 124:14
**forget** [1] - 239:18
**form** [3] - 35:10, 35:17, 113:18
**formal** [2] - 69:23, 122:11
**formed** [2] - 9:1, 212:8
**former** [2] - 92:6, 92:9
**forms** [2] - 33:24, 220:15

Case 6:14-cv-02034-JSS   Document 20-14   Filed 06/01/15   Page 38 of 38   Ex. 7-0461
75 of 92 sheets
Page 10 t l0 of 27