**formulated** [2] - 233:19, 235:19
**Fort** [2] - 139:5, 184:21
**forth** [2] - 72:25, 73:4
**forward** [4] - 101:9, 128:18, 229:16, 253:13
**forwarded** [1] - 252:16
**foster** [1] - 13:19
**fought** [1] - 55:6
**four** [7] - 7:5, 7:25, 27:11, 31:8, 46:25, 204:21, 228:12
**Fox** [1] - 95:5
**fox** [4] - 83:24, 106:20, 107:24, 107:25
**free** [9] - 4:8, 4:18, 65:17, 115:22, 115:25, 117:8, 125:24, 187:4, 188:21
**frequently** [1] - 43:7
**fresh** [2] - 22:21, 205:1
**freshen** [1] - 138:5
**friend** [2] - 25:14, 185:6
**friend's** [1] - 25:16
**friendly** [2] - 80:13, 236:22
**front** [7] - 29:12, 31:11, 134:15, 153:14, 182:9, 230:20, 248:13
**fruits** [1] - 205:21
**full** [4] - 20:3, 148:12, 155:15, 240:3
**function** [1] - 68:4
**Fund** [4] - 1:20, 3:11, 89:3, 90:1
**fund** [3] - 52:14, 67:18, 68:1
**FUND** [1] - 1:5
**fund-raising** [1] - 68:1
**fundraise** [1] - 25:10
**fundraising** [1] - 67:17
**funds** [6] - 118:4, 118:21, 118:22, 136:23, 137:4, 137:6
**fur** [2] - 229:13, 231:14
**furnace** [1] - 211:17
**future** [1] - 67:19

**G**

**Gage** [5] - 79:3, 79:8, 80:7, 81:19, 82:23
**gardening** [2] - 20:19, 110:16
**gardens** [1] - 110:17
**Gary** [4] - 143:11, 150:5, 199:6, 219:13
**gator** [1] - 44:13
**Gaz** [4] - 140:18, 140:24, 187:24, 187:25
**gears** [5] - 16:4, 23:3, 33:3, 97:10, 137:22
**gene** [3] - 149:12, 149:17
**general** [15] - 9:14, 14:22, 37:6, 43:16, 48:15, 56:8, 56:13, 56:14, 72:2, 97:10, 105:12, 108:6, 189:12, 195:11, 234:10
**generally** [6] - 101:14, 108:3, 125:23, 138:14, 143:3, 192:7
**generics** [2] - 211:5, 211:10
**genetic** [3] - 142:8, 142:14, 142:19
**genetics** [1] - 149:6
**Georgia** [1] - 189:10
**German** [1] - 182:3
**gestures** [1] - 3:21
**gift** [1] - 20:19
**girls** [2] - 141:20, 162:23
**given** [9] - 4:15, 51:20, 73:21, 73:24, 86:12, 86:13, 119:1, 236:11, 258:13
**Glass** [1] - 1:23
**gleaned** [1] - 208:14
**gloves** [1] - 19:18
**go-to** [1] - 120:20
**goal** [2] - 137:11, 137:12
**goat** [5] - 209:3, 225:25, 226:12, 228:8, 242:1
**goats** [7] - 11:2, 110:22, 179:12, 226:3, 228:12, 230:14, 242:16
**golf** [1] - 226:1
**golf-ball-size** [1] - 226:1
**goofball** [1] - 131:19
**goofing** [1] - 131:12
**Google** [1] - 48:16
**Googles** [1] - 124:8
**grab** [3] - 102:8, 184:15, 229:22
**grade** [5] - 10:13, 10:14, 133:8, 133:9, 198:25
**graduate** [1] - 5:25
**grandmother** [1] - 12:17
**grandparents** [1] - 12:17
**grandson** [1] - 249:4
**granular** [1] - 220:18
**graphic** [1] - 236:18
**grass** [1] - 20:15
**gravel** [1] - 200:5
**great** [4] - 12:17, 66:20, 98:12, 249:8
**green** [2] - 240:4, 249:2
**greenish** [1] - 239:24
**greet** [1] - 102:19
**grew** [3] - 12:9, 12:12, 12:16
**grime** [2] - 17:10, 201:25
**groom** [1] - 229:10
**groomed** [3] - 7:21, 229:10, 229:15
**gross** [2] - 121:24, 122:1
**ground** [8] - 3:17, 85:2, 85:3, 131:2, 131:4, 160:21, 203:9, 205:20
**group** [9] - 49:5, 55:25, 56:1, 107:16, 145:1, 149:9, 232:10, 232:20, 250:8
**Group** [10] - 49:21, 50:4, 50:10, 50:13, 50:25, 52:13, 54:4, 67:10, 87:15, 144:10
**groups** [5] - 49:19, 49:25, 83:8, 149:1, 252:9
**grove** [1] - 158:2
**grow** [1] - 242:14
**growl** [1] - 248:14
**guarantee** [2] - 22:20, 96:19
**guess** [74] - 13:20, 16:16, 16:18, 21:16, 26:21, 27:7, 29:8, 30:25, 37:9, 39:11, 43:1, 47:23, 48:6, 50:16, 50:21, 62:19, 63:1, 64:2, 66:4, 66:6, 68:7, 69:21, 71:8, 78:2, 79:10, 80:9, 80:12, 83:25, 87:7, 88:14, 92:9, 96:12, 107:4, 110:20, 112:11, 119:23, 121:19, 123:12, 139:24, 151:15, 154:23, 158:3, 166:22, 167:7, 176:22, 177:14, 190:9, 190:15, 191:15, 194:11, 194:15, 195:11, 200:8, 200:10, 202:16, 209:4, 213:14, 215:1, 215:2, 215:18, 216:9, 217:5, 219:7, 220:1, 221:11, 227:2, 230:13, 233:17, 240:7, 240:21, 242:18, 243:16, 254:9, 256:3
**guessing** [1] - 82:5
**guests** [2] - 102:20, 105:15
**guide** [1] - 87:22
**Guide** [3] - 27:1, 47:20, 47:21
**guidelines** [1] - 24:12
**guillotine** [1] - 204:8
**guinea** [5] - 19:10, 19:15, 19:18, 19:22, 20:17
**gun** [1] - 88:15
**guts** [1] - 131:14
**guy** [2] - 70:16, 186:1

**H**

**ha-ha-ha-ha** [1] - 131:17
**hair** [7] - 183:8, 229:17, 230:21, 231:4, 231:12, 231:24, 240:3
**half** [8] - 57:3, 60:14, 60:15, 60:23, 116:1, 135:13, 135:14, 231:25
**Halloween** [1] - 249:25
**hamadryax** [2] - 226:19, 227:25
**hamburger** [1] - 167:25
**hand** [21] - 18:22, 21:4, 28:23, 63:22, 71:25, 83:8, 85:20, 97:18, 111:18, 131:15, 143:3, 143:19, 147:18, 148:18, 172:24, 177:3, 180:22, 185:13, 205:6, 220:1, 255:21
**hand-raise** [1] - 143:3
**hand-raised** [6] - 83:8, 143:19, 147:18, 148:18, 185:13, 255:21
**handbook** [2] - 65:4, 72:1
**handicapped** [1] - 109:11
**handicaps** [1] - 109:11
**handle** [1] - 78:23
**handled** [1] - 208:18
**handler** [2] - 33:23, 34:24
**handling** [1] - 219:21
**hands** [3] - 85:1, 105:16, 248:11
**hands-on** [1] - 105:16
**handshake** [1] - 92:25
**handwriting** [1] - 113:13
**handwritten** [5] - 113:10, 113:12, 173:15, 178:15, 208:1
**hang** [1] - 206:25
**happier** [2] - 171:10, 207:17
**happy** [11] - 4:5, 111:25, 168:3, 199:22, 211:7, 227:3, 244:17, 248:22, 255:25, 256:1, 256:11
**harass** [1] - 50:15
**hard** [7] - 20:13, 22:23, 46:5, 65:1, 171:5, 171:13, 213:11
**hardly** [1] - 250:9
**harm** [6] - 52:2, 52:5, 52:7, 201:16, 201:23, 204:9
**Harold** [3] - 70:21, 70:22, 70:24
**Harvey** [5] - 128:6, 128:21, 129:15, 131:22, 163:8
**hate** [3] - 246:12, 252:15, 253:13
**Haven** [7] - 25:17, 25:19, 161:25, 162:2, 162:18, 165:7, 183:11
**head** [22] - 11:11,

18:8, 21:15, 41:20, 44:23, 64:2, 66:13, 102:24, 133:3, 145:7, 166:25, 167:7, 168:5, 168:19, 169:12, 169:19, 189:11, 190:22, 196:17, 226:4, 228:9, 242:15
**head's** [1] - 47:4
**heal** [1] - 178:2
**health** [9] - 32:21, 181:9, 185:9, 189:21, 215:25, 226:10, 233:20, 233:22, 233:24
**healthy** [8] - 86:7, 157:20, 176:2, 188:23, 196:13, 199:22, 200:1, 200:4
**hear** [1] - 246:14
**heard** [10] - 3:16, 8:16, 13:3, 59:14, 90:25, 95:20, 95:22, 96:1, 162:4, 163:8
**hearing** [1] - 158:8
**heat** [5] - 138:5, 211:18, 224:5, 225:5, 225:6
**heated** [1] - 210:18
**Heather** [5] - 17:21, 18:21, 80:16, 170:18, 170:19
**heavily** [1] - 228:22
**held** [7] - 10:14, 13:16, 13:22, 90:14, 169:12, 184:2, 206:18
**hell** [3] - 20:11, 20:12, 249:23
**help** [22] - 4:20, 4:24, 21:2, 67:6, 101:9, 101:11, 104:2, 104:4, 110:8, 110:25, 111:3, 111:4, 111:10, 111:21, 112:5, 112:9, 112:13, 128:10, 197:25, 213:3, 213:25, 244:6
**helped** [2] - 21:3, 110:2
**helpful** [4] - 97:17, 98:20, 99:2, 113:21
**helping** [2] - 94:15, 110:15
**herd** [7] - 6:15, 8:5, 8:20, 11:9, 12:1, 226:10, 242:14
**hereby** [1] - 258:3
**hereinafter** [1] - 3:2
**hereinbefore** [1] - 258:5
**hereof** [1] - 258:6
**hereto** [1] - 258:20
**Heritage** [2] - 145:5, 145:6
**Hickory** [1] - 249:22
**hid** [1] - 129:6
**hide** [1] - 198:11
**high** [7] - 5:25, 6:3, 6:22, 12:7, 15:16, 35:12, 66:5
**higher** [1] - 119:6
**highland** [1] - 100:9
**Highlanders** [1] - 129:24
**highly** [1] - 59:10
**Hilmers** [3] - 129:5, 248:11, 249:17
**himself** [1] - 141:18
**hip** [1] - 231:23
**hire** [5] - 8:12, 9:3, 77:1, 77:2, 245:4
**hired** [6] - 9:13, 9:20, 79:11, 79:12, 233:17
**historical** [1] - 69:1
**history** [1] - 34:8
**hit** [2] - 221:2, 233:6
**holding** [1] - 166:25
**hole** [1] - 249:23
**HOLLOW** [1] - 1:9
**Hollow** [13] - 40:23, 89:12, 148:22, 152:17, 179:10, 182:8, 186:15, 188:20, 189:5, 196:6, 235:17, 247:2, 247:5
**hollow** [1] - 249:22
**holsteins** [2] - 11:1, 11:11
**home** [8] - 11:25, 102:8, 102:25, 107:14, 114:22, 130:22, 155:2, 255:19
**homes** [1] - 13:19
**honestly** [3] - 161:4, 173:9, 190:21
**hoof** [9] - 26:2, 85:14, 99:12, 104:7, 208:7, 209:14, 215:4, 217:7, 242:16
**hooked** [1] - 204:22
**hooves** [7] - 226:13, 228:8, 228:9, 228:12, 230:15, 242:2, 242:9
**hope** [2] - 136:6, 241:19
**Hopkinton** [2] - 12:13, 12:14
**horns** [1] - 17:1
**horse** [7] - 6:10, 7:3, 7:9, 7:22, 7:23, 27:10, 200:6
**horses** [3] - 7:15, 7:20, 11:2
**hot** [4] - 19:8, 125:13, 136:2, 137:10
**hour** [3] - 22:12, 22:21, 57:3
**hours** [13] - 7:2, 7:5, 34:4, 78:3, 86:6, 112:21, 172:13, 172:15, 172:17, 197:18, 197:20, 197:22, 198:21
**house** [30] - 55:7, 81:22, 85:16, 86:2, 94:13, 103:4, 103:18, 107:13, 109:6, 109:18, 123:7, 123:25, 125:1, 125:13, 125:19, 126:2, 126:15, 129:6, 146:6, 146:7, 162:5, 162:9, 162:17, 164:14, 165:4, 211:13, 211:16, 248:5, 250:11, 250:25
**housed** [8] - 99:14, 107:16, 141:17, 141:18, 148:1, 148:13, 200:5, 202:22
**housekeeping** [1] - 108:8
**houses** [1] - 203:8
**housing** [2] - 61:4, 204:2
**Huddleson** [1] - 108:12
**Hudleson** [3] - 69:12, 94:22, 94:23
**HUDLESON** [1] - 69:12
**huge** [1] - 90:22
**human** [3] - 147:11, 198:25, 207:25
**humane** [1] - 217:8
**humans** [9] - 143:7, 196:15, 200:13, 206:14, 206:20, 208:18, 208:23, 208:25, 209:9
**hundred** [1] - 215:12
**hundreds** [1] - 84:9
**hung** [1] - 133:16
**hunt** [2] - 18:3, 197:8
**hunting** [1] - 60:24
**hurt** [1] - 248:17
**husband** [7] - 104:6, 118:10, 118:16, 121:19, 124:1, 137:8, 137:19
**husbandry** [23] - 6:10, 7:3, 15:4, 33:25, 37:21, 48:13, 50:2, 63:9, 63:18, 68:11, 68:13, 68:19, 77:4, 86:23, 195:9, 195:19, 195:24, 196:5, 196:7, 200:13, 202:4, 203:12, 205:10
**hybrid** [3] - 59:15, 59:20, 181:15
**hybridization** [1] - 181:24
**hybridized** [1] - 181:21
**hybrids** [3] - 139:11, 181:17, 181:19

**I**

**ice** [1] - 22:19
**ID'd** [1] - 16:2
**idea** [7] - 144:2, 159:24, 162:14, 197:11, 218:10, 238:4, 240:18
**ideas** [4] - 93:10, 195:20, 209:5, 222:21
**identification** [1] - 98:18
**Identified** [1] - 2:7
**identifies** [1] - 182:15
**identify** [1] - 236:12
**ignore** [2] - 88:23, 90:6
**illegal** [1] - 54:20
**Illinois** [6] - 61:25, 83:6, 153:17, 180:18, 181:2, 234:21
**illness** [6] - 5:2, 31:25, 157:18, 166:20, 180:14, 187:2
**illnesses** [3] - 160:16, 176:15, 186:22
**imaginary** [1] - 82:14
**imagine** [2] - 12:9, 67:1
**immediately** [4] - 18:25, 19:10, 19:22, 133:16
**immobilize** [1] - 177:25
**impact** [3] - 134:2, 243:3, 243:4
**impetus** [1] - 245:10
**implemented** [1] - 245:12
**import** [1] - 32:24
**importing** [1] - 56:25
**impressed** [2] - 86:1, 96:20
**impression** [1] - 88:19
**improve** [1] - 240:22
**improved** [2] - 207:6, 207:13
**Improvement** [1] - 8:20
**improvement** [2] - 6:15, 8:6
**improvements** [3] - 121:7, 121:9, 121:11
**IN** [1] - 1:1
**in-depth** [1] - 38:8
**in-Iowa** [1] - 76:6
**inadequate** [2] - 111:13, 199:19
**inch** [6] - 17:15, 20:3, 196:21, 204:6, 207:3, 230:25
**inches** [3] - 19:13, 204:20, 204:21
**incident** [2] - 247:19, 254:21
**include** [1] - 28:15
**including** [2] - 150:15, 252:8
**income** [5] - 113:11, 115:11, 115:14, 116:16, 117:15
**incorporated** [1] - 132:13
**indeed** [1] - 96:22
**independent** [1] - 180:1
**independently** [1] - 212:11
**indestructible** [1] - 204:7
**Indiana** [1] - 94:23
**indicate** [1] - 207:16
**indicated** [2] - 210:13, 258:5
**indicates)** [1] - 171:25
**indicative** [1] - 134:7
**indicator** [1] - 171:20
**individual** [10] - 1:3, 1:3, 1:4, 1:4, 1:8, 1:8, 8:7, 49:7, 96:2,

173:14
individually [1] - 69:16
individuals [5] - 55:17, 72:5, 78:23, 96:24, 252:9
indoor [2] - 186:7, 205:14
indoor/outdoor [1] - 107:21
indoor/outside [2] - 203:25, 205:11
indoors [2] - 99:4, 99:7
indulging [1] - 91:25
industry [1] - 49:19
infection [2] - 167:24, 174:24
infiltrated [1] - 250:22
inflammation [2] - 44:10, 44:20
inflow [1] - 105:3
info [1] - 178:14
inform [3] - 69:19, 71:21, 223:3
informal [1] - 69:23
information [20] - 3:25, 4:12, 4:17, 4:18, 45:14, 46:9, 48:2, 48:8, 48:20, 57:4, 58:9, 63:25, 133:2, 133:14, 133:19, 133:20, 133:21, 144:3, 208:14, 249:15
infractions [1] - 253:7
initial [2] - 169:2, 193:3
injectable [1] - 168:7
injectables [1] - 156:24
injected [2] - 157:3, 157:6
injured [3] - 227:17, 227:21, 242:12
Inn [1] - 1:14
inquiries [3] - 74:14, 74:15, 75:25
inquiring [1] - 133:18
inquiry [1] - 134:1
insect [1] - 16:21
insemination [2] - 6:8, 6:20
inside [15] - 98:10, 98:22, 99:6, 99:24, 99:25, 102:14, 107:13, 167:19, 169:19, 203:25, 210:19, 211:14, 244:21, 250:11
inspected [1] - 167:15
inspecting [2] - 82:3, 93:24
inspection [10] - 16:12, 18:10, 21:3, 24:24, 24:25, 65:11, 133:6, 237:24, 238:5, 242:19
inspector [11] - 16:17, 16:18, 17:20, 17:23, 24:16, 93:20, 124:3, 124:8, 124:21, 234:6, 234:7
inspectors [5] - 21:5, 81:23, 82:11, 111:12, 229:19
inspects [1] - 224:9
inspired [1] - 94:7
installed [1] - 210:2
instead [1] - 206:5
instructed [1] - 208:6
instructor [1] - 36:1
intelligent [1] - 80:20
intend [1] - 42:13
intended [1] - 63:2
intent [4] - 116:24, 116:25, 117:1, 147:6
intention [1] - 164:23
intentional [1] - 62:8
interact [1] - 208:23
interacting [2] - 208:25, 209:8
interaction [2] - 56:19, 56:22
interested [5] - 38:4, 42:25, 89:5, 139:25, 258:21
interesting [2] - 192:17, 199:15
interim [1] - 136:22
interior [1] - 91:23
intermediate [1] - 35:3
intern [1] - 225:21
internal [5] - 39:18, 39:22, 40:10, 76:6, 254:9
Internet [9] - 48:25, 49:9, 49:10, 130:7, 244:4, 244:11, 246:7, 251:5, 251:6
interposed [1] - 258:14
interrogatories [1] - 170:3
interrogatory [8] - 33:5, 49:20, 92:15, 114:25, 115:2, 137:23, 170:1, 170:6
interrupt [1] - 5:7
interrupting [1] - 4:16
interstate [1] - 32:20
introduced [3] - 18:21, 53:8, 147:9
invented [1] - 220:13
inventory [6] - 16:2, 92:25, 93:1, 93:2, 94:2, 136:11
investigate [1] - 252:25
investigated [1] - 253:8
investigates [1] - 253:2
investigating [2] - 253:3, 253:6
investigator [4] - 245:4, 251:12, 252:21, 252:22
investigators [3] - 252:5, 252:6, 252:11
invoking [1] - 62:5
involved [8] - 52:20, 53:25, 57:16, 77:13, 93:12, 144:18, 208:9, 252:6
involvement [1] - 53:22
involves [1] - 14:16
IOWA [1] - 1:1
Iowa [27] - 1:15, 1:15, 1:23, 2:22, 24:15, 24:17, 24:18, 34:1, 55:1, 55:22, 60:21, 61:23, 61:24, 71:2, 74:23, 75:1, 76:2, 76:6, 117:1, 189:25, 246:25, 247:4, 247:6, 247:7, 258:3, 258:22
Iowa's [4] - 55:15, 74:20, 92:24, 210:18
Iowans [1] - 246:10
isolation [2] - 90:13, 184:2
issue [6] - 35:22, 140:1, 169:21, 176:23, 200:10, 232:1
issues [7] - 78:6, 173:18, 212:2, 224:17, 229:21, 230:2, 230:19
itself [1] - 239:25
Ivomec [1] - 216:20

J

J-o-n-w-a-h [1] - 127:25
jab [1] - 223:24
Jason [1] - 109:21
jaw [1] - 226:1
Jean [1] - 108:13
Jeff's [1] - 185:25
JEFFREY [1] - 1:20
Jennifer [1] - 95:24
Jessica [1] - 3:10
JESSICA [1] - 1:20
Jewell [1] - 91:23
Jim [4] - 25:17, 25:19, 69:8, 95:8
job [11] - 13:22, 14:4, 14:12, 104:8, 196:12, 219:24, 220:4, 237:25, 238:2, 252:25, 253:10
jobs [9] - 13:16, 104:1, 121:19, 121:20, 137:8, 137:9, 137:15, 137:16, 137:19
John [4] - 82:1, 82:7, 82:20, 163:25
JOHN [1] - 1:4
join [5] - 9:24, 39:5, 42:8, 42:11, 42:14
jointly [2] - 122:9, 122:10
Jonwah [7] - 127:25, 128:1, 162:12, 162:16, 163:2, 180:5, 202:18
Jonwah's [3] - 202:11, 202:16, 202:21
journal [3] - 178:9, 179:2, 179:10
journals [1] - 64:19
judgment [1] - 66:5
judgments [2] - 49:2, 96:24
July [6] - 93:18, 165:11, 166:16, 168:16, 225:18, 247:21
jump [1] - 162:15
jumped [3] - 12:8, 128:7, 248:16
June [5] - 134:16, 134:18, 228:21, 229:12, 229:16

K

K-a-m-a-r-a-h [1] - 162:12
K-e-i-r-a-h-n [2] - 148:3, 153:1
Kalona [5] - 27:6, 27:8, 27:16, 29:19, 180:10
Kamarah [11] - 162:12, 162:16, 163:4, 163:5, 163:6, 163:10, 163:11, 163:12, 163:24, 164:2, 180:5
Kassiah [1] - 31:19
keep [16] - 5:3, 59:2, 66:20, 86:7, 126:6, 173:14, 173:15, 179:9, 191:24, 199:25, 200:3, 211:18, 217:20, 218:23, 220:1, 229:9
keeping [3] - 178:18, 196:12, 205:1
keeps [1] - 84:16
Keirahn [9] - 148:3, 148:12, 153:1, 153:9, 154:12, 154:15, 154:16, 176:1
kept [7] - 11:22, 99:9, 115:23, 144:4, 177:25, 178:1, 192:1
Kevin [1] - 212:17
Khan [9] - 153:7, 159:8, 159:9, 159:15, 159:17, 160:1, 160:4, 161:7, 178:3
Khan's [1] - 160:9
kids [10] - 83:8, 104:19, 114:21, 114:24, 115:21, 117:3, 187:19, 245:14, 255:11, 255:25
kill [3] - 60:13, 60:24, 184:16
killed [4] - 94:16, 197:7, 215:6, 215:23
kind [30] - 16:1, 28:4, 28:12, 39:11, 39:14, 39:17, 44:25, 60:10, 60:21, 85:13, 87:11, 93:8, 107:15, 109:12, 114:20, 122:5, 134:23, 156:11, 166:25, 167:5, 171:7, 171:14, 177:24, 191:15, 193:22, 205:20, 208:10, 217:6, 233:8, 255:17
kinds [1] - 54:8
kingdom [1] - 104:15
Kingery [1] - 1:23
kinkajou [2] - 106:1,

