1   their veterinarian maintain a proper
2   calcium-phosphate ratio in their animals?
3      A.   You just have to see what other people
4   have fed or call a nutritionist.  'Cause I'm not a
5   nutritionist.
6      Q.   Have you ever advised Ms. Sellner on how
7   to maintain a proper calcium-phospate ratio?
8      A.   I'm not a nutritionist.
9      Q.   Okay.  So I also reviewed the program of
10  veterinary care that Ms. Sellner provided to us
11  through Mr. Thorson that you and Ms. Sellner would
12  have discussed together.  Do you remember creating
13  a program of veterinary care for Cricket Hollow
14  Zoo?
15     A.   I know we did it.
16     Q.   Okay.  In the program of veterinary care,
17  there are a number of things that you checked off
18  as having discussed with Ms. Sellner, so I wanted
19  to talk about those things with you.  One was
20  vaccinations.  So I'm wondering, for the zoo
21  animals, not like the sheep and goats, but the
22  captive wildlife at the zoo, what kinds of
23  vaccinations do you use for Ms. Sellner's animals?
24     A.   Nothing.
25     Q.   You don't vaccinate?

1      A.   In Iowa they're considered wild animals.
2   Veterinarians don't vaccinate them.
3      Q.   No veterinarian?
4      A.   We've got ferrets we vaccinate.  None of
5   them are labeled for those animals.  It would be
6   off label.
7      Q.   Do you think they vaccinate at the Omaha
8   zoo, or not there, either?
9      A.   I don't know.
10     Q.   Do you vaccinate any of the animals at
11  her zoo?
12     A.   No.
13     Q.   Okay.  So another thing in the program of
14  veterinary care is parasite control.  What do you
15  do for parasite control?
16     A.   She does oral dewormings and we've got
17  baits that we use for fly control.
18     Q.   What kinds of oral deworming do you
19  recommend?
20     A.   They use Panacur Safeguard.
21     Q.   Panacur?  And what's -- is Panacur
22  indicated for wildlife or domestics or what?
23     A.   Off label.
24     Q.   It's off-label use?
25     A.   (Nods yes.)

1      Q.   Okay.  And what was the other one?
2      A.   Fly control.  Usually baits.
3      Q.   Tell me a little about baited fly
4   control.
5      A.   Normally what we use is safe in food
6   processing plants and meat lockers, and she puts it
7   out where the animals can't contact it, but the
8   flies do.
9      Q.   So what happens to a fly when it contacts
10  the bait?  I mean, is it like -- is it like
11  flypaper, like it sticks to it, or --
12     A.   No, it dies.
13     Q.   It eats it and dies.
14     A.   Uh-huh.
15     Q.   Okay.  Anything else you do for fly
16  control?
17     A.   Around the monkeys is about the worst,
18  and inside the buildings, and the baits usually
19  take care of that.  And outside is Iowa.  Keep the
20  feed cleaned up and the poop cleaned up and you
21  don't have as much fly problem.
22     Q.   The baited -- the baiting, is that for,
23  like, you know, what we commonly call houseflies or
24  does it work on fruit flies, as well?
25     A.   Fruit flies aren't going to be attracted

1   to this stuff.
2      Q.   Just the black fly?
3      A.   Barn flies, domestic flies, houseflies.
4      Q.   Okay.  Anything you recommend to the
5   Sellners about fruit flies?
6      A.   Fruit flies aren't considered an animal
7   problem.
8      Q.   Not an animal problem?  Okay.
9      A.   It's the food that's around that the
10  fruit fly wants.
11     Q.   So fruit flies don't harm animals?
12     A.   No.
13     Q.   Do the other flies?  Can the other flies
14  harm animals?
15     A.   Domestic flies don't, but they're just a
16  nuisance.
17     Q.   What about barn flies?
18     A.   Same -- same fly.
19     Q.   Oh.  Okay.  Horsefly, deer fly, those
20  things here in Iowa?
21     A.   Yes, but they're -- there will be
22  individuals that are just going to cause a problem.
23     Q.   What kind of problem?
24     A.   Bite you.
25     Q.   And the animals?

Case 6:14-cv-02034-JSS  Document 20-17  Filed 06/01/15  Page 1 of 33  Ex. 7-0538
Page 101 to 104 of 158
26 of 58 sheets

105

1    A.   Yeah, if it likes the blood on that
2 animal.
3    Q.   And does that create a problem for the
4 animal?
5    A.   I don't like them on my head.
6    Q.   So it's a nuisance.
7    A.   Yes.
8    Q.   Okay.
9    A.   But you'll have maybe one compared to
10 maybe hundreds of domestic flies.
11    Q.   Okay.  You mentioned the flies were worst
12 around the monkey house.  Why do you think that
13 was?
14    A.   Well, it was inside.
15    Q.   Oh.  Are flies usually worse inside than
16 outside?
17    A.   Maybe.
18    Q.   Okay.
19    A.   You have flies in California?
20    Q.   We have some.
21    A.   Okay.
22    Q.   Yeah.  Let's see.  In preparing the
23 program of veterinary care, you would have
24 discussed zoonosis with the Sellners.  I assume
25 that means zoonotic disease?

106

1    A.   Zoonosis.
2    Q.   What kinds of zoonoses would you have
3 discussed with the Sellners?
4    A.   Possibility of rabies --
5    Q.   All right.
6    A.   -- lepto.
7    Q.   What's lepto?
8    A.   It's a spirochete that affects the
9 kidneys.
10    Q.   Okay.
11    A.   Waterborne.
12    Q.   Any other zoonoses.
13    A.   I'm sure there's some streps that could
14 cross species.  Not very many.
15    Q.   Okay.  Do you ever vaccinate for rabies?
16    A.   In Iowa we don't vaccinate wild animals
17 for rabies.
18    Q.   Can you vaccine for lepto?
19    A.   Possibly.
20    Q.   Possibly?
21    A.   I wouldn't vaccinate for lepto.
22    Q.   Okay.  What about TB?  Is that a problem?
23    A.   Could be, but it's not in Iowa.
24    Q.   Okay.  So you don't check for TB here in
25 Iowa?

107

1    A.   Only if the State asks me to.
2    Q.   Okay.  Another thing in the primary --
3 I'm sorry.  In the veterinary care program is
4 called environmental enhancement for the primates.
5 Do you remember discussing that with the Sellners?
6    A.   Yeah.  Pam brought it up.
7    Q.   Pam brought it up?
8    A.   Yeah.
9    Q.   What did you guys discuss, do you
10 remember?
11    A.   I guess it's play time and what some toys
12 are and --
13    Q.   Any more?
14    A.   That's not my role as a veterinarian.
15    Q.   Okay.  Also in the veterinary care
16 program was species-specific behavior.  Do you
17 remember discussing any of that with her?
18    A.   Probably did.
19    Q.   Do you remember anything that you would
20 have discussed?
21    A.   Not unless I have the paper.
22    Q.   I think we do.
23        MS. BLOME:  We will go off the record a
24 second.
25        (Discussion off the record.)

108

1    Q.   (MR. PIERCE)  So this is the program of
2 veterinary care required by the USDA.  Is that your
3 signature?
4    A.   Yes.
5    Q.   Okay.  So you have signed -- would you
6 agree that you had signed beginning in 2009 each
7 year until August of 2014?
8    A.   Yes.
9    Q.   Okay.  So in this program that you signed
10 once each year, there is a provision for additional
11 program topics here in E.  So this is what we were
12 discussing, pest control, zoonoses, and then I was
13 asking you about the environmental enhancement for
14 primates.  The box indicates only that you would
15 have discussed it with Ms. Sellner and the
16 signature suggests that that would be true.
17    A.   Yeah.
18    Q.   Okay.  You would agree that that's what
19 the check mark and the signature mean?
20    A.   She had written up stuff for the
21 inspector on how she planned to have the
22 interacting or the play time for the monkeys.
23    Q.   Okay.  You don't remember specifically
24 what the program is?  The environmental enhancement
25 program?

Case 6:14-cv-02034-JSS  Document 20-17  Filed 06/01/15  Page 2 of 33   Ex. 7-0539

109

1    A.    No.  It's daily.  I mean, it's --
2    Q.    Whose handwriting is this, Dr. Pries, do
3 you know?
4    A.    That's my handwriting.
5    Q.    That's your handwriting?
6    A.    (Nods yes.)
7    Q.    Okay.  Thank you.  Same on this page?  Is
8 this all your handwriting?
9    A.    Yes.
10    Q.    Okay.  Thank you.  What about dental
11 care?  Does your office do dental care?
12    A.    Cats and dogs.
13    Q.    Cats and dogs?  What about for Pam's
14 wildlife?
15    A.    I don't remember doing any dental work
16 for them.
17    Q.    Okay.  Have you helped the Sellners ever
18 with a breeding program?
19    A.    No.
20    Q.    No?  Have you ever spayed or neutered any
21 of the Sellners' animals?
22    A.    We've neutered.
23    Q.    Which ones have you neutered?
24    A.    The monkey?  Monkey.
25    Q.    Do you remember which one?

110

1    A.    I don't remember the name.
2    Q.    Just one monkey?
3    A.    I think all we did on the reproduction
4 was maybe talk about one baboon that may or may not
5 have bred some female.
6    Q.    Can you tell me more about that?
7    A.    That's about what I told you.  We talked
8 about it might breed another baboon.
9    Q.    Okay.  I thought you were suggesting you
10 didn't know whether or not a male had --
11    A.    I don't know if she ever decided to use
12 him.  I don't know.
13    Q.    Oh, she had contemplated breeding her
14 baboons.
15    A.    Could be.
16    Q.    Do you remember what kind of monkey you
17 neutered?
18    A.    Baboon.
19    Q.    It was a baboon?  Do you think a
20 veterinarian would ordinarily play a role in
21 helping a person with a breeding program?
22    A.    They could.
23    Q.    Do you think it's necessary?
24    A.    We do it with cattle all the time, but
25 I -- I don't know where you're going to go with

111

1 monkeys or cats or anything.  I'd have to ask a
2 zoo.
3    Q.    What do you mean by "go with"?
4    A.    Well, they got different heat cycles.
5 That may be more seasonal.  They may be hormones
6 that aren't going to work on them that would on
7 cattle.
8    Q.    But in terms of whether a person who's
9 breeding wild animals should have a veterinarian's
10 advice when they're breeding, you don't have an
11 opinion about that?
12    A.    (Nods no.)
13    Q.    No?  All right.  For Ms. Sellner's
14 emergency evacuation plan, she merely wrote the
15 name of Elkader Veterinary Clinic.  Do you know
16 what that means?  Do you know what the emergency
17 evacuation plan is that involves your clinic?
18    A.    When I talked to Pam about it, I just
19 think we're calling the sheriff's office and I
20 might get contacted if they need some help.
21    Q.    Okay.  Have you ever had to do that?
22    A.    No.
23    Q.    No.  Okay.  All right.  Okay.  So I know
24 we've been at this for a while, and then you have
25 other work to do, but I did want to discuss some of

112

1 the animals at the Cricket Hollow Zoo before we
2 wrap up.  And I know that you're getting a little
3 restless or frustrated, so I do appreciate your
4 time.  I think if we're efficient, we might finish
5 by 5.
6    A.    Okay.
7    Q.    I appreciate your time.  I wonder if you
8 could describe any experience you might have
9 observing or studying lemurs in the wild.
10    A.    Other than seeing them on National
11 Geographic, I've never been around lemurs.
12    Q.    Okay.  What do you know about the unique
13 needs of lemurs?
14    A.    I don't know.
15    Q.    No?  Okay.  About their space needs?
16    A.    (Nods no.)
17    Q.    Nutritional requirements for lemurs?
18    A.    (Nods no.)
19    Q.    Do you know the term enrichment for
20 captive animals?
21    A.    Not specifically.
22    Q.    It relates to what we were looking at in
23 the veterinary care program just now.  It was
24 called their -- I think it was called environmental
25 enhancement.  So you were talking about it's like

Case 6:14-cv-02034-JSS   Document 20-17   Filed 06/01/15   Page 3 of 33   Ex. 7 0540
Page 109 to 112 of 158
28 of 58 sheets

113

1  the toys and things. That's -- sometimes we use
2  the word enrichment. Do you know what kinds of
3  environmental enhancement requirements lemurs have?
4      A.  (Nods no.)
5      Q.  No? Okay. Anything else about their
6  exercise requirements?
7      A.  I'm not a big monkey person.
8      Q.  Okay. Anything about the lighting needs
9  of a lemur?
10     A.  No.
11     Q.  Socialization needs of a lemur?
12     A.  I know they have them, but I --
13     Q.  Okay.
14     A.  I wouldn't recommend anything.
15     Q.  Do you know if USDA has an opinion about
16 whether lemurs should live alone or in groups?
17     A.  I don't know.
18     Q.  Okay. Do you have an opinion about
19 housing a lemur with a bushbaby?
20     A.  Never thought of that.
21     Q.  Thinking about it now, do you have an
22 opinion?
23     A.  No.
24     Q.  Okay. What's your experience treating
25 lemurs as a veterinarian?

114

1      A.  None that I know of.
2      Q.  Ms. Sellner has never brought a lemur to
3  your clinic?
4      A.  She may have, but sitting here right now,
5  I can't think of any.
6      Q.  Have you ever treated a lemur down at the
7  farm? Down at the zoo?
8      A.  No.
9      Q.  No? Veterinarians who might ordinarily
10 treat primates, do you suppose that they would be
11 primate specialists or veterinary generalists?
12     A.  Primate specialists.
13     Q.  Primate specialists? All right. Do you
14 ever consult any professional standards or
15 publications for the care of lemurs?
16     A.  I haven't.
17     Q.  No? Do you have an opinion about what
18 Cricket Hollow Zoo does well for its lemurs?
19     A.  No opinion.
20     Q.  Do you have an opinion about what Cricket
21 Hollow Zoo does not do well for its lemurs?
22     A.  No opinion.
23     Q.  So if you were asked to speak about
24 Cricket Hollow Zoo's treatment of lemurs at trial,
25 you would have nothing to say.

115

1      A.  Nothing.
2      Q.  Nothing to say. Okay. In 2006, two
3  lemurs at Cricket Hollow Zoo died of encephalitis.
4  Do you know if it's common for a lemur to die of
5  encephalitis?
6      A.  I don't know.
7      Q.  Is encephalitis a preventable disease?
8      A.  Not always.
9      Q.  Not always? Is encephalitis a treatable
10 disease?
11     A.  Not always.
12     Q.  So when would encephalitis be
13 preventable?
14     A.  We have two young people around here they
15 tried treating and they both died in high school.
16 The medical profession's got to make an effort, but
17 we still don't know if we can save them.
18     Q.  Okay. Do you know what contributes to an
19 animal developing encephalitis?
20     A.  No. Nothing other than it's a
21 blood-borne infection when it starts.
22     Q.  But you're not sure how a person might
23 prevent that blood-borne infection?
24     A.  No.
25     Q.  In 2009, November of 2009, a lemur named

116

1  Tootsie died of old age. Do you remember Tootsie?
2      A.  Yes.
3      Q.  How old was Tootsie when she died?
4      A.  I'm thinking 30-some years.
5      Q.  30-some years?
6      A.  (Nods yes.)
7      Q.  Was a necropsy performed?
8      A.  Not that I remember.
9      Q.  In 2010 --
10     A.  She had symptoms we thought was pancreas
11 or liver disease, so --
12     Q.  What kind of symptoms?
13     A.  Pretty poor appetite, weight loss, lack
14 of energy.
15     Q.  Is a problem in the pancreas or liver the
16 same thing as old age, death by old age, or
17 something else?
18     A.  It can be part of old age.
19     Q.  Can be?
20     A.  (Nods yes.)
21     Q.  But it's not necessarily?
22     A.  No. There's young animals that die from
23 it, too.
24     Q.  So were you able to tell in the case of
25 Tootsie whether it was the old age or the pancreas

117

1  or the liver that caused the death?
2      A.   Old age.
3      Q.   It was old age?
4      A.   (Nods yes.)
5      Q.   And how did you confirm that?
6      A.   How old the monkey is and what they
7  usually have for a lifespan.
8      Q.   Okay.  What's the usual lifespan for
9  lemurs?
10     A.   Like 25 to 35 years.
11     Q.   Okay.  And then in 2010, a lemur named
12 Cheech died.  Do you know the cause of that death?
13     A.   No.
14     Q.   No?
15     A.   I don't remember that one.
16     Q.   Would you remember how old Cheech was?
17     A.   No.
18     Q.   No.  In July, maybe, of 2011, a lemur
19 named Condo died.  Do you remember Condo?
20     A.   No.
21     Q.   So you wouldn't know how Condo died or
22 how old Condo was?
23     A.   (Nods no.)
24     Q.   I'd like to show you a couple photographs
25 of lemurs, if I may.

118

1          MR. PIERCE:  And I'll have the reporter
2  mark these.  This will be Exhibit F.
3          (Deposition Exhibit F marked for
4  identification, as requested.)
5      Q.   (MR. PIERCE)  So I'm handing you
6  Exhibit F.  Which lemur is pictured in Exhibit F?
7      A.   I don't know.
8      Q.   Do you have any opinions about the
9  welfare of that lemur, based on what you see in the
10 photograph?
11     A.   I see it's alert and it's moving away
12 from the camera with its tail up.
13     Q.   What does the tail up mean?
14     A.   Be aware of something around that might
15 be a threat.
16     Q.   Okay.  Any other opinions about the
17 welfare of that lemur?
18     A.   Not from this.
19          MR. PIERCE:  Okay.  And then I will have
20 the reporter mark Exhibit G.
21          (Deposition Exhibit G marked for
22 identification, as requested.)
23     Q.   (MR. PIERCE)  This one's easier to tell
24 which lemur it is.  There's a sign.  Have you ever
25 treated Ms. Sellner's red ruffed lemur?

119

1      A.   I can't remember.
2      Q.   I don't think we can see the lemur in
3  this photograph.  When you have visited the zoo
4  previously during your farm visits, have you ever
5  seen the red ruffed lemur when you go -- when you
6  do your walk-through?
7      A.   I think so.  And usually I see them
8  inside the building, 'cause they come in to see
9  what Pam's doing back there.
10     Q.   Okay.
11     A.   But when I come outside, a lot of times
12 they don't come back outside.
13     Q.   Do you know if they prefer to be inside
14 or outside?
15     A.   They seem to go back and forth.
16     Q.   Do you know whether this amount of light
17 or darkness in the lemur's enclosure is
18 appropriate?
19     A.   I assumed.  They seem content in there
20 and they can go outside, so --
21     Q.   Okay.  Thank you.  Let's talk about the
22 tigers.  Do you have experience studying or
23 observing tigers in the wild?
24     A.   No.
25     Q.   Can you tell me anything about the unique

120

1  needs --
2      A.   The only tigers I've seen have been in
3  zoos.  Either Pam's or elsewhere.
4      Q.   Where else have you seen tigers?
5      A.   Chicago, Fort Worth.  Or Dallas,
6  whatever.
7      Q.   In the municipal zoos in this town?  In
8  the city-run zoo?
9      A.   Yeah.
10     Q.   Any other places you've observed tigers?
11     A.   Circus.
12     Q.   In the circus.  Which one?
13     A.   Barnum.
14     Q.   Barnum?
15     A.   I guess.  Whoever had their tigers.
16     Q.   All right.  What can you tell me about
17 the unique needs of a tiger?
18     A.   Well, if they could, they'd roam for
19 miles.  As big as they are, they got to have a huge
20 appetite, but they don't have to eat every day.
21 They usually hunt alone.  Can swim very well.
22     Q.   What else?
23     A.   And generally on their diet, if they can
24 eat everything off of a critter, I'm assuming they
25 make do just fine.

Case 6:14-cv-02034-JSS   Document 20-17   Filed 06/01/15   Page 5 of 33   Ex. 7 0542
Page 117 to 120 of 158
30 of 58 sheets

121

1    Q.   "Everything" meaning like --

2    A.   Intestinal, stomach, meat, bone, hide.

3    Q.   Okay.  Have you ever recommended how the

4  Sellners might feed their tigers?

5    A.   No.  I -- I don't do any nutritional, no.

6    Q.   So you mentioned the tigers roam for

7  miles.  How does that affect a captive tiger?

8    A.   They don't run for miles.

9    Q.   Does it mean anything for how a tiger

10 might best be maintained in captivity?

11   A.   I don't know what they do with it, but I

12 know being at these zoos and reading books, a lot

13 of times the ones in captivity live longer than the

14 ones in the wild.  And I just think it's such a

15 mundane life that they're -- they're living, and in

16 the wild they would have probably got shot or run

17 over or something else ate them or they get sick,

18 so --

19   Q.   They do get shot, unfortunately, often.

20 So what do you mean by a mundane life?  Describe

21 what that is.

22   A.   They're in a cage.  You know, you look

23 forward to your next meal.  Can't be much better

24 than prison.  The highlight of the day might be the

25 kids who came by to look at you.

122

1    Q.   What kinds of things could a person put

2  in a tiger's cage to make it less like a prison?

3    A.   I suppose some type of activity like

4  balls or something that moves through there that

5  they can try to catch.

6    Q.   Have you ever recommended that the

7  Sellners do anything like that?

8    A.   Not on behaviors.

9    Q.   Do you have an opinion about what Cricket

10 Hollow Zoo does well for his tigers?

11   A.   Yeah.  The ones that have been there for

12 quite a while are what I consider very fit.  Good

13 size, nice fill on them, normal looking fur, things

14 are clean, they always got fresh water.  Just --

15   Q.   Do you have an opinion about the

16 psychological welfare of the tigers?

17   A.   Don't even think about it.

18   Q.   Do you have an opinion about anything

19 that Cricket Hollow Zoo might not do well with its

20 tigers?

21   A.   Don't know.

22   Q.   Okay.  What kind of treatments have you

23 delivered, have you conducted, for Cricket Hollow

24 Zoo's tigers?

25   A.   We may have had a tiger with a bladder

123

1  infection that we medicated with some amoxicillin

2  or something in their food or water.

3    Q.   I assume you did that down at the zoo?

4    A.   Yeah, she picked up the medicine from one

5  of the other vet clinics.

6    Q.   How did you diagnose the tiger?

7    A.   Just by the symptoms, what it was doing

8  and urinating, that we thought we should go with an

9  antibiotic.

10   Q.   Okay.  Is that the only treatment that

11 you've given to --

12   A.   That's all I can remember.

13   Q.   My understanding from the files is that

14 in October of last year, you would have inspected a

15 tiger named Casper.  Do you remember Casper?

16   A.   Vaguely.  A new tiger.

17   Q.   It was a new tiger?

18   A.   I think so.

19   Q.   Do you remember what color it was?

20   A.   White or yellow.

21   Q.   Not sure which one?

22   A.   No.

23   Q.   So Casper you treated for a sore on the

24 leg.  Do you remember that?  Does that refresh your

25 memory?

124

1    A.   We think he got it from the cage they

2  sent him up in.

3    Q.   Oh.  What about the cage that he came up

4  in?

5    A.   I didn't see it.  I think Pam said it was

6  awful tight.

7    Q.   The cage was tight?

8    A.   Yeah.

9    Q.   Small for the tiger?

10   A.   Narrow.

11   Q.   Narrow.

12   A.   Yeah.

13   Q.   Okay.

14   A.   I think those cats came from a drug house

15 in Florida or Texas or something.

16   Q.   So you treated Casper for a sore on his

17 leg on October 8 of 2014.  Sometime in late

18 November or early December, Casper died.  Do you

19 remember that?

20   A.   Uh-huh.

21   Q.   What -- how did Casper die?

22   A.   Well, talking to Pam, we just figure a

23 cat coming up from the south didn't have time to

24 acclimate to the winters, and I'm sure cold had

25 something to do with it for the way November was.

