

I observed several enclosures containing waterfowl
or other domestic and wild birds.
Both enclosures had water receptacles
that were full of filthy and/or algae-laden water.
See photos on the following page.



Ex 8-0602

There were several pens containing Oriental pigs.
One of the pens containing piglets has gaps in the fencing
that allowed the piglets to escape underneath it.
The large predator enclosures were just a few yards away.



Ex 8-0603





Ex 8-0604



Ex 8-0605



An extremely obese and unhealthy-looking pot-bellied pig was observed.

Ex 8-0606

In one of the pig enclosures,
a large mudhole had developed
under the watering nipple,
making it difficult for the pigs to access water.



Ex 8-0607

The house for one group of the pigs was very marginal.
Many of the enclosures on the zoo property
did not offer adequate protection from Iowa's climate extremes.



There were a number of primates at the zoo.
Most noticeable about them was their signs of despair and boredom.
Many looked despondent.
One female baboon had a very inflamed-looking rear-end.
Photos of the primates follow on the next three pages.

Ex 8-0608



Ex 8-0609



Ex 8-0610



Ex 8-0611



There were many instances of hooved-animal neglect,
including excessively long hooves, lack of water, blackened and moldy hay,
overcrowded shelters and lack of adequate grooming
for the sheep and llamas.



Ex 8-0612





Ex 8-0613

There were a number of carnivores at the zoo...
but many of their enclosures were shadowed
and impossible to see into.
Of great concern was a thin, older lioness,
who had flies biting on her nose and ears, drawing blood.
Another member of my party reported this lioness to be vomiting.
Uneaten meat foodscraps were strewn about
in some of the enclosures, attracting flies.
An overturned water dish could be seen
in the coyote pen enclosing two coyotes.



Ex 8-0614





Ex 8-0615

There was a reptile house and an "education center"
housing small mammals, reptiles and exotic birds.
Both buildings were poorly lighted, smelly and very hot inside.
Most enclosures were dirty, with animal feces inside of them.
Some of the enclosures had empty water pans or containers
with filthy water in them.
All of the aquariums were very dirty and unkept.
Rodents were observed in the bottom of one of the bird cages.



Ex 8-0616





Ex 8-0617





Ex 8-0618



Ex 8-0619

Thank you for taking time to review my complaint. The Cricket Hollow Zoo has been operating under marginal conditions since at least 2009 and has been the subject of several negative media investigations in Iowa and nationwide. USDA inspection reports have cited the zoo's owners for many violations over the years. Conditions at the zoo continue to be unacceptable and I request an immediate investigation of the zoo, its permanent closure and an immediate seizure of these animals to place them into a safe haven where they can receive adequate food, water and veterinary care. It is apparent and previously noted on USDA inspection reports that the Sellners have insufficient time and manpower to properly provide for these animals, and the animals are suffering because of it. On the day of my visit, there was only one person available to care for the animals, and that was zoo owner Pamela Sellner. She was taking tickets in the administration/office building. There were no other management, staff members or volunteers present during our visit to tend to the needs of the zoo's animals.

Please contact me if you require additional information or photographs.


Sincerely,



Lisa K. Kuehl
1428 270th Street
Madrid,IA 50156
(515)795-2306 home / (515) 451-1039 cell
lkkuehl@gmail.com


*Copies of this report have been sent to:*

*Dr.s David Schmitt and Randy Wheeler, D.V.M.s,*
*Iowa State Veterinarian and Assistant Iowa State Veterinarian*
*Iowa Department of Agriculture and Land Stewardship*

*Carol Griglione, Iowa State Director - Humane Society of the United States*

*Sheriff John LeClere, Delaware County, Iowa*

Ex 8-0620

12 August, 2013

Dear Sirs and Madams of the United States Department of Agriculture - APHIS and the Iowa Department of Agriculture and Land Stewardship:

Please accept this document as my formal complaint against the following USDA licensee and State of Iowa permit holder:

**Cricket Hollow Zoo**   Owners Pamela and Tom Sellner
USDA Certificate Number 42-C-0084 / Customer ID: 5143
1512 210th Street
Manchester, Iowa  50257

On Thursday, July 13th, 2013, I paid a personal followup visit to the Cricket Hollow Zoo. The time of my visit spanned the hours of 2:15 pm until 4:00 pm CDT. The weather that day was fair, with partly sunny skies and air temperatures near 80 degrees Fahrenheit.

