IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al.,<br><br>            Plaintiffs,<br>  v.<br><br>PAMELA SELLNER, et al.,<br><br>            Defendants. | Case No. C14-02034-LRR<br><br>**JOINT MOTION FOR OVERLENGTH IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**<br><br>**Judge: Hon. Jon Stuart Scoles**<br>**Trial Date: October 5-9, 2015** |

**JOINT MOTION FOR OVERLENGTH BRIEF**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rules 5.2(g)(5), 7(h), the Plaintiffs and Defendants hereby jointly move for permission to file overlength memoranda in support of their Motions for Summary Judgment. The Parties conferred on May 29, 2015 and agreed to grant each side ten (10) excess pages. The Parties agree to file this Motion concurrently with their memoranda. As discussed below, good cause exists to permit extra pages on memorandum supporting a dispositive motion.

**I.    Argument**

The Parties have good cause for seeking leave to file excess pages. The Parties' summary judgment motions will address several issues pertaining to Plaintiffs' Complaint (ECF No. 2) and Defendants' Answer (ECF No. 6).

The case involves the alleged application of two federal statutes, the Endangered Species Act, 16 U.S.C. § 1531 et seq., and the Animal Welfare Act, 7 U.S.C. § 2131 et seq., and two sets of regulations promulgated by two different agencies. U.S. Fish & Wildlife Service regulations and U.S. Animal and Plant Health Inspection Service

regulations (9 C.F.R. Parts 2 and 3) to Defendants' zoological park in Manchester, Iowa. The Court should find good cause for excess pages based on the multiple statutory and regulatory frameworks that the Parties must address factually in their memoranda.

Moreover, the issues in this case involve issues of first impression for this Court. As a matter of first impression, extra pages are necessary to fully and diligently present the arguments and facts, and the Court should find good cause exists here for ten (10) excess pages.

## II. Conclusion and Request for Relief

Because good cause exists, the Parties jointly request that the Court grant their Motion for Leave to File Overlength Briefs in Memoranda in Support of their Motions for Summary Judgment, and consider the full thirty (30) pages of text submitted by each side herewith.

Dated: June 1, 2015					Respectfully submitted,

*/s Larry J. Thorson*
ACKLEY KOPECKY & KINGERGY, L.L.P.
4056 Glass Road, NE
Cedar Rapids, IA  52402
Ph. (319) 393-9090
Fax (319) 393-9012
Email lthorson@akklaw.com

ATTORNEY FOR DEFENDANTS

*/s Daniel J. Anderson*
Daniel J. Anderson (IA Bar No. 20215)

danderson@wertzlaw.com
WERTZ & DAKE
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
319.861.3001

*/s Jessica L. Blome*
Jessica L. Blome (*pro hac vice*)
Missouri Bar No. 59710
jblome@aldf.org

Jeff Pierce (*pro hac vice*)
California Bar No. 293085
jpierce@aldf.org

ANIMAL LEGAL DEFENSE FUND
170 E. Cotati Avenue
Cotati, CA 94931
707.795.2533

ATTORNEYS FOR PLAINTIFFS