IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> PAMELA SELLNER, et al., <br><br> Defendants. | Case No. C14-02034-JSS <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |

**[Proposed] Order Granting Plaintiffs' Motion for Summary Judgment**

Plaintiffs have moved this Court for an order granting them summary judgment against Defendants for unlawful "taking" endangered tigers, lions, lemurs and gray wolves at their zoo in Manchester, Iowa. In support of their motion, Plaintiffs submitted a Statement of Undisputed Material Facts, properly supported by declarations and responses by the parties to discovery requests from the opposing party. In its response, Defendants have not suggested any other adjudicative facts that support their position that they have not violated the Endangered Species Act 15 U.S.C. §§ 1538(9)(B) and 1538(a)(1)(E).

Having found no genuine dispute over the materials facts that support Plaintiffs' motion, this Court enters judgment **AGAINST** Defendants and finds:

1. That Pamela Sellner, Tom Sellner, and the Cricket Hollow Zoo, Inc. have violated and continue to violate the Endangered Species Act, 16 U.S.C. § 1538(9)(B), by unlawfully taking the following federally listed threatened or endangered species under 50 CFR § 17.11(h): tigers, Asiatic and African lions, gray wolves or intra-species hybrid wolves, and ring tailed and red ruffed lemurs at the Cricket Hollow Zoo; and

2. That Pamela Sellner, Tom Sellner, and the Cricket Hollow Zoo, Inc. have violated and continue to violate the Endangered Species Act, 16 U.S.C. § 1538(a)(1)(E), by acquiring or disposing of federally listed endangered species, including tigers, Asiatic and African lions, gray wolves or intra-species hybrid wolves, and ring tailed and red ruffed lemurs at the Cricket Hollow Zoo, in interstate or foreign commerce and in the course of a commercial activity at the Cricket Hollow Zoo.

**THEREFORE** it is this \_\_\_\_ day of _____, 2015,

**ORDERED** that Plaintiffs' Motion for Summary Judgment is granted.

_____
Jon S. Scoles
United States District Judge