

**By Overnight Certified Mail**

March 4, 2014

Pam and Tom Sellner
dba: Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Hon. Sally Jewell, Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240
Email: exsec@ios.doi.gov; feedback@ios.doi.gov

Daniel M. Ashe, Director
U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington, DC 20240
Email: d_m_ashe@fws.gov

170 East Cotati Avenue
Cotati, California 94931

T 707.795.2533
F 707.795.7280

info@aldf.org
aldf.org

**Re:** **Notice of Intent to File Suit Pursuant to the Endangered Species Act**

Dear Ms. and Mr. Sellner, Secretary Jewell and Director Ashe:

On behalf of the Animal Legal Defense Fund ("ALDF"), including its members Tracey Kuehl, Lisa Kuehl, Nancy Harvey and Kris Bell, and John Braumann, and pursuant to Section 11(g) of the Endangered Species Act ("ESA"), 16 U.S.C. § 1540(g), we write to provide notice that Pam and Tom Sellner are violating the ESA's prohibition against "take" of individual members of listed endangered and threatened species by wounding, harming and/or harassing numerous animals at the Cricket Hollow Zoo ("CHZ"). *See id*. §§ 1538(a)(1), 1532(19). Extensive photographic evidence, visitor observations and expert analyses indicate that animals of ESA-listed species at CHZ are mentally and physically suffering in cramped and deprived conditions. This letter explains why we believe the Sellners are in violation of the ESA. It also offers ALDF's assistance in working with the Sellners to ensure the animals currently at CHZ receive the best treatment and relief possible. Should the Sellners not accept the offer of assistance, ALDF may have to take other appropriate actions, including bringing a lawsuit under the ESA to end the animals' suffering. For clarity, the remainder of this letter and offer of assistance will be addressed directly to Pam and Tom Sellner d/b/a CHZ.

## I.     Statutory and regulatory requirements of the Endangered Species Act

The ESA is "the most comprehensive legislation for the preservation of endangered species ever enacted by any nation." *Tenn. Valley Auth. v. Hill*, 437 U.S. 153, 180 (1978). Finding that fish, wildlife and plants "have been rendered extinct as a consequence of economic growth and development untempered by adequate concern and conservation," 16 U.S.C. § 1531, Congress "afforded endangered species 'the highest of priorities.'" *Defenders of Wildlife v. Adm'r, EPA*, 882 F.2d 1294, 1300 (8th Cir. 1989) (quoting *Tenn. Valley Auth.*, 437 U.S. at 174).

Agencies implementing the ESA, which include the U.S. Fish and Wildlife Service ("FWS"), decide whether species are "threatened" or "endangered" and should be listed under the ESA. *See* 16 U.S.C. § 1533(a). Section 9 of the ESA prohibits any person from "taking" any member of a listed species. *Id*. § 1538(a). The ESA broadly defines the term "take" to include "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect." *Id.* § 1532(19). As the Eighth Circuit has noted, Congress intended for "take" to be defined "in the broadest possible manner to include every conceivable way in which a person can 'take' or attempt to 'take' any fish or wildlife." *Defenders of Wildlife*, 882 F.2d at 1300 (quoting S. Rep. No. 307, 93d Cong., 1st Sess. 7 (1973)); *see also Babbitt v. Sweet Home Chapter of Cmtys. for a Great Or.*, 515 U.S. 687, 704 (1995).

FWS has issued regulations regarding some of the terms composing the definition of "take." 50 C.F.R. § 17.3. The agency defines "harm" as "an act which actually kills or injures wildlife." *Id*.[1] The agency also defines "harass," which means "an intentional or negligent act which creates the likelihood of injury to wildlife by annoying it to such an extent as to significantly disrupt normal behavioral patterns which include, but are not limited to, breeding, feeding or sheltering." *Id*. The harassing, harming and other forms of "take" "clearly applies to [both] individual specimens or groups of specimens." Captive-Bred Wildlife Regulation, 63 Fed. Reg. 48634, 48636 (Sept. 11, 1998).

Section 9's take prohibitions equally apply to members of listed species living in captivity or in the wild. The term "fish or wildlife," which are protected by the prohibition of "take" of listed "fish or wildlife," is defined as "any member of the animal kingdom." 16 U.S.C. § 1532(a). FWS has repeatedly explained that "the Act applies to both wild and captive populations of a species . . . ." 44 Fed. Reg. 30044 (May 23, 1979); *see also* 63 Fed. Reg. at 48636 (explaining that "take" was defined by Congress to apply to endangered or threatened wildlife "whether wild or captive" and the "statutory term cannot be changed administratively"); 79 Fed. Reg. 4313, 4317 (Jan. 27, 2014) ("The ESA does not support the exclusion of captive members from a listing based solely on their status as captive. . . . Section 9(a)(1)(A)-(G) of the ESA applies to endangered species regardless of their captive status."); *id.* ("Further, based upon the purposes of the

---

[1] Because the FWS does not further define "injure," the term is read according to its plain meaning, which fits Congress' broad intent for defining "take." *See* Oxford Essential Dictionary, Am. Ed. (1999) (defining "injure" as "damage" or "impair"); Black's Law Dictionary, 3d Pocket Ed. (2008) (defining "injury" as "any harm or damage").

Ex. 1-0002

ESA and its legislative history, the USFWS has recently concluded that the ESA does not allow captive animals to be assigned different legal status from their wild counterparts on the basis of their captive status.").

Persons violating the ESA risk facing civil and criminal penalties. *See* 16 U.S.C. § 1540(a)-(b). Private parties, such as ALDF, may bring enforcement actions in court so long as they provide adequate notice of sixty (60) days to both the violator and the Secretary of the Interior. *Id*. § 1540(g). As you have failed to obtain any permits authorizing the take of endangered or threatened species housed at CHZ, your conduct is a clear violation of the prohibition against taking an endangered or threatened species as set forth in Section 9 of the ESA.

## II.     Conditions at the Cricket Hollow Zoo create continuing violations of the Endangered Species Act

The menagerie of animals kept in atrocious conditions at CHZ amounts to – and will almost certainly continue to constitute – the take of numerous members of endangered and threatened species. As multiple federal agency officials have found, CHZ does not have the staffing resources necessary to improve the conditions of the animals, nor to provide adequate ongoing care. On Aug. 16, 2011, U.S. Department of Agriculture ("USDA") inspectors found many instances of improper animal husbandry and, noting the 161 regulated animals counted at CHZ, wrote:

> Giving consideration to the demands on the facility owners, the number of animals, the species of animals, and inspection history; it is apparent that there is not a sufficient number of employees at this facility. This does not provide for the health and well being of the animals. The staffing level must be increased to include additional adequately trained employees or the facility shall decrease the number of animals until such point the present staff can accommodate the needs of the animals.

Aug. 16, 2011 USDA Inspection Report at 6 (Exhibit ("Ex.") 2). Four months later, USDA inspectors returned and found that, despite CHZ's inability to adequately care for animals, the facility increased its numbers to keeping 179 regulated animals. To date, the situation has not changed. As evidenced by repeat visitor complaints and animal care investigations by state and federal agency officials, described below, CHZ clearly cannot provide proper care for any of its animals, not least the members of endangered and threatened species.

### a.  The lemurs' individual housing violates the Endangered Species Act

Photos and observations indicate that CHZ keeps a ring-tailed lemur and a red ruffed lemur in housing conditions that psychologically and physically harm the individuals, in violation of the ESA.[2]

---

[2] FWS lists all members of the family Lemuridae as endangered, wherever found. 50 C.F.R. § 17.11.

Ex. 1-0003

It is ALDF's understanding that CHZ houses each lemur individually, even though the species is extremely social and members of the species live in large troops in the wild. The conditions of the solitary housing at CHZ are extremely cramped quarters, with improper provisions of food and psychological enhancement objects. In addition, ALDF believes that CHZ keeps each lemur in an enclosure susceptible to the Iowa winter, with temperatures well below the range the lemurs experience in the wild. All of these conditions have led renowned lemur expert Dr. Peter Klopfer to conclude that CHZ's actions are "akin to locking a human prisoner in an isolation ward the size of a telephone booth" and that "these animals are highly stressed, certain to be psychologically impaired, and likely susceptible to disease." *See* Jan. 13, 2014 Declaration of Peter H. Klopfer, Ph.D. ¶ 8 (Ex. 1).

Federal and state agencies reviewing the lemurs' conditions have expressed similar concern for the animals. In 2011, a USDA inspector observed a ring-tailed lemur housed alone with inadequate lighting throughout the enclosure, causing the inspector to report that the conditions "do[] not facilitate good husbandry practices nor provide lighting sufficient for [the lemur's] well-being." Aug. 16, 2011 USDA Inspection Report at 3 (Ex. 2); *see also* Sept. 25, 2013 Iowa Department of Agriculture and Land Stewardship ("IDALS") Inspection Report (Ex. 3) ("The only real concern I had was primates. There was some over-grooming resulting in hair loss due to lack of environmental enrichment, which was discussed at length with the owner, Ms. Sellner."). The August 2011 USDA inspection report also expressed concern for open boxes of fruit and produce stored in the lemurs' enclosures – excessive flies and some fruit and produce appeared rotten and moldy. *Id*. at 2; *see also* Dec. 8, 2011 USDA Inspection Report at 2 (repeat) (Ex. 4); Sept. 25, 2013 USDA Inspection Report at 1 (cobwebs, build-up of food and animal waste in lemur enclosures) (Ex. 5). Federal inspectors also have found the enclosure structures themselves problematic. *See* Feb. 13, 2013 USDA Inspection Report at 2 (Ex. 6) ("The ceiling tiles within the two lemur enclosures . . . . [are] severely worn and cannot be readily cleaned and sanitized which can lead to disease hazards for the animals.").

The numerous lemur impacts, noted in the USDA inspection reports over more than two years in part led the agency to fine CHZ over $6,000 for Animal Welfare Act violations. *See* Apr. 29, 2013 Citation and Notification of Penalty (Ex. 7). Just as multiple visitors as well as federal and state agencies have found the conditions at CHZ to have harmed and risk continuing harm to the individual lemurs, ALDF and its members believe that the Sellners' actions have affected the lemurs in a way violating the take prohibition of the ESA. *See* 50 C.F.R. § 17.3 (a "negligent act or omission" that creates a continued "likelihood of injury" is prohibited "harassment" in violation of the ESA); *id*. (defining harassment to include acts or omissions that "significantly disrupt normal behavioral patterns").

