

**Robert M**
**Gibbens/CO/APHIS/USDA**
11/08/2006 03:13 PM



To  (b)(6), (b)(7)c

cc  (b)(6), (b)(7)c

(
(b)

bcc

Subject  Fw: IA06043 - - Tom and Pamela Sellner (Cricket Hollow Zoo)

The investigative report documents a high number of alleged violations from 4 inspections in 2005 and 2006.  While the violations are not grave in nature, it is clear that there is a chronic management problem at the facility, and, for whatever reason, the Sellners either do not understand the regulations, are not willing to comply, or are not able to comply.  All of the violations except those listed below have adequate supporting evidence (photos and/or admissions from Ms. Sellner) and can be used for sanction determination:

- 2.131(d)(2) - inspection of 6/27/06
- 2.131(d)(3) - inspection of 6/27/06
- 3.128 - inspection of 6/27/06
- 3.132 - inspection of 6/27/06
- 3.75(f) - inspection of 2/22/06
- 3.132 - inspection of 2/22/06
- 3.10 - inspection of 12/21/05
- 3.132 - inspection of 12/21/05.

42-C-0084
IES 1A

The Sellners were cooperative during the investigation.  They received a 7060 in December 2004.  A stipulation is recommended.

Robert M. Gibbens, DVM
Director, Western Region
USDA, APHIS, Animal Care
2150 Centre Ave.
Bldg B, MS 3W11
Ft. Collins, CO 80526
970/494-7478

Ex. 2-0054



## USDA

**United States Department of Agriculture**

Animal and Plant Health Inspection Service

Marketing & Regulatory Programs Business Services

4700 River Road Riverdale, MD 20737

Tom and Pamela Sellner
dba Cricket Hollow Exotics
1512 210th Street
Manchester, IA 52057

CERTIFIED MAIL
RETURN RECEIPT

Dear Mr. & Mrs. Sellner:

Animal and Plant Health Inspection Service (APHIS) enforces regulations to protect the health and care of animals, plants, and agricultural industry. Violations of these regulations jeopardize the animal and plant health systems that are vital to protect American agriculture.

Our investigation shows that you have violated the United States Code of Federal Regulations as described on the enclosed Stipulation. APHIS laws and regulations provide for administrative and criminal penalties to enforce these regulatory requirements.

The Secretary of Agriculture may, after providing notice and opportunity for a hearing, impose civil penalties or other sanctions. You may, however, waive your right to a hearing and settle this matter by paying **$4,035** by **December 20, 2006** and signing the enclosed Stipulation.

Please pay the $4,035 penalty by certified check or money order made payable to the Treasurer of the United States. Write the Case Number (IA06043-AC) on your check or money order and mail it with the signed Stipulation to:

> USDA, APHIS, (General) (IA06043-AC)
> P. O. Box 979043
> St. Louis, MO 63197-9000

If we do not receive your signed stipulation agreement and payment or notice that you wish to exercise your right to a hearing by December 20, 2006, this matter will be forwarded to the Department's Office of the General Counsel for litigation. The penalty offered in this Stipulation is not relevant to the sanctions APHIS may seek, or that will be assessed after issuance of a formal complaint. You may contact our office at telephone number (301) 734-8684 if you have any questions.

Sincerely,

Allison Khroustalev
Assistant Director, Enforcement
Investigative and Enforcement Services

Enclosure
cc:   T. Fordahl, IES, WR              Dr. R. Gibbens, AC, WR
      M. Booth, IES, IA
APHIS:IES:JSedwick:ram:734-8759:11/14/06:IA06043-AC M/M Sellner
T03 – SA Ltr   Rev 2   4/1/06



**APHIS**

*Safeguarding American Agriculture*
APHIS is an agency of USDA's Marketing and Regulatory Program

An Equal Opportunity Provider and Employer

Ex. 2-0055

# Investigative and Enforcement Services

USDA, APHIS, IES
4700 River Road, Unit 85
Riverdale, MD 20737
Phone: (301) 734-8684
Fax: (301) 734-4328

# Settlement Agreement

**RESPONDENT:**

Tom and Pamela Sellner
dba Cricket Hollow Exotics
1512 210th Street
Manchester, IA 52057

| | |
|---|---|
| **CASE NUMBER** | IA06043-AC |
| **DUE ON OR BEFORE** | December 20, 2006 |
| **CONTACT** | Janice Sedgwick |
| **PHONE** | 301-734-8759 |

| DATE | CITATION | DESCRIPTION |
|---|---|---|
| | | **(SEE ATTACHED PAGES)** |

**PENALTY** $4,035    **TERMS**

Titles 7, 15, 19, and 21 of the United States Code authorize the Secretary of Agriculture, after providing notice and opportunity for a hearing, to impose civil penalties and other sanctions to resolve violations.

Prior to the issuance of a formal complaint seeking sanctions under the Act, The Department may enter into a stipulation to resolve the above-described violations. Your payment constitutes a waiver of your right to a hearing, a finding that the violations of law have occurred, and settlement of such violations.

If you do not pay the specified penalty within the designated time or wish to exercise your right to a hearing, this matter will be forwarded to the Office of the General Counsel for litigation. The penalty offered in this stipulation is not relevant to the sanctions the Department may seek, or that will be assessed, upon issuance of a formal complaint.

**Signature of Respondent:**                    **Date:**

## PAYMENT RECORD - FOR IES USE ONLY

| Payment Type | Date | Amount | Signature of IES Representative |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

T04 – Settlement Agreement

| **DATE** | **CITATION**<br>**9 CFR** | **DESCRIPTION** |
|---|---|---|

27 JUN 06   2.40(b)(1)   **Attending veterinarian and adequate veterinary care.**
Failed to care for one Sicilian Donkey by allowing excessive overgrowth of the hoof walls.

2.75(b)   **Records: Dealers and Exhibitors.**
Failed to record and maintain records on five regulated animals.

3.75(a)   **Housing Facilities, General.**
Failed to repair and seal surfaces in the primate area and allowed contact with free roaming farm cats.

3.80(a)(2)(iv)   **Primary Enclosures.**
Failed to keep contact with free roaming farm cats away from primates.

3.84(a)   **Cleaning, Sanitation, Housekeeping, and Pest Control.**
Failed to clean food and animal waste in the primate area.

3.84(b)(2)   Failed to clean and sanitize primate area.

3.125(a)   **Facilities, General.**
Failed to maintain fence enclosing a Bactrian camel, repair shelter, or remove rust and exposed sharp edges from an old metal trailer.

3.125(d)   Failed to remove excessive accumulation of soiled bedding materials and/or animal waste.

3.127(b)   **Facilities, Outdoor.**
Failed to maintain shelter for regulated animals.

3.127(c)   Failed to maintain pen areas free of mud and standing water.

3.127(d)   Failed to maintain perimeter fence.

3.128   **Space Requirements.**
Failed to provide sufficient space for regulated animals.

3.129(a)   **Feeding.**
Failed to provide wholesome, palatable, and free from contamination animal feed.

3.131(c)   **Sanitation.**
Failed to keep the premises clean and in good repair.

3.133   **Separation.**
Failed to provide adequate separation from hunter and prey animals which interfere with animals' health or cause them discomfort.

22 FEB 06   2.40(b)(1)   **Attending veterinarian and adequate veterinary care.**
Failed to have a Program of Veterinary care that contained provisions for the care of sheep, goat and rabbit species.

3.4(b)   **Outdoor Housing Facilities.**
Failed to provide a wind or rain break for kennel.

3.81(a)(3)   **Environment Enhancement to Promote Psychological Well-Being.**
Failed to meet the social needs of primates by housing a carnivorous predator in the same location.

3.84(a)   **Cleaning, Sanitation, Housekeeping, and Pest Control.**
Failed to remove animal waste and soiled bedding..

3.84(b)(2)   Failed to clean and sanitize primary enclosures

3.125(a)   **Facilities, General.**

Ex. 2-0057

| | | Failed to maintain the facility in a state of good repair. |
|---|---|---|
| | 3.127(b) | **Facilities, Outdoor.** |
| | | Failed to provide regulated animals adequate protection from the elements. |
| | 3.128 | **Space.** |
| | | Failed to provide sufficient space for a regulated animal. |
| | 3.129(a) | **Feeding.** |
| | | Failed to provide wholesome, palatable, and free from contamination animal feed. |
| | 3.130 | **Watering.** |
| | | Failed to keep water receptacle clean and sanitary for a regulated animal. |
| | 3.131(a) | **Sanitation.** |
| | | Failed to remove excreta from primary enclosures for regulated animals. |
| 21 DEC 05 | 2.40(b)(1) | **Attending veterinarian and adequate veterinary care.** |
| | | Failed to have a Program of Veterinary care that contained provisions for the care of all regulated animals. |
| | 3.4(b) | **Outdoor Housing Facilities.** |
| | | Failed to provide a wind or rain break for kennel. |
| | 3.55 | **Watering.** |
| | | Failed to provide potable water. |
| | 3.75(f) | **Housing Facilities, General.** |
| | | Failed to keep litter and waste receptacle clean. |
| | 3.82(a)(d) | **Feeding.** |
| | | Failed to keep food from mixing with animal waste. |
| | 3.84(c) | **Cleaning, Sanitization, Housekeeping, and Pest Control.** |
| | | Failed to remove dust, cobwebs, animal waste and soiled bedding. |
| | 3.125(d) | **Facilities, General.** |
| | | Failed to remove unwholesome vegetable materials. |
| | 3.127(b) | **Facilities, Outdoor.** |
| | | Failed to provide regulated animals adequate protection from the elements. |
| | 3.128 | **Space.** |
| | | Failed to provide sufficient space for a regulated animal. |
| | 3.129(a) | **Feeding.** |
| | | Failed to provide wholesome, palatable, and free from contamination food for a regulated animal. |
| | 3.129(b) | Failed to keep food receptacles accessible to regulated animal. |
| | 3.130 | **Watering.** |
| | | Failed to keep water receptacle clean and sanitary for a regulated animal. |
| | 3.131(a) | **Sanitation.** |
| | | Failed to remove excreta from primary enclosures for regulated animals. |
| | 3.130 | **Watering.** |
| | | Failed to keep water receptacle clean and sanitary for a regulated animal. |
| | 3.131(a) | **Sanitation.** |
| | | Failed to remove excreta from primary enclosures for regulated animals. |
| 17 JUN 05 | 3.128 | **Space Requirements.** |
| | | Failed to provide sufficient space for regulated animals. |
| | 3.131(a) | **Sanitation.** |
| | | Failed to remove excreta from primary enclosures for regulated animals. |

Ex. 2-0058


# Inspection Report

PAMELA SELLNER
TOM SELLNER

Customer ID: **5143**

Certificate: **42-C-0084**

Site: 001

TOM & PAMELA SELLNER

CRICKET HOLLOW ZOO
1512 210TH STREET

Type: ROUTINE INSPECTION

Date: Nov-22-2010

MANCHESTER, IA 52057

---

**2.40**　　(b)　　(2)　　　　　　　**REPEAT**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

Each exhibitor shall establish and maintain a program of adequate veterinary care that includes the use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries.

The Alpine goat having the anterior half of the body being white and the posterior half being brown/black has a mass approximately the size of a golf ball on the left side of its jaw. This goat has not been evaluated by the attending veterinarian. This does not provide for the health and well being of the goat. The goat must be evaluated by the attending veterinarian and the prescribed treatment must be administered.

The Toggenburg goat has excessively long hooves on its rear legs. This can cause pain and discomfort to the goat. Excessively long hooves can result in in musculosketal changes which can result in lameness. The hooves must be trimmed to remove the excessive growth.

**3.125**　　(a)

**FACILITIES, GENERAL.**

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

The west side of Dandy Lion's den box is in disrepair. The upper right corner is no longer securely attached to the den box. When the lion jumped on the den box, the den box shook. This damage has impacted the structural integrity of the den box. The east side of the fallow enclosure is in disrepair. A wooden fence post has snapped off at the bottom. The east fence in the camel enclosure is in disrepair. The roof of the enclosure housing the two yearling bear cubs sags and is not structurally sound. The southwest side of the coyote enclosure has wire mesh that is in disrepair. Wire mesh and sharp points protrude into the enclosure.

These situations can pose physical hazards to the animals. In the cases of the fence and bear enclosure, the ability of the structures to contain the animals is affected.

---

| | | | |
|---|---|---|---|
| **Prepared By:** | CYNTHIA NEIS, C.S. | | |
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector 1041 | Nov-22-2010 |
| **Received By:** | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Nov-23-2010 |

Page 1 of 3

Ex. 2-0059



# Inspection Report

These items must be repaired or replaced. To be corrected by: December 14, 2010.

## 3.127 (b)                         REPEAT
### FACILITIES, OUTDOOR.

Shelter from inclement weather. Natural or artificial shelter appropriate to the local climatic conditions for the species concerned shall be provided for all animals kept outdoors to afford them protection and to prevent discomfort to such animals. Individual animals shall be acclimated before they are exposed to the extremes of the individual climate.

One enclosure contains 17 Jacob's four horned sheep and one Barbados sheep and another enclosure contains 20 Santa Cruz sheep. These enclosures each have one quonset type of shelter. There are two yearling bear cubs in an enclosure on the south end of the facility surrounded by the eight foot perimeter fence. These two bears share one dog igloo type of shelter. There is not sufficient space for the all animals in a given enclosure to seek shelter.

These situations do not allow the all animals to occupy their respective shelters in a manner that provides for their comfort and well being.

A sufficient amount of shelter shall be provided to all enclosures.

## 3.127 (d)
### FACILITIES, OUTDOOR.

Perimeter fence. All outdoor housing facilities (i.e., facilities not entirely indoors) must be enclosed by a perimeter fence that is of sufficient height to keep animals and unauthorized persons out. Fences less than 8 feet high for potentially dangerous animals, such as, but not limited to, large felines (e.g., lions, tigers, leopards, cougars, etc.), bears, wolves, rhinoceros, and elephants, or less than 6 feet high for other animals must be approved in writing by the Administrator. The fence must be constructed so that it protects the animals in the facility by restricting animals and unauthorized persons from going through it or under it and having contact with the animals in the facility, and so that it can function as a secondary containment system for the animals in the facility. It must be of sufficient distance from the outside of the primary enclosure to prevent physical contact between animals inside the enclosure and animals or persons outside the perimeter fence. Such fences less than 3 feet in distance from the primary enclosure must be approved in writing by the Administrator.

The camel and wallaby are each in an enclosure that is not completely surrounded by a perimeter fence that is at least six feet in height. There is a gap approximately one foot wide between the perimeter fence and the shed in the northeast corner of the row of bears and large felids. The corner post to which the perimeter fence secures has been damaged and is no longer in place.

This does not protect the animals or provide a secondary containment system in case of an escape.

