**1**

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

TRACEY K. KUEHL, an individual;
LISA K. KUEHL, an individual;
KRISS A. BELL, an individual;
JOHN T. BRAUMANN, an individual;
and ANIMAL LEGAL DEFENSE FUND,
a non-profit corporation,

         Plaintiffs,

vs.
              No. C14-2034-LRR

PAM SELLNER, an individual;
TOM SELLNER, an individual;
and CRICKET HOLLOW ZOO,
a non-profit corporation,

         Defendants.


DEPOSITION OF PAM SELLNER, taken on behalf of
the Plaintiffs on March 20, 2015, commencing at
9:00 a.m., at the Days Inn, 1220 West Marion
Street, Manchester, Iowa, before Vicki L. Newgard,
Certified Shorthand Reporter of Iowa, pursuant to
stipulation.


APPEARANCES:

    MR. JEFFREY PIERCE and MS. JESSICA BLOME,
Attorneys at Law, Animal Legal Defense Fund,
170 East Cotati Avenue, Cotati, California 94931;
Counsel for the Plaintiffs.

    MR. LARRY J. THORSON, of the firm of Ackley,
Kopecky & Kingery, Attorneys at Law, 4056 Glass
Road NE, Cedar Rapids, Iowa 52402; Counsel for the
Defendants.

    ALSO PRESENT: Mr. Tom Sellner

---

**2**

I N D E X

                           Page

PAM SELLNER

    Direct Examination by Ms. Blome        3


DEPOSITION EXHIBITS              Identified

L -- Aerial Photograph            97

*  *  *  *  *  *  *  *  *  *


S T I P U L A T I O N

    It is stipulated and agreed by and between
Counsel for the respective parties that the
deposition of PAM SELLNER may be taken on the 20th
day of March, 2015, before Vicki L. Newgard,
Certified Shorthand Reporter of Iowa; that the
deposition is taken pursuant to the Federal Rules
of Civil Procedure and may be used for all purposes
contemplated by said Rules.

---

**3**

               PAM SELLNER,

being produced, sworn as hereinafter certified and
examined on behalf of the Plaintiffs, testified as
follows:

             EXAMINATION

BY MS. BLOME:

    Q.   Good morning, Mrs. Sellner.

    A.   Good morning.

    Q.   I believe you know this, but my name's
Jessica Blome, and I'm an attorney with the Animal
Legal Defense Fund.  I represent all the plaintiffs
in this matter.  Thank you for appearing today for
your deposition.  I wonder if you've ever taken a
deposition before.

    A.   No.

    Q.   Okay.  I know you've heard some of the
ground rules, but I'd just like to go over them
with you specifically just so that you can ask any
questions you might have.  You know, most notably I
think you've noticed that you need to say yes or
no.  No nodding or gestures.  Unfortunately those
don't show up on the transcript.

    A.   (Nods yes.)

    Q.   We need complete answers, so will you
provide all of the information that would be

---

**4**

responsive to a question that I ask you?

    A.   Yes.

    Q.   If you don't understand a question, I ask
that you simply ask me to rephrase it and I'd be
more than happy to do so.

    A.   Yes.

    Q.   If you need a break at any time, please
feel free to take one.  We'll just go off the
record for a moment and take the time that you
need.  For any reason.  Will you do that?

    A.   Yes.

    Q.   If you remember additional information
during the course of this deposition, if you feel
something was left out or you could add to a
response you've previously given, I have no problem
with you interrupting me and adding that
information then.  Nothing is unimportant, so feel
free to add information.  Will you do that?

    A.   Yes.

    Q.   If you think a document might help you
with your testimony, please let me know and I or
your attorney will be able to locate that -- it's
very likely we'd be able to locate that -- if it
would refresh your recollection, use it to help
with your testimony.  Okay?

ORIGINAL

Ex. 7-0387

5

1    A.    Yes.

2    Q.    Is there anything such as an illness or

3 medication that might keep you from testifying

4 coherently today?

5    A.    No.

6    Q.    And as I ask questions, I think you've

7 noticed that attorneys might interrupt and register

8 objections.  Your attorney will do it and I might

9 do it in case one of your answers doesn't meet some

10 of the criteria that we're looking for.  When that

11 happens, I ask that you just listen to the

12 objection and then go ahead and answer the

13 question, with the few exceptions where your

14 attorney might tell you not to.  Okay?

15    A.    Yes.

16    Q.    In certain situations -- oh.  I already

17 said that.  Never mind.

18         Did you bring any documents with you here

19 today?

20    A.    I don't have --

21    Q.    Not personally?

22    A.    No.

23    Q.    Okay.  Let's start with your education.

24 Just some simple questions to start off.  Did you

25 graduate from high school?

6

1    A.    Yes.

2    Q.    From?

3    A.    Maquoketa Valley High School in Delhi.

4    Q.    Okay.  What year?

5    A.    1977.

6    Q.    And in 1977 did you run off to college or

7 start your career?

8    A.    I took an artificial insemination course

9 for cattle, and then I attended Kirkwood College in

10 Cedar Rapids briefly for horse husbandry.  I did

11 not finish that course.  I was employed by Delaware

12 County DHIA and I was a field technician for them

13 for 25 years.

14    Q.    Okay.  What's DHIA?

15    A.    Dairy Herd Improvement Association.

16    Q.    Okay.

17    A.    I was a field tech.

18    Q.    Okay.  So the course that you took while

19 you were -- were you still in Maquoketa Valley when

20 you took that on artificial insemination?

21    A.    Yes.

22    Q.    Like community college or high school?

23    A.    No, it was a breeding cooperative.

24    Q.    So like a private association.

25    A.    Yes.

7

1    Q.    Okay.  And then you went to Kirkwood

2 How many hours of courses did you complete there on

3 horse husbandry?

4    A.    Probably just a quarter.

5    Q.    So like 16 hours?  Maybe four classes?

6    A.    I don't really know.

7    Q.    What were some of the classes, do you

8 remember?

9    A.    We did horse nutrition and we did riding

10 and care, we ran skid loaders and tractors and did

11 maintenance things.

12    Q.    So like equipment maintenance?

13    A.    Yeah.

14    Q.    You said riding and care.  Like riding

15 the horses, not the equipment.

16    A.    Right.

17    Q.    Okay.  And what do you mean by care?

18    A.    We were just learning -- 'cause everybody

19 had a weekend that they had to care for all the

20 horses in the stables, so you had your weekend that

21 you would muck stalls and groomed and did whatever.

22    Q.    Okay.  And horse nutrition, what types of

23 things did you learn about horse nutrition?

24    A.    I don't remember.

25    Q.    Okay.  So about three or four classes at

8

1 Kirkwood, then you went on to work for DHIA, which

2 you characterized as a -- basically a private

3 association.  A cooperative.

4    A.    Well, our county is cooperative, but DHIA

5 is a national association of dairy herd

6 improvement.  That's where all of our records for

7 bull studs and for show cattle and individual

8 farmers use, that all is -- it's a computerized

9 thing.

10    Q.    So it's a local chapter of a national

11 organization?

12    A.    Sort of.  We hire our own supervisors

13 that go out, but we have to abide by the national

14 rules.

15    Q.    And you mentioned that you were part of a

16 cooperative.  We heard about AMPI.  Is that AMPI?

17    A.    No.

18    Q.    Okay.  What's your cooperative?

19    A.    It was Delaware County DHIC.  It's

20 Delaware County Dairy Herd Improvement Cooperative.

21 Our county happened to be a cooperative.

22    Q.    I'm not familiar with that concept.

23 Could you explain that to me?  I'm familiar with

24 producer cooperatives, but not county cooperatives.

25    A.    Well, the producers in our county, in

Ex. 7-0388
2 of 92 sheets

**9**

1  Delaware County, they formed this cooperative of
2  DHIA, so we owned our own testing equipment and
3  they had a board of directors that they would hire
4  and fire people and whatever business needed to
5  come before our board.
6      Q.   Were you ever a member of the board?
7      A.   Yes, I was.
8      Q.   For how long?
9      A.   Probably from 2001 to 2013.
10     Q.   And what were some of your
11 responsibilities as a board member?
12     A.   We conducted meetings every other month,
13 we hired new supervisors, and did the financial
14 thing for our cooperative.  Just general business
15 meeting.
16     Q.   Were you responsible for any of the
17 oversight of the financials for the cooperative?
18     A.   No.  We have a secretary that's bonded
19 and she does all that.
20     Q.   And when you mentioned you hired
21 supervisors, were those just the dairy --
22     A.   That's field techs.
23     Q.   Field techs.  Okay.  So when you left in
24 2013, did you join any other cooperatives or other
25 associations?

**10**

1      A.   I've been a long-time member of AMPI.
2      Q.   So is the Delaware County cooperative the
3  cooperative that purchases your milk or are they
4  just sort of --
5      A.   No.
6      Q.   -- support?
7      A.   No.  It's only dairy records.
8      Q.   Okay.  And then is the AMPI the
9  cooperative that --
10     A.   The cooperative that we market our milk
11 through.
12     Q.   Okay.  And are you class A or class B?
13     A.   We're grade A.
14     Q.   Grade A?  Okay.  Have you held any other
15 positions?  It sounds like you were with DHIA for a
16 very long time.
17     A.   Well, I farmed in addition to that.
18     Q.   Okay.
19     A.   And I had a relief milking business in
20 addition to that.
21     Q.   And what do you farm?
22     A.   I have a dairy farm now.  My first farm
23 we bought in 1980.  We lost it in the ag crisis in
24 1985.  Then we moved up to the other farm that we
25 rented and then eventually purchased, and we milk

**11**

1  approximately 65 holsteins.  We had a few sheep and
2  goats and horses, that type of thing.
3      Q.   Is that the farm you still own today?
4      A.   Yes, ma'am.
5      Q.   So about 65; right?
6      A.   I don't have that many currently.
7      Q.   Oh.  Okay.
8      A.   In 2012, when we had the drought, I sold
9  30 percent of my dairy herd to preserve what I had,
10 because there was no feed.  And then in 2013, I
11 purchased nine head of good holsteins out of a
12 dispersal.  So I currently only have like 45 cows.
13     Q.   And it's a pure dairy operation.  You
14 don't own any crops or --
15     A.   We have 10 acres of corn for corn silage.
16 The rest is buildings, the zoo, and some lake
17 pasture.
18     Q.   You mentioned a relief milking business.
19 I'm not familiar with that, either.  What's that?
20     A.   When farmers need to go someplace, they
21 need somebody that can take care of their cattle.
22 And I kept very busy doing that and I made a lot of
23 money going from farm to farm.
24     Q.   But you don't do that anymore?
25     A.   No.  I strictly stay home and take care

**12**

1  of my dairy herd, stay on schedule.
2      Q.   Who manages the finances for the dairy
3  portion of your business?
4      A.   I do.
5      Q.   You do?  Do you have any special training
6  in financial recordkeeping?
7      A.   From FFA.  When I was in high school.
8      Q.   Dairy farming isn't something you jumped
9  into.  I'd imagine you grew up on a dairy farm?
10     A.   Yes, ma'am.
11     Q.   And where was that?
12     A.   I grew up in a multigenerational dairy
13 farm south of Hopkinton.  Well, I shouldn't say
14 south of Hopkinton.  It was called Buck Creek and
15 it was just a place.  There's a school and a church
16 and I grew up south of that.  We had a 160-acre
17 farm and my great grandmother, my grandparents, my
18 parents, and us children.
19     Q.   Is that the farm you lost in the '80s
20 crisis?
21     A.   No.
22     Q.   Is that farm still in operation?
23     A.   Not totally.  It's rented out and been
24 sold to nonfamily.  So I have nothing to do with
25 it.

Ex. 7-0389

13

1    Q.    You mentioned that you lost a farm in the
2    egg crisis, which I'm not familiar with the egg
3    crisis.  I've usually heard it called a savings and
4    loan crisis.  Is that same thing?
5    A.    No.  There was a sharp decline in ag
6    prices in the mid '80s, and since I had just
7    started out and financed a very large farm, I had
8    no equity when prices dropped, and I lost it.
9    Q.    Okay.  So is it egg?  Am I getting the
10   wrong word?
11       MR. THORSON:  You are getting the wrong
12   word.  It's ag.
13   A.    Ag.
14   Q.    (MS. BLOME)  Ag.  Thank you.  Thanks for
15   that clarification.  Okay.  Can you think of any
16   other jobs or positions that you've held in various
17   organizations?
18   A.    I've done a lot of volunteer work for
19   nursing homes.  We were foster parents to nine
20   children over several years.  I guess I'm on the
21   AMPI and district board.  I'm secretary, and I've
22   held that job for probably at least eight years,
23   maybe longer.  I don't know exactly.  I have been a
24   voting delegate for AgSource and I vote at their
25   annual meeting.  I've also been a voting delegate

14

1    several times for AMPI.  I've also been on the
2    resolutions committee for AMPI.
3    Q.    Okay.  As secretary for the district
4    board, what are your job responsibilities?
5    A.    I take minutes at the meeting.
6    Q.    And compile them for meeting minutes
7    later?
8    A.    Yes.
9    Q.    Any financial responsibilities?
10   A.    No.
11   Q.    As a voting delegate for AgSource, what
12   are your job responsibilities?
13   A.    I go to the annual meeting in Minneapolis
14   and I vote on whatever we need to vote on.
15   Directors and whatever business we have that
16   involves the delegates.
17   Q.    Okay.  And the resolutions committee, did
18   you --
19   A.    We went to New Ulm, Minnesota.  Because
20   we were a cooperative, the members can turn in
21   resolutions.  We look them over to see if any are
22   things that we want to bring towards the general
23   assembly at the AMPI meeting and then we vote on
24   them, and if they pass, then they're voted on at
25   the annual meeting.

15

1    Q.    All right.  Do you have any specific
2    training in financial recordkeeping?
3    A.    No.
4    Q.    How about animal husbandry?
5    A.    Just what I've learned in 4H and FFA.  We
6    did have some -- when I was testing cows, we would
7    go to Ames and have, like, little, short courses
8    that were just like day-long courses in different
9    things from, like, balancing rations, which we
10   don't have to do anymore, and different things like
11   that.  We do Extension ones once a year.
12   Q.    And this is all part of your dairy
13   business?
14   A.    It's all dairy.
15   Q.    Okay.  So 4H and FFA would have been in
16   high school?
17   A.    Yes, ma'am.
18   Q.    And the testing, when you say "when we
19   were testing cows," what does that refer to?
20   A.    When I was testing cows.  That was the
21   DHIC.  I tested for 25 years.
22   Q.    What did you test for?
23   A.    Butterfat, protein, somatic cell.  And
24   then they'd get computerized records, so I'd put in
25   all the breeding dates and calving dates, and I

16

1    tagged calves with State tags and all that kind of
2    thing, so they were all ID'd, we had inventory.
3    Q.    Okay.  All right.  I want to talk about
4    the Animal Welfare Act now.  Let's switch gears a
5    little bit.  How would you rate your level of
6    familiarity with the Animal Welfare Act?
7    A.    Fair.
8    Q.    Fair?  Have you taken any training
9    courses that would be specific to Animal Welfare
10   Act statutes or regulations?
11   A.    No.
12   Q.    In your inspection reports, you seem to
13   disagree with a fair number of the USDA's
14   citations.  What do you consider your basis for
15   that disagreement?
16   A.    I guess because -- depends on who I get
17   for an inspector each time.  The fact that my
18   inspector has no bearings about -- or I guess that
19   might not be the word I want.  She's never farmed,
20   she's never been to a farm, and she seems to have
21   insect phobias.
22   Q.    Okay.  Anything else?
23   A.    Not that I can think of this second.
24   She's probably more obsessive compulsive than I am
25   about cleaning.  I'm not saying that's all bad, but

Ex. 7-0390

17

1   we differ, lock horns about that sometimes.

2       Q.   When you say that's not necessarily all

3   bad, what do you mean by that?

4       A.   I'm not saying that anything can't be too

5   clean, but there's a line where things should be

6   good enough, too.

7       Q.   Where do you consider that line?

8       A.   That depends on what it is. My animals

9   are clean and dry and well bedded, and she sees a

10  little grime along the edge of something like this

11  big or a spider web -- a single strand of spider

12  web, I don't think I should be written up for

13  cobwebs.

14           MS. BLOME:   And she just referenced about

15  an inch for "this big," would you say?

16      A.   Yes.  Or whatever.  That to me is

17  nitpicky.

18      Q.   (MS. BLOME)  You seem to have -- to be

19  referencing a single person.  Who is that?  Who is

20  the person you consider your inspector?

21      A.   Dr. Heather Cole.  But she's had other --

22  she never comes alone.  She always has another

23  inspector with her when she visits our facility.

24      Q.   And do you feel the same way about the

25  people that come with her?  That they're obsessive

18

1   compulsive or nitpicky?

2       A.   There were some that were -- yeah.  And I

3   did feel it was a witch hunt when she came out last

4   May.

5       Q.   Why did you feel that way?

6       A.   They came knowing that I dairy farm.

7   They came -- I just walked out of the door of my

8   barn and I was going to head over to my zoo.  I

9   hadn't done any chores yet.  And they proceeded to

10  do an inspection, and they just went all crazy and

11  nothing was done.  I said numerous times, "I have

12  not started chores yet this morning.  This is the

13  time of day I usually come over and start."  And I

14  got numerous citations and I appealed them and --

15      Q.   What time of day was it?

16      A.   Around 9:00 in the morning.

17      Q.   You said that they went all the crazy.  What

18  do you mean by that?

19      A.   The one that was with her -- and I don't

20  know what her name was.  She did not present a

21  badge to me.  Heather introduced her first name and

22  shook my hand and that was all I know of her name,

23  and I don't even remember.  It was like Catherine

24  or something.  She was from another state.

