formulated [2] - 233:19, 235:19
Fort [2] - 139:5, 184:21
forth [2] - 72:25, 73:4
forward [4] - 101:9, 128:18, 229:16, 253:13
forwarded [1] - 252:16
foster [1] - 13:19
fought [1] - 55:6
four [7] - 7:5, 7:25, 27:11, 31:8, 46:25, 204:21, 228:12
Fox [1] - 95:5
fox [4] - 83:24, 106:20, 107:24, 107:25
free [9] - 4:8, 4:18, 65:17, 115:22, 115:25, 117:8, 125:24, 187:4, 188:21
frequently [1] - 43:7
fresh [2] - 22:21, 205:1
freshen [1] - 138:5
friend [2] - 25:14, 185:6
friend's [1] - 25:16
friendly [2] - 80:13, 236:22
front [7] - 29:12, 31:11, 134:15, 153:14, 182:9, 230:20, 248:13
fruits [1] - 205:21
full [4] - 20:3, 148:12, 155:15, 240:3
function [1] - 68:4
Fund [4] - 1:20, 3:11, 89:3, 90:1
fund [3] - 52:14, 67:18, 68:1
FUND [1] - 1:5
fund-raising [1] - 68:1
fundraise [1] - 25:10
fundraising [1] - 67:17
funds [6] - 118:4, 118:21, 118:22, 136:23, 137:4, 137:6
fur [2] - 229:13, 231:14
furnace [1] - 211:17
future [1] - 67:19

**G**

Gage [5] - 79:3, 79:8, 80:7, 81:19, 82:23

gardening [2] - 20:19, 110:16
gardens [1] - 110:17
Gary [4] - 143:11, 150:5, 199:6, 219:13
gator [1] - 44:13
Gaz [4] - 140:18, 140:24, 187:24, 187:25
gears [5] - 16:4, 23:3, 33:3, 97:10, 137:22
gene [3] - 149:12, 149:17
general [15] - 9:14, 14:22, 37:6, 43:16, 48:15, 56:8, 56:13, 56:14, 72:2, 97:10, 105:12, 108:6, 189:12, 195:11, 234:10
generally [6] - 101:14, 108:3, 125:23, 138:14, 143:3, 192:7
generics [2] - 211:5, 211:10
genetic [3] - 142:8, 142:14, 142:19
genetics [1] - 149:6
Georgia [1] - 189:10
German [1] - 182:3
gestures [1] - 3:21
gift [1] - 20:19
girls [2] - 141:20, 162:23
given [4] - 4:15, 51:20, 73:21, 73:24, 86:12, 86:13, 119:1, 236:11, 258:13
Glass [1] - 1:23
gleaned [1] - 208:14
gloves [1] - 19:18
go-to [1] - 120:20
goal [2] - 137:11, 137:12
goat [5] - 209:3, 225:25, 226:12, 228:8, 242:1
goats [7] - 11:2, 110:22, 179:12, 226:3, 228:12, 230:14, 242:16
golf [1] - 226:1
golf-ball-size [1] - 226:1
goofball [1] - 131:19
goofing [1] - 131:12
Google [1] - 48:16
Googles [1] - 124:8
grab [3] - 102:8, 184:15, 229:22

grade [5] - 10:13, 10:14, 133:8, 133:9, 198:25
graduate [1] - 5:25
grandmother [1] - 12:17
grandparents [1] - 12:17
grandson [1] - 249:4
granular [1] - 220:18
graphic [1] - 236:18
grass [1] - 20:15
gravel [1] - 200:5
great [4] - 12:17, 66:20, 98:12, 249:8
green [2] - 240:4, 249:2
greenish [1] - 239:24
greet [1] - 102:19
grew [3] - 12:9, 12:12, 12:16
grime [2] - 17:10, 201:25
groom [1] - 229:10
groomed [3] - 7:21, 229:10, 229:15
gross [2] - 121:24, 122:1
ground [8] - 3:17, 85:2, 85:3, 131:2, 131:4, 160:21, 203:9, 205:20
group [9] - 49:5, 55:25, 56:1, 107:16, 145:1, 149:9, 232:10, 232:20, 250:8
Group [10] - 49:21, 50:4, 50:10, 50:13, 50:25, 52:13, 54:4, 67:10, 87:15, 144:10
groups [5] - 49:19, 49:25, 83:8, 149:1, 252:9
grove [1] - 158:2
grow [1] - 242:14
growl [1] - 248:14
guarantee [2] - 22:20, 96:19
guess [74] - 13:20, 16:16, 16:18, 21:16, 26:21, 27:7, 29:8, 30:25, 37:9, 39:11, 43:1, 47:23, 48:6, 50:16, 50:21, 62:19, 63:1, 64:2, 66:4, 66:6, 68:7, 69:21, 71:8, 78:2, 79:10, 80:9, 80:12, 83:25, 87:7, 88:14, 92:9,

96:12, 107:4, 110:20, 112:11, 119:23, 121:19, 123:12, 139:24, 151:15, 154:23, 158:3, 166:22, 167:7, 176:22, 177:14, 190:9, 190:15, 191:15, 194:11, 194:15, 195:11, 200:8, 200:10, 202:16, 209:4, 213:14, 215:1, 215:2, 215:18, 216:9, 217:5, 219:7, 220:1, 221:11, 227:2, 230:13, 233:17, 240:7, 240:21, 242:18, 243:16, 254:9, 256:3
guessing [1] - 82:5
guests [2] - 102:20, 105:15
guide [1] - 87:22
Guide [3] - 27:1, 47:20, 47:21
guidelines [1] - 24:12
guillotine [1] - 204:8
guinea [5] - 19:10, 19:15, 19:18, 19:22, 20:17
gun [1] - 88:15
guts [1] - 131:14
guy [2] - 70:16, 186:1

**H**

ha-ha-ha-ha [1] - 131:17
hair [7] - 183:8, 229:17, 230:21, 231:4, 231:12, 231:24, 240:3
half [8] - 57:3, 60:14, 60:15, 60:23, 116:1, 135:13, 135:14, 231:25
Halloween [1] - 249:25
hamadryax [2] - 226:19, 227:25
hamburger [1] - 167:25
hand [21] - 18:22, 21:4, 28:23, 63:22, 71:25, 83:8, 85:20, 97:18, 111:18, 131:15, 143:3, 143:19, 147:18,

148:18, 172:24, 177:3, 180:22, 185:13, 205:6, 220:1, 255:21
hand-raise [1] - 143:3
hand-raised [6] - 83:8, 143:19, 147:18, 148:18, 185:13, 255:21
handbook [2] - 65:4, 72:1
handicapped [1] - 109:11
handicaps [1] - 109:11
handle [1] - 78:23
handled [1] - 208:18
handler [2] - 33:23, 34:24
handling [1] - 219:21
hands [3] - 85:1, 105:16, 248:11
hands-on [1] - 105:16
handshake [1] - 92:25
handwriting [1] - 113:13
handwritten [5] - 113:10, 113:12, 173:15, 178:15, 208:1
hang [1] - 206:25
happier [2] - 171:10, 207:17
happy [11] - 4:5, 111:25, 168:3, 199:22, 211:7, 227:3, 244:17, 248:22, 255:25, 256:1, 256:11
harass [1] - 50:15
hard [7] - 20:13, 22:23, 46:5, 65:1, 171:5, 171:13, 213:11
hardly [1] - 250:9
harm [6] - 52:2, 52:5, 52:7, 201:16, 201:23, 204:9
Harold [3] - 70:21, 70:22, 70:24
Harvey [5] - 128:6, 128:21, 129:15, 131:22, 163:8
hate [2] - 252:15, 253:13
Haven [7] - 25:17, 25:19, 161:25, 162:2, 162:18, 165:7, 183:11
head [22] - 11:11,

18:8, 21:15, 41:20, 44:23, 64:2, 66:13, 102:24, 133:3, 145:7, 166:25, 167:7, 168:5, 168:19, 169:12, 169:19, 189:11, 190:22, 196:17, 226:4, 228:9, 242:15
head's [1] - 47:4
heal [1] - 178:2
health [9] - 32:21, 181:9, 185:9, 189:21, 215:25, 226:10, 233:20, 233:22, 233:24
healthy [8] - 86:7, 157:20, 176:2, 188:23, 196:13, 199:22, 200:1, 200:4
hear [1] - 246:14
heard [10] - 3:16, 8:16, 13:3, 59:14, 90:25, 95:20, 95:22, 96:1, 162:4, 163:8
hearing [1] - 158:8
heat [5] - 138:5, 211:18, 224:5, 225:5, 225:6
heated [1] - 210:18
Heather [5] - 17:21, 18:21, 80:16, 170:18, 170:19
heavily [1] - 228:22
held [7] - 10:14, 13:16, 13:22, 90:14, 169:12, 184:2, 206:18
hell [3] - 20:11, 20:12, 249:23
help [22] - 4:20, 4:24, 21:2, 67:6, 101:9, 101:11, 104:2, 104:4, 110:8, 110:25, 111:3, 111:4, 111:10, 111:21, 112:5, 112:9, 112:13, 128:10, 197:25, 213:3, 213:25, 244:6
helped [2] - 21:3, 110:2
helpful [4] - 97:17, 98:20, 99:2, 113:21
helping [2] - 94:15, 110:15
herd [7] - 6:15, 8:5, 8:20, 11:9, 12:1, 226:10, 242:14
hereby [1] - 258:3

hereinafter [1] - 3:2
hereinbefore [1] - 258:5
hereof [1] - 258:6
hereto [1] - 258:20
Heritage [2] - 145:5, 145:6
Hickory [1] - 249:22
hid [1] - 129:6
hide [1] - 198:11
high [7] - 5:25, 6:3, 6:22, 12:7, 15:16, 35:12, 66:5
higher [1] - 119:6
highland [1] - 100:9
Highlanders [1] - 129:24
highly [1] - 59:10
Hilmers [3] - 129:5, 248:11, 249:17
himself [1] - 141:18
hip [1] - 231:23
hire [5] - 8:12, 9:3, 77:1, 77:2, 245:4
hired [6] - 9:13, 9:20, 79:11, 79:12, 233:17
historical [1] - 69:1
history [1] - 34:8
hit [2] - 221:2, 233:6
holding [1] - 166:25
hole [1] - 249:23
HOLLOW [1] - 1:9
Hollow [13] - 40:23, 89:12, 148:22, 152:17, 179:10, 182:8, 186:15, 188:20, 189:5, 196:6, 235:17, 247:2, 247:5
hollow [1] - 249:22
holstens [2] - 11:1, 11:11
home [8] - 11:25, 102:8, 102:25, 107:14, 114:22, 130:22, 155:2, 255:19
homes [1] - 13:19
honestly [3] - 161:4, 173:9, 190:21
hoof [9] - 26:2, 85:14, 99:12, 104:7, 208:7, 209:14, 215:4, 217:7, 242:16
hooked [1] - 204:22
hooves [7] - 226:13, 228:8, 228:9, 228:12, 230:15, 242:2, 242:9
hope [2] - 136:6,

241:19
Hopkinton [2] - 12:13, 12:14
horns [1] - 17:1
horse [7] - 6:10, 7:3, 7:9, 7:22, 7:23, 27:10, 200:6
horses [3] - 7:15, 7:20, 11:2
hot [4] - 19:8, 125:13, 136:2, 137:10
hour [3] - 22:12, 22:21, 57:3
hours [13] - 7:2, 7:5, 34:4, 78:3, 86:6, 112:21, 172:13, 172:15, 172:17, 197:18, 197:20, 197:22, 198:21
house [30] - 55:7, 81:22, 85:16, 86:2, 94:13, 103:4, 103:18, 107:13, 109:6, 109:18, 123:7, 123:25, 125:1, 125:13, 125:19, 126:2, 126:15, 129:6, 146:6, 146:7, 162:5, 162:9, 162:17, 164:14, 165:4, 211:13, 211:16, 248:5, 250:11, 250:25
housed [8] - 99:14, 107:16, 141:17, 141:18, 148:1, 148:13, 200:5, 202:22
housekeeping [1] - 108:8
houses [1] - 203:8
housing [2] - 61:4, 204:2
Huddleson [1] - 108:12
Hudleson [3] - 69:12, 94:22, 94:23
HUDLESON [1] - 69:12
huge [1] - 90:22
human [3] - 147:11, 198:25, 207:25
humane [1] - 217:8
humans [9] - 143:7, 196:15, 200:13, 206:14, 206:20, 208:18, 208:23, 208:25, 209:9
hundred [1] - 215:12

hundreds [1] - 84:9
hung [1] - 133:16
hunt [2] - 18:3, 197:8
hunting [1] - 60:24
hurt [1] - 248:17
husband [7] - 104:6, 118:10, 118:16, 121:19, 124:1, 137:8, 137:19
husbandry [23] - 6:10, 7:3, 15:4, 33:25, 37:21, 48:13, 50:2, 63:9, 63:18, 68:11, 68:13, 68:19, 77:4, 86:23, 195:9, 195:19, 195:24, 196:5, 196:7, 200:13, 202:4, 203:12, 205:10
hybrid [3] - 59:15, 59:20, 181:15
hybridization [1] - 181:24
hybridized [1] - 181:21
hybrids [2] - 139:11, 181:17, 181:19

I

ice [1] - 22:19
ID'd [1] - 16:2
idea [7] - 144:2, 159:24, 162:14, 197:11, 218:10, 238:4, 240:18
ideas [4] - 93:10, 195:20, 209:5, 222:21
identification [1] - 98:18
Identified [1] - 2:7
identifies [1] - 182:15
identify [1] - 236:12
ignore [2] - 88:23, 90:6
illegal [1] - 54:20
Illinois [6] - 61:25, 83:6, 153:17, 180:18, 181:2, 234:21
illness [6] - 5:2, 31:25, 157:18, 166:20, 180:14, 187:2
illnesses [3] - 160:16, 176:15, 186:22
imaginary [1] - 82:14
imagine [2] - 12:9, 67:1
immediately [4] -

18:25, 19:10, 19:22, 133:16
immobilize [1] - 177:25
impact [3] - 134:2, 243:3, 243:4
impetus [1] - 245:10
implemented [1] - 245:12
import [1] - 32:24
importing [1] - 56:25
impressed [2] - 86:1, 96:20
impression [1] - 88:19
improve [1] - 240:22
improved [2] - 207:6, 207:13
Improvement [1] - 8:20
improvement [2] - 6:15, 8:6
improvements [3] - 121:7, 121:9, 121:11
IN [1] - 1:1
in-depth [1] - 38:8
in-Iowa [1] - 76:6
inadequate [2] - 111:13, 199:19
inch [6] - 17:15, 20:3, 196:21, 204:6, 207:3, 230:25
inches [3] - 19:13, 204:20, 204:21
incident [2] - 247:19, 254:21
include [1] - 28:15
including [2] - 150:15, 252:8
income [5] - 113:11, 115:11, 115:14, 116:16, 117:15
incorporated [1] - 132:13
indeed [1] - 96:22
independent [1] - 180:1
independently [1] - 212:11
indestructible [1] - 204:7
Indiana [1] - 94:23
indicate [1] - 207:16
indicated [2] - 210:13, 258:5
indicates) [1] - 171:25
indicative [1] - 134:7
indicator [1] - 171:20
individual [10] - 1:3, 1:3, 1:4, 1:4, 1:8, 1:8, 8:7, 49:7, 96:2,

173:14
individually [1] - 69:16
individuals [5] - 55:17, 72:5, 78:23, 96:24, 252:9
indoor [2] - 186:7, 205:14
indoor/outdoor [1] - 107:21
indoor/outside [2] - 203:25, 205:11
indoors [2] - 99:4, 99:7
indulging [1] - 91:25
industry [1] - 49:19
infection [2] - 167:24, 174:24
infiltrated [1] - 250:22
inflammation [2] - 44:10, 44:20
inflow [1] - 105:3
info [1] - 178:14
inform [3] - 69:19, 71:21, 223:3
informal [1] - 69:23
information [20] - 3:25, 4:12, 4:17, 4:18, 45:14, 46:9, 48:2, 48:8, 48:20, 57:4, 58:9, 63:25, 133:2, 133:14, 133:19, 133:20, 133:21, 144:3, 208:14, 249:15
infractions [1] - 253:7
initial [2] - 169:2, 193:3
injectable [1] - 168:7
injectables [1] - 156:24
injected [2] - 157:3, 157:6
injured [3] - 227:17, 227:21, 242:12
Inn [1] - 1:14
inquiries [3] - 74:14, 74:15, 75:25
inquiring [1] - 133:18
inquiry [1] - 134:1
insect [1] - 16:21
insemination [2] - 6:8, 6:20
inside [15] - 98:10, 98:22, 99:6, 99:24, 99:25, 102:14, 107:13, 167:19, 169:19, 203:25, 210:19, 211:14, 244:21, 250:11

inspected [1] - 167:15
inspecting [2] - 82:3, 93:24
inspection [10] - 16:12, 18:10, 21:3, 24:24, 24:25, 65:11, 133:6, 237:24, 238:5, 242:19
inspector [11] - 16:17, 16:18, 17:20, 17:23, 24:16, 93:20, 124:3, 124:8, 124:21, 234:6, 234:7
inspectors [5] - 21:5, 81:23, 82:11, 111:12, 229:19
inspects [1] - 224:9
inspired [1] - 94:7
installed [1] - 210:2
instead [1] - 206:5
instructed [1] - 208:6
instructor [1] - 36:1
intelligent [1] - 80:20
intend [1] - 42:13
intended [1] - 63:2
intent [4] - 116:24, 116:25, 117:1, 147:6
intention [1] - 164:23
intentional [1] - 62:8
interact [1] - 208:23
interacting [2] - 208:25, 209:8
interaction [2] - 56:19, 56:22
interested [5] - 38:4, 42:25, 89:5, 139:25, 258:21
interesting [2] - 192:17, 199:15
interim [1] - 136:22
interior [1] - 91:23
intermediate [1] - 35:3
intern [1] - 225:21
internal [5] - 39:18, 39:22, 40:10, 76:6, 254:9
Internet [9] - 48:25, 49:9, 49:10, 130:7, 244:4, 244:11, 246:7, 251:5, 251:6
interposed [1] - 258:14
interrogatories [1] - 170:3
interrogatory [8] - 33:5, 49:20, 92:15, 114:25, 115:2, 137:23, 170:1, 170:6
interrupt [1] - 5:7
interrupting [1] - 4:16

interstate [1] - 32:20
introduced [3] - 18:21, 53:8, 147:9
invented [1] - 220:13
inventory [6] - 16:2, 92:25, 93:1, 93:2, 94:2, 136:11
investigate [1] - 252:25
investigated [1] - 253:8
investigates [1] - 253:2
investigating [2] - 253:3, 253:6
investigator [4] - 245:4, 251:12, 252:21, 252:22
investigators [3] - 252:5, 252:6, 252:11
invoking [1] - 62:5
involved [8] - 52:20, 53:25, 57:16, 77:13, 93:12, 144:18, 208:9, 252:6
involvement [1] - 53:22
involves [1] - 14:16
IOWA [1] - 1:1
Iowa [27] - 1:15, 1:15, 1:23, 2:22, 24:15, 24:17, 24:18, 34:1, 55:1, 55:22, 60:21, 61:23, 61:24, 71:2, 74:23, 75:1, 76:2, 76:6, 117:1, 189:25, 246:25, 247:4, 247:6, 247:7, 258:3, 258:22
Iowa's [4] - 55:15, 74:20, 92:24, 210:18
Iowans [1] - 246:10
isolation [2] - 90:13, 184:2
issue [6] - 35:22, 140:1, 169:21, 176:23, 200:10, 232:1
issues [7] - 78:6, 173:18, 212:2, 224:17, 229:21, 230:2, 230:19
itself [1] - 239:25
Ivomec [1] - 216:20

## J

J-o-n-w-a-h [1] - 127:25
jab [1] - 223:24

Jason [1] - 109:21
jaw [1] - 226:1
Jean [1] - 108:13
Jeff's [1] - 185:25
JEFFREY [1] - 1:20
Jennifer [1] - 95:24
Jessica [1] - 3:10
JESSICA [1] - 1:20
Jewell [1] - 91:23
Jim [4] - 25:17, 25:19, 69:8, 95:8
job [11] - 13:22, 14:4, 14:12, 104:8, 196:12, 219:24, 220:4, 237:25, 238:2, 252:25, 253:10
jobs [9] - 13:16, 104:1, 121:19, 121:20, 137:8, 137:9, 137:15, 137:16, 137:19
John [4] - 82:1, 82:7, 82:20, 163:25
JOHN [1] - 1:4
join [5] - 9:24, 39:5, 42:8, 42:11, 42:14
jointly [2] - 122:9, 122:10
Jonwah [7] - 127:25, 128:1, 162:12, 162:16, 163:22, 180:5, 202:18
Jonwah's [3] - 202:11, 202:16, 202:21
journal [3] - 178:9, 179:2, 179:10
journals [1] - 64:19
judgment [1] - 66:5
judgments [2] - 49:2, 96:24
July [6] - 93:18, 165:11, 166:16, 168:16, 225:18, 247:21
jump [1] - 162:15
jumped [2] - 12:8, 128:7, 248:16
June [5] - 134:16, 134:18, 228:21, 229:12, 229:16

## K

K-a-m-a-r-a-h [1] - 162:12
K-e-i-r-a-h-n [2] - 148:3, 153:1
Kalona [5] - 27:6, 27:8, 27:16, 29:19,

180:10
Kamarah [11] - 162:12, 162:16, 163:4, 163:5, 163:6, 163:10, 163:11, 163:12, 163:24, 164:2, 180:5
Kassiah [1] - 31:19
keep [16] - 5:3, 59:2, 66:20, 86:7, 126:6, 173:14, 173:15, 179:9, 191:24, 199:25, 200:3, 211:18, 217:20, 218:23, 220:1, 229:9
keeping [3] - 178:18, 196:12, 205:1
keeps [1] - 84:16
Keirahn [9] - 148:3, 148:12, 153:1, 153:9, 154:12, 154:15, 154:16, 176:1
kept [7] - 11:22, 99:9, 115:23, 144:4, 177:25, 178:1, 192:1
Kevin [1] - 212:17
Khan [9] - 153:7, 159:8, 159:9, 159:15, 159:17, 160:1, 160:4, 161:7, 178:3
Khan's [1] - 160:9
kids [10] - 83:8, 104:19, 114:21, 114:24, 115:21, 117:3, 187:19, 245:14, 255:11, 255:25
kill [3] - 60:13, 60:24, 184:16
killed [4] - 94:16, 197:7, 215:6, 215:23
kind [30] - 16:1, 28:4, 28:12, 39:11, 39:14, 39:17, 44:25, 60:10, 60:21, 85:13, 87:11, 93:8, 107:15, 109:12, 114:20, 122:5, 134:23, 156:11, 166:25, 167:5, 171:7, 171:14, 177:24, 191:15, 193:22, 205:20, 208:10, 217:6, 233:8, 255:17
kinds [1] - 54:8
kingdom [1] - 104:15
Kingery [1] - 1:23
kinkajou [2] - 106:1,

106:2
kinkajous [1] - 211:24
Kirkwood [3] - 6:9, 7:1, 8:1
kits [1] - 75:15
kittens [2] - 31:3, 31:13
Klopfer [2] - 95:22, 97:2
knapsack [1] - 249:5
knapsacks [1] - 249:8
knock [1] - 201:1
knowing [3] - 18:6, 21:15, 218:24
knowledge [1] - 258:7
known [2] - 125:5, 129:2
knows [8] - 77:12, 77:14, 79:7, 95:2, 95:10, 95:12, 190:10
Kopecky [1] - 1:23
KRISS [1] - 1:4
Kuehl [2] - 127:16, 133:5
KUEHL [2] - 1:3, 1:3
Kyle [2] - 156:20, 157:16

L

lab [1] - 43:24
lack [3] - 112:9, 112:10, 135:10
lady [1] - 189:9
laid [2] - 27:2, 160:21
lake [1] - 11:16
lance [1] - 226:4
land [1] - 120:10
lap [1] - 256:2
large [8] - 13:7, 46:3, 55:10, 79:7, 80:5, 81:10, 198:7, 215:7
largest [1] - 144:17
LARRY [1] - 1:22
Larry [1] - 173:19
last [22] - 18:3, 25:18, 29:1, 29:9, 31:7, 60:22, 65:2, 65:5, 82:7, 106:1, 111:8, 111:17, 135:7, 171:2, 208:2, 220:24, 224:15, 232:3, 232:21, 242:22, 251:24, 251:25
late [2] - 20:21, 164:7
lately [1] - 176:5
Laurie [2] - 79:3, 79:8
law [8] - 55:1, 55:3, 55:5, 55:14, 74:21,

