**65**

1  you get tornadoes come through?
2      MR. THORSON:  All the time.
3      A.   Oh.  The chances of that happening,
4  like --
5      Q.   Hurricane?
6      A.   Yeah.  Hurricanes, that's a big one.
7      Q.   You do get hurricanes?
8      A.   No.
9      Q.   No hurricanes?  Okay.
10     A.   To get hit by a tornado is like --
11     Q.   You're not in Kansas.
12     A.   Yeah.
13     Q.   Well, can you think of any other
14  emergency situations?
15     A.   The only emergency situation I can think
16  of is animal activist people.
17     Q.   Okay.
18     A.   And that would be -- that's always the
19  biggest.  I would say that's the meanest animals we
20  have on the farm.
21     Q.   So what would you do in that emergency
22  situation?
23     A.   Get my butt home as fast as I can, too,
24  and call the police.
25     Q.   Do you feel threatened by animal rights

**66**

1  people?
2      A.   Yes.  I always am.
3      Q.   So tell me about that.
4      A.   Animals are predictable.  They're in
5  their cages, they're predictable what you might
6  do -- or what they do.  Animal rights persons, you
7  have no idea what they're going to do.  They come
8  in with a knapsack, you don't know if they have a
9  gun in there or what they're going to do.  You
10 know, I'm always threatened by them.
11     Q.   So you feel physically endangered.  Do
12 you feel sometimes that your life is threatened?
13     A.   It can be.
14     Q.   Yeah.
15     A.   If I go out at nights checking on the
16 animals, stuff, too, at that, dogs are barking for
17 some reason, too, and they happen to be out there
18 letting stuff out, yeah, you know they're going to
19 be armed and I'm not.
20     Q.   So the people most likely to carry guns
21 onto your property are animal rights people?
22     A.   About the only people that probably
23 would.
24     Q.   So what have you experienced or what have
25 you read that leads you to believe that animal

**67**

1  rights people are the least predictable and most
2  threatening on your property?
3      A.   Oh, the animal liberations groups and
4  PETA and all them, too.  All the stuff that gets on
5  the news, what they do, break into labs and stuff
6  like that and other zoos, opening up mink cages,
7  sloth's cages, et cetera.
8      Q.   Has any of that ever happened at Cricket
9  Hollow?
10     A.   Not yet.
11     Q.   Not yet.  Okay.  And do you have a -- I
12 guess we heard about some video surveillance.  I
13 mean, what other things have you tried to implement
14 at the zoo to protect against that?
15     A.   Not -- I mean, other than surveillances
16 and stuff, too, there's not a lot more we can do.
17     Q.   Okay.
18     A.   I don't sleep real tight, so my animals
19 start -- you know, dogs start barking, you know,
20 'cause we have them around there, too, and stuff,
21 and the peacocks, you know, anything gets near that
22 farm at night, the peacocks wake up, and they're in
23 the trees right next to the house and they start
24 cackling, you know something's going on then.  And
25 usually go out there and what it is, it's a raccoon

**68**

1  walking down through the yard.  Well, if that's all
2  it takes, but --
3      Q.   So animal rights activists are the
4  greatest threat to you; is that right?
5      A.   (Nods yes.)
6      Q.   What's the greatest threat to the animals
7  in your zoo?
8      A.   The activist people.
9      Q.   The activists are also the greatest
10 threat to the animals?
11     A.   Yeah, I would say they are the biggest
12 threat.
13     Q.   And in what way are the activists
14 threatening to the animals?
15     A.   Letting them out of their cages, stuff
16 like that, or anything like that.  How do you know
17 if they're not carrying poisons and stuff like that
18 in their knapsacks and stuff and dumping it down
19 the tubes feeding them and stuff like that.  You
20 know, that's why to me they're still the biggest
21 threat we have.
22     Q.   What do you think is the second biggest
23 threat to the animals at your zoo?
24     A.   I really don't know if there is a
25 second -- if there is a second one.

Ex. 7-0500

**69**

1     **Q.**   Okay. Nothing else threatens the animals
2 there?
3     **A.**   No. Not to my knowledge. I don't really
4 consider anything except -- different than that.
5     **Q.**   So I just want to talk to you a little
6 bit more about the animals that have died at your
7 zoo and then we'll be done. Just to see if you
8 remember anything about the deaths of those
9 animals. Is that okay?
10     **A.**   Okay.
11     **Q.**   So the -- so a handful of lemurs have
12 died there, and I know that Jessica spoke with your
13 wife about this earlier, but I just want to see
14 what your memory is about what these deaths might
15 be. So I have that Mattie and Gaz died in 2006.
16 Those were the young lemurs; is that right?
17     **A.**   Yeah.
18     **Q.**   Do you remember anything more about their
19 deaths that we didn't discuss earlier?
20     **A.**   Same with all animals. I get kind of mad
21 when we lose one, because we spend so much time,
22 you know, keeping them and stuff like that, too,
23 and we always evaluate afterwards, like what could
24 we have done better? There's just nothing. You
25 know, we try everything we can, but you always keep

**70**

1 thinking, well, the animal was alive, there had to
2 be some reason. But, you know, if they're not --
3 for some reason they're -- you know, if they're
4 born that way, too, at that, they aren't going to
5 make it, whatever, too, at that. You know, like a
6 calf being born from a cow, it's born dead, like
7 what do you do?
8     People are no different. You know, you
9 have stillborn babies. All the technology we have,
10 I keep thinking technology somehow could save that,
11 but we still can't do it even with people. And
12 that's the same way with lemurs. You know, what
13 could we have done to do better? I don't know. We
14 talk about this all the time. Could I have done
15 this, done that? Nothing would work. I'm never
16 happy about losing any animal.
17     **Q.**   I'm sure you're not.
18     **A.**   And some animals, of course, were very
19 old and they had a good life and stuff, too, with
20 that. Well, it's sad to see them go, but I guess
21 we all got to go sometime. And that's the same
22 way, like some of these old tigers and lions and
23 stuff, too, like we do the best we can right at the
24 very end, you know, and you know they're going to
25 go sooner or later. We try the best to keep them

**71**

1 alive as long as we can. And many of them live
2 very long lives, too, there, so --
3     **Q.**   In your opinion, have any of the deaths
4 of your animals been preventable?
5     **A.**   No. I wish it could have been. I would
6 have -- we would have prevented them if they were.
7 They're like kids to us. I mean, this is what we
8 live for. I mean, really. I mean, every one of
9 our animals. You know, we have names for
10 everything and just -- they're our kids.
11     **Q.**   Do you think that you might benefit from
12 conducting any more necropsies on your dead
13 animals? Would that benefit your animal care in
14 any way?
15     **A.**   No. And that I leave up to Pam and the
16 vets and what they think, you know, to do. I mean,
17 do they see a need for it, whatever. And that's on
18 the management end of it.
19     **Q.**   Do you have anything more to add about
20 the deaths of any of the animals that we discussed
21 earlier -- that Jessica and Pam discussed earlier?
22 The lemurs, the tigers?
23     **A.**   They were very thorough on that.
24     **Q.**   Okay. Anything to add about any wolves
25 that may have died?

**72**

1     **A.**   No.
2     **Q.**   Lions?
3     **A.**   No. Be no different.
4     **Q.**   Did a leopard ever die at your zoo?
5     **A.**   Yes, we had one die.
6     **Q.**   What kind of a leopard did you have?
7     **A.**   Boy. It was a long, long time ago. No,
8 I'm wrong on that. I'm thinking of a lion. I'm --
9 I don't know anymore. It's been a long time.
10     **Q.**   Do you remember what year it would have
11 been that you lost that leopard?
12     **A.**   No.
13     **Q.**   No? Ten years ago, twenty years ago?
14     **A.**   The deaths are so few and far between
15 that I just don't think about that kind of stuff.
16 I don't know.
17     **Q.**   Okay. Was it a -- what color was that
18 leopard?
19     **A.**   I can't tell you any more about it. I
20 just don't know. I don't remember it.
21     **Q.**   And you're not sure how it died?
22     **A.**   No.
23     **Q.**   So just a couple more questions about the
24 property. Do you -- we heard your wife say that
25 the farm and the zoo, they're not a corporation.

Ex. 7-0501

73

1   She called them a -- I guess she called them
2   something like a private -- I don't know if she
3   used the word enterprise, but -- how do you own the
4   farm and the zoo?
5       A.   Well, we keep the two separate as
6   business enterprises separate.
7       Q.   Tell me about that.
8       A.   Kind of what Pam did.  The zoo is on one
9   side of the farm and the farm's on the other side,
10  too.  We keep them both separate.
11      Q.   So they're physically separated.
12      A.   Yeah, there's an easement between the
13  two.
14      Q.   Are they legally separate?  Or
15  financially separate?
16      A.   We keep separate financial books on them.
17      Q.   Uh-huh.
18      A.   They still go under all one taxes.  So we
19  keep everything separate that way, the farm,
20  whatever, so we know how much the zoo made and how
21  much the farm made.
22      Q.   And are those numbers separate from what
23  you report about your own income and your own taxes
24  or is --
25      A.   Well, I have my job and stuff, too, that

74

1   would be separate.  If that's what you mean.
2       Q.   Yeah.
3       A.   I don't understand the question.
4       Q.   Well, sometimes somebody might get a
5   lawyer to register the business as a certain kind
6   of entity, like a corporation of some kind or a
7   closely held business or -- did you guys ever do
8   anything like that for the farm?
9       MR. THORSON:  I object to the form of the
10  question because one of the defendants in this
11  action is Cricket Hollow Zoo, a nonprofit
12  corporation, so I'm not sure what the question is.
13      A.   I'm lost, too.
14      Q.   (MR. PIERCE)  Well, Cricket Hollow Zoo is
15  a 501(c)(3).  Is the farm a 501(c)(3)?
16      A.   No.
17      Q.   Okay.  Is the farm a corporation?
18      A.   No.
19      Q.   Okay.  Do you have an ownership interest
20  in the zoo?
21      A.   Pam and I both own the zoo.
22      Q.   You own the zoo.
23      A.   Well, that would be as a corporation.
24  Member of the corporation.
25      Q.   Okay.  And we heard your wife say earlier

75

1   that in an emergency, if you had to get, say, a
2   loan, you might do so on the basis of the equity
3   that you have in the farm and in the zoo, and she
4   suggested that you have maybe three-quarters of a
5   million dollars.  $750,000.  Is that $750,000 in
6   equity or is it in total assets?
7       A.   Total assets.
8       Q.   Total assets.  Do you know what your
9   total equity might be?
10      A.   No, I couldn't tell you exactly.
11      Q.   Okay.
12      A.   We're in good financial standing, so I
13  don't worry about it.
14      Q.   Okay.  But the 750 is in assets.
15      A.   Yeah.
16      Q.   Do you know what your debt might be?
17      A.   That's her end of the deal.  I know we're
18  in good financial standing all the time, so,
19  therefore, it's not -- you know, bills are always
20  paid, everything, too, with that, so we have it if
21  we need to.  So that's her end of the deal, taking
22  care of the books that way.
23      Q.   Do you ever get a vacation?
24      A.   Our animals are our vacation.  Why would
25  I want to go to Africa and see lions when I can out

76

1   in my backyard.
2       Q.   Okay.
3       A.   I mean, this is what we love to do.  This
4   is what we look forward to.  And do I get a
5   vacation?  Yeah, day vacations or whatever.  So I
6   may go to a farm show here or there, too, and Pam
7   will do the chores and stuff.  She'll have people
8   come in and help her, stuff like that, too, but --
9   yeah.  I mean, that's what we love doing.
10      Q.   Do you ever have a vacation both of the
11  you on the same day?
12      A.   No.
13      Q.   No.
14      A.   It's kind of a president and vice
15  president type deal.  You can't have the same
16  person -- persons in the same place.  Somebody's
17  got to be home watching the animals always, so --
18      MR. PIERCE:  Okay.  I don't have any more
19  questions.  Do you have any questions?
20      MS. BLOME:  No.
21      MR. PIERCE:  Do you have any questions?
22      MR. THORSON:  No questions.
23      (Deposition concluded at 5:00 p.m.)
24
25

Ex. 7-0502

77

1  CORRECTIONS TO THE DEPOSITION OF TOM SELLNER

2  Page    Line    Correction

3

4  _____   _____   _____

5

6  _____   _____   _____

7

8  _____   _____   _____

9

10 _____   _____   _____

11

12 _____   _____   _____

13

14 _____   _____   _____

15

16 _____   _____   _____

17

18

19                 -----------------------------------

20                      Witness

21          Subscribed and sworn to before me this

22 _____ day of _____, _____.

23

24

25                 _____
                        Notary Public

78

1               C E R T I F I C A T E

2       I, the undersigned, a certified shorthand

3  reporter of the State of Iowa, do hereby certify

4  that there came before me at the time, date and

5  place hereinbefore indicated, the witness named on

6  the title page hereof, who was by me duly sworn to

7  testify to the truth of said witness' knowledge

8  touching and concerning the matters in controversy

9  in this cause; that the witness was thereupon

10 examined under oath, the examination taken down by

11 me in shorthand and later transcribed into English

12 by computer-aided transcription, and that the

13 deposition is a true record of the testimony given

14 and of all objections interposed.

15      I further certify that I am neither attorney

16 or counsel for, nor related to or employed by any

17 of the parties to the action in which this

18 deposition is taken, and further that I am not a

19 relative or employee of any attorney or counsel

20 employed by the parties hereto or financially

21 interested in the action.

22      Dated at Waterloo, Iowa, this 8th day

23 of April , 2015.

24

25

                CERTIFIED SHORTHAND REPORTER

## $

$750,000 [2] - 75:5

## '

'77 [3] - 6:11, 11:5, 12:14
'79 [2] - 14:6, 14:7
'80 [2] - 12:14, 14:7
'84 [2] - 14:19, 15:9
'85 [7] - 14:8, 14:9, 14:19, 14:23, 15:9, 16:1
'86 [1] - 15:7
'87 [1] - 15:7
'89 [1] - 10:23

## 1

10 [1] - 11:7
12 [1] - 11:7
1220 [1] - 1:14
170 [1] - 1:21
1989 [1] - 11:6

## 2

20 [1] - 1:14
2000 [2] - 10:25
2006 [1] - 69:15
2015 [3] - 1:14, 2:21, 78:23
20th [1] - 2:20

## 3

3 [1] - 2:4
3:30 [2] - 25:11
3:40 [1] - 1:14

## 4

4 [2] - 18:8, 19:8
4056 [1] - 1:23
4:00 [1] - 25:11
4:30 [3] - 14:8, 19:8

## 5

50 [1] - 28:12
501(c)(3 [1] - 74:15
501(c)(3) [1] - 74:15
52402 [1] - 1:23
5:00 [1] - 76:23

## 6

6 [2] - 19:6, 25:5

## 7

750 [1] - 75:14

## 9

94931 [1] - 1:21

## A

able [4] - 4:1, 5:12, 57:14, 57:16
accessibility [1] - 49:19
accident [1] - 32:4
accidental [1] - 32:3
accidentally [1] - 32:7
accidents [1] - 33:18
accomplish [1] - 54:21
accounting [2] - 56:2, 56:6
accreditations [1] - 45:14
accurate [1] - 5:13
Ackley [1] - 1:22
acquire [4] - 14:12, 15:1, 58:5, 63:16
acquired [5] - 14:14, 15:22, 16:8, 46:20, 57:25
act [3] - 40:12, 44:17, 62:24
action [3] - 74:11, 78:17, 78:21
activist [2] - 65:16, 68:8
activists [3] - 68:3, 68:9, 68:13
add [3] - 24:6, 71:19, 71:24
addition [3] - 15:15, 38:15, 46:21
additional [4] - 4:20, 6:16, 13:14
adequate [2] - 29:10, 36:9
administer [1] - 60:3
administering [1] - 59:21
advice [2] - 54:24, 60:4
afraid [1] - 34:9
Africa [1] - 75:25
afterwards [4] - 15:25, 16:8, 23:18, 69:23
age [1] - 18:14
ago [6] - 10:19, 51:19, 72:7, 72:13
agreed [1] - 2:18

aided [1] - 78:12
alive [2] - 70:1, 71:1
almost [1] - 17:1
alone [1] - 26:10
ALSO [1] - 1:25
ambulance [1] - 32:17
amount [2] - 55:11, 56:10
ANIMAL [1] - 1:5
animal [40] - 17:16, 19:20, 29:21, 29:24, 30:2, 40:6, 40:9, 40:13, 42:16, 42:21, 45:6, 46:4, 48:1, 51:22, 53:16, 53:23, 53:25, 60:1, 60:13, 61:19, 61:23, 62:24, 63:24, 64:1, 64:4, 64:5, 64:8, 64:17, 64:18, 65:16, 65:25, 66:6, 66:21, 66:25, 67:3, 68:3, 70:1, 70:16, 71:13
Animal [4] - 1:20, 47:21, 51:21, 51:23
animals [67] - 15:20, 16:4, 17:3, 17:24, 19:13, 19:15, 21:7, 35:14, 36:16, 37:1, 39:23, 41:3, 41:15, 43:4, 43:20, 45:20, 47:1, 47:2, 47:9, 47:24, 48:3, 48:4, 49:16, 49:17, 52:17, 53:2, 53:18, 53:19, 53:22, 54:9, 57:18, 57:23, 58:14, 58:15, 58:25, 59:3, 59:12, 59:21, 59:23, 60:5, 60:11, 60:18, 60:23, 61:14, 61:15, 63:16, 63:18, 64:9, 65:19, 66:6, 66:16, 67:18, 68:6, 68:10, 68:14, 68:23, 69:1, 69:6, 69:9, 69:20, 70:18, 71:4, 71:9, 71:13, 71:20, 75:24, 76:17
answer [7] - 3:23, 4:5, 4:15, 4:16, 5:20, 5:21, 54:3
answering [1] - 5:4
answers [1] - 4:4
antibiotics [1] - 59:22
anyway [1] - 44:14
apart [1] - 50:16
appearance [2] - 18:16, 18:21
APPEARANCES [1] - 1:19

appeared [1] - 40:10
area [3] - 36:9, 58:7, 58:25
areas [1] - 55:24
arm [2] - 32:14, 33:14
armed [1] - 66:19
arriving [1] - 15:23
asleep [1] - 41:1
assets [4] - 75:6, 75:7, 75:8, 75:14
assist [1] - 60:2
associations [1] - 45:13
assume [2] - 4:6, 38:14
attack [1] - 34:15
attorney [3] - 3:8, 78:15, 78:19
attorneys [1] - 5:17
Attorneys [2] - 1:20, 1:23
automatic [1] - 45:5
Avenue [1] - 1:21
aware [1] - 31:18

## B

babies [1] - 70:9
backed [1] - 9:9
background [3] - 55:25, 56:7, 59:13
backs [1] - 17:22
backyard [1] - 76:1
bad [3] - 47:14, 50:14, 51:3
balanced [1] - 24:19
barking [2] - 66:16, 67:19
barrel [1] - 50:22
based [1] - 11:22
basis [3] - 21:6, 24:1, 75:2
bat [2] - 10:10, 45:16
bathtub [1] - 38:1
bear [4] - 37:2, 37:9, 37:23
bears [5] - 18:3, 37:9, 38:5, 38:14, 38:17
beat [1] - 40:23
beautiful [1] - 52:23
became [1] - 38:22
become [1] - 15:14
bed [2] - 20:11, 20:12
bedding [12] - 17:15, 18:2, 20:13, 20:22, 21:1, 21:15, 24:23, 24:24, 25:2, 25:22, 26:20, 27:19
beef [2] - 7:3, 24:9
begin [1] - 10:20

beginning [1] - 4:23
behalf [2] - 1:13, 3:3
behind [1] - 32:11
Behlen [1] - 35:22
BELL [1] - 1:4
benefit [3] - 3:13, 71:11, 71:13
best [8] - 21:17, 21:18, 21:23, 49:10, 54:20, 64:4, 70:23, 70:25
better [9] - 31:10, 46:12, 48:20, 48:22, 49:14, 49:15, 52:17, 69:24, 70:13
between [7] - 2:18, 25:9, 37:3, 37:5, 37:6, 72:14, 73:12
big [27] - 17:16, 17:17, 22:19, 23:11, 24:5, 25:20, 31:15, 32:12, 32:13, 34:1, 34:2, 34:7, 34:8, 35:10, 37:16, 49:8, 52:9, 52:18, 53:18, 53:23, 53:25, 58:7, 60:22, 61:18, 61:21, 61:23, 65:6
bigger [11] - 16:21, 31:10, 31:14, 36:12, 36:15, 36:24, 49:12, 49:14, 61:24, 62:20, 62:22
biggest [4] - 65:19, 68:11, 68:20, 68:22
bills [1] - 75:19
bird [1] - 60:24
birds [2] - 36:18, 39:25
bit [9] - 6:21, 10:23, 17:11, 20:16, 32:14, 40:25, 54:6, 59:5, 69:6
biting [1] - 35:16
blank [1] - 48:15
BLOME [1] - 1:20, 76:20
blow [1] - 36:2
Blue [1] - 63:12
blue [1] - 63:14
bobcat [1] - 37:10
bobcat's [1] - 37:8
book [2] - 63:8, 63:14
Book [1] - 63:12
bookkeeping [1] - 56:7
books [13] - 3:19, 8:20, 8:23, 9:1, 17:2, 28:19, 28:23, 30:13, 46:15, 63:8, 73:16, 75:22

born [4] - 7:8, 70:4, 70:6
bought [1] - 10:18
boxes [1] - 53:21
boy [1] - 72:7
BRAUMANN [1] - 1:4
break [6] - 4:11, 4:12, 4:16, 30:3, 45:25, 67:5
breeding [1] - 37:4
briefly [1] - 11:16
bring [2] - 5:9, 6:7
bringing [1] - 58:8
Bronx [1] - 52:19
brothers [1] - 34:4
buffalo [2] - 7:5, 30:5
buffalos [2] - 30:4
build [7] - 36:5, 48:22, 49:3, 56:12, 64:2, 64:7, 64:9
building [17] - 7:4, 8:1, 12:22, 12:23, 13:10, 13:11, 17:9, 21:3, 21:5, 27:11, 27:18, 28:12, 48:17, 48:19, 54:22, 63:9
buildings [3] - 10:24, 12:24, 24:25
built [11] - 12:21, 30:16, 31:3, 35:19, 35:25, 36:15, 36:25, 53:8, 63:1, 63:25, 64:6
bullheaded [1] - 54:19
bunch [1] - 36:20
Busch [1] - 52:22
business [2] - 73:6, 74:5, 74:7
butt [1] - 65:23
buy [2] - 29:8, 56:21
buying [2] - 63:18, 64:1
BY [1] - 3:6

