

DEPOSITION
EXHIBIT
PENGAD-Bayonne, N.J.



The above photo was taken by me, Lisa K. Kuehl, on June 21, 2012
at the Cricket Hollow Zoo in Manchester, Iowa.
The camera used was a Canon Digital Rebel T3,
with a Canon EF 75-300mm zoom lens attached.

At the time the photo was taken,
the lioness was close to the perimeter chain-link fencing.
I was able to zoom in to her face and blur out most of the fencing.
A small portion is still visible on the left side of this photo,
under the lionesses' RIGHT cheek.
The blurred fence presents as a light grey shadow.
This photo has been further enlarged and cropped
in order to focus on the lionesses' facial features,
specifically her fly-bitten nose and fly-infested left ear.





Ex 8-0574



Ex 8-0575



Ex 8-0576





Ex 8-0578


Ex 8-0579





07/13/2013 02:04

Ex 8-0581

# Timber Wolf

## *Canis Lupus*

Timber Wolves, which are also known as Gray Wolves, have long muzzles, erect ears, bushy tails, and thick fur that is usually gray, but can vary in color from black to white or brown. Once widespread in their range, Timber Wolves now only inhabit forests and tundra in Canada, Alaska, a few northwestern and Midwest states, Russia and small pockets of East Europe and Asia. They reach a weight of 60 to 170 pounds and a length of 4 to 5 feet (not including their tails). Males are larger than females.

Active mostly at night, Timber Wolves prey on elk, caribou, deer, sheep, rabbits, beavers and fish. They live in packs consisting of 7 to 20 individuals with a distinct hierarchy. The strongest, most aggressive male is the "alpha" male of the pack and his mate is the dominant female. Timber Wolves have a lifespan of 10 years in the wild.

## Endangered



© 2002-2003 Sanctuary Supplies. All Rights Reserved.

07/13/2013 02:

Ex 8-0582



Ex 8-058B

07/13/2013 02:24



Ex 8-0584



Ex 8-0585



Ex 8-0586

IOWA DEPARTMENT OF AGRICULTURE & LAND STEWARDSHIP

Animal Welfare Bureau
(515) 281-8601
(515) 281-6358

Wallace State Office Building
502 East 9th Street
Des Moines, IA 50319

## COMPLAINT INVESTIGATION REPORT FORM

Name: Lisa K. Kuehl          Request to Remain Anonymous: ☒

Address: 1428 270th Street madrid, IA 50156
Street Address          City     State     Zip

Telephone Number(s): (515) 451-1039 (c), (515) 795-2306 (H)

Name of Person(s)/Business to Investigate: Cricket Hollow Zoo

Address: 1512 210TH Street manchester, IA 52057
Street Address          City     State     Zip

Telephone Number(s): (563) 927-6655

**Source of Information:**
☒ Witnessed/Observed   ☒ Other Source, Please describe: USDA inspection reports
dated 12/8/11, 8/16/11, 2/16/11, 11/23/10 & 7/29/10

Description and nature of complaint (Include Dates):

Please see accompanying document &
photographs.

SIGNATURE: Lisa K. Kuehl

DATE: 4/6/12

to: IDALS, Animal Industry Bureau
   Wallace State Office Bldg
   502 East 9th Street
   Des Moines, IA 50319
FAX to: 515-281-4282
OR EMAIL: katie.hyde@iowaagriculture.gov

Office Use Only:
☐ Unlicensed
☐ State Licensed AW#:
☐ USDA Licensed: Certificate #:
        Customer #:

Ex 8-0587



Ex 8-0588



Ex 8-0589



Ex 8-0590



Ex 8-0591

22 May, 2012

 COPY

Sheriff John LeClere, Delaware County, Iowa
304 E. Delaware Street
P.O. Box 116
Manchester, Iowa 52057

Dear Sheriff LeClere:

It has come to my attention that there is a commercial zoo in your county, called Cricket Hollow Zoo and operated by Tom and Pamela Sellner of Manchester, that has a long, documented history of violations of the federal Animal Welfare Act. USDA inspection reports over the past five years cite the Sellners with many violations, including the following:

