







There continues to be many animal enclosures
created out of make-shift materials,
including parts of old farm machinery, corn cribs,
chemical containers and storage tanks.
These appear to offer little in the way of
weather or insect protection
for the animals using them.
Most enclosures were also without any type of
bedding material in them.



07/13/2013 02:07



The Cricket Hollow Zoo has been documented by USDA inspectors twice for failing to have enough employees or volunteers to meet husbandry demands. It should also be noted that the Sellners continue to operate a commercial dairy operation on premises, in addition to managing the zoo. **On August 17, 2011**, inspectors noted, under AWA Section 3.132 - Employees:

*"The prior three inspection reports have documented a significant number of non-compliant items. The facility owners have other jobs and are the only ones doing work at the regulated facility. Giving consideration to the demands of the facility owners, the number of animals, the species of animals and inspection history, it is apparent that there is not a sufficient number of employees at this facility. The staffing level must be increased to include additional adequately trained employees or the facility shall decrease the number of animals until such a point that present staff can accommodate the needs of the animals. To be corrected by October 13, 2011."*

This same notation was made again on **December 8, 2011**, as a Repeat Non-Compliance Item (NCI) under Section 3.132 - Employees:

*"The facility owners continue to have the same outside work obligations and have no additional employees. The current inspection report demonstrates that the work load continues to exceed staffing levels. This does not provide for the health and well-being of the animals. The staffing level must be increased to include additional adequately trained staff that can accommodate the needs of the animals."* (no date for compliance given.)

**The most current available USDA inspection report dated February 13, 2013 documents 187 regulated animals at the Cricket Hollow Zoo, not including the many birds, reptiles and amphibians residing there.**

It is apparent that, based on the long history of numerous non-compliances with the federal Animal Welfare Act (AWA) dating back to at least June 19, 2007, and the current housekeeping, sanitation and animal welfare issues still present, that this licensee is not capable of properly managing the Cricket Hollow Zoo. The public health and safety standards at the zoo are also questionable and need to be evaluated. Therefore I respectfully request a follow-up inspection by both the USDA-APHIS as well as the Iowa Department of Agriculture to assure AWA compliance and State of Iowa animal welfare code compliance. I also request that both agencies reconsider the re-issuance of the license and operating permit for the Cricket Hollow Zoo.

Thank you.

*Lisa K. Kuehl*

Lisa K. Kuehl
1428 270th Street
Madrid, IA  50156-7521
(515) 451-1039
lkkuehl@gmail.com

Dear Sirs and Madams of the United States Department of Agriculture - APHIS and the Iowa Department of Agriculture and Land Stewardship:

Please accept this document as my formal complaint against the following USDA licensee and State of Iowa permit holder:

**Cricket Hollow Zoo**   Owners Pamela and Tom Sellner
USDA Certificate Number 42-C-0084 / Customer ID: 5143
1512 210th Street
Manchester, Iowa 50257

On Sunday, October 26th, 2013, visitors to the Cricket Hollow Zoo observed and documented a situation of possible loss of animal life due to inadequate care provided by the zoo's management. National Weather Service records for the zoo's location indicate the low temperature for October 25th was 23 degrees F and on October 26th was 31 degrees F.

The animals in question are a litter of newborn baby Meishan oriental pigs.

At least four dead or dying piglets can be seen in these photos, with another piglet appearing to still be alive. A lack of adequate pig enclosures with suitable amounts of clean, dry nesting materials is evident in these photographs.







According to the federal Animal Welfare Act guidelines for warmblooded animals such as these Meishan pigs, **Subpart F, Section 3.127 Facilities, Outdoor,** *animals must be provided with shelter from inclement weather, appropriate to the local climactic conditions for the species concerned. Individual animals shall be acclimated before they are exposed to the extremes of the individual climate.*

**Inadequate enclosure conditions for the Meishan pigs was previously documented by USDA inspectors on at least two occasions:**

