**TRACEY K. KUEHL**
22781 – 230th Avenue * Davenport, Iowa * 52807
563/650-4270 * traceyk56@gmail.com

July 6, 2012

Ms. Katie Hyde
Iowa Department of Agriculture and Land Stewardship
Wallace State Office Building
502 East 9th Street
Des Moines, Iowa  50319

Dear Ms. Hyde:

Please find included with this letter a second completed Complaint Investigation Report Form for Cricket Hollow Zoo in Manchester, Iowa.

On the morning of Friday, July 6, 2012 made a return visit to the Cricket Hollow Zoo in order to see if any changes and progress had been made to improve the living conditions of the animals at the zoo or the property itself in the two weeks from my initial visit on Sunday, June 24, 2012. My first encounter with this operation left me thoroughly appalled at the condition of the facilities and of the animals living there.  Unfortunately, my opinion of this facility has not changed given my observation of the same existing conditions existing along with several news ones which have developed two weeks later on July 6.

I would like to note that on July 6, Manchester along with the entire State of Iowa was in the grips of a two-week heat wave that had been building.  I do not know the temperature in Manchester that morning; in Davenport it was 100 degrees.

We arrived at the Cricket Hollow Zoo property, parked the car, and were met by the owner, Pam Sellner.  She was exiting what I gathered to  be the family home located directly adjacent to the zoo.  She was carrying a young primate on her hip which she explained had been born at the zoo this past spring.  Mrs. Sellner lead us to the reptile house/admissions area, put the baby primate in a baby playpen, collected our admission fees and explained the self-tour nature of the zoo, and sat down behind the counter.  Over the next hour during our visit, we did not see Mrs. Sellner nor any other person from the zoo checking in on animals or interacting with them in any way.  The next time we encountered Mrs. Sellner was on our way out of the reptile house, sitting behind the admission counter, as we exited the zoo.

We followed the same path around the zoo during this second visit.  On July 6, some of the animals were able to be seen; some were not.  We first encountered an enclosure containing a wallaby (please see new photo 7.6.12 #1).  We did not observe any food in the enclosure and though it is difficult to see in the photo, the animal did have a bucket of some water and was standing with its forearms extended into the bucket. Directly adjacent to the wallaby pen was a small kennel containing two groundhogs. (please see new photo 7.6.12#2).  Again, no food was visible and we did observe a pan of dirty water in the kennel.  Groundhogs are burrowing

Ex 8-0663

animals. The environment in this kennel does not provide for the animals to act out natural instincts.

Around the corner from the groundhog kennel, we walked past several cages containing a variety of mid-sized mammals. Only two, this serval (please see new photo 7.6.12#3) and a striped skunk could be seen. You may compare this photo to the one taken on June 24 labeled 6.24.12#1. Very little has changed in terms of environment for this animal. Feces are noted in both photos. Food and water were not observed in this outdoor enclosure, though may have ben located in the building to which the enclosure is attached.

We next visited the kennel housing two dogs, an Olde English sheepdog and standard poodle. Though I did not see the poodle on June 24 other than its nose sticking out of the igloo, I did see the sheepdog. I was very relieved to note this animal had been shaved since June 24 when at the time, its coat was very long and matted with filth (please see earlier photo 6.24.12#2 and compare to new photo 7.6.12 36). However, in both photos of this kennel you will see piles of feces, particularly so on photo 7.6.12#4. Both dogs appeared to be trying to find additional relief from the heat on July 6. Though my camera focused on the fencing rather than the dogs, you can get a sense for the water supply and quantity these dogs have and the actions of the sheepdog in looking for a cooler place to lie (please see new photo 7.6.12 #5).

We next visited a large pen containing a variety of domestic and Canadian geese and ducks. These birds received a little shade from trees growing up in the fence line, a piece of plywood and a metal structure (please see photo 7.6.12 #8). However, the water supply which they had for both drinking and for swimming looked extremely stagnant and dirty. (please see new photo 7.6.12 #7). Additionally, on closer inspection a dead bird could be seen floating in this tank (please see new photo 7.6.12 #9).

