IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al., | ) |
| | ) |
| | ) Case No. C14-02034-JSS |
| Plaintiffs, | ) |
| v. | ) |
| | ) **DECLARATION OF** |
| | ) **JOHN BRAUMANN** |
| PAMELA SELLNER, et al., | ) |
| | ) |
| Defendants. | ) |

### Declaration of John Braumann

I, John Braumann, declare that if called as a witness in this action I would competently testify of my own personal knowledge as follows:

1. I am over the age of 18, of sound mind, and have freely given the testimony set forth in this Declaration. I file this Declaration on behalf of myself as an individual plaintiff and as a member of the Animal Legal Defense Fund. I am a resident of Marion, Iowa, which is about forty minutes from the Cricket Hollow Zoo in Manchester, Iowa. I have a deep respect for animals due to a lifetime journey of reflection and self-study. I now believe with absolute certainty that animals are sentient beings with the capacity to feel emotion in the same way that humans do. I believe animals have certain needs that must be satisfied, especially when living in captivity. Seeing animals suffer has a profound emotional impact on me, so I try to do what I can in order to improve their conditions. I participate in many animal welfare and protection efforts and work with organizations, such as The Humane Society of the United States, Mercy for Animals, the Physicians Committee for Responsible Medicine, People for the Ethical Treatment

1

of Animals, and the Animal Legal Defense Fund. I have been a member of some of these organizations at various times over the last ten years, and I've learned much from them. I have struggled with my own thoughts and choices with respect to animals and learned of the immense suffering they can often endure. Ultimately, I decided to eat a plant-based diet in 2003 because I could no longer justify my personal consumption of animal products and contribute to their suffering in that way.

2.  I learned of Cricket Hollow Zoo through my friend Mindy Callison Long. Mindy and I talked about the Zoo and simply couldn't believe that a zoo could even survive in a small town like Manchester, Iowa. I decided to visit the Zoo with my friend Kathy King Carter on Sunday, October 13, 2012. When we were pulling into the driveway for the Zoo, I observed that the Cricket Hollow Zoo looked more like your "average Iowa farm" than it did like a zoo that was open to the public. For example, the Zoo's fencing was dilapidated, and everything I could see at that point appeared to be run down and in various states of disrepair. It had recently rained, so everything was soaking wet. I did not observe any zoo employees other than the owner, Pamela Sellner, at the admissions table, so I remember thinking that no one was making any efforts to clean up the animals or their enclosures after the rain. Everything with muddy, filthy, and wet, and there was an inordinate amount of flies everywhere. My first thought was "what a horrible place to have a zoo."

3.  I visited all of the animals at the Cricket Hollow Zoo, and several of my experiences with the animals have stayed with me over the years. Indeed, I remember the following experiences and connections with the animals as though they happened a few moments ago. After I paid my admission fee and entered the Zoo, I visited two white ferrets in a cage. Both ferrets greeted me and seemed to keep going at their self-watering feeder, which was bone

dry. I got the impression they thought I was there to fill it for them. In the same area as the ferrets, I saw filthy bird cages. The containers used to feed and water them were visibly dirty and appeared as though they had not been cleaned in some time. Every bird cage that I saw was disgusting, and the bars were covered in feathers and feces. Still in that same room was an alligator that was in some kind of plastic pond similar to the kind you would put in your backyard. It was very cramped and contained odd, reddish colored water.

4. I left the building with the birds and alligator, and I ventured outdoors. After observing some chickens, I noticed a solitary serval. She was in a relatively small enclosure with an access door to an indoor building. She had one ear tucked under and shook her head every few seconds. Having felines in my home, I know that repetitive shaking is indicative of ear infection, mites, or other insect bites (most commonly). I was upset that the serval appeared to be suffering from this constant annoyance.

5. I walked away from the serval, and the next animal I saw really frustrated me. Though I do not consider myself to be a lemur expert, I do know that they are social animals who suffer if isolated. From watching television documentaries where I've observed lemurs, I have seen them huddled together, sharing food, and cuddling while sleeping. I observed Chuki, a ring tailed lemur living in an isolated enclosure on the back of the main building. Next to the ring tailed lemur, a red ruffed lemur named Lucy apparently resided, but the animals were separated by a fence. I never saw Lucy because her enclosure was so dark, and she did not approach when I went up to the fence. The ring tailed lemur—Chuki—was visible, but he did not interact with me. Instead he curled his tail around his body and sat on a branch. I only saw him move a little bit. Seeing (or not seeing) these lemurs was disconcerting to me. Non-human primates like Chuki

and Lucy are smart and most like humans than any other animals. It angered me that Chuki and Lucy were all alone.

