# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al., | ) |
| Plaintiffs, | ) Case No. C14-02034-JSS |
| v. | ) |
| PAMELA SELLNER, et al., | ) **DECLARATION OF LISA KUEHL** |
| Defendants. | ) |

## Declaration of Lisa Kuehl

I, Lisa Kuehl, declare that if called as a witness in this action I would competently testify of my own personal knowledge as follows:

1. I am over the age of 18, of sound mind, and have freely given the testimony set forth in this Declaration. I was born in Iowa, and I have lived in Iowa for most of my life. I developed my love of and respect for animals as a child growing up on a corn, soybean, and hog farm, where I helped my parents not only with the planting, maintenance, and harvest of the crops but also with the care of the hogs. I graduated from Iowa State University in 1982 with a degree in graphic design. I also took courses in biology, entomology, animal anatomy, and botany. I am presently fifty-six and I live north of Des Moines, about three hours from Manchester. I am a member of the Animal Legal Defense Fund, an organization I joined in order to promote the welfare of animals and improve their legal protections in Iowa and across the country. I am also an individual plaintiff in this matter.

2. I consider myself to be an animal welfare advocate. I began my most recent advocacy work earlier this decade when I became aware of several commercial dog breeders in

Iowa who were violating the federal Animal Welfare Act with impunity. In January of 2012, I visited the United States Department of Agriculture (USDA) Freedom of Information Act (FOIA) Reading Room in order to research these breeders' USDA inspection reports. I broadly searched for Animal Welfare Act "direct non-compliance" citations in Iowa. The USDA marks a non-compliance as "direct" whenever the inspector believes the violation of the Animal Welfare Act adversely affects the animals' health and welfare. I discovered the Cricket Hollow Zoo in Manchester, Iowa because it holds a Class C Exhibitor License with USDA under the Animal Welfare Act and had received a number of "direct non-compliance" citations. I had never heard of the Cricket Hollow Zoo, but as I read through the USDA reports, I became immediately and increasingly concerned about the animals at the Zoo. For example, in August 2011, a USDA inspector cited the Zoo for failing to provide a sanitary environment for the non-human primates, failing to protect food from contamination and spoilage, and failing to protect the animals from inclement weather. (Ex. 1 at 00018). In addition, USDA inspectors cited the Zoo for failing to provide adequate lighting for Chuki, a ring-tailed lemur whose enclosure was so dark that the inspector could not see him in all parts of the cage. (Ex. 1 at 00018). Finally, the USDA cited the Cricket Hollow Zoo for failing to provide veterinary care to an excessively thin baboon, who was showing signs of muscle loss and hair loss as well as a goat with excessively long hooves. (Ex. 1 at 00016). A few short months later, on December 16, 2011, a USDA inspector cited the Cricket Hollow Zoo again for not providing adequate veterinary care to hooved animals at the Zoo, whose excessively long hooves were causing pain and discomfort and for failing to provide potable water to their dogs. (Ex. 1 at 0025). The inspector cited the Cricket Hollow Zoo for leaving open boxes of food out in the non-human primate house and educational center where it could become contaminated or spoiled. (Ex. 1 at 0026). According to the USDA, the Cricket

Hollow Zoo failed to remove "excessive presence of dirt, debris, and animal oils" from the walls of the non-human primate housing in the reptile building. (Ex. 1 at 0027). Among five pages of repeat and direct non-compliance citations documented on December 16, 2011, the Zoo also failed to remove excessive accumulations of animal waste in the tiger and lion enclosures.

3. In the face of such horrendous conditions, I did not know what to do. I have loved and cared for all kinds of animals my entire life, including companion animals and farmed animals. I did not understand how a facility like the Cricket Hollow Zoo could continue to operate in the face of such damning citations by the USDA. I felt compelled to check on the animals in person—to see for myself whether the animals really lived in those conditions. I have lived in Iowa for years and never knew that such a tragedy could be occurring in my own backyard. I had to see the conditions for myself.

4. According to the Cricket Hollow Zoo's website, the Zoo is only open from Memorial Day through mid-October. I worked as a commercial airline pilot for many years and still own several small planes that I fly with my husband, so on December 25, 2012, my husband and I flew over the Zoo in order to get some idea of what the property looked like and any additional information we could obtain about the conditions under which the animals were being maintained. It had recently snowed in Iowa and so I could not see the animals out in their enclosures. (Ex. 8 at 0580). I wondered where they were hiding, because I saw several empty enclosures with little metal half-circle structures covered in snow inside the wire cages. I hoped the animals were inside a barn somewhere and not out in the open. Because I couldn't see much, I decided to fly over the Zoo later in the spring.

