| | | |
|---|---|---|
| TRACEY K. KUEHL, et al, | ) | Case No. C14-2034-JSS |
| Plaintiffs, | ) | |
| vs. | ) | |
| PAMELA SELLNER, et al., | ) | **AFFIDAVIT OF PETER H. KLOPFER,** |
| | ) | **Ph.D., IN SUPPORT OF PLAINTIFFS'** |
| Defendants. | ) | **MOTION FOR SUMMARY JUDGMENT** |
| | ) | |

**AFFIDAVIT OF PETER H. KLOPFER, Ph.D., IN SUPPORT OF PLAINTIFFS'**
**MOTION FOR SUMMARY JUDGMENT**

I, Peter H. Klopfer, declare that if called as a witness in this action I would competently testify of my own personal knowledge as follows:

1.     My name is Peter H. Klopfer, I am over the age of 18, of sound mind, and have freely given the testimony set forth in this Affidavit. I reside in Durham, North Carolina, and I am a Professor Emeritus in the Biology Department at Duke University. I have spent more than two decades conducting studies of captive lemurs of various species at the Duke Lemur Center (formerly known as the Primate Facility), of which I was the co-founder and co-director in the mid-1960s. At the present time, I am still working at the Duke University Lemur Center, the world's largest collection of captive lemurs, with about 20 species of lemurs and about 225 animals, and many others on loan to Association for Assessment and Accreditation of Laboratory Animal Care (AAALAC) approved zoos. My work at the Duke Lemur Center is with two veterinarians who specialize in lemur care, so I am also aware of the medical and husbandry problems that captive lemurs pose.

2.      In addition to my study of captive lemurs, I have likewise conducted field work on wild lemurs in Madagascar, as well as other species throughout Central America and the Caribbean. I have published numerous articles in refereed scientific journals that describe some of my research with lemurs, some of which are catalogued in my *curriculum vitae*, attached as Attachment A. I have spent many seasons over more than a decade in the forests of Madagascar, where I have studied these animals under natural conditions.

3.      Furthermore, I am, and have been for close to two decades, a member of the Duke University Institutional Animal Care and Use Committee (IACUC), which oversees all Duke University research with vertebrate animals to assure compliance with the United States Department of Agriculture (USDA) and National Institutes of Health standards for animal welfare.

4.      This affidavit does not necessarily represent the opinions of the lemur and captive animal-related organizations of which I have been a part. Neither am I speaking on their behalf. However, I draw on my extensive experience with those organizations and from my professional background to support my analysis in this affidavit. More detailed information about my qualifications can be found in my *curriculum vitae*.

5.      Because it is imperative that endangered animals such as the lemurs at the Cricket Hollow Zoo in Manchester, Iowa, are well cared for in captivity, I have agreed to participate as an expert in this case. In formulating my opinion, I have reviewed the following materials in preparing my opinion:

   a.  USDA inspection reports of the Cricket Hollow Zoo;

b.   The defendant's initial production of documents, including materials related to the acquisition and breeding of lemurs, their primate enrichment program, veterinary records, and photographs;

c.   The defendant's responses to plaintiffs' interrogatories, including materials related to animal deaths and causes, daily care program, veterinary care program, etc.;

d.   The defendant's responses to plaintiffs' request for documents, including materials related to a lemur necropsy and lemur care;

e.   Deposition transcripts of the defendants and the defendants' veterinarian;

f.   Photographs and video of the lemurs and their cages at the Cricket Hollow Zoo, including those taken by an investigator and the USDA itself.

On the basis of my review of these materials, I conclude that the conditions under which the lemurs are being held at Cricket Hollow Zoo are unacceptable, harm and harass the lemurs, and severely compromise the lemurs' ability to survive and thrive.

6.     The two species in question, *Lemur catta* (ring-tailed lemurs) and *Vareciea variagatus* (red-ruffed lemurs), are both species very familiar to me, both from field work and from studies in captivity. They are highly social animals, living in troops of eight to twenty animals, and ranging over many hectares. Both species have highly developed cognitive abilities and the capacity to suffer greatly—as measured physiologically by stress indices such as heart rate, electroencephalography (EEG) distortions, increased steroid levels, and other methods—when isolated or limited to a small area. Even in larger cages, which are clearly not the case at Cricket Hollow Zoo, these species require a variety of play or enrichment objects, which must be regularly changed. (*See* Ex. 1 at 0012–0014 (photographs of diminutive lemur enclosures

accompanying the Notice Letter)). The two species can be co-housed when their numbers are few, but they then require particularly large and tall cages: *Vareciea variagatus* prefers to be high in the canopy, while *Lemur catta* spends up to one-third of their time foraging on the ground. At Cricket Hollow Zoo, none of the housing arrangements for lemurs are designed to accommodate these preferences in the different species.

