IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>Defendants. | No. C14-2034<br><br>ORDER GRANTING MOTION TO FILE AUTHENTICATED RECORDS OUT OF TIME |

This matter comes before the Court on the Motion for Permission to File Authenticated Records Out of Time or in the [a]lternative for an Extension of Time to File Dispositive Motions (docket number 18). The Court finds the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Motion to File Records Out of Time (docket number 18) is **GRANTED**.

DATED this 2nd day of June, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA