IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>Defendants. | No. C14-2034<br><br>ORDER REGARDING MOTION TO FILE OVERLENGTH BRIEFS |

This matter comes before the Court on the Joint Motion for Overlength [Brief] in support of Plaintiffs' Motion for Summary Judgment (docket number 22), filed by the parties on June 2, 2015. The parties state that they have conferred and agreed to filing overlength briefs. Regarding Plaintiffs' request to file an overlength brief, the motion fails to comply with Local Rule 7.h, which provides "[t]he brief must be electronically attached to the motion and filed under the same docket entry, and if the motion is granted, the Clerk of Court will detach, file, and docket the brief." The Court notes, however, that the brief has already been filed with Plaintiffs' motion for summary judgment. Accordingly, that part of the motion will be granted. Regarding Defendants' request to file an overlength brief, it is premature. Accordingly, that part of the motion will be denied.

## ORDER

IT IS THEREFORE ORDERED that the Joint Motion to File Overlength Briefs (docket number 22) is **GRANTED in part** and **DENIED in part** as follows: Plaintiffs' brief is approved as filed. Defendants must file an appropriate motion at the appropriate time.

DATED this 2nd day of June, 2015.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA