IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al., | ) |
| Plaintiffs, | ) Case No. C14-02034-JSS |
| v. | ) |
| PAMELA SELLNER, et al., | ) **Notice of Filing of Authenticated Records** |
| Defendants. | ) |

On June 2, 2015, this Court granted Plaintiffs' request for leave to file authenticated records from the United States Department of Agriculture (USDA) out of time. Plaintiffs proceeded to file records it had received from the USDA in response to two requests under the Freedom of Information Act in support of its Motion for Summary Judgment on June 1 and 2, 2015. Undersigned counsel received USDA's authentication of those records as well as copies of the authenticated records affixed with a green was seal on Thursday, June 11, 2015.

Undersigned counsel has bate-stamped the authenticated records so that they match the previously submitted records exactly, except that the following records are missing from USDA's authentication without explanation: Doc. 21-7, pages Ex. 2-0054-0058; 0065; 0075; 0077-0088; and 0102-0103; and Doc. 21-8, pages 0245-0246; 00261; and 0264-0265. Undersigned counsel also advises the Court that she previously consulted with opposing counsel on May 29, 2015, and both

1

parties agreed to the admissibility of inspection and compliance records from the USDA or Iowa Department of Agriculture and Land Stewardship.

          Respectfully submitted,

          /s *Jessica L. Blome*

          Daniel J. Anderson (IA Bar No. 20215)
          danderson@wertzlaw.com
          WERTZ & DAKE
          1500 Center St. NE #101
          Cedar Rapids, IA 52402-5500
          Telephone: 319.861.3001
          Facsimile: 319.861.3007

          Jessica L. Blome (MO Bar No. 59710)
          jblome@aldf.org
          Animal Legal Defense Fund
          170 E. Cotati Ave.
          Cotati, CA 94931
          Telephone: 641.431.0478
          Facsimile: 707.795.7280

## Verification of Counsel

I, Jessica L. Blome, am counsel of record, and I certify that the foregoing is true to the best of my knowledge and belief.

| | |
|---|---|
| <u>June 17, 2015</u><br>Date | /s *Jessica L. Blome*<br>Jessica L. Blome |

## Certificate of Service

I certify that a copy of this Motion was delivered to all counsel of record through the Court's electronic case filing system this 17th day of June, 2015.

/s *Jessica L. Blome*
Jessica L. Blome