

CFR: 3.75 (c) (3), 3.81 (c) (2)

| | | |
|---|---|---|
| Photographer: | Heather Cole | **Legal Name:** 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| | | TOM SELLNER |
| Inspection: | 269131322160528 | |

Description: Build-up of dust, dirt, debris, grime on the primary enclosure. Rhesus macaque (Ana) sucking her toe.

Ex.2-0160



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Build-up of dust, dirt, debris, grime on the primary enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0161



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Build-up of dust, dirt, debris, grime on the primary enclosure. |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0162



CFR: 3.75 (c) (3)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Distant photo. Within the primate building. Dust, dirt, debris, fly specs, cobwebs on the wall, ceiling, and light and electrical fixtures. | | |

Ex.2-0163



CFR: 3.75 (c) (3)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Within the primate building. Dust, dirt, debris, fly specs, cobwebs on the wall and light and electrical fixtures. | | |

Ex.2-0164



CFR: 3.75 (c) (3)

Photographer: Heather Cole

Photo Taken: Wed, Sep 25, '13

Inspection: 269131322160528

Description: Within the primate building. Large amount of dust and dirt on the floor and husbandry item.

Legal Name:
PAMELA SELLNER
TOM SELLNER

.42-C-0084

Ex.2-0165



CFR: 3.75 (c) (3)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Close-up photo. Within the primate buiding. Dust, dirt, debris, and insulation on the floor and walls. | | |

Ex.2-0166



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Description: Distant photo. Within the primate buiding. Dust, dirt, debris, and insulation on the floor and walls. Build-up of dust, dirt, debris, grime on the primary enclosure.

Ex.2-0167



CFR: 3.75 (c) (3)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Distant photo. Build-up of dust, dirt, debris, grime on the primary enclosure. | |

42-C-0084

Ex.2-0168



CFR: 3.75 (c) (3)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Close-up photo. Build-up of dust, dirt, debris, grime on the primary enclosure. | |

42-C-0084

Ex.2-0169



CFR: 3.75 (c) (3)

Ex.2-0170

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| | | PAMELA SELLNER | |
| Photo Taken: | Wed, Sep 25, '13 | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Build-up of dust, dirt, debris, grime on the primary enclosure. | | |



CFR: 3.75 (c) (3)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| | | PAMELA SELLNER | |
| Photo Taken: | Wed, Sep 25, '13 | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Distant photo. Within the primate buiding. Dust, dirt, debris, fly specs, insulation, and cobwebs on the floor, walls, ceiling. Build-up of dust, dirt, debris, grime on the primary enclosure. | | |

Ex.2-0171



CFR: 3.75 (c) (3)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Within the primate buiding. Dust, dirt, debris, and insulation on the floor and wall. |

Ex.2-0172



CFR: 3.75 (c) (3)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Build-up of dust, dirt, debris, grime on the primary enclosure. | | |

Ex.2-0173



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Build-up of dust, dirt, debris, grime on the primary enclosure. |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0174



CFR: 3.75 (c) (3)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Close-up photo. Within the primate building. Dust, dirt, debris, fly specs, cobwebs on the wall and light fixture. | | |

Ex.2-0175



CFR: 3.84 (d), 3.75 (c) (3)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Close-up photo. Cobweb with a spider on the ceiling in the primate building. | |

Ex.2-0176



CFR: 3.127 (c), 3.129 (b), 3.131 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |

Description:   Distant photo. Wet and muddy area with sitting water within the potbelly pig enclosure. The feeder has a thick brown to black build-up. Shelter with a build-up of a black to brown material.

Ex.2-0177



CFR: 3.127 (c)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Wet and muddy area with sitting water within the potbelly pig enclosure. | | |

Ex.2-0178



CFR: 3.127 (c)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Wet and muddy area with sitting water within the potbelly pig enclosure. | | |

Ex.2-0179



CFR: 3.129 (b)

| | | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photographer: | Heather Cole | PAMELA SELLNER | |
| Photo Taken: | Wed, Sep 25, '13 | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Close-up photo. The feeder has a thick brown to black build-up. | | |

Ex.2-0180



CFR: 3.131 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | Legal Name:<br>PAMELA SELLNER<br>TOM SELLNER |
| Inspection: | 269131322160528 | |
| Description: | Close-up photo. Water, waste and/or debris on the floor of the capybara shelter. | |

Ex.2-0181



CFR: 3.131 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Potbelly pig shelter with a build-up of a black to brown material. | | |

Ex.2-0182



CFR: 3.131 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | **Legal Name:** 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Close-up photo. Potbelly pig shelter with a build-up of a black to brown material. | |

Ex.2-0183



CFR: 3.131 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | **Legal Name:** | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Distant photo. Build-up of animal waste within the highland cattle enclosure. | | |

Ex.2-0184



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Build-up of animal waste within the highland cattle enclosure. | | |

Ex.2-0185



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Build-up of animal waste within the highland cattle enclosure. |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0186



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Build-up of animal waste within the highland cattle shelter. | | |

Ex.2-0187



CFR: 3.131 (c), 3.131 (d)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | **Legal Name:** | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Rodent droppings, dust, cobwebs on the husbandry supplies in the storage area within the "education center" | | |

Ex.2-0188



CFR: 3.131 (c)

| | | |
|---|---|---|
| Photographer: | Heather Cole | |
| Photo Taken: | Wed, Sep 25, '13 | |
| Inspection: | 269131322160528 | |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Description: Feed storage room in the "education center" with dust, dirt, debris and/or cobwebs on the walls, ceiling, shelves and husbandry supplies.

Ex.2-0189



CFR: 3.131 (c), 3.131 (d)

| | | |
|---|---|---|
| Photographer: | Heather Cole | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | Legal Name:<br>PAMELA SELLNER<br>TOM SELLNER |
| Inspection: | 269131322160528 | |

Description: Rodent droppings, dust, cobwebs on the husbandry supplies in the storage area within the "education center".

Ex.2-0190



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Build-up of dust, dirt, grime, debris, and/or food and animal waste on and within the kinkajou enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0191



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |

Description: Close-up photo. Build-up of dust, dirt, grime, debris, and/or food and animal waste on and within the kinkajou enclosure.

