# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

TRACEY K. KUEHL, et al.,

            Plaintiffs,

    v.

PAMELA SELLNER, et al.,

            Defendants.

)
)
) Case No. C14-02034-JSS
)
)
) **Motion to Seal**
)
)
)
)
)

Plaintiffs respectfully request the Court to seal certain records submitted in support of its Motion for Summary Judgment, pursuant to Local Rule 10(h)(8). The information submitted to the Court and identified on the ECF system as Docket No. 21-12 may contain Defendants' "personal financial information" as contemplated by Local Rule 10(h)(8). Plaintiffs consent to the sealing of Defendants' personal financial information and have no objection to sealing the documents identified as Docket No. 21-12.

Respectfully submitted,

/s *Jessica L. Blome*

Daniel J. Anderson (IA Bar No. 20215)
danderson@wertzlaw.com
WERTZ & DAKE
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone:  319.861.3001
Facsimile:   319.861.3007

1

Jessica L. Blome (MO Bar No. 59710)
jblome@aldf.org
Animal Legal Defense Fund
170 E. Cotati Ave.
Cotati, CA  94931
Telephone:  641.431.0478
Facsimile:  707.795.7280

## Verification of Counsel

I, Jessica L. Blome, am counsel of record, and I certify that the

foregoing is true to the best of my knowledge and belief.

<u>June 17, 2015</u>                                         /s *Jessica L. Blome*
Date                                                                  Jessica L. Blome

## Certificate of Service

I certify that a copy of this Motion was delivered to all counsel of record

through the Court's electronic case filing system this 17th day of June, 2015.

                                                                      /s *Jessica L. Blome*
                                                                      Jessica L. Blome

2