IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>　　　　　Defendants. | No. C14-2034<br><br>ORDER GRANTING MOTION TO SEAL |

This matter comes before the Court on the Motion to Seal (docket number 26) filed by the Plaintiffs on June 17, 2015. Plaintiffs request the Court seal certain documents already filed that may contain "personal financial information." The Court finds the motion should be granted.

### ORDER

IT IS THEREFORE ORDERED that the Motion to Seal (docket number 26) filed by Plaintiffs is **GRANTED**. The Clerk of Court is directed to seal docket number 21-12 filed on June 2, 2015.

DATED this 18th day of June, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA