# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; <br> LISA K. KUEHL, an individual; <br> KRISS A. BELL, an individual; <br> NANCY A. HARVEY, an individual; <br> JOHN T. BRAUMANN, an individual, <br> and; ANIMAL LEGAL DEFENSE <br> FUND, a non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PAMELA SELLNER, an individual; <br> TOM SELLNER, an individual; and <br> CRICKET HOLLOW ZOO, a <br> non-profit corporation, <br><br> Defendants. | Case No. C14-2034-LRR <br><br> DEFENDANTS, PAMELA <br> SELLNER, TOM SELLNER, and <br> CRICKET HOLLOW ZOO'S <br> RESISTANCE TO PLAINTIFFS' <br> MOTION FOR SUMMARY JUDGMENT |

COME NOW the Defendants, Pamela Sellner, Tom Sellner and Cricket Hollow Zoo and hereby resist the Plaintiffs' Motion for Summary Judgment and state as follows:

1. The Defendants have not violated and do not continue to violate the Endangered Species Act, 16 US.C. § 1538(9)(B) because the only species they have at the Cricket Hollow Zoo that are endangered or threatened species are tigers and lemurs and they have not been involved in any unlawful "taking" of those animals as the term is defined in that Act.

2. The Defendants have not violated the Endangered Species Act, 16 U.S.C. §1538(a)(1)(E) by any of their actions and have not improperly acquired or disposed of any federally listed endangered species in interstate or foreign commerce in the course of commercial activity at the Zoo.

3. The Plaintiffs' Motion is not filed timely and should be denied for that reason.

The Defendants' resistance is supported by the pleadings and other papers filed in this case, the Defendants' response to Plaintiffs' Statement of Uncontroverted Material Facts, the exhibits filed by the Defendants as well as the Plaintiffs, the declarations of the parties and witnesses hereto, the Defendants Memorandum and the Defendants' Statement of Uncontroverted Material Facts, and such other matters as may come before and be presented to the Court.

Respectfully submitted,

_____
Larry J. Thorson          #AT0007976
ACKLEY KOPECKY & KINGERY, L.L.P.
4056 Glass Road, NE
Cedar Rapids, IA 52402
Ph: (319) 393-9090  Fax: (319) 393-9012
Email: lthorson@akklaw.com

Copies to:

Daniel J. Anderson
Wertz & Dake
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
danderson@wertzlaw.com

Jessica Blome
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jblome@aldf.org

Jeff Pierce (pro hac vice)
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jpierce@aldf.org

### Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the parties or their attorney of record in the above-entitled cause to each such party or attorney at his or her legal address as shown below on the 22nd day of June, 2015.
BY:
_____U.S. Mail       _____Fax       _____Hand Delivery
_____Overnight mail/Messenger    ✓ CM/ECF Procedure
                                              Other
                    /s/ Theresa Trenary