UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; <br> LISA K. KUEHL, an individual; <br> KRISS A. BELL, an individual; <br> NANCY A. HARVEY, an individual; <br> JOHN T. BRAUMANN, an individual, <br> and; ANIMAL LEGAL DEFENSE <br> FUND, a non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PAMELA SELLNER, an individual; <br> TOM SELLNER, an individual; and <br> CRICKET HOLLOW ZOO, a <br> non-profit corporation, <br><br> Defendants. | Case No. C14-2034-LRR <br><br> APPENDIX TO DEFENDANTS <br> PAMELA SELLNER, TOM SELLNER, <br> and CRICKET HOLLOW ZOO'S <br> RESISTANCE TO PLAINTIFFS' <br> MOTION FOR SUMMARY <br> JUDGMENT |

Larry J. Thorson
ACKLEY, KOPECKY & KINGERY, L.L.P.
4056 Glass Road NE
Cedar Rapids, IA 52402
Ph: (319) 393-9090   Fax: (319) 393-9012
Email: lthorson@akklaw.com

**Attorney for Pamela Sellner, Tom Sellner and Cricket Hollow Zoo**

Dated: June 22, 2015

# TABLE OF CONTENTS TO APPENDIX

TAB
NO.   DESCRIPTION                                                                    PAGE NO.

*Exhibits*

A     Hand written comments by public who have visited zoo ................5

B     Letters to USDA from Pam Sellner ..............................................10

C     November 20, 2013 Primate Enrichment Program ......................33

D     Articles of Incorporation of Cricket Hollow Zoo, Inc. ....................37

E     Program of Veterinary Care Instructions ......................................39

F     November 20, 2013 Large Felid Diet ...........................................45

G     Exercise Plan for Dogs (dogs & wolf hybrids) .............................46

H     Record of Animals on Hand – Cats .............................................47

I     Record of Acquisition, Disposition or Transport of
      Animals Reports ..........................................................................48

J     Zoo Veterinarian Records for Animals .........................................55

K     Photographs of various zoo animals (taken in the
      past several years) ......................................................................71

L     Certified Member Card (Advanced) of Feline
      Conservation Federation .............................................................84

M     Signed Veterinarian Inspections by Dr. John Pries
      through August 25, 2014 .............................................................85

N     Calendar showing temperature, rain and humidity ......................86

O     Delaware County Sheriff's Office Call for Service Record ...............96

| | | |
|---|---|---|
| P | Timber Wolf Sign | 99 |
| Q | Animal Park Meat By-Product Agreement | 100 |
| R | USDA License for Pamela and Tom Sellner (current) | 107 |
| S | John H. Pries, DVM Curriculum Vitae | 108 |
| T | Dr. Gary Pusillo Curriculum Vitae | 109 |
| U | USDA Inspection Reports dated 5-30-2014, 8-6-2008, 8-27-2009 & 9-17-2013 | 115 |
| V | Letter by Tracey Kuehl Referring to African Lions at the Park | 119 |
| W | Photo by one of the Plaintiffs Referring to Wolf When it was a Coyote | 121 |
| X | Photos Taken by Dr. Pusillo | 122 |
| Y | IDALS Compliance Reports | 134 |
| Z | Veterinarian Bills from Dr. Pries from 4-23-07 – 2-5-2015 | 144 |
| AA | Cheyenne Mountain Zoo Photo 1984 | 147 |
| BB | Confidentiality Agreement | 148 |
| CC | Convention on International Trade in Endangered Species of Wild Fauna and Flora Certificate | 152 |

*Deposition Transcripts*

Kriss Bell Deposition Transcript, 03-18-2015 .................................................153

John Braumann Deposition Transcript, 03-19-2015 ..........................160

Nancy Harvey Deposition Transcript, 03-18-2015 ...........................166

Lisa Kuehl Deposition Transcript, 03-18-2015 .................................172

Tracey Kuehl Deposition Transcript, 03-18-2015 .............................178

John H. Pries, DVM Deposition Transcript, 03-19-2015 .....................186

Dr. Gary Pusillo Deposition Transcript, 04-30-2015...........................208

Pamela Sellner Deposition Transcript, 03-20-2015.............................226

Tom Sellner Deposition Transcript, 03-20-2015 ................................259

*Affidavit*

Declaration and Affidavit of Pamela Sellner .................................264