8-19-14

Totally enjoyed our visit to Cricket Hollow Zoo! Ann, Ali + kids

Gary & Christ Lutgen - Stanley, IA
Adi & Macey Lutgen

8-2#-14 Keep up the good work - we really Enjoyed our visit Mike & Clas. ty Lawson From: Sumner, Ia

8-22-14 Loved the zoo Rosemarie Mason Springdale ARK

8-23-14 I absoultly loved this experience! this is the only place close I can see these animals. Thank You So very much for the fun day Ted Manson Del. county. Ia

8-23-14 Totally loved the experience the animals are awesome. loved it Lisa, Katie Erin Howard County IA

EXHIBIT "A" p.1

8/19/14

Your zoo was very nice and my grandson so enjoyed it. We hope the best to keep this zoo going. Wonderful you do this for this small Community.

Jody Krowski
Delhi, Iowa

8/16/14

Really had a nice time + enjoyed seeing the nice variety of animals. Sure do hope you'll be able to continue. We will be back.

Grandma Grandpa B
3 Grands from Randalia

EXHIBIT "A" p. 2

6

8/15

Your zoo was amazing I brought my 8 + 3 year old here and it was perfect for my sons first zoo. We were able to feed the animals which seem very spoiled for "zoo" animals! The donkeys cried when we walked away. Was a great time we will be back

O and we were able to hold a kinkajou when we entered!

Amazing!

Kimberlee Miller

92 oak st. Fredericksburg IA 50630

This was our second time here. We really enjoyed seeing and feeding the animals. We enjoying seeing so many different animals from all over the world. We will be back! Michelle Pleggenkuhle
It is a great zoo. When you pull up, you don't 513 N Guilford
know what expect. Great little zoo! Sumner, IA 50674
I enjoyed this place. You should try to get more animals then x
your business will be booming Arich Pleggenkuhle
5062/4 N. Guilford Sumner IA

EXHIBIT "A"  p. 3

7

8/16/14

June & Judy Hardwick
~~Tracr~~ Traer, Ia.

We love the zoo & the owners. They all are very special. Without zoos like this, city folk may not have a chance to see & learn about these animals. Very educational. They are doing a great job.

EXHIBIT "A" p.4

We love coming to Cricket Hollow Zoo we have been coming here for years and feel like so many of these animals have become part of our family. We feel so lucky to have found this hidden treasure. Thanks for the great work you do here at my favorite place to visit.

Nicole Wiest
Waterloo, IA

The animals here are great it is a great destination for entertainment for the whole family

Tristan Dirth and Family
Sherrill, IOWA

TO: USDA Supervisor                                    April 4, 2014

Hello,

Would you clarify some questions I have concerning barriers/attendants on duty at my zoo.

① Does an extra person need to be at my facility in addition to myself (I am here at all times my facility is open to the public)

② Does the public need to be kept back from farm-type animals (sheep, goats, llamas, donkeys) or may they pet them? Does a barrier fence need to be in place for deer, camel, etc. if I am present, but not standing next to these animals?

③ If barriers are needed, do they need to be a certain type? Don't want to block view of animals but want any necessary barriers to be sufficient.

I just want to clarify what exactly I need to do to be in compliance on this issue. There's a little confusion for me about this as I know at least 5 conservation parks that let the public walk up to the main fence & pull grass to feed deer & elk and no attendant is present. While I'm willing to make a barrier fence in front of the main enclosure fence, I don't want to spend any more money than I have to to make things proper & keep everyone safe. Thank you,

USDA 42-C-0084    ph. 563-927-6655   Cricket Hollow Zoo  Pamela Sellner
                                    EXHIBIT "B"   15133-210th St.

10

 United States Department of Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Avenue
Building B, 3W11
Fort Collins, CO
80526
Phone: 970/494-7478
Fax: 970/494-7461

May 1, 2014

License Number: 42-C-0084
Customer Number: 5143

Pamela Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Dear Ms. Sellner

Thank you for your correspondence dated April 4, 2014 in which you are seeking clarification regarding the Animal Welfare Act Regulations and Standards and its requirements regarding barriers and attendants during times of public exhibition.

The AWA Regulations and Standards require that an attendant be present any time that the public can contact and directly interact with the animals; this is true for all covered animals. This attendant must be in the immediate area of the interaction with the animals, in order to supervise the interaction and must be readily identifiable. This requirement is found in 2.131 (d) (2), which has been included at the end of this correspondence for your reference.

When an attendant is not present, the public must not be able to contact the animals. This can be accomplished by ensuring that there is a sufficient distance and/or barriers between the animals and the viewing public to assure the safety of the animals and the public. A variety of approaches can be taken to achieve compliance without interfering with the public's ability to view the animals as long as the configuration meets the performance standard described in 2.131 (c) (1), which has been included at the end of this correspondence for your reference.

I hope this clarification has satisfactorily addressed your concerns. Additional information regarding the Animal Care program, animal welfare, and guidance documents such as our Animal Welfare Inspection Guide can be found on our website at http://www.aphis.usda.gov/animal_welfare .

Thank you for your interest in animal welfare and the Animal Care Program. The welfare of your animals is our shared concern.

Sincerely,

Kathenn Ziegerer, DVM
Supervisory Veterinary Medical Officer—Omaha
USDA-APHIS-Animal Care

An Equal Opportunity Provider and Employer

EXHIBIT " B " p.2



**USDA**

United States Department of Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Eastern Regional
Office
920 Main Campus
Drive, Suite 200
Raleigh, NC 27606

Voice 919.855.7100
Fax 919.855.7123

June 24, 2014

Pamela Sellner
1512 210th Street
Manchester, IA 52067

Re: Perimeter fence variance request for enclosure containing two coatimundis: 42-C-0084

Dear Ms. Sellner:

Your letter requesting a variance to the perimeter fence requirement for your enclosure containing two coatimundis was received on June 12, 2014.

Your request for the variance under 9 CFR § 3.127(d) has been carefully reviewed by this office and is approved provided the following conditions are met:

1. The variance is approved only for the two coatimundis described in your letter and approved only for the specific enclosure for these two animals as described in your letter. The variance is not valid for any other individual animals, any other enclosure, or any other location.
2. The coatimundi enclosure must be kept in good repair with sound construction, and protect the animals from injury.
3. Please be advised that this variance will be periodically reviewed and may be rescinded if APHIS determines the basis for this approval is no longer valid.

If you have any questions or concerns, please do not hesitate to our office at (919) 855-7100.

Sincerely,

Nicolette Petervary, VMD
Regional Animal Care Specialist
Eastern Region, Animal Care

cc:    Dr. Kate Ziegerer, SACS
       File

An Equal Opportunity Provider and Employer

EXHIBIT " B " p. 3

6-2-2014

I'm writing today to appeal several non-compliances I received this month & address a serious complaint about my inspector.

On May 12, 2014 I woke up to severe thunderstorms & numerous lightning strikes. My neighbor lady had invited me to Christian Women's Club, as her guest. I told her that I would attend the 2 hour meeting with her, as the projects I was working on got rained out. I left just before noon and arrived home at 2:15. On my answering machine was a voice mail from Dr. Heather Cole shortly after noon stating she was here to do an inspection & I was not here. When I arrived home I called her back & said where I was and I had just gotten her message. Thunderstorms & lightening continued throughout the day with a line of storms moving west to east across the entire state. Dr. Cole knew that there was lightning present just driving here. Our Facebook & website both state that the zoo will not be open when lightning is present. My insurance company and our rules here are that no

EXHIBIT "B" p.4

13

one is to be outdoors in active thunderstorms. I will not accompany an inspector to the highest point on this farm in an open area, especially, when there is lightning present. I think that on this day Dr. Cole used poor judgement coming during day long thunder storms. I am therefore appealing the non-compliance of me not being present on 5-12-2014 at 12:05 PM.

On May 21, 2014 Dr. Cole & another woman inspector came for an inspection. At 9:15 I walked out the milkhouse door after finishing my job at my dairy. I usually go right over to the Education Center to do those zoo chores next, but I saw a vehicle in my drive and saw the 2 women on my porch knocking on the door. I called out to them so they knew I saw them.

This is the week at our zoo known as "Hell week" when we try to get everything ready for opening day on Memorial Day Weekend. I had a long list of things to be done that day & it was in my hand. I'm afraid I was not very cheerful to find inspectors at 9AM when I hadn't even turned on lights & started zoo chores yet. I had a big headache & said I was going to quickly go to the house & grab an aspirin, as we had been

EXHIBIT " B " p.5

staying up until 11-12 AM the past few nights
trying to do the extra things it takes to get
ready to open for the season. (Things beyond
the normal feeding & cleaning that take place daily)
ie: graveling the walkways, cleaning plate glass windows,
substrates changed in 50+ reptile & bird exhibits, etc.
I had faxed a letter to USDA asking some
specific questions about barrier fences on
my petting zoo animals. It took 35 days to
get a response, so we were putting up barrier
fences, finishing shortly before we opened. I was
written up by Dr. Cole about barriers last fall.
I questioned why the county parks didn't
have barriers around their deer & elk, as
the kids feed them grass through the fence
and no attendants are present. She said
she'd look into it. I also mentioned it in
the letter I faxed out in April. On
Memorial Day my sisters family camped at
the park & my 8 yr. old neice fed deer &
touched velvet antlers. I was told last fall
I didn't dare open this season unless I
had barriers or attendants. When I asked
Dr. Cole & the woman inspector about why the
park didn't have to follow the same rules
she just said they didn't know about it. Right.
The rules should apply to all of us not

who they choose.

When our inspection started that AM it was obvious that they were on a witch hunt. I stated more than 12 times that AM that I hadn't even been over here yet that AM. I turned the lights on ahead of the inspectors and they went off on me because the sipper was empty in the guinea pig pen. Our daytime temperatures had been in the high 50's – low 60's for 2 weeks prior. On Tues (previous day) the temperature soared to 86° with high humidity. The guinea pigs had apparantly played in the water to cool themselves in the night – thus the bedding was damp, too. On a normal day when I start chores I top off a sipper that has 2" of water left in it. They asked me to fill the bottle again & one of the pigs acted thirsty so they taped it & timed the drinking time and accused me of not watering them. When I left that area at 11 PM the evening before the sipper was nearly full. There was less than 1/4" water gone out of the sipper when we left the area & the guinea pigs went off to do something else. There were 2 white guinea pigs

in the pen with 2 colored ones. The hair was neither wet nor soiled/stained which was obvious even on the white animals. After the inspection, I did my normal AM chores which included putting new bedding in the damp pen. These chores are recorded in a maintenance log in each building.

3.1 c 3

The hybrid wolves were in an outdoor run that had pea gravel over black dirt. Due to an extremely wet spring the gravel was packing down into the soil. It did leave a hard top layer which is raked at each feeding. Feeding is done inside so there are not feces & feed mixed in the gravel. I pointed out a pile of pea gravel by the fence to the inspectors & told them we planned to regravel the entire pen any way.

3.25 e

This lid was not tight fitting. The bedding inside at this time was oak & pine with a little walnut. That is what gave it the dark color — not because it was soiled. I saw a small moth fly out when they opened the lid & there was a drip of bird poop that I hadn't noticed (this size ——) This was probably from the parrot that was on my shoulder when I got sawdust out to put

EXHIBIT " B " p.8

17

in the botom of the bird trays. My Alexandrian
likes to ride along & "help", I dont think it
had flys in it. It was clean, dry shavings
from a woodworker. Lid has been replaced

3.30 - watering -       3.31   a   2   sanitation
discussed earlier

3.31

there were several small piles of sawdust, etc.
that had come from cleaning tanks & cages the
previous evening. They had been swept up to
throw away and I had planned to finish that
project in the AM when I mopped. It was
11 PM and I wanted to be done for the night.
The inspectors were there before AM chores
started and wrote me up for a couple small
piles. This was because we were trying to
get everything done for opening day & not something
that I leave laying about on a daily basis. I
was in the process of cleaning & changing out
substrates in 50-60 reptile & bird cages/tanks.

3.35

There was not an excessive amount of
dust or dirt on that floor. It's swept daily,
mopped weekly & had not been done yet that AM.
The bedding pieces that were on the floor in
front of the cages had been thrown there in
the night by the animals.

There were several places on the enclosure walls on the outside area that had been used by scent marking animals. There is not dark brown & black grime as stated. Dr. Cole enjoys using this same description even when there's a fresh pat of hand print. Dark brown & black grime is a very demeaning description and I don't think most of dirt found is that at all. The "thick build up" on the outdoor toys was nothing more than some weather-related soil. The maintenance log shows where the primate pens, toys & coyote houses where just recently scrubbed. When the lowest toys were being washed the young primates & coyotes kept climbing on them as they were being washed. They are on black dirt ground & pea gravel with red clay in it. There are some "hand marks" on the items being washed, as they played on them during & after the cleaning.

 The bedding on the floor around the primate enclosures is tossed there by the primates on a daily basis. It is swept daily. Obviously chores had not been done that AM yet. I also started repainting the cages as stated in our maintenance log. Our biweekly sanitizing schedule is also in there. On the daily to-do list in my hands was scrubbing primate pens. I had helpers

coming at 2PM that afternoon to help with that project. The inspector was aware of this. I had asked last fall about when the monkeys play & toss grassy straw outside their cage if that was getting me written up. Now it appears that it will, after I was told it wouldn't.

The bushbaby enclosure is spot cleaned daily & had just recently been power washed entirely. No chores had been done yet that AM. There was no build up of food or waste. Only from the previous evening.

All the primates had been sanitized on schedule as listed in our maintenance logs.

3.75 e

The strawberries in question had been thrown out when chores were finally able to be performed. There is a sign on the door of that storage area that says - wash & prep before feeding - Any bad produce is thrown out & composted. The inspector was shown the thrown out produce when she brought my report back that evening. I have 2 LDT contacts with plenty of fresh produce brought in weekly to not have to feed bad feed to any animal. The food

storage freezer in the primate building had only a few items left in it. When each new shipment of food is put in, the shelves are cleaned. There was one piece of mouse poop on a bottom shelf. When Dr. Cole took a photo of it, she noticed a couple spider webs on the unused bottom shelf — underneath a solid shelf 6 inches from the bottom — and I didn't notice them before. I didn't see dirt or debris on the shelves as she noted.

3.85 employees

I feel I have adequate help at this time. There are 6 adults and on inspection day the inspectors were told that 2 young adult men would be coming for the afternoon, which they did. We went down the list that I had prepared the day before in addition to several small lists inside the reptile house. Many of the thing I was cited for were on the list. The list was offered to the inspectors if they wished to see it. With the help of the 2 young men and several others, we had everything done & ready to go for opening day.