106:2
**kinkajous** [1] - 211:24
**Kirkwood** [3] - 6:9, 7:1, 8:1
**kits** [1] - 75:15
**kittens** [2] - 31:3, 31:13
**Klopfer** [2] - 95:22, 97:2
**knapsack** [1] - 249:5
**knapsacks** [1] - 249:8
**knock** [1] - 201:1
**knowing** [3] - 18:6, 21:15, 218:24
**knowledge** [1] - 258:7
**known** [2] - 125:5, 129:2
**knows** [8] - 77:12, 77:14, 79:7, 95:2, 95:10, 95:12, 190:10
**Kopecky** [1] - 1:23
**KRISS** [1] - 1:4
**Kuehl** [2] - 127:16, 133:5
**KUEHL** [2] - 1:3, 1:3
**Kyle** [2] - 156:20, 157:16

## L

**lab** [1] - 43:24
**lack** [3] - 112:9, 112:10, 135:10
**lady** [1] - 189:9
**laid** [2] - 27:2, 160:21
**lake** [1] - 11:16
**lance** [1] - 226:4
**land** [1] - 120:10
**lap** [1] - 256:2
**large** [8] - 13:7, 46:3, 55:10, 79:7, 80:5, 81:10, 198:7, 215:7
**largest** [1] - 144:17
**LARRY** [1] - 1:22
**Larry** [1] - 173:19
**last** [22] - 18:3, 25:18, 29:1, 29:9, 31:7, 60:22, 65:2, 65:5, 82:7, 106:1, 111:8, 111:17, 135:7, 171:2, 208:2, 220:24, 224:15, 232:3, 232:21, 242:22, 251:24, 251:25
**late** [2] - 20:21, 164:7
**lately** [1] - 176:5
**Laurie** [2] - 79:3, 79:8
**law** [8] - 55:1, 55:3, 55:5, 55:14, 74:21, 95:10, 201:15, 209:5
**Law** [2] - 1:20, 1:23
**laws** [4] - 34:19, 54:17, 63:7, 77:14
**lawsuit** [10] - 53:23, 54:1, 135:1, 135:12, 135:16, 140:2, 243:4, 243:8, 243:12, 243:15
**lawyer** [1] - 244:7
**lay** [2] - 160:23, 203:8
**layers** [1] - 205:16
**laying** [2] - 172:12, 186:25
**LDI** [3] - 193:11, 193:12, 198:23
**LDI-contract** [1] - 198:23
**LDS** [1] - 109:20
**lead** [1] - 128:4
**leadership** [2] - 39:16, 40:11
**leading** [1] - 155:22
**leads** [2] - 61:18, 127:13
**learn** [8] - 7:23, 22:23, 26:13, 58:14, 69:4, 81:2, 117:3, 128:24
**learned** [6] - 15:5, 34:17, 35:15, 70:18, 72:3, 132:19
**learning** [2] - 7:18, 42:25
**least** [13] - 13:22, 21:2, 22:12, 22:22, 31:6, 31:19, 43:23, 49:22, 78:3, 82:6, 117:11, 117:14, 150:14
**leave** [11] - 36:6, 51:23, 88:5, 88:10, 88:15, 88:16, 111:8, 125:15, 126:2, 143:5, 230:8
**leaves** [1] - 195:3
**leaving** [2] - 40:6, 213:24
**Leclere** [1] - 110:2
**led** [1] - 166:20
**ledge** [1] - 204:24
**left** [7] - 4:14, 9:23, 20:1, 135:7, 212:21, 213:18, 248:9
**leg** [6] - 167:3, 168:12, 168:24, 169:17, 169:22, 177:23
**LEGAL** [1] - 1:5
**Legal** [4] - 1:20, 3:11, 89:2, 89:25
**legal** [9] - 50:8, 50:20, 52:13, 54:19, 67:17, 86:18, 86:19, 194:20
**legally** [1] - 57:23
**legislators** [1] - 78:5
**legislature** [1] - 55:23
**legs** [1] - 169:19
**leisure** [1] - 113:2
**lemur** [8] - 61:23, 62:1, 184:4, 184:7, 185:12, 186:1, 189:24, 190:11
**lemurs** [20] - 71:5, 90:13, 90:14, 139:1, 139:7, 140:11, 140:16, 145:9, 179:5, 182:25, 183:2, 186:14, 187:3, 188:19, 191:5, 205:8, 205:10, 205:18, 207:10, 211:12
**lend** [1] - 120:6
**lender** [1] - 120:21
**length** [1] - 236:7
**leopard** [1] - 59:19
**lesion** [1] - 168:24
**lesions** [1] - 170:8
**less** [2] - 197:20, 236:11
**lethargic** [1] - 156:12
**letter** [23] - 87:9, 87:16, 87:24, 88:10, 88:20, 88:25, 89:16, 89:19, 89:20, 90:12, 90:16, 90:17, 90:18, 90:21, 91:1, 91:6, 91:11, 91:19, 91:22, 168:21, 208:1, 231:20, 250:3
**letters** [3] - 39:18, 65:12, 182:17
**level** [2] - 16:5, 112:12
**license** [9] - 23:5, 23:8, 23:9, 23:18, 23:20, 23:25, 24:1, 32:15, 39:8
**licensed** [4] - 24:4, 24:11, 32:15, 194:9
**licensee** [2] - 55:2, 55:11
**licenses** [2] - 24:14, 24:16
**licensure** [1] - 24:5
**lick** [2] - 143:8, 220:19
**licking** [2] - 167:13, 167:17
**Lies** [3] - 82:1, 82:7, 82:20
**life** [8] - 29:25, 68:22, 146:19, 164:12, 227:1, 232:11, 249:20, 256:3
**lifespan** [1] - 30:5
**ligament** [1] - 177:23
**light** [1] - 136:22
**lighting** [5] - 90:13, 186:2, 186:3, 186:9, 186:12
**lights** [3] - 102:6, 103:17, 186:6
**likely** [1] - 4:23
**Lily** [4] - 106:10, 106:11, 107:9, 107:10
**limits** [2] - 124:4, 124:6
**limp** [1] - 226:17
**limping** [1] - 242:2
**Line** [1] - 257:2
**line** [12] - 17:5, 17:7, 57:22, 57:25, 61:14, 134:15, 161:13, 161:15, 164:2, 164:3, 172:20, 220:25
**lines** [5] - 58:3, 58:7, 58:25, 59:3, 62:5
**link** [1] - 233:5
**links** [1] - 51:7
**lion** [13] - 84:8, 127:17, 127:18, 127:23, 146:6, 146:11, 146:14, 162:22, 163:9, 202:5, 244:20, 245:2, 248:13
**lion's** [1] - 127:24
**lions** [23] - 70:2, 70:5, 84:1, 84:4, 84:7, 138:24, 138:25, 145:11, 162:7, 162:9, 162:11, 178:7, 179:5, 180:4, 182:24, 202:3, 202:14, 202:24, 203:2, 203:3, 203:22, 204:3, 211:2
**liquid** [1] - 174:22
**liquidate** [1] - 119:19
**Lisa** [1] - 127:16
**LISA** [1] - 1:3
**list** [16] - 26:23, 34:25, 49:20, 73:12, 108:10, 108:11, 111:18, 111:23, 113:23, 113:24, 114:11, 152:15, 153:5, 173:15, 174:4, 221:23
**listed** [8] - 58:15, 109:19, 113:16, 115:5, 115:12, 172:23, 186:16, 221:13
**listen** [1] - 5:11
**lists** [6] - 21:4, 26:24, 27:4, 27:5, 182:16
**literature** [2] - 79:15, 80:10
**litigation** [1] - 89:6
**litter** [1] - 150:9
**live** [10] - 53:6, 54:22, 56:10, 74:23, 74:25, 75:1, 205:13, 210:14, 211:3, 215:24
**lives** [1] - 94:23
**livestock** [2] - 123:17, 171:13
**living** [2] - 183:3, 201:24
**lizards** [1] - 28:11
**llamas** [3] - 100:2, 228:22, 229:11
**loaders** [1] - 7:10
**loan** [2] - 13:4, 120:3
**loaning** [1] - 120:21
**local** [4] - 8:10, 94:6, 120:21, 214:12
**locate** [2] - 4:22, 4:23
**located** [1] - 187:20
**location** [1] - 125:21
**lock** [1] - 17:1
**lockdown** [1] - 253:19
**locked** [1] - 210:19
**logs** [2] - 196:24, 203:6
**long-term** [1] - 193:5
**long-time** [3] - 10:1, 39:13, 84:8
**longhorn** [1] - 145:4
**look** [25] - 14:21, 21:6, 42:17, 44:23, 48:2, 48:22, 80:10, 96:12, 111:24, 137:10, 167:10, 169:9, 169:13, 169:16, 173:24, 181:25, 182:3, 193:8, 200:21, 226:11, 234:11, 246:20, 246:22, 246:23, 250:24
**looked** [9] - 20:5, 64:6, 93:10, 166:22, 168:14, 169:8, 175:9, 230:4, 235:6
**looking** [15] - 5:10, 21:15, 47:15, 48:18, 65:8, 75:16, 75:17,

109:12, 130:15, 168:2, 173:10, 176:22, 184:25, 190:10, 256:18
**looks** [5] - 116:3, 184:17, 191:16, 191:25, 249:3
**loose** [1] - 78:21
**lose** [3] - 117:22, 168:9, 215:24
**loss** [7] - 94:18, 117:18, 122:3, 136:15, 166:24, 229:18, 231:4
**lost** [8] - 10:23, 12:19, 13:1, 13:8, 34:14, 116:13, 184:3, 218:22
**lotion** [1] - 233:8
**love** [8] - 33:10, 78:24, 141:13, 211:4, 211:6, 246:23, 255:13, 256:10
**LP** [1] - 117:25
**Lucy** [8] - 174:5, 183:8, 185:11, 186:2, 186:4, 186:5, 206:13
**Lucy's** [3] - 186:12, 206:14, 206:20
**Luna** [17] - 153:7, 161:16, 161:23, 161:24, 164:1, 165:4, 166:1, 166:2, 166:3, 172:22, 172:24, 173:2, 173:6, 174:5, 174:18, 175:8, 177:12
**lunch** [3] - 152:2, 152:4, 152:8
**lungs** [1] - 171:24
**Lynn** [3] - 77:5, 77:6, 77:11
**lynx** [1] - 190:4

## M

**M-i-r-a-j** [1] - 142:11
**ma'am** [11] - 11:4, 12:10, 15:17, 20:24, 51:11, 59:5, 65:19, 87:14, 113:14, 132:18, 138:3
**macaque** [3] - 223:24, 225:10, 225:11
**macaques** [1] - 225:1
**machine** [1] - 137:20
**machinery** [1] - 120:11
**Macy** [1] - 232:24
**Madison** [2] - 43:22, 234:16
**magazine** [6] - 36:14, 37:7, 37:8, 37:9, 47:18, 235:12
**magazines** [1] - 36:16
**magic** [1] - 104:15
**mail** [4] - 26:22, 246:12, 252:15, 253:13
**mailing** [2] - 26:24, 27:4
**main** [5] - 41:13, 127:9, 138:6, 210:20, 245:14
**maintaining** [1] - 136:5
**maintenance** [4] - 7:11, 7:12, 103:22, 239:15
**major** [3] - 103:24, 239:12, 239:13
**male** [13] - 46:1, 46:3, 140:12, 140:18, 141:2, 141:18, 141:21, 147:16, 147:25, 162:21, 162:22, 185:4, 185:5
**male's** [1] - 140:14
**mammals** [3] - 26:8, 93:3, 109:6
**Man** [1] - 70:24
**man** [5] - 56:23, 70:21, 122:23, 133:5, 180:18
**management** [1] - 37:25
**manager** [1] - 133:5
**manages** [1] - 12:2
**Manchester** [5] - 1:15, 109:3, 121:1, 135:17, 253:22
**Manson** [2] - 108:14, 108:15
**manual** [1] - 71:25
**Maquoketa** [2] - 6:3, 6:19
**March** [4] - 1:14, 2:21, 91:22, 184:25
**Margaret** [1] - 81:15
**Marion** [1] - 1:14
**mark** [10] - 88:3, 88:4, 88:5, 88:22, 90:21, 91:3, 97:16, 98:1, 98:13, 233:2
**marked** [3] - 98:17, 125:25, 130:14
**market** [1] - 10:10
**markets** [1] - 132:16
**marking** [1] - 114:23
**married** [1] - 122:8
**Marshall** [1] - 181:14
**Mart** [1] - 238:17
**Mason** [1] - 108:13
**mass** [1] - 226:1
**match** [1] - 206:9
**match-stick-size** [1] - 206:9
**mate** [3] - 184:3, 184:4, 185:1
**materials** [1] - 208:12
**mates** [2] - 107:10, 183:16
**math** [1] - 116:13
**matted** [4] - 228:22, 228:25, 229:5, 229:13
**matter** [1] - 3:12
**matters** [1] - 258:8
**Mattie** [2] - 187:24, 187:25
**matting** [2] - 225:20, 229:8
**mature** [1] - 140:14
**maul** [1] - 197:9
**max** [1] - 119:12
**maximum** [1] - 137:2
**maxo** [1] - 168:7
**mean** [31] - 7:17, 17:3, 18:18, 23:10, 29:23, 35:2, 36:25, 47:13, 55:15, 64:16, 72:24, 88:12, 95:6, 95:13, 96:18, 99:11, 126:13, 126:14, 139:22, 172:9, 174:15, 175:11, 184:5, 184:6, 193:15, 204:6, 227:8, 231:10, 235:7, 240:3, 242:12
**meaning** [2] - 23:14, 202:25
**means** [4] - 62:7, 88:13, 99:3, 231:11
**meant** [1] - 139:24
**meat** [3] - 198:18, 198:23, 203:20
**media** [5] - 90:24, 134:11, 134:20, 135:18, 243:9
**medical** [3] - 170:10, 173:18, 200:10
**medically** [1] - 188:22
**medication** [2] - 5:3, 157:4
**medications** [4] - 156:17, 156:21, 157:7, 180:1
**medium** [2] - 73:9, 182:1
**meet** [5] - 5:9, 41:18, 65:24, 194:13, 239:4
**meeting** [10] - 9:15, 13:25, 14:5, 14:6, 14:13, 14:23, 14:25, 55:7, 239:7, 239:21
**meetings** [2] - 9:12, 55:20
**Meishans** [1] - 100:8
**member** [18] - 9:6, 9:11, 10:1, 33:13, 33:17, 33:19, 33:22, 37:11, 38:22, 39:6, 39:13, 40:17, 49:24, 50:11, 50:25, 51:9, 87:15, 144:12
**members** [7] - 14:20, 35:13, 38:20, 39:19, 54:3, 133:12, 252:18
**membership** [6] - 37:12, 37:18, 39:4, 39:9, 50:12, 52:12
**memories** [1] - 245:17
**mention** [3] - 92:12, 92:21, 246:6
**mentioned** [39] - 8:15, 9:20, 11:18, 13:1, 20:8, 28:13, 28:19, 48:1, 52:13, 77:20, 79:2, 83:1, 83:22, 85:8, 85:25, 89:10, 92:14, 93:19, 95:8, 97:1, 108:2, 112:18, 126:16, 134:6, 137:15, 139:21, 159:9, 164:1, 168:24, 170:24, 171:19, 184:17, 202:24, 207:15, 231:22, 235:10, 239:4, 243:5, 247:24
**mentor** [1] - 69:3
**mentored** [1] - 70:12
**mentors** [1] - 69:5
**merchandise** [1] - 36:12
**mesh** [2] - 230:24, 230:25
**mess** [3] - 102:13, 204:24, 214:8
**message** [1] - 133:4
**messing** [2] - 19:23, 20:7
**met** [1] - 41:8
**meters** [1] - 117:25
**methodology** [1] - 178:17
**mice** [1] - 221:10
**mid** [1] - 13:6
**middle** [2] - 29:16, 29:22
**middle-age** [1] - 29:22
**middle-aged** [1] - 29:16
**Midwest** [1] - 73:5
**might** [56] - 3:19, 4:20, 5:3, 5:7, 5:8, 5:14, 16:19, 23:19, 29:10, 43:18, 46:19, 48:24, 49:13, 49:19, 53:25, 56:6, 64:6, 66:23, 71:14, 73:7, 75:3, 75:16, 77:19, 78:7, 101:9, 101:11, 102:13, 102:15, 102:19, 106:19, 114:2, 114:17, 115:3, 120:5, 120:6, 133:22, 142:7, 152:15, 156:15, 156:24, 165:17, 166:19, 168:8, 171:9, 192:18, 218:3, 223:19, 225:13, 235:20, 235:23, 235:24, 236:1, 236:22, 238:15, 239:20
**Mike** [2] - 252:20, 253:12
**miles** [1] - 214:13
**milk** [13] - 10:3, 10:10, 10:25, 101:24, 122:4, 122:23, 123:7, 125:13, 126:15, 132:16, 132:17, 133:10, 133:11
**Milk** [1] - 132:12
**milking** [3] - 10:19, 11:18, 137:16
**million** [5] - 120:15, 122:1, 236:16, 237:2
**million-dollar** [3] - 236:16, 237:2
**Milwaukee** [1] - 234:15
**mind** [2] - 5:17, 77:10
**Mindy** [7] - 49:23, 51:10, 53:17, 53:18, 86:16, 86:25, 87:18
**mine** [6] - 25:14, 39:12, 68:5, 70:4, 147:12, 182:18
**minimum** [7] - 22:21, 65:15, 65:24, 66:8, 239:4, 239:7, 239:21
**Minneapolis** [1] -

14:13
**Minnesota** [1] - 14:19
**minor** [1] - 227:23
**minute** [10] - 47:3, 66:14, 67:14, 69:16, 76:25, 93:7, 177:1, 217:17, 217:19, 240:9
**minutes** [3] - 14:5, 14:6, 98:2
**Miraj** [12] - 142:11, 142:12, 145:23, 145:24, 148:2, 148:12, 148:15, 152:24, 153:9, 154:6, 176:1
**MIRAJ** [1] - 152:24
**Miraj's** [1] - 154:10
**miscellaneous** [1] - 178:13
**miss** [2] - 47:17, 108:12
**missed** [1] - 68:21
**missing** [4] - 121:17, 178:21, 191:23, 230:21
**mission** [3] - 54:13, 109:7, 109:9
**mix** [2] - 202:20, 220:16
**mixed** [4] - 23:19, 133:24, 162:6, 211:10
**mobile** [6] - 23:13, 94:3, 94:4, 94:8, 94:12, 115:5
**model** [2] - 94:8, 94:9
**modified** [1] - 215:24
**Moines** [2] - 55:6, 55:20
**moment** [3] - 4:9, 116:8, 256:14
**Monday** [2] - 103:23, 239:11
**money** [22] - 11:23, 57:7, 61:22, 78:25, 114:19, 117:6, 117:11, 120:6, 120:22, 121:10, 121:12, 121:18, 122:6, 190:16, 235:23, 236:1, 236:2, 236:7, 236:9, 236:11, 236:13, 256:4
**monkey** [14] - 93:3, 107:21, 123:25, 124:21, 125:1, 126:6, 126:8, 126:10, 158:5, 158:24, 205:23, 206:9, 224:2, 224:5
**Monkey** [1] - 206:8
**monkeys** [8] - 75:4, 75:25, 76:1, 76:7, 206:10, 223:2, 223:23, 224:25
**month** [8] - 9:12, 74:3, 74:12, 74:13, 165:10, 168:17, 173:4, 173:11
**months** [11] - 68:21, 88:22, 91:14, 146:8, 154:1, 154:2, 171:9, 181:5, 206:4, 232:18
**mood** [2] - 207:5, 207:12
**morning** [13] - 3:7, 3:8, 18:12, 18:16, 19:14, 20:10, 101:17, 103:16, 104:8, 125:10, 172:11, 198:22, 256:11
**most** [25] - 3:19, 21:22, 59:10, 66:1, 68:22, 74:22, 76:19, 76:20, 81:21, 84:15, 85:23, 93:1, 104:6, 104:24, 106:23, 107:5, 135:6, 137:3, 149:15, 178:19, 178:20, 193:11, 210:16, 216:7, 239:5
**mostly** [10] - 76:6, 85:12, 102:18, 104:12, 175:7, 206:21, 230:7, 246:10, 247:1, 251:6
**mother** [5] - 143:4, 154:10, 154:17, 155:12
**mother's** [1] - 86:4
**mothers** [1] - 143:15
**mouth** [2] - 156:25, 213:13
**move** [3] - 100:21, 101:3, 178:6
**moved** [1] - 10:24
**mow** [1] - 110:16
**MR** [7] - 1:20, 1:22, 13:11, 145:5, 153:2, 158:12, 256:22
**MS** [25] - 1:20, 3:6, 13:14, 17:14, 17:18, 34:13, 97:4, 97:9, 98:14, 98:19, 116:7, 116:10, 116:11, 121:7, 145:8, 152:1, 152:7, 153:4, 158:14, 176:25, 177:3, 218:1, 232:14, 256:13, 256:18
**muck** [1] - 7:21
**mule** [1] - 100:10
**mules** [1] - 100:3
**multigenerational** [1] - 12:12
**multiple** [2] - 93:14, 98:16
**must** [1] - 146:18
**mutilated** [1] - 224:2
**mutilation** [1] - 229:21