Case 6:14-cv-02034-JSS   Document 20-17   Filed 06/01/15   Page 6 of 33   Ex. 7-0543

125

1   But I didn't like the appearance of that cat when
2   she got it, because it had to be well over six,
3   maybe 13 years old, and we don't know what kind of
4   care it had being raised in that drug house.  Then
5   when they were able to arrest the people, get the
6   cat out, she didn't know what the diet was and what
7   the product situation was.  It didn't surprise me
8   that that cat didn't fully recover.
9       Q.   So in your opinion, the cat arrived
10  unhealthy.
11      A.   Yes.
12      Q.   Okay.  In the material that the Sellners
13  supplied to us, she said that Casper died of
14  pneumonia.
15      A.   Could be.
16      Q.   Could be?
17      A.   (Nods yes.)
18      Q.   But you're not sure what he died of?
19      A.   Only that it was a very cold November.
20      Q.   Does cold cause pneumonia in a cat?
21      A.   Not necessarily.
22      Q.   How would a person keep a cat warm in an
23  Iowa winter?
24      A.   Well, normally they -- their housing for
25  the cats, normally the cats do fine with their diet

126

1   and out of the wind.
2       Q.   Okay.
3       A.   I mean, in the wild they're in climates
4   that cold.
5       Q.   So you think they might survive a winter
6   in the wild?
7       A.   Well, they do.  I mean, in Siberia,
8   northern India.
9       Q.   So if Casper did die of pneumonia, how
10  would that be prevented?
11      A.   Way back when, that cat could have had
12  pneumonia as a kitten, and now it gets reaspirated
13  and it gets moved.  I mean, it would have died in
14  Texas or Florida or Wisconsin or wherever.
15      Q.   Sure.  Can you treat pneumonia?
16      A.   If you get the right antibiotics and
17  enough, maybe.  But if it's chronic, there's
18  nothing you're going to do for it.
19      Q.   Okay.  So chronic pneumonia will almost
20  always kill a cat?
21      A.   It's just going to get worse and worse.
22      Q.   Do you remember what treatment plan you
23  advised for Casper?
24      A.   I think we had -- tried doing it orally
25  with antibiotics and the cat wasn't eating well

127

1   enough to even do that, so --
2       Q.   After Casper died, you didn't conduct a
3   necropsy?
4       A.   No.
5       Q.   Okay.  You didn't -- you came to Elkader
6   Vet Clinic in September of 2004, but you only
7   started working with Cricket Hollow in 2009, so you
8   might not remember these cats, but Raja the tiger
9   died in 2005.  Do you remember Raja?
10      A.   No.
11      Q.   This one you might remember.  Sheba.  Do
12  you remember a tiger named Sheba?
13      A.   I remember the name, but I don't remember
14  the cat.
15      Q.   Sheba died apparently in 2012.  Do you
16  have any idea what killed Sheba?
17      A.   No.
18      Q.   And you wouldn't know how old Sheba was
19  when Sheba died?
20      A.   Huh-uh.
21      Q.   Do you think a necropsy was conducted on
22  Sheba?
23      A.   Don't know.
24      Q.   Don't know?
25      A.   No.

128

1       Q.   Do you remember a tiger named Shere Khan?
2       A.   No.
3       Q.   No?  This tiger died in February of 2012.
4   Do you have any idea what would have killed Shere
5   Khan?
6       A.   (Shrugs.)
7       Q.   Do you think a necropsy was conducted?
8       A.   I don't know.
9       Q.   Raoul was the tiger cub that we viewed
10  earlier in the photographs.
11      A.   Yeah.
12      Q.   Raoul died in June of 2013.  Do you know
13  what killed that cub?
14      A.   Should be in our report.
15      Q.   Well, I have a note that Raoul died of
16  quick pneumonia.  What is quick pneumonia,
17  Dr. Pries?
18      A.   A poor name for acute pneumonia.
19      Q.   Acute pneumonia?
20      A.   Yeah.
21      Q.   What does that mean?
22      A.   Well, they get infected so rapidly,
23  whatever the infection just spreads through the
24  lungs so fast that antibiotics or supportive
25  therapy can't stop it, so they just suffocate.

Case 6:14-cv-02034-JSS   Document 20-17   Filed 06/01/15   Page 7 of 33
Page 125 to 128 of 158                    Ex. 7 0544
32 of 58 sheets

**129**

1 Their lungs fill up with fluid, they just die.
2    Q.  Okay. Can a person prevent quick
3 pneumonia?
4    A.  No.
5    Q.  No.
6    A.  (Nods no.)
7    Q.  What causes it?
8    A.  Usually a virus up front that gets the
9 bacteria down the throat. Blood-borne infection.
10    Q.  There's no treatment for quick pneumonia?
11    A.  If you know it's coming, you can put the
12 right antibiotics in the blood, yeah.
13    Q.  Is this a viral infection or a bacterial
14 infection?
15    A.  It starts as viral, usually.
16    Q.  Starts with viral?
17    A.  But if it's blood-borne, it can start
18 with bacterial.
19    Q.  So you might be able to treat it with
20 antibiotics.
21    A.  But you need to find the right
22 antibiotic.
23    Q.  Okay. There's no --
24    A.  By the time you culture the organism, get
25 the right antibiotic, they're dead. So you throw

**130**

1 the sink at them and hope you hit the right one.
2    Q.  Okay. So sometimes a virus -- sometimes
3 a viral infection leads to pneumonia. What else
4 leads to pneumonia in a tiger?
5    A.  Autoimmune.
6    Q.  Autoimmune? In what way does an
7 autoimmune condition --
8    A.  Immune system stops it, keeping the lung
9 normal, gets wet. There's no infection there.
10    Q.  Have any of the tigers at Cricket Hollow
11 Zoo exhibited autoimmune disorders.
12    A.  I don't know. It's rare.
13    Q.  Do you remember how old Raoul was when he
14 died?
15    A.  Looking at that picture from February, I
16 assume it wasn't a year old there.
17    Q.  Okay. And then Luna, a tiger named Luna
18 died in 2014. Do you remember Luna?
19    A.  The name rings a bell.
20    Q.  Do you know what killed Luna?
21    A.  No.
22    Q.  So we have a note that Luna died of
23 E. coli. Does that sound familiar?
24    A.  No.
25    Q.  No? Do you know how a tiger would

**131**

1 contract E. coli?
2    A.  I'd have to get some specifics on it. I
3 don't remember.
4    Q.  Could E. coli spread to other animals?
5    A.  E. coli is everywhere already. Just --
6 could be a weakness in the immune system where
7 E. coli would take over in an adult cat.
8    Q.  Do you know how old Luna was when she
9 died?
10    A.  No.
11    Q.  Was a necropsy conducted on Luna?
12    A.  Not that I know of.
13    Q.  There was a note in the file from
14 Ms. Sellner that Luna died -- I believe it was in
15 your file, that Luna died in a cold snap. Does
16 that ring a bell?
17    A.  (Nods no.)
18    Q.  This was from November 13, 2014.
19    A.  No.
20    Q.  Do you think cold would contribute to an
21 E. coli problem?
22    A.  Well, if it's -- E. coli generally would
23 get started because it didn't have antibiotics from
24 the mother's milk. So they either have to get
25 immunity to it or they're going to get sick from

**132**

1 it. And if they're stressed from either extreme
2 heat or extreme cold, it can make it worse.
3    Q.  Okay. Have you or has anyone else in
4 your clinic declawed any of the tigers at Cricket
5 Hollow Zoo?
6    A.  No.
7    Q.  Have you or has anyone in your clinic
8 microchipped any of the tigers at Cricket Hollow
9 Zoo?
10    A.  I don't think so.
11    Q.  No? I'm going to enter another exhibit
12 here.
13        (Deposition Exhibit H marked for
14 identification, as requested.)
15    Q.  (MR. PIERCE) This is a photograph that
16 the USDA took at Cricket Hollow Zoo. Do you
17 recognize that as a tiger at Cricket Hollow Zoo?
18    A.  I can see there's a tiger there on the
19 roof, yeah.
20    Q.  What observations will you make about the
21 enclosure there at Cricket Hollow Zoo?
22    A.  It's one of Pam's cages.
23    Q.  How would you rate the size of the
24 enclosure relative to the needs of a tiger?
25    A.  Well, they're all the same size.

1     Q.   But compared to what a tiger might need
2 to be --
3     A.   I have no opinion.
4     Q.   In the foreground of that photograph,
5 what do you observe on the ground?
6     A.   Cat feces.
7     Q.   So you mentioned that when you make your
8 visits to the farm, one thing that you inspect is
9 to see that feces doesn't accumulate in the
10 enclosures. Would you say that that is a -- how
11 much feces would you say that that is in that
12 photograph?
13     A.   Oh, probably about a day's worth, I
14 suppose.
15     Q.   Okay. So that amount of feces would be
16 ordinary, in your opinion?
17     A.   Probably going to get cleaned later that
18 day and that would have been from the evening
19 before.
20     Q.   How would you characterize the
21 opportunities for play or exercise or stimulation
22 in that enclosure?
23     A.   No opinion.
24     Q.   No opinion?
25     A.   No.

1     Q.   How would you characterize the
2 opportunities for shade in that enclosure?
3     A.   She's got a little bit up above and they
4 have the shelter.
5     Q.   What about water?
6     A.   Usually the waterers are toward the back
7 here.
8     Q.   Okay. Thank you. Anything else about
9 that photograph?
10     A.   I can't -- it looks like there's food
11 laying here to the side, but I can't make out --
12 other than back lighting site, is all I can see. I
13 can't tell which white tiger that is.
14     Q.   Thank you. So wolves. Moving on to
15 wolves. How would you -- do you have experience
16 observing or studying wolves in the wild?
17     A.   Just television shows.
18     Q.   Television?
19     A.   Yeah.
20     Q.   Okay. And I think you said earlier that
21 you would have trouble distinguishing between a
22 wolf and a hybrid wolf by sight?
23     A.   Yeah, I -- I know these people in
24 Belle Plaine. Other than the purebreds were
25 bigger, there wasn't a whole lot of difference.

1     Q.   Okay. Do you know how a person would
2 know for sure if they had a real wolf or a hybrid
3 wolf?
4     A.   I'd do DNA off hair follicles or blood.
5     Q.   Okay. How would you describe the unique
6 needs of wolves?
7     A.   Pack animal, very social, run a long way
8 for their food, very smart, hunt in packs. Don't
9 get along with other packs at all, unless it's
10 maybe mating.
11     Q.   Anything else unique to wolves?
12     A.   A lot of localization. They understand
13 well.
14     Q.   Between each other?
15     A.   Yeah.
16     Q.   How many wolves are usually in a pack, do
17 you know?
18     A.   Oh, I would guess most packs would be
19 about seven to 10. Maybe bigger, maybe smaller.
20     Q.   And how big is a wolf's territory
21 normally? Or a pack's territory?
22     A.   Oh, God. Miles. 20, 30 miles. In
23 Yellowstone, the ones that are tagged might even go
24 farther than that. Mountain lions are a hundred
25 square miles.

1     Q.   So given those unique characteristics of
2 wolves, how do you think a zoo can account for
3 those needs in captivity?
4     A.   I don't think any zoo can.
5     Q.   Okay. So --
6     A.   It would be like my dog. You know.
7 There's two of them. But they get to play all over
8 the place. But you can't just let wolves go and
9 come back to the zoo at night. Just ain't going to
10 happen.
11     Q.   Is there anything a person could do to
12 try to meet the needs of a wolf in captivity?
13     A.   I have no opinion.
14     Q.   No opinion?
15     A.   No.
16     Q.   Do you have an opinion about what this
17 zoo does well for its wolves?
18     A.   I don't -- I don't know as Pam does
19 anything any different than Osborn, and Osborn
20 doesn't have anything but one wolf left, so, no,
21 not really. I guess people like to see them, but I
22 really don't think they should be kept.
23     Q.   Do you think the Cricket Hollow Zoo does
24 not do anything well with its wolves?
25     A.   I have no opinion.

137

1    Q.    No opinion?  Have you treated any of
2    their wolves?
3    A.    I don't think so.  We had a coyote that
4    had some scrapes, but --
5    Q.    None of the wolves, though?
6    A.    I don't believe so.  I see a lot of
7    animals.  I don't remember all of them.
8    Q.    A couple more photos to show you.
9          (Deposition Exhibit I marked for
10   identification, as requested.)
11   Q.    (MR. PIERCE)  So the reporter, Dr. Pries,
12   has marked these photos as Exhibit I, and there are
13   four photographs of the wolves at Cricket Hollow
14   Zoo.  I'll give you the color photos here.
15   Describe for me anything that stands out to you in
16   the photographs of these wolves in Exhibit I.
17   A.    Well, it is my opinion that these are the
18   coyotes.
19   Q.    Are those the coyotes?
20   A.    They aren't near big enough to be wolves.
21   I think these are the two female coyotes.  Is that
22   right?  One of those is nasty and bit the foot on
23   the other one and we treated with antibiotics in
24   the food just because and put a separation fence in
25   there for them.

138

1    Q.    Are the needs of wolves very different
2    from the needs of coyotes?
3    A.    Coyotes don't bark.  They yelp.  And
4    they're like domestic dogs, but they're not
5    domesticated.
6    Q.    Have you ever heard the wolves at Cricket
7    Hollow Zoo barking?
8    A.    I don't know if she's got a wolf there.
9    Q.    Yeah?
10   A.    You've got those two coyotes in there.
11   Q.    Well, Ms. Sellner has told us that she
12   has wolves.
13   MR. THORSON:  I object to that
14   characterization.  She's indicated she has a wolf
15   hybrid.
16   MR. PIERCE:  Maybe we should introduce
17   another photograph.
18   A.    It would have to be down the long lane
19   farther.
20   MR. PIERCE:  This would be Exhibit J.
21   (Deposition Exhibit J marked for
22   identification, as requested.)
23   Q.    (MR. PIERCE)  Do you recognize this
24   placard?
25   A.    Yeah.  This is a -- where's the coyotes?

139

1    Where are those pictures there?  This isn't on
2    those cages.  There's two cages.  This is down
3    farther, kind of across from the camp.
4    Q.    But you do recognize this placard as
5    being at Cricket Hollow Zoo.
6    A.    Yes.
7    Q.    Okay.  Do you have experience, Dr. Pries,
8    studying or observing servals in the wild?
9    A.    No.
10   Q.    Do you know anything about the unique
11   needs of servals?
12   A.    No opinion.
13   Q.    No opinion about the unique needs of
14   servals?
15   A.    No.
16   Q.    Have you ever treated any of the servals
17   at the Cricket Hollow Zoo?
18   A.    I think we did one.
19   Q.    Do you remember what you did?
20   A.    I think that's the one we were talking
21   about had the trich.
22   Q.    Oh, the trichinosis?
23   A.    Uh-huh.
24   Q.    What is trichinosis?
25   A.    Oh, it's a little bit bigger than a

140

1    bacteria, and generally it's spread by the feces of
2    the cat.  It can cause, like, stomach cramps and
3    muscle pain and bladder infections and usually,
4    say, malacia, which is just feeling crappy.  Can
5    cause abortion in women, so your husband is
6    supposed to clean out the cat litters.
7    Q.    Do you know how many servals are at
8    Cricket Hollow Zoo?
9    A.    No.
10   Q.    If there were only one serval, could the
11   serval get trichinosis from the tigers or the lions
12   or only from other servals?
13   A.    It's not species specific, but we think
14   it probably came with it.
15   Q.    Oh.  Okay.  It already had trich when it
16   arrived?
17   A.    Probably.
18   Q.    And what year did you treat that?
19   A.    I'm guessing '13 or '12.  Barb Fox was
20   there, so --
21   Q.    That was Dr. Fox?
22   A.    Uh-huh.
23   Q.    Do you have an opinion on whether Cricket
24   Hollow Zoo does anything well for his servals?
25   A.    I have no opinion.

141

1    Q.    And any opinion on what Cricket Hollow
2  Zoo does not do well for its servals?
3    A.    No opinion.
4    Q.    So if you were asked at trial about the
5  servals, you wouldn't have anything to say?
6    A.    No.
7    Q.    Do you know any servals that died at
8  Cricket Hollow Zoo?
9    A.    No.
10    Q.    I forgot to ask whether you know of any
11  of the wolves that died at Cricket Hollow Zoo.
12    A.    No, I don't.  I don't know.
13    Q.    You don't?
14        MR. PIERCE:  We'll choose this photograph
15  instead as Exhibit J.
16        (Deposition Exhibit J remarked for
17  identification, as requested.)
18    Q.    (MR. PIERCE)  Do you recognize that
19  serval as living at Cricket Hollow Zoo?
20    A.    That's her cage, but the one I remember,
21  it was black, so this has probably gotten older and
22  changed colors.  Or it's a different serval.
23    Q.    And the black is juveniles?
24    A.    Some are and some aren't.  But the dots
25  are still there.

142

1    Q.    Okay.  So are you saying that this is a
2  serval that you haven't seen or that this is a
3  serval who's matured since you last saw it?
4    A.    If it's at Pam's, that's her cage and
5  I've probably seen that cat.
6    Q.    Do you have any opinions about the
7  welfare of this cat?
8    A.    No.
9    Q.    Or about the shelter in which this cat
10  lives?  Any opinion?
11    A.    Can go the inside where it's dry and it's
12  got fresh water and it gets fed.
13    Q.    No opinion about the size of the cage.
14    A.    No.
15    Q.    Or the opportunities for play or
16  socializing?
17    A.    No.
18    Q.    Do you have experience, Dr. Pries,
19  studying or observing lions in the wild?
20    A.    Just on TV.
21    Q.    What do you know about the unique needs
22  of lions?
23    A.    They live in prides.  The male usually
24  rules it and the females do most of the work.  They
25  eat people, and when they get a problem lion, they

143

1  generally shoot them.
2    Q.    Do you know how big a pride would usually
3  be?
4    A.    No.
5    Q.    What size territory does a pride of lions
6  have?
7    A.    I have no idea.  It's got to be big.
8    Q.    Do you know anything about their need for
9  exercise?
10    A.    No.
11    Q.    Environmental enhancement?
12    A.    No.
13    Q.    Lighting?
14    A.    No.
15    Q.    What about the nutritional needs of a
16  lion?
17    A.    No.
18    Q.    No?  Do you have an opinion about what
19  Cricket Hollow Zoo does well for its lions?
20    A.    They're housed well and they've got food
21  and water.
22    Q.    Okay.
23    A.    The ones I see are retaining their body
24  weights.  And they look fine on their coats.
25    Q.    Do you have an opinion about the social

144

1  welfare of the lions or psychological welfare?
2    A.    No opinion.
3    Q.    Is there anything that Cricket Hollow Zoo
4  does not do well for its lions?
5    A.    Don't know.
6    Q.    Have you treated any of the lions at
7  Cricket Hollow Zoo?
8    A.    Not that I can think of.
9    Q.    Has anyone else in your clinic treated
10  the lions at Cricket Hollow Zoo?
11    A.    I don't remember.
12    Q.    Do you know anything about the death of a
13  lion -- a lioness named Kamarah?
14    A.    I cannot remember.
15    Q.    Do you know anything about the death of a
16  lion named Jonwah?
17    A.    No.
18    Q.    No?  Let me show you a photograph of a
19  lion, just so you will be familiar with that.  Just
20  the bottom one.
21        MR. PIERCE:  The photo that is on the
22  paper marked Exhibit D will be the next exhibit.
23        (Deposition Exhibit K marked for
24  identification, as requested.)
25    Q.    (MR. PIERCE)  So this is Exhibit K,

145

1 Dr. Pries. Do you recognize that lion as belonging
2 at Cricket Hollow Zoo?
3     A.   No.
4     Q.   Do you think that lion might not belong
5 at Cricket Hollow Zoo?
6     A.   Yes.
7     Q.   Where do you think that lion belongs?
8     A.   I don't think it's at that zoo.
9     Q.   Okay. Was it ever at that zoo?
10     A.   I don't know about that, but -- I don't
11 know how they took that picture in a cage and not
12 have any cage in front of that cat.
13     Q.   How do you characterize the welfare of
14 that lion?
15     A.   Well, if this is the only picture I get
16 of an animal, it probably weighs over 400 pounds.
17 It looks like it had a fever recently and it's
18 getting better. And maybe looks a little
19 dehydrated and somewhat underweight. But I got the
20 head and the nose, so --
21     Q.   Uh-huh.
22     A.   I don't think that's one of Pam's cats.
23     Q.   Okay. We're almost done, Dr. Pries.
24     MR. PIERCE: Is everyone doing okay?
25 Anyone need a break?

146

1     MR. THORSON: Let's get it done.
2     MR. PIERCE: Okay.
3     Q.   (MR. PIERCE) So lastly I want to ask you
4 about some inspections that the USDA has conducted
5 at Cricket Hollow Zoo in July of 2010. On their
6 July 29, 2010, inspection, they indicated that one
7 of the Angora rabbits suffered from excessive
8 matting on their face and abdomen and asked that a
9 veterinarian follow up on that. Do you remember
10 treating the Angora rabbit?
11     A.   No.
12     Q.   In November of 2010 they indicated that
13 an Alpine goat had a golf-ball-sized mass on its
14 jaw and that a Toggenburg goat had excessively long
15 hooves, and they asked that a veterinarian follow
16 up on these two goats. Do you remember that?
17     A.   No.
18     Q.   In August of 2011 the USDA indicated that
19 Selena, a baboon, was excessively thin and had not
20 been evaluated by the attending veterinarian. Do
21 you remember Selena, the baboon?
22     A.   Rings a bell.
23     Q.   Do you remember if Ms. Sellner asked you
24 to examine Selena after the USDA indicated that she
25 was excessively thin?

147

1     A.   I think that's when we had some
2 conversations about -- it was an older one that it
3 seemed like nothing worked to put weight on that
4 monkey, so -- along with age and maybe a liver
5 condition, kept it happy and fed.
6     Q.   They indicated in that report, as well,
7 that a calico buck goat had excessively long
8 hooves. Did Ms. Sellner ask you to examine that
9 goat?
10     A.   A lot of times on the hooves, she gets
11 them so they don't go to kill someplace and then
12 they work on the feet and get them shortened back
13 up.
14     Q.   Who works on the feet?
15     A.   I think Tom or a farrier.
16     Q.   So you don't deal with those?
17     A.   We do, but I haven't done them there,
18 so --
19     Q.   Okay. So if that's the case, I guess
20 back in December of 2011 when the USDA cited the
21 zoo for four goats with excessively long hooves,
22 Ms. Sellner would not have called you?
23     A.   Well, yeah, but she -- I mean, if the
24 other people neglected the feet 'cause they didn't
25 know what to do or not, Pam and Tom would take care

148

1 of it and get the hooves trimmed properly.
2     Q.   So in your opinion, the only time that an
3 animal at Cricket Hollow Zoo would have long hooves
4 is if it was recently acquired from someone else?
5     A.   Yeah.
6     Q.   In June of 2012, the USDA cited her zoo
7 for a llama that was heavily matted and needed to
8 be sheared. Did Pam call you about that llama?
9     A.   No. Comb them out.
10     Q.   Comb it out?
11     A.   Usually. You might have to shear them,
12 but usually they comb it loose.
13     Q.   Is there a risk to the animal? Does
14 matted fur present a risk to the animal?
15     A.   Just looks bad. I mean, potentially they
16 could get fly strikes if it's back behind the tail,
17 but -- that's why they dock tails on sheep. And
18 llamas generally improve -- they would comb that
19 out rather than clip it. If you clip them, you
20 have to be careful, 'cause you don't want them to
21 be sunburned.
22     Q.   In that same report in June of 2012, the
23 USDA found another Angora rabbit with matted or
24 soiled fur. Did Pam contact you about that rabbit?
25     A.   (Nods no.)

Case 6:14-cv-02034-JSS   Document 20-17   Filed 06/01/15   Page 12 of 33    Ex. 7-0549

149

1    Q.   Can you provide a verbal response?

2    A.   No.

3    Q.   Thank you.  In June of 2013, the USDA

4  found that Cynthia, a capuchin monkey, had hair

5  loss on her abdomen, under her arms, on her thigh,

6  and on her tail, and that she was chewing her tail

7  while the inspectors were there.  Do you

8  remember -- I'm sorry.  Did Pam call you about that

9  capuchin Cynthia?

10   A.   We talked about that one.

11   Q.   What did you guys discuss?

12   A.   I had explained about barbering on lab

13  animals, and Pam had told me they were going to do

14  something that entertained the monkey, whatever.

15  And I was worried, if that didn't work, that maybe

16  it could have been a hormone or thyroid condition,

17  since it was bilateral.  And she's always been a

18  nervous, fidgety animal.

19   Q.   Cynthia has?

20   A.   Yeah.  And it was kind of her nature,

21  so --

22   Q.   What was the first term you used about

23  lab animals?  Barbery?

24   A.   Barbering.

25   Q.   What's barbering?

150

1    A.   They just chew on the hair.  They just

2  bite it off.  On theirselves.

3    Q.   So after you advised that she might try

4  to entertain the monkey --

5    A.   No.  She said she had that and drew up a

6  plan, and I said, "Well, looks like a monkey plan,"

7  so --

8    Q.   Do you know what happened next?

9    A.   No.  But I know it was around for a while

10  and it wasn't really growing hair back, but you

11  would see that thing just pull and chew all the

12  time, so --

13   Q.   What happened after Ms. Sellner

14  implemented that entertainment plan?  Did you see

15  Cynthia again?

16   A.   I don't remember down the road if it got

17  any better.

18   Q.   Did you see her again?

19   A.   I know I did at least one more time and

20  she still had short hair.

21   Q.   Still had short hair?

22   A.   Yeah.

23   Q.   Do you remember when you saw her?

24   A.   No.

25   Q.   Okay.  Do you think it was a month later,

151

1  a year later?

2    A.   Maybe a month.  I don't know.

3    Q.   Maybe a month?

4    A.   Yeah.

5    Q.   In May of 2014, the USDA cited

6  Ms. Sellner's zoo for a number of things.  One was

7  a coyote with a swollen digit on its right front

8  foot and a red abrasion there with missing hair.

9  Did Ms. Sellner call you about that coyote?

10   A.   Yeah.  We talked about it here already.

11  The coyote in the other pen bit -- tormented it and

12  bit its foot.