Having already visited the zoo last season, I was hoping to see some improvements. I did observe a number of concerns that I noted from last summer that appear to remain unresolved a year or more later. USDA inspection reports indicate that most of these concerns were also previously documented, often many times. Among them:

Ex 8-0621

**The Capybara:**



This animal continues to live in a
plastic pet travel kennel.
This concern was previously noted on a USDA
inspection report dated July 29, 2010
under Section 3.127 (b), Facilities, Outdoor.

Ex 8-0622

**Scottish Highlander Cattle:**



07/13/2013 02:09

On this day,
there was standing water
in the enclosure housing the cattle,
requiring the cattle to have to navigate though mud and water
or stand in them while eating.
Drainage issues have been noted at the zoo
by USDA inspectors on multiple occurrences,
dating back to July 29, 2010.

Ex 8-0623

**Obi, the baby Baboon:**



According to the federal Animal Welfare Act,
*Section 3.81 Environment Enhancement
To Promote Psychological Well-being,*
Obi's seclusion from his
fellow primates denies him
social grouping to meet his social needs.
On this day, Obi was observed by himself,
pacing back and forth in his enclosure,
appearing stressed and discontent.

Ex 8-0624

## Zee-donks and Donkeys

 

On this day,
several hoofed mammals were observed with
long and/or splitting hooves.
Hoof care concern issues have been noted by USDA inspectors
dating back to November 22, 2010,
and also on inspection reports dated
August 16, 2011 and December 10, 2011.

Ex 8-0625

**Undetermined breed of sheep:**



On this day,
these sheep were observed standing on their hay mound.
This concern was noted on a USDA inspection report
dated July 29, 2010 -
*"The Barbados sheep and the Jacob's four horned sheep*
*were observed at the time of the inspection*
*standing in their hay feeder.*
*The sheep can urinate and defecate in their foodstuffs.*
*Further, their hooves will contaminate foodstuff*
*from contact with animal waste on the ground."*

Ex 8-0626

Additionally, there continues to be an overwhelming number of
flies and flying insects drawn to the piles of
animal and bird fecal matter
that is still present in almost all of the animal and bird enclosures,
both indoors and outdoors.
Pest management and sanitation issues have been on-going concerns on
USDA inspection reports dating back to June 19, 2007.





Ex 8-0627

Public health and safety concerns are still noted,
including many animal enclosures that provide
direct access to animals and birds by zoo visitors.
It should be noted that at no time during my visit
was an employee or volunteer of the zoo
present during these interactions,
to provide direct supervision to assure safety
of both the visitors and the animals themselves.

  

 



Ex 8-0628



The only exception were the interactions with the domestic raccoon that was present in the welcome area at the admissions desk. Zoo owner Pam Sellner allowed visitors to handle the raccoon, including it's face and mouth. The raccoon was also attracting many flies to this area. It is unknown if this animal was appropriately vaccinated against zoonotic diseases.



Ex 8-0629



On this day, I observed on-going
food and water quality/quantity issues
that have been noted on USDA inspection
reports numerous times
since at least July 29, 2010.
Some notable concerns include an
algae-lined watering dispenser
in the coyote enclosure,
a make-shift waterer in a
rabbit enclosure that was
made from a plastic pop bottle,
overturned water dishes and
food items left out in the
wallaby enclosure,
attracting many flies,
dirty water in the outdoor bird enclosures
and poor-quality haystuffs in several
hoofed mammal enclosures.





Ex 8-0630





Ex 8-0631