Ex. 1-0004

**b. Insufficient care for and inadequate living conditions of the listed large carnivores violate the Endangered Species Act**

Many large endangered and threatened cats and wolves suffer in inadequate housing conditions and care at CHZ, and at least one big cat appears to have died from improper care during a cold Iowa winter.[3]

For at least the last three years, the big cat enclosures – including the enclosures for the lions, tigers and pumas – and the wolf enclosure have been rife with accumulating feces. In addition to animal waste, the enclosures collect a build-up of food waste. In June 2012, for example, CHZ visitors were shocked to observe an emaciated female lion vomiting. At the same time she was vomiting, many enclosures at CHZ were strewn with fly laden meat and other food scraps. Flies have also moved beyond the food waste to feast on the ears and noses of CHZ's lions and wolves.

ALDF also believes that because of the inadequate shelter conditions at CHZ, at least one of CHZ's large cats has not survived Iowa's harsh winters. In October 2012, a visitor observed that one of CHZ's lions had severely protruding hip and spinal bones. At that point in time, CHZ kept four lions. The 2012 winter in eastern Iowa was extremely cold. And by the following summer, only three lions continued to live at CHZ; ALDF believes that the lion did not survive the winter's harsh climate. Similar concerns apply to the tigers and wolves at CHZ. The USDA counted seven tigers in February 2013, but the following inspection – in June 2013 – only counted six. The wolf population held steady at four until June 2013, when USDA inspectors counted only two; in December 2013 the accounted-for wolf population shot back up to four.

The care of the big cats at CHZ also amounts to take by harassment, in violation of the ESA. ALDF is particularly concerned about the likelihood that CHZ continues to engage in declawing. The USDA announced its policy in 2006 that declawing wild or exotic carnivores is no longer considered to be appropriate veterinary care and "can cause ongoing pain, discomfort, or other pathological conditions in animals." USDA Animal and Plant Health Inspection Service ("APHIS") August 2006 Policy #3 Veterinary Care, Issue Date Aug. 18, 2006. Yet it appears that CHZ continues to declaw the endangered big cats at its facility. Five years after the policy was announced, in summer 2011, Mr. Sellner was attacked by one of the tigers while shifting the cat between enclosures, requiring an airlift to a hospital. According to the local news covering the tiger attack, "Sellner says he would have been killed if the big male hadn't been declawed." Assoc. Press, *'Big, Bloody Mistake' Led to Tiger Attack*, Aug. 5, 2011, *available at* http://www.wowt.com/news/headlines/Big_Bloody_Mistake_Led_to_Tiger_Attack_1268 37623.html.

---

[3] CHZ keeps lions, tigers, servals and wolves. FWS lists the tiger, serval, certain wolf species and the Asiatic lion as endangered, 50 C.F.R. § 17.11, and issued a 90-day finding that there is substantial scientific or commercial information "indicating that listing the African lion as endangered through its range may be warranted." 77 Fed. Reg. 70727, 70731 (Nov. 27, 2012). FWS should soon release its 12-month finding on the African lion.

Ex. 1-0005

Like the lemurs, government officials regulating the welfare of CHZ's big cats and wolves agree there is an inadequacy of care. In February 2013, USDA observed "large accumulations of feces in three of the tiger enclosures, two of the lion enclosures and the primary enclosure of one wolf," which in part led the agency to fine CHZ over $6,000 for Animal Welfare Act violations. Apr. 29, 2013 Citation and Notification of Penalty (Ex. 7). With similar animal welfare concerns to the federal officials, ALDF believes that your actions have affected the endangered and threatened big cats and wolves in a way that violates the take prohibition of Section 9 of the ESA. *See* 50 C.F.R. § 17.3.

### III.  ALDF's offer of a possible solution

As described in detail above, this letter informs you that you have violated and will continue to violate the ESA, and ALDF urges you to come into compliance with the law as soon as possible. To assist you in coming into compliance, ALDF is willing to help you relocate suffering animals housed at CHZ to reputable wildlife sanctuaries where the animals can receive the rehabilitation and care they so badly need and deserve.

ALDF hopes that you will take up this offer so that the animals at CHZ can receive proper care and protection as fast as possible. If you are willing to transfer the animals at CHZ to sanctuaries, please contact ALDF immediately so we can begin to make arrangements. Please direct any and all communications to Daniel Lutz, attorney for ALDF. If we do not hear from you about this possible solution or CHZ fails to cease its violations of the ESA, please be advised that after sixty (60) days, ALDF intends to file suit against CHZ under the ESA in efforts to end the listed animals' suffering.

Sincerely,

Mar 4, 2014

Daniel Lutz
Litigation Fellow

Jessica Blome
Staff Attorney

**Animal Legal Defense Fund**

Enclosures (7)

**Exhibit 1**

Jan. 13, 2014 Declaration of Peter H. Klopfer, Ph.D.

# DECLARATION OF PETER H. KLOPFER, Ph.D.

1.      My name is Dr. Peter H. Klopfer, and I am a Professor Emeritus in the Biology Department at Duke University. I have done field work throughout Central America, the Caribbean, and Madagascar, *see* the publication list in my *curriculum vitae*, with more than a decade devoted to the lemurs of Madagascar.  Additionally, I have spent over two decades conducting studies with captive lemurs of various species at the Duke Lemur Center, of which I was the co-founder and co-director in the mid 1960s.  I remain engaged in studies at the Lemur Center.[1]  Furthermore, I am, and have been for close to two decades, a member of the Duke University Institutional Animal Care and Use Committee (IACUC), which oversees all research with vertebrate animals to assure compliance with the United States Department of Agriculture (USDA) and National Institutes of Health standards for animal welfare.

2.      This Declaration does not necessarily represent the opinions of these organizations, nor am I speaking on their behalf; however, I draw on my experience with the organizations to support my analysis in this Declaration. More detailed information about my qualifications can be found in my *curriculum vitae*, Attachment B.

3.      I have made numerous court appearances, both as a witness and as an expert witness. Because it is imperative that endangered animals such as the lemurs at the Cricket Hollow Zoo in Manchester, Iowa are well cared for in captivity, I am participating as an expert in this issue.

4.      Based on my extensive experience studying lemurs in the wild and my

---

[1] The Duke Lemur Center is the only facility in the world that houses and successfully breeds over thirty species of lemurs, with a current population of over 200 animals, and many others on loan to Association for Assessment and Accreditation of Laboratory Animal Care (AAALAC) approved zoos.

Ex. 1-0008

expertise in caring for captive lemurs, I was asked to provide my views on Cricket Hollow Zoo and its housing of a ring-tailed lemur (*Lemur catta*) and red ruffed lemur (*Vareciea variagatus*). In formulating my views, I have reviewed photographs taken at the zoo in 2012 and 2013, attached in Attachment A, as well as many USDA inspection reports.

5.       The two species in question, *Lemur catta* and *Vareciea variagatus*, are both species very familiar to me, both from field work and from studies in captivity. They are highly social animals, living in troops of eight to twenty animals, and ranging over many hectares.  Both species have highly developed cognitive abilities and the capacity to suffer greatly -- as measured physiologically by stress indices, such as heart rate, electroencephalography (EEG) distortions, increased steroid levels and other methods -- when isolated or limited to a small area.  Even in larger cages, which are clearly not the case at Cricket Hollow Zoo, they require a variety of play or enrichment objects, which must be regularly changed.  The two species can be co-housed when their numbers are few, but they then require particularly large and tall cages: *Vareciea variagatus* prefers to be high in the canopy, while *Lemur catta* spends up to one-third of their time foraging on the ground.

6.       Single housing for either species is extremely stressful, as measured physiologically, and single housing conditions like those at Cricket Hollow Zoo should never be permitted.  Indeed, IACUC regulations explicitly forbid this single housing at university facilities.  Even a twosome is scarcely appropriate: *Lemur catta* is a female dominant species, so males are excluded from the social group except during the short mating period.  Hence, at a minimum, a group would have to have space enough for two

Ex. 1-0009

females, and if a male is to be present, that space would need to be tripled, at the least.
The cages for the lemurs at Cricket Hollow Zoo are not anywhere near these bare
minimum conditions.

    7.     Both species of lemurs are largely frugiverous, and for optimum health
require a variety of fresh fruits and vegetables, supplemented with commercial monkey
chow to assure adequate minerals. The lemurs can tolerate a wide range of temperatures
but, as I know from my work at the Lemur Center, federal regulations for primates in
research limit the lower temperatures to 28 degrees Celsius. This lower limit is well
above the temperature that I understand to have occurred in eastern Iowa this January
2014.

    8.     In short, the conditions that I have observed from the 2012 and 2013
photographs represent conditions akin to locking a human prisoner in an isolation ward
the size of a telephone booth. I am convinced that these animals are highly stressed,
certain to be psychologically impaired, and likely highly susceptible to disease.

Peter H. Klopfer, Ph.D.

Dated: January 13, 2014

3

# ATTACHMENT A

## 2012 AND 2013 PHOTOGRAPHS OF LEMURS
## CRICKET HOLLOW ZOO

Ex. 1-0011



July 2012



October 2013



**October 2013**



**October 2013**



**October 2013**

Ex. 1-0014

**Exhibit 2**

Aug. 16, 2011 USDA Inspection Report


# Inspection Report

PAMELA SELLNER
TOM SELLNER

Customer ID: **5143**
Certificate: **42-C-0084**
Site: 001
TOM & PAMELA SELLNER

CRICKET HOLLOW ZOO
1512 210TH STREET

Type: ROUTINE INSPECTION
Date: Aug-16-2011

MANCHESTER, IA 52057

**2.40**      (b)      (2)

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

Each dealer shall establish and maintain a program of adequate veterinary care that includes the use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries.

Salima, a 30 year old Hamadryas baboon, is excessively thin, is showing signs of muscle loss, and has experienced generalized hair loss. This baboon has not been evaluated by the attending veterinarian. Failure to have her evaluated does not provide for her health and well being. Salima must be evaluated by the attending veterinarian and the prescribed treatment must be administered. To be corrected by: August 26, 2011.

The calico buck goat has excessively long hooves on its rear legs. Excessively long hooves can cause pain and discomfort to the goat. Further, it may cause the goat to alter its stance or its gait and create musculoskeletal related issues. The goat's hooves must be trimmed to remove the excessive growth. To be corrected by: August 26, 2011.

**3.4**      (b)      (3)

**OUTDOOR HOUSING FACILITIES.**

Shelters in outdoor facilities for dogs or cats must contain a roof, four sides, and a floor and be provided with a wind break and rain break at the entrance.