A perimeter fence no less than three feet from the primary enclosure and at least six feet in height must be constructed to encapsulate these enclosures or the animals must be moved to enclosures within an

| Prepared By: | CYNTHIA NEIS, C.S. | | |
|---|---|---|---|
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector 1041 | Nov-22-2010 |
| **Received By:** | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Nov-23-2010 |

Ex. 2-0060


## Inspection Report

adequate perimeter fence. To be corrected by: November 22, 2011. The breech created by the gap must be closed and the perimeter fence must be adequately secured: To be corrected by: December 07, 2010.

### 3.131 (c)
### SANITATION.

Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

Immediately to the east of the lion, leopard, tiger, and bear enclosures, are piles of waste that have been removed from the enclosures in the course of the prior week. There are various items stored in the freezer area of the educational center. These items include but are not limited to: tools, lumber, empty feed cans, and discarded material. There is tin, old lumber, and insulation materials stored to the east of the lion enclosures. At various spots in the educational center and the reptile building there are collections of waste and open garbage receptacles. There is a collection of materials to the east and the north of the educational center. These items include but are not limited to: barrels, construction remnants, a pet carrier, dead vegetative material, and a plastic pool.

These situations provide harbors and breeding grounds for pests and vermin and inhibit good husbandry practices.

Items not being used must be removed and stored in an appropriate manner. Items needed must be stored in an organized fashion and removed when they are no longer needed. To be corrected by: January 28, 2011.

### 3.131 (d)
### SANITATION.

Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

There is an excessive presence of flies in the educational center and in the reptile building.

This does not provide for the health and well being of the animals.

An effective fly control program must be developed and implemented. To be corrected by: December 31, 2010.

This inspection was conducted on November 22, 2010, in the presence of the undersigned owner, Inspector 6026, and the undersigned inspector. The exit review was conducted on November 23, 2010, in the presence of the undersigned owner and the undersigned inspector. End of report.

| Prepared By: | CYNTHIA NEIS, C.S. | | |
|---|---|---|---|
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector 1041 | Nov-22-2010 |
| **Received By:** | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Nov-23-2010 |

Ex. 2-0061

## Inspection Report

PAMELA SELLNER
TOM SELLNER

Customer ID: **5143**

Certificate: **42-C-0084**

Site: 001

TOM & PAMELA SELLNER

CRICKET HOLLOW ZOO
1512 210TH STREET

Type: ROUTINE INSPECTION

MANCHESTER, IA 52057

Date: Feb-16-2011

**3.80**    (a)    (2)    (iii)

**PRIMARY ENCLOSURES.**

Primary enclosures must be constructed and maintained so that they contain the nonhuman primates securely and prevent accidental opening of the enclosure, including opening by the animal.

The licensee reports that in the month prior Salima, a Hamadryas baboon, had escaped from her enclosure and was found running at large within the primate building.

This poses a physical hazard to this animal, the other animals, and could have resulted in escape from the primate building when the entry door was opened.

Enclosures must be must be repaired, replaced, or maintained in such a manner that contains the animals. This item had been corrected by the time of the inspection.

**3.84**    (a)

**CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.**

Cleaning of primary enclosures. Excreta and food waste must be removed from inside each indoor primary enclosure daily and from underneath them as often as necessary to prevent an excessive accumulation of feces and food waste, to prevent the nonhuman primates from becoming soiled, and to reduce disease hazards, insects, pests, and odors.

The enclosure in the primate building housing two Rhesus macaques (first enclosure on left as you enter the building) has an excessive accumulation of animal waste.

This does not protect the health and well being of the animals.

The enclosure must be cleaned. To be corrected by: February 18, 2011.

| Prepared By: | CYNTHIA NEIS, C.S. | | |
|---|---|---|---|
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| Title: | ANIMAL CARE INSPECTOR | Inspector 1041 | Feb-16-2011 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | **Date:** |
| Title: | | | Feb-17-2011 |


## Inspection Report

**3.125**        (a)                                    **REPEAT**
**FACILITIES, GENERAL.**

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***The east side of the fallow fence remains in disrepair. The licensee reports that the ground froze before they were able to replace the broken wooden post.

***The ground has eroded away in parts of the coyote enclosure leaving the wire mesh exposed. The wire mesh, used to prevent digging by the coyotes, has become damaged in some of these exposed areas.

This does not protect the well being of the animals.

These items must be repaired or replaced.

**3.131**        (c)                                    **REPEAT**
**SANITATION.**

Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

There continues to be a large collection of materials stored in the freezer area of the educational building. The capybara and the wallaby are being winter housed in an area immediately adjacent to this collection of items. There continues to be a collection of materials to the north and east of the educational center. Additionally, there is now a variety of materials being stored in the mammal area of the reptile house. These items include but are not limited to: two box fans, a light, an aquarium, miscellaneous toys, miscellaneous cage supplies, and left over petting zoo feed.

These situations provide harbors and breeding grounds for pests and vermin. Also, these situations inhibit good husbandry practices.

Items not being used must be removed and stored in an appropriate manner. Items needed must be stored in an organized fashion and removed when they are no longer needed.

This inspection was conducted on February 16, 2011, in the presence of the undersigned owner. The exit review was conducted on February 17, 2011, in the presence of the undersigned owner.

The gap between the perimeter fence and shed, cited on the last inspection, has been eliminated. However, the perimeter fence for the camel enclosure and the perimeter fence for the wallaby's summer enclosure has not been completed. Time for correction remains on that noncompliant item.

| Prepared By: | CYNTHIA NEIS, C.S. | | |
|---|---|---|---|
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| Title: | ANIMAL CARE INSPECTOR | Inspector 1041 | Feb-16-2011 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | **Date:** |
| Title: | | | Feb-17-2011 |

Ex. 2-0063



## Inspection Report

Records were not reviewed during this inspection.

End of report.

| Prepared By: | CYNTHIA NEIS, C.S. | | |
|---|---|---|---|
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | Date: |
| Title: | ANIMAL CARE INSPECTOR | Inspector 1041 | Feb-16-2011 |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Feb-17-2011 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_explanation.pdf

Ex. 2-0064


**USDA**

April 9, 2012

United States
Department of
Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Ave.
Building B
Mail Stop # 3W11
Ft. Collins, CO 80526
Phone: 970/494-7478
Fax: 970/494-7461

Timothy R. Fordahl
Western Regional Director
Investigative & Enforcement Services

**Request for Investigation of Alleged Violations
Regarding the Animal Welfare Act, Regulations,
and/or Standards**

Please initiate an investigation on the following individuals:

NAME:         Pamela Sellner / Tom Sellner
ADDRESS:    1512 210th Street
CITY:           Manchester, IA 52057
LIC / CUST #:  42-C-0084 / 5143

ADDITIONAL INFORMATION:

Facility has been in chronic non-compliance since July 2010. They were issued a Warning Ticket on May 26, 2011 for veterinary care and facilities. Since that time they have had three routine inspections which record numerous citations. The inspection conducted on December 8, 2011 cited a Direct for not having water available.

Please include in the investigation open complaints W11-143, W11-153, and W11-171.

History:  Warning Ticket issued May 26, 2011
            Stipulation paid April 19, 2007
            Warning Ticket issued December 15, 2004

If further information is needed, please let me know.

*Robert M Gibbens*

Robert M. Gibbens
Director, Western Region
USDA, APHIS, Animal Care

cc:  Jami Niemann, SACS
     Cynthia Neis, ACI


**APHIS** *Safeguarding American Agriculture*
APHIS is an agency of USDA's Marketing and Regulatory Programs

An Equal Opportunity Provider and Employer

Ex. 2-0065


# Inspection Report

PAMELA SELLNER
TOM SELLNER

Customer ID: **5143**

Certificate: **42-C-0084**

Site: 001

TOM & PAMELA SELLNER

CRICKET HOLLOW ZOO
1512 210TH STREET

Type: ROUTINE INSPECTION

Date: May-16-2012

MANCHESTER, IA 52057

---

**3.11**  (b)  (2)

**CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.**

Used primary enclosures and food and water receptacles for dogs must be sanitized at least once every 2 weeks and more often if necessary to prevent an accumulation of dirt, debris, food waste, excreta, and other disease hazards.

It has been longer than two weeks since the shelters in the dog enclosure have been cleaned and sanitized. There is an excessive build up of dirt and debris on the almost all of the exterior surfaces and interior surfaces of the shelters.

This can increase disease risks.

These shelters must be cleaned and sanitized and maintained on a routine basis. To be corrected by: May 30, 2012.

**3.75**  (i)

**HOUSING FACILITIES, GENERAL.**

Any surfaces that come in contact with nonhuman primates must be free of excessive rust that prevents the required cleaning and sanitization, or that affects the structural strength of the surface.

All of the enclosures in the main primate building have surfaces on the primary enclosures that are excessively rusted. The affected areas are primarily on the baboon and the macaque enclosures. Further, the affected areas appear largely on areas of the angle iron and corner posts. Many of the surfaces have become pitted and are flaking.

These surfaces cannot be properly cleaned and sanitized. Therefore, disease risks can be increased. It can also compromise the structural strength of the enclosures.

The surfaces must be altered so as to remove the excessive rust or replaced with surfaces that are not excessively rusty and can be properly cleaned and sanitized. Surfaces must be maintained on a routine basis. To be corrected by: August 06, 2012.

---

| Prepared By: | CYNTHIA NEIS, C.S. | | |
|---|---|---|---|
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| Title: | ANIMAL CARE INSPECTOR | Inspector 1041 | May-17-2012 |
| Received By: | (b)(6),(b)(7)(c) | | **Date:** |
| Title: | | | May-23-2012 |

Ex. 2-0066



## Inspection Report

### 3.84    (b)    (2)                          REPEAT
#### CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.

Indoor primary enclosures must be sanitized at least once every 2 weeks and as often as necessary to prevent an excessive accumulation of dirt, debris, waste, food waste, excreta, or disease hazard, using one of the methods prescribed in paragraph (b)(3) of this section.

There is an excessive presence of dirt, debris, and animal oils present on the panels that comprise the enclosure walls of the main nonhuman primate building. The build up is significant enough that it makes it difficult to discern the actual color of much of the metal strands that make up these panel walls.

This can increase disease risks, odor levels, and the presence of pests.

The enclosures must be thoroughly cleaned and sanitized.  All enclosures must be maintained on a routine basis.

### 3.125    (d)
#### FACILITIES, GENERAL.

Waste disposal. Provision shall be made for the removal and disposal of animal and food wastes, bedding, dead animals, trash and debris.

There are currently two garbage receptacles in the educational center animal housing area behind the viewing windows.  These receptacles are used to gather soiled bedding, animal waste, and food waste from the primary enclosures.  They have been there at least two days and do not have covers on them.

This can increase disease risks, odor levels, and the presence of pests.

The garbage receptacles must be covered and emptied with such frequency to minimize odors and pests.  To be corrected by: May 24, 2012.

### 3.131    (d)                          REPEAT
#### SANITATION.

Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

There are currently two garbage receptacles in the educational center animal housing area behind the viewing windows. These receptacles are used to gather soiled bedding, animal waste, and food waste from the primary enclosures. They have been there at least two days and do not have covers on them. This has resulted in an excessive presence of gnat like insects and flies in this area.

This does not provide for the comfort and well being of the animals.

The garbage receptacles must be maintained routinely in a manner that minimizes the presence of pests.

| Prepared By: | CYNTHIA NEIS, C.S. | | |
|---|---|---|---|
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| Title: | ANIMAL CARE INSPECTOR | Inspector  1041 | May-17-2012 |
| Received By: | (b)(6),(b)(7)(c) | | **Date:** |
| Title: | | | May-23-2012 |

Ex. 2-0067


## Inspection Report

The two tiger enclosures identified in the December 08, 2011, inspection report (3.125(a)) are still noncompliant. However, there is time remaining for correction on that item.

This inspection was conducted in the presence of the undersigned partner, the Veterinary Medical Officer for Iowa, and the undersigned inspector on May 16, 2012. The paperwork review and the exit review were conducted in the presence of the undersigned partner and the undersigned inspector on May 23, 2012.

End of report.

| | | | |
|---|---|---|---|
| **Prepared By:** | CYNTHIA NEIS, C.S. | | |
| **Title:** | CYNTHIA M NEIS, A C I<br>ANIMAL CARE INSPECTOR | USDA, APHIS, Animal Care<br>Inspector 1041 | **Date:**<br>May-17-2012 |
| **Received By:** | (b)(6),(b)(7)(c) | | |
| **Title:** | | | **Date:**<br>May-23-2012 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_____ation.pdf

Ex. 2-0068


# Inspection Report

PAMELA SELLNER
TOM SELLNER

Customer ID: **5143**

Certificate: **42-C-0084**

Site: 001

TOM & PAMELA SELLNER

CRICKET HOLLOW ZOO
1512 210TH STREET

Type: ROUTINE INSPECTION

MANCHESTER, IA 52057

Date: Jun-29-2012

---

**2.40**    (b)    (2)

### ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).

(b) Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include:
    (2) The use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries, and the availability of emergency, weekend, and holiday care;

** The Llamas are heavily matted and need to be sheared to remove the long heavy matted hair coat to provide for the well-being and comfort of the animals and to prevent heat stress in the summer months. The hair coats need to be maintained on a regular basis. To be corrected by: 08-01-12.

** One Angola rabbit in a hutch outside of the education center had matted soiled fur around the rear end of the rabbit and on the rabbits hind legs. The matting of hair can cause skin irritation and possible fecal compaction. The rabbit needs to be groomed to remove the hair mats and maintained to provide for the health and well-being of the animal. To be corrected: 07-08-12.

** One Sheep dog had a long hair coat the is starting to mat. The hair mats can cause skin irritation and the removal of the long hair coat in the summer will provide for the health and well-being of the animal. The dog needs to be groomed and the hair coat maintained. To be corrected by: 07-08-12

All hair coats need to be maintained to avoid possible skin problems and provide for the health and well-being of the animals. All licensee's must use appropriate measures to control, prevent, diagnose and treat diseases, injuries and illness.

**3.75**    (b)

### HOUSING FACILITIES, GENERAL.

(b) Condition and site. Housing facilities and areas used for storing animal food or bedding must be free of any accumulation of trash, waste material, junk, weeds, and other discarded materials.

** Inside of the non human primate building and the back of the bird/reptile house  had dirt, old bedding, spider webs, old food, that has spilled on the floor this does not demonstrate proper husbandry practices

---

| Prepared By: | JOHN LIES, A.C.I. | | |
|---|---|---|---|
| | JOHN J LIES, A.C.I. | USDA, APHIS, Animal Care | **Date:** |
| Title: | ANIMAL CARE INSPECTOR | Inspector  4041 | Jul-02-2012 |
| Received By: | (b)(6),(b)(7)(c) | | **Date:** |
| Title: | | | Jul-03-2012 |

Ex. 2-0069

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR___...tation.pdf


## Inspection Report

and can contribute to odors, pest and disease hazards. The buildings needs to be cleaned and maintained to demonstrate proper husbandry practices and to provide for the health and well-being of the animals. To be corrected by: 07-15-12.