25           And she immediately went in and we --

19

1   like on -- I don't know what day of the week this

2   was, but two days prior -- we had had a very cold

3   spring.  It never got above 50 degrees and it was

4   cold and wet.  Then all of a sudden the temperature

5   soared.  And I think it was on a Tuesday.  And it

6   went up to the 80s.  And all the animals were used

7   to this long, cold spring we'd had, and they were

8   all puffing and hot and, you know, they weren't

9   acclimated yet.

10           And she immediately went into my guinea

11  pig area, which is the first thing they saw, and

12  chores had not been done, she said, "They have no

13  water."  I said, "Well, usually there's two inches

14  in that sipper when I come in here in the morning

15  and I top it off."  Well, the guinea pig had taken

16  his nose or whatever and dumped the water.  You

17  could see the bedding was damp under it.  She had

18  gloves on, she's feeling it.  Well, the guinea pigs

19  themselves were clean, they were not wet, but their

20  bedding was wet and there was no water in the

21  sipper, so I said, "I'll fill it right now."

22           So then the guinea pigs immediately went

23  over there and they're messing with it.  Well,

24  she's taking a picture of it the whole time and she

25  wrote me up because they were so thirsty.  And I

20

1   know that at 11:00 the night before, when I left

2   that building, that sipper was -- there was only an

3   inch out of the sipper.  So they had a full sipper.

4   They weren't dehydrated and they weren't thirsty,

5   and she never turned around and looked at the

6   sipper, because they didn't even drink anything out

7   of it.  It was messing with it.

8       Q.   You mentioned 11:00 the night before.  Do

9   you do a check in the evening as well as the

10  morning chores?

11      A.   That was what we fondly call hell week.

12  The week before we open we call hell week, and we

13  work very hard to get everything -- you know, we

14  have a reptile building, almost 80 tanks.  We take

15  all the substrates out, we wash the grass, we do

16  everything.  We want everything nice for opening

17  day.  And the guinea pigs are in that building,

18  we're trying to get stuff outside, put animals back

19  in, gardening, put the gift shop together, whatever

20  stuff we need to do to open for the season.  So we

21  work really late nights trying to get done that

22  week so we're all set for opening day.

23      Q.   When you say we, is that you and Tom?

24      A.   Yes, ma'am.

25      Q.   Anyone else?

Ex. 7-0391

**21**

1      A.    Sometimes our volunteers come out and
2  they help us.  I had at least three teenage boys
3  that helped me the afternoon of the inspection.
4  And we had lists, I had lists in my hand for them.
5  I offered them to the inspectors and they didn't
6  look, and I got written up for stuff that was on
7  there even though we did complete it that day.
8      Q.    Do you view the things that you're
9  written up for as single time and place violations
10  or as an ongoing violation?
11      A.    Just depends on what it is.
12      Q.    Give me an example of a single time and
13  place violation.
14      A.    I can't think of one just off the top of
15  my head without knowing -- looking what's on the
16  sheet, I guess.
17      Q.    Like, for example, we've been talking
18  about sippers and water.
19      A.    Right.
20      Q.    Would you consider that a single time and
21  place violation?
22      A.    Yes.  Most definitely.
23      Q.    Would you say that perhaps USDA
24  characterizes it more of an ongoing violation?
25      A.    Because if they find one someplace else

**22**

1  another day.  But there's almost 25 sippers and
2  every day they're filled.  So if something would
3  happen that an animal did run out during the course
4  of the day, they're going to get refilled that
5  afternoon when I do my chores.  So they haven't
6  gone without water and all dehydrated and any of
7  those types of things.
8      Q.    What's your understanding of the
9  regulation for water for animals?
10      A.    It depends on what it is.  There's
11  something in that book and it says that all animals
12  have to have water for at least one hour twice a
13  day.
14      Q.    What book?
15      A.    The USDA book.
16      Q.    The Blue Book?
17      A.    The Blue Book.
18      Q.    Okay.
19      A.    So, like, if there's ice or something,
20  you have to guarantee that those animals have had
21  access to fresh water for a minimum of one hour at
22  least twice a day.
23      Q.    Where did you learn that hard and fast
24  rule?
25      A.    I read it in the book.

**23**

1      Q.    Okay.
2      A.    In the Blue Book.
3      Q.    I'm going to switch gears and come back
4  to some more Animal Welfare Act questions.  Are you
5  familiar with a class C license under the Animal
6  Welfare Act?
7      A.    Yes.
8      Q.    And what's a class C license?
9      A.    An exhibiter license.
10      Q.    Okay.  What's an exhibiter mean?
11      A.    Anyone that has animals on exhibit.
12  Whether it's a zoo or whether you show, like, in a
13  mobile area or you do programs.
14      Q.    An exhibit having a common meaning of,
15  like, exhibit for the public.
16      A.    Right.
17      Q.    Okay.  Are you familiar with a class B
18  license of the Animal Welfare Act?
19      A.    I might get mixed up.  I don't know if
20  that's the breeder license.
21      Q.    I believe the --
22      A.    I don't have a class B.  I have a
23  class C.
24      Q.    I think you're thinking of a class A.
25      A.    All right.  Then that's a broker license.

**24**

1      Q.    Be a broker license.  Okay.  We've
2  referred some concern about animal sanctuaries in
3  previous testimony and whether or not they're
4  licensed by the Animal Welfare Act.  What's your
5  understanding of licensure requirements for animal
6  sanctuaries?
7      A.    An animal sanctuary is -- a true
8  sanctuary, they're not to exhibit, and if they do
9  exhibit for whatever reason, whether it's for
10  educational purposes or whatever, then they're to
11  be licensed by USDA and they follow the same
12  guidelines as I do.
13      Q.    Do you know any exhibiting animal
14  sanctuaries that don't have licenses?
15      A.    There are none in Iowa that have
16  licenses.  I asked my inspector about it and she
17  said they do not do any in Iowa.
18      Q.    No animal sanctuaries in Iowa?
19      A.    That exhibit.
20      Q.    What about animal sanctuaries that don't
21  exhibit?
22      A.    I don't know of animal sanctuaries
23  myself.
24      Q.    Okay.  In one of your inspection reports,
25  you -- I'm sorry.  Inspection reports.  Your

Ex. 7-0392

25

1  acquisition records, you reference a tiger that was
2  purchased from an animal sanctuary.  Do you recall
3  that?
4      A.   I didn't purchase an animal.
5      Q.   Okay.
6      A.   It was donated.
7      Q.   Oh.  Okay.  How do you come in to animals
8  that are donated?
9      A.   Usually through another zoo.  Sometimes
10  sanctuaries go belly up, they can't fundraise
11  enough, and then they disperse their animals and
12  they'll offer them to somebody that can take them.
13      Q.   How do you find out about the animals?
14      A.   Usually a friend of mine that has a zoo
15  in Wisconsin.
16      Q.   Okay.  What's that friend's name?
17      A.   Jim at Animal Haven.  I don't know what
18  his last name is.  Something I can't say.
19      Q.   And does Jim at Animal Haven also accept
20  animals --
21      A.   Yes, he does.
22      Q.   -- in this regard?
23      A.   Yes.
24      Q.   Have you ever paid for an animal?
25      A.   Any animal?  Yes, I have.

26

1      Q.   Which animal did you pay for?
2      A.   I've paid for hoof stock, I've paid for
3  reptiles, I've paid for bears, I've paid for
4  cougars, I've paid for bobcats, I've paid for
5  servals.
6      Q.   Anything else?
7      A.   I've paid for birds.  I've also had some
8  donated.  I've paid for many small mammals.
9      Q.   Is that all?
10      A.   I think so.
11      Q.   When you pay for the animals, is there a
12  different communication chain you go through or
13  different way you learn about the animals?
14      A.   I have purchased animals at sales, I've
15  purchased them through private breeders.
16      Q.   When you say sales, what are you
17  referring to?
18      A.   Probably specifically an exotic sale.
19  That offers exotic animals at auction.
20      Q.   How do you find out about those?
21      A.   I guess I get publications and I get
22  notices in my mail.
23      Q.   So you're on, like, a list?
24      A.   Mailing lists, yes.
25      Q.   What are the publications?

27

1      A.   The Animal Finders' Guide, sometimes I
2  see them, like, at a sale.  They'll have stuff laid
3  out on a table, flyers.
4      Q.   And what lists are you on?  Mailing
5  lists?
6      A.   I don't really know.  I get the Kalona
7  sale, I guess.
8      Q.   Is the Kalona sale exclusively exotics?
9      A.   They have a big sale barn there and they
10  have horse sales, they have cattle sales, they
11  other things, and they have maybe four or five
12  specific days a year that they do only exotics.
13      Q.   Do you go to every sale?
14      A.   No.
15      Q.   How often would you say you go down to
16  Kalona for a sale?
17      A.   Probably three times a year.
18      Q.   And every time you come back with an
19  animal?
20      A.   No.
21      Q.   How often would you say you come back
22  with an animal?
23      A.   When you say an animal, is this, like,
24  feeder animals or for exhibit?
25      Q.   I think both.  How often for feeder

28

1  animals?
2      A.   It just depends on what's there.  I don't
3  ever know ahead of time what's going to be there.
4      Q.   What kind of feeder animals would you
5  buy?
6      A.   Like rats.  They have a warm room sale
7  first and they put, like, warm room birds and small
8  rodents, reptiles, that type of thing, and I buy a
9  rat primarily.
10      Q.   And that's feeders for which animals?
11      A.   Snakes, lizards.
12      Q.   And then the other kind of animal that
13  you mentioned, nonfeeder animals, how often would
14  you say you come back with any of those animals?
15      A.   Does that include birds?
16      Q.   Yes.
17      A.   I would say probably almost every time.
18      Q.   Okay.  I want to go back to when you
19  mentioned you paid for the serval.  Who did you pay
20  to purchase the serval from?
21      A.   I've purchased a lot of servals.
22      Q.   Okay.  How many servals do you have on
23  hand as of today?
24      A.   One.
25      Q.   How many servals have you purchased in

Ex. 7-0393

**29**

1  the last five years?

2      A.    Five years?  I don't know if I've

3  purchased any but the one in five years.

4      Q.    Okay.  How about 10?

5      A.    Probably purchased three.

6      Q.    So from -- between five and 10 years ago

7  you purchased three servals?

8      A.    Oh.  Yeah.  I guess I'm thinking what

9  year you're saying.  In the last 10 years, I've

10  probably purchased three additional ones.  It might

11  have been longer than that.  I don't know without

12  my records in front of me.

13      Q.    And what has happened to those three

14  servals?

15      A.    They aged out.  They were probably

16  middle-aged cats, breeding cats, when I got them

17  and they just aged out as they went.

18      Q.    And did you purchase all three of those

19  servals from the Kalona sale barn?

20      A.    No.  No.  Those were purchased out of

21  state.

22      Q.    When you say they're middle-age breeding

23  animals, what does that mean?

24      A.    They're animals that are probably still

25  in the prime of their life to breed with.

**30**

1      Q.    So did you purchase them from a breeder?

2      A.    Yes.

3      Q.    How much would you pay for a serval?

4      A.    Back then, probably 1200 apiece.

5      Q.    What's a lifespan of a serval?

6      A.    Probably 15, 16 years maybe, give or take

7  a little.

8      Q.    And how old were they when they came to

9  you?

10      A.    I'd say they were seven-year-olds.

11      Q.    Did you buy them all at once?

12      A.    Yes.

13      Q.    Was the breeder retiring them?

14      A.    I don't know where he got them.  He may

15  have taken some of those as rescues, too.  I don't

16  know.  They were on the other side of the country.

17      Q.    Do you consider yourself a rescue?

18      A.    I have had rescued animals for different

19  reasons, but I don't consider that to be my only

20  business.

21      Q.    When you purchased the servals, did you

22  consider those to be rescues?

23      A.    No.

24      Q.    What was their purpose?

25      A.    To breed.  And exhibit, I guess.

**31**

1      Q.    And did you breed them?

2      A.    Yes, I did.

3      Q.    What did you do with their kittens?

4      A.    I sold them.

5      Q.    How old were they when they died?

6      A.    I don't know.  Probably at least 15.

7      Q.    Okay.  So they have died in the last

8  three or four years.

9      A.    It had to be longer than that.  Like I

10  said, I don't have -- well, I wouldn't have the

11  papers right in front of me, anyway, 'cause I don't

12  have a record of that, but --

13      Q.    Do you have the papers from the kittens

14  you sold?

15      A.    No.

16      Q.    Transport records?

17      A.    No.  That's been a long time ago.  I

18  haven't had -- I don't know how long I've had

19  Kassiah.  I'm thinking I've had her at least five

20  years.  And I've never bred her.  She's the only

21  serval I have and she's just exhibit.

22      Q.    You said they aged out and that was their

23  cause of death?

24      A.    They just died of old age.

25      Q.    Was there, like, an illness associated

**32**

1  with their deaths?

2      A.    No.

3      Q.    Describe to me the circumstances of their

4  deaths.  Each one.

5      A.    I probably don't remember.

6      Q.    Did you find them in a pen that had died

7  overnight?

8      A.    At different times.

9      Q.    You didn't notice them being sick or

10  anything at the time?

11      A.    No, they were not sick.

12      Q.    Okay.  Did you have any permits for the

13  sale of any of those animals?

14      A.    I don't need a permit except for having a

15  USDA license and deliver to USDA-licensed people.

16      Q.    So no.

17      A.    No, a permit is not necessary.  They

18  don't need a permit unless they go out of the

19  country.

20      Q.    But no interstate permits.

21      A.    Well, like when we got the health

22  certificates and stuff, there's some states where

23  you have to have like a -- I don't know what it is.

24  An import permit or something and you've got to

25  give a number.  We've had to do that before.

Ex. 7-0394

33

1  Q.  And do you have any of those records?

2  A.  No, not any longer.

3  Q.  Okay.  I'm going to switch gears a little

4  bit and go back and talk about certifications that

5  you have.  You reported in your interrogatory

6  answer responses that you're certified by the

7  Feline Conservation Federation.  What's that

8  organization?

9  A.  It's a national association for people

10  that breed and love exotic cats and the private

11  ownership and breeding of such, if you're

12  responsible people.

13  Q.  Are you a board member of that

14  organization?

15  A.  No.

16  Q.  Are you an officer or employee?

17  A.  No.  I'm just a member.

18  Q.  Okay.  What do you have to do to become a

19  member?

20  A.  Submit an application.

21  Q.  And that's all?

22  A.  To be a member.  I have other things in

23  that organization.  I have an advanced handler

24  certification that I had to fill out forms to do

25  that.  I did take their basic feline husbandry

35

1  by years, and it's not something you can do -- I

2  mean, it just takes time, because there's

3  beginning, there's intermediate, and there's

4  advanced, and I'd had cats for well over 20 years

5  at that time.

6  Q.  So were you able to achieve the advanced

7  status all at once or did you have to go through

8  the beginning and --

9  A.  No, I was already -- I had to fill out

10  the whole form with all the experiences for those

11  years, but, yes, I did get my advanced.  That's as

12  high as I can go.  But I still have to update each

13  year.  You can go online and there's a For Members

14  Only and you can update your experiences and things

15  that you've learned and know.

16  Q.  I'll ask your understanding of that

17  process.  After you update the form, does someone

18  with the Feline Conservation Federation review it

19  and make assessments or is it an automatic,

20  depending on how many years you have?

21  A.  I assume they assess everything, because

22  then they issue a separate card.

23  Q.  Okay.  And that's the photocopy that we

24  received in your documents?

25  A.  I believe.

34

1  course in Iowa.

2  Q.  Is that a one-day course, two-day course?

3  A.  Yeah, it was one day.  I think you had to

4  have eight hours.

5  Q.  And basic feline encompassed what

6  felines?

7  A.  All exotic felines.  We went clear back

8  from, like, the history of cats to all the

9  different breeds, what you need CITES permits for.

10  COURT REPORTER:  I'm sorry.  What

11  permits?

12  THE WITNESS:  CITES.  It's C-I-T-E-S.

13  Q.  (MS. BLOME)  Go ahead.

14  A.  I don't know what I said now.  I lost my

15  train of thought.

16  Q.  We were talking about what sorts of

17  things you learned at the feline course.

18  A.  Feeding and nutrition, we did young cat

19  care, laws.  Just anything and everything that had

20  to do with that, then we had to test and we had to

21  pass the test, which I did.

22  Q.  Once you passed the test, did you achieve

23  the advanced certification?

24  A.  I just passed that.  The advanced handler

25  certification is you have to list your experiences

36

1  Q.  Are you an instructor for any courses in

2  the Feline Conservation Federation?

3  A.  No.

4  Q.  Have you ever attended the annual

5  national convention?

6  A.  No.  I would like to, but I can't leave

7  the farm or the zoo.

8  Q.  What do you do to support the

9  organization?

10  A.  I have donated to different things.  They

11  have projects they -- you know, placement projects.

12  I've probably purchased merchandise.  Otherwise,

13  it's just my dues.  I have written articles in

14  their magazine.  Just things like that.

15  Q.  Do you still have copies of the articles

16  that you've written in their magazines?

17  A.  Not with me, but I'm sure I do.

18  Q.  What were some of the subjects?

19  A.  It's -- she wanted to know how we got

20  started.