95:10, 201:15, 209:5
Law [2] - 1:20, 1:23
laws [4] - 34:19, 54:17, 63:7, 77:14
lawsuit [10] - 53:23, 54:1, 135:1, 135:12, 135:16, 140:2, 243:4, 243:8, 243:12, 243:15
lawyer [1] - 244:7
lay [2] - 160:23, 203:8
layers [1] - 205:16
laying [2] - 172:12, 186:25
LDI [3] - 193:11, 193:12, 198:23
LDI-contract [1] - 198:23
LDS [1] - 109:20
lead [1] - 128:4
leadership [2] - 39:16, 40:11
leading [1] - 155:22
leads [2] - 61:18, 127:13
learn [8] - 7:23, 22:23, 26:13, 58:14, 69:4, 81:2, 117:3, 128:24
learned [6] - 15:5, 34:17, 35:15, 70:18, 72:3, 132:19
learning [2] - 7:18, 42:25
least [13] - 13:22, 21:2, 22:12, 22:22, 31:6, 31:19, 43:23, 49:22, 78:3, 82:6, 117:11, 117:14, 150:14
leave [11] - 36:6, 51:23, 88:5, 88:10, 88:15, 88:16, 111:8, 125:15, 126:2, 143:5, 230:8
leaves [1] - 195:3
leaving [2] - 40:6, 213:24
Leclere [1] - 110:2
led [1] - 166:20
ledge [1] - 204:24
left [7] - 4:14, 9:23, 20:1, 135:7, 212:21, 213:18, 248:9
leg [6] - 167:3, 168:12, 168:24, 169:17, 169:22, 177:23
LEGAL [1] - 1:5
Legal [4] - 1:20, 3:11, 89:2, 89:25
legal [9] - 50:8, 50:20,

52:13, 54:19, 67:17, 86:18, 86:19, 194:20
legally [1] - 57:23
legislators [1] - 78:5
legislature [1] - 55:23
legs [1] - 169:19
leisure [1] - 113:2
lemur [8] - 61:23, 62:1, 184:4, 184:7, 185:12, 186:1, 189:24, 190:11
lemurs [20] - 71:5, 90:13, 90:14, 139:1, 139:7, 140:11, 140:16, 145:9, 179:5, 182:25, 183:2, 186:14, 187:3, 188:19, 191:5, 205:8, 205:10, 205:18, 207:10, 211:12
lend [1] - 120:6
lender [1] - 120:21
length [1] - 236:7
leopard [1] - 59:19
lesion [1] - 168:24
lesions [1] - 170:8
less [2] - 197:20, 236:11
lethargic [1] - 156:12
letter [23] - 87:9, 87:16, 87:24, 88:10, 88:20, 88:25, 89:16, 89:19, 89:20, 90:12, 90:16, 90:17, 90:18, 90:21, 91:1, 91:6, 91:11, 91:19, 91:22, 168:21, 208:1, 231:20, 250:3
letters [3] - 39:18, 65:12, 182:17
level [2] - 16:5, 112:12
license [9] - 23:5, 23:8, 23:9, 23:18, 23:20, 23:25, 24:1, 32:15, 39:8
licensed [4] - 24:4, 24:11, 32:15, 194:9
licensee [2] - 55:2, 55:11
licenses [2] - 24:14, 24:16
licensure [1] - 24:5
lick [2] - 143:8, 220:19
licking [2] - 167:13, 167:17
Lies [3] - 82:1, 82:7, 82:20
life [8] - 29:25, 68:22, 146:19, 164:12,

227:1, 232:11, 249:20, 256:3
legally [1] - 57:23
lifespan [1] - 30:5
ligament [1] - 177:23
light [1] - 136:22
lighting [5] - 90:13, 186:2, 186:3, 186:9, 186:12
lights [3] - 102:6, 103:17, 186:6
likely [1] - 4:23
Lily [4] - 106:10, 106:11, 107:9, 107:10
limits [2] - 124:4, 124:6
limp [1] - 226:17
limping [1] - 242:2
Line [1] - 257:2
line [12] - 17:5, 17:7, 57:22, 57:25, 61:14, 134:15, 161:13, 161:15, 164:2, 164:3, 172:20, 220:25
lines [5] - 58:3, 58:7, 58:25, 59:3, 62:5
link [1] - 233:5
links [1] - 51:7
lion [13] - 84:8, 127:17, 127:18, 127:23, 146:6, 146:11, 146:14, 162:22, 163:9, 202:5, 244:20, 245:2, 248:13
lion's [1] - 127:24
lions [23] - 70:2, 70:5, 84:1, 84:4, 84:7, 138:24, 138:25, 145:11, 162:7, 162:9, 162:11, 178:7, 179:5, 180:4, 182:24, 202:3, 202:14, 202:24, 203:2, 203:3, 203:22, 204:3, 211:2
liquid [1] - 174:22
liquidate [1] - 119:19
Lisa [1] - 127:16
LISA [1] - 1:3
list [16] - 26:23, 34:25, 49:20, 73:12, 108:10, 108:11, 111:18, 111:23, 113:23, 113:24, 114:11, 152:15, 153:5, 173:15, 174:4, 221:23
listed [8] - 58:15,

109:19, 113:16, 115:5, 115:12, 172:23, 186:16, 221:13
listen [1] - 5:11
lists [6] - 21:4, 26:24, 27:4, 27:5, 182:16
literature [2] - 79:15, 80:10
litigation [1] - 89:6
litter [1] - 150:9
live [10] - 53:6, 54:22, 56:10, 74:23, 74:25, 75:1, 205:13, 210:14, 211:3, 215:24
lives [1] - 94:23
livestock [2] - 123:17, 171:13
living [2] - 183:3, 201:24
lizards [1] - 28:11
llamas [3] - 100:2, 228:22, 229:11
loaders [1] - 7:10
loan [2] - 13:4, 120:3
loaning [1] - 120:21
local [4] - 8:10, 94:6, 120:21, 214:12
locate [2] - 4:22, 4:23
located [1] - 187:20
location [1] - 125:21
lock [1] - 17:1
lockdown [1] - 253:19
locked [1] - 210:19
logs [2] - 196:24, 203:6
long-term [1] - 193:5
long-time [3] - 10:1, 39:13, 84:8
longhorn [1] - 145:4
look [15] - 14:21, 21:6, 42:17, 44:23, 48:2, 48:22, 80:10, 96:12, 111:24, 137:10, 167:10, 169:9, 169:13, 169:16, 173:24, 181:25, 182:3, 193:8, 200:21, 226:11, 234:11, 246:20, 246:22, 246:23, 250:24
looked [2] - 20:5, 64:6, 93:10, 166:22, 168:14, 169:8, 175:9, 230:4, 235:6
looking [15] - 5:10, 21:15, 47:15, 48:18, 65:8, 75:16, 75:17,

109:12, 130:15,
168:2, 173:10,
176:22, 184:25,
190:10, 256:18
**looks** [5] - 116:3,
184:17, 191:16,
191:25, 249:3
**loose** [1] - 78:21
**lose** [3] - 117:22,
168:9, 215:24
**loss** [7] - 94:18,
117:18, 122:3,
136:15, 166:24,
229:18, 231:4
**lost** [8] - 10:23, 12:19,
13:1, 13:8, 34:14,
116:13, 184:3,
218:22
**lotion** [1] - 233:8
**love** [8] - 33:10, 78:24,
141:13, 211:4,
211:6, 246:23,
255:13, 256:10
**LP** [1] - 117:25
**Lucy** [8] - 174:5,
183:8, 185:11,
186:2, 186:4, 186:5,
206:13
**Lucy's** [3] - 186:12,
206:14, 206:20
**Luna** [17] - 153:7,
161:16, 161:23,
161:24, 164:1,
165:4, 166:1, 166:2,
166:3, 172:22,
172:24, 173:2,
173:6, 174:9,
174:18, 175:8,
177:12
**lunch** [3] - 152:2,
152:4, 152:8
**lungs** [1] - 171:24
**Lynn** [1] - 77:5, 77:6,
77:11
**lynx** [1] - 190:4

## M

**M-i-r-a-j** [1] - 142:11
**ma'am** [11] - 11:4,
12:10, 15:17, 20:24,
51:11, 59:5, 65:19,
87:14, 113:14,
132:18, 138:3
**macaque** [3] - 223:24,
225:10, 225:11
**macaques** [1] - 225:1
**machine** [1] - 137:20
**machinery** [1] -
120:11

**Macy** [1] - 232:24
**Madison** [2] - 43:22,
234:16
**magazine** [6] - 36:14,
37:7, 37:8, 37:9,
47:18, 235:12
**magazines** [1] - 36:16
**magic** [1] - 104:15
**mail** [4] - 26:22,
246:12, 252:15,
253:13
**mailing** [2] - 26:24,
27:4
**main** [5] - 41:13,
127:9, 138:6,
210:20, 245:14
**maintaining** [1] -
136:5
**maintenance** [4] -
7:11, 7:12, 103:22,
239:15
**major** [3] - 103:24,
239:12, 239:13
**male** [13] - 46:1, 46:3,
140:12, 140:18,
141:2, 141:18,
141:21, 147:16,
147:25, 162:21,
162:22, 185:4, 185:5
**male's** [1] - 140:14
**mammals** [3] - 26:8,
93:3, 109:6
**Man** [1] - 70:24
**man** [5] - 56:23, 70:21,
122:23, 133:5,
180:18
**management** [1] -
37:25
**manager** [1] - 133:5
**manages** [1] - 12:2
**Manchester** [5] - 1:15,
109:3, 121:1,
135:17, 253:22
**Manson** [2] - 108:14,
108:15
**manual** [1] - 71:25
**Maquoketa** [2] - 6:3,
6:19
**March** [4] - 1:14, 2:21,
91:22, 184:25
**Margaret** [1] - 81:15
**Marion** [1] - 1:14
**mark** [10] - 88:3, 88:4,
88:5, 88:22, 90:21,
91:3, 97:16, 98:1,
98:13, 233:2
**marked** [3] - 98:17,
125:25, 130:14
**market** [1] - 10:10
**markets** [1] - 132:16

**marking** [1] - 114:23
**married** [1] - 122:8
**Marshall** [1] - 181:14
**Mart** [1] - 238:17
**Mason** [1] - 108:13
**mass** [1] - 226:1
**match** [1] - 206:9
**match-stick-size** [1] -
206:9
**mate** [3] - 184:3,
184:4, 185:1
**materials** [1] - 208:12
**mates** [2] - 107:10,
183:16
**math** [1] - 116:13
**matted** [4] - 228:22,
228:25, 229:5,
229:13
**matter** [1] - 3:12
**matters** [1] - 258:8
**Mattie** [2] - 187:24,
187:25
**matting** [2] - 225:20,
229:8
**mature** [1] - 140:14
**maul** [1] - 197:9
**max** [1] - 119:12
**maximum** [1] - 137:2
**maxo** [1] - 168:7
**mean** [31] - 7:17, 17:3,
18:18, 23:10, 29:23,
35:2, 36:25, 47:13,
55:15, 64:16, 72:24,
88:12, 95:6, 95:13,
96:18, 99:11,
126:13, 126:14,
139:22, 172:9,
174:15, 175:11,
184:5, 184:6,
193:15, 204:6,
227:8, 231:10,
235:7, 240:3, 242:12
**meaning** [2] - 23:14,
202:25
**means** [4] - 62:7,
88:13, 99:3, 231:11
**meant** [1] - 139:24
**meat** [3] - 198:18,
198:23, 203:20
**media** [5] - 90:24,
134:11, 134:20,
135:18, 243:9
**medical** [3] - 170:10,
173:18, 200:10
**medically** [1] - 188:22
**medication** [2] - 5:3,
157:4
**medications** [4] -
156:17, 156:21,
157:7, 180:1

**medium** [2] - 73:9,
182:1
**meet** [5] - 5:9, 41:18,
65:24, 194:13, 239:4
**meeting** [10] - 9:15,
13:25, 14:5, 14:6,
14:13, 14:23, 14:25,
55:7, 239:7, 239:21
**meetings** [2] - 9:12,
55:20
**Meishans** [1] - 100:8
**member** [18] - 9:6,
9:11, 10:1, 33:13,
33:17, 33:19, 33:22,
37:11, 38:22, 39:6,
39:13, 40:17, 49:24,
50:11, 50:25, 51:9,
87:15, 144:12
**members** [7] - 14:20,
35:13, 38:20, 39:19,
54:3, 133:12, 252:18
**membership** [6] -
37:12, 37:18, 39:4,
39:9, 50:12, 52:12
**memories** [1] - 245:17
**mention** [3] - 92:12,
92:21, 246:6
**mentioned** [39] - 8:15,
9:20, 11:18, 13:1,
20:8, 28:13, 28:19,
48:1, 52:13, 77:20,
79:2, 83:1, 83:22,
85:8, 85:25, 89:10,
92:14, 93:19, 95:8,
97:1, 108:2, 112:18,
126:16, 134:6,
137:15, 139:21,
159:9, 164:1,
168:24, 170:24,
171:19, 184:17,
202:24, 207:15,
231:22, 235:10,
239:4, 243:5, 247:24
**mentor** [1] - 69:3
**mentored** [1] - 70:12
**mentors** [1] - 69:5
**merchandise** [1] -
36:12
**mesh** [2] - 230:24,
230:25
**mess** [3] - 102:13,
204:24, 214:8
**message** [1] - 133:4
**messing** [2] - 19:23,
20:7
**met** [1] - 41:8
**meters** [1] - 117:25
**methodology** [1] -
178:17
**mice** [1] - 221:10

**mid** [1] - 13:6
**middle** [2] - 29:16,
29:22
**middle-age** [1] - 29:22
**middle-aged** [1] -
29:16
**Midwest** [1] - 73:5
**might** [56] - 3:19, 4:20,
5:3, 5:7, 5:8, 5:14,
16:19, 23:19, 29:10,
43:18, 46:19, 48:24,
49:13, 49:19, 53:25,
56:6, 64:6, 66:23,
71:14, 73:7, 75:3,
75:16, 77:19, 78:7,
101:9, 101:11,
102:13, 102:15,
102:19, 106:19,
114:2, 114:17,
115:3, 120:5, 120:6,
133:22, 142:7,
152:15, 156:15,
156:24, 165:17,
166:19, 168:8,
171:9, 192:18,
218:3, 223:19,
225:13, 235:20,
235:23, 235:24,
236:1, 236:22,
238:15, 239:20
**Mike** [2] - 252:20,
253:12
**miles** [1] - 214:13
**milk** [13] - 10:3, 10:10,
10:25, 101:24,
122:4, 122:23,
123:7, 125:13,
126:15, 132:16,
132:17, 133:10,
133:11
**Milk** [1] - 132:12
**milking** [3] - 10:19,
11:18, 137:16
**million** [5] - 120:15,
122:1, 236:16, 237:2
**million-dollar** [3] -
236:16, 237:2
**Milwaukee** [1] -
234:15
**mind** [2] - 5:17, 77:10
**Mindy** [7] - 49:23,
51:10, 53:17, 53:18,
86:16, 86:25, 87:18
**mine** [6] - 25:14,
39:12, 68:5, 70:4,
147:12, 182:18
**minimum** [7] - 22:21,
65:15, 65:24, 66:8,
239:4, 239:7, 239:21
**Minneapolis** [1] -

14:13
Minnesota [1] - 14:19
minor [1] - 227:23
minute [10] - 47:3,
66:14, 67:14, 69:16,
76:25, 93:7, 177:1,
217:17, 217:19,
240:9
minutes [3] - 14:5,
14:6, 98:2
Miraj [12] - 142:11,
142:12, 145:23,
145:24, 148:2,
148:12, 148:15,
152:24, 153:9,
154:6, 176:1
MIRAJ [1] - 152:24
Miraj's [1] - 154:10
miscellaneous [1] -
178:13
miss [2] - 47:17,
108:12
missed [1] - 68:21
missing [4] - 121:17,
178:21, 191:23,
230:21
mission [2] - 54:13,
109:7, 109:9
mix [2] - 202:20,
220:16
mixed [4] - 23:19,
133:24, 162:6,
211:10
mobile [6] - 23:13,
94:3, 94:4, 94:8,
94:12, 115:5
model [2] - 94:8, 94:9
modified [1] - 215:24
Moines [2] - 55:6,
55:20
moment [3] - 4:9,
116:8, 256:14
Monday [2] - 103:23,
239:11
money [22] - 11:23,
57:7, 61:22, 78:25,
114:19, 117:6,
117:11, 120:6,
120:22, 121:10,
121:12, 121:18,
122:6, 190:16,
235:23, 236:1,
236:2, 236:7, 236:9,
236:11, 236:13,
256:4
monkey [14] - 93:3,
107:21, 123:25,
124:21, 125:1,
126:6, 126:8,
126:10, 158:5,

158:24, 205:23,
206:9, 224:2, 224:5
Monkey [1] - 206:8
monkeys [8] - 75:4,
75:25, 76:1, 76:7,
206:10, 223:2,
223:23, 224:25
month [8] - 9:12, 74:3,
74:12, 74:13,
165:10, 168:17,
173:4, 173:11
months [11] - 68:21,
88:22, 91:14, 146:8,
154:1, 154:2, 171:9,
181:5, 206:4, 232:18
mood [2] - 207:5,
207:12
morning [13] - 3:7,
3:8, 18:12, 18:16,
19:14, 20:10,
101:17, 103:16,
104:8, 125:10,
172:11, 198:22,
256:11
most [25] - 3:19,
21:22, 59:10, 66:1,
68:22, 74:22, 76:19,
76:20, 81:21, 84:15,
85:23, 93:1, 104:6,
104:24, 106:23,
107:5, 135:6, 137:3,
149:15, 178:19,
178:20, 193:11,
210:16, 216:7, 239:5
mostly [10] - 76:6,
85:12, 102:18,
104:12, 175:7,
206:21, 230:7,
246:10, 247:1, 251:6
mother [1] - 143:4,
154:10, 154:17,
155:12
mother's [1] - 86:4
mothers [1] - 143:15
mouth [2] - 156:25,
213:13
move [3] - 100:21,
101:3, 178:6
moved [1] - 10:24
mow [1] - 110:16
MR [7] - 1:20, 1:22,
13:11, 145:5, 153:2,
158:12, 256:22
MS [25] - 1:20, 3:6,
13:14, 17:14, 17:18,
34:13, 97:4, 97:9,
98:14, 98:19, 116:7,
116:10, 116:11,
121:7, 145:8, 152:1,
152:7, 153:4,

158:14, 176:25,
177:3, 218:1,
232:14, 256:13,
256:18
muck [1] - 7:21
mule [1] - 100:10
mules [1] - 100:3
multigenerational [1]
- 12:12
multiple [2] - 93:14,
98:16
must [1] - 146:18
mutilated [1] - 224:2
mutilation [1] - 229:21

N

N-X-T [1] - 121:6
name [21] - 18:20,
18:21, 18:22, 25:16,
25:18, 47:1, 70:19,
71:12, 96:11,
127:24, 128:23,
129:2, 129:17,
144:25, 174:1,
178:11, 185:1,
188:25, 231:7,
234:7, 247:2
name's [1] - 3:9
named [1] - 258:5
names [10] - 98:8,
108:23, 109:24,
140:16, 151:3,
152:23, 180:6,
183:2, 183:4, 250:17
Nancy [19] - 69:8,
72:8, 83:1, 83:2,
83:25, 84:2, 84:6,
128:6, 128:21,
129:15, 130:9,
131:7, 131:22,
132:2, 153:18,
154:3, 163:8, 181:7,
250:10
Nancy's [1] - 153:20
narrow [1] - 149:11
Nashville [1] - 234:17
nasty [2] - 246:11,
249:21
Natasha [1] - 148:2,
148:15, 152:24,
153:9, 153:12,
153:15, 153:24,
154:4, 155:13, 176:1
national [7] - 8:5,
8:10, 8:13, 33:9,
36:5, 78:15, 145:1
Natural [1] - 158:18
natural [1] - 203:9
nature [7] - 74:14,

132:24, 140:13,
141:12, 150:4,
159:23
naughty [2] - 230:9,
230:11
NE [1] - 1:23
necessarily [14] -
17:2, 42:22, 81:14,
85:11, 85:21, 85:24,
96:16, 99:16, 105:4,
105:18, 126:4,
126:17, 175:12,
204:13
necessary [4] - 32:17,
45:3, 58:1, 244:9
necropsied [2] -
190:3, 190:17
necropsy [5] - 139:9,
183:22, 187:16,
188:1, 189:25
need [35] - 3:20, 3:24,
4:7, 4:10, 11:20,
11:21, 14:14, 20:20,
32:14, 32:18, 34:9,
50:14, 73:1, 91:2,
97:17, 103:1,
105:13, 110:23,
111:2, 117:11,
117:14, 158:12,
192:9, 192:13,
200:17, 214:13,
214:14, 217:5,
217:10, 219:23,
219:24, 227:14,
229:10, 245:4,
248:15
needed [7] - 9:4, 47:9,
87:9, 94:4, 208:11,
228:22, 239:14
needs [9] - 61:14,
122:22, 193:21,
194:8, 196:1,
200:25, 210:17,
227:18, 238:8
Neese [2] - 82:9, 82:20
neighborhood [1] -
214:14
net [2] - 121:24, 122:2
neurologically [1] -
188:7
neuter [1] - 46:4
neutered [1] - 141:24
neutering [4] - 44:15,
45:12, 45:23, 45:24
never [31] - 5:17,
16:19, 16:20, 17:22,
19:3, 20:5, 31:20,
53:19, 57:1, 57:10,
57:12, 58:2, 89:22,
89:23, 92:4, 133:11,

134:17, 142:9,
145:18, 145:25,
146:2, 176:20,
192:1, 196:11,
197:10, 199:15,
199:18, 201:14,
215:7, 246:13,
248:17
Neverman [1] - 109:22
New [6] - 14:19, 133:3,
133:4, 205:22,
206:8, 206:10
new [12] - 9:13,
121:14, 121:15,
136:5, 136:6, 192:6,
192:9, 192:13,
202:13, 218:11,
233:11, 249:15
Newgard [2] - 1:15,
2:21
news [2] - 51:7,
134:13
newsletter [3] - 39:24,
47:18, 51:5
newsletters [3] -
39:24, 39:25, 47:24
newspaper [1] -
134:15
next [10] - 126:3,
129:4, 129:16,
153:22, 184:3,
184:6, 198:22,
207:3, 233:10, 241:3
Niabi [1] - 234:16
nice [8] - 20:16, 37:7,
37:16, 76:19,
131:18, 135:25,
235:7, 249:2
nicer [1] - 94:13
night [5] - 20:1, 20:8,
161:1, 161:3, 172:12
nights [1] - 20:21
nighttime [1] - 138:10
nine [3] - 11:11, 13:19,
68:20
nineteen [1] - 82:4
nitpicky [3] - 17:17,
18:1, 238:22
non [3] - 1:5, 1:9,
234:19
non-AZA-accredited
[1] - 234:19
non-profit [2] - 1:5,
1:9
noncompliances [3] -
65:10, 91:12, 253:9
none [3] - 24:15,
79:24, 148:21
nonfamily [1] - 12:24
nonfeeder [1] - 28:13

nonprofit [2] - 117:2,
137:14
noon [2] - 152:1,
152:4
normal [4] - 157:20,
167:11, 171:2,
171:18
normally [2] - 102:10,
255:9
north [1] - 218:15
NORTHERN [1] - 1:1
nose [2] - 19:16,
201:21
notably [1] - 3:19
Notary [1] - 257:25
note [4] - 41:1,
118:12, 173:19,
191:4
noted [2] - 169:18,
225:15
notes [2] - 173:15,
178:15
nothing [12] - 4:17,
12:24, 18:11, 45:11,
59:22, 90:9, 98:7,
163:17, 165:16,
169:25, 226:23,
227:9
notice [5] - 32:9,
90:12, 138:8,
155:23, 157:17
noticed [4] - 3:20, 5:7,
157:11, 187:1
notices [1] - 26:22
November [9] - 164:8,
166:16, 168:4,
171:1, 171:3,
172:18, 173:7,
173:8, 225:25
NRCS [2] - 159:2,
197:25
nuisance [2] - 60:14
Number [1] - 115:1
number [12] - 16:13,
32:25, 48:9, 50:17,
50:19, 50:22,
113:25, 115:2,
170:6, 230:18,
240:23, 241:10
numbers [2] - 113:15,
115:25
numerous [4] - 18:11,
18:14, 243:20,
246:18
nurse [3] - 143:8,
143:10, 147:13
nursing [2] - 13:19,
107:14
nutrition [14] - 7:9,
7:22, 7:23, 34:18,

150:3, 151:17,
195:13, 195:14,
196:10, 196:25,
198:15, 198:16,
219:2, 219:12
nutritional [1] - 38:10
nutritionist [5] -
143:10, 199:6,
199:9, 219:13
nutritionists [1] -
122:22
NXT [1] - 121:6

## O

Oakridge [3] - 153:16,
181:2, 234:21
Oasis [2] - 198:25,
199:5
oath [1] - 258:10
Obi [5] - 46:16,
106:14, 106:15,
107:19, 107:20
objection [1] - 5:12
objections [2] - 5:8,
258:14
obligate [1] - 198:17
observed [1] - 70:8
obsessive [2] - 16:24,
17:25
obtained [2] - 57:12,
155:6
obviously [2] - 94:11,
118:18
occasion [2] - 112:3,
228:1
occasions [3] - 87:2,
112:4, 136:25
occupation [1] - 117:7
occur [1] - 119:24
occurred [1] - 120:2
October [7] - 101:2,
164:8, 168:21,
169:2, 171:3,
172:24, 173:7
OF [3] - 1:1, 1:13,
257:1
off-limits [2] - 124:4,
124:6
off-season [2] - 110:8,
112:19
offense [1] - 230:23
offer [2] - 25:12,
235:20
offered [2] - 21:5,
68:15
offering [1] - 91:9
offers [1] - 26:19
office [5] - 40:7, 53:7,
134:21, 213:9, 221:5