## C

C14-2034-LRR [1] - 1:7
cackling [1] - 67:24
cage [35] - 20:7, 20:9, 27:6, 27:9, 27:10, 27:13, 27:17, 27:21, 27:22, 27:25, 31:12, 32:1, 32:16, 32:24, 32:25, 33:1, 33:5, 44:20, 48:25, 49:3, 49:4, 49:15, 50:4, 60:1, 60:6, 60:15, 61:4, 61:10, 63:1, 63:25, 64:2, 64:7

cages [30] - 18:23, 18:25, 20:11, 22:12, 22:13, 26:22, 26:25, 27:8, 28:7, 28:8, 29:15, 31:24, 36:15, 36:24, 37:6, 44:22, 48:4, 48:10, 48:22, 49:6, 49:7, 49:11, 50:1, 62:20, 64:9, 66:5, 67:6, 67:7, 68:15
caging [2] - 47:24, 47:25
calf [1] - 70:6
California [1] - 1:21
calm [1] - 34:13
calves [1] - 41:16
care [24] - 10:5, 17:2, 17:3, 17:16, 17:17, 21:3, 38:24, 39:10, 39:24, 40:1, 40:4, 43:19, 43:24, 44:2, 45:17, 46:15, 59:11, 59:14, 59:23, 60:13, 63:17, 71:13, 75:22
carry [1] - 9:24, 66:20
carrying [1] - 68:17
case [1] - 41:12
cat [3] - 18:23, 27:3, 32:10
catch [5] - 60:5, 60:21, 61:2, 61:6, 61:16
cats [9] - 7:5, 10:8, 23:11, 23:14, 24:6, 25:19, 25:20, 27:6, 35:25
cattle [2] - 26:7, 26:8
Cedar [1] - 1:23
cement [1] - 36:1
certain [11] - 5:24, 8:6, 13:19, 31:19, 36:8, 40:18, 50:22, 56:17, 62:19, 63:23, 74:5
certification [2] - 9:24, 13:24
certifications [3] - 9:23, 16:11, 16:14
CERTIFIED [1] - 78:25
Certified [2] - 1:15, 2:22
certified [2] - 3:2, 78:2
certify [2] - 78:3, 78:15
cetera [1] - 67:7
chain [3] - 26:24, 29:3, 29:7
chances [1] - 65:3
change [12] - 19:5, 20:22, 22:3, 41:20, 41:21, 41:22, 42:2,

42:6, 42:10, 43:18, 46:24, 50:18
changing [1] - 36:1
characteristics [1] - 44:10
charge [2] - 23:11, 38:17
check [8] - 17:21, 18:10, 19:2, 19:13, 19:20, 20:13, 25:21, 41:8
checking [2] - 39:22, 66:15
checks [2] - 41:9, 41:11
chicken [1] - 24:9
children [1] - 58:16
chinchilla [1] - 61:20, 61:24
Civil [1] - 2:24
classes [1] - 13:24
classified [1] - 44:16
claws [3] - 33:22, 33:23, 33:24
clean [21] - 18:11, 18:17, 18:25, 19:5, 20:7, 20:10, 20:17, 22:7, 22:18, 25:22, 26:2, 27:14, 27:18, 44:24, 49:20, 49:23, 50:8, 51:3, 51:5, 61:12
cleaned [2] - 20:9, 45:11
cleaning [18] - 18:2, 22:24, 22:25, 23:20, 26:4, 26:17, 27:3, 27:5, 27:9, 40:2, 61:10
clever [1] - 48:8
climb [1] - 61:8
close [1] - 41:23
closed [1] - 32:16
closely [1] - 74:7
closer [1] - 52:15
clothes [1] - 19:5
clue [1] - 41:23
code [2] - 8:20, 8:23
codes [4] - 8:20, 8:21, 8:25, 9:2
cold [4] - 41:24, 41:25, 42:24, 43:4
color [1] - 72:17
comfortable [3] - 21:22, 53:19, 53:21
coming [4] - 19:22, 29:19, 34:22, 42:5

commencing [1] - 1:14
companies [2] - 11:6, 35:23
company [4] - 10:14, 10:15, 11:22, 12:20
complement [2] - 17:7, 17:13
complete [1] - 4:3
completely [1] - 50:8
complicated [1] - 30:1
computer [2] - 30:12, 78:12
computer-aided [1] - 78:12
computers [2] - 30:13, 30:15
concerning [1] - 78:8
concluded [1] - 76:23
concrete [1] - 22:11
conducting [1] - 71:12
conscious [1] - 47:6
Conservation [3] - 16:18, 38:20, 45:12
consider [1] - 69:4
considerations [2] - 57:7, 57:8
construct [1] - 28:10
constructed [3] - 22:13, 28:8
construction [9] - 6:14, 6:18, 6:22, 6:23, 11:10, 11:14, 12:20, 13:10, 13:12
contemplated [1] - 2:25
contractors [1] - 29:6
controversy [1] - 78:8
conversation [2] - 4:19, 4:23
conversations [1] - 59:19
corn [1] - 35:22
corncrib [2] - 35:23, 36:4
corncribs [4] - 35:22, 36:17, 37:1, 50:1
cornstalks [1] - 21:17
corporation [8] - 1:5, 1:9, 72:25, 74:6, 74:12, 74:17, 74:23, 74:24
correct [2] - 22:1, 22:2
Correction [1] - 77:2
CORRECTIONS [1] - 77:1
cost [6] - 9:12, 56:11, 56:23, 57:19, 58:8, 58:9
Cotati [2] - 1:21

counsel [2] - 78:16, 78:19
Counsel [3] - 1:21, 1:23, 2:19
couple [6] - 19:25, 22:6, 32:19, 50:15, 50:24, 72:23
course [2] - 35:23, 70:18
courses [1] - 38:25
coursework [1] - 13:22
court [1] - 35:2
COURT [1] - 1:1
cover [2] - 17:22, 39:3
cow [3] - 26:5, 35:18, 70:6
cows [2] - 19:2, 41:16
crap [1] - 30:8
creative [1] - 55:24
cribs [1] - 35:22
Cricket [6] - 3:10, 17:14, 35:20, 67:8, 74:11, 74:14
CRICKET [1] - 1:9
cut [1] - 16:11

## D

dad [4] - 7:9, 7:13, 8:6, 34:3
daily [1] - 21:6
dairy [2] - 7:16, 7:17
dark [4] - 23:21, 23:22, 23:24, 23:25
date [2] - 14:20, 78:4
Dated [1] - 78:22
Days [1] - 1:14
days [1] - 32:19
dead [3] - 18:13, 70:6, 71:12
deal [11] - 32:12, 32:13, 34:1, 34:2, 34:7, 34:8, 60:7, 61:21, 75:17, 75:21, 76:15
deals [1] - 34:5
deaths [6] - 69:8, 69:14, 69:19, 71:3, 71:20, 72:14
debt [1] - 75:16
decide [1] - 31:8
decides [1] - 31:4
decision [1] - 47:6
defendants [1] - 74:10
Defendants [2] - 1:10, 1:24
Defense [1] - 1:20
DEFENSE [1] - 1:5
Delhi [1] - 6:12

Ex. 7-0505
22 of 29 sheets

delivering [2] - 12:1, 59:22
Denton [2] - 13:4, 13:5
deposed [1] - 3:17
deposition [7] - 2:20, 2:23, 3:12, 3:14, 14:9, 78:13, 78:18
DEPOSITION [2] - 1:13, 77:1
Deposition [1] - 76:23
describe [1] - 18:4
described [1] - 24:22
design [4] - 29:15, 31:8, 36:1, 64:3
designed [2] - 35:19, 35:23
destroy [1] - 50:20
die [2] - 72:4, 72:5
died [8] - 9:8, 18:13, 34:4, 69:6, 69:12, 69:15, 71:25, 72:21
Diego [1] - 52:21
different [18] - 7:21, 9:1, 9:3, 21:22, 24:20, 28:18, 36:18, 44:19, 47:23, 48:18, 49:17, 51:10, 57:8, 57:17, 69:4, 70:8, 72:3
Direct [1] - 2:4
dirty [2] - 25:24, 51:4
discuss [5] - 16:12, 17:6, 63:20, 64:2, 69:19
discussed [2] - 71:20, 71:21
Discussion [1] - 29:13
DISTRICT [2] - 1:1, 1:1
document [3] - 5:3, 5:6, 5:8
documents [2] - 5:9, 6:7
dog [2] - 7:5, 44:14
dogs [6] - 44:7, 44:13, 44:17, 66:16, 67:19
dollars [1] - 75:5
donations [1] - 63:19
done [16] - 10:6, 10:16, 26:5, 36:21, 48:19, 48:25, 49:4, 51:12, 52:2, 52:6, 69:7, 69:24, 70:13, 70:14, 70:15
door [9] - 27:13, 27:17, 27:18, 32:8, 33:1, 33:15, 34:23, 61:7, 61:11
doors [3] - 27:11, 27:12, 49:19
doorway [1] - 48:25

doorways [1] - 49:17
double [1] - 41:8
down [7] - 9:13, 20:15, 22:8, 22:11, 26:14, 33:15, 35:5, 35:24, 36:2, 38:8, 40:16, 42:13, 49:21, 56:13, 68:1, 68:18, 78:10
Dr [3] - 31:22, 59:19, 61:16
drive [1] - 11:15
driver [1] - 12:6
driving [3] - 11:23, 12:10
droopy [3] - 42:11, 42:12
drove [1] - 11:20
dry [7] - 20:14, 20:17, 20:20, 20:25, 21:1, 21:20, 22:18
duly [1] - 78:6
dumping [1] - 68:18
during [2] - 4:19, 11:7

**E**

Earlville [2] - 7:20, 11:22
ears [1] - 42:12
easement [1] - 73:12
easier [2] - 49:18, 49:24
East [1] - 1:21
eat [1] - 25:3
education [3] - 6:8, 6:9, 6:17
effort [1] - 17:13
efforts [1] - 59:20
eighty [1] - 14:6
either [2] - 49:10, 55:10
electrical [5] - 8:20, 9:4, 9:5, 9:6, 9:11
electrician's [2] - 9:19, 16:10
elephant [3] - 58:5, 58:6, 58:10
elephants [5] - 56:21, 57:1, 57:9, 57:16, 58:10
elsewhere [1] - 52:3
emergency [13] - 62:7, 62:10, 62:17, 64:12, 64:13, 64:15, 64:17, 64:24, 65:14, 65:15, 65:21, 75:1
employed [5] - 11:8, 11:9, 11:13, 78:16, 78:20

employee [1] - 78:19
enclosure [8] - 21:25, 34:19, 34:22, 35:20, 45:7, 45:8, 53:16, 54:22
enclosures [9] - 23:24, 31:2, 34:20, 37:19, 45:8, 52:2, 52:7, 56:24, 62:20
end [6] - 4:23, 17:4, 70:24, 71:18, 75:17, 75:21
endangered [1] - 66:11
engineer [3] - 30:8, 54:17, 55:8
engineering [14] - 7:1, 7:4, 8:10, 8:11, 8:17, 8:19, 28:23, 30:7, 30:11, 46:2, 46:15, 48:5, 55:23
engineers [5] - 8:4, 8:14, 28:17, 30:3, 55:10
English [1] - 78:11
enrichment [3] - 48:1, 54:6, 54:9
enter [1] - 44:19
enterprise [1] - 73:3
enterprises [1] - 73:6
entire [1] - 20:3
entity [1] - 74:6
episode [1] - 31:23
equipment [16] - 7:2, 7:3, 7:4, 8:1, 8:2, 10:12, 10:13, 10:16, 10:24, 11:1, 11:21, 12:22, 12:23, 13:11, 28:13
equity [3] - 75:2, 75:6, 75:9
errors [1] - 48:18
especially [2] - 19:15, 60:11
et [1] - 67:7
evaluate [1] - 69:23
everywhere [1] - 54:15
exact [1] - 15:10
exactly [2] - 14:20, 75:10
Examination [1] - 2:4
examination [1] - 78:10
EXAMINATION [1] - 3:5
examined [2] - 3:3, 78:10
example [2] - 5:13, 5:25

except [2] - 35:21, 69:4
excite [1] - 46:12
excited [2] - 59:3, 59:7
excuse [1] - 64:20
exotic [2] - 15:20, 60:11
exotics [1] - 15:23
expect [1] - 5:24
expense [2] - 56:18, 56:19
experience [5] - 28:23, 41:18, 48:17, 55:16, 58:2
experienced [1] - 66:24
experiences [1] - 48:12
experimented [1] - 21:16
expertise [6] - 28:21, 57:20, 57:23, 57:25, 58:5, 59:11
expired [1] - 17:1
extra [3] - 24:7, 48:25
eye [1] - 41:14
eyes [1] - 42:11

**F**

faces [1] - 53:13
facilities [2] - 53:5, 53:6
fairly [1] - 3:11
fall [1] - 14:6
falls [2] - 23:8, 39:13
fans [2] - 38:3, 42:1
far [4] - 34:11, 62:22, 72:14
farm [34] - 7:17, 14:3, 14:7, 14:8, 14:13, 14:21, 14:23, 15:1, 15:14, 15:15, 17:12, 18:5, 25:14, 35:24, 39:3, 41:18, 46:1, 46:20, 46:22, 53:7, 58:25, 64:14, 65:20, 67:22, 72:25, 73:4, 73:9, 73:19, 73:21, 74:8, 74:15, 74:17, 75:3, 76:6
farm's [1] - 73:9
farmer [3] - 7:14, 7:15, 7:16
farming [6] - 6:14, 6:17, 6:23, 11:19, 12:12, 14:4
fast [3] - 30:2, 41:10, 65:23
faster [1] - 40:19

feasibility [1] - 63:21
features [1] - 49:10
fed [3] - 18:12, 19:3, 38:11
Federal [1] - 2:23
Federation [3] - 16:18, 38:20, 45:13
feed [11] - 17:15, 20:11, 23:14, 24:5, 25:20, 38:12, 38:14, 44:4, 44:9, 44:24, 63:2
feeder [1] - 38:10
feeders [1] - 27:15
feeding [6] - 17:3, 18:1, 23:11, 23:20, 25:19, 26:18, 27:3, 32:4, 32:9, 35:17, 42:5, 45:4, 53:12, 57:19, 68:19
feline [2] - 16:16, 16:18
Feline [4] - 16:17, 24:11, 38:20, 45:12
felines [1] - 46:3
fence [2] - 29:3, 34:20
fencing [1] - 56:24
few [8] - 6:20, 15:20, 15:24, 16:5, 42:22, 43:10, 51:11, 72:14
FFA [1] - 56:5
figure [5] - 28:24, 29:25, 30:1, 30:8, 30:24
figured [1] - 30:9
fills [2] - 39:2, 39:5
finances [1] - 56:1
financial [3] - 73:16, 75:12, 75:18
financially [2] - 73:15, 78:20
financing [3] - 56:3, 56:8, 56:15
Finders' [3] - 46:4, 47:21, 54:5
firm [1] - 1:22
first [9] - 4:15, 6:8, 14:7, 14:21, 14:23, 15:22, 16:4, 23:18, 50:16
fish [1] - 24:9
five [1] - 50:25
fluff [3] - 20:16, 21:1, 27:19
fluffed [1] - 22:10
fluffs [1] - 21:20
fluffy [1] - 20:14
follow [1] - 45:2
follows [1] - 3:4
food [3] - 27:14, 38:8,

38:9
fork [3] - 23:3, 23:4, 23:5
form [1] - 74:9
formula [1] - 30:1
formulas [1] - 30:24
forth [6] - 12:25, 13:3, 17:7, 37:6, 37:20, 56:4
forward [1] - 76:4
four [6] - 10:19, 28:25, 29:15, 29:18, 29:21, 50:25
free [4] - 4:12, 4:21, 5:8, 5:19
fresh [2] - 22:16, 26:2
front [2] - 19:17, 59:2
full [7] - 8:21, 10:24, 12:12, 12:18, 14:3, 14:5, 20:2
fun [3] - 53:10, 53:13, 56:23
FUND [1] - 1:5
Fund [1] - 1:20
funny [1] - 44:25

**G**

Gardens [2] - 46:12, 52:22
gates [3] - 7:5, 8:1, 44:14
gauge [2] - 29:3, 29:7
Gaz [1] - 69:15
general [3] - 18:15, 18:21, 26:4
gestures [1] - 4:2
giraffes [3] - 56:21, 57:9, 57:16
given [1] - 78:13
Glass [1] - 1:23
goal [1] - 53:16
goat [2] - 40:12, 42:6
goats [12] - 18:1, 19:10, 25:21, 25:25, 40:14, 40:17, 40:18, 41:4, 43:7, 53:12, 58:23, 58:24
graduated [2] - 6:11, 11:4
grain [1] - 40:21
grandkids [1] - 47:4
grateful [1] - 4:3
gravel [9] - 22:1, 22:4, 22:20, 22:22, 23:1, 23:7, 23:8, 49:23, 49:24
great [1] - 52:6
greatest [3] - 68:4, 68:6, 68:9

greet [1] - 19:19
grew [5] - 7:8, 7:17, 15:21, 41:17, 47:1
ground [1] - 3:13
groups [2] - 8:24, 67:3
guardrails [1] - 29:9
guess [9] - 7:8, 15:17, 23:3, 23:4, 32:4, 56:18, 67:12, 70:20, 73:1
Guide [2] - 47:21, 54:5
guides [1] - 46:4
guillatine [1] - 27:11
gun [1] - 66:9
guns [1] - 66:20
guys [2] - 34:1, 74:7

**H**

habitat [1] - 53:1
habitats [1] - 52:23
half [3] - 8:21, 11:18, 41:1
hand [3] - 50:2, 50:3, 50:4
handful [1] - 69:11
handle [2] - 57:13, 58:5
handling [2] - 49:16, 60:8
hands [1] - 60:16
hands-on [1] - 60:16
hangs [1] - 61:12
happy [2] - 38:1, 70:16
hard [2] - 55:7, 55:16
Harry [1] - 11:17
haul [1] - 11:25
hauling [1] - 11:17, 24:24
haven [1] - 51:21
Haven [2] - 51:22, 51:23
head [2] - 19:5, 32:14
health [1] - 59:21
hear [1] - 29:14
heard [8] - 24:4, 27:23, 31:22, 59:18, 64:11, 67:12, 72:24, 74:25
heavier [4] - 28:25, 29:15, 29:18, 29:21
heavy [8] - 7:2, 28:24, 29:2, 29:5, 29:7, 30:25, 35:22, 50:1
held [3] - 9:5, 9:14, 74:7
help [18] - 26:11, 27:1, 31:8, 32:15, 39:14, 40:2, 41:19, 49:1, 55:17, 57:15, 59:24,

60:5, 60:13, 60:15, 60:16, 61:2, 64:23, 76:8
helped [2] - 12:23, 63:15
helpful [1] - 5:4
helps [1] - 26:17
hereby [1] - 78:3
hereinafter [1] - 3:2
hereinbefore [1] - 78:5
hereof [1] - 78:6
hereto [1] - 78:20
hide [1] - 52:11
high [5] - 6:10, 6:19, 11:4, 11:16, 56:5
hired [1] - 13:1
hit [1] - 65:10
hog [10] - 7:3, 7:16, 7:17, 10:12, 10:16, 10:23, 11:21, 11:22, 12:22, 12:23
hogs [4] - 11:17, 11:23, 11:25, 12:6
hold [2] - 16:14, 29:10
holes [1] - 63:4
HOLLOW [1] - 1:9
Hollow [6] - 3:10, 17:14, 35:20, 67:9, 74:11, 74:14
home [1] - 13:9, 20:10, 23:17, 25:13, 25:16, 25:18, 33:13, 64:19, 64:22, 65:23, 76:17
homes [1] - 46:12
honest [2] - 31:15, 52:9
hoof [1] - 17:15
hoping [1] - 64:9
horse [2] - 23:6, 35:16
horses [1] - 41:15
hospital [1] - 32:18
hot [3] - 34:17, 41:25
hours [1] - 25:10
house [5] - 13:2, 19:4, 35:4, 40:18, 67:23
housekeeping [1] - 46:11
houses [5] - 13:11, 27:8, 37:5, 39:25, 48:19
hurricane [1] - 65:5
hurricanes [3] - 65:6, 65:7, 65:9
hurt [2] - 34:6, 59:2
hybrids [1] - 44:16

**I**

idea [4] - 48:7, 48:21, 54:19, 66:7
ideas [15] - 7:12, 21:23, 47:25, 48:1, 48:5, 48:18, 48:21, 54:5, 54:10, 54:15, 54:16, 55:5, 55:9, 55:19
implement [1] - 67:13
important [1] - 3:23
impossible [1] - 28:20
impressed [2] - 52:8, 53:4
improve [2] - 52:1, 59:20
IN [1] - 1:1
inch [1] - 29:8
incident [1] - 35:10
incidents [3] - 33:19, 35:12, 35:13
include [2] - 4:2, 4:25
income [1] - 73:23
incorporate [3] - 48:8, 49:3, 55:5
indicated [1] - 78:5
individual [6] - 1:3, 1:3, 1:4, 1:4, 1:8, 1:8
information [13] - 4:20, 4:21, 5:1, 6:1, 30:20, 30:21, 31:1, 39:5, 39:8, 55:4, 55:6, 55:21
Inn [1] - 1:14
inside [6] - 24:25, 27:10, 32:24, 33:12, 34:20, 34:21
instead [1] - 33:1
instructs [1] - 5:21
insurance [1] - 9:12
interact [1] - 58:15
interaction [1] - 12:5
interest [1] - 74:19
interested [1] - 78:21
interests [1] - 46:19
interposed [1] - 78:14
interrupt [1] - 4:8
Interruption [1] - 35:2
IOWA [1] - 1:1
Iowa [7] - 1:15, 1:15, 1:23, 2:22, 7:19, 78:3, 78:22
ironsmith [1] - 6:15
ironsmithing [5] - 6:25, 7:7, 7:22, 7:25, 17:9
itself [2] - 6:2, 60:7

**J**

Jeff [1] - 3:8
JEFFREY [1] - 1:20
Jessica [2] - 69:12, 71:21
JESSICA [1] - 1:20
job [5] - 7:6, 13:14, 52:6, 54:21, 73:25
jobs [2] - 8:6, 13:15
JOHN [1] - 1:4
Journal [1] - 46:1
joys [1] - 58:13
justified [3] - 56:9, 56:17, 56:20
justify [3] - 56:25, 58:8, 58:9

**K**

Kansas [1] - 65:11
keep [13] - 22:7, 34:25, 41:14, 49:8, 51:3, 64:21, 69:25, 70:10, 70:25, 73:5, 73:10, 73:16, 73:19
keeping [5] - 35:3, 56:24, 69:22
kennels [1] - 7:6
kept [1] - 22:18
keys [1] - 26:23
Khan [6] - 32:21, 32:22, 33:4, 33:21, 34:13, 34:14
kicked [1] - 35:18
kids [17] - 38:11, 42:3, 47:3, 47:4, 47:9, 47:10, 47:11, 47:18, 53:7, 53:9, 58:9, 58:13, 58:23, 59:3, 71:7, 71:10
kill [1] - 58:18
killed [1] - 34:8
kind [42] - 5:18, 9:13, 10:9, 11:13, 13:2, 15:12, 17:4, 17:13, 17:22, 19:19, 19:21, 21:15, 22:6, 28:22, 29:25, 30:17, 34:10, 38:3, 39:9, 42:13, 44:10, 44:25, 45:18, 47:3, 48:1, 48:8, 52:25, 56:22, 57:4, 57:21, 60:3, 63:3, 63:19, 69:20, 72:6, 72:15, 73:8, 74:5, 74:6, 76:14
kinds [10] - 10:5, 10:13, 24:5, 31:2, 36:19, 42:19, 42:23,