- failure to maintain a program of adequate veterinary care, resulting in ill or physically injured or uncomfortable animals,
- housing facilities that are not structurally sound,
- dirty, unsanitary or inadequate drinking water for animals, including dogs,
- multiple animal enclosures with excessive animal waste and/or hair in them,
- foodstuffs not protected from spoilage and contamination,
- housing facilities that pose a physical threat to animals,
- unsuitable drainage in outdoor animal enclosures,
- inadequate staffing level to care for the number of animals on premises,
- inadequate shelters lacking protection from wind, sun and rain/snow,
- animal enclosures with inadequate lighting,
- excessive presence of flies and rodents,
- shelters too small for the comfort of the animals

I believe the above examples do not meet the requirements of Iowa Code Section 717B. 3, Injury To Animals Other Than Livestock, which states:

*A person who impounds, confines, in any place, an animal is guilty of animal neglect, if the person does any of the following: fails to supply the animal during confinement with a sufficient quantity of food or water; fails to provide a confined dog or cat with adequate shelter; or tortures, deprives of necessary sustenance, mutilates, beats or kills by any means which causes unjustified pain, distress or suffering.*

The conditions which the Sellners have exposed their animals to for at least the past 5 years constitutes animal neglect, as well as failure to provide necessary sustenance, by definition. The zoo facility that these animals live in is not adequate shelter. Denying these animals a healthy zoo environment, as well as veterinary care constitutes deprivation of necessary sustenance for these animals, leading to unjustified pain, distress and suffering.

*I respectfully request that a representative from your department perform a welfare check of all of the animals inside the Cricket Hollow Zoo at 1512 210th Street in Manchester.*

I am copying Dr. David Schmitt, State Veterinarian with the Iowa Department of Agriculture as well as Mr. Josh Colvin, Cruelty Intervention Coordinator at the Animal Rescue League in Des Moines in this correspondence. Both gentlemen have asked to be kept informed of serious animal neglect situations discovered in our state.

Thank you in advance for your attention to this matter. I would appreciate a follow-up conversation with your department when time permits.


Sincerely,



Lisa K. Kuehl
1428 270th Street
Madrid, IA 50156-7521
lkkuehl@gmail.com
(515) 451-1039

cc: Dr. David Schmitt, State Veterinarian, Iowa Department of Agriculture
    Mr. Josh Colvin, Cruelty Intervention Coordinator, Animal Rescue League of Iowa


Enclosures: USDA inspection photographs, USDA inspection reports, aerial photgraphs



28 June, 2012

Dear Sirs and Madams of the United States Department of Agriculture:

Please accept this document as my formal complaint against the following USDA licensee:

**Cricket Hollow Zoo**   Owners Pamela and Tom Sellner
USDA Certificate Number 42-C-0084 / Customer ID 5143
1512 210th Street
Manchester, Iowa  50257

On Thursday, June 21st, 2012, I paid a personal visit to the Cricket Hollow Zoo. The time of my visit spanned the hours of 3:30 pm until 5:35 pm CDT. The weather that day was fair, with mostly sunny skies and air temperatures near 80 degrees Fahrenheit.

**I observed the following instances of sanitation concerns and animal neglect and am attaching supporting photographs for each observation:**

Upon entering the zoo area, there was a pronounced stench of animal waste. While participating in the "self-tour" of the zoo facility, an uncovered and publicly viewable pile of heaped garbage was observed near the hooved animal area.





Many instances of excessive animal excrement
were observed throughout the zoo,
including underneath the rabbit enclosures.
The two rabbits in one of these enclosures had no water in their water dish.
There was also a minimum amount of space
for these rabbits to lie or move around in.
One of the rabbits, an Angora, was heavily matted.







Ex 8-0596

There were two large tortoises housed in a chain-link enclosure.
One of the tortoises appeared to be stuck under the fencing
or trying to escape or seek cooling.
There was no water available for them.
There was no fresh food available for them, only dry hay.





Ex 8-0598

Two domestic dogs, a Sheepdog and a Standard Poodle,
were housed in a chain-link enclosure.
The Sheepdog was heavily matted and in need of grooming.
There was stale water in the water pan
that was inside of a blue receptacle,
which made it difficult for the dogs to reach what little water was in there.
There were unidentifiable, fly-infested food scraps in their food dish.