**9/25/13 USDA Inspection Report -** *"The second and third areas (of standing water) are within the exhibits housing one fallow deer and two Meishan pigs. Within both exhibits there are large, wet and muddy areas of standing water. The wet areas are adjacent to the shared fence line between the exhibits, near the water receptacles. The licensee states that the hose that runs these water receptacles has a leak and is creating standing water. The animals must walk through the wet areas to reach these water receptacles. -snip- Improper drainage within enclosures does not ensure a clean, dry environment for the animals which can impact the health and well-being of the animals. A suitable method shall be provided to rapidly eliminate excess water from within the enclosures."*
Violation of AWA Section 3.127 (c) Facilities, Outdoor. Heather Cole, DVM. Inspector 6026

**11/26/12 USDA inspection report -** *"All of the bedding within the shelter for the Meishan pigs (2 adults and 3 piglets) is wet and soiled with feces and/or mud. The feces/mud soiled bedding covers the entire floor of the shelter. As a result, there is no clean, dry area within the shelter for the pigs to walk or rest."*
Violation of AWA Section 3.131 (a) Sanitation. Heather Cole, DVM Inspector 6026

**The Iowa Department of Agriculture and Land Stewardship (IDALS) also made note of bedding issues in a complaint investigation report dated 2/8/13:**
*"Some of the outside smaller mammal pens needed to have some bedding (straw) added. In this freeze-thaw weather, bedding can get wet and packed down and lose insulating power. Ms. Sellner explained that on weekends she has more help and that is when they freshen any bedding and take care of minor maintenance issues. -snip- Dr. (Gary) Eiben (IDALS District Veterinarian), Inspector (Marc) Rue and I all agree that there are no standard of care issues here today that would cause any adverse health or suffering."* Doug Anderson, IDALS Complaint Investigator

Additionally, zoo visitors have documented other on-going concerns regarding the Meishan pigs over the past two and a half years, including inappropriate access to zoo visitors due to poorly-maintained enclosures, inadequate fresh and accessible water supplies, inadequate housing, inadequate bedding and inadequate water drainage in their enclosures.



June 21, 2012





July 22, 2012





July 22, 2012



June 23, 2013



Ex 8-0641





Ex 8-0642



**The most current available USDA inspection report dated
September 25, 2013 documents 160 AWA regulated animals at the
Cricket Hollow Zoo, not including the many birds, reptiles
and amphibians residing there.**

It is very apparent, based on the USDA records of numerous non-compliances with the federal Animal Welfare Act (AWA) dating back to at least June 19, 2007, and the current sanitation and animal welfare issues still present, that zoo owners and federal licensees Pam and Tom Sellner are not capable of properly managing the Cricket Hollow Zoo.   The Sellners also continue to disregard their obligations as a USDA Class "C" exhibitor to uphold the animal care standards set forth in the AWA. Additionally, public health and safety standards at the zoo are also questionable and need to be evaluated.   Therefore I respectfully request a follow-up inspection by both the USDA-APHIS as well as the Iowa Department of Agriculture to require both AWA and State of Iowa animal welfare code compliance.   I also request that both agencies reconsider the re-issuance of the both the USDA license and State of Iowa operating permit for the Cricket Hollow Zoo.

Thank you.


Lisa K. Kuehl
1428 270th Street
Madrid, IA  50156-7521
(515) 451-1039
lkkuehl@gmail.com

CC to: Senator Tom Harkin, Senator Charles Grassley and Congressman Bruce Braley

Ex 8-0643

Ex-8-0644







EX 8-0640


Ex-B-0657


Ex 8-0648






Ex 8-0651





Ex 8-0683


Ex 8-0054

TRACEY K. KUEHL

22781 – 230th Avenue * Davenport, Iowa * 52807
563/650-4270 * traceyk56@gmail.com

June 25, 2012

Ms. Katie Hyde
Iowa Department of Agriculture and Land Stewardship
Wallace State Office Building
502 East 9th Street
Des Moines, Iowa  50319

Dear Ms. Hyde:

Please find included with this letter a completed Complaint Investigation Report Form for Cricket Hollow Zoo in Manchester, Iowa.

On the afternoon of June 24, 2012 I stopped at this attraction and was thoroughly appalled at the condition of the property and of the animals living there.  I have included a number of pictures of the animals and the conditions I found them living in.