We visited a small pen containing two llamas. This enclosure was directly adjacent to the dog kennel. Both types of animals received water from the same source and type of waterer, though it appeared the water to be rather brackish for the llamas (please see photo 7.6.12 #10). I also noted a significant accumulation of manure in the corner of the llamas' pen (please see new photo 7.6.12 #11).

Directly around the corner from the llama pen was a hutch of rabbits (please see new photo 7.6.12 #12). This pen contained three rabbits and its condition had not changed from June 24 (please refer to previous photo 6.24.12 #3). A significant accumulation of rabbit droppings were still underneath the cage on July 6 and neither pan contained neither food nor water for the rabbits.

Our tour next took us down the long walkway which houses large carnivores including two bears, two lions, at least two tigers and cougars as well as a wolf as well as many hoofed animals in pens and enclosures on either side. We stopped to observe the tigers and cougars. In the courage enclosure we noted several mounds containing feces covered by the gravel from the enclosure (please see new photo 7.6.12 #19). A similar situation was observed in the tiger cage (please see new photo 7.6.12 #20). I did not observe any change in the level of enrichment provided to these animals in the two weeks between visits to Cricket Hollow Zoo (please refer to photo 6.24.12 #4).

Ex 8-0664

During my June 24 visit, I was very concerned about the quality and quantity of forage being provided to the hoofed animals including the Scottish Highland cattle, zeedonkeys, donkeys, sheep and goats. The next two photos are direct two-week comparisons to the same feed bunk. (please refer to previous photo 6.24.12 #5 and see new photo 7.6.12 #23). On June 24, the amount of forage was minimal and difficult to access by the animals. On July 6 it is almost non-existent. These two photos also provide a comparison in the condition of the enclosure itself. You can see in the June photo after a brief rain shower, the entire enclosure is filled with mud and manure and the area around the feed bunk is quite deep. After two weeks of hot and dry weather, the pen has dried up but with another rain event, the muddy conditions will return. When this happens, the animals in this and similar paddocks to do not have the ability to get out of the muck, standing in wet conditions attributing to the development of hoof diseases. I took two additional photos of this situation (please see new photos 7.6.12 #25 and 7.6.12 #26) though the second of the two provides you with better detail on how difficult it is for the animals to reach what little forage is provided to them.

In this same area of the zoo, there is lane directly off the main public walkway of the zoo. And separates the carnivore area from the hoofed animal area (please refer to previous photo 6.24.12 #6). I noted in my first letter my concern about the large open garbage pile at the end of this lane, its proximity to the public as well as to the Sellner's commercial dairy herd. Returning on July 6, I noted a gate had been placed across the entrance to the lane, barring zoo visitors from wandering down it, but you will see the garbage pile still exists behind the enclosure containing the Scottish Highland cattle. (please see new photo 7.6.12 #27).

Also in this area of hoofed animals is an enclosure containing up to 30 sheep. None of them have been sheared. You can see the herd contains both male and female animals meaning at some point, unless there is a plan to separate them, the herd will multiply.

We next turned our attention to the various pigs, the one pen of Meishans and the two pens of pot-belled pigs. Sadly, the conditions for these animals has digressed in the two weeks between my visits. On June 24, I observed the group of Meishans (sow, boar and 6 or 7 young piglets) living in nothing more than a mud-filled pen with no access to forage, no feed and a nipple waterer for water. The only shade provided for these animals came from the small hut they shared. (please refer to previous photos 6.24.12 #7 and 6.24.12 #8). On July 6, I found the conditions unchanged; an enclosure with no forage nor food, a quickly growing young group of piglets that were extremely hungry with no access to food for them away from the larger adults. (please see new photos 7/6/12 #21 and 7.6.12 #22). You will also note in new photo 7.6.12 #22 the adult pigs have created a large hole underneath the water source. As a result, the little pigs do not have any access to fresh water. You will see from the size of the hole (please see new photos 7.6.12 #28 and 7.6.12 #29) virtually the front half of the sow will fit into this hole and there is absolutely no way the young animals can access water. As noted above with the sheep, this group of pigs will rapidly multiply given the mature male and female reside in the same pen and the young pigs of this breed have the ability to reach sexual maturity in very short order.