6. The next animal I saw was a light colored raccoon. I remember seeing feces lining the back of the cage and wondered how long it had been since that cage was cleaned. As I continued on I saw the alpaca enclosure and was surprised and somewhat hesitant at how close you could get to them with no one around. Not knowing how friendly they were I passed by them. In the enclosure next to the alpacas, I observed two domesticated dogs that were filthy. One did not move despite my repeated attempts to get its attention. I wondered if it was dead. I thought it was very odd that they would display domesticated dogs as zoo animals and wondered if they had any kind of normal dog life or if they lived in there all the time.

7. I recall observing some baboons in a chain-link type fence enclosure with a plastic tube connecting zoo visitors to the inside of the enclosure. Apparently, zoo visitors can buy a dog-food like substance from the zoo owners and feed it to the baboons through the tube. I thought that was very odd that they would allow patrons to feed animals all day long and not really know what patrons might potentially try to feed them, as no one ever came around checking on patrons or the animals. I also watched the baboons continuously shake the cage whenever they saw humans in an effort to elicit treats from the humans. Other than this behavior, which I thought was rather aggressive, the baboons were relatively quiet and subdued.

8. I also recall seeing a black bear in an old circular corn crib with only a set of metal mobile home steps for enrichment. It frustrated me that there was nothing for this bear to do but sit, all day long, day after day. The enclosure was hardly large enough for the bear to take two or three steps in one direction. I felt that the bobcat in the enclosure next to bear was similarly restricted because it only had one small toy and a box for it to hide. In addition, starting with the

bear enclosures, I noticed that none of the large carnivore exhibits—the bears, tigers, lions, bobcats, or wolves—included an access door to an indoor enclosures like the serval exhibit had. I worried about the animals as their accommodations didn't seem to offer what I would think was any kind if adequate shelter during potentially dangerous summer storms or from the often very harsh Iowa winter weather. Ultimately, I thought, if the animals were physically transferred to different winter accommodations, I suspected they were even more disgusting than the outdoor accommodations, assuming the zoo owners cared at all how zoo visitors reacted to their animal enclosures.

9. I continued along the filthy, muddy path that goes through the Cricket Hollow Zoo and came upon a tiger exhibit. I observed a Siberian Tiger—according to the sign—in its wet enclosure along with a smelly pile of something under a blue tarp. I suspected what was under the tarp to be a food source, likely a dead zoo or farm animal, because it was in the middle of the enclosure. I know the tiger obviously needs to eat, but it seemed odd that whatever was under that tarp just sat there all day long. I recall being very frustrated that all I saw was a bowling ball for the tiger to play with. I took a photograph of the blue tarp in the middle of the enclosure during my October 13, 2012, visit. (Ex. 8 at 0682). The tiger didn't move the entire time I was there.

10. On October 13, 2012, as I moved down the central lane running through the Zoo, I saw two "African Lions" named Jonwah and Kamarah. I took a photograph of Jonwah and Kamarah's enclosure because I wanted to document how muddy it was. (Ex. 8 at 0683). In the foreground, you can see large piles of feces throughout the enclosure. The enclosure consisted of a single log and pea gravel. I did not observe any access to an indoor enclosure and relatively little access to shade. One of the lions was perched on top of a log inside the enclosure with its

back to me, and it looked awkward to see such a large animal on such a small resting surface. The lioness, Kamarah, was lying in the back of the enclosure on top of the soaking wet pea gravel, surrounded by feces. (Ex. 8 at 0686). Again, much to my displeasure and surprise, I saw no enrichment objects in the enclosure. I remember thinking how absolutely bored the lions must be.

11. On October 13, 2012, I also observed a white tiger and an orange tiger together in a very small enclosure that was so wet, the tigers had surface areas slightly larger than their bodies to rest upon. The remainder of the enclosure was covered in feces or standing water. I took a photograph of this enclosure because seeing the tigers in this way deeply affected me. (Ex. 8 at 0685). Great cats likes tigers and lions shouldn't have to live their lives inside wire cages with nothing to do all day and night except sleep. I've seen tigers on exhibit at other zoos, and their enclosures are much larger than the tiger enclosures at the Cricket Hollow Zoo. In fact, at other zoos, I've seen tigers out wandering around and playing in little rivers that flow through their enclosures. The Cricket Hollow Zoo had apparently made no efforts to make the tiger enclosure even remotely resemble what the tiger would have access to in the wild. Instead, the tiger enclosure looks worse that what I've seen people construct for housing their farmed animals or personal pets in terms of size and enrichment objects.