5. My husband and I flew over the Zoo again on April 1, 2012. Even from the air, I could see the muddy and messy condition of the property, and I became even more worried about

the animals. (Ex. 8 at 0584). Several of the hoof stock were laying in mud (Ex. 8 at 0585), and the outdoor animals appeared to have minimal to no protection from the elements, including the tigers, lions, and wolves. I saw piles of junk and garbage everywhere, and I noticed that the owners apparently operated a dairy farm just a few feet away from the Zoo. (Ex. 8 at 0586). For the first time, I bore witness to the tiny, cramped wire panel fence enclosures that the tigers and lions call home. The conditions appeared so deplorable, that I could not bear to think about what the animals were enduring.

6. After my flyover on April 1, 2012, I filed a formal complaint with the Iowa Department of Agriculture and Land Stewardship (IDALS). (Ex. 8 at 0587–0591). I attached several aerial photographs as well as the Zoo's USDA inspection reports from 2010 and 2011. My complaint triggered an inspection by IDALS on April 17, in which IDALS made recommendations for how the owners could remediate the problems IDALS encountered there. In addition to my letter writing campaign, I asked for and obtained a meeting with IDALS State Veterinarian Dr. David Schmitt and IDALS Assistant State Veterinarian Dr. Randy Wheeler in an effort to find out as much as possible about the conditions under which the animals were maintained and in my effort to help alleviate their suffering. On April 30, 2012, Dr. Schmitt, Dr. Wheeler, and I discussed the conditions and lack of husbandry at the Cricket Hollow Zoo, IDALS's findings from its April 17, 2012 inspection, and the aerial photographs I had taken of the Zoo in April. Dr. Schmidt and Dr. Wheeler listened to what I had to say but would not commit to taking any action on behalf of the animals. To date, despite my repeated letters and pleas for relief, IDALS has done nothing apparent to alleviate the suffering at the Zoo.

7. On May 22, 2012, I sent a letter of concern about the Cricket Hollow Zoo to the Delaware County Sheriff's Office inquiring about the applicability of Iowa Code 717B.3, the

state animal neglect statute, and the Zoo's ongoing noncompliance with the federal Animal Welfare Act. I also requested a welfare check of the animals at the Cricket Hollow Zoo. (Ex. 8 at 0592–0593). Sheriff LeClere did not respond to my letter. In addition to these several efforts to involve the authorities, I also discussed my concerns about the Cricket Hollow Zoo with local animal welfare group the Animal Rescue League of Iowa and with employees of the Blank Park Zoo in Des Moines, which is Iowa's only zoo accredited by the Association of Zoos and Aquariums.

8. Despite getting nowhere with the authorities, as soon as my schedule allowed on June 21, 2012, I visited the Cricket Hollow Zoo with three friends: Kristine Bell, Nancy Harvey, and Mindi Callison Long. Upon arrival, a woman who I later learned was Pamela Sellner sold me an admission ticket for $5. We exchanged pleasantries, and she showed me and my friends a baby baboon whom she called Obi. She kept Obi at the front desk with her as an "ambassador," and members of the public were able to interact with him through direct contact. Obi was wearing a diaper, and Ms. Sellner told us that she was raising him as her own pet in the house with her family. I took a photograph of Ms. Sellner holding Obi because I was so shocked to see an animal out in the open at a zoo. (Ex. 8 at 0574). I remember wondering why on earth Ms. Sellner would separate Obi from his mother. I do not know much about non-human primates, but I do know that they are social animals and that being with their mothers and other members of their family is extremely important to them for their psychological well-being. Seeing Obi paraded about in front of zoo patrons in a human diaper upset me greatly and impaired my aesthetic enjoyment of this primate.

9. The next thing I observed upon arriving at the property was the horrible smell and the flies that seemed to be absolutely everywhere. Upon closer inspection, there was also manure

in almost all of the animal enclosures and there were excessive fly specks on the interior walls of the public buildings. I remember that it was quite warm that day. I also observed piles of black and moldy hay that, it appeared, the operators at the Cricket Hollow Zoo fed to the hooved animals. I observed the Angora rabbits in a chicken-coop-like structure: several inches of excrement piled up under their enclosure with no food or water. I noticed that several of the lions appeared to be in bad physical condition. The wolves appeared relatively lethargic for such an active energetic animal. While I was there, the only time I saw the wolves move was to accept food from visiting patrons through a PVC pipe.