7.     Single housing for either species is extremely stressful, again as measured physiologically, and single housing conditions like those at Cricket Hollow Zoo should never be permitted. Indeed, even the United States Department of Agriculture (USDA) regulations relating to animal care and use expressly forbid solitary housing of any social primate species (which includes lemurs) except when medically or scientifically justified. In contrast, the defendant's handwritten "Primate Enrichment Program" insists that the lemurs are housed individually because "they don't get along housed together." (Ex. 4 at 0302). Even a twosome is scarcely appropriate: *Lemur catta* is a female dominant species, so males are excluded from the social group except during the short mating period. Hence, at a minimum, a group would have to have space enough for two females, and if a male is to be present, that space would need to be tripled, at the least. The cages for the lemurs at Cricket Hollow Zoo are not anywhere near these bare minimum conditions. In my opinion, the housing conditions cause such appalling suffering for the lemurs there that on this basis alone I would insist that the lemurs be removed immediately from the facility. The housing of the lemurs at the defendants' zoo clearly constitutes harassment of these animals since it significantly disrupts their normal behavioral patterns and creates a likelihood of injury to them, is not a generally accepted animal husbandry practice in lemur care, and in my opinion fails to meet the minimum humane care and treatment standards.

8.     Captive lemurs require constant and ever-changing stimulation. At the Duke

Lemur Center we change the lemurs' enrichment—the entirety of it—every few days. We provide our lemurs with swings, structures to climb on, objects to manipulate, and fresh vegetation. We likewise provide children's toys like stuffed animal, blocks, and balls, the same kinds of things that children or puppies might play with. Providing such stimulation is absolutely necessary since, as I said above, lemurs in the wild would be ranging over several hectares and would derive stimulation from the variety of their habitat. The USDA requires that an exhibitor or research facility provides this very environmental enhancement that promotes the psychological well-being of every nonhuman primate. In contrast to these federal requirements and the generally accepted practice of providing significant enhancement to ensure the psychological well-being of captive lemurs, the defendants provide very little enrichment. They offer their lemurs only "perches and branches," (Ex. 4 at 0302), which likely never change, and enrichment related only to food, e.g. "PVC tubes with peanut butter and nuts," (Ex. 4 at 0302). (*See also* Ex. 1 at 0012–0014 (photographs of lemur enclosures accompanying the Notice Letter showing scarcity of enrichment)). Such limited enrichment does not satisfy the intellectual needs of these nonhuman primates, injures their psychological well-being, and significantly disrupts their normal behavioral patterns. Failure to provide adequate enrichment for nonhuman primates is not a generally accepted animal husbandry practice for lemurs and in my opinion fails to meet the minimum humane care and treatment standards.

9.      Lemurs can tolerate a wide range of temperatures but, as I know from my work at the Lemur Center, federal regulations limit the lower temperatures to a minimum that is well above the temperature that I understand to occur in eastern Iowa, and the temperatures at which I believe Cricket Hollow Zoo's lemur enclosures are maintained. To escape the cold, the Zoo's lemurs must access indoor shelter located inside the Zoo's "reptile house," where they can see—

I understand from the Zoo's website—an alligator, a monitor lizard, and snakes, including a boa constrictor. (*See also* Ex. 8 at 0618 (photograph of alligator in reptile house)). In my opinion, to share indoor space with reptiles disturbs the lemurs, since in the wild they are preyed upon by crocodiles and snakes, and since even the home-raised captive lemurs at the Duke Lemur Center are terrified of such reptiles. In my opinion, to require a lemur to choose between suffering inclement conditions and the anxiety that accompanies such inappropriate cross-species encounters significantly disrupts their normal behavioral patterns and creates a likelihood of injury to them, and fails to meet the minimum humane care and treatment standards.

10.     For the foregoing reasons, and especially on the basis of their solitary housing, as I have explained, I have concluded that the defendants' facility is entirely unsuitable for housing lemurs.

11.     Beyond my opinion of the current conditions, I have been asked moreover whether allowing the zoo to increase their number of lemurs so as to provide a normal social environment might resolve the problems I have highlighted. In theory, a group of four to six animals in an enclosure of several hundred cubic feet might suffice. However, a space of less than several acres would have to have its contents frequently renewed so as to provide the requisite environmental enrichment, and food would also have to be varied to meet the dietary needs of these animals. For the following reasons, however, it appears to me highly unlikely that this particular zoo and its staff are competent to provide adequate care such that it satisfies the humane care and treatment standards, and does not harm or harass the animals:

a.   The attending veterinarian, by his own admission, has had no training or experience with lemurs. (Ex. 7 at 0540–0541 (Tr. J. Pries 112-115)). Primates in general require

specialized care and lemurs, with their aberrant diets and behavioral peculiarities, in particular. Our own Duke University Lemur Center veterinarians required many months of intensive internship before being deemed competent with lemur medical practice. Even the University's lab animal veterinarians, who are trained to deal with baboons, macaques and chimpanzees, find that they are unable to deal adequately with prosimian primates such as lemurs and lorises: specialized training is unquestionably needed.