Ex.2-0192



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Build-up of dust, dirt, grime, debris, and/or food and animal waste on and within the kinkajou enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0193



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |

Description: Distant photo. Build-up of dust, dirt, grime, debris, and/or food and animal waste on and within the kinkajou enclosure.

Ex.2-0194



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| | | PAMELA SELLNER | |
| Photo Taken: | Wed, Sep 25, '13 | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Distant photo. Build-up of food and/or animal waste within the porcupine enclosure. | | |

Ex.2-0195



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| --- | --- | --- | --- |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Build-up of food and/or animal waste within the porcupine enclosure. | | |

Ex.2-0196



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Build-up of food and/or animal waste within the porcupine enclosure. | | |

Ex.2-0197



CFR: 3.131 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Distant photo. Build-up of food and animal waste within the kinkajou enclosure. | |

Ex.2-0198



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Build-up of food and animal waste within the kinkajou enclosure. |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0199



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Build-up of food and animal waste within the kinkajou enclosure. | | |

Ex.2-0200



CFR: 3.131 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name:      42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Distant photo. Build-up of food and/or animal waste within the chinchilla enclosure. | |

Ex.2-0201



CFR: 3.131 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Distant photo. Build-up of food and/or animal waste within the chinchilla enclosure. | |

Ex.2-0202



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Build-up of food and/or animal waste within the chinchilla enclosure. |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0203



CFR: 3.131 (d), 3.131 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Cobwebs and dust on the serval enclosure. | |

42-C-0084

Ex.2-0204



CFR: 3.131 (d), 3.131 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | |
| Photo Taken: | Wed, Sep 25, '13 | |
| Inspection: | 269131322160528 | |
| Description: | Cobwebs and dust on the serval enclosure. | |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0205



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Litter box within the serval enclosure with a layer of dust, dirt, debris and/or grime. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0206



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Litter box within the serval enclosure with a layer of dust, dirt, debris and/or grime. | | |

Ex.2-0207



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Coati mundi enclosure within the "reptile house". Area on wall with black to brown grime. |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0208



CFR: 3.131 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Coati mundi enclosure within the "reptile house". Area on wall with black to brown grime. | | |

Ex.2-0209



CFR: 3.131 (d), 3.131 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | **Legal Name:** | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Distant photo. Cobwebs within the serval enclosure. A build-up of a yellow-brown substance on the walls. | | |

Ex.2-0210



CFR: 3.131 (d), 3.131 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | **Legal Name:** | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Cobwebs within the serval enclosure. | | |

Ex.2-0211



CFR: 3.131 (a), 3.131 (d)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Cobwebs within the serval enclosure. | | |

Ex.2-0212



CFR: 3.131 (a), 3.131 (d)

| | | |
|---|---|---|
| Photographer: | Heather Cole | |
| Photo Taken: | Wed, Sep 25, '13 | |
| Inspection: | 269131322160528 | |
| Description: | Close-up photo. Cobwebs within the serval enclosure. A build-up of a yellow-brown substance on the wall. | |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0213



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. A build-up of a yellow-brown substance on the wall. | | |

Ex.2-0214



CFR: 3.131 (d)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |

Legal Name:
PAMELA SELLNER
TOM SELLNER

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Dead rodent within the coyote enclosure. |

Ex.2-0215



CFR: 3.131 (d)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Close-up photo. Dead rodent within the coyote enclosure. | |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0216



CFR: 3.131 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Water, waste and/or debris on the floor of the capybara shelter. | | |

Ex.2-0217



CFR: 3.131 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Distant photo. Water, waste and/or debris on the floor of the capybara shelter. | | |

Ex.2-0218



CFR: 3.131 (a)

| | | |
|---|---|---|
| **Photographer:** | Heather Cole | **Legal Name:**                 42-C-0084 |
| **Photo Taken:** | Wed, Sep 25, '13 | PAMELA SELLNER |
| **Inspection:** | 269131322160528 | TOM SELLNER |
| **Description:** | Close-up photo. Build-up of animal waste within the bear enclosure. | |

Ex.2-0219



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Build-up of animal waste within the bear enclosure. | | |

Ex.2-0220



CFR: 3.130

| | | |
|---|---|---|
| **Photographer:** | Heather Cole | **Legal Name:** |
| **Photo Taken:** | Mon, Dec 16, '13 | PAMELA SELLNER |
| **Inspection:** | 350131509460651 | TOM SELLNER |

42-C-0084

**Description:** Photo after giving chinchillas fresh water. All three chinchillas drank continuously for over a minute and appeared extremely thirsty.

Ex.2-0221



CFR: 3.125 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Mon, Dec 16, '13 |
| Inspection: | 350131509460651 |
| Description: | Distant photo. Within the watusi and zebu enclosure, a broken fence rail is protruding into the enclosure. |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0222



CFR: 3.125 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| Inspection: | 350131509460651 | TOM SELLNER | |
| Description: | Close-up photo. Within the watusi and zebu enclosure, a broken fence rail is protruding into the enclosure. | | |

Ex.2-0223



CFR: 3.125 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| Inspection: | 350131509460651 | TOM SELLNER | |
| Description: | The windbreak for the Santa Cruz sheep shelter has come off the shelter and is laying on the ground. | | |

Ex.2-0224



CFR: 3.125 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | **Legal Name:** 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER |
| Inspection: | 350131509460651 | TOM SELLNER |
| Description: | Distant photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (Santa Cruz sheep exhibit) | |

Ex.2-0225



CFR: 3.125 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| Inspection: | 350131509460651 | TOM SELLNER | |
| Description: | Close-up photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (Santa Cruz sheep exhibit) | | |

Ex.2-0226



CFR: 3.125 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| Inspection: | 350131509460651 | TOM SELLNER | |
| Description: | Close-up photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (Santa Cruz sheep exhibit) | | |

Ex.2-0227



CFR: 2.40 (b) (2)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER |
| Inspection: | 350131509460651 | TOM SELLNER |
| Description: | Distant photo. Male goat with excessively long back hooves (black Toggenburg). | |

42-C-0084

Ex.2-0228



CFR: 2.40 (b) (2)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Mon, Dec 16, '13 |
| Inspection: | 350131509460651 |
| Description: | Close-up photo #1. Male goat with excessively long back hooves (black Toggenburg). |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0229