3.125 (a)

The citation about the guillotine doors was not true. The second inspector saw a "C" clamp attached to a rail & assumed it kept the

EXHIBIT "B"

door shut. I told her it was used when the door was up to prevent the person inside cleaning from being locked in. The doors also have safety bolts to prevent them from being lifted. The steel inside fits flush & no animal can open them.

The next 4 non compliances are true and have or are being corrected now.

The sloth door was a used door. It has been in place for 4 years now & has looked exactly the same as today. Why write it up now & not 4 years ago?

3.125 (d)

There were piles by the pens. My husband had been cleaning Sunday & was still in progress of finishing & yes, they were still there. The burn barrel, however, had been there 3 years and nothing had been said until today.

3.127 (b)

I asked Dr. Cole last fall if the patagonian cavies needed a house in the enclosure, because the side & top was enclosed. She said no, so I took it out. Now she said I had to have it. That is why I started video taping my inspections.

3.127 (d)

The continues that are on a fence line have been like that for 15 years when

I built this place. Numerous inspectors have been here & I had never been cited, so I had no idea. I will ask for a variance in a seperate letter.

3.130

The degu water had not been filled yet, as chores never happened on time, because they (inspectors) arrived during dairy chores.

The porcupine water has to be dumped & washed everyday. The water was fresh the night before, but like everyday they dig bedding through the sides of their pen and also into their water. What was in the water was walnut mix shavings. I started using straw again since we opened - keeps water cleaner longer, even though it still has to get dumped daily.

The gerbils hadn't had their chores done yet that AM & they were feeder animals that were in my feeder rat & mouse colony - so not sure why they needed to be inspected as my feeder gerbils never have been in the past - only exhibit or breeders.

3.131

I am appealing this citation as the pens are spot cleaned daily & no chores had been started. Several of these animals were due for total cleanouts as one could see from both

the daily "to do" list and our maintenance log.
There is odors in African porcupine & ferrets
even after cleaning. It's just how they smell.
The capybara was moved outside to it's new
enclosure that afternoon by my helpers - it was on
the provided list. I had discussed the inside
enclosure walls with the inspector that morning.
There was a smudge spot approximately 2'x2' on
the north wall. It was made by a Meishan
piglet that had been housed there. I scrubbed
the area before letting the capybara in that side.
It was stained & I was litrally scrubbing the paint
off the wall. It was noted in the maintence
log - why & what was going to happen. I said that
I would have to repaint the area when the animal
wasn't present. I got cited anyway.
   The coyote pen did not have build up of dust & dirt.
It had it's shelters just recently scrubbed & was
on the helpers list that day also because of
some paw prints tracked on it when it was wet
from scrubbing last time. Raking up the chicken bones
was also on the list and done by my help.
   3.131 (c)
   There was not a large amount of any
thing on the floor. They are swept daily &
not more than 24 hrs. had elapsed since they
had been swept. Whatever was there the animals

EXHIBIT "B" p.15

24

kicked out in that time period.

3.131(d)

There was not excessive numbers of flies. We hadn't even had flies until it got hot the previous day. I had proactively sprayed Quik Bayt on the walls of all buildings back at the end of April. Also flies were at the Nursing Home & in Wal Mart & they are both clean places. My complaint in addition to this appeal is: When we went to do the inspection in the education center, I went first, opened the door and turned on the lights for the inspectors. They were exactly behind me & walked in. Not until we left the building did I realize they never shut the door behind them. When we all walked out of the building they wanted to go to my home to look at my dog. After that one inspector wanted to look at the Education Center maintenance log again. I went to get it and found the door was left open again. Now there were flies in there.

3.132 same as previous statement

2.40 (b)(2)

Veterinary care issues — the coyotes sister bit her paw through the fence on May 1. I recorded what happened on the calendar. She was sore on the foot from time to time, otherwise walked normally &

there was no swelling present. She was coming along fine when it happened again. The foot was healing so I didn't have the vet out. I had the vet out Fri May 24 at 8AM. The vet told me to go ahead & give the coyote Amoxicillin for 7 days in case of any infection. Done.

Coatimundi - small patch of hair loss from scrapping with another. No treatment needed

Capybara - the vet looked at this animal at our Sept. 2013 walk thru inspection. She's very elderly & no vet can make her young again. I'm supposed to write down every day how she looks for USDA and have vet look at her all the time. There's nothing anyone can do and she doesn't need to be euthanized.

The barbadoes wether does have long back feet & my sheep shearer had been called to shear sheep & trim all sheep & goat hooves. He probably can't get here till early June because of his schedule. I offered the inspectors his phone number to confirm that I called him in April and this was what we were planning. They refused the number. I will trim the hoof myself if the shearer isn't here before the June 4th deadline given me. There is no visible lameness on this sheep.

Since I taped our inspection, I have video proof of Dr. Cole & the other inspector in various restricted areas in tennis shoes & street shoes. I just finished reading an account of a facility that lost 9 tigers to canine distemper. It's incurable in cats. I don't need diseases brought to this facility by an inspector.

I would also like to understand why I was told that I had to have barriers in place to keep the public from touching my animals and the local parks opened in April with no barriers in place around theirs & no attendant is on duty. It's who you are, not what you do.

We did the inspection in 3 hours and (9 hours) it took the inspectors until 8:15 that evening to bring back the reports for me to sign. Then the second inspector wanted more photos, so I had to do that & sign 18 pages of reports while I was milking my cows at the dairy. That's why I felt they were on a witch hunt. On top of everything else the second inspector yelled at me about not doing a good job of anything which was really unfair when this week is an exception to our rules trying to have everything nice for opening day & all the non-animal things we were working on at the zoo in addition.

EXHIBIT " B " p.18

I'm sorry this has been so lengthy. I'm not appealing everything on the report, as some things were not done or not done correctly. I had hoped to start this season with no non-compliances and we were working hard to reach that goal by opening day (May 24th). All non-compliances on this report have been taken care of and I would like to request a reinspection at your earliest conveinance.

I also request that Dr. Cole & the inspector with her not come back again. Every inspection here that has ever been performed by Dr. Cole has breached the biosecurity of my facility. She does not wear sanitized boots or boot covers. Her tennis shoes have been to everybody elses facility and then she stands in my restricted areas (primate building, inside perimeters, back room of animal & primate area). I have never had a veterinarian of any kind on my property that disrespects my biosecurity in this manner. If she were only in the public parts of this zoo, it wouldn't be an issue, but that is not the case. On top of it all she's writing me up for flies or dirt & telling me these are sources of disease, when she's no better.

I would appreciate a response to
my inspector complaints, appeals and to
request a reinspection. Thank you.

Pamela Sellner
Cricket Hollow Zoo
42-C-0084

EXHIBIT " B " p.20

29

I am reappealing this inspection report from May. I have enclosed my original appeal letter.

This facility is open from 10AM-6PM and these are the same hours we've had for the last 13 years. I would request our inspections take place during this time period so that our chores can be done in the AM before we open.

I have also disussed the breach of our biosecurity & indoor perimeters with my veterinarian. Your remark in the last appeal letter that inspectors don't have to wear boots unless told and that my inspector couldn't bring disease on her tennis shoes in 24 hrs. of being at another facility didn't fly well with him. I expect all inspectors to protect our biosecurity and I shouldn't have to ask.

I am more than happy to have Heather Cole be my inspector if she treats this facility like all the rest. She recently inspected a close friend of mine who also has a primate. She didn't ask when the cage was sanitized last or for documentation. My friend had no non-compliances. When

I'm inspected I have to have documentation "or it didn't happen". I've also mentioned at least 3 times about why I have to have public barriers up and Baily's Ford Park lets guests freely feed & touch their deer. There's plenty of flys at their park, too.

I also believe that these parks in the local counties are told ahead of time when inspections will occur. I had a park call me and wanted to give me all the meat out of their freezer, as their cougar had died, and they wouldn't be feeding it. She wanted it out before she was inspected and brought it down within 2 hours of her contacting me so the inspector wouldn't see it.

The inspection reports should be what actually happened - no extra drama. A dirty hand print on a wall where an animal jumps onto it's perch is not a wall covered in dark brown / black grime. I'm tired of the animal rights groups reading these reports and calling me an animal abuser that never cleans anything because it's made to sound horrible.

We have some really good volunteers helping us and I feel they

are doing a great job. They were even here the day we had our May inspection. I am reappealing the lack of employees citation. Because of work schedules, most of our help is here in the afternoons. The inspectors didn't look at the work my help had done that day, but instead wanted more pictures of a door on the bear den.

We have worked very hard at making sure everything is in compliance. I would very much like a reinspection to make sure we're on track.

*Pamela Sellner*

# Primate Enrichment Program

## Macaques   Anna & Mrs. Wilkens

These 2 macaques are housed together in a indoor/outdoor enclosure. Outdoor area is appr. 15x20 on grass/vegetation. Indoor area is divided into 2 pens - one 10x10 and second 4x10. Both have dri-deck perches. The indoor pens are bedded in deep bedding for foraging in. They have large windows to the north & west where they can sit and view other animals, birds, etc.

Outdoor toys rotate but include; ladder, tire swing, plastic picnic table, plastic spools & log. Indoors they have PVC pipe on chain to forage & play with. We put peanut butter, seeds, flavored bagels & fruit & vegetable chunks inside to find & enjoy.

Anna came to us as a 2 year old and exhibited thumb sucking and "saluting" behaviors when she came. I have pictures of her sucking her toes as a juvenile in her original home. She started plucking some hair on her back and thighs in September 2013. We increased her enrichment in an effort to curb this behavior. A calendar is kept to document things we try to do on a daily basis. We have given her stuffed toys & plastic puzzle toys. She doesn't seem to care for toys and they are thrown & left for days at a time. She

Note she s to plu when s come in her

PVC tubes. Both macaques enjoy watching the public during the summer months. They also enjoy food foraging in their deep bedding. Both macaques act quite aggressively towards humans, other primates & other animals. They are happy together, however, and have grooming sessions.

## Baboons    Sammy, Azrah & Amirah    Obi

Currently Sammy, Azrah & Amirah are housed together in an indoor/outdoor enclose. Outside pen is 15x20. An indoor enclosure is a 2 part kennel approx. 8x15. Outdoor area is on dirt with rocks and a partially buried tractor tire to climb/sit on. Obi is housed in an adjoining pen, but can't physically access the others. His outdoor pen is 15x20 and indoor pen is 6x6 with 2 perches. All baboons have windows to look out of. They enjoy large plastic spools and have a PVC feeder tube inside and a large one outside that the public can drop feed down during zoo season. (taken out 6-14-14) The baboons all enjoy the public and love showing off. Obi is a juvenile and enjoys toys, and his plastic tree house. (Tree house replaced with swing & perch) All the baboons enjoy foraging for nuts, grapes, seeds, baby carrots, etc. in deep hay.

## Vervet - Deno

Deno is an older neutered male that is currently housed alone in the reptile house. He has indoor out door pens. There are several perches for him to sit on. He has "mitten" hands, as his fingers had been damaged years ago. He does play with a few toys. His favorite is a large plastic PVC tube and a rubber dog toy that he carries around. During warm weather he can physically see the lemur next door, during winter he can only hear her. He sleeps with his blanket. He enjoys peanut butter and seeds in his tube.

## Lemurs    Lucy & Chuki    (red ruff & ring tail)

Both lemurs are housed in individual pens, as they don't get along housed together. They have adjoining indoor/outdoor pens. In warm weather they enjoy sitting on their outdoor perches and branches - both love sunning themselves in the afternoon. They like PVC tubes with peanut butter and nuts.

<u>Bush Babies</u>    Bubba & Buttons

The bushbabies are housed in seperate but adjoining cages, as the male is aggressive to the female. They have hammocks and/or (put together May 2014 - are ok together) pouch type cloth bags. Both enjoy fruits, vegetbles, new world monkey biscuits. We often put food items on the outside of their cages so they can "pick" and manipulate food through wires.

EXHIBIT " C "    12/2/13
p. 4

# ARTICLES OF INCORPORATION

## OF

## CRICKET HOLLOW ZOO, INC.

**TO: THE SECRETARY OF STATE
OF THE STATE OF IOWA**

I, the undersigned, acting as Incorporator of a Corporation under the revised Iowa Nonprofit Corporation Act, Chapter 504 of the Code of Iowa, adopt the following Articles of Incorporation for such Corporation:

### ARTICLE I

The name of the Corporation is: **CRICKET HOLLOW ZOO, INC.**

### ARTICLE II

The purposes for which this Corporation is organized is to increase the level of awareness and education in the general public with respect to non-domesticated animals and to preserve, protect and promote endangered species of animals.

### ARTICLE III

The address of the initial registered office in the State of Iowa of this Corporation is 1512 210th Street, Manchester, Iowa 52057; and the name of its initial registered agent at such address is PAMELA J. SELLNER.

### ARTICLE IV

The Corporation will have members as determined by the Board of Directors.

### ARTICLE V

The number of Directors constituting the initial Board of Directors of the Corporation is two (2) and the names and addresses of the persons whom are to serve as the initial Directors are:

| | | |
|---|---|---|
| PAMELA J. SELLNER | 1512 210th Street | Manchester, Iowa 52057 |
| THOMAS J. SELLNER | 1512 210th Street | Manchester, Iowa 52057 |

The number of Directors shall be fixed by the By-Laws, and may be increased or decreased from time to time by amendment to the By-Laws.

EXHIBIT "D" p.1

37

## ARTICLE VI

The date on which the Corporation's existence shall begin is upon the date the Articles of Incorporation are filed with the Secretary of State of the State of Iowa.

## ARTICLE VII

Upon dissolution of the Corporation, Corporate assets shall be distributed in accordance with Iowa law.

## ARTICLE VIII

No director or member shall be liable for money damages for any action taken or any failure to take any action, except as provided in Iowa Code Section 504.20(2)(d).

## ARTICLE IX

The name and address of the Incorporator is:

**PAMELA J. SELLNER**     1512 210TH Street     Manchester, Iowa 52057

Dated this ___ day of February, 2005.

PAMELA J. SELLNER, Incorporator

STATE OF IOWA       )
                      ) ss
COUNTY OF JONES )

On this ___ day of February, 2005, before me, the undersigned, a Notary Public in and for said County and State, personally appeared PAMELA J. SELLNER, to me known to be the identical person named in and who executed the within and of Incorporation and acknowledged that he executed the same as his deed.

NOTARY PUBLIC FOR THE ST.

N. L. STREITMATTER
COMMISSION NO. 111429
MY COMMISSION EXPIRES
4-5-2006

FILED
IOWA
SECRETARY OF STATE
1-13-05
10:59AM
W416502

EXHIBIT "D" p.2



# PROGRAM OF VETERINARY CARE INSTRUCTIONS

United States
Department of
Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Ave.
Building B
Mail Stop # 3W11
Ft. Collins, CO 80526
Phone: 970/494-7478
Fax: 970/494-7461

*The enclosed Program of Veterinary Care (PVC) should be completed and signed by your attending veterinarian and <u>must</u> be signed by you.