## N

**N-X-T** [1] - 121:6
**name** [21] - 18:20, 18:21, 18:22, 25:16, 25:18, 47:1, 70:19, 71:12, 96:11, 127:24, 128:23, 129:2, 129:17, 144:25, 174:1, 178:11, 185:1, 188:25, 231:7, 234:7, 247:2
**name's** [1] - 3:9
**named** [1] - 258:5
**names** [10] - 98:8, 108:23, 109:24, 140:16, 151:3, 152:23, 180:6, 183:2, 183:4, 250:17
**Nancy** [19] - 69:8, 72:8, 83:1, 83:2, 83:25, 84:2, 84:6, 128:6, 128:21, 129:15, 130:9, 131:7, 131:22, 132:2, 153:18, 154:3, 163:8, 181:7, 250:10
**Nancy's** [1] - 153:20
**narrow** [1] - 149:11
**Nashville** [1] - 234:17
**nasty** [2] - 246:11, 249:21
**Natasha** [10] - 148:2, 148:15, 152:24, 153:9, 153:12, 153:15, 153:24, 154:4, 155:13, 176:1
**national** [7] - 8:5, 8:10, 8:13, 33:9, 36:5, 78:15, 145:1
**Natural** [1] - 158:18
**natural** [1] - 203:9
**nature** [7] - 74:14, 132:24, 140:13, 141:12, 150:4, 159:23
**naughty** [2] - 230:9, 230:11
**NE** [1] - 1:23
**necessarily** [14] - 17:2, 42:22, 81:14, 85:11, 85:21, 85:24, 96:16, 99:16, 105:4, 105:18, 126:4, 126:17, 175:12, 204:13
**necessary** [4] - 32:17, 45:3, 58:1, 244:9
**necropsied** [2] - 190:3, 190:17
**necropsy** [5] - 139:9, 183:22, 187:16, 188:1, 189:25
**need** [35] - 3:20, 3:24, 4:7, 4:10, 11:20, 11:21, 14:14, 20:20, 32:14, 32:18, 34:9, 50:14, 73:1, 91:2, 97:17, 103:1, 105:13, 110:23, 111:2, 117:11, 117:14, 158:12, 192:9, 192:13, 200:17, 214:13, 214:14, 217:5, 217:10, 219:23, 219:24, 227:14, 229:10, 245:4, 248:15
**needed** [7] - 9:4, 47:9, 87:9, 94:4, 208:11, 228:22, 239:14
**needs** [9] - 61:14, 122:22, 193:21, 194:8, 196:1, 200:25, 210:17, 227:18, 238:8
**Neese** [2] - 82:9, 82:20
**neighborhood** [1] - 214:14
**net** [2] - 121:24, 122:2
**neurologically** [1] - 188:7
**neuter** [1] - 46:4
**neutered** [1] - 141:24
**neutering** [4] - 44:15, 45:12, 45:23, 45:24
**never** [31] - 5:17, 16:19, 16:20, 17:22, 19:3, 20:5, 31:20, 53:19, 57:1, 57:10, 57:12, 58:2, 89:22, 89:23, 92:4, 133:11, 134:17, 142:9, 145:18, 145:25, 146:2, 176:20, 192:1, 196:11, 197:10, 199:15, 199:18, 201:14, 215:7, 246:13, 248:17
**Neverman** [1] - 109:22
**New** [6] - 14:19, 133:3, 133:4, 205:22, 206:8, 206:10
**new** [12] - 9:13, 121:14, 121:15, 136:5, 136:6, 192:6, 192:9, 192:13, 202:13, 218:11, 233:11, 249:15
**Newgard** [2] - 1:15, 2:21
**news** [2] - 51:7, 134:13
**newsletter** [3] - 39:24, 47:18, 51:5
**newsletters** [3] - 39:24, 39:25, 47:24
**newspaper** [1] - 134:15
**next** [10] - 126:3, 129:4, 129:16, 153:22, 184:3, 184:6, 198:22, 207:3, 233:10, 241:3
**Niabi** [1] - 234:16
**nice** [8] - 20:16, 37:7, 37:16, 76:19, 131:18, 135:25, 235:7, 249:2
**nicer** [1] - 94:13
**night** [5] - 20:1, 20:8, 161:1, 161:3, 172:12
**nights** [1] - 20:21
**nighttime** [1] - 138:10
**nine** [3] - 11:11, 13:19, 68:20
**nineteen** [1] - 82:4
**nitpicky** [3] - 17:17, 18:1, 238:22
**non** [3] - 1:5, 1:9, 234:19
**non-AZA-accredited** [1] - 234:19
**non-profit** [2] - 1:5, 1:9
**noncompliances** [3] - 65:10, 91:12, 253:9
**none** [3] - 24:15, 79:24, 148:21
**nonfamily** [1] - 12:24
**nonfeeder** [1] - 28:13

nonprofit [2] - 117:2, 137:14
noon [2] - 152:1, 152:4
normal [4] - 157:20, 167:11, 171:2, 171:18
normally [2] - 102:10, 255:9
north [1] - 218:15
NORTHERN [1] - 1:1
nose [2] - 19:16, 201:21
notably [1] - 3:19
Notary [1] - 257:25
note [4] - 41:1, 118:12, 173:19, 191:4
noted [2] - 169:18, 225:15
notes [2] - 173:15, 178:15
nothing [12] - 4:17, 12:24, 18:11, 45:11, 59:22, 90:9, 98:7, 163:17, 165:16, 169:25, 226:23, 227:9
notice [5] - 32:9, 90:12, 138:8, 155:23, 157:17
noticed [4] - 3:20, 5:7, 157:11, 187:1
notices [1] - 26:22
November [9] - 164:8, 166:16, 168:4, 171:1, 171:3, 172:18, 173:7, 173:8, 225:25
NRCS [2] - 159:2, 197:25
nuisance [2] - 60:14
Number [1] - 115:1
number [12] - 16:13, 32:25, 48:9, 50:17, 50:19, 50:22, 113:25, 115:2, 170:6, 230:18, 240:23, 241:10
numbers [2] - 113:15, 115:25
numerous [4] - 18:11, 18:14, 243:20, 246:18
nurse [3] - 143:8, 143:10, 147:13
nursing [2] - 13:19, 107:14
nutrition [14] - 7:9, 7:22, 7:23, 34:18, 150:3, 151:17, 195:13, 195:14, 196:10, 196:25, 198:15, 198:16, 219:2, 219:12
nutritional [1] - 38:10
nutritionist [5] - 143:10, 199:6, 199:9, 219:13
nutritionists [1] - 122:22
NXT [1] - 121:6

**O**

Oakridge [3] - 153:16, 181:2, 234:21
Oasis [2] - 198:25, 199:5
oath [1] - 258:10
Obi [5] - 46:16, 106:14, 106:15, 107:19, 107:20
objection [1] - 5:12
objections [2] - 5:8, 258:14
obligate [1] - 198:17
observed [1] - 70:8
obsessive [2] - 16:24, 17:25
obtained [2] - 57:12, 155:6
obviously [2] - 94:11, 118:18
occasion [2] - 112:3, 228:1
occasions [3] - 87:2, 112:4, 136:25
occupation [1] - 117:7
occur [1] - 119:24
occurred [1] - 120:2
October [7] - 101:2, 164:8, 168:21, 169:2, 171:3, 172:24, 173:7
OF [3] - 1:1, 1:13, 257:1
off-limits [2] - 124:4, 124:6
off-season [2] - 110:8, 112:19
offense [1] - 230:23
offer [2] - 25:12, 235:20
offered [2] - 21:5, 68:15
offering [1] - 91:9
offers [1] - 26:19
office [5] - 40:7, 53:7, 134:21, 213:9, 221:5
Office [1] - 254:2
officer [1] - 33:16
offices [1] - 40:6
officials [1] - 208:1
often [12] - 27:15, 27:21, 27:25, 28:13, 48:5, 48:6, 73:21, 73:23, 73:25, 74:10, 79:16, 206:1
Ohio [2] - 159:20, 159:21
old [31] - 30:8, 31:5, 31:24, 68:21, 123:2, 140:15, 141:5, 141:14, 145:4, 153:12, 153:24, 154:6, 154:12, 154:22, 155:17, 158:5, 159:9, 160:7, 160:11, 160:13, 164:16, 164:17, 165:22, 186:16, 187:9, 187:10, 226:21, 227:10, 228:5, 232:1, 232:3
old's [1] - 155:8
old-age [1] - 232:1
older [4] - 164:18, 164:25, 165:18, 232:2
oldest [2] - 146:6, 158:6
olds [3] - 30:10, 164:22, 256:1
Oleson [9] - 139:5, 184:20, 184:24, 187:16, 191:5, 191:11, 234:20, 234:25, 235:3
Omaha [1] - 43:9
on-site [1] - 99:8
once [15] - 15:11, 30:11, 34:22, 35:7, 70:16, 74:1, 74:3, 79:18, 82:7, 86:11, 109:3, 129:8, 129:13, 152:16, 166:7
one [99] - 4:8, 5:9, 18:19, 21:14, 21:25, 22:12, 22:21, 24:24, 28:24, 29:3, 32:4, 34:2, 34:3, 36:21, 36:22, 37:16, 40:5, 41:10, 41:19, 46:4, 48:12, 48:14, 48:23, 49:13, 51:24, 59:10, 61:25, 64:25, 78:15, 82:14, 86:15, 97:13, 97:14, 103:13, 106:4, 109:23, 112:3, 123:25, 126:22, 127:16, 130:10, 133:2, 138:8, 139:2, 139:4, 140:24, 141:18, 141:21, 142:7, 142:8, 143:7, 143:13, 147:23, 147:24, 149:10, 155:5, 156:24, 166:15, 177:1, 183:24, 184:16, 185:23, 186:16, 186:21, 187:16, 187:17, 188:1, 189:24, 192:2, 215:12, 216:20, 218:21, 220:15, 220:17, 220:25, 223:1, 224:1, 224:14, 224:15, 225:4, 226:6, 228:9, 228:16, 228:20, 229:15, 229:20, 230:25, 231:9, 231:15, 231:19, 231:22, 232:9, 235:11, 240:16, 242:1, 242:24, 245:3, 254:19, 256:13
one's [2] - 142:10, 247:1
one-day [1] - 34:2
one-inch [1] - 230:25
ones [12] - 15:11, 29:10, 60:6, 142:4, 151:2, 188:22, 189:17, 190:5, 210:24, 224:18, 234:24, 246:18
ongoing [3] - 21:10, 21:24, 193:5
online [5] - 35:13, 44:22, 48:1, 51:2, 67:18
onset [2] - 163:20, 164:6
open [13] - 20:12, 20:20, 102:11, 103:14, 103:16, 115:20, 125:23, 135:18, 143:6, 167:13, 169:20, 198:22, 226:5
opened [11] - 60:23, 93:18, 94:2, 167:8, 167:16, 209:18, 220:25, 250:23, 250:24, 251:2
opening [3] - 20:16, 20:22, 104:5
opens [1] - 104:3
operate [1] - 122:3
operation [2] - 11:13, 12:22
opinion [9] - 42:18, 66:7, 72:19, 76:16, 126:21, 149:16, 234:2, 235:16, 237:11
opinions [5] - 43:4, 96:6, 233:19, 234:4, 235:19
opportunity [3] - 90:4, 129:16, 130:13
opposite [1] - 130:3
option [1] - 91:14
orange [3] - 166:5, 166:9, 166:10
order [5] - 88:24, 89:13, 117:9, 124:7, 125:10
ordered [1] - 146:4
organization [13] - 8:11, 33:8, 33:14, 33:23, 36:9, 38:1, 39:11, 40:24, 42:2, 49:21, 67:7, 67:13, 109:2
organizations [4] - 13:17, 40:18, 49:24, 246:22
organs [1] - 140:10
origin [2] - 184:23, 189:8
originally [2] - 159:20, 177:19
ostrich [1] - 104:25
otherwise [9] - 36:12, 62:9, 83:15, 102:13, 124:3, 146:10, 179:22, 210:13, 255:9
outdoor [1] - 205:14
outdoors [1] - 211:23
outlines [1] - 168:23
outside [11] - 20:18, 67:6, 69:18, 69:24, 71:20, 72:12, 123:8, 130:19, 205:15, 206:21, 210:11
overall [2] - 112:14, 207:22
overboard [1] - 238:24
overgrew [3] - 226:16, 226:17, 228:10
overgrown [2] - 235:7, 242:3

overnight [2] - 32:7, 191:3
oversee [1] - 238:8
oversight [1] - 9:17
overwhelmed [1] - 112:15
overzealous [1] - 238:3
own [23] - 8:12, 9:2, 11:3, 11:14, 39:4, 43:4, 54:21, 69:24, 72:13, 74:2, 120:8, 124:20, 124:23, 138:18, 149:9, 171:23, 184:12, 209:5, 222:15, 222:16, 226:5, 227:14, 227:16
owned [1] - 9:2
owner [5] - 92:6, 92:8, 92:9, 153:22, 223:1
owners [3] - 185:16, 222:24, 222:25
ownership [14] - 33:11, 38:25, 39:2, 54:12, 54:18, 55:8, 55:16, 55:22, 59:9, 59:12, 59:13, 76:5, 78:1, 86:20
owning [1] - 56:7
owns [2] - 131:4, 249:18

P

p.m [2] - 152:5, 256:23
packaged [1] - 198:24
packing [1] - 249:6
padlocked [1] - 253:20
Page [2] - 2:2, 257:2
page [7] - 47:13, 177:18, 179:9, 179:12, 246:19, 249:22, 258:6
pages [12] - 37:17, 38:7, 130:11, 173:21, 178:9, 179:4, 246:9, 246:23, 247:12, 247:15, 247:16
paid [10] - 25:24, 26:2, 26:3, 26:4, 26:7, 26:8, 28:19
pail [3] - 128:11, 128:19, 205:20
pair [2] - 138:23, 187:9
PAM [6] - 1:8, 1:13, 2:3, 2:20, 3:1, 257:1
Pam [5] - 91:22, 98:19, 218:1, 233:15, 255:5
Panacur [3] - 177:8, 177:9, 216:18
pancreatitis [6] - 163:7, 163:11, 163:13, 163:15, 164:6, 164:10
paper [7] - 95:15, 134:12, 137:10, 153:14, 154:24, 191:19, 216:6
papers [8] - 31:11, 31:13, 95:16, 95:18, 96:11, 134:17, 134:22
paperwork [3] - 57:2, 191:10, 192:2
parasite [1] - 216:17
pardon [1] - 55:4
parents [5] - 12:18, 13:19, 142:14, 142:16, 143:1
Park [8] - 139:5, 184:24, 187:16, 191:5, 191:11, 234:20, 234:25, 235:3
park [3] - 92:24, 93:10, 184:20
parlor [2] - 101:25, 123:18
Parry [1] - 92:2
part [18] - 8:15, 15:12, 37:12, 51:8, 51:9, 52:12, 52:17, 53:14, 96:25, 106:23, 150:8, 178:19, 178:20, 194:15, 210:20, 210:21, 218:4, 238:11
participate [1] - 77:18
particular [2] - 208:10, 216:23
particularly [2] - 171:1, 245:2
parties [3] - 2:19, 258:17, 258:20
parts [1] - 238:12
pass [2] - 14:24, 34:21
passed [6] - 34:22, 34:24, 46:11, 144:7, 158:6, 160:24
passion [1] - 255:10
past [11] - 73:14, 74:4, 81:24, 138:22, 139:14, 139:17, 143:16, 165:12, 222:19, 240:11, 240:13
pasture [1] - 11:17
path [8] - 100:13, 102:6, 127:8, 127:9, 130:4, 209:2, 248:11, 254:15
patrons [1] - 135:4
Patterson [5] - 49:23, 51:10, 52:9, 53:8, 86:16
Patterson's [1] - 53:22
Pause [1] - 116:9
pave [1] - 42:12
pay [17] - 26:1, 26:11, 28:19, 30:3, 42:11, 42:14, 51:3, 110:6, 118:12, 169:7, 177:17, 240:24, 241:1, 241:10, 241:12, 241:22, 254:7
paying [3] - 52:14, 52:17, 241:13
payment [1] - 241:14
pea [1] - 200:5
peanut [2] - 102:8, 249:7
pen [5] - 32:6, 41:11, 107:20, 197:14, 198:12
pens [3] - 41:15, 104:7, 208:7
people [65] - 9:4, 17:25, 32:15, 33:9, 33:12, 38:19, 40:4, 40:5, 40:6, 43:18, 50:8, 52:4, 52:5, 54:11, 60:8, 64:11, 66:22, 69:3, 73:4, 73:12, 73:13, 73:14, 74:6, 74:10, 76:1, 78:4, 78:19, 78:20, 78:22, 81:21, 83:1, 86:21, 95:2, 102:12, 104:17, 105:10, 108:24, 110:2, 111:6, 122:19, 123:8, 123:16, 123:23, 124:5, 124:15, 129:9, 131:2, 134:19, 134:25, 135:7, 135:17, 149:15, 185:24, 208:8, 209:14, 229:22, 243:18, 243:20, 245:21, 245:25, 246:7, 246:12, 248:5, 251:14, 253:6
people's [1] - 63:12
per [1] - 178:1
perceive [5] - 68:4, 132:7, 135:4, 142:18, 207:8
perceived [1] - 91:5
percent [7] - 11:9, 74:24, 74:25, 135:6, 181:19, 215:12
perception [3] - 54:6, 241:24, 242:8
perches [1] - 203:13
perfect [2] - 82:15, 244:13
perform [1] - 48:15
performed [1] - 183:22
perhaps [3] - 21:23, 73:16, 136:10
perimeter [3] - 209:24, 244:21, 248:13
perimeters [3] - 248:20, 251:15, 253:21
period [3] - 160:23, 201:18, 207:18
permission [1] - 123:25
permit [11] - 32:14, 32:17, 32:18, 32:24, 57:12, 57:21, 57:24, 57:25, 61:15, 62:3, 158:15
permits [5] - 32:12, 32:20, 34:9, 34:11, 205:12
Perry [6] - 92:2, 92:4, 92:5, 92:11, 154:21, 185:13
person [12] - 17:19, 17:20, 43:16, 48:23, 54:17, 66:5, 73:18, 80:21, 81:7, 86:8, 120:20, 125:5
personable [1] - 80:14
personal [12] - 68:17, 68:25, 69:18, 69:25, 71:18, 71:20, 72:13, 85:12, 114:14, 120:25, 178:9, 244:3
personally [4] - 5:21, 117:18, 136:16, 145:25
personnel [1] - 128:14
persuaded [1] - 96:14
pertains [2] - 70:4, 80:11
pest [1] - 220:10
pet [7] - 75:19, 158:3, 158:15, 161:18, 208:8, 209:3, 255:19
Peter [1] - 95:22
pets [3] - 255:17, 255:18, 255:19
petting [2] - 209:16, 209:21
petting-zoo-type [1] - 209:21
pharmacy [1] - 179:24
phobias [1] - 16:21
phone [11] - 43:13, 43:15, 53:10, 57:3, 78:3, 79:15, 79:17, 133:16, 174:20, 175:8, 246:12
photo [2] - 243:21, 245:6
photocopy [1] - 35:23
photograph [1] - 130:14
Photograph [1] - 2:8
photographs [2] - 97:13, 132:6
photos [5] - 47:9, 47:12, 47:13, 244:3
physical [2] - 243:14, 243:19
physically [1] - 208:18
physiological [1] - 195:25
pick [3] - 117:7, 202:1, 238:3
picked [3] - 127:21, 174:12, 179:15
picky [1] - 239:23
picnic [1] - 249:5
picture [11] - 19:24, 59:2, 101:9, 127:24, 130:19, 170:14, 243:23, 244:17, 244:20, 245:2, 245:15
pictures [20] - 127:14, 127:15, 130:7, 131:11, 131:17, 131:20, 243:21, 244:11, 244:12, 244:14, 244:19, 244:22, 244:25, 245:21, 247:11, 247:21, 248:20, 248:21, 250:24, 251:3
piece [1] - 208:14
PIERCE [4] - 1:20, 145:5, 153:2, 158:12
pig [2] - 19:11, 19:15
pigs [8] - 19:18, 19:22, 20:17, 99:21, 100:6, 100:7, 198:5
pile [7] - 130:8,

130:11, 158:20, 158:22, 197:23, 198:1, 198:4
pink [1] - 124:25
pipe [1] - 204:22
placard [2] - 182:9, 182:13
place [17] - 12:15, 21:9, 21:13, 21:21, 97:5, 122:15, 122:18, 136:4, 137:20, 140:3, 141:10, 158:21, 159:21, 159:23, 209:18, 209:25, 258:5
placed [1] - 197:13
placement [1] - 36:11
placements [1] - 38:10
places [3] - 60:13, 122:25, 125:22
plaintiffs [9] - 3:11, 87:8, 89:10, 89:11, 90:8, 90:11, 91:1, 91:6, 97:14
Plaintiffs [4] - 1:6, 1:14, 1:21, 3:3
plan [10] - 42:17, 67:21, 120:1, 201:5, 201:6, 207:16, 221:25, 222:3, 223:4, 241:14
planned [2] - 67:18, 129:10
planning [1] - 67:25
plans [2] - 136:4, 136:10
play [2] - 203:6, 211:6
plenty [2] - 78:22, 245:1
plow [1] - 223:13
plucker [1] - 224:5
plucking [1] - 224:2
plucks [1] - 225:5
plus [3] - 154:2, 158:6, 181:5
pneumonia [11] - 144:7, 155:20, 156:16, 168:6, 171:20, 171:22, 172:8, 172:10, 172:15, 176:7, 176:11
point [5] - 36:24, 36:25, 208:19, 208:20, 223:8
pointed [1] - 88:15
poison [1] - 220:20
police [8] - 247:22, 247:24, 248:3, 250:6, 251:13, 251:17, 253:22, 254:1
policies [1] - 42:25
policy [7] - 243:22, 243:24, 244:1, 245:6, 245:10, 245:13, 249:8
ponies [2] - 100:3, 100:9
poodle [1] - 249:19
pool [3] - 149:12, 149:17
pools [2] - 196:22, 203:3
poop [1] - 200:7
population [1] - 59:11
port [1] - 57:4
portion [1] - 12:3
ports [1] - 57:4
positions [2] - 10:15, 13:16
positive [1] - 135:8
possession [3] - 176:1, 178:8, 251:5
possible [3] - 151:14, 151:16, 173:6
possibly [5] - 47:11, 52:25, 53:1, 97:24, 160:6
post [4] - 244:9, 245:22, 246:7, 247:15
postcard [1] - 114:22
posters [1] - 236:18
posting [1] - 68:1
pot [1] - 100:8
pot-bellies [1] - 100:8
potty [1] - 86:6
pouch [3] - 44:8, 44:10, 44:19
pounds [1] - 198:20
power [2] - 123:6, 125:14
practice [4] - 200:14, 212:21, 212:22, 213:22
practices [6] - 195:24, 196:6, 196:7, 202:4, 203:12, 205:10
precaution [1] - 167:23
precipitation [1] - 138:11
preconditions [1] - 82:17
pregnant [1] - 227:4
preparation [4] - 64:17, 66:23, 212:7, 212:8
prepare [1] - 64:1
prerequisite [1] - 81:13
prescribed [3] - 156:2, 156:17, 174:20
prescribes [1] - 216:11
prescription [2] - 179:23, 216:11
presence [2] - 229:19, 248:7
PRESENT [1] - 1:25
present [3] - 18:20, 90:8, 209:8
presentation [1] - 139:4
presentations [3] - 83:7, 84:17, 187:19
presented [1] - 90:11
preservation [3] - 144:16, 144:20, 144:23
preserve [1] - 11:9
pressure [1] - 204:23
pressure's [1] - 66:17
pretty [10] - 38:11, 172:25, 176:2, 187:3, 188:25, 197:16, 204:6, 221:18, 222:4, 222:16
prevent [1] - 229:7
previous [1] - 24:3
previously [1] - 4:15
prey [5] - 174:10, 196:25, 197:3, 198:18, 203:19
prices [3] - 13:6, 13:8, 122:5
pride [1] - 202:15
Pries [43] - 45:17, 45:18, 45:19, 46:12, 127:19, 156:6, 156:7, 156:10, 156:17, 163:25, 167:9, 168:6, 168:13, 168:14, 168:20, 168:21, 169:16, 174:15, 174:18, 175:7, 195:7, 212:14, 212:20, 213:3, 213:7, 213:9, 213:21, 214:1, 214:11, 214:19, 214:23, 216:6, 216:15, 216:25, 217:4, 219:3, 226:9, 230:3, 231:2, 231:15, 233:3, 235:23, 236:6
Pries' [1] - 95:21
Pries's [3] - 47:13, 212:3, 212:9
Primal [2] - 199:3, 199:4
Primal-Cal [2] - 199:3, 199:4
primarily [4] - 28:9, 199:11, 216:18, 224:16
primary [1] - 41:21
primate [8] - 43:21, 43:22, 126:5, 207:15, 222:12, 222:25, 223:4, 223:17
primates [8] - 39:5, 128:16, 206:11, 213:10, 222:11, 222:22, 224:17, 224:20
prime [2] - 29:25, 164:21
printed [1] - 37:14
Pris [1] - 222:15
Prise [1] - 218:3
prison [1] - 95:15
private [27] - 6:24, 8:2, 26:15, 33:10, 38:24, 39:2, 54:11, 54:18, 55:17, 59:9, 59:12, 59:13, 69:6, 72:3, 72:6, 76:5, 77:25, 78:22, 83:6, 86:20, 88:17, 118:11, 149:15, 234:24, 245:4, 246:1, 246:2
privy [1] - 39:21
problem [5] - 4:15, 182:5, 186:11, 208:24, 224:24
problems [10] - 93:9, 133:13, 167:12, 176:4, 176:20, 181:9, 185:9, 188:22, 189:21, 223:23
Procedure [1] - 2:24
proceed [1] - 124:7
proceeded [1] - 18:9
process [7] - 35:17, 192:5, 192:8, 192:11, 193:1, 194:16, 212:25
produced [1] - 3:2
producer [1] - 8:24
Producers [1] - 132:12
producers [1] - 8:25
product [5] - 178:13, 220:10, 220:13, 220:23, 221:6
production [1] - 137:24
products [3] - 150:6, 199:7, 199:12
professional [3] - 40:24, 41:25, 64:5
professionals [1] - 236:15
professor [2] - 70:12, 70:14
profit [12] - 1:5, 1:9, 114:3, 114:7, 114:11, 115:3, 115:8, 116:4, 116:18, 116:19, 116:21, 116:22
profits [2] - 114:17, 134:9
program [18] - 85:23, 117:10, 137:23, 138:13, 138:19, 140:1, 144:13, 144:19, 144:21, 146:21, 146:23, 149:5, 214:16, 217:1, 218:4, 222:6, 237:24, 238:5
programs [2] - 23:13, 255:11
progress [1] - 168:4
prohibit [1] - 56:6
prohibited [1] - 244:4
prohibition [1] - 208:3
prohibitions [1] - 61:4
project [1] - 144:17
projects [2] - 36:11
prolapse [1] - 46:21
prolapsed [2] - 46:20, 47:8
prominent [1] - 231:23
proof [1] - 181:23
proper [2] - 196:10, 219:21
properly [3] - 63:16, 95:16, 195:13
property [7] - 88:17, 100:15, 243:18, 243:19, 245:5, 246:2
prosecuted [3] - 244:5, 245:24, 246:4
prosecution [1] - 245:21
prosimians [1] - 206:11
protect [1] - 86:20

protected [2] - 60:15, 60:16
protein [2] - 15:23, 226:24
protocol [2] - 141:11, 150:12
protocols [7] - 122:15, 122:17, 124:6, 138:17, 140:3, 217:3, 219:3
provide [10] - 3:25, 124:14, 124:18, 133:20, 137:24, 154:3, 163:12, 170:2, 195:12, 196:18
provided [9] - 72:19, 96:5, 113:10, 113:13, 133:19, 133:21, 186:2, 186:9, 206:2
provides [1] - 237:13
providing [1] - 186:3
psychological [4] - 195:25, 223:22, 224:16, 225:3
Public [1] - 257:25
public [15] - 23:15, 56:8, 56:13, 56:14, 94:3, 94:13, 113:3, 125:23, 125:24, 182:22, 193:24, 210:1, 234:10, 237:5, 246:3
publication [1] - 37:14
publications [9] - 26:21, 26:25, 38:2, 38:4, 38:5, 47:17, 64:22, 66:22, 234:5
published [1] - 235:12
puffing [6] - 19:8, 155:25, 156:11, 168:5, 171:19, 172:1
pull [5] - 86:3, 143:5, 143:18, 200:23, 200:24
pulled [3] - 147:2, 147:10, 177:22
punished [1] - 242:20
puppies [1] - 107:25
pups [2] - 106:20, 107:25
purchase [9] - 25:4, 28:20, 29:18, 30:1, 57:23, 193:23, 194:5, 194:6, 194:7
purchased [17] - 10:25, 11:11, 25:2, 26:14, 26:15, 28:21, 28:25, 29:3, 29:5, 29:7, 29:10, 29:20, 30:21, 36:12, 58:2, 58:6, 106:12
purchases [1] - 10:3
purchasing [1] - 118:3
pure [2] - 11:13, 211:10
purely [1] - 226:21
purpose [3] - 30:24, 68:4, 165:25
purposes [3] - 2:24, 24:10, 245:23
pursuant [2] - 1:15, 2:23
pursue [1] - 192:18
push [1] - 143:9
Pusillo [7] - 143:11, 150:5, 150:11, 151:10, 199:6, 199:8, 219:13
put [39] - 15:24, 20:18, 20:19, 28:7, 73:20, 96:11, 102:25, 107:3, 107:15, 124:18, 129:17, 130:2, 131:15, 134:13, 148:17, 152:14, 167:24, 168:6, 168:7, 172:3, 174:22, 178:23, 184:10, 185:1, 191:1, 194:20, 197:23, 208:6, 209:12, 209:17, 210:10, 218:20, 218:22, 222:21, 230:24, 232:12, 249:10, 251:13, 253:22
puts [2] - 67:22, 128:25
putting [3] - 168:3, 216:4, 233:7
puzzle [1] - 224:22
PVC [2] - 209:13, 224:22
python [1] - 78:12
pythons [1] - 55:10