13   Q.   Do you know what would lead one coyote to

14  bite another?

15   A.   Pissed him off.

16   Q.   Were they in a pen together?

17   A.   No.  Separate.

18   Q.   Bit through the cage?

19   A.   Uh-huh.  They were divided.  They put

20  panels or whatever between them so they couldn't

21  contact each other.

22   Q.   What did you discuss when Pam called you

23  about that coyote?

24   A.   I looked at that foot and we got it on an

25  antibiotic in the food.

152

1    Q.   Did she bring the coyote in?

2    A.   No, I looked at it down there.

3    Q.   Oh, you went there.

4    A.   (Nods yes.)

5    Q.   Okay.  And did the coyote heal after the

6  antibiotic?

7    A.   Yes.

8    Q.   In the same report in May of 2014, the

9  USDA was concerned about a coatimundi that had hair

10  loss on the base of the tail.  Did Pam call you

11  about that animal?

12   A.   Yeah, she would have mentioned it, I

13  guess.

14   Q.   What did you discuss?

15   A.   I don't remember.

16   Q.   Did you examine the animal?

17   A.   I think so.

18   Q.   What did you -- what treatment did you

19  provide?

20   A.   I don't remember.  Everything that they

21  had on there we went over.

22   Q.   Okay.  So one of the other things on

23  there was that a capybara was thin and that the hip

24  bones were prominent, that it had scaly skin, and

25  thinning hair on the back half of the body.

153

1    A.    That was another old animal.

2    Q.    So was that -- are those conditions

3 ordinary for an old animal?

4    A.    Well, getting there.  I don't even know

5 if that one's alive anymore.

6    Q.    You discussed that animal with

7 Ms. Sellner; is that right?

8    A.    Yeah.

9    Q.    Did you examine that animal in person?

10    A.    It was the day I was there looking at the

11 coyote, I think.

12    Q.    Did you examine it?

13    A.    Yes.

14    Q.    Okay.  What treatment did you recommend

15 or provide?

16    A.    Nothing that I know of.

17    Q.    And then I guess lastly, when you treated

18 Casper, the tiger we discussed earlier, what were

19 the circumstances leading to your treating Casper?

20 Do you remember that Ms. Sellner called you about

21 Casper?  Or was it part of the farm visit?

22    A.    No.  That was the cats.  She just got

23 that.  It was mistreated when it was raised.

24    Q.    And you would have gone to the zoo to

25 treat Casper; is that correct?

154

1    A.    To look at the cat.

2    Q.    The USDA was concerned in August, 2014,

3 that Casper was also thin.  Do you know --

4    A.    Casper was thin.

5    Q.    Yeah.  What treatment did you recommend

6 for Casper's thinness?

7    A.    Well, get raised by druggies, so -- the

8 diet was supposed to be higher in protein and

9 plenty of water, and later we thought we had

10 pneumonia or bladder infection and might have been

11 fighting bad livers and -- nothing good for that

12 cat.  Just it found a place to live out its life.

13         MR. PIERCE:  Okay.  We'll take a very

14 short break and come right back.  We may be done.

15 We'll see when we come back.

16         MR. THORSON:  All right.

17

18         (Recess)

19

20    Q.    (MR. PIERCE)  Just a couple followups.

21 On Exhibit K, I wanted to ask you once more about

22 the lion here.  You stated that you don't believe

23 that that is a lion at Cricket Hollow Zoo.  What

24 was the reason you don't think that lion was at

25 Cricket Hollow Zoo?

155

1    A.    I don't know where they would get to take

2 a picture without it being in a cage.

3    Q.    And is there any other reason you don't

4 think that lion is at Cricket Hollow Zoo?

5    A.    No.  That's --

6    Q.    That's the only reason.

7    A.    Yeah.

8    Q.    Okay.

9    A.    You'd have to ask Pam who the lion is,

10 'cause I don't know.

11         MR. PIERCE:  Okay.  Do we have the

12 veterinary care program that we looked at earlier?

13    Q.    (MR. PIERCE)  We discussed earlier,

14 Dr. Pries, the veterinary care program with Cricket

15 Hollow Zoo.  That was the document where you sign

16 it once a year and you provide -- or maybe

17 Ms. Sellner provides it to the USDA.  Ms. Sellner

18 has provided materials to us through Mr. Thorson

19 that you are the attending veterinarian for Cricket

20 Hollow Zoo.  Is that correct?  Are you the

21 attending veterinarian for Cricket Hollow Zoo?

22    A.    She uses whoever she wants to.  I do the

23 inspections.  If she wants my help, I try to figure

24 out something.

25    Q.    So you're not the attending veterinarian?

156

1    A.    Some days you are and some days she runs

2 uptown and gets the stuff.

3    Q.    Does Cricket Hollow Zoo, then, have more

4 than one attending veterinarian?

5    A.    I know she gets products from the

6 veterinarian in Manchester sometimes and from Ryan.

7    Q.    So -- okay.

8         MR. PIERCE:  Thanks for your time.

9         Do you have questions?

10         MR. THORSON:  No.

11         (Deposition concluded at 5:15 p.m.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Case 6:14-cv-02034-JSS  Document 20-17  Filed 06/01/15  Page 14 of 33  Ex. 7-0551

157

1  CORRECTIONS TO THE DEPOSITION OF JOHN H. PRIES, DVM

2  Page    Line    Correction

3

4  _____   _____   _____

5

6  _____   _____   _____

7

8  _____   _____   _____

9

10 _____   _____   _____

11

12 _____   _____   _____

13

14 _____   _____   _____

15

16 _____   _____   _____

17

18

19                 _____

20                     Witness

21

22         Subscribed and sworn to before me this

23 _____ day of _____, _____.

24

25                 _____
                        Notary Public

158

1                 C E R T I F I C A T E

2      I, the undersigned, a certified shorthand

3  reporter of the State of Iowa, do hereby certify

4  that there came before me at the time, date and

5  place hereinbefore indicated, the witness named on

6  the title page hereof, who was by me duly sworn to

7  testify to the truth of said witness' knowledge

8  touching and concerning the matters in controversy

9  in this cause; that the witness was thereupon

10 examined under oath, the examination taken down by

11 me in shorthand and later transcribed into English

12 by computer-aided transcription, and that the

13 deposition is a true record of the testimony given

14 and of all objections interposed.

15     I further certify that I am neither attorney

16 or counsel for, nor related to or employed by any

17 of the parties to the action in which this

18 deposition is taken, and further that I am not a

19 relative or employee of any attorney or counsel

20 employed by the parties hereto or financially

21 interested in the action.

22     Dated at Waterloo, Iowa, this 8th day

23 of April , 2015.

24

25                 _____
                   CERTIFIED SHORTHAND REPORTER

**$**

$150 [2] - 75:4, 75:13
$2.25 [2] - 64:20, 65:6
$35 [2] - 64:15, 65:23
$6,363.76 [1] - 76:10

**'**

'02 [2] - 20:7, 53:12
'03 [3] - 52:2, 52:13, 53:7
'04 [3] - 20:8, 52:13, 53:7
'12 [1] - 140:19
'13 [1] - 140:19
'75 [2] - 20:13, 20:14
'82 [1] - 22:16
'87 [3] - 22:16, 51:19, 52:14
'90s [1] - 4:9
'92 [1] - 4:20

**1**

1 [6] - 29:11, 30:22, 40:19, 40:20, 41:1, 41:23
10 [1] - 135:19
118 [2] - 2:13, 2:14
12 [1] - 49:8
12,000 [3] - 54:23, 54:24, 55:4
13 [5] - 51:25, 52:21, 53:1, 125:3, 131:18
130 [1] - 1:15
132 [1] - 2:15
137 [1] - 2:16
141 [1] - 2:17
144 [1] - 2:18
15 [1] - 44:24
150 [4] - 22:1, 75:3, 75:15, 75:16
160-some [1] - 37:10
17-some [1] - 52:20
170 [1] - 1:21
19 [1] - 1:14
19th [1] - 3:5
1:30 [1] - 1:14

**2**

2 [7] - 29:12, 30:22, 40:24, 41:6, 41:23, 61:17, 76:15
2,200 [1] - 22:2
20 [2] - 92:25, 135:22
2004 [4] - 51:13, 52:4, 60:24, 127:6
2005 [1] - 127:9

2006 [1] - 115:2
2007 [3] - 60:21, 61:16, 75:20
2009 [6] - 61:4, 62:24, 108:6, 115:25, 127:7
2010 [6] - 42:19, 116:9, 117:11, 146:5, 146:6, 146:12
2011 [3] - 117:18, 146:18, 147:20
2012 [7] - 41:17, 49:8, 49:10, 127:15, 128:3, 148:6, 148:22
2013 [5] - 38:11, 44:25, 45:1, 128:12, 149:3
2014 [7] - 108:7, 124:17, 130:18, 131:18, 151:5, 152:8, 154:2
2015 [5] - 1:14, 3:5, 61:17, 76:9, 158:23
22 [1] - 41:17
23 [2] - 60:21, 61:15
25 [1] - 117:10
29 [1] - 146:6
2s [1] - 31:9

**3**

3 [3] - 2:4, 41:23, 65:7
30 [1] - 135:22
30-some [2] - 116:4, 116:5
35 [2] - 30:24, 117:10
37 [1] - 2:9

**4**

4 [1] - 43:22
4-23-07 [1] - 76:8
40 [1] - 2:10
400 [1] - 145:16
4056 [1] - 1:23

**5**

5 [3] - 45:12, 76:8, 112:5
50 [1] - 28:19
52402 [1] - 1:23
55 [1] - 65:25
5:15 [1] - 156:11

**6**

6 [1] - 47:18
60 [1] - 28:19

**7**

7 [5] - 47:19, 48:3, 48:10, 48:19, 49:9

**8**

8 [1] - 124:17

**9**

9 [1] - 2:8
94931 [1] - 1:21
95 [1] - 2:11
98 [1] - 2:12

**A**

abdomen [2] - 146:8, 149:5
able [5] - 5:19, 8:9, 116:24, 125:5, 129:19
abort [1] - 30:14
abortion [1] - 140:5
abrasion [1] - 151:8
acclimate [1] - 124:24
acclimated [1] - 23:14
accompanied [1] - 95:23
accompanies [1] - 41:7
account [7] - 19:7, 36:10, 36:13, 37:14, 38:12, 38:21, 136:2
accredit [1] - 87:13
accreditation [1] - 85:18
accredited [3] - 63:4, 85:19, 86:5
accumulate [1] - 133:9
accurate [4] - 38:5, 40:20, 41:6, 44:9
accurately [4] - 8:9, 38:3, 45:19, 49:3
Ackley [1] - 1:22
acquired [1] - 148:4
acres [1] - 22:2
act [3] - 82:7, 82:10, 82:14
acted [1] - 29:10
action [2] - 158:17, 158:21
actions [1] - 27:17
activity [1] - 122:3
acts [1] - 92:3
acupuncture [3] - 99:3, 99:6, 99:12
acute [2] - 128:18,

128:19
add [1] - 38:21
additional [1] - 108:10
addressed [1] - 86:5
adequate [2] - 84:15, 84:19
administering [1] - 78:15
adult [1] - 131:7
advance [1] - 11:15
advice [5] - 16:11, 74:6, 99:12, 111:10
advised [3] - 101:6, 126:23, 150:3
affect [1] - 121:7
affects [1] - 106:8
Africa [3] - 89:23, 90:6, 99:16
African [2] - 35:25, 36:5
afternoon [1] - 48:5
age [8] - 116:1, 116:16, 116:18, 116:25, 117:2, 117:3, 147:4
ago [5] - 17:16, 25:14, 67:10, 67:11, 85:8
agree [9] - 5:21, 86:8, 96:11, 96:23, 97:13, 97:16, 98:14, 108:6, 108:18
agreed [1] - 3:2
agreement [1] - 29:16
Agriculture [2] - 13:5, 16:23
agronomy [3] - 20:3, 20:14, 21:2
ahead [1] - 29:4
aided [1] - 158:12
ain't [1] - 136:9
air [2] - 84:20, 90:23
Alaska [3] - 34:21, 35:1, 36:15
albino [1] - 69:10
alert [1] - 118:11
alive [2] - 26:2, 153:5
alleging [1] - 82:7
allow [2] - 6:3, 6:4
almost [2] - 126:19, 145:23
alone [2] - 113:16, 120:21
Alpine [1] - 146:13
ALSO [1] - 1:25
amazing [1] - 69:8
America [4] - 33:13, 47:1, 54:7, 88:24
American [9] - 25:15, 25:21, 33:3, 34:14, 35:12, 35:24, 85:14,

87:12, 92:20
Ames [2] - 31:22, 43:6
amount [6] - 56:15, 56:16, 76:9, 87:13, 119:16, 133:15
amoxicillin [1] - 123:1
anatomy [2] - 20:19, 22:21
anesthesia [4] - 65:9, 66:9, 76:14, 79:11
anesthetics [1] - 76:15
Angora [3] - 146:7, 146:10, 148:23
Angus [3] - 21:11, 21:13, 22:12
Animal [3] - 1:20, 4:22, 86:18
ANIMAL [1] - 1:5
animal [85] - 4:20, 23:2, 23:4, 39:15, 48:23, 50:6, 51:8, 51:24, 52:17, 52:18, 53:14, 56:6, 56:14, 56:18, 57:16, 57:19, 58:5, 59:25, 62:10, 63:16, 63:17, 66:6, 67:18, 68:5, 68:7, 69:2, 71:3, 71:24, 77:24, 80:4, 83:7, 83:8, 83:14, 83:19, 84:8, 84:15, 84:16, 84:19, 84:22, 85:1, 85:4, 85:25, 86:2, 86:6, 86:9, 86:14, 86:21, 87:12, 88:2, 88:17, 89:25, 90:12, 90:13, 90:16, 90:21, 91:3, 91:14, 91:15, 93:12, 94:3, 95:16, 95:18, 95:19, 96:5, 96:6, 97:1, 97:19, 104:6, 104:8, 105:2, 105:4, 115:19, 135:7, 145:16, 148:3, 148:13, 148:14, 149:18, 152:11, 152:16, 153:1, 153:3, 153:6, 153:9
animals [94] - 10:16, 12:18, 12:23, 12:25, 14:25, 15:10, 18:15, 22:4, 22:7, 23:3, 33:3, 33:16, 33:19, 44:17, 46:23, 50:4, 50:12, 51:5, 53:15, 53:22, 54:10, 58:6, 58:13, 58:19, 59:14, 60:15, 61:1, 62:22,

Case 6:14-cv-02034-JSS   Document 20-17   Filed 06/01/15   Page 16 of 33   Ex. 7-0553

62:23, 66:21, 69:2, 69:4, 70:17, 71:1, 71:13, 71:25, 74:1, 74:8, 74:19, 75:2, 78:16, 80:12, 81:10, 82:9, 82:18, 82:21, 83:11, 83:15, 84:2, 85:2, 85:8, 85:9, 86:4, 86:21, 87:15, 87:21, 87:24, 88:7, 88:19, 89:8, 89:19, 90:9, 91:12, 92:6, 92:12, 92:15, 93:2, 94:17, 95:3, 95:9, 96:9, 96:25, 97:18, 101:2, 101:21, 101:23, 102:1, 102:5, 102:10, 103:7, 104:11, 104:14, 104:25, 106:16, 109:21, 111:9, 112:1, 112:20, 116:22, 131:4, 137:7, 149:13, 149:23
**annual** [1] - 63:5
**annually** [1] - 63:14
**answer** [10] - 6:6, 6:20, 7:8, 7:14, 7:16, 7:19, 10:24, 74:5, 75:22, 97:7
**answering** [1] - 6:18
**answers** [2] - 5:7, 13:19
**antibiotic** [5] - 123:9, 129:22, 129:25, 151:25, 152:6
**antibiotics** [10] - 76:14, 76:16, 78:24, 126:16, 126:25, 128:24, 129:12, 129:20, 131:23, 137:23
**anyway** [2] - 18:24, 33:7
**apart** [5] - 49:1, 51:8, 80:10, 89:20, 99:12
**appearance** [2] - 91:22, 125:1
**APPEARANCES** [1] - 1:19
**appetite** [2] - 116:13, 120:20
**application** [1] - 52:6
**appreciate** [2] - 112:3, 112:7
**apprenticeships** [2] - 27:20, 32:19
**approach** [1] - 14:15
**appropriate** [1] -

119:18
**April** [2] - 60:21, 61:15
**aquariums** [1] - 86:5
**area** [5] - 16:4, 16:16, 54:7, 91:10, 91:11
**areas** [2] - 4:4, 91:4
**argue** [1] - 80:1
**arm** [1] - 24:16
**arms** [1] - 149:5
**army** [1] - 42:23
**Army** [1] - 43:4
**arrest** [1] - 125:5
**arrive** [1] - 51:11
**arrived** [3] - 60:23, 125:9, 140:16
**arthritis** [1] - 68:9
**Asian** [2] - 36:4, 36:5
**ass** [1] - 31:5
**assignment** [1] - 11:5
**associate** [1] - 42:18
**Association** [1] - 85:14
**association** [3] - 87:12, 92:19, 92:20
**assume** [8] - 5:11, 41:9, 41:24, 48:22, 61:24, 105:24, 123:3, 130:16
**assumed** [1] - 119:19
**assuming** [2] - 85:10, 120:24
**ate** [1] - 121:17
**attending** [5] - 146:20, 155:19, 155:21, 155:25, 156:4
**attorney** [6] - 3:20, 4:10, 18:4, 29:16, 158:15, 158:19
**attorneys** [2] - 8:4, 31:19
**Attorneys** [2] - 1:20, 1:23
**attracted** [1] - 103:25
**August** [8] - 10:19, 14:8, 52:12, 53:6, 70:14, 108:7, 146:18, 154:2
**August/September** [2] - 61:3, 68:17
**autoimmune** [4] - 130:5, 130:6, 130:7, 130:11
**available** [1] - 33:16
**Avenue** [1] - 1:21
**average** [3] - 73:15, 74:25, 75:6
**awakening** [1] - 31:1
**awards** [1] - 98:13
**aware** [1] - 118:14
**awful** [1] - 124:6

**AZA** [7] - 85:12, 85:17, 85:19, 85:25, 86:2, 86:5, 87:10
**AZA-accredited** [1] - 86:5

# B

**B-a-y-e-r** [1] - 5:1
**B.S** [1] - 20:3
**baboon** [10] - 39:3, 39:13, 40:5, 40:8, 110:4, 110:8, 110:18, 110:19, 146:19, 146:21
**baboons** [2] - 55:6, 110:14
**background** [2] - 19:25, 20:1
**bacteria** [2] - 129:9, 140:1
**bacterial** [2] - 129:13, 129:18
**bad** [3] - 79:3, 148:15, 154:11
**badgers** [1] - 33:23
**bait** [2] - 87:25, 103:10
**baited** [2] - 103:3, 103:22
**baiting** [1] - 103:22
**baits** [3] - 102:17, 103:2, 103:18
**balance** [1] - 88:14
**bald** [7] - 23:10, 24:4, 25:3, 25:4, 25:5, 25:13, 25:16
**ball** [1] - 146:13
**balls** [1] - 122:4
**barb** [1] - 140:19
**Barbary** [1] - 69:23
**barbering** [3] - 149:12, 149:24, 149:25
**Barbery** [1] - 149:23
**bark** [1] - 138:3
**barking** [1] - 138:7
**barn** [6] - 4:14, 28:14, 28:15, 28:16, 104:3, 104:17
**Barnum** [2] - 120:13, 120:14
**barrier** [1] - 71:20
**base** [3] - 18:6, 91:18, 152:10
**based** [8] - 44:2, 44:3, 75:9, 97:9, 97:11, 97:18, 98:13, 118:9
**basic** [1] - 20:19
**basis** [3] - 82:16, 96:12, 97:1

**Battin** [1] - 40:15
**Bayer** [5] - 4:20, 4:22, 5:2, 29:19, 32:4
**BAYER** [1] - 4:25
**bear** [4] - 58:20, 59:1, 94:5, 94:18
**bears** [2] - 34:20, 74:9
**beautiful** [1] - 55:25
**became** [2] - 51:23, 52:18
**beef** [2] - 56:4, 57:23
**begin** [2] - 53:9, 61:1
**beginning** [2] - 20:1, 108:6
**behalf** [2] - 1:14, 3:15
**behaved** [1] - 46:14
**behavior** [4] - 95:17, 95:18, 95:19, 107:16
**behaviors** [1] - 122:8
**behind** [2] - 72:12, 148:16
**bell** [3] - 130:19, 131:16, 146:22
**BELL** [1] - 1:4
**Belle** [3] - 36:19, 36:23, 134:24
**belong** [2] - 40:5, 145:4
**belonging** [2] - 40:8, 145:1
**belongs** [1] - 145:7
**belt** [1] - 46:4
**benefit** [1] - 87:21
**best** [4] - 5:25, 12:16, 54:19, 121:10
**better** [7] - 16:25, 53:4, 89:10, 89:12, 121:23, 145:18, 150:17
**between** [12] - 3:2, 8:5, 47:6, 61:15, 62:25, 64:4, 72:3, 77:14, 79:17, 134:21, 135:14, 151:20
**big** [13] - 37:8, 49:6, 49:7, 63:9, 63:18, 88:4, 100:17, 113:7, 120:19, 135:20, 137:20, 143:2, 143:7
**bigger** [9] - 14:24, 15:6, 37:9, 57:20, 85:9, 88:20, 134:25, 135:19, 139:25
**bilateral** [1] - 149:17
**bill** [1] - 62:12
**billed** [1] - 65:11
**billing** [7] - 59:19, 59:21, 60:16, 60:20, 61:22, 62:13, 75:25

**bills** [1] - 18:14
**biological** [2] - 86:3, 86:20
**bird** [6] - 26:1, 35:19, 35:21, 54:3, 54:4, 54:14
**bird's** [1] - 24:5
**birds** [9] - 23:9, 23:12, 25:18, 33:4, 54:7, 58:15, 59:2, 68:22, 96:22
**bit** [14] - 5:4, 19:24, 20:10, 54:8, 60:11, 76:13, 80:18, 98:10, 134:3, 137:22, 139:25, 151:11, 151:12, 151:18
**bite** [3] - 104:24, 150:2, 151:14
**bla** [3] - 29:14
**bla-bla-bla** [1] - 29:14
**black** [7] - 58:20, 67:15, 74:8, 94:18, 104:2, 141:21, 141:23
**bladder** [5] - 63:12, 67:17, 122:25, 140:3, 154:10
**blank** [1] - 88:22
**Blome** [1] - 3:21
**BLOME** [3] - 1:20, 26:19, 107:23
**blood** [11] - 65:17, 66:20, 74:8, 94:18, 105:1, 115:21, 115:23, 129:9, 129:12, 129:17, 135:4
**blood-borne** [4] - 115:21, 115:23, 129:9, 129:17
**board** [3] - 27:14, 27:17, 77:6
**bobcat** [1] - 58:23
**body** [2] - 143:23, 152:25
**bone** [4] - 100:17, 100:18, 100:19, 121:2
**bones** [1] - 152:24
**book** [9] - 12:6, 12:9, 12:10, 16:17, 30:25, 73:18, 74:20, 84:10, 92:10
**booklet** [2] - 7:23, 7:25
**books** [2] - 74:11, 121:12
**Boone** [5] - 23:14, 23:16, 23:18, 23:23,

25:7
**boosters** [1] - 30:9
**born** [2] - 89:6, 89:7
**borne** [4] - 115:21, 115:23, 129:9, 129:17
**boss** [1] - 43:15
**botany** [1] - 20:4
**bother** [1] - 18:10
**bottle** [1] - 64:25
**Bottom** [1] - 2:18
**bottom** [2] - 48:2, 144:20
**bought** [1] - 28:13
**bovine** [2] - 29:10, 92:21
**box** [2] - 63:18, 108:14
**BRAUMANN** [1] - 1:4
**bread** [1] - 56:1
**break** [9] - 7:5, 7:6, 7:9, 27:22, 56:23, 60:4, 145:25, 154:14
**breaks** [1] - 7:1
**breathing** [1] - 47:8
**bred** [2] - 33:19, 110:5
**breed** [1] - 110:8
**breeders** [1] - 54:13
**breeding** [6] - 22:11, 109:18, 110:13, 110:21, 111:9, 111:10
**Brian** [12] - 38:13, 38:14, 41:15, 45:17, 45:19, 48:1, 50:14, 50:16, 50:20, 51:3, 51:7, 56:18
**Brian's** [2] - 41:9, 56:13
**bring** [13] - 17:16, 17:21, 18:1, 35:15, 46:9, 46:18, 46:19, 46:24, 54:11, 63:9, 63:13, 66:5, 152:1
**brings** [4] - 10:16, 63:15, 66:12
**broad** [1] - 90:20
**broke** [2] - 26:6, 60:12
**broken** [1] - 25:6
**brought** [6] - 30:11, 67:4, 82:6, 107:6, 107:7, 114:2
**buck** [1] - 147:7
**bucks** [1] - 75:3
**budgets** [1] - 87:16
**buffalo** [2] - 53:20, 53:24
**Buffalo** [1] - 53:22
**build** [1] - 33:17
**building** [2] - 59:4, 119:8