One of the shelters in the Sheepdog enclosure does not have a floor. Neither of the shelters has a wind and rain break at the entrance.

These situations do not provide for the comfort and well being of the dogs.

The shelter must be altered so that it has a floor or replaced with a shelter that does. Also, each shelter must be provided with a wind or rain break at the entrance. To be corrected by: September 16, 2011.

| | | | |
|---|---|---|---|
| Prepared By: | CYNTHIA NEIS, C.S. | | |
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | Date: |
| Title: | ANIMAL CARE INSPECTOR | Inspector 1041 | Aug-17-2011 |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Aug-19-2011 |

Ex. 1-0016


# Inspection Report

**3.53**     (a)     (1)

## PRIMARY ENCLOSURES.

Primary enclosures shall be structurally sound and maintained in good repair to protect the rabbits from injury, to contain them, and to keep predators out.

The center divider in one of the Angora rabbit boxes is in disrepair. The divider has come away from the wood supports and has resulted in wire protruding into an enclosure.

This poses a physical hazard to the rabbits.

The enclosure must be repaired or replaced and maintained in good repair. To be corrected by: August 26, 2011.

**3.56**     (a)     (1)

## SANITATION.

Cleaning of primary enclosures. Primary enclosures shall be kept reasonably free of excreta, hair, cobwebs and other debris by periodic cleaning.

All of the shelter boxes of the rabbit enclosures have an excessive accumulation of animal waste in them resulting in rabbits having to walk and lay in their own excreta.

This can increase disease risks, odor levels, and the presence of pests.

The shelter boxes must be cleaned and maintained on a regular basis. To be corrected by: August 22, 2011.

**3.75**     (e)

## HOUSING FACILITIES, GENERAL.

Storage. Supplies of food and bedding must be stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. The supplies must be stored off the floor and away from the walls, to allow cleaning underneath and around the supplies. Food requiring refrigeration must be stored accordingly, and all food must be stored in a manner that prevents contamination and deterioration of its nutritive value. Only the food and bedding currently being used may be kept in animal areas, and when not in actual use, open food and bedding supplies must be kept in leakproof containers with tightly fitting lids to prevent spoilage and contamination.

Open boxes of fruit are being stored in both of the nonhuman primate housing areas. Open boxes of fruit and produce are being stored in the reptile house and in the educational center. These foodstuffs are used throughout the facilities. None of these items were being refrigerated. Excessive flies and fruit flies were hovering over the foodstuffs. Some fruit and produce appeared rotten and moldy.

This does not protect the foodstuffs from spoilage and contamination. It can increase the presence of

| Prepared By: | CYNTHIA NEIS, C.S. | | |
|---|---|---|---|
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| Title: | ANIMAL CARE INSPECTOR | Inspector  1041 | Aug-17-2011 |
| Received By: | (b)(6),(b)(7)(c) | | **Date:** |
| Title: | | | Aug-19-2011 |

Ex. 1-0017



pests and vermin. Also, it does not ensure the animals are receiving wholesome foodstuffs.

The foodstuff must be stored in a manner which protects it from contamination, spoilage, and vermin infestation. All food storage areas shall be maintained on a regular basis. To be corrected by: September 16, 2011.

**3.77**     (c)
**SHELTERED HOUSING FACILITIES.**

Lighting. The sheltered part of sheltered housing facilities must be lighted well enough to permit routine inspection and cleaning of the facility, and observation of the nonhuman primates. Animal areas must be provided a regular diurnal lighting cycle of either natural or artificial light. Lighting must be uniformly diffused throughout animal facilities and provide sufficient illumination to aid in maintaining good housekeeping practices, adequate cleaning, adequate inspection of animals, and for the well-being of the animals. Primary enclosures must be placed in the housing facility so as to protect the nonhuman primates from excessive light.

Chuki, a Ring-tailed Lemur is housed in an enclosure in a mammal room of the reptile house. Chuki's enclosure does not have adequate lighting throughout. The back of the enclosure and the area around the partition are particularly difficult to observe.

This does not facilitate good husbandry practices nor provide lighting sufficient for Chuki's well being.

The area must be altered so that sufficient light is uniformly diffused throughout Chuki's enclosure. To be corrected by: September 16, 2011.

**3.80**     (a)     (2)     (iii)          **REPEAT**
**PRIMARY ENCLOSURES.**

Primary enclosures must be constructed and maintained so that they contain the nonhuman primates securely and prevent accidental opening of the enclosure, including opening by the animal.

During the inspection, Amirah (a one year old Hamadryas baboon) escaped from her primary enclosure. She was captured and returned to her enclosure. The licensee indicated Amirah had escaped before and they had made some changes to the enclosure.

Having an enclosure which does not adequately contain the animals poses a physical hazard to the animals and to the public.

The enclosure must be repaired, replaced, or maintained in such a manner that contains the animals.

**3.84**     (a)          **REPEAT**
**CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.**

Cleaning of primary enclosures. Excreta and food waste must be removed from inside each indoor primary enclosure daily and from underneath them as often as necessary to prevent an excessive accumulation of

| | | | |
|---|---|---|---|
| **Prepared By:** | CYNTHIA NEIS, C.S. | | |
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector  1041 | Aug-17-2011 |
| **Received By:** | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Aug-19-2011 |

Ex. 1-0018

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Exp_____.pdf


feces and food waste, to prevent the nonhuman primates from becoming soiled, and to reduce disease hazards, insects, pests, and odors.

The perches in the Rhesus macaques' enclosure (main nonhuman primate building) has an excessive build up of animal waste and other dirt and debris. This comes into contact with the macaques when they are on the perch. There is an excessive presence of waste on the perch in the Red Ruffed Lemur's enclosure (mammal room of the reptile house). This comes into contact with the lemur when it is on the perch.

This does not protect the health and well being of these animals.

The perches must cleaned and maintained clean on a regular basis.

**3.84**       (d)

**CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.**

Pest control. An effective program for control of insects, external parasites affecting nonhuman primates, and birds and mammals that are pests, must be established and maintained so as to promote the health and well-being of the animals and reduce contamination by pests in animal areas.

All areas housing nonhuman primates, and most of the premises, had an excessive presence of flies. In addition to the flies, fly residue could be on housing and facility surfaces. Also, there is a mouse problem in the nonhuman primate area of the reptile house. Holes created by mice could be seen in the wall and ceiling. Mouse feces was also observed on the perch belonging to the Red Ruffed Lemur.

These situations can increase disease risks.

An effective program to control flies and mice must be developed and implemented. To be corrected by: September 16, 2011.

**3.127**       (b)

**FACILITIES, OUTDOOR.**

Shelter from inclement weather. Natural or artificial shelter appropriate to the local climatic conditions for the species concerned shall be provided for all animals kept outdoors to afford them protection and to prevent discomfort to such animals.

The camel has pushed its shelter off of the base. In doing so, the shelter is not tall enough to allow the camel to stand comfortably within the shelter.

This does not provide for the comfort and well being of the camel.

The camel's shelter must be altered so that it is of sufficient height to allow the camel to remain in the shelter in the normal standing position. To be corrected by: August 29, 2011.

| | | | |
|---|---|---|---|
| | CYNTHIA NEIS, C.S. | | |
| **Prepared By:** | | | |
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector  1041 | Aug-17-2011 |
| **Received By:** | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Aug-19-2011 |

Ex. 1-0019


# Inspection Report

## 3.130
### WATERING.

Frequency of watering shall consider age, species, condition, size, and type of the animal. All water receptacles shall be kept clean and sanitary.

There is an excessive presence of algae in the water receptacles belonging to the cavy, the capybara, and the bobcat.

Failure to provide clean and sanitary water receptacles does not provide for the comfort and well being of the animals. It can also inhibit normal water intake.

Water receptacles must be cleaned and maintained. To be corrected by: August 22. 2011.

## 3.131       (a)
### SANITATION.

Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors.

There is an excessive presence of animal waste in the following enclosures: bear, llama, kinkajou (educational center), African porcupine, and armadillo. The excessive waste is being walked on by the animals. Also, animal waste, dirt, and residue was observed on the wall in the serval enclosure, the furniture in the kinkajou enclosure, and on the exterior of the palm civet's dish.

This can increase disease risks, odor levels, and pest levels.

These enclosures must be cleaned and maintained clean on a regular basis. To be corrected by: August 22, 2011.

## 3.131       (c)                     REPEAT
### SANITATION.

Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

Open boxes of produce are being stored in walkways of the back mammal housing area of the reptile building. In the same animal housing area, there are boxes, empty feed bags, bags of feed, and open bags of feed; none of which are maintained in an orderly fashion. Bedding and debris from enclosure maintenance has been allowed to accumulate along the walls and the materials stored in this area.

These situations can increase disease risks, odor levels, and the the presence of pests and vermin.

| | | |
|---|---|---|
| **Prepared By:** | CYNTHIA NEIS, C.S. | |
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector 1041 | Aug-17-2011 |
| **Received By:** | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Aug-19-2011 |

Ex. 1-0020

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Exp  .pdf


# Inspection Report

These items must be removed and stored in an appropriate manner. Debris from cleaning enclosures must be swept up at the time of the cleaning of enclosures.

**3.131**    (d)
**SANITATION.**

Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

There is an excessive presence of flies throughout the facility. Flies could be found on the animals, food, and structures. Fly residue was prevalent on the enclosures, building walls, caging equipment, and receptacles.

The presence of flies can increase disease risks. It also does not provide for the comfort of the animals.

An effective fly control program shall be developed and implemented. It shall give consideration to sanitation, waste disposal, and food storage. To be corrected by: September 16, 2011.

**3.132**
**EMPLOYEES.**

A sufficient number of adequately trained employees shall be utilized to maintain the professionally acceptable level of husbandry practices set forth in this subpart. Such practices shall be under a supervisor who has a background in animal care.

The prior three inspection reports have documented a significant number of noncompliant items. The facility owners currently have other jobs and are the only ones doing work at the regulated facility. Giving consideration to the demands on the facility owners, the number of animals, the species of animals, and inspection history; it is apparent that there is not a sufficient number of employees at this facility.

This does not provide for the health and well being of the animals.

The staffing level must be increased to include additional adequately trained employees or the facility shall decrease the number of animals until such point that present staff can accommodate the needs of the animals. To be corrected by: October 13, 2011.

The current fencing for three tigers is currently being evaluated to determine if it complies with 3.125(a).

Time for correction remains on the camel and wallaby fencing (3.127(d)).