### 3.75   (e)
### HOUSING FACILITIES, GENERAL.

(e) Storage. Supplies of food and bedding must be stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. The supplies must be stored off the floor and away from the walls, to allow cleaning underneath and around the supplies.

\*\* One box of bananas was stored inside of the non human primate building on the floor with out a lid. This does not protect the food from possible contamination and vermin infestation. Only food that is being used at the time can be stored in the animal area, open food must be stored in a leakproof container with a tight fitting lid to protect the food from spoilage and contamination.To be corrected by: 07-08-12.

### 3.84   (a)
### CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.

(a) Cleaning of primary enclosures. Excreta and food waste must be removed from inside each indoor primary enclosure daily and from underneath them as often as necessary to prevent an excessive accumulation of feces and food waste, to prevent the nonhuman primates from becoming soiled, and to reduce disease hazards, insects, pests, and odors.

\*\* The indoor part of the indoor/outdoor primate enclosures had more then a days worth of animal and food waste inside of the enclosures. This can contribute to disease hazards, insects and odors. The enclosures need to be cleaned and maintained. All primary enclosures must be cleaned daily. To contribute to the health and well-being of the animals. To be corrected by: 07-08-12.

### 3.125   (d)                           REPEAT
### FACILITIES, GENERAL.

Waste disposal. Provision shall be made for the removal and disposal of animal and food wastes, bedding, dead animals, trash and debris.

There are currently one garbage receptacles in the educational center animal housing area. This receptacles was full of empty food containers and did not have a lid. One receptacle was in the back animal area of the reptile/ bird house that was full of old bedding and animal waste from rabbit enclosures and did not have a lid.

This can increase disease risks, odor levels, and the presence of pests.

The garbage receptacles must be covered and emptied with such frequency to minimize odors and pests.

| Prepared By: | JOHN LIES, A.C.I. | | |
|---|---|---|---|
| | JOHN J LIES, A.C.I. | USDA, APHIS, Animal Care | **Date:** |
| Title: | ANIMAL CARE INSPECTOR | Inspector 4041 | Jul-02-2012 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | **Date:** |
| Title: | | | Jul-03-2012 |

Ex. 2-0070


## Inspection Report

**3.131**      (d)                          **REPEAT**
**SANITATION.**

Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

The animal buildings had a large population of flies and gnat type flying insects. The education building and reptile/bird building had trash containers with out lids this can attract flies. The enclosures inside had animal and food waste inside of the enclosures that can attract flies. The owner needs to establish an effective pest control program to control the flying insects to provide for the health and well-being of the animals and reduce disease hazards.

Note: 3.75 (I) rusted primate enclosures are still non compliant, the correction date is 08-06-12.

This inspection and exit briefing conducted with the owner.

End of report.

| Prepared By: | JOHN LIES, A.C.I. | | |
|---|---|---|---|
| | JOHN J LIES, A.C.I. | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector  4041 | Jul-02-2012 |
| **Received By:** | | | |
| | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Jul-03-2012 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_____nation.pdf

---

### MITIGATING AND/OR AGGRAVATING FACTORS

---

The P. SELLNER was cooperative during the investigative process and demonstrated a willingness to comply with the AWA.

---

### ADDITIONAL INFORMATION

---

Copies of APHIS 7003 & 7007 Forms and License Certificates document that CHZ is licensed with USDA as a Class C Exhibitor with the license number of 42-C-0084 and customer number 5143 (Exhibit 42).

On May 26, 2011, USDA-APHIS-AC issued an APHIS Form 7060 Official Warning, for violations of Federal Regulations to CHZ. These violations were documented during USDA inspections conducted on the dates of 02/16/11, 11/22/10, and 07/29/10 (Exhibit 43).

In December 2006, USDA-APHIS-AC issued a Settlement Agreement for $4,035, for violations of Federal Regulations to CHZ. These violations were documented for USDA case number IA06043-AC (Exhibit 44).

On December 15, 2004, USDA-APHIS-AC issued an APHIS Form 7060 Official Warning, for violations of Federal Regulations to CHZ. These violations were documented during USDA inspections conducted on the dates of 08/26/04, 10/20/04 (Exhibit 45).

On June 30, 2011, July 25, 2011 and September 06, 2011, USDA-APHIS-AC received complaints from the general public about the conditions at CHZ (Exhibit 46).

On June 28, 2012, Iowa Department of Agriculture and Land Stewardship (IDALS) received a complaint from the general public about the conditions at CHZ (Exhibit 47).

On July 30, 2012 (b)(6), (b)(7)C    (IDALS) Compliance Investigator completed a welfare check of CHZ with USDA-APHIS-AC- Neis. (b)(6), (b) completed an IDALS Compliance Report to document the inspection (Exhibit 48).

A copy of (b)(6), (b)(7)C          PC welfare check documents the walk thru of CHZ that (b)(6), did on July 16, 2012 (Exhibit 49).

A copy of an email received from SELLNER documenting the extra security they put in place do to the harassment of emails from animal activist groups (Exhibit 50).

A copy of Delaware County Sheriff Office Report, documenting a welfare check at CHZ from a complaint they received. (b)(6), (b)(7)C   advised that all animals had water and shelter (Exhibit 51).

# Inspection Report

PAMELA SELLNER
TOM SELLNER

Customer ID: **5143**

Certificate: **42-C-0084**

Site: 001

TOM & PAMELA SELLNER

CRICKET HOLLOW ZOO
1512 210TH STREET

Type: ROUTINE INSPECTION

Date: Nov-26-2012

MANCHESTER, IA 52057

## 3.1        (a)

### HOUSING FACILITIES, GENERAL.

(a) Structure; construction. Housing facilities for dogs and cats must be designed and constructed so that they are structurally sound. They must be kept in good repair, and they must protect the animals from injury, contain the animals securely, and restrict other animals from entering.

There is a section of chain-link fence placed on top of the dog enclosure. The chain-link has two sheets of plywood laying on top of it for a sun screen and weather break. The support rail on the chain link fence panel, towards the center of the enclosure, is broken. The broken rail along with the weight of the plywood is making the whole unit bow down into the enclosure. This is not structurally sound and poses an injury hazard to the dogs. There are two dogs in this enclosure. The top of the enclosure must be repaired or replaced so that it is structurally sound.

To be corrected by:  December 10, 2012

## 3.75        (c)        (3)

### HOUSING FACILITIES, GENERAL.

(3) Cleaning. Hard surfaces with which nonhuman primates come in contact must be spot-cleaned daily and sanitized in accordance with Sec. 3.84 of this subpart to prevent accumulation of excreta or disease hazards. If the species scent mark, the surfaces must be sanitized or replaced at regular intervals as determined by the attending veterinarian in accordance with generally accepted professional and husbandry practices.... All other surfaces of housing facilities must be cleaned and sanitized when necessary to satisfy generally accepted husbandry standards and practices. Sanitization may be done by any of the methods provided in Sec. 3.84(b)(3) of this subpart for primary enclosures.

In the back of the "reptile house" there are two lemurs and one capuchin. There are cobwebs within the enclosures and the  majority of the enclosure walls and objects (perches, branches, shelters) within the enclosures have a build-up of dark brown/black grime. Failure to properly clean and sanitize primary

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER  COLE, D.V.M | USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | | Nov-30-2012 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Nov-30-2012 |

Ex. 2-0073

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_explanation.pdf


enclosures can lead to disease hazards for the animals. All hard surfaces with which nonhuman primates come in contact must be cleaned and sanitized to prevent an accumulation of dirt, debris, food waste, excreta, and other disease hazards.

To be corrected by: December 10, 2012

### 3.83
**WATERING.**

Potable water must be provided in sufficient quantity to every nonhuman primate housed at the facility. If potable water is not continually available to the nonhuman primates, it must be offered to them as often as necessary to ensure their health and well-being, but no less than twice daily for at least I hour each time, unless otherwise required by the attending veterinarian, or as required by the research proposal approved by the Committee at research facilities. Water receptacles must be kept clean and sanitized in accordance with methods provided in Sec. 3.84(b)(3) of this subpart at least once every 2 weeks or as often as necessary to keep them clean and free from contamination. Used water receptacles must be sanitized before they can be used to provide water to a different nonhuman primate or social grouping of nonhuman primates.

There is a build-up of algae within the water bottles on two enclosures in the "education center". The enclosures each contain one bush baby. Failure to clean water bottles can be a health hazard for the animals. All water bottles must be kept clean and sanitized at least once every two weeks or as often as necessary to keep them clean and free from contamination.

To be corrected by: December 3, 2012

### 3.131   (a)
**SANITATION.**

(a) Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors.

Within the "Education center" there is a build-up of feces and urine soaked bedding in the back, left corner and in several large areas throughout the capybara enclosure. There is caked, wet sawdust bedding and/or feces and urine soaked bedding covering nearly the entire floor of the porcupine enclosure and the floor and shelves within the enclosure housing the two fennec foxes.

All of the bedding within the shelter for the Meishan pigs (2 adults and 3 piglets) is wet and soiled with feces and/or mud. The feces/mud soiled bedding covers the entire floor of the shelter. As a result, there is no clean, dry area within the shelter for the pigs to walk or rest.

There is a large accumulation of feces within two of the tiger enclosures and two of the lion enclosures. There are large piles of feces in the corners and smaller piles scattered throughout each enclosure.

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER COLE, D.V.M | USDA, APHIS, Animal Care | **Date:** |
| Title: | VETERINARY MEDICAL OFFICER Inspector 6026 | | Nov-30-2012 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | **Date:** |
| Title: | | | Nov-30-2012 |

Ex. 2-0074



Within the "reptile house", there is a build-up of dirt and/or dark brown/black grime on the inside walls and objects (branches, perches, shelters) within both the kinkajou enclosure and the coatimundi enclosure.

Failure to clean animal enclosures, remove animal waste and/or remove wet, soiled bedding can lead to health hazards, pests and odors. Primary enclosures shall be cleaned and excreta and wet bedding shall be removed in order to prevent contamination of the animals contained therein and to minimize disease hazards, pests and odors.

To be corrected by: December 10, 2012

There is still an excessive presence of animal waste, food waste, and bedding that has become compacted on top of the concrete foundation within the enclosure housing two bears. Failure to clean enclosures can increase disease risks, odor levels, and the presence of pests. This flooring material must be dug out sufficiently or replaced to provide a clean environment for the bears. This non-compliant item is still within the correction deadline of February 20, 2013 provided on the August 20, 2012 inspection report. Until such time this can be completed, the facility shall continue with routine removal of animal and food waste.

### 3.131   (c)
### SANITATION.

(c) Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

Within the "education center", there is a large amount of dust, dirt, and cobwebs on the walls, ceiling and floor in the room housing the wallaby, Patagonian cavy and capybara.

Within the feed storage room in the "education center" there is a large collection of clutter and other unused items, such as tools and old/unused husbandry items, on the shelves next to the freezers and boxes of fruit and vegetables. There is a thick layer of dust, dirt and/or cobwebs covering the clutter, unused items and shelves.

The building and grounds areas need to be kept clean and free of debris and clutter in order to protect the animals from injury, facilitate husbandry practices, and eliminate pest breeding grounds. The premises, including buildings and grounds, needs to be cleaned, clutter needs to be removed and a routine schedule for cleaning needs to be established.

To be corrected by: December 26, 2012

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER COLE, D.V.M | USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector 6026 | | Nov-30-2012 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Nov-30-2012 |

Ex. 2-0075


## Inspection Report

Records not inspected at this time.

Inspection and exit interview conducted with the owner, Cynthia Neis, CS and Heather Cole, VMO.

| | | |
|---|---|---|
| **Prepared By:** | HEATHER COLE, D.V.M | |
| | HEATHER COLE, D.V.M        USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 | Nov-30-2012 |
| **Received By:** | | |
| | (b)(6),(b)(7)(c) | **Date:** |
| **Title:** | | Nov-30-2012 |

Ex. 2-0076



**United States Department of Agriculture**
**Animal and Plant Health Inspection Service**
**Investigative and Enforcement Services**

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

VIA: USPS Certified Mail
Shipping Event: 1st

April 29, 2013

Tom and Pamela Sellner
Dba: Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

## SETTLEMENT AGREEMENT

Dear Sir or Madam:

We believe that you violated the Animal Welfare Act (7 U.S.C. § 2131 et seq.) (AWA), as described in the attached Settlement Agreement. Our agency, the Animal and Plant Health Inspection Service (APHIS), is responsible for enforcing the AWA, and other agriculture laws that help prevent the spread of animal and plant pests and diseases, and ensure the welfare of animals.

After providing you with an opportunity for a hearing, we may impose civil penalties of up to $10,000, or other sanctions, for each violation described in this Settlement Agreement. We are offering you the opportunity to resolve this matter by paying an amount that is much lower than the maximum civil penalty.

*What are the terms of the Settlement Agreement?*

You should review the information in this Settlement Agreement, including the citation and notification of penalty.

If you agree to waive your right to a hearing and pay the penalty, then do the following:

- o Pay the amount due, **$6,857**, by **May 29, 2013**. You can pay by check, money order, or credit card. For your convenience, we have included additional instructions for making payments.

APR 2 9 2013
Ziegeler
ill aunt?) Ex. 2-0077

 **United States Department of Agriculture**
**Animal and Plant Health Inspection Service**
**Investigative and Enforcement Services**

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

o  If you are unable to pay the full amount due by **May 29, 2013**, you may be
   eligible for a payment plan. To request a payment plan, you must use the
   enclosed form to submit a written response to this letter by **May 29, 2013**, that
   indicates you wish to pay the penalty and waive your right to a hearing. You
   must also submit a copy of your most recent federal tax return. As part of your
   response, please include a phone number and an email address so that we may
   contact you.

*What are my other options?*

If you do not agree with the terms of this Settlement Agreement, submit a written request for a
hearing, with your Reference Number, to our office by **May 29, 2013**, at 4700 River Rd., Unit
85, Riverdale, MD, 20737.

*What happens if I fail to respond?*

If we do not receive a payment or hearing request from you by **May 29, 2013**, we will forward
this matter to our Office of the General Counsel for litigation.

*What should I do if I need help?*

If you have any questions concerning this letter, contact Robert Randen at (301) 851-2785, or
call our main office at (301) 851-2948.

*I am a small business owner and have comments or concerns regarding APHIS's enforcement of
animal and plant health laws. Who should I contact?*

APHIS always welcomes comments on how it can better assist small businesses. If you have
comments about APHIS's enforcement of animal and plant health laws, please contact me,
Robert J. Huttenlocker, the APHIS Small Business Ombudsman, at 301-851-2948. If you would
prefer to comment to someone outside APHIS, you may contact the Small Business Regulatory
Enforcement Ombudsman at http://sba.gov/ombudsman, email ombudsman@sba.gov, or toll free
at 1-888-REG-FAIR. The Ombudsman's office receives comments from small businesses and
annually evaluates federal agency enforcement activities for their responsiveness to the special
needs of small businesses.