21  Q.  So just one article?

22  A.  That one was, yes.

23  Q.  Any other articles?

24  A.  Not at this point, no.

25  Q.  And by "at this point," you mean --

Ex. 7-0395

37

1    A.    I've been asked, but I have not written
2  anything.
3    Q.    Oh.  Okay.  What have you been asked to
4  write about?
5    A.    Whatever I'd like.
6    Q.    Okay.  It's just a general request.
7    A.    Yeah.  They have a very nice magazine.
8    Q.    What's the magazine called?
9    A.    Just FCF's magazine, I guess.
10   Q.    Are you a subscriber?
11   A.    I get that with being my -- a member.
12   Q.    You get that as part of your membership?
13   A.    Yes.
14   Q.    Okay.  And it's a printed publication
15 that comes to you.
16   A.    A very nice one.  It's probably, I don't
17 know, 25, 30 pages, maybe.
18   Q.    Does that come with basic membership?
19   A.    Yes.
20   Q.    So we talked about a basic feline
21 husbandry course.  Have you taken any other courses
22 through Feline Conservation Federation?
23   A.    No.
24   Q.    Have you taken any other courses related
25 to the training or management or care of exotic

38

1  animals from any other organization?
2    A.    I don't believe so.  I get publications,
3  but I've not attended an actual course.
4    Q.    I'm interested in those publications.
5  What other publications?
6    A.    Through the Simian Society, I've gotten
7  their care book that's probably 130 pages, and it's
8  got all different species, it's got in-depth about,
9  like, blood analysis for each species and
10 nutritional things, placements.  I don't know.
11 Pretty much anything and everything you want to
12 know about any simian.
13   Q.    And is that book designed or is it -- let
14 me rephrase it.
15         Is the target audience for that book
16 folks who have zoos or --
17   A.    No.
18   Q.    -- care for them?
19   A.    It's for people who are Simian Society
20 members.
21   Q.    And what's the criteria for becoming a
22 Simian Society member?
23   A.    You have to fill out an application and
24 they ask you questions if you believe in private
25 ownership or not.

39

1    Q.    Is that a requirement?  To believe in
2  private ownership?
3    A.    If it's responsible, yes.  There is a
4  membership that you can -- even if you don't own
5  primates, that you can still join.
6    Q.    And are you currently a member of the
7  Simian Society?
8    A.    I did not renew my license -- or my
9  membership this year because there was some, I
10 don't know, just stuff going on in that
11 organization, squabbles, I guess, and it kind of
12 upset me, so I did not renew mine.  But I had been
13 a long-time member, probably over 20 years.
14   Q.    What kind of squabbles?  Like, what was
15 it about the squabbles that upset you?
16   A.    Just the leadership.  Who was going to do
17 what and what their beliefs were.  It was kind of
18 internal, and I just got email letters from
19 different members and I just decided this year I
20 would not renew.
21   Q.    So how did you become privy to those
22 internal squabbles?
23   A.    Through their emails.  And they have a
24 newsletter, too.  They get newsletters, enrichment
25 newsletters.

40

1    Q.    And describe to me the tenor of the
2  emails that upset you.
3    A.    I don't know.  I don't know exactly what
4  all was going on with them.  Some people believed
5  one thing and some people believed another, and
6  people were leaving offices and there was squabbles
7  about how you could get in an office, and I don't
8  know exactly all.  I -- I don't deal with that.
9    Q.    So it's more of like a structural --
10   A.    It's internal conflict within their
11 leadership and doesn't have anything to do with me.
12   Q.    Okay.  But it was enough drama that you
13 didn't want --
14   A.    I just didn't want to do it --
15   Q.    I'm sorry.  Wait.
16   A.    -- so I did not renew this year.
17   Q.    Okay.  Are you a member of any other
18 organizations?
19   A.    Such as?
20   Q.    Similar to the Feline Conservation
21 Federation or Simian Society.
22   A.    Not that I can think of right now.
23   Q.    Okay.  Is the Cricket Hollow Zoo
24 accredited by any professional organization?
25   A.    No.

41

```
1      Q.   I note that the FCF, the Feline
2   Conservation Federation, can accredit a zoo.  Have
3   you ever asked them to evaluate your zoo for
4   accreditation?
5      A.   No.
6      Q.   Why not?
7      A.   Because there's some requirements that I
8   haven't met.
9      Q.   What are these requirements?
10     A.   I know one is that you have to have an
11  extra door on something so when you enter a pen, in
12  case that animal would rush the door, they can't
13  get out of the main enclosure, and I don't have
14  that.
15     Q.   Is that for all animal pens?
16     A.   For cats.  They only worry about cats.
17  They're not accrediting your whole zoo.
18     Q.   Any other requirements you can't meet?
19     A.   I can't think of one off the top of my
20  head right now.
21     Q.   So the primary concern is that you don't
22  have that extra door?
23     A.   Right.
24     Q.   Okay.  Are you accredited by any other
25  professional -- I'm sorry.  What about the
```

42

```
1   Association of Zoos and Aquariums?  Are you
2   familiar with that organization?
3      A.   Yes, I am.
4      Q.   And are you accredited by the AZA?
5      A.   No.
6      Q.   Have you ever sought accreditation?
7      A.   I've seen what their rules are and I
8   don't wish to join them.
9      Q.   Why not?
10     A.   It's basically a snob club.  You've got
11  to pay to join it and then you have to go by all
12  their regulations and I'd have to pave my driveway
13  and do other things that I don't intend to do.
14     Q.   How much do you have to pay to join it?
15     A.   I don't know.  I don't know if it's based
16  on your admissions.  I don't know.  I know it's not
17  something I plan on doing and I don't look into it.
18     Q.   Do you have any opinion about the AZA?
19     A.   No.
20     Q.   Do you regard the AZA as an authority on
21  zoo administration?
22     A.   Not necessarily.
23     Q.   And why not?
24     A.   I don't know.  I just -- I don't know all
25  their policies and I'm not interested in learning
```

43

```
1   about it, I guess.
2      Q.   What about animal care?  Do you regard
3   AZA as an authority on animal care?
4      A.   They have their own opinions how they
5   like things done.
6      Q.   Your veterinarian testified yesterday
7   that he frequently calls AZA-accredited zoos when
8   he has questions.
9      A.   Omaha.
10     Q.   Are you comfortable and in support of
11  that effort?
12     A.   Yes, I am.
13     Q.   Do you ever make similar phone calls to
14  AZA-accredited zoos?
15     A.   They don't accept phone calls.  Only from
16  veterinarians.  A general person cannot get in
17  contact with them.
18     Q.   Are there any other people who you might
19  call with those types of questions?
20     A.   There's an Amy Campbell, I believe,
21  that -- she is a primate veterinarian at Covance in
22  Madison, and she will email me and give me primate
23  advice.  She's been there 12 years, at least, as a
24  veterinarian for that lab.
25     Q.   And when she emails you, is it
```

44

```
1   unsolicited or do you send her a question?
2      A.   I asked her a question.
3      Q.   How many times have you contacted
4   Ms. Campbell?
5      A.   Two or three.
6      Q.   And do you remember the questions you've
7   asked her?
8      A.   I asked about a cheek pouch, and I'm
9   not -- I don't know if I'm saying it right.
10  Sialocele.  And it's a cheek pouch inflammation.  I
11  contacted her about that.
12     Q.   What animals have you brought in?
13     A.   Gator and baboon.
14     Q.   Okay.
15     A.   I contacted her about neutering a small
16  baboon.  I may have -- I don't know.  I may have
17  asked her about anesthesia for a baboon.
18     Q.   And after Ms. Campbell responded with
19  advice, did you treat the baboon with a cheek pouch
20  inflammation?
21     A.   She had referred me to some other things
22  online and she gave me some -- not that I know off
23  the top of my head where it was, but I did look it
24  up, and there wasn't a whole lot I could do with it
25  at the time.  But it kind of said why they get
```

Ex. 7-0397

45

1 that.

2 Q. So you decided there was no treatment
3 necessary?

4 A. (Nods no.)

5 Q. No?

6 A. No.

7 Q. What did you decide?

8 A. I decided that I knew what it was and why
9 it was and that's the way it is.

10 Q. But there was no followup treatment?

11 A. There was nothing that I could fix.

12 Q. When you asked her about neutering the
13 small baboon, what did you do upon -- with the
14 information that Ms. Campbell gave you?

15 A. I gave it to my veterinarian.

16 Q. Who's your veterinarian?

17 A. Dr. Pries.

18 Q. Dr. Pries? And did you follow up with
19 Dr. Pries about whether he followed that advice?

20 A. Yes.

21 Q. And what did he say?

22 A. He did the surgery. And he did
23 neutering.

24 Q. Why were you worried about neutering that
25 specific baboon?

46

1 A. Because it was a baboon that was a male,
2 and I don't have the facilities to separate two
3 large male baboons and somebody's going to die, so
4 I chose to neuter my young one.

5 Q. Was that a hard decision for you?

6 A. Not really. He was related and I wasn't
7 going to use him for a breeder.

8 Q. And the anesthesia for a baboon, what did
9 you do with the information you received from
10 Ms. Campbell?

11 A. I passed it on to my veterinarian.

12 Q. And did you follow up with Dr. Pries to
13 make sure he followed that advice?

14 A. Well, he already knew, because I think he
15 had contacted a zoo, but it was just a secondary.
16 And I don't even know if it was for Obi. I'm not
17 so sure it wasn't for something else that we had
18 done.

19 Q. What else might it have been?

20 A. I had a female that prolapsed after she
21 gave birth, a uterine prolapse, and we did
22 emergency surgery on her and she ended up she
23 didn't make it.

24 Q. Oh. I'm sorry. When was that?

25 A. Four or five years ago.

47

1 Q. Do you remember her name?

2 A. It begins with an A, and I can't think
3 right at this minute. I don't know why. It's just
4 like my head's blank. I don't know. I just
5 remember it begins with an A. 'Cause her
6 daughter's Ajrah and I have her.

7 Q. So as far as the anesthesia for the
8 baboon, it could have been for a prolapsed baboon
9 or for the baboon that needed surgery in the photos
10 we saw.

11 A. Possibly. I don't remember when it was.

12 Q. And when I reference the photos we saw, I
13 mean the photos on Dr. Pries's Facebook page --

14 A. Yes.

15 Q. -- that we were looking at yesterday.
16 Okay. I want to circle back and make sure I didn't
17 miss any publications that you follow. I have down
18 the FCF magazine, the Simian Society newsletter.
19 Anything else?

20 A. Animal Finders' Guide.

21 Q. Animal Finders' Guide.

22 A. There was others. I don't have a
23 specific subscription to anything else, I guess.

24 Q. Or any newsletters or anything.

25 A. Not that I can think of right now.

48

1 Q. And you mentioned that you go online
2 sometimes to look up information.

3 A. Yes.

4 Q. Are there certain Websites that you refer
5 to often?

6 A. I don't know if I go often. I guess the
7 Simian Society and the FCF do have special Websites
8 and there's a lot of information in there on a
9 number of things.

10 Q. Any other Websites you would use as an
11 authority for diagnosing or treating your animals?

12 A. Not a specific one.

13 Q. What about animal care husbandry?

14 A. Not a specific one.

15 Q. So do you just perform like a general
16 Google search and then --

17 A. Yeah. I'm not too computer savvy. I
18 find it, what I'm looking for, so --

19 Q. How do you evaluate whether that's a
20 credible source of information?

21 A. Depends on -- I don't know if you can
22 trust anybody, because even when I look up things
23 on reptiles, you know, what one person does,
24 another might not. And I don't know if you can
25 trust anybody on the Internet, when it comes right

Ex. 7-0398

49

1  down to it.
2      Q.   And how do you make credibility judgments
3  like that?
4      A.   If it's written by a veterinarian or a
5  group that specializes in that type of species,
6  then I probably believe that over just an
7  individual.
8      Q.   Do you take any steps to corroborate the
9  advice that you're receiving on the Internet?
10     A.   Not on the Internet.  I have breeders
11 that I would talk to that are around the country
12 that breed different species that I know.
13     Q.   So you might call one of those breeders?
14     A.   Yes.
15     Q.   And that's for breeding-specific
16 questions.
17     A.   Right.
18     Q.   All right.  Now I want to talk about
19 industry trade groups that you might belong to.
20 You list on your interrogatory responses that The
21 Calvary Group is an organization that you are at
22 least familiar with because you're going to have
23 Mindy Patterson testify for you.  Are there any
24 other organizations that you're a member of?  Any
25 trade groups?

50

1      A.   Not that I can think of right now.
2      Q.   So with respect to animal husbandry and
3  the care of exotic animals, it's just The Calvary
4  Group?
5      A.   I don't think that's what they do.
6      Q.   What's your characterization of what they
7  do?
8      A.   They are legal defense people.
9      Q.   Okay.  What's your relationship with the
10 Calvary Group?
11     A.   I'm a member.
12     Q.   Okay.  What does membership with the
13 Calvary Group get you?
14     A.   Depends on what you need.  In the case of
15 somebody wanting to come out and harass or take
16 your animals, then I guess you call their emergency
17 number.
18     Q.   What happens when you call their
19 emergency number?
20     A.   It will get you legal advice or send
21 somebody out or -- depends on what it is, I guess.
22     Q.   Have you called that emergency number?
23     A.   No.
24     Q.   What did you have to do to become a
25 member of The Calvary Group?

51

1      A.   I don't know.  I -- I filled out the
2  application online, I know that.
3      Q.   Did you have to pay a fee?
4      A.   Yes, I did.
5      Q.   And do you receive a newsletter or any
6  other benefits?
7      A.   She sends news links and stuff on email.
8      Q.   To you specifically or as a part of --
9      A.   As part of being a member.
10     Q.   Have you ever spoken to Mindy Patterson?
11     A.   Yes, ma'am.
12     Q.   What do you talk about?
13     A.   Probably things that have to do with this
14 case.
15     Q.   What did you talk about?
16     A.   Just asked her for advice and --
17     Q.   And what advice did she give you?
18     A.   I don't know if we're done speaking about
19 that yet.
20     Q.   Okay.  What advice has she given you to
21 date?
22     A.   That if anybody comes in my yard, I tell
23 them to leave or else I'm calling the cops or I'll
24 shoot them, one or the other.
25     Q.   Okay.  And she told you anyone who comes

52

1  in your yard?
2      A.   No.  Someone that's come to do harm to my
3  animals or try to seize them.
4      Q.   How do you distinguish between people who
5  are there to do harm to your animals and people who
6  aren't?
7      A.   I haven't had anybody come to do harm to
8  my animals, that I'm aware of.
9      Q.   Is there anything else that Ms. Patterson
10 told you?
11     A.   Not that I remember.
12     Q.   As part of your membership with The
13 Calvary Group, you mentioned they're a legal
14 defense fund.  Are they paying for Mr. Thorson's
15 representation today?
16     A.   No.
17     Q.   Okay.  Are they paying for any part of
18 your defense?
19     A.   No.
20     Q.   Are they involved in any way in your
21 defense?
22     A.   I don't know.  They're just advising me
23 right now.
24     Q.   Are they advising your attorney?
25     A.   Possibly.

Ex. 7-0399

## 53

1    Q.   When you say possibly, why aren't you

2  sure?

3    A.   'Cause I don't know if they are.

4    Q.   Why do you think there are things you

5  don't know?  What makes you think that?

6    A.   Because I don't live at my attorney's

7  office.

8    Q.   But you've introduced Ms. Patterson to

9  Mr. Thorson.

10    A.   We've talked on the phone, all of us,

11  different times.

12    Q.   Okay.  And what were those conversations

13  about?

14    A.   I don't know.  I wasn't part of their

15  conversation.

16    Q.   Oh.  I thought you said "we."

17    A.   Well, I've talked to Mindy separately and

18  he's talked to Mindy separately.

19    Q.   But never all together.

20    A.   No.

21    Q.   Okay.  Is there any other reason that you

22  wouldn't know what Ms. Patterson's involvement is

23  with the lawsuit?

24    A.   Not that I know of.

25    Q.   And what other ways might she be involved

## 54

1  with the lawsuit?

2    A.   I really don't know.

3    Q.   Are you familiar with other members of

4  The Calvary Group?

5    A.   Not that I'm aware of.

6    Q.   What is your perception of their areas of

7  expertise?

8    A.   That it has to do with all kinds of

9  animals.  Both exotic and farm animals.

10    Q.   Do they have a special --

11    A.   The rights of regular people for private

12  ownership.

13    Q.   Is that a mission you believe in?

14    A.   Yes, it is.

15    Q.   Why?

16    A.   Because I think if you're a responsible

17  person and you follow the laws, that you should be

18  able to have private ownership of any animal that's

19  legal.

20    Q.   Are there any animals that are illegal to

21  own?

22    A.   It depends on where you live and what the

23  animal is.

24    Q.   In your state.  Are there any state or

25  federal regulations --

## 55

1    A.   We have a ban law in Iowa, but I'm exempt

2  because I'm a USDA licensee.

3    Q.   What's a ban law?

4    A.   Pardon me?

5    Q.   What's a ban law?

6    A.   We fought it in Des Moines and I did go

7  to a -- we spoke at a House subcommittee meeting.

8  They wanted to ban ownership of all exotic cats,

9  bears, wolves, certain reptiles, like alligators

10  and some large pythons to anyone that was not a

11  USDA licensee or an AZA zoo or a sanctuary.

12    Q.   And did you support that ban?

13    A.   No.

14    Q.   When you reference the ban law, then, you

15  mean the State of Iowa's ban on exotic animal

16  ownership.  Is that true?

17    A.   Yes.  Or private individuals of those

18  species.

19    Q.   Okay.  And when you say you went to

20  Des Moines to speak at subcommittee meetings

21  because they were going to ban the animal

22  ownership, the they in that sentence was the Iowa

23  legislature; correct?

24    A.   Well, it was brought to them by an animal

25  rights group.

## 56

1    Q.   Which group?

2    A.   I can't tell you.

3    Q.   'Cause you don't remember or don't know?

4    A.   I can't remember.

5    Q.   Okay.  Are there any other state or

6  federal regulations that might prohibit you from

7  owning exotic animals?

8    A.   Are you saying me or the general public?

9    Q.   Let's start with you.

10    A.   We have no zoning where I live, and

11  there's no bans on any type of animal in this

12  county.

13    Q.   What about the general public?

14    A.   There are no bans for the general public

15  in this county.

16    Q.   Okay.  Are you familiar with the Fish and

17  Wildlife Service?

18    A.   Somewhat.  Not very much.

19    Q.   Have you ever had any interaction with

20  the Fish and Wildlife Service?