Office [1] - 254:2
officer [1] - 33:16
offices [1] - 40:6
officials [1] - 208:1
often [12] - 27:15,
27:21, 27:25, 28:13,
48:5, 48:6, 73:21,
73:23, 73:25, 74:10,
79:16, 206:1
Ohio [2] - 159:20,
159:21
old [31] - 30:8, 31:5,
31:24, 68:21, 123:2,
140:15, 141:5,
141:14, 145:4,
153:12, 153:24,
154:6, 154:12,
154:22, 155:17,
158:5, 159:9, 160:7,
160:11, 160:13,
164:16, 164:17,
165:22, 186:16,
187:9, 187:10,
226:21, 227:10,
228:5, 232:1, 232:3
old's [1] - 155:8
old-age [1] - 232:1
older [4] - 164:18,
164:25, 165:18,
232:2
oldest [2] - 146:6,
158:6
olds [3] - 30:10,
164:22, 256:1
Oleson [9] - 139:5,
184:20, 184:24,
187:16, 191:5,
191:11, 234:20,
234:25, 235:3
Omaha [1] - 43:9
on-site [1] - 99:8
once [15] - 15:11,
30:11, 34:22, 35:7,
70:16, 74:1, 74:3,
79:18, 82:7, 86:11,
109:3, 129:8,
129:13, 152:16,
166:7
one [99] - 4:8, 5:9,
18:19, 21:14, 21:25,
22:12, 22:21, 24:24,
28:24, 29:3, 32:4,
34:2, 34:3, 36:21,
36:22, 37:16, 40:5,
41:10, 41:19, 46:4,
48:12, 48:14, 48:23,
49:13, 51:24, 59:10,
61:25, 64:25, 78:15,
82:14, 86:15, 97:13,
97:14, 103:13,

106:4, 109:23,
112:3, 123:25,
126:22, 127:16,
130:10, 133:2,
138:8, 139:2, 139:4,
140:24, 141:18,
141:21, 142:7,
142:8, 143:7,
143:13, 147:23,
147:24, 149:10,
155:5, 156:24,
166:15, 177:1,
183:24, 184:16,
185:23, 186:16,
186:21, 187:16,
187:17, 188:1,
189:24, 192:2,
215:12, 216:20,
218:21, 220:15,
220:17, 220:25,
223:1, 224:1,
224:14, 224:15,
225:4, 226:6, 228:9,
228:16, 228:20,
229:15, 229:20,
230:25, 231:9,
231:15, 231:19,
231:22, 232:9,
235:11, 240:16,
242:1, 242:24,
245:3, 254:19,
256:13
one's [2] - 142:10,
247:1
one-day [1] - 34:2
one-inch [1] - 230:25
ones [12] - 15:11,
29:10, 60:6, 142:4,
151:2, 188:22,
189:17, 190:5,
210:24, 224:18,
234:24, 246:18
ongoing [3] - 21:10,
21:24, 193:5
online [5] - 35:13,
44:22, 48:1, 51:2,
67:18
onset [2] - 163:20,
164:6
open [13] - 20:12,
20:20, 102:11,
103:14, 103:16,
115:20, 125:23,
135:18, 143:6,
167:13, 169:20,
198:22, 226:5
opened [11] - 60:23,
93:18, 94:2, 167:8,
167:16, 209:18,
220:25, 250:23,

250:24, 251:2
opening [3] - 20:16,
20:22, 104:5
opens [1] - 104:3
operate [1] - 122:3
operation [2] - 11:13,
12:22
opinion [9] - 42:18,
66:7, 72:19, 76:16,
126:21, 149:16,
234:2, 235:16,
237:11
opinions [5] - 43:4,
96:6, 233:19, 234:4,
235:19
opportunity [3] - 90:4,
129:16, 130:13
opposite [1] - 130:3
option [1] - 91:14
orange [3] - 166:5,
166:9, 166:10
order [5] - 88:22,
89:13, 117:9, 124:7,
125:10
ordered [1] - 146:4
organization [13] -
8:11, 33:8, 33:14,
33:23, 36:9, 38:1,
39:11, 40:24, 42:2,
49:21, 67:7, 67:13,
109:2
organizations [4] -
13:17, 40:18, 49:24,
246:22
organs [1] - 140:10
origin [2] - 184:23,
189:8
originally [2] - 159:20,
177:19
ostrich [1] - 104:25
otherwise [9] - 36:12,
62:9, 83:15, 102:13,
124:3, 146:10,
179:22, 210:13,
255:9
outdoor [1] - 205:14
outdoors [1] - 211:23
outlines [1] - 168:23
outside [11] - 20:18,
67:6, 69:18, 69:24,
71:20, 72:12, 123:8,
130:19, 205:15,
206:21, 210:11
overall [2] - 112:14,
207:22
overboard [1] - 238:24
overgrew [3] - 226:16,
226:17, 228:10
overgrown [2] - 235:7,
242:3

overnight [2] - 32:7, 191:3
oversee [1] - 238:8
oversight [1] - 9:17
overwhelmed [1] - 112:15
overzealous [1] - 238:3
own [23] - 8:12, 9:2, 11:3, 11:14, 39:4, 43:4, 54:21, 69:24, 72:13, 74:2, 120:8, 124:20, 124:23, 138:18, 149:9, 171:23, 184:12, 209:5, 222:15, 222:16, 226:5, 227:14, 227:16
owned [1] - 9:2
owner [5] - 92:6, 92:8, 92:9, 153:22, 223:1
owners [3] - 185:16, 222:24, 222:25
ownership [14] - 33:11, 38:25, 39:2, 54:12, 54:18, 55:8, 55:16, 55:22, 59:9, 59:12, 59:13, 76:5, 78:1, 86:20
owning [1] - 56:7
owns [2] - 131:4, 249:18

**P**

p.m [2] - 152:5, 256:23
packaged [1] - 198:24
packing [1] - 249:6
padlocked [1] - 253:20
Page [2] - 2:2, 257:2
page [7] - 47:13, 177:18, 179:9, 179:12, 246:19, 249:22, 258:6
pages [12] - 37:17, 38:7, 130:11, 173:21, 178:9, 179:4, 246:9, 246:23, 247:12, 247:15, 247:16
paid [10] - 25:24, 26:2, 26:3, 26:4, 26:7, 26:8, 28:19
pail [3] - 128:11, 128:19, 205:20
pair [2] - 138:23, 187:9
PAM [6] - 1:8, 1:13, 2:3, 2:20, 3:1, 257:1

Pam [5] - 91:22, 98:19, 218:1, 233:15, 255:5
Panacur [3] - 177:8, 177:9, 216:18
pancreatitis [6] - 163:7, 163:11, 163:13, 163:15, 164:6, 164:10
paper [7] - 95:15, 134:12, 137:10, 153:14, 154:24, 191:19, 216:6
papers [8] - 31:11, 31:13, 95:16, 95:18, 96:11, 134:17, 134:22
paperwork [3] - 57:2, 191:10, 192:2
parasite [1] - 216:17
pardon [1] - 55:4
parents [5] - 12:18, 13:19, 142:16, 143:1
Park [8] - 139:5, 184:24, 187:16, 191:5, 191:11, 234:20, 234:25, 235:3
park [3] - 92:24, 93:10, 184:20
parlor [2] - 101:25, 123:18
Parry [1] - 92:2
part [18] - 8:15, 15:12, 37:12, 51:8, 51:9, 52:12, 52:17, 53:14, 96:25, 106:23, 150:8, 178:19, 178:20, 194:15, 210:20, 210:21, 218:4, 238:11
participate [1] - 77:18
particular [2] - 208:10, 216:23
particularly [2] - 171:1, 245:2
parties [3] - 2:19, 258:17, 258:20
parts [1] - 238:12
pass [2] - 14:24, 34:21
passed [6] - 34:22, 34:24, 46:11, 144:7, 158:6, 160:24
passion [1] - 255:10
past [11] - 73:14, 74:4, 81:24, 138:22, 139:14, 139:17, 143:16, 165:12, 222:19, 240:11,

240:13
pasture [1] - 11:17
path [8] - 100:13, 102:6, 127:8, 127:9, 130:4, 209:2, 248:11, 254:15
patrons [1] - 135:4
Patterson [5] - 49:23, 51:10, 52:9, 53:8, 86:16
Patterson's [1] - 53:22
Pause [1] - 116:9
pave [1] - 42:12
pay [17] - 26:1, 26:11, 28:19, 30:3, 42:11, 42:14, 51:3, 110:6, 118:12, 169:7, 177:17, 240:24, 241:1, 241:10, 241:12, 241:22, 254:7
paying [3] - 52:14, 52:17, 241:13
payment [1] - 241:14
pea [1] - 200:5
peanut [2] - 102:8, 249:7
pen [3] - 32:6, 41:11, 107:20, 197:14, 198:12
pens [3] - 41:15, 104:7, 208:7
people [65] - 9:4, 17:25, 32:15, 33:9, 33:12, 38:19, 40:4, 40:5, 40:6, 43:18, 50:8, 52:4, 52:5, 54:11, 60:8, 64:11, 66:22, 69:3, 73:4, 73:12, 73:13, 73:14, 74:6, 74:10, 76:1, 78:4, 78:19, 78:20, 78:22, 81:21, 83:1, 86:21, 95:2, 102:12, 104:17, 105:10, 108:24, 110:2, 111:6, 122:19, 123:8, 123:16, 123:23, 124:5, 124:15, 129:9, 131:2, 134:19, 134:25, 135:7, 135:17, 149:15, 185:24, 208:8, 209:14, 229:22, 243:18, 243:20, 245:21, 245:25, 246:7, 246:12, 248:5, 251:14, 253:6
people's [1] - 63:12

per [1] - 178:1
perceive [5] - 68:4, 132:7, 135:4, 142:18, 207:8
perceived [1] - 91:5
percent [7] - 11:9, 74:24, 74:25, 135:6, 181:19, 215:12
perception [3] - 54:6, 241:24, 242:8
perches [1] - 203:13
perfect [2] - 82:15, 244:13
perform [1] - 48:15
performed [1] - 183:22
perhaps [3] - 21:23, 73:16, 136:10
perimeter [3] - 209:24, 244:21, 248:13
perimeters [1] - 248:20, 251:15, 253:21
period [3] - 160:23, 201:18, 207:18
permission [1] - 123:25
permit [11] - 32:14, 32:17, 32:18, 32:24, 57:12, 57:21, 57:24, 57:25, 61:15, 62:3, 158:15
permits [5] - 32:12, 32:20, 34:9, 34:11, 205:12
Perry [6] - 92:2, 92:4, 92:5, 92:11, 154:21, 185:13
person [12] - 17:19, 17:20, 43:16, 48:23, 54:17, 66:5, 73:18, 80:21, 81:7, 86:8, 120:20, 125:5
personable [1] - 80:14
personal [12] - 68:17, 68:25, 69:18, 69:25, 71:18, 71:20, 72:13, 85:12, 114:14, 120:25, 178:9, 244:3
personally [4] - 5:21, 117:18, 136:16, 145:25
personnel [1] - 128:14
persuaded [1] - 96:14
pertains [2] - 70:4, 80:11
pest [1] - 220:10
pet [7] - 75:19, 158:3, 158:15, 161:18, 208:8, 209:3, 255:19

Peter [1] - 95:22
pets [3] - 255:17, 255:18, 255:19
petting [2] - 209:16, 209:21
petting-zoo-type [1] - 209:21
pharmacy [1] - 179:24
phobias [1] - 16:21
phone [11] - 43:13, 43:15, 53:10, 57:3, 78:3, 79:15, 79:17, 133:16, 174:20, 175:8, 246:12
photo [2] - 243:21, 245:6
photocopy [1] - 35:23
photograph [1] - 130:14
Photograph [1] - 2:8
photographs [2] - 97:13, 132:6
photos [5] - 47:9, 47:12, 47:13, 244:3
physical [2] - 243:14, 243:19
physically [1] - 208:18
physiological [1] - 195:25
pick [3] - 117:7, 202:1, 238:3
picked [2] - 127:21, 174:12, 179:15
picky [1] - 239:23
picnic [1] - 249:5
picture [11] - 19:24, 59:2, 101:9, 127:24, 130:19, 170:14, 243:23, 244:17, 244:20, 245:2, 245:15
pictures [20] - 127:14, 127:15, 130:7, 131:11, 131:17, 131:20, 243:21, 244:11, 244:12, 244:14, 244:19, 244:22, 244:25, 245:21, 247:11, 247:21, 248:20, 248:21, 250:24, 251:3
piece [1] - 208:14
PIERCE [1] - 1:20, 145:5, 153:2, 158:12
pig [2] - 19:11, 19:15
pigs [8] - 19:18, 19:22, 20:17, 99:21, 100:6, 100:7, 198:5
pile [1] - 130:8,

Ex. 7-0469

130:11, 158:20, 158:22, 197:23, 198:1, 198:4
pink [1] - 124:25
pipe [1] - 204:22
placard [2] - 182:9, 182:13
place [17] - 12:15, 21:9, 21:13, 21:21, 97:5, 122:15, 122:18, 136:4, 137:20, 140:3, 141:10, 158:21, 159:21, 159:23, 209:18, 209:25, 258:5
placed [1] - 197:13
placement [1] - 36:11
placements [1] - 38:10
places [3] - 60:13, 122:25, 125:22
plaintiffs [9] - 3:11, 87:8, 89:10, 89:11, 90:8, 90:11, 91:1, 91:6, 97:14
Plaintiffs [4] - 1:6, 1:14, 1:21, 3:3
plan [10] - 42:17, 67:21, 120:1, 201:5, 201:6, 207:16, 221:25, 222:3, 223:4, 241:14
planned [2] - 67:18, 129:10
planning [1] - 67:25
plans [2] - 136:4, 136:10
play [2] - 203:6, 211:6
plenty [2] - 78:22, 245:1
plow [1] - 223:13
plucker [1] - 224:5
plucking [1] - 224:2
plucks [1] - 225:5
plus [3] - 154:2, 158:6, 181:5
pneumonia [11] - 144:7, 155:20, 156:16, 168:6, 171:20, 171:22, 172:8, 172:10, 172:15, 176:7, 176:11
point [1] - 36:24, 36:25, 208:19, 208:20, 223:8
pointed [1] - 88:15
poison [1] - 220:20
police [8] - 247:22,

247:24, 248:3, 250:6, 251:13, 251:17, 253:22, 254:1
policies [1] - 42:25
policy [7] - 243:22, 243:24, 244:1, 245:6, 245:10, 245:13, 249:8
ponies [2] - 100:3, 100:9
poodle [3] - 249:19
pool [2] - 149:12, 149:17
pools [2] - 196:22, 203:3
poop [1] - 200:7
population [1] - 59:11
port [1] - 57:4
portion [1] - 12:3
ports [1] - 57:4
positions [2] - 10:15, 13:16
positive [1] - 135:8
possession [3] - 176:1, 178:8, 251:5
possible [3] - 151:14, 151:16, 173:6
possibly [5] - 47:11, 52:25, 53:1, 97:24, 160:6
post [4] - 244:9, 245:22, 246:7, 247:15
postcard [1] - 114:22
posters [1] - 236:18
posting [1] - 68:1
pot [1] - 100:8
pot-bellies [1] - 100:8
potty [1] - 86:6
pouch [3] - 44:8, 44:10, 44:19
pounds [1] - 198:20
power [2] - 123:6, 125:14
practice [4] - 200:14, 212:21, 212:22, 213:22
practices [6] - 195:24, 196:6, 196:7, 202:4, 203:12, 205:10
precaution [1] - 167:23
precipitation [1] - 138:11
preconditions [1] - 82:17
pregnant [1] - 227:4
preparation [4] - 64:17, 66:23, 212:7,

212:8
prepare [1] - 64:1
prerequisite [1] - 81:13
prescribed [3] - 156:2, 156:17, 174:20
prescribes [1] - 216:11
prescription [2] - 179:23, 216:11
presence [2] - 229:19, 248:7
PRESENT [1] - 1:25
present [3] - 18:20, 90:8, 209:8
presentation [1] - 139:4
presentations [3] - 83:7, 84:17, 187:19
presented [1] - 90:11
preservation [3] - 144:16, 144:20, 144:23
preserve [1] - 11:9
pressure [1] - 204:23
pressure's [1] - 66:17
pretty [10] - 38:11, 172:25, 176:2, 187:3, 188:25, 197:16, 204:6, 221:18, 222:4, 222:16
prevent [1] - 229:7
previous [1] - 24:3
previously [1] - 4:15
prey [5] - 174:10, 196:25, 197:3, 198:18, 203:19
prices [3] - 13:6, 13:8, 122:5
pride [1] - 202:15
Pries [43] - 45:17, 45:18, 45:19, 46:12, 127:19, 156:6, 156:7, 156:10, 156:17, 163:25, 167:9, 168:6, 168:13, 168:14, 168:20, 168:21, 169:16, 174:15, 174:18, 175:7, 195:7, 212:14, 212:20, 213:3, 213:7, 213:9, 213:21, 214:1, 214:11, 214:19, 214:23, 216:6, 216:15, 216:25, 217:4, 219:3, 226:9, 230:3, 231:2,

231:15, 233:3, 235:23, 236:6
Pries' [1] - 95:21
Pries's [3] - 47:13, 212:3, 212:9
Primal [2] - 199:3, 199:4
Primal-Cal [2] - 199:3, 199:4
primarily [4] - 28:9, 199:11, 216:18, 224:16
primary [1] - 41:21
primate [8] - 43:21, 43:22, 126:5, 207:15, 222:12, 222:25, 223:4, 223:17
primates [8] - 39:5, 128:16, 206:11, 213:10, 222:11, 222:22, 224:17, 224:20
prime [2] - 29:25, 164:21
printed [1] - 37:14
Pris [1] - 222:15
Prise [1] - 218:3
prison [1] - 95:15
private [27] - 6:24, 8:2, 26:15, 33:10, 38:24, 39:2, 54:11, 54:18, 55:17, 59:9, 59:12, 59:13, 69:6, 72:3, 72:6, 76:5, 77:25, 78:22, 83:6, 86:20, 88:17, 118:11, 149:15, 234:24, 245:4, 246:1, 246:2
privy [1] - 39:21
problem [5] - 4:15, 182:5, 186:11, 208:24, 224:24
problems [10] - 93:9, 133:13, 167:12, 176:4, 176:20, 181:9, 185:9, 188:22, 189:21, 223:23
Procedure [1] - 2:24
proceed [1] - 124:7
proceeded [1] - 18:9
process [7] - 35:17, 192:5, 192:8, 192:11, 193:1, 194:16, 212:25
produced [1] - 3:2
producer [1] - 8:24
Producers [1] - 132:12

producers [1] - 8:25
product [5] - 178:13, 220:10, 220:13, 220:23, 221:6
production [1] - 137:24
products [3] - 150:6, 199:7, 199:12
professional [3] - 40:24, 41:25, 64:5
professionals [1] - 236:15
professor [2] - 70:12, 70:14
profit [12] - 1:5, 1:9, 114:3, 114:7, 114:11, 115:3, 115:8, 116:4, 116:18, 116:19, 116:21, 116:22
profits [2] - 114:17, 134:9
program [18] - 85:23, 117:10, 137:23, 138:13, 138:19, 140:1, 144:13, 144:19, 144:21, 146:21, 146:23, 149:5, 214:16, 217:1, 218:4, 222:6, 237:24, 238:5
programs [2] - 23:13, 255:11
progress [1] - 168:4
prohibit [1] - 56:6
prohibited [1] - 244:4
prohibition [2] - 208:3
prohibitions [1] - 61:4
project [1] - 144:17
projects [2] - 36:11
prolapse [1] - 46:21
prolapsed [2] - 46:20, 47:8
prominent [1] - 231:23
proof [1] - 181:23
proper [2] - 196:10, 219:21
properly [3] - 63:16, 95:16, 195:13
property [7] - 88:17, 100:15, 243:18, 243:19, 245:5, 246:2
prosecuted [3] - 244:5, 245:24, 246:4
prosecution [1] - 245:21
prosimians [1] - 206:11
protect [1] - 86:20

protected [2] - 60:15, 60:16
protein [2] - 15:23, 226:24
protocol [2] - 141:11, 150:12
protocols [7] - 122:15, 122:17, 124:6, 138:17, 140:3, 217:3, 219:3
provide [10] - 3:25, 124:14, 124:18, 133:20, 137:24, 154:3, 163:12, 170:2, 195:12, 196:18
provided [9] - 72:19, 96:5, 113:10, 113:13, 133:19, 133:21, 186:2, 186:9, 206:2
provides [1] - 237:13
providing [1] - 186:3
psychological [4] - 195:25, 223:22, 224:16, 225:3
Public [1] - 257:25
public [15] - 23:15, 56:8, 56:13, 56:14, 94:3, 94:13, 113:3, 125:23, 125:24, 182:22, 193:24, 210:1, 234:10, 237:5, 246:3
publication [1] - 37:14
publications [9] - 26:21, 26:25, 38:2, 38:4, 38:5, 47:17, 64:22, 66:22, 234:5
published [1] - 235:12
puffing [6] - 19:8, 155:25, 156:11, 168:5, 171:19, 172:1
pull [5] - 86:3, 143:5, 143:18, 200:23, 200:24
pulled [3] - 147:2, 147:10, 177:22
punished [1] - 242:20
puppies [1] - 107:25
pups [2] - 106:20, 107:25
purchase [9] - 25:4, 28:20, 29:18, 30:1, 57:23, 193:23, 194:5, 194:6, 194:7
purchased [17] - 10:25, 11:11, 25:2, 26:14, 26:15, 28:21, 28:25, 29:3, 29:5,

29:7, 29:10, 29:20, 30:21, 36:12, 58:2, 58:6, 106:12
purchases [1] - 10:3
purchasing [1] - 118:3
pure [2] - 11:13, 211:10
purely [1] - 226:21
purpose [3] - 30:24, 68:4, 165:25
purposes [3] - 2:24, 24:10, 245:23
pursuant [2] - 1:15, 2:23
pursue [1] - 192:18
push [1] - 143:9
Pusillo [7] - 143:11, 150:5, 150:11, 151:10, 199:6, 199:8, 219:13
put [39] - 15:24, 20:18, 20:19, 28:7, 73:20, 96:11, 102:25, 107:3, 107:15, 124:18, 129:17, 130:2, 131:15, 134:13, 148:17, 152:14, 167:24, 168:6, 168:7, 172:3, 174:22, 178:23, 184:10, 185:1, 191:1, 194:20, 197:23, 208:6, 209:12, 209:17, 210:10, 218:20, 218:22, 222:21, 230:24, 232:12, 249:10, 251:13, 253:22
puts [2] - 67:22, 128:25
putting [3] - 168:3, 216:4, 233:7
puzzle [1] - 224:22
PVC [2] - 209:13, 224:22
python [1] - 78:12
pythons [1] - 55:10

## Q

qualifications [7] - 62:13, 76:23, 79:25, 84:20, 85:10, 96:15, 221:15
qualified [2] - 213:1, 221:16
qualifies [1] - 68:18
qualify [2] - 62:17, 80:25

qualities [1] - 85:22
quarantine [6] - 217:9, 217:10, 218:2, 218:11, 218:13, 218:22
quarantining [1] - 218:8
quarter [5] - 7:4, 104:23, 122:1, 196:21, 204:6
quarter-inch [2] - 196:21, 204:6
quarters [1] - 120:15
questioned [1] - 129:7
questions [16] - 3:19, 5:6, 5:24, 23:4, 38:24, 43:8, 43:19, 44:6, 49:16, 64:7, 72:7, 113:22, 253:8, 255:5, 256:19, 256:22
quick [11] - 144:7, 155:20, 156:16, 168:5, 171:20, 171:22, 172:8, 172:10, 172:15, 176:7, 176:11
Quickbayt [2] - 220:13, 220:22
quickly [4] - 172:9, 172:14, 172:25, 197:16
quiet [1] - 177:25
quit [1] - 229:25
quite [2] - 155:18, 187:10
quote [1] - 226:19

## R

rabbit [1] - 229:13
rabbits [2] - 93:25, 225:19
rabid [1] - 218:20
rabies [2] - 218:16, 218:18
raccoon [1] - 106:10
raccoons [1] - 216:23
radio [1] - 134:14
rain [1] - 200:7
rainy [1] - 136:2
raise [2] - 143:3, 229:1
raised [19] - 83:8, 84:9, 85:13, 86:7, 86:11, 115:23, 143:1, 143:15, 143:19, 143:20, 146:7, 147:11, 147:18, 148:18, 180:18, 180:22,

185:13, 255:21
raises [1] - 77:13
raising [6] - 63:21, 63:22, 68:1, 85:10, 85:20, 86:2
Rajahn [10] - 145:19, 152:25, 153:10, 155:8, 155:9, 176:2, 180:7, 180:9, 180:12
RAJAHN [1] - 152:25
Rajahn's [2] - 155:14, 177:18
rake [2] - 200:6
raked [1] - 104:7
ran [2] - 7:10, 131:18
random [2] - 76:11, 239:8
randomly [1] - 140:8
range [2] - 142:2
rant [1] - 83:14
ranting [4] - 249:10, 249:12
Raoul [11] - 144:7, 145:21, 153:8, 155:14, 155:16, 155:19, 157:3, 157:6, 177:16, 177:21
Raoul's [1] - 157:24
Rapids [2] - 1:23, 6:10
rare [1] - 75:5
rarely [1] - 124:1
rat [2] - 28:9, 221:9
rate [4] - 16:5, 136:5, 136:6, 233:10
rates [2] - 115:22, 115:24
rations [1] - 15:9
rats [2] - 28:6, 221:10
raw [1] - 198:18
reached [1] - 181:16
reaction [1] - 91:18
read [10] - 22:25, 64:25, 71:25, 76:22, 76:23, 91:16, 96:16, 105:7, 150:10, 195:21
readily [1] - 58:20
ready [5] - 102:7, 102:14, 103:15, 104:4, 116:10
real [8] - 82:14, 82:16, 96:20, 131:20, 208:14, 238:1, 244:14, 245:19
real-world [2] - 82:16, 96:20
really [25] - 7:6, 20:21, 27:6, 46:6, 54:2, 81:9, 87:4, 116:20,