47:20, 56:18, 59:25
Kingery [1] - 1:23
kitty [1] - 22:20
knapsack [1] - 66:8
knapsacks [1] - 68:18
knocking [1] - 35:6
knowing [1] - 63:22
knowledge [2] - 69:3, 78:7
Kopecky [1] - 1:23
KRISS [1] - 1:4
KUEHL [2] - 1:3, 1:3

## L

labs [1] - 67:5
large [2] - 49:19, 55:10
larger [1] - 50:4
LARRY [1] - 1:22
last [5] - 33:24, 49:8, 50:21, 50:25, 51:2
laugh [1] - 57:2
Law [2] - 1:20, 1:23
lawsuit [2] - 3:9, 3:20
lawyer [1] - 74:5
laying [2] - 18:13, 52:24
lazy [2] - 38:4, 38:5
LDI [1] - 10:6
leads [1] - 66:25
learn [6] - 8:11, 8:17, 13:15, 28:10, 48:10, 57:21
learned [7] - 7:7, 7:10, 7:11, 8:5, 30:3, 52:1, 54:8
learning [1] - 48:16
least [2] - 29:17, 67:1
leave [2] - 20:15, 71:15
led [1] - 6:24
left [1] - 32:25
LEGAL [1] - 1:5
Legal [1] - 1:20
legally [1] - 73:14
lemur [1] - 43:17
lemurs [6] - 43:22, 59:6, 69:11, 69:16, 70:12, 71:22
leopard [4] - 72:4, 72:6, 72:11, 72:18
less [3] - 37:17, 37:23, 37:25
letting [2] - 66:18, 68:15
lever [1] - 33:15
liberations [1] - 67:3
library [1] - 8:21
license [8] - 9:5, 9:11,

9:19, 9:20, 10:1, 10:6, 16:10
licenses [4] - 9:14, 9:18, 16:12, 16:13
life [8] - 6:14, 6:25, 9:13, 46:24, 47:5, 59:16, 66:12, 70:19
light [1] - 18:9
likely [2] - 60:9, 66:20
Line [1] - 77:2
line [3] - 20:1, 20:5, 26:14
link [2] - 29:3, 29:7
lion [7] - 37:7, 37:9, 37:10, 37:17, 43:14, 45:8, 72:8
lions [17] - 18:2, 19:16, 20:13, 21:9, 21:10, 50:25, 52:10, 52:12, 52:14, 53:11, 57:8, 57:10, 59:1, 59:7, 70:22, 72:2, 75:25
LISA [1] - 1:3
listed [2] - 44:13, 51:11
litter [3] - 22:21, 23:8, 25:1
live [5] - 15:14, 27:24, 53:14, 71:1, 71:8
lives [1] - 71:2
livestock [9] - 7:2, 10:13, 12:8, 14:5, 28:13, 28:19, 39:22, 59:15
livestocks [1] - 41:15
llamas [1] - 21:11
loader [3] - 22:14, 22:15, 49:20
loaders [1] - 49:22
loading [1] - 12:7
loan [1] - 75:2
local [2] - 29:6, 53:7
lock [11] - 22:14, 26:24, 27:6, 27:12, 27:15, 27:18, 44:5, 44:21, 44:23, 49:17, 50:7
locking [1] - 27:13
locks [1] - 33:15
log [1] - 50:12
logs [3] - 50:9, 54:7
look [14] - 19:21, 19:23, 41:6, 41:8, 43:1, 43:12, 47:3, 47:24, 48:3, 48:4, 54:15, 62:15, 76:4
looked [2] - 41:5, 43:11
looking [2] - 63:23

looks [4] - 17:19, 18:22, 44:15, 47:24
loose [1] - 31:24
lose [4] - 34:3, 69:21
losing [1] - 70:16
loss [1] - 47:14
lost [7] - 14:8, 14:23, 15:3, 47:13, 47:14, 72:11, 74:13
Louis [2] - 48:16, 51:17
love [3] - 47:1, 76:3, 76:9

## M

mad [1] - 69:20
Madison [3] - 48:16, 51:13, 51:14
magazines [3] - 46:2, 46:11
main [2] - 27:17, 53:15
manage [2] - 57:11, 57:16
manageable [1] - 57:12
management [9] - 17:4, 17:18, 39:8, 39:11, 39:12, 39:14, 39:18, 56:1, 71:18
managing [1] - 57:20
Manchester [1] - 1:15
manufacturing [1] - 10:17
Manufacturing [1] - 10:18
Maquoketa [1] - 6:11
March [2] - 1:14, 2:21
Marion [1] - 1:14
materials [2] - 30:22, 30:23
matted [2] - 20:15, 22:8
matters [1] - 78:8
Mattie [1] - 69:15
meal [1] - 24:19
mean [40] - 9:23, 10:4, 11:22, 12:7, 13:11, 18:15, 22:25, 28:15, 28:17, 28:19, 32:11, 34:2, 35:18, 36:22, 37:15, 41:13, 42:11, 42:12, 42:13, 47:2, 54:15, 56:21, 57:17, 58:23, 60:20, 61:18, 61:21, 62:7, 63:3, 64:23, 67:13, 67:15, 71:7, 71:8, 71:16, 74:1, 76:3, 76:9
meanest [1] - 65:19

meat [6] - 24:9, 24:16, 25:2, 25:3, 25:4
meats [1] - 10:8
mechanical [4] - 8:20, 9:2, 17:9, 50:6
medication [1] - 5:14
medicine [1] - 60:7
meetings [1] - 39:4
member [4] - 16:22, 38:19, 38:22, 74:24
membership [1] - 16:16
memberships [1] - 9:16
memory [1] - 69:14
mention [1] - 41:2
mentioned [16] - 6:19, 10:11, 16:9, 17:12, 23:10, 27:6, 38:19, 40:5, 41:4, 41:17, 51:20, 51:25, 54:4, 56:16, 58:12, 62:18
met [1] - 3:7
Meyer [4] - 11:17, 11:20, 11:21, 12:10
Miami [1] - 52:22
might [20] - 4:13, 4:18, 5:25, 11:6, 21:7, 26:13, 34:24, 40:5, 41:19, 42:10, 45:20, 56:17, 62:25, 66:5, 69:14, 71:11, 74:4, 75:2, 75:9, 75:16
milk [1] - 19:2
Miller [1] - 11:17
million [1] - 75:5
Mills [4] - 10:18, 25:7, 25:8, 25:9
mine [1] - 4:5
minerals [1] - 24:14
mink [1] - 67:6
miss [1] - 41:13
misses [1] - 41:12
misters [2] - 38:3, 42:1
mixed [1] - 24:16
money [3] - 55:12, 56:10, 58:4
monkeys [3] - 40:1, 53:10, 59:6
month [1] - 50:21
months [1] - 51:1
morning [9] - 18:8, 18:9, 18:18, 19:24, 20:7, 20:8, 34:17, 40:19, 41:9
mornings [2] - 18:25, 40:13
most [8] - 20:24, 43:2, 43:25, 45:17, 59:7,

59:9, 66:20, 67:1
move [2] - 19:11, 61:25
moved [4] - 14:22, 15:6, 15:8, 15:9
moving [1] - 12:8
MR [15] - 1:20, 1:22, 3:6, 10:2, 29:11, 29:14, 40:16, 49:21, 56:13, 65:2, 74:9, 74:14, 76:18, 76:21, 76:22
MS [2] - 1:20, 76:20

## N

name [2] - 51:20
named [1] - 78:5
names [2] - 19:17, 71:9
national [8] - 8:25, 16:15, 16:16, 16:17
NE [1] - 1:23
near [3] - 4:22, 4:23, 67:21
necropsies [1] - 71:12
need [12] - 4:11, 17:5, 36:9, 37:17, 37:23, 43:13, 50:17, 60:1, 60:14, 64:1, 71:17, 75:21
needed [2] - 20:23, 62:15
needs [2] - 20:9, 27:19
never [8] - 31:13, 34:21, 52:11, 52:24, 60:23, 62:8, 62:10, 70:15
new [8] - 22:16, 48:5, 48:6, 49:24, 50:9, 50:12, 54:22, 54:23
New [1] - 52:21
newest [1] - 49:4
Newgard [2] - 1:15, 2:21
news [1] - 67:5
next [6] - 21:4, 25:17, 28:20, 48:21, 49:2, 67:23
nice [10] - 20:14, 21:20, 26:2, 34:13, 47:17, 50:1, 52:25, 53:5, 57:5
night [1] - 67:22
nights [2] - 23:17, 66:15
nine [2] - 29:3, 29:7
nine-gauge [2] - 29:3, 29:7
nineteen [1] - 14:6

nineteen-eighty [1] - 14:6
nobody [3] - 29:5, 54:19, 59:1
non [2] - 1:5, 1:9
non-profit [2] - 1:5, 1:9
nonprofit [1] - 74:11
normal [3] - 35:17, 40:12, 40:22
normally [2] - 26:19, 42:17
NORTHERN [1] - 1:1
nose [3] - 42:12, 43:6, 62:13
Notary [1] - 77:25
nothing [7] - 18:20, 30:19, 61:13, 63:5, 69:1, 69:24, 70:15
noticed [1] - 43:17
number [1] - 55:23
numbers [1] - 73:22

## O

Oasis [3] - 24:11, 24:12, 24:13
oath [1] - 78:10
Obi [4] - 61:5, 61:6, 61:7
Obi's [1] - 61:13
object [1] - 74:9
objection [3] - 5:18, 5:19, 6:2
objections [2] - 5:24, 78:14
observable [1] - 53:17
observe [2] - 5:16, 42:9
observed [3] - 40:9, 42:19, 43:8
observers [1] - 54:1
observes [1] - 52:16
observing [1] - 52:2
obviously [1] - 55:23
occasions [1] - 42:18
OF [3] - 1:1, 1:13, 77:1
often [5] - 20:21, 23:13, 50:12, 50:18
oftener [1] - 20:25
old [7] - 18:12, 18:14, 49:25, 50:14, 50:20, 70:19, 70:22
Omaha [1] - 51:17
once [8] - 16:7, 20:23, 22:5, 22:17, 26:4, 40:11, 41:6, 61:19
one [47] - 4:12, 5:17, 5:25, 15:3, 15:4, 15:6, 16:19, 17:13,

21:4, 29:11, 31:23, 31:24, 33:20, 33:23, 33:24, 36:5, 37:2, 37:7, 37:8, 40:22, 41:7, 42:6, 43:15, 47:13, 48:14, 49:25, 50:14, 50:20, 50:23, 51:12, 54:19, 56:24, 57:5, 58:12, 60:12, 61:19, 62:8, 62:13, 65:6, 68:25, 69:21, 71:8, 72:5, 73:8, 73:18, 74:10
ones [7] - 40:19, 40:23, 40:24, 49:8, 51:18, 52:13
open [7] - 15:17, 27:13, 27:16, 37:3, 37:5, 61:7, 61:11
opened [1] - 32:7
opening [2] - 33:1, 67:6
opens [1] - 18:17
opinion [3] - 37:15, 38:6, 71:3
optimum [1] - 53:24
order [2] - 29:4, 29:6
Osborn [6] - 36:6, 36:16, 48:13, 48:14, 51:12
Oscar [4] - 11:16, 11:20, 11:21, 12:10
outside [7] - 21:2, 21:5, 21:8, 21:13, 21:14, 33:4, 37:19
overnight [1] - 18:24
oversize [1] - 31:16
own [13] - 6:22, 8:9, 12:20, 14:3, 19:21, 33:9, 37:5, 40:14, 73:3, 73:23, 74:21, 74:22
owned [1] - 12:25
owner [1] - 13:8
ownership [1] - 74:19

## P

p.m [2] - 1:14, 76:23
packs [1] - 22:11
page [1] - 78:6
Page [2] - 2:2, 77:2
paid [1] - 75:20
PAM [1] - 1:8
Pam [53] - 1:25, 10:2, 10:5, 14:9, 17:1, 17:16, 17:19, 17:20, 18:17, 23:23, 24:12, 26:21, 26:25, 27:4, 28:5, 31:4, 32:15,

32:17, 33:10, 34:13, 38:24, 40:7, 41:2, 42:20, 43:12, 43:19, 45:17, 45:21, 46:5, 46:7, 46:9, 46:13, 46:17, 47:24, 51:19, 54:10, 55:4, 55:25, 58:1, 60:15, 60:21, 61:11, 61:12, 63:9, 63:15, 71:15, 71:21, 73:8, 74:21, 76:6
Pam's [2] - 26:12, 46:3, 63:8
pans [1] - 63:2
paperwork [3] - 39:15, 39:16
part [7] - 10:22, 11:5, 12:17, 12:19, 14:5, 39:9, 51:3
part-time [1] - 10:22
participated [1] - 3:19
particular [3] - 55:22, 55:24, 59:13
parties [3] - 2:19, 78:17, 78:20
path [1] - 18:10
pathway [2] - 19:12, 19:19
pay [1] - 9:11
pea [6] - 21:25, 22:4, 22:20, 22:25, 23:7
peacocks [2] - 16:5, 67:21, 67:22
pen [2] - 61:8, 61:13
pens [7] - 7:5, 18:2, 19:17, 37:20, 40:2, 49:18, 52:18
people [30] - 6:21, 7:11, 26:10, 26:24, 26:25, 36:7, 39:20, 47:25, 52:2, 52:15, 52:16, 53:23, 54:18, 54:24, 55:18, 57:15, 58:3, 64:22, 65:16, 66:1, 66:20, 66:21, 66:22, 67:1, 68:8, 70:8, 70:11, 76:7
person [3] - 9:25, 60:12, 76:16
personality [8] - 19:21, 40:14, 41:20, 41:21, 42:7, 42:10, 42:14, 43:18
persons [2] - 66:6, 76:16
pet [1] - 45:3
PETA [1] - 67:4
petted [1] - 44:8
phone [1] - 64:21
physically [2] - 66:11,

73:11
pick [2] - 10:7, 23:6
picks [1] - 23:4
pictures [2] - 52:20, 52:22
Pierce [2] - 2:4, 3:8
PIERCE [8] - 1:20, 3:6, 10:2, 29:11, 29:14, 74:14, 76:18, 76:21
pigs [1] - 12:1
place [3] - 48:15, 76:16, 78:5
plaintiffs [1] - 3:9
Plaintiffs [4] - 1:6, 1:14, 1:21, 3:3
plan [1] - 64:12
plastic [1] - 50:22
play [6] - 30:17, 38:1, 45:3, 50:10, 53:10, 64:13
played [1] - 21:22
plenty [1] - 25:4
plumbing [1] - 9:20
point [3] - 14:2, 16:25, 57:22
pointed [1] - 63:9
poisons [1] - 68:17
police [1] - 65:24
poop [2] - 18:23, 45:1
powder [1] - 24:13
precaution [1] - 24:17
predictable [2] - 66:4, 66:5, 67:1
prefer [1] - 4:13
preferred [1] - 47:9
PRESENT [1] - 1:25
president [2] - 76:14, 76:15
pretty [6] - 6:15, 7:25, 24:3, 26:16, 40:4, 56:25
preventable [1] - 71:4
prevented [1] - 71:6
priceless [1] - 53:12
Pries [3] - 31:22, 59:19, 61:16
primarily [1] - 6:3
private [1] - 73:2
problem [1] - 52:12
problems [1] - 55:21
Procedure [1] - 2:24
process [1] - 27:5
produced [1] - 3:2
product [1] - 54:20
products [1] - 12:21
professional [1] - 16:12
profit [2] - 1:5, 1:9
projection [1] - 30:7

property [3] - 66:21, 67:2, 72:24
protect [1] - 67:14
protocol [1] - 44:18
prototyping [1] - 8:2
provide [7] - 3:24, 4:3, 5:12, 6:1, 54:8, 54:23, 59:22
public [2] - 15:18, 34:21
Public [1] - 77:25
publications [1] - 45:19
pulled [1] - 33:14
purposes [2] - 2:24, 37:4
pursuant [2] - 1:15, 2:23
put [16] - 4:4, 20:17, 22:16, 27:14, 35:24, 36:22, 38:8, 49:23, 50:9, 50:10, 50:12, 60:14, 60:21, 61:3, 63:4, 64:6

## Q

quarter [1] - 29:8
quarter-inch [1] - 29:8
quarters [1] - 75:4
questions [10] - 4:4, 5:5, 39:6, 58:3, 59:17, 72:23, 76:19, 76:21, 76:22
quite [4] - 31:12, 31:21, 41:7, 43:11

## R

R's [2] - 12:19, 13:1
raccoon [2] - 16:5, 67:25
rainy [1] - 20:25
raised [1] - 7:9
rake [1] - 23:2
rakes [1] - 23:3
ran [1] - 32:16
Rapids [1] - 1:23
rare [2] - 20:19, 40:11, 43:15, 63:17
read [24] - 8:12, 8:15, 31:7, 45:20, 45:22, 45:23, 46:1, 46:2, 46:3, 46:4, 46:5, 46:6, 46:7, 46:8, 46:9, 46:11, 46:13, 46:16, 46:17, 54:12, 55:4, 62:24, 63:7, 66:25
reading [5] - 8:12,

8:13, 8:18, 46:1, 54:4
**reads** [3] - 46:8, 46:10, 54:11
**ready** [1] - 64:6
**real** [1] - 67:18
**realistic** [2] - 57:6, 58:11
**realize** [1] - 33:2
**realized** [1] - 33:16
**realizing** [1] - 32:9
**really** [15] - 15:17, 32:3, 34:2, 35:15, 37:16, 41:24, 43:11, 44:6, 46:25, 57:2, 58:9, 58:14, 68:24, 69:3, 71:8
**reason** [9] - 4:13, 5:11, 59:10, 60:6, 62:6, 62:12, 66:17, 70:2, 70:3
**record** [5] - 3:8, 4:2, 6:3, 29:13, 78:13
**recordkeeping** [1] - 56:2
**referring** [1] - 30:22
**register** [5] - 5:17, 5:18, 5:23, 6:2, 74:5
**related** [3] - 9:18, 56:20, 78:16
**relative** [1] - 78:19
**rely** [1] - 39:7
**remember** [15] - 4:19, 4:24, 10:3, 15:10, 15:13, 16:3, 16:6, 32:12, 33:21, 34:5, 38:22, 69:8, 69:18, 72:10, 72:20
**remind** [3] - 14:12, 14:18, 36:16
**remodeling** [1] - 13:1
**rented** [1] - 15:3
**repair** [1] - 17:10
**rephrase** [1] - 4:8
**report** [1] - 73:23
**Reporter** [2] - 1:15, 2:22
**REPORTER** [1] - 78:25
**reporter** [3] - 4:1, 35:2, 78:3
**reptile** [1] - 39:25
**request** [3] - 4:12, 5:5, 5:8
**require** [3] - 21:15, 36:14, 62:25
**requirements** [4] - 31:12, 31:19, 62:19, 62:23
**requires** [1] - 31:16

**respective** [1] - 2:19
**responds** [1] - 6:1
**responsible** [1] - 17:25
**rest** [1] - 21:25
**restrain** [3] - 60:13, 60:17, 60:20
**rights** [5] - 65:25, 66:6, 66:21, 67:1, 68:3
**rip** [1] - 50:23
**Road** [1] - 1:23
**role** [3] - 17:12, 17:14, 64:13
**room** [2] - 31:5, 36:23
**rototilled** [1] - 22:9
**roughly** [1] - 10:21
**round** [1] - 22:23
**routine** [2] - 24:21
**rule** [2] - 23:23, 24:1
**rules** [1] - 3:13
**Rules** [2] - 2:23, 2:25
**run** [5] - 30:2, 36:24, 37:18, 37:20, 37:21
**running** [5] - 18:19, 29:19, 46:21, 47:22, 58:13
**runny** [2] - 42:11, 43:6
**runs** [1] - 61:11

## S

**sad** [1] - 70:20
**safety** [1] - 24:2
**San** [1] - 52:20
**sat** [1] - 3:11
**save** [1] - 70:10
**saw** [1] - 41:13
**school** [6] - 6:10, 6:12, 6:19, 11:4, 11:16, 56:6
**scoop** [3] - 24:15, 50:3
**scraping** [1] - 45:1
**scratch** [5] - 36:5, 36:25, 50:9, 50:12, 54:7
**scrubbed** [1] - 25:23
**second** [5] - 15:1, 29:11, 68:22, 68:25
**see** [28] - 5:5, 5:8, 17:1, 17:14, 17:18, 21:4, 36:17, 40:6, 43:1, 44:3, 48:7, 51:17, 52:12, 52:14, 52:17, 52:24, 53:1, 53:2, 53:9, 53:13, 53:23, 58:14, 59:2, 69:7, 69:13, 70:20, 71:17, 75:25

**seeing** [1] - 53:11
**seem** [6] - 21:18, 21:21, 37:21, 37:25, 41:7, 50:23
**sees** [1] - 54:13
**self** [3] - 11:8, 11:9, 11:13
**self-employed** [1] - 11:13
**selling** [1] - 63:18
**Sellner** [4] - 1:25, 3:7, 15:13, 24:4
**SELLNER** [7] - 1:8, 1:8, 1:13, 2:3, 2:20, 3:1, 77:1
**sells** [1] - 29:5
**seminar** [1] - 13:17
**seminar-type** [1] - 13:17
**semis** [1] - 11:25
**send** [1] - 13:14
**sense** [1] - 36:1
**separate** [9] - 73:5, 73:6, 73:10, 73:14, 73:15, 73:16, 73:19, 73:22, 74:1
**separated** [1] - 73:11
**serious** [1] - 64:1
**serval** [2] - 43:23, 62:3
**set** [2] - 50:7, 60:19
**Seth** [1] - 9:7
**severe** [1] - 64:16
**shape** [4] - 18:18, 31:1, 31:8, 50:15
**shared** [1] - 7:12
**shavings** [1] - 21:16
**sheep** [8] - 18:1, 18:12, 19:10, 21:11, 25:21, 40:14, 43:6, 58:24
**Shere** [6] - 32:21, 32:22, 33:4, 33:21, 34:13, 34:14
**shop** [1] - 9:25
**Shorthand** [2] - 1:15, 2:22
**shorthand** [2] - 78:2, 78:11
**SHORTHAND** [1] - 78:25
**shot** [1] - 62:16
**shots** [2] - 59:21, 60:3
**show** [1] - 76:6
**sick** [13] - 5:14, 17:19, 40:6, 40:10, 41:5, 41:24, 42:3, 42:4, 42:21, 43:9, 43:16, 64:17, 64:18
**sickness** [1] - 42:23
**side** [7] - 5:7, 27:8,