Upon my arrival at Cricket Hollow Zoo, I was immediately met with a foul manure smell and I knew this was not going to be the type of visit I expect from a tourist attraction that encourages the public's participation.

After paying my $5 admission fee, I was told I was on my own to explore and see the animals. My first encounter was a pen of approximately 30 fowl of various types… geese, ducks, guinea hens, chickens… all crammed into one run and house.  From there, I walked along the outside of what the owner called the "reptile house" and tried to see several of the caged animals living along it, though most of them were asleep in their cages.  (please see photo 1)

I came across another outdoor pen housing more ducks and geese and eventually made my way to a cage that contained at least one very large Old English sheepdog (please see photo 2). I called to the dog and it immediately came out of its house and walked over to where I was standing.  It's very heavy coat was matted together and in extremely poor condition.  I know for a fact these dogs require daily grooming in order for their coats and skin to remain healthy and disease free and I would judge from this dog's appearance it had been many, many days since any type of grooming had been done to it.  You can see from the picture the only shade for this animal is a haphazard tarp covering a portion of the top of the run.  The surface of the run consisted of gravel and dirt and feces.  I believe there was a second dog in this run, though I cannot be sure as there was no opportunity to get closer to the house in the run. As far as food and water go, I saw bowls but was not able to see if they contained anything.

I then came upon a small cage containing two rabbits (please see photo #3).  From the photo, you can see the accumulation of feces under the cage.  The bowls did not contain any food or water.

Ex 8-0656

From this point I moved into the "main part" of Cricket Hollow Zoo, basically a long graveled walk-way that ended at a large paddock and with various types of enclosures on each side of the walk-way. On the east side of the walk-way were several enclosures containing various large carnivores including a bear, a male lion, a cougar, a wolf, and a white tiger among others. Some of these large animals lived in old-fashioned ear-corn bins, others like the tiger were living in long, rectangle-shaped runs (please see photo #4). Again, you can see shade for these animals is very limited.

Moving past the large carnivores, I came to several pens that housed hoofed animals. Donkeys, sheep, some Highland cattle were all living in various combinations in these enclosures. I was troubled by the large amount of manure in these pens along with what appears to be extremely poor forage (please see picture #5). The condition of this hay looks to be very poor as well as eaten to the point the animals are no longer able to reach it if they could. They have to stand in some very poor soil conditions that can certainly lead to hoof rot and infections.

Though I do not have a picture, I do want to point out one of these pens contained about 25-28 sheep which on this hot day, were all trying to fit underneath a half-moon shaped hut (similar to the one in Photo #4 of the white tiger) for shade and not being at all successful.

As I continued down the walkway, I noticed to my left what appeared to be a drive-way to an open garbage pile behind the animal enclosures. (please see photo #6). This photo also provides a view of the condition of the fencing used for the animal enclosures, the weeds and brush over-growth common throughout the zoo, the proximity of the garbage to the animals, and the proximity of the dairy cows to the garbage and zoo animals as well.

As I was at the dead end of the walkway and looking into two large paddocks with dairy and other cattle in them, I turned around to look at the animals on the west side of the walkway. Once again, various paddocks contained hoofed animals such as sheep and goats, miniature horses, donkeys, and pot-bellied as well as Meishan pigs (please see photos #7 and 8). The Meishans were kept (like all of the other animals at this zoo) in mud paddocks with extremely poor housing. In this case a sow, boar and litter of month-old piglets were living together. I did see pans that may have contained food and water, but as in the case of the Old English sheepdog, it was not possible to see if the pigs indeed had water on this very warm day but it appears at least the large black bowl is empty. Aside from the small little house for these pigs, their enclosure did not have any other shade from the sun.

I continued on my tour and came upon a two pens containing pot-bellied pigs. The first housed an extremely obese female (please see photo #9) along with a boar. The enclosure was nothing but mud and filth, there was a bowl of food and a drip nipple for water. It appeared the food was mixed with dirt (please see photo #10). The house these two shared a plastic box for shelter and from the photos you will see there was nothing in the way of bedding for these animals. (please see photo #11).