Close to the Meishans are two smaller pens containing five pot-bellied pigs. In the first pen lives an extremely obese female (please refer to previous photo 6.24.12 #9) and intact male; in the second, three intact males. On June 24, Mrs. Sellner told me the female was also pregnant and "due any time". You will note (please see new photo 7.6.12 #16) the enlargement of the

Ex 8-0665

udderline and nipples on the sow indicating birth is eminent. Once again and similar to the situation with the Meishans, the water source is extremely limited given the size of the animals and the conditions under which they are living.  In the two weeks between my visits, the pigs have moved away the small cement block (please refer to previous photo 6.24.12 #10) which was placed under the nipple water and have created a large hole in which to access a cool spot (please see new photos 7.6.12 #16 and 7.6.12 #32, and 7.6.12 #33).

Even though the sow is expecting, nothing has been changed to accommodate the birth in terms of a pen separate from the male, bedding for nesting materials, or changes in the source of water. (please refer to previous photo 6.24.12 #11).  Like the two aforementioned situations, combining unsprayed females and intact male simply result in more babies.

The third pen contains three boars.  Similar to previous observations noted in this letter, there is no forage (please refer to previous photo 6.24.12 #13) and these pigs have also created large holes under the nipple waterer, large enough that it will not take too much more digging and the animals will be able to get underneath the fence.  You will also note the broken and empty food bowl (please see two new photos 7.6.12 #14).

The next set of photos (please see new photos 7.6.12 #17, 7.6.12 #18, 7.6.12 #30 and 7.6.12 #31)  provide a clear illustration of the lack of food for the hoofed animals.  This herd of Jacob's sheep did not have anything to eat and it is obvious from what is left on the ground around the hay rack, it has been empty for quite awhile.  As we approached the fence, the animals were very eager to come to us.  And photos 7.6.12 #30 and 7.6.12 #31 clearly show the animals picking through what little is left on the ground looking for food.

We began to make our way to the education center and reptile house, and in doing so passed a kennel containing a capybara. (please see new photo 7.6.12 #34) We had noticed this animal with its head in some type of box when we first began our tour.   Forty-five minutes later, the animal was in the same position when the photo was taken. It had not moved.

We stopped at a small cage containing a blonde raccoon (please see new photos 7.6.12 #35 and 7.6.12 #36).  You will not the large accumulation of feces in the cage the the minimal amount of shade provided to this animal.  At first, we thought it might be dead (new photo #35) but it did look up at us (photo #36).  The food bowl was empty and the raccoon appeared to be trying to sit in the water bucket. Please also note the size of this enclosure.

Outside the education center, the kennel with the two tortoises was still there with very little shade and very little water in the black water bowl for the animals to drink (please see new photo 7.6.12 #38).  Next to the tortoise kennel was a large rabbit hutch containing five or six cages, each with one to two rabbits in them (please see new photo 7.6.12 #39 and 7.6.12 #40).  All bowls were empty or water and food.

Inside the education center facility, we noted aquariums which were filthy and overgrown with algae and scum (please see new photo 7.6.12 #41), the same condition I observed them in during my visit on June 24.  The center is home to a small two-toed sloth and though the quality of the photo taken of its enclosure is not the best  the only item in the food bowl was a small wilted leaf of lettuce (please see photo 7.6.12 #42).