12. I left the tiger enclosure feeling exhausted. I had felt the presence of the tigers with great intensity and believe I experienced their suffering first hand. But then right next to the tigers, I saw the wolves and was immediately saddened again. Inside one of the wolf enclosures, I observed a single wolf soaking wet with mud halfway up its midsection. I took several photographs of this wolf. The first photograph shows the wolf in its muddy enclosure, and you can plainly see how wet it is because there is standing water and paw prints all through the

sloppy mud. (Ex. 8 at 0688). Other than a muddy blue water bowl that looked empty and a single tree branch, I observed no other environmental enrichment objects for the wolf. I also noted that the wolf was alone. I know from watching documentaries about wolves that they are pack animals and do not like to be alone. Finally, I took a photograph of the wolf excitedly accepting some dog food a zoo visitor had placed in its PVC pipe feeder. (Ex. 8 at 0687). This interaction appeared to be the highlight of the wolf's daily experience. Seeing this magnificent creature and symbol of the American West in such disgusting conditions had a great emotional impact on me. Once again I felt compelled to stay and watch the wolf so he wasn't alone, but I couldn't bear it. When I looked into the wolf's eyes, I could sense that he was crying out to me for help.

13. I walked a little ways down the path and came upon the hooved animals or "hoof stock." I saw a donkey and zeedonk with misshaped and overgrown hooves that were beginning to split open. I saw some kind of sheep (maybe Jacob's Sheep?) with overgrown hooves. One of the sheep was in obvious pain because it was visibly limping and favoring its front right leg, which was visibly inflamed. I was so appalled by the limping that I took a video of the sheep as it tried to walk. In the enclosure next to the sheep, I observed some kind of long-horned ram with several visible sores on top of their heads. They were scabbed over, but still looked red and swollen.

14. After doubling back down the zoo path, I then entered what I believe is referred to as the education building. The first animal I saw was a sloth in a very small enclosure with a few branches. It hardly seemed like it provided any kind of quality life for the animal. There were also birds in this area, and again the cages were very dirty. I remember seeing flies all over the food sources. Some kind of porcupine-like animal had an algae filled water bowl that had the

corner broken off. Outside of the education center was a kangaroo with yet another algae filled water source.

15. When I had first arrived at the Cricket Hollow Zoo on October 13, 2012, I saw a baby tiger and wanted to go back and see it again. I entered a room in which a young woman was sitting on the floor playing with a young tiger cub with only her friend present. I was very troubled to learn that for $20, you could have what was referred to as "Tiger Time." I stood and watched the girl and her friend with the tiger for more than fifteen minutes while no one ever checked on them. I presume the zoo owner Pamela Sellner was back at the front desk collecting admissions money from other visitors as this seemed to be where she stayed, and she was the only person I ever saw representing the zoo. This unattended, direct contact between the baby tiger and humans disturbed me because it is so unsafe for both the public and for the baby tiger. It truly infuriated me that this baby tiger was being utilized as a profit source and was forced to interact with people in apparently whatever manor they chose, instead of being socialized with other tigers. I took several photographs of the young women interacting with the baby tiger. (Ex. 8 at 0689). The baby tiger at times seemed to be playing, but other times appeared to try to escape from the young women to no avail. As I went back into an adjacent room, Ms. Sellner came back and took the tiger back from the young women. I then saw that there was another baby tiger in a small dog cage in that room, and I thought it was cruel that they were not allowed to interact in an appropriately sized enclosure.

16. After witnessing the "Tiger Time," I couldn't stand to be in the Cricket Hollow Zoo any longer. I was frustrated and angry with what I had seen. But as I walked out of the Cricket Hollow Zoo, I passed by the entrance area, and I noticed a baby baboon in a children's playpen with a piece of fencing on the top to prevent his escape. The Zoo's owner, Pamela

Sellner, was standing over the baby baboon, taking admissions money from zoo patrons. The baboon was wearing a diaper that appeared to be soiled and was pacing back and forth in the tiny playpen. I took a photograph of the baboon as he circled the playpen restlessly and seemed to be looking for an escape route. When I asked Ms. Sellner about the baboon, she informed me that his name was Obi and that he lived in the house with her where she was able to socialize him with other animals that lived in the house.

17.  I was very troubled by what I had seen at the Cricket Hollow Zoo on October 13, 2012, which was one of the last days of the year the Zoo was open. I decided that I simply had to return the following year to check in on the animals once the Zoo reopened. I did not want to see them suffering any longer, but I did not feel like I could abandon them either. When I told my children I was going to a Cricket Hollow Zoo, my then eleven-year-old daughter asked if she could accompany me, but I refused because I found the Zoo to be so troubling that I would never expose my family to animals maintained in such poor conditions. Beyond the fact that seeing the animals in such conditions would likely be very upsetting for my daughter, I especially did not want to accidentally convey to my children that the living conditions for the animals at the Cricket Hollow Zoo is acceptable.