    10.    On June 21, 2012, I took several photographs of the tigers at the Cricket Hollow Zoo. I was surprised to see an orange tiger lying on the ground in close proximity to zoo patrons, but I did not really see anywhere else for it to go. (Ex. 8 at 0579). The white, male tiger was lying on his back on top of pea gravel and feces. (Ex. 8 at 0576). I never saw this white tiger move. Finally, I took a photograph of an orange tiger resting precariously on top of a metal culvert pipe or sheet metal enclosure. (Ex. 8 at 0575). The orange tiger's back was facing me, but I could see that it had to lay in a specific way in order to make sure it didn't fall off of the culvert. I imagined how uncomfortable it must be to only have this half-moon piece of metal as the only place to rest other than the feces-ridden pea gravel.

    11.    On June 21, 2012, the lions were covered in flies, not fruit flies but biting flies. Some of these flies filled the animals' ears, and at least one lioness appeared thin and frail; indeed, her hipbones were readily visible from my vantage point several feet away. (Ex. 8 at 0578). I took a photograph of this lioness from outside the perimeter fence by zooming the lens in close as the camera pressed against the fence. (Ex. 8 at 0572). In the photo, you can see how miserable her eyes are, and you can see flies swarming her head, filling her ears and drawing

blood on her nose. Those flies were there during my entire visit. She appeared absolutely miserable in her enclosure. She was breathing heavily, her eyes were barely open, and she just looked hot. (Ex. 8 at 0577). I could see insects covering parts of her face and head. I was very distressed and concerned about the animals and especially the lioness. Looking into her sad, yellow eyes struck me to my core. I felt a level of compassion I had never felt before, and I wanted to desperately to help the animals.

12. After I visited the Cricket Hollow Zoo for the first time in person, I could not stop thinking about the animals, including the lions, tigers, and Obi. Every time my mind had a moment's rest, it would return to images of animals devoid of energy and lethargic as though the spirit had been drained from them. The animals were trapped in cramped, filthy enclosures with little to no access to exercise or other forms of enrichment, such as grass, toys, or tree branches. Compared to other zoo enclosures I've seen—at the Blank Park Zoo for example—the animal housing at the Cricket Hollow Zoo bordered on animal abuse. I felt emotionally connected to the animals and desperately wanted to help them. So on June 28, I filed a formal complaint with the USDA. (Ex. 8 at 0594–0620). I sent copies of my complaint to Dr. Schmitt and Dr. Wheeler, whom I had met previously in Des Moines, as well as to the Delaware County Sherriff's Office. Then I waited for a response that never came.

13. Memories of the suffering animals and deplorable conditions at the Cricket Hollow Zoo haunted me, so I decided to return to the Zoo once again. I, with two friends, made a second visit to the Zoo on July 12, 2012, to visit the animals and to see if the Zoo had made any improvements to the conditions of the animals and the facilities generally, and to ensure that I had not just caught them on a particularly bad day or week on my last visit. Unfortunately, the conditions I observed in July were essentially the same as the conditions I had observed a month

prior. On this visit, I noticed especially that there was a lot of excrement in the enclosures for the birds, the guinea pigs, and the non-human primates. I also observed how grey and barren the Zoo was and how there was very little by way of vegetation or other enrichment in the cages and enclosures for the animals to play with, including the tigers, lions, and non-human primates. I spent a great deal of time trying to locate the ring tailed lemur and red ruffed lemur that share their enclosure with the reptile house, but I could not see them in their dark enclosures. Their solitude and silence disturbed me, because the lemurs I have visited at the Blank Park Zoo are extremely active and playful during the day. The lioness I had observed in heat stress in June was similarly distressed in July. Her hipbones were still visible from my vantage point, and she was still covered in flies. Seeing the conditions of the animals, including the tigers, lions, and lemurs, caused me great emotional anguish and aesthetic harm.

14. As I was leaving the Cricket Hollow Zoo, a sheriff's deputy approached me and my friends and demanded that we show him our cameras. My friend Diane asked him why he wanted to see the photographs, and he said the zoo owners had called him with concerns of zoo patrons letting zoo animals out of their enclosures. We denied him access to our cameras and then he instructed us to not post the photographs on the Internet. This encounter with the sheriff's deputy left me deeply disturbed and only solidified my desperation for the suffering animals, who apparently would never receive any help from local law enforcement. As I left the Cricket Hollow Zoo that day, I felt that my emotional connection to the animals had deepened and hoped something or someone might alleviate their suffering. I was more determined than ever to do everything in my power to help these animals get the protection they needed so that they could live under more humane conditions.