b. The fact that necropsies are not routinely performed when an animal dies indicates that the caretakers cannot possibly know the cause of an animal's death and thus cannot be prepared to treat recurrent diseases. (*See* Ex. 7 at 0541(Tr. J. Pries 116:7–8); Ex. 7 at 0433–0434 (Tr. P. Sellner 188–190)). For example, there is testimony that two lemurs died of encephalitis but a necropsy was performed on only one of them. (Ex. 7 at 0433 (Tr. P. Sellner 187–88)). And it was further stated that there was no treatment possible for the lemurs who died of encephalitis. (Ex. 7 at 0541 (Tr. J. Pries 115:2–24)). In fact, there are several types of encephalitis, and at least one of these, of bacterial origin, is treatable, though absent an adequate necropsy of the diseased animal no one could know whether the death could have been avoided. The record suggests that the type of encephalitis was not identified, so it appears that a complete cytological and serological study of the tissues was not conducted. (*See* Ex. 4 at 0311 ("Tissues have been retained *if further testing for viruses or bacteria are warranted*" (emphasis added))). I might add that in 30 years at the Duke Lemur Center, with its hundreds of lemurs, I have never seen a single case of encephalitis. This is not a common condition, so its occurrence raises serious questions regarding the care and treatment of lemurs at the Cricket Hollow Zoo. The Duke Lemur Center always performs necropsies, cytological and serological

analyses of diseased animals, and this is standard practice in every Association for Assessment and Accreditation of Laboratory Animal Care (AAALAC) approved zoo that I have ever encountered. Failure to ascertain every cause of death, especially for endangered species such as these lemurs, is inexcusable and I believe demeans the protections for these species that laws like the Endangered Species Act are intended to provide.

c.  Further evidence of the caretaker's ignorance of aspects of lemur husbandry is seen in their description of trichinosis as due to something larger than a bacterium. (Ex. 7 at 0547 (Tr. P. Pries 139–140)). In fact, trichinosis is caused by a parasitic roundworm and it is, in my view, inexcusable for any animal establishment to house this parasite, which is easily controlled.

d.  Finally, the many USDA citations, stretching over several years, though not limited to the condition of the lemurs and their caging, demonstrate to me an inadequate understanding on the part of the caretakers of animal physiology and behavior, and even the most rudimentary principles of animal husbandry. At the very least, the USDA citations exhibit an utter lack of proper hygiene at the Zoo, resulting in environmental conditions that encourage the development and spread of disease. The unsanitary living conditions to which the Zoo's animals are routinely subjected will have given rise to the encephalitis and trichinosis outbreaks I reference above, not to mention many other probable outbreaks not identified by the caretakers, owing to their failure to necropsy the majority of their dead.

For the foregoing reasons, I conclude that the defendant's facility is neither currently suitable for housing lemurs nor could it become suitable to house lemurs in the future.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct. I authorize electronic signature of this declaration and provide Plaintiffs' counsel with my original signature page.

/s/ Peter H. Klopfer, Ph.D.
Peter H. Klopfer, Ph.D.

Dated: May 31, 2015

# ATTACHMENT A

CURRICULUM VITAE
PETER H. KLOPFER, Ph.D.

# C.V.

## Peter H. Klopfer

**Personal**

Born, August 9, 1930, Berlin, Germany
Married, 1955; 3 children

**Education**

B.A., University of California at Los Angeles, 1952 (with honors)
Ph.D., Yale University, 1957

**Scholarships and Fellowships**

Graduate Assistant, Yale University, 1953-1954; 1956
Postdoctoral Research Fellow, U.S. Public Health Service,
University of Cambridge, 1957-1958.
Elected Fellow, American Association for the Advancement of Science, 1963
Special Postdoctoral Fellowship, U.S. Public Health Service, 1964
Career Development Award, NIMH, 1965-1970
Elected Fellow, Animal Behavior Society, 1968
Research Scientist Award, NIMH, 1970-1975

**Honors and Awards**

Outstanding Professor Award, Duke University Student Association, 1968
Humboldt Award, Alexander von Humboldt Stiftung of the German Federal Republic,
    1979-1980
United Negro College Fund, Disting. Prof. for 1985-86
Inaugural Lectures, Bolyai College, Eötvös University, Budapest, 1995
Samual Cook Society Distinguished Service Award, 2008

**Professional Positions**

Science Instructor, Windsor Mt. School, Lenox, Massachusetts, 1952-1953
Head, Science Department, Windsor Mt. School. Lenox, Massachusetts, 1956
Assistant Professor, Department of Zoology, Duke University, 1958-1963
Associate Professor, Department of Zoology, Duke University, 1963-1967
Professor, Department of Zoology, Duke University, 1967- present
Visiting Professor, Zoology Institute, Tel-Aviv University, 1970 (Spring)

Visiting Professor, Abt. Physiol.-verhalten, Tübingen University, 1979-1980
Visiting Professor, Institute for Veterinarian Science, Hebrew University, 1987
Visiting Professor, Zoologie, Universität Potsdam, 1992


**Professional Offices**

Regional

Executive Committee, American Friends Service Committee, Southeastern Region, 1967-74; 2003-2010
Executive Committee and Board of Directors, Carolina Friends School, 1963-2010
Collegiate Academy Representative, North Carolina Academy of Science, 1959-60