CFR: 2.40 (b) (2)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Mon, Dec 16, '13 |
| Inspection: | 350131509460651 |
| Description: | Close-up photo #2. Male goat with excessively long back hooves (black Toggenburg). |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0230



CFR: 2.40 (b) (2)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| Inspection: | 350131509460651 | TOM SELLNER | |
| Description: | Overview photo. Male goat with excessively long back hooves (black Toggenburg). | | |

Ex.2-0231



CFR: 2.40 (b) (2)

| | | |
|---|---|---|
| Photographer: | Heather Cole | |
| Photo Taken: | Mon, Dec 16, '13 | Legal Name: |
| Inspection: | 350131509460651 | PAMELA SELLNER |
| Description: | Close-up photo. Male goat with excessively long back hooves (black and white Alpine). | TOM SELLNER |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Ex.2-0232



CFR: 2.40 (b) (2)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| Inspection: | 350131509460651 | TOM SELLNER | |
| Description: | Distant photo. Male goat with excessively long back hooves (black and white Alpine). | | |

Ex.2-0233



CFR: 2.40 (b) (2)

| | | |
|---|---|---|
| **Photographer:** | Heather Cole | **Legal Name:** |
| **Photo Taken:** | Mon, Dec 16, '13 | PAMELA SELLNER |
| **Inspection:** | 350131509460651 | TOM SELLNER |
| **Description:** | One white and black pygmy goat with excessively long front hooves. | |

42-C-0084

Ex.2-0234



CFR: 3.125 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | **Legal Name:** | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| Inspection: | 350131509460651 | TOM SELLNER | |
| Description: | Distant photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (Fallow deer exhibit) | | |

Ex.2-0235



CFR: 3.125 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| Inspection: | 350131509460651 | TOM SELLNER | |

Description: Close-up photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (Fallow deer exhibit)

Ex.2-0236



CFR: 3.125 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| Inspection: | 350131509460651 | TOM SELLNER | |
| Description: | Distant photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (West sheep exhibit) | | |

Ex.2-0237



CFR: 3.125 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER |
| Inspection: | 350131509460651 | TOM SELLNER |
| Description: | Close-up photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (West sheep exhibit) | |

Ex.2-0238



CFR: 3.75 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER |
| Inspection: | 350131509460651 | TOM SELLNER |
| Description: | Distant photo. Ceiling within the primate building has several holes with exposed insulation. | |

Ex.2-0239



CFR: 3.75 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| Inspection: | 350131509460651 | TOM SELLNER | |
| Description: | Close-up photo. Ceiling within the primate building has several holes with exposed insulation. | | |



CFR: 3.75 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER |
| Inspection: | 350131509460651 | TOM SELLNER |
| Description: | Distant photo. Ceiling within the primate building has several holes with exposed insulation. | |

42-C-0084

Ex.2-0241



CFR: 3.75 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| Inspection: | 350131509460651 | TOM SELLNER | |
| Description: | Close-up photo. Ceiling within the primate building has several holes with exposed insulation. | | |

Ex.2-0242



CFR: 3.125 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| Inspection: | 350131509460651 | TOM SELLNER | |

Description:    Distant photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (tiger exhibit)



CFR: 3.125 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| Inspection: | 350131509460651 | TOM SELLNER | |
| Description: | Close-up photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (tiger exhibit) | | |

Ex.2-0244

THIS PAGE IS BLANK

Ex.2-0245

THIS PAGE IS BLANK

Ex.2-0246



United States Department of Agriculture
Animal and Plant Health Inspection Service

141141504470293   NICOLE   insp_id

# Inspection Report

Pamela Sellner
Tom Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**

Certificate: **42-C-0084**

Site: **001**

TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION

Date: May-21-2014

---

**2.40**      (b)      (2)                    REPEAT    DIRECT NCI
**ATTENTING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

One female coyote has a swollen digit on her right, front foot. The area appears red and swollen with a moist abrasion and missing hair. The affected area is approximately 1 cm in diameter. The animal occasionally lifts up the affected paw when she's standing in place. The licensee states this animal was bit by the other coyote on May 1, 2014. The licensee states no veterinarian has been contacted and no medications have been given.

One of the coati mundi has an approximate 2 inch by 2 inch patch of hair-loss at the base of the tail (left side). The skin does not appear red or swollen. The licensee states no veterinarian has been consulted about this condition.

The capybara appears thin. The hip bones are prominent and the animal has scaly-skin with thinning hair on the back half of the body with patches of hair-loss around the base of the tail and the backbone. The licensee states this animal is old and no veterinarian has been consulted regarding these conditions.

Failure to seek medical care for the conditions listed above can lead to unnecessary pain and discomfort for the animals.

The animals listed above must be examined by a licensed veterinarian BY 5:00 PM ON MAY 23, 2014 in order to ensure that an accurate diagnosis is obtained and an appropriate treatment plan is developed and followed. This information, including the diagnosis, treatment and resolution of the condition, must be documented and made available to the inspector upon request.

One barbados wether has excessively long back hooves. The hooves are splayed and are curled up at the ends. The licensee states all sheep hooves were trimmed on December 27th, 2013.

Excessively long hooves can cause pain and discomfort to the animals. Further, it may cause animals to alter their stance or their gait and create musculoskeletal related issues. This animal must have its hooves trimmed BY JUNE 4, 2014 to remove the excessive growth. The hooves must be maintained routinely in order to prevent and control diseases and injuries.

---

(b)(6), (b)(7)(C)

Prepared By:

|  | HEATHER COLE, VMO        USDA, APHIS, Animal Care | Date: |
| --- | --- | --- |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | May-21-2014 |

(b)(6), (b)(7)(C)

Received By:

|  | PAM SELLNER | Date: | MAY 2 7 2014 |
| --- | --- | --- | --- |
| Title: | OWNER |  | May-21-2014 |

Page 1 of 9

Case 6:14-cv-02034-JSS   Document 25-2   Filed 06/17/15   Page 88 of 106

Ex.2-0247


**3.1**     (c)     (3)

**HOUSING FACILITIES, GENERAL.**

Cleaning.

Within the wolf hybrid enclosure there is a build-up of old feces and food waste mixed in with the dirt and gravel that makes up the floor of the enclosure. There are three wolf hybrids in this enclosure. Failure to properly clean and sanitize primary enclosures can lead to disease hazards for the animals. Floors made of dirt, absorbent bedding, sand, gravel, grass, or other similar material must be raked or spot-cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta. Contaminated material must be replaced whenever this raking and spot-cleaning is not sufficient to prevent or eliminate odors, insects, pests, or vermin infestation.