*Keep the properly completed PVC as part of your records that will be reviewed by your USDA inspector.

*<u>DO NOT</u> send the completed PVC form to this office.

*You need a new PVC form only if you change your attending veterinarian.

*You need to update your PVC form and have it re-signed by your attending veterinarian any time you add a new species of animal to your facility or make any other changes in the veterinary care you are providing.

*This sheet may be used as a means to document your attending veterinarian's visit to your facility. If you choose to use it for that purpose, have your attending veterinarian sign and date this sheet during each visit to your facility. Your attending veterinarian must visit your facility at least once each year. This sheet should be kept with your PVC.

| Veterinarian Signature | Date |
|---|---|
| _(signature)_ | Sept 21, 2004 |
| _(signature)_ | Sept. 1, 2005 |
| _(signature)_ | April 25, 2006 |
| _(signature)_ | October 4, 2006 |
| _(signature)_ | April 19, 2007 |
| _(signature)_ | October 10, 2007 |
| _(signature)_ | 5-23-08 |
| _(signature)_ | 10-29-08 |
| _(signature)_ | 5-19-09 |
| John A. Pace, DVM | 10/14/09 |



APHIS - Protecting American Agriculture

An Equal Opportunity Employer

EXHIBIT "E" p.1



# PROGRAM OF VETERINARY CARE INSTRUCTIONS

United States
Department of
Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Ave.
Building B
Mail Stop # 3W11
Ft. Collins, CO 80526
Phone: 970/494-7478

\*The enclosed Program of Veterinary Care (PVC) should be completed and signed by your attending veterinarian and <u>must</u> be signed by you.

\*Keep the properly completed PVC as part of your records that will be reviewed by your USDA inspector.

\*<u>DO NOT</u> send the completed PVC form to this office.

\*You need a new PVC form only if you change your attending veterinarian.

\*You need to update your PVC form and have it re-signed by your attending veterinarian any time you add a new species of animal to your facility or make any other changes in the veterinary care you are providing.

\*This sheet may be used as a means to document your attending veterinarian's visit to your facility. If you choose to use it for that purpose, have your attending veterinarian sign and date this sheet during each visit to your facility. This sheet should be kept with your PVC.

| | |
|---|---|
| _John R. Bales, DVM_ | _10/17/10_ |
| Veterinarian Signature | Date |
| _John R. Bales, DVM_ | _8/24/11_ |
| Veterinarian Signature | Date |
| _John R. Bales, DVM_ | _9/17/12_ |
| Veterinarian Signature | Date |
| _John R. Bales, DVM_ | _9/30/13_ |
| Veterinarian Signature | Date |
| | |
| Veterinarian Signature | Date |
| | |
| Veterinarian Signature | Date |
| | |
| Veterinarian Signature | Date |
| | |
| Veterinarian Signature | Date |
| | |
| Veterinarian Signature | Date |

Note: This is an optional document to assist licensees/registrants in meeting the requirements of the regulations. Licensees/Registrants may develop their own formats if desired.



**APHIS** Safeguarding American Agriculture
APHIS is an agency of USDA's Marketing and Regulatory Programs
An Equal Opportunity Provider and Employer

EXHIBIT "E" p.2

for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the form. Send comments regarding this burden estimate or any other aspects of this collection of information, including suggestions for reducing the burden, to USDA, OIRM, Clearance Officer, Room 404-W, Washington, DC 20250. When replying refer to the OMB Number and Form Number in your letter.

Subchapter A, Part II, Subpart C, Section 2.33 and Subpart D, Section 2.40 requires a Program of Veterinary Care.

U.S. DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE

**ANIMAL CARE**

(Program of Veterinary Care for Research Facilities or Exhibitors/Dealers)

FORM APPROVED OMB NO. 0579-0036

OFFICE USE ONLY
DATE RECEIVED

**SECTION I. A PROGRAM OF VETERINARY CARE (PVC) HAS BEEN ESTABLISHED BETWEEN:**

| A. LICENSEE/REGISTRANT | B. VETERINARIAN |
|---|---|
| 1. NAME  Pamela Sellner | 1. NAME  John H. Pries, DVM |
| 2. BUSINESS NAME  Cricket Hollow Exotics | 2. CLINIC  Elkader Vet. Clinic |
| 3. USDA LICENSE/REGISTRATION NUMBER  42 C 0084 | 3. STATE LICENSE NUMBER  Iowa 5591 |
| 4. MAILING ADDRESS  1512 210th St. | 4. BUSINESS ADDRESS  24642 Hiway 13 |
| 5. CITY, STATE AND ZIP CODE  Manchester, Iowa 52057 | 5. CITY, STATE AND ZIP CODE  Elkader, Iowa 52043 |
| 6. TELEPHONE NO. (Home)  563-927-6655   TELEPHONE NO. (Business) | 6. TELEPHONE NO. (Business)  563-245-1633 |

This is a form that may be used for the Program of Veterinary Care. Also, this form may be used as a guideline for the written Program of Veterinary Care as required.

The attending veterinarian shall establish, maintain and supervise programs of disease control and prevention, pest and parasite control, pre-procedural and post-procedural care, nutrition, euthanasia and adequate veterinary care for all animals on the premises of the licensee/registrant. A written program of adequate veterinary care between the licensee/registrant and the doctor of veterinary medicine shall be established and reviewed on an annual basis. By law, such programs must include regularly scheduled visits to the premises by the veterinarian. Scheduled visits are required to monitor animal health and husbandry.

Pages or blocks which do not apply to the facility should be marked N/A. If space provided is not adequate for a specific topic, additional sheets may be added. Please indicate Section and Item Number.

I have read and completed this Program of Veterinary Care, and understand my responsibilities.

Regularly scheduled visits by the veterinarian will occur at the following frequency:
Annual (August/September) _____ (minimum annual).

| C. SIGNATURE OF LICENSEE/REGISTRANT | DATE  10/9/09 |
|---|---|
| SIGNATURE OF VETERINARIAN | DATE  10/9/09 |

APHIS FORM 7002
(JUN 92)

Page 1 of 4

EXHIBIT "E" p.3

**A. VACCINATIONS - SPECIFY THE FREQUENCY OF VACCINATION FOR THE FOLLOWING DISEASES**

| | CANINE | | | FELINE | |
|---|---|---|---|---|---|
| | JUVENILE | ADULT | | JUVENILE | ADULT |
| PARVOVIRUS | 2 dose 14 days | annual | PANLEUK | 2 dose 14 days | annual |
| DISTEMPER | / | " | RESP. VIRUSES | " " | " " |
| HEPATITIS | / | | RABIES | 12-Wceks | 1st annual |
| LEPTOSPIROSIS | / | / | OTHER (Specify) | | then 3yr |
| RABIES | 12-Weeks | 1yr boost/3yr | FeLV | 2 dose 14 days | then annual |
| BORDETELLA | 2 dose 14d. | annual | | | |
| OTHER (Specify) | | | | | |

**B. PARASITE CONTROL PROGRAM - DESCRIBE THE FREQUENCY OF SAMPLING OR TREATMENT FOR THE FOLLOWING:**

1. ECTOPARASITES (Fleas, Ticks, Mites, Lice, Flies)

Frontline topical. Monitor for freq of application

2. BLOOD PARASITES (Heartworm, Babesia, Ehrlichia, Other)

Ivermectin for prevention

3. INTESTINAL PARASITES (Fecals, Deworming)

Panacur oral deworming

**C EMERGENCY CARE - DESCRIBE PROVISIONS FOR EMERGENCY, WEEKEND AND HOLIDAY CARE**

ElKaderVetClinic

**D. EUTHANASIA**

1. SICK, DISEASED, INJURED OR LAME ANIMALS SHALL BE PROVIDED WITH VETERINARY CARE OR EUTHANIZED. EUTHANASIA WILL BE IN ACCORDANCE WITH THE AVMA RECOMMENDATIONS AND WILL BE CARRIED OUT BY THE FOLLOWING:

☒ VETERINARIAN      ☐ LICENSEE/REGISTRANT

2. METHOD(S) OF EUTHANASIA

IV injection euthanasia solution

**E. ADDITIONAL PROGRAM TOPICS - THE FOLLOWING TOPICS HAVE BEEN DISCUSSED IN THE FORMULATION OF THE PROGRAM OF VETERINARY CARE**

☐ Congenital Conditions
☑ Quarantine Conditions
☑ Nutrition
☑ Anthelmintic alternation
☐ Other (Specify) _____

☐ Exercise Plan (Dogs)
☑ Proper Handling of Biologics
☑ Venereal Diseases
☑ Pest Control and Product Safety
☐ Proper Use of Analgesics and Sedatives

**APHIS FORM 7002**

EXHIBIT " E " p.4

CHECK IF N/A ☐

A. VACCINATIONS - LIST THE DISEASES FOR WHICH VACCINATIONS ARE PERFORMED AND THE FREQUENCY OF VACCINATIONS *(Enter N/A if not applicable)*

NIVORES  Rabies vaccine if warranted

HOOFED STOCK  Clostridium vaccine (7 components), 5 lepto serovars

PRIMATES  Tuberculin test if needed for moving.

ELEPHANTS  N/A

MARINE MAMMALS  N/A

OTHER *(Specify)*  Reptiles, not vaccinated. Concern is salmonella + public health

B. PARASITE CONTROL PROGRAM - DESCRIBE THE FREQUENCY OF SAMPLING OR TREATMENT FOR THE FOLLOWING

1. ECTOPARASITES *(Fleas, Ticks, Mites, Lice, Flies)*
Monitor species for parasites. Herbivores topical pourons
Carnivores 'Frontline' if needed
Premise spray to control insects in compound

2. BLOOD PARASITES  Herbivores - use ivermectin or panacur

3. INTESTINAL PARASITES  Same trmts as above.

C. EMERGENCY CARE

1. DESCRIBE PROVISIONS FOR EMERGENCY, WEEKEND AND HOLIDAY CARE
ElKader Vet Clinic

2. DESCRIBE CAPTURE AND RESTRAINT METHOD(S)
Squeeze cages, chutes, polesyringe, $CO_2$ powered darts

D. EUTHANASIA

1. SICK, DISEASED, INJURED OR LAME ANIMALS SHALL BE PROVIDED WITH VETERINARY CARE OR EUTHANIZED. EUTHANASIA WILL BE IN ACCORDANCE WITH THE AVMA RECOMMENDATIONS AND WILL BE CARRIED OUT BY THE FOLLOWING:

☒ VETERINARIAN   ☐ LICENSEE/REGISTRANT

2. METHOD(S) OF EUTHANASIA
IV injection of euthanasia solution if possible. May use heavy sedation to capture first with muscle injection. Or if required per situation humane gun shot with adequate bullet.

E. ADDITIONAL PROGRAM TOPICS / THE FOLLOWING TOPICS HAVE BEEN DISCUSSED IN THE FORMULATION OF THE PROGRAM OF VETERINARY CARE

☑ Pest Control and Product Safety
☑ Quarantine Procedures
☑ Zoonoses
☐ Other *(Specify)* _____

☑ Environment Enhancement *(Primates)*
☐ Water Quality *(Marine Mammals)*
☑ Species-specific Behaviors
☐ Proper Storage and Handling of Drugs and Biologics
☐ Proper Use of Analgesics and Sedatives

F. LIST THE SPECIES SUBJECTED TO TB TESTING, AND THE FREQUENCY OF SUCH TESTS

EXHIBIT "E" p.5

## A. INDICATE SPECIES

Rabbits
Goats
Sheep
Bovine spp.
Equine

## B. VACCINATIONS - LIST THE DISEASES FOR WHICH VACCINATIONS ARE PERFORMED AND THE FREQUENCY OF VACCINATIONS
(Enter N/A if not applicable)

Sheep/goats    Clost. perf./Tetanus/c vaccine    2 intial doses, then annual.

Bovine spp    Clost. vacc (7-way), viral (IBR, BVD$_{I+II}$, BRSU, PI$_3$) 2 intial doses, 1 each
             Lepto (5 serovars)   2 intial doses + then annual booster

Equine    Tetanus, Sleeping Sickness (EE, WE), WestNile (if needed), Influenza (if needed)

## C. PARASITE CONTROL PROGRAM - DESCRIBE THE FREQUENCY OF SAMPLING OR TREATMENT FOR THE FOLLOWING

**1. ECTOPARASITES** (Fleas, Ticks, Mites, Lice, Flies)

Bovine - pour-on as needed.
Sheep/goats/equine/rabbits  will treat as needed.

**2. INTERNAL PARASITES** (Helminths, Coccidia, Other)

Ivomec and fenbendazole for internal parasites
Coccidia treated orally with amprolium

## D. EMERGENCY CARE - DESCRIBE PROVISIONS FOR EMERGENCY, WEEKEND AND HOLIDAY CARE

El Kadem Vet Clinic

## E. EUTHANASIA

**1.** SICK, DISEASED, INJURED OR LAME ANIMALS SHALL BE PROVIDED WITH VETERINARY CARE OR EUTHANIZED. EUTHANASIA WILL BE IN ACCORDANCE WITH THE AVMA RECOMMENDATIONS AND WILL BE CARRIED OUT BY THE FOLLOWING:

[X] VETERINARIAN          [ ] LICENSEE/REGISTRANT

**2.** METHOD(S) OF EUTHANASIA

IV injection of euthanasia solution if practical or
heavy sedation to capture + then IV injection to terminate.
Gunshot as last resort

## F. ADDITIONAL PROGRAM TOPICS - THE FOLLOWING TOPICS HAVE BEEN DISCUSSED IN THE FORMULATION OF THE PROGRAM OF VETERINARY CARE

[✓] Pasteurellosis
[✓] Pododermatitis
[ ] Cannibalism
[ ] Wet Tail
[ ] Other (Specify)_____

[✓] Species Separation
[ ] Malocclusion/Overgrown Incisors
[✓] Pest Control and Product Safety
[✓] Handling

EXHIBIT "E"
pg. 6

11-20-13

# Large Felid Diet

We currently house tigers, lions and cougars. During cool weather the cats get whole prey (ie: deer, calves) for both nutrition and enrichment. They also eat cut up chicken and beef with calcium & vitamin supplements. In hot weather the whole prey, when available, is limited to small animals that can be consumed in 1 day. Any remaining is composted at the farm. They get mostly commercial meat with supplements that is consumed quickly in warm weather so nothing is left out to spoil or attract flies.