Q

qualifications [7] - 62:13, 76:23, 79:25, 84:20, 85:10, 96:15, 221:15
qualified [2] - 213:1, 221:16
qualifies [1] - 68:18
qualify [2] - 62:17, 80:25
qualities [1] - 85:22
quarantine [6] - 217:9, 217:10, 218:2, 218:11, 218:13, 218:22
quarantining [1] - 218:8
quarter [5] - 7:4, 104:23, 122:1, 196:21, 204:6
quarter-inch [2] - 196:21, 204:6
quarters [1] - 120:15
questioned [1] - 129:7
questions [16] - 3:19, 5:6, 5:24, 23:4, 38:24, 43:8, 43:19, 44:6, 49:16, 64:7, 72:7, 113:22, 253:8, 255:5, 256:19, 256:22
quick [11] - 144:7, 155:20, 156:16, 168:5, 171:20, 171:22, 172:8, 172:10, 172:15, 176:7, 176:11
Quickbayt [2] - 220:13, 220:22
quickly [4] - 172:9, 172:14, 172:25, 197:16
quiet [1] - 177:25
quit [1] - 229:25
quite [2] - 155:18, 187:10
quote [1] - 226:19

R

rabbit [1] - 229:13
rabbits [2] - 93:25, 225:19
rabid [1] - 218:20
rabies [2] - 218:16, 218:18
raccoon [1] - 106:10
raccoons [1] - 216:23
radio [1] - 134:14
rain [1] - 200:7
rainy [1] - 136:2
raise [2] - 143:3, 229:1
raised [19] - 83:8, 84:9, 85:13, 86:7, 86:11, 115:23, 143:1, 143:15, 143:19, 143:20, 146:7, 147:11, 147:18, 148:18, 180:18, 180:22, 185:13, 255:21
raises [1] - 77:13
raising [6] - 63:21, 63:22, 68:1, 85:10, 85:20, 86:2
Rajahn [10] - 145:19, 152:25, 153:10, 155:8, 155:9, 176:2, 180:7, 180:9, 180:12
RAJAHN [1] - 152:25
Rajahn's [2] - 155:14, 177:18
rake [2] - 200:6
raked [1] - 104:7
ran [2] - 7:10, 131:18
random [2] - 76:11, 239:8
randomly [1] - 140:8
range [2] - 142:2
rant [1] - 83:14
ranting [4] - 249:10, 249:12
Raoul [11] - 144:7, 145:21, 153:8, 155:14, 155:16, 155:19, 157:3, 157:6, 177:16, 177:21
Raoul's [1] - 157:24
Rapids [2] - 1:23, 6:10
rare [1] - 75:5
rarely [1] - 124:1
rat [2] - 28:9, 221:9
rate [4] - 16:5, 136:5, 136:6, 233:10
rates [2] - 115:22, 115:24
rations [1] - 15:9
rats [2] - 28:6, 221:10
raw [1] - 198:18
reached [1] - 181:16
reaction [1] - 91:18
read [10] - 22:25, 64:25, 71:25, 76:22, 76:23, 91:16, 96:16, 105:7, 150:10, 195:21
readily [1] - 58:20
ready [5] - 102:7, 102:14, 103:15, 104:4, 116:10
real [8] - 82:14, 82:16, 96:20, 131:20, 208:14, 238:1, 244:14, 245:19
real-world [2] - 82:16, 96:20
really [25] - 7:6, 20:21, 27:6, 46:6, 54:2, 81:9, 87:4, 116:20, 122:6, 131:18, 133:20, 135:9, 163:18, 164:12, 165:23, 172:1, 190:10, 207:22, 208:16, 214:11, 224:6, 235:4, 241:23, 242:11
reason [17] - 4:10, 24:9, 53:21, 101:10, 128:3, 131:20, 133:14, 135:21, 138:6, 155:19, 166:4, 183:21, 220:2, 224:19, 245:8, 245:12, 249:9
reasons [3] - 30:19, 245:14, 255:12
receive [2] - 51:5, 115:4
received [8] - 35:24, 46:9, 57:2, 87:24, 89:16, 133:2, 133:4, 134:17
receiving [6] - 49:9, 67:2, 67:5, 87:16, 88:19
recently [1] - 184:18
receptacle [1] - 239:25
Recess [3] - 97:7, 217:24, 256:16
recess [1] - 152:4
recognize [3] - 91:3, 91:4, 250:14
recollection [2] - 4:24, 216:14
recommend [1] - 75:18
record [20] - 4:9, 31:12, 91:21, 98:20, 115:3, 116:8, 137:25, 138:12, 153:2, 153:3, 168:18, 173:12, 177:1, 177:2, 191:15, 191:17, 191:23, 252:18, 256:14, 258:13
recordkeeping [2] - 12:6, 15:2
records [20] - 8:6, 10:7, 15:24, 25:1, 29:12, 31:16, 33:1, 140:21, 164:9, 167:9, 169:5, 170:10, 170:13, 176:22, 177:13, 177:17, 191:7, 191:13, 191:14,

193:9
**red** [6] - 182:16, 183:7, 183:8, 185:12, 230:20, 233:2
**Reed** [1] - 93:20
**refer** [6] - 15:19, 48:4, 101:11, 130:24, 179:4
**reference** [3] - 25:1, 47:12, 55:14
**referenced** [1] - 17:14
**referencing** [1] - 17:19
**referral** [1] - 73:17
**referrals** [1] - 73:16
**referred** [2] - 24:2, 44:21
**referring** [5] - 26:17, 65:11, 178:8, 246:8, 246:17
**refilled** [1] - 22:4
**refilling** [1] - 205:1
**refresh** [1] - 4:24
**refrigerated** [1] - 219:23
**regard** [19] - 25:22, 42:20, 43:2, 64:11, 79:2, 79:5, 80:16, 81:19, 82:16, 83:2, 84:6, 85:19, 86:16, 92:3, 92:7, 94:24, 168:11, 170:7, 170:23
**regarded** [3] - 75:8, 90:16, 95:9
**regarding** [3] - 170:1, 170:3
**regards** [1] - 121:17
**register** [1] - 5:7
**registered** [1] - 144:24
**regular** [4] - 54:11, 58:12, 211:17, 250:22
**regulate** [1] - 210:6
**regulated** [3] - 194:8, 208:15, 210:4
**regulation** [1] - 22:9
**regulations** [6] - 16:10, 42:12, 54:25, 56:6, 61:20, 65:15
**regulatory** [1] - 194:14
**rehomed** [1] - 107:6
**reintroduced** [4] - 146:12, 146:15, 147:4, 147:7
**related** [7] - 37:24, 46:6, 138:7, 142:16, 148:11, 161:20, 258:16
**relates** [1] - 68:12
**relationship** [4] - 50:9, 69:1, 122:11, 134:2
**relative** [1] - 258:19
**release** [3] - 146:22, 146:23, 248:1
**released** [2] - 146:24, 253:18
**releasing** [1] - 251:10
**reliable** [1] - 80:8
**relief** [3] - 10:19, 11:18, 137:16
**relinquish** [1] - 91:14
**rely** [3] - 68:25, 234:1, 234:4
**remained** [1] - 146:18
**remember** [55] - 4:12, 7:8, 7:24, 18:23, 32:5, 44:6, 47:1, 47:5, 47:11, 52:11, 56:3, 56:4, 79:20, 87:4, 87:6, 87:7, 88:8, 89:8, 89:9, 89:15, 93:6, 106:18, 151:3, 151:12, 151:25, 157:14, 159:9, 161:4, 161:5, 163:1, 164:4, 164:8, 173:4, 173:9, 175:21, 175:22, 195:16, 216:16, 217:15, 218:7, 219:4, 219:20, 220:8, 223:6, 232:17, 232:20, 233:8, 234:17, 235:22, 240:8, 242:23, 243:1, 247:10, 251:22, 251:23
**remove** [1] - 88:21
**removed** [1] - 129:9
**renew** [4] - 39:8, 39:12, 39:20, 40:16
**Reno** [2] - 69:8, 95:8
**RENO** [1] - 69:9
**rented** [2] - 10:25, 12:23
**repercussions** [2] - 243:11, 243:14
**rephrase** [3] - 4:4, 38:14, 236:3
**reported** [2] - 33:5, 181:13
**reporter** [4] - 97:15, 98:1, 98:13, 258:3
**Reporter** [2] - 1:15, 2:22
**REPORTER** [4] - 34:10, 121:4, 232:5, 258:25
**reports** [5] - 16:12, 24:24, 24:25, 111:22, 133:7
**represent** [3] - 3:11, 164:20, 182:21
**representation** [1] - 52:15
**representative** [4] - 115:15, 115:17, 116:12, 116:16
**represented** [3] - 76:13, 97:19, 164:18
**reproduction** [1] - 137:25
**reproductive** [1] - 140:9
**reptile** [11] - 20:14, 102:14, 103:18, 107:13, 109:5, 125:18, 126:2, 129:6, 211:13, 211:15, 250:12
**reptiles** [5] - 26:3, 28:8, 48:23, 55:9, 213:10
**request** [1] - 37:6
**requested** [1] - 98:18
**required** [6] - 81:23, 158:19, 201:6, 201:10, 221:25, 225:24
**requirement** [1] - 39:1
**requirements** [14] - 24:5, 41:7, 41:9, 41:18, 61:19, 65:15, 65:18, 65:21, 65:25, 66:3, 66:9, 239:4, 239:7, 239:21
**rescue** [4] - 30:17, 70:17, 181:14, 249:18
**rescued** [1] - 30:18
**rescues** [2] - 30:15, 30:22
**rescuing** [1] - 71:3
**research** [7] - 149:20, 149:23, 150:2, 150:12, 150:14, 150:21, 151:13
**resolutions** [3] - 14:2, 14:17, 14:21
**resolve** [2] - 88:25, 91:9
**Resources** [1] - 158:18
**respect** [6] - 50:2, 69:19, 81:24, 84:18, 86:22, 194:22
**respective** [1] - 2:19
**responded** [2] - 44:18, 174:8
**response** [5] - 4:15, 114:25, 115:2, 170:1, 170:6
**responses** [4] - 33:6, 49:20, 92:15, 137:24
**responsibilities** [4] - 9:11, 14:4, 14:9, 14:12
**responsible** [6] - 9:16, 33:12, 39:3, 54:16, 82:2, 212:17
**responsibly** [1] - 78:23
**responsive** [1] - 4:1
**rest** [2] - 11:16, 92:8
**restrict** [2] - 140:4, 210:11
**restricted** [12] - 124:13, 125:2, 127:7, 127:9, 127:10, 127:11, 128:5, 128:17, 129:21, 132:1, 132:2, 132:8
**restrictions** [1] - 61:11
**result** [4] - 88:10, 176:14, 243:15, 252:11
**resume** [1] - 76:14
**resumes** [1] - 96:4
**retinas** [1] - 169:14
**retiring** [1] - 30:13
**revenue** [1] - 136:23
**review** [4] - 35:18, 64:4, 64:19, 65:7
**reviewed** [2] - 65:5, 222:17
**reviewing** [1] - 96:4
**revolving** [1] - 119:14
**rid** [1] - 198:5
**riding** [3] - 7:9, 7:14
**rights** [22] - 54:11, 55:25, 129:1, 243:20, 246:9, 246:15, 246:16, 246:21, 246:22, 247:15, 247:19, 247:25, 248:4, 250:7, 250:8, 250:21, 251:10, 252:8, 252:17, 253:4, 253:6, 254:23
**ring** [5] - 183:4, 183:7, 186:6, 205:18, 206:22
**ring-tail** [1] - 205:18
**ring-tails** [4] - 183:4, 183:7, 186:6, 206:22
**risk** [1] - 216:4
**Road** [1] - 1:23
**road** [1] - 100:19
**rodents** [1] - 28:8
**Ron** [6] - 82:1, 82:4, 82:20, 93:20, 93:21, 93:22
**room** [6] - 28:6, 28:7, 148:16, 203:24, 218:18, 221:19
**rot** [1] - 232:11
**rotten** [1] - 204:10
**rough** [2] - 119:2, 178:1
**roughly** [3] - 130:18, 173:3, 173:10
**routine** [4] - 112:19, 112:20, 112:25, 200:9
**rubbed** [2] - 206:16, 233:5
**rubs** [2] - 167:6
**ruffed** [2] - 183:8, 185:12
**ruins** [1] - 78:17
**rule** [4] - 22:24, 104:15, 105:12, 246:2
**Rules** [2] - 2:23, 2:25
**rules** [4] - 3:17, 8:14, 42:7, 65:9
**run** [7] - 6:6, 22:3, 84:21, 117:10, 121:18, 137:17, 255:6
**running** [6] - 122:19, 125:14, 182:6, 195:20, 205:2, 256:1
**rush** [1] - 41:12
**Ryan** [1] - 226:8

**S**

**S-t-r-a-n-g-e** [1] - 71:10
**sacrifice** [1] - 136:19
**safety** [3] - 202:22, 216:18, 220:10
**sale** [10] - 26:18, 27:2, 27:7, 27:8, 27:9, 27:13, 27:16, 28:6, 29:19, 32:13
**sales** [6] - 26:14, 26:16, 27:10, 115:6, 191:7
**Sally** [1] - 91:23
**sanctuaries** [9] - 24:2, 24:6, 24:14, 24:18, 24:20, 24:22, 25:10, 87:10, 91:15
**sanctuary** [10] - 24:7,

24:8, 25:2, 55:11, 162:10, 162:13, 162:17, 162:20, 164:14
**sandwich** [2] - 102:9, 249:7
**sanitize** [2] - 123:6, 125:7
**sanitized** [1] - 200:8
**sanitizer** [2] - 123:5, 124:14
**Santa** [2] - 100:5, 144:16
**Sascha** [10] - 148:3, 148:5, 152:25, 153:10, 154:20, 154:21, 154:25, 155:5, 166:8, 176:2
**sat** [1] - 212:2
**satisfied** [2] - 112:12, 221:21
**save** [2] - 156:3, 249:24
**saved** [2] - 143:12, 176:16
**savings** [2] - 13:3, 118:22
**savvy** [1] - 48:17
**saw** [9] - 19:11, 47:10, 47:12, 87:19, 104:18, 128:21, 163:9, 226:2, 229:21
**scale** [1] - 130:18
**scaly** [1] - 231:24
**scare** [1] - 218:21
**scared** [1] - 250:9
**scary** [1] - 249:24
**Schedule** [1] - 113:17
**schedule** [3] - 12:1, 206:3, 239:10
**schemes** [1] - 194:14
**school** [6] - 5:25, 6:3, 6:22, 12:7, 12:15, 15:16
**schools** [1] - 255:11
**scrapbooks** [1] - 245:16
**scrapes** [1] - 167:2
**scratch** [3] - 196:24, 203:6, 227:23
**screen** [1] - 230:24
**scuffling** [1] - 231:12
**se** [1] - 178:1
**search** [1] - 48:16
**season** [15] - 20:20, 101:19, 101:20, 101:21, 110:8, 110:9, 112:19, 112:20, 113:5, 113:6, 196:25, 198:22, 211:5, 234:20, 235:4
**second** [6] - 16:23, 69:14, 131:13, 169:9, 230:23, 238:9
**secondary** [2] - 46:15, 167:23
**secretary** [5] - 9:18, 13:21, 14:3, 91:23, 133:3
**sector** [1] - 149:15
**see** [35] - 14:21, 19:17, 27:2, 63:3, 79:2, 123:15, 129:16, 130:5, 132:4, 167:11, 172:2, 172:6, 173:20, 181:25, 184:9, 186:2, 192:18, 193:25, 210:23, 225:23, 226:9, 228:3, 228:25, 229:5, 231:2, 233:15, 235:4, 238:10, 238:17, 239:24, 246:14, 246:20, 251:14, 254:14, 255:8
**seeing** [4] - 129:20, 131:22, 132:2, 244:11
**seem** [7] - 16:12, 17:18, 116:19, 157:20, 186:11, 207:17, 244:18
**sees** [1] - 17:9
**seize** [1] - 52:3
**select** [1] - 107:4
**selecting** [1] - 105:20
**Selema** [2] - 226:18, 227:24
**self** [2] - 224:1, 229:21
**self-mutilation** [1] - 229:21
**sell** [8] - 57:16, 61:1, 61:23, 104:16, 104:20, 249:20
**SELLNER** [7] - 1:8, 1:8, 1:13, 2:3, 2:20, 3:1, 257:1
**Sellner** [10] - 1:25, 3:7, 91:23, 92:1, 97:9, 101:14, 137:21, 152:7, 195:7, 256:20
**sells** [1] - 86:13
**send** [6] - 44:1, 50:20, 87:9, 149:10, 190:16, 231:19
**sends** [2] - 51:7, 80:9
**sense** [4] - 80:21, 82:13, 82:16, 255:19
**sent** [9] - 57:6, 57:10, 87:7, 181:18, 187:15, 188:1, 188:11, 189:24, 211:9
**sentence** [1] - 55:22
**separate** [7] - 35:22, 46:2, 117:25, 118:1, 118:5, 141:19, 148:14
**separately** [9] - 53:17, 53:18, 107:16, 140:7, 140:10, 141:17, 147:15, 147:16, 221:25
**September** [1] - 169:5
**seriously** [1] - 111:10
**serval** [23] - 28:19, 28:20, 30:3, 30:5, 31:21, 56:24, 57:10, 58:12, 58:16, 59:17, 59:18, 59:19, 59:25, 60:10, 60:11, 179:7, 188:24, 189:13, 189:19, 203:11, 203:22, 211:20
**serval's** [1] - 203:25
**servals** [19] - 26:5, 28:21, 28:22, 28:25, 29:7, 29:14, 29:19, 30:21, 58:6, 58:8, 59:12, 60:4, 71:15, 139:13, 139:14, 143:23, 143:24, 189:18, 204:3
**serve** [3] - 120:7, 134:22, 213:1
**served** [1] - 134:17
**service** [1] - 152:12
**Service** [6] - 56:17, 56:20, 57:13, 57:16, 58:15, 91:24
**services** [1] - 154:3
**Services** [4] - 108:24, 108:25, 109:1, 109:9
**set** [9] - 20:22, 139:8, 206:3, 220:11, 238:9, 244:11, 244:12, 244:16, 254:13
**set-up** [1] - 244:11
**settlement** [4] - 240:13, 241:3, 241:18, 242:22
**seven** [5] - 30:10, 108:24, 109:4, 164:21, 164:25
**seven-year-olds** [1] - 30:10
**several** [10] - 13:20, 14:1, 119:3, 139:2, 141:21, 232:18, 248:19, 251:18, 251:19, 253:12
**severe** [1] - 201:22
**shape** [1] - 164:15
**shares** [1] - 119:18
**sharp** [1] - 13:5
**Shaver** [2] - 81:15, 82:23
**sheared** [2] - 228:22, 228:24
**Sheba** [10] - 153:7, 154:11, 154:19, 160:2, 160:3, 160:4, 160:7, 160:13, 161:7, 178:3
**sheep** [7] - 11:1, 144:16, 179:11, 228:24, 232:8, 232:24, 242:15
**sheet** [4] - 21:16, 114:8, 114:10, 114:11
**shelter** [1] - 171:13
**shelters** [1] - 99:20
**shelves** [4] - 203:14, 203:16, 205:15
**shepherd** [1] - 182:3
**Shere** [10] - 153:7, 159:8, 159:9, 159:15, 159:17, 160:1, 160:4, 160:9, 161:7, 178:3
**sheriff** [7] - 88:14, 129:6, 129:7, 129:8, 129:12, 248:22, 254:6
**sheriff's** [1] - 134:21
**Sheriff's** [1] - 254:2
**ship** [3] - 190:21, 190:24, 191:3
**shipped** [1] - 191:1
**shirt** [1] - 114:20
**shirts** [1] - 104:24
**shoe** [1] - 124:19
**shoes** [2] - 124:11, 125:1
**shook** [2] - 18:22, 87:11
**shoot** [3] - 51:24, 60:18, 217:7
**shop** [1] - 20:19
**short** [1] - 15:7
**shorthand** [2] - 258:2, 258:11
**Shorthand** [2] - 1:15, 2:22
**SHORTHAND** [1] - 258:25
**shortly** [1] - 168:14
**shot** [2] - 200:25, 201:2
**show** [9] - 3:22, 8:7, 23:12, 58:22, 90:18, 97:14, 101:8, 102:20, 130:18
**showed** [1] - 127:19
**shower** [1] - 102:8
**showing** [1] - 191:18
**shows** [1] - 246:14
**shrine** [1] - 249:23
**shut** [5] - 60:25, 125:25, 210:10, 211:13, 249:11
**sialocele** [1] - 44:10
**Siberian** [3] - 211:5, 211:8, 211:9
**sick** [9] - 32:9, 32:11, 127:2, 155:23, 157:11, 175:6, 204:11, 227:18, 227:22
**side** [8] - 30:16, 100:18, 128:17, 184:8, 184:13, 226:23
**side-by-side** [1] - 184:8
**sides** [1] - 172:2
**sight** [1] - 166:24
**sign** [4] - 128:13, 182:19, 244:9, 245:20
**signed** [2] - 90:24, 222:17
**signing** [1] - 95:14
**signs** [2] - 123:22, 126:1
**silage** [1] - 11:15
**Simian** [9] - 38:6, 38:19, 38:22, 39:7, 40:21, 47:18, 48:7, 222:20
**simian** [1] - 38:12
**similar** [3] - 40:20, 43:13, 85:6
**simple** [1] - 5:24
**simply** [1] - 4:4
**single** [6] - 17:11, 17:19, 21:9, 21:12, 21:20, 179:11
**singles** [1] - 187:13
**sipper** [6] - 19:14, 19:21, 20:2, 20:3, 20:6
**sippers** [3] - 21:18, 22:1, 205:22
**sister** [3] - 67:24,