**buildings** [1] - 103:18
**built** [1] - 92:1
**bulls** [1] - 63:25
**bullshit** [2] - 16:24, 17:2
**bureaucratic** [1] - 16:23
**burgers** [1] - 53:25
**bus** [2] - 89:21, 90:5
**Busch** [2] - 89:18, 90:1
**bushbaby** [1] - 113:19
**business** [5] - 19:9, 43:13, 43:16, 60:1, 60:11
**busted** [1] - 26:5
**busy** [2] - 10:19, 93:20
**butt** [2] - 87:7, 89:13
**butter** [1] - 56:2
**buy** [3] - 36:7, 78:22, 87:25
**BVD** [7] - 29:9, 29:10, 29:12, 30:16, 30:22, 30:23, 31:3
**BY** [1] - 3:18

## C

**C.V** [2] - 2:11, 2:12
**C14-2034-LRR** [1] - 1:7
**cage** [17] - 63:18, 80:3, 80:8, 87:6, 89:12, 121:22, 122:2, 124:1, 124:3, 124:7, 141:20, 142:4, 142:13, 145:11, 145:12, 151:18, 155:2
**cages** [5] - 25:17, 82:18, 132:22, 139:2
**calcium** [5] - 100:7, 100:8, 100:23, 101:2, 101:7
**calcium-phospate** [1] - 101:7
**calcium-phosphate** [3] - 100:7, 100:8, 101:2
**calendar** [1] - 61:21
**calico** [1] - 147:7
**California** [2] - 1:21, 105:19
**calves** [2] - 30:15, 31:12
**Cambodia** [1] - 100:1
**camel** [2] - 95:4, 95:5
**camera** [1] - 118:12
**camp** [1] - 139:3
**Canada** [3] - 31:8,

34:25, 36:14
**cannot** [2] - 79:19, 144:14
**caption** [4] - 38:8, 38:10, 39:2, 42:25
**captive** [15] - 12:18, 79:20, 92:9, 92:13, 93:3, 93:8, 95:19, 96:25, 97:18, 98:11, 98:16, 98:21, 101:22, 112:20, 121:7
**captivity** [6] - 95:21, 96:9, 121:10, 121:13, 136:3, 136:12
**capture** [2] - 36:7, 87:23
**capuchin** [2] - 149:4, 149:9
**capybara** [1] - 152:23
**car** [1] - 79:22
**card** [2] - 16:15, 16:16
**care** [39] - 21:25, 24:24, 25:1, 26:3, 32:7, 43:17, 69:12, 74:19, 76:25, 79:13, 83:10, 83:14, 83:20, 87:15, 90:22, 93:2, 93:8, 96:6, 96:25, 97:1, 97:19, 98:16, 101:10, 101:13, 101:16, 102:14, 103:19, 105:23, 107:3, 107:15, 108:2, 109:11, 112:23, 114:15, 125:4, 147:25, 155:12, 155:14
**Care** [1] - 96:6
**cared** [1] - 86:4
**careful** [3] - 64:3, 71:13, 148:20
**cares** [1] - 87:14
**caretaker** [2] - 25:12, 90:16
**carpal** [1] - 68:9
**carrier** [1] - 29:15
**carry** [2] - 34:5, 60:4
**case** [27] - 4:11, 7:19, 9:21, 10:8, 10:22, 11:1, 11:24, 26:10, 28:6, 28:24, 29:17, 29:25, 30:3, 31:14, 31:23, 31:24, 32:8, 32:11, 49:25, 80:19, 80:20, 81:6, 81:7, 92:7, 116:24, 147:19
**cases** [4] - 26:12, 26:13, 28:4, 65:9

**Casey** [1] - 54:5
**Casper** [16] - 123:15, 123:23, 124:16, 124:18, 124:21, 125:13, 126:9, 126:23, 127:2, 153:18, 153:19, 153:21, 153:25, 154:3, 154:4
**Casper's** [1] - 154:6
**castrate** [2] - 78:1, 78:10
**castrating** [1] - 78:4
**castration** [1] - 79:11
**cat** [28] - 46:15, 47:2, 65:13, 65:14, 66:16, 69:23, 72:10, 124:23, 125:1, 125:6, 125:8, 125:9, 125:20, 125:22, 126:11, 126:20, 126:25, 127:14, 131:7, 133:6, 140:2, 140:6, 142:5, 142:7, 142:9, 145:12, 154:1, 154:12
**catch** [1] - 122:5
**categories** [1] - 91:14
**cats** [22] - 42:10, 45:6, 54:13, 54:16, 54:17, 55:1, 55:4, 56:19, 57:12, 63:9, 63:18, 100:17, 109:12, 109:13, 111:1, 124:14, 125:25, 127:8, 145:22, 153:22
**cattle** [30] - 21:11, 21:14, 21:17, 21:24, 22:1, 22:12, 23:5, 23:7, 29:11, 29:12, 30:8, 30:13, 31:6, 31:13, 36:9, 56:4, 57:20, 57:23, 62:18, 62:19, 77:25, 78:2, 78:7, 78:12, 79:10, 79:17, 100:13, 110:24, 111:7
**caught** [1] - 41:4
**caused** [1] - 117:1
**causes** [1] - 129:7
**Cedar** [1] - 1:23
**Center** [2] - 25:12, 95:22
**center** [6] - 23:13, 23:20, 23:21, 25:2, 58:12, 69:12
**Central** [1] - 54:7
**central** [2] - 21:12, 47:1

**certain** [4] - 69:2, 70:17, 73:22, 98:12
**certification** [1] - 99:2
**CERTIFIED** [1] - 158:25
**certified** [5] - 3:14, 4:3, 28:4, 31:23, 158:2
**Certified** [2] - 1:15, 3:6
**certify** [2] - 158:3, 158:15
**chance** [2] - 7:25, 96:15
**changed** [1] - 141:22
**changes** [1] - 8:1
**characteristics** [1] - 136:1
**characterization** [1] - 138:14
**characterize** [3] - 133:20, 134:1, 145:13
**charge** [5] - 14:2, 34:23, 64:22, 65:15, 99:9
**charged** [3] - 32:2, 65:2, 76:9
**charges** [2] - 75:18, 76:20
**chart** [5] - 57:6, 61:22, 62:9, 75:20
**cheaper** [1] - 90:7
**check** [5] - 66:24, 69:14, 71:7, 106:24, 108:19
**checked** [2] - 63:11, 101:17
**checking** [1] - 71:16
**Cheech** [2] - 117:12, 117:16
**cheetah** [1] - 100:3
**chew** [2] - 150:1, 150:11
**chewing** [1] - 149:6
**Chicago** [2] - 87:18, 120:5
**chief** [2] - 49:19, 49:23
**choose** [1] - 141:14
**Christianson** [1] - 51:2
**chronic** [2] - 126:17, 126:19
**circle** [1] - 28:1
**circumstances** [3] - 46:7, 68:3, 153:19
**circus** [2] - 120:11, 120:12
**cited** [3] - 147:20, 148:6, 151:5

Case 6:14-cv-02034-JSS   Document 20-17   Filed 06/01/15   Page 18 of 33   Ex. 7-0555

city [1] - 120:8
city-run [1] - 120:8
Civil [1] - 3:8
clarify [2] - 5:13, 58:18
class [1] - 76:15
classes [4] - 33:2, 33:5, 92:23
classwork [1] - 32:21
clean [3] - 71:4, 122:14, 140:6
cleaned [4] - 91:5, 103:20, 133:17
cleaning [1] - 72:7
Clear [2] - 13:13, 13:14
clear [1] - 81:7
client [6] - 4:10, 4:12, 4:17, 28:7, 30:1, 99:9
clients [4] - 36:18, 36:21, 54:9, 79:1
climates [1] - 126:3
Clinic [10] - 49:4, 49:14, 51:9, 51:12, 51:15, 60:23, 75:1, 75:17, 111:15, 127:6
clinic [37] - 4:21, 18:16, 19:18, 29:21, 36:12, 36:13, 37:14, 37:25, 42:25, 43:2, 43:8, 43:10, 48:5, 48:16, 49:23, 50:5, 50:12, 52:1, 54:12, 54:22, 55:2, 55:6, 55:10, 55:22, 56:8, 56:12, 56:22, 59:17, 63:13, 63:25, 64:5, 69:7, 111:17, 114:3, 132:4, 132:7, 144:9
clinics [1] - 123:5
clip [2] - 148:19
closer [1] - 59:17
co [1] - 28:10
co-ops [1] - 28:10
coatimundi [1] - 152:9
coats [1] - 143:24
code [1] - 63:3
codes [1] - 62:3
cold [7] - 124:24, 125:19, 125:20, 126:4, 131:15, 131:20, 132:2
coli [7] - 130:23, 131:1, 131:4, 131:5, 131:7, 131:21, 131:22
collars [1] - 34:19
colleague [2] - 3:21, 31:17
collection [1] - 59:12

college [2] - 20:2, 27:12
Collins [17] - 38:8, 38:10, 38:13, 38:14, 38:25, 40:14, 41:4, 41:11, 42:8, 42:15, 42:17, 43:18, 48:13, 48:17, 49:3, 50:20, 62:8
Collins's [1] - 43:7
color [2] - 123:19, 137:14
Colorado [5] - 13:10, 13:22, 14:5, 15:20, 36:7
colors [1] - 141:22
comb [4] - 148:9, 148:10, 148:12, 148:18
coming [5] - 14:11, 16:2, 17:6, 124:23, 129:11
commencing [1] - 1:14
committee [4] - 96:6, 96:7, 97:2, 97:19
common [1] - 115:4
commonly [1] - 103:23
communicated [1] - 10:11
comp [1] - 66:3
company [6] - 4:10, 4:14, 21:19, 29:3, 29:14, 30:21
comparative [1] - 20:19
compared [2] - 105:9, 133:1
compiled [1] - 18:22
complaining [2] - 81:20, 82:3
complaint [5] - 81:12, 81:16, 81:24, 82:1, 82:5
complete [1] - 7:22
compliance [1] - 82:9
component [1] - 66:23
computer [10] - 19:7, 59:19, 59:21, 60:16, 62:3, 62:6, 62:13, 75:24, 92:17, 158:12
computer-aided [1] - 158:12
computers [1] - 57:21
concern [1] - 62:20
concerned [3] - 73:20, 152:9, 154:2
concerning [3] - 22:4, 92:9, 158:8

concerns [2] - 69:21, 70:17
concluded [1] - 156:11
condition [4] - 71:8, 130:7, 147:5, 149:16
conditions [2] - 15:12, 153:2
Condo [4] - 117:19, 117:21, 117:22
conduct [2] - 65:5, 127:2
conducted [5] - 122:23, 127:21, 128:7, 131:11, 146:4
confirm [1] - 117:5
confusing [1] - 5:12
Congress [1] - 25:21
Conrad [4] - 2:12, 98:9, 98:15, 98:21
conservation [2] - 58:12, 100:3
consider [1] - 122:12
consideration [2] - 90:12, 90:20
considerations [1] - 83:18
considered [6] - 12:24, 26:1, 49:17, 49:18, 49:23, 57:7, 102:1, 104:6
constantly [1] - 71:5
consult [5] - 43:19, 96:19, 97:14, 97:17, 114:14
contact [5] - 10:16, 94:12, 103:7, 148:24, 151:21
contacted [1] - 111:20
contacts [1] - 103:9
contemplated [2] - 3:9, 110:13
content [1] - 119:19
continuing [1] - 92:22
contract [5] - 52:6, 64:4, 64:7, 64:10, 131:1
contribute [1] - 131:20
contributes [1] - 115:18
control [7] - 102:14, 102:15, 102:17, 103:2, 103:4, 103:16, 108:12
controversy [1] - 158:8
conversation [7] - 5:25, 6:15, 7:24, 11:15, 12:2, 14:23,

15:16
conversations [1] - 147:2
convicted [2] - 8:18, 8:20
cook [1] - 88:15
coon [1] - 54:14
copied [1] - 11:18
copies [1] - 59:14
copy [5] - 8:25, 26:17, 26:21, 27:3, 95:12
copying [1] - 18:10
corn [1] - 22:2
corner [1] - 48:2
Cornish [1] - 54:5
corporation [3] - 1:5, 1:9, 43:12
corps [2] - 42:22, 42:24
correct [10] - 10:22, 17:18, 52:19, 59:22, 72:1, 80:13, 85:4, 85:6, 153:25, 155:20
Correction [1] - 157:2
correction [1] - 8:3
CORRECTIONS [1] - 157:1
corrections [2] - 8:4, 13:20
correspondence [1] - 19:10
cost [5] - 64:13, 64:16, 65:6, 75:12, 88:25
costs [2] - 66:1, 66:5
Cotati [2] - 1:21
cough [1] - 45:6
coughing [1] - 71:6
Counsel [3] - 1:21, 1:23, 3:3
counsel [3] - 76:1, 158:16, 158:19
count [1] - 53:20
country [1] - 55:25
county [1] - 24:2
couple [9] - 9:19, 28:7, 34:21, 39:21, 56:21, 79:14, 117:24, 137:8, 154:20
course [6] - 24:9, 29:13, 30:19, 32:6, 59:25, 61:20
courses [2] - 34:15, 92:23
coursework [11] - 20:17, 21:2, 22:24, 23:6, 24:19, 27:19, 32:18, 33:9, 35:23, 35:25, 36:3
COURT [3] - 1:1, 61:8,

61:14
court [6] - 5:6, 5:24, 7:23, 29:5, 37:15, 97:25
cover [1] - 36:15
covered [1] - 86:11
covers [2] - 14:5, 92:15
cow [2] - 22:1, 56:4
cows [3] - 22:1, 30:14, 57:23
coyote [10] - 54:14, 137:3, 151:7, 151:9, 151:11, 151:13, 151:23, 152:1, 152:5, 153:11
Coyotes [1] - 2:16
coyotes [8] - 58:23, 137:18, 137:19, 137:21, 138:2, 138:3, 138:10, 138:25
cramps [1] - 140:2
crappy [1] - 140:4
crate [1] - 63:23
crazy [2] - 12:15, 87:16
create [3] - 7:23, 100:19, 105:3
creates [1] - 62:5
creating [1] - 101:12
credit [1] - 33:2
credits [2] - 92:25, 93:1
crews [1] - 88:1
Cricket [60] - 9:15, 15:3, 15:7, 18:1, 19:18, 19:23, 50:12, 61:2, 62:24, 62:25, 68:16, 73:16, 75:1, 82:8, 85:2, 91:16, 92:6, 95:3, 101:13, 112:1, 114:18, 114:20, 114:24, 115:3, 122:9, 122:19, 122:23, 127:7, 130:10, 132:4, 132:8, 132:16, 132:17, 132:21, 136:23, 137:13, 138:6, 139:5, 139:17, 140:8, 140:23, 141:1, 141:8, 141:11, 141:19, 143:19, 144:3, 144:7, 144:10, 145:2, 145:5, 146:5, 148:3, 154:23, 154:25, 155:4,

155:14, 155:19, 155:21, 156:3
CRICKET [1] - 1:9
critter [1] - 120:24
critters [1] - 68:23
cross [1] - 106:14
crossbred [1] - 37:4
crystal [1] - 66:23
cub [5] - 41:10, 41:21, 41:23, 128:9, 128:13
culture [1] - 129:24
cut [2] - 48:22, 68:13
cycles [1] - 111:4
Cynthia [4] - 149:4, 149:9, 149:19, 150:15

## D

daily [1] - 109:1
dairies [1] - 57:20
dairy [7] - 4:21, 30:1, 56:4, 57:19, 62:18, 62:19, 100:13
Dakota [2] - 31:8
Dallas [1] - 120:5
Dandy [3] - 69:5, 69:15, 69:21
Dandy's [1] - 69:23
darkness [1] - 119:17
database [1] - 62:5
date [2] - 49:7, 158:4
Dated [1] - 158:22
dated [2] - 45:22, 60:20
day's [1] - 133:13
days [3] - 68:7, 156:1
dead [4] - 72:25, 82:20, 129:25
deal [3] - 30:21, 88:17, 147:16
dealing [2] - 31:2, 67:2
death [4] - 4:13, 116:16, 117:1, 117:12, 144:12, 144:15
December [2] - 124:18, 147:20
decide [1] - 33:20
decided [3] - 78:1, 78:12, 110:11
decisions [5] - 43:13, 43:16, 43:17, 43:19, 50:4
declawed [1] - 132:4
deer [9] - 33:24, 36:8, 58:21, 58:22, 74:9, 79:21, 79:23, 94:19, 104:19

defendant [3] - 32:3, 32:8, 32:11
defendants [1] - 17:25
Defendants [2] - 1:10, 1:24
defense [1] - 32:2
DEFENSE [1] - 1:5
Defense [1] - 1:20
define [2] - 83:8, 83:16
definition [6] - 86:1, 86:9, 86:12, 86:14, 86:16, 86:25, 87:2, 90:20
degree [2] - 20:2, 20:14
dehorn [1] - 78:1
dehorning [2] - 78:4, 79:10
dehydrated [1] - 145:19
deliver [1] - 18:18
delivered [2] - 9:5, 122:23
dental [3] - 109:10, 109:11, 109:15
department [1] - 32:24
Department [2] - 13:4, 16:22
depict [1] - 49:3
depicted [1] - 38:3
depicts [2] - 44:5, 45:19
deposed [2] - 4:18, 26:9
Deposition [13] - 9:2, 37:17, 39:25, 96:2, 98:5, 118:3, 118:21, 132:13, 137:9, 138:21, 141:16, 144:23, 156:11
deposition [9] - 3:4, 3:7, 4:6, 7:3, 7:22, 13:18, 17:22, 158:13, 158:18
DEPOSITION [3] - 1:13, 2:7, 157:1
depositions [2] - 8:17, 28:2
Des [4] - 29:16, 78:3, 88:22, 89:7
describe [4] - 112:8, 121:20, 135:5, 137:15
describing [2] - 59:15, 75:10
designed [1] - 8:16
destroys [1] - 79:21
detailed [1] - 33:1
details [1] - 72:16

developing [1] - 115:19
device [1] - 47:8
deworming [1] - 102:18
dewormings [1] - 102:16
DHIA [1] - 57:22
diagnose [1] - 123:6
diagnostic [1] - 28:25
diagnostics [2] - 22:22, 65:15
Diamond [2] - 4:23, 29:8
diarrhea [1] - 29:11
die [5] - 115:4, 116:22, 124:21, 126:9, 129:1
died [32] - 24:7, 28:9, 30:15, 69:8, 69:11, 70:3, 115:3, 115:15, 116:1, 116:3, 117:12, 117:19, 117:21, 124:18, 125:13, 125:18, 126:13, 127:2, 127:9, 127:15, 127:19, 128:3, 128:12, 128:15, 130:14, 130:18, 130:22, 131:9, 131:14, 131:15, 141:7, 141:11
dies [4] - 90:13, 90:14, 103:12, 103:13
diet [6] - 85:4, 85:6, 120:23, 125:6, 125:25, 154:8
dietary [1] - 100:21
diets [1] - 76:17
difference [6] - 8:5, 47:5, 77:13, 91:8, 100:24, 134:25
different [11] - 12:23, 15:1, 16:5, 20:5, 31:9, 65:11, 111:4, 136:19, 138:1, 141:22
difficult [2] - 8:13, 63:21
digit [1] - 151:7
direct [1] - 93:15
directly [1] - 14:15
disagree [1] - 87:3
disciplinary [1] - 27:16
discuss [2] - 13:16, 15:2, 70:16, 76:19, 107:9, 111:25, 149:11, 151:22, 152:14

discussed [11] - 80:19, 80:20, 101:12, 101:18, 105:24, 106:3, 107:20, 108:15, 153:6, 153:18, 155:13
discussing [4] - 9:15, 107:5, 107:17, 108:12
discussion [1] - 107:25
Discussion [1] - 27:2
disease [8] - 29:9, 30:24, 66:25, 67:1, 105:25, 115:7, 115:10, 116:11
diseases [1] - 28:12
disorders [1] - 130:11
dispensed [1] - 76:16
disqualify [1] - 99:4
distinguishing [1] - 134:21
DISTRICT [2] - 1:1, 1:1
divided [1] - 151:19
DNA [1] - 135:4
DNR [2] - 34:23, 35:15
DNR's [1] - 79:23
dock [1] - 148:17
doctor [1] - 76:6
Doctor [1] - 61:8
document [4] - 6:19, 6:23, 26:23, 155:15
documents [9] - 11:24, 17:22, 18:2, 18:13, 18:17, 18:21, 19:1, 19:5, 39:22
dog [5] - 37:12, 46:14, 46:16, 57:13, 136:6
dogs [16] - 54:13, 54:14, 54:15, 54:16, 54:18, 54:21, 56:19, 68:14, 83:12, 95:1, 109:12, 109:13, 138:4
dollars [2] - 76:17, 76:25
domestic [4] - 104:3, 104:15, 105:10, 138:4
domestically [1] - 53:23
domesticated [3] - 12:24, 36:20, 138:5
domestics [1] - 102:22
done [16] - 18:15, 19:11, 29:1, 51:9, 59:21, 59:22, 61:23, 63:6, 79:13, 95:17,

98:10, 99:19, 145:23, 146:1, 147:17, 154:14
DOS [1] - 57:22
doses [1] - 30:10
dots [1] - 141:24
down [38] - 6:3, 10:15, 10:18, 11:16, 24:3, 24:15, 25:12, 26:1, 28:14, 30:20, 43:13, 48:1, 55:14, 59:13, 62:8, 63:19, 64:14, 66:6, 66:8, 66:21, 68:19, 69:3, 70:15, 72:12, 72:22, 73:16, 75:8, 75:15, 88:11, 114:6, 114:7, 123:3, 129:9, 138:18, 139:2, 150:16, 152:2, 158:10
Dr [63] - 2:12, 3:19, 4:4, 4:5, 22:10, 26:8, 26:18, 28:2, 36:11, 37:20, 38:8, 38:10, 38:25, 40:3, 40:14, 41:4, 41:11, 42:8, 42:15, 42:17, 43:7, 43:18, 48:9, 48:13, 48:17, 49:3, 49:13, 60:22, 61:5, 61:7, 62:8, 67:18, 67:24, 68:4, 68:11, 75:24, 76:2, 76:4, 81:12, 83:3, 96:4, 96:11, 96:12, 96:20, 96:23, 96:24, 97:10, 97:17, 98:7, 98:9, 98:15, 98:21, 99:18, 100:6, 109:2, 128:17, 137:11, 139:7, 140:21, 142:18, 145:1, 145:23, 155:14
draw [1] - 79:16
drawing [1] - 65:17
drew [1] - 150:5
drive [3] - 70:15, 89:22, 90:5
dropped [1] - 30:15
drug [2] - 124:14, 125:4
druggies [1] - 154:7
drugs [5] - 36:7, 76:15, 78:19, 78:20, 87:25
dry [2] - 83:25, 142:11
dug [1] - 16:17
Duke [5] - 95:17, 95:22, 96:4, 97:2, 97:20

duly [1] - 158:6
dunging [2] - 91:4, 91:10
during [4] - 6:12, 52:10, 71:23, 119:4
duty [1] - 43:6
DVM [5] - 1:13, 2:3, 3:4, 3:13, 157:1

**E**

E-s-c-h [1] - 61:10
eagle [3] - 23:10, 25:5, 25:13
eagles [5] - 24:4, 24:15, 25:3, 25:4, 25:16
early [1] - 124:18
earns [1] - 75:1
easier [3] - 88:4, 88:5, 118:23
east [1] - 14:5
East [1] - 1:21
eat [4] - 87:7, 120:20, 120:24, 142:25
eaten [1] - 89:13
eating [3] - 23:22, 66:13, 126:25
eats [1] - 103:13
Edgewood [1] - 61:13
education [2] - 27:12, 92:22
educational [1] - 19:24
efficient [1] - 112:4
effort [1] - 115:16
eight [3] - 20:5, 21:9, 22:11
either [11] - 33:5, 39:8, 39:16, 45:25, 46:22, 84:21, 90:18, 102:8, 120:3, 131:24, 132:1
electrocuted [1] - 35:21
electronic [1] - 57:7
elk [3] - 53:21, 53:22, 94:19
Elkader [26] - 1:14, 1:15, 24:3, 37:25, 42:20, 44:6, 45:20, 47:9, 49:4, 49:14, 49:15, 51:9, 51:11, 51:15, 52:8, 53:8, 54:10, 57:4, 60:23, 62:25, 66:18, 74:25, 75:17, 75:25, 111:15, 127:5
elsewhere [2] - 66:19, 120:3
email [2] - 19:12, 94:1

emails [2] - 19:9, 93:25
embryo [1] - 31:12
emergency [2] - 111:14, 111:16
employed [3] - 29:18, 158:16, 158:20
employee [2] - 43:10, 158:19
encephalitis [6] - 115:3, 115:5, 115:7, 115:9, 115:12, 115:19
enclosure [9] - 84:3, 84:14, 84:18, 89:16, 119:17, 132:21, 132:24, 133:22, 134:2
enclosures [5] - 70:20, 70:25, 71:15, 90:22, 133:10
encompasses [2] - 86:6, 86:22
end [1] - 24:1
endangered [4] - 82:7, 82:9, 82:10, 82:14
ended [1] - 70:7
energy [1] - 116:14
English [1] - 158:11
enhancement [6] - 107:4, 108:13, 108:24, 112:25, 113:3, 143:11
enjoyed [1] - 69:21
enrichment [2] - 112:19, 113:2
ensure [2] - 86:2, 86:19
enter [2] - 62:13, 132:11
entertain [1] - 150:4
entertained [1] - 149:14
entertainment [1] - 150:14
entire [1] - 7:24
entitled [2] - 6:22, 7:14
environment [2] - 90:25, 91:1
environmental [6] - 107:4, 108:13, 108:24, 112:24, 113:3, 143:11
episode [1] - 72:3
equally [1] - 17:2
equator [1] - 70:12
escape [1] - 73:2
escaped [1] - 36:9
Esch [3] - 60:22, 61:5,