This inspection was conducted in the presence of the undersigned license holder, the Veterinary Medical Officer from Iowa, and the undersigned inspector. The exit review was conducted in the presence of the undersigned license holder and the undersigned inspector.
End of report.

| | | | |
|---|---|---|---|
| **Prepared By:** | CYNTHIA NEIS, C.S. | | |
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector  1041 | Aug-17-2011 |
| **Received By:** | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Aug-19-2011 |

Ex. 1-0021

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Exp  .pdf

**Exhibit 3**

Sept. 25, 2013 Iowa Department of Agriculture and
Land Stewardship Inspection Report

# IDALS Compliance Report

**Name of Person Being Investigated:** Cricket Hollow Zoo, 1512 210th, Manchester, IA 52057

**Case Number:** USDA Complaint – Sellner (update)

**Name of Livestock Compliance Investigator Working on Case:** Doug Anderson

**Brief Summary of Complaint:** Substandard care of zoo animals.

      **Summary of Investigation (include listing of individuals talked to as part of the investigation):** On 9/25/13, I visited Cricket Hollow Zoo with USDA inspectors Chad Moore and Heather Cole, DVM. The visit was part of ongoing surveillance as a result of complaints filed against the facility.

      The USDA inspectors were extremely thorough, with the inspection lasting approximately 7 ½ hrs. I was not at the facility the entire time, but I did cover all of the animals, with the exception of the small education center, which was covered by the USDA personnel.

      The only real concern I had was primates. There was some over-grooming resulting in hair loss due to lack of environmental enrichment, which was discussed at length with the owner, Ms. Sellner. At last report, she had remedied the situation.

      As for the rest of the facility, results were typical, in that there were a number of housekeeping issues: cobwebs, sharp points (minor), fecal matter in some of the cages, etc. None of it critical or excessive. The facility is definitely showing its age. On the whole, animals appeared content, playful, relaxed, comfortable, well-fed and well-watered.

      I spoke with Dr. Cole after the inspection and it was agreed that on this day there were no direct violations. I had earlier visited the facility last May and again in June, with similar results.

      Some of the violations/inadequacies mentioned in the USDA inspections show up as repeats, but actually may not be. For example, sharp points on one cage on this inspection may be on a different cage the next inspection. Ms. Sellner, the owner, has always been responsive to fixing specific inadequacies. However, the facility, by its nature, is high-maintenance.

      I was glad to have Dr. Cole back as a USDA inspector at this facility, so that methodology differences between inspectors is minimized.

**Attachments:** N/A

**Recommendations, if any:** Continued joint inspections.

**Disposition of the Case:** Ongoing surveillance.

**Date:** 10/24/13          Doug Anderson          IDALS Compliance Investigator

Ex. 1-0023

# Exhibit 4

Dec. 8, 2011 USDA Inspection Report

# Inspection Report

PAMELA SELLNER

TOM SELLNER

Customer ID: **5143**

Certificate: **42-C-0084**

Site: 001

TOM & PAMELA SELLNER

CRICKET HOLLOW ZOO

1512 210TH STREET

Type: ROUTINE INSPECTION

Date: Dec-08-2011

MANCHESTER, IA 52057

---

**2.40**   (b)   (2)                    **REPEAT**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

Each dealer or exhibitor shall establish and maintain a program of adequate veterinary care that includes the use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries.

At least four goats have excessively long hooves.

Excessively long hooves can cause pain and discomfort to the goats. Further, it may cause the goats to alter their stance or their gait and create musculoskeletal related issues.

The goats must have their hooves trimmed to remove the excessive growth and maintained routinely.

**3.1**   (a)

**HOUSING FACILITIES, GENERAL.**

Housing facilities for dogs must be designed and constructed so that they are structurally sound. They must be kept in good repair, and they must protect the animals from injury.

There is a section of chain link fence placed on top of the dog enclosure. This has a tarp over it and it acts as a sun screen and weather break. The support rail towards the center of the enclosure has broken and the unit bows into the enclosure. This is not structurally sound.

This poses a physical hazard to the dogs.

This sun and weather break must be repaired or replaced so as to provide a structurally sound environment. To be corrected by: December 27, 2011.

**3.10**                    **DIRECT NCI**

**WATERING.**

If potable water is not continually available to the dogs, it must be offered to the dogs as often as necessary to ensure their health and well-being, but not less than twice daily for at least 1 hour each time, unless restricted by the attending veterinarian. Water receptacles must be kept clean and sanitized in

---

| Prepared By: | CYNTHIA NEIS, C.S. | | |
|---|---|---|---|
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| Title: | ANIMAL CARE INSPECTOR | Inspector  1041 | Dec-10-2011 |
| Received By: | (b)(6),(b)(7)(c) | | **Date:** |
| Title: | | | Dec-16-2011 |

Ex. 1-0025


## Inspection Report

accordance with Sec. 3.11(b) of this subpart.

The water receptacle was empty and, when watered by the facility, the dogs drank vigorously returning intermittently to drink during the inspection. It was reported that the dogs are watered one time per day. Further, the water receptacle had an excessive presence of dirt and debris in it.

This does not provide for the health and well being of the dogs.

The dogs must be offered water at least twice daily for at least an hour each time in clean water receptacle(s). To be corrected: Immediately.

**3.56**    (a)    (1)                **REPEAT**

**SANITATION.**

Cleaning of primary enclosures. Primary enclosures shall be kept reasonably free of excreta, hair, cobwebs and other debris by periodic cleaning.

The rabbit enclosures have an excessive accumulation of animal waste and hair in them.

This can increase disease risks, odor levels, and the presence of pests.

The enclosures must be cleaned and maintained on a regular basis.

**3.75**    (e)                       **REPEAT**

**HOUSING FACILITIES, GENERAL.**

Storage. Supplies of food and bedding must be stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. The supplies must be stored off the floor and away from the walls, to allow cleaning underneath and around the supplies. Food requiring refrigeration must be stored accordingly, and all food must be stored in a manner that prevents contamination and deterioration of its nutritive value. Only the food and bedding currently being used may be kept in animal areas, and when not in actual use, open food and bedding supplies must be kept in leakproof containers with tightly fitting lids to prevent spoilage and contamination.

There continues to be open boxes of produce in both of the nonhuman primate housing areas and educational center.

This does not protect the foodstuffs from spoilage and contamination and does not ensure the animals are receiving wholesome foodstuffs. It can also increase the presence of pests and vermin.

The foodstuffs must be stored in a manner which protects it from contamination, spoilage, and vermin infestation. All food storage areas shall be maintained on a regular basis.

| Prepared By: | CYNTHIA NEIS, C.S. | | |
|---|---|---|---|
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector  1041 | Dec-10-2011 |
| **Received By:** | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Dec-16-2011 |



**3.84**        (b)      (2)

### CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.

Indoor primary enclosures must be sanitized at least once every 2 weeks and as often as necessary to prevent an excessive accumulation of dirt, debris, waste, food waste, excreta, or disease hazard, using one of the methods prescribed in paragraph (b)(3) of this section.

There is an excessive presence of dirt, debris, and animal oils present on the enclosure walls of the nonhuman primates housed in the reptile building.

This can increase disease risks, odor levels, and the presence of pests.

The enclosures must be cleaned and sanitized. To be corrected by: December 27, 2011.

**3.125**        (a)

### FACILITIES, GENERAL.

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***There is a gap between the fence and the ground in Santa Cruz sheep enclosure leaving wires exposed at the bottom. Wool was observed on the bottom of the fence where the sheep had been crawling under it into the adjacent empty enclosure. There are other areas of the fence that are in general disrepair.

These situations pose physical hazards to the animals.

The fence must be repaired or replaced. To be corrected by: April 30, 2012.

***Two enclosures housing tigers are approximately 10.67 feet high and do not have tops or adequate kick-ins. The facility has erected kick-in supports/posts but have not connected them with wire or chain link.

The enclosures are not sufficient to contain the animals.

The enclosures must be altered so that they have a top or are of sufficient height and construction to contain the tigers housed within them. To be corrected by: June 12, 2012.

**3.127**        (c)

### FACILITIES, OUTDOOR.

Drainage. A suitable method shall be provided to rapidly eliminate excess water.

The enclosure housing the Scottish Highlander cattle has an accumulation of water and mud around the water tank and the hay feeding area. The cattle must stand in the mud in order to drink and walk through

| Prepared By: | CYNTHIA NEIS, C.S. | | |
|---|---|---|---|
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector  1041 | Dec-10-2011 |
| **Received By:** | | | |
| | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Dec-16-2011 |

Ex. 1-0027



United States Department of Agriculture
Animal and Plant Health Inspection Service

344111936550214

CNEIS

insp_id

# Inspection Report

it to get to the hay. Also, because the drainage is not sufficient, the rest of the ground in the enclosure has frozen in an uneven manner. The cattle have no even surface on which they can lie and have resorted to lying on their hay.

This does not provide for the comfort and well being of the animals. Standing in mud and water can cause hoof problems.

The enclosure must be altered to so as allow for rapid drainage of water. To be corrected by: April 30, 2012.

## 3.129 (b)
### FEEDING.

Food, and food receptacles, if used, shall be placed so as to minimize contamination. If self-feeders are used, adequate measures shall be taken to prevent molding, contamination, and deterioration or caking of food.

A sheep was observed standing on the mound of hay in the hay feeder. The Scottish Highlander cattle were observed lying on and standing in their hay.

This can contaminate the food supply for the animals.

The hay must be supplied in a manner which prevents the animals from standing and lying on it. To be corrected by: January 30, 2012.

## 3.131 (a)                    REPEAT
### SANITATION.

Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors.

The enclosure housing Sasha and Keiharan (tigers) and the enclosure housing Jonwah and Kamarah (lions) have an excessive accumulation of animal waste. The armadillo, the porcupine, and the kinkajou enclosures have an excessive presence of animal waste. There is an excessive build up of food and animal waste around the feeder in the four horned sheep enclosure.

This can increase disease risks, odor levels, and pest levels.

The enclosures must be cleaned and maintained on a regular basis.

## 3.131 (d)                    REPEAT
### SANITATION.

Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

| | | | |
|---|---|---|---|
| **Prepared By:** | CYNTHIA NEIS, C.S. | | |
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector 1041 | Dec-10-2011 |
| **Received By:** | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Dec-16-2011 |

Page 4 of 5

Ex. 1-0028


There are some enclosures that are in need of cleaning in the educational center. Also, large quantities of open and unrefrigerated produce are being stored in the educational center. Given the temperature of the facility and the two aforementioned situations, there is an excessive presence of flies and fruit flies.

This can increase disease risks and does not provide for the comfort and well being of the animals.