Sincerely,

Robert J. Huttenlocker
Director

2

APR 2 9 2013

Ex. 2-0078



**United States Department of Agriculture**
**Animal and Plant Health Inspection Service**
**Investigative and Enforcement Services**

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

Investigative and Enforcement Services

3

APR 2 9 2013

Ex. 2-0079

 **United States Department of Agriculture**
**Animal and Plant Health Inspection Service**
**Investigative and Enforcement Services**

Reference Number: 1A120008-AC
Issuance Date: April 29, 2013
Version: Final

Tom and Pamela Sellner
Dba: Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

## CITATION AND NOTIFICATION OF PENALTY

We believe that you violated the Animal Welfare Act (7 U.S.C. § 2131 et seq.) (AWA), as described below.

**Date of Violation: August 16, 2011**

**9 C.F.R. § 2.40(b)(2)** Attending veterinarian and adequate veterinary care (dealers and exhibitors).
(b) Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include:
(2) The use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries, and the availability of emergency, weekend, and holiday care;

> You failed to provide adequate veterinary care and use appropriate methods to prevent, control, diagnose, and treat diseases and injuries. On the above date, APHIS observed the following:
> 1) A female Hamadryas baboon who appeared to be excessively thin with obvious signs of muscle loss and generalized hair loss; and
> 2) A calico buck goat with excessively long hooves on both hind legs.

**Date of Violation: August 16, 2011**

**9 C.F.R. § 3.80(a)(2)(iii)** Primary enclosures.
Primary enclosures for nonhuman primates must meet the following minimum requirements:
(a) General requirements.
(2) Primary enclosures must be constructed and maintained so that they:
(iii) Contain the nonhuman primates securely and prevent accidental opening of the enclosure, including opening by the animal;

> You failed to provide primary enclosures that securely contain nonhuman primates. On the above date, APHIS observed a one year old Hamadryas baboon running across the roof of the nonhuman primate enclosure.

**Date of Violation: August 16, 2011**

**9 C.F.R. § 3.84(a)** Cleaning, sanitization, housekeeping, and pest control.
(a) Cleaning of primary enclosures. Excreta and food waste must be removed from inside each indoor primary enclosure daily and from underneath them as often as necessary to prevent an

4

APR 2 9 2013

Ex. 2-0080

 **United States Department of Agriculture**
**Animal and Plant Health Inspection Service**
**Investigative and Enforcement Services**

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

excessive accumulation of feces and food waste, to prevent the nonhuman primates from becoming soiled, and to reduce disease hazards, insects, pests, and odors. Dirt floors, floors with absorbent bedding, and planted areas in primary enclosures must be spot cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta, or as often as necessary to reduce disease hazards, insects, pests, and odors. When steam or water is used to clean the primary enclosure, whether by hosing, flushing, or other methods, nonhuman primates must be removed, unless the enclosure is large enough to ensure the animals will not be harmed, wetted, or distressed in the process. Perches, bars, and shelves must be kept clean and replaced when worn. If the species of the nonhuman primates housed in the primary enclosure engages in scent marking, hard surfaces in the primary enclosure must be spot-cleaned daily.

> You failed to properly clean primary enclosures containing nonhuman primates. On the above date, APHIS observed an excessive amount of fecal matter on the perches inside the primary enclosures of both the rhesus macaques and the red ruffed lemur.

## Date of Violation: August 16, 2011

**9 C.F.R. § 3.131(c)** Sanitation.
(c) Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

> You failed to keep the premises clean and free from accumulations of trash. On the above date, APHIS observed produce stored in the walkways behind the mammal section of the reptile house. APHIS also noted open bags of feed along with empty feed bags in the same area. Large amounts of old bedding material and other debris from enclosure maintenance were sitting along the walls in the walkway.

## Date of Violation: December 8, 2011

**9 C.F.R. § 2.40(b)(2)** Attending veterinarian and adequate veterinary care (dealers and exhibitors).
(b) Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include:
(2) The use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries, and the availability of emergency, weekend, and holiday care;

> You failed to provide adequate veterinary care and use appropriate methods to prevent, control, diagnose, and treat diseases and injuries. On the above date, APHIS observed goats with excessively long hooves.

## Date of Violation: December 8, 2011

**9 C.F.R. § 3.10** Watering.
If potable water is not continually available to the dogs and cats, it must be offered to the dogs and cats as often as necessary to ensure their health and well-being, but not less than twice daily for at least 1 hour each time, unless restricted by the attending veterinarian. Water receptacles

APR 2 9 2013

Ex. 2-0081

 **United States Department of Agriculture**
**Animal and Plant Health Inspection Service**
**Investigative and Enforcement Services**

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

must be kept clean and sanitized in accordance with § 3.11(b) of this subpart, and before being used to water a different dog or cat or social grouping of dogs or cats.

You failed to provide water to the dogs in your facility as often as necessary. On the above date, APHIS observed the sheep dog enclosure had no water for the two dogs housed therein. When water was supplied, the dogs drank vigorously and returned intermittently to drink.

## Date of Violation: December 8, 2011

**9 C.F.R. § 3.56(a)(1) Sanitation.**
(a) Cleaning of primary enclosures.
(1) Primary enclosures shall be kept reasonably free of excreta, hair, cobwebs and other debris by periodic cleaning. Measures shall be taken to prevent the wetting of rabbits in such enclosures if a washing process is used.

You failed to keep primary enclosures reasonably free of excreta and hair. On the above date, APHIS observed the rabbit enclosures had an excessive amount of animal waste and hair in them.

## Date of Violation: December 8, 2011

**9 C.F.R. § 3.75(e) Housing facilities, general.**
(e) Storage. Supplies of food and bedding must be stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. The supplies must be stored off the floor and away from the walls, to allow cleaning underneath and around the supplies. Food requiring refrigeration must be stored accordingly, and all food must be stored in a manner that prevents contamination and deterioration of its nutritive value. Only the food and bedding currently being used may be kept in animal areas, and when not in actual use, open food and bedding supplies must be kept in leak-proof containers with tightly fitting lids to prevent spoilage and contamination. Substances that are toxic to the nonhuman primates but that are required for normal husbandry practices must not be stored in food storage and preparation areas, but may be stored in cabinets in the animal areas.

You failed to keep food stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. On the above date, APHIS observed several open boxes of produce and fruit stored in the nonhuman primate and education center.

## Date of Violation: December 8, 2011

**9 C.F.R. § 3.132 Employees.**
A sufficient number of adequately trained employees shall be utilized to maintain the professionally acceptable level of husbandry practices set forth in this subpart. Such practices shall be under a supervisor who has a background in animal care.

You failed to provide a sufficient number of adequately trained employees to maintain a professionally acceptable level of husbandry. On the above date, APHIS noted that only two (2) persons regularly attend to all feeding, care, and maintenance of the

APR 2 9 2013

Ex. 2-0082

**USDA**    United States Department of Agriculture       Reference Number: IA120008-AC
       Animal and Plant Health Inspection Service      Issuance Date: April 29, 2013
       Investigative and Enforcement Services        Version: Final

facility.

**Date of Violation: June 29, 2012**

**9 C.F.R. § 2.40(b)(2)** Attending veterinarian and adequate veterinary care (dealers and exhibitors).
(b) Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include:
(2) The use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries, and the availability of emergency, weekend, and holiday care;

> You failed to provide adequate veterinary care and use appropriate methods to prevent, control, diagnose, and treat diseases and injuries. On the above date, APHIS observed the following:
> 1) Llamas with long matted hair;
> 2) An Angola rabbit with soiled, matted hair around its rear end and hind legs; and
> 3) A sheepdog whose coat was starting to mat.

**Date of Violation: June 29, 2012**

**9 C.F.R. § 3.75(e)** Housing facilities, general.
(e) Storage. Supplies of food and bedding must be stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. The supplies must be stored off the floor and away from the walls, to allow cleaning underneath and around the supplies. Food requiring refrigeration must be stored accordingly, and all food must be stored in a manner that prevents contamination and deterioration of its nutritive value. Only the food and bedding currently being used may be kept in animal areas, and when not in actual use, open food and bedding supplies must be kept in leak-proof containers with tightly fitting lids to prevent spoilage and contamination. Substances that are toxic to the nonhuman primates but that are required for normal husbandry practices must not be stored in food storage and preparation areas, but may be stored in cabinets in the animal areas.

> You failed to keep food stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. On the above date, APHIS observed an open box of bananas stored in the nonhuman primate house.

**Date of Violation: June 29, 2012**

**9 C.F.R. § 3.84(a)** Cleaning, sanitization, housekeeping, and pest control.
(a) Cleaning of primary enclosures. Excreta and food waste must be removed from inside each indoor primary enclosure daily and from underneath them as often as necessary to prevent an excessive accumulation of feces and food waste, to prevent the nonhuman primates from becoming soiled, and to reduce disease hazards, insects, pests, and odors. Dirt floors, floors with absorbent bedding, and planted areas in primary enclosures must be spot cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta, or as often as necessary to reduce disease hazards, insects, pests, and odors. When steam or water is used to clean the primary enclosure, whether by hosing, flushing, or other methods, nonhuman primates

APR 2 9 2013

Ex. 2-0083


United States Department of Agriculture
Animal and Plant Health Inspection Service
Investigative and Enforcement Services

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

must be removed, unless the enclosure is large enough to ensure the animals will not be harmed, wetted, or distressed in the process. Perches, bars, and shelves must be kept clean and replaced when worn. If the species of the nonhuman primates housed in the primary enclosure engages in scent marking, hard surfaces in the primary enclosure must be spot-cleaned daily.

> You failed to properly clean primary enclosures containing nonhuman primates. On the above date, APHIS observed the indoor portion of the primate enclosure had more than one day's worth of feces.

**Date of Violation: June 29, 2012**

**9 C.F.R. § 3.125(d) Facilities, general.**
(d) Waste disposal. Provision shall be made for the removal and disposal of animal and food wastes, bedding, dead animals, trash and debris. Disposal facilities shall be so provided and operated as to minimize vermin infestation, odors, and disease hazards. The disposal facilities and any disposal of animal and food wastes, bedding, dead animals, trash, and debris shall comply with applicable Federal, State, and local laws and regulations relating to pollution control or the protection of the environment.

> You failed to make provisions for the removal and disposal of animal and food waste, bedding, trash and debris. On the above date, APHIS observed an uncovered garbage can in the back animal area of the bird/reptile house filled with soiled bedding, and animal and food waste.

**Date of Violation: June 29, 2012**

**9 C.F.R. § 3.131(d) Sanitation.**
(d) Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

> You failed to implement a safe and effective program for the control of insects. On the above date, APHIS observed an excessive amount of flies and gnat like insects throughout the facility, including on an open box of produce.

**Date of Violation: August 20, 2012**

**9 C.F.R. § 3.84(a) Cleaning, sanitization, housekeeping, and pest control.**
(a) Cleaning of primary enclosures. Excreta and food waste must be removed from inside each indoor primary enclosure daily and from underneath them as often as necessary to prevent an excessive accumulation of feces and food waste, to prevent the nonhuman primates from becoming soiled, and to reduce disease hazards, insects, pests, and odors. Dirt floors, floors with absorbent bedding, and planted areas in primary enclosures must be spot cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta, or as often as necessary to reduce disease hazards, insects, pests, and odors. When steam or water is used to clean the primary enclosure, whether by hosing, flushing, or other methods, nonhuman primates must be removed, unless the enclosure is large enough to ensure the animals will not be harmed, wetted, or distressed in the process. Perches, bars, and shelves must be kept clean and replaced when worn. If the species of the nonhuman primates housed in the primary enclosure engages in

8

APR 2 9 2013

Ex. 2-0084



United States Department of Agriculture
Animal and Plant Health Inspection Service
Investigative and Enforcement Services

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

scent marking, hard surfaces in the primary enclosure must be spot-cleaned daily.

> You failed to remove animal waste from inside each indoor primary enclosure on a daily basis and to clean soiled bedding material to ensure all animals the freedom to avoid contact with excreta. On the above date, APHIS observed an excessive amount of animal waste and soiled bedding material in the baboon enclosure. APHIS also observed a large pile of animal waste inside the ring-tailed lemur enclosure.

## Date of Violation: August 20, 2012

9 C.F.R. § 3.84(d) Cleaning, sanitization, housekeeping, and pest control.
(d) Pest control. An effective program for control of insects, external parasites affecting nonhuman primates, and birds and mammals that are pests, must be established and maintained so as to promote the health and well-being of the animals and reduce contamination by pests in animal areas.

> You failed to institute an effective program for the control of insects. On the above date, APHIS observed an excessive amount of flies in the nonhuman primate house.

## Date of Violation: August 20, 2012

9 C.F.R. § 3.131(a) Sanitation.
(a) Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors. When enclosures are cleaned by hosing or flushing, adequate measures shall be taken to protect the animals confined in such enclosures from being directly sprayed with the stream of water or wetted involuntarily.

> You failed to remove excreta from primary enclosures as often as necessary to prevent contamination of the animals contained therein. On the above date, APHIS observed an excessive amount of animal and food waste along with bedding material ground into the substrate of the bear enclosure.

## Date of Violation: August 20, 2012

9 C.F.R. § 3.131(d) Sanitation.
(d) Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

> You failed to implement a safe and effective program for the control of insects. On the above date, APHIS observed an excessive amount of flies in and around the bear enclosure.

## Date of Violation: November 26, 2012

9 C.F.R. § 3.1(a) Housing facilities, general.
(a) Structure; construction. Housing facilities for dogs and cats must be designed and constructed so that they are structurally sound. They must be kept in good repair, and they must protect the animals from injury, contain the animals securely, and restrict other animals from entering.

APR 2 9 2013

Ex. 2-0085

 **United States Department of Agriculture**
**Animal and Plant Health Inspection Service**
**Investigative and Enforcement Services**

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

You failed to ensure housing facilities were structurally sound. On the above date, APHIS observed the roof support inside the dog enclosure was broken in the middle, causing the roof to sag and bow at the break.

**Date of Violation: November 26, 2012**

**9 C.F.R. § 3.131(a) Sanitation.**
(a) Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors. When enclosures are cleaned by hosing or flushing, adequate measures shall be taken to protect the animals confined in such enclosures from being directly sprayed with the stream of water or wetted involuntarily.

> You failed to remove excreta from primary enclosures as often as necessary to prevent contamination of the animals contained therein. On the above date, APHIS observed an excessive build-up of animal waste and urine soaked bedding in primary enclosures for the capybara, porcupine, fennec foxes, and Meishan pigs.