21    A.   Yes.

22    Q.   And what was that interaction?

23    A.   A man in Canada wanted to export a

24  serval -- wanted me to export a serval to him, so

25  he was importing, and I contacted Fish and Wildlife

Ex. 7-0400

57

1  because I had never done it, I didn't know anything
2  about it, and I received the paperwork, we talked
3  probably a half an hour on the phone getting all
4  the information, where the ports, the export port
5  is and all that stuff for this area, and it ended
6  up, after I did fill out the application, we sent
7  the money, and it was taking a long time and so he
8  backed out, so it was -- the deal didn't go through
9  and that was the end of it.
10    Q.  So you never sent the serval to Canada.
11    A.  No.
12    Q.  And you never obtained the permit from
13  Fish and Wildlife Service.
14    A.  No.
15    Q.  Your understanding of Fish and Wildlife
16  Service is that they're only involved when you sell
17  an animal to another country; correct?
18    A.  No.
19    Q.  Okay.
20    A.  It could be -- I suppose if you were
21  getting a CITES permit, like if you went -- had an
22  endangered species across a state line, you could
23  legally purchase an animal if you had the CITES
24  permit, but I don't do that.  If you donate an
25  animal across the state line, then a permit is not

58

1  necessary.
2    Q.  So you've never purchased an endangered
3  animal across state lines.
4    A.  No.
5    Q.  I'm curious about that, because you did
6  admit that you purchased servals across state
7  lines.
8    A.  Servals are not an endangered species.
9    Q.  Where do you get that information?
10    A.  I know it for a fact, and if you want to
11  contact the Feline Conservation Federation, the
12  average -- just the regular, common, African serval
13  is not an endangered species.
14    Q.  So it would surprise you to learn that
15  the Fish and Wildlife Service has listed the
16  common, average, African serval as an endangered
17  species.
18    A.  I don't believe that, no.
19    Q.  So you would find that surprising.
20    A.  Yes, I would.  Because it's a readily
21  available cat.
22    Q.  Okay.  I'd like to show you an exhibit --
23    A.  And it would have had to have been just
24  done, because this cat -- those cats have been
25  going across state lines and all over the country

59

1  for years and years.
2    Q.  I don't have that picture.  Keep going,
3  please.  They've been going across state lines for
4  years and years?
5    A.  Yes, ma'am.
6    Q.  And you're aware of that how?
7    A.  Because I've seen them.
8    Q.  Seen them at other zoos?
9    A.  I've seen them in private ownership.
10  They're one of the most highly -- well, that's not
11  exactly the words I want to say.  Of the population
12  of cats in private ownership, servals are right up
13  at the top for private ownership.
14    Q.  Have you heard of a Bengal cat?
15    A.  Yes.  A hybrid.
16    Q.  Okay.  What's the difference between a
17  Bengal cat and a serval?
18    A.  They're not even the same.  A serval is a
19  serval.  A Bengal cat, they're an Asian leopard
20  hybrid.
21    Q.  Okay.
22    A.  There's nothing about them that's the
23  same.
24    Q.  Is there a difference between an African
25  and barbary serval?

60

1    A.  Probably.
2    Q.  Are you familiar with the difference?
3    A.  I don't think you can get barbary
4  servals.
5    Q.  Why not?
6    A.  That's the ones that are endangered.  I
7  don't think they can even get out of Africa, and I
8  doubt there's very many people that have them.  I
9  don't.
10    Q.  What kind of serval do you have?
11    A.  Just the average African serval.  And I
12  know that they're not endangered because there's
13  places in African that even kill them as a
14  nuisance.  Half the country they're a nuisance
15  animal, half they're protected.
16    Q.  Protected how?
17    A.  By that country.  They don't want you to
18  take them or shoot them or do anything to them.
19    Q.  What's your understanding of why?
20    A.  Because they don't have as many there.
21  It's kind of like bobcats in Iowa.  They're
22  endangered here.  And then only in the last few
23  years have they opened the southern half of the
24  state up to hunting, and so they kill the first 400
25  and then they shut it off.  But for years I could

Ex. 7-0401

**61**

1  not breed or sell bobcats in my state and sell
2  them, because they were endangered here.
3      Q.   So you have some understanding of the
4  prohibitions on breeding and housing endangered
5  animals.
6      A.   I think so.
7      Q.   What's your understanding?
8      A.   I don't know specifically what you're
9  asking me.
10     Q.   What's your understanding of the
11 restrictions on what you can do with an endangered
12 animal in the United States?
13     A.   It has to only be sold within your state.
14 If it goes over a state line, then it needs to be
15 donated or else they have to have a CITES permit in
16 which to get that animal.
17     Q.   So you say it has to be donated.  What
18 leads you to believe that that donation absolves
19 you from requirements with the endangered
20 regulations?
21     A.   'Cause that's just the way it is.  You
22 did not take money for an endangered species.  You
23 can -- I could sell a lemur in Iowa.  I could sell
24 a tiger in Iowa, if I had somebody that wanted to
25 buy one.  But if somebody in Illinois calls me and

**62**

1  wants a lemur, they're going to have to either get
2  me to donate it to them or they're going to have to
3  come up with a CITES permit.
4      Q.   So the donation of animals across state
5  lines is in contemplation of not -- not invoking
6  the Endangered Species Act.
7      A.   I don't know what that means.
8      Q.   You're making an intentional decision to
9  donate an animal that would otherwise be covered by
10 the Endangered Species Act.
11     A.   Yes.
12     Q.   All right.  I'd like to talk to you
13 specifically now about your expert qualifications.
14 Mr. Thorson's designated you as an expert in this
15 case.  Are you aware of that?
16     A.   Yes.
17     Q.   What areas do you believe you qualify as
18 an expert?
19     A.   I guess I'm not sure what -- as far as
20 what he's concerned.
21     Q.   In what areas would you consider yourself
22 an expert?
23     A.   Well, I don't know if you're asking about
24 a specific animal, about a specific business,
25 about -- I don't know what you're asking me, I

**63**

1  guess.
2      Q.   It's a very broad question intended to
3  see what areas you consider yourself to be an
4  expert in.
5      A.   I don't think I'm going to say I'm expert
6  at everything.  I don't know what an expert has to
7  be.  I think I know about the laws, I think I know
8  a lot about the animals, I think I know a lot about
9  animal husbandry, I've done it for a lot of years
10 and I have a lot of experience on top of it.
11     Q.   So your specific animals.  Would you
12 consider yourself an expert over other people's
13 animals?
14     A.   I'm an expert on my animals.  I know my
15 animals and I know what I've got and I know how to
16 care for them properly.
17     Q.   And you consider yourself an expert on
18 animal husbandry.
19     A.   Yes.
20     Q.   Anything else?
21     A.   I know a lot about raising small animals,
22 hand raising things.
23     Q.   Anything else?
24     A.   I don't know right now.
25     Q.   Okay.  What information did you use to

**64**

1  prepare for your expert testimony today?
2      A.   I guess it's just whatever's in my head
3  right now.
4      Q.   Did you review any documents?  Any
5  professional documents?
6      A.   I might have looked over my answers to
7  your discovery questions.
8      Q.   Anything else?
9      A.   No.
10     Q.   Did you have any verbal communication
11 with any consultants or people you regard as
12 authorities?
13     A.   About what?
14     Q.   Any of the fields that are -- that you
15 consider yourself to be an expert in.
16     A.   Today, you mean?
17     Q.   In preparation for your testimony.
18     A.   Oh.  No.  No.
19     Q.   Did you review any journals before your
20 testimony?
21     A.   No.
22     Q.   Any of your various publications?
23     A.   No.
24     Q.   How about the Blue Book?
25     A.   No.  I haven't read that one in a while.

## 65

1  I studied it hard this summer, but that was the
2  last.
3      Q.    What --
4      A.    The USDA handbook.
5      Q.    You last reviewed it this summer?
6      A.    Yes.
7      Q.    Why did you review it this summer?
8      A.    Because I was looking up some of the
9  rules and stuff about things when I appealed some
10  of my noncompliances.
11      Q.    Are you referring to the May inspection
12  and following appeal letters?
13      A.    Yes.
14      Q.    Do you understand the Animal Welfare Act
15  and Regulations to be minimum requirements?
16      A.    Yes.
17      Q.    So you understand that you're free to go
18  above and beyond those requirements.
19      A.    Yes, ma'am.
20      Q.    In what way do you feel like you go above
21  and beyond those requirements?
22      A.    I don't know that I said I went above and
23  beyond them.
24      Q.    Okay.  Do you feel you meet the minimum
25  requirements?

## 66

1      A.    Most of the time, yes.
2      Q.    But you do not go above and beyond the
3  requirements.
4      A.    I guess I'm not -- that's probably a --
5  how high of standards a person has, judgment, and I
6  guess I'm not sure about what they'd like.
7      Q.    And in your expert opinion, do you feel
8  that you go above and beyond the minimum
9  requirements?
10      A.    On some things.
11      Q.    What things?
12      A.    I don't know just right off the top of my
13  head.
14      Q.    I can give you a minute to think about
15  it.
16      A.    Okay.  I'm just trying to think, and I
17  don't know -- the pressure's on.  I can't do it.
18      Q.    Well, as we go on, maybe you'll think of
19  something.
20      A.    That would be great.  Let's just keep
21  going.
22      Q.    Any other people, publications, any other
23  things you might have consulted in preparation for
24  your expert testimony?
25      A.    No.

## 67

1      Q.    Okay.  And I wouldn't imagine you're
2  receiving compensation from anyone for your expert
3  testimony.
4      A.    No.
5      Q.    Are you receiving any -- receiving or
6  benefitting from any outside help from another
7  organization or another expert?
8      A.    Financially or --
9      Q.    In any way.
10      A.    Not unless The Calvary Group does
11  something.
12      Q.    Okay.  Financially are you benefitting
13  from any organization?
14      A.    Not as of this minute.
15      Q.    Do you expect to?
16      A.    I don't know.
17      Q.    Do you have any fundraising or legal
18  defense fund, online campaigns, planned for the
19  future?
20      A.    Yes.
21      Q.    When do you plan to get that going?
22      A.    When my Webmaster puts on it.
23      Q.    Oh.  Who's your Webmaster?
24      A.    My sister.
25      Q.    Do you have a site where you're planning

## 68

1  on posting that fund-raising campaign?
2      A.    She's taking care of all of that.
3      Q.    As an expert in this case, what do you
4  perceive as your purpose and function?
5      A.    Mine?
6      Q.    (Nods yes.)
7      A.    I guess -- I don't know.  I don't know
8  the answer to that.
9      Q.    All right.  We've talked a little bit
10  about some of your classes that you've taken in
11  animal husbandry.  Do you have any other experience
12  that specifically relates to the testimony that you
13  will give about animal husbandry?
14      A.    As far as what?
15      Q.    Well, you've been offered as an expert in
16  the case, so do you have any -- what training,
17  experience, other coursework, personal experience,
18  do you have that you think qualifies you as an
19  expert in animal husbandry?
20      A.    I've been going to barns since I was nine
21  months old and I haven't missed very many days, and
22  I've taken care of animals most of my life, farm
23  animals and exotic animals.  I've spent almost
24  30 years just doing exotics in addition to my farm.
25      Q.    So you would rely on your personal

Ex. 7-0403

69

1 experience and your historical relationship with
2 animals.
3    A.    Well, I have people that I mentor with
4 and that's how I learn, too.
5    Q.    Okay.  Who are those mentors?
6    A.    My breeders and other private zoos.
7    Q.    Anyone in specific?
8    A.    Nancy Brown, Deb Virchow, Jim Reno.
9    Q.    R-e-n-o?
10    A.    Yeah.
11    Q.    Okay.
12    A.    Bob Hudleson.  H-u-d-l-e-s-o-n, I
13 believe.  That's all I can think of right this
14 second.
15    Q.    All right.  And I want to talk about
16 those folks individually in a minute, but for now,
17 let's talk about if you have any specific
18 experience outside of your personal experience that
19 would inform your testimony with respect to the
20 tigers.
21    A.    I guess I'm not sure what you're asking
22 me.
23    Q.    Formal education, informal education,
24 courses, experience with tigers outside of your own
25 personal experience with your animals.

70

1    A.    Probably not.
2    Q.    How about lions?
3    A.    Just what I've talked about with other
4 breeders, but it all pertains to mine because I
5 didn't do lions and tigers before I --
6    Q.    You haven't worked at any other zoos?
7    A.    No.
8    Q.    Or observed them in the wild?
9    A.    No.
10    Q.    Or studied them at a university?
11    A.    No.
12    Q.    Or been mentored by a professor who has
13 been studying them at a university?
14    A.    Probably not a professor, no.
15    Q.    What about wolves?
16    A.    I used to go once in a while to a guy,
17 he's not here anymore, but he had a wolf rescue,
18 and I learned from him.
19    Q.    Okay.  What was his name?
20    A.    I can't tell you.  They just called him
21 Harold, the Wolf Man.  That's all I know.
22    Q.    Harold?
23    A.    Yep.
24    Q.    Harold, the Wolf Man.  And he's out of
25 business.

71

1    A.    He's in Arkansas now.  He was here in
2 Iowa.
3    Q.    And he's still rescuing wolves?
4    A.    Yes.
5    Q.    What about lemurs?
6    A.    (Nods no.)
7    Q.    No?
8    A.    I guess I should have said Bob Strange
9 for all of those, because he had a zoo.  Bob
10 Strange, just like it sounds.  S-t-r-a-n-g-e.
11    Q.    Out of curiosity, do you know his wife's
12 name?
13    A.    I don't.
14    Q.    I think I might know his wife.  And
15 servals.
16    A.    I don't think so.
17    Q.    Okay.  So we've talked about your
18 personal experience.  You've been working for your
19 zoo for 30 years.  Do you have any experience
20 outside of that personal experience that would
21 inform your expert testimony about captive
22 wildlife?
23    A.    No.
24    Q.    Transporting captive wildlife?
25    A.    Just what I read in the USDA hand manual.

72

1 USDA handbook, I should say.
2    Q.    What about general zoo administration?
3    A.    Just what I've learned from other private
4 zoos.
5    Q.    And are there any individuals at those
6 private zoos that you would consult specifically
7 about that?  About zoo administration questions?
8    A.    Probably Nancy Brown.
9    Q.    Anyone else?
10    A.    No.
11    Q.    Okay.  What about breeding captive
12 wildlife?  Do you have any experience outside your
13 own personal experience with breeding captive
14 wildlife?
15    A.    No.
16    Q.    Okay.  Have you ever testified as an
17 expert witness before?
18    A.    No.
19    Q.    Have you ever provided an expert opinion
20 to someone before?
21    A.    No.
22    Q.    Have you ever consulted as an expert with
23 someone before?
24    A.    No.  Not as an expert.  I mean, we go
25 back and forth, everybody that is in that business,

Ex. 7-0404

73

1  about certain species and we discuss what we need
2  to.
3    Q.  Is it fair to characterize the back and
4  forth that you have as being with people from the
5  Midwest only?
6    A.  No.
7    Q.  Okay.  Where might other folks be?
8    A.  From all across the country.
9    Q.  And what's the medium you use to
10  communicate with folks all across the country?
11    A.  Telephone.
12    Q.  Is there a list of people that --
13    A.  No.  They're just people I've dealt with.
14    Q.  People you've dealt with in the past?
15    A.  Yes.
16    Q.  Or perhaps referrals?  Do you have a
17  referral system?
18    A.  Sometimes we'll say, talk to this person,
19  'cause they're breeding this or they know, you
20  know.  They're experienced.  Put it that way.
21    Q.  On a given day, how often would you say
22  you have to make a consultation call like that?
23    A.  Not that often.
24    Q.  How about in a given week?
25    A.  Not that often.

74

1    Q.  Once a week, even?
2    A.  Not to consult about my own things.
3    Q.  How about once a month?
4    A.  I would say in the past, when I was first
5  starting, I would probably make a lot of calls and
6  talk to people.
7    Q.  Uh-huh.  Does anyone call you for that
8  type of advice now?
9    A.  Yes.
10    Q.  How often would you say that people call
11  you for that type of expert advice?
12    A.  Maybe a couple times a month.
13    Q.  Couple a month?  What are the
14  nature of their inquiries?  What is the nature of
15  their inquiries?
16    A.  It's usually about babies that they
17  shouldn't have, like coons and stuff.  It's like,
18  you can't take those.
19    Q.  Why can't you take those?
20    A.  'Cause they're Iowa's.  It's against the
21  law.  You can't take babies from the wild.
22    Q.  So do most of the folks that call you for
23  expert advice live in Iowa?
24    A.  90 percent.
25    Q.  Of the 10 percent that don't live in

75

1  Iowa, where do they live?  And what do they call
2  about?
3    A.  Anywhere.  They might call about skunks
4  or monkeys.  I don't know.  Whatever.
5    Q.  Are skunks rare for folks to have in
6  zoos?
7    A.  I don't think so.
8    Q.  But are you regarded specifically as a
9  skunk expert?
10    A.  Somehow I'm on a skunk data breeders
11  thing.  I don't know what it is.  And I get calls
12  all the time, and --
13    Q.  Do you?
14    A.  And I have to say, "Sorry, I don't have
15  any kits available right now."
16    Q.  So folks might call you looking for --
17    A.  They're looking, but sometimes they'll
18  just ask about their care and if you recommend them
19  as a pet or things like that.
20    Q.  Just out of curiosity, is your skunk
21  descentized?
22    A.  Yes.  It's descented.
23    Q.  Descented.  That's the word.  Thank you.
24  Wonderful.  And you said they call about the
25  monkeys sometimes.  What are these inquiries about?

76

1    A.  People wanting monkeys, and you can't
2  have them in Iowa.
3    Q.  How come?
4    A.  They're under the ban.  So you can't have
5  private ownership.
6    Q.  So those are mostly internal, in-Iowa
7  calls that you take about the monkeys.
8    A.  Yes.
9    Q.  Would you say you have any other common
10  calls that you take?
11    A.  I don't know.  It's random.
12    Q.  Okay.  And along with your designation as
13  an expert, your attorney represented you do not
14  have a resume or curriculum vitae.  Is that true?
15    A.  True.
16    Q.  In your opinion, what makes someone an
17  expert?
18    A.  You don't have to have all the answers,
19  but it's nice if you got most of them.
20    Q.  Someone who has most of the answers.
21    A.  And has some experience, they're well
22  read.
23    Q.  Well read?  Any other qualifications?
24    A.  I don't know.  I'd have to think a
25  minute.