122:6, 131:18, 133:20, 135:9, 163:18, 164:12, 165:23, 172:1, 190:10, 207:22, 208:16, 214:11, 224:6, 235:4, 241:23, 242:11
reason [17] - 4:10, 24:9, 53:21, 101:10, 128:3, 131:20, 133:14, 135:21, 138:6, 155:19, 166:4, 183:21, 220:2, 224:19, 245:8, 245:12, 249:9
reasons [3] - 30:19, 245:14, 255:12
receive [2] - 51:5, 115:4
received [8] - 35:24, 46:9, 57:2, 87:24, 89:16, 133:2, 133:4, 134:17
receiving [6] - 49:9, 67:2, 67:5, 87:16, 88:19
recently [1] - 184:18
receptacle [1] - 239:25
Recess [3] - 97:7, 217:24, 256:16
recess [1] - 152:4
recognize [3] - 91:3, 91:4, 250:14
recollection [2] - 4:24, 216:14
recommend [1] - 75:18
record [20] - 4:9, 31:12, 91:21, 98:20, 115:3, 116:8, 137:25, 138:12, 153:2, 153:3, 168:18, 173:12, 177:1, 177:2, 191:15, 191:17, 191:23, 252:18, 256:14, 258:13
recordkeeping [2] - 12:6, 15:2
records [20] - 8:6, 10:7, 15:24, 25:1, 29:12, 31:16, 33:1, 140:21, 164:9, 167:9, 169:5, 170:10, 170:13, 176:22, 177:13, 177:17, 191:7, 191:13, 191:14,

193:9
red [6] - 182:16, 183:7, 183:8, 185:12, 230:20, 233:2
Reed [1] - 93:20
refer [6] - 15:19, 48:4, 101:11, 130:24, 179:4
reference [3] - 25:1, 47:12, 55:14
referenced [1] - 17:14
referencing [1] - 17:19
referral [1] - 73:17
referrals [1] - 73:16
referred [2] - 24:2, 44:21
referring [5] - 26:17, 65:11, 178:8, 246:8, 246:17
refilled [1] - 22:4
refilling [1] - 205:1
refresh [1] - 4:24
refrigerated [1] - 219:23
regard [19] - 25:22, 42:20, 43:2, 64:11, 79:2, 79:5, 80:16, 81:19, 82:16, 83:2, 84:6, 85:19, 86:16, 92:3, 92:7, 94:24, 168:11, 170:7, 170:23
regarded [3] - 75:8, 90:16, 95:9
regarding [3] - 170:1, 170:3
regards [1] - 121:17
register [1] - 5:7
registered [1] - 144:24
regular [4] - 54:11, 58:12, 211:17, 250:22
regulate [1] - 210:6
regulated [3] - 194:8, 208:15, 210:4
regulation [1] - 22:9
regulations [6] - 16:10, 42:12, 54:25, 56:6, 61:20, 65:15
regulatory [1] - 194:14
rehomed [1] - 107:6
reintroduced [4] - 146:12, 146:15, 147:4, 147:7
related [7] - 37:24, 46:6, 138:7, 142:16, 148:11, 161:20, 258:16
relates [1] - 68:12

relationship [4] - 50:9, 69:1, 122:11, 134:2
relative [1] - 258:19
release [3] - 146:22, 146:23, 248:1
released [2] - 146:24, 253:18
releasing [1] - 251:10
reliable [1] - 80:8
relief [3] - 10:19, 11:18, 137:16
relinquish [1] - 91:14
rely [8] - 68:25, 234:1, 234:4
remained [1] - 146:18
remember [55] - 4:12, 7:8, 7:24, 18:23, 32:5, 44:6, 47:1, 47:5, 47:11, 52:11, 56:3, 56:4, 79:20, 87:4, 87:6, 87:7, 88:8, 89:8, 89:9, 89:15, 93:6, 106:18, 151:3, 151:12, 151:25, 157:14, 159:9, 161:4, 161:5, 163:1, 164:4, 164:8, 173:4, 173:9, 175:21, 175:22, 195:16, 216:16, 217:15, 218:7, 219:4, 219:20, 220:8, 223:6, 232:17, 232:20, 233:8, 234:17, 235:22, 240:8, 242:23, 243:1, 247:10, 251:22, 251:23
remove [1] - 88:21
removed [1] - 129:9
renew [4] - 39:8, 39:12, 39:20, 40:16
Reno [2] - 69:8, 95:8
RENO [1] - 69:9
rented [2] - 10:25, 12:23
repercussions [2] - 243:11, 243:14
rephrase [3] - 4:4, 38:14, 236:3
reported [2] - 33:5, 181:13
reporter [4] - 97:15, 98:1, 98:13, 258:3
Reporter [2] - 1:15, 2:22
REPORTER [4] - 34:10, 121:4, 232:5, 258:25

reports [5] - 16:12, 24:24, 24:25, 111:22, 133:7
represent [3] - 3:11, 164:20, 182:21
representation [1] - 52:15
representative [4] - 115:15, 115:17, 116:12, 116:16
represented [3] - 76:13, 97:19, 164:18
reproduction [1] - 137:25
reproductive [1] - 140:9
reptile [11] - 20:14, 102:14, 103:18, 107:13, 109:5, 125:18, 126:2, 129:6, 211:13, 211:15, 250:12
reptiles [5] - 26:3, 28:8, 48:23, 55:9, 213:10
request [1] - 37:6
requested [1] - 98:18
required [6] - 81:23, 158:19, 201:6, 201:10, 221:25, 225:24
requirement [1] - 39:1
requirements [14] - 24:5, 41:7, 41:9, 41:18, 61:19, 65:15, 65:18, 65:21, 65:25, 66:3, 66:9, 239:4, 239:7, 239:21
rescue [4] - 30:17, 70:17, 181:14, 249:18
rescued [1] - 30:18
rescues [2] - 30:15, 30:22
rescuing [1] - 71:3
research [7] - 149:20, 149:23, 150:2, 150:12, 150:14, 150:21, 151:13
resolutions [3] - 14:2, 14:17, 14:21
resolve [2] - 88:25, 91:9
Resources [1] - 158:18
respect [6] - 50:2, 69:19, 81:24, 84:18, 86:22, 194:22
respective [1] - 2:19
responded [2] - 44:18,

174:8
response [5] - 4:15, 114:25, 115:2, 170:1, 170:6
responses [4] - 33:6, 49:20, 92:15, 137:24
responsibilities [4] - 9:11, 14:4, 14:9, 14:12
responsible [6] - 9:16, 33:12, 39:3, 54:16, 82:2, 212:17
responsibly [1] - 78:23
responsive [1] - 4:1
rest [2] - 11:16, 92:8
restrict [2] - 140:4, 210:11
restricted [12] - 124:13, 125:2, 127:7, 127:9, 127:10, 127:11, 128:5, 128:17, 129:21, 132:1, 132:2, 132:8
restrictions [1] - 61:11
result [4] - 88:10, 176:14, 243:15, 252:11
resume [1] - 76:14
resumes [1] - 96:4
retinas [1] - 169:14
retiring [1] - 30:13
revenue [1] - 136:23
review [4] - 35:18, 64:4, 64:19, 65:7
reviewed [2] - 65:5, 222:17
reviewing [1] - 96:4
revolving [1] - 119:14
rid [1] - 198:5
riding [3] - 7:9, 7:14
rights [22] - 54:11, 55:25, 129:1, 243:20, 246:9, 246:15, 246:16, 246:21, 246:22, 247:15, 247:19, 247:25, 248:4, 250:7, 250:8, 250:21, 251:10, 252:8, 252:17, 253:4, 253:6, 254:23
ring [5] - 183:4, 183:7, 186:6, 205:18, 206:22
ring-tail [1] - 205:18
ring-tails [4] - 183:4, 183:7, 186:6, 206:22
risk [1] - 216:4

Road [1] - 1:23
road [1] - 100:19
rodents [1] - 28:8
Ron [6] - 82:1, 82:4, 82:20, 93:20, 93:21, 93:22
room [6] - 28:6, 28:7, 148:16, 203:24, 218:18, 221:19
rot [1] - 232:11
rotten [1] - 204:10
rough [2] - 119:2, 178:1
roughly [3] - 130:18, 173:3, 173:10
routine [4] - 112:19, 112:20, 112:25, 200:9
rubbed [2] - 206:16, 233:5
rubs [1] - 167:6
ruffed [2] - 183:8, 185:12
ruins [1] - 78:17
rule [4] - 22:24, 104:15, 105:12, 246:2
Rules [2] - 2:23, 2:25
rules [4] - 3:17, 8:14, 42:7, 65:9
run [7] - 6:6, 22:3, 84:21, 117:10, 121:18, 137:17, 255:6
running [6] - 122:19, 125:14, 182:6, 195:20, 205:2, 256:1
rush [1] - 41:12
Ryan [1] - 226:8

**S**

S-t-r-a-n-g-e [1] - 71:10
sacrifice [1] - 136:19
safety [3] - 202:22, 216:18, 220:10
sale [10] - 26:18, 27:2, 27:7, 27:8, 27:9, 27:13, 27:16, 28:6, 29:19, 32:13
sales [6] - 26:14, 26:16, 27:10, 115:6, 191:7
Sally [1] - 91:23
sanctuaries [9] - 24:2, 24:6, 24:14, 24:18, 24:20, 24:22, 25:10, 87:10, 91:15
sanctuary [10] - 24:7,

24:8, 25:2, 55:11, 162:10, 162:13, 162:17, 162:20, 164:14
sandwich [2] - 102:9, 249:7
sanitize [2] - 123:6, 125:7
sanitized [1] - 200:8
sanitizer [2] - 123:5, 124:14
Santa [2] - 100:5, 144:16
Sascha [10] - 148:3, 148:5, 152:25, 153:10, 154:20, 154:21, 154:25, 155:5, 166:8, 176:2
sat [1] - 212:2
satisfied [2] - 112:12, 221:21
save [2] - 156:3, 249:24
saved [2] - 143:12, 176:16
savings [2] - 13:3, 118:22
savvy [1] - 48:17
saw [9] - 19:11, 47:10, 47:12, 87:19, 104:18, 128:21, 163:9, 226:2, 229:21
scale [1] - 130:18
scaly [1] - 231:24
scare [1] - 218:21
scared [1] - 250:9
scary [1] - 249:24
Schedule [1] - 113:17
schedule [3] - 12:1, 206:3, 239:10
schemes [1] - 194:14
school [6] - 5:25, 6:3, 6:22, 12:7, 12:15, 15:16
schools [1] - 255:11
scrapbooks [1] - 245:16
scrapes [1] - 167:2
scratch [3] - 196:24, 203:6, 227:23
screen [1] - 230:24
scuffling [1] - 231:12
se [1] - 178:1
search [1] - 48:16
season [15] - 20:20, 101:19, 101:20, 101:21, 110:8, 110:9, 112:19, 112:20, 113:5, 113:6, 196:25,

198:22, 211:5, 234:20, 235:4
second [6] - 16:23, 69:14, 131:13, 169:9, 230:23, 238:9
secondary [2] - 46:15, 167:23
secretary [5] - 9:18, 13:21, 14:3, 91:23, 133:3
sector [1] - 149:15
see [35] - 14:21, 19:17, 27:2, 63:3, 79:2, 123:15, 129:16, 130:5, 132:4, 167:11, 172:2, 172:6, 173:20, 181:25, 184:9, 186:2, 192:18, 193:25, 210:23, 225:23, 226:9, 228:3, 228:25, 229:5, 231:2, 233:15, 235:4, 238:10, 238:17, 239:24, 246:14, 246:20, 251:14, 254:14, 255:8
seeing [4] - 129:20, 131:22, 132:2, 244:11
seem [7] - 16:12, 17:18, 116:19, 157:20, 186:11, 207:17, 244:18
sees [1] - 17:9
seize [1] - 52:3
select [1] - 107:4
selecting [1] - 105:20
Selema [2] - 226:18, 227:24
self [2] - 224:1, 229:21
self-mutilation [1] - 229:21
sell [8] - 57:16, 61:1, 61:23, 104:16, 104:20, 249:20
SELLNER [7] - 1:8, 1:8, 1:13, 2:3, 2:20, 3:1, 257:1
Sellner [10] - 1:25, 3:7, 91:23, 92:1, 97:9, 101:14, 137:21, 152:7, 195:7, 256:20
sells [1] - 86:13
send [6] - 44:1, 50:20, 87:9, 149:10, 190:16, 231:19
sends [2] - 51:7, 80:9
sense [4] - 80:21,

82:13, 82:16, 255:19
sent [9] - 57:6, 57:10, 87:7, 181:18, 187:15, 188:1, 188:11, 189:24, 211:9
sentence [1] - 55:22
separate [7] - 35:22, 46:2, 117:25, 118:1, 118:5, 141:19, 148:14
separately [9] - 53:17, 53:18, 107:16, 140:7, 140:10, 141:17, 147:15, 147:16, 221:25
September [1] - 169:5
seriously [1] - 111:10
serval [23] - 28:19, 28:20, 30:3, 30:5, 31:21, 56:24, 57:10, 58:12, 58:16, 59:17, 59:18, 59:19, 59:25, 60:10, 60:11, 179:7, 188:24, 189:13, 189:19, 203:11, 203:22, 211:20
serval's [1] - 203:25
servals [19] - 26:5, 28:21, 28:22, 28:25, 29:7, 29:14, 29:19, 30:21, 58:6, 58:8, 59:12, 60:4, 71:15, 139:13, 139:14, 143:23, 143:24, 189:18, 204:3
serve [3] - 120:7, 134:22, 213:1
served [1] - 134:17
service [1] - 152:12
Service [6] - 56:17, 56:20, 57:13, 57:16, 58:15, 91:24
services [1] - 154:3
Services [4] - 108:24, 108:25, 109:1, 109:9
set [9] - 20:22, 139:8, 206:3, 220:11, 238:9, 244:11, 244:12, 244:16, 254:13
set-up [1] - 244:11
settlement [4] - 240:13, 241:3, 241:18, 242:22
seven [5] - 30:10, 108:24, 109:4, 164:21, 164:25
seven-year-olds [1] - 30:10

several [10] - 13:20, 14:1, 119:3, 139:2, 141:21, 232:18, 248:19, 251:18, 251:19, 253:12
severe [1] - 201:22
shape [1] - 164:15
shares [1] - 119:18
sharp [1] - 13:5
Shaver [2] - 81:15, 82:23
sheared [2] - 228:22, 228:24
Sheba [10] - 153:7, 154:11, 154:19, 160:2, 160:3, 160:4, 160:7, 160:13, 161:7, 178:3
sheep [7] - 11:1, 144:16, 179:11, 228:24, 232:8, 232:24, 242:15
sheet [4] - 21:16, 114:8, 114:10, 114:11
shelter [1] - 171:13
shelters [1] - 99:20
shelves [4] - 203:14, 203:16, 205:15
shepherd [1] - 182:3
Shere [10] - 153:7, 159:8, 159:9, 159:15, 159:17, 160:1, 160:4, 160:9, 161:7, 178:3
sheriff [7] - 88:14, 129:6, 129:7, 129:8, 129:12, 248:22, 254:6
sheriff's [1] - 134:21
Sheriff's [1] - 254:2
ship [3] - 190:21, 190:24, 191:3
shipped [1] - 191:1
shirt [1] - 114:20
shirts [1] - 104:24
shoe [1] - 124:19
shoes [2] - 124:11, 125:1
shook [2] - 18:22, 87:11
shoot [3] - 51:24, 60:18, 217:7
shop [1] - 20:19
short [1] - 15:7
shorthand [2] - 258:2, 258:11
Shorthand [2] - 1:15, 2:22
SHORTHAND [1] -

258:25
shortly [1] - 168:14
shot [2] - 200:25, 201:2
show [9] - 3:22, 8:7, 23:12, 58:22, 90:18, 97:14, 101:8, 102:20, 130:18
showed [1] - 127:19
shower [1] - 102:8
showing [1] - 191:18
shows [1] - 246:14
shrine [1] - 249:23
shut [5] - 60:25, 125:25, 210:10, 211:13, 249:11
sialocele [1] - 44:10
Siberian [3] - 211:5, 211:8, 211:9
sick [5] - 32:9, 32:11, 127:2, 155:23, 157:11, 175:6, 204:11, 227:18, 227:22
side [8] - 30:16, 100:18, 128:17, 184:8, 184:13, 226:23
side-by-side [1] - 184:8
sides [1] - 172:2
sight [1] - 166:24
sign [4] - 128:13, 182:19, 244:9, 245:20
signed [2] - 90:24, 222:17
signing [1] - 95:14
signs [2] - 123:22, 126:1
silage [1] - 11:15
Simian [9] - 38:6, 38:19, 38:22, 39:7, 40:21, 47:18, 48:7, 222:20
simian [1] - 38:12
similar [3] - 40:20, 43:13, 85:6
simple [1] - 5:24
simply [1] - 4:4
single [6] - 17:11, 17:19, 21:9, 21:12, 21:20, 179:11
singles [1] - 187:13
sipper [6] - 19:14, 19:21, 20:2, 20:3, 20:6
sippers [1] - 21:18, 22:1, 205:22
sister [3] - 67:24,

Ex. 7-0473

183:15, 230:22
**sisters** [1] - 148:12
**sit** [7] - 104:14, 117:7, 193:8, 205:17, 206:17, 207:2, 256:2
**site** [5] - 67:25, 99:7, 99:8, 127:6, 150:18
**sites** [1] - 246:7
**sits** [2] - 105:14, 220:3
**sitting** [2] - 112:22, 200:18
**situation** [1] - 218:23
**situations** [2] - 5:16, 245:19
**six** [12] - 88:22, 91:14, 94:16, 100:16, 154:1, 177:22, 180:24, 180:25, 181:5, 185:21
**size** [2] - 206:9, 226:1
**sizes** [1] - 167:19
**skid** [1] - 7:10
**skin** [2] - 231:13, 231:24
**skunk** [2] - 75:9, 75:10, 75:20
**skunks** [2] - 75:3, 75:5
**sleep** [1] - 205:21
**sleeping** [1] - 160:22
**slowing** [1] - 160:11
**small** [8] - 26:8, 28:7, 44:15, 45:13, 63:21, 93:3, 109:6, 110:16
**smaller** [2] - 202:7, 202:10
**smell** [1] - 220:18
**Smithfield** [2] - 153:17, 181:2
**snakes** [3] - 28:11, 78:19, 93:3
**snap** [3] - 168:4, 170:24, 170:25
**snob** [1] - 42:10
**snotty** [1] - 129:1
**snow** [1] - 211:6
**soak** [1] - 196:23
**soared** [1] - 19:5
**social** [1] - 196:1
**socialization** [3] - 203:18, 207:25
**socialized** [3] - 196:15, 200:13, 255:21
**Society** [8] - 38:6, 38:19, 38:22, 39:7, 40:21, 47:18, 48:7, 222:20
**Society's** [1] - 222:21
**soft** [2] - 226:16, 242:13

**soiled** [1] - 229:13
**sold** [15] - 11:8, 12:24, 31:4, 31:14, 61:13, 92:24, 107:4, 108:1, 143:1, 143:21, 143:22, 143:23, 162:10, 185:2, 191:4
**solid** [3] - 158:14, 159:2, 159:4
**somatic** [1] - 15:23
**someone** [19] - 35:17, 52:2, 72:20, 72:23, 76:16, 76:20, 81:1, 88:20, 92:18, 92:22, 109:23, 123:14, 128:5, 130:24, 131:4, 191:21, 213:22, 236:8, 244:6
**someplace** [4] - 11:20, 21:25, 159:20, 189:11
**sometimes** [14] - 17:1, 21:1, 25:9, 27:1, 48:2, 73:18, 75:17, 75:25, 83:14, 102:15, 178:22, 206:5, 238:24, 246:20
**somewhat** [1] - 56:18
**somewhere** [5] - 99:18, 150:10, 162:3, 168:16, 187:21
**son** [5] - 93:9, 93:12, 94:15, 94:16, 249:24
**soon** [3] - 90:23, 157:6, 221:2
**sooner** [1] - 206:5
**sores** [2] - 167:12, 232:24
**sorry** [27] - 24:25, 34:10, 40:15, 41:25, 46:24, 75:14, 84:14, 93:22, 94:18, 139:25, 140:2, 140:24, 140:25, 148:4, 152:20, 154:18, 158:7, 158:10, 162:15, 174:5, 181:1, 187:6, 189:4, 212:7, 236:2, 249:11, 250:4
**Sorry** [1] - 141:1
**sort** [3] - 8:12, 10:4, 97:16
**sorts** [1] - 34:16
**sought** [1] - 42:6
**sound** [5] - 135:19, 160:5, 170:11, 204:4, 241:6

**sounds** [7] - 10:15, 71:10, 91:2, 91:3, 103:5, 106:23, 139:17
**source** [4] - 48:20, 115:8, 115:11, 142:18
**sources** [1] - 117:15
**south** [7] - 12:13, 12:14, 12:16, 162:3, 167:1, 189:9, 189:11
**southern** [3] - 60:23, 94:23, 171:6
**southern-acclimated** [1] - 171:6
**souvenirs** [7] - 104:16, 104:22, 113:24, 114:1, 114:2, 114:4, 115:1
**space** [7] - 192:16, 196:10, 196:12, 199:14, 199:16, 199:17, 199:19
**spayed** [1] - 141:24
**speaking** [2] - 51:18, 101:18
**special** [5] - 12:5, 48:7, 54:10, 169:7, 191:2
**specialist** [1] - 191:3
**specializes** [1] - 49:5
**specialty** [2] - 118:3, 195:2
**Species** [1] - 62:10
**species** [25] - 38:8, 38:9, 49:5, 49:12, 55:18, 57:22, 58:8, 58:13, 58:17, 61:22, 62:6, 73:1, 87:11, 144:12, 144:15, 144:19, 149:5, 178:10, 178:11, 193:21, 199:13, 215:2, 216:21, 216:23, 223:16
**species-specific** [1] - 223:16
**specific** [22] - 15:1, 16:9, 27:12, 45:25, 47:23, 48:12, 48:14, 49:15, 62:24, 63:11, 69:7, 69:17, 84:24, 85:9, 89:22, 89:23, 113:22, 215:2, 223:16, 247:18
**specifically** [14] - 3:18, 26:18, 51:8, 61:8, 62:13, 68:12, 72:6, 75:8, 89:21, 129:21, 131:21,

132:2, 144:18, 237:1
**spectrum** [1] - 216:19
**spend** [4] - 102:18, 109:17, 112:21, 117:12
**spent** [2] - 68:23, 78:2
**spider** [2] - 17:11
**spoiled** [1] - 204:10
**spoken** [3] - 51:10, 79:16, 87:2
**spot** [2] - 103:22, 239:13
**spots** [2] - 167:3, 167:5
**spray** [4] - 220:16, 220:17, 220:25
**spread** [1] - 134:11
**spring** [2] - 19:3, 19:7
**squabbles** [5] - 39:11, 39:14, 39:15, 39:22, 40:6
**squares** [1] - 138:8
**stables** [1] - 7:20
**stainless** [1] - 205:6
**stalk** [1] - 246:19
**stall** [1] - 200:6
**stalls** [1] - 7:21
**stand** [2] - 94:8, 250:9
**stand-alone** [1] - 94:8
**standards** [1] - 46:5
**standing** [5] - 128:19, 131:14, 133:12, 209:1, 250:12
**start** [11] - 5:23, 5:24, 6:7, 18:13, 56:9, 84:11, 102:22, 102:24, 122:16, 152:21, 212:7
**started** [7] - 13:7, 18:12, 36:20, 82:4, 92:23, 93:17, 155:25
**starting** [1] - 74:5
**State** [5] - 16:1, 55:15, 121:6, 189:25, 258:3
**state** [26] - 18:24, 29:21, 54:24, 56:5, 57:22, 57:25, 58:3, 58:6, 58:25, 59:3, 60:24, 61:1, 61:13, 61:14, 62:4, 78:10, 78:13, 90:25, 120:25, 150:20, 194:13, 194:18, 194:22, 234:6, 234:7
**states** [2] - 32:22, 78:14
**States** [5] - 61:12, 170:4, 214:17, 225:16, 237:23
**STATES** [1] - 1:1