27:25, 37:20, 44:22, 73:9
**sign** [1] - 42:6
**similar** [1] - 9:18
**sit** [2] - 38:1, 38:11
**site** [1] - 13:15
**sitting** [1] - 38:9
**situation** [2] - 65:15, 65:22
**situations** [1] - 65:14
**six** [1] - 50:25
**size** [10] - 31:2, 31:8, 31:19, 31:20, 36:8, 49:12, 53:24, 55:17, 57:19, 64:2
**sizes** [1] - 62:19
**skid** [4] - 22:14, 22:15, 49:20, 49:22
**skill** [1] - 55:22
**skills** [1] - 58:3
**sleep** [4] - 21:2, 21:8, 21:14, 67:18
**sleeping** [1] - 53:20
**sloth's** [1] - 67:7
**slow** [4] - 9:13, 40:16, 49:21, 56:13
**slowed** [1] - 42:13
**slowed-down** [1] - 42:13
**slowest** [1] - 40:23
**slowly** [1] - 22:6
**small** [15] - 17:17, 24:15, 31:12, 31:21, 36:21, 37:13, 37:14, 39:24, 51:18, 53:7, 53:25, 55:8, 60:24, 61:19, 61:20
**smaller** [4] - 43:25, 52:13, 57:13, 61:24
**smile** [1] - 53:9
**smooth** [1] - 22:23
**snotty** [1] - 62:13
**software** [1] - 30:15
**soiled** [1] - 22:6
**something's** [3] - 25:24, 40:24, 67:24
**sometime** [1] - 70:21
**sometimes** [11] - 22:17, 25:25, 40:5, 49:1, 50:20, 50:21, 50:24, 56:16, 60:17, 66:12, 74:4
**son** [3] - 9:7, 34:3, 47:13
**soon** [3] - 15:23, 16:8, 25:18
**sooner** [1] - 70:25
**sorry** [4] - 41:9, 46:11, 47:16, 56:14
**sort** [2] - 6:16, 9:21

**source** [1] - 54:11
**space** [4] - 31:4, 37:17, 37:24, 58:4
**spacious** [1] - 52:9
**special** [2] - 29:4, 29:6
**specializes** [1] - 10:14
**specifically** [1] - 5:20
**spend** [2] - 24:23, 69:21
**spot** [3] - 20:8, 22:24, 22:25
**St** [2] - 48:16, 51:17
**stalls** [1] - 23:6
**standing** [3] - 26:1, 75:12, 75:18
**start** [8] - 18:7, 19:9, 23:20, 25:19, 41:23, 67:19, 67:23
**started** [7] - 11:5, 12:12, 14:4, 14:7, 15:14, 16:6, 16:10
**starting** [1] - 6:9
**State** [1] - 78:3
**STATES** [1] - 1:1
**stay** [3] - 21:5, 24:25, 50:14
**stays** [2] - 20:20, 21:20
**steel** [3] - 13:18, 13:19, 29:8
**Steffen** [3] - 12:25, 13:6, 13:7
**Steve** [2] - 12:25, 13:4, 13:6
**still** [14] - 5:19, 14:13, 16:1, 16:22, 23:9, 25:7, 37:19, 38:10, 38:19, 41:1, 61:10, 68:20, 70:11, 73:18
**stillborn** [1] - 70:9
**stipulated** [1] - 2:18
**stipulation** [1] - 1:16
**stitches** [1] - 32:18
**stock** [1] - 17:15
**story** [1] - 57:17
**straight** [1] - 25:13
**strapped** [1] - 33:15
**straw** [2] - 21:17, 21:18
**Street** [2] - 1:15, 46:1
**students** [1] - 9:22
**study** [1] - 8:15
**studying** [2] - 8:13, 8:18
**stuff** [151] - 6:21, 7:1, 7:3, 8:1, 8:3, 8:22, 8:25, 9:2, 9:9, 10:6, 10:7, 10:8, 10:9, 12:21, 12:24, 13:2, 13:11, 13:12, 13:17,

13:19, 17:4, 17:16, 17:17, 17:20, 18:19, 19:1, 19:4, 19:16, 19:18, 19:22, 20:17, 21:21, 22:16, 23:7, 24:10, 24:24, 25:19, 25:20, 25:21, 25:23, 25:24, 26:3, 26:4, 27:1, 27:2, 27:3, 27:9, 27:15, 27:16, 27:19, 28:20, 28:22, 28:23, 28:25, 29:9, 30:16, 30:18, 31:5, 32:8, 32:14, 32:17, 33:11, 34:4, 34:5, 36:2, 36:3, 36:12, 36:19, 37:19, 39:3, 39:4, 39:7, 39:9, 39:21, 39:23, 39:24, 39:25, 40:17, 41:16, 42:1, 43:7, 43:12, 43:22, 43:25, 44:5, 44:14, 45:4, 45:5, 45:18, 46:19, 48:1, 48:2, 48:5, 49:18, 50:6, 50:11, 50:25, 51:4, 52:11, 53:10, 53:21, 53:22, 54:12, 54:14, 54:18, 55:19, 56:4, 56:6, 56:7, 56:10, 56:15, 56:22, 57:3, 57:4, 57:5, 57:15, 57:21, 58:1, 58:24, 60:2, 60:3, 60:4, 60:14, 61:3, 61:13, 63:2, 63:3, 63:8, 63:10, 63:18, 63:19, 66:16, 66:18, 67:4, 67:5, 67:16, 67:20, 68:15, 68:17, 68:18, 68:19, 69:22, 70:19, 70:23, 72:15, 73:25, 76:7, 76:8
**style** [1] - 49:25
**Subscribed** [1] - 77:21
**substrate** [1] - 49:23
**suggested** [2] - 12:17, 75:4
**summer** [3] - 18:6, 18:7, 20:21
**summertime** [4] - 20:19, 20:23, 21:2, 38:2
**supplemental** [1] - 24:13
**supplemented** [1] - 24:10
**suppose** [1] - 13:16
**surprise** [1] - 6:4

**surprised** [2] - 34:12, 34:14
**surveillance** [1] - 67:12
**surveillances** [1] - 67:15
**sworn** [3] - 3:2, 77:21, 78:6
**symptoms** [1] - 42:19

## T

**table** [1] - 5:8
**tags** [1] - 44:14
**tame** [3] - 44:12, 44:23, 45:6
**taxes** [2] - 73:18, 73:23
**teach** [1] - 9:22
**team** [1] - 17:13
**tear** [2] - 50:16, 51:2
**technology** [2] - 70:9, 70:10
**ten** [1] - 72:13
**tend** [1] - 62:20
**terms** [2] - 28:14, 56:18
**testified** [1] - 3:3
**testify** [1] - 78:7
**testimony** [2] - 5:12, 78:13
**THE** [1] - 77:1
**therefore** [3] - 44:23, 50:5, 75:19
**thereupon** [1] - 78:9
**they've** [1] - 34:4
**thicker** [1] - 29:16
**thinking** [7] - 33:17, 35:10, 54:23, 64:25, 70:1, 70:10, 72:8
**thinks** [1] - 43:2
**thorough** [3] - 3:12, 24:8, 71:23
**THORSON** [7] - 1:22, 40:16, 49:21, 56:13, 65:2, 74:9, 76:22
**Thorson** [2] - 5:7, 5:18
**thousand** [1] - 55:2
**threat** [6] - 68:4, 68:6, 68:10, 68:12, 68:21, 68:23
**threatened** [3] - 65:25, 66:10, 66:12
**threatening** [2] - 67:2, 68:14
**threatens** [1] - 69:1
**three** [4] - 10:18, 12:11, 12:17, 75:4
**three-quarters** [1] - 75:4

**throw** [1] - 37:7
**tiger** [22] - 22:13, 29:19, 30:25, 31:24, 32:20, 36:23, 37:12, 37:13, 37:17, 37:21, 37:24, 41:5, 41:19, 43:9, 43:10, 45:8, 50:13, 50:19, 51:4, 52:6, 52:24, 61:25
**tigers** [31] - 18:1, 19:16, 20:12, 21:9, 21:10, 22:15, 27:24, 27:25, 32:10, 35:13, 36:12, 38:15, 49:7, 50:7, 50:16, 50:23, 51:4, 52:10, 52:12, 52:14, 53:11, 54:7, 57:7, 57:10, 58:17, 58:22, 59:1, 59:8, 62:1, 70:22, 71:22
**tight** [1] - 67:18
**tines** [1] - 23:5
**tiny** [1] - 23:5
**tire** [1] - 51:1
**title** [1] - 78:6
**TO** [1] - 77:1
**today** [2] - 5:12, 6:7
**together** [2] - 54:20, 56:16
**Tom** [1] - 29:11
**TOM** [6] - 1:8, 1:13, 2:3, 2:20, 3:1, 77:1
**took** [4] - 32:18, 33:14, 35:23, 38:24
**top** [2] - 10:10, 53:20
**torch** [1] - 7:9
**tornado** [1] - 65:10
**tornadoes** [1] - 65:1
**total** [5] - 39:12, 75:6, 75:7, 75:8, 75:9
**touching** [1] - 78:8
**tough** [2] - 54:3, 56:25
**toys** [7] - 50:10, 50:19, 51:7, 51:8, 51:9, 54:7, 54:23
**TRACEY** [1] - 1:3
**trade** [2] - 6:15, 8:23
**tradesman** [1] - 9:6
**traffic** [1] - 58:18
**training** [6] - 6:16, 13:14, 13:20, 55:24, 58:1, 59:13
**transcribed** [1] - 78:11
**transcription** [1] - 78:12
**treated** [1] - 62:4
**treatment** [1] - 20:8
**trees** [1] - 67:23
**trial** [1] - 48:17
**tried** [8] - 22:8, 28:18,

28:19, 29:25, 30:1, 30:6, 47:10, 67:13
**truck** [2] - 11:15, 11:20
**true** [1] - 78:13
**truth** [1] - 78:7
**truthful** [1] - 5:13
**try** [7] - 28:24, 30:8, 48:6, 54:20, 64:3, 69:25, 70:25
**trying** [7] - 29:19, 30:18, 30:24, 32:11, 34:25, 51:18, 60:21
**tub** [1] - 38:1
**tube** [2] - 38:8, 38:11
**tubes** [1] - 68:19
**tubing** [1] - 29:8
**turn** [1] - 42:1
**turned** [1] - 42:20
**twenty** [1] - 72:13
**twice** [1] - 20:24
**two** [15] - 6:18, 26:23, 27:24, 27:25, 29:8, 37:4, 37:6, 37:9, 56:5, 57:14, 73:5, 73:13
**two-by-two** [1] - 29:8
**type** [5] - 13:17, 30:19, 64:15, 64:24, 76:15
**types** [2] - 12:7, 13:19
**typical** [1] - 18:4
**typically** [1] - 48:2

## U

**unable** [1] - 6:1
**under** [5] - 39:13, 39:18, 62:24, 73:18, 78:10
**undersigned** [1] - 78:2
**understood** [1] - 4:6
**UNITED** [1] - 1:1
**unless** [6] - 5:20, 20:16, 35:15, 40:2, 60:20, 62:7
**unlikely** [1] - 6:4
**unloading** [1] - 12:7
**unmanageable** [1] - 57:18
**unsurmountable** [1] - 55:11
**up** [64] - 7:8, 7:17, 9:7, 9:10, 10:7, 14:22, 15:6, 15:8, 15:9, 15:17, 15:21, 18:8, 18:10, 18:17, 19:5, 19:7, 19:12, 19:13, 19:16, 19:18, 19:19, 19:22, 20:1, 20:5,

20:16, 21:1, 21:20, 22:9, 22:10, 23:7, 25:1, 25:2, 27:10, 27:16, 27:19, 28:7, 30:18, 32:8, 32:11, 32:16, 35:24, 36:20, 37:5, 41:17, 45:1, 47:1, 48:7, 48:20, 50:7, 50:23, 51:2, 51:5, 51:19, 56:24, 59:2, 60:1, 60:6, 60:19, 61:8, 61:11, 62:7, 67:6, 67:22, 71:15
**updated** [1] - 49:8
**updating** [2] - 49:6, 49:9
**USDA** [10] - 31:11, 31:16, 31:18, 36:13, 37:15, 44:15, 54:14, 62:19, 62:25, 63:8
**useful** [1] - 47:21

## V

**vacation** [4] - 75:23, 75:24, 76:5, 76:10
**vacations** [1] - 76:5
**Valley** [1] - 6:11
**values** [1] - 58:11
**various** [2] - 6:20, 9:3
**verbally** [1] - 3:23
**versus** [1] - 36:4
**vet** [2] - 42:25, 62:14
**veterinarian** [3] - 60:15, 60:22, 61:5
**veterinarians** [1] - 59:16
**veterinary** [1] - 59:13
**vets** [7] - 17:20, 43:1, 43:13, 54:14, 58:2, 62:11, 71:16
**vice** [1] - 76:14
**Vicki** [2] - 1:15, 2:21
**video** [1] - 67:12
**view** [1] - 26:16
**vigilant** [1] - 24:3
**visitors** [1] - 53:17
**vitamins** [1] - 24:14
**vocational** [1] - 13:21
**voice** [2] - 28:4, 28:5
**volunteer** [1] - 57:15
**volunteers** [1] - 27:1
**vs** [1] - 1:7

## W

**wait** [1] - 38:7
**wake** [1] - 67:22
**walk** [2] - 19:12, 20:2,

28:1, 28:6, 40:13, 61:7
**walk-through** [1] - 20:2
**walking** [1] - 68:1
**Wall** [1] - 46:1
**wants** [3] - 31:5, 37:22, 40:2
**warm** [1] - 21:13
**watch** [3] - 44:3, 45:2, 59:5
**watching** [5] - 39:23, 40:25, 41:23, 53:10, 76:17
**water** [7] - 18:20, 26:1, 26:2, 38:2, 44:9, 63:4, 63:6
**waterers** [4] - 18:19, 25:22, 45:5, 63:2
**Waterloo** [1] - 78:22
**watery** [1] - 42:12
**ways** [1] - 64:10
**weather** [4] - 20:25, 41:22, 42:2, 64:17
**week** [1] - 20:24
**weeks** [1] - 50:24
**weight** [1] - 29:24
**welcome** [2] - 4:25, 5:5
**welder** [2] - 7:9, 7:13
**welding** [9] - 6:25, 7:21, 8:5, 9:20, 9:23, 9:24, 28:12, 29:3, 55:23
**Welfare** [1] - 62:24
**West** [1] - 1:14
**wet** [1] - 20:17
**whole** [2] - 38:7, 57:3
**wife** [7] - 3:10, 27:23, 59:18, 64:12, 69:13, 72:24, 74:25
**wife's** [1] - 3:11
**winter** [1] - 24:21
**wintertime** [2] - 18:6, 21:5
**wire** [1] - 29:3
**wiring** [1] - 29:7
**Wisconsin** [2] - 51:19, 51:23
**wish** [2] - 54:2, 71:5
**witness** [2] - 78:5, 78:9
**Witness** [1] - 77:19
**witness'** [1] - 78:7
**wolf** [2] - 45:7, 62:3
**wolves** [11] - 44:1, 44:5, 44:6, 44:16, 44:18, 44:19, 44:20, 44:22, 49:5, 49:7, 71:24

**wood** [1] - 21:16
**word** [3] - 24:12, 42:15, 73:3
**works** [5] - 21:17, 36:8, 36:21, 55:8, 63:22
**worry** [3] - 16:21, 30:5, 75:13
**written** [1] - 8:23

## Y

**yard** [1] - 68:1
**year** [12] - 10:25, 11:18, 14:18, 15:2, 22:17, 22:18, 49:6, 50:16, 50:21, 51:2, 72:10
**years** [16] - 9:6, 10:19, 11:7, 12:9, 12:12, 12:17, 15:10, 22:6, 28:12, 28:22, 50:15, 51:19, 56:5, 72:13
**yell** [2] - 19:17, 40:20
**yelled** [3] - 33:9, 33:10, 33:11
**yelling** [1] - 32:15
**yesterday** [1] - 31:23
**York** [1] - 52:21
**young** [2] - 9:22, 69:16

## Z

**ZOO** [1] - 1:9
**zoo** [49] - 9:10, 9:16, 15:15, 15:18, 16:11, 16:13, 17:24, 18:5, 18:10, 19:11, 20:3, 26:9, 26:12, 39:3, 39:16, 45:14, 45:19, 46:21, 47:22, 48:2, 48:5, 48:9, 48:16, 52:19, 52:21, 53:7, 55:8, 55:17, 56:20, 58:13, 58:16, 59:4, 60:18, 61:15, 67:14, 68:7, 68:23, 69:7, 72:4, 72:25, 73:4, 73:8, 73:20, 74:20, 74:21, 74:22, 75:3
**Zoo** [6] - 3:10, 17:14, 35:20, 48:15, 74:11, 74:14
**zoos** [12] - 36:20, 36:21, 46:16, 48:15, 51:11, 51:15, 51:25, 52:5, 52:10, 54:14, 55:11, 67:6

Ex. 7-0512

**1**

```
 1          IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF IOWA
 2

 3   TRACEY K. KUEHL, an individual;
     LISA K. KUEHL, an individual;
 4   KRISS A. BELL, an individual;
     JOHN T. BRAUMANN, an individual;
 5   and ANIMAL LEGAL DEFENSE FUND,
     a non-profit corporation,
 6
                    Plaintiffs,
 7
     vs.
 8                                  No. C14-2034-LRR
     PAM SELLNER, an individual;
 9   TOM SELLNER, an individual;
     and CRICKET HOLLOW ZOO,
10   a non-profit corporation,

11                  Defendants.

12

13        DEPOSITION OF JOHN H. PRIES, DVM, taken on
     behalf of the Plaintiffs on March 19, 2015,
14   commencing at 1:30 p.m., at the Elkader Public
     Library, 130 North Main Street, Elkader, Iowa,
15   before Vicki L. Newgard, Certified Shorthand
     Reporter of Iowa, pursuant to stipulation.
16

17

18

19   APPEARANCES:

20        MR. JEFFREY PIERCE and MS. JESSICA BLOME,
     Attorneys at Law, Animal Legal Defense Fund,
21   170 East Cotati Avenue, Cotati, California 94931;
     Counsel for the Plaintiffs.
22
          MR. LARRY J. THORSON, of the firm of Ackley,
23   Kopecky & Kingery, Attorneys at Law, 4056 Glass
     Road NE, Cedar Rapids, Iowa 52402; Counsel for the
24   Defendants.

25        ALSO PRESENT:  Ms. Pam Sellner
```

**2**

```
 1                    I N D E X

 2                                            Page

 3   JOHN H. PRIES, DVM

 4        Examination by Mr. Pierce              3

 5

 6

 7   DEPOSITION EXHIBITS                    Identified

 8   A -- Subpoena                              9

 9   B -- Photograph from Facebook             37

10   C -- Photographs from Facebook -- Six Pages  40

11   D -- Peter H. Klopfer C.V.                95

12   E -- Dr. Jennifer Conrad C.V.             98

13   F -- Photograph of Lemur                 118

14   G -- Photograph of Red Ruffed Lemur      118

15   H -- Photograph of Tiger                 132

16   I -- Photographs of Coyotes -- Four Pages  137

17   J -- Photograph of Serval                141

18   K -- Photograph of Lion (Bottom Photograph)  144

19

20

21

22        * * * * * * * * * * *

23

24

25
```

ORIGINAL

**3**

```
 1                S T I P U L A T I O N

 2        It is stipulated and agreed by and between

 3   Counsel for the respective parties that the

 4   deposition of JOHN H. PRIES, DVM, may be taken on

 5   the 19th day of March, 2015, before Vicki L.

 6   Newgard, Certified Shorthand Reporter of Iowa; that

 7   the deposition is taken pursuant to the Federal

 8   Rules of Civil Procedure and may be used for all

 9   purposes contemplated by said Rules.

10
```

```
11        * * * * * * * * * * *

12

13             JOHN H. PRIES, DVM,

14   being produced, sworn as hereinafter certified and

15   examined on behalf of the Plaintiffs, testified as

16   follows:

17                   EXAMINATION

18   BY MR. PIERCE:

19        Q.   So thank you, Dr. Pries.  I introduced

20   myself as Jeff Pierce.  I'm an attorney for the

21   plaintiffs.  This is my colleague, Jessica Blome.

22   Would you mind stating your full name and spelling

23   it for the record?

24        A.   John H. Pries.  J-o-h-n  P-r-i-e-s.

25        Q.   Thank you.
```

**4**

```
 1        MR. PIERCE:  And I'd like for the record

 2   to reflect that Pam Sellner is present, who has

 3   been certified as an expert in some of the same

 4   areas as Dr. Pries.

 5        Q.   (MR. PIERCE)  So, Dr. Pries, have you

 6   ever had your deposition taken before?

 7        A.   Yes.

 8        Q.   You have.  Okay.  When was that?

 9        A.   It would have been late '90s.  A farm

10   client, an attorney, and an insurance company.

11        Q.   Okay.  What sort of a case was it?

12        A.   They sold uninspected pigs to a client

13   and severe death loss in the pigs.  And the

14   insurance company for the sale barn didn't want to

15   pay, and they paid.

16        Q.   And you represented which party?

17        A.   The farm client.

18        Q.   Was that the only time you were deposed?

19        A.   We had a vaccine question, it would have

20   been about '92, with Bayer Animal Health and the

21   dairy farm and our vet clinic.

22        Q.   Bayer Animal Health?

23        A.   They owned the Diamond Scientific at the

24   time.

25        Q.   B-a-y-e-r?
```

5

1    A.   B-a-y-e-r.

2    Q.   Bayer. All right. Any other time?

3    A.   I can't remember.

4    Q.   Okay. So you know a little bit about how

5 this works, but you've just been sworn in by the

6 court reporter, so you're now under oath, so, you

7 know, we'll expect that your answers will be

8 truthful and you testify here under penalty of

9 perjury. It's important, obviously, that you

10 understand all the questions that I ask you, and if

11 you provide a response, I'll assume that you've

12 understood. So if my questions are ever confusing,

13 please ask me to rephrase or clarify. Will you do

14 that?

15    A.   Yes. That's fine.

16    Q.   Thank you. And it's important, I think

17 you realize, that since this is on the record, a

18 verbal response will be necessary, and yes is

19 preferable to uh-huh, because she won't be able to

20 register nods or other kinds of gestures. So you

21 agree to do that?

22    A.   (Nods yes.) Yes.

23    Q.   There you go. Thank you. So because the

24 court reporter is trying to record our

25 conversation, we'll do our best to speak one at a

6

1 time. 'Cause if we interrupt or talk over each

2 other, it will be impossible for her to get

3 everything down. So I'll allow you to speak and

4 you'll allow me to speak. Does that sound okay?

5    A.   Yeah.

6    Q.   Okay. So if you don't know the answer to

7 a question, you don't need to guess. Sometimes it

8 might be okay to provide an estimate, and you can

9 explain the range of estimate and why you would

10 make that estimate. Is that okay?

11    A.   (Nods yes.)

12    Q.   You may not remember something during the

13 particular question, but if you remember it later,

14 you're welcome to introduce the memory later on in

15 the conversation at any point that you wish to do

16 that. Is that okay?

17    A.   Yes.

18    Q.   Okay. And sometimes while answering a

19 question you may think of a document that would

20 help you answer the question, whether because you

21 want to show us something or whether because it

22 refreshes your memory, you're entitled to look for

23 that document and pull it out if it's helpful to

24 you. So will you do that?

25    A.   Yeah.

7

1    Q.   Okay. We can take breaks regularly. The

2 federal rules give us seven hours to do this

3 deposition. None of us hopes to be here for seven

4 hours, but we may be here for several. So we can

5 take a break at any time, and then you can request

6 a break at any time. If you ever wish for a break,

7 the only thing I would ask is that if I've already

8 asked you a question, that we first answer the

9 question and then take our break. Is that okay?