Next to this pen was a second one containing 3 pot bellied pigs (please see photo #12). The same conditions here as in all of the other hoofed animal enclosures with mud and accumulated manure, small houses for shelter, limited food and water. I was relieved to see these two enclosures at least had a tree for shade. You can see that adjacent to the pot bellied pig

2

enclosure is one in which miniature donkeys lived (please see photo #13). The Quonset-like structure in this photo is the same type found in the paddock with all of the sheep referenced earlier in my letter.

The final outdoor stop on my tour of the zoo was to visit the zoo's educational center. Directly outside of the entry to the center was a small enclosure about 5 feet by 5 feet in which two very large tortoises were living. One was trying desperately to get through the chain link fence while the second was burrowed in some soil.

Inside the education center were a number of cages housing a mixture of birds and small mammals. All of them in very small cages, with very little ventilation or light including large exotic parrots and other large birds in enclosures so small they would have difficulty spreading their wings. The two-toed sloth was living in a dark little room, the only light coming from a fluorescent light bulb and what little came through a dirty viewing window.

I finally made my way to the zoo's reptile house which was very disheartening. I saw a number of aquariums covered on the inside with algae and scum, and numerous cages filled with snakes and lizards.

During the hour I spent at Cricket Hollow Zoo, I only saw one individual which appeared to be someone who might be responsible for the care of these animals, and that was the owner who was taking admission money in the reptile house. Otherwise, I did not see another human checking on the animals, making sure they had water, removing feces or manure, providing food, cleaning cages... nothing.

Before I left, I asked the zoo's owner specifically about the pigs. As an owner of three pot bellied pigs myself, I was particularly concerned for the welfare of the obese pig. She explained the pig was pregnant and due any time (please see photo #14). This animal labored to breathe, was dragging her stomach on the ground and was sharing an enclosure with an intact male, so if she would make it through the birthing process, she will likely become pregnant again. Pot bellied pigs do not drag their bellies on the ground unless they have been abused with over-feeding. In fact, I would suspect this one is fat blind, so large the fat around its eyes begin to move the eyelashes in-ward causing the cornea to be scratched.

The housing situation is the same story for the Meishans. The owner explained she had purchased the male and female in November, 2011 from a woman in Des Moines, that this was the pair's first little and by all accounts this female will soon be pregnant again. The owner laughed and said if I was interested in any of the baby pigs, I could buy them. Finally, the third pen of pigs had at least two intact males; I was not able to see the third pig and do not know its gender.

Finally, as I left the Cricket Hollow Zoo I stopped by its portable hand-washing station. It was out of soap.

All in all, this is an appalling situation on several fronts. First, this facility promotes itself as a zoo when it is nothing but a sorry collection of way too many neglected animals with very little care. Anyone involved with the professional keeping of wild or domesticated animals understands the need for these creatures to have mental stimulation. In fact, this is one of the

Ex 8-0658

mainstays of professional zoo-keeping. There is nothing of the sort here; the photo of the sheepdog should be enough to convince you.

Second, the zoo touts itself as an educational entity but in actuality, it is a lesson in how not to take care of animals.

Third, it is a disgraceful example of an Iowa tourist attraction. The stench, the mess, the condition of the animals are hardly the types of things we would want to highlight as being the best of Iowa to residents as well as out-of-state travelers.

Fourth, I question how this facility is planning for the reproduction and proper dispersment of its future generations of animals? Where is its responsible spay/neuter program to limit the number of animals born at the zoo such as the pigs, sheep and goats? Legitimate zoos do not indiscriminately breed animals

Finally, I noticed a USDA certificate of some type behind the admission desk. I don't know what kind of minimum standards the USDA or the IDALS has for entities like these, but I would have to say from my personal experience on June 24 and professional knowledge of zoos and tourism, even the minimum standards were not being met.

My professional career spans more than 30 years in the tourism industry. I am a retired museum director, with 20 years experience managing a public institution and adhering to strict guidelines in terms of programming and presentation to the public. I worked for two years in the Iowa Department of Economic Development's division of tourism assisting communities and attractions to become viable and enjoyable places for guests to visit. I have been the director of a large convention and visitors bureau. I grew up on an Iowa farm livestock and grain farm. What I experienced this past weekend was disheartening, unnerving, disgraceful and down-right sad from which ever angle you might approach it. What I experienced is not education, agriculture, economic development, or tourism. It is a disgrace.