4

The education center facility is a hodge-podge of a number of birds, small animals and fish or other water-living creatures, a difficult thing to note given the condition of the aquariums. (please see new photos 7.6.12 #43, 7.6.12 #44, 7.6.12 #45, 7.6.12 #46). Large birds are living in very small cages (#46), cages of rodents are stacked on top of bird cages (#43), and small mammal cages are stacked next to birds (#44). New photo #45 provides a general overview of the interior of the center with large cages on one wall and other cages on the opposite wall behind a glass wall. We did not note any air conditioning or climate control in this enclosed facility.

Our final stop was in the reptile house, a structure that appears to have been the house the family lived in prior to building a different one. Though it is called a reptile house by the owner, Mrs. Sellner, it contains a mix of reptiles and mammals (please see new photo 7.6.12 #47). Guinea pigs are housed in cages underneath snakes. Among the many, many aquariums, cages and other various containers and cages I observed a stack of four clear aquarium-like clear boxes containing rats (please see new photo 7.6.12 #48). Three of the rats in this photo (black and white, gray lower left and tan right) were moving around. The other two appeared to be dead. The last animal we visited in the reptile house was an alligator or crocodile (we did not see any labeling on the cage to give us information), and it was curled up in a small shallow stock tank (please see new photo 7.65.12 #49).

It was extremely ho9t and uncomfortable when we left Cricket Hollow Zoo, and as we were leaving we asked Mrs. Sellner how many animals lived at the zoo. She told us she had 300. We expressed surprise at the number and inquired how many people she had to have to help take care of the animals. Mrs. Sellner replied she and her husband were the only two individuals who look after then for them. On this particular day her husband had been called into work so she was the sole care provider for all 300 animals at Cricket Hollow Zoo and that she regularly worked 92 hours weekly in order to provide care and manage the zoo. That would mean Mrs. Sellner is personally involved with these animals at least 13 hours per day, seven days each week during her season. What I encountered on July 6 gave me every indication many of the animals had not been visited by Mrs. Sellner and had yet to be given basic care by noon on the day of my visit and very likely had not been given any care the previous day as well.

As we were leaving, we noticed a second sign at the entrance to zoo (please seen new photo 7.6.12 #50) indicating the Sellners are part of a dairy cooperative.

In closing, after completing a second visit my concerns about this operation cover a wide range and include in priority order:

The health and well-being of the animals

- The limited number of caretakers for 300 diverse zoo animals, requiring specific care and health needs due to the variety of species

- The observed continuation of limited and non-existent availability of quality and quantity of food to sustain a healthy population of diverse animals, birds and reptiles

Ex 8-0667

- The rapidly decreasing quality in access to a continuous supply and adequate quantity of fresh water based on the sizes of this diverse group of animals, birds and reptiles

- Feces and manure accumulation in cages, pens, kennels, paddocks and in some cases, under such

- Many groups of animals including sheep, goats and pigs containing intact males and unsprayed females, perpetuating indiscriminant species reproduction and adding to the growing number of animals that require care at this zoo.

The health and safety of the zoo visitor

- Both the reptile house and the education center have only one source of entrance and exit for the public in each building

- There is no source of potable water for visitors to access

- The only restroom facility is a portable outside toilet for a business that has been open to the public since 1986 (per the zoo's website)

- The close proximity of a 70-cow commercial dairy herd to a zoo, and the continued use of open garbage piles located very close to both populations of animals

The condition of the infrastructure of the facilities

- It appears there is a single-source water system that provides water to the zoo, the farm and the residence

- Many water lines can be seen running on and above the ground which brings into question, how are all of these divers animals cared for in the winter with adequate food, shelter and water when the zoo is closed?