18.  The following summer, I returned to the Cricket Hollow Zoo on July 13, 2013, with my friend Lisa Kuehl and no other members of my family. Since my October visit, I could not stop thinking about Obi, Chuki, Lucy, and the baby tiger who had been forced to endure one-on-one human interaction, so when I returned I wanted to see them right away. After Lisa and I paid our admissions fees, I purchased some of her dog food-like-treats to feed the animals, and I immediately asked Ms. Sellner where I could find Obi. She told me where he was and I found Obi alone in his small enclosure. He was nowhere near any of the other baboons at the Cricket

Hollow Zoo, and he seemed very inactive. He simply stared out at guests, seemingly bored. I found this particularly troubling in light of the fact that Ms. Sellner had raised and socialized Obi in her home around other animals, and now he was living devoid of all social interaction other than humans who passed by. It was very upsetting to see Obi in these conditions, which appeared to be worse than the already bad conditions I had observed him in as a baby baboon. I couldn't bear to continue watching Obi, even though it tore my heart in two to leave him. Watching him suffer was emotionally and physically draining to me. It was at this moment, in this first interaction on my second trip to the Zoo, that I knew I would never be able to return until the animals were no longer suffering. Watching them suffer proved unbearable to me. I decided to visit Chuki and Lucy next, a decision I regret to this day because both lemurs were once again despondent and living in isolation. I took a photograph of Chuki because I was able to see him for the first time. (Ex. 8 at 0675). Again, unlike the lemurs I had learned about on the Discovery Channel, Chuki was isolated in his enclosure, turned away from the zoo patrons, and sitting on the lone branch in his enclosure. I tried to get his attention, but he never turned his head.

19. Despite my feelings about Obi, Chuki, and Lucy, I wanted to continue touring the Cricket Hollow Zoo and check in on some of the other animals on this visit. On my way to see the serval, I saw filthy bedding and a fly-covered watermelon inside the pot-bellied pig enclosure. The serval itself was sitting in the corner of its enclosure, again visibly annoyed by the flies that appeared to be swarming and biting at its head and body. About every 5-10 seconds the serval would shake its head trying to keep the flies away from it. I took a photograph of the serval with its ear bent over. (Ex. 8 at 0674). In the time I stood there observing the serval, all it appeared to do was fight off flies.

20. Next, I watched two young boys taunting coyotes inside their enclosure. The coyotes were obviously angered and actively trying to get at the boys. I wanted to tell the boys to leave the coyotes alone, but I felt that the parents would just fight with me because they were close by and not doing anything to stop the boys themselves. Similar to my previous years visit, I observed no other zoo staff at the Zoo other than Ms. Sellner, who did not leave the admissions area. After the boys got bored and left, I was further frustrated to see that the coyotes' water supply was an algae covered bowl. Similarly, on July 13, 2013, I saw a young boy tormenting some guinea pigs. He was tormenting them as he had apparently opened the cage himself and was trying to catch them as they furiously ran around trying to avoid him. No zoo employee intervened on the guinea pigs' behalf.

21. My patience was waning and so I decided to go check on the tiger and lion exhibits next. Once again, and similar to the other animal's enclosures on this day, the tiger and lion enclosures were riddled with feces. Flies swarmed the air in the hot July sun, and the tigers and lions appeared to be suffering as a result of swarming flies and the heat. Unable to get out of the sun, at least one tiger was breathing heavily and his head gently bobbed up and down. (Ex. 8 at 0684). As I watched this tiger, I felt like our eyes made contact. This experience affected me very much and left me feeling unsettled. I felt very bad when I saw that the tiger enclosures hadn't been changed at all since my previous visit. In fact, I observed a different tiger in a corn crib enclosure pacing back and forth repeatedly as if he was trying to get any exercise that he could despite his tiny enclosure.

22. On July 13, 2013, in a lion enclosure, I saw a lone male lion named Dandylion. I took a photograph of Dandy, because he looked enormous in his corn crib enclosure. (Ex. 8 at 0683). The enclosure was so small there was no way he could have walked more than two or

three strides inside unless he walked the perimeter in a circle. He was perched on top of a structure that was exactly his size with no other room to stretch out. I felt frustrated and anxious for him because his anxiety filled the air. I wanted to get away from him but I also couldn't stop looking at him. I felt awful for Dandy.