15. Because of my concern of intimidation from the sheriff's office, I did not return to the Zoo in 2012, and I stopped communicating with government authorities. Instead, I relied on status reports from a network of volunteers who lived closer to the Cricket Hollow Zoo than I did to visit the animals and report back to me about their living conditions. I also regularly checked the USDA Freedom of Information Act (FOIA) Reading Room to monitor USDA inspection reports. Based on those records, I was able to ascertain that over the next six months, the USDA visited the Cricket Hollow Zoo twice and documented myriad violations of the Animal Welfare Act, including inadequate veterinary care, spoiled food, lack of potable water, filthy and unsanitary enclosures, enclosure dilapidation, and dangerous disease risks from all of these issues combined. All of the citations concerned me, but I paid careful attention to the citations that affected the tigers, lions, and lemurs. For example, on November 30, 2012, the USDA inspector cited the Cricket Hollow Zoo for failing to keep the lemur enclosures clean. The inspector noted, "there are cobwebs within the enclosures and the majority of the enclosure walls and objects (perches, branches, shelters) within the enclosures have a buildup of dark brown/black grime." (Ex. 2 at 0073). The inspector also noted that the big cat enclosures contained "a large accumulation of feces within two of the tiger enclosures and one of the lion enclosures. There are large piles of feces in the corners and smaller piles scattered throughout each enclosure." (Ex. 2 at 0074).

16. After I read the November 2012 USDA inspection report, I decided enough time had passed since my encounter with the sheriff's deputy, that I could safely attempt resolution from state and federal government authorities. On December 6, 2012, I requested from IDALS an update on their compliance reports regarding the Cricket Hollow Zoo. On February 11, 2013, I received a reply from IDALS, in which the state said, "there are no issues that would cause

adverse health or suffering at the time of our visit." On December 19, 2012, I filed a formal complaint with USDA and with IDALS regarding a photo a friend had taken on October 28, 2012, of what appeared to be the same malnourished lioness I had seen in June and July. Neither agency replied. Also on December 19, I submitted a FOIA request to IDALS seeking the names of current and prior veterinarians on record for the Cricket Hollow Zoo, which they provided three weeks later.

17. During the winter of 2012, Iowa experienced cold temperatures and snow, as usual. From what I had been able to see during my two zoo visits in 2012, I suspected that the lions, tigers, wolves, and other large carnivores were housed *outside* in their wire cages during the winter. On January 25, 2013, an especially cold day, I called the Delaware County Sheriff's Office because I was concerned about how the inclement weather would affect the animals at Cricket Hollow Zoo. I asked the Sheriff's Office to make a welfare check at the Zoo immediately, as a winter storm had just moved through the area. On that same day I also filed a formal complaint with the USDA, with copies to IDALS, about the severe winter weather in Delaware County and potential negative impact on the zoo animals. Neither the Sheriff's Office nor USDA responded to me, but on February 13, 2013, IDALS sent me copies of a February 8, 2013, compliance report. IDALS shockingly observed "that there are no standard of care issues here today that would cause adverse health or suffering." Once again, I was left with a feeling of dread for the animals at Cricket Hollow Zoo. No one with any authority appeared to care about the animals' impoverished conditions or readily apparent suffering. IDALS was turning a blind eye, while the USDA continued to document repeat, direct non-compliance citations without doing anything about it.

18. I worked up the courage to return to the Cricket Hollow Zoo for the last time on July 13, 2013. I went with my friend John Braumann, who had visited the Zoo the year before and also wanted to check in on the animals. On this visit, Pamela Sellner was allowing zoo patrons to pet and play with a baby raccoon—this year's zoo "ambassador." I observed no hand washing facilities to reduce health risks to the animal and to the visitors. I observed the same general filth throughout the facility as I had observed the prior year. My heart sank as I realized nothing had changed at the Zoo as a result of my advocacy. Those with the legal power to enforce the law appeared to not care. I noticed how many of the animals' cages and enclosures the public could reach into with their hands. Food was being stored outside in the summer heat, and there was evidence of excessive insects throughout. The complete lack of supervision of the visitors as they interacted with the animals and moved about the zoo caused me to worry a lot about the animals' safety and wellbeing, because zoo patrons could harass and annoy the animals with impunity.

19. On July 13, 2013, I observed the gray or "timber" wolf enclosure, but I could not see the wolves inside. I took a photograph of the wolf enclosure to show that the wolves were "endangered." (Ex. 8 at 0582). The wolves could be fed through a long PVC pipe, and anyone could slip poison in a treat down these pipes or put food down the pipes that wolves shouldn't eat, such as candy or gum. The wolves so eagerly accepted food from the PVC pipe that I worried for their safety and noted that no one from the Zoo was around to supervise this animal/human interaction.