University

Undergraduate Faculty Council, 1959-64; 1988-89
Neuro-Sciences Curriculum Committee, 1965-66
Animal Care Committee, 1966-68
Academic Council, 1967-71
Organization for Tropical Studies Representative, 1967-82
Duke Chapter AAUP Secretary 1967-69
Director, Field Station for Animal Behavior Studies, 1968-73
Board of Directors, Student YM-YWCA, 1969-70
Institutional Animal Care and Use Committee, 1997- present

National and International

Behavioral Biology Panel, National Academy of Sciences, 1967-68
Associate Editor, Journal of Experimental Zoology, 1970-76
Editorial Advisor, Springer Verlag, 1970-1990
U.S. Representative, International Ethology Committee, 1967- 77
Experimental Psych. Panel, NIMH, 1972-76
Editorial Board, American Naturalist, 1972-76
Co-Editor, Perspectives in Ethology (Plenum Press) 1972-1994
Organization for Tropical Studies, Board of Directors, 1967-82
Board of Editors, International Journal of Comparative Psychology, 1995-2000


## PUBLICATIONS

(not including abstracts or book reviews)


Klopfer, P.H., 1956, Comments concerning the age at which imprinting occurs. Wilson Bulletin, *68*(4):320-321.

Klopfer, P.H., 1956, Goose behavior by a White Leghorn chick. Wilson Bulletin, *68*(1):68-69.

Klopfer, P.H., 1957, An experiment on emphatic learning in ducks. American Naturalist *91*:61-63.

Klopfer, P.H., 1958, Influence of social interactions on learning rates in birds. Science, *128*:903.

Klopfer, P.H. and R. Macarthur, 1958, North American birds staying on board during Atlantic crossing. British Birds, *51*:358.

Klopfer, P.H., 1959, Environmental determinants of faunal diversity. The American Naturalist, *93*:337-342.

Klopfer, P.H., 1959, An analysis of learning in young anatidae. Ecology, *40*(1):90-102.

Klopfer, P.H., 1959, The development of sound-signal preferences in ducks. Wilson Bulletin, *71*(3):262-266.

Klopfer, P.H., 1959, Social interactions in discrimination learning with special reference to feeding behavior in birds. Behaviour, *14*(4):282-299.

Klopfer, P.H., and R.H. MacArthur, 1960, Niche size and faunal diversity. American Naturalist, *94*:193-200.

Klopfer, P.H. and R.H. MacArthur, 1961, On the causes of tropical species diversity: Niche Overlap. American Naturalist, *95*:222-226.

Welch, B.L. and P.H. Klopfer, 1961, Endocrine variability as a factor in the regulation of population density. American Naturalist, *95*:256-260.

Klopfer, P.H., 1961, Observational learning in birds: The establishment of behavioral modes. Behaviour, *97:*71-80.

Gottlieb, G. and P.H. Klopfer, 1962, The relation of developmental age to auditory and visual imprinting. J. Comp. and Physiol. Psych., *55*:821-826.

Klopfer, P.H. and J.P. Hailman, 1962, On measuring "Critical Learning Periods" in birds. Animal Behavior, *10*:233- 234.

Klopfer, P.H. and G. Gottlieb, 1962, Imprinting and behaviour polymorphism: Auditory and visual imprinting in domestic ducks and the involvement of the critical period. J. Comp. and Physiol. Psych., *55*:126-130.

Klopfer, P.H. and G. Gottlieb, 1962, Learning ability and behavioral polymorphism

within individual clutches of wild ducklings.  Zietschrift für Tierpsychologie, *19*:183-190.

Klopfer, P.H. and M.S. Klopfer, 1962, Notes on handrearing Fallow deer, Dama dama.  International Zoo Yearbook, *4*:295-296.

Klopfer, P.H., 1963, Behavioral aspects of habitat selection:  The role of early experience.  Wilson Bulletin, *75*:15-22.

Klopfer, P.H., 1964, Parameters of imprinting.  American Naturalist, *98*:175-182.

Klopfer, P.H. and J.P. Hailman, 1964, Parameters of imprinting in Birds.  Zeitschrift f_r Tierpsychologie, *21*:755-762.

Klopfer, P.H., 1964, Imprinting and the critical period. Research Problems in Biology, Series *3*:96-98.

Klopfer, P.H., D.K. Adams and M.S. Klopfer, 1964,  Maternal imprinting in goats.  Proceedings Nat. Acad. Sci., *52*:911-914.

Klopfer, P.H. and J.P. Hailman, 1964, Perceptual preferences and imprinting in chicks.  Science, *145*:1333-1334.

Klopfer, P.H. and J.P. Hailman, 1965,  Habitat selection in birds.  In:  Advances in the Study of Behavior.  Lehrman Hinde and Shaw, eds., *19*:279-303.

Klopfer, P.H., 1965, Imprinting:  A reassessment.  Science, *147:*302-303.

Klopfer, P.H., 1965, Behavioral aspects of habitat selection:  A preliminary report on stereotypy in foliage preferences of birds.  Wilson Bulletin, *77*:376-381.

Klopfer, P.H. and B.K. Gilbert, 1966,  A note on retrieval and recognition of young in the elephant seal, *Mirounga angustirostris*.. Zeitschrift  fuer Tierpsych. 6:  *23*:757-760.