To be corrected by: June 4, 2014

**3.25**     (c)

**FACILITIES, GENERAL.**

Storage.

Within the "reptile house" there is a large container of bedding. The licensee states this is what was used in the guinea pig enclosure. The container does not have a tight-fitting lid. There are two smaller lids sitting on top of the bedding within the container. There are flies, a moth and bird feces on the inside surface of the container. This storage system does not ensure the bedding supply is protected from vermin and other contamination. Supplies of food and bedding shall be stored in facilities which adequately protect such supplies against spoilage or deterioration and infestation or contamination by vermin.

To be corrected by: June 4, 2014

**3.30**                              **DIRECT NCI**

**WATERING.**

The water bottle in the enclosure housing four guinea pigs was empty. The licensee stated she had watered the animals the previous day. The bedding within the enclosure under the water bottle and on the low end of the enclosure was damp. The licensee provided water to the animals upon request. When given fresh water, at least one animal drank vigorously for over a minute.

Corrected at the time of inspection.

Lack of clean water for animals can cause dehydration and other medical conditions.

The licensee must ensure that potable water is offered to the animals as often as necessary to provide for their health and comfort.

---

(b)(6), (b)(7)(C)

**Prepared By:**

HEATHER COLE, VMO          USDA, APHIS, Animal Care          **Date:**

**Title:**     VETERINARY MEDICAL OFFICER Inspector  6026          May-21-2014

(b)(6), (b)(7)(C)

**Received By:**

PAM SELLNER          **Date:**          MAY 2 7 2014

**Title:**     OWNER          May-21-2014

Ex.2-0248



## Inspection Report

**3.31**    (a)    (2)
**SANITATION.**

Cleaning and sanitation of primary enclosures.

Nearly all of the bedding within the enclosure housing four guinea pigs was damp and soiled. One inspector touched the bedding. The bedding was moist and clumping. The water bottle in the enclosure was empty.

Failure to provide clean, dry bedding can lead to health hazards for the animals.

In the event a primary enclosure becomes soiled or wet to a degree that might be harmful or uncomfortable to the animals due to leakage of the watering system, spoiled perishable foods, or moisture condensation, the bedding shall be changed or the guinea pigs shall be transferred to a clean primary enclosure.

To be corrected by: May 23, 2014


**3.31**    (b)
**SANITATION.**

Housekeeping.

There is a large amount of dust, dirt, and/or debris on the floor and walkway surrounding the enclosure housing four guinea pigs. Failure to clean the premises can lead to health hazards and can contribute to the development of pest breeding and living areas. The premises must be kept clean in order to protect the animals from health hazards, to reduce or eliminate breeding and living areas for pests and to facilitate good husbandry practices.

To be corrected by: June 4, 2014

**3.75**    (c)    (3)          **REPEAT**
**HOUSING FACILITIES, GENERAL.**

Cleaning.

Throughout the "reptile house", there is an excessive amount of dust, dirt, and/or debris on the floor surrounding the enclosures. The ruffed lemur, the ring-tailed lemur and vervet are located in this area.

There is brown to black grime and cobwebs on the walls within the ruffed lemur and ring tailed lemur enclosures.

Within the primate building, there is a large amount of dust, dirt and/or debris on the floor surrounding the enclosures. All of the primary enclosures within this building have a build-up of dust, dirt, debris, and/or grime on the wire panels that make up the primary enclosure. There are objects (play house, tires, etc) within the outside yards of all of these enclosures that have a thick build-up of dust, dirt and/or

---

(b)(6), (b)(7)(C)

**Prepared By:**

HEATHER COLE, VMO      USDA, APHIS, Animal Care      Date:

**Title:**    VETERINARY MEDICAL OFFICER Inspector 6026      May-21-2014

(b)(6), (b)(7)(C)

**Received By:**

PAM SELLNER      Date:    MAY 2 7 2014

**Title:**    OWNER      May-21-2014

Ex.2-0249


grime. These enclosures contain two macaques and four baboons.

One enclosure containing two bush babies has a build-up of food waste and/or animal waste on the floor of the enclosure.

Failure to clean animal housing areas, including primary enclosures, can lead to health hazards, pests and odors.

Hard surfaces with which non-human primates come in contact must be spot-cleaned daily and indoor primary enclosures must be sanitized at least once every two weeks or more often if necessary to prevent an excessive accumulation of dirt, debris, animal or food waste, or disease hazards.

If the species scent mark, the surfaces must be sanitized or replaced at regular intervals as determined by the attending veterinarian in accordance with generally accepted professional and husbandry practices.

All other surfaces within housing facilities must be cleaned and sanitized when necessary to satisfy generally accepted husbandry standards and practices.

**3.75**      (e)

**HOUSING FACILITIES, GENERAL.**

Storage.

Within the refrigerator in the "reptile house" there are containers of strawberries. Throughout all of the visible containers, the strawberries are heavily molded. The licensee states this refrigerator is not running. There is a ruffed lemur, a ring-tailed lemur and a vervet in this portion of the facility. Within the refrigerator in the "primate building" there are cobwebs, mouse droppings, dirt and/or debris sitting on the shelves. There are supplies of fruits and vegetables for the primates located in this refrigerator. Failure to store food properly can lead to animal illness. The refrigerators must be cleaned and supplies of food must be stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. Food requiring refrigeration must be stored accordingly, and all food must be stored in a manner that prevents contamination and deterioration of its nutritive value.

To be corrected by: June 4, 2014

**3.85**                        **REPEAT**

**EMPLOYEES.**

The high number of serious noncompliant items and repeated problems on the current inspection report demonstrates that the work load at the facility continues to exceed the current staffing level.

An adequate number of appropriately qualified and trained employees is required to ensure that all primates receive necessary care and that the facilities are maintained and cleaned on a regular and consistent basis.