Noted by John H. Sass, DVM
12/2/13

# EXERCISE PLAN FOR DOGS

LICENSEE/REGISTRANT NAME __Cricket Hollow Zoo / Tom & Pam Sellner__ (Type of print legibly)

LIC/REG NO. __42-C-0084__

The Animal Welfare Regulations, 9 CFR, Part 3, Subpart A, Section 3.8, requires all licensees and registrants to develop, document and follow an appropriate exercise plan for their dogs. In addition, the exercise plan must be approved by the attending veterinarian. In developing an exercise plan, you should consider providing positive physical contact with humans that encourages exercise through play or similar activities. If dogs are maintained without sensory contact with other dogs, they must be provided with daily physical contact with humans. Forced methods of exercise, such as treadmills, swimming or carousel are unacceptable for meeting the exercise requirements.

Please check the appropriate box and, if necessary, describe below.

[X] My dogs are over 12 weeks of age (except bitches with litters), and are housed individually in a cage, pen or run that provides at least two times the floor space required for that dog, as described in Section 3.6(c)(1).

[X] My dogs are over 12 weeks of age and are housed in compatible groups in a cage, pen or run that provides, in total, at least 100 percent of the required space for each dog if it were maintained separately.

[ ] Other: Please describe the exercise provided to your dogs to meet these requirements (type or print legibly).

A. Frequency: _____

B. Method: _____

_____

C. Duration: _____

(I). I have read the regulations pertaining to the need and requirements for a written exercise plan for my dogs, and hereby submit this completed "Exercise Plan for Dogs" to meet that requirement.

LICENSEE/REGISTRANT SIGNATURE _____

DATE __12/6/13__

(II). I have read and approve this exercise plan.

VETERINARIANS NAME __John H. Prines DVM__ (Type or print legibly)

VETERINARIANS SIGNATURE _____

DATE __9/17/17__

EXHIBIT "G" p.1

46

# RECORD OF ANIMALS ON HAND
(Other than Dogs or Cats)

CATS

U.S. DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE

Public reporting burden for this collection of information is estimated to average ... including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing this collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to U.S. Department of Agriculture, Clearance Officer, OIRM, Room 404-W, Washington, D.C. 2 and to the Office of Management and Budget.

This record is required by law (7 U.S.C. 2131-2156). Failure to maintain this record can result in suspension or revocation of license.

FORM APPROVED: OMB NO. 0579-0036

1. USDA LICENSE NO.

2. NAME AND ADDRESS OF DEALER

| A CONTAINER TAG NO. CRATE OR PEN NO | B NO. ANIMALS | C INDIVIDUAL IDENT. TATTOS OR TAG NOS. (If applicable) | D SPECIES | AGE - SEX NO. YOUNG | | NO. ADULT | | F INVOICE NO. | G DATE (Mo. Day Year) | H ARRIVAL AT PREMISES FROM (Name and Address) (Give License No. if Licensee) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | M | F | M | F | | | |
| | 1 | | African Lion (Njarra) | M | Ⓕ | M | F | | 10-11-97 | Tubaugh Auction, Kelona, IA |
| | 1 | | Tiger Mishra | M | Ⓕ | M | F | | 11-15-03 | Browns Oakridge Zoo 17732 N Oaky FkoRd, Smithfield IL |
| | 1 | | Tiger Sheikha | M | F | Ⓜ | F | | 4-26-04 | Bob Strege, Mt Ayr IA 42 202 00 |
| | 1 | | Bobcat Milo | M | F | Ⓜ | F | | 8-6-04 | Spearhead Game Farm IV04-4 Poplar, North Plate NB |
| | 1 | | Tiger (Mini) | Ⓜ | F | M | F | | 12-7-04 | born here |
| | 1 | | Tiger (Keithn) | M | Ⓕ | M | F | | 9-26-05 | born here |
| | 1 | | Lion (Dunlyin) | Ⓜ | F | M | F | | 10-4-05 | Browns Ozkridge Zoo Smithfield IL |
| | 1 | | White Tiger (Bosha) (Toyha & Toefae) | M | F | Ⓜ | F | | 10-28-07 | Craig Perry Center Point IA |
| | 1 | | Cougars Toefae | Ⓜ | F | M | F | | 7-11-01 | born here |
| | 2 | | Cougar Chumly | Ⓜ | F | M | Ⓕ | | 8-27-07 | Pam Grosien Maquoketa IA |

FROM (Mo. Day Year)

APHIS FORM 7019
(JAN 90)

Replaces VS 18-19 (9/72) which may be used.

EXHIBIT "H" p.1

47

this record is authorized by law (7 USC 2131-2156). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

See reverse side for additional information.

FORM APPROVED
OMB NO. 0579-0036

**U.S. DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

## RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT
### OF ANIMALS *(Other Than Dogs and Cats)*

| 1. INVOICE NO. | 2. PAGE |
|---|---|
| | 1 OF 1 |

☒ SALE  ☐ EXCHANGE OR TRANSFER  ☐ DONATION

**3. DATE OF DISPOSITION**
9-8-10

**INSTRUCTIONS:** Complete applicable Items 1 through 13. Original and one copy to accompany animals. When delivery is made - Items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

**4. DEALER'S LICENSE NO.**
35-B-0104

**4. SELLER OR DONOR** *(Name and Address, include Zip Code)*
Animal Haven Zoo
N 1720 Bucholtz Rd
Weyauwega WI 54983

**6. BUYER OR RECEIVER** *(Name and Address, include Zip Code)*
Pamela Sellner
Cricket Hollow Zoo
1512-210th St. Manchester IA 52205

**7. USDA LICENSE NO.** *(if any)*
42-C-0084

**8. IDENTIFICATION OF ANIMALS BEING DELIVERED**

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANIMALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | F. NO. YOUNG (M/F) | G. NO. ADULT (M/F) | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | RECEIVER'S USE J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | African porcupine | M / F | Ⓜ / F | | 7yrs. | | |
| | 1 | | | Coatimundi | M / F | Ⓜ / F | | 8yrs. | | |
| | 1 | | | African lion | M / F | M / Ⓕ | | 8yrs. | | |
| | 1 | | | African lion | M / F | M / Ⓕ | | 8yrs. | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |

**DELIVERY BY COMMERCIAL CARRIER**

**9. DELIVERY BY ("X" one)**
☒ Buyer's Truck  ☐ Dealer's Truck (Seller or Donor)

**10. TRUCK LICENSE NO.**

**11. BILL OF LADING NO.**

**12. NAME AND ADDRESS OF COMPANY OR FIRM**
Same as above

**13. NAME AND ADDRESS OF TRUCK DRIVER**
Same as above

**DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER**

**14. ANIMALS DELIVERED WERE ("X" one)**
☒ IN APPARENT GOOD CONDITION  ☐ POOR CONDITION  ☐ REJECTED *(Attach explanation for rejection)*

| 15. TOTAL NUMBER RECEIVED | 16. NUMBER DEAD | 17. NUMBER ALIVE |
|---|---|---|
| 4 | 0 | 4 |

**18. BY** *(Signature)*
Pamela Sellner

**19. TITLE**
Owner

**20. DATE**
9-8-10

EXHIBIT "I" p.1

48

ANIMAL AND PLANT HEALTH INSPECTION SERVICE

# RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT
## OF ANIMALS (Other Than Dogs and Cats)

| 1. INVOICE NO. | | 2. PAGE |
|---|---|---|
| | | 1 OF |

☐ SALE  ☐ EXCHANGE OR TRANSFER  ☒ DONATION

**2. DATE OF DISPOSITION:** 11-15-03

**INSTRUCTIONS:** Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made - items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

**4. DEALER'S LICENSE NO.:** 33-C-0007

**4. SELLER OR DONOR** (Name and Address, include Zip Code)
Ivanov Nancy & Burra
Burra's Oakridge Zoo
17732 N. Dairy Farm Rd.
Smithfield SL 20477

**6. BUYER OR RECEIVER** (Name and Address, include Zip Code)
Cricket Hollow Zoo
Pam Sellner
Manchester, Iowa

**7. USDA LICENSE NO.** (if any): 42-C-0084

### 8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANI-MALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | F. NO. YOUNG | G. NO. ADULT | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | RECEIVER'S USE J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | tiger | M / F | M / X | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |

### DELIVERY BY COMMERCIAL CARRIER

**9. DELIVERY BY ("X" one)**
☒ Buyer's Truck   ☐ Dealer's Truck (Seller or Donor)

**10. TRUCK LICENSE NO.**

**11. BILL OF LADING NO.**

**12. NAME AND ADDRESS OF COMPANY OR FIRM**

**13. NAME AND ADDRESS OF TRUCK DRIVER**

### DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

**14. ANIMALS DELIVERED WERE ("X" one)**
☐ IN APPARENT GOOD CONDITION  ☐ POOR CONDITION  ☐ REJECTED (Attach explanation for rejection)

| 15. TOTAL NUMBER RECEIVED | 16. NUMBER DEAD | 17. NUMBER ALIVE |
|---|---|---|
| 1 | 0 | 1 |

**18. BY (Signature):** Pam Sellner

**19. TITLE:** Owner

**20. DATE:** 11/15/03

APHIS FORM 7020 (APR 93)   (Replaces VS FORM 18-20, which is now obsolete, and APHIS Form 7020 (10-90) which may be used.)

EXHIBIT "I" p.2

ORIGINAL - BUYER'S COPY (Receiver)

49

**U.S. DEPARTMENT OF AGRICULTURE**
ANIMAL AND PLANT HEALTH INSPECTION SERVICE.

## RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS (Other Than Dogs and Cats)

| 1. INVOICE NO. | 2. PAGE |
|---|---|
| | 1 OF |

☐ SALE ☐ EXCHANGE OR TRANSFER ☒ DONATION

**3. DATE OF DISPOSITION** 7-10-14

**INSTRUCTIONS:** Complete applicable Items 1 through 13. Original and one copy to accompany animals. When delivery is made - Items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

**4. DEALER'S LICENSE NO.** 35-B-0104

| 4. SELLER OR DONOR (Name and Address, include Zip Code) | 6. BUYER OR RECEIVER (Name and Address, include Zip Code) |
|---|---|
| Animal Haven Zoo N1720 Buchholtz Rd Weyauwega, WI 54983 | Cricket Hollow Zoo 1512-210th St. Manchester IA 52057 |

**7. USDA LICENSE NO. (if any)** 42-C-0084

**2. IDENTIFICATON OF ANIMALS BEING DELIVERED**

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANIMALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | F. NO. YOUNG | G. NO. ADULT | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | RECEIVER'S USE J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | White Tiger | M / F | M ⊠ / F | | gd Cond. | | |
| | 1 | | | Yellow Tiger | M / F | M / ⊠ F | | gd Cond. | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |

**DELIVERY BY COMMERCIAL CARRIER**

| 9. DELIVERY BY ("X" one) | 10. TRUCK LICENSE NO. | 11. BILL OF LADING NO. |
|---|---|---|
| ☒ Buyer's Truck  ☐ Dealer's Truck (Seller or Donor) | | |

| 12. NAME AND ADDRESS OF COMPANY OR FIRM | 13. NAME AND ADDRESS OF TRUCK DRIVER |
|---|---|
| | |

**DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER**

**14. ANIMALS DELIVERED WERE ("X" one)**
☒ IN APPARENT GOOD CONDITION   ☐ POOR CONDITION   ☐ REJECTED (Attach explanation for rejection)

| 15. TOTAL NUMBER RECEIVED | 16. NUMBER DEAD | 17. NUMBER ALIVE |
|---|---|---|
| 2 | 0 | 2 |

| 18. BY (Signature) | 19. TITLE | 20. DATE |
|---|---|---|
| Thomas Sellner | Owner | 7-10-14 |

EXHIBIT "I" p.3

This record is authorized by law (7 USC 2131-2156). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

See reverse side for additional information.

FORM APPROVED
OMB NO. 0579-0036

**U.S. DEPARTMENT OF AGRICULTURE**
ANIMAL AND PLANT HEALTH INSPECTION SERVICE

## RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT
## OF ANIMALS (Other Than Dogs and Cats)

| 1. INVOICE NO. | 2. PAGE |
|---|---|
| | 1 OF |

☐ SALE   ☐ EXCHANGE OR TRANSFER   ☒ DONATION

**3. DATE OF DISPOSITION**
4-25-04

**INSTRUCTIONS:** Complete applicable Items 1 through 13. Original and one copy to accompany animals. When delivery is made - Items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

**4. DEALER'S LICENSE NO.**
42-B-0200

**4. SELLER OR DONOR** (Name and Address, include Zip Code)
Bob Strange
Box 41 RI
Mt Ayr, IA

**6. BUYER OR RECEIVER** (Name and Address, include Zip Code)
Pamela Sellner
1512-210th St.
Manchester IA 52057

**7. USDA LICENSE NO.** (If any)
42-C-0084

**8. IDENTIFICATION OF ANIMALS BEING DELIVERED**

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANI-MALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | F. NO. YOUNG | G. NO. ADULT | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | | | Tiger | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |

RECEIVER'S USE (J. K.)

**DELIVERY BY COMMERCIAL CARRIER**

**9. DELIVERY BY** ("X" one)
☒ Buyer's Truck   ☐ Dealer's Truck (Seller or Donor)

**10. TRUCK LICENSE NO.**

**11. BILL OF LADING NO.**

**12. NAME AND ADDRESS OF COMPANY OR FIRM**

**13. NAME AND ADDRESS OF TRUCK DRIVER**

**DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER**

**14. ANIMALS DELIVERED WERE** ("X" one)
☒ IN APPARENT GOOD CONDITION   ☐ POOR CONDITION   ☐ REJECTED (Attach explanation for rejection)

| 15. TOTAL NUMBER RECEIVED | 16. NUMBER DEAD | 17. NUMBER ALIVE |
|---|---|---|
| 2 | O | 2 |

**18. BY** (Signature)
Pamela Sellner

**19. TITLE**
owner

**20. DATE**
4-25-04

EXHIBIT "I" p.4

51

See reverse side for additional information.