183:15, 230:22
**sisters** [1] - 148:12
**sit** [7] - 104:14, 117:7, 193:8, 205:17, 206:17, 207:2, 256:2
**site** [5] - 67:25, 99:7, 99:8, 127:6, 150:18
**sites** [1] - 246:7
**sits** [2] - 105:14, 220:3
**sitting** [2] - 112:22, 200:18
**situation** [1] - 218:23
**situations** [2] - 5:16, 245:19
**six** [12] - 88:22, 91:14, 94:16, 100:16, 154:1, 177:22, 180:24, 180:25, 181:5, 185:21
**size** [2] - 206:9, 226:1
**sizes** [1] - 167:19
**skid** [1] - 7:10
**skin** [2] - 231:13, 231:24
**skunk** [3] - 75:9, 75:10, 75:20
**skunks** [2] - 75:3, 75:5
**sleep** [1] - 205:21
**sleeping** [1] - 160:22
**slowing** [1] - 160:11
**small** [8] - 26:8, 28:7, 44:15, 45:13, 63:21, 93:3, 109:6, 110:16
**smaller** [2] - 202:7, 202:10
**smell** [1] - 220:18
**Smithfield** [2] - 153:17, 181:2
**snakes** [3] - 28:11, 78:19, 93:3
**snap** [3] - 168:4, 170:24, 170:25
**snob** [1] - 42:10
**snotty** [1] - 129:1
**snow** [1] - 211:6
**soak** [1] - 196:23
**soared** [1] - 19:5
**social** [1] - 196:1
**socialization** [3] - 203:18, 207:25
**socialized** [3] - 196:15, 200:13, 255:21
**Society** [8] - 38:6, 38:19, 38:22, 39:7, 40:21, 47:18, 48:7, 222:20
**Society's** [1] - 222:21
**soft** [2] - 226:16, 242:13
**soiled** [1] - 229:13
**sold** [15] - 11:8, 12:24, 31:4, 31:14, 61:13, 92:24, 107:4, 108:1, 143:1, 143:21, 143:22, 143:23, 162:10, 185:2, 191:4
**solid** [3] - 158:14, 159:2, 159:4
**somatic** [1] - 15:23
**someone** [19] - 35:17, 52:2, 72:20, 72:23, 76:16, 76:20, 81:1, 88:20, 92:18, 92:22, 109:23, 123:14, 128:5, 130:24, 131:4, 191:21, 213:22, 236:8, 244:6
**someplace** [4] - 11:20, 21:25, 159:20, 189:11
**sometimes** [14] - 17:1, 21:1, 25:9, 27:1, 48:2, 73:18, 75:17, 75:25, 83:14, 102:15, 178:22, 206:5, 238:24, 246:20
**somewhat** [1] - 56:18
**somewhere** [5] - 99:18, 150:10, 162:3, 168:16, 187:21
**son** [5] - 93:9, 93:12, 94:15, 94:16, 249:24
**soon** [3] - 90:23, 157:6, 221:2
**sooner** [1] - 206:5
**sores** [2] - 167:12, 232:24
**sorry** [27] - 24:25, 34:10, 40:15, 41:25, 46:24, 75:14, 84:14, 93:22, 94:18, 139:25, 140:2, 140:24, 140:25, 148:4, 152:20, 154:18, 158:7, 158:10, 162:15, 174:5, 181:1, 187:6, 189:4, 212:7, 236:2, 249:11, 250:4
**Sorry** [1] - 141:1
**sort** [3] - 8:12, 10:4, 97:16
**sorts** [1] - 34:16
**sought** [1] - 42:6
**sound** [5] - 135:19, 160:5, 170:11, 204:4, 241:6
**sounds** [7] - 10:15, 71:10, 91:2, 91:3, 103:5, 106:23, 139:17
**source** [4] - 48:20, 115:8, 115:11, 142:18
**sources** [1] - 117:15
**south** [7] - 12:13, 12:14, 12:16, 162:3, 167:1, 189:9, 189:11
**southern** [3] - 60:23, 94:23, 171:6
**southern-acclimated** [1] - 171:6
**souvenirs** [7] - 104:16, 104:22, 113:24, 114:1, 114:2, 114:4, 115:1
**space** [7] - 192:16, 196:10, 196:12, 199:14, 199:16, 199:17, 199:19
**spayed** [1] - 141:24
**speaking** [2] - 51:18, 101:18
**special** [5] - 12:5, 48:7, 54:10, 169:7, 191:2
**specialist** [1] - 191:3
**specializes** [1] - 49:5
**specialty** [2] - 118:3, 195:2
**Species** [1] - 62:10
**species** [25] - 38:8, 38:9, 49:5, 49:12, 55:18, 57:22, 58:8, 58:13, 58:17, 61:22, 62:6, 73:1, 87:11, 144:12, 144:15, 144:19, 149:5, 178:10, 178:11, 193:21, 199:13, 215:2, 216:21, 216:23, 223:16
**species-specific** [1] - 223:16
**specific** [22] - 15:1, 16:9, 27:12, 45:25, 47:23, 48:12, 48:14, 49:15, 62:24, 63:11, 69:7, 69:17, 84:24, 85:9, 89:22, 89:23, 113:22, 215:2, 223:16, 247:18
**specifically** [14] - 3:18, 26:18, 51:8, 61:8, 62:13, 68:12, 72:6, 75:8, 89:21, 129:21, 131:21, 132:2, 144:18, 237:1
**spectrum** [1] - 216:19
**spend** [4] - 102:18, 109:17, 112:21, 117:12
**spent** [2] - 68:23, 78:2
**spider** [2] - 17:11
**spoiled** [1] - 204:10
**spoken** [3] - 51:10, 79:16, 87:2
**spot** [2] - 103:22, 239:13
**spots** [2] - 167:3, 167:5
**spray** [4] - 220:16, 220:17, 220:25
**spread** [1] - 134:11
**spring** [2] - 19:3, 19:7
**squabbles** [5] - 39:11, 39:14, 39:15, 39:22, 40:6
**squares** [1] - 138:8
**stables** [1] - 7:20
**stainless** [1] - 205:6
**stalk** [1] - 246:19
**stall** [1] - 200:6
**stalls** [1] - 7:21
**stand** [2] - 94:8, 250:9
**stand-alone** [1] - 94:8
**standards** [1] - 66:5
**standing** [5] - 128:19, 131:14, 133:12, 209:1, 250:12
**start** [11] - 5:23, 5:24, 6:7, 18:13, 56:9, 84:11, 102:22, 102:24, 122:16, 152:21, 212:7
**started** [7] - 13:7, 18:12, 36:20, 82:4, 92:23, 93:17, 155:25
**starting** [1] - 74:5
**State** [5] - 16:1, 55:15, 121:6, 189:25, 258:3
**state** [26] - 18:24, 29:21, 54:24, 56:5, 57:22, 57:25, 58:3, 58:6, 58:25, 59:3, 60:24, 61:1, 61:13, 61:14, 62:4, 78:10, 78:13, 90:25, 120:25, 150:20, 194:13, 194:18, 194:22, 234:6, 234:7
**states** [2] - 32:22, 78:14
**States** [5] - 61:12, 170:4, 214:17, 225:16, 237:23
**STATES** [1] - 1:1
**station** [1] - 134:13
**status** [3] - 35:7, 137:14, 194:18
**statutes** [1] - 16:10
**stay** [12] - 11:25, 12:1, 78:10, 99:21, 99:22, 99:23, 105:13, 142:25, 143:1, 150:22, 197:14
**stayed** [1] - 250:13
**stays** [1] - 99:24
**steady** [2] - 105:2, 105:3
**steaks** [1] - 198:24
**steel** [2] - 204:5, 205:6
**step** [1] - 112:7
**steps** [2] - 49:8, 88:24
**stick** [3] - 206:9, 242:21, 242:25
**still** [27] - 6:19, 11:3, 12:22, 29:24, 35:12, 36:15, 39:5, 71:3, 94:4, 94:15, 98:8, 102:22, 107:5, 112:24, 128:1, 142:1, 145:19, 163:2, 176:19, 180:12, 183:25, 197:21, 203:21, 224:25, 225:2, 232:3, 253:20
**stipulated** [1] - 2:18
**stipulation** [1] - 1:16
**stock** [12] - 26:2, 85:14, 99:12, 104:7, 122:21, 123:2, 144:17, 208:7, 209:15, 215:4, 217:7
**stopped** [1] - 248:25
**storage** [1] - 192:3
**store** [1] - 203:20
**store-bought-type** [1] - 203:20
**story** [1] - 184:23
**straight** [1] - 223:7
**strand** [1] - 17:11
**Strange** [7] - 71:8, 71:10, 92:21, 94:20, 159:16, 159:17, 186:19
**Strange's** [1] - 159:18
**strangers** [1] - 229:21
**stream** [1] - 105:2
**Street** [1] - 1:15
**stressed** [1] - 200:19
**strictly** [1] - 11:25
**strongly** [1] - 78:7
**structural** [1] - 40:9
**structure** [2] - 138:18, 141:10

**structures** [2] - 140:3, 204:2
**struggling** [1] - 172:7
**stuck** [1] - 145:7
**studied** [3] - 65:1, 70:10, 192:19
**studs** [1] - 8:7
**study** [3] - 150:4, 150:15, 150:19
**studying** [1] - 70:13
**stuff** [43] - 20:18, 20:20, 21:6, 27:2, 32:22, 39:10, 51:7, 57:5, 65:9, 74:17, 80:9, 98:7, 99:5, 99:24, 100:10, 103:17, 104:19, 108:6, 109:5, 113:3, 114:16, 128:25, 131:12, 131:25, 167:4, 171:4, 171:5, 175:21, 215:4, 216:3, 220:18, 220:21, 221:9, 221:20, 224:23, 226:24, 230:9, 244:16, 249:24, 251:14, 252:17
**stuffed** [1] - 114:23
**stupid** [1] - 111:5
**subcommittee** [2] - 55:7, 55:20
**subject** [2] - 83:18, 190:5
**subjects** [2] - 36:18, 83:16
**submit** [1] - 33:20
**submitted** [3] - 113:18, 214:17, 222:3
**Subscribed** [1] - 257:21
**subscriber** [1] - 37:10
**subscription** [1] - 47:23
**substrates** [1] - 20:15
**subzero** [1] - 171:4
**successful** [5] - 84:11, 85:17, 85:19, 86:8, 117:10
**successfully** [3] - 86:7, 176:10, 176:13
**sucked** [1] - 223:25
**sudden** [2] - 19:4, 248:25
**suddenly** [1] - 183:20
**sue** [1] - 87:10
**suggested** [1] - 221:7
**suing** [1] - 134:15
**suit** [1] - 190:6
**summer** [10] - 65:1, 65:5, 65:7, 98:5, 101:18, 102:3, 103:4, 103:9, 164:7, 196:23
**summertime** [1] - 198:19
**sun** [1] - 205:18
**sunshine** [1] - 200:7
**supervisors** [3] - 8:12, 9:13, 9:21
**supplement** [2] - 143:11, 199:5
**supplemented** [1] - 198:25
**supplements** [1] - 203:21
**support** [4] - 10:6, 36:8, 43:10, 55:12
**supportive** [1] - 135:5
**suppose** [3] - 57:20, 202:1, 206:12
**supposed** [1] - 239:12
**surgery** [5] - 45:22, 46:22, 47:9, 96:18, 221:19
**surprise** [2] - 58:14, 238:18
**surprised** [1] - 165:24
**surprising** [1] - 58:19
**surveillance** [4] - 253:25, 254:3, 254:5, 254:7
**survival** [2] - 144:12, 144:19
**suspect** [1] - 131:10
**suspension** [1] - 177:9
**Suzy** [1] - 108:12
**swarming** [1] - 201:17
**sweep** [1] - 102:15
**sweeping** [1] - 108:6
**swept** [1] - 221:5
**swim** [1] - 203:2
**switch** [6] - 16:4, 23:3, 33:3, 97:10, 137:21, 212:20
**swollen** [1] - 230:19
**sworn** [3] - 3:2, 257:21, 258:6
**symptoms** [4] - 157:17, 175:18, 176:7, 187:1
**syringe** [2] - 200:23, 200:24
**system** [3] - 73:17, 204:22, 205:20

**T**

**T-shirt** [1] - 114:20
**T-shirts** [1] - 104:24
**table** [1] - 27:3
**tagged** [1] - 16:1
**tags** [1] - 16:1
**tail** [5] - 205:18, 229:18, 229:19, 229:22, 231:5
**tails** [4] - 183:4, 183:7, 186:6, 206:22
**taker** [2] - 102:19, 104:13
**tall** [1] - 249:6
**tank** [3] - 130:2, 130:3, 130:5
**tanks** [2] - 20:14, 118:1
**target** [1] - 38:15
**tasks** [2] - 110:11, 112:16
**tax** [2] - 113:18, 122:5
**taxes** [1] - 244:7
**Taxon** [1] - 144:9
**tech** [1] - 6:17
**technician** [1] - 6:12
**techs** [2] - 9:22, 9:23
**Ted** [1] - 108:13
**tedious** [1] - 225:13
**teenage** [1] - 21:2
**teeth** [1] - 235:6
**telephone** [1] - 73:11
**temperature** [6] - 19:4, 100:24, 138:9, 138:10, 170:24, 175:5
**temperatures** [1] - 171:16
**temporarily** [1] - 130:2
**ten** [1] - 240:20
**tennis** [2] - 124:11, 125:1
**tenor** [1] - 40:1
**term** [6] - 159:4, 193:5, 193:16, 195:8, 195:10, 195:18
**terms** [1] - 241:17
**terrible** [1] - 164:12
**test** [6] - 15:22, 34:20, 34:21, 34:22, 182:6, 218:17
**tested** [1] - 15:21
**testified** [4] - 3:3, 43:6, 72:16, 147:15
**testify** [4] - 49:23, 77:21, 151:23, 258:7
**testifying** [1] - 5:3
**testimony** [20] - 4:21, 4:25, 24:3, 64:1, 64:17, 64:20, 66:24, 67:3, 68:12, 69:19, 71:21, 95:21, 96:25, 139:23, 162:4, 163:8, 212:3, 212:6, 235:20, 258:13
**testing** [5] - 9:2, 15:6, 15:18, 15:19, 15:20
**tetanus** [1] - 215:4
**THE** [7] - 1:1, 34:12, 121:5, 158:13, 232:6, 256:21, 257:1
**theirs** [1] - 254:12
**themselves** [3] - 19:19, 135:8, 135:9
**thereupon** [1] - 258:9
**thermostat** [1] - 211:19
**they've** [15] - 59:3, 96:10, 126:11, 188:21, 188:23, 190:11, 196:9, 215:22, 216:2, 221:19, 223:2, 235:8, 238:9, 255:20
**thick** [2] - 196:21, 204:6
**thigh** [1] - 229:18
**thin** [5] - 165:16, 166:21, 175:3, 226:19, 231:23
**thing's** [1] - 232:1
**thinking** [7] - 23:24, 29:8, 31:19, 80:11, 173:12, 218:7, 223:1
**thinks** [3] - 79:10, 133:22, 235:23
**thinning** [1] - 231:24
**third** [1] - 231:22
**thirsty** [2] - 19:25, 20:4
**THORSON** [3] - 1:22, 13:11, 256:22
**Thorson** [1] - 53:9
**Thorson's** [2] - 52:14, 62:14
**thoughts** [1] - 237:22
**thousand** [2] - 119:3, 191:12
**threat** [2] - 126:21, 127:5
**threaten** [1] - 245:20
**threatened** [2] - 247:14, 248:1
**threatening** [5] - 88:20, 90:25, 91:6, 91:20, 245:25
**threats** [1] - 246:11
**three** [25] - 7:25, 21:2, 27:17, 29:5, 29:7, 29:10, 29:13, 29:18, 31:8, 44:5, 109:21, 120:15, 121:20, 129:20, 137:8, 144:5, 147:22, 150:24, 155:9, 181:13, 204:21, 230:14, 231:19, 232:10, 232:19
**three-quarters** [1] - 120:15
**throne** [1] - 104:15
**throughout** [1] - 146:18
**throughs** [1] - 105:9
**thrown** [1] - 224:14
**Tibbott** [1] - 108:12
**ticket** [2] - 102:19, 104:13
**ticket-taker** [2] - 102:19, 104:13
**tickets** [2] - 105:6, 113:6
**tiger** [25] - 25:1, 61:24, 83:25, 84:8, 84:14, 142:9, 145:18, 146:23, 147:3, 148:5, 148:17, 151:11, 158:6, 166:5, 166:9, 166:11, 170:8, 170:16, 175:22, 176:10, 197:9, 201:16, 202:10, 204:10, 211:1
**tiger's** [3] - 170:10, 170:13, 198:12
**tigers** [53] - 69:20, 69:24, 70:5, 84:1, 84:4, 84:7, 84:12, 85:9, 85:10, 138:20, 138:22, 141:16, 141:17, 143:22, 143:23, 144:1, 144:4, 144:14, 145:9, 145:14, 145:15, 148:19, 149:10, 150:11, 152:21, 152:22, 153:5, 158:23, 159:25, 166:6, 175:25, 176:17, 176:18, 176:19, 177:5, 179:5, 182:24, 196:8, 196:18, 198:16, 199:16, 201:4, 201:7, 201:10,

202:2, 202:7, 202:14, 202:25, 203:2, 204:3, 211:2, 211:4, 216:2
timber [3] - 182:15, 182:18, 182:19
timers [1] - 103:18
timing [1] - 169:21
tint [1] - 239:24
tiny [1] - 177:22
tired [4] - 124:24, 131:20, 145:3, 244:10
tissue [1] - 218:19
title [2] - 80:4, 258:6
TMR [1] - 123:20
TO [1] - 257:1
today [17] - 3:12, 5:4, 5:19, 11:3, 28:23, 52:15, 64:1, 64:16, 83:1, 96:1, 111:20, 131:17, 138:15, 151:25, 152:18, 212:8, 256:20
toes [1] - 223:25
together [21] - 20:19, 53:19, 95:3, 121:22, 129:17, 140:11, 140:17, 141:8, 141:14, 147:14, 147:17, 147:18, 147:21, 148:1, 148:13, 148:16, 152:14, 184:10, 204:7, 205:21, 206:23
Toggenburg [1] - 226:12
Tom [4] - 1:25, 20:23, 91:22, 252:2
TOM [1] - 1:8
took [16] - 6:8, 6:18, 6:20, 89:17, 93:1, 116:17, 127:16, 130:9, 151:14, 151:23, 162:22, 170:13, 177:23, 212:14, 213:21, 227:1
Tootsie [3] - 186:16, 187:8, 187:10
top [15] - 19:15, 21:14, 41:19, 44:23, 59:13, 63:10, 66:12, 168:19, 174:1, 178:10, 189:11, 190:21, 196:17, 203:8, 233:3
topics [3] - 214:19, 214:21, 237:20
total [2] - 116:5, 144:6
totally [2] - 12:23, 139:19
touch [1] - 184:14
touching [1] - 258:8
towards [1] - 14:22
town [1] - 179:14
toy [1] - 206:6
toys [3] - 205:25, 206:1, 223:8
TRACEY [1] - 1:3
Tracey's [1] - 134:1
track [1] - 178:18
tracks [1] - 130:21
tractors [1] - 7:10
Tracy [1] - 133:5
trade [2] - 49:19, 49:25
traded [1] - 235:8
traditionally [1] - 147:2
train [2] - 34:15, 130:21
trained [1] - 157:1
training [7] - 12:5, 15:2, 16:8, 37:25, 68:16, 84:25, 111:8
transcribed [1] - 258:11
transcript [1] - 3:22
transcription [1] - 258:12
transfer [3] - 94:7, 95:19, 99:5
transferred [2] - 210:14, 218:19
transferring [1] - 127:6
transport [2] - 31:16, 94:10
transported [1] - 191:14
transporting [1] - 71:24
transports [1] - 167:1
treat [3] - 44:19, 169:25, 202:3
treated [4] - 163:24, 174:8, 174:23, 176:13
treating [1] - 48:11
treatment [8] - 45:2, 45:10, 163:12, 168:23, 169:22, 174:9, 178:18, 230:5
treatments [1] - 178:13
tree [3] - 203:13, 203:15
tree-climbing [1] - 203:15
trees [3] - 158:2, 205:12, 205:13
trespassing [2] - 88:17, 244:24
tried [6] - 130:12, 184:10, 206:23, 224:6, 224:22, 249:19
trim [1] - 242:3
trimmed [9] - 226:14, 228:10, 228:13, 228:20, 228:21, 230:15, 232:12, 242:12, 242:18
trimmer [2] - 228:17, 228:19
trio [1] - 107:10
trip [1] - 165:8
Trish [1] - 110:2
tropical [1] - 210:17
trouble [6] - 95:14, 158:8, 187:3, 188:21, 233:9, 236:5
truck [1] - 94:16
trucks [1] - 91:15
true [21] - 24:7, 55:16, 76:14, 76:15, 85:24, 89:18, 117:13, 132:21, 139:19, 146:20, 147:5, 152:16, 182:17, 185:14, 190:1, 190:15, 200:2, 206:13, 210:12, 238:14, 258:13
truly [1] - 93:14
trust [2] - 48:22, 48:25
truth [2] - 90:15, 258:7
try [9] - 52:3, 102:22, 112:7, 163:15, 166:7, 204:13, 223:12, 229:9, 245:18
trying [11] - 20:18, 20:21, 66:16, 133:6, 133:7, 133:13, 217:18, 220:3, 230:8, 248:14, 254:14
Tubaugh [1] - 180:10
tubes [1] - 209:13
Tuesday [2] - 19:5, 103:23
Tuesdays [1] - 239:11
tunnels [1] - 204:5
turkey [1] - 199:1
turn [5] - 14:20, 78:21, 102:6, 111:11, 227:9
turned [4] - 20:5, 167:12, 249:1, 249:21
turning [2] - 167:2, 167:4
TV [2] - 134:14, 220:22
twice [6] - 22:12, 22:22, 79:18, 109:4, 129:3, 242:12
twins [4] - 139:8, 187:12, 187:15, 187:23
two [36] - 19:2, 19:13, 34:2, 44:5, 46:2, 85:17, 86:3, 86:5, 107:10, 121:19, 121:22, 137:9, 137:15, 137:19, 139:6, 140:14, 143:16, 147:24, 148:1, 150:21, 162:22, 178:7, 180:4, 180:5, 183:4, 183:7, 187:13, 191:4, 197:19, 220:15, 240:12, 241:5, 242:16, 249:22
two-day [1] - 34:2
two-page [1] - 249:22
type [13] - 11:2, 28:8, 49:5, 56:11, 74:8, 74:11, 81:9, 100:2, 178:11, 203:20, 209:21, 236:19, 236:22
types [5] - 7:22, 22:7, 43:19, 110:11, 114:2
typical [1] - 101:15