61:10
especially [1] - 95:19
estimate [3] - 6:8, 6:9, 6:10
ethical [2] - 86:7, 86:22
Etosha [1] - 99:23
euthanized [1] - 69:13
evacuation [2] - 111:14, 111:17
evaluate [2] - 51:4, 85:5
evaluated [1] - 146:20
evaluating [2] - 83:19, 84:18
evening [1] - 133:18
everyplace [1] - 89:23
everywhere [1] - 131:5
exam [3] - 65:10, 65:17, 66:14
Examination [1] - 2:4
EXAMINATION [1] - 3:17
examination [1] - 158:10
examinations [1] - 71:25
examine [6] - 96:9, 146:24, 147:8, 152:16, 153:9, 153:12
examined [2] - 3:15, 158:10
example [1] - 59:4
excellent [3] - 42:10, 42:14, 87:15
excessive [1] - 146:7
excessively [5] - 146:14, 146:19, 146:25, 147:7, 147:21
excuse [1] - 27:21
exercise [3] - 113:6, 133:21, 143:9
Exhibit [43] - 9:1, 9:2, 37:17, 39:25, 40:3, 40:5, 40:11, 40:18, 40:20, 40:24, 41:23, 43:22, 45:12, 47:18, 47:19, 48:3, 48:10, 48:18, 49:8, 95:14, 96:2, 98:4, 98:5, 98:8, 98:9, 118:2, 118:3, 118:6, 118:20, 118:21, 132:13, 137:9, 137:12, 137:16, 138:20, 138:21, 141:15, 141:16,

144:22, 144:23, 144:25, 154:21
exhibit [7] - 24:2, 37:15, 88:21, 89:3, 89:14, 132:11, 144:22
exhibited [1] - 130:11
EXHIBITS [1] - 2:7
exist [1] - 23:16
expect [3] - 5:7, 17:9, 73:25
experience [17] - 26:7, 26:8, 42:7, 42:11, 46:17, 51:4, 51:8, 74:16, 96:24, 97:18, 98:15, 112:8, 113:24, 119:22, 134:15, 139:7, 142:18
experiences [2] - 32:17, 35:23
expert [13] - 4:3, 9:21, 9:25, 10:1, 10:3, 26:9, 28:4, 31:21, 32:13, 32:14, 80:22, 81:1, 96:12
expertise [1] - 27:10
explain [2] - 6:9, 45:1
explained [2] - 71:11, 149:12
extensive [2] - 96:24, 98:15
externships [1] - 32:18
extrapolate [1] - 95:1
extreme [2] - 132:1, 132:2
eyes [1] - 24:17

**F**

face [2] - 44:19, 146:8
Facebook [6] - 2:9, 2:10, 36:10, 36:12, 37:14, 38:12
facilities [1] - 87:23
facility [1] - 88:25
fact [4] - 28:5, 28:6, 31:24, 32:10
facts [1] - 27:10
fair [4] - 38:4, 40:20, 41:6, 44:9
fairly [4] - 13:3, 38:2, 45:19, 49:2
fall [1] - 13:7
familiar [5] - 18:25, 20:22, 85:12, 130:23, 144:19
family [1] - 57:25
far [3] - 9:24, 60:21,

79:12
farm [19] - 4:9, 4:17, 4:21, 21:24, 31:25, 54:15, 56:10, 57:19, 64:11, 64:13, 65:23, 68:15, 71:23, 78:22, 95:9, 114:7, 119:4, 133:8, 153:21
farmed [3] - 20:5, 21:8, 53:22
farmer [2] - 21:10, 21:17
farmers [1] - 77:17
farms [3] - 20:5, 21:20, 21:24
farrier [1] - 147:15
fashion [1] - 20:11
fast [1] - 128:24
fastening [1] - 71:22
fault [1] - 79:22
favorite [1] - 46:14
February [6] - 38:11, 61:17, 61:19, 76:8, 128:3, 130:15
feces [5] - 133:6, 133:9, 133:11, 133:15, 140:1
fed [8] - 26:3, 71:4, 83:23, 85:2, 92:2, 101:4, 142:12, 147:5
federal [5] - 7:2, 17:1, 24:4, 25:9, 25:22
Federal [1] - 3:7
federally [1] - 63:4
fee [2] - 65:15, 65:18
feed [5] - 28:10, 34:5, 72:7, 103:20, 121:4
feeding [3] - 34:4, 83:12, 85:9
feet [4] - 84:7, 147:12, 147:14, 147:24
felony [1] - 8:18
female [2] - 110:5, 137:21
females [1] - 142:24
fence [2] - 71:20, 137:24
ferrets [1] - 102:4
fertilized [1] - 33:22
fever [2] - 66:14, 145:17
few [6] - 25:14, 30:17, 59:3, 80:11, 91:25, 94:16
fidgety [1] - 149:18
fighting [1] - 154:11
figure [7] - 35:18, 66:15, 79:25, 88:12, 94:25, 124:22, 155:23

figured [2] - 72:8, 85:10
figures [1] - 62:20
file [17] - 19:7, 57:9, 57:13, 57:16, 57:24, 57:25, 58:2, 58:4, 58:5, 58:7, 58:8, 58:9, 59:6, 81:13, 131:13, 131:15
files [2] - 19:13, 123:13
fill [3] - 62:2, 122:13, 129:1
finally [2] - 28:10, 70:1
financially [1] - 158:20
fine [18] - 5:15, 14:6, 17:7, 47:2, 56:24, 72:14, 78:9, 79:15, 82:4, 83:17, 86:15, 86:16, 86:24, 87:1, 120:25, 125:25, 143:24
finish [1] - 112:4
firm [1] - 1:22
first [14] - 7:8, 8:5, 11:2, 17:20, 22:11, 22:21, 32:22, 65:10, 68:21, 73:19, 76:12, 80:2, 97:13, 149:22
fisheries [1] - 32:24
fit [2] - 21:6, 122:12
fits [1] - 33:24
five [3] - 42:21, 57:11, 64:19
fixed [1] - 23:13
flies [16] - 103:8, 103:24, 103:25, 104:3, 104:5, 104:6, 104:11, 104:13, 104:15, 104:17, 105:10, 105:11, 105:15, 105:19
Florida [4] - 70:5, 89:18, 124:15, 126:14
fluid [1] - 129:1
fly [14] - 25:18, 26:2, 26:5, 102:17, 103:2, 103:3, 103:9, 103:15, 103:21, 104:2, 104:10, 104:18, 104:19, 148:16
flying [2] - 24:15, 90:7
flypaper [1] - 103:11
folder [1] - 57:12
follicles [1] - 135:4
follow [2] - 146:9, 146:15
follows [1] - 3:16

followups [1] - 154:20
food [12] - 33:15, 72:9, 82:23, 88:13, 103:5, 104:9, 123:2, 134:10, 135:8, 137:24, 143:20, 151:25
foot [5] - 48:21, 137:22, 151:8, 151:12, 151:24
foreground [1] - 133:4
forgot [1] - 141:10
form [2] - 91:14, 97:4
formed [1] - 81:5
former [1] - 28:2
Fort [2] - 87:19, 120:5
forth [1] - 119:15
forward [1] - 121:23
four [10] - 21:11, 21:12, 21:13, 21:16, 49:20, 50:11, 57:11, 68:7, 137:13, 147:21
Four [1] - 2:16
Fox [6] - 67:18, 67:24, 68:4, 68:11, 140:19, 140:21
free [2] - 34:15, 99:20
frequently [1] - 95:20
fresh [6] - 20:23, 82:24, 84:20, 90:23, 122:14, 142:12
friends [1] - 87:11
front [4] - 48:21, 129:8, 145:12, 151:7
fruit [6] - 103:24, 103:25, 104:5, 104:6, 104:10, 104:11
frustrated [1] - 112:3
full [3] - 3:22, 53:3, 88:22
fully [1] - 125:8
Fund [1] - 1:20
FUND [1] - 1:5
fund [1] - 100:3
funded [1] - 88:20
funnel [1] - 33:15
fur [3] - 122:13, 148:14, 148:24

G

gals [1] - 38:17
game [4] - 33:3, 34:11, 34:14, 35:12
Gardens [2] - 89:18, 90:1
gas [5] - 43:25, 44:18, 47:5, 47:10, 75:7
gate [1] - 72:9

gather [1] - 80:20
geese [1] - 95:8
general [2] - 94:3, 94:4
generalists [1] - 114:11
generally [9] - 79:11, 89:11, 91:22, 97:18, 120:23, 131:22, 140:1, 143:1, 148:18
gentleman [1] - 33:10
Geographic [1] - 112:11
geographic [1] - 99:24
geology [1] - 20:20
gestures [1] - 5:20
given [7] - 11:4, 30:10, 45:24, 75:18, 123:11, 136:1, 158:13
Glacier [1] - 34:20
glad [1] - 70:4
Glass [1] - 1:23
goat [4] - 146:13, 146:14, 147:7, 147:9
goats [3] - 101:21, 146:16, 147:21
God [2] - 72:13, 135:22
golf [1] - 146:13
golf-ball-sized [1] - 146:13
good-size [1] - 37:12
government [4] - 12:12, 16:25, 17:3, 17:5
graduate [2] - 20:12, 34:23
graduated [1] - 20:6
graduating [1] - 92:24
grain [2] - 21:17, 21:23
great [3] - 8:23, 82:24, 89:14
Grinnell [8] - 20:8, 52:1, 52:2, 52:11, 53:3, 53:5, 54:1, 54:4
grizzly [2] - 34:20, 36:14
groaning [1] - 71:6
groomer [1] - 40:14
gross [1] - 76:9
ground [1] - 133:5
groups [1] - 113:16
grow [1] - 30:23
growing [1] - 150:10
growth [2] - 100:22, 100:23
guess [17] - 6:7,

25:18, 25:21, 26:8, 31:5, 36:18, 45:25, 46:6, 54:19, 75:9, 107:11, 120:15, 135:18, 136:21, 147:19, 152:13, 153:17
guessing [1] - 140:19
guidance [1] - 74:18
guy [7] - 13:21, 14:2, 15:20, 28:18, 34:22, 36:22, 78:10
guys [5] - 13:9, 35:15, 77:5, 107:9, 149:11

H

hair [9] - 135:4, 149:4, 150:1, 150:10, 150:20, 150:21, 151:8, 152:9, 152:25
half [2] - 42:21, 152:25
hall [2] - 24:15, 34:18
hand [5] - 8:24, 37:14, 59:22, 70:13, 97:24
handed [1] - 52:5
handing [1] - 118:5
handle [3] - 23:23, 33:13, 63:24
handling [1] - 12:22
hands [1] - 71:25
hands-on [1] - 71:25
handwriting [4] - 109:2, 109:4, 109:5, 109:8
handwritten [2] - 60:13, 60:14
happy [1] - 147:5
hard [2] - 70:9, 75:19
harm [2] - 104:11, 104:14
harness [2] - 46:4, 46:8
Hassett [1] - 73:21
haul [1] - 88:2
hawks [1] - 23:10
head [4] - 21:25, 72:13, 105:5, 145:20
headed [1] - 16:4
heal [1] - 152:5
healed [1] - 25:7
health [8] - 4:20, 22:4, 22:6, 30:5, 56:4, 66:4, 71:2, 74:1
Health [1] - 4:22
healthy [8] - 69:23, 82:18, 82:21
hear [1] - 28:20
heard [7] - 23:15, 25:7, 71:10, 79:1,

85:15, 100:2, 138:6
heartworm [1] - 66:24
heat [2] - 111:4, 132:2
heavily [1] - 148:7
heifers [1] - 30:14
help [7] - 6:20, 10:10, 10:24, 10:25, 12:1, 111:20, 155:23
helped [2] - 42:14, 109:17
helpful [1] - 6:23
helping [1] - 110:21
helps [1] - 75:22
herbivores [1] - 94:19
herd [3] - 22:1, 30:4, 56:4
herding [1] - 54:15
hereby [1] - 158:3
hereinafter [1] - 3:14
hereinbefore [1] - 158:5
hereof [1] - 158:6
hereto [1] - 158:20
hide [1] - 121:2
high [2] - 69:19, 115:15
higher [1] - 154:8
highlight [1] - 121:24
himself [1] - 14:21
hip [1] - 152:23
hire [3] - 9:20, 9:22, 53:3
hired [5] - 9:25, 10:2, 42:19, 51:3, 52:1
hires [1] - 16:6
hiring [1] - 52:3
hit [1] - 130:1
holding [3] - 39:3, 42:14, 45:17
holistic [1] - 68:2
Hollow [60] - 9:15, 15:3, 15:7, 18:1, 19:18, 19:23, 50:12, 61:2, 62:24, 62:25, 68:16, 73:16, 75:2, 82:8, 85:2, 91:16, 92:7, 95:3, 101:13, 112:1, 114:18, 114:21, 114:24, 115:3, 122:10, 122:19, 122:23, 127:7, 130:10, 132:5, 132:8, 132:16, 132:17, 132:21, 136:23, 137:13, 138:7, 139:5, 139:17, 140:8, 140:24, 141:1, 141:8, 141:11, 141:19,

143:19, 144:3,
144:7, 144:10,
145:2, 145:5, 146:5,
148:3, 154:23,
154:25, 155:4,
155:15, 155:20,
155:21, 156:3
**HOLLOW** [1] - 1:9
**holy** [2] - 24:5, 25:16
**home** [3] - 28:8, 68:2,
78:23
**home-raised** [1] - 28:8
**homeopathic** [1] -
68:2
**honors** [1] - 98:13
**hoof** [1] - 62:15
**hooves** [6] - 146:15,
147:8, 147:10,
147:21, 148:1, 148:3
**hope** [2] - 24:17,
130:1
**hopefully** [1] - 33:17
**hopes** [1] - 7:3
**hormone** [1] - 149:16
**hormones** [1] - 111:5
**horse** [3] - 57:18,
78:25, 79:3
**horsefly** [1] - 104:19
**horses** [4] - 12:20,
57:15, 57:17, 58:4
**hospital** [4] - 23:18,
47:9, 87:12, 88:2
**hours** [4] - 7:2, 7:4,
68:13, 91:25
**house** [7] - 54:13,
54:16, 68:20, 69:11,
105:12, 124:14,
125:4
**housed** [1] - 143:20
**houseflies** [2] -
103:23, 104:3
**houses** [1] - 31:11
**housing** [2] - 113:19,
125:24
**huge** [5] - 69:6, 87:13,
87:16, 88:21, 120:19
**human** [1] - 89:21
**humans** [2] - 24:18,
45:5
**hundred** [3] - 28:7,
79:14, 135:24
**hundreds** [1] - 105:10
**hungry** [1] - 83:23
**hunt** [3] - 23:24,
120:21, 135:8
**hunting** [2] - 54:14
**husband** [1] - 140:5
**husbandry** [15] - 83:8,
83:14, 85:1, 85:25,
86:2, 86:9, 86:14,

86:19, 90:1, 90:12,
90:21, 91:3, 91:15
**hybrid** [4] - 37:1,
134:22, 135:2,
138:15
**hybridized** [1] - 37:4
**hybrids** [1] - 37:9

## I

**IACUC** [1] - 96:5
**idea** [5] - 65:14, 97:21,
127:16, 128:4, 143:7
**identification** [12] -
9:3, 37:18, 40:1,
96:3, 98:6, 118:4,
118:22, 132:14,
137:10, 138:22,
141:17, 144:24
**Identified** [1] - 2:7
**identify** [1] - 37:5
**ignored** [1] - 92:1
**ill** [1] - 71:2
**Illinois** [1] - 13:11
**immune** [2] - 130:8,
131:6
**immunity** [1] - 131:25
**implemented** [1] -
150:14
**important** [7] - 5:9,
5:16, 25:25, 88:10,
89:15, 90:12, 100:11
**impossible** [1] - 6:2
**improve** [1] - 148:18
**IN** [1] - 1:1
**include** [1] - 65:16
**included** [2] - 23:3,
83:19
**income** [1] - 83:11
**India** [1] - 126:8
**Indian** [1] - 24:5
**Indianapolis** [1] -
87:19
**Indians** [2] - 25:15,
25:21
**indicated** [9] - 97:6,
102:22, 138:14,
146:6, 146:12,
146:18, 146:24,
147:6, 158:5
**indicates** [1] - 108:14
**indicating** [1] - 48:9
**individual** [10] - 1:3,
1:3, 1:4, 1:4, 1:8,
1:8, 50:4, 57:24,
62:5, 92:6
**individuals** [1] -
104:22
**induction** [1] - 44:20
**industry** [1] - 31:6

**infant** [1] - 47:8
**infected** [2] - 67:23,
128:22
**infection** [11] - 67:17,
115:21, 115:23,
123:1, 128:23,
129:9, 129:13,
129:14, 130:3,
130:9, 154:10
**infections** [1] - 140:3
**information** [2] -
20:11, 93:23
**inland** [2] - 20:18,
20:23
**inside** [7] - 71:15,
103:18, 105:14,
105:15, 119:8,
119:13, 142:11
**inspect** [4] - 10:14,
70:20, 70:25, 133:8
**inspected** [1] - 123:14
**inspection** [9] - 10:18,
14:14, 68:20, 68:25,
70:16, 73:14, 75:7,
91:21, 146:6
**inspections** [3] - 63:6,
146:4, 155:23
**inspector** [6] - 14:16,
16:7, 16:16, 28:15,
73:24, 108:21
**inspectors** [5] - 13:10,
14:3, 14:12, 16:6,
149:7
**inspects** [1] - 14:16
**instead** [2] - 78:13,
141:15
**institutional** [3] - 96:5,
96:6, 97:1
**Institutional** [1] -
97:19
**instructs** [1] - 7:15
**insurance** [10] - 4:10,
4:14, 26:10, 26:12,
26:13, 28:4, 29:3,
31:20, 66:3, 66:4
**intake** [1] - 100:21
**intend** [1] - 17:24
**intensive** [1] - 25:1
**intention** [1] - 16:2
**intentionally** [1] - 93:7
**interacting** [1] -
108:22
**interested** [2] - 24:24,
158:21
**interesting** [1] - 33:6
**interposed** [1] -
158:14
**interrupt** [1] - 6:1
**Interstate** [1] - 30:24
**interview** [1] - 52:5

**intestinal** [1] - 121:2
**introduce** [2] - 6:14,
138:16
**introduced** [3] - 3:19,
14:21, 80:22
**intubate** [1] - 45:4
**intubated** [2] - 44:22,
45:9
**invited** [1] - 83:2
**involves** [1] - 111:17
**IOWA** [1] - 1:1
**Iowa** [48] - 1:15, 1:16,
1:23, 3:6, 13:11,
20:3, 20:7, 20:12,
21:11, 21:12, 21:17,
22:10, 22:19, 23:7,
24:20, 27:13, 29:1,
29:9, 29:14, 30:16,
30:22, 31:10, 32:5,
32:6, 32:21, 52:1,
55:24, 59:5, 61:13,
74:6, 77:12, 77:13,
77:21, 77:25, 78:2,
78:10, 78:16, 79:14,
92:20, 102:1,
103:19, 104:20,
106:16, 106:23,
106:25, 125:23,
158:3, 158:22
**irrigation** [1] - 21:6

## J

**jaw** [1] - 146:14
**Jean** [1] - 18:19
**Jeff** [1] - 3:20
**Jefferson** [1] - 22:10
**JEFFREY** [1] - 1:20
**Jennifer** [2] - 2:12,
98:9
**jerky** [1] - 53:24
**Jessica** [1] - 3:21
**JESSICA** [1] - 1:20
**job** [1] - 53:7
**JOHN** [7] - 1:4, 1:13,
2:3, 3:4, 3:13, 3:24,
157:1
**John** [1] - 3:24
**Jonwah** [1] - 144:16
**judgment** [1] - 71:14
**July** [5] - 49:8, 53:11,
117:18, 146:5, 146:6
**jump** [1] - 69:18
**jumped** [1] - 71:10
**June** [6] - 39:19, 53:7,
128:12, 148:6,
148:22, 149:3
**June/July** [1] - 52:13
**junior** [1] - 48:8
**juris** [1] - 76:6

**juveniles** [1] - 141:23

## K

**Kalamazoo** [1] - 61:11
**Kamarah** [1] - 144:13
**Katreena** [3] - 43:25,
44:3, 44:15
**keep** [15] - 36:10,
57:22, 57:24, 57:25,
59:12, 59:24, 60:12,
60:14, 62:4, 71:9,
89:19, 91:5, 92:8,
103:19, 125:22
**keeping** [1] - 130:8
**keeps** [1] - 37:14
**Kentucky** [1] - 31:21
**kept** [3] - 19:21,
136:22, 147:5
**Kevin** [1] - 69:6
**Khan** [2] - 128:1,
128:5
**kid** [1] - 30:8
**kidneys** [1] - 106:9
**kids** [2] - 83:12,
121:25
**Kildee** [1] - 34:18
**kill** [2] - 126:20,
147:11
**killed** [4] - 127:16,
128:4, 128:13,
130:20
**kills** [1] - 79:22
**kind** [35] - 11:5, 11:18,
12:5, 12:12, 19:10,
24:25, 28:11, 28:22,
30:25, 33:7, 33:14,
33:15, 34:25, 39:12,
56:13, 59:4, 66:25,
67:13, 68:1, 69:9,
69:17, 69:24, 71:2,
79:5, 83:18, 88:11,
90:20, 92:24,
104:23, 110:16,
116:12, 122:22,
125:3, 139:3, 149:20
**kinds** [13] - 5:20, 34:7,
54:10, 57:4, 59:11,
75:12, 83:3, 94:1,
101:22, 102:18,
106:2, 113:2, 122:1
**Kingery** [1] - 1:23
**kitchens** [1] - 88:15
**kitten** [1] - 126:12
**Kleve** [3] - 48:12,
48:14, 49:3
**Klopfer** [7] - 2:11,
95:16, 96:4, 96:12,
96:20, 96:24, 97:17
**knocked** [1] - 72:22

knowledge [3] - 12:16, 40:6, 158:7
knows [4] - 69:18, 71:12, 74:4, 78:10
Kopecky [1] - 1:23
KRISS [1] - 1:4
Kristie [1] - 40:15
KUEHL [2] - 1:3, 1:3

**L**

lab [11] - 29:9, 29:10, 30:9, 30:24, 65:18, 66:17, 66:22, 66:24, 75:11, 149:12, 149:23
label [3] - 102:6, 102:23, 102:24
labeled [1] - 102:5
lack [1] - 116:13
Lake [2] - 13:13, 13:14
lamb [1] - 48:25
land [1] - 24:16
lane [1] - 138:18
language [1] - 47:16
lap [1] - 54:13
large [7] - 23:2, 23:3, 52:17, 53:14, 56:5, 57:15, 58:5
LARRY [1] - 1:22
Larry [1] - 26:20
Larry's [1] - 40:2
last [9] - 13:2, 13:7, 14:8, 35:18, 47:19, 61:9, 91:25, 123:14, 142:3
lastly [2] - 146:3, 153:17
late [3] - 4:9, 44:25, 124:17
law [2] - 25:10, 25:22
Law [2] - 1:20, 1:23
laws [2] - 24:4, 32:6
lawsuit [3] - 10:9, 81:25, 82:6
lay [2] - 82:25, 84:2
laying [1] - 134:11
lead [1] - 151:13
leading [1] - 153:19
leads [2] - 130:3, 130:4
leaned [1] - 72:11
learning [1] - 35:1
leash [6] - 46:6, 46:10, 46:19, 46:24, 47:2
least [6] - 10:14, 10:17, 37:10, 63:5, 79:25, 150:19
leave [1] - 57:9
left [5] - 44:21, 48:21,