An effective fly and fruit fly control program shall be developed and implemented. It shall give consideration to sanitation, waste disposal, and food storage.

**3.132**                                     **REPEAT**
**EMPLOYEES.**

A sufficient number of adequately trained employees shall be utilized to maintain the professionally acceptable level of husbandry practices set forth in this subpart. Such practices shall be under a supervisor who has a background in animal care.

The facility owners continue to have the same outside work obligations and have no additional employees. The current inspection report demonstrates that the work load continues to exceed the staffing level.

This does not provide for the health and well being of the animals.

The staffing level must be increased to include additional adequately trained employees/volunteers or the numbers of animals shall be decreased until such point the present staff can accommodate the needs of the animals.

This inspection and a thorough exit review was conducted in the presence of the undersigned license holder, the Veterinary Medical Officer from Iowa, and the undersigned inspector. Another exit review was conducted in the presence of the undersigned license holder and the undersigned inspector when signatures were obtained.

End of report.

| | | | |
|---|---|---|---|
| **Prepared By:** | CYNTHIA NEIS, C.S. | | |
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector  1041 | Dec-10-2011 |
| **Received By:** | (b)(6),(b)(7)(c) | | |
| | | | **Date:** |
| **Title:** | | | Dec-16-2011 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Exp    .pdf

# Exhibit 5

Sept. 25, 2013 USDA Inspection Report


# Inspection Report

Pamela Sellner
Tom Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**

Certificate: **42-C-0084**

Site: **001**

TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION

Date: Sep-25-2013

---

**3.75**    (c)    (3)                        **REPEAT**

**HOUSING FACILITIES, GENERAL.**

(3) Cleaning. Hard surfaces with which nonhuman primates come in contact must be spot-cleaned daily and sanitized in accordance with Sec. 3.84 of this subpart to prevent accumulation of excreta or disease hazards. If the species scent mark, the surfaces must be sanitized or replaced at regular intervals as determined by the attending veterinarian in accordance with generally accepted professional and husbandry practices. Floors made of dirt, absorbent bedding, sand, gravel, grass, or other similar material, and planted enclosures must be raked or spot-cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta. Contaminated material must be removed or replaced whenever raking and spot cleaning does not eliminate odors, diseases, insects, pests, or vermin infestation. All other surfaces of housing facilities must be cleaned and sanitized when necessary to satisfy generally accepted husbandry standards and practices. Sanitization may be done by any of the methods provided in Sec. 3.84(b)(3) of this subpart for primary enclosures.

Within the "reptile house", there is a large amount of dust, dirt, debris, and/or cobwebs on the floor, walls, ceiling, husbandry items, and light and electrical fixtures. The ruffed lemur, the ring-tailed lemur and one baboon are located in this area. There are also cobwebs within the ruffed lemur and ring-tailed lemur enclosures. The cobwebs are located in both the indoor and outdoor portions of these enclosures.

There are two primate enclosures that have a build-up of food waste and/or animal waste on the floor of the enclosure (one ruffed lemur in the "reptile house", two bush babies in the "education center"). This waste is attracting flies.

In the indoor portion of the baboon enclosure within the "reptile house", there are several large areas on the enclosure walls that have black to brown grime.

Within the primate building, there is a large amount of dust, dirt, debris, fly specs, insulation and/or cobwebs on the floor, walls, ceiling, husbandry items, and light and electrical fixtures. All of the primary enclosures within this building have a build-up of dust, dirt, debris, cobwebs and/or grime on the wire panels that make up the primary enclosure. These enclosures contain two macaques, one vervet and three baboons. There is a play house within the outdoor portion of the vervet enclosure that is made of hard plastic that has a thick build-up of dust, dirt and/or grime.

---

| | | | |
|---|---|---|---|
| **Prepared By:** | HEATHER COLE, D.V.M | | |
| | HEATHER COLE, D.V.M          USDA, APHIS, Animal Care | **Date:** | |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 | Sep-27-2013 | |
| **Received By:** | (b)(6),(b)(7)(c) | | |
| | | **Date:** | |
| **Title:** | | Sep-27-2013 | |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Exp    .pdf

Ex. 1-0031


# Inspection Report

Failure to clean animal housing areas, including primary enclosures, can lead to health hazards, pests and odors.

Hard surfaces with which non-human primates come in contact must be spot-cleaned daily and indoor primary enclosures must be sanitized at least once every two weeks or more often if necessary to prevent an excessive accumulation of dirt, debris, animal or food waste, or disease hazards.

If the species scent mark, the surfaces must be sanitized or replaced at regular intervals as determined by the attending veterinarian in accordance with generally accepted professional and husbandry practices.

Floors made of dirt, absorbent bedding, gravel, grass, or other similar material must be raked or spot-cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta. Contaminated material must be removed or replaced whenever raking and spot cleaning does not eliminate pests, odors, or other disease hazards.

All other surfaces within housing facilities must be cleaned and sanitized when necessary to satisfy generally accepted husbandry standards and practices.

**3.81**    (c)    (2)                **REPEAT**
**ENVIRONMENT ENHANCEMENT TO PROMOTE PSYCHOLOGICAL WELL-BEING.**

(c) Special considerations. Certain nonhuman primates must be provided special attention regarding enhancement of their environment, based on the needs of the individual species and in accordance with the instructions of the attending veterinarian. Nonhuman primates requiring special attention are the following: (2) Those that show signs of being in psychological distress through behavior or appearance;

There is an approximately seven year old, female rhesus macaque (Ana) that has thinning hair on both legs and a patch of thinning hair on her back. This is suggestive of over-grooming. This animal was also observed multiple times sucking her toe. These abnormal behaviors suggest that the animal is in psychological distress. The licensee states that the animal has always sucked her toe. This animal is pair-housed and there are some environmental enrichment items within the enclosure, however, the environmental enhancement plan does not specifically address the abnormal behaviors. Failure to have a special plan regarding environmental enhancement in animals showing signs of psychological distress can lead to further psychological distress, abnormal behaviors or animal injury. The licensee must develop, document and follow an environmental enhancement plan that specifically addresses the animals that show signs of being in psychological distress through behavior or appearance.

**3.84**    (d)                        **REPEAT**
**CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.**

(d) Pest control. An effective program for control of insects, external parasites affecting nonhuman primates, and birds and mammals that are pests, must be established and maintained so as to promote the health and well-being of the animals and reduce contamination by pests in animal areas

| | | | |
|---|---|---|---|
| **Prepared By:** | HEATHER COLE, D.V.M | | |
| | HEATHER  COLE, D.V.M          USDA, APHIS, Animal Care | **Date:** | |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 | Sep-27-2013 | |
| **Received By:** | (b)(6),(b)(7)(c) | | |
| | | **Date:** | |
| **Title:** | | Sep-27-2013 | |

Ex. 1-0032


# Inspection Report

A large number of flies are present throughout the entire facility. There are flies flying around within the primate building and "education center". Flies are present within some of the animal enclosures and can be seen landing on the animals, food and animal waste. The animals present in these areas are two macaques, one vervet, three baboons, and two bush babies.

Cobwebs with spiders are present within the "reptile house", primate building and "education center". Some of the animal enclosures have cobwebs on or within them. The animals in these areas are the ruffed lemur, ring-tailed lemur, four baboons ("reptile house" and primate building), two macaques, one vervet, and two bush babies.

Evidence of rodents are present throughout the facility. Rodent feces is present within the primate building and there are holes in the wall that the licensee confirms were made by rodents. One inspector saw a live mouse in the primate building housing two macaques, one vervet and three baboons.

The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies, spiders and rodents, must be established and maintained.

**3.127**    (c)                    **REPEAT**

**FACILITIES, OUTDOOR.**

(c) Drainage. A suitable method shall be provided to rapidly eliminate excess water. The method of drainage shall comply with applicable Federal, State, and local laws and regulations relating to pollution control or the protection of the environment.

There are large areas of standing water within four enclosures.

One area is within the exhibit housing two potbelly pigs. There is an area approximately four by four feet in one corner of the enclosure that is wet and muddy with sitting water. The licensee states that this was created by recent rains and that drainage in this area is a problem.

The second and third areas are within the exhibits housing one fallow deer and two Meishan pigs. Within both exhibits there are large, wet and muddy areas with standing water. The wet areas are adjacent to the shared fence-line between the exhibits, near the water receptacles. The licensee states that the hose that runs to these water receptacles has a leak and is creating the standing water. The animals must walk through the wet areas to reach these water receptacles.

The fourth area is within the exhibit housing two bears. There is standing water along the edge of the enclosure creating several small puddles within the enclosure. The licensee states this is from recent rains.

Improper drainage within enclosures does not ensure a clean, dry environment for the animals which can impact the health and well-being of the animals. A suitable method shall be provided to rapidly eliminate excess water from within the enclosures.

| | | | |
|---|---|---|---|
| **Prepared By:** | HEATHER COLE, D.V.M | | **Date:** |
| **Title:** | HEATHER COLE, D.V.M          USDA, APHIS, Animal Care<br>VETERINARY MEDICAL OFFICER Inspector  6026 | | Sep-27-2013 |
| **Received By:** | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Sep-27-2013 |

Ex. 1-0033



# Inspection Report

**3.127**    (d)                    **REPEAT**

**FACILITIES, OUTDOOR.**

Section 3.127(d) - Perimeter fence.  On or after May 17, 2000, all outdoor housing facilities (i.e., facilities not entirely indoors) must be enclosed by a perimeter fence that is of sufficient height to keep animals and unauthorized persons out. Fences less than 8 feet high for potentially dangerous animals, such as, but not limited to, large felines (e.g., lions, tigers, leopards, cougars, etc.), bears, wolves, rhinoceros, and elephants, or less than 6 feet high for other animals must be approved in writing by the Administrator. The fence must be constructed so that it protects the animals in the facility by restricting animals and unauthorized persons from going through it or under it and having contact with the animals in the facility, and so that it can function as a secondary containment system for the animals in the facility. It must be of sufficient distance from the outside of the primary enclosure to prevent physical contact between animals inside the enclosure and animals or persons outside the perimeter fence. Such fences less than 3 feet in distance from the primary enclosure must be approved in writing by the Administrator.

The portion of the perimeter fence surrounding the big cats, bears, and wolves has a section of fence that has become detached from the fence post and is sagging out from the facility. Another section of fence in the same area has been patched together with panels and there are gaps between the panels that could be pushed apart to allow animals to enter or exit the area. This fence is not in good repair and does not effectively restrict animals and unauthorized persons from going through it. The perimeter fence needs to be repaired or replaced in order to effectively prevent animals and people from going through it or under it and having contact with the animals in the facility.