**Date of Violation: November 26, 2012**

**9 C.F.R. § 3.131(c) Sanitation.**
(c) Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

> You failed to keep the buildings and grounds clean. On the above date, APHIS observed large amounts of dust, dirt and cobwebs adjacent to the wallaby, Patagonian cavy, and capybara enclosures. The feed storage room in the Education Center was also dirty and cluttered with open boxes of produce.

**Date of Violation: February 13, 2013**

**9 C.F.R. § 3.75(b) Housing facilities, general.**
(b) Condition and site. Housing facilities and areas used for storing animal food or bedding must be free of any accumulation of trash, waste material, junk, weeds, and other discarded materials. Animal areas inside of housing facilities must be kept neat and free of clutter, including equipment, furniture, or stored material, but may contain materials actually used and necessary for cleaning the area, and fixtures and equipment necessary for proper husbandry practices and research needs. Housing facilities other than those maintained by research facilities and Federal research facilities must be physically separated from any other businesses. If a housing facility is located on the same premises as any other businesses, it must be physically separated from the other businesses so that animals the size of dogs, skunks, and raccoons, are prevented from entering it.

> You failed to keep housing facilities free of any accumulation of trash, waste material, junk and other discarded materials. On the above date, APHIS observed large

APR 2 9 2013

Ex. 2-0086



United States Department of Agriculture
Animal and Plant Health Inspection Service
Investigative and Enforcement Services

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

accumulations of dust, dirt, chicken feathers, and used sawdust on the floor around enclosures for the lemurs and capuchin. An electrical outlet with several cords plugged in to dirt was covered with dust dirt, cobwebs, and chicken feathers. APHIS found significant amounts of dust, dirt, and used bedding inside the nonhuman primate building, and floor tiles that were missing and exposed the wooden subfloor.

**Date of Violation: February 13, 2013**

**9 C.F.R. § 3.125(a) Facilities, general.**
(a) Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

> You failed to ensure indoor and outdoor facilities were structurally sound and in good repair. On the above date, APHIS observed that the divider fence between the llamas and barbados sheep was damaged and bowing into either enclosure with sharp wires.

**Date of Violation: February 13, 2013**

**9 C.F.R. § 3.127(c) Facilities, outdoor.**
(c) Drainage. A suitable method shall be provided to rapidly eliminate excess water. The method of drainage shall comply with applicable Federal, State, and local laws and regulations relating to pollution control or the protection of the environment.

> You failed to provide a suitable method to rapidly eliminate excess water. On the above date, APHIS observed that most of the coyote enclosure had standing water. A low area in front of the quonset shelter inside the goat and barbados sheep enclosure was also filled with standing water.

**Date of Violation: February 13, 2013**

**9 C.F.R. § 3.131(a) Sanitation.**
(a) Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors. When enclosures are cleaned by hosing or flushing, adequate measures shall be taken to protect the animals confined in such enclosures from being directly sprayed with the stream of water or wetted involuntarily.

> You failed to remove excreta from primary enclosures as often as necessary to prevent contamination of the animals contained therein. On the above date, APHIS observed large accumulations of feces in three of the tiger enclosures, two of the lion enclosures and the primary enclosure of one wolf. A dark brown/black grime was seen on the walls and objects within the kinkajou and coatimundi enclosures. APHIS also noted that the bear enclosure continued to have animal waste and bedding materials ground into the substrate.

11

APR 2 9 2013

Ex. 2-0087



United States Department of Agriculture
Animal and Plant Health Inspection Service
Investigative and Enforcement Services

Reference Number: IA120008-AC
Issuance Date: April 29, 2013
Version: Final

The penalty for the alleged violation(s) described above is $6,857.

APR 2 9 2013

Ex. 2-0088

## Inspection Report

Pamela Sellner
Tom Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**

Certificate: **42-C-0084**

Site: 001

TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION

Date: Jun-12-2013

---

### 2.40    (b)    (2)

### ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).

(b) Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include:(2) The use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries, and the availability of emergency, weekend, and holiday care;
*****

Inspectors observed one animal in need of veterinary care. "Cynthia", a female capuchin monkey had areas of hairloss on her abdomen, under her arms, on her thigh, and on her tail. The skin did not appear red or inflamed at the time of inspection. Inspectors observed her to be chewing on her tail numerous times. Hairloss can be indicative of infection, parasite infestation, allergic conditions, or behavioral abnormalities. The licensee must have this animal evaluated by a veterinarian in order to determine a diagnosis and appropriate treatment plan, and the licensee must provide the inspector with documentation of the outcome of the examination and treatment upon request. The licensee must ensure that all animals receive adequate veterinary care at all times.
***

To be corrected by 20 June 2013

### 3.10
### WATERING.

If potable water is not continually available to the dogs and cats, it must be offered to the dogs and cats as often as necessary to ensure their health and well-being, but not less than twice daily for at least 1 hour each time, unless restricted by the attending veterinarian. Water receptacles must be kept clean and sanitized in accordance with Sec. 3.11(b) of this subpart, and before being used to water a different dog or cat or social grouping of dogs or cats.
*****

In an enclosure containing two dogs, the water receptacle contained a buildup of green material. Water receptacles must be kept clean and sanitized in accordance with the regulations in order to ensure that animals are provided with clean, potable water, and to ensure that the dogs maintain adequate hydration. The licensee must ensure that the aforementioned water receptacle and all water receptacles are maintained in a clean condition.
***

| Prepared By: | NATALIE COOPER, D.V.M. | | |
|---|---|---|---|
| | NATALIE  COOPER, D.V.M.    USDA, APHIS, Animal Care | | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6016 | | Jun-13-2013 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Jun-13-2013 |

Ex. 2-0089


## Inspection Report

To be corrected by 14 June 2013

**3.75**    (c)    (3)

### HOUSING FACILITIES, GENERAL.

(c) Surfaces--(3) Cleaning. Hard surfaces with which nonhuman primates come in contact must be spot-cleaned daily and sanitized in accordance with Sec. 3.84 of this subpart to prevent accumulation of excreta or disease hazards. If the species scent mark, the surfaces must be sanitized or replaced at regular intervals as determined by the attending veterinarian in accordance with generally accepted professional and husbandry practices. Floors made of dirt, absorbent bedding, sand, gravel, grass, or other similar material, and planted enclosures must be raked or spot-cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta. Contaminated material must be removed or replaced whenever raking and spot cleaning does not eliminate odors, diseases, insects, pests, or vermin infestation. All other surfaces of housing facilities must be cleaned and sanitized when necessary to satisfy generally accepted husbandry standards and practices. Sanitization may be done by any of the methods provided in Sec. 3.84(b)(3) of this subpart for primary enclosures.
*****

In two enclosures, each containing one bush baby, inspectors noted that the cloth hanging nesting bags were in need of cleaning. They were soiled with brown material and dusty. Surfaces in which the animals come into contact must be cleaned and sanitized as often as necessary in order to satisfy acceptable husbandry standards, in order to prevent contamination of the animals, and to reduce the likelihood of disease transmission. The licensee must ensure that these and all surfaces in contact with the animals are cleaned and sanitized as often as necessary to meet appropriate husbandry standards.
***

To be corrected by 14 June 2013

**3.75**    (e)

### HOUSING FACILITIES, GENERAL.

(e) Storage. Supplies of food and bedding must be stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. The supplies must be stored off the floor and away from the walls, to allow cleaning underneath and around the supplies. Food requiring refrigeration must be stored accordingly, and all food must be stored in a manner that prevents contamination and deterioration of its nutritive value. Only the food and bedding currently being used may be kept in animal areas, and when not in actual use, open food and bedding supplies must be kept in leakproof containers with tightly fitting lids to prevent spoilage and contamination. Substances that are toxic to the nonhuman primates but that are required for normal husbandry practices must not be stored in food storage and preparation areas, but may be stored in cabinets in the animal areas.
*****

In the "reptile house" a refrigerator contained a bag of romaine lettuce. The lettuce was was brown and contaminated with small insects. The shelves of the refrigerator were dirty and in need of cleaning. Also, in the "primate building" a refrigerator contained numerous apples. The apples were contaminated with flying insects, and the shelving inside the refrigerator was in need of cleaning. In order to protect food from contamination, spoilage, and vermin infestation, it must be stored appropriately, and the storage areas must be maintained in clean condition. Otherwise the nutritive value of the food cannot be known with certainty, and could affect the health of the animals. The licensee must ensure that all food is stored

| Prepared By: | NATALIE COOPER, D.V.M. | | |
|---|---|---|---|
| | NATALIE  COOPER, D.V.M.        USDA, APHIS, Animal Care | | **Date:** |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6016 | | Jun-13-2013 |
| **Received By:** | | | |
| | (b)(6),(b)(7)(c) | | **Date:** |
| Title: | | | Jun-13-2013 |

Ex. 2-0090


## Inspection Report

appropriately, and that food storage areas are maintained in clean condition.
***

To be corrected by 20 June 2013

### 3.80   (a)   (2)   (iii)
#### PRIMARY ENCLOSURES.

(a) General requirements. (2) Primary enclosures must be constructed and maintained so that they: (iii) Contain the nonhuman primates securely and prevent accidental opening of the enclosure, including opening by the animal;
*****

In the indoor portion of an enclosure housing three baboons (one large male), inspectors observed the chain link primary enclosure fencing to be bowed outward. The bowing is severe enough that the enclosure may not be structurally sound enough to securely contain the animals within the enclosure. Inspectors also noted that the metal chain securing the gate of the indoor portion of an enclosure housing two macaques is rusted. This rusted chain is the only means of securing this enclosure gate, and may not be strong enough to prevent the animals from opening the enclosure. The licensee must ensure that the aforementioned enclosures are repaired and maintained in order to contain the animals securely and prevent accidental opening of the enclosure.
***

The rusted chain was corrected at the time of the inspection. The other issue must be corrected by 12 July 2013.

### 3.125   (a)                    REPEAT
#### FACILITIES, GENERAL.

(a) Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.
*****

The fence separating the fallow deer enclosure and Jacob's sheep enclosure was in disrepair. The wire panels are bowed into the fallow deer enclosure, and the wire has separated from the wooden posts in spots. The damage is concentrated towards the bottom of the wire panels. Also, in an enclosure containing Santa Cruz sheep, the chain link type fence is in disrepair. The bottom portion of the fencing is bent inwards into the enclosure creating sharp points of wire. The aforementioned fencing is not being maintained in good repair, and could allow for animal escape, or injury. The licensee must repair or replace the aforementioned fencing, and ensure that all fencing is maintained in good repair, and that the fencing is structurally sound at all times.

### 3.127   (a)
#### FACILITIES, OUTDOOR.

(a) Shelter from sunlight. When sunlight is likely to cause overheating or discomfort of the animals, sufficient shade by natural or artificial means shall be provided to allow all animals kept outdoors to protect themselves from direct sunlight.

| Prepared By: | NATALIE COOPER, D.V.M. | | |
|---|---|---|---|
| | NATALIE  COOPER, D.V.M.          USDA, APHIS, Animal Care | Date: | |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6016 | Jun-13-2013 | |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | Date: | |
| Title: | | Jun-13-2013 | |

Ex. 2-0091

## Inspection Report

*****

Inspectors observed one lion enclosure and one cougar enclosure, each housing one animal, that have insufficient shade for the animals. Outdoor enclosures that do not have sufficient shelter from the sunlight can result in the animals housed within becoming overheated. The licensee must provide sufficient shade for all animals kept outdoors in order to protect them from the direct sunlight.
***

To be corrected by 26 June 2013.

### 3.127        (c)                            REPEAT
### FACILITIES, OUTDOOR.

(c) Drainage. A suitable method shall be provided to rapidly eliminate excess water. The method of drainage shall comply with applicable Federal, State, and local laws and regulations relating to pollution control or the protection of the environment.
*****

Inspectors observed an area of standing water and deep, wet mud in the enclosure housing three Scottish Highland cattle. The cattle must walk through the water and mud in order to access the food and water receptacles in the enclosure. The cattle were observed to sink in the mud almost to the level of their 'knees' as they walked in this area. Their coats were muddy along the entire length of their legs and on the undersides of their abdomens. Suitable drainage must be provided in this area order to ensure that the animals have ready access to their food and water, and to promote the comfort of the animals. The licensee must ensure that the animals can access food and water receptacles without walking through water and mud and that excess water is rapidly eliminated from the enclosure.

### 3.130
### WATERING.

If potable water is not accessible to the animals at all times, it must be provided as often as necessary for the health and comfort of the animal. Frequency of watering shall consider age, species, condition, size, and type of the animal. All water receptacles shall be kept clean and sanitary.
*****

In an enclosure containing two woodchucks, the water receptacle was soiled with brown material. In an enclosure containing goats and sheep, the water receptacle contained a buildup of green material. Also, in an enclosure containing a coyote, the water receptacle contained a buildup of green material. Water receptacles must be maintained in a clean and sanitary condition in order to ensure that the animals are provided with clean, potable water, and to ensure that they maintain adequate hydration. The licensee must ensure that the aforementioned water receptacle and all water receptacles are maintained in a clean condition.
***

To be corrected by 14 June 2013

| | | |
|---|---|---|
| **Prepared By:** | NATALIE COOPER, D.V.M. | |
| | NATALIE COOPER, D.V.M.        USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6016 | Jun-13-2013 |
| **Received By:** | | |
| | (b)(6),(b)(7)(c) | **Date:** |
| **Title:** | | Jun-13-2013 |

Ex. 2-0092


## Inspection Report

**3.131**   (a)                         **REPEAT**
**SANITATION.**

(a) Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors. When enclosures are cleaned by hosing or flushing, adequate measures shall be taken to protect the animals confined in such enclosures from being directly sprayed with the stream of water or wetted involuntarily.
*****

Inspectors observed a buildup of dirt and grime on a shelter in an enclosure containing a coyote. Inspectors also observed a large amount of hair embedded in the wire of an enclosure containing two chinchillas. Inspectors also observed a buildup of brown material and dust on an igloo type shelter structure in an enclosure containing two Patagonian cavies. Inspectors also observed a buildup of dust, dirt and cobwebs in an enclosure containing a serval. Animal enclosures must be cleaned routinely in order to provide for appropriate husbandry standards, to reduce disease transmission, and to prevent the animals from becoming contaminated or soiled. The licensee must clean the aforementioned enclosures, and ensure that all enclosures are cleaned as often as necessary to promote appropriate husbandry standards.