Ex. 7-0405

**77**

1  Q. Okay. If you could hire anyone as an
2  expert in this case, who would you hire?
3  A. As far as what in this case?
4  Q. How about animal husbandry?
5  A. Lynn Culver. C-u-l-v-e-r.
6  Q. And who is Lynn Culver?
7  A. She is a director at the Feline
8  Conservation Federation.
9  Q. Anyone else?
10  A. That's who comes to mind.
11  Q. What is it about Lynn Culver you admire?
12  A. She knows all about exotic felines, she
13  raises exotic felines, she is very involved in
14  that, and she knows all the laws.
15  Q. So it's her advocacy work and her
16  experience?
17  A. (Nods yes.)
18  Q. Do you participate in any advocacy work?
19  A. Explain how I might do that.
20  Q. Well, you mentioned you did go to the
21  Capitol to testify against the ban on dangerous --
22  A. I did do that.
23  Q. Anything else like that?
24  A. No.
25  Q. Where you speak out for private

**78**

1  ownership.
2  A. I guess after we did that, I spent at
3  least eight hours on the phone contacting various
4  people that have exotics to talk to their
5  legislators on that ban bill.
6  Q. Are there any other issues you feel very
7  strongly about that you might engage in advocacy
8  work?
9  A. I don't like that they're making Burmese
10  only stay within their state.
11  Q. What's -- I'm not sure --
12  A. Burmese python.
13  Q. What state?
14  A. All states. It's just the ban went into
15  effect, it's a national one.
16  Q. Why don't you like that ban?
17  A. Because it ruins a business.
18  Q. What business?
19  A. People that breed Burmese. Or big snakes
20  like that. I don't think that people should get
21  them and turn them loose, and that's what happened,
22  but there's plenty of people that are private
23  individuals that handle them responsibly and breed
24  them and love them, and that wrecks their business.
25  It's about the money.

**79**

1  Q. I want to ask you about some folks who
2  have been mentioned and see if you regard them as
3  authorities. Dr. Laurie Gage?
4  A. Yes.
5  Q. And what do you regard her as an
6  authority in?
7  A. She knows about large felines.
8  Q. And what is it about Dr. Laurie Gage that
9  makes you think she's an expert?
10  A. She thinks she is, I guess, 'cause USDA
11  hired her.
12  Q. And did you know her before she got hired
13  at USDA?
14  A. Probably not. I've talked to her on the
15  phone and I've got literature from her.
16  Q. How often have you spoken with her on the
17  phone?
18  A. Once or twice.
19  Q. And what about?
20  A. I don't even remember. We were talking
21  about diets, I think.
22  Q. What do you know about her educational
23  background?
24  A. None.
25  Q. Or any of her qualifications?

**80**

1  A. I don't have them.
2  Q. I assume she's a veterinarian.
3  A. I don't know that, either, for sure.
4  Q. What's her title with USDA?
5  A. I don't know. Large feline something. I
6  don't know what she is.
7  Q. So what is it about Dr. Gage that makes
8  you think she's reliable?
9  A. I don't know. I guess she sends stuff
10  out so you have literature to look over that
11  pertains to cats and USDA's thinking of their
12  well-being, I guess.
13  Q. And did you find her friendly and
14  personable?
15  A. Sure.
16  Q. Dr. Heather Cole, do you regard her as an
17  expert?
18  A. No.
19  Q. Why not?
20  A. I think that she is a very intelligent
21  person, but I don't think she has common sense. I
22  don't think she has experience.
23  Q. And Dr. Cole, is she a veterinarian?
24  A. Yes, she is.
25  Q. So being a veterinarian doesn't qualify

Ex. 7-0406

81

1  someone as an expert.
2     A.   No.  You can learn something out of a
3  book, but if you haven't done it, then I don't
4  think you're an expert.
5     Q.   And what makes you think she hasn't done
6  it?
7     A.   I know that she's not a farm person, so I
8  don't know if she just does dogs and cats and that
9  type of thing.  She doesn't really know about a
10 large variety of animals to be what I would call an
11 expert on.
12    Q.   Do you think that farm experience is a
13 prerequisite for expertise in zoo animal care?
14    A.   Not necessarily, no.
15    Q.   What about Dr. Margaret Shaver?
16    A.   She's probably had some farm experience,
17 but I don't think she's all of that, either.
18    Q.   Are there any USDA veterinarians that you
19 would regard an expert other than Dr. Gage?
20    A.   I don't know how many of them were
21 veterinarians.  Most of the people that have come
22 to my house were veterinarians, because I think
23 that's required now, but I've had inspectors in the
24 past that I have a whole lot more respect for.
25    Q.   And who are they?

82

1     A.   Ron Beard, John Lies.
2     Q.   And when were they responsible for
3  inspecting your zoo?
4     A.   Ron Beard started with me in nineteen
5  probably '95, '96.  I'm just guessing that date.
6  And I probably had him at least eight or 10 years.
7  John Lies only came once.  Probably in the last
8  five years.
9     Q.   What about Cynthia Neese?
10    A.   I liked Cynthia, yes.
11    Q.   And what was it about those inspectors
12 that you liked as compared to the vets?
13    A.   They had common sense.  And I think
14 they'd been in the real world, not an imaginary one
15 where everything's perfect in all details.
16    Q.   So you regard common sense and real-world
17 experience as preconditions for expertise?
18    A.   I think it goes a long ways.
19    Q.   Is there anything else you'd like to tell
20 me about Ron Beard, John Lies, or Cynthia Neese?
21    A.   No.
22    Q.   Is there anything else you'd like to tell
23 me about Dr. Shaver, Dr. Cole, or Dr. Gage?
24    A.   No.
25    Q.   All right.  Now I want to talk about some

83

1  of the people that you've mentioned today.  Nancy
2  Brown.  What is it about Nancy that you regard as
3  an expert?
4     A.   She is in the same exact business that I
5  am as far as the zoo is concerned.  She has a
6  private zoo in Illinois.  She's done this for a lot
7  of years.  She does educational presentations for
8  kids and groups.  She's raised a lot of hand-raised
9  animals.
10    Q.   Anything else?
11    A.   No.
12    Q.   And what do you call upon Ms. Brown for?
13    A.   Probably anything and everything.
14 Sometimes just to rant and vent.
15    Q.   And, otherwise, do you call her for
16 expert advice on certain subjects?
17    A.   I probably have.
18    Q.   What subject?
19    A.   Coatimundis, bears.
20    Q.   Anything else?  Coatimundis and bears?
21    A.   Mainly.
22    Q.   What about Deb Virchow?  You mentioned
23 Deb Virchow.
24    A.   Yeah.  Bushbabies, bears, fennec fox,
25 cougars, some tiger.  I guess Nancy Brown, I should

84

1  have said tigers on her.  And lions.
2     Q.   For Nancy?
3     A.   Yes.
4     Q.   Let's talk about the tigers and lions.
5     A.   Okay.
6     Q.   Why do you regard Nancy as an expert on
7  tigers and lions?
8     A.   She has been a long-time tiger and lion
9  breeder.  She's raised hundreds of cubs from lots
10 of different cats, some that didn't have a very
11 good start, and she's been very successful.
12    Q.   And what does she do with those tigers?
13    A.   She is --
14    Q.   The tiger cubs.  Sorry.
15    A.   She's probably donated most of them.  She
16 keeps some.  She uses them for educational
17 presentations and ambassador work.
18    Q.   Do you respect Ms. Brown?
19    A.   Yes, I do.
20    Q.   What do you know about her qualifications
21 to run a zoo?
22    A.   She has been in that business for well
23 over 30 years, I'm sure.  Maybe longer.
24    Q.   Does she have any specific education or
25 training that you admire?

Ex. 7-0407

85

1    A.   No.  She's just hands on.  She built it
2  from the ground up.
3    Q.   And you built your zoo from the ground
4  up.
5    A.   Yes, I did.
6    Q.   So in that way, you're very similar.
7    A.   Yes, we are.
8    Q.   What about Deb Virchow?  You mentioned
9  tigers with her.  Does she have any specific
10  qualifications for raising tigers?
11    A.   Not necessarily.
12    Q.   Is it mostly her personal experience?
13    A.   She has raised probably almost every kind
14  of hoof stock and -- from camels to bears and
15  everything in between.  She's got a bear in her
16  house right now she's had on the bottle since day
17  two, so -- she's very successful, she's good, she
18  does wallabies.
19    Q.   Do you regard successful breeding of
20  wildlife as hand raising?
21    A.   It can be, but not necessarily.
22    Q.   But those are the qualities that you
23  would admire the most in a breeding program?
24    A.   I don't know if that's necessarily true.
25    Q.   I say that because you mentioned your --

86

1  you seemed impressed when you were talking about
2  her raising the bear in the house.
3    A.   When you can pull any baby animal at two
4  days of age because its mother's going to eat it,
5  and you're dedicated enough to get up every two
6  hours around the clock to feed and potty an animal
7  and you successfully keep it healthy and raised to
8  an adult, then I think you're a successful person,
9  yes.
10    Q.   What is your understanding of what Deb
11  does with the babies once they're raised?
12    A.   She has given some of her bears to other
13  zoos.  I shouldn't say given.  I think she sells
14  bear cubs.  But the bear cub she's got right now is
15  going to be one of her breeder bears.
16    Q.   Okay.  And Mindy Patterson, you regard
17  her as an expert in some fields.  What fields?
18    A.   Legal things.
19    Q.   Legal things.  What legal things?
20    A.   To protect animal ownership for private
21  people.
22    Q.   Anything with respect to animal
23  husbandry?
24    A.   I don't discuss that with her.
25    Q.   Okay.  What do you discuss with Mindy?

87

1    A.   I haven't talked to her that much.
2    Q.   And on the occasions you have spoken with
3  her, what did you talk about?
4    A.   I don't really remember the exact
5  conversations we've had.
6    Q.   What do you remember?
7    A.   I guess I remember when you sent me --
8  from the plaintiffs, I should say -- the blackmail
9  letter that I needed to send my animals to
10  sanctuaries or you were going to sue me under the
11  Endangered Species Act.  That kind of shook me up a
12  little.
13    Q.   And you called her then?
14    A.   Yes, ma'am.
15    Q.   Were you a member of The Calvary Group
16  prior to receiving that letter?
17    A.   No.
18    Q.   How did you know to call Mindy?
19    A.   I probably saw it in Animal Finders, her
20  ad.
21    Q.   Oh, she has an advertisement in the
22  Animal Finders' Guide?
23    A.   She did.
24    Q.   And when you received the letter, you
25  called her up.

88

1    A.   Yep.
2    Q.   What did she say?
3    A.   I think I talked to Mark that day.
4    Q.   What did Mark say?
5    A.   Mark said, do not let any animals leave
6  your yard.
7    Q.   Okay.  Anything else?
8    A.   That's all I remember.
9    Q.   Were you afraid that the animals were
10  going to leave your yard as a result of the letter?
11    A.   I wasn't going to let them.
12    Q.   What does that mean?
13    A.   It means that I would have had the
14  sheriff there, I guess if I had to, I would have
15  pointed a gun at somebody and asked them to leave
16  if they didn't want to leave.  Because you're
17  trespassing on my property and it's my private
18  animal.  And you don't have the right to do that.
19    Q.   So it was your impression after receiving
20  the letter that someone was threatening to come
21  remove the animals from you.
22    A.   They gave me six months.  And Mark told
23  me to ignore it, which I did.
24    Q.   So you didn't take any steps in order to
25  resolve that letter?

Ex. 7-0408

89

1   A.   No.

2   Q.   You didn't call the Animal Legal Defense
3   Fund?

4   A.   No.

5   Q.   Were you interested or curious in any way
6   what could happen if you avoided litigation?

7   A.   I just -- I don't know.  I don't know.  I
8   don't remember.  That's been over a year ago and I
9   don't remember exactly.

10   Q.   You mentioned the plaintiffs.  A little
11   digression here.  The plaintiffs didn't approach
12   you after their visit to the Cricket Hollow Zoo in
13   order to tell you what their concerns were at the
14   time of their visit, did they?

15   A.   Not that I ever remember.

16   Q.   But when you received the letter advising
17   you of what their concerns were, you took no
18   action.  Isn't that true?

19   A.   What letter that they gave me?

20   Q.   The letter we've been discussing.

21   A.   You didn't ever say specifically -- I was
22   never -- there was no specific do this, do this,
23   this, do this.  There was never specific anything
24   ever.

25   Q.   And did you call the Animal Legal Defense

90

1   Fund --

2   A.   No, I did not.

3   Q.   -- to find out if there was an
4   opportunity to have that conversation?

5   A.   No.

6   Q.   You chose to ignore --

7   A.   Yes, I did.

8   Q.   So when the plaintiffs did present you
9   their concerns, you did nothing.

10   A.   They did not.

11   Q.   When the plaintiffs presented you their
12   concerns through the 60-day notice letter, things
13   like the isolation of the lemurs, the lighting that
14   the lemurs were being held in --

15   A.   'Cause that wasn't the truth.

16   Q.   So you regarded the letter -- this is the
17   letter that we were talking about.

18   A.   Well, you show me the letter, then,
19   because I don't know what it is.

20   Q.   Yeah.  Let's make sure we're talking
21   about the same letter.  Let's go ahead and mark
22   this.  It's huge.

23   A.   I got that from Fed Ex, and as soon as I
24   signed that, that's when all the media all over the
25   state heard that I had gotten this threatening

91

1   letter from you.  From the plaintiffs.

2   Q.   Well, it sounds like we don't need to
3   mark it.  It sounds like you recognize it.

4   A.   I do recognize it.

5   Q.   Okay.  So you got what you perceived to
6   be a threatening letter from the plaintiffs --

7   A.   Yes, I did.

8   Q.   -- expressing concerns about the animals
9   at the zoo and offering to resolve those out of
10   court if you would call, and you didn't call.

11   A.   That's not what the letter said.  It said
12   I have to have no USDA noncompliances, basically is
13   what it said, and if that wasn't -- the other
14   option was I had six months to relinquish them to
15   your sanctuaries and you had trucks waiting to come
16   get them.  That's how I read it.

17   Q.   All right.  Is there anything else that
18   you'd like to add about your reaction to the
19   letter?

20   A.   No.  I felt it very threatening.

21   Q.   Okay.  And for the record, we're talking
22   about a letter dated March 4, 2014, to Pam and Tom
23   Sellner, Secretary of the Interior Sally Jewell,
24   and Fish and Wildlife Service Director Dan Ashe.

25        All right.  Thank you indulging me in

92

1   that digression, Ms. Sellner.  Let's talk about
2   Craig Perry.  What is it about Craig Parry that you
3   regard for his --

4   A.   I never said anything about Craig Perry.

5   Q.   Who is Craig Perry?

6   A.   He is a former zoo owner.

7   Q.   And you do not regard him as an expert.

8   A.   He's a zoo owner just like all the rest
9   of us, I guess.  Former zoo owner.

10   Q.   Okay.  You said, "I didn't say anything
11   about Craig Perry."

12   A.   I didn't mention him.  I don't know why
13   you did.

14   Q.   Oh.  He was mentioned in your
15   interrogatory responses.

16   A.   That's only because I got some cats from
17   him.

18   Q.   Okay.  So he's not someone you consult
19   with or call.

20   A.   No.

21   Q.   Okay.  You did mention Bob Strange as
22   someone you consult with or call.

23   A.   I think when I first started the zoo, he
24   had Iowa's only drive-through park, and he sold me
25   his inventory of animals on a handshake.  He went

Ex. 7-0409

93

1  out of business and I took most of his inventory.
2     Q.   And what inventory was that?
3     A.   Snakes, birds, small mammals, monkey,
4  camel.
5     Q.   Okay.
6     A.   That's all I can remember right this
7  minute, but that was a lot of years ago, and he
8  kind of coached me about what he did and what
9  problems he had, and my son and I went down there
10  and looked his park over just for ideas before we
11  built ours.
12     Q.   Was your son involved in the zoo in the
13  beginning?
14     A.   No.  Not truly.  He did multiple zoos
15  with us when he was younger.
16     Q.   Okay.  That's a good question.  When was
17  that?  When did the zoo get started?
18     A.   We opened at the farm in 2002.  July 4.
19     Q.   Okay.  And you mentioned earlier that
20  inspector Ron Reed was with you from 1985 on?
21     A.   Ron Beard.
22     Q.   I'm sorry.  You're right.  Ron Beard was
23  with you from 1995 for another eight or 10 years.
24  What was he inspecting in 1995?
25     A.   I had cougars, I'm sure, I had rabbits.

94

1  I didn't have a lot of lot of things.  'Cause I was
2  building up inventory before we actually opened to
3  the public, and we did do mobile zoos.
4     Q.   You did mobile zoos, so you still needed
5  the --
6     A.   It was local.  Yes.
7     Q.   What inspired you to transfer from the
8  mobile zoo business model to the stand-alone
9  business model?
10     A.   'Cause it's a lot of work to transport
11  things.  I had some big cats that we obviously
12  couldn't display on a mobile zoo, and it's just
13  nicer having the public come to my house.
14     Q.   Let's come back to -- well, I'm curious.
15  Is your son still helping with the zoo?
16     A.   My son was killed in a truck accident six
17  years ago, so he is no longer with us.
18     Q.   I'm very sorry for your loss.
19     A.   Thank you.
20     Q.   What about Bob Strange?
21     A.   Bob is no longer in business.
22     Q.   Okay.  And Bob Hudleson?
23     A.   Bob Hudleson lives in southern Indiana.
24     Q.   And what about him do you regard as an
25  expert?