**station** [1] - 134:13
**status** [3] - 35:7, 137:14, 194:18
**statutes** [1] - 16:10
**stay** [12] - 11:25, 12:1, 78:10, 99:21, 99:22, 99:23, 105:13, 142:25, 143:1, 150:22, 197:14
**stayed** [1] - 250:13
**stays** [1] - 99:24
**steady** [2] - 105:2, 105:3
**steaks** [1] - 198:24
**steel** [2] - 204:5, 205:6
**step** [1] - 112:7
**steps** [2] - 49:8, 88:24
**stick** [3] - 206:9, 242:21, 242:25
**still** [27] - 6:19, 11:3, 12:22, 29:24, 35:12, 36:15, 39:5, 71:3, 94:4, 94:15, 98:8, 102:22, 107:5, 112:24, 128:1, 142:1, 145:19, 163:2, 176:19, 180:12, 183:25, 197:21, 203:21, 224:25, 225:2, 232:3, 253:20
**stipulated** [1] - 2:18
**stipulation** [1] - 1:16
**stock** [12] - 26:2, 85:14, 99:12, 104:7, 122:21, 123:2, 144:17, 208:7, 209:15, 215:4, 217:7
**stopped** [1] - 248:25
**storage** [1] - 192:3
**store** [1] - 203:20
**store-bought-type** [1] - 203:20
**story** [1] - 184:23
**straight** [1] - 223:7
**strand** [1] - 17:11
**Strange** [7] - 71:8, 71:10, 92:21, 94:20, 159:16, 159:17, 186:19
**Strange's** [1] - 159:18
**strangers** [1] - 229:21
**stream** [1] - 105:2
**Street** [1] - 1:15
**stressed** [1] - 200:19
**strictly** [1] - 11:25
**strongly** [1] - 78:7
**structural** [1] - 40:9
**structure** [2] - 138:18, 141:10

structures [2] - 140:3, 204:2
struggling [1] - 172:7
stuck [1] - 145:7
studied [3] - 65:1, 70:10, 192:19
studs [1] - 8:7
study [3] - 150:4, 150:15, 150:19
studying [1] - 70:13
stuff [43] - 20:18, 20:20, 21:6, 27:2, 32:22, 39:10, 51:7, 57:5, 65:9, 74:17, 80:9, 98:7, 99:5, 99:24, 100:10, 103:17, 104:19, 108:6, 109:5, 113:3, 114:16, 128:25, 131:12, 131:25, 167:4, 171:4, 171:5, 175:21, 215:4, 216:3, 220:18, 220:21, 221:9, 221:20, 224:23, 226:24, 230:9, 244:16, 249:24, 251:14, 252:17
stuffed [1] - 114:23
stupid [1] - 111:5
subcommittee [2] - 55:7, 55:20
subject [2] - 83:18, 190:5
subjects [2] - 36:18, 83:16
submit [1] - 33:20
submitted [3] - 113:18, 214:17, 222:3
Subscribed [1] - 257:21
subscriber [1] - 37:10
subscription [1] - 47:23
substrates [1] - 20:15
subzero [1] - 171:4
successful [5] - 84:11, 85:17, 85:19, 86:8, 117:10
successfully [3] - 86:7, 176:10, 176:13
sucked [1] - 223:25
sudden [2] - 19:4, 248:25
suddenly [1] - 183:20
sue [1] - 87:10
suggested [1] - 221:7
suing [1] - 134:15
suit [1] - 190:6

summer [10] - 65:1, 65:5, 65:7, 98:5, 101:18, 102:3, 103:4, 103:9, 164:7, 196:23
summertime [1] - 198:19
sun [1] - 205:18
sunshine [1] - 200:7
supervisors [3] - 8:12, 9:13, 9:21
supplement [2] - 143:11, 199:5
supplemented [1] - 198:25
supplements [1] - 203:21
support [4] - 10:6, 36:8, 43:10, 55:12
supportive [1] - 135:5
suppose [3] - 57:20, 202:1, 206:12
supposed [1] - 239:12
surgery [5] - 45:22, 46:22, 47:9, 96:18, 221:19
surprise [2] - 58:14, 238:18
surprised [1] - 165:24
surprising [1] - 58:19
surveillance [4] - 253:25, 254:3, 254:5, 254:7
survival [2] - 144:12, 144:19
suspect [1] - 131:10
suspension [1] - 177:9
Suzy [1] - 108:12
swarming [1] - 201:17
sweep [1] - 102:15
sweeping [1] - 108:6
swept [1] - 221:5
swim [1] - 203:2
switch [6] - 16:4, 23:3, 33:3, 97:10, 137:21, 212:20
swollen [1] - 230:19
sworn [3] - 3:2, 257:21, 258:6
symptoms [4] - 157:17, 175:18, 176:7, 187:1
syringe [2] - 200:23, 200:24
system [3] - 73:17, 204:22, 205:20

**T**

T-shirt [1] - 114:20
T-shirts [1] - 104:24
table [1] - 27:3
tagged [1] - 16:1
tags [1] - 16:1
tail [5] - 205:18, 229:18, 229:19, 229:22, 231:5
tails [4] - 183:4, 183:7, 186:6, 206:22
taker [2] - 102:19, 104:13
tall [1] - 249:6
tank [3] - 130:2, 130:3, 130:5
tanks [2] - 20:14, 118:1
target [1] - 38:15
tasks [2] - 110:11, 112:16
tax [2] - 113:18, 122:5
taxes [1] - 244:7
Taxon [1] - 144:9
tech [1] - 6:17
technician [1] - 6:12
techs [2] - 9:22, 9:23
Ted [1] - 108:13
tedious [1] - 225:13
teenage [1] - 21:2
teeth [1] - 235:6
telephone [1] - 73:11
temperature [6] - 19:4, 100:24, 138:9, 138:10, 170:24, 175:5
temperatures [1] - 171:16
temporarily [1] - 130:2
ten [1] - 240:20
tennis [2] - 124:11, 125:1
tenor [1] - 40:1
term [6] - 159:4, 193:5, 193:16, 195:8, 195:10, 195:18
terms [1] - 241:17
terrible [1] - 164:12
test [6] - 15:22, 34:20, 34:21, 34:22, 182:6, 218:17
tested [1] - 15:21
testified [4] - 3:3, 43:6, 72:16, 147:15
testify [4] - 49:23, 77:21, 151:23, 258:7
testifying [1] - 5:3

testimony [20] - 4:21, 4:25, 24:3, 64:1, 64:17, 64:20, 66:24, 67:3, 68:12, 69:19, 71:21, 95:21, 96:25, 139:23, 162:4, 163:8, 212:3, 212:6, 235:20, 258:13
testing [5] - 9:2, 15:6, 15:18, 15:19, 15:20
tetanus [1] - 215:4
THE [7] - 1:1, 34:12, 121:5, 158:13, 232:6, 256:21, 257:1
theirs [1] - 254:12
themselves [3] - 19:19, 135:8, 135:9
thereupon [1] - 258:9
thermostat [1] - 211:19
they've [15] - 59:3, 96:10, 126:11, 188:21, 188:23, 190:11, 196:9, 215:22, 216:2, 221:19, 223:2, 235:8, 238:9, 255:20
thick [2] - 196:21, 204:6
thigh [1] - 229:18
thin [5] - 165:16, 166:21, 175:3, 226:19, 231:23
thing's [1] - 232:1
thinking [7] - 23:24, 29:8, 31:19, 80:11, 173:12, 218:7, 223:1
thinks [3] - 79:10, 133:22, 235:23
thinning [1] - 231:24
third [1] - 231:22
thirsty [2] - 19:25, 20:4
THORSON [3] - 1:22, 13:11, 256:22
Thorson [1] - 53:9
Thorson's [2] - 52:14, 62:14
thoughts [1] - 237:22
thousand [2] - 119:3, 191:12
threat [2] - 126:21, 127:5
threaten [1] - 245:20
threatened [2] - 247:14, 248:1
threatening [5] - 88:20, 90:25, 91:6, 91:20, 245:25
threats [1] - 246:11

three [25] - 7:25, 21:2, 27:17, 29:5, 29:7, 29:10, 29:13, 29:18, 31:8, 44:5, 109:21, 120:15, 121:20, 129:20, 137:8, 144:5, 147:22, 150:24, 155:9, 181:13, 204:21, 230:14, 231:19, 232:10, 232:19
three-quarters [1] - 120:15
throne [1] - 104:15
throughout [1] - 146:18
throughs [1] - 105:9
thrown [1] - 224:14
Tibbott [1] - 108:12
ticket [2] - 102:19, 104:13
ticket-taker [2] - 102:19, 104:13
tickets [2] - 105:6, 113:6
tiger [25] - 25:1, 61:24, 83:25, 84:8, 84:14, 142:9, 145:18, 146:23, 147:3, 148:5, 148:17, 151:11, 158:6, 166:5, 166:9, 166:11, 170:8, 170:16, 175:22, 176:10, 197:9, 201:16, 202:10, 204:10, 211:1
tiger's [3] - 170:10, 170:13, 198:12
tigers [53] - 69:20, 69:24, 70:5, 84:1, 84:4, 84:7, 84:12, 85:9, 85:10, 138:20, 138:22, 141:16, 141:17, 143:22, 143:23, 144:1, 144:4, 144:14, 145:9, 145:14, 145:15, 148:19, 149:10, 150:11, 152:21, 152:22, 153:5, 158:23, 159:25, 166:6, 175:25, 176:17, 176:18, 176:19, 177:5, 179:5, 182:24, 196:8, 196:18, 198:16, 199:16, 201:4, 201:7, 201:10,

Ex. 7-0475

202:2, 202:7, 202:14, 202:25, 203:2, 204:3, 211:2, 211:4, 216:2
timber [3] - 182:15, 182:18, 182:19
timers [1] - 103:18
timing [1] - 169:21
tint [1] - 239:24
tiny [1] - 177:22
tired [4] - 124:24, 131:20, 145:3, 244:10
tissue [1] - 218:19
title [2] - 80:4, 258:6
TMR [1] - 123:20
TO [1] - 257:1
today [17] - 3:12, 5:4, 5:19, 11:3, 28:23, 52:15, 64:1, 64:16, 83:1, 96:1, 111:20, 131:17, 138:15, 151:25, 152:18, 212:8, 256:20
toes [1] - 223:25
together [21] - 20:19, 53:19, 95:3, 121:22, 129:17, 140:11, 140:17, 141:8, 141:14, 147:14, 147:17, 147:18, 147:21, 148:1, 148:13, 148:16, 152:14, 184:10, 204:7, 205:21, 206:23
Toggenburg [1] - 226:12
Tom [4] - 1:25, 20:23, 91:22, 252:2
TOM [1] - 1:8
took [16] - 6:8, 6:18, 6:20, 89:17, 93:1, 116:17, 127:16, 130:9, 151:14, 151:23, 162:22, 170:13, 177:23, 212:14, 213:21, 227:1
Tootsie [3] - 186:16, 187:8, 187:10
top [15] - 19:15, 21:14, 41:19, 44:23, 59:13, 63:10, 66:12, 168:19, 174:1, 178:10, 189:11, 190:21, 196:17, 203:8, 233:3
topics [3] - 214:19, 214:21, 237:20

total [2] - 116:5, 144:6
totally [2] - 12:23, 139:19
touch [1] - 184:14
touching [1] - 258:8
towards [1] - 14:22
town [1] - 179:14
toy [1] - 206:6
toys [3] - 205:25, 206:1, 223:8
TRACEY [1] - 1:3
Tracey's [1] - 134:1
track [1] - 178:18
tracks [1] - 130:21
tractors [1] - 7:10
Tracy [1] - 133:5
trade [2] - 49:19, 49:25
traded [1] - 235:8
traditionally [1] - 147:2
train [2] - 34:15, 130:21
trained [1] - 157:1
training [7] - 12:5, 15:2, 16:8, 37:25, 68:16, 84:25, 111:8
transcribed [1] - 258:11
transcript [1] - 3:22
transcription [1] - 258:12
transfer [3] - 94:7, 95:19, 99:5
transferred [2] - 210:14, 218:19
transferring [1] - 127:6
transport [2] - 31:16, 94:10
transported [1] - 191:14
transporting [1] - 71:24
transports [1] - 167:1
treat [3] - 44:19, 169:25, 202:3
treated [4] - 163:24, 174:8, 174:23, 176:13
treating [1] - 48:11
treatment [8] - 45:2, 45:10, 163:12, 168:23, 169:22, 174:9, 178:18, 230:5
treatments [1] - 178:13
tree [3] - 203:13, 203:15
tree-climbing [1] -

203:15
trees [3] - 158:2, 205:12, 205:13
trespassing [2] - 88:17, 244:24
tried [6] - 130:12, 184:10, 206:23, 224:6, 224:22, 249:19
trim [1] - 242:3
trimmed [9] - 226:14, 228:10, 228:13, 228:20, 228:21, 230:15, 232:12, 242:12, 242:18
trimmer [2] - 228:17, 228:19
trio [1] - 107:10
trip [1] - 165:8
Trish [1] - 110:2
tropical [1] - 210:17
trouble [6] - 95:14, 158:8, 187:3, 188:21, 233:9, 236:5
truck [1] - 94:16
trucks [1] - 91:15
true [21] - 24:7, 55:16, 76:14, 76:15, 85:24, 89:18, 117:13, 132:21, 139:19, 146:20, 147:5, 152:16, 182:17, 185:14, 190:1, 190:15, 200:2, 206:13, 210:12, 238:14, 258:13
truly [1] - 93:14
trust [2] - 48:22, 48:25
truth [2] - 90:15, 258:7
try [9] - 52:3, 102:22, 112:7, 163:15, 166:7, 204:13, 223:12, 229:9, 245:18
trying [11] - 20:18, 20:21, 66:16, 133:6, 133:7, 133:13, 217:18, 220:3, 230:8, 248:14, 254:14
Tubaugh [1] - 180:10
tubes [1] - 209:13
Tuesday [2] - 19:5, 103:23
Tuesdays [1] - 239:11
tunnels [1] - 204:5
turkey [1] - 199:1
turn [9] - 14:20, 78:21, 102:6, 111:11, 227:9
turned [4] - 20:5,

167:12, 249:1, 249:21
turning [2] - 167:2, 167:4
TV [2] - 134:14, 220:22
twice [2] - 22:12, 22:22, 79:18, 109:4, 129:3, 242:12
twins [4] - 139:8, 187:12, 187:15, 187:23
two [36] - 19:2, 19:13, 34:2, 44:5, 46:2, 85:17, 86:3, 86:5, 107:10, 121:19, 121:22, 137:9, 137:15, 137:19, 139:6, 140:14, 143:16, 147:24, 148:1, 150:21, 162:22, 178:7, 180:4, 180:5, 183:4, 183:7, 187:13, 191:4, 197:19, 220:15, 240:12, 241:5, 242:16, 249:22
two-day [1] - 34:2
two-page [1] - 249:22
type [13] - 11:2, 28:8, 49:5, 56:11, 74:8, 74:11, 81:9, 100:2, 178:11, 203:20, 209:21, 236:19, 236:22
types [5] - 7:22, 22:7, 43:19, 110:11, 114:2
typical [1] - 101:15

U

Ulm [3] - 14:19, 133:3, 133:4
uncalled [1] - 244:23
uncomfortable [1] - 248:6
under [12] - 19:17, 23:5, 76:4, 87:10, 115:5, 115:21, 115:22, 115:24, 198:20, 227:20, 229:18, 258:10
underneath [1] - 204:24
undersigned [1] - 258:2
unfortunately [1] - 3:21
unhappy [1] - 237:19
unimportant [1] - 4:17

UNITED [1] - 1:1
United [5] - 61:12, 170:4, 214:17, 225:15, 237:23
university [2] - 70:10, 70:13
unknown [1] - 253:11
unless [5] - 32:18, 67:10, 111:5, 124:22, 209:1
Unlimited [3] - 108:24, 108:25, 109:1
unlimited [1] - 109:10
unnecessary [1] - 250:1
unsolicited [1] - 44:1
unusual [2] - 172:3, 226:3
up [104] - 3:22, 10:24, 12:9, 12:12, 12:16, 17:12, 19:6, 19:25, 21:6, 21:9, 23:19, 25:10, 44:24, 45:18, 46:12, 46:22, 48:2, 48:22, 57:6, 59:12, 60:24, 62:3, 65:8, 85:2, 85:4, 86:5, 87:11, 87:25, 94:2, 96:11, 101:16, 101:23, 102:4, 103:1, 103:7, 108:6, 111:20, 112:2, 112:7, 114:23, 116:8, 123:20, 127:21, 129:24, 130:14, 130:20, 131:3, 131:25, 133:16, 155:22, 156:1, 158:7, 162:6, 162:19, 167:19, 167:22, 171:25, 174:11, 174:12, 177:23, 179:15, 199:18, 200:6, 200:21, 201:2, 202:1, 203:8, 203:9, 203:15, 205:19, 206:14, 210:10, 214:3, 218:15, 218:16, 218:17, 220:2, 220:11, 221:5, 224:3, 224:4, 225:18, 226:11, 226:24, 227:18, 228:18, 229:15, 232:12, 244:6, 244:11, 244:12, 244:16, 245:19, 246:14, 248:10, 248:12, 248:16,

249:11, 251:13, 253:22, 254:13, 256:5, 256:8, 256:11
**update** [3] - 35:12, 35:14, 35:17
**upped** [1] - 224:21
**upset** [6] - 39:12, 39:15, 40:2, 244:18, 244:20, 246:6
**upsetting** [1] - 248:16
**USDA** [46] - 21:23, 22:15, 24:11, 32:15, 55:2, 55:11, 65:4, 71:25, 72:1, 79:10, 79:13, 80:4, 81:18, 91:12, 95:10, 95:19, 111:12, 124:3, 124:20, 124:22, 125:5, 170:7, 170:11, 186:2, 191:19, 191:25, 194:9, 199:19, 208:1, 208:25, 210:6, 214:1, 221:25, 224:3, 224:9, 227:8, 227:11, 227:14, 231:20, 251:11, 252:5, 252:11, 252:21, 252:22, 255:2
**USDA's** [4] - 16:13, 80:11, 240:11, 241:20
**USDA-licensed** [2] - 32:15, 194:9
**uses** [2] - 84:16, 203:15
**uterine** [1] - 46:21
**Uzi** [1] - 249:7

## V

**vaccinate** [2] - 215:6, 215:22
**vaccinated** [1] - 215:7
**vaccination** [1] - 178:13
**vaccinations** [8] - 173:17, 193:20, 214:25, 215:1, 215:11, 216:5, 216:8, 216:15
**vaccine** [3] - 215:6, 215:22, 215:23
**vaccines** [1] - 215:20
**vague** [1] - 208:13
**valley** [1] - 6:3
**Valley** [1] - 6:19
**variety** [1] - 81:10

**various** [9] - 13:16, 64:22, 78:3, 109:11, 125:6, 156:23, 167:19, 246:9, 246:21
**vary** [2] - 104:23, 110:1
**vegetables** [1] - 205:22
**venereal** [1] - 220:5
**vent** [1] - 83:14
**verbal** [1] - 64:10
**versa** [1] - 123:3
**vet** [22] - 156:2, 156:5, 166:22, 167:20, 167:21, 170:8, 170:19, 174:7, 174:15, 177:21, 213:23, 214:13, 216:12, 225:23, 226:2, 226:7, 227:12, 227:15, 227:21, 227:25, 228:3, 231:17
**veterinarian** [28] - 43:6, 43:21, 43:24, 45:15, 45:16, 46:11, 49:4, 80:2, 80:23, 80:25, 125:4, 157:1, 162:4, 163:22, 163:23, 163:24, 179:18, 179:21, 200:11, 212:15, 213:2, 213:25, 214:1, 216:10, 226:20, 226:21, 227:6, 233:25
**veterinarian's** [2] - 124:2, 234:1
**veterinarians** [6] - 43:16, 81:18, 81:21, 81:22, 122:21, 214:4
**veterinary** [16] - 167:9, 173:13, 173:16, 178:18, 193:19, 212:2, 213:17, 214:16, 215:3, 217:1, 217:21, 218:4, 221:16, 222:6, 225:16, 230:19
**Veterinary** [3] - 156:1, 221:13, 221:23
**vets** [2] - 82:12, 191:1
**vice** [1] - 123:3
**Vicki** [2] - 1:15, 2:21
**video** [5] - 243:22, 243:24, 245:6, 253:23, 254:8
**videoed** [1] - 248:14

**videotaping** [1] - 251:14
**view** [3] - 21:8, 123:19, 131:9
**viewed** [1] - 131:7
**violated** [1] - 124:9
**violating** [1] - 246:1
**violation** [4] - 21:10, 21:13, 21:21, 21:24
**violations** [1] - 21:9
**violators** [1] - 244:5
**Virchow** [4] - 69:8, 83:22, 83:23, 85:8
**visit** [10] - 89:12, 89:14, 104:17, 123:14, 136:1, 169:2, 169:3, 169:10, 230:18, 231:17
**visited** [2] - 129:15, 234:12
**visits** [2] - 17:23, 107:14
**vitae** [1] - 76:14
**Vivisection** [1] - 249:1
**vocalize** [1] - 184:15
**volunteer** [5] - 13:18, 156:1, 156:18, 156:19, 255:11
**volunteers** [12] - 21:1, 102:16, 103:25, 104:10, 108:11, 108:18, 108:21, 109:4, 110:4, 110:12, 110:25, 111:18
**vomiting** [1] - 163:9, 163:17
**vote** [4] - 13:24, 14:14, 14:23
**voted** [1] - 14:24
**voting** [3] - 13:24, 13:25, 14:11
**vs** [1] - 1:7

## W

**w-h-e-t-h-e-r** [1] - 232:7
**waddled** [1] - 248:18
**wages** [1] - 118:13
**wait** [3] - 40:15, 100:24, 128:15
**waiting** [2] - 91:15, 102:12
**wake** [1] - 101:16
**Wal** [1] - 238:17
**Wal-Mart** [1] - 238:17
**walk** [14] - 100:13, 100:19, 102:5,

105:9, 123:20, 169:4, 169:6, 169:16, 175:11, 175:14, 175:16, 226:11, 229:24, 229:25
**walk-through** [7] - 102:5, 169:4, 169:6, 169:16, 175:11, 175:14, 175:16
**walk-throughs** [1] - 105:9
**walked** [2] - 18:7, 128:18
**wallabies** [1] - 85:18
**walls** [1] - 221:1
**wants** [3] - 62:1, 111:10, 206:16
**warm** [2] - 28:6, 28:7
**warned** [2] - 251:12, 253:18
**wash** [6] - 20:15, 122:23, 123:6, 125:12, 126:3, 126:9
**washed** [4] - 125:11, 126:11, 126:13, 126:15
**washer** [1] - 125:15
**waste** [3] - 158:14, 159:2, 159:5
**watch** [1] - 134:5
**watched** [1] - 248:10
**watching** [1] - 219:24
**water** [25] - 19:13, 19:16, 19:20, 21:18, 22:6, 22:9, 22:12, 22:21, 99:20, 103:21, 109:8, 110:15, 125:14, 128:10, 129:25, 158:12, 204:16, 204:17, 204:23, 205:1, 205:6, 220:16, 239:24, 240:3
**water's** [1] - 240:1
**waterer** [2] - 130:2, 205:7
**waterers** [2] - 102:7, 205:4
**watering** [2] - 103:14, 108:5
**Waterloo** [2] - 187:21, 258:22
**Watusi** [1] - 100:8
**ways** [3] - 53:25, 82:18, 240:23
**wearing** [1] - 124:11
**wears** [2] - 124:8, 124:10

**weather** [5] - 138:7, 164:5, 171:8, 171:14, 205:12
**web** [2] - 17:11, 17:12
**Web** [1] - 246:22
**Webmaster** [2] - 67:22, 67:23
**Website** [1] - 129:1
**Websites** [5] - 48:4, 48:7, 48:10, 246:15, 246:16
**week** [13] - 19:1, 20:11, 20:12, 20:22, 73:24, 74:1, 109:4, 112:21, 117:8, 167:24, 168:1, 239:13
**weekend** [2] - 7:19, 7:20
**weeks** [3] - 177:22, 180:24, 180:25
**weighs** [1] - 198:20
**weight** [1] - 168:3
**welded** [1] - 204:7
**welder** [1] - 137:20
**welfare** [4] - 129:11, 233:20, 233:22, 239:5
**Welfare** [9] - 16:4, 16:6, 16:9, 23:4, 23:6, 23:18, 24:4, 65:14, 239:22
**well-being** [3] - 80:12, 195:12, 195:14
**West** [1] - 1:14
**west** [1] - 205:16
**wet** [4] - 19:4, 19:19, 19:20, 161:19
**whatever's** [1] - 64:2
**whatsoever** [1] - 136:13
**whethers** [1] - 232:19
**white** [6] - 142:7, 148:5, 166:6, 166:11, 166:12, 166:15
**whole** [15] - 19:24, 35:10, 41:17, 44:24, 81:24, 144:25, 174:10, 189:6, 196:24, 197:3, 198:18, 202:15, 203:19, 242:14, 256:3
**wife** [1] - 71:14
**wife's** [1] - 71:11
**wild** [11] - 70:8, 74:21, 117:4, 146:12, 146:15, 147:4, 148:19, 148:22,