10    A.   Yeah.

11    Q.   Okay. As I ask you questions, from time

12 to time Mr. Thorson may wish to register an

13 objection to the question that I pose, but you're

14 still entitled to raise the -- to answer the

15 question unless Mr. Thorson specifically instructs

16 you not to answer the question. In other

17 situations, I may register my own objections,

18 mainly to preserve them on the record. But in any

19 case, I'll have you answer each of the questions

20 that I ask you. Is that okay?

21    A.   Yeah.

22    Q.   Okay. After the deposition is complete,

23 the court reporter will create a booklet that shows

24 the entire length of our conversation. You'll have

25 a chance to review that booklet, and you can even

8

1 make any changes to it that you might wish if you

2 think something was misrepresented or maybe you

3 have a correction to offer, and after you've made

4 those corrections, the attorneys can also then make

5 notes about the difference between the first

6 version and the second version. Understood?

7    A.   Yes.

8    Q.   Okay. Is there any reason today that you

9 wouldn't be able to testify accurately and

10 truthfully?

11    A.   No.

12    Q.   Okay. You're not taking any medication

13 that would make it difficult for you --

14    A.   No.

15    Q.   -- or any other reason you can think of?

16 Okay. And then this question isn't designed to

17 offend you, but it's standard in depositions. Have

18 you ever been convicted of a felony?

19    A.   No.

20    Q.   Have you ever been convicted of a

21 misdemeanor?

22    A.   No.

23    Q.   Okay. Great. Thank you. I'm going to

24 hand you, after I have the reporter make it for us,

25 a copy of your subpoena, which we will mark as

Ex. 7-0514
2 of 58 sheets

9

1 Exhibit A.
2        (Deposition Exhibit A marked for
3 identification, as requested.)
4    Q.  (MR. PIERCE)  So this is the subpoena
5 that would have been delivered to you.  I just
6 wanted to make sure that you had seen it
7 previously.
8    A.  Yes.
9    Q.  Did you review it?
10    A.  Yes.
11    Q.  Okay.  Do you have any questions about
12 it?
13    A.  No.
14    Q.  And do you understand that we're
15 discussing the Cricket Hollow Zoo today pursuant to
16 this subpoena?
17    A.  Yes.
18    Q.  Okay.  Thank you.  So I'd like to ask you
19 a couple questions about your relationship to
20 Mr. Thorson.  When did Mr. Thorson hire you as an
21 expert for this case?
22        THE WITNESS:  When did you hire me?
23        MR. THORSON:  That's a misstatement of
24 what's been stated in the record so far.  We have
25 not hired you as an expert witness.  We just said

10

1 you had expert opinions.
2    Q.  (MR. PIERCE)  So you've not been hired as
3 an expert.
4    A.  No.
5    Q.  Okay.  Are you being paid to testify?
6    A.  No.
7    Q.  Okay.  What have you been asked to do
8 related to this case, if anything?
9    A.  To support Pam on this lawsuit so I can
10 be of some help.
11    Q.  Okay.  And how was that communicated to
12 you?
13    A.  She called me or talked to me when I was
14 at the zoo.  And I go there and inspect at least
15 once a year, or go down if she's got problems, or
16 she brings animals up to us to look at.  So contact
17 her, we probably talk at least two or three times a
18 year.  Usually I do my inspection down there in
19 August or September, when I'm not so busy with
20 everything else.
21    Q.  So Pam asked you if you would offer
22 support in this case; is that correct?
23    A.  Well, if there's some questions I can
24 answer that help her, yeah.
25    Q.  Did Mr. Thorson ever ask you for help in

11

1 this case?
2    A.  This is the first time I've ever met
3 Mr. Thorson.
4    Q.  Okay.  So you've not been given an
5 assignment of any kind.
6    A.  No.
7    Q.  Okay.  Mr. Thorson didn't prepare you in
8 any way for your testimony today?
9    A.  We haven't talked 'til today.
10    Q.  Okay.  But you did speak today?
11    A.  No.  Just now.
12    Q.  Just now.
13    A.  Yeah.
14    Q.  Okay.  Have you reviewed any materials in
15 advance of today's conversation?
16    A.  I don't know when we sent down the stuff
17 we had in our records for Pam.  The secretaries
18 copied it over and I just kind of perused through
19 it.
20    Q.  Did Pam ever send you any records to
21 review?
22    A.  No.
23    Q.  Okay.  And you've not seen any of the
24 legal documents related to the case?
25    A.  No.

12

1    Q.  Did you do anything else to help you
2 prepare for our conversation today?
3    A.  I'm just here.
4    Q.  Okay.  So I take that to mean you didn't
5 review publications of any kind.
6    A.  I've only got one book from the USDA on a
7 zoo, and there's not much in there on
8 veterinarians.
9    Q.  What book is that?
10    A.  A USDA book on zoos.
11    Q.  Is that what it's called?
12    A.  Kind of.  It's government something.
13    Q.  You don't remember the title?
14    A.  No.  I can go back and get it, but I'm
15 not too crazy about it.
16    Q.  To the best of your knowledge, what do
17 you think the title might be?
18    A.  I'm sure it has zoo and captive animals
19 or something in it, but it doesn't pertain to most
20 of our work on livestock or horses.
21    Q.  What does it pertain to?
22    A.  Well, more just the handling and shipping
23 like out of state with different animals that are
24 normally considered for zoos and domesticated
25 animals.

Ex. 7-0515

13

1   Q.   Do you know when it was published?
2   A.   I think they probably just did one last
3   year and updated it.  I think it's a fairly new
4   part of the United States Department of
5   Agriculture, but --
6   Q.   So you obtained it recently.
7   A.   Yeah.  Probably last fall, I suppose.
8   Q.   Okay.
9   A.   We met with our regional guys from
10  Colorado Springs, they stopped by, and inspectors
11  from southern Iowa or western Illinois.
12       THE WITNESS:  Where was it, Pam?
13       MS. SELLNER:  Clear Lake, maybe.
14  A.   Clear Lake, maybe.
15  Q.   (MR. PIERCE)  Yeah.  You don't need to
16  discuss anything with Mr. Thorson or with Pam
17  today.  You're welcome to talk to them after the
18  deposition.  But Pam is here only to observe and
19  not to participate and not to provide any answers
20  or corrections.
21       Okay.  So what was the name of the guy
22  from Colorado Springs?
23  A.   I can't remember.
24  Q.   He's with USDA?
25  A.   Uh-huh.

14

1   Q.   What's his role?
2   A.   I think he was the guy in charge of the
3   inspectors for the Midwest, and he was just -- he
4   was a veterinarian.  And I think he just happens to
5   live in Colorado Springs, and since he covers east
6   of the Rockies, I thought that was fine.
7   Q.   And when did you meet with him?
8   A.   It was in maybe August or September last
9   year.
10  Q.   Related to anything in particular?
11  A.   Not really.  He was just coming through
12  meeting all of the inspectors through the Midwest,
13  so he come up, 'cause I was one of the
14  veterinarians working for the zoo for inspection.
15  Q.   So did he approach you directly or
16  through an inspector that inspects Pam's zoo?
17  A.   I just got back from a call and the
18  secretary said this guy's from USDA and wants to
19  visit with you.
20  Q.   Okay.
21  A.   Introduced himself.
22  Q.   So what was the nature of your
23  conversation with him?
24  A.   He goes to a lot bigger zoos than we
25  have, and just talked about animals and zoos.

15

1   Different types and the different zoos he's at.
2   Q.   What did you discuss specifically about
3   Cricket Hollow Zoo?
4   A.   I don't remember anything specific.
5   Q.   You mentioned that he goes to a lot
6   bigger zoos than Pam's zoo.  Did you talk more
7   about the size of Cricket Hollow Zoo?
8   A.   Just that it was one of the small ones.
9   Q.   Did you talk about any of the specific
10  animals at the zoo?
11  A.   Not that I remember.
12  Q.   Did you talk about the conditions of the
13  zoo?
14  A.   Not that I remember.
15  Q.   So you don't remember really anything
16  about that conversation?
17  A.   No.
18  Q.   Okay.
19  A.   No.
20  Q.   So the guy from Colorado Springs called
21  your office while you were away --
22  A.   (Nods no.)
23  Q.   No.
24  A.   He just came.
25  Q.   He visited your office unannounced.

16

1   A.   Yeah.
2   Q.   Did he state his intention for coming to
3   your office?
4   A.   He was in the area and he was headed
5   west, and he was just meeting with different
6   inspectors that USDA hires.
7   Q.   Okay.  But you're not an inspector for
8   the USDA.
9   A.   No.  I won't work for USDA.
10  Q.   Did the man from the USDA give you any
11  advice?
12  A.   No.  I really didn't visit with him that
13  much.
14  Q.   Okay.
15  A.   He gave me a card.  I've still got his
16  card.  He had the inspector in the area send me
17  this zoo book.  I dug through it seeing if there's
18  something specific for veterinarians, and there's
19  not much in it.
20  Q.   Uh-huh.  And why wouldn't you work for
21  USDA?
22  A.   I worked for the State Department of
23  Agriculture for a while and it's bureaucratic
24  bullshit, so I'd rather be in practice on my own
25  and the less government the better.

Ex. 7 0516

17

1    Q.   So you think the state and the federal
2  oversight of zoos is equally bullshit?
3    A.   I don't like government.
4    Q.   Okay.  Did you tell your visitor that you
5  didn't like government?
6    A.   No.  I don't need him coming back.  I
7  like the people I work for and we get along fine,
8  so --
9    Q.   Okay.  Do you expect that you'll be paid
10  for your participation in this trial work?
11    A.   No.
12    Q.   Okay.  And you've not yet been paid for
13  anything.
14    A.   No.
15    Q.   Okay.  So the subpoena that we reviewed a
16  minute ago suggested that you would bring records
17  with you today.  You told me you reviewed the
18  subpoena; is that correct?
19    A.   Yes.
20    Q.   So on the first page of the subpoena, it
21  says you, or your representatives, must also bring
22  with you to the deposition any writings, documents,
23  notes, photographs, or tangible things in your
24  possession that relate to any opinions you intend
25  to offer in support of defendants Tom and/or Pamela

18

1  Sellner and/or Cricket Hollow Zoo.  Did you bring
2  any documents with you today?
3    A.   The only thing we had was -- we mailed to
4  the attorney earlier.
5    Q.   So we have everything already on which
6  you plan to base your opinions.
7    A.   Yes.
8    Q.   Okay.
9    A.   I thought they'd be here if I need to
10  look at them, so I didn't bother copying them off
11  again.
12    Q.   Do you remember what was among those
13  documents?
14    A.   Probably the bills after I'd been there
15  on a visit or some animals we'd treated or done
16  surgery at the vet clinic.
17    Q.   Who prepared those documents for
18  Mr. Thorson to deliver to us?
19    A.   That would have been my secretary, Jean
20  Whittle.
21    Q.   Did you review the documents that your
22  secretary compiled?
23    A.   Just looked through them.  I'd written
24  them anyway.
25    Q.   Do these look familiar to you?  Are these

19

1  the documents that you provided through
2  Mr. Thorson?
3    A.   Yes.  Yeah.
4    Q.   Yeah?  Okay.  Do you know where your
5  secretary would have searched for these documents?
6    A.   They would have been in Pam Sellner's
7  file.  In the computer under her account.
8    Q.   Do you know if your secretary would have
9  also searched, maybe, for business emails?
10  Correspondence of any kind?
11    A.   I don't think Pam and I have ever done
12  anything on email.
13    Q.   Well, these files that I showed to you
14  just now, is that the total of the records that
15  your office has on Pam Sellner?
16    A.   Yes.
17    Q.   That's every record that your veterinary
18  clinic has on the Cricket Hollow Zoo?
19    A.   Yes.
20    Q.   So there's no other record that your
21  office has kept --
22    A.   No.
23    Q.   -- on Cricket Hollow Zoo.  Okay.  So
24  let's talk a little bit about your educational
25  background and your veterinary training.  Why don't

20

1  you tell me about your background beginning with
2  your college degree.
3    A.   I have a B.S. in agronomy from Iowa State
4  with minors in zoology and botany, and then I
5  farmed for eight years for two different farms, I
6  went to vet school and graduated, went to Victor,
7  Iowa, 'til about '02, worked for the State, worked
8  at Grinnell, and then moved up here in '04.
9    Q.   Okay.  I'm going to have you back up a
10  little bit so that I can be sure to get that
11  information in an organized fashion.  What year did
12  you graduate from Iowa State?
13    A.   '75.
14    Q.   '75.  And that was your agronomy degree?
15    A.   Yes.
16    Q.   Okay.  And you minored in zoology.  Do
17  you remember any of your zoology coursework?
18    A.   Limnology with mainland -- or inland
19  waters, comparative anatomy, the basic zoology,
20  ornithology, geology, soil microbiology.  I think
21  that was it.
22    Q.   I'm not familiar with limnology.
23    A.   That's inland waters.  Fresh waters.
24    Q.   Okay.  Anything related to wildlife?
25    A.   The ornithology.

Ex. 7-0517

21

1    Q.   The ornithology?  Okay.  Was any of your
2  agronomy coursework related to wildlife?
3    A.   Overlapped with the microbiology.
4    Q.   Okay.
5    A.   And the water, tiles and terraces and
6  irrigation and rotational stuff which fit in with
7  some of the water studies.
8    Q.   And then you say you worked -- you farmed
9  for eight years?
10   A.   Yeah.  I worked for a farmer in western
11 Iowa for four years and I raised Angus cattle in
12 central Iowa for four years.
13   Q.   So you were four years raising Angus
14 cattle.
15   A.   Yeah.
16   Q.   What were the other four years?
17   A.   Grain farmer with cattle in western Iowa.
18   Q.   Were you working for yourself or with a
19 company?
20   A.   No, these are private-owned farms.
21   Q.   Private-owned farms?
22   A.   Yeah.  Manager/employee.
23   Q.   Okay.  What was your role in the grain
24 and cattle farm?
25   A.   I took care of about a thousand head of

22

1  cattle and the cow herd was about 150 cows, and
2  2,200 acres of corn and soybeans.
3    Q.   What was your relationship -- what role
4  did you play concerning the health of those animals
5  at that time?
6    A.   I oversaw all the health on those
7  animals.
8    Q.   Okay.  Was there a veterinarian?
9    A.   Yes.  There was -- the main one was
10 Dr. Wand from Jefferson, Iowa.
11   Q.   So those eight years, first breeding
12 cattle, second, Angus cattle, and then vet school;
13 is that right?
14   A.   Yes.
15   Q.   What year was that, then?
16   A.   '82 to '87.
17   Q.   And tell me again where you went to vet
18 school?
19   A.   Iowa State.
20   Q.   Tell me about your studies at vet school.
21   A.   Vet school.  Anatomy the first year,
22 physiology and pathology and diagnostics and
23 treatments and surgery.
24   Q.   Standard coursework?
25   A.   For vet school.

23

1    Q.   Did you specialize in anything?
2    A.   Large animal medicine and production.
3    Q.   So what animals are included in large
4  animal medicine?
5    A.   Cattle and pigs.
6    Q.   Okay.  So what coursework might you have
7  had at Iowa State not related to cattle and pigs?
8    A.   There was a rehabilitation thing for
9  wildlife, and basically we had predatory birds when
10 I was in there, red-tailed hawks, one bald eagle,
11 and that's -- there might have been some smaller
12 birds.  I can't remember what they were, but -- we
13 got them fixed up and then to a rehab center in
14 Boone and then we tried to get them acclimated to
15 release, and I've heard -- they still do it there,
16 but the thing in Boone doesn't exist anymore, so --
17 I don't know where they go with them now.
18   Q.   Is that a rehab hospital in Boone?
19   A.   It was --
20   Q.   Or a rescue center?
21   A.   It was like a rescue center.  They had to
22 be eating and getting around before they went to
23 Boone.  And once they could handle that and they
24 knew they could hunt on their own, then they'd try
25 to release them.  A lot of times they couldn't, so

24

1  they would -- it used to be they'd end up in like,
2  a county park or something with an exhibit.  We
3  used to have some down here south of Elkader, but
4  because of the federal laws on bald eagles because
5  of the Indian population, the whole bird's holy, so
6  we'll probably never get another one back.  And the
7  other ones got old and died and they just are
8  unable to come there anymore, so --
9    Q.   So that was -- was that a course that you
10 took or like a --
11   A.   No, you volunteer.
12   Q.   It's volunteer?
13   A.   You volunteer for that.
14   Q.   Okay.
15   A.   We've had eagles flying down the hall of
16 the vet school and they land on your arm and you
17 hope they didn't take your eyes out.  Normally they
18 get used to humans pretty good, for some reason.
19   Q.   So was there any wildlife coursework at
20 Iowa State when you were in vet school?
21   A.   No, we had to make it up.  Now I think
22 they have something, but they didn't when I was
23 there.  Just -- there was enough residents that
24 were interested in taking care of some of the
25 wildlife, so -- it was kind of an offshoot from

Ex. 7-0518
6 of 58 sheets

25

1  intensive care.  You could spend time at the
2  rehabilitation center, so --
3      Q.    You mentioned you had bald eagles.  You
4  were working with bald eagles or not working --
5      A.    We had one bald eagle when I was a
6  senior.  It had a broken wing, and we got that
7  healed and it went to Boone, but I never heard what
8  happened to it after that.
9      Q.    And you mentioned something about federal
10  law?
11      A.    Yeah.  When I worked with -- the Osborn
12  Center down here, Marty's the caretaker, and I
13  asked him if they were going to get a bald eagle
14  back, and he said here a few years ago that the
15  American Indians passed something that said, you
16  know, really, to us, bald eagles are, like, holy.
17  We don't really want them in these cages.  So I
18  guess they take the birds that can't fly anymore,
19  and I don't know what they do with them.
20      Q.    I see.  And as you understand it, the
21  American Indians lobbied Congress, I guess, to pass
22  a federal law about that?
23      A.    I don't remember what happened
24  specifically, but I thought, well, you know, to
25  them it's way more important than what we

26

1  considered them.  But the bird we had down there
2  couldn't fly and they -- it was alive because they
3  fed it all the time and they took care of it in the
4  wintertime and it was back out in the spring.  But
5  it would never fly.  The leg had been busted -- or
6  the wing had been broke, so --
7      Q.    Thank you.  Do you have experience,
8  Dr. Pries, as a -- I guess you have experience as
9  an expert.  You mentioned you were twice deposed
10  previously.  The insurance case and then something
11  about the vaccine.
12      A.    They're both insurance cases.
13      Q.    They were both insurance cases.  Okay.
14  Do you have any publications to your name?
15      A.    No.
16      Q.    No?
17      MR. PIERCE:  Do we have a copy of
18  Dr. Pries's resume?  Do you know?
19      MS. BLOME:  We should.
20      MR. PIERCE:  Larry, do you know if we
21  have a copy of it?
22      MR. THORSON:  You should have it.  It's a
23  one-page document, I think, so --
24      MR. PIERCE:  Okay.  Do you know --
25      MR. THORSON:  Are we off the record?

27

1      MR. PIERCE:  Sure.  Yeah.
2      (Discussion off the record.)
3      Q.    (MR. PIERCE)  So this is the copy of the
4  resume that we received through Mr. Thorson.
5      A.    That's what they typed up for me, yeah.
6      Q.    Who typed it for you?
7      A.    My secretaries.
8      Q.    Okay.
9      A.    I wrote it out and they typed it.
10      Q.    Are there any facts about your expertise
11  not on your resume that we should know about?
12      A.    That's college education there.
13      Q.    Okay.  So you're licensed before the Iowa
14  Veterinary Board?
15      A.    (Nods yes.)
16      Q.    Have you ever had any disciplinary
17  actions before that board?
18      A.    No.
19      Q.    Okay.  What other training or coursework,
20  apprenticeships --
21      MR. THORSON:  Excuse me.  I have to take
22  a break for one second, get some water.
23
24      (Recess)
25

28

1      Q.    (MR. PIERCE)  So I wanted to circle back,
2  Dr. Pries, about your former depositions.  Just to
3  make sure that I didn't misunderstand, in those
4  insurance cases, were you certified as an expert
5  witness or as a fact witness?  Do you remember --
6      A.    Well, I believe both.  The pig case was a
7  client that got a couple hundred pigs and mixed
8  them with his home-raised pigs and then they
9  started getting sick and died, and he talked to the
10  feed man and co-ops and then finally called us up
11  and did some postmortems and had all kind of
12  diseases and just knew it was a screwup.
13      But he said he bought them from the sale
14  barn in Sigourney, and I knew the veterinarian down
15  there was an inspector for that barn, and he had
16  never seen the pigs.  So the owner of the barn had
17  these -- apparently they knew they were sick and
18  got them sold to this guy quite a -- you know, it
19  was probably 50, 60 miles away, thought they'd
20  never hear about it again.  But he lost so many of
21  those pigs plus his own that he wanted to get, you
22  know, some kind of payback or not have to pay for
23  the pigs that were sick.
24      Q.    So what role did you play in that case?
25      A.    I did the diagnostic work, sent it off to

Ex. 7-0519

29

1    Iowa State, and just had to testify what we'd done.
2        Q.   I see.
3        A.   And then the -- and the insurance company
4    out of Ottumwa or Oskaloosa went ahead and paid.
5    So, I mean, it never went to court.  They just
6    settled it.
7             And the other one was over a vaccine from
8    Diamond Scientific that basically I was saying that
9    the way they studied BVD at Iowa State lab, disease
10   lab, wasn't the way this BVD acted, this Bovine
11   Virus Diarrhea in cattle.  So now they have type 1
12   and type 2 BVD.  So after losing all these cattle
13   and stuff, and, of course, they sued us and the
14   vaccine company and Iowa State and bla-bla-bla, and
15   we just told the carrier to settle it.  So the
16   attorney from Des Moines worked out an agreement
17   and they settled the case.
18       Q.   And were you employed at the time by
19   the -- by Bayer?
20       A.   No.  No.  I was a partner in the Victor
21   Vet Clinic.
22       Q.   Okay.
23       A.   And there was three of us -- well, two of
24   us were partners and one older veterinarian.  And
25   they settled the case, 'cause we still wanted them

30

1    for a dairy client.
2        Q.   And the role that you played in that
3    case?
4        A.   Well, we were -- we were there doing herd
5    health for them.
6        Q.   You personally.
7        A.   Yeah.  And my partner.  And had the
8    cattle vaccinated and the kid was supposed to give
9    the boosters and he didn't.  And the lab said, if
10   we'd given two doses, we probably would have
11   stopped it.  But they brought so much of it back
12   from a sale in Massachusetts one winter and it
13   spread all through the cattle.  So they had a lot
14   of heifers abort, cows got sick, milk production
15   dropped, calves died.
16            And Iowa State got a new type of BVD,
17   so -- and it was a few years before you could
18   patent a virus or I probably could have retired
19   with that one.  But now, of course, they lock them
20   down.  They say it's their virus, their vaccine.
21            But now any company we deal with has both
22   type 1 and type 2 BVD, so -- found out Iowa State
23   couldn't grow BVD.  They had to send it out to the
24   national disease lab by Interstate 35.  The
25   professor that kind of wrote the book on it got a