I thank you for taking my concerns seriously and respectfully ask that an unannounced visit be paid to Cricket Hollow Zoo by an authority from the Iowa Department of Agriculture and Land Stewardship to investigate the situation.

Sincerely,


Tracey K. Kuehl

Cc: Drs. David Schmitt, D.V.M. (State Veterinarian) and Randy Wheeler, D.V.M (Assistant State Veterinarian), Des Moines

Mr. Josh Colvin, Cruelty Intervention Coordinator: Animal Rescue League of Iowa/Animal Control and Care Center; Des

Ms. Carol Griglione; Iowa State Director - The Humane Society of the United States; ARL of Iowa, Des Moines

Ex 8-0659

**TRACEY K. KUEHL**
22781 – 230th Avenue * Davenport, Iowa * 52807
563/650-4270 * traceyk56@gmail.com

June 26, 2012

USDA – APHIS – Animal Care
2150 Centre Avenue
Building B, Mailstop 3W11
Fort Collins, CO  80526-8117

RE: Cricket Hollow Zoo, Manchester, Iowa
    USDA Certificate #42-C-0084
    USDA Customer ID # 5143

Dear Ladies and Gentlemen:

Enclosed, please find a copy of the Complaint Investigation Report Form for the State of Iowa and my letter outlining the circumstances for my complaint regarding this operation.  The letter has been shared with leadership at the Iowa Department of Agriculture and Land Stewardship's Animal Welfare Bureau including the State and Assistant State Veterinarian along with representatives of the Animal Rescue League of Iowa and the state director for the Humane Society of the United States.

As this above mentioned establishment holds a certificate with the United States Department of Agriculture, I wanted to make you aware of this situation and the environment the zoos animals are subjected to along with the miserable experience the zoo's paying customers receive.

I thank you for you attention to my concerns.  If you have any questions or would like additional details please do not hesitate to contact me.

Sincerely,



Tracey K. Kuehl

Ex 8-0660

**TRACEY K. KUEHL**
22781 – 230th Avenue
Davenport, IA  52807
563/650-4270 * traceyk56@gmail.com

July 6, 2012

Dr. Robert M. Gibben, DVM, SACS
Western Region, Animal Care
USDA – APHSI
2150 Centre Avenue
Building B  Mail Stop #3W11
Ft. Collins, CO  80526

RE:   Cricket Hollow Zoo, Manchester, Iowa
      USDA Certificate #42-C-0084
      USDA Customer ID # 5143

Dear Dr. Gibben:

I thank you for your letter and for the personal call made to me by Cynthia Neis regarding my initial concerns about the operations and animal welfare at Cricket Hollow Zoo in Manchester, Iowa.  I am sending to you with this letter a copy of the complaint filed with the Iowa Department of Agriculture and Land Stewardship and my initial letter to IDALS dated June 25, 2012 outlining my concerns along with photos to document those concerns.

In the meantime, I have had the opportunity to revisit the Cricket Hollow Zoo today to see if any changes may have been made to the conditions of the facility and the welfare of the animals since the first time I saw the zoo on June 24, 2012.  I have also included with this letter a second complaint with IDALS, a second letter to IDALS outlining my continued concerns along with a second set of photos documenting those concerns taken during my July 6, 2012 visit.

As this facility is a USDA licensed zoo and open to the general public for use through paid admission, I very much appreciate your team looking into my concerns.  For the health and well-being of both the animal residents of and visitor to Cricket Hollow Zoo, I ask for your prompt attention.

Should you wish to visit with me personally about my experience, I would be most happy to visit with you.

Sincerely,

Tracey K. Kuehl
Cc:  Cynthia Neis, ACI
Enclosures:

June 25, 2012 letter of concern and IDALS complaint form with accompanying photos
July 6, 2012 letter of concern and IDALS complaint form with accompanying photos