- The ability of the electrical system to handle the multitude of heaters, aerators, lights, fans and the like used in the education center and reptile house

- Wall paneling pulling away from walls in reptile house

- Poor condition of fencing

- No observed fire extinguishers in any either the education center or reptile house


I have worked in the Iowa tourism industry for more than 25 years and am very familiar with two other zoos, Blank Park Zoo in Des Moines and Niabi Zoo in the Quad Cities, having visited both many times. I am quite confident from my experiences with these visitor attractions that the conditions found at Cricket Hollow would not be tolerated, not by zoo officials nor the

Ex 8-0668

visiting public. The living conditions for the animals and the safety concerns for the guests found at Cricket Hollow Zoo would cause both of these other operations to be shut down immediately. How can there be such a discrepancy in quality of living conditions for the animals and enjoyment for the visitor between these institutions, and still enable all three entities to operate as a zoo, open to the general public and considered tourism attractions? Mrs. Sellner is clearly over-stretched with trying to care for 300 zoo animals by herself, along with working to operate a commercial dairy operation with her husband. As a result, she has created a sad zoo with even sadder animals and a disappointing experience for visitors to the State of Iowa.

I thank you for taking my second set of concerns seriously and respectfully ask that an unannounced visit be paid to Cricket Hollow Zoo by representatives from the Iowa Department of Agriculture and Land Stewardship along with tourism officials from the State of Iowa to investigate the situation.

Should you wish to talk with me in person about my two experiences at Cricket Hollow Zoo, I would be most happy to have that conversation.


Sincerely,


Tracey K. Kuehl

Cc: Iowa State Veterinarian Dr. David Schmitt, D.V.M., and Assistant State Veterinarian Randy Wheeler, D.V.M

Dr. Robert M. Gibben, DVM, SAC; Director – Western Region, Animal Care – USDA-APHIS (includes photos)

Governor Terry E. Brandstad

Iowa Secretary of Agriculture William Northey

Dr. Patricia Quinlisk, MD, Director – Iowa Department of Public Health

Debi Durham, Director – Iowa Economic Development Authority

Mr. Josh Colvin, Cruelty Intervention Coordinator: Animal Rescue League of Iowa/Animal Control and Care Center; Des

Ms. Carol Griglione; Iowa State Director - The Humane Society of the United States; ARL of Iowa, Des Moines


Enclosures: Photos – July 6, 2012 for Ms. Hyde, Dr. Gibbens, Ms. Griglione

Ex 8-0669



**Tracey K. Kuehl**
22781 – 230th Avenue
Davenport, Iowa * 52807
Traceyk56@gmail.com
563/594-8969  (office) * 563/650-4270 (cell)

June 27, 2013

USDA-APHIS
Western Region Animal Care
2150 Center Avenue
Building B, Mail Stop #3W11
Ft. Collins, CO  80526

RE:    Cricket Hollow Zoo, Manchester, Iowa
        USDA Certificate #42-C-0084
        USDA Customer ID #5143

Dear Ladies and Gentlemen:

I am writing to express my concern about the conditions I observed at this facility during my recent visit on June 23, 2013 and the fact these conditions appear not to be random occurrences, but repeated issues which are not compliant with standards contained within the Federal Animal Welfare Act.

As you are aware, this facility has a long-running history over many years of noncompliance with the AWA and the provisions within the act for the proper care and husbandry of animals in exhibitions.  However, my observations this past week compared against those from previous visits to the zoo by me and others coupled with this history clearly demonstrate the owner's disregard for both the provisions of the AWA and the requirements of the USDA inspectors to remediate those noncompliant items noted on inspection reports.

I am including some photos illustrating my observations.  Several are new concerns and when possible, I compared images of on-going concerns from the zoo's 2012 season to show the consistent poor performance at this licensed facility.

I would especially like to bring to your attention the plight of a young Hamadryas baboon, referred to as Obi by the zoo owners.  Obi was born at Cricket Hollow Zoo in early 2012 and was one of its main attractions last season.  The animal was featured in the zoo's newspaper ads.  Visitors observed Obi during the season being carried in and out of the owner, Mrs. Sellner's

home and contained in a baby playpen next to her while she ran the admission desk for the zoo. In one instance, a zoo visitor was asked by Mrs. Sellner if she would like to hold Obi. In essence, this animal was reared in a human household with humans during its first year.