23. As I walked away from the tiger and lion enclosures, I considered leaving the Zoo and just giving up. I felt an emotional connection to the animals and couldn't stand to witness their suffering any more. Just then, I saw an ostrich that I did not recall being there the previous year. I observed children sticking their hands into the ostrich enclosure. As I previously mentioned, zoo patrons can buy food from Ms. Sellner in order to feed the animals, and I saw these children placing the food on a piece of wood outside of their enclosure so the ostrich would peck at it. The children were excited but fearful. I decided to try and feed the ostrich myself, but the ostrich nipped at my hand aggressively and even bit my finger, so I went away. I did not think the animal interaction was safe for the public or the animals, who are ultimately at the mercy of their human caretakers. What if something happened to the children? Would the ostrich be put to death? No one supervised these animal interactions, so literally anything was possible.

24. On July 13, 2013, I next saw a bear in a round corncrib enclosure chewing obsessively on the edge of a set of metal stairs that are often placed at the back door of a mobile home. This behavior was quite disturbing to me, as during my previous visits, I had hardly observed the bear move at all. To this day, I have no idea why that bear was chewing on those metal stairs, but the memory haunts me. Watching a sentient wild animal engaged in repetitive, disruptive, and potentially injurious behavior like that is deeply unsettling.

25. Like my first visit in October 2012, on July 13, 2013, several animals did not have potable drinking water in their enclosures. Many water bowls were full of algae, and several food

containers were contaminated with old food, debris, and bedding. (Ex. 8 at 0677, 0678 ). Hooved animals such as the donkey and zeedonk were still in dire need of having their hooves trimmed and seemingly had not received any attention since my pervious visit nine months earlier. The donkey enclosure was also covered in feces, which smelled horribly and attracted flies in the summer heat, and I wondered just how often the zoo owners cleaned out the enclosure. In fact, many enclosures had a lot of accumulated feces, several piles of feces had been there so long they had turned ash grey as a result. (Ex. 8 at 0676, 0679, 0680).

26. I also observed for the first time that the Cricket Hollow Zoo kept horses on display during my July 13, 2013, visit. I was angered to see that the horses had overgrown hooves as well. The horses stood right at the fence line of their enclosures, so people were able to touch and interact with them. Because Ms. Sellner is the only zoo employee ever at the Zoo, and she is always taking admissions money, this unsupervised interaction frustrated and angered me because it increased the risk of injury to the horses. I found this possibility very upsetting.

27. On my way out of the Cricket Hollow Zoo on July 13, 2013, I noticed that Ms. Sellner was parading a baby raccoon about. I surmised that the baby raccoon must be this year's Obi and was absolutely disgusted. I watched in disbelieve as Ms. Sellner allowed zoo patrons to touch and fondle this wild animal who was timid and shied away from their advances. The entire interaction was unnatural and disturbing.

47. After I left the Cricket Hollow Zoo on July 13, 2013, I knew I could never return, but I felt like I was abandoning the animals there to a lifetime of suffering. Ms. Sellner is the only employee or staff person I have ever observed present at the Zoo. Both of my visits were on a Sunday, a time in which one might assume volunteers or other staff would be present. I remember thinking that it must be very difficult, if not impossible, to adequately care for all of

the animals at the Zoo by yourself. On December 25, 2013, I submitted a complaint to the United States Department of Agriculture explaining what I had observed and conveying my distress about the conditions for the animals at the Cricket Hollow Zoo. I included my observation about the lack of employees or supervision at the Zoo. I did not ever hear back from the USDA, which upset me greatly.

48. I cannot fathom why people who run an attraction like this would allow their animals to suffer from lack of appropriate care. I worry about the health and wellbeing of those animals a great deal. I wish to see all of the animals at the Cricket Hollow Zoo living content and healthy lives with enriched environments that more closely resemble their natural habitats. If I were able to see these animals in such improved conditions, I would no longer have to worry for their health and safety. I personally do not believe the defendants are capable of, or interested in improving the conditions at the Cricket Hollow Zoo to meet this standard, so I will not visit them there again. Instead, I would like to see the animals placed at a reputable sanctuary where they will receive the care and treatment they deserve. If the animals are placed at a sanctuary, I will certainly visit them again in their new homes so that I can see for myself that they are happy and healthy and cared for in a respectable manner.

49. The photographs attached to this Declaration as Exhibit 8 at pages 0674 to 0689 are true and accurate copies of the photographs I took on the dates indicated and fairly represent the conditions I observed at the Cricket Hollow Zoo.

//
//
//
//

Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the preceding is true and correct. I authorize electronic signature of this declaration and provide Plaintiffs' counsel with my original signature page.

/s/ John Braumann<br>John Braumann

Executed on this 1st day of June, 2015.