20. On July 13, 2013, I also took photographs of three tigers lying on their backs in their enclosures. The first orange tiger is lying on its back with small piles of feces scattered about. (Ex. 8 at 0581). I did not see this tiger move at all during this visit. The second

photograph shows two tigers lying in pea gravel inside their enclosure. (Ex. 8 at 0583). One tiger is underneath a round piece of sheet medal, and white decayed feces can be seen in the foreground of the photograph. The other tiger is lying at the back of the enclosure next to a water trough. I did not see any of the tigers move during my visit. I noted that even if the tigers wanted to move, they didn't have far to go. The enclosures were so small, and the Zoo had not made any improvements or changes to the enrichment objects available to the tigers for their enjoyment, such as balls or extra branches.

21. As a result of my third visit, I became distressed knowing that inspection officials still had done nothing to correct the problems at the Zoo. I felt helpless but compelled to try again. On August 12, 2013, I filed another formal complaint with USDA and IDALS regarding my concerns about the Cricket Hollow Zoo. (Ex. 8 at 0621–0634). In particular I expressed my concern about inadequacies at the Zoo related to hot weather and about concerns observed during my prior summer visits that I had not seen the Zoo remedy, including fly-ridden, rotting meat, lack of access to clean and potable water, fly nuisances for the tigers and lions, inadequate sheltering for *all* of the animals, and filthy, feces-laden living conditions. I cited to examples in USDA inspection reports where trained Animal Welfare Act inspectors and veterinarians had agreed with me.

22. A few months after I sent my formal complaint to the USDA, I learned that several Meishan piglets had died of hypothermia at the Cricket Hollow Zoo on October 26, 2013. According to the December 16, 2013, USDA inspection report, Pamela Sellner told the USDA inspector that she had not had a chance to check on the pigs before a zoo visitor had informed her of their death. However, an investigator for the Animal Legal Defense Fund had visited the Zoo on October 26 and had taken photographs of the dead piglets in the afternoon. (Ex. 8 at

0573). That means the piglets may have lay dead in their enclosure for more than one-half of a day before they were noticed. On November 19, 2013, I filed yet another formal complaint with USDA and IDALS regarding baby piglets who had died of hypothermia. (Ex. 8 at 0635–0643).

23. After my July 13, 2013, visit to the Cricket Hollow Zoo, I could not bring myself to return to the Zoo again because I could not bear to witness the animals suffering any longer. But I also could not simply abandon the animals either. I have been so upset and appalled by the conditions I witnessed at the Cricket Hollow Zoo that ever since my flights over the Zoo and my personal visits to the Zoo, I have been contacting authorities and making complaints to try to get the conditions for the animals improved. I feel a strong connection to the zoo animals, including the lions, tigers, lemurs, and wolves, and feel compelled to advocate on their behalf. I will continue to work to change the conditions of the lives of these animals, because their present situation is so upsetting to me. I have currently stopped visiting the Cricket Hollow Zoo because I cannot stand to see the animals in such filthy and miserable conditions, but choosing to stay away also makes me feel sad and guilty. I wish I did not have to choose between visiting the animals at the Cricket Hollow Zoo, where I experience an assault on my senses and emotional state, and staying away for the animals, which makes me feel sad and guilty about the continuing deplorable conditions that these animals must suffer each day.

24. I enjoy visiting quality zoos that are close to my home in Central Iowa, including the Blank Park Zoo in Des Moines, Iowa. I am always impressed by the living conditions for the animals at the Blank Park Zoo, the careful design of the animal enclosures, and how content the animals appear, particularly in stark comparison to the animals and conditions at the Cricket Hollow Zoo. I have also been to other zoos in the past, though not with great frequency, and I have never seen conditions as horrible and inhumane as those I observed at Cricket Hollow Zoo.

If the conditions at the Cricket Hollow Zoo improve, or better yet, if the animals are relocated to a compliant USDA facility, such as another Zoo or an animal sanctuary, I would be happy to visit them again and would certainly do so.

25.     The photographs and letters attached to this Declaration as Exhibits 8, pages 0571 to 0643 are true and accurate copies of the photographs I took on the dates indicated and fairly represent the conditions I observed at the Cricket Hollow Zoo. The letters are true and accurate copies of the letters I drafted contemporaneously with the events noted in the letters.

Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the preceding is true and correct. I authorize electronic signature of this declaration and provide Plaintiffs' counsel with my original signature page.

/s/ Lisa Kuehl
Lisa Kuehl

Executed on this 1st day of June, 2015.