Klopfer, P.H., and J. Gamble, 1967, Maternal "Imprinting" in Goats:  The role of Chemical Senses.  Zeitschrift für Tierpsychologie, *23*:588-592.

Klopfer, P.H., 1967, Is imprinting a cheshire cat?  Behavioral Science, *12*:122-129.

Klopfer, P.H., 1967, Stimulus preferences and imprinting. Science, *156*:1394-1396.

Klopfer, P.H., 1967, Behavioral stereotypy in birds.  Wilson Bulletin, *79*:290-300.

Klopfer, P.H., 1967, Men in Middle Life by K. Soddy & M. Kidson, based on a study by the Scientific Committee of the World Federation on Mental Health.  Tavistock Publications, London.

Klopfer, P.H. and P. Kilham, 1968  The construct "race" and the "innate differential".  Columbia University Forum

Klopfer, P.H. and P. Kilham, 1968, The construct "race" and the "innate differential".  Science and the Concept of Race. M. Mead, *et al*., eds., Columbia University Press, pp. 16-25.

Klopfer, P.H. and J.J. Hatch, 1968, Some experimental approaches to the study of animal communication.  In: Animal Communication.  T. Sebeok, ed., Indiana University Press.

Klopfer, P.H., 1968, Laboratory studies of imprinting and social experience.  In:  Laboratory Studies of Animal Behavior.  Allen W. Stokes, ed., Freeman Press.

Klopfer, P.H., 1968, From Ardrey to altruism.  Behavioral Science, *13*:399-402.

Klopfer, P.H., D.H. Sheppard and H. Oelke, 1968, Habitat selection:  differences in stereotypy between insular and continental birds.  Wilson Bulletin, *80*:452-457.

Kilham, P., P.H. Klopfer and H. Oelke, 1968, Species identification and color preferences in chicks.  Animal Behavior, *16:*238-245.

Klopfer, P.H. and M.S. Klopfer, 1968, Maternal "imprinting" in goats:  fostering of alien young.  Zietschrift für Tierpsychologie, *24*:362-866.

Klopfer, P.H., 1968, Is heart rate an indicator of imprinted preferences and affect?  Developmental Psychobiology, *1*:205-209.

Klopfer, P.H., 1969, Stimulus preferences and discrimination in neonatal ducklings.  Behaviour, *32*:309-314.

Neumann, C.P. and P.H. Klopfer, 1969,  Cage size and discrimination tests in birds:  a methodological caution. Behaviour, *34*:132-137.

Klopfer, P.H., 1969, Aggression and its evolution. Psychiatry and Social Science Review, *3*:2-7.

Klopfer, P.H., 1969, Instincts and chromosomes:  what is an "innate" act.  American Naturalist, *103*:556-560.

Klopfer, P.H., 1969, The cosmic deathwish:  evolutionary origins of mortality. Duke University Council on Aging and Human Development.  Proceedings of Seminars, *1965-1969*:279-285.

Klopfer, P.H. and A. Jolly, 1970, The stability of territorial boundaries in *lemur*

troop.  Folia Primatologica, *12*:199-208.

Klopfer, P.H., 1970, Sensory physiology and esthetics. American Scientist, *58* (No. 4):399-400.

Klopfer, P.H., 1970, Discrimination of young in galagos. Folia Primatologica, *13*:137-143.

Klopfer, P.H. and M.S. Klopfer, 1970, Patterns of maternal care in three species of lemur.  Zeitschrift f. Tierpsych., *27*:984-996.

Oelke, H. and P.H. Klopfer, 1970, Licht als Stimulations faktor in der Biotopwahl von Katzendrosseln *(Dumetella carolinensis)*.  J. f. Ornithol., *111*:357-361.

Klopfer, P.H., 1971, Imprinting:  determining its perceptual basis in ducklings.  Journal of Comparative and Physiol.Psych., *75*:378-385.

Klopfer, P.H., 1971, Mother love:  what turns it on? American Scientist, *59*:404-407.

Klopfer, P.H., 1971, Language and the teacher.  In: Methods in Teaching Biology.  A. Barash, ed., Tel Aviv.

Klopfer, P.H., 1972, Patterns of maternal care in three species of Lemur:  II.  effects of early separation. Zeitschrift f.  Tierpsych., *30*:277-296.

Feldman, D. and P.H. Klopfer, 1972, Observational learning in lemurs.  Zeitscrhift für Tierpsych., *30*:297-304.

Klopfer, P.H., H.R. Pulliam, B. Gilbert, D. and L. McDonald and G. Millikan, 1972,  On the evolution of sociality with special reference to the grass-quit, *Tiaris olivacea*.  Wilson Bulletin, 84:77-89.

Klopfer, P.H., 1972, Why are men conscious?  Ann. Conn. Acad. Sci., *44*:151-159.

Klopfer, P.H., 1973, Evolution and behavior.  *In*: Perspectives in Animal Behavior.  G. Bermant, ed., Scott, Foresman & Co., Illinois.

Klopfer, P.H., R.Barnett and L. McGeorge, 1973, Maternal Care.  Addison-Wesley, California (Monograph).