(b)(6), (b)(7)(C)

**Prepared By:**

HEATHER  COLE, VMO          USDA, APHIS, Animal Care          Date:

Title:    VETERINARY MEDICAL OFFICER Inspector  6026          May-21-2014
                (b)(6), (b)(7)(C)

**Received By:**

PAM SELLNER                                    Date:    MAY 2 7 2014

Title:    OWNER                                    May-21-2014

Page 4 of 9

Ex.2-0250



## Inspection Report

A sufficient number of adequately trained employees shall be utilized to maintain the professionally acceptable level of husbandry practices set forth in this subpart. Such practices shall be under a supervisor who has a background in animal care.

**3.125** (a) **REPEAT**

**FACILITIES, GENERAL.**

The vertical guillotine style doors on enclosures and/or shelters for some of the potentially dangerous animals rely on the weight of the door to hold them in the closed position, according the licensee. On some of the enclosures there is no locking mechanism or device preventing the doors from being lifted by the animals, which could result in escape or injury. The licensee must evaluate all enclosure doors, in consultation with an appropriately qualified veterinarian or other zoological expert if necessary, to ensure that they are designed in a manner that prevents the animals from lifting or opening them.

There are several enclosures throughout the facility in need of repair.

There is a rusted door leading into a shift area in one of the lion enclosures. One of the solid metal gates on one of the bear enclosures is severely rusted at the bottom. In both enclosures, the rust has eroded through the metal and has created holes and/or gaps.

The wall by the animal door within the serval enclosure has a hole in it exposing severely worn wood.

There is a section of fence on the South side of the camel enclosure with a broken support at the top of the fence. This broken support is making the fence bend in the middle and is unstable. The fence moved easily when one inspector shook it. The camel was observed pressing against the fence, pushing it outwards, in order to access a tree on the other side.

There are several places where the chain-link fence within the enclosure housing one Fallow deer and the enclosure housing two Meishan pigs is curled up at the bottom. The curled up edges have sharp points that extend into the enclosures, and a gap is present at the bottom of the fence in some places.

Within the sloth enclosure, there a door that has been scratched and/or worn and as a result, the surface of the door is peeling.

These areas are not in good repair and could lead to animal escape or injury.

These areas need to be repaired or replaced so they are structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

**3.125** (d)

**FACILITIES, GENERAL.**

Waste disposal.

There are piles of animal and food waste and/or old bedding sitting outside of animal enclosures

(b)(6), (b)(7)(C)

**Prepared By:**

      HEATHER COLE, VMO      USDA, APHIS, Animal Care      **Date:**

**Title:**      VETERINARY MEDICAL OFFICER Inspector 6026      May-21-2014

      (b)(6), (b)(7)(C)

**Received By:**

      PAM SELLNER      **Date:**

**Title:**      OWNER      May-21-2014

MAY 27 2014

Ex.2-0251


throughout the facility. Some of the piles are located next to animal enclosures. At some of the piles the licensee states it has "been there a long time". There is a barrel of animal and food waste and/or old bedding sitting directly behind a lion enclosure. The licensee states this is an old burn barrel. Failure to remove animal and food waste can lead to pests and odors. Provision shall be made for the removal and disposal of animal and food wastes, bedding, dead animals, trash and debris. Disposal facilities shall be so provided and operated as to minimize vermin infestation, odors, and disease hazards. The disposal facilities and any disposal of animal and food wastes, bedding, dead animals, trash, and debris shall comply with applicable Federal, State, and local laws and regulations relating to pollution control or the protection of the environment.

To be corrected by: June 4, 2014

**3.127    (b)**
**FACILITIES, OUTDOOR.**

Shelter from inclement weather.

There is no shelter within the outdoor enclosure housing two Patagonian cavy. Failure to provide a shelter for animals housed outdoors does not ensure they are protected from the elements. Natural or artificial shelter shall be provided for all animals kept outdoors to afford them protection and to prevent discomfort to such animals.

To be corrected by: May 28, 2014

**3.127    (c)                    REPEAT**
**FACILITIES, OUTDOOR.**

Drainage.

There are large areas of standing water within multiple enclosures. In most of the areas the water has collected under and around leaky automatic waterers. These locations are within the following enclosures: four-horned sheep, fallow deer, lion, and bear.

Improper drainage within enclosures does not ensure a clean, dry environment for the animals. A suitable method shall be provided to rapidly eliminate excess water from within the enclosures.

**3.127    (d)                    REPEAT**
**FACILITIES, OUTDOOR.**

Perimeter fence.

There is a gate on the portion of the perimeter fence surrounding the big cats that has become detached from the fence post. The gate is leaning out from the fence and sitting crooked which creates a large gap between the gate and the fence. This fence is not in good repair and does not effectively restrict animals and unauthorized persons from going through it. The perimeter fence needs to be repaired or replaced in order to effectively prevent animals and people from going through it or under it and having contact with

---

Prepared By:
(b)(6), (b)(7)(C)

HEATHER COLE, VMO            USDA, APHIS, Animal Care        Date:

Title:    VETERINARY MEDICAL OFFICER Inspector 6026          May-21-2014
(b)(6), (b)(7)(C)

Received By:

PAM SELLNER                                              Date:    MAY 23 20..

Title:    OWNER                                                 May-21-2014

Page 6 of 9


the animals in the facility.

There are two coati mundis in one enclosure that is sitting next to a portion of perimeter fence. The primary enclosure is less than three feet from the perimeter fence. It must be of sufficient distance (3 feet or more) from the outside of the primary enclosure to prevent physical contact between animals inside the enclosure and animals or persons outside of the perimeter fence.

Perimeter fences cannot be less than 3 feet in distance from the primary enclosure unless written approval is granted by the APHIS Administrator. The facility does not currently have this approval. If the facility wishes to pursue this approval, they must submit a request in writing to 2150 Centre Avenue Bld B MS 3W11, Fort Collins, CO 80526.

**3.130**                              REPEAT    DIRECT NCI
**WATERING.**

The water bottle in the enclosure housing ten degus was empty. The licensee stated she had watered the animals the previous day. The licensee provided water to the animals upon request. When given fresh water, the animals crowded around the water bottle and drank vigorously for well over a minute. The animals gathered around the water bottle in a tight group after it was added to the enclosure. Some of the animals vocalized while waiting to drink. One of the larger degus was observed pulling the water bottle towards itself, out of the mouth of another animal, in order to drink.

The water within one coyote enclosure was green and had debris sitting on the bottom.

The water within the enclosure housing two porcupines was brown and had debris and/or feces mixed with the water.