FORM APPROVED
OMB NO. 0579-0036

**U.S. DEPARTMENT OF AGRICULTURE**
ANIMAL AND PLANT HEALTH INSPECTION SERVICE

**RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS** *(Other Than Dogs and Cats)*

| 1. INVOICE NO. | 2. PAGE |
|---|---|
| | 1 OF 1 |

3. DATE OF DISPOSITION
9-8-10

☐ SALE   ☐ EXCHANGE OR TRANSFER   ☒ DONATION

4. DEALER'S LICENSE NO.
35-B-0104

**INSTRUCTIONS:** Complete applicable Items 1 through 13. Original and one copy to accompany animals. When delivery is made - Items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

4. SELLER OR DONOR *(Name and Address, Include Zip Code)*
Animal Haven Zoo
N1720 Buchholtz
Weyauwega WI 54983

6. BUYER OR RECEIVER *(Name and Address, Include Zip Code)*
Pamela Sellner
Cricket Hollow Zoo
1512-210th St. Manchester IA 52057

7. USDA LICENSE NO. *(If any)*
42-C-0084

8. IDENTIFICATON OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANIMALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | F. AGE-SEX NO. YOUNG | G. AGE-SEX NO. ADULT | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | RECEIVER'S USE J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 14 | | | ringtail lemurs | M / F | M (M) / F | 15# | | | |
| | 1 | | | ringtail lemurs | M / F | M / (F) | 15# | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |

**DELIVERY BY COMMERCIAL CARRIER**

9. DELIVERY BY *("X" one)*
☒ Buyer's Truck   ☐ Dealer's Truck (Seller or Donor)

10. TRUCK LICENSE NO.

11. BILL OF LADING NO.

12. NAME AND ADDRESS OF COMPANY OR FIRM
Same as above

13. NAME AND ADDRESS OF TRUCK DRIVER
Same as above

**DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER**

14. ANIMALS DELIVERED WERE *("X" one)*
☒ IN APPARENT GOOD CONDITION   ☐ POOR CONDITION   ☐ REJECTED *(Attach explanation for rejection)*

| 15. TOTAL NUMBER RECEIVED | 16. NUMBER DEAD | 17. NUMBER ALIVE |
|---|---|---|
| 2 | 0 | 2 |

18. BY *(Signature)*
Pamela Sellner

19. TITLE
Owner

20. DATE
9-8-10

EXHIBIT "I" p.5

# RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT
## OF ANIMALS (Other Than Dogs and Cats)

| 1. INVOICE NO. | 2. PAGE |
| --- | --- |
| | 1 OF |

☐ SALE ☐ EXCHANGE OR TRANSFER ☒ DONATION

**3. DATE OF DISPOSITION** 7-22-2009

INSTRUCTIONS: Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made - items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

**4. DEALER'S LICENSE NO.** —

**4. SELLER OR DONOR** (Name and Address, include Zip Code)
Wolf Rescue
1916 Bluff Hole Rd
Marshall, AK

**6. BUYER OR RECEIVER** (Name and Address, include Zip Code)
Cricket Hollow Zoo
1512-210th St.
Manchester IA 52057

**7. USDA LICENSE NO.** (if any)
42-C-0084

**8. IDENTIFICATON OF ANIMALS BEING DELIVERED**

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANIMALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | AGE - SEX F. NO. YOUNG | G. NO. ADULT | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | RECEIVER'S USE J. | K. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 3 | | | hybrid wolves | M  F | (M) 3 (F) | 100# | | | |
| | | | | | M  F | M  F | | | | |
| | | | | | M  F | M  F | | | | |
| | | | | | M  F | M  F | | | | |
| | | | | | M  F | M  F | | | | |
| | | | | | M  F | M  F | | | | |
| | | | | | M  F | M  F | | | | |
| | | | | | M  F | M  F | | | | |
| | | | | | M  F | M  F | | | | |
| | | | | | M  F | M  F | | | | |

**DELIVERY BY COMMERCIAL CARRIER**

**9. DELIVERY BY** ("X" one)
☒ Buyer's Truck ☐ Dealer's Truck (Seller or Donor)

**10. TRUCK LICENSE NO.**

**11. BILL OF LADING NO.**

**12. NAME AND ADDRESS OF COMPANY OR FIRM**

**13. NAME AND ADDRESS OF TRUCK DRIVER**

**DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER**

**14. ANIMALS DELIVERED WERE** ("X" one)
☒ IN APPARENT GOOD CONDITION ☐ POOR CONDITION ☐ REJECTED (Attach explanation for rejection)

**15. TOTAL NUMBER RECEIVED** 3
**16. NUMBER DEAD** 0
**17. NUMBER ALIVE** 3

**18. BY** (Signature)

**19. TITLE** owner

**20. DATE** 7-22-09

APHIS FORM 7020
(APR 93)
Replaces VS FORM 18-20, which is now obsolete, and APHIS Form 7020 (10-90) which may be used.

EXHIBIT "I" p. 6

ORIGINAL - BUYER'S COPY (Receiver)

53

This record is authorized by law (7 USC 2131-2156). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

See reverse side for additional information.

FORM APPROVED
OMB NO. 0579-0036

**U.S. DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

## RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT
### OF ANIMALS (Other Than Dogs and Cats)

| 1. INVOICE NO. | 2. PAGE |
| | 1 OF |

☐ SALE  ☐ EXCHANGE OR TRANSFER  ☒ DONATION

**3. DATE OF DISPOSITION**
3-16-10

**INSTRUCTIONS:** Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made - Items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

**4. DEALER'S LICENSE NO.**
73-C-0139

**5. SELLER OR DONOR** (Name and Address, include Zip Code)
GW EXOTIC ANIMAL PARK
25803 N. CR 3250
WYNNEWOOD OK 73098

**6. BUYER OR RECEIVER** (Name and Address, include Zip Code)
CRICKET Hollow ZOO
1512 210TH ST
MANCHESTER IOWA 52057

**7. USDA LICENSE NO.** (If any)
42-C-0084

### 8. IDENTIFICATON OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANIMALS | C. PREVIOUS INVOICE NO. (If any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (If applicable) | E. SPECIES | F. AGE-SEX NO. YOUNG | G. NO. ADULT | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | RECEIVER'S USE J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | | | HYBRID WOLF | No. 2 F | M F | | PUPS | | |
| | | | | | M F | M F | | | | |
| | | | | | M F | M F | | | | |
| | | | | | M F | M F | | | | |
| | | | | | M F | M F | | | | |
| | | | | | M F | M F | | | | |
| | | | | | M F | M F | | | | |
| | | | | | M F | M F | | | | |
| | | | | | M F | M F | | | | |
| | | | | | M F | M F | | | | |

### DELIVERY BY COMMERCIAL CARRIER

**9. DELIVERY BY** ("X" one)
☒ Buyer's Truck   ☐ Dealer's Truck (Seller or Donor)

**10. TRUCK LICENSE NO.**
E 1691 Iowa

**11. BILL OF LADING NO.**

**12. NAME AND ADDRESS OF COMPANY OR FIRM**
CRICKET Hollow ZOO
1512 210TH ST
MANCHESTER IOWA 52057

**13. NAME AND ADDRESS OF TRUCK DRIVER**
Kyle Cooke
1289 120th St
Strawberry Pt. IA, 52076

### DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

**14. ANIMALS DELIVERED WERE** ("X" one)
☒ IN APPARENT GOOD CONDITION   ☐ POOR CONDITION   ☐ REJECTED (Attach explanation for rejection)

**15. TOTAL NUMBER RECEIVED**
2

**16. NUMBER DEAD**

**17. NUMBER ALIVE**
2

**18. BY** (Signature)

**19. TITLE**

**20. DATE**
3/16/11?

EXHIBIT "I" p.7

54

# SPECIES  Lion  (Njarra)  born 7-17-97

| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
|---|---|---|---|---|
| 1-9-06 | 1-13-06 | Panacur | Killed 4 way | declawed in 1997 |
| 1-3-07 stopped round | | | vaccine 9-9-97 | |
| 5-23-08 found worm | 1-30-09 | Panacur | | |
| 5-19-09 OK | 2-2-10 | Panacur | | |
| | 1-10-11 | Panacur | | |
| | 2-13-12 | Panacur | | |
| | 1-31-13 | Parcur | | |
| | 2-15-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " 8 " p.1

55

| SPECIES Lion | | (Dandylion) | | born 3-15-05 (Kuova K Kei |
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| 1-9-06 | 1-13-06 | Panacur | killed 4 way 4-30-05 | |
| 1-3-07 strong round | 3-11-07 | Panacur | killed 4 way 5-16-05 | |
| 5-28-08 round worms | 8-10-08 | Panacur | | |
| 5-19-09 OK | 1-30-09 | Panacur | | |
| | 2-2-10 | Panacur | | |
| | 1-10-11 | Panacur | | |
| | 2-13-12 | Panacur | | |
| | 1-31-13 | Panacur | | |
| | 2-15-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " 8 " p. 2

56

former drughouse lion
went to a sanctuary
Then sold to 200

| SPECIES | Lion | | | Jonwah born 2008? |
|---------|------|--|--|-------------------|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| | 1-10-11 | Panacur | | arrived here Sept 8, 10 |
| | 2-13-12 | Panacur | | Fly Repellent ointment on both ears 7|5|11 |
| | 10-20-13 | Panacur | | |
| | 2-15-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " γ " p.3

| SPECIES | Serval | | Casaya | DOB 7-14-06 |
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| 10-4-12 OK | 10-1-10 | Panacur | kitten vaccine at | arrived 10-25-09 |
| | 10-15-11 | Panacur | 9-12-16 & 20 wks | dewormed on all 4 (declawed 10-4-06) |
| | 9-1-12 | Panacur | #A47 rabies 10-26-06 | Advantage 8-10-10 |
| | 10-4-13 | Panacur | rabies 11-2-08 | Fipronil + somethoprene treatment 7/6/11 |
| | | | 11-2-08 4 way vaccine | Frontline @ 10-12, Frontline 7-13-12 |
| | | | | |
| | | | | |

## VACCINATION RECORD



| AGE | DATE | Rabies | Panleukopenia | Rhinotracheitis | Calicivirus | Chlamydia | Leukemia | FIP | |
|---|---|---|---|---|---|---|---|---|---|
| 10 WKS. | 9-3 | X | X | X | X | X | | | 06 |
| 9 WKS. | 10-4 | | | | | X | | | 06 |
| 15 WKS. | 10-26 | X | X | X | X | X | X | | 06 |
| 16 WKS. | 11-31 | | | | | | | | 06 |
| 20 WKS. | 12-33 | | | | | | | | 06 |
| 1 YR. | 10-4 | X | X | X | X | X | | | 07 |
| 2 YRS. | 11-2 | X | X | X | X | X | X | | 08 |
| 3 YRS. | | | | | | | | | |
| 4 YRS. | | | | | | | | | |
| 5 YRS. | | | | | | | | | |
| 6 YRS. | | | | | | | | | |
| 7 YRS. | | | | | | | | | |
| 8 YRS. | | | | | | | | | |
| 9 YRS. | | | | | | | | | |
| 10 YRS. | | | | | | | | | |
| 11 YRS. | | | | | | | | | |
| 12 YRS. | | | | | | | | | |
| 13 YRS. | | | | | | | | | |
| 14 YRS. | | | | | | | | | |
| 15 YRS. | | | | | | | | | |
| 16 YRS. | | | | | | | | | |
| 17 YRS. | | | | | | | | | |
| 18 YRS. | | | | | | | | | |
| 19 YRS. | | | | | | | | | |
| 20 YRS. | | | | | | | | | |

## IMMUNIZATION

Many feline diseases can now be prevented through vaccination. A vaccination schedule prepared by your veterinarian can thus greatly contribute to good health and a longer life span for your cat. Below are the most important diseases for which vaccines are currently available:

**Rabies**, one of the world's most publicized and feared diseases, is almost always fatal. Rabies virus attacks the brain and central nervous system, and is transmitted to humans chiefly through the bite of an infected animal. In 1981-82, for the first time, more cats than dogs were reported to have rabies. This situation has led many authorities to recommend rabies vaccination for all cats.

**Feline panleukopenia (feline distemper)** is among the most widespread of all cat diseases, and is extremely contagious. Characterized by fever, loss of appetite, vomiting and diarrhea, feline panleukopenia causes high death loss, particularly among kittens.

**Feline viral rhinotracheitis (FVR)** is a highly contagious respiratory disease characterized by sneezing, loss of appetite, fever, and eye inflammation. As the disease progresses, a discharge is noticeable from both nose and eyes.

**Feline calicivirus (FCV)** is another serious feline respiratory infection. Often occuring simultaneously with feline viral rhinotracheitis. Signs of infection are similar to FVR (fever, loss of appetite, nasal discharge), but calicivirus-infected cats may also have ulcers on the tongue.

**Feline pneumonitis**, is caused by the organism *Chlamydia psittaci*. Signs of pneumonitis are similar to those of FVR and FCV (sneezing, fever, loss of appetite, nasal discharge, inflamed eyes).

**Feline leukemia** is a viral disease which can take several forms. Some cats have transient infections with few ill effects. Others have persistent infections varying in severity, some of which may be fatal over time. Extensive scientific research has shown no relationship between feline leukemia and human leukemia.

**FIP** is a complex disease of cats caused by feline infectious peritonitis virus. The most commonly diagnosed

EXHIBIT " g " p. 4

Lucy

| SPECIES | Red Ruff Lemur | Female | born 11-2000 | | |
|---------|---------|---------|---------|---------|---------|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO | |
| 06-10-09 ok | 6-17-11 | Panacur | | Ivermectin dust 7-20-12 | |
| | 5-15-12 | Panacur | | | |
| | 6-1-13 | Panacur | | | |
| | 5-1-14 | Panacur | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBIT " g " p.5

| SPECIES | Ring Tail Lemurs | | M & F | born 2008(?) Chuki & Kondo |
|---------|---------|---------|--------------|-------------------------|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| | 6-17-11 | Panacur | | arrived 9-8-10 about |
| | 5-5-12 | Panacur | | 9 yrs. old |
| | 6-1-13 | Panacur | | Kondo died 7-31-11 |
| | 5-1-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " g " p. 6

| SPECIES | Coyotes | | Goesche & Lalet | born 4-7-10 |
|---------|---------|--|-----------------|-------------|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| | 6-15-11 | Purantal pamoate | | arrived 7-31-10 |
| | 7-1-12 | Pyrantel pamoate | | Separated 2 females pen because of dominine issues |
| | 5-14-13 | panacur | | 5-5-12 |
| | 6-5-14 | pyrantal pamoate | | Goesche bit on front |
| | | | | foot by sister May 1, 2014 rebit through fence May 18, 2014 treated with oral Amoxicillin in water 7 days. OK |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

2 Female Coyotes

Born 4-7-10

Wormed 5-10-10 Safeguard

Wormed 5-30-10 Nemex

Wormed 7-26-10

3 Hots

6-10-10

7-15-10

EXHIBIT " J " p.7

75% Wolf hybrids

2 pups from G&W Park, O
arrived 3-17-10

# SPECIES  3 wolves from Harold Hansen  2 males 1 female  born 12-29-07

| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
|---|---|---|---|---|
|  | 8-1-09 | panacur |  | treated for ticks |
|  | 2-15-10 | pyrantel pamoate |  | upon arrival 7-22-09 & 8-1-09 |
|  | 3-21-10 | panacur | pups 4-1-10 5 way vaccine | 2 bottle fed pups arrived 3-17-10 |
|  | 6-15-11 | pyrantel pamoate | 4-28-10 5 way vaccine | lost 1 pup (Wakanda) 6-25-10 |
|  | 5-2-12 | panacur |  |  |
|  | 5-5-13 | panacur |  |  |
|  | 6-1-14 | pyrantel pamoate |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

old female died 2-28-13

EXHIBIT " g " p.8

| SPECIES | Tiger | (SherKhan) | | born 1994 |
|---|---|---|---|---|
| **FECAL EXAM** | **WORMING** | **PRODUCT** | **VACCINATIONS** | **MISC. TREATMENTS & INFO** |
| 1-9-06 | 1-13-06 | Panacur | | came to us at 10 yrs old |
| 1-3-07 ok | 5-30-09 | Panacur | | declawed, Noted & looked |
| 5-28-08 OK | 6-1-10 | Panacur | | at by Dr. Esch that lower right canine is split |
| 5-19-09 OK | 5-16-11 | Panacur | | died 2-25-14. old age |
| | 4-6-12 | Panacur | | |
| | 5-2-13 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " g " p.9