## U

Ulm [3] - 14:19, 133:3, 133:4
uncalled [1] - 244:23
uncomfortable [1] - 248:6
under [12] - 19:17, 23:5, 76:4, 87:10, 115:5, 115:21, 115:22, 115:24, 198:20, 227:20, 229:18, 258:10
underneath [1] - 204:24
undersigned [1] - 258:2
unfortunately [1] - 3:21
unhappy [1] - 237:19
unimportant [1] - 4:17
UNITED [1] - 1:1
United [5] - 61:12, 170:4, 214:17, 225:15, 237:23
university [2] - 70:10, 70:13
unknown [1] - 253:11
unless [5] - 32:18, 67:10, 111:5, 124:22, 209:1
Unlimited [3] - 108:24, 108:25, 109:1
unlimited [1] - 109:10
unnecessary [1] - 250:1
unsolicited [1] - 44:1
unusual [2] - 172:3, 226:3
up [104] - 3:22, 10:24, 12:9, 12:12, 12:16, 17:12, 19:6, 19:25, 21:6, 21:9, 23:19, 25:10, 44:24, 45:18, 46:12, 46:22, 48:2, 48:22, 57:6, 59:12, 60:24, 62:3, 65:8, 85:2, 85:4, 86:5, 87:11, 87:25, 94:2, 96:11, 101:16, 101:23, 102:4, 103:1, 103:7, 108:6, 111:20, 112:2, 112:7, 114:23, 116:8, 123:20, 127:21, 129:24, 130:14, 130:20, 130:21, 131:25, 133:16, 155:22, 156:1, 158:7, 162:6, 162:19, 167:19, 167:22, 171:25, 174:11, 174:12, 177:23, 179:15, 199:18, 200:6, 200:21, 201:2, 202:1, 203:8, 203:9, 203:15, 205:19, 206:14, 210:10, 214:3, 218:15, 218:16, 218:17, 220:2, 220:11, 221:5, 224:3, 224:4, 225:18, 226:11, 226:24, 227:18, 228:18, 229:15, 232:12, 244:6, 244:11, 244:12, 244:16, 245:19, 246:14, 248:10, 248:12, 248:16,

249:11, 251:13, 253:22, 254:13, 256:5, 256:8, 256:11
**update** [3] - 35:12, 35:14, 35:17
**upped** [1] - 224:21
**upset** [6] - 39:12, 39:15, 40:2, 244:18, 244:20, 246:6
**upsetting** [1] - 248:16
**USDA** [46] - 21:23, 22:15, 24:11, 32:15, 55:2, 55:11, 65:4, 71:25, 72:1, 79:10, 79:13, 80:4, 81:18, 91:12, 95:10, 95:19, 111:12, 124:3, 124:20, 124:22, 125:5, 170:7, 170:11, 186:2, 191:19, 191:25, 194:9, 199:19, 208:1, 208:25, 210:6, 214:1, 221:25, 224:3, 224:9, 227:8, 227:11, 227:14, 231:20, 251:11, 252:5, 252:11, 252:21, 252:22, 255:2
**USDA's** [4] - 16:13, 80:11, 240:11, 241:20
**USDA-licensed** [2] - 32:15, 194:9
**uses** [2] - 84:16, 203:15
**uterine** [1] - 46:21
**Uzi** [1] - 249:7

**V**

**vaccinate** [2] - 215:6, 215:22
**vaccinated** [1] - 215:7
**vaccination** [1] - 178:13
**vaccinations** [8] - 173:17, 193:20, 214:25, 215:1, 215:11, 216:5, 216:8, 216:15
**vaccine** [3] - 215:6, 215:22, 215:23
**vaccines** [1] - 215:20
**vague** [1] - 208:13
**valley** [1] - 6:3
**Valley** [1] - 6:19
**variety** [1] - 81:10
**various** [9] - 13:16, 64:22, 78:3, 109:11, 125:6, 156:23, 167:19, 246:9, 246:21
**vary** [2] - 104:23, 110:1
**vegetables** [1] - 205:22
**venereal** [1] - 220:5
**vent** [1] - 83:14
**verbal** [1] - 64:10
**versa** [1] - 123:3
**vet** [22] - 156:2, 156:5, 166:22, 167:20, 167:21, 170:8, 170:19, 174:7, 174:15, 177:21, 213:23, 214:13, 216:12, 225:23, 226:2, 226:7, 227:12, 227:15, 227:21, 227:25, 228:3, 231:17
**veterinarian** [28] - 43:6, 43:21, 43:24, 45:15, 45:16, 46:11, 49:4, 80:2, 80:23, 80:25, 125:4, 157:1, 162:4, 163:22, 163:23, 163:24, 179:18, 179:21, 200:11, 212:15, 213:2, 213:25, 214:1, 216:10, 226:20, 226:21, 227:6, 233:25
**veterinarian's** [2] - 124:2, 234:1
**veterinarians** [6] - 43:16, 81:18, 81:21, 81:22, 122:21, 214:4
**veterinary** [16] - 167:9, 173:13, 173:16, 178:18, 193:19, 212:2, 213:17, 214:16, 215:3, 217:1, 217:21, 218:4, 221:16, 222:6, 225:16, 230:19
**Veterinary** [3] - 156:1, 221:13, 221:23
**vets** [2] - 82:12, 191:1
**vice** [1] - 123:3
**Vicki** [2] - 1:15, 2:21
**video** [5] - 243:22, 243:24, 245:6, 253:23, 254:8
**videoed** [1] - 248:14
**videotaping** [1] - 251:14
**view** [3] - 21:8, 123:19, 131:9
**viewed** [1] - 131:7
**violated** [1] - 124:9
**violating** [1] - 246:1
**violation** [4] - 21:10, 21:13, 21:21, 21:24
**violations** [1] - 21:9
**violators** [1] - 244:5
**Virchow** [4] - 69:8, 83:22, 83:23, 85:8
**visit** [10] - 89:12, 89:14, 104:17, 123:14, 136:1, 169:2, 169:3, 169:10, 230:18, 231:17
**visited** [2] - 129:15, 234:12
**visits** [2] - 17:23, 107:14
**vitae** [1] - 76:14
**Vivisection** [1] - 249:1
**vocalize** [1] - 184:15
**volunteer** [5] - 13:18, 156:1, 156:18, 156:19, 255:11
**volunteers** [12] - 21:1, 102:16, 103:25, 104:10, 108:11, 108:18, 108:21, 109:4, 110:4, 110:12, 110:25, 111:18
**vomiting** [2] - 163:9, 163:17
**vote** [4] - 13:24, 14:14, 14:23
**voted** [1] - 14:24
**voting** [3] - 13:24, 13:25, 14:11
**vs** [1] - 1:7

**W**

**w-h-e-t-h-e-r** [1] - 232:7
**waddled** [1] - 248:18
**wages** [1] - 118:13
**wait** [3] - 40:15, 100:24, 128:15
**waiting** [2] - 91:15, 102:12
**wake** [1] - 101:16
**Wal** [1] - 238:17
**Wal-Mart** [1] - 238:17
**walk** [14] - 100:13, 100:19, 102:5, 105:9, 123:20, 169:4, 169:6, 169:16, 175:11, 175:14, 175:16, 226:11, 229:24, 229:25
**walk-through** [7] - 102:5, 169:4, 169:6, 169:16, 175:11, 175:14, 175:16
**walk-throughs** [1] - 105:9
**walked** [2] - 18:7, 128:18
**wallabies** [1] - 85:18
**walls** [1] - 221:1
**wants** [3] - 62:1, 111:10, 206:16
**warm** [2] - 28:6, 28:7
**warned** [2] - 251:12, 253:18
**wash** [6] - 20:15, 122:23, 123:6, 125:12, 126:3, 126:9
**washed** [4] - 125:11, 126:11, 126:13, 126:15
**washer** [1] - 125:15
**waste** [3] - 158:14, 159:2, 159:5
**watch** [1] - 134:5
**watched** [1] - 248:10
**watching** [1] - 219:24
**water** [25] - 19:13, 19:16, 19:20, 21:18, 22:6, 22:9, 22:12, 22:21, 99:20, 103:21, 109:8, 110:15, 125:14, 128:10, 129:25, 158:12, 204:16, 204:17, 204:23, 205:1, 205:6, 220:16, 239:24, 240:3
**water's** [1] - 240:1
**waterer** [2] - 130:2, 205:7
**waterers** [2] - 102:7, 205:4
**watering** [2] - 103:14, 108:5
**Waterloo** [2] - 187:21, 258:22
**Watusi** [1] - 100:8
**ways** [3] - 53:25, 82:18, 240:23
**wearing** [1] - 124:11
**wears** [2] - 124:8, 124:10
**weather** [5] - 138:7, 164:5, 171:8, 171:14, 205:12
**web** [2] - 17:11, 17:12
**Web** [1] - 246:22
**Webmaster** [2] - 67:22, 67:23
**Website** [1] - 129:1
**Websites** [5] - 48:4, 48:7, 48:10, 246:15, 246:16
**week** [13] - 19:1, 20:11, 20:12, 20:22, 73:24, 74:1, 109:4, 112:21, 117:8, 167:24, 168:1, 239:13
**weekend** [2] - 7:19, 7:20
**weeks** [3] - 177:22, 180:24, 180:25
**weighs** [1] - 198:20
**weight** [1] - 168:3
**welded** [1] - 204:7
**welder** [1] - 137:20
**welfare** [4] - 129:11, 233:20, 233:22, 239:5
**Welfare** [9] - 16:4, 16:6, 16:9, 23:4, 23:6, 23:18, 24:4, 65:14, 239:22
**well-being** [3] - 80:12, 195:12, 195:14
**West** [1] - 1:14
**west** [1] - 205:16
**wet** [4] - 19:4, 19:19, 19:20, 161:19
**whatever's** [1] - 64:2
**whatsoever** [1] - 136:13
**whethers** [1] - 232:19
**white** [6] - 142:7, 148:5, 166:6, 166:11, 166:12, 166:15
**whole** [15] - 19:24, 35:10, 41:17, 44:24, 81:24, 144:25, 174:10, 189:6, 196:24, 197:3, 198:18, 202:15, 203:19, 242:14, 256:3
**wife** [1] - 71:14
**wife's** [1] - 71:11
**wild** [11] - 70:8, 74:21, 117:4, 146:12, 146:15, 147:4, 148:19, 148:22,

148:24, 197:9, 213:22
Wildlife [5] - 56:17, 56:20, 58:15, 91:24, 152:11
wildlife [8] - 56:25, 57:13, 57:15, 71:22, 71:24, 72:12, 72:14, 85:20
willing [1] - 136:18
winter [16] - 98:8, 98:23, 99:6, 99:13, 99:20, 101:18, 103:11, 138:10, 204:1, 210:8, 210:11, 210:15, 211:2, 211:3, 211:4, 232:3
winters [1] - 210:18
wintertime [1] - 198:19
wire [3] - 206:22, 206:25, 207:1
Wisconsin [4] - 25:15, 161:25, 162:2, 165:7
wish [3] - 42:8, 123:7, 135:2
witch [1] - 18:3
WITNESS [5] - 34:12, 121:5, 158:13, 232:6, 256:21
witness [3] - 72:17, 258:5, 258:9
Witness [1] - 257:19
witness' [1] - 258:7
wolf [7] - 70:17, 70:21, 139:11, 181:14, 181:19, 182:8, 182:18
Wolf [1] - 70:24
wolves [19] - 55:9, 70:15, 71:3, 139:10, 179:7, 181:12, 181:13, 181:15, 181:21, 182:1, 182:6, 182:15, 182:16, 182:19, 182:20, 182:22, 182:25, 211:22, 211:23
wonder [5] - 3:13, 186:4, 195:9, 233:18, 236:11
wonderful [1] - 75:24
word [7] - 13:10, 13:12, 16:19, 75:23, 145:7, 178:10, 213:13
words [4] - 59:11, 138:18, 145:3, 171:23
works [5] - 121:20, 137:8, 137:9, 137:20, 215:17
world [4] - 82:14, 82:16, 96:20, 151:17
World [3] - 205:23, 206:8, 206:10
wormed [1] - 166:22
wormer [1] - 177:9
worming [2] - 178:12, 219:16
wormings [2] - 173:17, 200:9
worried [7] - 45:24, 126:18, 156:15, 194:21, 202:21, 215:25, 251:16
worry [2] - 41:16, 113:3
worst [1] - 232:11
worth [1] - 242:4
wrecks [1] - 78:24
write [6] - 37:4, 97:18, 98:3, 178:10, 178:22
writing [1] - 224:3
written [19] - 17:12, 21:6, 21:9, 36:13, 36:16, 37:1, 49:4, 112:2, 167:19, 168:18, 176:24, 177:13, 199:18, 228:18, 235:10, 235:11, 235:12, 239:14, 250:2
wrote [6] - 19:25, 108:19, 111:20, 215:3, 216:6, 249:21
Wuchter [1] - 108:13

## Y

yard [5] - 51:22, 52:1, 88:6, 88:10, 248:24
year [56] - 6:4, 15:11, 27:12, 27:17, 29:9, 30:10, 35:13, 39:9, 39:19, 40:16, 89:8, 97:21, 100:22, 105:16, 106:1, 106:18, 106:19, 107:18, 115:15, 115:17, 116:2, 116:12, 121:22, 134:7, 135:7, 135:25, 136:1, 136:3, 140:14, 141:5, 155:17, 155:18, 159:12, 160:3, 164:22, 165:12, 171:2, 172:24, 180:19, 191:25, 192:2, 208:2, 220:24, 228:13, 228:24, 229:11, 232:18, 232:21, 240:17, 242:12, 251:20, 251:24, 251:25, 256:1
year's [1] - 224:15
years [50] - 6:13, 13:20, 13:22, 15:21, 29:1, 29:2, 29:3, 29:6, 29:9, 30:6, 31:8, 31:20, 35:1, 35:4, 35:11, 35:20, 39:13, 43:23, 46:25, 59:1, 59:4, 60:23, 60:25, 63:9, 68:24, 71:19, 82:6, 82:8, 83:7, 84:23, 93:7, 93:23, 94:17, 124:9, 129:20, 146:8, 150:14, 150:16, 151:9, 185:21, 186:20, 240:21, 241:5, 251:18, 251:19, 251:24, 252:1, 253:12
yesterday [10] - 43:6, 47:15, 95:20, 98:15, 127:19, 195:8, 212:3, 212:9, 235:22, 236:6
young [6] - 34:18, 46:4, 105:19, 122:21, 123:2, 140:12
younger [1] - 93:15
yourself [6] - 30:17, 62:21, 63:3, 63:12, 63:17, 64:15

## Z

Z-a-b-o-o [1] - 140:25
Zaboo [8] - 140:22, 140:25, 183:5, 184:17, 184:18, 185:9, 206:13, 207:6
Zaboo's [2] - 141:2, 184:23
zebu [1] - 100:4
zedonk [2] - 100:3, 100:10
zero [2] - 122:2, 171:16
zoning [1] - 56:10
ZOO [1] - 1:9
zoo [131] - 11:16, 18:8, 23:12, 25:9, 25:14, 36:7, 41:2, 41:3, 41:17, 42:21, 46:15, 55:11, 71:9, 71:19, 72:2, 72:7, 81:13, 82:3, 83:5, 83:6, 84:21, 85:3, 91:9, 92:6, 92:8, 92:9, 92:23, 93:12, 93:17, 94:8, 94:12, 94:15, 97:11, 99:8, 99:13, 100:15, 100:16, 101:15, 101:19, 101:20, 101:21, 101:25, 102:2, 102:9, 102:18, 103:2, 104:3, 105:9, 107:3, 107:20, 110:9, 110:25, 112:13, 112:20, 113:5, 113:11, 115:4, 115:9, 115:13, 115:20, 115:25, 116:17, 116:23, 117:17, 117:22, 118:2, 118:13, 118:21, 118:23, 119:17, 121:7, 121:9, 121:18, 122:12, 122:15, 123:21, 123:22, 125:10, 125:16, 125:17, 126:24, 128:1, 130:12, 133:23, 135:1, 135:5, 136:5, 136:22, 137:11, 137:17, 143:1, 149:10, 151:23, 152:18, 153:18, 154:4, 154:8, 163:2, 163:9, 179:10, 181:7, 183:3, 192:6, 199:10, 208:3, 209:16, 209:21, 210:21, 214:1, 220:12, 221:17, 222:24, 229:8, 233:21, 234:21, 237:13, 237:14, 240:23, 243:5, 245:16, 245:17, 245:22, 247:11, 247:15, 247:20, 249:9, 253:12, 253:16, 255:6, 255:24
Zoo [19] - 40:23, 89:12, 139:5, 148:22, 153:17, 162:19, 181:2, 182:8, 184:20, 184:24, 186:15, 187:17, 188:20, 189:5, 191:5, 196:6, 235:17, 247:2, 247:5
zoo's [2] - 118:5, 133:24
zoo-season [1] - 112:20
zoonosis [2] - 222:7, 222:8
zoos [25] - 38:16, 42:1, 43:7, 43:14, 59:8, 69:6, 70:6, 72:4, 72:6, 75:6, 86:13, 93:14, 94:3, 94:4, 115:5, 149:6, 149:10, 196:1, 213:4, 234:12, 234:14, 234:19, 236:13, 237:8, 238:5
Zoos [1] - 195:22

CORRECTIONS TO THE DEPOSITION OF TOM SELLNER

Page Line Correction

No Corrections

Thomas Sellner

Witness

Subscribed and sworn to before me this 30th day of April, 2015.

LIZ RUDE
Commission Number 754108
My Commission Expires
8/8/2017

Liz Rude

Notary Public

CORRECTIONS TO THE DEPOSITION OF PAM SELLNER

| Page | Line | Correction |
|---|---|---|
| 11 | 16 | lake should be permanant |
| 20 | 15 | grass should be glass |
| 20 | 11 | (additional answer) - chores are done in morning & evening daily |
| 24 | 1 | "B" is a broker license |
| 31 | 19 | Kassiah should be Cassaya |
| 34 | 1 | Iowa sholdd be OHio |
| 43 | 20 | should be Amy Kamholz |
| 44 | 4 | Ms Kamholz |

Pamela Sellner
Witness

Subscribed and sworn to before me this 28th day of April, 2015.

NOTARIAL SEAL IOWA
TAMMY L. MILLER
COMMISSION NUMBER 730503
MY COMMISSION EXPIRES 09-14-2016

Tammy L Miller
Notary Public

CORRECTIONS TO THE DEPOSITION OF PAM SELLNER

| Page | Line | Correction |
| --- | --- | --- |
| 44 | 13 | no animals taken to Dr. Kamholz |
| 44 | 18 | Dr. Kamholz |
| 45 | 14 | Dr. Kamholz |
| 46 | 10 | Dr. Kamholz |
| 47 | 2 | answer is Ali |
| 93 | 14 | multiple should be mobile |
| 96 | 11 | take should be make |
| 129 | 5 | Diane Helmers |
| 139 | 15 | female should be male |

Pamela J Sellner

Witness

Subscribed and sworn to before me this 28th day of April, 2015.

NOTARIAL SEAL IOWA
TAMMY L. MILLER
COMMISSION NUMBER 730503
MY COMMISSION EXPIRES 09-14-2016

T L Miller

Notary Public

CORRECTIONS TO THE DEPOSITION OF PAM SELLNER

| Page | Line | Correction |
|---|---|---|
| 144 | 17 | stock should be flock |
| 166 | 23 | almost should be most |
| 168 | 7 | maxo should be Naxcell |
| 171 | 7 | -- should be acclimate |
| 180 | 7 | Rejahn should be Njjarra |
| 180 | lines 9&12 | Rajahn should be Njjarra |
| 183 | lines 12&19 | Condo should be Kondo |
| 188 | lines 12&13 | " " |
| 200 | line 23&24 | pull should be pole |

Pamela Sellner

Witness

Subscribed and sworn to before me this 28th day of April, 2015.

Tammy L. Miller

Notary Public

TAMMY L. MILLER
COMMISSION NUMBER 730503
MY COMMISSION EXPIRES
09-14-2016

IOWA

CORRECTIONS TO THE DEPOSITION OF PAM SELLNER

| Page | Line | Correction |
| --- | --- | --- |
| 226 | 19 | hamadryas |
| 227 | 24 | Salima |
| 227 | 25 | hamadryas |
| 248 | 11 | Helmers |
| 249 | 17 | Helmers |
| | | |
| | | |
| | | |
| | | |

Pamela Sellner

Witness

Subscribed and sworn to before me this 28th day of April, 2015.

TAMMY L. MILLER
COMMISSION NUMBER 730503
MY COMMISSION EXPIRES
09-14-2016

Tammy L Miller

Notary Public

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

TRACEY K. KUEHL, an individual;
LISA K. KUEHL, an individual;
KRISS A. BELL, an individual;
JOHN T. BRAUMANN, an individual;
and ANIMAL LEGAL DEFENSE FUND,
a non-profit corporation,

Plaintiffs,

vs.

No. C14-2034-LRR

PAM SELLNER, an individual;
TOM SELLNER, an individual;
and CRICKET HOLLOW ZOO,
a non-profit corporation,

Defendants.

DEPOSITION OF TOM SELLNER, taken on behalf of the Plaintiffs on March 20, 2015, commencing at 3:40 p.m., at the Days Inn, 1220 West Marion Street, Manchester, Iowa, before Vicki L. Newgard, Certified Shorthand Reporter of Iowa, pursuant to stipulation.

APPEARANCES:

MR. JEFFREY PIERCE and MS. JESSICA BLOME, Attorneys at Law, Animal Legal Defense Fund, 170 East Cotati Avenue, Cotati, California 94931; Counsel for the Plaintiffs.

MR. LARRY J. THORSON, of the firm of Ackley, Kopecky & Kingery, Attorneys at Law, 4056 Glass Road NE, Cedar Rapids, Iowa 52402; Counsel for the Defendants.

ALSO PRESENT: Ms. Pam Sellner



I N D E X


| | Page |
|---|---|
| TOM SELLNER | |
| Direct Examination by Mr. Pierce | 3 |


ORIGINAL

S T I P U L A T I O N

It is stipulated and agreed by and between Counsel for the respective parties that the deposition of TOM SELLNER may be taken on the 20th day of March, 2015, before Vicki L. Newgard, Certified Shorthand Reporter of Iowa; that the deposition is taken pursuant to the Federal Rules of Civil Procedure and may be used for all purposes contemplated by said Rules.



TOM SELLNER,

being produced, sworn as hereinafter certified and examined on behalf of the Plaintiffs, testified as follows:

EXAMINATION

BY MR. PIERCE:

Q. So, Mr. Sellner, we met earlier, but for the record, I'm Jeff Pierce, and I'm an attorney for the plaintiffs in the lawsuit against you and your wife and the Cricket Hollow Zoo. And I know that you've just sat through your wife's fairly thorough deposition, but I'll go through again for your benefit some of the ground rules about a deposition, just to make sure that we both understand them. Is that okay?
A. Okay.
Q. Okay. Have you ever been deposed before?
A. No.
Q. Okay. Have you ever participated in a lawsuit before?
A. No.
Q. Okay. All right. So you would have seen earlier that it's important to answer verbally, to provide a yes or a no --
A. Yes.