51:24, 59:3, 136:20
leg [4] - 26:5, 48:21, 123:24, 124:17
legal [6] - 11:24, 78:3, 79:7, 79:17, 80:16, 82:4
LEGAL [1] - 1:5
Legal [1] - 1:20
legally [2] - 80:12, 80:14
lemur [16] - 113:9, 113:11, 113:19, 114:2, 114:6, 115:4, 115:25, 117:11, 117:18, 118:6, 118:9, 118:17, 118:24, 118:25, 119:2, 119:5
Lemur [3] - 2:13, 2:14, 95:22
lemur's [1] - 119:17
lemurs [20] - 55:20, 95:20, 95:21, 96:12, 96:18, 97:15, 112:9, 112:11, 112:13, 112:17, 113:3, 113:16, 113:25, 114:15, 114:18, 114:21, 114:24, 115:3, 117:9, 117:25
length [1] - 7:24
leopard [6] - 46:25, 47:1, 66:13, 67:5, 67:7, 67:13
lepto [4] - 106:6, 106:7, 106:18, 106:21
less [3] - 16:25, 76:24, 122:2
letter [1] - 95:23
lettuce [1] - 70:4
levels [1] - 94:18
Library [1] - 1:15
license [5] - 77:8, 77:11, 77:15, 77:21, 79:5
licensed [1] - 27:13
life [5] - 71:2, 90:17, 121:15, 121:20, 154:12
lifespan [2] - 117:7, 117:8
light [1] - 119:16
lighting [3] - 113:8, 134:12, 143:13
limnology [2] - 20:18, 20:22
Line [1] - 157:2
line [4] - 35:21, 78:9, 79:16, 79:18

Lion [1] - 2:18
lion [19] - 55:13, 58:24, 69:5, 69:16, 69:23, 142:25, 143:16, 144:13, 144:16, 144:19, 145:1, 145:4, 145:7, 145:14, 154:22, 154:23, 154:24, 155:4, 155:9
lioness [1] - 144:13
lions [12] - 55:12, 94:22, 135:24, 140:11, 142:19, 142:22, 143:5, 143:19, 144:1, 144:4, 144:6, 144:10
LISA [1] - 1:3
listed [6] - 57:14, 57:18, 57:20, 58:3, 66:10, 76:14
listening [1] - 71:5
litters [1] - 140:6
live [6] - 14:5, 90:18, 113:16, 121:13, 142:23, 154:12
lived [5] - 36:22, 51:25, 52:3, 52:25, 89:5
liver [4] - 116:11, 116:15, 117:1, 147:4
livers [1] - 154:11
lives [2] - 67:25, 142:10
livestock [3] - 12:20, 62:15, 83:10
living [3] - 91:11, 121:15, 141:19
llama [2] - 148:7, 148:8
llamas [2] - 95:8, 148:18
loan [1] - 58:25
lobbied [1] - 25:17
localization [1] - 135:12
lock [1] - 30:19
locked [1] - 72:9
lockers [2] - 53:21, 103:6
look [23] - 6:22, 10:16, 18:10, 18:25, 33:14, 39:22, 40:24, 43:22, 47:19, 68:21, 68:22, 68:23, 71:8, 75:21, 92:2, 92:12, 94:11, 95:1, 98:8, 121:22, 121:25, 143:24, 154:1
looked [7] - 18:23,

48:24, 59:9, 60:13, 151:24, 152:2, 155:12
looking [6] - 71:2, 73:25, 112:22, 122:13, 130:15, 153:10
looks [6] - 90:2, 90:6, 91:20, 134:10, 145:17, 145:18, 148:15, 150:6
loose [1] - 148:12
losing [1] - 29:12
loss [4] - 4:13, 116:13, 149:5, 152:10
lost [2] - 28:20, 47:17
lucky [1] - 71:14
Luna [9] - 130:17, 130:18, 130:20, 130:22, 131:8, 131:11, 131:14, 131:15
lung [1] - 130:8
lungs [2] - 128:24, 129:1
Lyme's [2] - 66:24, 67:1

**M**

Madagascar [1] - 95:21
mall [1] - 93:24
mailed [1] - 18:3
Main [1] - 1:15
main [2] - 22:9, 69:5
mainland [1] - 20:18
maintain [3] - 82:17, 101:1, 101:7
maintained [1] - 121:10
maintenance [1] - 96:25
malacia [1] - 140:4
male [2] - 110:10, 142:23
man [2] - 16:10, 28:10
management [3] - 32:23, 33:9, 34:3
manager/employee [1] - 21:22
manages [1] - 38:12
Manchester [2] - 64:14, 156:6
Mandan [1] - 31:7
Manual [5] - 92:15, 94:12, 94:15, 94:20, 95:3
manure [1] - 72:10
March [3] - 1:14, 3:5,

33:15
mark [9] - 8:25, 37:15, 39:23, 95:14, 95:25, 98:3, 108:19, 118:2, 118:20
marked [13] - 9:2, 37:17, 39:25, 96:2, 98:5, 118:3, 118:21, 132:13, 137:9, 137:12, 138:21, 144:22, 144:23
Marty's [1] - 25:12
mask [4] - 44:18, 45:8, 47:5, 47:8
mass [1] - 146:13
Massachusetts [1] - 30:12
material [1] - 125:12
materials [4] - 11:14, 64:23, 65:2, 155:18
mating [1] - 135:10
matted [3] - 148:7, 148:14, 148:23
matter [3] - 79:12, 84:4, 84:6
matters [1] - 158:8
matting [1] - 146:8
mature [1] - 63:18
matured [1] - 142:3
meal [1] - 121:23
mean [26] - 12:4, 29:5, 49:9, 54:21, 56:19, 66:5, 68:23, 82:4, 83:12, 87:1, 87:10, 90:4, 90:15, 103:10, 108:19, 109:1, 111:3, 118:13, 121:9, 121:20, 126:3, 126:7, 126:13, 128:21, 147:23, 148:15
meaning [3] - 55:4, 90:4, 121:1
means [2] - 105:25, 111:16
meat [4] - 53:21, 80:1, 103:6, 121:2
Med [1] - 92:20
medical [5] - 42:21, 73:9, 99:2, 99:12, 115:16
medicated [1] - 123:1
medication [2] - 8:12, 35:6
medicine [24] - 23:2, 23:4, 32:20, 50:9, 59:18, 64:25, 65:19, 65:20, 65:21, 76:16, 77:2, 77:4, 77:8, 77:10, 77:14, 77:20,

78:15, 78:17, 80:10,
88:3, 88:18, 92:23,
99:10, 123:4
**meet** [2] - 14:7, 136:12
**meeting** [2] - 14:12,
16:5
**meetings** [1] - 93:4
**Megan** [4] - 48:12,
48:14, 48:17, 49:3
**member** [1] - 92:18
**memory** [4] - 6:14,
6:22, 49:10, 123:25
**mentioned** [19] - 15:5,
25:3, 25:9, 26:9,
36:14, 37:13, 39:8,
47:4, 49:13, 60:14,
84:1, 85:1, 89:11,
92:10, 93:10,
105:11, 121:6,
133:7, 152:12
**Merck** [5] - 92:15,
94:12, 94:15, 94:20,
95:3
**merely** [1] - 111:14
**mess** [1] - 99:9
**met** [5] - 11:2, 13:9,
80:21, 86:21, 96:14
**Mexico** [2] - 46:25,
67:15
**Michelle** [5] - 50:18,
51:2, 51:4, 51:8,
56:15
**Michigan** [3] - 31:11,
34:24, 94:6
**microbiology** [2] -
20:20, 21:3
**microchipped** [1] -
132:8
**mid** [1] - 49:10
**Midwest** [2] - 14:3,
14:12
**might** [44] - 6:8, 8:1,
12:17, 23:6, 23:11,
45:8, 46:23, 50:17,
57:11, 63:7, 65:11,
69:1, 70:17, 76:21,
79:16, 83:4, 83:7,
90:13, 92:12, 94:17,
95:13, 97:14,
100:19, 110:8,
111:20, 112:4,
112:8, 114:9,
115:22, 118:14,
121:4, 121:10,
121:24, 122:19,
126:5, 127:8,
127:11, 129:19,
133:1, 135:23,
145:4, 148:11,
150:3, 154:10

**miles** [7] - 28:19,
120:19, 121:7,
121:8, 135:22,
135:25
**milk** [3] - 30:14, 57:23,
131:24
**millions** [1] - 89:1
**mind** [2] - 3:22, 77:7
**mine** [1] - 42:18
**Minnesota** [1] - 94:7
**minored** [1] - 20:16
**minors** [1] - 20:4
**minute** [6] - 17:16,
64:19, 64:20, 65:6,
65:7, 81:23
**misdemeanor** [1] -
8:21
**misrepresented** [1] -
8:2
**missed** [2] - 31:4,
52:14
**missing** [1] - 151:8
**misstatement** [1] -
9:23
**mistreated** [1] -
153:23
**misunderstand** [1] -
28:3
**mixed** [1] - 28:7
**Moines** [4] - 29:16,
78:3, 88:22, 89:7
**money** [10] - 31:20,
74:25, 75:17, 87:13,
87:16, 87:20, 87:22,
88:4, 88:6, 89:8
**monkey** [17] - 45:4,
46:5, 47:5, 47:6,
66:8, 105:12,
109:24, 110:2,
110:16, 113:7,
117:6, 147:4, 149:4,
149:14, 150:4, 150:6
**monkeys** [4] - 47:13,
103:17, 108:22,
111:1
**month** [3] - 150:25,
151:2, 151:3
**months** [4] - 31:2,
51:25, 52:21, 53:1
**moose** [3] - 34:22,
34:24, 36:14
**morning** [1] - 92:3
**mortality** [1] - 90:11
**most** [10] - 12:19,
37:3, 66:10, 66:21,
71:19, 80:8, 86:11,
91:4, 135:18, 142:24
**mostly** [10] - 34:1,
44:16, 51:23, 52:18,
53:14, 54:6, 54:16,

56:5, 60:16, 70:12
**mother's** [1] - 131:24
**mountain** [2] - 58:24,
135:24
**move** [5] - 63:17,
63:21, 63:23, 72:9,
87:24
**moved** [7] - 20:8,
52:2, 52:6, 52:15,
69:12, 71:21, 126:13
**moves** [1] - 122:4
**moving** [3] - 72:7,
118:11, 134:14
**MR** [66] - 1:20, 1:22,
3:18, 4:1, 4:5, 9:4,
9:23, 10:2, 13:15,
26:17, 26:20, 26:22,
26:24, 26:25, 27:1,
27:3, 27:21, 28:1,
37:19, 39:6, 39:7,
39:23, 40:2, 48:9,
48:11, 60:3, 60:6,
60:10, 61:15, 75:23,
76:3, 76:5, 76:7,
76:11, 95:25, 96:4,
97:3, 97:9, 98:3,
98:7, 108:1, 118:1,
118:5, 118:19,
118:23, 132:15,
137:11, 138:13,
138:16, 138:20,
138:23, 141:14,
141:18, 144:21,
144:25, 145:24,
146:1, 146:2, 146:3,
154:13, 154:16,
154:20, 155:11,
155:13, 156:8,
156:10
**MS** [4] - 1:20, 13:13,
26:19, 107:23
**Mueller** [1] - 40:15
**multiple** [2] - 39:24,
40:4
**mundane** [2] - 121:15,
121:20
**municipal** [1] - 120:7
**muscle** [1] - 140:3
**must** [2] - 17:21,
72:10

# N

**name** [10] - 3:22,
13:21, 26:14, 32:25,
67:20, 110:1,
111:15, 127:13,
128:18, 130:19
**named** [11] - 95:15,
115:25, 117:11,

117:19, 123:15,
127:12, 128:1,
130:17, 144:13,
144:16, 158:5
**namely** [1] - 85:19
**names** [1] - 50:22
**narrow** [2] - 124:10,
124:11
**nasty** [1] - 137:22
**national** [5] - 30:24,
34:20, 99:21, 99:24,
100:4
**National** [1] - 110:10
**native** [3] - 34:11,
34:12, 35:24
**naturally** [1] - 91:12
**nature** [2] - 14:22,
149:20
**Navy** [1] - 42:21
**NE** [1] - 1:23
**near** [4] - 69:18,
70:12, 89:20, 137:20
**neat** [1] - 99:20
**necessarily** [3] - 66:7,
116:21, 125:21
**necessary** [2] - 5:18,
110:23
**necropsy** [5] - 116:7,
127:3, 127:21,
128:7, 131:11
**need** [26] - 6:7, 13:15,
17:6, 18:9, 46:7,
56:23, 63:8, 63:11,
64:1, 66:25, 68:25,
73:15, 74:13, 76:3,
78:18, 78:19, 80:1,
82:23, 87:24, 91:5,
92:25, 111:20,
129:21, 133:1,
143:8, 145:25
**needed** [3] - 63:4,
73:9, 148:7
**needs** [18] - 86:4,
86:20, 112:13,
112:15, 113:8,
113:11, 120:1,
120:17, 132:24,
135:6, 136:3,
136:12, 138:1,
138:2, 139:11,
139:13, 142:21,
143:15
**neglected** [1] - 147:24
**neighbors** [1] - 78:11
**nervous** [1] - 149:18
**nestled** [1] - 56:14
**neuter** [3] - 66:8, 66:9,
68:13
**neutered** [4] - 109:20,
109:22, 109:23,

110:17
**neutering** [1] - 56:3
**neuters** [1] - 66:10
**never** [16] - 24:6, 25:7,
26:5, 28:16, 28:20,
29:5, 32:13, 41:14,
89:17, 90:10, 93:7,
96:14, 100:2,
112:11, 113:20,
114:2
**New** [1] - 87:18
**new** [5] - 13:3, 30:16,
58:20, 123:16,
123:17
**Newgard** [2] - 1:15,
3:6
**next** [7] - 31:7, 34:8,
56:15, 56:16,
121:23, 144:22,
150:8
**nice** [1] - 122:13
**night** [4] - 34:18, 87:8,
89:13, 136:9
**nights** [1] - 33:5
**nobody** [2] - 82:22,
87:14
**non** [2] - 1:5, 1:9
**non-profit** [2] - 1:5,
1:9
**none** [8] - 7:3, 73:23,
89:6, 95:2, 102:4,
114:1, 137:5
**nonrebreather** [1] -
44:21
**normal** [4] - 76:23,
94:18, 122:13, 130:9
**normally** [7] - 12:24,
24:17, 64:11, 103:5,
125:24, 125:25,
135:21
**north** [2] - 31:8, 36:22
**North** [7] - 1:15, 31:7,
33:3, 33:13, 34:14,
35:12, 35:24
**Northeast** [2] - 55:24,
59:5
**northern** [1] - 126:8
**NORTHERN** [1] - 1:1
**nose** [2] - 58:21,
145:20
**Notary** [1] - 157:25
**note** [3] - 128:15,
130:22, 131:13
**notes** [5] - 8:5, 17:23,
60:14, 60:16, 60:20
**nothing** [11] - 34:8,
92:3, 101:24,
114:25, 115:1,
115:2, 115:20,
126:18, 147:3,

153:16, 154:11
notice [1] - 95:23
November [6] -
115:25, 124:18,
124:25, 125:19,
131:18, 146:12
nuisance [2] - 104:16,
105:6
number [4] - 93:15,
98:12, 101:17, 151:6
numbers [3] - 74:12,
74:13, 75:10
nutrition [3] - 84:25,
88:18, 90:21
nutritional [3] -
112:17, 121:5,
143:15
nutritionist [3] -
101:4, 101:5, 101:8
nutritionists [1] - 88:9
Nye [1] - 48:20

## O

oath [2] - 5:6, 158:10
Obi [9] - 43:24, 44:3,
44:12, 44:18, 45:1,
45:17, 45:20, 45:24,
46:18
object [2] - 97:3,
138:13
objection [1] - 7:13
objections [2] - 7:17,
158:14
observations [1] -
132:20
observe [2] - 13:18,
133:5
observed [1] - 120:10
observing [5] - 112:9,
119:23, 134:16,
139:8, 142:19
obtained [1] - 13:6
obviously [1] - 5:9
occasionally [1] -
56:16
October [3] - 41:17,
123:14, 124:17
OF [3] - 1:1, 1:13,
157:1
off-label [1] - 102:24
offend [1] - 8:17
offer [3] - 8:3, 10:21,
17:25
office [14] - 15:21,
15:25, 16:3, 19:15,
19:21, 46:9, 46:18,
65:10, 65:16, 65:24,
66:14, 76:13,
109:11, 111:19

offshoot [1] - 24:25
often [3] - 73:16,
90:13, 121:19
old [21] - 24:7, 70:1,
90:13, 116:1, 116:3,
116:16, 116:18,
116:25, 117:2,
117:3, 117:6,
117:16, 117:22,
125:3, 127:18,
130:13, 130:16,
131:8, 153:1, 153:3
older [6] - 29:24,
33:10, 42:20, 69:8,
141:21, 147:2
Omaha [12] - 74:5,
74:14, 76:20, 85:19,
87:14, 88:15, 92:17,
93:11, 93:13, 94:2,
94:13, 102:7
once [6] - 10:15,
23:23, 48:16,
108:10, 154:21,
155:16
one [89] - 5:25, 12:6,
13:2, 14:13, 15:8,
22:9, 23:10, 24:6,
25:5, 26:23, 27:22,
29:7, 29:24, 30:12,
30:19, 31:1, 31:10,
32:11, 37:2, 37:23,
39:13, 40:3, 43:23,
45:25, 49:6, 49:7,
50:8, 50:17, 54:24,
55:2, 55:8, 55:11,
55:19, 57:13, 58:9,
59:6, 61:9, 63:8,
63:18, 67:6, 68:6,
69:7, 69:24, 71:9,
73:13, 75:7, 79:16,
84:12, 84:15, 85:24,
86:18, 93:22, 94:4,
94:6, 98:2, 100:14,
101:19, 103:1,
105:9, 109:25,
110:2, 110:4,
117:15, 120:12,
123:4, 123:21,
127:11, 130:1,
132:22, 133:8,
136:20, 137:22,
137:23, 139:18,
139:20, 140:10,
141:20, 144:20,
145:22, 146:6,
147:2, 149:10,
150:19, 151:6,
151:13, 152:22,
156:4
one's [4] - 39:24, 69:5,

118:23, 153:5
one-page [1] - 26:23
ones [10] - 15:8, 24:7,
37:5, 54:12, 109:23,
121:13, 121:14,
122:11, 135:23,
143:23
online [2] - 67:19,
94:12
opened [1] - 72:11
operation [1] - 52:18
opinion [36] - 82:12,
82:17, 111:11,
113:15, 113:18,
113:22, 114:17,
114:19, 114:20,
114:22, 122:9,
122:15, 122:18,
125:9, 133:3,
133:16, 133:23,
133:24, 136:13,
136:14, 136:16,
136:25, 137:1,
137:17, 139:12,
139:13, 140:23,
140:25, 141:1,
141:3, 142:10,
142:13, 143:18,
143:25, 144:2, 148:2
opinions [7] - 10:1,
17:24, 18:6, 81:5,
118:8, 118:16, 142:6
opportunities [1] -
133:21, 134:2,
142:15
ops [1] - 28:10
optimum [1] - 33:20
oral [2] - 102:16,
102:18
orally [1] - 126:24
ordinarily [2] - 110:20,
114:9
ordinary [2] - 133:16,
153:3
organism [1] - 129:24
organized [1] - 20:11
ornithology [3] -
20:20, 20:25, 21:1
Osborn [8] - 25:11,
58:11, 58:13, 59:6,
74:8, 94:5, 136:19
Osborn's [1] - 58:7
Oskaloosa [1] - 29:4
otherwise [1] - 79:1
Ottumwa [1] - 29:4
outcome [1] - 79:3
outside [10] - 47:11,
56:9, 68:23, 89:4,
103:19, 105:16,
119:11, 119:12,

119:14, 119:20
over-a-phone [1] -
59:16
overbearing [1] -
43:15
overlapped [1] - 21:3
oversaw [1] - 22:6
oversight [1] - 17:2
own [15] - 7:17, 16:24,
23:24, 28:21, 36:2,
43:8, 43:19, 43:21,
49:14, 56:17, 58:4,
77:25, 80:4, 88:8
owned [3] - 4:23,
21:20, 21:21
owner [3] - 28:16,
49:17, 49:20
owns [1] - 57:25

## P

P-r-i-e-s [1] - 3:24
p.m [2] - 1:14, 156:11
pack [3] - 63:23,
135:7, 135:16
pack's [1] - 135:21
packs [3] - 135:8,
135:9, 135:18
page [22] - 17:20,
26:23, 40:19, 40:20,
40:24, 41:1, 41:6,
41:23, 43:22, 45:11,
45:12, 47:18, 47:19,
48:3, 48:10, 48:19,
49:9, 61:17, 76:13,
109:7, 158:6
Page [2] - 2:2, 157:2
pages [3] - 39:24,
40:4, 60:20
Pages [2] - 2:10, 2:16
paid [5] - 4:15, 10:5,
17:9, 17:12, 29:4
pain [2] - 31:5, 140:3
PAM [1] - 1:8
Pam [55] - 1:25, 4:2,
10:9, 10:21, 11:17,
11:20, 13:12, 13:16,
13:18, 19:6, 19:11,
19:15, 39:19, 39:20,
40:6, 46:17, 46:23,
58:9, 59:7, 59:13,
59:17, 66:7, 67:4,
68:18, 69:13, 70:3,
70:14, 71:8, 71:9,
71:20, 72:5, 72:17,
73:24, 74:4, 74:7,
80:20, 81:4, 81:8,
82:7, 82:13, 82:19,
107:6, 107:7,
111:18, 124:5,

124:22, 136:18,
147:25, 148:8,
148:24, 149:8,
149:13, 151:22,
152:10, 155:9
Pam's [15] - 14:16,
15:6, 55:14, 58:7,
63:7, 81:20, 81:21,
82:2, 84:3, 109:13,
119:9, 120:3,
132:22, 142:4,
145:22
Pamela [1] - 17:25
Panacur [3] - 102:20,
102:21
pancreas [3] - 116:10,
116:15, 116:25
panels [2] - 71:22,
151:20
pants [1] - 88:12
paper [3] - 96:21,
107:21, 144:22
papers [2] - 33:11,
96:17
parasite [2] - 102:14,
102:15
park [3] - 24:2, 34:21,
99:21
park's [1] - 100:4
part [8] - 13:4, 39:15,
44:6, 46:5, 85:1,
87:4, 116:18, 153:21
participate [1] - 13:19
participation [1] -
17:10
particular [2] - 6:13,
14:10
parties [3] - 3:3,
158:17, 158:20
partner [3] - 29:20,
30:7, 38:7
partners [1] - 29:24
party [1] - 4:16
pass [1] - 25:21
passed [1] - 25:15
pastrami [1] - 53:24
patch [1] - 70:4
patent [1] - 30:18
pathologist [1] - 61:11
pathology [3] - 22:22,
35:8, 35:10
paw [1] - 50:9
pay [6] - 4:15, 28:22,
53:4, 65:20, 66:2,
87:12
payback [1] - 28:22
payment [1] - 64:9
payments [1] - 59:20
pen [6] - 73:3, 73:4,
73:7, 91:24, 151:11,

Case 6:14-cv-02034-JSS   Document 20-17   Filed 06/01/15   Page 26 of 33      Ex. 7-0563

151:16
penalty [1] - 5:8
penguin [1] - 88:21
penguins [4] - 88:22, 89:2, 89:4, 89:14
penicillin [1] - 78:22
pens [3] - 71:4, 71:7, 72:7
people [18] - 17:7, 40:12, 54:10, 57:11, 57:13, 79:1, 80:8, 83:9, 85:7, 87:17, 99:8, 101:3, 115:14, 125:5, 134:23, 136:21, 142:25, 147:24
per [2] - 64:23, 64:24
performed [1] - 116:7
period [1] - 33:15
perjury [1] - 5:9
person [22] - 77:10, 77:21, 79:4, 79:19, 80:11, 84:17, 85:5, 96:19, 97:6, 97:14, 97:17, 100:25, 110:21, 111:8, 113:7, 115:22, 122:1, 125:22, 129:2, 135:1, 136:11, 153:9
personally [1] - 30:6
pertain [2] - 12:19, 12:21
pertains [1] - 81:20
perused [1] - 11:18
pest [1] - 108:12
pet [4] - 54:7, 57:6, 57:18, 57:25
Peter [2] - 2:11, 95:16
pets [5] - 46:9, 56:17, 57:14, 58:1, 58:3
phone [3] - 59:16, 93:14, 93:15
phospate [1] - 101:7
phosphate [3] - 100:7, 100:8, 101:2
photo [8] - 37:20, 37:22, 38:2, 38:4, 40:25, 41:2, 41:6, 144:21
Photograph [7] - 2:9, 2:13, 2:14, 2:15, 2:17, 2:18
photograph [21] - 38:24, 41:8, 41:11, 43:23, 44:2, 44:5, 44:9, 44:24, 45:13, 45:16, 45:19, 48:10, 118:10, 119:3, 132:15, 133:4,