There is a camel in one enclosure that has no secondary containment on one side of the enclosure. On the West side of the enclosure, the only fence that contains that animal in the facility is the eight foot perimeter fence.  This fencing design does not provide for a secondary containment system for the camel. The perimeter fence must be constructed so that it protects the animals in the facility by functioning as a secondary containment system. It must be of sufficient distance (3 feet or more) from the outside of the primary enclosure to prevent physical contact between animals inside the enclosure and animals or persons outside of the perimeter fence.

**3.129**    (b)

**FEEDING.**

(b) Food, and food receptacles, if used, shall be sufficient in quantity and located so as to be accessible to all animals in the enclosure and shall be placed so as to minimize contamination. Food receptacles shall be kept clean and sanitary at all times. If self-feeders are used, adequate measures shall be taken to prevent molding, contamination, and deterioration or caking of food.

The feeders for the coati mundi, wallaby, coyotes, and potbelly pigs all have a thick brown to black build-up within and/or on them. Failure to clean feeders can lead to disease hazards for the animals. Food receptacles shall be kept clean and sanitary at all times.

To be corrected by: October 9, 2013

| | | |
|---|---|---|
| **Prepared By:** | HEATHER COLE, D.V.M | |
| | HEATHER  COLE, D.V.M      USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 | Sep-27-2013 |
| **Received By:** | (b)(6),(b)(7)(c) | |
| | | **Date:** |
| **Title:** | | Sep-27-2013 |

Ex. 1-0034


# Inspection Report

**3.130**                          REPEAT

**WATERING.**

If potable water is not accessible to the animals at all times, it must be provided as often as necessary for the health and comfort of the animal. Frequency of watering shall consider age, species, condition, size, and type of the animal. All water receptacles shall be kept clean and sanitary.

There is a build-up of algae within the water receptacles for the capybara and the pen housing one llama and two sheep. Failure to clean water receptacles can lead to disease hazards for the animals.  All water receptacles shall be kept clean and sanitary at all times.

**3.131**     (a)                    REPEAT

**SANITATION.**

(a) Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors.

There are several enclosures throughout the entire facility that have a build-up of food waste and/or animal waste within the enclosure. Kinkajous ("reptile house" and "education center"), Patagonian cavy, highland cattle, bears, African crested porcupine, fennec fox, and chinchillas. In some of the areas, the waste is attracting flies.

The wire sides and top of the caging for the kinkajou within the "education center" have a build-up of dust, dirt, debris, grime and/or animal and food waste.

There is a build-up of a yellow-brown substance located on the walls of the serval enclosure (both inside and outside). The litter box within the serval enclosure has a layer of dust, dirt, debris and/or grime. There are cobwebs both within and on the serval enclosure.

There are several areas on the walls within the indoor portion of the coati mundi enclosure that have a build-up of black to brown grime. There are cobwebs located within and on the coati mundi enclosure.

There is water, waste and/or debris on the floor of the capybara shelter.

The inside of the shelter for two of the potbelly pigs has a thick build-up of a black to brown material on the floor, walls and ceiling.

Failure to clean animal enclosures can lead to health hazards, pests and odors. Primary enclosures shall be cleaned and excreta shall be removed in order to prevent contamination of the animals contained therein and to minimize disease hazards, pests and odors.

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER  COLE, D.V.M | USDA, APHIS, Animal Care | **Date:** |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | | Sep-27-2013 |
| Received By: | (b)(6),(b)(7)(c) | | |
| | | | **Date:** |
| Title: | | | Sep-27-2013 |

Ex. 1-0035


# Inspection Report

**3.131**   (c)

**SANITATION.**

(c) Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

Within the back of the "reptile house", there is a large amount of dust, dirt, debris, and/or cobwebs on the floor, walls, ceiling, husbandry items, and light and electrical fixtures. The serval and coati mundi are located in this area.

Within the feed storage room in the "education center" there is dust, dirt, debris, rodent droppings and/or cobwebs on the floor, walls, ceiling, shelves and husbandry supplies.

Failure to clean the premises can lead to health hazards and can contribute to the development of pest breeding and living areas. The premises must be kept clean in order to protect the animals from health hazards, to reduce or eliminate breeding and living areas for pests and to facilitate good husbandry practices.

To be corrected by: October 25, 2013

**3.131**   (d)                     **REPEAT**

**SANITATION.**

(d) Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained

A large number of flies are present throughout the entire facility. There are flies flying around within the "reptile house", outside facilities and "education center". Flies are present within some of the animal enclosures and can be seen landing on the animals, food and animal waste. Flies are present within both indoor and outdoor enclosures. The animals present in these areas are the ferrets, kinkajou ("reptile house" and "education center"), Patagonian cavy, bears, African crested porcupine, fennec fox, chinchillas, skunk, sloth, and armadillo.

Cobwebs with spiders are present throughout the entire facility. The main areas where the spiders are located are within the "reptile house", outside facilities and within the storage area in the "education center". Some of the animal enclosures have cobwebs within them (serval, coati mundi).

There is evidence of rodents throughout the facility. There was a dead rat within one of the coyote enclosures. The licensee removed the rodent during the inspection. Rodent feces is present in several areas including the feed storage room within the "education center".

The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies, spiders and rodents, must be established and maintained.

| | | |
|---|---|---|
| **Prepared By:** | HEATHER COLE, D.V.M | |
| | HEATHER COLE, D.V.M          USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 | Sep-27-2013 |
| **Received By:** | (b)(6),(b)(7)(c) | |
| | | **Date:** |
| **Title:** | | Sep-27-2013 |

Ex. 1-0036


## Inspection Report

The environmental enhancement plan for non-human primates was inspected. No other records inspected at this time.

Inspection and exit briefing conducted with the owner.

| | | |
|---|---|---|
| **Prepared By:** | HEATHER COLE, D.V.M | |
| | HEATHER  COLE, D.V.M          USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 | Sep-27-2013 |
| **Received By:** | (b)(6),(b)(7)(c) | |
| | | **Date:** |
| **Title:** | | Sep-27-2013 |

Ex. 1-0037

**Exhibit 6**

Feb. 13, 2013 USDA Inspection Report


# Inspection Report

PAMELA SELLNER
TOM SELLNER

Customer ID: **5143**

Certificate: **42-C-0084**

Site: 001

TOM & PAMELA SELLNER

CRICKET HOLLOW ZOO

1512 210TH STREET

Type: ROUTINE INSPECTION

Date: Feb-13-2013

MANCHESTER, IA 52057

### 3.75    (b)
### HOUSING FACILITIES, GENERAL.

(b) Condition and site. Housing facilities and areas used for storing animal food or bedding must be free of any accumulation of trash, waste material, junk, weeds, and other discarded materials. Animal areas inside of housing facilities must be kept neat and free of clutter, including equipment, furniture, or stored material, but may contain materials actually used and necessary for cleaning the area, and fixtures and equipment necessary for proper husbandry practices and research needs.

Within the back of the "reptile house" where the lemurs and capuchin are housed, there is a large accumulation of chicken feathers, dust, dirt and/or used sawdust bedding throughout the floor around the enclosures.  There is an electrical outlet with several items plugged in that is covered and surrounded by a significant about of dust, dirt, cobwebs and chicken feathers.

Within the primate building there is a significant amount of dust, dirt and/or used bedding throughout the floor surrounding the primate enclosures.  The floor tiles in this part of the housing facility are either completely gone exposing the wooden sub-floor or are partially detached from the sub-floor and there is a significant amount of dust, dirt and/or used bedding stuck to these areas.

Failure to keep housing facilities neat, clean and free of waste material or other discarded materials can lead to pests and odors and can make it difficult to carry out husbandry procedures. Animal housing facilities need to be cleaned, kept neat and relatively free of waste material including used bedding and chicken feathers.

To be corrected by: February 27, 2013

### 3.75    (c)    (2)
### HOUSING FACILITIES, GENERAL.

(2) Maintenance and replacement of surfaces. All surfaces must be maintained on a regular basis. Surfaces of housing facilities--including houses, dens, and other furniture-type fixtures and objects within the facility--that cannot be readily cleaned and sanitized, must be replaced when worn or soiled.

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER  COLE, D.V.M          USDA, APHIS, Animal Care | | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | | Feb-19-2013 |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Feb-19-2013 |

Ex. 1-0039



# Inspection Report

The ceiling tiles within the two lemur enclosures and the capuchin enclosure are either absent or are severely old, worn and/or chewed. The exposed ceiling is made of plaster with strips of non-sealed wood running through it. This ceiling is severely worn and cannot be readily cleaned and sanitized which can lead to disease hazards for the animals.  The ceiling in these enclosures needs to be replaced or repaired so that it can be readily cleaned and sanitized.

To be corrected by: May 8, 2013

## 3.125     (a)
### FACILITIES, GENERAL.

(a) Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals

The divider fence between the enclosure housing llamas and the enclosure housing Barbados sheep is in disrepair. The fence is made up of wire panels.  Some of the wire panels have been damaged and bow into the llama and goat enclosure.  Damaged areas also have broken wires protruding into this enclosure.  This is happening on the lower half of the panels toward the center of the enclosure.

This poses a physical hazard to the llamas and goats.

The fence needs to be repaired or replaced so that it does not pose a physical hazard to the animals.  The fence shall be maintained on a regular basis.

To be corrected by:  March 06, 2013.

## 3.127     (c)
### FACILITIES, OUTDOOR.

(c) Drainage. A suitable method shall be provided to rapidly eliminate excess water. The method of drainage shall comply with applicable Federal, State, and local laws and regulations relating to pollution control or the protection of the environment.

*** The pea gravel within the female coyote enclosure has either become compacted and/or been pushed out of the enclosure by digging or movement of the coyote.  As a result, approximately 75% of the area within the enclosure is covered by shallow water from a recent snow melt.  The female coyote had shelter and dry bedding within the shelter.

This does not afford the coyote to be outside the shelter and to remain dry and comfortable.  This does not provide for the comfort and well-being of the coyote.

This area must be altered so that the coyote can be outside of its shelter and remain dry.  This was corrected at the time of the inspection by the addition of bedding by the licensee to the front of the enclosure.

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER  COLE, D.V.M          USDA, APHIS, Animal Care | Date: | |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | Feb-19-2013 | |
| Received By: | (b)(6),(b)(7)(c) | | |
| | | Date: | |
| Title: | | Feb-19-2013 | |

Ex. 1-0040



# Inspection Report

***The enclosure housing nine goats and four Barbados sheep has suitable drainage except for a low area directly in front of the quonset shelter to the front fence line. The animals must pass through a pool of water that is the width of the quonset shelter in order to enter it.