**3.131**   (d)
**SANITATION.**

(d) Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.
*****

In an enclosure containing two tigers, inspectors observed a large number of flies. The flies were concentrated on the ground of the enclosure near the animal's food source. Also, in an enclosure containing an armadillo and a sloth, inspectors observed a large number of flies. The flies were concentrated on the bedding substrate, and near the food source. Flies can transmit diseases to the animals and contaminate the animal's feed. The licensee must establish and maintain an effective program for the control of rodents, insects, birds, and mammalian pests.
***

To be corrected by 4 July 2013

Inspection and exit interview conducted with facility representative.

| | | |
|---|---|---|
| **Prepared By:** | NATALIE COOPER, D.V.M. | |
| | NATALIE COOPER, D.V.M.        USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector 6016 | Jun-13-2013 |
| **Received By:** | | |
| | (b)(6),(b)(7)(c) | **Date:** |
| **Title:** | | Jun-13-2013 |

Ex. 2-0093


## Inspection Report

Pamela Sellner
Tom Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**

Certificate: **42-C-0084**

Site: 001

TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION

Date: Jul-31-2013

---

### 2.131    (d)    (2)
**HANDLING OF ANIMALS.**

Section 2.131(d)(2)   Handling of animals.  A responsible, knowledgeable, and readily identifiable employee or attendant must be present at all times during periods of public contact.

*****There is not an identifiable attendant present at all times when the public is allowed contact with the animals. The public is allowed access to the area surrounding the enclosure that houses one goat and one sheep.  The public is also allowed access to the animals housed on either side of the long narrow corridor that runs from the coyote enclosures out to the llama field.  These animals include goats, sheep, a camel, and other hoofstock.  The public is allowed to contact the animals through the enclosure fencing.  The absence of an attendant in these areas endangers the health of the animals by allowing activity (rough handling, improper feeding, etc.) that is harmful to the animals. The licensee must ensure that when the public is present an easily identifiable attendant is present in these areas. To be corrected from this date forward.

### 3.29    (a)
**FEEDING.**

Section 3.29(a) - Feeding.  Guinea pigs and hamsters shall be fed each day except as otherwise might be required to provide adequate veterinary care. The food shall be free from contamination, wholesome, palatable and of sufficient quantity and nutritive value to meet the normal daily requirements for the condition and size of the guinea pig or hamster.

*****There were contaminants in the food receptacle in the guinea pig enclosure.  There was a mixture of bedding and feed along with three or four bits of feces in the food receptacle.  All food must be palatable and free of contamination.  The food receptacle must be cleaned more frequently and placed so that the food is not contaminated.
To be corrected by:  Aug 17, 2013.

---

| Prepared By: | JEFFREY BAKER, D.V.M. | | |
|---|---|---|---|
| | JEFFREY T BAKER, D.V.M.       USDA, APHIS, Animal Care | | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  4052 | | Aug-05-2013 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Aug-05-2013 |

Ex. 2-0094



## Inspection Report

**3.75**   (e)   **REPEAT**

**HOUSING FACILITIES, GENERAL.**

REPEAT    Section 3.75(e)  Storage.  Supplies of food and bedding for non-human primates must be stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. The supplies must be stored off the floor and away from the walls, to allow cleaning underneath and around the supplies. Food requiring refrigeration must be stored accordingly, and all food must be stored in a manner that prevents contamination and deterioration of its nutritive value. Only the food and bedding currently being used may be kept in animal areas, and when not in actual use, open food and bedding supplies must be kept in leakproof containers with tightly fitting lids to prevent spoilage and contamination.

*****The food storage areas were dirty.  In the storage area inside the lemur and coati building, there were rodent feces, feathers, dirt, and dry food kibble on the floor.  There were spiders and cobwebs on the wire enclosing the storage area.  The refrigerator in this area contained several pieces of fruit (apples and oranges) that were moldy and/or rotten.  Some pieces of the fruit had a substance (looked like dried onion skin) on the surface.  The licensee stated she washed the fruit before it was fed and that she disposed of all fruit that was bad.  There were also at least three spiders in the refrigerator.  The top of this refrigerator was cluttered and dirty.  There were plastic tubs and milk jugs, a piece of wood, a knife, and shelving on the top.  There were also rodent feces and dirt on the top surface.  In the storage area between two storage buildings outside the perimeter fence, there was fruit, vegetables, and bread stored outside with no refrigeration.  These were stored next to two refrigerators that were full of food.  There was an excessive number of flies and other flying insects (gnats) present in the area.  When the cover of a container with fruit was lifted, a mass of flies and other flying insects exited the container.  There was also pieces of old fruit on the ground near the food.  The licensee stated that the food outside the refrigerators was not to be fed to the animals.  In the food storage area inside the education building, there was a brown stain on the back interior surface of the freezer.  There were also light tan areas on the top surface of the lip area of the rest of the freezer.  There were pieces of insulation and rodent feces on the floor in this area.  All food stored near the food being fed to the animals will be considered as animal food and must be kept clean to ensure uncontaminated food for the animals.  The food must be stored appropriately and the food storage area cleaned more frequently.

**3.81**   (c)   (2)

**ENVIRONMENT ENHANCEMENT TO PROMOTE PSYCHOLOGICAL WELL-BEING.**

Section 3.81(c)(2) - Special considerations. Certain nonhuman primates must be provided special attention regarding enhancement of their environment, based on the needs of the individual species and in accordance with the instructions of the attending veterinarian.  Nonhuman primates requiring special attention include those that show signs of being in psychological distress through behavior or appearance.

*****There was a non-human primate, named  Cynthia , that was biting at her tail and other parts of her body.  She also had areas of hair loss that are suggestive of hair plucking.  These are abnormal behaviors that suggest the animal is in psychological distress.  The animal was housed in a different enclosure until this May, when it was moved to an enclosure next to the vervet.  It was moved into its present enclosure

| Prepared By: | JEFFREY BAKER, D.V.M. | | |
|---|---|---|---|
| | JEFFREY T BAKER, D.V.M.        USDA, APHIS, Animal Care | | **Date:** |
| Title: | VETERINARY MEDICAL OFFICER Inspector  4052 | | Aug-05-2013 |
| **Received By:** | | | |
| | (b)(6),(b)(7)(c) | | **Date:** |
| Title: | | | Aug-05-2013 |

Ex. 2-0095



## Inspection Report

after approximately three weeks in the adjacent enclosure, where it is now housed with a single vervet. The licensee stated the animal has had these issues since she has owned it. According to the licensee, the animal got worse when it was initially placed in the vervet enclosure, but had gradually gotten better. The environmental enhancement plan has not been updated since the animal has moved to the new enclosure. The plan must be updated to reflect the enrichment provided in the new enclosure. The plan must also address the psychological behavior exhibited by the animal. The licensee must document the special attention and considerations given this animal and provide it to inspectors when requested.

To be corrected by: Aug 17, 2013.

### 3.84    (a)                REPEAT

### CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.

REPEAT    Section 3.84(a) - Cleaning of primary enclosures. Excreta and food waste must be removed from inside each indoor primary enclosure daily and from underneath them as often as necessary to prevent an excessive accumulation of feces and food waste, to prevent the nonhuman primates from becoming soiled, and to reduce disease hazards, insects, pests, and odors.

\*\*\*\*\*The interior portion of the enclosure housing Obi , a non-human primate, had an excessive accumulation of feces on the floor. Approximately fifty percent of the floor was covered with the packed down feces. An excessive accumulation of waste can increase insects, pests, and odors, and may harbor pathogens and play a role in disease transmission. This enclosure must be cleaned more frequently and the waste removed daily.

### 3.84    (d)                REPEAT

### CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.

REPEAT    Section 3.84(d) - Pest control. An effective program for control of insects, external parasites affecting nonhuman primates, and birds and mammals that are pests, must be established and maintained so as to promote the health and well-being of the animals and reduce contamination by pests in animal areas.

\*\*\*\*\*There was an excessive amount of flies in the education building and in the food storage area between the storage buildings. The flies in the education building were on the floor and wall near the bush babies. The flies were concentrated on the perishable food that was not refrigerated. There were also rodent feces on the floor of the food storage area inside the building that housed the lemurs and coati. There was also rodent feces on the top of the refrigerator in this area and spiders on the wire surrounding the storage area. The facility must establish and maintain an effective program for the control of pests to promote the health and well-being of the animals and reduce contamination by pests in all animal areas and all food storage areas. The education building must be cleaned more frequently and the food must be stored appropriately.

| Prepared By: | JEFFREY BAKER, D.V.M. | | |
|---|---|---|---|
| | JEFFREY T BAKER, D.V.M. | USDA, APHIS, Animal Care | **Date:** |
| Title: | VETERINARY MEDICAL OFFICER Inspector 4052 | | Aug-05-2013 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | **Date:** |
| Title: | | | Aug-05-2013 |

Ex. 2-0096


## Inspection Report

**3.125**    (a)                    **REPEAT**
**FACILITIES, GENERAL.**

REPEAT    Section 3.125(a) - Structural strength.  The facility must be constructed of such material and of such strength as appropriate for the animals involved.  The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

*****The shelter in the kangaroo enclosure was broken at the top of the end where the opening was located.  This break allowed the side to slide out and compromised the structural strength of the shelter.  The opening of shelter in one of the coyote enclosures was chewed and ragged.  There was an area approximately four inches by eight inches missing from the side of the opening.  The shelter in the capybara enclosure was broken and ragged at the bottom right of the opening.  The bottom on the sheet metal on one side of the shelter in the bear enclosure was rusted and ragged.  Failure to maintain housing facilities in a structurally sound manner can cause injury to the animals.  All structures must be maintained and kept structurally sound.  The affected structures must be repaired or replaced.

**3.125**    (c)
**FACILITIES, GENERAL.**

Section 3.125(c) - Storage.  Supplies of food and bedding shall be stored in facilities which adequately protect such supplies against deterioration, molding, or contamination by vermin. Refrigeration shall be provided for supplies of perishable food.

*****The food storage areas were dirty.  In the storage area inside the lemur and coati building, there were rodent feces, feathers, dirt, and dry food kibble on the floor.  There were spiders and cobwebs on the wire enclosing the storage area.  The refrigerator in this area contained several pieces of fruit (apples and oranges) that were moldy and/or rotten.  Some pieces of the fruit had a substance (looked like dried onion skin) on the surface.  The licensee stated she washed the fruit before it was fed and that she disposed of all fruit that was bad.  There were also at least three spiders in the refrigerator.  The top of this refrigerator was cluttered and dirty.  There were plastic tubs and milk jugs, a piece of wood, a knife, and shelving on the top.  There were also rodent feces and dirt on the top surface.  In the storage area between two storage buildings outside the perimeter fence, there was fruit, vegetables, and bread stored outside with no refrigeration.  These were stored next to two refrigerators that were full of food.  There was an excessive number of flies and other flying insects (gnats) present in the area.  When the cover of a container with fruit was lifted, a mass of flies and other flying insects exited the container.  There was also pieces of old fruit on the ground near the food.  The licensee stated that the food outside the refrigerators was not to be fed to the animals.  In the food storage area inside the education building, there was a brown stain on the back interior surface of the freezer.  There were also light tan areas on the top surface of the lip area of the rest of the freezer.  There were pieces of insulation and rodent feces on the floor in this area.  All food stored near the food being fed to the animals will be considered as animal food and must be kept clean to ensure uncontaminated food for the animals.  The food must be stored appropriately and the food storage area cleaned more frequently.
To be corrected by:  Aug 17, 2013.

| | | |
|---|---|---|
| **Prepared By:** | JEFFREY BAKER, D.V.M. | |
| | JEFFREY T BAKER, D.V.M.        USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  4052 | Aug-05-2013 |
| **Received By:** | | |
| | (b)(6),(b)(7)(c) | **Date:** |
| **Title:** | | Aug-05-2013 |

Ex. 2-0097


## Inspection Report

### 3.127   (d)
### FACILITIES, OUTDOOR.

Section 3.127(d) - Perimeter fence. On or after May 17, 2000, all outdoor housing facilities (i.e., facilities not entirely indoors) must be enclosed by a perimeter fence that is of sufficient height to keep animals and unauthorized persons out. Fences less than 8 feet high for potentially dangerous animals, such as, but not limited to, large felines (e.g., lions, tigers, leopards, cougars, etc.), bears, wolves, rhinoceros, and elephants, or less than 6 feet high for other animals must be approved in writing by the Administrator. The fence must be constructed so that it protects the animals in the facility by restricting animals and unauthorized persons from going through it or under it and having contact with the animals in the facility, and so that it can function as a secondary containment system for the animals in the facility. It must be of sufficient distance from the outside of the primary enclosure to prevent physical contact between animals inside the enclosure and animals or persons outside the perimeter fence. Such fences less than 3 feet in distance from the primary enclosure must be approved in writing by the Administrator.

*****There was a portion of the perimeter fence surrounding the big cats, bears, and wolves that was not adequate. There was a section approximately 16 foot long that was only six feet high. The top of this section was not securely attached to the horizontal support bar at all points. The horizontal junction of two sections of wire in this area was not secure. There was a gap in the fence that could be pushed apart to allow animals to enter or exit the area. The perimeter fence must be at least eight feet high for dangerous animals and must be kept in good repair. This area must be stabilized and configured to meet the perimeter fence requirements.
To be corrected by: August 17, 2013.

### 3.130                    REPEAT
### WATERING.

REPEAT   Section 3.130 - If potable water is not accessible to the animals at all times, it must be provided as often as necessary for the health and comfort of the animal. Frequency of watering shall consider age, species, condition, size, and type of the animal. All water receptacles shall be kept clean and sanitary

*****There were at least five enclosures housing six animals that had dirty water receptacles. The interior surface of the water receptacle was a green color in all of these enclosures. There were gravel and dirt on the bottom of the water receptacle in one of the coyote enclosures. Water receptacles must be maintained in a clean and sanitary condition in order to ensure that the animals are provided with clean, potable water, and to ensure that they maintain adequate hydration. These water receptacles must be cleaned more frequently.

| Prepared By: | JEFFREY BAKER, D.V.M. | | |
|---|---|---|---|
| | JEFFREY T BAKER, D.V.M. | USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  4052 | | Aug-05-2013 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Aug-05-2013 |

Ex. 2-0098


## Inspection Report

**3.131**  (a)  **REPEAT**
**SANITATION.**

REPEAT   Section 3.131(a) - Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors. When enclosures are cleaned by hosing or flushing, adequate measures shall be taken to protect the animals confined in such enclosures from being directly sprayed with the stream of water or wetted involuntarily.

*****The enclosure housing two bears had an excessive accumulation of feces present on the ground. There were piles of the feces present throughout the enclosure. There was an excessive accumulation of feces on the floor in the shelter of the enclosure housing  the capybara. Animal enclosures must be cleaned routinely in order to provide for appropriate animal husbandry standards, to reduce disease transmission, and to prevent the animals from becoming contaminated or soiled. The licensee must clean these enclosures and ensure that all enclosures housing animals are cleaned as often as necessary to promote appropriate husbandry standards.