95

1     A.   He exhibits and brokers animals and he
2  knows a lot of people, he knows a lot of things,
3  and we've dealt in some things together.
4     Q.   What things?
5     A.   Fennec Fox.
6     Q.   Oh.  By things, you mean animals.
7     A.   Yes.
8     Q.   Okay.  And Jim Reno.  You mentioned that
9  you regarded him as an expert.
10     A.   Well, he knows USDA law firsthand and
11  I've dealt with him with animals.
12     Q.   When you say he knows it firsthand, what
13  do you mean?
14     A.   Because he got in trouble for signing a
15  paper wrong and he did federal prison time.  So I
16  know for a fact how to fill out papers properly,
17  and he does, too.
18     Q.   What papers?
19     A.   USDA transfer or something.
20     Q.   So before yesterday when you heard
21  Dr. Pries' testimony about a couple of our experts,
22  had you ever heard of Dr. Peter Klopfer?
23     A.   No.
24     Q.   What about Dr. Jennifer Conrad?
25     A.   No.

96

1     Q.   And before today, have you ever heard of
2  the following individual?  David Allen.
3     A.   No.
4     Q.   After reviewing the resumes that were
5  provided to your attorney in discovery, do you have
6  any criticisms or opinions about these experts?
7     A.   I don't think they're any more expert
8  than anybody else.
9     Q.   Okay.  Why not?
10     A.   I don't know what experience they've ever
11  had.  Anybody can take papers up and put your name
12  on there and say, look at me, and I guess that's
13  not, to me, a big deal.
14     Q.   So you're not persuaded by educational
15  qualifications.
16     A.   I'm not -- not necessarily.  I can read
17  books all day and I can tell -- I could probably do
18  brain surgery on you, but that doesn't mean you
19  want me to.  I'll guarantee it.
20     Q.   So you're more impressed with real-world
21  experience.
22     A.   I am indeed.
23     Q.   All right.  Have you made any other
24  credibility judgments about those individuals as
25  part of your analysis of their testimony?

Ex. 7-0410
24 of 92 sheets

97

1    A.    Who?  Those you mentioned?

2    Q.    Dr. Klopfer, Dr. Conrad, or David Allen.

3    A.    No.

4         MS. BLOME:  All right.  This would be a

5    good place for a break.

6

7              (Recess)

8

9    Q.    (MS. BLOME)  Mrs. Sellner, I'd like to

10   switch gears a little bit and talk about general,

11   like, the zoo and administration.  I'm very

12   curious, I know that you've seen some aerial

13   photographs that were taken by one of the

14   plaintiffs and I'd like to show one to you.  And

15   what I'd like to do, actually, the court reporter

16   will mark it and then I want to use this as sort of

17   a helpful exhibit to us if we need it.  So I would

18   just like you to go through and write -- hand write

19   on there what animal enclosures are represented in

20   the --

21   A.    What year is this?

22   Q.    I believe she went in 2012.  Have things

23   changed?

24   A.    Some possibly could.

25   Q.    Well, to the best of your ability.  And

98

1    let's have the court reporter mark it before --

2    we'll go with after.  So take a few minutes to

3    write on there.

4    A.    If there's not an animal in there, do you

5    want to know what's in there in the summer?

6    Q.    Sure.

7    A.    This stuff, there's nothing in there in

8    the winter.  Do you still want names on them?

9    Q.    Yes, please.

10   A.    Everything else was inside, I think.

11   There it is.

12   Q.    Great.  All right.  We'll have the court

13   reporter now mark this.

14        MS. BLOME:  And we're going to go

15   consecutive from yesterday so we don't have

16   multiple Exhibit As.

17        (Deposition Exhibit L marked for

18   identification, as requested.)

19   Q.    (MS. BLOME)  All right, Pam.  Thank you.

20   That was helpful.  Now, for the record, could you

21   tell us which of those animals are not actually in

22   their enclosures because they're inside for the

23   winter?

24   A.    You want them circled or what?

25   Q.    Yeah.

99

1    A.    Do you want me to circle it or what?

2    Q.    Yeah, that would be helpful.

3    A.    All right.  This means that they're

4    indoors or that they're taken to the farm.  Because

5    some of this stuff I transfer to the farm over the

6    winter.  They're inside, these are all inside --

7    Q.    So indoors would be on site.  There's an

8    on-site enclosure in the zoo that they go into and

9    are kept in there.

10   A.    Yes.

11   Q.    On farm, what does that mean?

12   A.    I take some of the hoof stock over to my

13   farm for the winter and they're not in the zoo.

14   Q.    So they're housed with your dairy cattle.

15   A.    Well, not with the dairy cattle

16   necessarily.

17   Q.    But the same enclosure.

18   A.    Well, at the farm somewhere.  Because it

19   makes it easier to do chores and they have better

20   shelters over there for the winter and water.  So

21   pigs come out, donkeys come out, these stay, these

22   come out, these stay, those go out, these go out,

23   these stay, those go out, those go out, these stay.

24   All that stuff stays, this stuff is all inside.  So

25   anything circled is inside or at the farm.

100

1    Q.    And which animals go to the farm?

2    A.    Basically farm-type animals.  My llamas

3    are over there, ponies, donkeys, mules, zedonk, all

4    my exotic cattle except for the zebu.  They're in

5    with the Santa Cruz.

6    Q.    What about the pigs?

7    A.    The pigs are at the farm.  All my pigs.

8    Meishans and pot-bellies.  And there's Watusi

9    cattle, highland cattle.  You got all the ponies

10   and donkeys and zedonk and mule and stuff like

11   that.

12   Q.    How do you get them to the farm?

13   A.    I walk them across the path.

14   Q.    Okay.  So it's not far.

15   A.    My farm is the same property as my zoo.

16   There's six acres that's the zoo and the farm is

17   right across the driveway, my dairy.

18   Q.    Okay.  So across the driveway, same side

19   of the road, walk them over.

20   A.    (Nods yes.)

21   Q.    Okay.  When do you move the animals?

22   What day of the year?

23   A.    The fall, usually.

24   Q.    Do you wait for a certain temperature

25   or --

Ex. 7-0411

101

1    A.    When I close, which is usually the end of
2  October.
3    Q.    So right after you close, you move the
4  animals?
5    A.    (Nods yes.)
6    Q.    All right.  Well, let's use this as
7  something that if you feel like you would like to
8  show me something about the enclosure as we go
9  forward and that this picture might help, or if
10  there's any other reason that something like this
11  might help, I'll refer to it, you can refer to it,
12  and then we have that common depiction.
13    A.    All right.
14    Q.    All right, Ms. Sellner.  Just generally I
15  want to talk to you about a typical day at the zoo.
16  When you wake up, what's the first thing that you
17  do in the morning?
18    A.    Is this summer or winter we're speaking?
19  Zoo season?
20    Q.    Zoo season.
21    A.    All right.  Zoo season?
22    Q.    Yep.
23    A.    I get up, I go to my dairy farm, I take
24  care of all my dairy cows, I milk, I do my calves,
25  I clean my parlor, at which time I go to my zoo --

102

1    Q.    And what time is it, usually, by the time
2  you get to the zoo?
3    A.    In the summer, depends on if I have had
4  calves or anything up on the farm that day.
5  Usually 9 or after.  And I do a walk-through on the
6  path, I go in, I turn all my lights on, I check my
7  waterers, get everything basically ready.  I go
8  home, I take a shower, I grab a peanut butter
9  sandwich, I come back to the zoo and --
10    Q.    What time do you normally get back?
11    A.    At 10.  'Cause that's when we open.  Then
12  if I have people waiting, I let them in.
13  Otherwise, I might mess around and do a few chores
14  inside my reptile building and just get ready for
15  the day that way.  I might sweep.  Sometimes my
16  volunteers are there and they do different things,
17  whatever we have on the agenda that day.  And then
18  I spend until 6:00 that afternoon at the zoo mostly
19  as a ticket-taker or whoever you might say, greet
20  all my guests and show them around.
21          And about 4:00 in the afternoon when I'm
22  still over there, I usually like to try to start on
23  some of my chores that are right in that area so I
24  have a head start on the evening.  After 6 we close
25  the doors, I go home, I put my other clothes on,

103

1  and I finish up whatever chores I need to at the
2  zoo, then I go back to my dairy farm and do my
3  chores over there, and usually by 9:30 or 10 in the
4  summer I'm back in the house.
5    Q.    That sounds exhausting.
6    A.    It's not if you enjoy it.
7    Q.    So, basically, you're up from 6 to 10:30
8  every day working on your farm.
9    A.    In the summer.
10    Q.    Okay.
11    A.    In the winter I get in earlier.
12    Q.    You said a couple of things that I'd like
13  to flush out a little bit.  One was that before --
14  in between the watering and when you open, you
15  basically get ready.  Are there certain things that
16  you always do in the morning before you open?
17    A.    I have a lot of lights and stuff in the
18  reptile house.  The education center's on timers,
19  so I don't have to do that.  I just -- I go through
20  and I just -- I check all my animals, I give them
21  their breakfast, I give them their water, I do a
22  little spot cleaning.  And on our maintenance days,
23  which are Monday and Tuesday, that's our big
24  cleaning days when we do, like, major amounts of
25  cleaning, I do have volunteers that come in and

104

1  they'll have jobs of whatever, depending on who it
2  is, and they help through the day different times.
3    Q.    And before the zoo opens, does anyone
4  else help you with the basics of getting ready for
5  the opening?
6    A.    My husband will have his -- most of the
7  hoof stock things done and have the cat pens raked
8  before he goes to his job in the morning.
9    Q.    Okay.  Anyone else?
10    A.    Just our volunteers that come in and do
11  whatever they're assigned.
12    Q.    Okay.  And then you said you're mostly a
13  ticket-taker?
14    A.    Well, I sit in the chair, in my little
15  canvas throne, and rule my magic kingdom.  I take
16  the admissions, I sell feed cups, I have souvenirs,
17  I discuss animals.  People like to visit about what
18  they saw or what they enjoyed, and chat with the
19  kids and stuff like that.
20    Q.    How much do you sell feed cups for?
21    A.    50 cents.
22    Q.    And souvenirs?
23    A.    They vary anywhere from a quarter to --
24  my most expensive things are $10 T-shirts and
25  ostrich eggs for 10 bucks and everything in

Ex. 7-0412

105

1  between.
2      Q.    Okay.  So do you get a steady stream, a
3  steady inflow of customers?
4      A.    Not necessarily.
5      Q.    What do you do when you're not taking
6  tickets?
7      A.    I'm just working around there.  I read, I
8  work on my books, whatever.
9      Q.    Do you do walk-throughs of the zoo?
10     A.    With people?
11     Q.    Uh-huh.
12     A.    No.  Not as a general rule.  I have
13 before, but I basically need to stay by the door.
14 I usually have an ambassador animal that sits by
15 me, and that's when the guests come in.  That's our
16 hands-on animal.  And it's different every year.
17     Q.    Is it always a baby?
18     A.    Not necessarily.  But a lot of times it's
19 a young animal.
20     Q.    What criteria do you use for selecting
21 your ambassador animal?
22     A.    Something that will get along with
23 everybody and that I don't deem as dangerous at
24 that time.
25     Q.    What was your ambassador animal in 2014?

106

1      A.    Last year we had a kinkajou.  Consuella
2  the kinkajou.
3      Q.    And was she a baby?
4      A.    Yes, she was.  She was one that was born
5  at the farm.
6      Q.    Okay.  And in 2013 did you have an
7  ambassador animal?
8      A.    Yes.
9      Q.    And who was your ambassador animal then?
10     A.    I think it was Lily, the baby raccoon.
11     Q.    Okay.  Was Lily born on the farm?
12     A.    No.  She was purchased from a breeder.
13     Q.    Okay.  In 2012?
14     A.    I believe it was Obi.
15     Q.    Was Obi born on the farm?
16     A.    Yes, he was.
17     Q.    Okay.  And 2011?
18     A.    I can't remember every year.  I don't
19 know who we had that year.  Might have had fennec
20 fox pups.
21     Q.    And were they born on the farm?
22     A.    Yes.
23     Q.    For the most part, it sounds like your
24 ambassador animals were born on the farm.
25     A.    Usually, yeah.

107

1      Q.    Okay.  And what happens to them after
2  they're done being an ambassador animal?
3      A.    I either put them in the zoo or --
4  there's a few select animals I guess we have sold,
5  but most of those, they're still with us.
6      Q.    And are they able to be rehomed with
7  their families?
8      A.    Depends on what it is.
9      Q.    What about Lily?
10     A.    Lily has two cage mates.  They're a trio
11 of coons.  And she's out in a big exhibit.
12     Q.    Consuella?
13     A.    Consuella is inside in the reptile house.
14 I use her for, like, nursing home visits and that
15 kind of thing, so I didn't put her in with the
16 breeding group.  I just have her housed separately
17 right now.  And I may even use her again as an
18 ambassador animal this year.  I don't know yet.
19     Q.    Oh.  What about Obi?
20     A.    Obi is in the zoo.  He has a pen over in
21 the monkey building.  Indoor/outdoor enclosure.
22     Q.    Is he alone?
23     A.    He is right now, yes.
24     Q.    And then the fennec fox?
25     A.    The fennec fox pups, I think the puppies

108

1  are sold.
2      Q.    Okay.  You also mentioned, then, the day
3  chores.  Just generally chores.  What are those
4  chores?
5      A.    Basically feeding and watering everybody,
6  bedding stuff, sweeping up.  Just general things
7  like that.
8      Q.    Like housekeeping.
9      A.    Yeah.
10     Q.    Okay.  All right.  I'm going to list some
11 volunteers, and I want you to add to the list if I
12 miss somebody.  Okay?  Suzy Tibbott, Bob Huddleson,
13 Jean Bacon, Eric Wuchter, Ted Mason.  Anyone else?
14     A.    Manson.
15     Q.    Manson?
16     A.    Yes.
17     Q.    Okay.  Anyone else?
18     A.    These are just my volunteers?  Is that
19 what you wrote?
20     Q.    Yeah.
21     A.    Well, I have more volunteers than that.
22     Q.    Who else?
23     A.    I don't even know all their names.
24 Services Unlimited -- I'll have seven to 10 people
25 from Services Unlimited.

Ex. 7-0413

109

1    Q.    What's Services Unlimited?

2    A.    It's an organization that's in

3 Manchester, and they usually come out once, maybe

4 twice, a week and bring seven to 10 volunteers.

5 They usually do stuff in the reptile and bird

6 house, small mammals.

7    Q.    What's their mission?

8    A.    They clean, they water.

9    Q.    No, what's the mission of Services

10 Unlimited?  It is, like --

11    A.    They're handicapped.  Various handicaps.

12    Q.    So they're kind of looking for things to

13 do?

14    A.    They do different things around the

15 community.

16    Q.    Yeah.

17    A.    They have a day that they spend at our

18 house.

19    Q.    Anyone else?  I do recall you listed some

20 LDS folks?

21    A.    There's three boys, there's a Jason

22 Neverman --

23    Q.    Is he one of the boys or someone else?

24    A.    No.  I don't these boys's names always.

25    Q.    Okay.

110

1    A.    They vary a little.  There's so many

2 people.  Trish Leclere has helped me.

3    Q.    But they all work for no -- they're

4 volunteers.

5    A.    Yes.

6    Q.    No pay.

7    A.    Yes.

8    Q.    And do they help in the off-season, too,

9 or just zoo season?

10    A.    Both.

11    Q.    What types of tasks do you have the

12 volunteers do for you?

13    A.    It just depends on who they are and what

14 I think they're capable of.  I've had them do

15 everything from helping to feed and water, clean

16 small animal cages, they mow, they do the gardening

17 in the gardens.

18    Q.    What else?

19    A.    I don't know.  Just basic whatever I tell

20 them, I guess.

21    Q.    So --

22    A.    Castrate goats.  I don't know.  Whatever

23 we need.

24    Q.    Okay.  Do you feel like you have enough

25 help at the zoo with the volunteers?

111

1    A.    Yes.

2    Q.    You don't feel like you need any

3 additional help?

4    A.    If somebody wanted to help, I wouldn't be

5 stupid enough to tell them no, unless I didn't

6 think -- there's people that want to come in and

7 I'm not going to go through all the work of

8 training them and then they last a day and leave,

9 you know.  Because I got things to do, too.  But,

10 yeah, if somebody seriously wants to help, I'm not

11 going to turn them away.

12    Q.    I ask because USDA inspectors have cited

13 you a couple of times for inadequate employees.

14    A.    That's what they say.

15    Q.    Yeah.  What's your basis for disagreeing

16 with that citation?

17    A.    It's just like I told you, last May I had

18 my chore list in my hand with -- my volunteers were

19 coming that afternoon at 2:00.  I said, "Here's

20 what we're going to do today."  And she wrote me up

21 for no employees or help.  It's like, when they

22 came back and gave me my reports that afternoon, I

23 said, "Here's the list.  Everything's done.  Do you

24 want to look at it?"  She goes, "No."  She says,

25 "Are you happy with what they did?"  And I said,

112

1 "Yes."  She said, "Well, then, fine."  That's all

2 she said.  And I got written up for it anyway.

3    Q.    That's just one occasion.  What about the

4 other occasions?

5    A.    I've had help the other times, and they

6 said, well, this is isn't good enough and that

7 isn't good enough.  So we try to step it up and

8 then they think of something else.  So I don't

9 think it has anything to do with a lack of help.  I

10 think it has to do with a lack of their

11 expectations, I guess, of something.

12    Q.    Do you feel satisfied with the level of

13 care and help you're getting at the zoo?

14    A.    Overall, yes.

15    Q.    Do you ever feel overwhelmed with those

16 daily tasks?

17    A.    No.

18    Q.    All right.  You mentioned there was an

19 off-season routine that was different from the

20 zoo-season routine.

21    A.    Well, I don't spend 40 hours a week

22 sitting in my chair.