148:24, 197:9,
213:22
**Wildlife** [5] - 56:17,
56:20, 58:15, 91:24,
152:11
**wildlife** [8] - 56:25,
57:13, 57:15, 71:22,
71:24, 72:12, 72:14,
85:20
**willing** [1] - 136:18
**winter** [16] - 98:8,
98:23, 99:6, 99:13,
99:20, 101:18,
103:11, 138:10,
204:1, 210:8,
210:11, 210:15,
211:2, 211:3, 211:4,
232:3
**winters** [1] - 210:18
**wintertime** [1] -
198:19
**wire** [3] - 206:22,
206:25, 207:1
**Wisconsin** [4] - 25:15,
161:25, 162:2, 165:7
**wish** [3] - 42:8, 123:7,
135:2
**witch** [1] - 18:3
**WITNESS** [5] - 34:12,
121:5, 158:13,
232:6, 256:21
**witness** [3] - 72:17,
258:5, 258:9
**Witness** [1] - 257:19
**witness'** [1] - 258:7
**wolf** [7] - 70:17, 70:21,
139:11, 181:14,
181:19, 182:8,
182:18
**Wolf** [1] - 70:24
**wolves** [19] - 55:9,
70:15, 71:3, 139:10,
179:7, 181:12,
181:13, 181:15,
181:21, 182:1,
182:6, 182:15,
182:16, 182:19,
182:20, 182:22,
182:25, 211:22,
211:23
**wonder** [5] - 3:13,
186:4, 195:9,
233:18, 236:11
**wonderful** [1] - 75:24
**word** [7] - 13:10,
13:12, 16:19, 75:23,
145:7, 178:10,
213:13
**words** [4] - 59:11,
138:18, 145:3,

171:23
**works** [5] - 121:20,
137:8, 137:9,
137:20, 215:17
**world** [4] - 82:14,
82:16, 96:20, 151:17
**World** [3] - 205:23,
206:8, 206:10
**wormed** [1] - 166:22
**wormer** [1] - 177:9
**worming** [2] - 178:12,
219:16
**wormings** [2] -
173:17, 200:9
**worried** [7] - 45:24,
126:18, 156:15,
194:21, 202:21,
215:25, 251:16
**worry** [2] - 41:16,
113:3
**worst** [1] - 232:11
**worth** [1] - 242:4
**wrecks** [1] - 78:24
**write** [6] - 37:4, 97:18,
98:3, 178:10, 178:22
**writing** [1] - 224:3
**written** [19] - 17:12,
21:6, 21:9, 36:13,
36:16, 37:1, 49:4,
112:2, 167:19,
168:18, 176:24,
177:13, 199:18,
228:18, 235:10,
235:11, 235:12,
239:14, 250:2
**wrote** [6] - 19:25,
108:19, 111:20,
215:3, 216:6, 249:21
**Wuchter** [1] - 108:13

**Y**

**yard** [5] - 51:22, 52:1,
88:6, 88:10, 248:24
**year** [56] - 6:4, 15:11,
27:12, 27:17, 29:9,
30:10, 35:13, 39:9,
39:19, 40:16, 89:8,
97:21, 100:22,
105:16, 106:1,
106:18, 106:19,
107:18, 115:15,
115:17, 116:2,
116:12, 121:22,
134:7, 135:7,
135:25, 136:1,
136:3, 140:14,
141:5, 155:17,
155:18, 159:12,
160:3, 164:22,

165:12, 171:2,
172:24, 180:19,
191:25, 192:2,
208:2, 220:24,
228:13, 228:24,
229:11, 232:18,
232:21, 240:17,
242:12, 251:20,
251:24, 251:25,
256:1
**year's** [1] - 224:15
**years** [50] - 6:13,
13:20, 13:22, 15:21,
29:1, 29:2, 29:3,
29:6, 29:9, 30:6,
31:8, 31:20, 35:1,
35:4, 35:11, 35:20,
39:13, 43:23, 46:25,
59:1, 59:4, 60:23,
60:25, 63:9, 68:24,
71:19, 82:6, 82:8,
83:7, 84:23, 93:7,
93:23, 94:17, 124:9,
129:20, 146:8,
150:14, 150:16,
151:9, 185:21,
186:20, 240:21,
241:5, 251:18,
251:19, 251:24,
252:1, 253:12
**yesterday** [10] - 43:6,
47:15, 95:20, 98:15,
127:19, 195:8,
212:3, 212:9,
235:22, 236:6
**young** [6] - 34:18,
46:4, 105:19,
122:21, 123:2,
140:12
**younger** [1] - 93:15
**yourself** [6] - 30:17,
62:21, 63:3, 63:12,
63:17, 64:15

**Z**

**Z-a-b-o-o** [1] - 140:25
**Zaboo** [8] - 140:22,
140:25, 183:5,
184:17, 184:18,
185:9, 206:13, 207:6
**Zaboo's** [2] - 141:2,
184:23
**zebu** [1] - 100:4
**zedonk** [2] - 100:3,
100:10
**zero** [2] - 122:2,
171:16
**zoning** [1] - 56:10
**ZOO** [1] - 1:9

**zoo** [131] - 11:16, 18:8,
23:12, 25:9, 25:14,
36:7, 41:2, 41:3,
41:17, 42:21, 46:15,
55:11, 71:9, 71:19,
72:2, 72:7, 81:13,
82:3, 83:5, 83:6,
84:21, 85:3, 91:9,
92:6, 92:8, 92:9,
92:23, 93:12, 93:17,
94:8, 94:12, 94:15,
97:11, 99:8, 99:13,
100:15, 100:16,
101:15, 101:19,
101:20, 101:21,
101:25, 102:2,
102:9, 102:18,
103:2, 104:3, 105:9,
107:3, 107:20,
110:9, 110:25,
112:13, 112:20,
113:5, 113:11,
115:4, 115:9,
115:13, 115:20,
115:25, 116:17,
116:23, 117:17,
117:22, 118:2,
118:13, 118:21,
118:23, 119:17,
121:7, 121:9,
121:18, 122:12,
122:15, 123:21,
123:22, 125:10,
125:16, 125:17,
126:24, 128:1,
130:12, 133:23,
135:1, 135:5, 136:5,
136:22, 137:11,
137:17, 143:1,
149:10, 151:23,
152:18, 153:18,
154:4, 154:8, 163:2,
163:9, 179:10,
181:7, 183:3, 192:6,
199:10, 208:3,
209:16, 209:21,
210:21, 214:1,
220:12, 221:17,
222:24, 229:8,
233:21, 234:21,
237:13, 237:14,
240:23, 243:5,
245:16, 245:17,
245:22, 247:11,
247:15, 247:20,
249:9, 253:12,
253:16, 255:6,
255:24
**Zoo** [19] - 40:23,
89:12, 139:5,
148:22, 153:17,

162:19, 181:2,
182:8, 184:20,
184:24, 186:15,
187:17, 188:20,
189:5, 191:5, 196:6,
235:17, 247:2, 247:5
**zoo's** [2] - 118:5,
133:24
**zoo-season** [1] -
112:20
**zoonosis** [2] - 222:7,
222:8
**zoos** [25] - 38:16,
42:1, 43:7, 43:14,
59:8, 69:6, 70:6,
72:4, 72:6, 75:6,
86:13, 93:14, 94:3,
94:4, 115:5, 149:6,
149:10, 196:1,
213:4, 234:12,
234:14, 234:19,
236:13, 237:8, 238:5
**Zoos** [1] - 195:22

```
1    CORRECTIONS TO THE DEPOSITION OF TOM SELLNER

2    Page    Line    Correction

3

4    ____    ____    _____

5

6    ____    ____    _____

7

8    ____    ____    _____
                     No Corrections
9

10   ____    ____    _____

11

12   ____    ____    _____

13

14   ____    ____    _____

15

16   ____    ____    _____

17

18

19           _____Thomas Sellner_____

20                  Witness

21

22           Subscribed and sworn to before me this

23    30th  day of ___April_____ , _2015_ .

24

25   [NOTARY STAMP: LIZ RUDE
     Commission Number 754108
     My Commission Expires
     8/8/2017]      _____Liz Rude_____
                     Notary Public
```

CORRECTIONS TO THE DEPOSITION OF PAM SELLNER

Page     Line     Correction

| Page | Line | Correction |
|------|------|------------|
| 11 | 16 | lake should be permanant |
| 20 | 15 | grass should be glass |
| 20 | 11 | (additional answer) - chores are done in morning & evening daily |
| 24 | 1 | "B" is a broker license |
| 31 | 19 | kassiah should be Cassaya |
| 34 | 1 | Iowa should be Ohio |
| 43 | 20 | should be Amy Kamholz |
| 44 | 4 | Ms Kamholz |

_____
Witness

Subscribed and sworn to before me this
28th day of April_____, 2015.

_____
Notary Public

TAMMY L. MILLER
COMMISSION NUMBER 730503
MY COMMISSION EXPIRES
09-14-2016
IOWA

Ex. 7-0480

```
  1    CORRECTIONS TO THE DEPOSITION OF PAM SELLNER

  2    Page    Line    Correction

  3

  4     44     13     no animals taken to Dr. Kamholz

  5
        44     18     Dr. Kamholz
  6

  7     45     14     Dr. Kamholz

  8
        46     10     Dr. Kamholz
  9

 10     47      2     answer is Ali

 11     93     14     multiple should be mobile

 12

 13     96     11     take should be make

 14
       129      5     Diane Helmers
 15

 16    139     15     female should be male

 17

 18
                         _____
 19                      Witness

 20

 21
                         Subscribed and sworn to before me this
 22
       28th day of ____April_____, 2015 .
 23

 24    ┌─────────────────────────┐
       │   TAMMY L. MILLER        │
 25    │ COMMISSION NUMBER 730503 │
       │ MY COMMISSION EXPIRES    │  Notary Public
       │   09-14-2016             │
       └─────────────────────────┘
```

CORRECTIONS TO THE DEPOSITION OF PAM SELLNER

| Page | Line | Correction |
|------|------|------------|
| 144 | 17 | stock should be flock |
| 166 | 23 | almost should be most |
| 168 | 7 | maxo should be Naxcell |
| 171 | 7 | -- should be acclimate |
| 180 | 7 | Rejahn should be Nijara |
| 180 | lines 9&2 | Rajahn should be Nijaria |
| 183 | lines 12&19 | Condo should be Kondo |
| 188 | lines 12&13 | " " |
| 200 | line 23&24 | pull should be pole |

_____
Witness

Subscribed and sworn to before me this
28th day of April , 2015 .

TAMMY L. MILLER
COMMISSION NUMBER 730503
MY COMMISSION EXPIRES
09-14-2016

_____
Notary Public

Ex. 7-0482

```
 1    CORRECTIONS TO THE DEPOSITION OF PAM SELLNER

 2    Page    Line    Correction

 3

 4    226     19      hamadryas

 5    227     24      Salima

 6

 7    227     25      hamadryas

 8    248     11      Helmers

 9

10    249     17      Helmers

11    ____    ____    _____

12    ____    ____    _____

13    ____    ____    _____

14    ____    ____    _____

15    ____    ____    _____

16    ____    ____    _____

17

18

19            _____
                       Witness

20

21

22            Subscribed and sworn to before me this

23    28th day of    April           , 2015 .

24

25    Notary Public
```

TAMMY L. MILLER
COMMISSION NUMBER 730503
MY COMMISSION EXPIRES
09-14-2016

**Page 1**

```
 1        IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF IOWA
 2
 3   TRACEY K. KUEHL, an individual;
     LISA K. KUEHL, an individual;
 4   KRISS A. BELL, an individual;
     JOHN T. BRAUMANN, an individual;
 5   and ANIMAL LEGAL DEFENSE FUND,
     a non-profit corporation,
 6
                    Plaintiffs,
 7   vs.
                                  No. C14-2034-LRR
 8   PAM SELLNER, an individual;
     TOM SELLNER, an individual;
 9   and CRICKET HOLLOW ZOO,
     a non-profit corporation,
10
                    Defendants.
11
12
13        DEPOSITION OF TOM SELLNER, taken on behalf of
14   the Plaintiffs on March 20, 2015, commencing at
     3:40 p.m., at the Days Inn, 1220 West Marion
15   Street, Manchester, Iowa, before Vicki L. Newgard,
     Certified Shorthand Reporter of Iowa, pursuant to
16   stipulation.
17
18
19   APPEARANCES:
20     MR. JEFFREY PIERCE and MS. JESSICA BLOME,
     Attorneys at Law, Animal Legal Defense Fund,
21   170 East Cotati Avenue, Cotati, California 94931;
     Counsel for the Plaintiffs.
22
       MR. LARRY J. THORSON, of the firm of Ackley,
23   Kopecky & Kingery, Attorneys at Law, 4056 Glass
     Road NE, Cedar Rapids, Iowa 52402; Counsel for the
24   Defendants.
25     ALSO PRESENT: Ms. Pam Sellner
```

**Page 2**

```
 1                    I N D E X
 2                                            Page
 3   TOM SELLNER
 4     Direct Examination by Mr. Pierce          3
 5
```

ORIGINAL

```
17             S T I P U L A T I O N
18        It is stipulated and agreed by and between
19   Counsel for the respective parties that the
20   deposition of TOM SELLNER may be taken on the 20th
21   day of March, 2015, before Vicki L. Newgard,
22   Certified Shorthand Reporter of Iowa; that the
23   deposition is taken pursuant to the Federal Rules
24   of Civil Procedure and may be used for all purposes
25   contemplated by said Rules.
```

**Page 3**

```
 1                    TOM SELLNER,
 2   being produced, sworn as hereinafter certified and
 3   examined on behalf of the Plaintiffs, testified as
 4   follows:
 5                    EXAMINATION
 6   BY MR. PIERCE:
 7     Q.   So, Mr. Sellner, we met earlier, but for
 8   the record, I'm Jeff Pierce, and I'm an attorney
 9   for the plaintiffs in the lawsuit against you and
10   your wife and the Cricket Hollow Zoo.  And I know
11   that you've just sat through your wife's fairly
12   thorough deposition, but I'll go through again for
13   your benefit some of the ground rules about a
14   deposition, just to make sure that we both
15   understand them.  Is that okay?
16     A.   Okay.
17     Q.   Okay.  Have you ever been deposed before?
18     A.   No.
19     Q.   Okay.  Have you ever participated in a
20   lawsuit before?
21     A.   No.
22     Q.   Okay.  All right.  So you would have seen
23   earlier that it's important to answer verbally, to
24   provide a yes or a no --
25     A.   Yes.
```

**Page 4**

```
 1     Q.   -- because the reporter will not be able
 2   to include on the record gestures that you make.
 3   So we'll be grateful if you provide complete
 4   answers to any of the questions that I put to you.
 5   And if you do answer a question of mine, I'll
 6   assume that you have understood it.  If at any time
 7   you don't understand my question, I would ask that
 8   you can interrupt me and ask that I rephrase it.
 9   Will you do that?
10     A.   Yes.
11     Q.   Okay.  If you need a break at any time,
12   you're free to request one and we'll take a break
13   for whatever reason you might prefer.  The only
14   thing I would ask is that if I've already asked you
15   a question, you can answer the question first and
16   then we can take a break after you answer.
17     A.   Okay.
18     Q.   Okay.  It might happen that you will
19   later on during our conversation remember
20   additional information that you want to give to me,
21   so you're free to give me any of that information
22   at any time.  If I had asked you a question near
23   the beginning of this conversation, near the end
24   you remember something more that you want to say
25   about that, you're welcome to include that
```

Ex. 7-0484

**5**

1 information at any time you like. Is that okay?
2    A.   Okay.
3    Q.   Okay. And if you think of a document
4 that would be helpful in answering any of my
5 questions, you're welcome to request to see that
6 document. It may be that we have it here or that
7 Mr. Thorson has it for you on that side of the
8 table. So feel free to request to see a document
9 at any time. Did you bring any documents with you?
10   A.   No, I did not.
11   Q.   Okay. Is there any reason that you would
12 not be able to provide testimony today that's
13 truthful and accurate? For example, if you were
14 sick or taking medication?
15   A.   No.
16   Q.   No? Okay. And you may observe from time
17 to time that one of the attorneys will register an
18 objection of some kind. Mr. Thorson may register
19 an objection. If he does, you're still free to
20 answer the question unless he specifically
21 instructs you not to answer the question.
22   A.   Okay.
23   Q.   It may happen that I will register
24 certain objections. I don't expect to, but if --
25 one example might be, if it seems that you're

**6**

1 unable to provide information that responds to the
2 question itself, I may register an objection,
3 primarily for the record. So that shouldn't
4 surprise you, but it's unlikely to happen.
5    A.   Okay.
6    Q.   And you've already said that you didn't
7 bring any documents with you today, so let's
8 talk -- let's talk first about your education. Can
9 you tell me about your education, starting with
10 high school?
11   A.   I graduated in '77 from Maquoketa Valley
12 School, Delhi.
13   Q.   Okay. And what happened after that?
14   A.   Farming and construction all my life.
15 And I'm an ironsmith by trade pretty much.
16   Q.   What sort of training or additional
17 education did you get for farming? Or for
18 construction? Are those the two things that you
19 mentioned after high school?
20   A.   Yes. I've worked for a few various
21 people and stuff a little bit, you know,
22 construction, but basically it's been on my own in
23 construction and farming all the time. And from
24 there, it led into doing -- well, I've always
25 worked ironsmithing all my life, too. Welding, a

**7**

1 lot of engineering work stuff, too, with that, and
2 livestock equipment, heavy livestock equipment, a
3 lot of that stuff, through hog equipment and beef
4 equipment, engineering, building everything from --
5 well, from gates for buffalo pens to cats and dog
6 kennels. It's a job that I work at.
7    Q.   So tell me how you learned ironsmithing.
8    A.   Ever since I grew up. I guess born and
9 raised with it. My dad had a welder and a torch
10 and went from there, and -- yeah, I learned from
11 other people, too, and other people learned from
12 me, we shared ideas.
13   Q.   Was your dad a welder?
14   A.   He's a farmer.
15   Q.   Farmer. Okay.
16   A.   Yep. Dairy and hog farmer.
17   Q.   So you grew up on a dairy and a hog farm?
18   A.   Yes.
19   Q.   Here in Iowa?
20   A.   Yes. Earlville.
21   Q.   Okay. And is welding different from
22 ironsmithing?
23   A.   Basically the same thing.
24   Q.   Okay.
25   A.   Basically ironsmithing is pretty much

**8**

1 building gates and equipment, stuff to do with
2 that. I do a lot of prototyping on the equipment
3 and stuff, too, with that, working with other
4 engineers.
5    Q.   So you would have learned welding from
6 your dad, but also on certain jobs?
7    A.   Yeah.
8    Q.   Okay.
9    A.   And on my own.
10   Q.   What about engineering? How did you
11 learn engineering?
12   A.   A lot of reading. I read everything. A
13 lot of reading, studying, working with other
14 engineers.
15   Q.   What did you read and study?
16   A.   What?
17   Q.   Yeah. To learn engineering, what were
18 you reading and studying?
19   A.   Oh. Engineering books. Engineering
20 books, code books, electrical codes, mechanical
21 codes, all that. Got half a library full of that
22 stuff.
23   Q.   Are those code books written by trade
24 groups or --
25   A.   Yes. National codes, stuff to do with

9

1  that. And also I have different books on
2  mechanical codes and stuff, too, with that, but all
3  various, different things, too.
4      Q.  So you know electrical work, as well?
5      A.  I held an electrical license for many
6  years and worked as an electrical tradesman. I
7  gave that up at the time my son Seth, you know,
8  died, too, with that. I didn't want to do much
9  more, too, with that. I backed off, did more stuff
10  with the zoo all the time, too, so -- I gave up my
11  electrical license, didn't want to pay for the
12  insurance cost of it, too, with that, so -- so I
13  kind of wanted to slow down in life.
14     Q.  What other licenses have you held?
15     A.  I think -- well, the other things would
16  be just the memberships we have at the zoo.
17     Q.  Well, let's talk about that. Are any
18  licenses related to -- similar to your
19  electrician's license? I don't know if there's a
20  license for welding or a license for plumbing or
21  that sort of thing.
22     A.  I don't -- I teach young students for --
23  I mean, all the time for welding certifications,
24  but I do not carry a welding certification, 'cause
25  we have another person at the shop that can give

10

1  that license out, too, so --
2          MR. PIERCE:  Pam, it's okay if he doesn't
3  remember.
4      A.  I can't think -- I mean, there's all
5  kinds of -- Pam takes care to make sure I get my
6  stuff done, too. We have, like, an LDI license and
7  stuff, too, with that. You know, pick up all the,
8  you know, meats and stuff, too, for the cats, all
9  this kind of stuff, but -- yeah, just kind of right
10  off the top of the bat --
11     Q.  Okay. And you mentioned that you've
12  worked on hog equipment?
13     A.  All kinds of livestock equipment. This
14  is what our company specializes in.
15     Q.  Okay. So what company is that that
16  you've done hog equipment --
17     A.  It used to be called S & R Manufacturing.
18  It's been bought out by Mills Manufacturing three
19  years ago. Be four years ago.
20     Q.  So when did you begin with S & R?
21  Roughly.
22     A.  Part-time work with them, probably about
23  '89, just on and off a little bit doing hog
24  buildings for them and equipment, and full time,
25  2000. The year 2000.

11

1      Q.  And that's where you were doing equipment
2  work?
3      A.  Yes.
4      Q.  So after you graduated from high school
5  in '77 and before you started with S & R part time
6  around 1989, with what companies might you have
7  worked during that 10 or 12 years?
8      A.  Oh, I'd be self employed.
9      Q.  You were self employed?
10     A.  Yeah. As construction.
11     Q.  Until S & R?
12     A.  Yes.
13     Q.  You were self-employed. And what kind of
14  construction were you doing?
15     A.  I take it back. I did drive truck
16  briefly right after high school, too, for Oscar
17  Meyer hauling hogs for Harry Miller. But that's,
18  like, a year and a half before we went into
19  farming.
20     Q.  So you drove truck for Oscar Meyer --
21     A.  Yeah. For Oscar Meyer hog equipment. I
22  mean hog company. Based out of Earlville.
23     Q.  Were you driving hogs or were you driving
24  other things?
25     A.  Semis. Semis to haul hogs.

12

1      Q.  So you were delivering pigs --
2      A.  Yeah.
3      Q.  -- to -- okay.
4      A.  Yeah.
5      Q.  Okay. And what was your interaction with
6  the hogs as a driver?
7      A.  Loading, unloading. I mean, all types
8  of, you know, moving livestock.
9      Q.  Okay. And for how many years were you
10  driving with Oscar Meyer?
11     A.  At that time I'm going to say three
12  years, probably, before we started farming full
13  time.
14     Q.  So that would have been '77 to '80?
15     A.  Yeah.
16     Q.  Okay. And then you worked for maybe
17  three years, you suggested, part time with S & R
18  and then you went full time?
19     A.  Well, always been part time with S & R's.
20  At that time with my own construction company, we
21  built products and stuff, too, and they -- you
22  know, S & R was building hog equipment, too, and I
23  helped out building some of the hog equipment for
24  some of the buildings and stuff, too, with that,
25  back and forth. And Steve Steffen, who owned

Ex. 7-0486

13

1  S & R's, hired me to do some remodeling work in his
2  house and all this kind of stuff, too, back and
3  forth.
4      Q.  Steve Denton is?  Tell me again who Steve
5  Denton is?
6      A.  Steve Steffen.
7      Q.  Steffen?
8      A.  He was the owner of S & R.
9      Q.  Uh-huh.  So you did work in his home?
10     A.  Yes.  Construction.  Yeah.  Building
11 equipment and stuff -- I mean, building houses and
12 stuff like that, too.  Construction work.
13     Q.  Okay.  In any of your work with S & R,
14 did they send you for additional job training?  Or
15 did you learn it all on site?  On the jobs?
16     A.  Well, I suppose you would call it just
17 like a day -- you know, a seminar-type stuff.  We
18 always had them.  You know, working with steel,
19 certain types of steel and stuff like that.  But
20 I'm not sure if that's called training.
21     Q.  Okay.  But no -- no, like, vocational
22 coursework or --
23     A.  No.
24     Q.  -- like certification classes or anything
25 like that?

14

1      A.  No.
2      Q.  Okay.  And then at what point did you go
3  full time on your own farm?
4      A.  After -- well, we started out farming
5  part time.  We always had livestock.  Full time,
6  nineteen-eighty -- no.  It was the fall of '79, is
7  when we started on the first farm.  '79 to '80, and
8  we lost that farm in '85, I believe it was.  Yeah,
9  '85.  Pam said that, too, in her deposition.
10     Q.  Uh-huh.
11     A.  So --
12     Q.  And then remind me, when did you acquire
13 your -- you're still on the farm now that you
14 acquired --
15     A.  Yes.
16     Q.  -- after that; right?
17     A.  Yes.
18     Q.  And remind me what year that was.
19     A.  I believe that was '84, '85.  I'm not
20 exactly sure of the date.
21     Q.  Was it the first farm --
22     A.  When we moved up to it.
23     Q.  You said you lost the first farm in '85;
24 right?
25     A.  That's -- yeah.

15

1      Q.  Did you acquire the second farm that same
2  year?
3      A.  No, we rented this one after we lost the
4  other one.
5      Q.  Okay.
6      A.  We moved up here after -- from that one.
7      Q.  Okay.  So it would have been '86 or '87?
8      A.  What, we moved up here?  No, I think in
9  '85 we moved up here.  Or -- '84, '85.  I don't
10 remember the exact years.
11     Q.  Okay.
12     A.  I'm kind of a --
13     Q.  And do you remember, Mr. Sellner, at what
14 time the farm where you live now started to become
15 a zoo in addition to being a farm?
16     A.  Like I say, right after we got there.  I
17 guess we really didn't -- we didn't open up to the
18 public as a zoo.
19     Q.  Uh-huh.
20     A.  We got just a few exotic animals and it
21 just grew up from there.
22     Q.  So you think you acquired those first
23 exotics very soon after arriving?
24     A.  Yeah.  We had a few of them right
25 afterwards.