31

1    rude awakening from me one day when I said, "You're
2    not dealing with this right," and two months later
3    they got a separate type of BVD, so --
4        Q.   You missed it.
5        A.   So I guess -- it was a pain in the ass,
6    but as it turned out for the cattle industry, it
7    was -- and then the next year, at Mandan, North
8    Dakota, South Dakota, and north of there in Canada,
9    they came up with different type 2s that were even
10   more severe than the one found in Iowa.  And we
11   think it came from veal houses in Michigan, where
12   they used the serum from those calves for embryo
13   transfer in cattle.
14       Q.   So let me back up.  In that case, you're
15   saying it settled; right?
16       A.   Yeah.
17       Q.   And you and your colleague were asked to
18   testify to what?
19       A.   I think all the attorneys wanted to do
20   was find out where the insurance money was, so --
21   their expert witness was in Kentucky rather than
22   anybody in Ames, and --
23       Q.   And you were certified in that case as a
24   fact witness, like the other case?
25       A.   No, we would have been -- the farm would

32

1    have been the plaintiff and we would have been the
2    defense.  We were charged --
3        Q.   You were a defendant.
4        A.   We were going to get sued and Bayer was
5    going to get sued, and Iowa State was -- they
6    were -- of course, with tort laws, Iowa State, they
7    wouldn't care.
8        Q.   So were you a defendant in that case?
9        A.   Yeah.
10       Q.   I see.  Okay.  So you were a fact witness
11   in one case and a defendant in another case.
12       A.   Yeah.
13       Q.   I see.  But never an expert witness.
14       A.   No.  I don't want to be an expert.
15       Q.   Okay.  All right.  Thank you.  So then I
16   wanted to ask, and I think I had started to ask,
17   what other experiences you've had, whether
18   coursework, externships, practicums,
19   apprenticeships, that have prepared you for
20   wildlife veterinary medicine.
21       A.   The classwork would be -- Iowa State was
22   on quarters when I went the first time, so there
23   was probably two quarters of wildlife management
24   with the fisheries and wildlife department.  I
25   can't remember the professor's name, but it was

33

1  pretty detailed.  And then we had what you call
2  volunteer classes, but classes for no credit that
3  went over North American game animals or upland
4  birds or something.  We would always take those
5  classes, they were either on a Saturday or nights
6  or something, that were interesting.  And we were
7  kind of doing all that stuff, anyway, so --
8       Q.   Can you tell me more about the wildlife
9  management coursework?
10      A.   Yeah.  It was an older gentleman, the
11  professor had written a lot of papers on it, but it
12  was basically to think in terms of how wildlife in
13  North America have to handle the seasons and then
14  get through the winter, and you kind of look at
15  March as kind of a funnel period.  If there's food
16  available, you can get more animals through the
17  spring and hopefully get more young and build the
18  population.  And at the time, they were suspecting
19  maybe some of these animals have a way to get bred
20  in an optimum time of season and then later decide
21  if they're going to have their young or they get
22  fertilized and now they know it.  You know, we
23  suspected it on badgers, and they still talk about
24  it in white-tailed deer, but I don't think it fits,
25  but --

34

1       Q.   So it was mostly wildlife in the wild.
2       A.   Yes.
3       Q.   Population management.
4       A.   Yes.  Feeding and the problems you can
5  cause if you try to feed and then don't carry
6  through with it.  Reproduction.  Like some years
7  you can have all kinds of quail and some years
8  there's nothing, and the next year something
9  happened and you've got seven times what you
10 thought you'd have.
11      Q.   Got it.  And that was all native game?
12 Native wildlife?
13      A.   Yes.
14      Q.   Tell me about the North American game
15 courses that you did that you say were free, like
16 on Saturday.
17      A.   Yeah, a lot of times those would just be
18 at night in Kildee Hall or something.  You'd get
19 somebody that came and talked about radio collars
20 on grizzly bears in Yellowstone or Glacier National
21 Park, or they spent a couple years in Alaska
22 working with the moose populations.  Now the guy
23 that's in charge of DNR, his graduate work when he
24 was with Michigan was studying moose populations in
25 Canada, so they kind of did the same thing I was

35

1  learning about from Alaska, but --
2       Q.   So was any of that related to surgery?
3       A.   No.
4       Q.   Vaccination?
5       A.   No.
6       Q.   Medication?
7       A.   (Nods no.)
8       Q.   Pathology?
9       A.   Yes.
10      Q.   Pathology.
11      A.   Right.
12      Q.   Of North American game.
13      A.   Yeah.
14      Q.   Okay.  Any other --
15      A.   Still -- the DNR guys will bring stuff to
16 us, sometimes they have to see if it was shot,
17 poached, whatever.  We'll do x-rays for them and
18 try to figure out if this was -- I think the last
19 rare bird we had up there they thought maybe was
20 shot right here in town, and we did a postmortem on
21 that bird and it was electrocuted on a power line,
22 so --
23      Q.   Any similar coursework or experiences not
24 related to native wildlife?  North American
25 wildlife?  Any coursework related to African

36

1  wildlife?
2       A.   Just what I read on my own, or watch.
3       Q.   Any coursework or training or preparation
4  related to Asian wildlife?
5       A.   No.  The only thing with African or Asian
6  I would have had is videos they sent me on the
7  capture drugs we buy from Colorado that we've used
8  on white-tailed deer.  Usually around here we use
9  them on cattle that escaped somewhere, so --
10      Q.   Okay.  Do you keep a Facebook account,
11 Dr. Pries?
12      A.   We have a Facebook for our clinic.
13      Q.   Clinic has an account?  Okay.  So you
14 mentioned moose in Canada, grizzly, and you said
15 Alaska.  Did any of that cover wolves?  Timber
16 wolves?
17      A.   I've only read stuff about wolves, so I
18 guess I don't -- we had some clients at
19 Belle Plaine that had wolves that we worked on, but
20 they were more domesticated.
21      Q.   Who were those clients?
22      A.   A guy and his wife lived north of
23 Belle Plaine.  They wanted them vaccinated and I
24 said we'd do it, so we came back to Victor with it.
25      Q.   Do you know if those were pure wolves or

Ex. 7-0521

37

1  hybrid wolves?

2      A.   I think they only had one or two that

3  were purebred wolf.  Most of them they had were

4  crossbred or -- call them hybridized.

5      Q.   How did you identify the pure ones?

6      A.   He told me they were pure.

7      Q.   Okay.

8      A.   They're big.

9      Q.   Bigger than the hybrids.

10     A.   At least two were 160-some pounds.

11     Q.   Okay.

12     A.   They're a good-size dog.

13     Q.   Okay.  Thank you.  So you mentioned your

14  clinic keeps a Facebook account.  I'm going to hand

15  this to the court reporter to mark as an exhibit

16  for us.

17          (Deposition Exhibit B marked for

18  identification, as requested.)

19     Q.   (MR. PIERCE)  Do you recognize this

20  photo, Dr. Pries?

21     A.   Yep.

22     Q.   Okay.  How do you recognize the photo?

23     A.   I think one of our text with that picture

24  and that's my surgery.

25     Q.   At the Elkader Vet Clinic?

38

1      A.   Uh-huh.

2      Q.   Would you say that that photo fairly and

3  accurately represents what's depicted there at the

4  time and place the photo was taken?  Is it a fair

5  and accurate representation?

6      A.   I can't remember if this is just before

7  surgery or just after.  My partner -- younger

8  veterinarian, Dr. Collins put the caption on there,

9  so --

10     Q.   Dr. Collins put the caption?

11     A.   Yeah.  February, 2013.

12     Q.   Who manages your Facebook account?

13     A.   Brian Collins.

14     Q.   Brian Collins does?

15     A.   Uh-huh.

16     Q.   So he selects the photographs?

17     A.   Well, yeah, but the gals in there can

18  take them and ask him to put them on there, too,

19  so --

20     Q.   Does he do all the text?  Or do you ever

21  add text to the account?

22     A.   I don't type into that thing at all.

23     Q.   Okay.  So then the text in that

24  photograph, who is the I that's speaking?  Is that

25  you or is that Dr. Collins?

39

1      A.   I think he put that in there for a

2  caption, but all I do remember is they just took a

3  picture of me holding that baboon.

4      Q.   Okay.  Thank you.

5      A.   May I ask a her question?

6          MR. THORSON:  Not right now.

7      Q.   (MR. PIERCE)  Do you remember what the --

8  you mentioned that was either right before or after

9  surgery.

10     A.   Yeah.

11     Q.   Do you remember what the surgery was for?

12     A.   No.  I kind of remember working on a

13  baboon, but I don't -- I thought this is the one

14  that maybe prolapsed.  I don't remember.

15     Q.   What part of the animal prolapsed?

16     A.   Either the rectum or the vagina.

17     Q.   But you're not sure which?

18     A.   No.  There should be a report of that

19  thing from June.  Or I could ask Pam.

20     Q.   Okay.  Well, we'll talk to Pam afterward.

21  We'll get a couple other photographs that you can

22  look at the documents.

23          MR. PIERCE:  I'll have you mark this as

24  C.  This one's multiple pages.

25          (Deposition Exhibit C marked for

40

1  identification, as requested.)

2      Q.   (MR. PIERCE)  So Larry's just reviewed

3  what we'll call Exhibit C, Dr. Pries, and this one

4  has multiple pages.  Very quickly, though, on

5  Exhibit B, does this baboon belong, to your

6  knowledge, to Pam Sellner?

7      A.   Yes.

8      Q.   You have not treated a baboon belonging

9  to anyone else?

10     A.   No.

11     Q.   So here is Exhibit C.  This is several

12  photographs together.  Do you recognize the people

13  in these photographs?

14     A.   Yes.  Dr. Collins; there's our groomer,

15  Kristie Battin; and my vet tech, Tiffany Mueller.

16     Q.   Do you recognize the photos?

17     A.   Yeah.

18     Q.   Okay.  So we're talking about Exhibit C,

19  page 1.  Would you say that these photos on

20  Exhibit C, page 1, are a fair and accurate

21  representation at the time and place those photos

22  were taken?

23     A.   Yeah.

24     Q.   Okay.  Let's look at page 2 of Exhibit C.

25  Do you recognize that photo?

41

```
1      A.   Yeah, it's on page 1.
2      Q.   It's the same photo?
3      A.   Yeah.
4      Q.   Dr. Collins maybe caught it with the
5  technology.  So you've suggested already that the
6  photo on page 2 is a fair and accurate
7  representation.  Whose text accompanies that
8  photograph?
9      A.   I assume Brian's.
10     Q.   Okay.  Do you recognize the tiger cub in
11 the photograph with Dr. Collins?
12     A.   I think I just saw a picture of that
13 tiger.
14     Q.   You never treated that tiger?
15     A.   No.  Brian did.  I wasn't in there that
16 day when he took those pictures.
17     Q.   October 22, 2012?
18     A.   Right.
19     Q.   You weren't there?
20     A.   I remember they showed me pictures of the
21 tiger cub.
22     Q.   Okay.  Is each of those photographs the
23 same tiger cub, Exhibit C, page 1, 2, and 3?
24     A.   I assume.
25     Q.   Okay.  So the text suggests that that's
```

42

```
1  Raoul.  Do you know what happened to Raoul?
2      A.   No.
3      Q.   You don't know why Raoul was being
4  treated that day?
5      A.   I don't remember.  There should be
6  something in the records.
7      Q.   Okay.  Do you know what experience
8  Dr. Collins had that may have prepared him to treat
9  Raoul?
10     A.   He's excellent with cats.
11     Q.   Do you know what experience Tiffany may
12 have had to prepare her to treat Raoul?
13     A.   Well, she's a veterinary technician, so
14 she's excellent holding anything, and she helped
15 Dr. Collins do whatever he wanted her to do.
16     Q.   So what's your relationship to
17 Dr. Collins?
18     A.   He's my -- he's been an associate of mine
19 since 2010.  We hired him out of vet school.  He
20 was an older student from Elkader and had been in
21 the Navy for five and a half years in Medical
22 Corps.  He went to vet school and he got out and I
23 wanted to get him up here.  Now he's in Army
24 Veterinarian Corps Reserve or whatever, there's a
25 caption, and works at the clinic.
```

43

```
1      Q.   I'm sorry.  Is he no longer at your
2  clinic, then?
3      A.   No, he's still -- he's there today.
4      Q.   He's still there, but he's with the Army
5  Reserve?
6      A.   He does weekend duty in Ames.
7      Q.   Okay.  So are you Dr. Collins's superior?
8      A.   I own the clinic.
9      Q.   And does that make you a superior to
10 every employee in the clinic?
11     A.   Well, it's a private professional
12 corporation, so we all work in there together.
13 When it comes down to business decisions, I got to
14 make it, so -- that's all.  So I try not to be like
15 an overbearing boss.  We just all work.
16     Q.   So you make business decisions.  Do you
17 also make decisions related to veterinary care?  In
18 other words, does Dr. Collins make treatment
19 decisions on his own or does he have to consult
20 you?
21     A.   He makes them all the time on his own.
22     Q.   So let's look at Exhibit C, page 4.  Do
23 you recognize that photograph?  That's this one.
24     A.   I may have seen that before.  I know Obi.
25 I don't know what Katreena is doing with the gas on
```

44

```
1  that, no.
2      Q.   So you recognize this photograph based on
3  Obi and based on Katreena; is that right?
4      A.   Yeah.
5      Q.   Okay.  And this photograph depicts what
6  part of Elkader?
7      A.   That's our surgery room.
8      Q.   Okay.  And would you say that that
9  photograph is a fair and accurate representation of
10 the surgery room on that day and at that time?
11     A.   Uh-huh.
12     Q.   Do you know what Obi was being treated
13 for at that time?
14     A.   I can't remember.
15     Q.   Who's Katreena?
16     A.   She's a veterinary tech that does mostly
17 small animals.
18     Q.   And you don't know why Obi has a gas mask
19 on his face?
20     A.   Well, that would be induction right there
21 with a nonrebreather, and I don't know if they left
22 that on for whatever they were doing or intubated
23 it right after that, so --
24     Q.   So the photograph was posted on May 15,
25 2013.  Do you recall anything around the late
```

Ex. 7-0523

**45**

1 spring of 2013 that would explain why Obi was
2 there?
3    A.   No.
4    Q.   Is it unusual to intubate a monkey?
5    A.   Well, they're like -- they're like humans
6 and cats.  They have more of a cough reflex.  So it
7 may have been, depending on what they did, they
8 might have just used the mask the whole time.
9    Q.   So you're not sure if he was intubated.
10    A.   No.
11    Q.   Sir, if you would turn the page to
12 Exhibit C, page 5.  Do you recognize that
13 photograph?
14    A.   No.
15    Q.   No.  Do you recognize what's in the
16 photograph?
17    A.   Brian holding Obi in the surgery room.
18    Q.   Okay.  So you would say that this
19 photograph fairly and accurately depicts Brian and
20 Obi in surgery at Elkader?
21    A.   Yes.
22    Q.   Okay.  It's dated the same day.  Do you
23 suppose that was before or after whatever treatment
24 they may have given Obi that day?
25    A.   Could guess either one.

**46**

1    Q.   Yeah.  Okay.  And you're still not sure
2 what the treatment may have been?
3    A.   No, and I don't know if this is a
4 restraining harness or they had an ultrasound belt
5 on the monkey, but I think it's -- it's part of
6 that leash, I guess.
7    Q.   Under what circumstances would you need a
8 restraining harness?
9    A.   Well, when we bring pets into the office,
10 they're supposed to have a leash on them.
11    Q.   I see.
12    A.   'Cause it seems like the only time we get
13 in trouble is somebody walks in there with their
14 favorite well-behaved dog and suddenly it's
15 unbehaved and somebody's cat or something is at
16 risk 'cause the dog took off, so --
17    Q.   So in your experience, Pam Sellner, if
18 she were to bring Obi to your office, she would
19 bring him on a leash?
20    A.   Apparently sometimes, 'cause -- I just
21 don't remember that at all.  I wasn't there that
22 day, either, so --
23    Q.   The other animals that Pam Sellner might
24 bring in, did they also come in on a leash?
25    A.   I -- I know we had a leopard from Mexico

**47**

1 or Central America as a young leopard and we had a
2 leash on that cat, and it was fine with the leash
3 on.
4    Q.   So you mentioned it's unusual to see a
5 monkey with a gas mask.  Is there a difference
6 between a monkey and a primate?
7    A.   We're primates.  And that's the same type
8 of mask and breathing device you'd use on an infant
9 at the Elkader hospital.  'Cause there's no back
10 pressure on that thing.  All the gas is released
11 back outside.
12    Q.   Are there any primates who are not
13 monkeys?
14    A.   I don't know.
15    Q.   Okay.
16    A.   If you're going to get into language
17 terminology, I'm going to get lost.
18    Q.   So that was Exhibit C, page 6.  If you
19 look at Exhibit C, page 7, the last page, do you
20 recognize the photographs there?
21    A.   No.
22    Q.   You don't?
23    A.   (Nods no.)
24    Q.   Do you recognize what's in the
25 photographs?

**48**

1    A.   I see Brian with a pig down here.
2    Q.   Yep.  In the bottom right corner on
3 Exhibit C, page 7?
4    A.   That's on the south side of the vet
5 clinic on a sunny afternoon.
6    Q.   Okay.
7    A.   And this is a vet student that works for
8 us sometimes that's a junior in vet school now.
9         MR. PIERCE:  Dr. Pries is indicating
10 Exhibit C, page 7, in the upper right photograph.
11    Q.   (MR. PIERCE)  That's a vet student?
12    A.   This is Megan Kleve right here with
13 Dr. Collins.
14    Q.   And who is Megan Kleve?
15    A.   She's the vet student that works at our
16 clinic once in a while.
17    Q.   And what are Megan and Dr. Collins
18 treating in the photographs there in Exhibit C,
19 page 7?
20    A.   Well, he's got a Nye tourniquet on this
21 left front leg and he's working on the foot,
22 they're sewing something, so I assume it was a cut.
23    Q.   Do you know what the animal is?
24    A.   No.  I -- I thought it looked like a
25 lamb, but I'm not real sure.

49

1    Q.   Well, apart from not being sure, would
2  you say that those photographs fairly and
3  accurately depict Dr. Collins and Megan Kleve in
4  the surgery at Elkader Veterinary Clinic?
5    A.   Yeah.  These two pictures here, the top
6  right and this big one.
7    Q.   And the big one?  Okay.  The date of the
8  photographs is July 12, 2012, there on Exhibit C,
9  page 7.  That may or may not mean that they did the
10  surgery at that time, but mid 2012, any memory of
11  what they may have been doing?
12    A.   No.
13    Q.   No.  Okay.  So you mentioned, Dr. Pries,
14  that you own Elkader Veterinary Clinic.  Do you
15  have other titles at Elkader?
16    A.   (Nods no.)
17    Q.   Are you considered the owner only or are
18  you also considered the supervising veterinarian or
19  the chief veterinarian?
20    A.   And the owner and there's four
21  veterinarians in there.
22    Q.   Okay.  Is any of the veterinarians in
23  your clinic considered the chief veterinarian or
24  supervising veterinarian?
25    A.   If there's a case and you're puzzled,

50

1  yes, you go to the other three.  If it's routine
2  stuff, you just do it, so --
3    Q.   So it's not required that you would make
4  decisions or know about individual animals who come
5  through your clinic?
6    A.   No.  There's a lot of small animal stuff
7  that goes through there in a day that I could just
8  see that this one was vaccinated and this one had a
9  sore paw or we got some medicine for vomiting,
10  but --
11    Q.   So could any of the four veterinarians in
12  your clinic treat the animals from Cricket Hollow
13  Zoo?
14    A.   Yeah.  A lot of times Brian just likes to
15  do it 'cause he's up there and he's got time.
16    Q.   Okay.  But if Brian doesn't have time,
17  one of the other two vets might do it?
18    A.   I don't know if Royer would, but Michelle
19  probably would like to.
20    Q.   So there's Brian Collins.
21    A.   Uh-huh.
22    Q.   And the names of the other two are?
23    A.   Ryan Royer.
24    Q.   Ryan Royer.
25    A.   R-o-y-e-r.

51

1    Q.   Uh-huh.
2    A.   And then Michelle Christianson.
3    Q.   Okay.  And when you hired Brian, Ryan, or
4  Michelle, did you evaluate their experience with
5  wild animals?
6    A.   No.
7    Q.   Okay.  Does any of Brian, Ryan, or
8  Michelle have wild animal experience apart from
9  what they've done at Elkader Veterinary Clinic?
10    A.   I don't know.
11    Q.   Okay.  When did you arrive at Elkader
12  Veterinary Clinic?
13    A.   September, 2004.
14    Q.   And when did you work -- rather, where
15  did you work before Elkader Vet Clinic?  After vet
16  school.  Have you only worked at --
17    A.   No.
18    Q.   No.
19    A.   I went to -- in '87 I went to Victor.
20    Q.   That was after vet school?
21    A.   Yeah.
22    Q.   Yeah.
23    A.   And then when that practice became mostly
24  small animal, I left to work for the State for
25  13 months, but we lived in Victor.  And then the

52

1  clinic at Grinnell, Iowa, hired me to work there in
2  '03, but we hadn't moved to Grinnell.  We still
3  lived in Victor.  And then they were hiring
4  somebody up here in the summer of 2004 and I came
5  up to interview and they just handed me an
6  application -- or a contract, so I just moved up
7  here.
8    Q.   Here in Elkader?
9    A.   Yes.
10    Q.   So during which years were you in
11  Grinnell?
12    A.   I worked there from probably August of
13  '03 to June/July of '04.
14    Q.   Maybe I missed something.  In '87 you
15  moved to Victor?
16    A.   Uh-huh.
17    Q.   And you did large animal work until it
18  became mostly a small animal operation; is that
19  correct?
20    A.   Yeah.  Probably 17-some years.
21    Q.   And then you said that for 13 months you
22  were in private practice?
23    A.   No.  I worked for the State.
24    Q.   For the State.  Sorry.
25    A.   But I still lived in Victor.

Ex. 7-0525

**53**

1    Q.    So after those 13 months, what happened?

2    A.    Well, they were having me do weekend work

3    at Grinnell and they wanted to hire me full time,

4    and it was better pay than the State, so --

5    Q.    And what year did you go to Grinnell?

6    A.    I was working there from about August of

7    '03 'til about June of '04.  Then I took this job

8    in Elkader.

9    Q.    I see.  So in what year did you begin to

10   work for the State?

11   A.    It would have been probably about July of

12   '02.

13   Q.    Thank you.  So in Victor, you were doing

14   mostly large animal work.  Was any of the work that

15   you did there related to wild animals?

16   A.    No.  No.

17   Q.    What about for the State?

18   A.    No.

19   Q.    What about in --

20   A.    For the State, we can count buffalo and

21   elk for the meat lockers.

22   Q.    Buffalo and elk as farmed animals?

23   A.    Yeah.  They were all raised domestically,

24   then slaughtered for pastrami or jerky or buffalo

25   burgers or whatever.

**54**

1    Q.    What about Grinnell?  Any wildlife work

2    there?

3    A.    If I had any bird stuff there, there was

4    a veterinarian in Grinnell that did bird work,

5    so -- those usually went to Casey Cornish.  I don't

6    know if he's still in it or not.  That was mostly

7    pet birds from the Central America area, so --

8    Q.    Okay.  Tell me a little bit about the

9    typical clients who come to your practice in

10   Elkader.  Tell me about the kinds of animals people

11   usually bring to your practice.

12   A.    Well, ones in the clinic are anywhere

13   from small lap dogs, house cats, to breeders that

14   sell bird hunting dogs, coyote hunting dogs, coon

15   dogs, farm dogs, herding dogs.  That's about it.