On my recent visit to Cricket Hollow, I discovered Obi is now assigned to its own cage. Though its cage is next to that of a lemur, the young baboon lives a solitary life disconnected from the other baboons at Cricket Hollow Zoo and the humans with which it lived during its first year. To me, the animal seemed quite stressed and continually was reaching through the fencing when I got close to the cage. I understand baboons are extremely social animals and I know from reading the Code of Federal Regulations, it outlines specifics for environmental enhancement to promote psychological well-being for nonhuman primates, one of which is social grouping. Special considerations are to be provided for infants and young juveniles. Given what I observed on my visit, the care of this animal does not follow any of the standards as outlined in the AWA.

I would also like to underscore the on-going lack of adequate staff at the zoo. According to conversations with the zoo's owner, more than 300 animals live at the facility of which about 180 are regulated by the AWA. Twice, (in August, 2011 with an October deadline for remediation and again in December, 2011 with no deadline for correction) USDA inspectors noted the zoo was noncompliant under section 3.132: Employees of the AWA, stating staffing levels needed to be increased to include additional adequately trained employees or volunteers, or the number of animals shall be decreased until such point the present staff (2 people, Mr. and Mrs. Sellner) can accommodate the needs of the animals. On the day of my visit, Mrs. Sellner was the only zoo employee I saw. A second adult, whom I took to be her husband, was working outside the zoo grounds in the farm area. No one was in the area of the animal enclosures or the public viewing areas, monitoring the behavior of guests towards the animals or the needs of the animals.

What I conclude, after making several visits to this facility in two years, is simply that this zoo should not be allowed to continue to operate. The facilities are not adequate, the care and husbandry practices do not meet the standards of the AWA. The grounds themselves are full of public safety hazards. There are not enough people to care for a population of 300 or more animals of diverse species. Given the long-standing history of noncompliance with the provisions of the AWA, the disregard the owners have for the standards set forth in the AWA and long-standing lack of adherence to them, I respectfully ask the USDA now do the right thing, to take actions to revoke the license for Cricket Hollow Zoo.

I am sharing my concerns with Senators Tom Harkin and Charles Grassley as well as Congressman Bruce Braley as the zoo is located in the districts represented by these gentlemen.

If you should wish to discuss my concerns and recent observations in person, I can be contacted via phone or e-mail at the addresses located at the beginning of this letter.

I thank you for your consideration and your action in this matter.


Sincerely,


Tracey K. Kuehl


Cc:  Senator Tom Harkin and Senator Charles Grassley; Congressman Bruce Braley

Enclosures:  Photos



Ex 8-0673

07/07/2012 PM 04:34


Ex 8-0674


Ex 8-0675


Ex 8-0676

Ex-84677




Ex 8-0678





Ex 8-0680




Ex 8-0682


Ex 8-0683

Ex 8-0684





# White Tiger
*Panthera tigris tig*

The White Tiger, which is not a different s
is actually a Bengal Tiger with a recess
makes its fur white. These tigers have
striping pattern of the bengal tiger and be
green eyes. On average, this unique trait i
1 out of every 10,000 tigers born. As w
Bengal Tigers, these animals can grow to
to 9 feet long, excluding their 25 to 38 in
weigh 350 to 550 pounds. Like all membe
family, males are significantly larger than

There are only believed to be 10 to 15 of th
in the wilds of India. Most White Tigers alı
be seen in the United States. White Tig
excellent swimmers and have a life span o
years. In the wild, they hunt mainly at night
deer, wild pigs and young animals.

**Endangered**

Ex 84-0688




Ex 8-0637
00697



EK 8-0688

Ex 8-0689