Klopfer, P.H., 1973, Imprinting:  monocular and binocular cues in object discrimination.  Jour. Comp. Physiol. Psych., *84*:482-487.

Klopfer, P.H., 1973, Mother-young relations in Lemurs. In:  Perspectives in Prosimian Biology.  R.D. Martin, A.C. Walker, and G.A. Doyle, eds., Duckworth Publ., London.

Klopfer, P.H., 1973, Does behavior evolve?  Annals N.Y. Acad. Sci., *223*:113-125.

Klopfer, P.H., and M.S. Klopfer, 1974, How come leaders to their posts:  How are social ranks and roles determined? Amer. Sci., *61*:560-564.

Klopfer, P.H., 1974, Patterns of maternal care in lemurs: III notes on individual differences.  Zeitschrift für Tierpsych., *40*:210-220.

Rubenstein, D.I., R.D. Ridgely, R.J. Barnett and P.H. Klopfer, 1974,  Migration and species diversity in the tropics.  Proc. Nat. Acad. Sci., *71*:339-340.

Rhoad, K.D., J.W. Kalat and P.H. Klopfer, 1975, Aggressive displays of *Betta splendens* to various stimuli. Animal Learning and Behavior, *3*:271-276.

Klopfer, P.H., 1976, Evolution, Behavior, Language.  *In*: Communication, Behavior, and Evolution.  E. Simmel and M. Hahn, eds., Academic Press.

Klopfer, P.H. and M.S. Klopfer, 1977, How come leaders to their posts:  compensatory responses of mothers to impaired young.  Animal Behavior, *25*:288-291.

Klopfer, P.H., 1977, Instinctive behavior patterns.  *In*: Int. Encyc. of Neurology, Psychiatry, Psychoanalysis and Psychology.  B.B. Wolman ed., Aesculapius Press.

Fairchild, L., D. Rubenstein, S. Patti and P.H. Klopfer, 1977, A note on seasonal changes in feeding strategies of mixed and single species flocks, Ibis, *119*:85-87.

Klopfer, P.H., 1977, Social Darwinism lives:  should it? Yale J. Biol. & Med., *50*:77-84.

Rubenstein, D.I., R.J. Barnett, R.S. Ridgely and P.H. Klopfer, 1977, Feeding ecology of Mixed Species Flocks. ibis, *119*:10-21.

Klopfer, P.H. and D.I. Rubenstein, 1977, The concept "privacy" and its biological basis.  J. of Social Issues, *33*:52-65.

Klopfer, P.H., 1977, Communication in prosimians.  *In*: How Animals Communicate.  T. Sebeok ed.,Indiana University Press, pp. 841-850.

Klopfer, P.H., 1978, Eco-Ethology:  The adaptive value of behavior.  Animal Behavior.  K. Immelmann, ed., Kindler Publ., Munich.

Klopfer, P.H. and K. Boskoff, 1979, Maternal behavior in prosimians.  In:  The Study of Prosimian Behavior.  G.A. Doyle and R.D. Martin, eds., Academic Press.  pp. 123-156.

Klopfer, P.H., D. Gubernick and C. Jones, 1979, Maternal imprinting in goats:  a failure to replicate?  Animal Behav., *27*:314-315.

Klopfer, P.H., 1979, Imprinting ducklings: variability in individuals and responses. Behavioral Processes., *3*:293-303.

Klopfer, P.H., 1979, On human ethology. Behavioral and Brain Science pp. 39-40.

Klopfer, P.H., 1980, Species Identity. *In*: Species Identification. A. Roy, ed., Garland Publ., pp. 355-360.

Klopfer, P.H., 1980, A biographical note on Gregory Bateson. International Encyclopedia of the Social Sciences. Sills, D., ed., Macmillan, pp. 42-44.

Klopfer, P.H., 1981, Islands as models. Bio. Sci., *31*:838-839.

Klopfer, P.H., 1981, The Naked Ape Reclothed. Am. J.Primatol., *1*:301-305.

Klopfer, P.H., 1981, Origins of parental care. In: Parental Care. D. Gubernick and P. Klopfer, eds., Plenum Press, New York 1-12.

Klopfer, P.H., 1981, The evolution of aggression. In: The Biology of Aggression, P. Brain and D. Denton, eds., Nijhoff., Netherlands 3-l5.

Klopfer, P.H., M. Klopfer and J. Etemad, 1981, Girls and horses: a sex difference in attachments (in press). J. Elisha Mitchell Soc. *97*:1-8.

Klopfer, P.H., and L. Klopfer, 1982, On "Human Ethology". Semiotica. *39*:l75-185

Klopfer, P.H., 1982, Mating types and human sexuality. BioSci. *32*:803-806.

Klopfer, P.H. and J. Polemics, 1984. Three paradigms on the relation of science to society. Southeastern Atlantic Quarterly. *83*:405-415.

Klopfer, P.H., 1985, Central Controls for aggression. In: Perspectives in Ethology VI, Bateson and Klopfer, eds. Plenum Press. 33-44.

Klopfer, P.H., and J. Ganzhorn, 1985, Behavioral aspects of habitat selection in Habitat Selection in Birds, Cody, ed. Academic Press.