The gerbils in the "reptile house" had no water at the time of the inspection; the bowl was filled with moist bedding and debris.

Lack of clean water for animals can cause thirst, dehydration and other medical conditions.

The licensee must ensure that potable water is offered to the animals as often as necessary to provide for their health and comfort.

**3.131**      (a)                           REPEAT
**SANITATION.**

Cleaning of enclosures

There are several enclosures throughout the entire facility that have a build-up of food waste and/or animal waste within the enclosure and/or within the shelter for the enclosure. The following animals were in the affected enclosures: Two ferrets, four kinkajous ("reptile house" and "education center"), ten degus, three potbelly pigs, five tigers, one bobcat, two lions, two bears, one capybara, two African crested

(b)(6), (b)(7)(C)

**Prepared By:**

HEATHER  COLE, VMO  ·        USDA, APHIS, Animal Care        **Date:**

**Title:**    VETERINARY MEDICAL OFFICER Inspector  6026              May-21-2014

**Received By:**

PAM SELLNER                                                **Date:**

**Title:**    OWNER                                         May-21-2014

Case 6:14-cv-02034-JSS   Document 25-2   Filed 06/17/15   Page 94 of 106

Ex.2-0253


porcupines, three chinchillas and one sloth. In some of the areas the build-up is very thick and is mixed in with the bedding or floor substrate. In some of these locations there is an odor and the waste is attracting flies.

On the walls within the kinkajou enclosure in the "reptile house", the coati mundi shelter and the capybara enclosure, there is a build-up of black to brown grime.

Within both coyote enclosures there is a build-up of dust and dirt on the objects within the enclosures (kongs, shelter, etc). There are large numbers of old chicken bones scattered throughout and around both enclosures. There are two coyotes in these enclosures.

Failure to clean animal enclosures can lead to health hazards, pests and odors. Primary enclosures shall be cleaned and excreta shall be removed in order to prevent contamination of the animals contained therein and to minimize disease hazards, pests and odors.

**3.131**     (c)                          **REPEAT**
**SANITATION.**

Housekeeping.

Within the "reptile house" and "education center", there is a large amount of dust, dirt, and/or debris on the floors and walkways surrounding the enclosures. Two ferrets, one serval, two coati mundi, one capybara, two porcupines, two kinkajous, two foxes and three chinchillas are located in these areas.

Failure to clean the premises can lead to health hazards and can contribute to the development of pest breeding and living areas. The premises must be kept clean in order to protect the animals from health hazards, to reduce or eliminate breeding and living areas for pests and to facilitate good husbandry practices.

**3.131**     (d)                          **REPEAT**
**SANITATION.**

Pest control.

There are an excessive number of flies are present throughout the entire facility. There are flies within the enclosure housing two ferrets in the "reptile house", the enclosure housing two kinkajous in the "education center", one of the outdoor tiger enclosures and around the bear shelters. Flies can be seen landing on the animals, bedding, food and animal waste.

There is a build-up of bird feces on the bobcat shelter and on objects (rocks) within the outdoor portion of the skunk enclosure.

| | | |
|---|---|---|
| (b)(6), (b)(7)(C) | | |
| **Prepared By:** | | |
| | HEATHER COLE, VMO | USDA, APHIS, Animal Care | Date: |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 (b)(6), (b)(7)(C) | | May-21-2014 |
| **Received By:** | | | |
| | PAM SELLNER | | Date: |
| **Title:** | OWNER | | May-21-2014 |

Page 8 of 9

Ex.2-0254



## Inspection Report

The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies, birds, spiders and rodents, must be established and maintained.

**3.132**                                         **REPEAT**

**EMPLOYEES.**

The high number of serious noncompliant items, including directs and repeated problems, on the current inspection report demonstrates that the work load at the facility continues to exceed the current staffing level.

An adequate number of appropriately qualified and trained employees is required to ensure that all the animals receive necessary care and that the facilities are maintained and cleaned on a regular and consistent basis.

A sufficient number of adequately trained employees shall be utilized to maintain the professionally acceptable level of husbandry practices set forth in this subpart. Such practices shall be under a supervisor who has a background in animal care.

Records not inspected at this time.

Inspection and exit briefing conducted with the owner.

(b)(6), (b)(7)(C)

| | | |
|---|---|---|
| **Prepared By:** | | |
| | HEATHER COLE, VMO        USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 | May-21-2014 |
| | (b)(6), (b)(7)(C) | |
| **Received By:** | | |
| | PAM SELLNER | **Date:** |
| **Title:** | OWNER | May-21-2014 |

Page 9 of 9


## Inspection Report

Tom J. Sellner
Pamela J. Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**

Certificate: **42-C-0084**

Site: **001**

TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION

Date: Aug-05-2014

---

**2.40**   (b)   (2)                    **REPEAT**
**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

Adult, female Old English Sheepdog named "Macey" has sores behind both ears that are approximately one inch in diameter. The areas are red and moist but there is no discharge. The dog was not seen shaking her head or scratching the area. Skin lesions can be caused by trauma, parasites/pests, and other medical problems and can be painful. The licensee must have this animal examined by a licensed veterinarian in order to ensure that an accurate diagnosis is obtained and that an appropriate treatment plan is developed and followed. The licensee must document the outcome of this consultation and make it available to the inspector upon request.

The licensee stated that she is using "Nolvasan" antiseptic ointment on the sores near the ears of the Old English Sheepdog. The expiration date listed on the container is Oct 07. Expired medications can experience spoilage or have reduced efficacy. This could lead to prolonged illness or suffering for the animals needing the drug. The licensee must ensure that all medications used in the facility are not expired and labeled properly in accordance with standard veterinary practices.

**3.1**   (c)   (3)                    **REPEAT**
**HOUSING FACILITIES, GENERAL.**

Cleaning.