63

born April '02

| SPECIES | Tiger (white) | | Sascha | |
|---|---|---|---|---|
| **FECAL EXAM** | **WORMING** | **PRODUCT** | **VACCINATIONS** | **MISC. TREATMENTS & INFO** |
| 5-28-08 OK | | | | arrived 10-28-07 missing l rear (declawed on all 4) toe |
| 5-19-09 stomach | 5-30-09 | Panacur | | |
| 5-21-10 OK | 6-1-10 | Panacur | | |
| | 5-16-11 | Panacur | | |
| | 4-6-12 | Panacur | | |
| | 5-2-13 | Panacur | | |
| | 4-30-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " g " p.10

64

| SPECIES Tiger | | | (Keirhan) born 8-26-05 Sheba x SherKhan | |
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| 10-18-05 OK | 1-13-06 | Panacur | 2-18-06 killed 4way | CBC panel 10-18-05 |
| 1-3-07 OK | 5-30-09 | Panacur | 3-10-06 killed 4way | Anemic iron 10-20-05 |
| 5-28-08 OK | 6-1-10 | Panacur | | BM for swollen leg 10-20-05 |
| 5-18-09 stomach | 5-16-11 | Panacur | | Kidney infection Clava mox 250 mg 1-9-06 |
| | 4-6-12 | Panacur | | 10-7-06 - Tail bit treated with tea tree oil shortened |
| | 5-2-13 | Panacur | | |
| | 4-30-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " J " p.11

65

| SPECIES Tiger (Miraj) | | | born 12-7-04 Shoba x Sherkhan | | |
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| 3-8-05 ok | 1-13-06 | Panacur | killed 4 way 1-15-05 | born with crossed |
| 1-9-06 OK | 5-30-09 | Panacur | killed 4 way 2-1-05 | eyes. bottle fed |
| 1-3-07 OK | 6-1-10 | Panacur | | from day 1 - rejected |
| 5-28-08 OK | 5-16-11 | Panacur | | by mother. Oasis colostrum |
| 5-19-09 OK | 4-6-12 | Panacur | | product from Dr. Gary Pusillo |
| | 5-2-13 | Panacur | | |
| | 4-30-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " g " p.12

| SPECIES Tiger (Natasha) | | | | born 6-15-03 Brown's Oakridge zoo Smithfield, IL |
|---|---|---|---|---|
| **FECAL EXAM** | **WORMING** | **PRODUCT** | **VACCINATIONS** | **MISC. TREATMENTS & INFO** |
| 1-9-06 | 1-13-06 | Panacur | killed 4 way 7-30-08 | |
| 1-3-07 OK | 5-30-09 | Panacur | killed 4way 8-17-03 | |
| 5-28-08 OK | 6-1-10 | Panacur | | Natasha became SherKhan's cage mate March 20, 2012 |
| 5-19-09 OK | 5-6-11 | Panacur | | Had 2 cubs 8-12-12 good mom |
| | 4-6-12 | Panacur | | |
| | 5-2-13 | Panacur | | |
| | 4-30-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " 𝒥 " p.13

| SPECIES | Tiger (Luna) female | | | DOB 6-03 |
|---------|---------|---------|--------------|----------------------------|
| **FECAL EXAM** | **WORMING** | **PRODUCT** | **VACCINATIONS** | **MISC. TREATMENTS & INFO** |
| | 8-1-14 | Panacur | killed 4 way 1-14 | arrived 7-10-14 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |



EXHIBIT " g " p.14

| SPECIES | Tiger (Caspar) white male | | DOB 6-04 | |
|---------|---------|---------|---------|---------|
| **FECAL EXAM** | **WORMING** | **PRODUCT** | **VACCINATIONS** | **MISC. TREATMENTS & INFO** |
| | | | Killet 4 way 1-14 | arrived 7-10-14 declawed |
| | 8-1-14 | Panacur | | on fronts only |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " 8 " p.15

(Natasha X SherKhan)

| **SPECIES** Tiger | | | Rajohn & Raoul born 8-12-12 | |
|---|---|---|---|---|
| **FECAL EXAM** | **WORMING** | **PRODUCT** | **VACCINATIONS** | **MISC. TREATMENTS & INFO** |
| | 6-12-12 | Panacur | killed 4 way | pulled & bottled at 10 days |
| | 6-19-13 | Panacur | Vaccine 10-1-12 | 11-20-12 Raoul went |
| | 5-4-14 | Panacur | Booster 4 way 11-3-12 | to Elkader vet for pulled ligament in back legs - ok |
| | | | | Raoul - quick pneumonia 10-1-13 given Naxcel |
| | | | | Excede, Onyket & Depzsone as prescribed by Dr. Pross. Cub died 6/9/13 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " g " p.16



EXHIBIT "K" p.1



EXHIBIT " K " p.2



EXHIBIT " K "
p.3



EXHIBIT " K " p.4



EXHIBIT " K "
p.5



EXHIBIT " K " p.6



EXHIBIT "K" p.7



EXHIBIT " K " p.8



EXHIBIT " K "p.9



EXHIBIT " K " p110



EXHIBIT " K " p.11



EXHIBIT " K " p.12



EXHIBIT " K " p.13



# Certified Member

| | |
|---|---|
| Pamela Sellner | October 2014 |
| Name | Expiration |

General
Membership Type

Fel_ne Conservation Federation

| 4508 | Registered | Advanced |
|---|---|---|
| ID# | Handler Status | Level |

This card certifies that the above stated person is an official member of the FCF,
260    helping to maintain and protect our wild feline resources for future generations

EXHIBIT "L" p.1



USDA
United States
Department of
Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Ave.
Building B
Mail Stop # 3W11
Ft Collins, CO 80526
Phone: 970/494-7478

# PROGRAM OF VETERINARY CARE INSTRUCTIONS

*The enclosed Program of Veterinary Care (PVC) should be completed and signed by your attending veterinarian and <u>must</u> be signed by you.

*Keep the properly completed PVC as part of your records that will be reviewed by your USDA inspector.

*<u>DO NOT</u> send the completed PVC form to this office.

*You need a new PVC form only if you change your attending veterinarian.

*You need to update your PVC form and have it re-signed by your attending veterinarian any time you add a new species of animal to your facility or make any other changes in the veterinary care you are providing.

*This sheet may be used as a means to document your attending veterinarian's visit to your facility. If you choose to use it for that purpose, have your attending veterinarian sign and date this sheet during each visit to your facility. This sheet should be kept with your PVC.

| _(signature)_ | 10/17/10 |
| Veterinarian Signature | Date |
| _(signature)_ | 8/24/11 |
| Veterinarian Signature | Date |
| _(signature)_ | 9/17/12 |
| Veterinarian Signature | Date |
| _(signature)_ | 9/30/13 |
| Veterinarian Signature | Date |
| _(signature)_ | 8/25/14 |
| Veterinarian Signature | Date |
| | |
| Veterinarian Signature | Date |
| | |
| Veterinarian Signature | Date |
| | |
| Veterinarian Signature | Date |
| | |
| Veterinarian Signature | Date |

Note: This is an optional document to assist licensees/registrants in meeting the requirements of the regulations. Licensees/Registrants may develop their own formats if desired.

 APHIS  Safeguarding American Agriculture
APHIS is an agency of USDA's Marketing and Regulatory Programs

An Equal Opportunity Provider and Employer

EXHIBIT " M "  p. 1

85

# 21-Day Reproduction Record

| AUGUST 2013 | AUGUST 2013 | SEPTEMBER 2013 | OCTOBER 2013 | OCTOBER 2013 |
|---|---|---|---|---|
| 2 | 23 (herd health) | 13 Sharise heat / Silage from Neuman | 4 Heidi & Holly heat | 25 |
| 78° | 83° | 89° | 59° ½" rain ☺ | 49° |
| 3 | 24 got skunk Kolono - Wind | 14 Henderson Petting Zoo | 5 | 26 Neuman - pg/ct 1 free +2 |
| 79° | 85° humid | 69° | 68° 1" am /some rain | 70° windy |
| 4 | 25 | 15 Waterloo Park Petting Zoo | 6 | 27 Last Zoo Day |
| 78° | 87° humid | 72° 3/10" rain | 48° | 55° |
| 5 Rains calves Jack son cows | 26 Fans - bull PM | 16 Dried Leaner No TUBES | 7 Sold Tappy - Rep Tona - Repro Keichom - Lost pm | 28 Highway donkeys & horses for stall |
| 79° 1½" rain | 90° humid hot warning | 72° | 68° | 52° windy |
| 6 Dried Dee Karla NO TUBES | 27 F Jack Conny died (Changed milk pattern) | 17 Cynthia Lynn heat died | 8 Kora hft PM Dec bull PM | 29 Olga Super |
| 85° humid | 90° humid | 65° | 76° ☺ | 54° |
| 7 | 28 Jeri - hft PM | 18 Petting Hall Farmers & Fish Feed Rep | 9 Dried Elle No tubes | 30 Loren hft |
| 75° | 86° humid | 85° 5/10" rain | ??? | 55° 3/10" rain |
| 8 | 29 Farner 4 all died pigs | 19 Billy hfr PM Straight line winds 2" rain | 10 | 31 |
| 88° | 90° humid | 88° 2" rain | 76° | 54° drizzle am |
| 9 trimmed 13 cows Noow blocks | 30 Tona heat Charlie Gina | 20 Lana - hft PM | 11 Design - hft PM | NOVEMBER Charlie heat / Charlie cotton temp |
| 79° | 99° 45" 10 rain | 60° | 74° | 52° |
| 10 trim hooves Bravery Fern & pooks | 31 baby pgs Sally Pig | 21 Fresher Karchon Simmental | 12 Chopped silage | 2 Balcare |
| 70° | 85° humid | 67° | 68° | 52°/29° |
| 11 Dried Samson Tubes | SEPTEMBER Arrel heat | 22 Jasmine bred | 13 TH Trowbridge straight | 3 |
| 91° | 85° nice/wind | 70° | 65°/31° | 52° windy SE |
| 12 raining | 2 | 23 Sold Preachwest Seaman | 14 | 4 |

EXHIBIT " N " p.1

86

A handwritten dairy records calendar spanning August 2013 through November 2013.

| | | | | |
|---|---|---|---|---|
| 80° **13** Bred & Marlena (?) Cris & Ira (?) | 75° **3** | 72° **24** Bullock (circled) | 60° ¼" rain **15** Balesage (circled) | Jerry° **5** 50° |
| 75° **14** Gen. ck. Dep. magn. Keishman | 74° **4** Lilyheat Rich changed 5 outta (?) Back to bau (?) | 5° **25** USDA zoo inspection (circled) | 54° **16** New Corn in mix (circled) | 50° 7/10" rain **6** Shirleyheat Dried Elise TUBES 45° windy Am 5/10" |
| 79° **15** | 82° **5** Dried Design & Hope NO TUBES | 76° **26** picked up N no best | 58° **17** Shirleyheat Jasmine & the vet heat | 45° **7** Donna - heat |
| 78° **16** Balesage FN (circled) | 85° **6** New (circled) Groin mm T. Leclerc cow hatond 10 Silly Check | 72° **27** | 54° **18** | 45° **8** Sell beef 8 + Heidi cows nbr. dry sold windy |
| 77° **17** Sadie heat | 85° **7** Cremel heat Lemon Hi Am | 82° **28** Reptile Days 3/10" rain | 58° **19** 10° 11rain | 45° **9** Newborn! Marie Gestimony vach P. Sadie Terry in hosp. 50° |
| 78° **18** Dried Kora NO TUBES | 92° **8** Gree Hi Am | 72° **29** Y-8 died blost | 15° **20** Baby Kinko jen ¼" rain | 50° **10** Sam in Ticket Iggams Wallaby & cows + A 45° |
| 80° **19** Sell Keno Eli out FB test Trish L here | 78° hazy mco **9** Sadie heat Fiona & Heidi humid | 70° **30** Balesage (circled) Fiona & Salome heat | 50° **21** | 45° **11** Terry died Aunt Roberts died Emma - Z° <30°/9° |
| 85° **20** Feed (circled) Trans Home dried humid | 95° **10** humid | 72° OCTOBER (header) **1** house bear down to died | 42° **22** Fiona heat | 12° LP-Fall (circled) Fiona heat 25°/18° |
| 89° **21** Heidi heat humid | 95° humid **11** | 85° **2** Olga-cattmilk Karla Hi Dried Devil Am NO TUBES | 38° 25° am Snow **23** | 13° Eli heat 38° |
| 82° **22** thunderstorm Am | 82° **12** 1/10" rain 71° hi co | 62° **3** TH abdale/abscess Storked raw PM Drained | 39° **24** And Health Heidi heat | 14° Kora heat Y-7?? 39° |
| AUGUST 2013 | SEPTEMBER 2013 | OCTOBER 2013 | OCTOBER 2013 | NOVEMBER 2013 |