Q. -- because the reporter will not be able to include on the record gestures that you make. So we'll be grateful if you provide complete answers to any of the questions that I put to you. And if you do answer a question of mine, I'll assume that you have understood it. If at any time you don't understand my question, I would ask that you can interrupt me and ask that I rephrase it. Will you do that?
A. Yes.
Q. Okay. If you need a break at any time, you're free to request one and we'll take a break for whatever reason you might prefer. The only thing I would ask is that if I've already asked you a question, you can answer the question first and then we can take a break after you answer.
A. Okay.
Q. Okay. It might happen that you will later on during our conversation remember additional information that you want to give to me, so you're free to give me any of that information at any time. If I had asked you a question near the beginning of this conversation, near the end you remember something more that you want to say about that, you're welcome to include that

information at any time you like. Is that okay?
A. Okay.
Q. Okay. And if you think of a document that would be helpful in answering any of my questions, you're welcome to request to see that document. It may be that we have it here or that Mr. Thorson has it for you on that side of the table. So feel free to request to see a document at any time. Did you bring any documents with you?
A. No, I did not.
Q. Okay. Is there any reason that you would not be able to provide testimony today that's truthful and accurate? For example, if you were sick or taking medication?
A. No.
Q. No? Okay. And you may observe from time to time that one of the attorneys will register an objection of some kind. Mr. Thorson may register an objection. If he does, you're still free to answer the question unless he specifically instructs you not to answer the question.
A. Okay.
Q. It may happen that I will register certain objections. I don't expect to, but if -- one example might be, if it seems that you're



unable to provide information that responds to the question itself, I may register an objection, primarily for the record. So that shouldn't surprise you, but it's unlikely to happen.
A. Okay.
Q. And you've already said that you didn't bring any documents with you today, so let's talk -- let's talk first about your education. Can you tell me about your education, starting with high school?
A. I graduated in '77 from Maquoketa Valley School, Delhi.
Q. Okay. And what happened after that?
A. Farming and construction all my life. And I'm an ironsmith by trade pretty much.
Q. What sort of training or additional education did you get for farming? Or for construction? Are those the two things that you mentioned after high school?
A. Yes. I've worked for a few various people and stuff a little bit, you know, construction, but basically it's been on my own in construction and farming all the time. And from there, it led into doing -- well, I've always worked ironsmithing all my life, too. Welding, a



lot of engineering work stuff, too, with that, and livestock equipment, heavy livestock equipment, a lot of that stuff, through hog equipment and beef equipment, engineering, building everything from -- well, from gates for buffalo pens to cats and dog kennels. It's a job that I work at.
Q. So tell me how you learned ironsmithing.
A. Ever since I grew up. I guess born and raised with it. My dad had a welder and a torch and went from there, and -- yeah, I learned from other people, too, and other people learned from me, we shared ideas.
Q. Was your dad a welder?
A. He's a farmer.
Q. Farmer. Okay.
A. Yep. Dairy and hog farmer.
Q. So you grew up on a dairy and a hog farm?
A. Yes.
Q. Here in Iowa?
A. Yes. Earlville.
Q. Okay. And is welding different from ironsmithing?
A. Basically the same thing.
Q. Okay.
A. Basically ironsmithing is pretty much



building gates and equipment, stuff to do with that. I do a lot of prototyping on the equipment and stuff, too, with that, working with other engineers.
Q. So you would have learned welding from your dad, but also on certain jobs?
A. Yeah.
Q. Okay.
A. And on my own.
Q. What about engineering? How did you learn engineering?
A. A lot of reading. I read everything. A lot of reading, studying, working with other engineers.
Q. What did you read and study?
A. What?
Q. Yeah. To learn engineering, what were you reading and studying?
A. Oh. Engineering books. Engineering books, code books, electrical codes, mechanical codes, all that. Got half a library full of that stuff.
Q. Are those code books written by trade groups or --
A. Yes. National codes, stuff to do with


Ex. 7-0485

that. And also I have different books on mechanical codes and stuff, too, with that, but all various, different things, too.

Q. So you know electrical work, as well?

A. I held an electrical license for many years and worked as an electrical tradesman. I gave that up at the time my son Seth, you know, died, too, with that. I didn't want to do much more, too, with that. I backed off, did more stuff with the zoo all the time, too, so -- I gave up my electrical license, didn't want to pay for the insurance cost of it, too, with that, so -- so I kind of wanted to slow down in life.

Q. What other licenses have you held?

A. I think -- well, the other things would be just the memberships we have at the zoo.

Q. Well, let's talk about that. Are any licenses related to -- similar to your electrician's license? I don't know if there's a license for welding or a license for plumbing or that sort of thing.

A. I don't -- I teach young students for -- I mean, all the time for welding certifications, but I do not carry a welding certification, 'cause we have another person at the shop that can give



that license out, too, so --

MR. PIERCE: Pam, it's okay if he doesn't remember.

A. I can't think -- I mean, there's all kinds of -- Pam takes care to make sure I get my stuff done, too. We have, like, an LDI license and stuff, too, with that. You know, pick up all the, you know, meats and stuff, too, for the cats, all this kind of stuff, but -- yeah, just kind of right off the top of the bat --

Q. Okay. And you mentioned that you've worked on hog equipment?

A. All kinds of livestock equipment. This is what our company specializes in.

Q. Okay. So what company is that that you've done hog equipment --

A. It used to be called S & R Manufacturing. It's been bought out by Mills Manufacturing three years ago. Be four years ago.

Q. So when did you begin with S & R? Roughly.

A. Part-time work with them, probably about '89, just on and off a little bit doing hog buildings for them and equipment, and full time, 2000. The year 2000.



Q. And that's where you were doing equipment work?

A. Yes.

Q. So after you graduated from high school in '77 and before you started with S & R part time around 1989, with what companies might you have worked during that 10 or 12 years?

A. Oh, I'd be self employed.

Q. You were self employed?

A. Yeah. As construction.

Q. Until S & R?

A. Yes.

Q. You were self-employed. And what kind of construction were you doing?

A. I take it back. I did drive truck briefly right after high school, too, for Oscar Meyer hauling hogs for Harry Miller. But that's, like, a year and a half before we went into farming.

Q. So you drove truck for Oscar Meyer --

A. Yeah. For Oscar Meyer hog equipment. I mean hog company. Based out of Earlville.

Q. Were you driving hogs or were you driving other things?

A. Semis. Semis to haul hogs.



Q. So you were delivering pigs --

A. Yeah.

Q. -- to -- okay.

A. Yeah.

Q. Okay. And what was your interaction with the hogs as a driver?

A. Loading, unloading. I mean, all types of, you know, moving livestock.

Q. Okay. And for how many years were you driving with Oscar Meyer?

A. At that time I'm going to say three years, probably, before we started farming full time.

Q. So that would have been '77 to '80?

A. Yeah.

Q. Okay. And then you worked for maybe three years, you suggested, part time with S & R and then you went full time?

A. Well, always been part time with S & R's. At that time with my own construction company, we built products and stuff, too, and they -- you know, S & R was building hog equipment, too, and I helped out building some of the hog equipment for some of the buildings and stuff, too, with that, back and forth. And Steve Steffen, who owned

S & R's, hired me to do some remodeling work in his house and all this kind of stuff, too, back and forth.
Q. Steve Denton is? Tell me again who Steve Denton is?
A. Steve Steffen.
Q. Steffen?
A. He was the owner of S & R.
Q. Uh-huh. So you did work in his home?
A. Yes. Construction. Yeah. Building equipment and stuff -- I mean, building houses and stuff like that, too. Construction work.
Q. Okay. In any of your work with S & R, did they send you for additional job training? Or did you learn it all on site? On the jobs?
A. Well, I suppose you would call it just like a day -- you know, a seminar-type stuff. We always had them. You know, working with steel, certain types of steel and stuff like that. But I'm not sure if that's called training.
Q. Okay. But no -- no, like, vocational coursework or --
A. No.
Q. -- like certification classes or anything like that?



A. No.
Q. Okay. And then at what point did you go full time on your own farm?
A. After -- well, we started out farming part time. We always had livestock. Full time, nineteen-eighty -- no. It was the fall of '79, is when we started on the first farm. '79 to '80, and we lost that farm in '85, I believe it was. Yeah, '85. Pam said that, too, in her deposition.
Q. Uh-huh.
A. So --
Q. And then remind me, when did you acquire your -- you're still on the farm now that you acquired --
A. Yes.
Q. -- after that; right?
A. Yes.
Q. And remind me what year that was.
A. I believe that was '84, '85. I'm not exactly sure of the date.
Q. Was it the first farm --
A. When we moved up to it.
Q. You said you lost the first farm in '85; right?
A. That's -- yeah.



Q. Did you acquire the second farm that same year?
A. No, we rented this one after we lost the other one.
Q. Okay.
A. We moved up here after -- from that one.
Q. Okay. So it would have been '86 or '87?
A. What, we moved up here? No, I think in '85 we moved up here. Or -- '84, '85. I don't remember the exact years.
Q. Okay.
A. I'm kind of a --
Q. And do you remember, Mr. Sellner, at what time the farm where you live now started to become a zoo in addition to being a farm?
A. Like I say, right after we got there. I guess we really didn't -- we didn't open up to the public as a zoo.
Q. Uh-huh.
A. We got just a few exotic animals and it just grew up from there.
Q. So you think you acquired those first exotics very soon after arriving?
A. Yeah. We had a few of them right afterwards.



Q. Still in '85 or --
A. Yeah.
Q. Yeah. Okay. Do you remember what your first animals were?
A. Probably a raccoon and a few peacocks. I don't remember what we started out with.
Q. Did you get them all at once?
A. No. We acquired them soon afterwards.
Q. Okay. So you mentioned that you had your electrician's license, and then you started telling me about some zoo certifications and I cut you off to discuss other professional licenses. Go back to telling me about, like, zoo licenses or zoo certifications. Which of those do you hold?
A. Well, it would be the National -- what's it called? The National Feline -- membership in National Feline --
Q. Is it the Feline Conservation Federation?
A. Yeah, that would be one of them. I can't recall anymore what they all were anymore. I have bigger things to worry about than that.
Q. Are you still a member of that?
A. Yes.
Q. You are.
A. Yep. And it gets to the point where I'm

almost expired, Pam lets me know. See, Pam takes care of all the books. I take care of all the -- take care of the animals, feeding, you know, that kind of stuff, too, so she does the management end of it, too. Anything I need to know, she'll tell me and we discuss things all the time back and forth. We complement each other that way, too. What I don't know, she does, and I can do what she can't do, mechanical work, building, ironsmithing, you know, repair and that I do, so --

Q. So tell me a little bit more about your role on the farm, then. You mentioned that it's a kind of team effort and you complement one another. What do you see as your role at Cricket Hollow Zoo?

A. All the hoof stock, feed, bedding of all the big animal stuff. Pam will take care of the small stuff, I take care of the big stuff. And she does all the management work. If I see anything that looks sick, I'll tell Pam, she'll call the vets, stuff, too, with that. But Pam goes out all the time, check them, too. So we both, you know, kind of cover each other backs all the time that way.

Q. So which of the animals in the zoo would you say that you're responsible for? Any of them?



A. Sheep, goats, feeding of the tigers, lions, bedding them all the time, cleaning pens, and bears.

Q. So describe a typical day for you on the farm at the zoo.

A. In the wintertime or summer?

Q. Start with summer.

A. Get up 4:30 in the morning, 4, 4:30 in the morning, 'cause it's getting light out at that time. Go up to the zoo path, too, and check everything all out, make sure everything's clean and fed and, you know, there's not an old sheep that's laying there dead or something, died from old age or something.

I mean, like I said, just general appearance of everything, make sure everything's clean, too, with that, so when Pam opens up in the morning, she's -- you know, it's all in good shape. Make sure the waterers are all running and stuff good, there's nothing -- everything has water, too. So it's just the general appearance of everything looks good.

If the cat cages -- if they poop overnight or something like that, too, in the cages, I clean them out, too, in the mornings and



stuff before I go and stuff, too, and take that out of the way, too. And I check on the milk cows, make sure they're all okay, everything's fed there and stuff with that. And then I go to the house, change clothes, clean up, and head off to work by 6.

Q. What time do you get up?

A. 4 to 4:30.

Q. All right. So you then -- you start with the sheep and the goats; is that right? And then you move on to the zoo?

A. No, I walk up the pathway and I just check out all the animals as I go up.

Q. Do you --

A. I talk to the animals, especially the lions and tigers and stuff. They all come up to the front of the pens, I yell out their names and stuff, too, with that. I come up there and they all kind of greet me as I go up the pathway. That way I can always check and -- every animal has its own personality and you kind of know what they look like and stuff, you know, coming up there, too. If they happen to look like they're not doing very good that morning or whatever, or whatever with that, you know, a couple -- you know, all the way



up the line that way.

Q. So you do a full walk-through of the entire zoo --

A. Yeah.

Q. -- as you go up that line.

A. Yeah.

Q. And you clean every cage in the morning?

A. Just a spot treatment in the morning. 'Cause not every cage needs to be cleaned. When I get home from work, then I go through and clean all the cages again, too, feed everything and bed everything. Bed all the -- you know, the tigers and lions, I go through, check their bedding, too. If they don't -- if it's nice, dry, and fluffy, I just leave it, you know, but if it's matted down, I'll fluff it up a little bit, too, unless it's wet. Then I'll clean it out, put dry stuff in.

Q. Do you --

A. In the summertime that's very rare. It stays dry.

Q. How often would you say in the summer you have to change out the bedding?

A. As needed. Summertime, maybe once or twice a week if it's -- at the most. You know, if it's rainy weather, more oftener than if it's dry.

It it's dry, just fluff up the bedding. In the summertime, a lot of times they'll sleep outside. They don't even care to go in the building. I can see one day to the next they don't go in the building. They like to stay outside. Wintertime it's on a daily basis.
Q. And which animals were you saying might sleep outside?
A. Tigers, lions.
Q. Tigers and lions?
A. Yeah. Llamas, sheep.
Q. So when you do --
A. They all do that when it's warm outside. They'll sleep outside.
Q. What kind of bedding do they require?
A. We've experimented with wood shavings, cornstalks, but straw works the best. They just seem to like the straw the best.
Q. Okay.
A. It fluffs up nice and stays dry and stuff, too. It just -- they seem to be more comfortable. We've played around with different ideas. Whatever they like the best is what we'll give them.
Q. And then the rest of the enclosure is pea



gravel; is that correct?
A. Yes. That's correct.
Q. Do you ever have to change out all the pea gravel?
A. I'll use -- once in a while, like every couple years, it kind of slowly gets soiled or whatever, too, with that. We keep it clean, but it gets matted down. We've tried -- and have gone through with that and rototilled it up, too, with that and get it fluffed up again, too. 'Cause just in time it packs down like the concrete. It can do that. And there's times that -- the cages are constructed -- the tiger cages are constructed to where I can go in with a skid loader -- lock the tigers out, go in with a skid loader, take it all out, put all new, fresh stuff in. And that will happen once sometimes every other year. It depends how it is year by year. Always kept clean and dry. That's the big thing.
Q. So is pea gravel anything like kitty litter?
A. No. It's just -- it's gravel, but it's round and smooth.
Q. Okay. So when you do a spot cleaning, what does it mean to do a spot cleaning on pea



gravel?
A. Oh. Just go in with a rake. They use like a -- I guess you call them, like, fork rakes. But fork picks, I guess, it was, too. It's like a -- it's like a fork with little, tiny tines that they use in horse stalls. Just go in and pick the stuff right up out of the pea gravel, the pea gravel falls through it, but all the litter is still in there yet.
Q. Okay. You mentioned that you're also in charge of feeding the big cats.
A. Yes.
Q. How often do you -- how often or when do you feed the cats?
A. Every day.
Q. Yeah.
A. At nights when I come home from work, the first thing I do afterwards.
Q. Okay.
A. Start cleaning and feeding everything. I do that before dark.
Q. Always before dark?
A. Yes. Pam and I have a rule that everybody's out of the enclosures by dark. We don't go in after dark.



Q. And what's the basis for that rule?
A. Safety I think more than anything. And we've been pretty vigilant with it.
Q. So we heard Ms. Sellner talk earlier about the kinds of things that you feed to the big cats. Do you have anything to add to what she's said earlier?
A. No, she's very thorough about it. It's all meat, you know. Meat, fish, chicken, beef, stuff like that. So -- they get supplemented with -- I always call it Feline Oasis, but this Oasis -- what was that word? Whatever Pam said. But it's Oasis. It's a supplemental powder with minerals and vitamins, too, with that. And it comes in a little small, little scoop, too, with that, and every day it gets mixed in with the meat, too, with that. Just an extra precaution.
Q. Okay.
A. A balanced meal.
Q. So what's different, if anything, about your routine in the winter than the routine you just described?
A. More bedding. Spend a lot more time bedding. And hauling stuff out, too, with that. You know, they'll stay inside the buildings a lot

more and they'll litter up a lot more, so a lot more bedding. And up the meat, too, because they'll eat more meat, too, and I'll make sure they get plenty of meat all the time.
Q. And then you're gone by 6; is that right?
A. Yep.
Q. And that's still with Mills?
A. Yeah. I go to work at Mills.
Q. Okay. And then you're at Mills between which hours?
A. Until 3:30. 3:30, 4:00. It depends where we're at and what we're doing.
Q. And then you come straight home to the farm?
A. Yep.
Q. Okay. And when you get home, what happens next?
A. Well, as soon as I get home, go in to start feeding cats and stuff. That's when I do the big chores. All the cats and stuff, too, and feed sheep and goats and all that stuff, too, check their bedding, make sure the waterers are all clean and stuff, too. If they have to be scrubbed out and stuff, too, if something's getting dirty. 'Cause sometimes you get, like, some goats are



standing in the water or whatever, too. You got to clean it all out so it's nice, fresh, clean water all the time, too, for them and stuff like that. Just basically general cleaning stuff, too. Once I get done with them, then I go on to do my cow chores.
Q. Cattle?
A. Cattle, yeah.
Q. When you're doing those zoo chores, do you do them always alone or are there people who help you?
A. Pam's usually at the zoo at the time. So she's there with me all the time. She might be doing something else farther down the line and something, too, like that, but we're always within view of each other pretty much all the time.
Q. Anyone else who helps you do the cleaning and the feeding?
A. Not normally. No.
Q. Or the bedding?
A. Pam -- no. Pam and I always -- we don't let anybody else in the cages. It's just -- the two of us is the only two ever got keys for the chain lock to go in and we're the only people that's in the cages. Now, Pam has people that



help -- maybe her, you know, volunteers and stuff work with her stuff, too. But, no. When it comes to cat cleaning and stuff and feeding, I do that, you know, or if I'm not there, Pam will do it.
Q. So tell me about the process for cleaning a cage. You mentioned that you lock the cats away somehow.
A. They all have side cages and their houses and stuff, too. When I'm cleaning a cage, I just go up to the cage and I call them inside the building, you know. And we have guillatine doors and everything, too, and we lock the doors. After locking the door, I can open the other cage, go in and clean it out, too, put the food into their feeders and stuff, too. Then go back out, lock it all up, do stuff, too, and let them -- open the door, let them back out to the main cage, then I lock the door again, go in the building, clean that out, fluff up the bedding if it needs to and stuff like that.
Q. And you do that cage by cage.
A. Cage by cage.
Q. And we heard your wife say that some of the tigers live -- is it two by two? So you would have to get two tigers into a side cage?



A. Yeah. You just call them in. They walk right in.
Q. And they come to you? They know your voice.
A. They know my voice. Both Pam and I, you can walk right by them, talk to them, they come right up to the cages, too, so --
Q. So who constructed those cages?
A. I did.
Q. Okay. How did you learn how to construct them?
A. 50 years of welding and building livestock equipment.
Q. In terms of --
A. I mean --
Q. Okay.
A. I mean, I've worked with other engineers and we've tried different things at different livestock. I mean -- and I tried to find books on stuff like that and that's next to impossible, because where do you find the expertise in that kind of stuff? So it's just a lot of years of experience, and engineering books and stuff, too, like that, try to figure out how heavy to make stuff, so you make it about four times heavier than

that, too.
So everything is made out of heavy, nine-gauge chain link fence or welding wire, too, which is -- you have to special order it, because nobody sells it that heavy. So we do that working with local contractors, too. We special order heavy nine-gauge chain link wiring, too, and I, you know, buy the quarter-inch two-by-two steel tubing, too, guardrails, all that stuff. It's more than adequate to hold everything in.
MR. PIERCE: One second, Tom. I just want to make sure.
(Discussion off the record.)
Q. (MR. PIERCE) Did I hear you say that you design the cages to be four times heavier or thicker?
A. At least.
Q. Four times heavier than what?
A. As a tiger coming running at it trying to get through.
Q. Oh, four times heavier than the animal?
A. Way more.
Q. Oh.
A. Not the weight of the animal, but we tried to figure out -- this is kind of a



complicated formula. We tried to figure out how fast an animal could run into something, too, to break through it. We learned this from engineers with buffalos, and buffalos can take out about anything. But we don't have a buffalo to worry about, so -- but, yeah. We tried to do a projection. I'm in engineering, so I do a lot of engineer work and we try to figure this crap out, so -- and, you know, we think we have it figured out.
Q. Where do you do your engineering? On a computer or --
A. Computers and out of books, both. Through that at work, too, with that, on the computers, we have, you know, a lot of software and stuff, too, working on -- we built a lot of things there. So -- and we play around with that kind of stuff trying to come up with something. 'Cause there's just nothing out there for that type of, you know, information.
Q. Now, talking about information, you're referring to, like, the materials to use?
A. No, not the materials to use. We have all those formulas. It's just trying to figure out how heavy to make it for a tiger.



Q. Is there any information about the shape or the size of these kinds of enclosures?
A. Not a lot, no. It was basically built by what Pam decides. You know, what space we have or how much room she wants and stuff, too, with that and we go from there.
Q. So you don't read anything that would help you to decide what shape or size to design those?
A. Bigger would be better. You know, it always would be that way. You know. Even USDA requirements of a cage is actually quite small. We would never go on something like that. We always make them a lot bigger than that. I don't think they're big enough, to be honest with you, what USDA requires. Ours is way oversize for that, but --
Q. So you're aware that the USDA does have certain size requirements?
A. Yeah. And I don't recall the size of it. It's quite small.
Q. Okay. So we heard from Dr. Pries yesterday that there was one episode in which a tiger got loose when you were in one of the cages. Can you tell me about that?



A. I wasn't in the cage.
Q. Well, okay. Tell me, where were you?
A. It was really -- it was an accidental feeding -- a feeding accident, I guess you'd call it.
Q. Okay.
A. It's -- I accidentally opened the wrong door up to let him out and stuff, too, without realizing it and he came -- after I was feeding the other cat, came back -- the other tigers come back and he came up behind me. I mean, I'm trying to remember, because it wasn't a big deal. I didn't think it was a big deal. But he came back and he bit me in the arm and the head and stuff, too. I was yelling for Pam to help me. By that time he ran back in his cage, we closed the cage up, and Pam called for the ambulance and stuff, too, and they took me to the hospital, some stitches, a couple days later and back out. Back doing chores.
Q. Which tiger was that?
A. It was Shere Khan.
Q. Shere Khan?
A. Yeah.
Q. And it wasn't inside the cage?
A. No. I already left the cage. Just

instead of opening the door like in the cage, I actually let him out. I didn't realize it at that time.
Q. So he was -- Shere Khan was outside of the cage --
A. Yeah.
Q. -- when he got you.
A. Yep.
Q. But then on his own, when you yelled or when Pam yelled or --
A. When I yelled and stuff, too, he went back inside.
Q. He went home.
A. Yeah. And I took my arm and pulled the lever that locks the door and strapped it down. That's when I realized what I did. I don't know why I did it that way, but I wasn't thinking.
Q. Have there been other accidents or incidents like that?
A. No, that's the only one.
Q. I can't remember if Shere Khan had his claws.
A. No. He was one that did not have claws. The last one that did not ever have claws.
Q. Okay.



A. You guys think it was a big deal. It really wasn't. I mean, to me a big deal is when you lose your son and lose your dad and lose your brothers and stuff, too, and they've all died and stuff, too. That is what I remember. Little deals like that -- if somebody else got hurt, it would have been a big deal, but to me -- now, if I got killed, that would be a big deal.
Q. Were you afraid?
A. Kind of, yeah. 'Cause I didn't know how far he would go. But he didn't go very far with it before he went back in. Which always surprised Pam, 'cause as calm as Shere Khan is, as nice as Shere Khan is, she's always been surprised that he did attack me.
But -- I think, I don't know for sure, but it was a hot day, hot morning when that happened. I think when he got out, he didn't like being out in the enclosure. You know, 'cause it's all inside the fence, enclosures. He could have never got out in the public. But inside the enclosure, I think he thought he was coming back to his door to get back in and I happened to be in the way. I think he might have thought that I was trying to keep him out and he didn't want to be



out.
(Interruption by court reporter.)
A. You know, that I was maybe keeping him out of his house, you know, again, so if he wanted to get back in, probably taking me down and knocking me out of the way is probably what he thought maybe would get him back in. So -- and I didn't know at that time he was out yet, so -- I think that's what, you know, he may have been thinking. I don't know. It wasn't a big incident, though.
Q. It's actually so. And no other incidents with tigers. Any other incidents like that with other animals?
A. Not really, unless you're talking about a horse biting you or something like that 'cause you're feeding them. You know, normal things. Kicked by a cow. I mean --
Q. So have you designed and built every enclosure at the Cricket Hollow Zoo?
A. Yes. Except for some we have are corncribs. Heavy Behlen corn cribs. They are designed by corncrib companies, of course. We took them down off the farm and put them up, too, for the cats. And they're well built, too, so there's



no sense changing the design of that. We cement them down and stuff, too, so they can't blow over, stuff like that.
Q. And why would you use a corncrib versus build one from scratch?
A. Because I've seen at Osborn and all those people do it, too, and that. And, actually, it works -- you know, for the certain -- for the size and area we need, they're more than adequate and work very well.
Q. So which --
A. For, like, the bigger tigers and stuff, it's not -- I didn't think so. What USDA would require it would be, I don't think it is, so we built bigger cages for them.
Q. Remind me, what animals at Osborn did you see in corncribs?
A. They had their birds and different -- yeah. All kinds of stuff in them. They have a bunch of them up there. At other zoos I've seen, small zoos have done it, too. You know, it works good for that. But, I mean -- but I wouldn't put a tiger in there. It's not enough room for them to run around. So we have bigger cages for that we built from scratch.