133:12, 134:9, 138:17, 141:14, 144:18
photographs [15] - 17:23, 38:16, 39:21, 40:12, 40:13, 41:22, 47:20, 47:25, 48:18, 49:2, 49:8, 117:24, 128:10, 137:13, 137:16
Photographs [2] - 2:10, 2:16
photos [6] - 40:16, 40:19, 40:21, 137:8, 137:12, 137:14
physiological [2] - 86:3, 86:19
physiology [1] - 22:22
pick [1] - 59:18
picked [1] - 123:4
picture [7] - 37:23, 39:3, 41:12, 130:15, 145:11, 145:15, 155:2
pictured [1] - 118:6
pictures [5] - 41:16, 41:20, 49:5, 90:2, 139:1
Pierce [2] - 2:4, 3:20
PIERCE [51] - 1:20, 3:18, 4:1, 4:5, 9:4, 10:2, 13:15, 26:17, 26:20, 26:24, 27:1, 27:3, 28:1, 37:19, 39:7, 39:23, 40:2, 48:9, 48:11, 60:3, 60:10, 61:15, 75:23, 76:5, 76:11, 96:4, 97:9, 98:3, 98:7, 108:1, 118:1, 118:5, 118:19, 118:23, 132:15, 137:11, 138:16, 138:20, 138:23, 141:14, 141:18, 144:21, 144:25, 145:24, 146:2, 146:3, 154:13, 154:20, 155:11, 155:13, 156:8
pig [2] - 28:6, 48:1
pigs [9] - 4:12, 4:13, 23:5, 23:7, 28:7, 28:8, 28:16, 28:21, 28:23
pissed [1] - 151:15
placard [2] - 138:24, 139:4
place [17] - 38:4, 40:21, 58:15, 62:1,

73:21, 82:24, 83:24, 84:2, 87:25, 89:17, 91:23, 96:21, 97:15, 99:20, 136:8, 154:12, 158:5
places [2] - 99:25, 120:10
Plaine [3] - 36:19, 36:23, 134:24
plaintiff [1] - 32:1
plaintiff's [2] - 76:1, 81:13
Plaintiffs [4] - 1:6, 1:14, 1:21, 3:15
plaintiffs [4] - 3:21, 82:2, 92:7, 95:23
plan [8] - 18:6, 73:21, 111:14, 111:17, 126:22, 150:6, 150:14
planned [1] - 108:21
plants [1] - 103:6
play [9] - 22:4, 28:24, 88:23, 107:11, 108:22, 110:20, 133:21, 136:7, 142:15
played [1] - 30:2
plenty [1] - 154:9
plus [1] - 28:21
pneumonia [15] - 125:14, 125:20, 126:9, 126:12, 126:15, 126:19, 128:16, 128:18, 128:19, 129:3, 129:10, 130:3, 130:4, 154:10
poached [1] - 35:17
point [1] - 6:15
poop [2] - 91:24, 103:20
poor [4] - 69:12, 71:14, 116:13, 128:18
population [3] - 24:5, 33:18, 34:3
populations [2] - 34:22, 34:24
pose [1] - 7:13
possession [1] - 17:24
possibility [1] - 106:4
possibly [2] - 106:19, 106:20
posted [1] - 44:24
postmortem [1] - 35:20
postmortems [1] - 28:11

potentially [1] - 148:15
pounds [2] - 37:10, 145:16
power [1] - 35:21
practice [13] - 16:24, 51:23, 52:22, 54:9, 54:11, 56:2, 77:3, 77:8, 77:10, 77:20, 88:3, 92:13, 94:17
practices [2] - 86:2, 86:19
practicing [1] - 77:14
practicums [1] - 32:18
predatory [1] - 23:9
predominantly [1] - 56:10
prefer [1] - 119:13
preferable [1] - 5:19
preparation [1] - 36:3
prepare [3] - 11:7, 12:2, 42:12
prepared [3] - 18:17, 32:19, 42:8
preparing [1] - 105:22
prescribe [1] - 59:16
prescribed [1] - 65:20
prescription [2] - 76:16, 78:18
prescriptions [2] - 78:19, 78:21
present [2] - 4:2, 148:14
PRESENT [1] - 1:25
preserve [1] - 7:18
pressure [1] - 47:10
pretty [6] - 24:18, 33:1, 74:2, 88:16, 90:2, 116:13
prevent [3] - 99:7, 115:23, 129:2
preventable [2] - 115:7, 115:13
prevented [1] - 126:10
previously [3] - 9:7, 26:10, 119:4
price [1] - 66:10
pride [2] - 143:2, 143:5
prides [1] - 142:23
PRIES [5] - 1:13, 2:3, 3:4, 3:13, 157:1
Pries [28] - 3:19, 3:24, 4:4, 4:5, 26:8, 28:2, 36:11, 37:20, 40:3, 48:9, 49:13, 75:24, 81:12, 83:3, 96:11, 96:23, 97:10, 98:7, 99:18, 100:6, 109:2, 128:17, 137:11,

139:7, 142:18, 145:1, 145:23, 155:14
Pries's [1] - 26:18
primarily [1] - 56:19
primary [1] - 107:2
primate [4] - 47:6, 114:11, 114:12, 114:13
primates [6] - 47:7, 47:12, 68:22, 107:4, 108:14, 114:10
printed [1] - 59:18
printed-out [1] - 59:18
printout [2] - 60:19, 75:24
prison [2] - 121:24, 122:2
private [4] - 21:20, 21:21, 43:11, 52:22
private-owned [2] - 21:20, 21:21
problem [13] - 63:12, 67:3, 68:24, 103:21, 104:7, 104:8, 104:22, 104:23, 105:3, 106:22, 116:15, 131:21, 142:25
problems [8] - 10:15, 34:4, 63:7, 63:15, 85:9, 100:17, 100:18, 100:20
procedure [1] - 64:23
Procedure [1] - 3:8
process [2] - 57:3, 85:18
processing [2] - 73:22, 103:6
produce [1] - 57:4
produced [1] - 3:14
product [1] - 125:7
production [2] - 23:2, 30:14
products [1] - 156:5
profession's [1] - 115:16
professional [5] - 43:11, 64:12, 64:18, 76:13, 114:14
professor [2] - 30:25, 33:11
professor's [1] - 32:25
profit [4] - 1:5, 1:9, 75:15, 75:16
program [17] - 101:9, 101:13, 101:16, 102:13, 105:23, 107:3, 107:16, 108:1, 108:9,

108:11, 108:24, 108:25, 109:18, 110:21, 112:23, 155:12, 155:14
**prolapsed** [2] - 39:14, 39:15
**prominent** [1] - 152:24
**proper** [2] - 101:1, 101:7
**properly** [1] - 148:1
**protein** [1] - 154:8
**protocols** [1] - 96:8
**provide** [7] - 5:11, 6:8, 13:19, 149:1, 152:19, 153:15, 155:16
**provided** [10] - 19:1, 59:10, 60:20, 74:17, 74:18, 76:1, 95:24, 98:1, 101:10, 155:18
**provides** [1] - 155:17
**providing** [3] - 86:6, 86:21, 98:16
**provision** [1] - 108:10
**psychological** [4] - 86:3, 86:20, 122:16, 144:1
**Public** [2] - 1:14, 157:25
**publications** [4] - 12:5, 26:14, 98:13, 114:15
**published** [2] - 13:1, 74:11
**pull** [2] - 6:23, 150:11
**puppies** [1] - 100:18
**pure** [3] - 36:25, 37:5, 37:6
**purebred** [1] - 37:3
**purebreds** [1] - 134:24
**purposes** [1] - 3:9
**pursuant** [3] - 1:16, 3:7, 9:15
**pursued** [1] - 93:8
**put** [12] - 38:8, 38:10, 38:18, 39:1, 57:22, 74:17, 89:21, 122:1, 129:11, 137:24, 147:3, 151:19
**puts** [1] - 103:6
**putting** [1] - 94:2
**puzzled** [1] - 49:25
**python** [2] - 69:10, 69:25
**pythons** [1] - 70:9

## Q

**quail** [1] - 34:7

**qualifications** [2] - 97:5, 97:7
**quarters** [2] - 32:22, 32:23
**questions** [15] - 5:10, 5:12, 7:11, 7:19, 9:11, 9:19, 10:23, 56:22, 81:19, 92:16, 94:1, 94:3, 94:11, 96:18, 156:9
**quick** [5] - 68:12, 128:16, 129:2, 129:10
**quickly** [1] - 40:4
**quite** [4] - 28:18, 98:10, 99:21, 122:12

## R

**R-o-y-e-r** [1] - 50:25
**rabbit** [3] - 146:10, 148:23, 148:24
**rabbits** [1] - 146:7
**rabies** [3] - 106:4, 106:15, 106:17
**racetrack** [1] - 79:2
**radio** [1] - 34:19
**raise** [1] - 7:14
**raised** [7] - 21:11, 28:8, 53:23, 71:1, 125:4, 153:23, 154:7
**raising** [1] - 21:13
**Raja** [2] - 127:8, 127:9
**ran** [2] - 61:25, 72:23
**range** [1] - 6:9
**Raoul** [9] - 42:1, 42:3, 42:9, 42:12, 128:9, 128:12, 128:15, 130:13
**rapid** [1] - 100:22
**rapidly** [1] - 128:22
**Rapids** [1] - 1:23
**raptors** [1] - 58:19
**rare** [3] - 35:19, 75:10, 130:12
**rate** [3] - 65:12, 91:15, 132:23
**rather** [5] - 16:24, 31:21, 51:14, 57:9, 148:19
**rating** [1] - 91:18
**ratio** [4] - 100:7, 100:8, 101:2, 101:7
**rays** [1] - 35:17
**read** [7] - 36:2, 36:17, 81:12, 82:1, 86:10, 86:18, 98:14
**reading** [2] - 73:18, 121:12
**real** [2] - 48:25, 135:2

**realize** [1] - 5:17
**really** [8] - 14:11, 15:15, 16:12, 25:16, 25:17, 136:21, 136:22, 150:10
**reason** [7] - 8:8, 8:15, 24:18, 99:1, 154:24, 155:3, 155:6
**reaspirated** [1] - 126:12
**received** [1] - 27:4
**recently** [3] - 13:6, 145:17, 148:4
**Recess** [3] - 27:24, 60:8, 154:18
**recognize** [17] - 37:19, 37:22, 40:12, 40:16, 40:25, 41:10, 43:23, 44:2, 45:12, 45:15, 47:20, 47:24, 132:17, 138:23, 139:4, 141:18, 145:1
**recommend** [5] - 102:19, 104:4, 113:14, 153:14, 154:5
**recommended** [2] - 121:3, 122:6
**recommends** [2] - 77:16, 77:22
**record** [14] - 3:23, 4:1, 5:17, 5:24, 7:18, 9:24, 19:17, 19:20, 26:25, 27:2, 75:23, 107:23, 107:25, 158:13
**recordkeeping** [1] - 57:3
**records** [14] - 11:17, 11:20, 17:16, 19:14, 42:6, 57:4, 57:16, 57:21, 59:10, 59:11, 59:24, 60:11, 60:12, 75:25
**recover** [1] - 125:8
**rectum** [1] - 39:16
**red** [4] - 23:10, 118:25, 119:5, 151:8
**Red** [1] - 2:14
**red-tailed** [1] - 23:10
**reflect** [1] - 4:2
**reflex** [1] - 45:6
**refresh** [1] - 123:24
**refreshes** [1] - 65:17
**regional** [1] - 13:9
**register** [3] - 5:20, 7:12, 7:17
**regular** [1] - 59:25
**regularly** [1] - 7:1
**regulations** [1] - 92:9

**rehab** [2] - 23:13, 23:18
**rehabilitation** [2] - 23:8, 25:2
**relate** [1] - 17:24
**related** [14] - 10:8, 11:24, 14:10, 20:24, 21:2, 23:7, 35:2, 35:24, 35:25, 36:4, 43:17, 53:15, 79:18, 158:16
**relates** [1] - 112:22
**relationship** [4] - 9:19, 22:3, 42:16, 62:25
**relative** [2] - 132:24, 158:19
**release** [2] - 23:15, 23:25
**released** [1] - 47:10
**relief** [1] - 68:1
**remarked** [1] - 141:16
**remember** [78] - 5:3, 6:12, 6:13, 12:13, 13:23, 15:4, 15:11, 15:14, 15:15, 18:12, 20:17, 23:12, 25:23, 28:5, 32:25, 38:6, 39:2, 39:7, 39:11, 39:12, 39:14, 41:20, 42:5, 44:14, 46:21, 67:9, 67:14, 67:16, 67:20, 72:5, 72:16, 101:12, 107:5, 107:10, 107:17, 107:19, 108:23, 109:15, 109:25, 110:1, 110:16, 116:1, 116:8, 117:15, 117:16, 117:19, 119:1, 123:12, 123:15, 123:19, 123:24, 124:19, 126:22, 127:8, 127:9, 127:11, 127:12, 127:13, 128:1, 130:13, 130:18, 131:3, 137:7, 139:19, 141:20, 144:11, 144:14, 146:9, 146:16, 146:21, 146:23, 149:8, 150:16, 150:23, 152:15, 152:20, 153:20
**removed** [1] - 100:23
**rephrase** [1] - 5:13
**replicate** [2] - 89:5, 89:16, 90:22
**replicates** [1] - 89:15

**report** [6] - 39:18, 61:25, 128:14, 147:6, 148:22, 152:8
**Reporter** [2] - 1:16, 3:6
**reporter** [11] - 5:6, 5:24, 7:23, 8:24, 37:15, 95:14, 97:25, 118:1, 118:20, 137:11, 158:3
**REPORTER** [3] - 61:8, 61:14, 158:25
**reports** [2] - 62:4, 70:17
**representation** [4] - 38:5, 40:21, 41:7, 44:9
**representatives** [1] - 17:21
**represented** [2] - 4:16, 61:21
**represents** [1] - 38:3
**reproduction** [2] - 34:6, 110:3
**reptology** [1] - 59:5
**request** [1] - 7:5
**requested** [12] - 9:3, 37:18, 40:1, 96:3, 98:6, 118:4, 118:22, 132:14, 137:10, 138:22, 141:17, 144:24
**require** [3] - 78:20, 82:10, 92:13
**required** [2] - 50:3, 108:2
**requirements** [3] - 112:17, 113:3, 113:6
**requires** [1] - 73:13
**rescue** [2] - 23:20, 23:21
**research** [3] - 94:10, 96:8, 96:10
**researcher** [1] - 95:15
**resembles** [1] - 89:3
**reserve** [1] - 42:24
**Reserve** [1] - 43:5
**residents** [1] - 24:23
**respective** [1] - 3:3
**response** [3] - 5:11, 5:18, 149:1
**responsibilities** [1] - 86:7
**responsibility** [1] - 86:23
**restless** [1] - 112:3
**restraining** [2] - 46:4, 46:8
**resume** [15] - 26:18, 27:4, 27:11, 95:11,

Case 6:14-cv-02034-JSS   Document 20-17   Filed 06/01/15   Page 28 of 33    Ex. 7-0565
Page 13 t   13 of 18

95:15, 95:22, 96:13, 96:16, 97:10, 97:24, 97:25, 98:1, 98:8, 98:9, 98:14
retaining [1] - 143:23
retired [1] - 30:18
review [8] - 7:25, 9:9, 11:21, 12:5, 18:21, 96:8, 96:15, 98:2
reviewed [5] - 11:14, 17:15, 17:17, 40:2, 101:9
reviewing [1] - 75:24
rhinos [1] - 99:21
rich [1] - 89:10
ride [1] - 80:7
ring [1] - 131:16
rings [2] - 130:19, 146:22
risk [3] - 46:16, 148:13, 148:14
road [1] - 150:16
Road [1] - 1:23
roam [2] - 120:18, 121:6
Rockies [1] - 14:6
role [7] - 14:1, 21:23, 22:3, 28:24, 30:2, 107:14, 110:20
roof [1] - 132:19
room [3] - 44:7, 44:10, 45:17
rotational [1] - 21:6
routine [1] - 50:1
Royer [3] - 50:18, 50:23, 50:24
rude [1] - 31:1
Ruffed [1] - 2:14
ruffed [2] - 118:25, 119:5
Rules [2] - 3:8, 3:9
rules [2] - 7:2, 142:24
run [6] - 65:18, 94:17, 120:8, 121:8, 121:16, 135:7
runs [1] - 156:1
Ryan [6] - 50:23, 50:24, 51:3, 51:7, 56:16, 156:6

## S

safe [1] - 103:5
Safeguard [1] - 102:20
sale [3] - 4:14, 28:13, 30:12
samples [2] - 66:15, 73:23
sanctuary [1] - 100:1
sanitation [3] - 90:24,

91:2
sat [1] - 93:6
Saturday [2] - 33:5, 34:16
save [1] - 115:17
saw [4] - 41:12, 100:5, 142:3, 150:23
scaly [1] - 152:24
scare [1] - 69:16
scary [1] - 72:19
schedule [1] - 66:8
school [16] - 20:6, 22:12, 22:18, 22:20, 22:21, 22:25, 24:16, 24:20, 42:19, 42:22, 48:8, 51:16, 51:20, 87:11, 92:24, 115:15
Scientific [1] - 4:23
scientific [3] - 29:8, 86:7, 86:22
scrapes [1] - 137:4
screwup [1] - 28:12
search [1] - 67:19
searched [2] - 19:5, 19:9
season [1] - 33:20
seasonal [1] - 111:5
seasons [1] - 33:13
seat [1] - 88:12
second [4] - 8:6, 22:12, 27:22, 107:24
seconds [1] - 79:13
secretaries [2] - 11:17, 27:7
secretary [8] - 14:18, 18:19, 18:22, 19:5, 19:8, 60:19, 61:24, 75:25
sections [1] - 94:16
sedated [1] - 88:1
see [49] - 25:20, 29:2, 32:10, 32:13, 35:16, 46:11, 47:4, 48:1, 50:8, 53:9, 54:20, 55:14, 57:21, 58:18, 59:25, 63:8, 63:19, 69:2, 75:19, 76:8, 82:11, 82:18, 88:23, 89:22, 89:24, 91:24, 96:17, 97:9, 98:10, 99:14, 99:15, 101:3, 105:22, 118:9, 118:11, 119:2, 119:7, 119:8, 124:5, 132:18, 133:9, 134:12, 136:21, 137:6, 143:23, 150:11, 150:14, 150:18, 154:15
seeing [3] - 16:17,

69:18, 112:10
seem [2] - 119:15, 119:19
selects [1] - 38:16
Selena [3] - 146:19, 146:21, 146:24
sell [1] - 54:14
selling [1] - 57:17
Sellner [27] - 1:25, 4:2, 18:1, 19:15, 40:6, 46:17, 46:23, 62:2, 82:8, 82:13, 101:6, 101:10, 101:11, 101:18, 108:15, 114:2, 131:14, 138:11, 146:23, 147:8, 147:22, 150:13, 151:9, 153:7, 153:20, 155:17
SELLNER [3] - 1:8, 1:8, 13:13
Sellner's [6] - 19:6, 62:15, 101:23, 111:13, 118:25, 151:6
Sellners [8] - 104:5, 105:24, 106:3, 107:5, 109:17, 121:4, 122:7, 125:12
Sellners' [1] - 109:21
send [11] - 11:20, 16:16, 30:23, 65:19, 66:18, 66:23, 67:1, 74:10, 74:12, 74:13, 93:23
senior [1] - 25:6
sense [2] - 81:17, 81:25
sent [5] - 11:16, 28:25, 36:6, 94:9, 124:2
separate [6] - 31:3, 62:4, 65:8, 91:10, 91:12, 151:17
separately [1] - 76:14
separation [1] - 137:24
September [6] - 10:19, 14:8, 51:13, 60:24, 70:15, 127:6
serum [1] - 31:12
Serval [1] - 2:17
serval [6] - 140:10, 140:11, 141:19, 141:22, 142:2, 142:3
servals [11] - 55:18, 139:8, 139:11, 139:14, 139:16, 140:7, 140:12, 140:24, 141:2,

141:5, 141:7
settings [1] - 98:12
settle [1] - 29:15
settled [4] - 29:6, 29:17, 29:25, 31:15
seven [4] - 7:2, 7:3, 34:9, 135:19
several [4] - 7:4, 40:11, 58:1, 93:5
severe [2] - 4:13, 31:10
sewing [1] - 48:22
shade [1] - 134:2
shape [1] - 71:9
Shari [1] - 61:12
shear [1] - 148:11
sheared [1] - 148:8
Sheba [7] - 127:11, 127:12, 127:15, 127:16, 127:18, 127:19, 127:22
sheep [3] - 95:8, 101:21, 148:17
shelter [2] - 134:4, 142:9
Shere [2] - 128:1, 128:4
sheriff's [1] - 111:19
shipping [1] - 12:22
shit [1] - 69:16
shoot [1] - 143:1
short [5] - 60:4, 68:5, 150:20, 150:21, 154:14
shortened [1] - 147:12
shorter [1] - 98:8
SHORTHAND [1] - 158:25
Shorthand [2] - 1:15, 3:6
shorthand [2] - 158:2, 158:11
shot [4] - 35:16, 35:20, 121:16, 121:19
show [5] - 6:21, 95:11, 117:24, 137:8, 144:18
showed [2] - 19:13, 41:20
showing [1] - 64:16
shows [3] - 7:23, 71:20, 134:17
Shrugs [1] - 148:8
Siberia [1] - 126:7
sick [7] - 28:9, 28:17, 28:23, 30:14, 63:11, 121:17, 131:25
side [2] - 48:4, 134:11
sight [1] - 134:22

sign [2] - 118:24, 155:15
signature [3] - 108:3, 108:16, 108:19
signed [3] - 108:5, 108:6, 108:9
Sigourney [1] - 28:14
similar [1] - 35:23
single [1] - 75:20
sink [1] - 130:1
sit [1] - 87:6
site [1] - 134:12
sits [1] - 96:5
sitting [1] - 114:4
situation [2] - 71:11, 125:7
situations [1] - 7:17
six [1] - 125:2
Six [1] - 2:10
size [11] - 15:7, 37:12, 84:3, 84:8, 84:15, 85:11, 122:13, 132:23, 132:25, 142:13, 143:5
sized [1] - 146:13
skin [1] - 152:24
slaughtered [1] - 53:24
slick [2] - 90:3, 90:4
small [13] - 15:8, 44:17, 50:6, 51:24, 52:18, 54:13, 56:14, 56:18, 67:18, 68:5, 68:7, 68:12, 124:9
smaller [2] - 23:11, 135:19
smart [1] - 135:8
snake [2] - 69:6, 69:9
snakes [2] - 59:3, 68:21
snap [1] - 131:15
social [4] - 86:4, 86:20, 135:7, 143:25
socialization [1] - 113:11
socializing [1] - 142:16
sociological [1] - 87:4
soil [1] - 20:20
soiled [1] - 148:24
sold [2] - 4:12, 28:18
someone [2] - 95:11, 148:4
someplace [1] - 147:11
something's [1] - 90:18
sometime [1] - 124:17
sometimes [15] - 6:7, 6:18, 35:16, 46:20,

48:8, 59:16, 63:25, 73:14, 84:5, 93:11, 100:21, 113:1, 130:2, 156:6
**somewhat** [1] - 145:19
**somewhere** [1] - 36:9
**sore** [3] - 50:9, 123:23, 124:16
**sorry** [6] - 43:1, 52:24, 61:8, 76:5, 107:3, 149:8
**sort** [3] - 4:11, 56:1, 95:9
**sound** [2] - 6:4, 130:23
**south** [4] - 24:3, 48:4, 58:12, 124:23
**South** [2] - 31:8, 88:24
**southern** [2] - 13:11, 78:10
**soybeans** [1] - 22:2
**space** [1] - 112:15
**span** [1] - 61:21
**spayed** [1] - 109:20
**spaying** [2] - 56:3, 68:13
**speakers** [1] - 93:5
**speaking** [1] - 38:24
**specialist** [2] - 95:16, 95:20
**specialists** [3] - 114:11, 114:12, 114:13
**specialize** [1] - 23:1
**species** [5] - 82:7, 82:10, 106:14, 107:16, 140:13
**Species** [1] - 82:14
**species-specific** [1] - 107:16
**specific** [8] - 15:4, 15:9, 16:18, 71:24, 94:3, 94:5, 107:16, 140:13
**specifically** [7] - 7:15, 15:2, 25:24, 67:16, 93:2, 108:23, 112:21
**specifics** [1] - 131:2
**speculate** [1] - 97:5
**spelling** [1] - 3:22
**spend** [2] - 25:1, 76:24
**spent** [1] - 34:21
**spirochete** [1] - 106:8
**spread** [3] - 30:13, 131:4, 140:1
**spreads** [1] - 128:23
**spring** [3] - 26:4, 33:17, 45:1