This does not provide for the comfort and well-being of the animals.

The area must be altered so that animals can enter the shelter without passing through water.   A suitable system of drainage shall be established and maintained.  To be corrected by:  February 27, 2013.

**3.131**      (a)                           **REPEAT**

**SANITATION.**

(a) Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors.

There is a large accumulation of feces within three of the tiger enclosures, two of the lion enclosures and the wolf enclosure. There are large piles of feces in the corners and smaller piles scattered throughout each enclosure.

Within the "reptile house", there is a build-up of oils, dirt and/or debris on the inside walls and objects (branches/perches) within both the kinkajou enclosure and the coatimundi enclosure.

Failure to clean animal enclosures can lead to health hazards, pests and odors. Primary enclosures shall be cleaned and excreta shall be removed in order to prevent contamination of the animals contained therein and to minimize disease hazards, pests and odors.

There is still an excessive presence of animal waste, food waste, and bedding that has become compacted on top of the concrete foundation within the enclosure housing two bears.  Failure to clean enclosures can increase disease risks, odor levels, and the presence of pests.  This flooring material must be dug out sufficiently or replaced to provide a clean environment for the bears. This non-compliant item is still within the correction deadline of February 20, 2013 provided on the August 20, 2012 inspection report.  Until such time this can be completed, the facility shall continue with routine removal of animal and food waste.

This inspection and a thorough exit review were conducted in the presence of the facility representative, Cynthia Neis CS, and Heather Cole VMO.

End of report.

| | | |
|---|---|---|
| **Prepared By:** | HEATHER COLE, D.V.M | |
| | HEATHER  COLE, D.V.M          USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 | Feb-19-2013 |
| **Received By:** | (b)(6),(b)(7)(c) | |
| | | **Date:** |
| **Title:** | | Feb-19-2013 |

Ex. 1-0041

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Exp.pdf

**Exhibit 7**

Apr. 29, 2013 Citation and Notification of Penalty



United States Department of Agriculture
Animal and Plant Health Inspection Service
Investigative and Enforcement Services

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

Tom and Pamela Sellner
Dba: Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

## CITATION AND NOTIFICATION OF PENALTY

We believe that you violated the Animal Welfare Act (7 U.S.C. § 2131 et seq.) (AWA), as described below.

**Date of Violation: August 16, 2011**

**9 C.F.R. § 2.40(b)(2)** Attending veterinarian and adequate veterinary care (dealers and exhibitors).
(b) Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include:
(2) The use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries, and the availability of emergency, weekend, and holiday care;

> You failed to provide adequate veterinary care and use appropriate methods to prevent, control, diagnose, and treat diseases and injuries. On the above date, APHIS observed the following:
> 1) A female Hamadryas baboon who appeared to be excessively thin with obvious signs of muscle loss and generalized hair loss; and
> 2) A calico buck goat with excessively long hooves on both hind legs.

**Date of Violation: August 16, 2011**

**9 C.F.R. § 3.80(a)(2)(iii)** Primary enclosures.
Primary enclosures for nonhuman primates must meet the following minimum requirements:
(a) General requirements.
(2) Primary enclosures must be constructed and maintained so that they:
(iii) Contain the nonhuman primates securely and prevent accidental opening of the enclosure, including opening by the animal;

> You failed to provide primary enclosures that securely contain nonhuman primates. On the above date, APHIS observed a one year old Hamadryas baboon running across the roof of the nonhuman primate enclosure.

**Date of Violation: August 16, 2011**

**9 C.F.R. § 3.84(a)** Cleaning, sanitization, housekeeping, and pest control.
(a) Cleaning of primary enclosures. Excreta and food waste must be removed from inside each indoor primary enclosure daily and from underneath them as often as necessary to prevent an

Ex. 1-0043



**United States Department of Agriculture**
**Animal and Plant Health Inspection Service**
**Investigative and Enforcement Services**

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

excessive accumulation of feces and food waste, to prevent the nonhuman primates from becoming soiled, and to reduce disease hazards, insects, pests, and odors. Dirt floors, floors with absorbent bedding, and planted areas in primary enclosures must be spot cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta, or as often as necessary to reduce disease hazards, insects, pests, and odors. When steam or water is used to clean the primary enclosure, whether by hosing, flushing, or other methods, nonhuman primates must be removed, unless the enclosure is large enough to ensure the animals will not be harmed, wetted, or distressed in the process. Perches, bars, and shelves must be kept clean and replaced when worn. If the species of the nonhuman primates housed in the primary enclosure engages in scent marking, hard surfaces in the primary enclosure must be spot-cleaned daily.

> You failed to properly clean primary enclosures containing nonhuman primates. On the above date, APHIS observed an excessive amount of fecal matter on the perches inside the primary enclosures of both the rhesus macaques and the red ruffed lemur.

**Date of Violation: August 16, 2011**

**9 C.F.R. § 3.131(c)** Sanitation.
(c) Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

> You failed to keep the premises clean and free from accumulations of trash. On the above date, APHIS observed produce stored in the walkways behind the mammal section of the reptile house. APHIS also noted open bags of feed along with empty feed bags in the same area. Large amounts of old bedding material and other debris from enclosure maintenance were sitting along the walls in the walkway.

**Date of Violation: December 8, 2011**

**9 C.F.R. § 2.40(b)(2)** Attending veterinarian and adequate veterinary care (dealers and exhibitors).
(b) Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include:
(2) The use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries, and the availability of emergency, weekend, and holiday care;

> You failed to provide adequate veterinary care and use appropriate methods to prevent, control, diagnose, and treat diseases and injuries. On the above date, APHIS observed goats with excessively long hooves.

**Date of Violation: December 8, 2011**

**9 C.F.R. § 3.10** Watering.
If potable water is not continually available to the dogs and cats, it must be offered to the dogs and cats as often as necessary to ensure their health and well-being, but not less than twice daily for at least 1 hour each time, unless restricted by the attending veterinarian. Water receptacles

Ex. 1-0044



**United States Department of Agriculture**
**Animal and Plant Health Inspection Service**
**Investigative and Enforcement Services**

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

must be kept clean and sanitized in accordance with § 3.11(b) of this subpart, and before being used to water a different dog or cat or social grouping of dogs or cats.

> You failed to provide water to the dogs in your facility as often as necessary. On the above date, APHIS observed the sheep dog enclosure had no water for the two dogs housed therein. When water was supplied, the dogs drank vigorously and returned intermittently to drink.

**Date of Violation: December 8, 2011**

**9 C.F.R. § 3.56(a)(1)** Sanitation.
(a) Cleaning of primary enclosures.
(1) Primary enclosures shall be kept reasonably free of excreta, hair, cobwebs and other debris by periodic cleaning. Measures shall be taken to prevent the wetting of rabbits in such enclosures if a washing process is used.

> You failed to keep primary enclosures reasonably free of excreta and hair. On the above date, APHIS observed the rabbit enclosures had an excessive amount of animal waste and hair in them.

**Date of Violation: December 8, 2011**

**9 C.F.R. § 3.75(e)** Housing facilities, general.
(e) Storage. Supplies of food and bedding must be stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. The supplies must be stored off the floor and away from the walls, to allow cleaning underneath and around the supplies. Food requiring refrigeration must be stored accordingly, and all food must be stored in a manner that prevents contamination and deterioration of its nutritive value. Only the food and bedding currently being used may be kept in animal areas, and when not in actual use, open food and bedding supplies must be kept in leak-proof containers with tightly fitting lids to prevent spoilage and contamination. Substances that are toxic to the nonhuman primates but that are required for normal husbandry practices must not be stored in food storage and preparation areas, but may be stored in cabinets in the animal areas.

> You failed to keep food stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. On the above date, APHIS observed several open boxes of produce and fruit stored in the nonhuman primate and education center.

**Date of Violation: December 8, 2011**

**9 C.F.R. § 3.132** Employees.
A sufficient number of adequately trained employees shall be utilized to maintain the professionally acceptable level of husbandry practices set forth in this subpart. Such practices shall be under a supervisor who has a background in animal care.

> You failed to provide a sufficient number of adequately trained employees to maintain a professionally acceptable level of husbandry. On the above date, APHIS noted that only two (2) persons regularly attend to all feeding, care, and maintenance of the

Ex. 1-0045

USDA  **United States Department of Agriculture**
       **Animal and Plant Health Inspection Service**
       **Investigative and Enforcement Services**

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

facility.

## Date of Violation: June 29, 2012

**9 C.F.R. § 2.40(b)(2)** Attending veterinarian and adequate veterinary care (dealers and exhibitors).
(b) Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include:
(2) The use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries, and the availability of emergency, weekend, and holiday care;

> You failed to provide adequate veterinary care and use appropriate methods to prevent, control, diagnose, and treat diseases and injuries. On the above date, APHIS observed the following:
> 1) Llamas with long matted hair;
> 2) An Angola rabbit with soiled, matted hair around its rear end and hind legs; and
> 3) A sheepdog whose coat was starting to mat.

## Date of Violation: June 29, 2012

**9 C.F.R. § 3.75(e)** Housing facilities, general.
(e) Storage. Supplies of food and bedding must be stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. The supplies must be stored off the floor and away from the walls, to allow cleaning underneath and around the supplies. Food requiring refrigeration must be stored accordingly, and all food must be stored in a manner that prevents contamination and deterioration of its nutritive value. Only the food and bedding currently being used may be kept in animal areas, and when not in actual use, open food and bedding supplies must be kept in leak-proof containers with tightly fitting lids to prevent spoilage and contamination. Substances that are toxic to the nonhuman primates but that are required for normal husbandry practices must not be stored in food storage and preparation areas, but may be stored in cabinets in the animal areas.

> You failed to keep food stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. On the above date, APHIS observed an open box of bananas stored in the nonhuman primate house.

## Date of Violation: June 29, 2012

**9 C.F.R. § 3.84(a)** Cleaning, sanitization, housekeeping, and pest control.
(a) Cleaning of primary enclosures. Excreta and food waste must be removed from inside each indoor primary enclosure daily and from underneath them as often as necessary to prevent an excessive accumulation of feces and food waste, to prevent the nonhuman primates from becoming soiled, and to reduce disease hazards, insects, pests, and odors. Dirt floors, floors with absorbent bedding, and planted areas in primary enclosures must be spot cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta, or as often as necessary to reduce disease hazards, insects, pests, and odors. When steam or water is used to clean the primary enclosure, whether by hosing, flushing, or other methods, nonhuman primates

Ex. 1-0046



**United States Department of Agriculture**
**Animal and Plant Health Inspection Service**
**Investigative and Enforcement Services**

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

must be removed, unless the enclosure is large enough to ensure the animals will not be harmed, wetted, or distressed in the process. Perches, bars, and shelves must be kept clean and replaced when worn. If the species of the nonhuman primates housed in the primary enclosure engages in scent marking, hard surfaces in the primary enclosure must be spot-cleaned daily.