**3.131**  (d)  **REPEAT**
**SANITATION.**

REPEAT   Section 3.131(d) Pest Control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

*****In the storage area inside the lemur and coati building, there were rodent feces on the floor and on top of the refrigerator. There were also at least three spiders inside the refrigerator. There were spiders and cobwebs on the wire enclosing the storage area. In the storage area between two storage buildings outside the perimeter fence, there was an excessive number of flies and other flying insects (gnats) present in the area. When the cover of a container with fruit was lifted, a mass of flies and other flying insects exited the container. In the education building, there were rodent feces on the floor. There were also an excessive amount of flies on the walls, floor, on a piece of cauliflower, and on the bedding in the enclosures. Disease can be transmitted by the pests to the animals and can contaminate feed and water. The licensee must establish and maintain an effective program for the control of pests to promote the health and well-being of the animals and reduce contamination by pests in all animal areas. These areas must also be cleaned more frequently.

**3.132**
**EMPLOYEES.**

Section 3.132   Employees. A sufficient number of adequately trained employees shall be utilized to maintain the professionally acceptable level of husbandry practices set forth in this subpart. Such practices shall be under a supervisor who has a background in animal care.

*****There are not an adequate number of employees at the zoo. The current and past inspection reports demonstrate that the work load exceeds the staffing level. There are not enough attendants present when

| Prepared By: | *JEFFREY BAKER, D.V.M.* | | |
|---|---|---|---|
| | JEFFREY T BAKER, D.V.M. | USDA, APHIS, Animal Care | **Date:** |
| Title: | VETERINARY MEDICAL OFFICER Inspector  4052 | | Aug-05-2013 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | **Date:** |
| Title: | | | Aug-05-2013 |

Ex. 2-0099

## Inspection Report

the public has access to the animals, and there not enough employees to clean to meet appropriate husbandry standards. This does not provide for the health and well-being of the animals. The staffing level must be increased to include additional adequately trained employees or the numbers of animals must be decreased to a point so the present staff can accommodate the needs of the animals and meet the requirements of the Animal Welfare Act. To be corrected by: August 17, 2013.

An exit briefing was conducted with a facility representative.

| Prepared By: | JEFFREY BAKER, D.V.M. | | |
|---|---|---|---|
| | JEFFREY T BAKER, D.V.M.    USDA, APHIS, Animal Care | | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  4052 | | Aug-05-2013 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Aug-05-2013 |

Ex. 2-0100

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_____ation.pdf

United States Department of Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Avenue
Building B, 3W11
Fort Collins, CO
80526
Phone: 970/494-7478
Fax: 970/494-7461

August 29, 2013

Pamela Sellner
1512 210th Street
Manchester, IA 52057

Dear Ms. Sellner:

I write in reply to your further appeal of three citations from the inspection report dated June 12, 2013. Each citation is addressed individually below.

With regard to the citation of Section 3.127(c), Drainage: as requested, copies of photographs showing the noncompliance are included below.

 

The citation of this noncompliance on the inspection report states: *"The cattle must walk through the water and mud in order to access the food and water receptacles in the enclosure. The cattle were observed to sink in the mud almost to the level of their 'knees' as they walked in this area. Their coats were muddy along the entire length of their legs and on the underside of their abdomens."* The photographs clearly depict the noncompliance as described.

With regard to the citation of Section 3.10, Watering: photographic evidence depicts a buildup of green material (as stated on the inspection report) as opposed to a "slight green color."

An Equal Opportunity Provider and Employer

With regard to the citation of Section 2.40(b) (2), Attending Veterinarian and Adequate Veterinary Care: I am glad to hear that subsequent to our inspection, you had your veterinarian evaluate the nonhuman primate, Cynthia. Further, I am glad to hear that she is improving and "looks good right now." Please note that if you had contacted your veterinarian at the time the condition needed veterinary attention, as opposed to after our inspector identified said condition during the inspection, a citation would not have been written.

Based on the information above, the three appealed citations will remain on the inspection report as written.

With regard to your question "how good is good enough": the standards of the Animal Welfare Act do not represent or create an expectation of perfection; they are considered to be the minimum standards that must be met by regulated facilities in order to be in compliance. Most regulated facilities exceed those standards, but that is not required. However, full compliance with the minimum standards is required and expected.

If you have additional information you wish to be considered, please forward it to the address provided. If we do not hear from you within 30 days, the original inspection report will be posted online at that time. Thank you for your interest in the welfare of animals.

Sincerely,

Robert M. Gibbens, DVM
Director, Western Region
USDA, APHIS, Animal Care


## Inspection Report

Pamela Sellner
Tom Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**

Certificate: **42-C-0084**

Site: 001

TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION

Date: Sep-25-2013

---

**3.75**    (c)    (3)                    **REPEAT**

**HOUSING FACILITIES, GENERAL.**

(3) Cleaning. Hard surfaces with which nonhuman primates come in contact must be spot-cleaned daily and sanitized in accordance with Sec. 3.84 of this subpart to prevent accumulation of excreta or disease hazards. If the species scent mark, the surfaces must be sanitized or replaced at regular intervals as determined by the attending veterinarian in accordance with generally accepted professional and husbandry practices. Floors made of dirt, absorbent bedding, sand, gravel, grass, or other similar material, and planted enclosures must be raked or spot-cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta. Contaminated material must be removed or replaced whenever raking and spot cleaning does not eliminate odors, diseases, insects, pests, or vermin infestation. All other surfaces of housing facilities must be cleaned and sanitized when necessary to satisfy generally accepted husbandry standards and practices. Sanitization may be done by any of the methods provided in Sec. 3.84(b)(3) of this subpart for primary enclosures.

Within the "reptile house", there is a large amount of dust, dirt, debris, and/or cobwebs on the floor, walls, ceiling, husbandry items, and light and electrical fixtures. The ruffed lemur, the ring-tailed lemur and one baboon are located in this area. There are also cobwebs within the ruffed lemur and ring-tailed lemur enclosures. The cobwebs are located in both the indoor and outdoor portions of these enclosures.

There are two primate enclosures that have a build-up of food waste and/or animal waste on the floor of the enclosure (one ruffed lemur in the "reptile house", two bush babies in the "education center"). This waste is attracting flies.

In the indoor portion of the baboon enclosure within the "reptile house", there are several large areas on the enclosure walls that have black to brown grime.

Within the primate building, there is a large amount of dust, dirt, debris, fly specs, insulation and/or cobwebs on the floor, walls, ceiling, husbandry items, and light and electrical fixtures. All of the primary enclosures within this building have a build-up of dust, dirt, debris, cobwebs and/or grime on the wire panels that make up the primary enclosure. These enclosures contain two macaques, one vervet and three baboons. There is a play house within the outdoor portion of the vervet enclosure that is made of hard plastic that has a thick build-up of dust, dirt and/or grime.

---

| | | |
|---|---|---|
| **Prepared By:** | HEATHER COLE, D.V.M | |
| | HEATHER  COLE, D.V.M          USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 | Sep-27-2013 |
| **Received By:** | | |
| | (b)(6),(b)(7)(c) | **Date:** |
| **Title:** | | Sep-27-2013 |

Ex. 2-0103


# Inspection Report

Failure to clean animal housing areas, including primary enclosures, can lead to health hazards, pests and odors.

Hard surfaces with which non-human primates come in contact must be spot-cleaned daily and indoor primary enclosures must be sanitized at least once every two weeks or more often if necessary to prevent an excessive accumulation of dirt, debris, animal or food waste, or disease hazards.

If the species scent mark, the surfaces must be sanitized or replaced at regular intervals as determined by the attending veterinarian in accordance with generally accepted professional and husbandry practices.

Floors made of dirt, absorbent bedding, gravel, grass, or other similar material must be raked or spot-cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta. Contaminated material must be removed or replaced whenever raking and spot cleaning does not eliminate pests, odors, or other disease hazards.

All other surfaces within housing facilities must be cleaned and sanitized when necessary to satisfy generally accepted husbandry standards and practices.

## 3.81    (c)    (2)                    REPEAT
### ENVIRONMENT ENHANCEMENT TO PROMOTE PSYCHOLOGICAL WELL-BEING.

(c) Special considerations. Certain nonhuman primates must be provided special attention regarding enhancement of their environment, based on the needs of the individual species and in accordance with the instructions of the attending veterinarian. Nonhuman primates requiring special attention are the following: (2) Those that show signs of being in psychological distress through behavior or appearance;

There is an approximately seven year old, female rhesus macaque (Ana) that has thinning hair on both legs and a patch of thinning hair on her back. This is suggestive of over-grooming. This animal was also observed multiple times sucking her toe. These abnormal behaviors suggest that the animal is in psychological distress. The licensee states that the animal has always sucked her toe. This animal is pair-housed and there are some environmental enrichment items within the enclosure, however, the environmental enhancement plan does not specifically address the abnormal behaviors. Failure to have a special plan regarding environmental enhancement in animals showing signs of psychological distress can lead to further psychological distress, abnormal behaviors or animal injury. The licensee must develop, document and follow an environmental enhancement plan that specifically addresses the animals that show signs of being in psychological distress through behavior or appearance.

## 3.84    (d)                         REPEAT
### CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.

(d) Pest control. An effective program for control of insects, external parasites affecting nonhuman primates, and birds and mammals that are pests, must be established and maintained so as to promote the health and well-being of the animals and reduce contamination by pests in animal areas

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER COLE, D.V.M | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 | | Sep-27-2013 |
| **Received By:** | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Sep-27-2013 |

Ex. 2-0104


## Inspection Report

A large number of flies are present throughout the entire facility. There are flies flying around within the primate building and "education center". Flies are present within some of the animal enclosures and can be seen landing on the animals, food and animal waste. The animals present in these areas are two macaques, one vervet, three baboons, and two bush babies.

Cobwebs with spiders are present within the "reptile house", primate building and "education center". Some of the animal enclosures have cobwebs on or within them. The animals in these areas are the ruffed lemur, ring-tailed lemur, four baboons ("reptile house" and primate building), two macaques, one vervet, and two bush babies.

Evidence of rodents are present throughout the facility. Rodent feces is present within the primate building and there are holes in the wall that the licensee confirms were made by rodents. One inspector saw a live mouse in the primate building housing two macaques, one vervet and three baboons.

The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies, spiders and rodents, must be established and maintained.

### 3.127    (c)                                 REPEAT
### FACILITIES, OUTDOOR.

(c) Drainage. A suitable method shall be provided to rapidly eliminate excess water. The method of drainage shall comply with applicable Federal, State, and local laws and regulations relating to pollution control or the protection of the environment.

There are large areas of standing water within four enclosures.

One area is within the exhibit housing two potbelly pigs. There is an area approximately four by four feet in one corner of the enclosure that is wet and muddy with sitting water. The licensee states that this was created by recent rains and that drainage in this area is a problem.

The second and third areas are within the exhibits housing one fallow deer and two Meishan pigs. Within both exhibits there are large, wet and muddy areas with standing water. The wet areas are adjacent to the shared fence-line between the exhibits, near the water receptacles. The licensee states that the hose that runs to these water receptacles has a leak and is creating the standing water. The animals must walk through the wet areas to reach these water receptacles.

The fourth area is within the exhibit housing two bears. There is standing water along the edge of the enclosure creating several small puddles within the enclosure. The licensee states this is from recent rains.

Improper drainage within enclosures does not ensure a clean, dry environment for the animals which can impact the health and well-being of the animals. A suitable method shall be provided to rapidly eliminate excess water from within the enclosures.

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER  COLE, D.V.M          USDA, APHIS, Animal Care | | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | | Sep-27-2013 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Sep-27-2013 |

Ex. 2-0105


## Inspection Report

**3.127**     (d)                          **REPEAT**

### FACILITIES, OUTDOOR.

Section 3.127(d) - Perimeter fence. On or after May 17, 2000, all outdoor housing facilities (i.e., facilities not entirely indoors) must be enclosed by a perimeter fence that is of sufficient height to keep animals and unauthorized persons out. Fences less than 8 feet high for potentially dangerous animals, such as, but not limited to, large felines (e.g., lions, tigers, leopards, cougars, etc.), bears, wolves, rhinoceros, and elephants, or less than 6 feet high for other animals must be approved in writing by the Administrator. The fence must be constructed so that it protects the animals in the facility by restricting animals and unauthorized persons from going through it or under it and having contact with the animals in the facility, and so that it can function as a secondary containment system for the animals in the facility. It must be of sufficient distance from the outside of the primary enclosure to prevent physical contact between animals inside the enclosure and animals or persons outside the perimeter fence. Such fences less than 3 feet in distance from the primary enclosure must be approved in writing by the Administrator.

The portion of the perimeter fence surrounding the big cats, bears, and wolves has a section of fence that has become detached from the fence post and is sagging out from the facility. Another section of fence in the same area has been patched together with panels and there are gaps between the panels that could be pushed apart to allow animals to enter or exit the area. This fence is not in good repair and does not effectively restrict animals and unauthorized persons from going through it. The perimeter fence needs to be repaired or replaced in order to effectively prevent animals and people from going through it or under it and having contact with the animals in the facility.

There is a camel in one enclosure that has no secondary containment on one side of the enclosure. On the West side of the enclosure, the only fence that contains that animal in the facility is the eight foot perimeter fence. This fencing design does not provide for a secondary containment system for the camel. The perimeter fence must be constructed so that it protects the animals in the facility by functioning as a secondary containment system. It must be of sufficient distance (3 feet or more) from the outside of the primary enclosure to prevent physical contact between animals inside the enclosure and animals or persons outside of the perimeter fence.

**3.129**     (b)

### FEEDING.

(b) Food, and food receptacles, if used, shall be sufficient in quantity and located so as to be accessible to all animals in the enclosure and shall be placed so as to minimize contamination. Food receptacles shall be kept clean and sanitary at all times. If self-feeders are used, adequate measures shall be taken to prevent molding, contamination, and deterioration or caking of food.

The feeders for the coati mundi, wallaby, coyotes, and potbelly pigs all have a thick brown to black build-up within and/or on them. Failure to clean feeders can lead to disease hazards for the animals. Food receptacles shall be kept clean and sanitary at all times.

To be corrected by: October 9, 2013

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER COLE, D.V.M     USDA, APHIS, Animal Care | | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 | | Sep-27-2013 |
| **Received By:** | | | |
| | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Sep-27-2013 |

Ex. 2-0106



## Inspection Report

**3.130**                                       **REPEAT**

**WATERING.**

If potable water is not accessible to the animals at all times, it must be provided as often as necessary for the health and comfort of the animal. Frequency of watering shall consider age, species, condition, size, and type of the animal. All water receptacles shall be kept clean and sanitary.

There is a build-up of algae within the water receptacles for the capybara and the pen housing one llama and two sheep. Failure to clean water receptacles can lead to disease hazards for the animals. All water receptacles shall be kept clean and sanitary at all times.

**3.131**        (a)                            **REPEAT**

**SANITATION.**

(a) Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors.

There are several enclosures throughout the entire facility that have a build-up of food waste and/or animal waste within the enclosure. Kinkajous ("reptile house" and "education center"), Patagonian cavy, highland cattle, bears, African crested porcupine, fennec fox, and chinchillas. In some of the areas, the waste is attracting flies.