23    Q.    So how --

24    A.    But I still have the same chores and the

25 same routine every day.  It's just a little

113

1  different time.  And I have more time during the
2  day to work on things at my leisure and clean cages
3  and stuff.  I don't have to worry about the public
4  being there.
5      Q.   So the only difference between zoo season
6  and off season is you don't have to take tickets.
7      A.   Basically.
8      Q.   And you can do other things.  Okay.
9          Okay.  I want to talk about -- you've
10 provided what appears to be a handwritten document
11 of income and budget expenses.  Zoo expenses you
12 call it.  Was that handwritten document that you
13 provided to us your handwriting?
14     A.   Yes, ma'am.
15     Q.   How did you arrive at these numbers that
16 were listed on the document?
17     A.   Probably taken off of my Schedule C.
18     Q.   So your tax form that you submitted.
19     A.   Yes.
20     Q.   Okay.  Thank you for compiling them in
21 this way.  It was very helpful to us.  And I had a
22 specific -- a couple specific questions about the
23 categories that you list.
24         For souvenirs, you list that you -- this
25 number of an expense, for example, in 2014 for

114

1  $529.  And we talked about the souvenirs -- the
2  types of souvenirs you have and what you might
3  charge for them.  Do you make a profit off of the
4  souvenirs?
5      A.   Yes.
6      Q.   Okay.  What would you say your average
7  profit is from --
8      A.   Oh, this is my expense sheet.  Yeah.
9      Q.   Yeah.
10     A.   I have that on another sheet, I'm sure.
11     Q.   So on your profit sheet, you list
12 admissions and donations --
13     A.   And feed and --
14     Q.   -- and personal contribution.
15     A.   Well, 'cause it's in with the feed and
16 stuff.
17     Q.   Okay.  So any profits you might make in
18 addition to --
19     A.   I'm not making big money off those -- you
20 know, I make 2 bucks on a T-shirt.  It's kind of
21 just a thing 'cause kids like to have something to
22 take home.  They buy a 25-cent postcard.  They buy
23 a dollar stuffed animal.  I'm not marking them up
24 big.  It's just so kids can have something.
25     Q.   Okay.  So in response to Interrogatory

115

1  Number 12, we talked about the souvenirs, and in
2  response to Interrogatory Number 11, you're saying
3  here on the record that any other profit you might
4  receive in addition to zoo admissions would be
5  listed under donations, mobile zoos, feed, and
6  sales.
7      A.   Yes.
8      Q.   There's no other source of profit for the
9  zoo.
10     A.   No.
11     Q.   No other income source.
12     A.   No.  It's all listed in there.
13     Q.   So I added some things, and your zoo
14 income in 2014, which appears to be a
15 representative year, was about $14,000.
16     A.   Well, I don't think that was a
17 representative year.
18     Q.   Okay.  Why not?
19     A.   I'll tell you why.  Because I have had
20 that zoo open since 2002 and I charged $5 for
21 adults, $3 for kids 14 and under, and ages 3 and
22 under were free.  And until 2014 that was my rates
23 and I just kept it there.  In 2014 I raised my
24 rates to everybody was $5 and ages 2 and under were
25 free.  My zoo admission numbers as far as -- my

116

1  attendees, is what I should say, were cut in half
2  that year.
3      Q.   Okay.  Well, let's take 2013.  It looks
4  like 2013 is about $20,000 in profit.  What were
5  your -- do you recall your total expenses in 2013?
6      A.   No, I do not.
7          MS. BLOME:  Okay.  Can we go off the
8  record for a moment and I'll add that up.
9          (Pause)
10         MS. BLOME:  Okay.  I'm ready.
11     Q.   (MS. BLOME)  Okay.  So 2014 wasn't a
12 representative year, and in that year, according to
13 the math, you lost about $9,000.
14     A.   That could very well be.
15     Q.   Okay.  In 2013, which you think is more
16 representative of your annual income and expenses
17 at the zoo, you took in 20,000 -- about $20,000 in
18 profit and your expenses were about $18,000.  So
19 about a $2,000 profit.  Does that seem accurate?
20     A.   I don't think it's probably really
21 profit, but --
22     Q.   So in your estimation, you don't profit
23 from the zoo.
24     A.   No.  That's not my intent.
25     Q.   What's your intent?

Ex. 7-0415

117

1    A.   My intent is that we are an Iowa
2    nonprofit educational corporation, I am there to
3    have kids come through and learn about things in
4    the wild and farm animals, I want their families to
5    be able to enjoy it, and that's how we give back to
6    our community.  I'm not in this for money.  If I
7    was, I'd pick a different occupation.  'Cause I sit
8    there for free every week.
9        Q.   Sure.  But you would admit that in order
10   to run a successful educational program, that you
11   would at least need to make as much money as you
12   spend.
13       A.   That's probably true.
14       Q.   You'd at least need to break even.
15       A.   But I have other income sources and I use
16   that in that business also.
17       Q.   Okay.  Would you say that the zoo
18   business is a financial loss for you personally,
19   then?
20       A.   Yes.
21       Q.   About how much annually would you say you
22   lose because of the zoo business?
23       A.   I don't know.  Because the farm
24   contributes all the electricity, because there's
25   not separate meters.  The farm contributes LP,

119

1        A.   I can't tell you on any given day.
2        Q.   Can you give me a rough estimate?
3        A.   Probably several thousand dollars.
4        Q.   Is it, like, $2,000?
5        A.   Probably.
6        Q.   Any higher than that ever?
7        A.   Probably.
8        Q.   As much as $5,000?
9        A.   Yes.
10       Q.   As much as $10,000?
11       A.   Nope.
12       Q.   Is $5,000 probably the max?
13       A.   Yep.
14       Q.   Do you have any revolving credit
15   available to you for day-to-day or extraordinary
16   emergencies?
17       A.   Not at the zoo.  Only the farm.
18       Q.   Okay.  What about equity or shares in any
19   corporations that you could liquidate?
20       A.   No.
21       Q.   What available capital do you consider
22   that you have for emergencies?
23       A.   I'll go to the bank, I guess.  I haven't
24   ever had that occur, where I've had an emergency
25   that I can't finance.

118

1    because there's not separate tanks.  The farm
2    contributes the baleage that we feed.  So the zoo
3    is purchasing just -- the specialty feeds and other
4    things out of its funds.
5        Q.   But the zoo's a separate corporation from
6    the farm.
7        A.   Yes, it is.
8        Q.   Is the farm a corporate entity?
9        A.   It's not a corporation.
10       Q.   Okay.  So it's just you and your husband.
11       A.   It's private enterprise.
12       Q.   Okay.  I note that you didn't pay any
13   contractors any wages for any work at the zoo.
14       A.   No.
15       Q.   And that's accurate?  There's no --
16       A.   That's because my husband does all the
17   work.
18       Q.   Okay.  And he does not charge, obviously.
19       A.   No.
20       Q.   Okay.  I want to talk to you about
21   available capital for emergency funds at the zoo.
22   Do you have any savings accounts or backup funds
23   for day-to-day administration of the zoo?
24       A.   Sure.
25       Q.   And how much are in those accounts?

120

1        Q.   Okay.  So the current plan would be that
2    if an emergency occurred, you'd go to the bank for
3    a loan?
4        A.   Yep.
5        Q.   What assets do you have that might --
6    that might allow a bank to lend you that money and
7    serve as collateral?
8        A.   I own the farm.
9        Q.   What equity's in the farm?
10       A.   I have cattle and buildings and land,
11   machinery.
12       Q.   Do you have an estimate of the equity
13   that you've got in the farm or would you have to
14   go --
15       A.   Probably three-quarters of a million
16   dollars.
17       Q.   Okay.  There's $750,000 available to you
18   in equity at the farm.
19       A.   (Nods yes.)
20       Q.   Do you have a go-to person at a bank or a
21   local lender that would be comfortable with loaning
22   you money on an emergency basis?
23       A.   Yep.
24       Q.   Who is that?
25       A.   Personal bank.  City State Bank.

Ex. 7-0416

121

1   Q.   Is that Manchester?

2   A.   In Central City.

3   Q.   In Central City.

4        COURT REPORTER:   What was the bank?

5        THE WITNESS:   Well, you know, it's now

6   NXT Bank.  It's N-X-T.  It used to be City State.

7   Q.   (MS. BLOME)  What about zoo improvements?

8   We talked about emergencies.  Do you have any

9   available capital for zoo improvements?

10  A.   We usually use the money from our

11  admissions for improvements.

12  Q.   So would that also -- would that money

13  from admissions also be used for, like,

14  construction of new enclosures if you acquired a

15  new animal?

16  A.   Yes.

17  Q.   Am I missing anything with regards to

18  money available to you to run the zoo?

19  A.   I guess I work two jobs and my husband

20  works three jobs, so we cash flow things, we make

21  it.

22  Q.   What do you make a year together, the two

23  of you?

24  A.   Gross or net?

25  Q.   Both.

122

1   A.   We gross probably a quarter of a million.

2   We net zero.

3   Q.   Do you operate at a loss?

4   A.   I have before.  Just depends on milk

5   prices.  It's kind of on a tax basis, because

6   depreciation didn't really cost me money and things

7   like that.

8   Q.   Okay.  And you file as married, filing

9   jointly?

10  A.   Filing jointly.

11  Q.   Is there a formal relationship between

12  the zoo and the farm?

13  A.   No.

14  Q.   Okay.  Let's talk about the biosecurity

15  protocols that are in place at the zoo.  What

16  biosecurity -- and the farm, actually.  Let's start

17  with the farm.  What biosecurity protocols are in

18  place at the farm?

19  A.   We don't just have people running around

20  our farm, and especially in our feed areas and our

21  young stock areas.  And we have veterinarians or

22  nutritionists, whoever needs to come, they always

23  have boots on and they wash in and out.  Milk man

24  doesn't go anywhere else, but he also has boots so

25  we're not bringing diseases from other places.

123

1   When I feed my calves, I always have my boots

2   cleaned before I go from young stock to old stock

3   or vice versa.

4   Q.   When you say you have them cleaned, do

5   you have a footbath or a sanitizer?

6   A.   No.  I power wash them.  I can sanitize

7   them in the milk house if I wish.

8   Q.   What about for people, like, outside

9   entering the barn?

10  A.   As far as going to my farm?

11  Q.   Uh-huh.

12  A.   I guess I'm not sure what you're asking

13  me.

14  Q.   Like if someone wanted to visit the barn,

15  see the animals.

16  A.   If people -- they may.  Usually we do not

17  go in the livestock areas.  They're allowed to go

18  into my parlor and they're with us, they're allowed

19  to view the cattle from the driveway.  They don't

20  get to walk up in the TMR or anything.

21  Q.   Okay.  What about the zoo?

22  A.   At the zoo, I have signs on doors in

23  areas that I don't want people and it says, "This

24  is a biosecure area.  Please do not enter without

25  permission."  In the monkey house, no one is

124

1   allowed in there.  My husband very rarely gets to

2   go in.  I go in daily and my veterinarian's gone in

3   there and my USDA inspector.  Otherwise, that is an

4   off-limits area to anybody.  I just don't allow it.

5   Q.   And when people do go into those

6   off-limits areas, are there protocols that they

7   have to follow in order to proceed?

8   A.   The inspector wears Googles.  She had

9   violated our biosecurity for many years and I

10  called her on it and she finally now wears boots.

11  Because she had been just wearing her tennis shoes

12  and she's been in other facilities and she was in

13  my restricted areas and I was angry about it.

14  Q.   Do you provide footbaths or sanitizer for

15  people to use --

16  A.   No.

17  Q.   -- when they're going back there?  Do you

18  provide little booties for them to put over their

19  shoe?

20  A.   No, they bring their own.  She's a USDA

21  inspector.  I don't want anybody in my monkey area

22  unless I've authorized her.  And USDA has to go in

23  there, so they have to bring their own boots.

24  Because I was tired of her going in there, after

25  coming out of somebody else's facility, in her pink

Ex. 7-0417

125

1  tennis shoes and going in my monkey house and in
2  all the other restricted areas, behind my cats and
3  everything else.  I don't think that was the right
4  thing to do.  And I think, as a veterinarian and as
5  a USDA person, that she should have known better.
6      Q.  When you go into these various buildings,
7  do you sanitize your feet every time?
8      A.  My boots are clean when I go in.
9      Q.  Okay.  When you go from the barn to the
10 zoo in the morning in order to do chores --
11     A.  My boots are always washed every time.
12     Q.  Where do you wash them?
13     A.  In my milk house.  I have hot and cold
14 running water at 162 degrees and I have a power
15 washer and my boots are clean before I leave.
16     Q.  And then you go into the zoo?
17     A.  I go over to the zoo.
18     Q.  And you said you go into the reptile
19 house --
20     A.  Yes.
21     Q.  -- which is a biosecure location.
22     A.  It's got places in it that are biosecure.
23 It is generally open to the public, and so the
24 public is free except for the areas that I have
25 marked as biosecure areas that doors are shut and

126

1  the signs are on it.
2      Q.  And when you leave the reptile house to
3  go into the next facility, do you wash your boots?
4      A.  Not necessarily, no.
5      Q.  If you were to go into the primate
6  building, where you keep the -- monkey building.
7      A.  My boots are on when I go to the
8  monkey building.
9      Q.  And do you wash them before you go into
10 the monkey building?
11     A.  They've been washed.
12     Q.  How do you -- I'm confused about how you
13 say they have been washed.  What does that mean?
14 What do you mean by that?
15     A.  I washed them in the milk house, I
16 mentioned earlier.
17     Q.  But not necessarily between --
18     A.  I'm not worried about myself bringing
19 diseases from another facility when I have
20 everything in an enclosed area.
21     Q.  And in your opinion, there's no threat of
22 bringing diseases from one animal to another --
23     A.  No.
24     Q.  -- within the zoo.
25     A.  No.

127

1      Q.  Okay.
2      A.  If I thought something was sick, if I
3  have a cold, I don't want to go in there.  That's
4  just how we do things.
5      Q.  And there's no threat of anyone else
6  who's there on site of transferring.
7      A.  They can't go in restricted areas.
8  They're on the path.  And they're not in any
9  restricted areas when you're on this main path.
10     Q.  Has anyone every breached that restricted
11 area and gone into the restricted areas?
12     A.  They may have.
13     Q.  What leads you to believe that?
14     A.  From pictures I've seen.
15     Q.  Can you tell me what pictures?
16     A.  The one that Lisa Kuehl took of my
17 African lion.
18     Q.  I believe we're talking about the lion
19 that we showed Dr. Pries yesterday.  Is that
20 correct?
21     A.  That's correct.  He picked that up the
22 first time.
23     Q.  You said there was an African lion.
24 What's that lion's name in that picture?
25     A.  That is Jonwah.  J-o-n-w-a-h.

128

1      Q.  Okay.  Is Jonwah still at the zoo?
2      A.  Yes, she is.
3      Q.  Okay.  Is there any other reason why you
4  think -- that would lead you to believe that
5  someone has been in a restricted area?
6      A.  Because Nancy Harvey was behind my
7  cattle, so I know she jumped that fence and she was
8  in there.  She was in the easement at my farm.  And
9  when she came down, it was getting chore time and
10 asked me if she could help water the dogs.  And I
11 said okay.  So I went over and I got a pail and I
12 carried it over until I got to the fence, and
13 there's a sign on there that says -- I don't know.
14 Something about -- Authorized Personnel Only, I
15 believe it says.  And I said, "You have to wait
16 here because," I said, "this is -- there's primates
17 on the other side.  This is a restricted area."
18 And she said, "Okay."  And I walked forward with
19 the pail to give to the dogs and she was standing
20 behind me.
21     Q.  Okay.  And you said you saw Nancy Harvey.
22 How did you know who she was?
23     A.  I didn't know her name at the time.
24     Q.  Okay.  When did you learn who she was?
25     A.  Because she puts stuff on her animal

129

1  rights Website all the time.  Little snotty things.
2  So I wouldn't have known that that was her name,
3  but I knew it was her.  And she'd been there twice,
4  'cause she had a little bee bonnet the next time
5  she came with Diane Hilmers.  That's the day the
6  sheriff came.  And she hid in the reptile house
7  behind me while the sheriff questioned Diane.
8      Q.  Did the sheriff come more than once?
9      A.  I haven't had people removed, but I
10  planned on that day.  But he has been out because
11  they called him for welfare checks.
12     Q.  Okay.  But you only called the sheriff
13  once.
14     A.  Yes.
15     Q.  So Nancy Harvey visited in 2012, and when
16  was the next time you had an opportunity to see her
17  and basically put together a name with her face?
18     A.  I don't know if I did until that day we
19  had depositions.
20     Q.  But you recall three years ago seeing her
21  specifically in a restricted cattle area or on a
22  farm easement?
23     A.  On my farm easement.  Because she came
24  down and told me, "Oh, the Highlanders are up there
25  bellowing.  They don't have any water."  Well,

130

1  here's the deal.  They broke their automatic
2  waterer, and so we put a tank in there temporarily.
3  And the tank was on the opposite end probably over
4  60 feet from the fence.  So if she was on the path,
5  there's no way she could even see in that tank.
6      Q.  What --
7      A.  And she has pictures on the Internet of a
8  burn pile we have in the easement, and I'm not
9  going to say that Nancy took that, because I don't
10  know.  But it's on one of their concerns Facebook
11  pages of a burn pile in my easement at the farm and
12  tried to say that that was my zoo, which it is not.
13     Q.  This is a good opportunity to use the
14  aerial photograph that you marked up.  Is the farm
15  easement depicted on here?  We're looking at
16  Exhibit L.
17     A.  No.
18     Q.  Okay.  Show me roughly, and to scale,
19  where the farm easement is outside the picture.
20     A.  It goes up this driveway and it goes
21  clear up to here, over the train tracks into a
22  cornfield behind my home.
23     Q.  And is this an easement that you acquired
24  from someone else?  Is that why you refer to it as
25  the farm easement?