16

1      Q.  Still in '85 or --
2      A.  Yeah.
3      Q.  Yeah.  Okay.  Do you remember what your
4  first animals were?
5      A.  Probably a raccoon and a few peacocks.  I
6  don't remember what we started out with.
7      Q.  Did you get them all at once?
8      A.  No.  We acquired them soon afterwards.
9      Q.  Okay.  So you mentioned that you had your
10 electrician's license, and then you started telling
11 me about some zoo certifications and I cut you off
12 to discuss other professional licenses.  Go back to
13 telling me about, like, zoo licenses or zoo
14 certifications.  Which of those do you hold?
15     A.  Well, it would be the National -- what's
16 it called?  The National Feline -- membership in
17 National Feline --
18     Q.  Is it the Feline Conservation Federation?
19     A.  Yeah, that would be one of them.  I can't
20 recall anymore what they all were anymore.  I have
21 bigger things to worry about than that.
22     Q.  Are you still a member of that?
23     A.  Yes.
24     Q.  You are.
25     A.  Yep.  And it gets to the point where I'm

Ex. 7-0487
4 of 29 sheets

---

**17**

1  almost expired, Pam lets me know.  See, Pam takes
2  care of all the books.  I take care of all the --
3  take care of the animals, feeding, you know, that
4  kind of stuff, too, so she does the management end
5  of it, too.  Anything I need to know, she'll tell
6  me and we discuss things all the time back and
7  forth.  We complement each other that way, too.
8  What I don't know, she does, and I can do what she
9  can't do, mechanical work, building, ironsmithing,
10  you know, repair and that I do, so --
11     Q.   So tell me a little bit more about your
12  role on the farm, then.  You mentioned that it's a
13  kind of team effort and you complement one another.
14  What do you see as your role at Cricket Hollow Zoo?
15     A.   All the hoof stock, feed, bedding of all
16  the big animal stuff.  Pam will take care of the
17  small stuff, I take care of the big stuff.  And she
18  does all the management work.  If I see anything
19  that looks sick, I'll tell Pam, she'll call the
20  vets, stuff, too, with that.  But Pam goes out all
21  the time, check them, too.  So we both, you know,
22  kind of cover each other backs all the time that
23  way.
24     Q.   So which of the animals in the zoo would
25  you say that you're responsible for?  Any of them?

---

**18**

1     A.   Sheep, goats, feeding of the tigers
2  lions, bedding them all the time, cleaning pens,
3  and bears.
4     Q.   So describe a typical day for you on the
5  farm at the zoo.
6     A.   In the wintertime or summer?
7     Q.   Start with summer.
8     A.   Get up 4:30 in the morning, 4, 4:30 in
9  the morning, 'cause it's getting light out at that
10  time.  Go up to the zoo path, too, and check
11  everything all out, make sure everything's clean
12  and fed and, you know, there's not an old sheep
13  that's laying there dead or something, died from
14  old age or something.
15        I mean, like I said, just general
16  appearance of everything, make sure everything's
17  clean, too, with that, so when Pam opens up in the
18  morning, she's -- you know, it's all in good shape.
19  Make sure the waterers are all running and stuff
20  good, there's nothing -- everything has water, too.
21  So it's just the general appearance of everything
22  looks good.
23        If the cat cages -- if they poop
24  overnight or something like that, too, in the
25  cages, I clean them out, too, in the mornings and

---

**19**

1  stuff before I go and stuff, too, and take that out
2  of the way, too.  And I check on the milk cows,
3  make sure they're all okay, everything's fed there
4  and stuff with that.  And then I go to the house,
5  change clothes, clean up, and head off to work by
6  6.
7     Q.   What time do you get up?
8     A.   4 to 4:30.
9     Q.   All right.  So you then -- you start with
10  the sheep and the goats; is that right?  And then
11  you move on to the zoo?
12     A.   No, I walk up the pathway and I just
13  check out all the animals as I go up.
14     Q.   Do you --
15     A.   I talk to the animals, especially the
16  lions and tigers and stuff.  They all come up to
17  the front of the pens, I yell out their names and
18  stuff, too, with that.  I come up there and they
19  all kind of greet me as I go up the pathway.  That
20  way I can always check and -- every animal has its
21  own personality and you kind of know what they look
22  like and stuff, you know, coming up there, too.  If
23  they happen to look like they're not doing very
24  good that morning or whatever, or whatever with
25  that, you know, a couple -- you know, all the way

---

**20**

1  up the line that way.
2     Q.   So you do a full walk-through of the
3  entire zoo --
4     A.   Yeah.
5     Q.   -- as you go up that line.
6     A.   Yeah.
7     Q.   And you clean every cage in the morning?
8     A.   Just a spot treatment in the morning.
9  'Cause not every cage needs to be cleaned.  When I
10  get home from work, then I go through and clean all
11  the cages again, too, feed everything and bed
12  everything.  Bed all the -- you know, the tigers
13  and lions, I go through, check their bedding, too.
14  If they don't -- if it's nice, dry, and fluffy, I
15  just leave it, you know, but if it's matted down,
16  I'll fluff it up a little bit, too, unless it's
17  wet.  Then I'll clean it out, put dry stuff in.
18     Q.   Do you --
19     A.   In the summertime that's very rare.  It
20  stays dry.
21     Q.   How often would you say in the summer you
22  have to change out the bedding?
23     A.   As needed.  Summertime, maybe once or
24  twice a week if it's -- at the most.  You know, if
25  it's rainy weather, more oftener than if it's dry.

---

Ex. 7-0488

---

21

1  It it's dry, just fluff up the bedding.  In the
2  summertime, a lot of times they'll sleep outside.
3  They don't even care to go in the building.  I can
4  see one day to the next they don't go in the
5  building.  They like to stay outside.  Wintertime
6  it's on a daily basis.
7      Q.   And which animals were you saying might
8  sleep outside?
9      A.   Tigers, lions.
10     Q.   Tigers and lions?
11     A.   Yeah.  Llamas, sheep.
12     Q.   So when you do --
13     A.   They all do that when it's warm outside.
14  They'll sleep outside.
15     Q.   What kind of bedding do they require?
16     A.   We've experimented with wood shavings,
17  cornstalks, but straw works the best.  They just
18  seem to like the straw the best.
19     Q.   Okay.
20     A.   It fluffs up nice and stays dry and
21  stuff, too.  It just -- they seem to be more
22  comfortable.  We've played around with different
23  ideas.  Whatever they like the best is what we'll
24  give them.
25     Q.   And then the rest of the enclosure is pea

---

22

1  gravel; is that correct?
2      A.   Yes.  That's correct.
3      Q.   Do you ever have to change out all the
4  pea gravel?
5      A.   I'll use -- once in a while, like every
6  couple years, it kind of slowly gets soiled or
7  whatever, too, with that.  We keep it clean, but it
8  gets matted down.  We've tried -- and have gone
9  through with that and rototilled it up, too, with
10  that and get it fluffed up again, too.  'Cause just
11  in time it packs down like the concrete.  It can do
12  that.  And there's times that -- the cages are
13  constructed -- the tiger cages are constructed to
14  where I can go in with a skid loader -- lock the
15  tigers out, go in with a skid loader, take it all
16  out, put all new, fresh stuff in.  And that will
17  happen once sometimes every other year.  It depends
18  how it is year by year.  Always kept clean and dry.
19  That's the big thing.
20     Q.   So is pea gravel anything like kitty
21  litter?
22     A.   No.  It's just -- it's gravel, but it's
23  round and smooth.
24     Q.   Okay.  So when you do a spot cleaning,
25  what does it mean to do a spot cleaning on pea

---

23

1  gravel?
2      A.   Oh.  Just go in with a rake.  They use
3  like a -- I guess you call them, like, fork rakes.
4  But fork picks, I guess, it was, too.  It's like
5  a -- it's like a fork with little, tiny tines that
6  they use in horse stalls.  Just go in and pick the
7  stuff right up out of the pea gravel, the pea
8  gravel falls through it, but all the litter is
9  still in there yet.
10     Q.   Okay.  You mentioned that you're also in
11  charge of feeding the big cats.
12     A.   Yes.
13     Q.   How often do you -- how often or when do
14  you feed the cats?
15     A.   Every day.
16     Q.   Yeah.
17     A.   At nights when I come home from work, the
18  first thing I do afterwards.
19     Q.   Okay.
20     A.   Start cleaning and feeding everything.  I
21  do that before dark.
22     Q.   Always before dark?
23     A.   Yes.  Pam and I have a rule that
24  everybody's out of the enclosures by dark.  We
25  don't go in after dark.

---

24

1      Q.   And what's the basis for that rule?
2      A.   Safety I think more than anything.  And
3  we've been pretty vigilant with it.
4      Q.   So we heard Ms. Sellner talk earlier
5  about the kinds of things that you feed to the big
6  cats.  Do you have anything to add to what she's
7  said earlier?
8      A.   No, she's very thorough about it.  It's
9  all meat, you know.  Meat, fish, chicken, beef,
10  stuff like that.  So -- they get supplemented
11  with -- I always call it Feline Oasis, but this
12  Oasis -- what was that word?  Whatever Pam said.
13  But it's Oasis.  It's a supplemental powder with
14  minerals and vitamins, too, with that.  And it
15  comes in a little small, little scoop, too, with
16  that, and every day it gets mixed in with the meat,
17  too, with that.  Just an extra precaution.
18     Q.   Okay.
19     A.   A balanced meal.
20     Q.   So what's different, if anything, about
21  your routine in the winter than the routine you
22  just described?
23     A.   More bedding.  Spend a lot more time
24  bedding.  And hauling stuff out, too, with that.
25  You know, they'll stay inside the buildings a lot

---

---

**25**

1   more and they'll litter up a lot more, so a lot
2   more bedding.  And up the meat, too, because
3   they'll eat more meat, too, and I'll make sure they
4   get plenty of meat all the time.
5       Q.   And then you're gone by 6; is that right?
6       A.   Yep.
7       Q.   And that's still with Mills?
8       A.   Yeah.  I go to work at Mills.
9       Q.   Okay.  And then you're at Mills between
10  which hours?
11      A.   Until 3:30.  3:30, 4:00.  It depends
12  where we're at and what we're doing.
13      Q.   And then you come straight home to the
14  farm?
15      A.   Yep.
16      Q.   Okay.  And when you get home, what
17  happens next?
18      A.   Well, as soon as I get home, go in to
19  start feeding cats and stuff.  That's when I do the
20  big chores.  All the cats and stuff, too, and feed
21  sheep and goats and all that stuff, too, check
22  their bedding, make sure the waterers are all clean
23  and stuff, too.  If they have to be scrubbed out
24  and stuff, too, if something's getting dirty.
25  'Cause sometimes you get, like, some goats are

---

**26**

1   standing in the water or whatever, too.  You got to
2   clean it all out so it's nice, fresh, clean water
3   all the time, too, for them and stuff like that.
4   Just basically general cleaning stuff, too.  Once I
5   get done with them, then I go on to do my cow
6   chores.
7       Q.   Cattle?
8       A.   Cattle, yeah.
9       Q.   When you're doing those zoo chores, do
10  you do them always alone or are there people who
11  help you?
12      A.   Pam's usually at the zoo at the time.  So
13  she's there with me all the time.  She might be
14  doing something else farther down the line and
15  something, too, like that, but we're always within
16  view of each other pretty much all the time.
17      Q.   Anyone else who helps you do the cleaning
18  and the feeding?
19      A.   Not normally.  No.
20      Q.   Or the bedding?
21      A.   Pam -- no.  Pam and I always -- we don't
22  let anybody else in the cages.  It's just -- the
23  two of us is the only two ever got keys for the
24  chain lock to go in and we're the only people
25  that's in the cages.  Now, Pam has people that

---

**27**

1   help -- maybe her, you know, volunteers and stuff
2   work with her stuff, too.  But, no.  When it comes
3   to cat cleaning and stuff and feeding, I do that,
4   you know, or if I'm not there, Pam will do it.
5       Q.   So tell me about the process for cleaning
6   a cage.  You mentioned that you lock the cats away
7   somehow.
8       A.   They all have side cages and their houses
9   and stuff, too.  When I'm cleaning a cage, I just
10  go up to the cage and I call them inside the
11  building, you know.  And we have guillatine doors
12  and everything, too, and we lock the doors.  After
13  locking the door, I can open the other cage, go in
14  and clean it out, too, put the food into their
15  feeders and stuff, too.  Then go back out, lock it
16  all up, do stuff, too, and let them -- open the
17  door, let them back out to the main cage, then I
18  lock the door again, go in the building, clean that
19  out, fluff up the bedding if it needs to and stuff
20  like that.
21      Q.   And you do that cage by cage.
22      A.   Cage by cage.
23      Q.   And we heard your wife say that some of
24  the tigers live -- is it two by two?  So you would
25  have to get two tigers into a side cage?

---

**28**

1       A.   Yeah.  You just call them in.  They walk
2   right in.
3       Q.   And they come to you?  They know your
4   voice.
5       A.   They know my voice.  Both Pam and I, you
6   can walk right by them, talk to them, they come
7   right up to the cages, too, so --
8       Q.   So who constructed those cages?
9       A.   I did.
10      Q.   Okay.  How did you learn how to construct
11  them?
12      A.   50 years of welding and building
13  livestock equipment.
14      Q.   In terms of --
15      A.   I mean --
16      Q.   Okay.
17      A.   I mean, I've worked with other engineers
18  and we've tried different things at different
19  livestock.  I mean -- and I tried to find books on
20  stuff like that and that's next to impossible,
21  because where do you find the expertise in that
22  kind of stuff?  So it's just a lot of years of
23  experience, and engineering books and stuff, too,
24  like that, try to figure out how heavy to make
25  stuff, so you make it about four times heavier than

---

Ex. 7-0490

29

1  that, too.

2       So everything is made out of heavy,

3  nine-gauge chain link fence or welding wire, too,

4  which is -- you have to special order it, because

5  nobody sells it that heavy.  So we do that working

6  with local contractors, too.  We special order

7  heavy nine-gauge chain link wiring, too, and I, you

8  know, buy the quarter-inch two-by-two steel tubing,

9  too, guardrails, all that stuff.  It's more than

10  adequate to hold everything in.

11      MR. PIERCE:  One second, Tom.  I just

12  want to make sure.

13      (Discussion off the record.)

14  Q.  (MR. PIERCE)  Did I hear you say that you

15  design the cages to be four times heavier or

16  thicker?

17  A.  At least.

18  Q.  Four times heavier than what?

19  A.  As a tiger coming running at it trying to

20  get through.

21  Q.  Oh, four times heavier than the animal?

22  A.  Way more.

23  Q.  Oh.

24  A.  Not the weight of the animal, but we

25  tried to figure out -- this is kind of a

30

1  complicated formula.  We tried to figure out how

2  fast an animal could run into something, too, to

3  break through it.  We learned this from engineers

4  with buffalos, and buffalos can take out about

5  anything.  But we don't have a buffalo to worry

6  about, so -- but, yeah.  We tried to do a

7  projection.  I'm in engineering, so I do a lot of

8  engineer work and we try to figure this crap out,

9  so -- and, you know, we think we have it figured

10  out.

11  Q.  Where do you do your engineering?  On a

12  computer or --

13  A.  Computers and out of books, both.

14  Through that at work, too, with that, on the

15  computers, we have, you know, a lot of software and

16  stuff, too, working on -- we built a lot of things

17  there.  So -- and we play around with that kind of

18  stuff trying to come up with something.  'Cause

19  there's just nothing out there for that type of,

20  you know, information.

21  Q.  Now, talking about information, you're

22  referring to, like, the materials to use?

23  A.  No, not the materials to use.  We have

24  all those formulas.  It's just trying to figure out

25  how heavy to make it for a tiger.

31

1  Q.  Is there any information about the shape

2  or the size of these kinds of enclosures?

3  A.  Not a lot, no.  It was basically built by

4  what Pam decides.  You know, what space we have or

5  how much room she wants and stuff, too, with that

6  and we go from there.

7  Q.  So you don't read anything that would

8  help you to decide what shape or size to design

9  those?

10  A.  Bigger would be better.  You know, it

11  always would be that way.  You know.  Even USDA

12  requirements of a cage is actually quite small.  We

13  would never go on something like that.  We always

14  make them a lot bigger than that.  I don't think

15  they're big enough, to be honest with you, what

16  USDA requires.  Ours is way oversize for that,

17  but --

18  Q.  So you're aware that the USDA does have

19  certain size requirements?

20  A.  Yeah.  And I don't recall the size of it.

21  It's quite small.

22  Q.  Okay.  So we heard from Dr. Pries

23  yesterday that there was one episode in which a

24  tiger got loose when you were in one of the cages.

25  Can you tell me about that?

32

1  A.  I wasn't in the cage.

2  Q.  Well, okay.  Tell me, where were you?

3  A.  It was really -- it was an accidental

4  feeding -- a feeding accident, I guess you'd call

5  it.

6  Q.  Okay.

7  A.  It's -- I accidentally opened the wrong

8  door up to let him out and stuff, too, without

9  realizing it and he came -- after I was feeding the

10  other cat, came back -- the other tigers come back

11  and he came up behind me.  I mean, I'm trying to

12  remember, because it wasn't a big deal.  I didn't

13  think it was a big deal.  But he came back and he

14  bit me in the arm and the head and stuff, too.  I

15  was yelling for Pam to help me.  By that time he

16  ran back in his cage, we closed the cage up, and

17  Pam called for the ambulance and stuff, too, and

18  they took me to the hospital, some stitches, a

19  couple days later and back out.  Back doing chores.

20  Q.  Which tiger was that?

21  A.  It was Shere Khan.

22  Q.  Shere Khan?

23  A.  Yeah.

24  Q.  And it wasn't inside the cage?

25  A.  No.  I already left the cage.  Just

33

1  instead of opening the door like in the cage, I
2  actually let him out. I didn't realize it at that
3  time.
4      Q.  So he was -- Shere Khan was outside of
5  the cage --
6      A.  Yeah.
7      Q.  -- when he got you.
8      A.  Yep.
9      Q.  But then on his own, when you yelled or
10  when Pam yelled or --
11      A.  When I yelled and stuff, too, he went
12  back inside.
13      Q.  He went home.
14      A.  Yeah. And I took my arm and pulled the
15  lever that locks the door and strapped it down.
16  That's when I realized what I did. I don't know
17  why I did it that way, but I wasn't thinking.
18      Q.  Have there been other accidents or
19  incidents like that?
20      A.  No, that's the only one.
21      Q.  I can't remember if Shere Khan had his
22  claws.
23      A.  No. He was one that did not have claws.
24  The last one that did not ever have claws.
25      Q.  Okay.

34

1      A.  You guys think it was a big deal. It
2  really wasn't. I mean, to me a big deal is when
3  you lose your son and lose your dad and lose your
4  brothers and stuff, too, and they've all died and
5  stuff, too. That is what I remember. Little deals
6  like that -- if somebody else got hurt, it would
7  have been a big deal, but to me -- now, if I got
8  killed, that would be a big deal.
9      Q.  Were you afraid?
10      A.  Kind of, yeah. 'Cause I didn't know how
11  far he would go. But he didn't go very far with it
12  before he went back in. Which always surprised
13  Pam, 'cause as calm as Shere Khan is, as nice as
14  Shere Khan is, she's always been surprised that he
15  did attack me.
16      But -- I think, I don't know for sure,
17  but it was a hot day, hot morning when that
18  happened. I think when he got out, he didn't like
19  being out in the enclosure. You know, 'cause it's
20  all inside the fence, enclosures. He could have
21  never got out in the public. But inside the
22  enclosure, I think he thought he was coming back to
23  his door to get back in and I happened to be in the
24  way. I think he might have thought that I was
25  trying to keep him out and he didn't want to be

35

1  out.
2      (Interruption by court reporter.)
3      A.  You know, that I was maybe keeping him
4  out of his house, you know, again, so if he wanted
5  to get back in, probably taking me down and
6  knocking me out of the way is probably what he
7  thought maybe would get him back in. So -- and I
8  didn't know at that time he was out yet, so -- I
9  think that's what, you know, he may have been
10  thinking. I don't know. It wasn't a big incident,
11  though.
12      Q.  It's actually so. And no other incidents
13  with tigers. Any other incidents like that with
14  other animals?
15      A.  Not really, unless you're talking about a
16  horse biting you or something like that 'cause
17  you're feeding them. You know, normal things.
18  Kicked by a cow. I mean --
19      Q.  So have you designed and built every
20  enclosure at the Cricket Hollow Zoo?
21      A.  Yes. Except for some we have are
22  corncribs. Heavy Behlen corn cribs. They are
23  designed by corncrib companies, of course. We took
24  them down off the farm and put them up, too, for
25  the cats. And they're well built, too, so there's

36

1  no sense changing the design of that. We cement
2  them down and stuff, too, so they can't blow over,
3  stuff like that.
4      Q.  And why would you use a corncrib versus
5  build one from scratch?
6      A.  Because I've seen at Osborn and all those
7  people do it, too, and that. And, actually, it
8  works -- you know, for the certain -- for the size
9  and area we need, they're more than adequate and
10  work very well.
11      Q.  So which --
12      A.  For, like, the bigger tigers and stuff,
13  it's not -- I didn't think so. What USDA would
14  require it would be, I don't think it is, so we
15  built bigger cages for them.
16      Q.  Remind me, what animals at Osborn did you
17  see in corncribs?
18      A.  They had their birds and different --
19  yeah. All kinds of stuff in them. They have a
20  bunch of them up there. At other zoos I've seen,
21  small zoos have done it, too. You know, it works
22  good for that. But, I mean -- but I wouldn't put a
23  tiger in there. It's not enough room for them to
24  run around. So we have bigger cages for that we
25  built from scratch.

Ex. 7-0492

## 37

1    Q.    Which of your animals are in corncribs?

2    A.    Each bear has one, too, and then

3    there's an open -- you know, then they get between

4    the two for breeding purposes.  And they have their

5    own houses in between, but we can open them up so

6    they go back and forth between two cages if they

7    want to.  And we throw -- a lion is in one of them,

8    too.  A bobcat's in one.

9    Q.    So a bear, a lion, and a -- two bears, a

10   lion, and a bobcat?

11   A.    Yes.

12   Q.    But a tiger, no.

13   A.    Too small for a tiger.

14   Q.    Too small?

15   A.    I mean, that's my opinion.  USDA would

16   say, no, it's big enough, but not really.

17   Q.    Does a lion need less space than a tiger?

18   A.    No, but they don't run around as much and

19   stuff, too.  They got still outside enclosures,

20   they run their side pens and back and forth,

21   and they just don't seem to run as much as a tiger

22   wants to.

23   Q.    What about a bear?  Does a bear need less

24   space than a tiger?

25   A.    They seem less yet.  Yeah.  So -- they're

## 38

1    happy to play in their tub and sit in their bathtub

2    all day with water in it in the summertime.  We

3    have misters and fans for them, too.  They're kind

4    of lazy.

5    Q.    The bears are lazy?

6    A.    Yeah.  That's my opinion.  They don't do

7    a whole lot all day.  They just wait for somebody

8    to come along and put more food down the tube all

9    day.  And even though they got other food sitting

10   in their, you know, feeder, they still like to be

11   fed by kids.  So they sit there by the tube all day

12   'cause -- you know, just wanting somebody to feed

13   them.

14   Q.    I assume you feed the bears, too, in

15   addition to the tigers.

16   A.    Yeah.

17   Q.    You're in charge of the bears.

18   A.    Yeah.

19   Q.    So you mentioned you're still a member of

20   the Feline Conservation Federation?

21   A.    Yes.

22   Q.    Do you remember how you became a member

23   of that?

24   A.    Pam took care of all that.

25   Q.    Okay.  Have you taken any courses through

## 39

1    them?

2    A.    No, she fills me in all the time.  I'll

3    cover at the zoo and the farm and stuff, too, with

4    that when she's gone to their meetings and stuff,

5    too, and she fills me in on all the information.

6    If I have any questions, I can always ask her and

7    stuff, too, 'cause I rely on her for all that

8    information.  All the management information and

9    that kind of stuff, too, so -- that's the part that

10   she takes care of.

11   Q.    The management.

12   A.    Yep.  Total management.

13   Q.    So what comes -- what falls under

14   management?  Help me understand that.

15   A.    All the paperwork.

16   Q.    Paperwork?  The paperwork for the zoo.

17   A.    Yeah.

18   Q.    Yeah.  What else is under management, do

19   you think?

20   A.    Working with the people every day and

21   stuff.  Yeah.  All that, you know.  She goes

22   through and checking livestock, just like I do.

23   She's always watching the animals and stuff, too.

24   And she takes care of all the small stuff like

25   that, stuff all in the reptile houses, the birds

## 40

1    and -- the monkeys she takes care of all the time,

2    too, unless she wants help cleaning pens or

3    something, too, and she'll get me for that.  But

4    she pretty much takes care of all that.

5    Q.    So you mentioned that sometimes you might

6    see -- if an animal appears sick, you would tell

7    Pam?

8    A.    Yeah.  Right away.

9    Q.    When have you observed an animal that

10   appeared sick to you?

11   A.    It's rare, but once in a while you get --

12   like a goat that just doesn't act, like, normal.