16   Q.    Mostly dogs.  Do you do house cats?

17   A.    Yes.  A lot of cats.

18   Q.    How many dogs do you think you treat in a

19   year?  What's your best guess?

20   A.    To treat or to see and vaccinate?

21   Q.    Yeah.  I mean, how many dogs in a year

22   come to your clinic?

23   A.    Probably over 12,000.

24   Q.    12,000 in one year?

25   A.    Yeah.

**55**

1    Q.    How many cats do you think come to your

2    clinic in one year?

3    A.    That or more.

4    Q.    Meaning more than 12,000 cats?

5    A.    (Nods yes.)

6    Q.    How many baboons come to your clinic in a

7    year?

8    A.    Maybe one.

9    Q.    How many tigers do you think come to your

10   clinic?

11   A.    Maybe the one.

12   Q.    Lions?

13   A.    I don't think we've ever had a lion in

14   there.  I see them down at Pam's.

15   Q.    Okay.  What about wolves?

16   A.    I don't think we've ever had a wolf up

17   here.

18   Q.    Servals?

19   A.    I had one.

20   Q.    Okay.  Lemurs?

21   A.    I don't know if that's been at the

22   clinic.

23   Q.    Okay.

24   A.    This is Northeast Iowa.

25   Q.    Sure.  And it's beautiful country.  What

**56**

1    would you say is the -- sort of the bread and

2    butter of your practice?  Is it vaccinations,

3    spaying and neutering, surgery?

4    A.    Dairy cow herd health and beef cattle.

5    Q.    Oh.  Okay.  Is it still mostly large

6    animal that you do?

7    A.    Yes.

8    Q.    Oh.  And you do that at the clinic or you

9    go outside?

10   A.    Predominantly at the farm.

11   Q.    And is that true for the other vets in

12   your clinic, as well?

13   A.    For three of us.  But Brian's kind of

14   nestled into doing the small animal work, and

15   Michelle probably does the next amount, and then I

16   probably do the next amount, and Ryan occasionally.

17   We've all got pets of our own.

18   Q.    But when you say Brian does small animal

19   work, do you mean the dogs and cats primarily?

20   A.    Yeah.

21   Q.    Okay.  I've got just a couple more

22   questions about the clinic.  Are you okay or do you

23   need a break?

24   A.    I'm fine.

25   Q.    Okay.

1    A.    I've got work to do yet.

2    Q.    Oh.  Okay.  Well, we have, too.  Tell me

3  a little about your recordkeeping process at

4  Elkader.  What kinds of records do you produce

5  there?

6    A.    We've got a chart on each pet, and we

7  considered going electronic with it all the time,

8  but when you're there on a weekend and you can't

9  find something, you'd rather just leave in the file

10  so it's always written.  And it will be on -- you

11  know, like some people might have four or five

12  cats.  In that folder we'll have all the cats.  A lot

13  of people have more than one dog.  So their file

14  would have all those pets listed.

15        And then the horses, you go to the large

16  animal file and we should have records -- unless

17  they're a trainer and selling horses, we've

18  probably got each horse listed, just like a pet or

19  another working animal on their farm.  The dairy

20  cattle, the bigger dairies, everything's listed on

21  their computers.  We can just see their records

22  from DHIA or whatever they put on DOS to keep track

23  of the milk cows or the beef cattle.

24    Q.    So you keep a file for each individual

25  pet or you keep a file for the family who owns

1  several pets?

2    A.    Yeah.  And in that file you'll have all

3  their pets listed.

4    Q.    But horses get their own file.

5    A.    They're in a large animal file.

6    Q.    Okay.  What about wild animals?

7    A.    Basically Pam's file and then Osborn's

8  file.

9    Q.    So one file for Pam?

10    A.    Yeah.

11    Q.    Who is Osborn?

12    A.    The conservation center south of town.

13    Q.    You treat animals at Osborn?

14    A.    We have.

15    Q.    Okay.  Is that the place with the birds

16  that you were talking about?

17    A.    Yeah.

18    Q.    I see.  And just to clarify, do they have

19  only raptors or other animals, too?

20    A.    We got a new black bear there, and we did

21  have deer 'til USDA got their nose in it.  So we

22  don't even have white-tailed deer.  They had

23  coyotes or wolf.  They have a bobcat.  They had a

24  mountain lion, but somebody told me somebody --

25  that was on loan and I don't know where it went to.

1  But we have a young bear there now that we did

2  surgery on.  And the birds, they don't have much

3  left.  And there's a few snakes that are in the

4  building, just to kind of give you an example of

5  Northeast Iowa reptology.

6    Q.    But one file for Osborn and one file for

7  Pam.

8    A.    Yeah.

9    Q.    Okay.  So what -- we looked earlier at

10  the records that you provided to us through

11  Mr. Thorson.  Tell me about the kinds of records

12  that were in that collection there that you keep on

13  Pam.  What would you write down for your treatment?

14    A.    There was copies of the animals that we

15  treated, describing surgeries or what we over-a-phone

16  prescribe.  And sometimes, if it's over-a-phone

17  thing, Pam would go to maybe a closer vet clinic

18  and pick up the medicine.  Then the printed-out

19  stuff off the computer was just what the billing

20  was and payments and --

21    Q.    So only billing is done on the computer.

22  Everything else is done by hand.  Is that correct?

23    A.    Yeah.

24    Q.    Okay.  And you would keep those records

25  for every animal that you see in the regular course

1  of business.

2    A.    Yeah.

3        MR. PIERCE:  Okay.  Well, let's take just

4  a short break and then we'll come back and carry

5  on.

6        MR. THORSON:  Okay.

7

8            (Recess)

9

10    Q.    (MR. PIERCE)  Sir, we were talking a

11  little bit about the business records and how you

12  keep them before we broke.  These are records that

13  we looked at earlier.  Some are handwritten, you

14  mentioned that you keep handwritten notes on the

15  animals and the treatments of those animals, and

16  then computer notes mostly for billing; is that

17  right?

18    A.    (Nods yes.)

19    Q.    So the printout that your secretary

20  provided, we got three pages of billing notes dated

21  as far back as April 23, 2007.  Do you know --

22    A.    That would have been Dr. Esch.

23    Q.    You arrived at Elkader Vet Clinic in

24  September, 2004?

25    A.    Yes.

Ex. 7-0527

1    Q.   And when did you begin treating animals
2 from Cricket Hollow Zoo?
3    A.   It would have been August/September,
4 2009.
5    Q.   Okay.  So Dr. Esch treated them before
6 you started to?
7    A.   Yes.  Or Dr. Varner.
8         COURT REPORTER:  I'm sorry.  Doctor --
9 what was the last one?
10        THE WITNESS:  Esch.  Would be E-s-c-h.
11 He's a pathologist with Zoetis in Kalamazoo now.
12 Or Shari Varner, and she's a veterinarian at
13 Edgewood, Iowa, now.  And it's V-a-r-n-e-r.
14        COURT REPORTER:  Thank you.
15    Q.   (MR. PIERCE)  So then between April 23,
16 2007, and I think it -- what does it say?
17 February 2, 2015, at the top of the page?
18    A.   Yeah.  Okay.  Yep.
19    Q.   So February -- would this have been all
20 of the treatments, then, in the course of that
21 calendar span?  Every treatment is represented in
22 this billing chart?
23    A.   Yes.  That we would have done, yep.
24    Q.   Okay.  So I assume your secretary just
25 ran a report.

1    A.   Yep.  For the place, it should say
2 Sellner, Thomas, and then it would fill with the
3 codes from the computer.
4    Q.   So you don't keep separate reports for
5 individual treatments.  It just creates a database
6 in the computer.  Is that right?
7    A.   No.  It would be -- if I worked on
8 something, or Dr. Collins did, we'd write down on
9 that -- we have a chart -- we'd have a chart on
10 that animal.
11    Q.   Right.
12    A.   And then they bill out on that and then
13 she'd enter it in the computer for the billing.
14    Q.   Okay.  Now, do you also treat
15 Ms. Sellner's hoof stock?  Their livestock?
16    A.   No.
17    Q.   You do not.
18    A.   Not their dairy cattle.
19    Q.   You don't treat their dairy cattle.
20 Okay.  So all of these figures would concern
21 their --
22    A.   Zoo animals.
23    Q.   -- zoo animals.  Okay.  So you started
24 with Cricket Hollow in 2009.  What is the
25 relationship between Elkader and Cricket Hollow

1 Zoo?  In other words, are you on the staff of the
2 zoo?
3    A.   Now, the way I understood the code of
4 USDA, they needed a federally accredited
5 veterinarian that would do at least annual
6 inspections, and so that's what I've done.  And
7 whenever Pam's had some problems, she might call
8 that I need to come see something, like one of the
9 big cats, 'cause they're not going to bring it up,
10 so she'll call that, "I've got this youngster we
11 just got and we need it checked out," or it's sick
12 or, "I think I've got a bladder problem," she'd
13 bring it up to the clinic.
14    Q.   So you would go to the zoo annually, and
15 then if there are other problems, she brings the
16 animal to you.
17    A.   If it's an animal she can move about in a
18 box or cage,  If it's one of the big, mature cats,
19 I'm going to see it down there.
20    Q.   You'll go there.  Okay.  Because they're
21 difficult to move; is that right?
22    A.   I don't know if she's got any good way to
23 move them unless they pack them back in the crate.
24 But I don't have any way to handle them at my
25 clinic.  And I get bulls get out sometimes, so I

1 sure don't need a tiger going through things.
2    Q.   Okay.
3    A.   And that's everybody being careful.
4    Q.   Do you have a contract between the zoo
5 and the clinic?
6    A.   Just verbal.
7    Q.   A verbal contract?
8    A.   Yeah.
9    Q.   Okay.  What are the payment terms of that
10 verbal contract?
11    A.   Normally it's a farm call and
12 professional time.
13    Q.   Okay.  What does a farm call cost?
14    A.   Down to Manchester, now that's probably
15 about $35.
16    Q.   That's the cost of showing up?
17    A.   Yeah.
18    Q.   Okay.  And the professional time?
19    A.   Two-twenty-five a minute.
20    Q.   $2.25 a minute?
21    A.   Yep.
22    Q.   Do you charge anything more?  Like for --
23 per procedure or for materials?
24    A.   Yeah.  Everything you use would be per
25 that bottle of medicine or that syringe or

Ex. 7-0528

65

1   whatever.
2     Q.   Okay. So all the materials are charged
3   to the zoo?
4     A.   Yeah.
5     Q.   If you were to conduct a surgery, is it
6   the same cost, $2.25 a minute?
7     A.   No. Usually surgeries are $3 a minute
8   for the surgeon. And then you have separate
9   anesthesia. And in some cases you may have, say,
10   an office call and an exam first.
11     Q.   Which might be billed at a different
12   rate?
13     A.   Well, if you have a cat that comes in, we
14   have no idea what's wrong with this cat, so it
15   would be diagnostics. We're going to charge a fee
16   for the office call. And that would include the
17   exam and drawing the blood and urine. Then there
18   would be a lab fee for -- whether we can run it
19   there or send it off. And then if there's medicine
20   prescribed, you'll pay for the medicine.
21     Q.   They get the medicine from you.
22     A.   Yes.
23     Q.   Okay. So a farm call is $35. What's an
24   office call?
25     A.   Probably 55.

66

1     Q.   It costs more to come to you.
2     A.   I got to pay my tax. They all got
3   insurance and they got workmen's comp. And you got
4   health insurance.
5     Q.   I mean, it costs more for her to bring an
6   animal to you than for you to go down to her?
7     A.   Not necessarily. If Pam calls up and we
8   schedule a neuter on a monkey, then it's down for
9   the neuter. So we got anesthesia and surgery. And
10   most of our neuters are listed at some price.
11     Q.   Okay.
12     A.   If she brings up -- maybe she brings in a
13   young leopard that's just not eating right and has
14   a fever, we're going to do an office call and exam,
15   urine samples, try to figure out what's wrong with
16   this cat.
17     Q.   Which of the lab tests can you do here in
18   Elkader versus those that you have to send
19   elsewhere?
20     A.   We do all the blood work for any of the
21   animals. And most of the urine we can work down in
22   our lab, too. Some of the urine for type of
23   crystal or some component of it we'd send off to
24   the lab. We can check for heartworm and Lyme's
25   disease and get kind of a yes or no, but if we need

67

1   a titer for Lyme's disease, we'd have to send those
2   off so we know if we are dealing with the same
3   problem or it's something else.
4     Q.   Okay. Has Pam ever brought you a
5   leopard?
6     A.   A young one.
7     Q.   A young leopard?
8     A.   (Nods yes.)
9     Q.   When was that, do you remember?
10     A.   Two years ago, maybe.
11     Q.   Two years ago?
12     A.   I don't know.
13     Q.   What kind of leopard was it, do you
14   remember?
15     A.   Came from Mexico. It was black. I don't
16   remember specifically what it was. And we thought
17   a bladder infection, and then at that time we had
18   Dr. Fox, who was small animal with us, and she did
19   some online search for us, and we came up with -- I
20   can't remember the name. Trich --
21     Q.   Trichinosis.
22     A.   Yeah, could have been trichinosis. It
23   was infected and we treated it.
24     Q.   Who's Dr. Fox?
25     A.   She's a veterinarian that lives over by

68

1   Wadena that does relief work and -- kind of out of
2   her home now. Holistic, homeopathic stuff.
3     Q.   So under what circumstances would you
4   call on Dr. Fox?
5     A.   We were short of a small animal
6   veterinarian one winter and she was willing to come
7   in four days a week and do small animal work.
8   She's not much for surgeries. She had -- oh. I
9   don't want to say arthritis. Carpal tunnel or
10   something.
11     Q.   Dr. Fox does?
12     A.   Yeah. So something quick, like a small
13   cut or a neuter, yes, but three hours of spaying
14   dogs, no.
15     Q.   Okay. Tell me about the farm visits that
16   you make to Cricket Hollow Zoo.
17     A.   Usually about August/September, if
18   everything's going good, I just call Pam and tell
19   her I'm just going to come down and do the
20   inspection. And we walk through usually the house
21   first and look at the turtles and the snakes and
22   the birds and look at primates, and then we go
23   outside and look at all the mean critters. And she
24   talks to me about what's been a problem with
25   inspection or what we need to work on, and make

Ex. 7-0529

**69**

1  some suggestions on what I thought might work for
2  an animal, and certain animals I always want to see
3  when I get down there.
4      Q.   Which animals are those?
5      A.   Well, the main one's Dandy, the lion.
6  And then there was a huge snake that we -- Kevin
7  and I worked on at the clinic one time that got
8  older and died.  It's amazing how strong those are.
9      Q.   What kind of snake?
10     A.   It was an albino python.  I think
11 somebody had it in their house and they died or
12 moved to a care center and the poor thing was going
13 to get euthanized and Pam came up with it, so --
14     Q.   Why are you always sure to check on
15 Dandy?
16     A.   He's a lion that likes to scare the shit
17 out of me, and now he doesn't anymore.  He's kind
18 of used to seeing me or knows I don't jump near as
19 high anymore.
20     Q.   Okay.  So it wasn't because you had
21 concerns about Dandy.  It was you just enjoyed the
22 thrill?
23     A.   Dandy's a healthy cat.  Barbary lion.
24 He's one of a kind.
25     Q.   What do you think happened to the python?

**70**

1      A.   I think it just finally got old enough.
2  It just wasn't going to make it through another
3  winter.  And Pam told me that it died and -- I'm
4  just glad it wasn't in some lettuce patch in
5  Florida.
6      Q.   I am, too.
7      A.   Probably where it would have ended up at,
8  so --
9      Q.   Are winters hard on pythons?
10     A.   I would think.
11     Q.   Yeah.
12     A.   Since they're mostly near the equator.
13 I'll use this hand.
14     Q.   So you go -- you'll call up Pam in August
15 or September and you'll drive down there and walk
16 through with her and discuss maybe the inspection
17 reports or certain animals she might have concerns
18 about?
19     A.   Yes.
20     Q.   Do you inspect the enclosures in any way
21 while you're there?
22     A.   Yeah.  Yes.  That's what I'm going
23 through.
24     Q.   You're going through -- okay.  Tell me
25 what you do to inspect the enclosures.

**71**

1      A.   I go through and, having raised animals
2  all my life, I'm looking for any kind of ill health
3  in the animal.  I make sure they got water and the
4  pens are clean, I know they're getting fed like
5  they're supposed to.  I'm constantly listening for
6  something coughing or groaning or being terrorized
7  by something else, and then just check the pens and
8  look over the condition.  And Pam and Tom always
9  keep them in good shape.  And I asked Pam one time,
10 "I heard that Tom got jumped on from the back by a
11 tiger," and she explained to me the situation with
12 that.  Everybody just knows, you know, they're wild
13 animals.  You've got to be careful.  And Tom made a
14 poor judgment and was lucky, so --
15     Q.   Do you ever go inside the enclosures when
16 you're checking on their welfare?
17     A.   No.
18     Q.   Okay.
19     A.   Most of the time I'm -- yeah.  Usually
20 just the barrier fence or in back.  And Tom shows
21 me where they moved stuff around and what they have
22 for fastening and panels and --
23     Q.   So during the farm visit, then, unless
24 you've been called out for a specific animal, you
25 don't do any hands-on examinations of the animals;

**72**

1  is that correct?
2      A.   No.
3      Q.   Okay.  Tell me about the episode between
4  Tom and the tiger.
5      A.   Well, the only thing I remember Pam
6  telling me was it was a weekend and they were
7  cleaning pens and moving feed around, and Tom just
8  figured he could just -- he could just come through
9  this gate that wasn't locked and move food or some
10 manure or something, and the cat must have just
11 leaned on it and it was opened or whatever and came
12 up behind Tom and came down on his back and his
13 head and then he took off.  'Cause thank God they
14 got him out right away and he's fine.
15     Q.   They got Tom out right away?
16     A.   Yeah.  I don't remember all the details.
17 I'm sure Pam does, but --
18     Q.   I'm sure she does.  I'm sure that was
19 very scary.  I'd have been terrified myself.
20     A.   I know Tom doesn't do that anymore.
21     Q.   Well, that's good.  What happened when --
22 after the tiger knocked him down, you say the tiger
23 ran away?
24     A.   I don't think it stayed on him or he
25 would have probably been dead.

73

1    Q.   Well, that's probably true.  Did the
2  tiger escape?
3    A.   No.  Went back in his pen.
4    Q.   Back in his pen.
5    A.   Yeah.  I don't think -- I don't think
6  they were ever where they could have got out of the
7  pen.
8    Q.   All right.  And do you know whether Tom
9  needed medical treatment?
10   A.   Stitches.
11   Q.   Stitches?
12   A.   Yeah.
13   Q.   So you -- USDA requires you to make one
14 inspection a year.  Sometimes you go more than that
15 if there's a need to.  In an average year, how
16 often do you think you go down to Cricket Hollow?
17   A.   I probably get there maybe three times a
18 year.  Since I got this book, I was reading that
19 thing and I thought, well, you know, when I first
20 got there, I was -- I was concerned, like, do they
21 have a Hassett plan in place for this thing?  Is
22 there certain things I'm supposed to be processing
23 samples of?  And there's none of that.  So I just
24 would ask Pam or I'd ask the inspector, you know,
25 "What do you expect here?"  I'm looking at the

74

1  health of the animals."  And they says, "That's
2  pretty much it," so --
3    Q.   Okay.
4    A.   And then Pam knows that if -- a lot of
5  times we may not have the answer, but I call Omaha
6  zoo for advice or I call Iowa State for advice, and
7  we would -- I haven't had to for Pam, but for
8  Osborn, we'll get blood on the animals, like black
9  bears or deer.  I'd call them up and their
10 veterinarians just send me everything they got.
11 'Cause there's squat for books published on the
12 stuff.  So when I get numbers, I send them to them,
13 and if I need numbers, they send them to me.
14   Q.   That's the Omaha zoo?
15   A.   Uh-huh.
16   Q.   Okay.  So in your experience, the USDA
17 hasn't provided you -- let me put it this way.  The
18 USDA has provided you with very little guidance on
19 how to care for these animals?
20   A.   That's not much in that book for --
21   Q.   Not much?
22   A.   And I don't know as they could tell us
23 any more than we already know.
24   Q.   Okay.  So maybe three visits a year.  How
25 much money do you think in an average year Elkader

75

1  Veterinary Clinic earns for its work on Cricket
2  Hollow Zoo animals?
3    A.   Maybe 150 bucks.
4    Q.   $150?
5    A.   It's not much.
6    Q.   In an average year?
7    A.   If I did one inspection.  I got my gas
8  and time down there and I'm not there that long.
9    Q.   Okay.  So I guess, then, based on the
10 numbers you were describing before, it's very rare
11 that you would have to do a surgery or a lab test
12 or the kinds of treatments that would cost more
13 than $150 a year?
14   A.   I said if I make -- what I would make.  I
15 think my profit down there maybe would be 150.
16   Q.   Oh, your profit is 150.  Okay.  So how
17 much money do you think Elkader Veterinary Clinic
18 charges in a given year?
19        See, this was hard for us to tell, 'cause
20 it was just a single chart going back to 2007.
21 But, yeah, you're welcome to look at it, if that
22 helps you give an answer.
23        MR. PIERCE:  Yeah.  For the record,
24 Dr. Pries is reviewing the printout of the computer
25 billing records that his secretary at Elkader

76

1  Veterinary provided to plaintiff's counsel through
2  Dr. Thorson.
3        MR. THORSON:  You don't need to call me
4  Dr. Thorson.
5        MR. PIERCE:  I'm sorry.  Mr. Thorson.
6  The Juris Doctor Thorson.
7        MR. THORSON:  That's all right.
8    A.   See, here, from 4-23-07 to February 5,
9  2015, my gross amount charged through that time was
10 $6,363.76.
11   Q.   (MR. PIERCE)  Uh-huh.
12   A.   Right there.  And that -- on the first
13 page a bit more is professional time office calls,
14 antibiotics, anesthesia, and then listed separately
15 were some class 2 drugs for anesthetics,
16 antibiotics, medicine we dispensed, prescription
17 diets, and so -- not even a thousand dollars a
18 year.
19   Q.   Uh-huh.  Did you ever discuss with the
20 Omaha zoo what their veterinarian charges in a year
21 might be?
22   A.   That would be unethical.
23   Q.   Do you know if it's normal, in other
24 words, for a zoo to spend about a thousand or less
25 than a thousand dollars a year on vet care?

Ex. 7-0531

77

1    **A.**  I don't know.

2    **Q.**  Not sure? Okay. In veterinary medicine,

3 is there something called the unlawful practice of

4 veterinary medicine?

5    **A.**  Yeah. There's guys that go before the

6 board every year for doing something wrong.

7    **Q.**  Okay. I have in mind -- do you have a

8 license to practice veterinary medicine?

9    **A.**  Yes.

10    **Q.**  Can a person practice veterinary medicine

11 without a license?

12    **A.**  Not in Iowa.

13    **Q.**  Not in Iowa? Is there a difference

14 between practicing veterinary medicine without a

15 license and doing something that a veterinarian

16 recommends?

17    **A.**  Word that again. I got farmers that do a

18 lot of this theirself.