Klopfer, P.H., J. Parrish and C. Brandt, Imprinting and interactive influences, 1987, Int. J. Compar. Psych. *1*:50-57.

Klopfer, P.H., 1988, Reseeding The Commons, Schneirla Conference Proceedings. Erlbaum.

Klopfer, P.H., C. Brandt, J. Parrish, and E. Honoré, 1986, Imprinting: annual cycles, in Behavioral Processes, 12:203-204.

Klopfer, P.H., 1988, Metaphors for development: how important are experiences early in life?  Developmental Psychobiology,  *21*:671-678.

Klopfer, P.H. and J. Polemics (pseudonym), 1988, Is sociobiology Darwinistic?  J. Elisha Mitchell Sci. Soc. (N.C. Acad Sci.) *104*:619-27.

Klopfer, P.H., A biography of Margaret Mead, 1988, Int. Encyclopedia of Communication, Oxford U. Press.

Klopfer, P.H., A biography of Gregory Bateson, 1988, Int. Encylopedia of Communication, Oxford U. Press.

Klopfer, P.H., and J. Polemics, 1989, Have animals rights?, J. Elisha Mitchell Soc. (N.C. Acad. Sci.) *104*:99-107.

Klopfer, P.H. and N. Budnitz, 1990, Fixed Action Patterns and neural Darwinism.  J. of Ornithol.  131:97-99.

Klopfer, P.H., and J. Polemics, 1991, The development of aggression in children: a review.  J. Elisha Mitchel, J. (NC Acad. Sci) 105:115-131.

Klopfer, P.H. and J. Polemics, 1992, On the emergence of goodness. J. Elisha Mitchell Soc. (N.C. Acad. Sci.) 108:81-88.

Klopfer, P.H., 1992, Structure and function in the CNS.  Behav. Brain Sci. 15:281-282.

Klopfer, P.H. and J. Polemics, 1993, Old wine in new bottles:  another look at "instinct".  J. Elisha Mitchell (N.C. Acad, Sci), 109:77-86.

Klopfer, P.H., 1993, Ethology and noninvasive techniques. pg. 103-112  In Kapsis, M., and S. Gad-ed.  Non-Animal Techniques in Biomedical and Behavior Research and Testing.  Lewis Pubs.

Klopfer, P.H., 1994, Konrad Lorenz and the National Socialists:  on the politics of ethology.  Int. J. Comp. Psych. 7:202-208.

Klopfer, P.H. and J. Polemics, 1994,  The postmodernist critique of science:  is it useful?  J. Elisha Mitchell (N.C. Acad. Sci) 110:113-120.

Klopfer, P.H., 1996, Mother-young attachments:  on the use of animal models.  Amer. Sci. 84:319-321.

Klopfer, P.H. and J. Podos, 1998, Behavioral Ecology.  Encyclopedia of Comparative Psychology, G. Greenberg and M. Haraway, eds.  pp. 81-87.  Garland Pub. Co., NY

Conklin, H. and J. Polemics, 1997, Brain dimorphisms and sex: a review.  Int. J. Comp.

Psych. 10:25-56

Klopfer, P.H., 2001, Parental care and development. in, Cycles of Contingency, S. Oyama, P.Griffiths, R. Gray, eds.pp 167-174 M.I.T. Press, Cambridge, Ma.

Klopfer, P.H., 2000, A Biography of G.E.Hutchinson. in, Encyclopedia of Global Environmental Change, T.Munn, ed. J.Wiley and Sons, London.

Sax, B. and Klopfer, P.H., 2001, Jakob von Uexkuell and the Anticipation of Sociobiology, in Jakob von Uexkuell: a paradigm for biology and semiotics, Kalevi Kull, ed., Semiotica 131-1/4:767-778. Mouton de Gruyter, Berlin, N.Y.

Klopfer, P. and J.Polemics, 2002. The state of ethology, Animal Behavior Soc. Newsletter 47 (3):4-5

Klopfer, P.H. 2005 Animal cognition and the new anthropomorphism. International Journal of Comparative Psychology, 18, 202-206.

Kim, D. and J.Polemics, sub. for pub., Functions of play and animal adaptability

Klopfer, P.H., A. Krystal, C.Williams, and A. Yoder, 2012. Neuroethology: do hibernating lemurs sleep? in, Nova Acta Leopoldina, conference proceedings at Humboldt Univ., Berlin, FRD, May, 2009.
And in, Quo Vadis, Behavioural Biology? Past, present and future of an evolving science. Nova Acta Leopoldina 380: 271-280

Klopfer, P.H., 2012. Lessons from an unusual critter: what can unusual animals teach us? Ethology 118:1029-1035.