Within the wolf hybrid enclosure there is a build-up of feces and food waste on the floor of the enclosure. The waste is attracting flies. There are two wolf hybrids in this enclosure. Failure to properly clean and sanitize primary enclosures can lead to disease hazards for the animals. Floors made of dirt, absorbent bedding, sand, gravel, grass, or other similar material must be raked or spot-cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta. Contaminated material must be replaced whenever this raking and spot-cleaning is not sufficient to prevent or eliminate odors, insects, pests, or vermin infestation.

| | | |
|---|---|---|
| **Prepared By:** | MARGARET SHAVER, D.V.M. | |
| | MARGARET A SHAVER, D.V.M.    USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6034 | Aug-06-2014 |
| **Received By:** | | |
| | (b)(6),(b)(7)(c) | **Date:** |
| **Title:** | | Aug-07-2014 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf

Ex.2-0256


## 3.10
### WATERING.

In an enclosure containing two dogs, the water receptacle contained a buildup of green material, dirt and/or debris. Failure to clean and sanitize water receptacles can lead to disease hazards for the animals. All water receptacles must be kept clean and sanitized at least once every two weeks or more often if necessary to prevent an accumulation of dirt, debris, algae and other disease hazards.

To be corrected by: August 19, 2014

## 3.11          (d)
### CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.

There are excessive numbers of flies seen on the feces and on the ground throughout the enclosure housing two dogs and the enclosure housing two wolf dog hybrids. One of the dogs was seen to have sores behind her ears that the licensee attributed to the flies. Flies can transmit disease and can cause skin irritation. The licensee must establish and maintain an effective program for the control of insects that are pests so as to promote the health and well-being of the animals and reduce contamination by pests in animal areas. To be corrected by 5 September 2014.

## 3.75          (a)
### HOUSING FACILITIES, GENERAL.

There are two broken wood support boards at the base of the outdoor portion of the enclosure housing three baboons. Broken wood panels can cause injury to the animals and affect the structural integrity of the enclosure. The licensee must ensure that housing facilities for nonhuman primates are designed and constructed so that they are structurally sound for the species of nonhuman primates housed in them. Enclosures must also be kept in good repair, protect the animals from injury, contain the animals securely, and restrict other animals from entering. To be corrected 5 September 2014.

## 3.75          (c)     (3)                              REPEAT
### HOUSING FACILITIES, GENERAL.

Cleaning.

The floor of the enclosure housing two rhesus macaques had a buildup of wet and dirty bedding material. When the animals shook the bars of the cage, bugs were observed crawling out from the wet bedding. Failure to clean animal housing areas, including primary enclosures, can lead to health hazards, pests and odors.

Hard surfaces with which non-human primates come in contact must be spot-cleaned daily and indoor primary enclosures must be sanitized at least once every two weeks or more often if necessary to prevent an excessive accumulation of dirt, debris, animal or food waste, or disease hazards. Contaminated material must be removed or replaced whenever raking and spot cleaning does not eliminate odors, diseases, insects, pests, or vermin infestation. All other surfaces within housing facilities must be cleaned and sanitized when necessary to satisfy generally accepted husbandry standards and practices.

| Prepared By: | MARGARET SHAVER, D.V.M. | |
|---|---|---|
| | MARGARET A SHAVER, D.V.M.   USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6034 | Aug-06-2014 |
| Received By: | | |
| | (b)(6),(b)(7)(c) | Date: |
| Title: | | Aug-07-2014 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf

Ex.2-0257



## Inspection Report

### 3.84    (d)
### CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.

Pest control.

There are an excessive number of flies flying around within the walkway in the back of the reptile house near the ring tailed and red ruffed lemur enclousures. The licensee states these are fruit flies. There are an excessive number of flies within the primate building. The flies are mainly located within the walkways between the enclosures.

The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies, must be established and maintained. To be corrected 5 September 2014.

### 3.125    (a)                    REPEAT
### FACILITIES, GENERAL.

There are several enclosures throughout the facility in need of repair.

There is a section of chain-link fence between the camel and sheep enclosure that has separated from the support post at the ground. This area of the fence is also pushed up and into the sheep enclosure thereby exposing the sharp points at the base of the fence.

Within the sloth enclosure, there is an exposed screw (approximately 2 inches) that was previously used to support a climbing log.

There is a gap under the gate in an enclosure housing Santa Cruz sheep including young and small lambs. The gap appears to be large enough to allow the lambs to crawl through the gap.

These areas are not in good repair and could lead to animal escape or injury.

These areas need to be repaired or replaced so they are structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

### 3.125    (c)
### FACILITIES, GENERAL.

The food storage room in the education building has a box containing deteriorating fruits and vegetables (mango, lettuce, and peppers). There is also a bag containing molding bread and small flies. Deteriorating food loses its nutritive value. The licensee must store supplies of food and bedding in facilities which adequately protect such supplies against deterioration, molding, or contamination by vermin. To be corrected 6 August 2014.

| Prepared By: | MARGARET SHAVER, D.V.M. | |
|---|---|---|
| | MARGARET A SHAVER, D.V.M.    USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6034 | Aug-06-2014 |
| Received By: | | |
| | (b)(6),(b)(7)(c) | Date: |
| Title: | | Aug-07-2014 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf

Ex.2-0258



## Inspection Report

**3.127**   (c)                          **REPEAT**
**FACILITIES, OUTDOOR.**

Drainage.

There are large areas of standing water within the potbelly pig enclosure (3) and the Melshan pig enclosure (2). Within the potbelly pig enclosure, the water has collected under and around the automatic waterer. Within the Melshan pig enclosure, there are three large areas of standing water. One of the large pools of water has a layer of slime.

Improper drainage within enclosures does not ensure a clean, dry environment for the animals. A suitable method shall be provided to rapidly eliminate excess water from within the enclosures.

**3.130**                              **REPEAT**
**WATERING.**

The water receptacles within the capybara enclosure and the enclosure housing three raccoons contain green water, dirt and/or debris. Lack of clean water for animals can cause thirst, dehydration and other medical conditions. The licensee must ensure that potable water is offered to the animals as often as necessary to provide for their health and comfort. All water receptacle shall be kept clean and sanitary.

**3.131**   (a)                         **REPEAT**
**SANITATION.**

Cleaning of enclosures

There are several enclosures throughout the entire facility that have a build-up of food waste and/or animal waste within the enclosure and/or within the shelter for the enclosure. The following animals were in the affected enclosures: spiney mice (12 in the reptile building), tigers (2), bobcat (1), lions (2), African crested porcupines (2), sloth (1), Patagonian cavy (1), camel (1), sheep (30), fallow deer (1), llamas (4), goats (21), cattle (7), cougar (1), and bobcat (1). In some of the areas the build-up is very thick and is mixed in with the bedding or floor substrate. In some of these locations there is an odor and the waste is attracting flies.