Dairy Records Management Systems

EXHIBIT "N" p.2

# 21-Day Reproduction Record



DHIA 211

| APRIL 2013 | MAY 2013 | MAY 2013 | JUNE 2013 | JUNE 2013 |
|---|---|---|---|---|
| 19 — Lilly 2F beef | 10 — Sold 7 lambs, 2 ostriches Zink wrestled ?? pied | 31 | 21 — Ariel neat | 12 — Dried Polly No Tubes |
| 5°/26° windy Ft Snow ice | 80° | | 85° 23/10" rain | Chm Dg Kelly-mrgt |
| 20 | 11 | JUNE 1 | 22 | 13 |
| | | Raoul ?? for pink pneumonia | ↑ 1 4/10" rain | |
| 55°/38° | 52°/33° windy | 7° | 90° | 81° |
| 21 — Olive dried to kennel | 12 — Sabre born bull S'Hock new | 2 — Honey boy Tabby " | 23 — Donna DYF Beef PM | 14 — Freeze from ?? |
| 56°/48° | 52°/52° H. frost new | 75° | 83° | 83° |
| 22 — Baleaged Silage | 13 — Trim hooves cows | 3 — sheep sheared all born "e" & heavy | 24 — Sold 3 calves Cline-hfr PM | 15 — Bolery e |
| 63°/25° | 78°/58° | 70° 3/16" rain | 86° 4/10" rain | 83° humid |
| 23 | 14 — 1st Deer cow calves red hfr calf | 4 — G 22 column | 25 — Sticks Omingen PM | 16 — Ariel Left |
| 40°/25° | 95°/60° | 101° 1/10" rain | 88° | 47° humid |
| 24 — Sold Kennedy (M) | 15 — Dueller OD ?? pos heat 2nd beef AM | 5 — grain mix | 26 — Eucalyptus L4/10 ?? | 17 — 100° F ohno |
| 55°/35° | 72° | 68° 6/10" rain | 90° 1 4/10" rain | 79° humid |
| 25 | 16 — herd health Dried Sibyl No Tubes | 6 — Dried Kelly No Tubes | 27 — 3 baby chicks | 18 |
| 54°/47° | 70° | 67° 5/10" rain | 78° humid | 63° humid |
| 26 — Barn Swallows home | 17 — put OD in 200 cage | 7 | 28 — 2 T psod ?? Ind. | 19 |
| 60°/45° | 80° | 68° | 83° nice perfect | 83° humid |
| 27 — Dads surprise 40# BDi cattle on rye | 18 — Kelons style fences cattle off Eye | 8 — Honey Heat | 29 — Stacrel PM post boon heat collard Dutton ?? Proclude ?? | 20 — ?? Sproul A |
| 10°/39° | 82° Elsa Left | 74° planted corn | 70° | 83° less humid |
| 28 | 19 — 6 Mkt show pigs minimal point | 9 — Bolery a | 30 — Holly-Dell calf AM sprayed corn | 21 |
| 79°/49° | 85° 3/10" rain 90° | 68° | 75° | 83° |
| 29 | 20 — All hay loaded | 10 | JULY 1 — Mambo nest | 22 |

EXHIBIT "N" p. 3

This is a handwritten calendar grid with daily entries for May, June, July, and August 2013.

| | | | | |
|---|---|---|---|---|
| 50°/61° 6/1" rain — 90 horses on rye | 82° ¼" rain 21° Pushin'/Fred Lila & Molly — NO TUBES 70° listens ¼" rain | 78° 11 white bear colt | cows: 9 bulls htrs w/bull Trim pd — 2 Jasmine LF Keirnan htr pm | 90.25" rain 23 |
| 86°/51° | 22 Edie-heat Baby | 83° humid 12 Eli-magnet removed USDA insp | 83° 3 emission | 75° nice 24 |
| 72°/39° 2 Fiona-beef pull calf | 70° 23 | 85° ½" rain 13 red v stud htr deb'd in tractor | 80° 4 Kelly prob Silk bred bred bull speckled | 79° nice 25 Bonnie heat |
| 41°/32° 2/10" rain Heavy snow n West IA | 71°/43° 24 speckled htr - beef calf | 89° 14 Bought 9 cows Daysdale Dole hires ONIONS - mostitis | 80° 5 Sjen heat | 91° nice 9/10 rain p 26 |
| 38°/45° 7/10" rain/snow mix | 75° 25 Qhek'rs to Dad's pasture 59°/45° 2/10" rain | 79° 15 | 85° humid 6 | 78° 27 |
| 70°/48° 2/10" rain 5 tortoises 4 day out 1st time Maica lawn | 28 Eleven Shelton Sunday Lila 55° 1" rain | 83° 16 Dried Broc as TUBES Heidi bed Sand in stalls | 85° 7 Jennyflick | 65/49° 28 yelg cold bird leg 60°/48° |
| 70°/48° 6 Heidi heat | 27 Heidi heat | 89° 17 Deb-beef | 85° 8 | 29 volunteers |
| 72°/49° 7 Eileen dry NO TUBES tested cows pm | 63° ½" rain 28 shot Talene spirit hips | 51° humid 18 | 90° humid ¼" rain 9 Dried Jeri TUBES | 74° 30 Charlie-heat USDA insp Heidi heat |
| 76°/49° 8 Dora-beef bull | 78° 29 Baleage flooding water on food | 78° 19 Magnet of Morning 8 steel Baleage | 85° humid rain 1" 10 Heidi heat | 68° 31 |
| 77° 9 exhibit corn silage 65° 5/10" rain | 82° 30 but Dora Fiona Sade Eva ½"NW cramp beats | 88° ¼" rain 20 Shirley-M pm 87° | 90° 11 Daisy broke Dena Dried beat 56° Seth sick June | August TribAl case new grain mix 7/10" rain |

died hardware

Dairy Records Management Systems

EXHIBIT "N" p.4

# 21-Day Reproduction Record

DHIA 211 — 1

| FEBRUARY 2012 | MARCH 2012 | APRIL 2012 | APRIL 2012 | MAY 2012 |
|---|---|---|---|---|
| 24<br><br>33/16 | 16 Bought 2 Harras from Mike Breckenfelt M/F<br>79° | 6 Herd Health Okie-DA<br>58° | 27<br><br>52° warm 55 | 18 Lorene-Hfr Blk beef Hfr bull<br>56° |
| 25<br><br>28/10 | 17 lost B5 beef cow<br>81° | 7 Honey heat?<br>59° | 28<br>47° 6/16 rain | 19 Polly-Blk Hfr AM Katie-sale tests working<br>88° windy |
| 26 Heather heat<br>12° | 18 Elise heat<br>79° | 8 Bint to Chris Eole<br>62° | 29<br>47° 7/10 rain | 20 planted corn<br>75° windy |
| 27 Daisy Mae Z Jack Allysa, Sadie CH heat<br>38° | 19 Onions M AM Eli heat 1¼" rain PM<br>79° | 9 tested cows<br>50° /27° windy | 30 Sold Highland Bull<br>57° | 21<br>75° |
| 28 Dried Judie (no tubes)<br>34° H rain 7 rain | 20<br>77° Ag Swearing | 10<br>51/25° | MAY 2012<br>65° ½" rain M | 22 Started new bottom feed Sold Broomie cow<br>82° |
| 29 wind advisory Dirt Snow ½<br>38° | 21<br>75° | 11 Okie died Sold Heather repro<br>60° /28° | 2<br>79° ¼" rain | 23<br>85° windy |
| MARCH 1 Kallie Edie heat<br>38° | 22 Okie-hfr Neutered PC ½" rain<br>89° | 12<br>62° | 3<br>84° | 24 Dee-bull AM Talene-hfr<br>84° |
| 2 Erin aborted<br>33° 1' snow/rain | 23 Baby kinky jon ¼" rain PM<br>71° | 13 Llama rain in front of vet Dried Dee (Gretel Jon)<br>52° windy Gretel | 4 Sell Hillary sheep Org Franny-tubes Tom-no tubes Holly Keishon @<br>79° | 25 milk inspector<br>78° ½" rain PM |
| 3<br>32° | 24 Kalong Exotic Sale Bonnie heat ¼" rain<br>65° | 14 Lindwehner funeral<br>14° ¾" rain am | 5 Ellie Jasup Gretel Dighton Amigth trimmed 2nd day twins?<br>80° | 26 opening day<br>70° |
| 4 Tabby heat<br>27° lt snow | 25 Elana heat<br>56° | 15 June m m am trimmed m Daisy Keith & DJack<br>75° wind advisory | 6<br>75° | 27 Started treating goats-Alk<br>95° |
| 5 tested PM | 26 | 16 | 7 3 cook out clay 95<br> | 28 sprayed cor |

This is a handwritten calendar (Dairy Records Management Systems format) with daily entries across five columns labeled MARCH 2012, APRIL 2012, APRIL 2012, MAY 2012, JUNE 2012.

| MARCH 2012 | APRIL 2012 | APRIL 2012 | MAY 2012 | JUNE 2012 |
|---|---|---|---|---|
| **3** Dried Ofre  31° | **6** 10°  27  AM Planty | **17** 55°  Windy | **8** 70°  Stole net 4500 1 spm time  200 | **29** 36°  1/4" rain  36 — Bostlersk |
| **6** Dried Eva Natosha w/ Sheridan  65°  3/10" rain 0 | **27** 75°  1st (checked) notched Alysa's heat | **18** 60°  200 | **9** 105°  KH calf from 6-28  Dried Jewel + notches (cow empty + )  BEEF DUE  C 1 P1-40 Subbrins  A 270 | **30** 78°  calf to Schmit's 27°  dry towordate 21 west culvert  75° |
| **8** 3rd crop boleage  38° | **28** 60°  3rd crop boleage  29 | **19** 20°  Born Shelby w/ bump?  60° 1 3/4" rain  Hor #1 V 220 | **10** 68°  Dolly heat Heidi heat  72° | **31** 57° 1/2" rain |
| **9** 39° | **30** 59°  pulled baby "Bri" Barton | **20** 58°  Matilda w/bull  1/2" | **11** 80° | **JUNE 1** Holly — bull/cuff pm  65° |
| **10** Sold Ssteer Edgewood Hillory + Dale heat  64° | **31** 53°  mowed lawn 1st time  1/4" rain | **21** 58° | **12** 78°  Dried Shirley lost B Shirley my Jim — tubes 4 interior ? pads | **2** 68°  sheared shees Hannah — find + coth screer Heidi heat |
| **11** 3/10" rain/in  61° | **APRIL 1** 62°  Dena heat | **22** 57°  Dried Lila (notubes) Sprt clean? | **13** 74°  Pearl heat  Cu/ htr  sprayed + checked fencelines | **3** 75°  Julie — died hardware  1" rain |
| **12** Sold Onyx — Topsol Kollie — low prod.  57° | **2** 68° | **23** 57°  Angora rabbit w/buck | **14** 80°  Moluccan from Rob | **4** 79°  Tony Sadie & Elise dry 1st 2 tubes  Sibyl + Olive |
| **13** 75° | **3** 65° | **24** 72°  new white doe from Dick  Sprayed 200 22 | **15** 88°  Cornel heat Dried Bree no tubes | **5** 80°  Eli heat  :( |
| **14** Alliant Energy Audit 10' feed Heidi heat  72° | **4** 61°  dead baby Remo d.116  1/10" rain | **25** 70° | **16** 82°  200 USDA inspection | **6** 80°  Cuddles Brahms — HPr pulled Tennesee (left) |
| **15** 75° | **5** 60°  Dried Lorene | **26** 60° | **17** 80°  herd health Desi heat | **7** Sold Alyssa  Neighbors Sold piglets repro  72 |

Dairy Records Management Systems

EXHIBIT "N" p.6

# 21-Day Reproduction Record

| SEPTEMBER 2012 | OCTOBER 2012 | NOVEMBER 2012 | NOVEMBER 2012 | DECEMBER 2012 |
|---|---|---|---|---|
| 21 Breeze Fanny (Thurs) heat  9° | 12  54° | 2 F-Cris born  NU?A?  56° | 23 New-Furnace in milky house Burr-worm 30 Found a dummin | 14  41°/41° |
| 22 Fanny heat  ?°/33° | 13  16° ½" rain | 3  49° | 24 Dried Fanny for tanks  31° | 15  45° |
| 23 Chopped Corn Silage  56°/32° | 14 Siby heat  14° ½0" rain | 4 55 too monkey house floor 4 walls Wistria floor found w/ any us but  49° | 25  24° | 16 Tank leak  44° |
| 24 PARN Audit  13° | 15 Basil-bull pm  16° | 5 Sold Lorence-sick tunnel?? F 623 buff 48° | 26 USDA 24L inspection 30°/11° | 17  ⊂LP⊃ |
| 25  13° | 16 Leon-bull est-450°  70° | 6  47°/itmin/snow mix | 27  32° | 18  34° |
| 26 Zhns heat got cat heat horses Gave 2 potbellies 24° | 17  54° ¼" rain | 7 Dried Bonnie & Delilah No Tubes Breeze heat Potbel 47° | 28 Patches llama died of 2  38° | 19 Magic heat snowing 34° |
| 27 Lemon-bull calf 3T new seroms Semi load water in filler min from ?? 3° | 18 Sold Loffery Holyhead bull Magnet good Leone Cows  45° H rain | 8 Jody came up  7° | 29  50° | 20 Blizzard Winning 25° Snow ?Squirt |
| 28 Sold Beef calf 170/110  14° | 19  47° ¼0" rain | 9 Karen kt pm 62 bth bed Bull calf (patches) 54° | 30 Lauren-bull calf  45° | 21 Finished  24° |
| 29 Sold Leon calf 5100 Bagheera Leopard died  0° | 20  52° | 10 Dee-heat Sold 1 steer Edgewood 71° | DECEMBER 1 48° drizzle/fog  2 | 22 Spareribs Brown ? ?  26°/25° |
| 30 Jody patching 3 bed 30° | 21  65° | 11 | 2 | 23  28° |
| OCTOBER 1  22 | 22 | 12 60-33 ¾ ½" rain started | 61 drizzle 3 tunnel | 30°  24 |

EXHIBIT "N" p. 7

92

Dairy Records Management Systems

| OCTOBER 2012 | NOVEMBER 2012 | NOVEMBER 2012 | DECEMBER 2012 | JANUARY 2013 |
|---|---|---|---|---|
| 4° / 2 | 23 — 7/10 rain | 13 — 33/ rain | 16⁴ tested | 34/15 — 25 little old hfr — htr-bred |
| 13° / 3 — Holly Nat see bed up on comp ground | 24 — painted mystehous doors | 43° / 14 | 54°/6° 5 — Fred (Carmel) — Jan 26 Paul Dairy D-53, Hally & Eric — hold 4 silage & hold up | 18°/18° 26 |
| 5° / 4 — Faus heat | 25 — DeLight-2F had pulled tonite heat | 47° / 15 — Joey heat | 48° 6 — Winter/Night Nativity | 22°/3° 27 — Basil heat |
| 4°/2° / 5 — Telene Nat | 26 / 70°-39° — got buff from L. Snow willcows | 47° / 16 — Telene heat Nisjib died | 45° 7 — Era - mngmnt redcrowd | 27°/17 28 — Beer-2 heats Blk pygmy 1 heat |
| 6/28° / 6 — bred cows hfrs Franny-mngmnt-tested | 44° 27 | 50° / 17 — Kelora Sale | 45° 8 | 33° — 1/2" snow 29 |
| 15°/3° / 7 — bred calf home Ev? heat Franny high | 44° 28 — last zoo day | n 17° 18 | 34° — 1 1/2" snow 9 — Chase-F am | 22° 30 — old Toothpik Cougar died |
| 53° / 8 — tested cows Tom-2 bred hfr pulled | 29 | 57° 19 — Breel Fault hurt Karla-hfr got kicked charg from a chractor 22T. | 22° 10 — Lemon heat | 24°/5 31 |
| 4° / 9 — Franny-down | 53° 30 | 55° 20 | 20°/k 11 | 13°/3 JANUARY 1 |
| 55°/ 1/10 rain / 10 | 55° 31 — Phone - hit 5ml | 50° 21 — Sold Bacca low prod chased willows cngnaun — Foggy am | 34°/17° 12 — surprise | 15°/4 2 — no gusy-fm |
| 58° / 11 — Blk old beef has rold Bayton hfr Franny dead retested | 54° NOVEMBER 1 — Tanz-hft AM | 57° 22 | 45°/30° 13 — Tabby aborted twins | 22°/12 3 — rain only twce SE lamb |