Ex. 7-0492

Q. Which of your animals are in corncribs?
A. Each bear has one, too, and then there's an open -- you know, then they get between the two for breeding purposes. And they have their own houses in between, but we can open them up so they go back and forth between two cages if they want to. And we throw -- a lion is in one of them, too. A bobcat's in one.
Q. So a bear, a lion, and a -- two bears, a lion, and a bobcat?
A. Yes.
Q. But a tiger, no.
A. Too small for a tiger.
Q. Too small?
A. I mean, that's my opinion. USDA would say, no, it's big enough, but not really.
Q. Does a lion need less space than a tiger?
A. No, but they don't run around as much and stuff, too. They got still outside enclosures, they run into their side pens and back and forth, and they just don't seem to run as much as a tiger wants to.
Q. What about a bear? Does a bear need less space than a tiger?
A. They seem less yet. Yeah. So -- they're



happy to play in their tub and sit in their bathtub all day with water in it in the summertime. We have misters and fans for them, too. They're kind of lazy.
Q. The bears are lazy?
A. Yeah. That's my opinion. They don't do a whole lot all day. They just wait for somebody to come along and put more food down the tube all day. And even though they got other food sitting in their, you know, feeder, they still like to be fed by kids. So they sit there by the tube all day 'cause -- you know, just wanting somebody to feed them.
Q. I assume you feed the bears, too, in addition to the tigers.
A. Yeah.
Q. You're in charge of the bears.
A. Yeah.
Q. So you mentioned you're still a member of the Feline Conservation Federation?
A. Yes.
Q. Do you remember how you became a member of that?
A. Pam took care of all that.
Q. Okay. Have you taken any courses through



them?
A. No, she fills me in all the time. I'll cover at the zoo and the farm and stuff, too, with that when she's gone to their meetings and stuff, too, and she fills me in on all the information. If I have any questions, I can always ask her and stuff, too, 'cause I rely on her for all that information. All the management information and that kind of stuff, too, so -- that's the part that she takes care of.
Q. The management.
A. Yep. Total management.
Q. So what comes -- what falls under management? Help me understand that.
A. All the paperwork.
Q. Paperwork? The paperwork for the zoo.
A. Yeah.
Q. Yeah. What else is under management, do you think?
A. Working with the people every day and stuff. Yeah. All that, you know. She goes through and checking livestock, just like I do. She's always watching the animals and stuff, too. And she takes care of all the small stuff like that, stuff all in the reptile houses, the birds



and -- the monkeys she takes care of all the time, too, unless she wants help cleaning pens or something, too, and she'll get me for that. But she pretty much takes care of all that.
Q. So you mentioned that sometimes you might see -- if an animal appears sick, you would tell Pam?
A. Yeah. Right away.
Q. When have you observed an animal that appeared sick to you?
A. It's rare, but once in a while you get -- like a goat that just doesn't act, like, normal. When I walk in the mornings, every animal has its own personality. Goats, sheep, and all them, too, like that.
MR. THORSON: Slow down.
A. Okay. Like the goats and stuff, too, there's certain goats that come out of their house faster than the other ones in the morning when I yell for them, too, like that. They come out and I give them the grain. And there's -- every now and then you get one that comes out later than normal. The other ones, even the slowest ones, beat the other ones out, and you know something's wrong. You know, and you're watching for a little bit, is

he still half asleep or is he actually not feeling good or whatever, and I'll mention it to Pam. And just all the animals are that way, too.

Q. So you mentioned the goats. Have you ever seen a tiger who looked sick to you?

A. Once in a while I'll have her take a look at one that just doesn't seem to be quite right. She will look at it, too. Double check. 'Cause she always checks in the morning, too. Sorry. I talk fast.

She checks also, you know, too, at that. And she just -- just in case she misses something -- I mean, I miss something that she saw later on. But we both keep an eye on all the animals, all livestocks that way. The horses, cows, calves, all that stuff.

Q. So what -- you mentioned that you grew up on a farm. Do you have other experience that would help you know when a tiger might not be well? Or is it just a change in personality?

A. Change of personality is a lot. You know, when there's a change in weather, that's another clue to start watching them close. 'Cause it gets really cold, you know, they don't get sick from being cold or hot, too, if they're -- you



know, turn on misters and fans and stuff like that, too. You know, a change of weather, like as in kids, you know, that's when they get sick if they do get sick.

Q. So not coming out right away for feeding is one sign when maybe a goat has a change in personality?

A. Maybe, yes.

Q. What other things would you observe that might be a change in personality?

A. Droopy eyes, runny -- I mean, not droopy. I mean, droopy ears, maybe watery nose. Just -- I mean, just -- I mean, just kind of a slowed-down personality, basically. You know, I'm not sure what the right word to say, but just -- you know, you can just tell from the animal just not the way he normally is.

Q. So on any of those occasions when you have observed those kinds of symptoms and you've told Pam about it, has it ever turned out that the animal was sick?

A. A few times.

Q. What kinds of sickness?

A. When they have a cold or something like that, too, with that, too, and she'll call the vet,



see if it's -- have the vets take a look at it, too, if she thinks it is. But most of the time it's not.

Q. Which animals have had a cold, do you know?

A. When they get a runny nose, like sheep or goats and stuff, too.

Q. Okay. Have you ever observed that a tiger was sick in any way?

A. No. Been a few times maybe a tiger looked like it wasn't really quite right, too. I had Pam take a look at it, too, and stuff, too, at that and call the vets on it if we need to.

Q. What about a lion?

A. Same way. It's very rare to have one of them sick.

Q. Have you ever noticed that a lemur had a change in personality?

A. That is something more Pam takes care of all those animals.

Q. Okay.

A. Lemurs and stuff, too.

Q. What about the serval?

A. And same way. She takes care of that most of the time, too, the smaller stuff.



Q. Wolves?

A. I take care of them all the time, and the same way with them. I'll watch -- you know, I see them all the time, too, when I go in and feed them and stuff, too. The wolves I don't lock out, 'cause I don't really call them wolves. They're more like dogs. You know, it's just -- they come in, they like to be petted all the time, too, when I feed and water, too, and you can just tell from there, you know, what kind of characteristics they are that day.

But they're very tame. That's why I always call them dogs. That's how they're listed at, anyway, the dog tags on the gates and stuff, too, 'cause that's how the USDA looks at them. They're wolves hybrids. They're classified more like dogs. And that's the way they act, too.

Q. What's the protocol with the wolves? Is it different than the wolves? Can you enter the cage with the wolves?

A. I can lock them out if I want to. We have side cages, too, at that. But the wolves are very tame, and so, therefore, I don't have to lock them out. I just go in and feed and clean, too, at that, and they think it's kind of funny. We're,

you know, scraping up the poop all the time, too, and they watch you and they'll follow you around and you just pet them and play with them, too, at that, you know. Same way with feeding and stuff, too. They have automatic waterers and stuff, but they're a very tame animal.
Q. So are you in the wolf enclosure and the tiger enclosure and the lion enclosures every day?
A. Yes.
Q. Okay.
A. Every day they have to be cleaned.
Q. Okay. So like the Feline Conservation Federation, any other associations or accreditations for you or for the zoo that you know of?
A. I can't think of any right off the bat, 'cause, like I say, Pam takes care of most of that kind of stuff, so -- I can't think of other stuff.
Q. Are there any publications about zoo animals that you might read?
A. Everything Pam gets.
Q. You read everything she gets?
A. I read everything.
Q. What are some of the --
A. Even at break time, I was out there



reading the Wall Street Journal. I read farm magazines, I read engineering magazines, and I read, you know, all of Pam's felines and all of her Animal Finders' Guides. I read everything.
Q. Do you read anything that Pam doesn't read?
A. That Pam doesn't read?
Q. Yeah. You read everything she reads. Do you read more than Pam?
A. Well, not everything she reads. I don't read her Good Housekeeping magazines. Well, sorry. Better Homes and Gardens, that just doesn't excite me. Anything that Pam doesn't read?
Q. Uh-huh.
A. She don't care for engineering books.
Q. Anything that's zoos that you read that Pam doesn't read?
A. I can't say so. We have the same interests in all that stuff. I don't think so.
Q. When you acquired the farm, did you ever think that you would be running a zoo in addition to the farm?
A. No. That came later.
Q. And how did that change your life?
A. I don't know if it really did. We both



love animals. We always did. We grew up with animals and we always had them. I mean, they're our kids. Kind of how I look at it. We have no kids, we have no grandkids, and to us, that's our life.
Q. Was that a conscious decision that you made?
A. Yeah.
Q. That you preferred animals to kids?
A. Oh, no. We tried to have more kids. We just can't have more kids.
Q. Oh. Okay.
A. Then we lost -- we had one good son and we lost him, so -- and that was a bad loss for us, but --
Q. Yeah. I'm sorry.
A. Yeah. But -- no, it would have been nice if we could have had more kids, but we just couldn't, so --
Q. What kinds of things do you find in the Animal Finders' Guide that are useful to you in running a zoo?
A. Different -- what I like about that is Pam looks at the animals, I look at all the caging and ideas that other people do for caging, all this



kind of stuff, and animal enrichment ideas and stuff like that. When you typically go to a zoo, you probably look at animals. I not only look at animals, but I look at the cages and all the engineering ideas and new ideas for the zoo, stuff like that, and we try new things because of things I see there. And somebody comes up with an idea that would be kind of clever and I'll incorporate it in our zoo, too.
Q. So you learn about cages from -- what was the --
A. From the experiences basically.
Q. Was it Osborn?
A. Not just Osborn. Osborn is just one place in many. From all zoos. There's Blank Zoo, Madison zoo, St. Louis Zoo. But it's just learning from experience that way and from building trial and errors and different ideas. Every time you get done with a building -- it's like building houses, too, with that. You always come up with better ideas the next time around, too. An idea you can, you know, build something better. And cages are the same way. There's always something I think, why didn't I think of this before? We could have done it this way, made an extra cage, extra doorway

here, there, maybe help there. And sometimes I'll go back and I'll do that, and the next time you build a cage, you incorporate that into it with it.

Q. What's the newest cage that you've done?

A. Probably the wolves. We're always updating cages over time. Every year we do more cages. Wolves and probably tigers were probably the last big ones we did. I updated it and I keep updating all the time.

Q. What are the best features of either of those cages?

A. Bigger in size.

Q. Okay.

A. I like bigger and better.

Q. What else makes a cage better?

A. More handling of the animals, more doorways in to lock animals out for more different pens and stuff like that, too, makes it easier accessibility, and large doors where I can go with the skid loader, clean out --

MR. THORSON: Slow down.

A. And I can go in with the skid loaders, clean out the substrate, you know, the gravel, put new gravel in, make it easier that way. 'Cause that's one thing I didn't like about the old style



corncribs, too. They make nice cages, heavy cages, but you have to do everything by hand in there. You have to scoop everything out by hand and scoop everything back in by hand. And in a larger cage, it takes a lot longer to do that, so, therefore, I have to do more mechanical stuff into it. And they're set up to where I can lock all the tigers out completely, too, at that, I go in and clean them out. I put new logs in, there's scratch logs in there, too, put more play toys for them and stuff like that.

Q. How often would you put a new scratch log for a tiger?

A. Whenever the old one gets bad. Some stay there for a couple years in good shape and some tigers will tear it apart the first year. As they need it.

Q. How often would you have to change out the toys for the tiger?

A. When they destroy the old one. Sometimes in a month and sometimes it will last all year. Get certain things like a plastic barrel, the tigers will rip one of them up. I've seem them do that in a couple weeks and sometimes, you know, the lions and stuff, it may last for four, five, six



months. But give them a tire or something they can't tear up, that will last all year. But you've got to keep it clean. That's the bad part about the tiger. Tigers and stuff, they're dirty. You know, you've got to take them out and clean them up all the time.

Q. The toys?

A. Some of the toys, yes.

Q. Some of the toys.

A. Yeah, so it's as different as it gets.

Q. So you listed a few of the other zoos where you've been done. One was Osborn, one was Madison.

A. I've been to Madison, yeah.

Q. What were the other zoos that you've been to?

A. St. Louis, Omaha. Let's see. Oh -- I'm trying to think of small ones I've been through. Years ago. Up in Wisconsin. I can't think -- Pam mentioned its name. I can't think of its name.

Q. Is that the Animal Haven?

A. Yeah. Animal Haven.

Q. Animal Haven in Wisconsin?

A. Yeah.

Q. So in any of those zoos, you mentioned



that you learned about how to improve your enclosures by observing what people have done elsewhere.

A. Yeah.

Q. In any of those zoos, where do you think they have done a great job, say with their tiger enclosures?

A. I don't know if I'm impressed with any of them, to be honest with you. I like big, spacious zoos, but the thing is, those tigers and the lions and stuff will hide way in the back and you never see the tigers and lions. That's the problem with them. Where you get smaller ones, too, you can actually see the lions and tigers, they are out there closer to people, get more, you know, in with the people, too, at that. And people observes more and like to see the animals better that way.

But the pens aren't as big as -- you know, like, you go to, like, the Bronx Zoo, and all the pictures I've seen of all them, too, and San Diego Zoo and all of them, too, at that, New York, you know, Miami, Busch Gardens, all them, pictures I've seen of them, beautiful habitats, but you never see a tiger 'cause they're all laying back -- you know. It would be nice to have that kind of

habitat, but, you know, if you don't see the animals, what do you see?

Q. So would you say, then, that --

A. So -- but I'm not impressed with any of them. They have nice facilities. Very nice facilities. But we're not them. We're just a small farm zoo for local kids. That's what we built it for and that's what we want them for. And to see the smile on those kids and the kids having fun, you know, watching the monkeys and stuff play all the time and seeing the tigers and lions and feeding the goats in there, too, it's priceless to see their faces. And they have a lot of fun doing it. That's what we live for, doing it.

Q. So would you say, then, that the main goal of the enclosure is to make the animal observable to visitors?

A. Yes, and make the animals -- big enough for the animals to be comfortable. 'Cause they're, like, sleeping all the time, too, on top of their boxes and stuff. Make it very comfortable for the animals and stuff, too, at that, and not to be made so big that people can't see the animal.

Q. So there's some optimum size, then, where it's big enough for the animal, but small enough



for observers.

A. Yeah. But I wish I could find that. Yeah, it's a tough question to find an answer for.

Q. You also mentioned in reading the Finders' Guide that you get ideas there for enrichment, and we talked a little bit about, you know, the scratch logs and the toys for the tigers. Where else have you learned about how to provide enrichment for the animals?

A. Pam tells me ideas all the time. And she's a good source for that, 'cause she reads a lot of that stuff that I don't even read, too. But, yeah, that she finds or she sees at other zoos, and talked with USDA and her vets and stuff, too, they have ideas. I mean, you look everywhere for ideas all the time. And working as an engineer, we do that with everything at work and stuff, too, we work with other people, you know, nobody gets bullheaded about one idea. We all work together and try to find the best product for the -- to accomplish the job.

Q. So when you're building a new enclosure or thinking about new toys to provide, are there people that you ever call for advice on that?

A. Who?



Q. I don't know. I'm asking you.

A. I've asked that question a thousand times. Like, you know, where do you find information? I'll read everything we can and Pam has ideas that we'll incorporate, too, with that, but where do you find the information? That's the thing, you know. It just -- it's hard to find an engineer that, you know, works on a small zoo like that, too, that would have ideas of that, too. Either they're all engineers, you know, for large zoos with, you know, an unsurmountable amount of money to work with or they don't get into it at all.

Q. Okay.

A. So --

Q. So in your experience, it's hard to find somebody who can help you with your size zoo.

A. I've had people ask me about a lot of stuff. I'll give them the ideas that I have, you know, and go from there, but they have the same problems I do. Where do you find the information?

Q. Do you have any particular skill that -- obviously in engineering and welding and a number of creative areas. Do you have particular training or background in any of the things that Pam does



that you've said were management, like finances or accounting or recordkeeping?

A. We talk about financing all the time and stuff to do with that back and forth. We've both been through FFA, too, and I had two years of high school accounting and stuff, too, so I have, you know, some bookkeeping background and stuff, too. And we talk about financing, is this going to be justified to do this and that, which you know the amount of money we've had to work with and stuff, too, with that and the cost it's going to take to build this and that, you know --

MR. THORSON: Slow down.

A. Sorry. So, yes, we both work on financing all the time and stuff like that.

Q. You mentioned sometimes you talk together about whether a certain thing might be justified in terms of expense, I guess. What kinds of things have you had to think about whether an expense was justified related to the zoo?

A. Do you buy elephants, giraffes. I mean, that kind of stuff that, yeah, it would be kind of fun to have, but, you know, I don't know. The cost of keeping one up and the fencing and enclosures, it would be pretty tough to justify.

57

Q. So you've thought about elephants.
A. We laugh about it. You know, we really didn't think a whole lot about it. But stuff like that. It's that kind of stuff, you know. Some of the stuff, yeah, it would be nice to have one, but -- you know. Let's get realistic here.
Q. Are the considerations for, say, tigers or lions different from the considerations for elephants or giraffes?
A. Yes. Because tigers and lions we can manage.
Q. What makes them manageable?
A. 'Cause they are smaller, we can handle them. Where two of us wouldn't be able -- and with our volunteer help and stuff, the other people, we wouldn't be able to manage elephants, giraffes. I mean, that's a different story.
Q. What's unmanageable about those animals?
A. Size. And cost of feeding. And managing. And we don't have the expertise in that kind of stuff. We'd have to learn it all.
Q. So at this point, though, you have the expertise to do the animals that you do have.
A. Oh, yes. I do think we do.
Q. And you acquired that expertise how?

58

A. Through Pam for her training and stuff, and from experience working with vets and all that skills people. If we have any questions, we ask.
Q. If you have more space or more money, can you acquire the expertise to handle an elephant?
A. An elephant? I don't know if we would, because we're not an area big enough to where it would justify the cost, bringing that many more kids in here to really justify the cost of having an elephant, elephants, and that. So I'd say probably no. Use realistic values.
Q. Okay. So you mentioned that one of the joys of running this zoo is that kids come and they see the animals and they have a really good time when they interact with those animals. Do you think that children would come to your zoo without tigers?
A. It would kill a lot of traffic.
Q. Yeah.
A. It would.
Q. Why is that?
A. That's what they come for. Tigers, I mean, they can -- a lot of kids have goats or been around sheep and goats and stuff like that, but -- in this area here, we have a lot of farm animals,

59

but nobody has tigers and lions they can actually see right up front. Yeah, that would hurt.
Q. Are the kids excited about other animals at your zoo?
A. A little bit of everything. They watch the monkeys, lemurs, all them.
Q. They are most excited about the lions and the tigers.
A. I won't say most, but they are -- you know, a lot of them come for that reason.
Q. Okay. So you have the expertise to care for the animals that you have. Do you have particular training or background in veterinary care?
A. No. Just what -- been around livestock all my life and with veterinarians. If we have any questions, we can call and ask them.
Q. So we heard your wife talk about some of the conversations that she's had with Dr. Pries and some of the efforts that she's made to improve the health of those animals, like administering shots or delivering antibiotics. Do you ever provide any of that care to the animals?
A. I help them all the time with that.
Q. What kinds of things do you do?

60

A. Well, if we need to cage up an animal, stuff like that, too, I'm there to assist them and all that kind of stuff. They will administer shots and stuff like that and the advice on it, too, but I'm there to help them catch the animals or if we have to cage them up for some reason or whatever.
Q. So you don't deal in the medicine itself. Just the handling.
A. Not likely.
Q. Okay.
A. Nope. Especially the exotic animals. Usually it takes more than one person. So they take care of that while I help restrain the animal or stuff like that if need be. Or put it into a cage to take it to the veterinarian, I'll help Pam with that. Basically hands-on help.
Q. Do you sometimes have to restrain the animals at the zoo?
A. No, it's set up to where we don't usually have to restrain them. Usually, I mean -- unless you're trying to put Pam in there to catch them to take them to a veterinarian or whatever. Big animals, they're all right there. We never take them out. But maybe something small, like a bird or something, you know.

Q. Okay.
A. Something like that, you know, help catch them and stuff like that or whatever, put it into a cage.
Q. So if Obi had to go to the veterinarian, who would catch Obi? Who would get Obi --
A. She'd just open the door, Obi would walk right out and climb up on her and go in the pen.
Q. Okay.
A. And she still does. Just cage cleaning, you open the door up and she runs to Pam and she hangs onto Pam -- he hangs onto Pam while I clean the pen out and stuff. Yeah. Obi's nothing.
Q. Are there any of the animals that are -- are there any of the zoo animals that you've had to take to Dr. Pries that you've had to catch in some way?
A. No, other than just -- you mean a big animal or a small one? Once in while she'd have a small, like a chincilla or something like that. I mean, that's not a big deal.
Q. Right.
A. But, no. A big animal?
Q. Bigger than a chincilla but smaller than a tiger. 'Cause you said you don't move the



tigers.
A. Oh.
Q. Like a wolf or a serval?
A. They all get treated right there.
Q. Do they?
A. Yeah. There would be no reason to take them up there. I mean, unless it's an emergency. If one -- I don't know what it would be. Never had to.
Q. Never an emergency?
A. Not like that, to where the vets come out. You know, for some reason like that, you know, if there was -- if one had a snotty nose or something, we'd just call a vet to come out and take a look at it. If we needed to give them a shot there, we would, but I wouldn't call that an emergency.
Q. Okay. So you mentioned you know that the USDA has certain requirements for the sizes of the enclosures and that your cages tend to be bigger than those, 'cause of the --
A. Oh, by far, much bigger.
Q. Do you know about other requirements under the Animal Welfare Act? Do you read about other things that the USDA might require?



A. We have to, to be built in the cage, too, stuff like, you know, feed pans, waterers, all this kind of stuff. I mean, they aren't going to let you just put a little holes in there for water. Nothing like that. It's got to be something that they can have water all the time.
Q. So where do you read about this?
A. In Pam's books and stuff. And USDA book. Pam pointed out to me when we're building, too, we have to have this, we have to have that, and stuff like that, too.
Q. Is that the Blue Book that she called it?
A. Yeah. Usually always do call it. We always call it Blue Book.
Q. Okay. Have you ever helped Pam to acquire animals?
A. Very rare. 'Cause she takes care of the buying and selling of the animals and stuff, too, and the donations and all that kind of stuff.
Q. Okay. So you maybe discuss the feasibility with her, but --
A. Well, knowing how it works, if she's looking at maybe -- say she's looking at a certain animal, so before we get the animal, we have to have a cage built for it, too, so -- and she's



serious about buying this animal, so we need to build a cage for it. We discuss the size of it, too, I'll try to design it, you know, to where something will work out the best for that animal, so that way, when she comes with the animal, it's already built ready to put them into it.
Q. Okay. And you would only build a cage for an animal that you were sure to get or do you ever build cages hoping to get animals some day?
A. Both ways.
Q. Okay. We talked -- we heard earlier from your wife about an emergency plan. Do you know what role you would play in an emergency on the farm?
A. As in what type of emergency?
Q. I don't know. It can be like a severe weather emergency or a sick animal emergency.
A. Well, if it was like a sick animal, and I have to come home right away, I can do that and get an excuse from work right away. She gives me a call, I keep my phone on all the time, because those people work with me. But I can come home and help her with it right away. I mean, I don't know what other type of emergency it could be.
Q. I'm thinking, I don't know, like a -- do