**Springs** [4] - 13:10, 13:22, 14:5, 15:20
**square** [2] - 84:7, 135:25
**squat** [1] - 74:11
**staff** [1] - 63:1
**standard** [2] - 8:17, 22:24
**standards** [1] - 114:14
**stands** [1] - 137:15
**start** [4] - 81:3, 96:21, 97:16, 129:17
**started** [6] - 28:9, 32:16, 61:6, 62:23, 127:7, 131:23
**starts** [3] - 115:21, 129:15, 129:16
**starving** [1] - 92:4
**State** [14] - 20:3, 20:12, 22:19, 23:7, 24:20, 29:1, 29:9, 30:16, 30:22, 32:5, 32:6, 32:21, 74:6, 158:3
**state** [15] - 12:23, 16:2, 16:22, 17:1, 20:7, 29:14, 51:24, 52:23, 52:24, 53:4, 53:10, 53:17, 53:20, 78:2, 131:23
**STATES** [1] - 1:1
**States** [1] - 13:4
**stating** [1] - 3:22
**stayed** [1] - 72:24
**stick** [1] - 99:17
**sticks** [1] - 103:11
**still** [17] - 7:14, 16:15, 23:15, 29:25, 33:23, 35:15, 43:3, 43:4, 46:1, 52:2, 52:25, 54:6, 56:5, 115:17, 141:25, 150:20, 150:21
**stimulation** [1] - 133:21
**stipulated** [1] - 3:2
**stipulation** [1] - 1:16
**stitches** [2] - 73:10, 73:11
**stock** [1] - 62:15
**stomach** [2] - 121:2, 140:2
**stop** [1] - 128:25
**stopped** [2] - 13:10, 30:11
**stops** [1] - 130:8
**store** [1] - 78:23
**Street** [1] - 1:15
**streps** [1] - 106:13
**stressed** [1] - 132:1

**strikes** [1] - 148:16
**strong** [1] - 69:8
**student** [4] - 42:20, 48:7, 48:11, 48:15
**studied** [1] - 29:9
**studies** [3] - 21:7, 22:20, 95:21
**study** [1] - 94:6
**studying** [6] - 34:24, 112:9, 119:22, 134:16, 139:8, 142:19
**stuff** [19] - 11:16, 21:6, 29:13, 33:7, 35:15, 36:17, 50:2, 50:6, 54:3, 59:19, 68:2, 71:21, 74:12, 88:16, 92:14, 94:6, 104:1, 108:20, 156:2
**subpoena** [6] - 8:25, 9:4, 9:16, 17:15, 17:18, 17:20
**Subpoena** [1] - 2:8
**Subscribed** [1] - 157:21
**suddenly** [1] - 46:14
**sued** [3] - 29:13, 32:4, 32:5
**suffered** [1] - 146:7
**suffocate** [1] - 128:25
**suggested** [2] - 17:16, 41:5
**suggesting** [1] - 110:9
**suggestions** [1] - 69:1
**suggests** [2] - 41:25, 108:16
**summer** [1] - 52:4
**sunburned** [1] - 148:21
**sunny** [1] - 48:5
**superior** [2] - 43:7, 43:9
**supervising** [2] - 49:18, 49:24
**supplied** [1] - 125:13
**support** [3] - 10:9, 10:22, 17:25
**supporting** [1] - 81:4
**supportive** [1] - 128:24
**suppose** [6] - 13:7, 45:23, 79:6, 114:10, 122:3, 133:14
**supposed** [10] - 30:8, 46:10, 71:5, 73:22, 81:11, 83:24, 83:25, 85:3, 140:6, 154:8
**surgeon** [1] - 65:8
**surgeries** [3] - 59:15, 65:7, 68:8

**surgery** [19] - 18:16, 22:23, 35:2, 37:24, 38:7, 39:9, 39:11, 44:7, 44:10, 45:17, 45:20, 49:4, 49:10, 56:3, 59:2, 65:5, 66:9, 75:11, 79:5
**surprise** [1] - 125:7
**survive** [3] - 83:1, 87:8, 126:5
**suspected** [1] - -33:23
**suspecting** [1] - 33:18
**sweet** [1] - 88:17
**swim** [2] - 83:25, 120:21
**swimming** [1] - 84:16
**swollen** [1] - 151:7
**sworn** [4] - 3:14, 5:5, 157:21, 158:6
**symptoms** [2] - 116:10, 116:12, 123:7
**syringe** [1] - 64:25
**system** [2] - 130:8, 131:6

---

**T**

**tag** [1] - 80:2
**tagged** [1] - 135:23
**tail** [6] - 118:12, 118:13, 148:16, 149:6, 152:10
**tailed** [5] - 23:10, 33:24, 36:8, 58:22, 79:21
**tails** [1] - 148:17
**talks** [1] - 68:24
**tangible** [1] - 17:23
**tax** [1] - 66:2
**TB** [2] - 106:22, 106:24
**tech** [2] - 40:15, 44:16
**technician** [1] - 42:13
**technicians** [1] - 93:20
**technology** [1] - 41:5
**television** [2] - 134:17, 134:18
**temperature** [2] - 84:21, 90:24
**term** [2] - 112:19, 149:22
**terminology** [1] - 47:17
**terms** [3] - 33:12, 64:9, 111:8
**terraces** [1] - 21:5
**terrified** [1] - 72:19
**territory** [3] - 135:20,

135:21, 143:5
**terrorized** [1] - 71:6
**test** [1] - 75:11
**testified** [1] - 3:15
**testify** [8] - 5:8, 8:9, 10:5, 29:1, 31:18, 83:4, 83:7, 158:7
**testimony** [2] - 11:8, 158:13
**tests** [1] - 66:17
**Texas** [2] - 124:15, 126:14
**text** [6] - 37:23, 38:20, 38:21, 38:23, 41:7, 41:25
**THE** [5] - 1:1, 9:22, 13:12, 61:10, 157:1
**theirself** [2] - 77:18, 80:8
**theirselves** [1] - 150:2
**themselves** [1] - 80:12
**therapy** [1] - 128:25
**thereupon** [1] - 158:9
**they've** [7] - 51:9, 82:23, 82:24, 84:20, 87:15, 92:2, 143:20
**thigh** [1] - 149:5
**thin** [5] - 146:19, 146:25, 152:23, 154:3, 154:4
**thinking** [3] - 91:13, 113:21, 116:4
**thinness** [1] - 154:6
**thinning** [1] - 152:25
**Thomas** [1] - 62:2
**Thorson** [21] - 7:12, 7:15, 9:20, 10:25, 11:3, 11:7, 13:16, 18:18, 19:2, 27:4, 59:11, 76:2, 76:4, 76:5, 76:6, 80:21, 95:13, 98:1, 101:11, 155:18
**THORSON** [15] - 1:22, 9:23, 26:22, 26:25, 27:21, 39:6, 60:6, 76:3, 76:7, 95:25, 97:3, 138:13, 146:1, 154:16, 156:10
**thousand** [4] - 21:25, 76:17, 76:24, 76:25
**threat** [1] - 118:15
**three** [9] - 10:17, 29:23, 50:1, 56:13, 60:20, 68:13, 73:17, 74:24, 100:13
**thrill** [1] - 69:22
**throat** [1] - 129:9
**throw** [1] - 129:25
**thyroid** [1] - 149:16

**Tiffany** [2] - 40:15, 42:11
**tiger** [36] - 41:10, 41:13, 41:14, 41:21, 41:23, 64:1, 71:11, 72:4, 72:22, 73:2, 80:3, 80:8, 120:17, 121:7, 121:9, 122:25, 123:6, 123:15, 123:16, 123:17, 124:9, 127:8, 127:12, 128:1, 128:3, 128:9, 130:4, 130:17, 130:25, 132:17, 132:18, 132:24, 133:1, 134:13, 153:18
**Tiger** [1] - 2:15
**tiger's** [1] - 122:2
**tigers** [18] - 55:9, 94:20, 119:22, 119:23, 120:2, 120:4, 120:10, 120:15, 121:4, 121:6, 122:10, 122:16, 122:20, 122:24, 130:10, 132:4, 132:8, 140:11
**tight** [2] - 124:6, 124:7
**tiles** [1] - 21:5
**timber** [1] - 36:15
**titer** [1] - 67:1
**title** [3] - 12:13, 12:17, 158:6
**titles** [1] - 49:15
**TO** [1] - 157:1
**today** [11] - 8:8, 9:15, 11:8, 11:9, 11:10, 12:2, 13:17, 17:17, 18:2, 43:3, 80:22
**today's** [1] - 11:15
**together** [5] - 40:12, 43:12, 91:14, 101:12, 151:16
**Toggenburg** [1] - 146:14
**Tom** [14] - 17:25, 71:8, 71:10, 71:13, 72:4, 72:7, 72:12, 72:15, 72:20, 73:8, 82:7, 82:13, 147:15, 147:25
**TOM** [1] - 1:8
**took** [10] - 21:25, 24:10, 26:3, 39:2, 41:16, 46:16, 53:7, 72:13, 132:16, 145:11
**Tootsie** [4] - 116:1,

116:3, 116:25
**top** [2] - 49:5, 61:17
**topics** [1] - 108:11
**tormented** [1] - 151:11
**tort** [1] - 32:6
**total** [1] - 19:14
**touching** [1] - 158:8
**tourniquet** [1] - 48:20
**toward** [2] - 93:2, 134:6
**town** [3] - 35:20, 58:12, 120:7
**toys** [2] - 107:11, 113:1
**TRACEY** [1] - 1:3
**track** [1] - 57:22
**trainer** [1] - 57:17
**training** [4] - 19:25, 27:19, 36:3, 93:8
**transcribed** [1] - 158:11
**transcription** [1] - 158:12
**transfer** [1] - 31:13
**travels** [1] - 95:20
**treat** [16] - 42:8, 42:12, 50:12, 54:18, 54:20, 58:13, 62:14, 62:19, 77:24, 83:13, 92:11, 114:10, 126:15, 129:19, 140:18, 153:25
**treatable** [1] - 115:9
**treated** [20] - 18:15, 40:8, 41:14, 42:4, 44:12, 59:15, 61:5, 67:23, 83:20, 87:24, 114:6, 118:25, 123:23, 124:16, 137:1, 137:23, 139:16, 146:6, 144:9, 153:17
**treating** [9] - 48:18, 61:1, 82:8, 83:15, 98:15, 113:24, 115:15, 146:10, 153:19
**treatment** [14] - 43:18, 45:23, 46:2, 59:13, 61:21, 73:9, 79:17, 114:24, 123:10, 126:22, 129:10, 152:18, 153:14, 154:5
**treatments** [6] - 22:23, 60:15, 61:20, 62:5, 75:12, 122:22
**trial** [4] - 17:10, 83:2, 114:24, 141:4
**trich** [2] - 139:21,

140:15
**Trich** [1] - 67:20
**trichinosis** [5] - 67:21, 67:22, 139:22, 139:24, 140:11
**tried** [3] - 23:14, 115:15, 126:24
**trimmed** [1] - 148:1
**trip** [1] - 89:23
**trouble** [2] - 46:13, 134:21
**true** [5] - 56:11, 73:1, 89:11, 108:16, 158:13
**truth** [1] - 158:7
**truthful** [1] - 5:8
**truthfully** [1] - 8:10
**try** [11] - 23:24, 34:5, 35:18, 43:14, 66:15, 79:6, 99:8, 122:5, 136:12, 150:3, 155:23
**trying** [2] - 5:24, 87:7
**tunnel** [1] - 68:9
**turn** [1] - 45:11
**turned** [1] - 31:6
**turtles** [1] - 68:21
**TV** [1] - 142:20
**twenty** [1] - 64:19
**twice** [1] - 26:9
**two** [20] - 10:17, 20:5, 29:23, 30:10, 31:2, 32:23, 37:2, 37:10, 49:5, 50:17, 50:22, 67:10, 67:11, 115:2, 115:14, 136:7, 137:21, 138:10, 139:2, 146:16
**Two** [1] - 64:19
**Two-twenty-five** [1] - 64:19
**type** [12] - 29:11, 29:12, 30:16, 30:22, 31:3, 31:9, 38:22, 47:7, 66:22, 91:2, 122:3
**typed** [3] - 27:5, 27:6, 27:9
**types** [1] - 15:1
**typical** [1] - 54:9

## U

**ultrasound** [1] - 46:4
**unable** [1] - 24:8
**unannounced** [1] - 15:25
**unbehaved** [1] - 46:15
**under** [8] - 5:6, 5:8, 19:7, 46:7, 68:3,

82:6, 149:5, 158:10
**undersigned** [1] - 158:2
**understood** [4] - 5:12, 8:6, 63:3, 81:24
**underweight** [1] - 145:19
**unethical** [1] - 76:22
**unfortunately** [1] - 121:19
**unhealthy** [1] - 125:10
**uninspected** [1] - 4:12
**unique** [9] - 112:12, 119:25, 120:17, 135:5, 135:11, 136:1, 139:10, 139:13, 142:21
**United** [1] - 13:4
**UNITED** [1] - 1:1
**University** [5] - 95:17, 96:7, 96:10, 97:2, 97:20
**unlawful** [1] - 77:3
**unlegal** [1] - 79:17
**unless** [6] - 7:15, 57:16, 63:23, 71:23, 107:21, 135:9
**unusual** [2] - 45:4, 47:4
**up** [54] - 10:16, 14:13, 20:8, 20:9, 23:13, 24:1, 24:21, 27:5, 28:10, 31:9, 31:14, 35:19, 42:23, 50:15, 52:4, 52:5, 52:6, 55:16, 59:18, 63:9, 63:13, 64:16, 66:7, 66:12, 67:19, 69:13, 70:7, 70:14, 72:12, 74:9, 83:9, 91:5, 92:1, 92:8, 95:1, 103:20, 107:6, 107:7, 108:20, 112:2, 118:12, 118:13, 123:4, 124:2, 124:3, 124:23, 129:1, 129:8, 134:3, 146:9, 146:16, 147:13, 150:5
**updated** [1] - 13:3
**upland** [1] - 33:3
**upper** [1] - 48:10
**uptown** [1] - 156:2
**urinating** [1] - 123:8
**urine** [4] - 65:17, 66:15, 66:21, 66:22
**USDA** [29] - 12:6, 12:10, 13:24, 14:18, 16:6, 16:8, 16:9,

16:10, 16:21, 58:21, 63:4, 73:13, 74:16, 74:18, 92:10, 108:2, 113:15, 132:16, 146:4, 146:18, 146:24, 147:20, 148:6, 148:23, 149:3, 151:5, 152:9, 154:2, 155:17
**uses** [1] - 155:22
**usual** [1] - 117:8

## V

**V-a-r-n-e-r** [1] - 61:13
**vaccinate** [9] - 54:20, 101:25, 102:2, 102:4, 102:7, 102:10, 106:15, 106:16, 106:21
**vaccinated** [3] - 30:8, 36:23, 50:8
**vaccination** [1] - 35:4
**vaccinations** [3] - 56:2, 101:20, 101:23
**vaccine** [6] - 4:19, 26:11, 29:7, 29:14, 30:20, 106:18
**vagina** [1] - 39:16
**vaguely** [1] - 123:16
**variety** [1] - 98:11
**Varner** [2] - 61:7, 61:12
**veal** [1] - 31:11
**ventilation** [2] - 84:20, 90:24
**verbal** [5] - 5:18, 64:6, 64:7, 64:10, 149:1
**version** [2] - 8:6
**versus** [1] - 66:18
**vet** [29] - 4:21, 18:16, 20:6, 22:12, 22:17, 22:20, 22:21, 22:25, 24:16, 24:20, 29:21, 40:15, 42:19, 42:22, 48:4, 48:7, 48:8, 48:11, 48:15, 51:15, 51:20, 59:17, 76:25, 77:23, 79:4, 87:11, 92:24, 93:18, 123:5
**Vet** [5] - 37:25, 51:15, 60:23, 92:20, 127:6
**veterinarian** [34] - 14:4, 22:8, 28:14, 29:24, 38:8, 42:24, 49:18, 49:19, 49:23, 49:24, 54:4, 61:12, 63:5, 67:25, 68:6, 76:20, 77:15, 77:22, 78:14, 80:9, 93:21,

101:1, 102:3,
107:14, 110:20,
113:25, 146:9,
146:15, 146:20,
155:19, 155:21,
155:25, 156:4, 156:6
veterinarian's [1] -
111:9
veterinarians [10] -
12:8, 14:14, 16:18,
49:21, 49:22, 50:11,
74:10, 93:16, 102:2,
114:9
Veterinary [7] - 49:4,
49:14, 51:9, 51:12,
75:1, 75:17, 111:15
veterinary [33] - 19:17,
19:25, 27:14, 32:20,
42:13, 43:17, 44:16,
76:1, 77:2, 77:4,
77:8, 77:10, 77:14,
77:20, 88:3, 88:18,
90:22, 92:23, 98:11,
98:16, 99:2, 101:10,
101:13, 101:16,
102:14, 105:23,
107:3, 107:15,
108:2, 112:23,
114:11, 155:12,
155:14
vets [4] - 50:17, 56:11,
93:19, 94:12
Vicki [2] - 1:15, 3:5
Victor [9] - 20:6,
29:20, 36:24, 51:19,
51:25, 52:3, 52:15,
52:25, 53:13
videos [1] - 36:6
viewed [1] - 128:9
violating [1] - 82:13
viral [4] - 129:13,
129:15, 129:16,
130:3
virus [5] - 29:11,
30:18, 30:20, 129:8,
130:2
visit [5] - 14:19, 16:12,
18:15, 71:23, 153:21
visited [2] - 15:25,
119:3
visitor [1] - 17:4
visitors [1] - 90:8
visits [4] - 68:15,
74:24, 119:4, 133:8
volunteer [5] - 24:11,
24:12, 24:13, 33:2,
99:22
volunteered [1] -
99:15
vomiting [1] - 50:9

vs [1] - 1:7

**W**

Wadena [1] - 68:1
walk [5] - 68:20,
70:15, 89:24, 91:24,
119:6
walk-through [1] -
119:6
walks [1] - 46:13
Wand [1] - 22:10
wants [4] - 14:18,
104:10, 155:22,
155:23
warm [1] - 125:22
watch [1] - 36:2
water [14] - 21:5, 21:7,
27:22, 71:3, 82:24,
83:21, 90:23, 92:1,
122:14, 123:2,
134:5, 142:12,
143:21, 154:9
waterborne [1] -
106:11
waterers [2] - 92:2,
134:6
Waterloo [1] - 158:22
waters [3] - 20:19,
20:23
weakness [1] - 131:6
Web [1] - 92:14
week [1] - 68:7
weekend [4] - 43:6,
53:2, 57:8, 72:6
weighs [1] - 145:16
weight [2] - 116:13,
147:3
weights [1] - 143:24
welcome [3] - 6:14,
13:17, 75:21
welfare [10] - 71:16,
86:6, 86:21, 118:9,
118:17, 122:16,
142:7, 144:1, 145:13
well-behaved [1] -
46:14
well-funded [1] -
88:20
west [1] - 16:5
western [3] - 13:11,
21:10, 21:17
wet [5] - 83:24, 84:16,
91:8, 91:9, 130:9
white [6] - 33:24, 36:8,
58:22, 79:21,
123:20, 134:13
white-tailed [4] -
33:24, 36:8, 58:22,
79:21

Whittle [1] - 18:20
whole [3] - 24:5, 45:8,
134:25
wife [2] - 36:22, 79:22
wild [26] - 34:1, 51:5,
51:8, 53:15, 58:6,
71:12, 82:25, 83:1,
87:8, 89:15, 89:16,
90:23, 93:2, 95:18,
102:1, 106:16,
111:9, 112:9,
119:23, 121:14,
121:16, 126:3,
126:6, 134:16,
139:8, 142:19
wildlife [31] - 20:24,
21:2, 23:9, 24:19,
24:25, 32:20, 32:23,
32:24, 33:8, 33:12,
34:1, 34:12, 35:24,
35:25, 36:1, 36:4,
54:1, 79:18, 79:19,
79:20, 92:9, 92:13,
93:3, 93:8, 98:11,
98:16, 98:22, 100:1,
101:22, 102:22,
109:14
willing [1] - 68:6
wind [1] - 126:1
wing [2] - 25:6, 26:6
winter [6] - 30:12,
33:14, 68:6, 70:3,
125:23, 126:5
winters [2] - 70:9,
124:24
wintertime [1] - 26:4
Wisconsin [1] -
126:14
wisely [2] - 80:14,
80:15
wish [4] - 6:15, 7:6,
7:12, 8:1
WITNESS [3] - 9:22,
13:12, 61:10
Witness [1] - 157:19
witness [11] - 9:25,
28:5, 28:6, 31:21,
31:24, 32:10, 32:13,
97:4, 158:5, 158:9
witness' [1] - 158:7
wolf [11] - 37:3, 55:16,
58:23, 134:22,
135:2, 135:3,
136:12, 136:20,
138:8, 138:14
wolf's [1] - 135:20
wolves [28] - 36:15,
36:16, 36:17, 36:19,
36:25, 37:1, 55:15,
94:24, 94:25,

134:14, 134:15,
134:16, 135:6,
135:11, 135:16,
136:2, 136:8,
136:17, 136:24,
137:2, 137:5,
137:13, 137:16,
137:20, 138:1,
138:6, 138:12,
141:11
women [1] - 140:5
wonder [1] - 112:7
wonderful [1] - 87:17
wondering [2] - 86:1,
101:20
word [2] - 77:17,
113:2
words [3] - 43:18,
63:1, 76:24
workmen's [1] - 66:3
works [5] - 5:5, 42:25,
48:7, 48:15, 147:14
worried [2] - 92:8,
149:15
worse [4] - 105:15,
126:21, 132:2
worst [2] - 103:17,
105:11
worth [1] - 133:13
Worth [2] - 87:19,
120:5
wounded [1] - 79:25
wrap [1] - 112:2
write [2] - 59:13, 62:8
writings [1] - 17:22
written [4] - 18:23,
33:11, 57:10, 108:20
wrote [2] - 27:9,
30:25, 111:14

**X**

x-rays [1] - 35:17

**Y**

year [36] - 10:15,
10:18, 13:3, 14:9,
20:11, 22:15, 22:21,
31:7, 34:8, 53:5,
53:9, 54:19, 54:21,
54:24, 55:2, 55:7,
73:14, 73:15, 73:18,
74:24, 74:25, 75:6,
75:13, 75:18, 76:18,
76:20, 76:25, 77:6,
92:25, 108:7,
108:10, 123:14,
130:16, 140:18,
151:1, 155:16

years [23] - 20:5, 21:9,
21:11, 21:12, 21:13,
21:16, 22:11, 25:14,
30:17, 34:6, 34:7,
34:21, 42:21, 52:10,
52:20, 67:10, 67:11,
79:14, 85:8, 116:4,
116:5, 117:10, 125:3
yellow [1] - 123:20
Yellowstone [2] -
34:20, 135:23
yelp [1] - 138:3
York [1] - 87:18
young [9] - 33:17,
33:21, 47:1, 59:1,
66:13, 67:6, 67:7,
115:14, 116:22
younger [1] - 38:7
youngster [1] - 63:10
yourself [1] - 21:18

**Z**

Zoetis [1] - 61:11
ZOO [1] - 1:9
Zoo [53] - 9:15, 15:7,
18:1, 19:18, 19:23,
50:13, 61:2, 63:1,
68:16, 75:2, 82:8,
85:2, 91:16, 92:7,
101:14, 112:1,
114:18, 114:21,
115:3, 122:10,
122:19, 130:11,
132:5, 132:9,
132:16, 132:17,
132:21, 136:23,
137:14, 138:7,
139:5, 139:17,
140:8, 140:24,
141:2, 141:8,
141:11, 141:19,
143:19, 144:3,
144:7, 144:10,
145:2, 145:5, 146:5,
148:3, 154:23,
154:25, 155:4,
155:15, 155:20,
155:21, 156:3
zoo [58] - 10:14, 12:7,
12:18, 14:14, 14:16,
15:3, 15:6, 15:10,
15:13, 16:17, 62:22,
62:23, 63:2, 63:14,
64:4, 65:3, 74:6,
74:14, 76:20, 76:24,
81:8, 81:20, 81:21,
82:2, 82:19, 84:3,
85:19, 87:18, 87:22,
88:4, 88:7, 89:4,

89:9, 92:15, 93:11,
93:13, 94:13, 95:2,
98:12, 101:20,
101:22, 102:8,
102:11, 111:2,
114:7, 119:3, 120:8,
123:3, 136:2, 136:4,
136:9, 136:17,
145:8, 145:9,
147:21, 148:6,
151:6, 153:24
**Zoo's** [2] - 114:24,
122:24
**Zoological** [1] - 85:14
**zoology** [4] - 20:4,
20:16, 20:17, 20:19
**zoonoses** [3] - 106:2,
106:12, 108:12
**zoonosis** [2] - 105:24,
106:1
**zoonotic** [1] - 105:25
**zoos** [16] - 12:10,
12:24, 14:24, 14:25,
15:1, 15:6, 17:2,
85:8, 85:9, 85:18,
85:20, 86:5, 88:20,
120:3, 120:7, 121:12