> You failed to properly clean primary enclosures containing nonhuman primates. On the above date, APHIS observed the indoor portion of the primate enclosure had more than one day's worth of feces.

## Date of Violation: June 29, 2012

**9 C.F.R. § 3.125(d)** Facilities, general.
(d) Waste disposal. Provision shall be made for the removal and disposal of animal and food wastes, bedding, dead animals, trash and debris. Disposal facilities shall be so provided and operated as to minimize vermin infestation, odors, and disease hazards. The disposal facilities and any disposal of animal and food wastes, bedding, dead animals, trash, and debris shall comply with applicable Federal, State, and local laws and regulations relating to pollution control or the protection of the environment.

> You failed to make provisions for the removal and disposal of animal and food waste, bedding, trash and debris. On the above date, APHIS observed an uncovered garbage can in the back animal area of the bird/reptile house filled with soiled bedding, and animal and food waste.

## Date of Violation: June 29, 2012

**9 C.F.R. § 3.131(d)** Sanitation.
(d) Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

> You failed to implement a safe and effective program for the control of insects. On the above date, APHIS observed an excessive amount of flies and gnat like insects throughout the facility, including on an open box of produce.

## Date of Violation: August 20, 2012

**9 C.F.R. § 3.84(a)** Cleaning, sanitization, housekeeping, and pest control.
(a) Cleaning of primary enclosures. Excreta and food waste must be removed from inside each indoor primary enclosure daily and from underneath them as often as necessary to prevent an excessive accumulation of feces and food waste, to prevent the nonhuman primates from becoming soiled, and to reduce disease hazards, insects, pests, and odors. Dirt floors, floors with absorbent bedding, and planted areas in primary enclosures must be spot cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta, or as often as necessary to reduce disease hazards, insects, pests, and odors. When steam or water is used to clean the primary enclosure, whether by hosing, flushing, or other methods, nonhuman primates must be removed, unless the enclosure is large enough to ensure the animals will not be harmed, wetted, or distressed in the process. Perches, bars, and shelves must be kept clean and replaced when worn. If the species of the nonhuman primates housed in the primary enclosure engages in

Ex. 1-0047

 **United States Department of Agriculture**
**Animal and Plant Health Inspection Service**
**Investigative and Enforcement Services**

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

scent marking, hard surfaces in the primary enclosure must be spot-cleaned daily.

You failed to remove animal waste from inside each indoor primary enclosure on a daily basis and to clean soiled bedding material to ensure all animals the freedom to avoid contact with excreta. On the above date, APHIS observed an excessive amount of animal waste and soiled bedding material in the baboon enclosure. APHIS also observed a large pile of animal waste inside the ring-tailed lemur enclosure.

**Date of Violation: August 20, 2012**

**9 C.F.R. § 3.84(d)** Cleaning, sanitization, housekeeping, and pest control.
(d) Pest control. An effective program for control of insects, external parasites affecting nonhuman primates, and birds and mammals that are pests, must be established and maintained so as to promote the health and well-being of the animals and reduce contamination by pests in animal areas.

You failed to institute an effective program for the control of insects. On the above date, APHIS observed an excessive amount of flies in the nonhuman primate house.

**Date of Violation: August 20, 2012**

**9 C.F.R. § 3.131(a)** Sanitation.
(a) Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors. When enclosures are cleaned by hosing or flushing, adequate measures shall be taken to protect the animals confined in such enclosures from being directly sprayed with the stream of water or wetted involuntarily.

You failed to remove excreta from primary enclosures as often as necessary to prevent contamination of the animals contained therein. On the above date, APHIS observed an excessive amount of animal and food waste along with bedding material ground into the substrate of the bear enclosure.

**Date of Violation: August 20, 2012**

**9 C.F.R. § 3.131(d)** Sanitation.
(d) Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

You failed to implement a safe and effective program for the control of insects. On the above date, APHIS observed an excessive amount of flies in and around the bear enclosure.

**Date of Violation: November 26, 2012**

**9 C.F.R. § 3.1(a)** Housing facilities, general.
(a) Structure; construction. Housing facilities for dogs and cats must be designed and constructed so that they are structurally sound. They must be kept in good repair, and they must protect the animals from injury, contain the animals securely, and restrict other animals from entering.

Ex. 1-0048



**United States Department of Agriculture**
**Animal and Plant Health Inspection Service**
**Investigative and Enforcement Services**

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

You failed to ensure housing facilities were structurally sound. On the above date, APHIS observed the roof support inside the dog enclosure was broken in the middle, causing the roof to sag and bow at the break.

## Date of Violation: November 26, 2012

**9 C.F.R. § 3.131(a)** Sanitation.
(a) Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors. When enclosures are cleaned by hosing or flushing, adequate measures shall be taken to protect the animals confined in such enclosures from being directly sprayed with the stream of water or wetted involuntarily.

> You failed to remove excreta from primary enclosures as often as necessary to prevent contamination of the animals contained therein. On the above date, APHIS observed an excessive build-up of animal waste and urine soaked bedding in primary enclosures for the capybara, porcupine, fennec foxes, and Meishan pigs.

## Date of Violation: November 26, 2012

**9 C.F.R. § 3.131(c)** Sanitation.
(c) Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

> You failed to keep the buildings and grounds clean. On the above date, APHIS observed large amounts of dust, dirt and cobwebs adjacent to the wallaby, Patagonian cavy, and capybara enclosures. The feed storage room in the Education Center was also dirty and cluttered with open boxes of produce.

## Date of Violation: February 13, 2013

**9 C.F.R. § 3.75(b)** Housing facilities, general.
(b) Condition and site. Housing facilities and areas used for storing animal food or bedding must be free of any accumulation of trash, waste material, junk, weeds, and other discarded materials. Animal areas inside of housing facilities must be kept neat and free of clutter, including equipment, furniture, or stored material, but may contain materials actually used and necessary for cleaning the area, and fixtures and equipment necessary for proper husbandry practices and research needs. Housing facilities other than those maintained by research facilities and Federal research facilities must be physically separated from any other businesses. If a housing facility is located on the same premises as any other businesses, it must be physically separated from the other businesses so that animals the size of dogs, skunks, and raccoons, are prevented from entering it.

> You failed to keep housing facilities free of any accumulation of trash, waste material, junk and other discarded materials. On the above date, APHIS observed large

Ex. 1-0049

**United States Department of Agriculture**
**Animal and Plant Health Inspection Service**
**Investigative and Enforcement Services**

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

accumulations of dust, dirt, chicken feathers, and used sawdust on the floor around enclosures for the lemurs and capuchin. An electrical outlet with several cords plugged in to dirt was covered with dust dirt, cobwebs, and chicken feathers. APHIS found significant amounts of dust, dirt, and used bedding inside the nonhuman primate building, and floor tiles that were missing and exposed the wooden subfloor.

**Date of Violation: February 13, 2013**

**9 C.F.R. § 3.125(a)** Facilities, general.
(a) Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

> You failed to ensure indoor and outdoor facilities were structurally sound and in good repair. On the above date, APHIS observed that the divider fence between the llamas and barbados sheep was damaged and bowing into either enclosure with sharp wires.

**Date of Violation: February 13, 2013**

**9 C.F.R. § 3.127(c)** Facilities, outdoor.
(c) Drainage. A suitable method shall be provided to rapidly eliminate excess water. The method of drainage shall comply with applicable Federal, State, and local laws and regulations relating to pollution control or the protection of the environment.

> You failed to provide a suitable method to rapidly eliminate excess water. On the above date, APHIS observed that most of the coyote enclosure had standing water. A low area in front of the quonset shelter inside the goat and barbados sheep enclosure was also filled with standing water.

**Date of Violation: February 13, 2013**

**9 C.F.R. § 3.131(a)** Sanitation.
(a) Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors. When enclosures are cleaned by hosing or flushing, adequate measures shall be taken to protect the animals confined in such enclosures from being directly sprayed with the stream of water or wetted involuntarily.

> You failed to remove excreta from primary enclosures as often as necessary to prevent contamination of the animals contained therein. On the above date, APHIS observed large accumulations of feces in three of the tiger enclosures, two of the lion enclosures and the primary enclosure of one wolf. A dark brown/black grime was seen on the walls and objects within the kinkajou and coatimundi enclosures. APHIS also noted that the bear enclosure continued to have animal waste and bedding materials ground into the substrate.

Ex. 1-0050



United States Department of Agriculture
Animal and Plant Health Inspection Service
Investigative and Enforcement Services

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

The penalty for the alleged violation(s) described above is $6,857.

Ex. 1-0051

**From:** trackingupdates@fedex.com [mailto:trackingupdates@fedex.com]
**Sent:** Wednesday, March 05, 2014 11:58 AM
**To:** Kay Wood
**Subject:** FedEx Shipment 798105342074 Delivered

FedEx®                 fedex.com | Ship | Track | Manage | Learn | Office/Print Services

# Your package has been delivered
## Tracking # 798105342074

Ship (P/U) date:
**Tuesday,
3/4/14**

Delivery date:
**Wednesday,
3/5/14 1:55 PM**

**Wendy Cromwell**
Animal Legal
Defense Fund
Cotati, CA 94931
US

Delivered

**Pam & Tom Sellner**
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057
US

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 798105342074 |
| **Status:** | Delivered: 03/05/2014 1:55 PM Signed for By: P.SELLNER |
| **Signed for by:** | P.SELLNER |
| **Delivery location:** | Manchester, IA |
| **Delivered to:** | Residence |
| **Service type:** | FedEx Priority Overnight |
| **Packaging type:** | Your Packaging |
| **Number of pieces:** | 1 |
| **Weight:** | 1.00 lb. |
| **Special handling/Services:** | Direct Signature Required |
| | Deliver Weekday |
| | Residential Delivery |

Ex. 1-0052

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 1:57 PM CST on 03/05/2014.

To learn more about FedEx Express, please go to fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or go to **fedex.com**.

This tracking update has been sent to you by FedEx at your request. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and terms of use, go to **fedex.com**.

Thank you for your business.