The wire sides and top of the caging for the kinkajou within the "education center" have a build-up of dust, dirt, debris, grime and/or animal and food waste.

There is a build-up of a yellow-brown substance located on the walls of the serval enclosure (both inside and outside). The litter box within the serval enclosure has a layer of dust, dirt, debris and/or grime. There are cobwebs both within and on the serval enclosure.

There are several areas on the walls within the indoor portion of the coati mundi enclosure that have a build-up of black to brown grime. There are cobwebs located within and on the coati mundi enclosure.

There is water, waste and/or debris on the floor of the capybara shelter.

The inside of the shelter for two of the potbelly pigs has a thick build-up of a black to brown material on the floor, walls and ceiling.

Failure to clean animal enclosures can lead to health hazards, pests and odors. Primary enclosures shall be cleaned and excreta shall be removed in order to prevent contamination of the animals contained therein and to minimize disease hazards, pests and odors.

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER COLE, D.V.M | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector 6026 | | Sep-27-2013 |
| **Received By:** | | | |
| | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Sep-27-2013 |


### 3.131   (c)
### SANITATION.

(c) Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

Within the back of the "reptile house", there is a large amount of dust, dirt, debris, and/or cobwebs on the floor, walls, ceiling, husbandry items, and light and electrical fixtures. The serval and coati mundi are located in this area.

Within the feed storage room in the "education center" there is dust, dirt, debris, rodent droppings and/or cobwebs on the floor, walls, ceiling, shelves and husbandry supplies.

Failure to clean the premises can lead to health hazards and can contribute to the development of pest breeding and living areas. The premises must be kept clean in order to protect the animals from health hazards, to reduce or eliminate breeding and living areas for pests and to facilitate good husbandry practices.

To be corrected by: October 25, 2013

### 3.131   (d)                    REPEAT
### SANITATION.

(d) Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained

A large number of flies are present throughout the entire facility. There are flies flying around within the "reptile house", outside facilities and "education center". Flies are present within some of the animal enclosures and can be seen landing on the animals, food and animal waste. Flies are present within both indoor and outdoor enclosures. The animals present in these areas are the ferrets, kinkajou ("reptile house" and "education center"), Patagonian cavy, bears, African crested porcupine, fennec fox, chinchillas, skunk, sloth, and armadillo.

Cobwebs with spiders are present throughout the entire facility. The main areas where the spiders are located are within the "reptile house", outside facilities and within the storage area in the "education center". Some of the animal enclosures have cobwebs within them (serval, coati mundi).

There is evidence of rodents throughout the facility. There was a dead rat within one of the coyote enclosures. The licensee removed the rodent during the inspection. Rodent feces is present in several areas including the feed storage room within the "education center".

The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies, spiders and rodents, must be established and maintained.

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER COLE, D.V.M       USDA, APHIS, Animal Care | | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | | Sep-27-2013 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Sep-27-2013 |

Ex. 2-0108


The environmental enhancement plan for non-human primates was inspected. No other records inspected at this time.

Inspection and exit briefing conducted with the owner.

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER COLE, D.V.M          USDA, APHIS, Animal Care | | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | | Sep-27-2013 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Sep-27-2013 |

Ex. 2-0109

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_____ation.pdf



CFR: 3.127 (d)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. On the West side of the camel enclosure, the only fence that contains the animal in the facility is the eight foot perimeter fence. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex. 2-0110



CFR: 3.127 (d)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | | |

42-C-0084

Description: Close-up photo. On the West side of the camel enclosure, the only fence that contains the animal in the facility is the eight foot perimeter fence.

Ex. 2-0111



CFR: 3.127 (d)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Close-up photo. On the West side | |

42-C-0084

Description: Close-up photo. On the West side
of the camel enclosure, the only fence that contains the animal in the facility is the eight foot perimeter
fence.

Ex. 2-0112



CFR: 3.127 (c)

| Photographer: | Heather Cole | Legal Name: | | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Distant photo. Wet and muddy areas with standing water within the fallow deer and Meishan pig exhibits. | | |

Ex. 2-0113



CFR: 3.127 (c)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|

PAMELA SELLNER
TOM SELLNER

Photo Taken: Wed, Sep 25, '13

Inspection: 269131322160528

Description: Close-up photo. Wet and muddy areas with standing water within the fallow deer and Meishan pig exhibits.

Ex. 2-0114



CFR: 3.127 (c)

| | | | |
|---|---|---|---|
| **Photographer:** | Heather Cole | **Legal Name:** | 42-C-0084 |
| **Photo Taken:** | Wed, Sep 25, '13 | PAMELA SELLNER | |
| **Inspection:** | 269131322160528 | TOM SELLNER | |
| **Description:** | Distant photo. Wet and muddy areas with standing water within the fallow deer and Meishan pig exhibits. | | |

Ex. 2-0115



CFR: 3.127 (c)

| | | |
|---|---|---|
| Photographer: | Heather Cole | |
| | | **Legal Name:** |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| | | TOM SELLNER |
| Inspection: | 269131322160528 | |
| Description: | Close-up photo. Wet and muddy areas with standing water within the fallow deer and Meishan pig exhibits. | |

42-C-0084

Ex. 2-0116



CFR: 3.130

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Distant photo. A build-up of algae within the water receptacle in the pen housing one llama and two sheep. | | |

Ex. 2-0117



CFR: 3.130

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. A build-up of algae within the water receptacle in the pen housing one llama and two sheep. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex. 2-0118



CFR: 3.127 (c), 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |

Description: Distant photo. Several small puddles of standing water within the bear enclosure. Build-up of animal waste.

Ex. 2-0119



CFR: 3.127 (c)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Several small puddles of standing water within the bear enclosure | | |



CFR: 3.127 (d)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Perimeter fence surrounding the big cats, bears, and wolves. Fence is detached from the fence post and is sagging out from the facility. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.127 (d)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Perimeter fence surrounding the big cats, bears, and wolves. Patched fence with gaps between the panels. |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.127 (d)

Photographer: Heather Cole

Photo Taken: Wed, Sep 25, '13

Inspection: 269131322160528

Description: Close-up photo. Perimeter fence surrounding the big cats, bears, and wolves. Patched fence with gaps between the panels.

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex. 2-0123



CFR: 3.75 (c) (3)

| | |
|---|---|
| **Photographer:** | Heather Cole |
| **Photo Taken:** | Wed, Sep 25, '13 |
| **Inspection:** | 269131322160528 |
| **Description:** | Distant photo. Build-up of food waste and/or animal waste on the floor of the bushbaby enclosure in the "education center" |

**Legal Name:**
PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.75 (c) (3)

| Photographer: | Heather Cole | Legal Name: | | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | | |
| Inspection: | 269131322160528 | TOM SELLNER | | |
| Description: | Close-up photo. Build-up of food waste and/or animal waste on the floor of the bushbaby enclosure in the "education center" | | | |

Ex. 2-0125



CFR: 3.75 (c) (3)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|

PAMELA SELLNER
TOM SELLNER

Photo Taken:  Wed, Sep 25, '13

Inspection:  269131322160528

Description:  Close-up photo. Build-up of food waste and/or animal waste on the floor of the bushbaby enclosure in the "education center"

Ex. 2-0126



CFR: 3.75 (c) (3)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |

Description: Close-up photo. Build-up of food waste and/or animal waste on the floor of the bushbaby enclosure in the "education center"

Ex. 2-0127



CFR: 3.75 (c) (3), 3.84 (d)

| | | |
|---|---|---|
| Photographer: | Heather Cole | |
| | | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| | | TOM SELLNER |
| Inspection: | 269131322160528 | |
| Description: | Build-up of food waste and/or animal waste on the floor of the bushbaby enclosure in the "education center". Flies within the bush baby enclosure. | |



CFR: 3.131 (d)

| Photographer: | Heather Cole | Legal Name: | | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | | |
| Inspection: | 269131322160528 | TOM SELLNER | | |
| Description: | Flies within the kinkajou enclosure in the "reptile house" | | | |

Ex. 2-0129



CFR: 3.131 (c), 3.75 (c) (3)

| | |
|---|---|
| **Photographer:** | Heather Cole |
| **Photo Taken:** | Wed, Sep 25, '13 |
| **Inspection:** | 269131322160528 |

**Legal Name:**
PAMELA SELLNER
TOM SELLNER

42-C-0084

**Description:** Within the "reptile house", dust, dirt, debris, cobwebs on the floor, walls, husbandry items, and electrical fixtures.

Ex. 2-0130



CFR: 3.75 (c) (3), 3.131 (c)

| | |
|---|---|
| **Photographer:** | Heather Cole |
| **Photo Taken:** | Wed, Sep 25, '13 |
| **Inspection:** | 269131322160528 |
| **Description:** | Distant photo. Within the "reptile house", dust, dirt and debris on the floor, walls, husbandry items. |

**Legal Name:**
PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.75 (c) (3), 3.131 (c)

| | | |
|---|---|---|
| **Photographer:** | Heather Cole | **Legal Name:**                42-C-0084 |
| **Photo Taken:** | Wed, Sep 25, '13 | PAMELA SELLNER |
| **Inspection:** | 269131322160528 | TOM SELLNER |
| **Description:** | Within the "reptile house", dust, dirt and debris on the floor, walls, husbandry items. | |



CFR: 3.75 (c) (3), 3.84 (d)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Distant photo. Cobwebs within the ruffed lemur enclosure. | | |



CFR: 3.75 (c) (3), 3.84 (d)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Cobwebs within the ruffed lemur enclosure. |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.75 (c) (3)

Photographer:    Heather Cole

Photo Taken:    Wed, Sep 25, '13

Inspection:    269131322160528

Description:    Distant photo. Baboon enclosure within the "reptile house". Large areas on walls with black to brown grime.

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex. 2-0135



CFR: 3.75 (c) (3)

| | | |
|---|---|---|
| **Photographer:** | Heather Cole | **Legal Name:** |
| **Photo Taken:** | Wed, Sep 25, '13 | PAMELA SELLNER |
| | | TOM SELLNER |
| **Inspection:** | 269131322160528 | |
| **Description:** | Distant photo. Baboon enclosure within the "reptile house". Large areas on walls with black to brown grime. | |

42-C-0084



CFR: 3.75 (c) (3)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Close-up photo. Baboon enclosure within the "reptile house". Large areas on walls with black to brown grime. | |

42-C-0084

Ex. 2-0137



CFR: 3.131 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | |
| | | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | Legal Name: PAMELA SELLNER TOM SELLNER |
| Inspection: | 269131322160528 | |
| Description: | Distant photo. Coati mundi enclosure within the "reptile house". Large areas on walls with black to brown grime. | |

Ex. 2-0138



CFR: 3.129 (b)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. The feeder for the coati mundi has a thick brown to black build-up. | | |



CFR 3.129 (b)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. The feeder for the coati mundi has a thick brown to black build-up. |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.131 (c), 3.131 (d), 3.75 (c) (3), 3.84 (d)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |

42-C-0084

Description: Distant photo. Within the "reptile house", dust, dirt, debris, rodent droppings on the floor, walls, husbandry items.

Ex. 2-0141



CFR: 3.131 (c), 3.131 (d), 3.75 (c) (3), 3.84 (d)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|

Photographer: Heather Cole

Photo Taken: Wed, Sep 25, '13

Inspection: 269131322160528

Description: Close-up photo. Within the "reptile house", dust, dirt, debris, rodent droppings on the floor, walls, husbandry items.

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex. 2-0142



CFR: 3.131 (c), 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Within the "reptile house", dust, dirt, debris, cobwebs on the floor, walls, husbandry items. |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex. 2-0143



CFR: 3.131 (c), 3.75 (c) (3)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| | | TOM SELLNER |
| Inspection: | 269131322160528 | |
| Description: | Close-up photo. Within the "reptile house", dust, dirt and debris on the floor. | |

42-C-0084

Ex. 2-0144



CFR: 3.131 (c), 3.75 (c) (3)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER<br>TOM SELLNER |
| Inspection: | 269131322160528 | |
| Description: | Within the "reptile house", dust, dirt, debris, cobwebs on the floor, walls, husbandry items. | |

42-C-0084

Ex. 2-0145



CFR: 3.129 (b)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. The feeder for the wallaby has a thick brown to black build-up. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex. 2-0146



CFR: 3.129 (b)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. The feeder for the wallaby has a thick brown to black build-up. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex. 2-0147



CFR: 3.129 (b)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Distant photo. The feeder for the coyote has a thick brown to black build-up. | | |

Ex. 2-0148



CFR: 3.129 (b)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. The feeder for the coyote has a thick brown to black build-up. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.130

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Algae within the capybara water receptacle. |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.130

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|

PAMELA SELLNER
TOM SELLNER

Photo Taken: Wed, Sep 25, '13

Inspection: 269131322160528

Description: Close-up photo. Algae within the capybara water receptacle.

Ex. 2-0151



CFR: 3.81 (c) (2)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Approximately seven year old, female rhesus macaque (Ana) with thinning hair on both legs. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex. 2-0152



CFR: 3.81 (c) (2)

| | |
|---|---|
| **Photographer:** Heather Cole | **Legal Name:** 42-C-0084 |
| **Photo Taken:** Wed, Sep 25, '13 | PAMELA SELLNER<br>TOM SELLNER |
| **Inspection:** 269131322160528 | |
| **Description:** Distant photo. Approximately seven year old, female rhesus macaque (Ana) with thinning hair on both legs. | |



CFR: 3.81 (c) (2)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |

Description: Distant photo. Approximately seven year old, female rhesus macaque (Ana) with thinning hair on both legs.



CFR: 3.81 (c) (2)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER<br>TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Close-up photo. Approximately seven year old, female rhesus macaque (Ana) with thinning hair on both<br>legs. | | |

Ex. 2-0155



CFR: 3.81 (c) (2)

| | | | |
|---|---|---|---|
| **Photographer:** | Heather Cole | **Legal Name:** | 42-C-0084 |
| **Photo Taken:** | Wed, Sep 25, '13 | PAMELA SELLNER<br>TOM SELLNER | |
| **Inspection:** | 269131322160528 | | |
| **Description:** | Approximately seven year old, female rhesus macaque (Ana) with a patch of thinning hair on her back. | | |

Ex. 2-0156



CFR: 3.75 (c) (3)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| | | TOM SELLNER |
| Inspection: | 269131322160528 | |
| Description: | Distant photo. Play house within vervet enclosure with a build-up of dust, dirt, grime. | |

42-C-0084

Ex. 2-0157



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Play house within vervet enclosure with a build-up of dust, dirt, grime. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex. 2-0158



CFR: 3.81 (c) (2)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Approximately seven year old, female rhesus macaque (Ana) with thinning hair on both legs. |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex. 2-0159