131

1      A.  It is an easement that we have to allow
2  people to get back to the farm ground behind my
3  farm.
4      Q.  So someone owns the farm ground behind
5  you --
6      A.  Behind me, yes.
7      Q.  And Nancy was viewed on the farm
8  easement.
9      A.  I did not view her that day.
10     Q.  You just suspect she --
11     A.  She had pictures, and what she told me
12  and all the stuff, she was back there goofing
13  around.  And then she came back the second time,
14  and the only day I ever had guts, I was standing
15  out there and I put my hand on the fence by my
16  coyotes and I said, "Well, are you getting some
17  good pictures today?"  She goes, "Ha-ha-ha-ha.
18  It's a really nice day, isn't it?"  And ran off.
19  So she was just being a goofball, and I was getting
20  tired of pictures for no real reason.
21     Q.  Okay.  So you don't specifically recall
22  seeing Nancy Harvey on the farm easement.
23     A.  Not myself.  Because I was down doing
24  chores, they came later in the day, and they were
25  up there doing stuff.

132

1      Q.  And the restricted cattle area, do you
2  specifically recall seeing Nancy in the restricted
3  cattle area?
4      A.  I did not see her in the area that day.
5      Q.  Okay.  So all of these assessments are
6  based on photographs you've seen at a later date
7  that you perceive to have been taken in a
8  restricted area.
9      A.  Yes.
10     Q.  Okay.  Thank you.  Now I want to talk
11  about AMPI.  Which is capital A-M-P-I.
12     A.  A-M-P-I.  Associated Milk Producers,
13  Incorporated.
14     Q.  Thank you.  So we've talked about AMPI a
15  little bit, and we know that it's a -- and we know
16  that it's a milk cooperative that markets your
17  milk.
18     A.  Yes, ma'am.
19     Q.  And I understand that you've learned of a
20  complaint made to AMPI about your dairy farm.  Is
21  that true?
22     A.  Yes, I did.
23     Q.  Okay.  What's your understanding of the
24  nature of the complaint that was made?
25     A.  I don't know if it was an actual

Ex. 7-0419

133

1  complaint as much as it was fishing for
2  information. Because I received a call one
3  afternoon from New Ulm, the head secretary at
4  New Ulm, I received a message from my division
5  manager and my field man that Tracy Kuehl had
6  called them and was trying to get my inspection
7  reports and she was trying to figure out -- she
8  goes, "Well, I assume that's a grade B dairy." And
9  they said, "No, it's grade A." And she goes,
10  "Well, I want to know how much milk they dumped."
11  And they said, "She's never dumped milk. It's a
12  cooperative, they're members in good standing, and
13  we haven't had any problems." And she was trying
14  to get information. For what reason, I don't know.
15  And they were very concerned and they called me
16  immediately after they hung up from the phone.
17      Q.  So they were concerned about the fact
18  that she was inquiring. It wasn't a concern about
19  her information she provided AMPI.
20      A.  What information did she really provide?
21  Because they didn't say she provided information.
22  She thinks she might have. Because they know I
23  have a zoo. AMPI is well aware where the zoo is.
24  The zoo's not mixed with the farm. It doesn't have
25  anything to do with it.

134

1      Q.  So Tracey's inquiry had little or no
2  impact on your relationship with AMPI.
3      A.  No.
4      Q.  Okay.
5      A.  But they do watch for things.
6      Q.  So you mentioned that 2014 wasn't an
7  indicative year, an exemplary year --
8      A.  No.
9      Q.  -- of the profits of the farm. What do
10  you attribute to that decline?
11      A.  The media campaign that was spread when
12  you filed that paper that Fed Ex brought me, and
13  then they put it on every news station, every
14  radio, TV, whatever they could find, every
15  newspaper I made front line that the ALDF is suing
16  me. And this is on June 11. And I have not
17  received papers -- I was never served papers until
18  the 27th of June.
19          So I have all these people calling me
20  from the media asking me about it and I said, "I
21  don't know." I called the sheriff's office and I
22  said, "Do you have papers to serve me with?" And
23  they said, "No." So I think that was kind of bad
24  business.
25      Q.  Okay. Have people who have come to the

135

1  zoo said anything to you about the lawsuit?
2      A.  They wish me well. They don't understand
3  it.
4      Q.  So you perceive the continued patrons as
5  supportive of the zoo.
6      A.  Yes, they are. Most -- 90 percent of the
7  people we had last year left and they had a
8  positive comment and they enjoyed themselves and
9  they really enjoyed themselves. That's it.
10      Q.  But you also attribute the lack of
11  attendance or the decreased attendance to the
12  lawsuit.
13      A.  I did. It was cut in half.
14      Q.  It was cut in half.
15      A.  Yes.
16      Q.  You attribute that to the lawsuit.
17      A.  Yes. Because even people in Manchester
18  didn't know if I was open. Some of the media made
19  it sound like I'd already been closed down. And
20  despite the fact that I had advertising out, there
21  was no reason for them to think that I was in
22  business.
23      Q.  Do you attribute the decreased attendance
24  to anything else?
25      A.  No. Because it was a nice year. It was

136

1  a good year to visit. It wasn't cold, it wasn't
2  hot, it wasn't extremely rainy. It was about as
3  good a year as you could have had.
4      Q.  Do you have any plans in place for
5  maintaining the zoo at the new attendance rate?
6      A.  I hope that's not my new attendance rate.
7      Q.  What if it is?
8      A.  Then we'll cross that bridge when we get
9  to it. It will be business as always.
10      Q.  So you don't have any plans to perhaps
11  decrease your inventory or --
12      A.  No.
13      Q.  -- make any adjustments whatsoever.
14      A.  No.
15      Q.  And you understand that that loss would
16  be accepted by you personally?
17      A.  That's right.
18      Q.  And you're willing to make that
19  sacrifice.
20      A.  Yes, I am.
21      Q.  And if there was an emergency that
22  happened at the zoo in the interim, in light of the
23  decreased revenue, you'd have to dip into funds --
24      A.  We've done that before.
25      Q.  Okay. On what occasions?

Ex. 7-0420

137

1    A.   Just a lot of feed costs.

2    Q.   What's, like, a maximum amount?  What's

3   the most you've ever had to dip into emergency

4   funds and acquire --

5    A.   You know, I don't dip into emergency

6   funds.

7    Q.   Oh.  What do you do?

8    A.   I said my husband works three jobs, I

9   work two jobs, we cash flow it, it works.  And on

10  paper, it doesn't look so hot, but that's not our

11  goal of having a zoo.

12   Q.   I don't question your goal at all.  I

13  want to make that clear.  I'm not here to challenge

14  your nonprofit status at all.  But I am curious,

15  you mentioned two jobs that you work.  Do I know

16  about those jobs?  Is that your relief milking --

17   A.   I am a dairy farmer and I run the zoo.

18   Q.   Oh.  Okay.

19   A.   Those are my two jobs.  My husband is a

20  welder in addition and he works at a machine place.

21   Q.   Okay.  Mrs. Sellner, I want to switch

22  gears yet again and let's talk about your breeding

23  program.  So in your interrogatory and your

24  production responses, you provide something called

25  a 21-day reproduction record calendar?

138

1    A.   Yes, I did.  That's a dairy thing.

2    Q.   Oh, that's a dairy thing.

3    A.   Yes, ma'am.  That was from my barn.

4   Every day I use it as a diary in my dairy.  I have

5   cows in heat, cows that freshen, what they had for

6   calves, but the main reason that you got that was

7   because it was weather related.  Because if you'll

8   notice, on the bottom of each one of those squares,

9   it tells you the daytime temperature, it tells you

10  the nighttime temperature in the winter, and it

11  tells you how much precipitation and what it was.

12   Q.   That's an excellent record.  Thank you.

13  Okay.  Then let's talk about the breeding program

14  generally for the endangered animals that we're

15  here about today.  Okay?

16   A.   That's fine.

17   Q.   Okay.  I want to know what protocols or

18  structure -- well, actually, in your own words, why

19  don't you describe to me your breeding program for

20  your tigers.

21   A.   At this time I am not breeding any of my

22  tigers.  I have in the past.  I have a breeder

23  pair, and we used our cubs, I donated them out.

24   Q.   Okay.  Lions?

25   A.   I have not bred lions.

139

1    Q.   Lemurs?

2    A.   I have had several babies.  One went to

3   Barry Duval and he used it in an educational

4   presentation that he does with animals, and one

5   went to Oleson Park Zoo in Fort Dodge.

6    Q.   So you've only had two babies?  Two baby

7   lemurs?

8    A.   I've had another set of twins that died,

9   and you have the necropsy thing in your --

10   Q.   Okay.  And wolves?

11   A.   I have wolf hybrids.  I have not bred

12  any.

13   Q.   And the servals?

14   A.   I have bred servals in the past.  I am

15  not currently.  I don't have any female.

16   Q.   Okay.  So you've bred animals in the

17  past, not currently breeding any animals, it sounds

18  like.  Is that accurate?

19   A.   Well, that's not totally true, no.

20   Q.   Oh.

21   A.   But of the animals that you mentioned --

22   Q.   Oh.  Certainly.  And that's what I mean.

23  Let's confine our testimony to the animals --

24   A.   I didn't know what you meant, I guess.

25   Q.   Yeah.  Sorry.  I'm only interested in the

140

1   breeding program for the animals that are at issue

2   in the lawsuit.  Sorry.  I should have clarified.

3   So do you have protocols or structures in place to

4   restrict that breeding?

5    A.   Yes.

6    Q.   What are those?

7    A.   They are caged separately so that I don't

8   have them just randomly being bred.

9    Q.   All the animals that have reproductive

10  organs are caged separately.

11   A.   The lemurs currently are together, but

12  the male is young, and we will breed those if

13  nature takes its course some day.  They don't

14  mature 'til they're after two, and my male's a year

15  old.

16   Q.   What are the names of the lemurs that are

17  together?

18   A.   Gaz is the male and Chuki is the female.

19  C-h-u-k-i.

20   Q.   It's curious to me, because I have in

21  your records --

22   A.   Oh, it's Zaboo.

23   Q.   Oh.  Okay.

24   A.   I'm sorry.  Gaz was the one that died.

25  I'm sorry.  It's Zaboo.  Z-a-b-o-o.  Yeah, yeah,

Ex. 7-0421

141

1   yeah.  Sorry.
2       Q.   Zaboo's a male.
3       A.   Yes.
4       Q.   Okay.
5       A.   He's a year old.
6       Q.   And Chuki is a female.
7       A.   Is a female.
8       Q.   And they're together.
9       A.   Yes.
10      Q.   So there's no structure in place or
11  protocol to control that breeding.  You'll just
12  allow nature to take its course.
13      A.   I would love to breed them, but -- he's
14  not old enough.  They're just caged together as a
15  family.
16      Q.   Okay.  And what about the tigers?
17      A.   The tigers are all housed separately.  I
18  only have one male and he's housed by himself.  In
19  a separate cage, is what I should say.  So he
20  doesn't have access to the girls.
21      Q.   One male and several females.
22      A.   Yes.
23      Q.   Okay.  And are they -- have any of them
24  been spayed or neutered?
25      A.   No.

142

1       Q.   Are they still in their breeding time
2   range or age range?
3       A.   Yes.
4       Q.   Which ones?
5       A.   All of them.
6       Q.   Would you ever breed them again?
7       A.   I might like to breed my white one, but
8   I've got one that has a genetic defect.  Its eyes
9   are crossed and I will never breed that tiger.
10      Q.   Which one's got the crossed eyes?
11      A.   Miraj.  M-i-r-a-j.
12      Q.   Miraj was born there; right?
13      A.   Yes, she was.
14      Q.   Did her parents have the genetic defect?
15      A.   No.
16      Q.   Are her parents related?
17      A.   No.  Not that I'm aware of.
18      Q.   What do you perceive to be the source of
19  that genetic defect?
20      A.   I don't know.
21      Q.   Okay.  What do you do with the baby
22  animals when you have them?
23      A.   As far as what?
24      Q.   Well, I'm curious about what criteria you
25  use to evaluate whether an animal will stay with

143

1   their parents, be sold, stay at the zoo but raised
2   by you.
3       A.   Generally our cats, we hand-raise all our
4   cats.  If the mother is taking good care of the
5   cubs, we leave them for 10 days, then we pull the
6   cubs right before their eyes open so they bond to
7   humans.  I did have one female that she would not
8   nurse cubs.  She'd have them, lick them off, and
9   then she'd just take her foot and push them.  So
10  they couldn't nurse colostrum, and my nutritionist,
11  Gary Pusillo, made a colostrum supplement and
12  that's how they saved the cubs.  They were fed from
13  day one.
14      Q.   Okay.  So how do you -- have any of the
15  cubs been raised by their mothers?
16      A.   Not two of -- like past or --
17      Q.   Yeah.
18      A.   No.  No.  We pull all our cubs, 'cause
19  they're all hand-raised.  All our cats are.
20      Q.   And then after they're raised, have you
21  sold any of them?
22      A.   I haven't sold tigers.  I have donated
23  tigers.  I have sold servals.
24      Q.   Baby servals?
25      A.   Yes.

144

1       Q.   How many tigers have you donated?
2       A.   I have no idea.  I don't have that
3   information available.
4       Q.   And how many tigers have you kept?
5       A.   Three.  But I currently have --
6       Q.   How many total?
7       A.   Raoul passed away from quick pneumonia.
8   I think that's it.
9       Q.   Okay.  Are you familiar with any Taxon
10  Advisory Group?
11      A.   No.
12      Q.   Are you a member of a species survival
13  program?
14      A.   Not for tigers.
15      Q.   For another species?
16      A.   Santa Cruz sheep are our preservation
17  project.  We have the largest stock in the country.
18      Q.   And you're specifically involved with the
19  species survival program.
20      A.   Well, it's not -- it's a preservation.
21  It's not that program.
22      Q.   Okay.
23      A.   It's a preservation thing and they're
24  registered through -- I won't be able to say the
25  whole -- I don't know what the name of it is.

145

1    Q.   But it's a national group?
2    A.   Yes.  It's a -- it's only for, like --
3  the words are escaping me here.  I'm too tired.
4  Like longhorn cattle, like old breeds that --
5         MR. PIERCE:  Heritage?
6    A.   Heritage breeds.  There you go.  That's
7  the word.  Stuck in my head.
8    Q.   (MS. BLOME)  Okay.  But not for the
9  tigers or the lemurs?
10   A.   No.
11   Q.   So you declaw all your exotic lions; is
12 that correct?
13   A.   No, I do not.
14   Q.   So some of your tigers --
15   A.   My big tigers that did not ever have
16 claws came to me declawed.
17   Q.   Okay.
18   A.   I've never declawed a tiger.  Ever.
19   Q.   So Rajahn still has his claws.
20   A.   Yes, he does.
21   Q.   And when Raoul died, he had his claws?
22   A.   Yes, he did.
23   Q.   And Miraj?
24   A.   Miraj has claws.
25   Q.   Okay.  So you never personally declawed a

146

1  cat.
2    A.   I'm not going to say I've never -- done
3  it myself?  Is that what you're asking?
4    Q.   No, or ordered it done.
5    A.   I have had a bobcat that I had in the
6  house declawed, and our oldest lion was declawed
7  because she was raised in the house 'til she was
8  10 months.  And that was 18 years ago.
9    Q.   Okay.
10   A.   Otherwise, they all have claws.
11   Q.   You admit that that lion that you
12 declawed cannot be reintroduced to the wild?
13   A.   No.
14   Q.   You believe that the lion you declawed
15 could be reintroduced into the wild?
16   A.   Absolutely not.
17   Q.   Okay.  And you admit that a declawed cat
18 must remained in captivity, then, throughout its
19 life.
20   A.   That's probably true.  But if you have a
21 cat in captivity, I don't know what program you're
22 going to go through to release them.  There's no
23 tiger release program.
24   Q.   But they certainly couldn't be released
25 if they have no claws.

147

1    A.   No.
2    Q.   Okay.  You have traditionally pulled and
3  bottle fed your tiger cubs.  You understand that a
4  bottle-fed cub cannot be reintroduced to the wild.
5    A.   That's probably true.  That's not my
6  intent.
7    Q.   And he couldn't be reintroduced to his
8  family.
9    A.   Why can't it be introduced to its family?
10   Q.   After it's been pulled and bottle fed and
11 raised by a human?
12   A.   Mine are.  They go back to their
13 families.  They don't nurse.  They're just --
14 they're caged together.
15   Q.   You testified they're caged separately.
16   A.   I said the male was caged separately from
17 my females.  But I've got cats that are together.
18 My females are together and they're all hand-raised
19 cats.
20   Q.   Okay.
21   A.   And, yes, they do go together.
22   Q.   Okay.  So you have three female cats all
23 in one enclosure?
24   A.   I've got two in one and I've got two in
25 another.  And then I've got a male.

148

1    Q.   Which two are housed together?
2    A.   I've got Miraj and Natasha, and I've got
3  Sascha and Keirahn.  K-e-i-r-a-h-n.  I like to make
4  this difficult.  Sorry.
5    Q.   And Sascha is the white tiger.
6    A.   Yes, it is.
7    Q.   And they're all female?
8    A.   Those are all female.
9    Q.   And they're all bottle fed?
10   A.   Yes, they are.
11   Q.   And are they related?
12   A.   Miraj and Keirahn, they're full sisters.
13   Q.   And why aren't they housed together?
14   A.   Because they were born at separate times
15 and they already had a -- Miraj and Natasha had
16 already been together and there wasn't enough room
17 in that cage, so she was put with the other tiger.
18   Q.   Okay.  But bottle-fed and hand-raised
19 tigers certainly can't go back to the wild.
20   A.   No.
21   Q.   So none of the animals bred at Cricket
22 Hollow Zoo could go back to the wild.
23   A.   No.
24   Q.   And they don't go back to the wild.
25   A.   No.

Ex. 7-0423