13   When I walk in the mornings, every animal has its

14   own personality.  Goats, sheep, and all them, too,

15   like that.

16   MR. THORSON:  Slow down.

17   A.    Okay.  Like the goats and stuff, too,

18   there's certain goats that come out of their house

19   faster than the other ones in the morning when I

20   yell for them, too, like that.  They come out and I

21   give them the grain.  And there's -- every now and

22   then you get one that comes out later than normal.

23   The other ones, even the slowest ones, beat the

24   other ones out, and you know something's wrong.

25   You know, and you're watching for a little bit, is

Ex. 7-0493

41

1   he still half asleep or is he actually not feeling
2   good or whatever, and I'll mention it to Pam.  And
3   just all the animals are that way, too.
4       Q.   So you mentioned the goats.  Have you
5   ever seen a tiger who looked sick to you?
6       A.   Once in a while I'll have her take a look
7   at one that just doesn't seem to be quite right.
8   She will look at it, too.  Double check.  'Cause
9   she always checks in the morning, too.  Sorry.  I
10  talk fast.
11          She checks also, you know, too, at that.
12  And she just -- just in case she misses
13  something -- I mean, I miss something that she saw
14  later on.  But we both keep an eye on all the
15  animals, all livestocks that way.  The horses,
16  cows, calves, all that stuff.
17      Q.   So what -- you mentioned that you grew up
18  on a farm.  Do you have other experience that would
19  help you know when a tiger might not be well?  Or
20  is it just a change in personality?
21      A.   Change of personality is a lot.  You
22  know, when there's a change in weather, that's
23  another clue to start watching them close.  'Cause
24  it gets really cold, you know, they don't get sick
25  from being cold or hot, too, if they're -- you

42

1   know, turn on misters and fans and stuff like that,
2   too.  You know, a change of weather, like as in
3   kids, you know, that's when they get sick if they
4   do get sick.
5       Q.   So not coming out right away for feeding
6   is one sign when maybe a goat has a change in
7   personality?
8       A.   Maybe, yes.
9       Q.   What other things would you observe that
10  might be a change in personality?
11      A.   Droopy eyes, runny -- I mean, not droopy.
12  I mean, droopy ears, maybe watery nose.  Just -- I
13  mean, just -- I mean, just kind of a slowed-down
14  personality, basically.  You know, I'm not sure
15  what the right word to say, but just -- you know,
16  you can just tell from the animal just not the way
17  he normally is.
18      Q.   So on any of those occasions when you
19  have observed those kinds of symptoms and you've
20  told Pam about it, has it ever turned out that the
21  animal was sick?
22      A.   A few times.
23      Q.   What kinds of sickness?
24      A.   When they have a cold or something like
25  that, too, with that, too, and she'll call the vet,

43

1   see if it's -- have the vets take a look at it,
2   too, if she thinks it is.  But most of the time
3   it's not.
4       Q.   Which animals have had a cold, do you
5   know?
6       A.   When they get a runny nose, like sheep or
7   goats and stuff, too.
8       Q.   Okay.  Have you ever observed that a
9   tiger was sick in any way?
10      A.   No.  Been a few times maybe a tiger
11  looked like it wasn't really quite right, too.  I
12  had Pam take a look at it, too, and stuff, too, at
13  that and call the vets on it if we need to.
14      Q.   What about a lion?
15      A.   Same way.  It's very rare to have one of
16  them sick.
17      Q.   Have you ever noticed that a lemur had a
18  change in personality?
19      A.   That is something more Pam takes care of
20  all those animals.
21      Q.   Okay.
22      A.   Lemurs and stuff, too.
23      Q.   What about the serval?
24      A.   And same way.  She takes care of that
25  most of the time, too, the smaller stuff.

44

1       Q.   Wolves?
2       A.   I take care of them all the time, and the
3   same way with them.  I'll watch -- you know, I see
4   them all the time, too, when I go in and feed them
5   and stuff, too.  The wolves I don't lock out,
6   'cause I don't really call them wolves.  They're
7   more like dogs.  You know, it's just -- they come
8   in, they like to be petted all the time, too, when
9   I feed and water, too, and you can just tell from
10  there, you know, what kind of characteristics they
11  are that day.
12          But they're very tame.  That's why I
13  always call them dogs.  That's how they're listed
14  at, anyway, the dog tags on the gates and stuff,
15  too, 'cause that's how the USDA looks at them.
16  They're wolves hybrids.  They're classified more
17  like dogs.  And that's the way they act, too.
18      Q.   What's the protocol with the wolves?  Is
19  it different than the wolves?  Can you enter the
20  cage with the wolves?
21      A.   I can lock them out if I want to.  We
22  have side cages, too, at that.  But the wolves are
23  very tame, and so, therefore, I don't have to lock
24  them out.  I just go in and feed and clean, too, at
25  that, and they think it's kind of funny.  We're,

Ex. 7-0494

**45**

1 you know, scraping up the poop all the time, too,
2 and they watch you and they'll follow you around
3 and you just pet them and play with them, too, at
4 that, you know. Same way with feeding and stuff,
5 too. They have automatic waterers and stuff, but
6 they're a very tame animal.
7     Q. So are you in the wolf enclosure and the
8 tiger enclosure and the lion enclosures every day?
9     A. Yes.
10     Q. Okay.
11     A. Every day they have to be cleaned.
12     Q. Okay. So like the Feline Conservation
13 Federation, any other associations or
14 accreditations for you or for the zoo that you know
15 of?
16     A. I can't think of any right off the bat,
17 'cause, like I say, Pam takes care of most of that
18 kind of stuff, so -- I can't think of other stuff.
19     Q. Are there any publications about zoo
20 animals that you might read?
21     A. Everything Pam gets.
22     Q. You read everything she gets?
23     A. I read everything.
24     Q. What are some of the --
25     A. Even at break time, I was out there

**46**

1 reading the Wall Street Journal. I read farm
2 magazines, I read engineering magazines, and I
3 read, you know, all of Pam's felines and all of her
4 Animal Finders' Guides. I read everything.
5     Q. Do you read anything that Pam doesn't
6 read?
7     A. That Pam doesn't read?
8     Q. Yeah. You read everything she reads. Do
9 you read more than Pam?
10     A. Well, not everything she reads. I don't
11 read her Good Housekeeping magazines. Well, sorry.
12 Better Homes and Gardens, that just doesn't excite
13 me. Anything that Pam doesn't read?
14     Q. Uh-huh.
15     A. She don't care for engineering books.
16     Q. Anything that's zoos that you read that
17 Pam doesn't read?
18     A. I can't say so. We have the same
19 interests in all that stuff. I don't think so.
20     Q. When you acquired the farm, did you ever
21 think that you would be running a zoo in addition
22 to the farm?
23     A. No. That came later.
24     Q. And how did that change your life?
25     A. I don't know if it really did. We both

**47**

1 love animals. We always did. We grew up with
2 animals and we always had them. I mean, they're
3 our kids. Kind of how I look at it. We have no
4 kids, we have no grandkids, and to us, that's our
5 life.
6     Q. Was that a conscious decision that you
7 made?
8     A. Yeah.
9     Q. That you preferred animals to kids?
10     A. Oh, no. We tried to have more kids. We
11 just can't have more kids.
12     Q. Oh. Okay.
13     A. Then we lost -- we had one good son and
14 we lost him, so -- and that was a bad loss for us,
15 but --
16     Q. Yeah. I'm sorry.
17     A. Yeah. But -- no, it would have been nice
18 if we could have had more kids, but we just
19 couldn't, so --
20     Q. What kinds of things do you find in the
21 Animal Finders' Guide that are useful to you in
22 running a zoo?
23     A. Different -- what I like about that is
24 Pam looks at the animals, I look at all the caging
25 and ideas that other people do for caging, all this

**48**

1 kind of stuff, and animal enrichment ideas and
2 stuff like that. When you typically go to a zoo,
3 you probably look at animals. I not only look at
4 animals, but I look at the cages and all the
5 engineering ideas and new ideas for the zoo, stuff
6 like that, and we try new things because of things
7 I see there. And somebody comes up with an idea
8 that would be kind of clever and I'll incorporate
9 it in our zoo, too.
10     Q. So you learn about cages from -- what was
11 the --
12     A. From the experiences basically.
13     Q. Was it Osborn?
14     A. Not just Osborn. Osborn is just one
15 place in many. From all zoos. There's Blank Zoo,
16 Madison zoo, St. Louis Zoo. But it's just learning
17 from experience that way and from building trial
18 and errors and different ideas. Every time you get
19 done with a building -- it's like building houses,
20 too, with that. You always come up with better
21 ideas the next time around, too. An idea you can,
22 you know, build something better. And cages are
23 the same way. There's always something I think,
24 why didn't I think of this before? We could have
25 done it this way, made an extra cage, extra doorway

49

1  here, there, maybe help there.  And sometimes I'll
2  go back and I'll do that, and the next time you
3  build a cage, you incorporate that into it with it.
4      Q.   What's the newest cage that you've done?
5      A.   Probably the wolves.  We're always
6  updating cages over time.  Every year we do more
7  cages.  Wolves and probably tigers were probably
8  the last big ones we did.  I updated it and I keep
9  updating all the time.
10     Q.   What are the best features of either of
11 those cages?
12     A.   Bigger in size.
13     Q.   Okay.
14     A.   I like bigger and better.
15     Q.   What else makes a cage better?
16     A.   More handling of the animals, more
17 doorways in to lock animals out for more different
18 pens and stuff like that, too, makes it easier
19 accessibility, and large doors where I can go with
20 the skid loader, clean out --
21          MR. THORSON:  Slow down.
22     A.   And I can go in with the skid loaders,
23 clean out the substrate, you know, the gravel, put
24 new gravel in, make it easier that way.  'Cause
25 that's one thing I didn't like about the old style

50

1  corncribs, too.  They make nice cages, heavy cages,
2  but you have to do everything by hand in there.
3  You have to scoop everything out by hand and scoop
4  everything back in by hand.  And in a larger cage,
5  it takes a lot longer to do that, so, therefore, I
6  have to do more mechanical stuff into it.  And
7  they're set up to where I can lock all the tigers
8  out completely, too, at that, I go in and clean
9  them out.  I put new logs in, there's scratch logs
10 in there, too, put more play toys for them and
11 stuff like that.
12     Q.   How often would you put a new scratch log
13 for a tiger?
14     A.   Whenever the old one gets bad.  Some stay
15 there for a couple years in good shape and some
16 tigers will tear it apart the first year.  As they
17 need it.
18     Q.   How often would you have to change out
19 the toys for the tiger?
20     A.   When they destroy the old one.  Sometimes
21 in a month and sometimes it will last all year.
22 Get certain things like a plastic barrel, the
23 tigers will rip one of them up.  I've seem them do
24 that in a couple weeks and sometimes, you know, the
25 lions and stuff, it may last for four, five, six

51

1  months.  But give them a tire or something they
2  can't tear up, that will last all year.  But you've
3  got to keep it clean.  That's the bad part about
4  the tiger.  Tigers and stuff, they're dirty.  You
5  know, you've got to take them out and clean them up
6  all the time.
7      Q.   The toys?
8      A.   Some of the toys, yes.
9      Q.   Some of the toys.
10     A.   Yeah, so it's as different as it gets.
11     Q.   So you listed a few of the other zoos
12 where you've been done.  One was Osborn, one was
13 Madison.
14     A.   I've been to Madison, yeah.
15     Q.   What were the other zoos that you've been
16 to?
17     A.   St. Louis, Omaha.  Let's see.  Oh -- I'm
18 trying to think of small ones I've been through.
19 Years ago.  Up in Wisconsin.  I can't think -- Pam
20 mentioned its name.  I can't think of its name.
21     Q.   Is that the Animal Haven?
22     A.   Yeah.  Animal Haven.
23     Q.   Animal Haven in Wisconsin?
24     A.   Yeah.
25     Q.   So in any of those zoos, you mentioned

52

1  that you learned about how to improve your
2  enclosures by observing what people have done
3  elsewhere.
4      A.   Yeah.
5      Q.   In any of those zoos, where do you think
6  they have done a great job, say with their tiger
7  enclosures?
8      A.   I don't know if I'm impressed with any of
9  them, to be honest with you.  I like big, spacious
10 zoos, but the thing is, those tigers and the lions
11 and stuff will hide way in the back and you never
12 see the tigers and lions.  That's the problem with
13 them.  Where you get smaller ones, too, you can
14 actually see the lions and tigers, they are out
15 there closer to people, get more, you know, in with
16 the people, too, at that.  And people observes more
17 and like to see the animals better that way.
18         But the pens aren't as big as -- you
19 know, like, you go to, like, the Bronx Zoo, and all
20 the pictures I've seen of all them, too, and San
21 Diego Zoo and all of them, too, at that, New York,
22 you know, Miami, Busch Gardens, all them, pictures
23 I've seen of them, beautiful habitats, but they
24 never see a tiger 'cause they're all laying back --
25 you know.  It would be nice to have that kind of

Ex. 7-0496

53

1 habitat, but, you know, if you don't see the
2 animals, what do you see?
3    Q.   So would you say, then, that that --
4    A.   So -- but I'm not impressed with any of
5 them.  They have nice facilities.  Very nice
6 facilities.  But we're not them.  We're just a
7 small farm zoo for local kids.  That's what we
8 built it for and that's what we want them for.  And
9 to see the smile on those kids and the kids having
10 fun, you know, watching the monkeys and stuff play
11 all the time and seeing the tigers and lions and
12 feeding the goats in there, too, it's priceless to
13 see their faces.  And they have a lot of fun doing
14 it.  That's what we live for, doing it.
15    Q.   So would you say, then, that the main
16 goal of the enclosure is to make the animal
17 observable to visitors?
18    A.   Yes, and make the animals -- big enough
19 for the animals to be comfortable.  'Cause they're,
20 like, sleeping all the time, too, on top of their
21 boxes and stuff.  Make it very comfortable for the
22 animals and stuff, too, at that, and not to be made
23 so big that people can't see the animal.
24    Q.   So there's some optimum size, then, where
25 it's big enough for the animal, but small enough

54

1 for observers.
2    A.   Yeah.  But I wish I could find that.
3 Yeah, it's a tough question to find an answer for.
4    Q.   You also mentioned in reading the
5 Finders' Guide that you get ideas there for
6 enrichment, and we talked a little bit about, you
7 know, the scratch logs and the toys for the tigers.
8 Where else have you learned about how to provide
9 enrichment for the animals?
10    A.   Pam tells me ideas all the time.  And
11 she's a good source for that, 'cause she reads a
12 lot of that stuff that I don't even read, too.
13 But, yeah, that she finds or she sees at other
14 zoos, and talked with USDA and her vets and stuff,
15 too, they have ideas.  I mean, you look everywhere
16 for ideas all the time.  And working as an
17 engineer, we do that with everything at work and
18 stuff, too, we work with other people, you know,
19 nobody gets bullheaded about one idea.  We all work
20 together and try to find the best product for
21 the -- to accomplish the job.
22    Q.   So when you're building a new enclosure
23 or thinking about new toys to provide, are there
24 people that you ever call for advice on that?
25    A.   Who?

55

1    Q.   I don't know.  I'm asking you.
2    A.   I've asked that question a thousand
3 times.  Like, you know, where do you find
4 information?  I'll read everything we can and Pam
5 has ideas that we'll incorporate, too, with that,
6 but where do you find the information?  That's the
7 thing, you know.  It just -- it's hard to find an
8 engineer that, you know, works on a small zoo like
9 that, too, that would have ideas of that, too.
10 Either they're all engineers, you know, for large
11 zoos with, you know, an unsurmountable amount of
12 money to work with or they don't get into it at
13 all.
14    Q.   Okay.
15    A.   So --
16    Q.   So in your experience, it's hard to find
17 somebody who can help you with your size zoo.
18    A.   I've had people ask me about a lot of
19 stuff.  I'll give them the ideas that I have, you
20 know, and go from there, but they have the same
21 problems I do.  Where do you find the information?
22    Q.   Do you have any particular skill that --
23 obviously in engineering and welding and a number
24 of creative areas.  Do you have particular training
25 or background in any of the things that Pam does

56

1 that you've said were management, like finances or
2 accounting or recordkeeping?
3    A.   We talk about financing all the time and
4 stuff to do with that back and forth.  We've both
5 been through FFA, too, and I had two years of high
6 school accounting and stuff, too, so I have, you
7 know, some bookkeeping background and stuff, too.
8 And we talk about financing, is this going to be
9 justified to do this and that, which you know the
10 amount of money we've had to work with and stuff,
11 too, with that and the cost it's going to take to
12 build this and that, you know --
13    MR. THORSON:  Slow down.
14    A.   Sorry.  So, yes, we both work on
15 financing all the time and stuff like that.
16    Q.   You mentioned sometimes you talk together
17 about whether a certain thing might be justified in
18 terms of expense, I guess.  What kinds of things
19 have you had to think about whether an expense was
20 justified related to the zoo?
21    A.   Do you buy elephants, giraffes.  I mean,
22 that kind of stuff that, yeah, it would be kind of
23 fun to have, but, you know, I don't know.  The cost
24 of keeping one up and the fencing and enclosures,
25 it would be pretty tough to justify.

57

1    Q.   So you've thought about elephants.

2    A.   We laugh about it. You know, we really

3 didn't think a whole lot about it. But stuff like

4 that. It's that kind of stuff, you know. Some of

5 the stuff, yeah, it would be nice to have one,

6 but -- you know. Let's get realistic here.

7    Q.   Are the considerations for, say, tigers

8 or lions different from the considerations for

9 elephants or giraffes?

10   A.   Yes. Because tigers and lions we can

11 manage.

12   Q.   What makes them manageable?

13   A.   'Cause they are smaller, we can handle

14 them. Where two of us wouldn't be able -- and with

15 our volunteer help and stuff, the other people, we

16 wouldn't be able to manage elephants, giraffes. I

17 mean, that's a different story.

18   Q.   What's unmanageable about those animals?

19   A.   Size. And cost of feeding. And

20 managing. And we don't have the expertise in that

21 kind of stuff. We'd have to learn it all.

22   Q.   So at this point, though, you have the

23 expertise to do the animals that you do have.

24   A.   Oh, yes. I do think we do.

25   Q.   And you acquired that expertise how?

58

1    A.   Through Pam for her training and stuff,

2 and from experience working with vets and all that

3 skills people. If we have any questions, we ask.

4    Q.   If you have more space or more money, can

5 you acquire the expertise to handle an elephant?

6    A.   An elephant? I don't know if we would,

7 because we're not an area big enough to where it

8 would justify the cost, bringing that many more

9 kids in here to really justify the cost of having

10 an elephant, elephants, and that. So I'd say

11 probably no. Use realistic values.

12   Q.   Okay. So you mentioned that one of the

13 joys of running this zoo is that kids come and they

14 see the animals and they have a really good time

15 when they interact with those animals. Do you

16 think that children would come to your zoo without

17 tigers?

18   A.   It would kill a lot of traffic.

19   Q.   Yeah.

20   A.   It would.

21   Q.   Why is that?

22   A.   That's what they come for. Tigers, I

23 mean, they can -- a lot of kids have goats or been

24 around sheep and goats and stuff like that, but --

25 in this area here, we have a lot of farm animals,

59

1 but nobody has tigers and lions they can actually

2 see right up front. Yeah, that would hurt.

3    Q.   Are the kids excited about other animals

4 at your zoo?

5    A.   A little bit of everything. They watch

6 the monkeys, lemurs, all them.

7    Q.   They are most excited about the lions and

8 the tigers.

9    A.   I won't say most, but they are -- you

10 know, a lot of them come for that reason.

11   Q.   Okay. So you have the expertise to care

12 for the animals that you have. Do you have

13 particular training or background in veterinary

14 care?

15   A.   No. Just what -- been around livestock

16 all my life and with veterinarians. If we have any

17 questions, we can call and ask them.

18   Q.   So we heard your wife talk about some of

19 the conversations that she's had with Dr. Pries and

20 some of the efforts that she's made to improve the

21 health of those animals, like administering shots

22 or delivering antibiotics. Do you ever provide any

23 of that care to the animals?

24   A.   I help them all the time with that.

25   Q.   What kinds of things do you do?

60

1    A.   Well, if we need to cage up an animal,

2 stuff like that, too, I'm there to assist them and

3 all that kind of stuff. They will administer shots

4 and stuff like that and the advice on it, too, but

5 I'm there to help them catch the animals or if we

6 have to cage them up for some reason or whatever.

7    Q.   So you don't deal in the medicine itself.

8 Just the handling.

9    A.   Not likely.

10   Q.   Okay.

11   A.   Nope. Especially the exotic animals.

12 Usually it takes more than one person. So they

13 take care of that while I help restrain the animal

14 or stuff like that if need be. Or put it into a

15 cage to take it to the veterinarian, I'll help Pam

16 with that. Basically hands-on help.

17   Q.   Do you sometimes have to restrain the

18 animals at the zoo?

19   A.   No, it's set up to where we don't usually

20 have to restrain them. Usually, I mean -- unless

21 you're trying to put Pam in there to catch them to

22 take them to a veterinarian or whatever. Big

23 animals, they're all right there. We never take

24 them out. But maybe something small, like a bird

25 or something, you know.

Ex. 7-0498

61

1    Q.   Okay.

2    A.   Something like that, you know, help catch

3 them and stuff like that or whatever, put it into a

4 cage.

5    Q.   So if Obi had to go to the veterinarian,

6 who would catch Obi?  Who would get Obi --

7    A.   She'd just open the door, Obi would walk

8 right out and climb up on her and go in the pen.

9    Q.   Okay.

10   A.   And she still does.  Just cage cleaning,

11 you open the door up and she runs to Pam and she

12 hangs onto Pam -- he hangs onto Pam while I clean

13 the pen out and stuff.  Yeah.  Obi's nothing.

14   Q.   Are there any of the animals that are --

15 are there any of the zoo animals that you've had to

16 take to Dr. Pries that you've had to catch in some

17 way?

18   A.   No, other than just -- you mean a big

19 animal or a small one?  Once in while she'd have a

20 small, like a chinchilla or something like that.  I

21 mean, that's not a big deal.

22   Q.   Right.

23   A.   But, no.  A big animal?

24   Q.   Bigger than a chinchilla but smaller than

25 a tiger.  'Cause you said you don't move the

62

1 tigers.

2    A.   Oh.

3    Q.   Like a wolf or a serval?

4    A.   They all get treated right there.

5    Q.   Do they?

6    A.   Yeah.  There would be no reason to take

7 them up there.  I mean, unless it's an emergency.

8 If one -- I don't know what it would be.  Never had

9 to.

10   Q.   Never an emergency?

11   A.   Not like that, to where the vets come

12 out.  You know, for some reason like that, you

13 know, if there was -- if one had a snotty nose or

14 something, we'd just call a vet to come out and

15 take a look at it.  If we needed to give them a

16 shot there, we would, but I wouldn't call that an

17 emergency.

18   Q.   Okay.  So you mentioned you know that the

19 USDA has certain requirements for the sizes of the

20 enclosures and that your cages tend to be bigger

21 than those, 'cause of the --

22   A.   Oh, by far, much bigger.

23   Q.   Do you know about other requirements

24 under the Animal Welfare Act?  Do you read about

25 other things that the USDA might require?

63

1    A.   We have to, to be built in the cage, too,

2 stuff like, you know, feed pans, waterers, all this

3 kind of stuff.  I mean, they aren't going to let

4 you just put a little holes in there for water.

5 Nothing like that.  It's got to be something that

6 they can have water all the time.

7    Q.   So where do you read about this?

8    A.   In Pam's books and stuff.  And USDA book.

9 Pam pointed out to me when we're building, too, we

10 have to have this, we have to have that, and stuff

11 like that, too.

12   Q.   Is that the Blue Book that she called it?

13   A.   Yeah.  Usually always do call it.  We

14 always call it Blue Book.

15   Q.   Okay.  Have you ever helped Pam to

16 acquire animals?

17   A.   Very rare.  'Cause she takes care of the

18 buying and selling of the animals and stuff, too,

19 and the donations and all that kind of stuff.

20   Q.   Okay.  So you maybe discuss the

21 feasibility with her, but --

22   A.   Well, knowing how it works, if she's

23 looking at maybe -- say she's looking at a certain

24 animal, so before we get the animal, we have to

25 have a cage built for it, too, so -- and she's

64

1 serious about buying this animal, so we need to

2 build a cage for it.  We discuss the size of it,

3 too, I'll try to design it, you know, to where

4 something will work out the best for that animal,

5 so that way, when she comes with the animal, it's

6 already built ready to put them into it.

7    Q.   Okay.  And you would only build a cage

8 for an animal that you were sure to get or do you

9 ever build cages hoping to get animals some day?

10   A.   Both ways.

11   Q.   Okay.  We talked -- we heard earlier from

12 your wife about an emergency plan.  Do you know

13 what role you would play in an emergency on the

14 farm?

15   A.   As in what type of emergency?

16   Q.   I don't know.  It can be like a severe

17 weather emergency or a sick animal emergency.

18   A.   Well, if it was like a sick animal, and I

19 have to come home right away, I can do that and get

20 an excuse from work right away.  She gives me a

21 call, I keep my phone on all the time, because

22 those people work with me.  But I can come home and

23 help her with it right away.  I mean, I don't know

24 what other type of emergency it could be.

25   Q.   I'm thinking, I don't know, like a -- do

Ex. 7-0499