19    **Q.**  Yeah. So that's the question. So you

20 said that you can't practice veterinary medicine

21 without a license in Iowa, but a person could do

22 something that a veterinarian recommends that they

23 do. So when -- when is it okay not to be a vet,

24 but to treat an animal?

25    **A.**  If you own your own cattle and, in Iowa,

78

1 you decided I'm going to dehorn and castrate these

2 cattle myself, in the state of Iowa, from

3 Des Moines, that's legal.

4    **Q.**  Dehorning and castrating.

5    **A.**  Yes.

6    **Q.**  Okay.

7    **A.**  'Cause if -- if they're your cattle.

8    **Q.**  Okay.

9    **A.**  Now, the fine line gets to be, say some

10 guy in southern Iowa knows how to castrate and his

11 neighbors don't, they always want him over there

12 working cattle, 'cause they decided they were going

13 to have him do it instead of calling a

14 veterinarian.

15    **Q.**  What about administering medicine?

16    **A.**  If it's your animals in Iowa, you can

17 give them the medicine.

18    **Q.**  Do you need a prescription?

19    **A.**  On some drugs you need prescriptions.

20    **Q.**  Okay. Some drugs don't require

21 prescriptions?

22    **A.**  No. You can buy penicillin at the farm

23 and home store.

24    **Q.**  Antibiotics.

25    **A.**  Yeah. And I've got -- I know of horse

79

1 people, clients or otherwise, that heard somebody

2 at the racetrack said do this and they do that, and

3 it's a bad outcome, but it's their horse, so --

4    **Q.**  Okay. Could a person without a vet

5 license do a surgery of any kind?

6    **A.**  I suppose they could try, but --

7    **Q.**  Would that be legal?

8    **A.**  No.

9    **Q.**  Okay.

10    **A.**  Not -- you know, but dehorning cattle and

11 castration is generally not anesthesia to get that

12 far, so -- if they're going to in a matter of

13 seconds have this taken care of and it's been done

14 that way for a couple hundred years, Iowa says

15 that's fine.

16    **Q.**  So that's one line that you might draw

17 between legal and unlegal treatment of cattle. Do

18 you know if there's a line related to wildlife?

19 What a person can and cannot do for wildlife?

20 Captive wildlife?

21    **A.**  If it's white-tailed deer that destroys

22 your car and kills your wife, it's your fault, but

23 it's DNR's deer.

24    **Q.**  Okay.

25    **A.**  If it's wounded and you figure at least

80

1 get me the meat, they'll argue with you, you need a

2 tag first.

3    **Q.**  What if it's a tiger in a cage?

4    **A.**  Then somebody's got to own that animal.

5    **Q.**  Yeah.

6    **A.**  So that's where it's going to be. It's

7 going to ride on what are they going to do

8 theirself. And most people with a tiger in a cage

9 is, let's call a veterinarian.

10    **Q.**  Okay. So apart from giving medicine, you

11 think there are a few things that a person could do

12 legally themselves for their animals; is that

13 correct?

14    **A.**  Well, legally or wisely.

15    **Q.**  Or wisely. Okay.

16    **A.**  I don't think legal has anything to do

17 with it.

18    **Q.**  Okay. So let's talk a little bit about

19 this case. I don't know how much you've discussed

20 the case with Pam. I gather you haven't discussed

21 it at all with Mr. Thorson, maybe until you met him

22 today. Since you've been introduced as an expert

23 in --

24    **A.**  (Nods no.)

25    **Q.**  No?

81

1    A.    Not the expert.

2    Q.    Oh.

3    A.    I told you that at the start.  I'm just
4  here supporting Pam.

5    Q.    Okay.  Well, have you formed any opinions
6  about this case?

7    A.    I'm not clear what their case is, other
8  than they don't want Pam to have a zoo.

9    Q.    Okay.

10   A.    So tell me where these animals are
11 supposed to go.

12   Q.    Have you read the complaint, Dr. Pries?
13 The plaintiff's file?

14   A.    Yeah.

15   Q.    Okay.  What was your understanding of the
16 complaint?

17   A.    It makes no sense to me.

18   Q.    Oh.  Tell me about that.

19   A.    Well, ask me some more questions that
20 pertains to Pam's zoo.  Why they're complaining
21 about Pam's zoo.

22   Q.    Well, we'll get to that -- we may get to
23 that in a minute, but I wanted to know what you
24 understood about the complaint.  You said that the
25 lawsuit doesn't make sense to you, but you have

82

1  read the complaint.  So do you understand what the
2  plaintiffs are saying about Pam's zoo?

3    A.    No.  You tell me what they're complaining
4  about.  I mean, it's legal in there, fine.  But
5  what's the complaint?

6    Q.    Well, they brought a lawsuit under the
7  Endangered Species Act alleging that Pam and Tom
8  Sellner and Cricket Hollow Zoo are not treating the
9  endangered animals there in compliance with what
10 the Endangered Species Act would require.

11   A.    And I don't see that.

12   Q.    Okay.  So your opinion, then, would be
13 that Pam and Tom Sellner are not violating the
14 Endangered Species Act.

15   A.    No.

16   Q.    Okay.  So on what -- on what basis do you
17 maintain that opinion?

18   A.    I see healthy animals in these cages that
19 if Pam didn't have them and no other zoo wanted
20 them, they'd be dead.  And I don't like dead
21 animals and they're healthy.

22   Q.    Nobody does.

23   A.    They get food when they need it, they've
24 got fresh water, and they've got a great place to
25 lay around.  They're not wild.  They'd like to be,

83

1  but they can't survive if they're wild.

2    Q.    So if you were invited to speak at trial,
3  Dr. Pries, do you know what kinds of things you
4  might be asked to testify about?

5    A.    No.

6    Q.    Okay.  Well, here's some of the things
7  that you might be asked to testify about.  Animal
8  husbandry.  How would you define animal husbandry?

9    A.    That's what people up here do all the
10 time.  We're taking care of our livestock or our
11 animals that give us an income.  It's just like
12 feeding your kids and your dogs.  I mean, let's
13 treat them right.

14   Q.    So animal husbandry is taking care of
15 animals and treating them right.  Is that how you
16 would define it?

17   A.    Yeah, it's fine.

18   Q.    Okay.  And what kind of considerations
19 would be included in evaluating whether an animal
20 was taken care of or treated right?

21   A.    They always have water.

22   Q.    Okay.

23   A.    They're fed when they're hungry.  If
24 they're supposed to be wet, they got a place to
25 swim.  If they're not supposed to, they're dry.

84

1    Q.    Okay.  What about -- you mentioned that
2  they have a good place to lay around, the animals
3  at Pam's zoo.  Does the size of the enclosure
4  matter?

5    A.    Sometimes.

6    Q.    When does it matter?

7    A.    So there's enough square feet for
8  whatever the animal size is.

9    Q.    Okay.

10   A.    And I'm sure somebody's got a book on
11 that.

12   Q.    But you haven't seen one?

13   A.    No.

14   Q.    Okay.  What else would make an enclosure
15 adequate for an animal?  The size is one.  If the
16 animal has to be wet and swimming, that's another.
17 What else would a person have to think about if
18 they were evaluating whether the enclosure was
19 adequate for the animal?

20   A.    They've got fresh air, good ventilation,
21 and it's either -- it's the right temperature for
22 that animal.

23   Q.    Okay.  What else?

24   A.    That's all I can --

25   Q.    Okay.  Would you say that nutrition is a

Ex. 7-0533

1 part of animal husbandry? You mentioned that the
2 animals are well fed at Cricket Hollow Zoo.
3     A.  Yeah, they're supposed to have the
4 correct diet for that animal.
5     Q.  Okay. And how would a person evaluate a
6 correct diet?
7     A.  You talk to other people that have these
8 animals in their zoos. And I know years ago, even
9 the bigger zoos had problems feeding animals right.
10 I'm assuming they figured all that out now with
11 their size.
12     Q.  Okay. Are you familiar with the AZA?
13     A.  (Nods no.)
14     Q.  It's the American Zoological Association.
15 Have you heard of that?
16     A.  (Nods yes.)
17     Q.  Yes? Okay. And you know that the AZA
18 has an accreditation process? So some zoos --
19 namely, the Omaha zoo -- are accredited by the AZA
20 and other zoos are not?
21     A.  Uh-huh.
22     Q.  Yes?
23     A.  Yes.
24     Q.  Thank you. This is one thing that the
25 AZA says about animal husbandry. It's like your

1 definition. I'm wondering what you think of it.
2 The AZA says, "Animal husbandry practices ensure
3 that the physiological, biological, psychological,
4 and social needs of the animals cared for in
5 AZA-accredited zoos and aquariums are addressed.
6 Providing for good animal welfare encompasses both
7 ethical and scientific responsibilities."
8     Do you agree that that's a good
9 definition of animal husbandry? Do you want me to
10 read it again?
11     A.  I think I covered most of that in my
12 definition.
13     Q.  Okay. So do you not think that that's a
14 good definition of animal husbandry?
15     A.  It's fine.
16     Q.  It's a fine definition?
17     A.  (Nods yes.)
18     Q.  So I'll read it one more time. "Animal
19 husbandry practices ensure that the physiological,
20 biological, psychological, and social needs of the
21 animals are met. Providing for good animal welfare
22 encompasses both ethical and scientific
23 responsibility."
24     So that's a fine -- that's a fine
25 definition?

1     A.  I don't mean it's fine okay. It's their
2 definition.
3     Q.  Oh. Do you disagree with it in any way?
4     A.  Well, part of it is the sociological.
5     Q.  Tell me about that.
6     A.  You want to sit in a cage? I don't. But
7 I don't want something trying to eat my butt every
8 night 'cause I can't survive in the wild.
9     Q.  Uh-huh.
10     A.  I mean, I know -- I know this AZA, I've
11 had friends at vet school that talk about it. It's
12 like the American Animal Hospital Association. Pay
13 a huge amount of money and they accredit you and
14 then nobody cares. And I know Omaha takes
15 excellent care of their animals and they've got
16 huge budgets. And they get money like crazy. And
17 people that work there say it's wonderful. But
18 it's probably like Chicago and the zoo in New York
19 and Indianapolis and Fort Worth. They all have a
20 lot of money, so --
21     Q.  So what's the benefit to the animals
22 where a zoo has a lot of money?
23     A.  'Cause they have capture facilities to
24 move animals around that need treated. They can
25 bait them into place, use drugs I can't even buy to

1 get them sedated, and then just get crews there to
2 haul them off and get them to the animal hospital.
3     Q.  So the practice of veterinary medicine is
4 easier at a big zoo with a lot of money?
5     A.  I think they make it a lot easier.
6     Q.  Is there anything else that money gets
7 for the animals at a zoo?
8     A.  Well, they probably got their own
9 nutritionists for them.
10     Q.  Okay. And why would that be important?
11     A.  Well, down here you kind of do it by the
12 seat of your pants, figure this is what we have for
13 food, this is what we're going to use, and then
14 we'll have to balance it to make it right. And I
15 know in Omaha they actually have kitchens that cook
16 this stuff for them, so -- it's got to be a pretty
17 sweet deal for the animal.
18     Q.  So veterinary medicine and nutrition.
19 Anything else that's good for animals in the
20 bigger, well-funded zoos?
21     A.  Well, they got a huge penguin exhibit at
22 Blank in Des Moines, and so it's full of penguins,
23 and you can see those things play like they're in
24 South America. We don't have anything like that
25 around here. And that facility had to cost

89

1  millions.

2      Q.   So the thing about the penguins that's

3  good is that the exhibit, what?  Resembles what the

4  penguins would have outside of the zoo?

5      A.   Yeah.  Replicate where they lived, and

6  none of them were probably born there.  They were

7  probably born in Des Moines.

8      Q.   Anything else that money gets for animals

9  in a zoo?

10      A.   When you're rich, it's just better.

11      Q.   That's generally true.  You mentioned

12  that being in a cage is better than getting your

13  butt eaten every night, but you've also said that

14  the penguins have this great exhibit that

15  replicates the wild.  How important is it for an

16  enclosure to replicate the wild?

17      A.   The only place I know, and I've never

18  been there, is Busch Gardens in Florida.  And I

19  don't know how they keep some of those animals

20  apart.  But that's about as near as you can come to

21  where they actually put the human in the bus and

22  you drive out and see them, you know, without

23  taking a trip to Africa.  Everyplace else I know,

24  you're going to walk through it and see them.

25      Q.   So what do you think of the animal

90

1  husbandry at Busch Gardens?

2      A.   The pictures I've seen, it looks pretty

3  slick.

4      Q.   Meaning what?  What do you mean by slick?

5      A.   Well, if you can get in a bus and drive

6  through something that looks like Africa, it's a

7  lot cheaper than flying over there.

8      Q.   Well, it's good for the visitors.  What

9  about for the animals?

10      A.   Don't know.  Never been there.

11      Q.   Don't know.  Okay.  Is mortality an

12  important consideration for animal husbandry?  How

13  often an animal dies or how old the animal might be

14  when it dies?

15      A.   Yeah.  You don't -- I mean, if I'm a

16  caretaker for that animal, I'd like to have as

17  long a life as it could have.  But you don't always

18  know how long something's going to live, either.

19      Q.   Okay.  Anything else that you think would

20  be a consideration for kind of broad definition of

21  animal husbandry?  We have nutrition, we have

22  veterinary care, we have enclosures that replicate

23  the wild, we have water, we have fresh air

24  ventilation and temperature.  Sanitation?

25      A.   Goes along with environment.

91

1      Q.   Goes along with environment?  Okay.  So

2  what about sanitation?  What type sanitation would

3  make for good animal husbandry?

4      A.   Well, most of them have dunging areas,

5  and they need to keep them cleaned up when they

6  can.

7      Q.   Okay.

8      A.   And it also makes a difference on how wet

9  something is that you may not want wet.

10      Q.   Is the dunging area usually separate

11  from, like, a living area?

12      A.   Some animals just naturally separate it.

13      Q.   Okay.  So let's -- so thinking of these

14  categories that together form good animal

15  husbandry, how would you rate the animal husbandry

16  of Cricket Hollow Zoo?

17      A.   Very good.

18      Q.   Okay.  And what do you base that rating

19  on?

20      A.   Just what it looks like when I go there

21  on an inspection.

22      Q.   So just generally the appearance of the

23  place?

24      A.   I walk by a pen and if I see poop there,

25  it's probably just within the last few hours.  It's

92

1  not built up and ignored.  There's water in all the

2  waterers.  They all look like they've been well fed

3  that morning already.  Nothing acts like they're

4  starving.

5      Q.   Okay.  So we'll talk in a little while

6  about some of the individual animals at Cricket

7  Hollow Zoo that the plaintiffs in this case are

8  worried about, but I wanted to ask how you keep up

9  with the regulations concerning captive wildlife.

10  You mentioned you have the book by the USDA, but

11  that there's not a lot in there about how to treat

12  animals.  What else might you look at in your

13  practice to know what captive wildlife require?

14      A.   Well, we've got stuff on the Web and then

15  I've got Merck Manual that covers zoo animals.  And

16  if you had questions, I probably got to go on the

17  computer and find it or I call Omaha.

18      Q.   Okay.  Are you a member of any

19  association?

20      A.   The Iowa Vet Med and American Association

21  of Bovine.

22      Q.   Have you taken any continuing education,

23  any classes in veterinary medicine or courses of

24  any kind since graduating from vet school?

25      A.   You need 20 credits a year.  So, yeah.

Ex. 7-0535

93

1      Q.   And have you used any of those credits
2   toward the care of wild animals?  Specifically,
3   captive wildlife?
4      A.   Well, a lot of those meetings have
5   several speakers.  I'm sure somebody talked about
6   something I sat through.
7      Q.   Okay.  But you've never intentionally
8   pursued training in the care of captive wildlife.
9      A.   (Nods no.)
10     Q.   Okay.  So you mentioned that you
11  sometimes call Omaha zoo when you have a question
12  about what to do with an animal.  Who do you speak
13  to at Omaha zoo?
14     A.   Whoever gets on the phone.
15     Q.   Do they have a direct phone number for
16  their veterinarians?
17     A.   (Nods yes.)
18     Q.   Okay.  So you're calling a vet?
19     A.   Well, yeah, but I -- the vets are usually
20  so busy there, I talk to technicians.  And then
21  they -- usually they'll ask a veterinarian what I
22  have for a question and then one of them will call
23  me back.  Or they'll just send me the information.
24     Q.   In the mail?
25     A.   Emails.

94

1      Q.   Email?  What kinds of questions are you
2   putting to them that Omaha -- is it about a
3   specific animal or are they general questions?
4      A.   Well, general.  And then -- well, the one
5   on the bear at Osborn was specific, 'cause we had
6   stuff from a study in Michigan and one in
7   Minnesota.
8      Q.   Okay.
9      A.   And they sent me everything they had on
10  that research.
11     Q.   So when you have questions, you look in
12  the Merck Manual, online, or you contact vets at
13  the Omaha zoo?
14     A.   (Nods yes.)
15     Q.   Okay.  What's in the Merck Manual?
16     A.   There's sections in there on a few
17  animals that you might run across in practice for
18  normal blood levels.  They don't have black bear,
19  but some of the herbivores, like the elk or deer.
20     Q.   Are tigers in the Merck Manual?
21     A.   No.
22     Q.   Are lions?
23     A.   No.
24     Q.   Wolves?
25     A.   No.  Wolves, you got to just figure, when

95

1   we look up something, extrapolate it off of dogs.
2      Q.   Okay.  So none of the -- none of the zoo
3   animals at Cricket Hollow are in the Merck Manual?
4      A.   Camel would be.
5      Q.   The camel?  Okay.
6      A.   (Nods yes.)
7      Q.   Anything else?
8      A.   Oh, llamas, sheep, geese.
9      Q.   Sort of like the farm animals?
10     A.   Yeah.
11     Q.   I'm going to show you a resume of someone
12  that we know.  I'll give a copy over there to
13  Mr. Thorson.  I think you might have this already.
14  I'll ask the reporter to mark this as Exhibit D.
15          This is the resume of a researcher named
16  Peter Klopfer.  He's a specialist in animal
17  behavior at Duke University.  He has -- he's done a
18  lot of work in wild animal behavior and some work
19  in captive animal behavior.  He's especially -- a
20  specialist in lemurs.  He travels frequently to
21  Madagascar and also studies lemurs in captivity at
22  Duke Lemur Center.  This resume would have
23  accompanied the notice letter that plaintiffs
24  provided.
25          MR. THORSON:  Are we going to mark this

96

1   or --
2          (Deposition Exhibit D marked for
3   identification, as requested.)
4      Q.   (MR. PIERCE)  Dr. Klopfer also at Duke
5   sits on the IACUC, the Institutional Animal Use and
6   Care Committee.  Institutional Animal Care and Use
7   Committee.  So at the University there, he has to
8   review all the research protocols as well as
9   examine the captivity of all the animals used in
10  research at the University.
11          So would you agree, Dr. Pries, that
12  Dr. Klopfer is an expert on lemurs on the basis of
13  his resume?
14     A.   Never met him.
15     Q.   Did you have a chance to review his
16  resume?
17     A.   I just see he's got a lot of papers.
18     Q.   Yeah.  If you had questions about lemurs,
19  do you think that you would consult a person like
20  Dr. Klopfer?
21     A.   Be a place to start.  He's got a paper on
22  birds, too.
23     Q.   Would you agree, Dr. Pries, that
24  Dr. Klopfer has extensive experience in the
25  maintenance and care of captive animals on the

97

1 basis of his work on the Institutional Animal Care
2 and Use Committee at Duke University?
3      MR. THORSON:  I'm going to object to the
4 form of the question.  It asks for this witness to
5 speculate on any qualifications of somebody else.
6 He's indicated he doesn't know who this person is
7 or what his qualifications are.  You can answer if
8 you can.
9      Q.   (MR. PIERCE)  Based on what you see in
10 the resume, Dr. Pries.
11      A.   Okay.  Ask the question again based on
12 this?
13      Q.   So first I asked if you would agree that
14 he might be a person you would consult about
15 lemurs, and you said he would be a good place to
16 start.  Then I asked whether you would agree that
17 Dr. Klopfer would be a good person to consult about
18 captive animals generally, based on his experience
19 in the Institutional Animal Care and Use Committee
20 at Duke University.
21      A.   I have no idea.
22      Q.   Okay.
23      A.   I --
24      Q.   It's a long resume.  I'm going to hand
25 another resume to the court reporter.  We've

98

1 already provided this resume to Mr. Thorson, but
2 I'll let him review this one.
3      MR. PIERCE:  We will mark that as
4 Exhibit E, please.
5      (Deposition Exhibit E marked for
6 identification, as requested.)
7      Q.   (MR. PIERCE)  So I'll ask you, Dr. Pries,
8 to look at Exhibit E.  This is a shorter resume.
9 Exhibit E is the resume of Dr. Jennifer Conrad.
10 You can see that she has done quite a bit of
11 veterinary work with captive wildlife in a variety
12 of zoo settings, and she has a certain number of
13 publications, honors, and awards.  So based on what
14 you read in her resume, would you agree that
15 Dr. Conrad has extensive experience treating --
16 providing veterinary care to captive wildlife?
17      A.   Yes.
18      Q.   Was that yes?
19      A.   Yes.
20      Q.   Do you think that you would call
21 Dr. Conrad if you had a question about captive
22 wildlife?
23      A.   No.
24      Q.   You would not call her?
25      A.   No.

99

1      Q.   For what reason?
2      A.   Certification in Veterinary Medical
3 Acupuncture.
4      Q.   So that would disqualify her for you?
5      A.   I wouldn't even talk to her.
6      Q.   Okay.  What about acupuncture would
7 prevent you from calling her?
8      A.   I've seen people try it and all they do
9 is charge the client and it's the same mess and we
10 go back to medicine.
11      Q.   Okay.  But you wouldn't call her for
12 medical advice apart from the acupuncture?
13      A.   No, I wouldn't.
14      Q.   I see.  Okay.
15      A.   I see she got volunteered to go to
16 Africa.
17      Q.   Well, what -- why does that stick out to
18 you, Dr. Pries?
19      A.   Well, she probably wouldn't have done it
20 for free.  But it would be a neat place to work
21 with rhinos, and that's quite a national park.  And
22 it was volunteer, so --
23      Q.   You know about Etosha?
24      A.   Just on National Geographic.
25      Q.   Do you know about any of the other places

100

1 there?  Like the Cambodia Wildlife Sanctuary?
2      A.   No, I've never heard of it.
3      Q.   The Cheetah Conservation Fund?
4      A.   No.  The National Park's the only thing I
5 saw.
6      Q.   Okay.  What do you know, Dr. Pries, about
7 a calcium-phosphate ratio?
8      A.   You have a calcium-phosphate ratio.
9      Q.   Who does?
10      A.   Everybody.
11      Q.   Everybody does?  So what's important
12 about it?
13      A.   Well, I know dairy cattle is three to
14 one.
15      Q.   Okay.
16      A.   And I know if you don't have it right in
17 big cats, you can have bone problems.  If you have
18 it wrong in puppies, you have bone problems.
19      Q.   Do you know how it might create bone
20 problems?
21      A.   Just intake and dietary.  Sometimes you
22 get too rapid a growth, you don't get enough
23 growth, you get too much calcium removed.  It all
24 makes a difference.
25      Q.   So how would a person with or without

Ex. 7-0537