Andrew D. Krystal, MD, MS; Bobby Schopler, DVM, PhD; Susanne Kobbe, PhD; Cathy Williams, DVM; Hajanirina Rakatondrainibe, DVM; Anne Yoder, PhD; Peter Klopfer, PhD, 2013. PLOS1, DISCOVERY OF A NOVEL REM SLEEP-LIKE STATE IN A HIBERNATING PRIMATE - CHEIROGALEUS MEDIUS

2014 Andrew D. Krystal, Marina B. Blanco, Kathrin H. Dausmann, Sheena Faherty, Peter Klopfer, Bobby Schopler, and Anne Yoder

Int. J. of Comp. Biol. SLEEP, TEMPERATURE, AND OXYGEN CONSUMPTION DURING TORPOR AND SPONTANEOUS AROUSALS IN A HIBERNATING PRIMATE. In press

**Books**

Klopfer, P.H., 1962, Behavioral Aspects of Ecology. Prentice-Hall, New Jersey.

Klopfer, P.H. and J.P. Hailman, 1967, Introduction to Animal Behavior:  Ethology's First Century.  Prentice-Hall.

Klopfer, P.H., 1969, Territories and Habitats:  a study of the use of space by animals.  Basic Books.

Klopfer, P.H., 1970, Editor, Behavioral Ecology, Dickenson Publ.

Klopfer, P.H. and J.P. Hailman, eds., 1972, Volume 1 - Function and Evolution of Behavior: an historical sample from the pens of ethologists.  Addison-Wesley Publ., California.

Klopfer, P.H. and J.P. Hailman, eds., 1972, Volume II - Control and Development of Behavior: an historical sample from the pens of ethologists.  Addison-Wesley Publ., California.

Klopfer, P.H., 1973, Behavioral Aspects of Ecology, 2nd edition.  Prentice-Hall, New Jersey.

Klopfer, P.H., 1973, Instinct is a Cheshire Cat:  A Primer on Animal Behavior.  J.B. Lipincott Company.

Bateson, P.P.G. and P.H. Klopfer, eds., 1973, Perspectives in Ethology, Vol. I, Plenum Press, New York.

Klopfer, P.H., 1974, An Introduction to Animal Behavior: Ethology's First Century.  (Revision)  Prentice-Hall.

Bateson, P.P.G. and P.H. Klopfer, eds., 1977, Perspectives in Ethology, Vol. II, Plenum Press.

Bateson, P.P.G. and P.H. Klopfer, eds., 1978, Perspectives in Ethology, Vol. III, Plenum Press.

Gubernick, D. and P.H. Klopfer, eds., 1981, Parental Care in Mammals.  Plenum Press, New York.

Bateson, P.P.G. and P.H. Klopfer, eds., 1981, Perspectives in Ethology IV, Plenum Press.

Bateson, P.P.G. and P.H. Klopfer, eds., 1982, Perspectives in Ethology V, Plenum Press.

Bateson, P.P.G. and P.H. Klopfer, eds. 1985, Perspectives in Ethology VI, Plenum Press.

Bateson, P.P.G. and P.H. Klopfer, eds. 1987, Perspectives in Ethology VII, Plenum Press.

Klama, J. (Pseudonym) 1988, Aggression: conflict in animals and man, Longmans,

London (with others).

Klama, J. (Pseudonym) Aggression: the myth of the beast within, Wiley, NY. (with others).

Bateson, P.P.G. & P.H. Klopfer eds., 1989, Perspectives in Ethology, VIII, Plenum Press.

Bateson, P.P.G. & P.H. Klopfer eds., 1991, Perspectives in Ethology, IX, Plenum Press.

Klopfer Honoré, E. and P.H. Klopfer, 1991, A Concise Survey of Animal Behavior, Academic Press.

Klopfer, P.H., 1991, The Carolina Godiva Guide to Running.  CFS Press.

Bateson, P.P.G., P.H. Klopfer and N. Thompson, eds., 1993, Perspectives in Ethology, X, Plenum Press.

Klopfer, P.H. 1999  Politics and People of Ethology:   personal reflections on the study of animal behavior. Bucknell  Univ. Press

Honore, E. and P.H.Klopfer  (sub. for pub.) Where Grandfathers Come From

**Articles of public and social concerns**

1966  Prayers of an electronic Saint.  The Churchman, *March 1966:*6-8

1967  On the inevitability of altruism.  The Churchman, *Feb. 1967:*9-10.

1968  George Fox and the Hippies.  The Churchman, pp. 7-8.

1969  Anarchy and the C.O.  The Churchman, *June-July 1969:*6-7.

1970    When the soldiers leave, will the dying stop?  The longer term effects of biochemical weapons.  Crossroads, 1:8-12.

         When the soldiers leave, will the dying stop?  The longer term effects of biochemical weapons.  The Churchman, *April 1970*:7-8.

1971    That tiger, aggression.  Friends Journal, *April:*196-197.

1974     Reflections upon tax refusal.  The Churchman, *March:*11.

1990     Angels on pins: animal rights and wrongs.  Perspectives, Duke U.Medical Cntr., 10:1 et seq.

1984   On World Hunger. The Churchman, *May:*

1991     On Unicorns and World Hunger.  The Human Quest, September-October:12

2000  (.J. Polemics) Biological rhythms and timekeeping.  Vertices.  Fall:28-31.

2002  Kids, TV viewing and aggressive behavior.  Science 297:49

2004  Learning from Lemurs, in Encyclopedia of Animal  Behavior, M. Bekoff and J.Goodall, eds.  Greenwood Publishers