There is a buildup of wet and dirty hay and other food debris in a plastic crate in the enclosure housing one capybara. When examined with a gloved hand, bugs were seen crawling at the bottom of the wet debris. The licensee states that she uses this crate for feeding in this enclosure.

Failure to clean animal enclosures can lead to health hazards, pests and odors. Primary enclosures shall be cleaned and excreta shall be removed in order to prevent contamination of the animals contained therein and to minimize disease hazards, pests and odors.

| Prepared By: | MARGARET SHAVER, D.V.M. | |
|---|---|---|
| | MARGARET A SHAVER, D.V.M.   USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6034 | Aug-06-2014 |
| Received By: | (b)(6),(b)(7)(c) | |
| | | Date: |
| Title: | | Aug-07-2014 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf

Ex.2-0259


## Inspection Report

**3.131**     (d)                    **REPEAT**
**SANITATION.**

Pest control.

There are an excessive number of flies present throughout the entire facility. There are flies within the following enclosures: Patagonian cavy (1), capybara (1), potbelly pigs (3), Meishan pigs (2), cattle (5), tigers (7), cougar (1), lions (2). Flies can be seen landing on the animals, bedding, food and animal waste. The brangus and one of the tigers are reacting to the excessive flies landing on them. The brangus is stomping and shaking his head and the tiger is twitching and pawing at the flies.

There are flies flying around within the walkway in the back of the reptile house and in the food storage room in the education center. The flies in the education center are hovering around and crawling on stored food. The licensee states these are fruit flies.

The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies, birds, spiders and rodents, must be established and maintained.

This was an inspection of the facility only. Records were not inspected at this visit. The inspection and exit interview were conducted with the licensee.

| Prepared By: | MARGARET SHAVER, D.V.M. | |
|---|---|---|
| | MARGARET A SHAVER, D.V.M.    USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6034 | Aug-06-2014 |
| Received By: | (b)(6),(b)(7)(c) | |
| | | Date: |
| Title: | | Aug-07-2014 |

Page 5 of 5

Ex.2-0260

THIS PAGE IS BLANK

Case 6:14-cv-02034-JSS   Document 25-2   Filed 06/17/15   Page 102 of 106

Ex.2-0261



United States Department of Agriculture
Animal and Plant Health Inspection Service

281141508000532   Insp_Id

## Inspection Report

Pamela J. Sellner
Tom J. Sellner .
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: 5143

Certificate: 42-C-0084

Site: 001

TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION

Date: Oct-07-2014

### 2.40      (b)      (2)                          REPEAT    DIRECT NCI
### ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).

There is male, white tiger named "Casper" (date of birth 6/04) with an open wound on the inside of the left front leg that is about two inches by three inches in size. The skin around the wound is red and swollen and the skin is pulled back exposing red tissue in two places. Casper was seen licking this wound. The animal also has a moderately thin body condition with mildly protruding hip bones and vertebrae. This animal was acquired on 10 July 2014. According to the licensee, he was thin and had cuts and sores on his face and legs at that time and she had documented those problems. The attending veterinarian evaluated the tiger on 25 August 2014. No treatment guidelines were given to the licensee at that time. No treatment for the skin or wounds has been given to this animal. The licensee gave deworming medication to the animal on 14 September 2014. because of the thin body condition. The licensee states that the animal has not gained weight as she expected after the deworming medication was given. The attending veterinarian has not evaluated this animal since the initial exam in August. Skin wounds can become infected and be painful for the animal. Also, a thin body condition can indicate other medical problems occurring in the animal. The licensee must have this animal examined by a licensed veterinarian by close of business on 9 October 2014 in order to ensure that an accurate diagnosis for the thin body condition and skin wound is obtained and that an appropriate treatment plan is developed and followed. The licensee must document the outcome of this consultation, including the diagnosis, treatment and resolution of the condition, and make it available to the inspector upon request.

### 3.125      (a)                          REPEAT
### FACILITIES, GENERAL.

The panel fence of the llama enclosure housing four llamas has areas of bent and protruding metal bars. Some of the protruding metal bars are pointed inward toward the animal enclosure at foot level and at head level by the feeder. Enclosures that are not kept in good repair can lead to injuries in the animals.
***

There are areas in the fence of the goat enclosure with holes large enough that at least three small goats were seen outside the enclosure. One goat was seen in the "alley way" behind the goat enclosure and the other two were seen in the hay rack adjacent to the next enclosure. The "alley way" behind the enclosure where these small goats were seen has fencing with sharp points and access to the land outside of the facility. Animal housing facilities that do not securely contain the animals can lead to injuries or loss of the

| Prepared By: | MARGARET SHAVER, D.V.M. | |
|---|---|---|
| | MARGARET A SHAVER, D.V.M.     USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6034 | Oct-07-2014 |
| Received By: | | |
| | (b)(6),(b)(7)(c) | Date: |
| Title: | | Oct-07-2014 |

Page 1 of 2

Case 6:14-cv-02034-JSS   Document 252   Filed 09/07/15   Page 103 of 106

Ex.2-0262



animals.
***

The licensee must ensure that the facility is constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

### 3.129      (a)

### FEEDING.

There is a coin operated food dispenser for public use in front of the enclosure housing 28 Jacob's sheep and two Barbados sheep. The clear container allows for visualization of the food contained within. There is caking and discoloration of the food at the bottom of the food container. The food dispenser was covered with plastic at the time of inspection because the licensee is concerned about water getting into the container. Deterioration of food for the animals can lead to contaminated food and decreased nutritional value. The licensee must ensure that food shall be wholesome, palatable, and free from contamination and of sufficient quantity and nutritive value to maintain all animals in good health. To be corrected by 11 October 2014.

The non-compliant item listed under Adequate Veterinary Care on the previous inspection report - 2.40(b)(2) has been corrected.

The inspection and exit interview were conducted with the licensee.

| Prepared By: | MARGARET SHAVER, D.V.M. | |
|---|---|---|
| | MARGARET A SHAVER, D.V.M.   USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6034 | Oct-07-2014 |
| Received By: | (b)(6),(b)(7)(c) | Date: |
| Title: | | Oct-07-2014 |

THIS PAGE IS BLANK

Ex.2-0264

THIS PAGE IS BLANK

Ex.2-0265