# 21-Day Reproduction Record

| JUNE 2012 | JUNE 2012 | JULY 2012 | AUGUST 2012 | AUGUST 2012 |
|---|---|---|---|---|
| 8<br>Erin - bred<br><br>85° | 29<br>USDA<br>Sontaing lamb<br>person<br>0   92° | 20<br>Dried Graco<br>Turkes<br><br>85° wire | 10<br>Sold 10 lambs<br>4 goats<br><br>-96° | 31<br><br>92° |
| 9<br>Scottish Highland<br>hfr.<br>89° | 30<br>spot beef hair +<br>derdcalf<br>Lost son<br>1st time   79° | 21<br>Sheared llamas<br>Lorene heat<br>90° | 11<br>Vet IV'd<br>Frangi Lily<br>mastitis<br>Elfe heat   79° | SEPTEMBER<br><br>76° |
| 10<br>Eva - hfr<br>pm<br>89°  1/2 rain pm | JULY<br>Shyl- hfr. pm<br><br>98° | 22<br>vaccinated<br>cows<br>AF group here<br>sheered came<br>cocktail<br>to Fran   92° | 12<br>Note 362-<br>2 tiger cubs<br>3/10 rain   95° | 2<br>Kelly- beef hfr<br><br>85° |
| 11<br><br>92° | 2<br>Tested cows<br>hot J<br>95° | 23<br>Danzel - twin<br>pm   107° | 13<br><br>80° | 3<br>Fava- bullcalf<br>pm<br>85° |
| 12<br><br>74° | 3<br>Danzel dry<br>No Twins<br>Hot warning<br>95° | 24<br>Closed Zoo at<br>noon<br>Jeri + twins<br>pm<br>7/10 rain pm   Amy   84° | 14<br>Big tortoise<br>ran away<br>81° | 4<br>Gails w/ beef<br>bull<br>Kristen died   94° |
| 13<br><br>70° | 4<br>Kevin + twins<br>pm<br>Fran + bullcalf<br>by of house   98° | 25<br><br>95° | 15<br><br>82° | 5<br><br>85°  7/10 rain AM |
| 14<br>Eileen- beef bullcalf<br>pm<br>most surprising<br>76° | 5<br>Sree - bullcalf<br>AM<br>98° | 26<br><br>83° | 16<br>4:15 AM tree<br>fell on house<br>71°  7/10 rain am | 6<br><br>90° |
| 15<br>Edna- bull<br>pm<br>82° | 6<br>Georgie<br>llama twins<br>Started cotton<br>seed<br>goat mix   99° | 27<br><br>85° | 17<br>got tortoise<br>back - 24<br>Funkies<br>70°/45° | 7<br><br>68°  2/10 rain |
| 16<br><br>80° | 7<br>Chester llama<br>died<br>99°  Cold front comes 5PM | 28<br>Dried Basil<br>No Twins<br>1/2 rain   95° | 18<br>Sairy heat<br>Galaxy pink?<br>70°/40° | 8<br><br>68° |
| 17<br><br>88° | 8<br>Toni - 2F<br>pm<br>Olive - M<br>Bodeaware   82° nice | 29<br>Dried<br>Lemon & Morgan<br>No Twins   80° | 19<br>navel town<br>sprinkled   70° | 9<br>M/lama cria<br>Sun day<br>(day?)<br>68° |
| 18<br>Franny - M<br>pm | 9<br>4-H horse show | 30<br>Sree heat | 20<br>Mrs McGregor | 10<br>J mule cri |

EXHIBIT " N "   p.9

This is a handwritten calendar with multiple columns representing months (June 2012, July 2012, August 2012, August 2012, September 2012).

| June 2012 | July 2012 | August 2012 | August 2012 | September 2012 |
|---|---|---|---|---|
| 91° heat & wind all day 90° | | 77° humid | -7°C | 75° |
| **19** To BBQ bred baloge (circled) | **10** | **31** Seth's 36th BD Moose bar winnings fares | **21** | **11** Dried Korz Hope 4 Karlt No Tubes |
| 92° | 93° | 86° | 73°/47° | 84° Shirley rev'd |
| **20** | **11** Surveillance equipment from sheriff to 265 investigator | **1 AUGUST** | **22** Dee-magnet PM | **12** (drawing) |
| 73° E.c rain | 85° | 93° | 39° pulled tiger cubs PM | 92° |
| **27** Leon bought 4 calves f/loss | **12** rabbit hutches to farm | **2** break put/w beef cow | **23** Telene heat | **13** Puggelheart Cocoa antendor came |
| 79° | 85° | 95° | 92° | 59° 78° rain |
| **22** | **13** 4 hfrs home from Bob's | **3** | **24** | **14** Sold 2 buck kids 5 to Josh Wud |
| 80° | 85° 1/10" rain | 97° | 94° | 74° rain |
| **23** Shirley ball AM | **14** Dried Kristen no tubes | **4** | **25** spike out of beef put Rodmans bull in | **15** Ice time -Mea 1st cub time day |
| 81° | 85° 2/10" rain | 88°/63°/74° rain | 85° Becco - bull PM | 78° |
| **24** Shirley w/ bull (circled) | **15** | **5** Best zoo day $650 this year | **26** Chad & Eddie No Tubes Dee went blind in septie- m | **16** Lita heat |
| 85° 1/2" rain | 93° | 98° nice 40° pm | 80° mast AM | 76° |
| **25** Ettie- htr AM Garlons came up | **16** | **6** | **27** Kristen - bull PM calf | **17** Olive heat |
| 80° | 93° | 93° | 81° | 61° 138° |
| **26** | **17** new mister nozzles PM | **7** 3rd cockatiel egg | **28** | **18** |
| 91° | 78° | 92° | 85° | 62° /147° |
| **27** | **18** herd health AM dried Pearl no tubes | **8** | **29** Sold Danzel for $spike bred bull | **19** PJ llama bred pint of meckay house maple tree came do |
| 98° | 100° | 82° | 92° | 76° shady |
| **28** USDA investigato | **19** Sold Oped Elena/pepso | **9** | **30** | **20** |
| 95° rain | 85° nice | 83° rain | 94° | |
| **JUNE 2012** | **JULY 2012** | **AUGUST 2012** | **AUGUST 2012** | **SEPTEMBER 2012** |

Top row markings:
- 77° humid — PM
- USDA insp. (circled)

Dairy Records Management Systems

EXHIBIT "N" p.10

# DELAWARE CO. SHERIFF'S OFFICE

## Call For Service Record

| | | | Police | Fire | Amb | Other |
|---|---|---|---|---|---|---|
| Call #: 12006375 | Lat: 0.000000 | Lon: 0.000000 | | | | |
| Premise: CRICKET HOLLOW ZOO | | Grid: 1075 | 1075 | 1075 | 1075 |
| Location: 1512 210 ST | | Beat: DCSO | MFD | DCMH | MFR |
| City: MANCHESTER  St: IA  Zip: 52057 | | CMD Area: A | A | A | A |
| Cross Str: / EARLY STAGECOACH RD | | Area/Agency: DCSO | MFD | DCMH | MFR |
| Call Type: SUSPACT  SUSPICIOUS ACTIVITY | | Priority: 3 | | | |

**Reporting Party Information**

Name: SELLNER,PAM

Address: 1512 210 ST

City: MANCHESTER  St: IA  Zip: 52057

Phone:  Cell:

Work Phone: (563)927-6655

Disposition: HA

Disp Desc: HANDLED

Actual Type: SUSPACT  SUSPICIOUS ACTIVITY
by: WELCHER,LORETT  via: PHONE

Received: 07/22/2012 @ 12:37:41

Custody:  Fire Out:  Pat Contact:

Remarks: - ALL REMARKS
ENTERED BY: 118 @ 07/22/2012 12:37:41
LADIES THERE TAKING UNUSUAL PICTURES OF FENCES AND ASKING LOTS OF QUESTION. SO FAR HAVE NOT
DONE ANYTHING THAT IS NOT PERMITTED BUT PAM BELIEVES ARE FROM ANIMAL ACTIVIST GROUP. WILL
CALL IF ANY ASSIST NEEDED.
ENTERED BY: 118 @ 07/22/2012 12:54:52
LIC/  LIS/ LIY/  LIT/  VIN/
VCO/  VYR/ VMK/ VMO/ VST/
LIC/416TJE .LIT/STANDARD  LIT/PC
  ***PRIVATE***
  OWNER(S)/HELMERS, DIANNA LYN  DOB/19570406 SOC-OLN/037AA4675
  20744 W AVE
  REINBECK IA 50669

    BLK  2008 TOYT TOYOTA  4RN 4RUNNER LTD  LL
VIN/  MULTI-PURPOSE USE/REGULAR

  VAL CO/GRUNDY  NO/416TJE04201301 EXP/04-2013
ENTERED BY: 118 @ 07/22/2012 12:55:04  UPDATED BY: 118 @ 07/22/2012 12:55:54
LIC/689JHK  LIS/ LIY/  LIT/  VIN/
VCO/  VYR/ VMK/ VMO/ VST/
LIC/689JHK .LIT/STANDARD  LIT/PC
  ***PRIVATE***
  OWNER(S)/BARZ, KRISTINE MARIE  DOB/19701218 SOC-OLN/822ZZ1902
  1662 24TH ST NW
  CEDAR RAPIDS IA 52405-1419

    RED  2006 CHRY CHRYSLER  CRU PT CRUISER  VN
VIN/  MULTI-PURPOSE USE/REGULAR

  VAL CO/LINN  NO/689JHK12201201 EXP/12-2012
ENTERED BY: 118 @ 07/22/2012 12:55:14  UPDATED BY: 118 @ 07/22/2012 12:56:16
LIC/010YAS  LIS/ LIY/  LIT/  VIN/
VCO/  VYR/ VMK/ VMO/ VST/

EXHIBIT " 0

p. 1

LIC/010YAS .LIT/STANDARD          LIT/PC
                    ***PRIVATE***
OWNER(S)/VANGORDER, JENNIFER LEE          DOB/19740110 SOC-OLN/242HH1053
         VANGORDER, DALE JOHN          DOB/19720629 SOC-OLN/132AC5552
         4933 BLUE CREEK CT
         WALKER IA 52352

         GRN    2006 CHRY CHRYSLER          TNC TOWN & COUNTRY VN
VIN/                              MULTI-PURPOSE USE/REGULAR

      VAL CO/LINN          NO/010YAS06201201 EXP/06-2012
ENTERED BY: 118 @ 07/22/2012 12:56:55
   12:52  28-12 ON SCENE

ENTERED BY: 118 @ 07/22/2012 13:03:40
   28-12 REMOVED 4 WOMEN FROM THE PROPERTY - THEY LEFT IN THE BLACK  TOYOTA 4-RUNNER. THEY WERE
   FROM AN ANIMAL ACTIVIST GROUP

**Unit Information:**

| Unit ID | Officer 1 | Times | | | | | | Trans Start | Trans Stop | Mile Start | Mile Stop |
|---------|-----------|-------|-------|-------|-------|-------|-------------|-------------|------------|------------|-----------|
| | | Disp | Enrte | Arriv | Clear | Total | Destination | | | | |
| 2812 | H6217 07/22/2012 12:55:24 | | | 12:55:30 | 13:00:21 | 5 | | | | 0.0 | 0.0 |

**Agency Specific Call Numbers:**

DCSO - 12002208

## INCIDENT

ON THIS DATE AND TIME THE LISTED VICTIM CONTACTED OUR OFFICE AND
REPORTED THAT THERE WERE SOME INDIVIDUALS AT HER ZOO AND THAT
THEY SEEMED SUSPICIOUS AND THAT THEY WERE TAKING PHOTOS OF HER
GATES AND WEIRD THINGS. I THEN MADE CONTACT WITH THE INDIVIDUALS
AND CONFIRMED THAT THEY WERE ASSOCIATED WITH AN ANIMAL RIGHTS
GROUP BY IT WAS UNCLEAR AS TO WHAT ORGANIZATION BECAUSE THEY HID
THE NAME FROM ME THAT WAS ON THE BAG AND WRIST BANDS. I THEN
STATED THAT IT WAS OK BUT THAT THERE WERE SOME COMMENTS MADE IN
REFERENCE TO LETTING THE ANIMALS AND CATS LOOSE AND TO HOLD A
PROTEST AND THAT I STATED TURNS INTO PUBLIC SAFTEY ISSUE. I THEN
ASKED ONE FEMALE IN THE GROUP IF I COULD VIEW THE PHOTOS THAT SHE
HAD TAKEN TODAY AND SHE REFUSED TO SHOW ME. I THEN STATED THAT I
DONT WANT THEM TO POST THE PICTURES THAT THEY HAD TAKEN TODAY ON
THE INTERNET IF IT WAS GOING TO BE NEGATIVE FEEDBACK.THE ONE
FEMALE THAT WAS IN THE GROUP WAS A LITTLE MOUTHY BUT THEY WENT
ON THERE WAY AND LEFT. I EXPRESSED TO THEM THAT WE DONT NEED ANY
PROBLEMS AND THAT WE DONT NEED THE ANIMALS RELEASED LIKE THE
COMMENTS THAT WE HAVE HEARD. THE INDIVIDUALS THEN WENT ON THERE
WAY AND LEFT. 10-8 10-24

28-12

EXHIBIT " _D_ " _p.3_

## Wolves at CHZ...

Lisa Kuehl [lkkuehl@gmail.com]
**Sent:** Thursday, June 12, 2014 8:02 PM
**To:** Danny Lutz



Here is a sign she had posted last July, promoting these wolves as "Timber Wolves" (and endangered). I have quite a few wolf photos from the past 2 years or so...I know you have some already, so are there any specials ones you might be most interested in? And what file size works for what you want to use them for? This is a

"medium-sized" photo (I have iPhoto and that is how they list them...S,M,L or original.)

I cannot tell you if the wolves she has/had are actually timber wolves...her signage looks old and run down in and some cases is completely rusted. Hard to say if the signs reflect what is always in the enclosures.

EXHIBIT " P " p. I
PLTFS0001636