



LANDFILL DIVERSION
INNOVATIONS

## Animal Park Meat By-Product Agreement

This Agreement (the "Agreement") is made by and between                    , partner of
., a Delaware limited liability company ("LDI"), with offices at
, and the individual or entity identified on the signature page hereto ("Contractor").

The terms of this Agreement shall commence on February 1, 2012 and be in effect until January 31, 2013. If at any time, Contractor is not able to continue with the program, Contractor must notify LDI immediately and provide thirty (30) days written notice to discontinue service. LDI reserves the right to terminate the contract, for any reason, with thirty (30) days written notice of termination to the Contractor.

1. This Scope of Work relates to the management and collection of meat by-product from the locations designated by LDI (the "Sites"). This Scope of Work concerns the following Services.

   a) **General:**

   1) Contractor shall not instruct Sites regarding procedures relating to any meat by-product collections, i.e. how meat should be packaged, discarded, etc.
   2) Each site produces an average of 3,295 lbs of meat per month or 760 lbs per weekly service pick up. Please not that 760 lbs is an average, some store may have much more or much less with amounts varying by season. Please plan ahead to store meats during high volume times to be used during seasons with less volume.
   3) Meat by-product containers will include all kinds of meat, including: beef, fowl, pork, seafood, processed meats (lunch meat, hot dogs, etc), fried and rotisserie chicken, and mixed meat items. Not all products may be desired by your breed of animals and should be disposed of through legal means.
   4) Meat by-products are not to be for human consumption or profit.
   5) Contractor shall know the amount of meat will vary from week to week and season to season. Please freeze as much meat as possible to carry over into the "low" weeks.
   6) If Contractor is unable to utilize all the meat provided by the Sites, Contractor must dispose of the excess legally.

   b) **Collection, transport, and Recycling of Meat By-Products:**

   1) Upon arrival at Site, Contractor will communicate with responsible signor to introduce self, explain services, and provide a copy of a letter from LDI that indicates Contractor is authorized to perform the Services.
   2) Contractor shall safely and securely transport meat by-product from Site to Contractor's facility. Meat by-product is not to be transferred to other containers on site and containers are not to be cleaned on site. The site has no obligation to help move the barrels. Please bring appropriate equipment to manage the barrels such as: dollies, ramps, and towels to wide down any spillage.
   3) Contractor shall complete the applicable fields on the Used Product Shipping Paper (Attachment 1) while at the store to ensure compliance with federal law. Please ensure to complete the fields related to number of containers removed from store, number of clean barrels left at store, and Responsible Signor's Signature. All Used Product Shipping Papers will be submitted to LDI electronically.
   4) Contractor shall provide Sites with suitable containers that are clean, lockable and a minimum of 44 gallons, for the collection of these materials on-site. Containers cannot be washed onsite.
   5) Contractor shall manage the meat by-products through animal consumption, rendering or disposal.

EXHIBIT " Q " p.1

1) Contractor will provide each Site with an adequate number of containers to meet rendering collection needs. If collection volumes rise during the course of the contract period Contractor will be required to provide additional containers.

2) Contractor will need enough containers to both transport meat by-product and leave clean containers at the Site. The quantity of barrels required varies from 2–10 barrels per store. LDI recommends Contractor should begin with at least 10 barrels with (5 to leave at the store and 5 for exchange). Sites can also provide Contractor with an idea of how many barrels will be needed at each Site.

3) The barrels are required to be 44-Gallon trash cans with locking lids.

4) LDI will provide Contractor stickers to be placed on each container which will read:

CALL                  FOR SERVICE

NOT FOR HUMAN CONSUMPTION

5) Contractor will maintain title to the containers and be responsible for the management and inventory of containers on each delivery. Upon each service pickup, Contractor must completely fill out the Used Product Shipping Document which will document the number of used containers picked up from the Site and the number of clean containers left on Site.

6) In the event a container is lost, reconciliation will be performed and given completeness and accuracy on the Used Product Shipping Documentation, Contractor will be reimbursed for lost containers.

2. This Scope of Work also obligates Contractor as follows.

a) <u>Point of Contact</u>

1) Contractor shall have one centralized point of contact for questions or issues related to the program. Below please provide the name, email address and phone numbers for this contact.

Name: Pam or Tom Sellner

E-Mail: zookeepersrus@yahoo.com

Number: 563-927-6655

b) <u>Service Intervals:</u>

1) Initially service intervals will be weekly. Contractor may select the day of the week for pick up and coordinate the service date with the Site. Pickups should be during standard receiving hours.

2) Contractor shall notify LDI if there is consistently not enough meat at the store to warrant a weekly pickup. LDI will inform the Contractor is a bi-weekly pickup is approved.

3) The Site may request additional or alternative service intervals. In the event of a large amount of meat by-product, Contractor may be contacted 24 hours in advance for an additional service pickup.

4) Contractor may be notified 24 hours in advance of scheduled interval is meat by-product is not available for pickup.

c) <u>Service Schedule and History:</u>

2

EXHIBIT " Q " p.2

1) If requested, Contractor will be prepared to make available to LDI, by the 15th day of the month, in writing:

    (a)    a history of visits to each Site; and

    (b)  a schedule of the dates that Sites will be serviced in the following month

d) **Activity Report:**

1) Contractor will be required to submit an Activity Report, an example can be seen in Attachment 2, each month.

    (a)  The Activity Report must be submitted electronically by the 5th of each month to

            Email:

            If fax copies are requested by LDI:

            If physical copies are requested by LDI, mail to:

            **Attention Sustainable Selections**

e) **Service Documents and Record Retention:**

1) Contractor will obtain a signature from a responsible signor at Site on the Used Product Shipping Document. Contractor will provide a copy of each Used Product Shipping Document to the Site advise as to retention requirements. Contractor will retain all records concerning the Services as legally required for a period of at least 2 years from the termination or expiration of this Agreement, or longer, as required by applicable law. Contractor is required to submit all Used Product Shipping Documents to LDI via electronic upload by the 5th day of the following month.

2) Service documents must be received electronically through email at:

f) **Registration Number:**

1) Prior to the initiation of Services, Contractor will ensure it has a applicable hauler registration number and/or license to collect, and nay comparable state or local authorizations necessary. If Contractor's state requires a haulers license, LDI can assist you in obtaining a license and will provide any relevant information relating to products being hauled. (Ohio has rendering sticker requirements for vehicles.)

g) **Environmental, Health and Safety (EHS)**

1) Contractor must be a 501(c)(3) organization, licensed by the USDA (class B or C exhibitors license), or accredited by a zoological organization (examples include, but not limited to, the AZA, USZA, ZAA, etc.). Contractor must be willing to participate in an annual EHS audit performed by a member of LDI. The audit will consist of a detailed survey, site review and permit study. If the Contractor fails this audit they will be given 30 days to correct issues and if they fail to do so will be removed from doing services for LDI,      and

h) **Insurance Requirements:**

EXHIBIT " Q " p.3

1) Contractor who enters a Site is required to have liability and insurance coverage. Most small parks are not able to obtain this insurance on their own; therefore, LDI will obtain insurance coverage for the Contractor as part of the membership cost. Insurance coverage is as follows:

    (a) Commercial General Liability insurance including Contractual Liability, Bodily Injury and Property Damage Liability with minimum limits of $1,000,000 per occurrence and $2,000,000 aggregate.

    (b) Employer's Liability insurance with minimum limits of $100,000 Bodily Injury – each accident; $500,000 Bodily Injury by disease – policy limits; $100,000 for Bodily Injury by disease – each employee.

2) Only authorized agents for the Contractor are covered by the insurance; therefore, only employees of the Contractor are allowed to enter a Site; a maximum of four (4) people can be covered.

3) Please contact LDI immediately,    , in the case of an incident that may require a claim to the insurance.

## i) Compliance with Immigration Laws:

1) All employees of your business and particularly all employees that enter a Site must be legal citizens. All employees, Contractors and Subcontractors must be employed and work in accordance with state and federal laws.

## j) Title:

1) Title, risk of loss, and all other indicia of ownership for the raw rendering material, Contractor collects and transports from a Site transfers from Supplier to Contractor at the time Contractor takes possession of, signs for, and removes the raw rendering material from a Site. Contractor will at all times retain title to its solvents or other cleaning solutions used to clean equipment as part of the Services. Contractor will also retain title to any equipment, including without limitation, the storage containers placed by Contractor at the Sites.

## k) Spill Notification:

1) In the case Contractor becomes aware of a release, spill, or discharge of raw rendering material at a Site or after Contractor transports product from a Site, Contractor will:

    (a) immediately inform the manager in charge of the Site from which product was collected; and

    (b) contact LDI's central emergency number,

## l) California Labor Code Compliance:

1) If any Site subject to this Scope of Work is located within the State of California and if the Services performed pursuant to this Scope of Work for such Site fall within the scope of California Labor Code Section 2810, Contractor will complete the Attachment to the Agreement in its entirety and both LDI and Contractor will execute. The execution of the Attachment is required in addition to, and not in place of, the execution of the Agreement and this Scope of Work by Contractor and LDI. Contractor will comply in all respects with all of the terms, conditions and obligations in Attachment 2. The terms and provisions of the Attachment are hereby incorporated by reference into, and made a part of, this Scope of Work.

4

EXHIBIT " Q " p.4

m) <u>Good Samaritan Food Donation Act:</u>

   1) Contractor agrees to recognize _____ and LDI as Good Samaritans as intended in Sec. 402 Model Good Samaritan Food Act (Attachment 4) and hold Good Samaritan harmless in the event of any loss. Although the Bill Emerson Good Samaritan Food Donation Act takes precedence over the various State forms of Good Samaritan statutes, it may not entirely replace such statutes. As a Federal statute, The Emerson Act creates a uniform minimum level of protection from liability for donors and gleaners nationwide. Contractor also agrees to abide by State Good Samaritan statutes which provide protection for donors and gleaners above and beyond that guaranteed in the Federal statute (state statutes listed in Attachment 4).

n) <u>Mutual Non Disclosure and Non Compete Agreement:</u>

   1) Contractor and LDI agree to not disclose any confidential information or trade secrets. Contractor agrees to be represented by LDI and LDI is obligated to help contractor meet their food needs. Contractor agrees not to call on or contract directly with Quest/LDI customers for a period of 5years after contract termination. Contractor also agrees not to start a similar business model for a period of 5 years after contract termination.

o) <u>Indemnification:</u>

   1) The Contractor hereby agrees to indemnify and hold harmless LDI, LDI, and _____ against any and all liability, claims, suits, losses, costs and legal fees caused by, arising out of, or resulting from any negligent act or omission of the Contractor in the performance and/ or failure to perform within the Contract including the negligent acts or omission of any Contractor/ Subcontractor or any direct or indirect employees of Contractor or Subcontractor.

p) <u>Removal from Program:</u>

   1) The following is cause for immediate removal from the program:

      (a) Human consumption of material
      (b) Resell of material
      (c) Failure to report on time
      (d) Failure to submit electronically
      (e) Failure to submit service documents
      (f) Improper disposal

q) <u>Pricing:</u>

   1) Prices/ Costs of the programs are as follows:

      (a) One to Four stores will be $100 a month
      (b) Five or more stores will be $150 a month

   2. Membership must be pre-paid and is due quarterly (i.e. each payment will be for 3 months of service). Payments must be received prior to store service.
   3. The cost of the program covers the following:

      (a) Umbrella Insurance
      (b) A 24-hour toll free hotline to report any issues
      (c) Barrel stickers

5

EXHIBIT " Q " p.5

(d) Bill of Ladings, Used Product Shipping Documents
(e) Legal advice (not counseling) in the event that issues related to the program arise
(f) Program Administration

{Signature Page Follows}

6

EXHIBIT " Q " p.6

The following are considered a part of this agreement:

Attachment 1 – LDI Used Product Shipping Document
Attachment 2 – LDI Activity Report
Attachment 3 – Master Site Listing
Attachment 4 – Federal and State Good Samaritan Laws

IN WITNESS WHEREOF, each Party has caused its duly authorized representative to execute this Scope of Work on the date and year set forth below.

Contractor: Cricket Hollow Zoo

By: _____

By: _____

Printed Name: _____

Printed Name: Pam and Tom Sellner

Title: CEO

Title: owners / operators

Date: _____

Date: 1-9-12

EXHIBIT " Q " p.7



EXPIRATION DATE: MAY 27, 2016

United States
Department of
Agriculture

Marketing and
Regulatory
Programs

Animal and
Plant Health
Inspection
Service

Animal Care

This is to certify that

PAMELA J SELLNER
TOM J SELLNER

is a licensed
under the          CLASS C EXHIBITOR

# Animal Welfare Act

(7 U.S.C. 2131 et seq.)

Certificate No.      42-C-0084

Customer No.      5143

_Oliver A. Gipson_

Deputy Administrator

EXHIBIT "R" p. 1

107

# Elkader Veterinary Clinic



Drs. Pries, Collins, Royer, &
Christianson
24642 Highway 13
Elkader, Iowa 52043
Phone (563)245-1633
Fax (563)245-1632

John H. Pries, DVM

Bachelors of Science —Iowa State University

Major- Agronomy

Minors- Zoology and Botany

Graduated- November, 1975

Doctor of Veterinary Medicine-Iowa State University

Graduated- May 1987

Owner and Employed at Elkader Veterinary Clinic

Elkader, Iowa

EXHIBIT " S "
p. 1

# Dr. Gary Pusillo

2017 230th St., Marshalltown, Iowa 50158
Office: 641-752-3064   Fax: 641-752-4039
inticorpgp@hughes.net

## Curriculum Vitae

**Present Position:**

INTI Service Corporation, Marshalltown, IA                          Owner and President
Since 1995, INTI Service has developed and formulated specialty animal feeds, supplements, and health care products for domestic and exotic animals. The company provides nutritional consulting advice to animal owners, and manufacturers involved in the animal industry. It also provides investigative forensic and expert witness services for claims and litigated cases involving animal deaths, production abnormalities, and injuries.

**Education:**

B.S. in Animal Husbandry Laboratory Animal Production from Delaware Valley
    College of Science and Agriculture (1980)
M.S. in Animal Production from Iowa State University (1984)
Ph.D. in Animal Nutrition from Iowa State University (1986)

**Additional Education:**

Continuing education courses, 16 credits annually since 1986
Artificial Insemination Technician short course, 1977
Feed Microscopy short course, 1989

**Board Certifications:**

Diplomat ACAN (American College of Animal Nutrition), since 1995
PAS (Professional Animal Scientist), since 1986
AALAS (American Association of Laboratory Animal Science) Technologist, 1979
Certified Microscopist (The American Association of Feed Microscopists-Florida State University, Tallahassee, Florida) 1989
AAFS (American Academy of Forensic Sciences) associate member 2012. Full member qualifications met February, 2014.

**Other Employment and Professional Interests:**

| | |
|---|---|
| Buddy's Kitchen | Head Nutritionist Research and Development 2011- present |
| Pro SAAMYA, Inc | Consultant and technical assistance 2012- present |
| Big Gain Feeds | Consultant and technical assistance 2008- present |
| Complete Natural Nutrition | Chief Technology Officer, 2005-present |
| Oligo Basics U.S.A., LLC | Consultant and Shareholder, 2005 – 2010 |
| Apperon Inc. | Consultant, 2001 – present |
| United Suppliers, Inc. | Manager for AgriBlenders, 1991 – 1995 |
| Farmers Feed and Supply Co. | Director of Nutrition, 1988 – 1991 |
| Freehold Race Track Feed Company | Manager/Consultant, 1986 – 1988 |
| Iowa State University | Research Assistant, 1980 – 1986 |

EXHIBIT "T" p.1

- Employs advanced analytical and investigatory skills and expertise to collect information and evaluate technology to develop scientifically-based solutions to complex, animal nutrition problems.

- Provides guidance in establishing and maintaining sound environmental practices for animal management.

- Arrange and conduct custom animal research and product testing.

- Advises individuals and entities in developing and marketing animal feed and products for domestic and international markets. Developed over 2000 animal premix, base mix, pet supplement, pet food, livestock feed, horse feed, horse supplement, and specialty product formulations.

- Former consultant and animal feed formulator for Disney's Animal Kingdom and Ringling Brothers Circus

- Consultant to major farms and animal nutrition and health companies in Brazil and Argentina, providing veterinary and nutrition services.

- Conducts ongoing research into the use of natural treatments and the prevention of diseases by native cultures.

- Assist with Masters and PhD research and mentoring at Iowa State University

- Owns and operates conventional and organic farms for the production of crops and the care and raising of livestock, including goats, swine, horses, sheep, dairy and beef cattle, veal calves, replacement dairy heifers, chickens, ducks, geese, quail and pheasants.

- Develops proprietary animal forensic techniques and conducts forensic investigations.

- Accepted as an expert witness by State and Federal courts to provide testimony on veterinarian and nutritional issues.

**Appointments and Committees:**

Food Science Corporation Science Advisory Board, 2006 - present

**Honors and Awards:**

American Academy of Forensic Sciences General Section Achievement Award, 2012
Iowa State University PACE Award for academic excellence, 1981
Bernstein Award for excellence in writing a scientific paper, 1980
American Society of Animal Science Scholarship Award, 1980

**Professional Societies and Organizations:**
American Academy of Forensic Sciences associate member (AAFS)
American Registry of Professional Animal Scientists (ARPAS)
American Society of Animal Science (ASAS)
American Dairy Science Association (ADSA)
American Association of Small Ruminant Practitioners (AASRP)
Equine Science Society (ESS)

EXHIBIT "T"
P.2

## Articles and publications:

Purevjav, T., and G.M. Pusillo. 2014. Examinations of the standards of normality and production standards to identify critical and definitive information pertaining to alleged nutritional and feed associated dysfunctions in swine production. World Forensic Festival. In press.

Purevjav, T., and G.M. Pusillo. 2014. The Future of Fat and Fatty Acids in Horse Diets; Beyond Energy. Minnesota Nutrition Conference. In press.

Purevjav, T., M.P. Hoffman, and G. Pusillo, "Functional oils effects on methane production in beef cattle. Work in process

Scientific advisor and technical editor of the book: Health and Nutrition for Dogs and Cats: A Guide for Pet Parents Hardcover – April 11, 2013 by David G. Wellock

Purevjav, T., M. P. Hoffman, A. Ishdorj, A. J. Conover, M. E. Jedlicka, K. Prusa, J. Torrent and G. M. Pusillo. Accepted for publication 2012. Effects of functional oils and Monensin on cattle finishing programs.

Animal Nutrition Investigative Techniques Essential to Obtaining Investigative Forensic Information from Multiple sites 2012.

Host Resistance or Susceptibility to Tick Preference as Measured in Domestic Dogs Sprayed with a Biorational Plant Oil Based Formulation 2011

Flea and Tick Tolerance Study 2010

Jedlicka, M., T. Purevjav, A. Conover, J. Torrent, G. Pusillo, and M. P. Hoffman. 2009. Effects of functional oils and monensin alone or in combination on feedlot cattle growth and carcass composition. Journal of Animal Science, Volume 87, E-Supplement 3 P126.

Jedlicka, M. E., T. Purevjav, A. J. Conover, M. P. Hoffman, G. Pusillo, J. Torrent. Effects of functional oils and monensin alone or in combination on feedlot cattle growth and carcass composition. A.S. Leaflet R2423. Iowa State University Animal Industry Report 2009.

The Effects of a Proprietary Ear Normalizer (PEN) Product on Otis Externa in Dogs: A Pilot Study, 2007

Complete Skin and Coat Hair Liquid Technical Bulletin, 2005

The Right "Whey" for Cell Defense and Cellular Nutrition, 2003

The Living Orchestra, 2002

Protein for Goats: When More of a "Good Thing" is a "Bad Thing", 2002

3

EXHIBIT "T" p.3

How Drinking Water Affects Hoof Quality, 2001

Before the Bite – Preventing the Effects from West Nile Virus by Optimizing Immune System Function, 2000

Right "Whey" for Cell Defense, 1999

Creation of Quality Dairy Herd Replacements, 1999

What Image Does Your Ostrich Feed Project? 1998

Copper Toxicosis in Sheep, 1997

Copper Toxicosis in Calves, 1997

Vitamin and Mineral Deficiencies (Horse Handbook), 1997

Nutraceuticals for Calves, 1996

Kid Nutrition, 1996

Vitamin E Function and Deficiencies Characteristics in Goats, 1995

How to Build a Boer Goat: The Seven Stages of Development, 1995

Penicillium Mold in Feed, 1994

Blister Beetle Poisoning (Cantharidin), 1993

Hemorrhagic Bowel Syndrome (Bloody Bowel) – Related to Intestinal Adenomatosis, 1992

Vitamin E Function and Deficiency Characteristics in Swine, 1991

Starting Calves on Feed, 1991

Animal Waste Problems: Practical Means of Odor Control in Livestock Units and Food Processing Facilities, 1990

Vitamin and Mineral Allowances for the Performance Horse, 1990

The Usage of Body Tissue During Early Lactation by High Producing Dairy Cattle, 1990

Tips on Handling Summer Stress in Dairy Cattle, 1990

Fundamental Principles of Animal Nutrition, 1990

Commercial vs. Home-Mixed Feed for Horses, 1989

Quality Oats and Their Benefits, 1988

Lactobacillus Acidophilus and Its Effect on Animal Health, 1988

The Effects of Placing Cattle on Feed at Bi-Monthly Intervals, Housing and Stage of Feeding upon Feedlot Performance and Carcass Grades, 1986

4

EXHIBIT "T" p.4

Dairy Goat Feeding, 1985

Effects of Housing and Starting Cattle on Feed at Bi-Monthly Intervals, 1984

The Influence of Housing and Intermittent Marketing upon Alternative Beef Cattle Marketing Systems, 1984

Feedlot Performance and Carcass Composition of Steer Calves Fed Varying Ratios of Corn Silage and Corn Grain, 1983

Effects of Housing System on Dressing Percentage, 1982

Effects of Varying Ratios of Corn Silage and Corn Grain upon Feedlot Performance of Calves, 1982

Calendarizing Cattle Feeding in Iowa, 1981

Effects of Season and Weight on Yearling Steer Performance, 1980


## Speaking Engagements and Presentations:

World Forensic Festival, Seoul, Korea, October 2014.
Selected paper entitled: *"Examinations of the standards of normality and production standards to identify critical and definitive information pertaining to alleged nutritional and feed associated dysfunctions in swine production."*

Minnesota Nutrition Conference, Prior Lake, Minnesota, September 2014.
Selected paper entitled: *"The Future of Fat and Fatty Acids in Horse Diets; Beyond Energy.*

65th Annual Scientific Meeting: The Forensic Sciences. Washington, DC 2-18-23, 2013. Examinations of the Standards of Normality (SON) and Production Standards (PS) to Best Identify Critical and Definitive Information Pertaining to Alleged Nutritional Associated Dysfunctions (NAD) in Animals

64th Annual Scientific Meeting Global Research: The Forensic Science Edge. Atlanta, Georgia 2-20-25,2012. Animal Nutrition Investigative Techniques Essential to Obtaining Investigative Forensic Information from Multiple sites

Iowa State University lecturer as needed: Forensic investigation techniques, Applied production Nutrition

Alltech's Sixth Annual Symposium speaker (1990): Animal Waste Problems: Practical Means of Odor Control in Livestock Units and Food Processing Facilities.

1st Annual Nutraceutical Alliance Symposium speaker (1999); Toronto Canada: Dietary Whey Protein: an immune revolution for animals? The Development of a Veterinary Nutraceutical.

3rd Annual Nutraceutical Alliance Symposium speaker (2002); Ontario Veterinary College University of Guelph: Colostrum composition and functions in neonates, across species, and for specific applications for animal health.

5

EXHIBIT "T" p.5

Second European Equine Health & Nutrition Congress, 2004, Equine Research Centre, Waiboerhoeve, Lelystad, The Netherlands (2004): Oxidative Stress, Glutathione and intracellular nutrition.

Veterinary schools in Brazil and Argentina guest lecturer, 1996-2004: Production nutrition and practical Veterinary intervention techniques.

Frequent speaker, lecturer and educator throughout the United States and Canada on animal husbandry nutrition, veterinary science, environmental influences and farming practices (1986-present).

Interviewed by ABC's 20-20, USA Today, Blood Horse, and Thoroughbred Times

TV appearances discussing nutrition on WDIV-TV, KARE-TV, WCCO-TV and KMSP/FOX 9.

Radio interviews discussing nutrition and animal health on WHO-AM, WTGB-CBS, WTMR-AM, WFAX-AM, KYW-AM, WARW-FM and WTOP-AM/FM. Interviewed numerous times by Dr. Alan Pressman, whose radio program is carried on 11,000 stations in the United States.

**Civic Interests:**

Ordained Permanent Deacon in the Roman Catholic Church, 2003-present

EXHIBIT "T" p.6


## Inspection Report

Pamela Sellner
Tom Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**

Certificate: **42-C-0084**

Site: 001

TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION

Date: May-28-2014

This is a focused inspection to address the Direct Non-compliant items listed on the May 21, 2014 inspection report - Watering 3.30, Watering 3.130 and Veterinary Care 2.40 (b)(2). These non-compliant items have been corrected.

No non-compliant items identified during this inspection.

Inspection and exit interview conducted with the owner.

| | |
|---|---|
| Prepared By: | *HEATHER COLE, VMO* |
| | HEATHER COLE, VMO         USDA, APHIS, Animal Care |
| Title: | VETERINARY MEDICAL OFFICER Inspector 6026 |

Date:
May-30-2014

Received By:

SENT VIA CERTIFIED MAIL

Title:        7012 3460 0002 1642 2392

Date:
May-30-2014

Page 1 of 1

EXHIBIT " U " p.1



## INSPECTION REPORT

**TOM & PAMELA SELLNER**
**CRICKET HOLLOW ZOO**

1512 210TH STREET
MANCHESTER, IA 52057

Customer ID: 5143
Certificate: 42-C-0084

Site: 001

TOM & PAMELA SELLNER

Inspection
Type: ROUTINE INSPECTION
Date: AUG-06-2008

No non-compliances identified this inspection.

| | | |
|---|---|---|
| Prepared By: | RON BEARD, A.C.I. , USDA, APHIS, Animal Care | Date: |
| Title: | ANIMAL CARE INSPECTOR , Inspector ID: 4033 | AUG-06-2008 |
| Received By: | | Date: |
| Title: | owner | AUG-06-2008 |

Page 1 of 1

EXHIBIT "U"
p.2



## Inspection Report

PAMELA SELLNER
TOM SELLNER

Customer ID: **5143**

Certificate: **42-C-0084**

CRICKET HOLLOW ZOO
1512 210TH STREET

Site: 001

TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION

Date: Aug-27-2009

MANCHESTER, IA 52057

No non-compliances seen on this inspection.

| | | Date: |
|---|---|---|
| **Prepared By:** | DAVID KAMINSKY, V.M.O          USDA, APHIS, Animal Care | |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  5040 | Aug-27-2009 |
| **Received By:** | | |
| | PAM SELLNER | Date: |
| **Title:** | OWNER | Aug-27-2009 |

Page 1 of 1

EXHIBIT "U"
p.3

USDA

United States Department of Agriculture
Animal and Plant Health Inspection Service

269131322160528   insp_id
HCOLE

## Inspection Report

The environmental enhancement plan for non-human primates was inspected. No other records inspected at this time.

Inspection and exit briefing conducted with the owner.

**Prepared By:** _HEATHER COLE, D.V.M_     USDA, APHIS, Animal Care    **Date:**

**Title:** VETERINARY MEDICAL OFFICER Inspector 6026    Sep-27-2013

**Received By:**
EMAILED REPORT    **Date:**

**Title:** OWNER    Sep-27-2013

EXHIBIT " U " p. 4

118

# TRACEY K. KUEHL

22781 – 230th Avenue * Davenport, Iowa * 52807
563/650-4270 * traceyk56@gmail.com

January 24, 2013

Ms. Katie Hyde
Iowa Department of Agriculture and Land Stewardship
Wallace State Office Building
502 East 9th Street
Des Moines, IA 50319

Dear Ms. Hyde:

Based on the extremely cold temperatures Iowa is experiencing this week and my previous observations while a visitor to the Cricket Hollow Zoo this past summer, I wish to file a complaint investigation report with IDALS for Cricket Hollow Zoo in Manchester, Iowa.

I know the zoo exhibits two species native to Africa, African lions and an ostrich. Both should be provided exceptional care during extreme cold weather, such as that the state is having this week.

In addition, I observed numerous times this past summer the many yards of black plastic pipe used to deliver water to the animals in the outdoor enclosures. The plastic pipe was above ground, often running across public walk-ways. Such a system would not be able to deliver water to the animals house outdoors during the winter season. Perhaps the animals have been relocated or are housed inside at the zoo or at the Cricket Hollow Farm adjacent to the zoo. In any case, according to the zoo's owner, Pam Sellner, more than 300 animals live at this facility and I am concerned for their safety and care during the winter season. Therefore, I am respectfully requesting an inspection be made at Cricket Hollow Zoo. I have also contacted John LeClere, Delaware County Sheriff and the Delaware County Board of Supervisors regarding my concerns. Copies of those letters are attached.

If at all possible, I would appreciate receiving a follow-up to the inspector's report and any recommendations provided as the result of this filed complaint, as well as a similar complaint filed with IDALS in December.

EXHIBIT " V " p. 1

PLTFS0001832

Thank you for taking my concern and if I can provide additional information, please do not hesitate to contact me.

Sincerely,

Tracey K. Kuehl

Cc: USDA – APHIS, Ft. Collins, CO

EXHIBIT " V " p. 2

PLTFS0001833



EXHIBIT "W" p.1



EXHIBIT " X " p.1



EXHIBIT " X " p.2



EXHIBIT " X " p.3



EXHIBIT " X " p.4



EXHIBIT " X " p.5



EXHIBIT " X " p.6



EXHIBIT " X " p.7



EXHIBIT " X " p.8



EXHIBIT " X " p.9



EXHIBIT " X " p.10



EXHIBIT " X " p.11



Cricket Hollow 10-21-05 Tiger - taken by Dr. Pusillo

EXHIBIT " X " p.12

# Cricket Hollow Zoo Investigation

# Of Scottish Highland cattle

On April 17th 2012 Marc Rue and I visited the Cricket Hollow Zoo to investigate a complaint of animal neglect of some Scottish Highland Cattle.

On our arrival Pam Sellner cordially greeted as we exited the vehicle. I explained the reason we were there and asked permission to see the Scottish Highland cattle and the pen they are housed in.

This pen is the lowest pen in a row of 6 pens. The ground involving the pens has a fairly steep grade of approximately 25 feet drop in 150 feet length. All the ground water flows through the pen housing the Scottish Highland cattle. This creates wet spots in the pen that can create some animal discomfort and hoof problems for the cattle.

I made several suggestions to correct this problem to Pam.

One was to move the cattle to a pen on higher ground so the ground water does not flow through the pen. There is enough higher ground above the other pens that could be utilized for this. Pam mentioned they do have some pipe that could be used to make a heavy enough fence to house the Scottish Highland cattle. They just had to find enough time to make the pen. A water basin could be created in the existing pen to hold water for the ducks and geese, that way this area would not be wasted space.

The second suggestion involves tiling the area with perforated tile to drain the water that is collecting in the existing pen. A problem occurs to where to exit the tile to send the water to another area.

Pam thought making a new pen on higher ground was a more feasible plan.

The Zoo usually opens on Memorial Day weekend so I suggested the new pen be made before that date of the opening. I will revisit the zoo in a month and see how the pen is progressing.

I have included some pictures of the pen and the Scottish Highland cattle.

Gary E Eiben DVM

District Veterinarian IDALS

EXHIBIT " Y " p.1

# IDALS Compliance Report

**Name of Person Being Investigated:** Cricket Hollow Zoo, 1512 210th, Manchester, IA 52057

**Case Number:** USDA Complaint - Sellner

**Name of Livestock Compliance Investigator Working on Case:** Doug Anderson

**Brief Summary of Complaint:** Substandard care of zoo animals.

**Summary of Investigation (include listing of individuals talked to as part of the investigation):** On July 24th, 2012, Cindy Neis and I went to the Cricket Hollow Zoo for an standard-of-care check-up prompted by a complaint. We did a complete walk-through of the facility.

I have submitted the photos I took of the facility. Due to the long stretch of hot days, the comfort of the animals was the main issue. Ms. Neis and I found that all of the animals had water and shade available. All of the animals appeared to be in good body condition and none appeared to be overheated.

There were a couple of borderline issues that we visited with Ms. Sellner about including waterers needing cleaned and possibly adding more shade areas for some of the hoofed animals. Ms. Sellner called the next morning to let us know that she had remedied our concerns the previous evening after our visit. Inspector Neis has followed up to verify and reported to me that it was so. I have included the pictures of verification in my submission.

**Attachments:** None.

**Recommendations, if any:** None.

**Disposition of the Case:** At this point in time, I find that there are no standard of care issues at this facility. The animals are safe and appear to be well taken care of and I believe there are no conditions which would cause adverse health or suffering.

**Date:** 7/30/12      Doug Anderson      IDALS Compliance Investigator

EXHIBIT " Y " p.2

135

# *IDALS Compliance Report*

**Name of Party Being Investigated:** Cricket Hollow Zoo, Manchester, Iowa

**Case Number:** xxxxxx

**Name of Livestock Compliance Investigator Working on Case:** Doug Anderson

**Brief Summary of Complaint:** Re-investigating information gathered and submitted last summer that cited standard of care issues.

**Summary of Investigation (include listing of individuals talked to as part of the investigation):** On 2/8/13, IDALS District Veterinarian Gary Eiben, IDALS Livestock Inspector Marc Rue and I went to the Cricket Hollow Zoo and performed a complete walk-through for the purpose of evaluating whether or not conditions exist that have or could cause adverse health conditions or suffering. Dr. Eiben had talked with Delaware Co. Sheriff John LeClaire beforehand about our visit and he was at the facility when we arrived.

We walked through all buildings and past all pens and observed the poultry, primates, small mammals, reptiles, exotics, large cats, livestock, birds, rodents and snakes. In a nutshell, all of the animals appeared to be thriving. They were well-fed, well-furred, alert and appeared content. Housekeeping could have been better.

We did have 2 minor concerns. Some of the outside smaller mammal pens needed to have some bedding (straw) added. In this freeze-thaw weather, bedding can get wet and packed down and lose insulating power. Ms. Sellner explained that on the weekends she has more help and that is when they freshen any bedding and take care of minor maintenance issues. Also, when we arrived mid-day, some of the small mammal water bowls were nearly empty or frozen. Ms. Sellner said that they water between 5-6 a.m. and again in the evening. I talked with Pam about watering a third time in the middle of the day when its warmer so the water will be available longer and more often. She was agreeable. The animals did not appear to be suffering because of these issues.

Dr. Eiben, Inspector Rue and I all agreed that there are no standard of care issues here today that would cause adverse health or suffering. This is consistent with the findings of the investigations (on these same issues) in August and November I performed with Dr. Heather Cole and Inspector Cindy Neis.

**Recommendations:** Resume normal USDA inspection schedule. No further action.

**Date:** 2/8/13        Doug Anderson        IDALS Compliance Investigator

EXHIBIT " Y " p.3

**Hyde, Katie L.**

| | |
|---|---|
| **From:** | Anderson, Doug |
| **Sent:** | Wednesday, May 15, 2013 11:22 PM |
| **To:** | Schmitt, David |
| **Cc:** | Hyde, Katie L. |
| **Subject:** | Cricket Hollow Zoo |

Dave,

Gary Eiben and I went to Cricket Hollow Zoo today for a pre-emptive strike on the upcoming complaint season. We did a complete walk-around. The large hoofed animals were out grazing in the pastures. The rest of the animals looked active, healthy, and happy.

Gary and I were pleasantly surprised on the condition of readiness for the May 25th opening date. There are some minor issues such as finish cleaning and redoing the goldfish tank and refilling the alligator tank and general sweeping up and polishing. Also, she is not quite done adding gravel to all of the pens, but she has progressed well.

We visited about her issues with the complaint crowd and she is well aware that they will probably be back and is making conscious efforts to make her facility completely ready for their visits. I am sure they will complain anyway.

Is this e-mail enough for now, since there was no complaint or formal inspection?

Doug Anderson
IDALS Compliance Investigator
515-250-2757

EXHIBIT " Y " p.4

# *IDALS Compliance Report*

**Name of Person Being Investigated:** Cricket Hollow Zoo, 1512 210th, Manchester, IA 52057

**Case Number:** A W 13-54

**Name of Livestock Compliance Investigator Working on Case:** Doug Anderson

**Brief Summary of Complaint:** Substandard care of zoo animals.

**Summary of Investigation (include listing of individuals talked to as part of the investigation):** On 9/25/13, I visited Cricket Hollow Zoo with USDA inspectors Chad Moore and Heather Cole, DVM. The visit was part of ongoing surveillance as a result of complaints filed against the facility.

The USDA inspectors were extremely thorough, with the inspection lasting approximately 7 ½ hrs. I was not at the facility the entire time, but I did cover all of the animals, with the exception of the small education center, which was covered by the USDA personnel.

The only real concern I had was primates. There was some over-grooming resulting in hair loss due to lack of environmental enrichment, which was discussed at length with the owner, Ms. Sellner. At last report, she had remedied the situation.

As for the rest of the facility, results were typical, in that there were a number of housekeeping issues: cobwebs, sharp points (minor), fecal matter in some of the cages, etc. None of it critical or excessive. The facility is definitely showing its age. On the whole, animals appeared content, playful, relaxed, comfortable, well-fed and well-watered.

I spoke with Dr. Cole after the inspection and it was agreed that on this day there were no direct violations. I had earlier visited the facility last May and again in June, with similar results.

Some of the violations/inadequacies mentioned in the USDA inspections show up as repeats, but actually may not be. For example, sharp points on one cage on this inspection may be on a different cage the next inspection. Ms. Sellner, the owner, has always been responsive to fixing specific inadequacies. However, the facility, by its nature, is high-maintenance.

I was glad to have Dr. Cole back as a USDA inspector at this facility, so that methodology differences between inspectors is minimized.

**Attachments:** N/A

**Recommendations, if any:** Continued joint inspections.

**Disposition of the Case:** Ongoing surveillance.

**Date:** 10/24/13          Doug Anderson          IDALS Compliance Investigator

EXHIBIT " Y " p.5

# IDALS Compliance Report

**Name of Person Being Investigated:** Cricket Hollow Zoo, 1512 210th, Manchester, IA 52057

**Case Number:** USDA Complaint - Sellner (investigated on 12/16/13)

**Name of Livestock Compliance Investigator Working on Case:** Doug Anderson

**Brief Summary of Complaint:** Report of 3 dead piglets in the pigpen.

**Summary of Investigation (include listing of individuals talked to as part of the investigation):** On 12/16/13, I arrived at the Cricket Hollow Zoo in Manchester, Iowa for an inspection due-to-cause. Reportedly, 3 piglets were found dead in the pen on or around the last weekend in October. USDA inspectors Heather Cole and Chad Moore had been at the facility for about an hour and had been through a portion of the facility when I arrived.

I only found 2 issues of note this day: 3 goats needed their hooves trimmed and the chinchillas had no water when the USDA personnel arrived. The goats' hooves needed trimmed as they were curling upward, but I didn't feel it was causing adverse suffering. As far as the chinchillas, Inspector Cole reported that Ms. Sellner, the owner, filled the water bottle as instructed, and the chinchillas drank for an excessively long time, indicating dehydration. When I viewed the chinchillas about an hour later, they seemed content, were not drinking, and body condition and demeanor seemed fine. The water bottle was still 2/3 full. While I trust Ms. Cole's professional judgement, the situation appeared to have been remedied.

As far as the dead piglets go, Ms. Sellner explained that it happened on the last weekend of the zoo's open season. The sow was not scheduled to have pigs for at least another day, and was scheduled to be moved inside upon closing of the zoo. She had her pigs early and the cold snap that had moved in had caused the pigs to expire. In my opinion, this is not a result of direct negligence, but a somewhat normal, but unfortunate farm occurrence.

**Recommendations, if any:** Continued regular joint inspections.

**Disposition of the Case:** At this point in time, I find that there are no standard of care issues at this facility other than those mentioned above. The animals are safe and appear to be well taken care of and I believe there are no conditions which would cause adverse health or suffering at the time of my leaving.

**Date:** 12/23/13          Doug Anderson          IDALS Compliance Investigator

EXHIBIT "Y" p.6

# IDALS Compliance Report

**Name of Person Being Investigated:** Cricket Hollow Zoo, 1512 210th, Manchester, IA 52057

**Case Number:** AW 13-54 (12/16/13 update)

**Name of Livestock Compliance Investigator Working on Case:** Doug Anderson

**Brief Summary of Complaint:** Report of 3 dead piglets in the pigpen.

**Summary of Investigation (include listing of individuals talked to as part of the investigation):** On 12/16/13, I arrived at the Cricket Hollow Zoo in Manchester, Iowa for an inspection due-to-cause. Reportedly, 3 piglets were found dead in the pen on or around the last weekend in October. USDA inspectors Heather Cole and Chad Moore had been at the facility for about an hour and had been through a portion of the facility when I arrived.

I only found 2 issues of note this day: 3 goats needed their hooves trimmed and the chinchillas had no water when the USDA personnel arrived. The goats' hooves needed trimmed as they were curling upward, but I didn't feel it was causing adverse suffering. As far as the chinchillas, Inspector Cole reported that Ms. Sellner, the owner, filled the water bottle as instructed, and the chinchillas drank for an excessively long time, indicating dehydration. When I viewed the chinchillas about an hour later, they seemed content, were not drinking, and body condition and demeanor seemed fine. The water bottle was still 2/3 full. While I trust Ms. Cole's professional judgement, the situation appeared to have been remedied.

As far as the dead piglets go, Ms. Sellner explained that it happened on the last weekend of the zoo's open season at the end of October. The sow was not scheduled to have pigs for at least another day, and was scheduled to be moved inside upon closing of the zoo. She had her pigs early and the cold snap that had moved in had caused the pigs to expire. In my opinion, this is not a result of direct negligence, but a somewhat normal, but unfortunate farm occurrence.

**Recommendations, if any:** Continued regular joint inspections.

**Disposition of the Case:** At this point in time, I find that there are no standard of care issues at this facility other than those mentioned above. The animals are safe and appear to be well taken care of and I believe there are no conditions which would cause adverse health or suffering at the time of my leaving. I will continue with joint inspections with USDA personnel on a regular basis.

**Date:** 12/23/13          Doug Anderson          IDALS Compliance Investigator

EXHIBIT "Y" p.7

# IDALS Compliance Report

**Name of Person Being Investigated:** Cricket Hollow Zoo, Manchester, IA

**Case Number:** AW 13-54

**Name of Livestock Compliance Investigator Working on Case:** Doug Anderson

**Brief Summary of Complaint:** Tracey Kuehl filed a complaint based on prior inspections and concern of animals' welfare after the long winter with harsh conditions.

**Summary of Investigation (include listing of individuals talked to as part of the investigation):** On 5/21/14, I accompanied USDA personnel Dr. Kate Ziegerer and Dr. Heather Cole for a regular USDA AC inspection and to address Ms. Kuehl's complaint. There were numerous housekeeping and maintenance issues this day.

There were several concerns of note: The tanks of guinea pigs, degus, and gerbils did not have water. USDA protocols were to supply water and if they drank for more than 1 minute then it is listed as a direct violation for lack of adequate access to water. According to Dr. Cole, they did drink for more than a minute.

The other concern was the hooves on a few of the goats were long and on at least 2 they were starting to curl. Ms. Sellner said she had called her shearer/hoof trimmer and expected him around Memorial Day.

There were veterinary care issues, that needed attention, but I did not see them causing great discomfort . A coyote had a foot bitten by another in an adjacent cage 3 weeks prior, but only occasionally favored it. The area was pinkish/red, but it appeared to me that it was healing. One capybara was thin, but did not appear to be suffering in any way. One coati mundi had a small patch of hair loss, but it did not appear to be oozing and the animal wasn't scratching.

There were some fence repair and shelter issues. Most of these involve the age of the facility and, in my opinion, do not pose much of a risk to the animals as far as adverse health or suffering. At the same time, they need to be fixed to meet code.

This facility is a USDA licensed zoo, but in form and function, is basically kept as a farm. All of the discrepancies/inadequacies listed on the USDA AC inspection for this day are accurate. However, in my opinion, most of the issues come down to a good cleaning and a weekend of maintenance. As history has shown, this facility will probably always have good and bad days, and we caught it on a bad one this day. I agree with the federal crew's assessment that there is a lack of help that allows this facility to lapse into disrepair and uncleanliness.

On the upside, Ms. Sellner is very knowledgeable and does pretty well at the Herculean task of caring for the numerous animals. She always has cooperated with remedying issues found during inspections.

I was unable to return for the follow-up with USDA personnel and I have not heard from them yet to see if the issues were rectified.

**Disposition of the Case:** I recommend continuing the frequent joint inspections

**Date:** 6/24/14          Doug Anderson          IDALS Compliance Investigator

EXHIBIT " Y " p.8

# IDALS Compliance Report

**Name of Person Being Investigated**: Cricket Hollow Zoo, Pam Sellner, Manchester, IA

**Case Number:** AW 14-037

**Name of Livestock Compliance Investigator Working on Case:** Doug Anderson

**Brief Summary of Complaint:** This inspection is the result of ongoing complaints making frequent inspections necessary.

**Summary of Investigation (include listing of individuals talked to as part of the investigation):** On 8/5/14, I joined the USDA Inspectors, Dr. Heather Cole and Dr. Peggy Shaver, for a facility inspection. An official copy of the USDA inspection is on file.

Basically, it was the same drill as most inspections at this facility. USDA personnel were very thorough in documenting all inadequacies. And, as usual, there were more than a few. Fortunately, there were none severe enough to categorize as "direct, non-compliant issues."

The ones of major concern to me were the sheepdog, water bowls, and expired ointment. The sheepdog, Macey, had sores on both ears that had not been seen by a vet and were being treated with an expired product, Nolvasan ointment. The dog did not seem to be overly bothered by the sores, but nevertheless, it is an issue that needs attention. The other issue was the waterbowls, which need to be cleaned and sterilized, as they were exhibiting algae growth. The water for the most part was clear, indicating fresh water being put in less-than-clean receptacles. At this time of year, clean water is essential for animal health and comfort, and it is very easy for water bowls to turn green, especially in the sun.

The rest of the facility just had maintenance issues, scattered throughout, which is normal here. While they may show as repeats on the inspection, it appeared to me that issues mentioned in the previous inspection had been addressed.

**Disposition of the Case:** Overall, my opinion is that no conditions exist that would cause adverse health or suffering on this day.

**Date:** 8/28/14      Doug Anderson      IDALS Compliance Investigator

EXHIBIT "Y"
P.9   9/5/14

# *IDALS Compliance Report*

**Name of Person Being Investigated:** Cricket Hollow Zoo, Pam Sellner, Manchester, IA

**Case Number:** AW 14-037

**Name of Livestock Compliance Investigator Working on Case:** Doug Anderson

**Brief Summary of Complaint:** This inspection is the result of ongoing complaints making frequent inspections necessary.

**Summary of Investigation (include listing of individuals talked to as part of the investigation):** On 10/7/14, IDALS District Veterinarian Gary Eiben and I accompanied USDA Animal Care Inspectors Heather Cole and Peggy Shaver for a routine inspection and complaint investigation based on prior USDA reports.

The condition of the facility today was as good as I've seen it. Maintenance appeared adequate or better in most areas. Cages were clean and prepared for winter. There were three animal issues of note.

1) A mother hamster with a nursing litter appeared to have significant hair loss on her back with some redness and flaking of skin. Dr. Eiben said he had seen this in his daughter's hamster and attributed it to hormones during pregnancy/nursing and did not think it to be a neglect issue at this point.

2) The coyote sisters are in adjoining cages, and one of the coyotes had a small wound on her foot. The wound had apparently come at the hand (or mouth) of her sister. This had happened before and appropriate steps were taken to barricade access to one another. However, they seem to find a different way to access each other. Ms. Sellner had already tried to add further barriers, but we discussed additional ways to try and prevent this from happening further. While she was favoring the foot a bit, she was still putting weight on it and it appeared to be healing. Dr. Eiben and I agreed that this was not an adverse condition.

3) There is a white tiger who is a recent addition to the facility. It is old, has vision issues and poor body condition, including sores over various parts of its body. Ms. Sellner said she got the tiger 2-3 months ago, and is letting it heal and live out its' life. The sores, according to Ms. Sellner, were on the tiger when it arrived and many of the little abcesses had surfaced and popped and were healed and healing. However, there was one open sore on the inside of the front leg. I have attached a copy of the letter from Dr. Pries of the Elkader Vet Clinic documenting the veterinary care.

**Disposition of the Case:** Overall, my opinion is that no conditions exist that would cause adverse health or suffering on this day. The white tiger did generate concern, but it has received the ordered veterinary care.

**Date:** 11/6/14          Doug Anderson          IDALS Compliance Investigator

EXHIBIT " Y " p. 10

| PRODUCT NAME | PRODUCT # | QUANTITY | GROSS | % OF CAT. | % OF TOTAL |
|---|---|---|---|---|---|
| (Blank) | | | | | |
| Amputation,SA | K174 | 1 | $ 165.00 | 3.29 | 2.59 |
| Anesthesia Monitoring | K1111 | 2 | $ 19.00 | 0.38 | 0.30 |
| Anesthesia Pulse-oximeter Monitorin | K1111 | 1 | $ 9.50 | 0.19 | 0.15 |
| Anesthesia-Gas, Feline | K1328 | 2 | $ 62.00 | 1.24 | 0.97 |
| Antisedan Reversal per mL | K197 | 0.4 | $ 0.00 | 0.00 | 0.00 |
| Autopsy - Owner | L005 | 0 | $ 0.00 | 0.00 | 0.00 |
| Autopsy & Report 2 skunks | L002 | 1 | $ 50.00 | 1.00 | 0.79 |
| Autopsy & Report Leopard | L002 | 1 | $ 50.00 | 1.00 | 0.79 |
| Baytril Inj/Adm SA | K222 | 1 | $ 8.00 | 0.16 | 0.13 |
| Bdk Rev | K2018 | 2 | $ 47.10 | 0.94 | 0.74 |
| Blood collection, LA | P011 | 1 | $ 5.00 | 0.10 | 0.08 |
| Blood collection, SA | BDRAW | 2 | $ 20.00 | 0.40 | 0.31 |
| Blood Drawing Fee | BDRAW | 1 | $ 10.00 | 0.20 | 0.16 |
| Consultation/Min. Beef | P0991 | 40 | $ 60.00 | 1.20 | 0.94 |
| Exam/Trt, Wild/Exotic | P0309 | 6 | $ 92.50 | 1.85 | 1.45 |
| Excede Per Cc | EXCED | 10 | $ 30.40 | 0.61 | 0.48 |
| Eye Swab | P7899 | 1 | $ 5.00 | 0.10 | 0.08 |
| Fecal Examination | K0569 | 1 | $ 10.00 | 0.20 | 0.16 |
| Fecal Float | X0529 | 20 | $ 180.00 | 3.59 | 2.83 |
| Federal Express Shipping | FEDEX | 2 | $ 81.80 | 1.63 | 1.29 |
| Feline Leukemia Test | K0578 | 1 | $ 32.50 | 0.65 | 0.51 |
| Feline Sero.(fip,Fiv/Felv | VT22 | 1 | $ 79.36 | 1.58 | 1.25 |
| Fluorescein Dye | K0347 | 2 | $ 24.00 | 0.48 | 0.38 |
| Fracture-Bone Plating | K1879 | 1 | $ 450.00 | 8.98 | 7.07 |
| Fuel Surcharge | T0001 | 3 | $ 9.00 | 0.18 | 0.14 |
| Health Cert. Exotic | P0369 | 3 | $ 45.00 | 0.90 | 0.71 |
| im, iv, Or Sq Injections 1 | K1197 | 2 | $ 16.50 | 0.33 | 0.26 |
| In House Blood Count - Cbc | K0467 | 2 | $ 48.06 | 0.96 | 0.76 |
| In House General Health Profile | INGHP | 1 | $ 56.02 | 1.12 | 0.88 |
| In House-General Health | INGHP | 3 | $ 150.20 | 3.00 | 2.36 |
| Inspection & Report | P098 | 60 | $ 120.00 | 2.39 | 1.89 |
| Ips 1 Inj. Feline | K1238 | 2 | $ 16.50 | 0.33 | 0.26 |
| Isu Lab. Feline | 01028 | 2 | $ 125.76 | 2.51 | 1.98 |
| Lab Prep Fee | LPF | 2 | $ 15.00 | 0.30 | 0.24 |
| Lab Submission Fee-Isu | LSF | 2 | $ 20.00 | 0.40 | 0.31 |
| Lactacted Ringer 3l | LACTACTED3 | 1 | $ 27.13 | 0.54 | 0.43 |
| Mailing Fee | J0022 | 1 | $ 6.00 | 0.12 | 0.09 |
| Neuter Exotic | K0679 | 1 | $ 78.00 | 1.56 | 1.23 |
| Office Call Exam | K0007 | 6 | $ 162.64 | 3.25 | 2.56 |
| Office Call/Exam, Other | K0009 | 5 | $ 120.00 | 2.39 | 1.89 |
| Prof. Time | P0989 | 155 | $ 232.50 | 4.64 | 3.65 |
| Prof. Time, Walk thru/ inspection | P098 | 70 | $ 80.00 | 1.60 | 1.26 |
| Prof. Time, Anual walk thru/inspectio | P098 | 40 | $ 80.00 | 1.60 | 1.26 |
| Prof. Time, Check aniamls, facilities | P098 | 50 | $ 100.00 | 2.00 | 1.57 |
| Prof. Time, exam Casper white tiger | P098 | 30 | $ 60.00 | 1.20 | 0.94 |
| Prof. Time, Inspection And Report | P098 | 55 | $ 110.00 | 2.20 | 1.73 |
| Prof. Time, Serv. Min LA | P098 | 75 | $ 150.00 | 2.99 | 2.36 |
| Prof. Time, Walk Thru | P098 | 30 | $ 0.00 | 0.00 | 0.00 |
| Prof.Time,Serv. Min | P098 | 30 | $ 55.50 | 1.11 | 0.87 |
| Professional Services,Min | P0984 | 185 | $ 277.50 | 5.54 | 4.36 |
| Remove Head For Lab, | K3017 | 1 | $ 22.26 | 0.44 | 0.35 |
| Repair Prolapse | K1917 | 1 | $ 150.00 | 2.99 | 2.36 |
| Shipping/Handling Fees | UPS | 2 | $ 15.00 | 0.30 | 0.24 |
| Sq Fluids | K0279 | 1 | $ 15.00 | 0.30 | 0.24 |
| Sq Fluids, Feline | K0278 | 2 | $ 30.90 | 0.62 | 0.49 |
| Tissue Prep. For Shipping | L010 | 1 | $ 20.00 | 0.40 | 0.31 |
| Torbugesic,LA - per cc | A009 | 1 | $ 11.75 | 0.23 | 0.18 |
| Trip | T0154 | 1 | $ 25.50 | 0.51 | 0.40 |
| Trip Charge, Wild/Exotic | T0139 | 13 | $ 322.00 | 6.43 | 5.06 |
| Trip Regular Charge | T0131 | 7 | $ 213.00 | 4.25 | 3.35 |
| Trip, Reg. Charge | T0131 | 2 | $ 50.00 | 1.00 | 0.79 |
| Tubes Prep | P0158 | 1 | $ 1.00 | 0.02 | 0.02 |
| Ultra Sound | S0004 | 1 | $ 35.00 | 0.70 | 0.55 |

| PRODUCT NAME | PRODUCT # | QUANTITY | GROSS | % OF CAT. | % OF TOTAL |
|---|---|---|---|---|---|
| Ultra Sound Small Animal | S0007 | 1 | $ 35.00 | 0.70 | 0.55 |
| Urine Analysis, Feline | K0618 | 1 | $ 16.00 | 0.32 | 0.25 |
| Urine Sedementation | K7777 | 1 | $ 13.50 | 0.27 | 0.21 |
| Veterinary Technician Hr | TECH | 2 | $ 33.00 | 0.66 | 0.52 |
| X-Ray, Exotic/Other | K1069 | 5 | $ 230.56 | 4.60 | 3.62 |
| X-Ray, Feline | K1068 | 1 | $ 44.00 | 0.88 | 0.69 |
| X-Ray, Small Animal | K1067 | 1 | $ 75.00 | 1.50 | 1.18 |
| | Totals: | 962.4 | $ 5,010.94 | | 78.74 |

**Cs**

| | | | | | |
|---|---|---|---|---|---|
| Telazol 5ml   Bottle | TELAZOL5 | 1 | $ 159.00 | 100.00 | 2.50 |
| | Totals: | 1 | $ 159.00 | | 2.50 |

**Drug**

| | | | | | |
|---|---|---|---|---|---|
| Anes. Surg. Baboon Neuter | ANEPRE | 1 | $ 50.00 | 23.29 | 0.79 |
| Baytril LA per mL | BAYTRILLG | 1 | $ 3.79 | 1.77 | 0.06 |
| Convenia per cc | CONV10 | 1 | $ 47.61 | 22.18 | 0.75 |
| LA 200 100cc | LA200100 | 0.05 | $ 0.96 | 0.45 | 0.02 |
| Naxcel 1 Gram | MBNAXCEL1 | 2 | $ 72.28 | 33.68 | 1.14 |
| Sedate SA | SEDATESA | 2 | $ 40.00 | 18.64 | 0.63 |
| Torbugesic- Per Cc | TORBU | 0.5 | $ 0.00 | 0.00 | 0.00 |
| | Totals: | 7.55 | $ 214.64 | | 3.37 |

**Herb**

| | | | | | |
|---|---|---|---|---|---|
| Traumeel Tablets 100ct | TRAU100 | 1 | $ 20.00 | 100.00 | 0.31 |
| | Totals: | 1 | $ 20.00 | | 0.31 |

**Inse**

| | | | | | |
|---|---|---|---|---|---|
| QuickBayt -5 Lb Pail | QUICKBAYT | 1 | $ 41.05 | 63.21 | 0.65 |
| QuickBayt Spot Spray Concentrate 3 | QUICKSPR3 | 2 | $ 23.89 | 36.79 | 0.38 |
| | Totals: | 3 | $ 64.94 | | 1.02 |

**Mb**

| | | | | | |
|---|---|---|---|---|---|
| Banamine Per Cc | MBBANAMIN | 2 | $ 1.22 | 5.21 | 0.02 |
| Dexamethasone Per Cc | MBAZIUMCC | 12 | $ 18.00 | 76.82 | 0.28 |
| Gentocin 50mg Per Cc | MBGEN50CC | 1 | $ 4.21 | 17.97 | 0.07 |
| Ketaset Per Cc | MBKETASET | 0.85 | $ 0.00 | 0.00 | 0.00 |
| | Totals: | 15.85 | $ 23.43 | | 0.37 |

**Oils**

| | | | | | |
|---|---|---|---|---|---|
| Oils Lavender Spray | LAVSPRAY | 1 | $ 22.40 | 100.00 | 0.35 |
| | Totals: | 1 | $ 22.40 | | 0.35 |

**Sm**

| | | | | | |
|---|---|---|---|---|---|
| A/D Prescription Diet K9/Fel 5.5oz ca | ADK9 | 1 | $ 2.13 | 0.52 | 0.03 |
| Aminophylline inj | AMINOPHYC | 0.3 | $ 6.59 | 1.61 | 0.10 |
| Amoxi Tabs 200mg | AMOXITAB20 | 14 | $ 11.62 | 2.84 | 0.18 |
| Anesthesia Gas | GASAN | 1 | $ 0.00 | 0.00 | 0.00 |
| Anesthesia-Gas | K132 | 2 | $ 63.86 | 15.62 | 1.00 |
| Baytril Inj.(sm Animal)cc | BAYTRILCC | 10.5 | $ 45.15 | 11.04 | 0.71 |
| Baytril SA per mL | BAYTRILCC | 5 | $ 21.50 | 5.26 | 0.34 |
| Bone Plate 6 Hole | BONEPLATE | 1 | $ 41.00 | 10.03 | 0.64 |
| Buprenex Inj per cc | BUPREN | 0.1 | $ 0.00 | 0.00 | 0.00 |
| Clavamox Drops 15ml | CLAVAMOXD | 1 | $ 25.40 | 6.21 | 0.40 |
| Clindamycin 150mg | CLINDAMYCI | 34 | $ 31.28 | 7.65 | 0.49 |
| Clindamycin Cap. -25mg | CLINDA25MG | 28 | $ 22.40 | 5.48 | 0.35 |
| Felovax PCT 10ds | FELPCT10 | 1 | $ 41.72 | 10.20 | 0.66 |
| Flime Plus Feline Green | FLFELINE | 1 | $ 35.73 | 8.74 | 0.56 |
| Gentocin Durafilm 5ml | GENTOCINO | 1 | $ 7.95 | 1.94 | 0.12 |
| In House Blood Count - Cbc | K0467 | 1 | $ 25.05 | 6.13 | 0.39 |
| Laxatone-Catlax -Each | LAXATONET | 1 | $ 5.00 | 1.22 | 0.08 |
| Metacam injectable 5mg per ML | K1530 | 0.02 | $ 0.37 | 0.09 | 0.01 |
| Silver Sulfadiazine 1% 400gm | SILSULF | 1 | $ 22.11 | 5.41 | 0.35 |
| | Totals: | 103.92 | $ 408.86 | | 6.42 |

EXHIBIT "Z"

P. 2

| PRODUCT NAME | PRODUCT # | QUANTITY | | GROSS | % OF CAT. | % OF TOTAL |
|---|---|---|---|---|---|---|
| **Supp** | | | | | | |
| Blades Each #30 | BLADESEA | 1 | $ | 22.99 | 92.55 | 0.36 |
| Syringe 3cc/Needle | SYRINGE3NE | 4 | $ | 1.85 | 7.45 | 0.03 |
| | Totals: | 5 | $ | 24.84 | | 0.39 |
| **Vace** | | | | | | |
| Tetanus Antitoxin 1500ui | TETANUS | 1 | $ | 10.12 | 100.00 | 0.16 |
| | Totals: | 1 | $ | 10.12 | | 0.16 |
| **VI** | | | | | | |
| Red Top Blood 10ml Tubes | TUBESRED | 1 | $ | 0.30 | 100.00 | 0.00 |
| | Totals: | 1 | $ | 0.30 | | 0.00 |
| **Vs** | | | | | | |
| Dexdomitor per cc | DEXDO | 0.5 | $ | 0.00 | 0.00 | 0.00 |
| Scalpels 22 | SCALPEL22 | 1 | $ | 1.08 | 5.66 | 0.02 |
| Vicryl 3/0 Fs-1 =j452h | VICRY30 | 2 | $ | 18.00 | 94.34 | 0.28 |
| | Totals: | 3.5 | $ | 19.08 | | 0.30 |
| **Worm** | | | | | | |
| Panacur 1000ml Bottle | PANACUR10 | 1 | $ | 125.00 | 100.00 | 1.96 |
| | Totals: | 1 | $ | 125.00 | | 1.96 |
| **Wormer** | | | | | | |
| Panacur Suspension 1000ml Bottle | PANACUR10 | 2 | $ | 260.21 | 100.00 | 4.09 |
| | Totals: | 2 | $ | 260.21 | | 4.09 |
| | Report Totals: | 1,109.22 | $ | 6,363.76 | | 100.00 |

EXHIBIT " Z " Time: 10:43:01 AM

p. 3



EXHIBIT "AA" p.1

# CONFIDENTIALITY AGREEMENT

This Confidentiality Agreement (this "Agreement") is made effective as of the date set forth below by and between Pamela and Tom Sellner ("Sellners"), and the undersigned counsel for Plaintiffs, Animal Legal Defense Fund, Tracey K. Kuehl, Lisa K. Kuehl, Kriss A. Bell, Nancy A. Harvey, and John T. Braumann, ("Plaintiffs").

Sellners may provide to Plaintiffs (or advisors) information and materials belonging to, or regarding, the Sellners (collectively, "Information"). The Sellners desire to confirm that any such Information will be protected from unauthorized use and disclosure.

NOW, THEREFORE, the parties hereto hereby agree as follows:

1.    *Recipients* agree to treat as confidential all Information which is disclosed to Plaintiffs (or Plaintiff's advisors), whether in written, oral, electronic or other tangible or intangible form, and whether disclosed to Plaintiffs (or Plaintiff's advisors) before, on or after the date hereof. The term "Information" shall not include information that Plaintiffs can demonstrate became generally publicly known other than by Plaintiffs' direct or indirect act.

2.    Plaintiffs agree that Plaintiffs shall, with respect to all Information, (a) restrict disclosure of or access to such Information solely to Plaintiffs' advisors with a need to know such Information who are under duties of confidentiality and nondisclosure at least as stringent as the duties set forth herein, and shall not disclose or allow access to such Information to any other persons; (b) not use such Information in any way that is detrimental or contrary to the interests of the Sellners; (c) not use such Information for Plaintiffs' own or any other person's benefit or for any purpose other than in connection with Plaintiffs' evaluation of Sellners; (d) use at least the same degree of care in protecting the confidentiality of such Information as Plaintiffs use in protecting their own confidential information, and (e) ensure that Plaintiffs' advisors adhere to the confidentiality and related standards established by this Agreement. The foregoing duties of Plaintiffs will survive the termination of this Agreement.

3.    This Agreement shall not prevent the Plaintiffs from presenting the financial information to the Federal Court involved in the current litigation between the parties as long as the Plaintiffs agree to a protective order preventing the public disclosure of this private information or limit the disclosure to an *in camera* review by the judicial magistrate appointed to try the current case between the Plaintiffs and the Sellners.

EXHIBIT "BB" p.1

4.     Nothing contained in this Agreement shall be construed as granting or conferring any rights by license or otherwise to Plaintiffs in any Information disclosed by the Sellners to Plaintiffs (or Plaintiffs' advisors). This Agreement shall not be deemed to obligate the Sellners to provide Information to the Plaintiffs or Plaintiffs' advisors.

5.     In the event Plaintiffs or their representatives are requested or required to disclose any Information to a governmental authority, Plaintiffs will provide Sellners with prompt notice of any such request or requirement so that Sellners may seek an appropriate protective order or waive Plaintiffs' compliance with the provision of this Agreement. If, failing the entry of a protective order or the receipt of a waiver hereunder, Plaintiffs are legally required to disclose Information to a governmental authority, Plaintiffs may disclose that portion of the Information which their counsel advises that Plaintiffs are legally required to disclose.

6.     This Agreement shall be governed by the laws of the State of Iowa and shall inure to the benefit of and be binding upon the parties hereto and their respective heirs, successors and assigns. This Agreement shall be in addition to, and not in lieu of, any of Plaintiffs' obligations to Sellners imposed by applicable law or otherwise with respect to the Information.

7.     In the event any provision of this Agreement shall be declared by a court of competent jurisdiction to be unreasonable or unenforceable, such restrictions shall be deemed to become and thereafter be the maximum restrictions which the court deems reasonable and enforceable. Plaintiffs acknowledge that the breach or threatened breach of this Agreement may result in irreparable injury to the Sellners and that, in addition to their other remedies, Sellners shall be entitled to injunctive relief to restrain any threatened or continued breach of this Agreement by Plaintiffs. Plaintiffs hereby waive any requirement for the posting of a bond or other security in connection with the granting to Plaintiffs of such injunctive relief.

Effective Date: 5/28/15

_____
Pamela Sellner

_____
Tom Sellner

PLAINTIFFS:

By: _____
Jessica Blome
Counsel for the Plaintiffs

EXHIBIT "BB" p.2

# CONFIDENTIALITY AGREEMENT

This Confidentiality Agreement (this "Agreement") is made effective as of the date set forth below by and between Pamela and Tom Sellner ("Sellners"), and the undersigned counsel for Plaintiffs, Animal Legal Defense Fund, Tracey K. Kuehl, Lisa K. Kuehl, Kriss A. Bell, Nancy A. Harvey, and John T. Braumann, ("Plaintiffs").

Sellners may provide to Plaintiffs (or advisors) information and materials belonging to, or regarding, the Sellners (collectively, "Information"). The Sellners desire to confirm that any such Information will be protected from unauthorized use and disclosure.

NOW, THEREFORE, the parties hereto hereby agree as follows:

1.      Recipients agree to treat as confidential all Information which is disclosed to Plaintiffs (or Plaintiff's advisors), whether in written, oral, electronic or other tangible or intangible form, and whether disclosed to Plaintiffs (or Plaintiff's advisors) before, on or after the date hereof. The term "Information" shall not include information that Plaintiffs can demonstrate became generally publicly known other than by Plaintiffs' direct or indirect act.

2.      Plaintiffs agree that Plaintiffs shall, with respect to all Information, (a) restrict disclosure of or access to such Information solely to Plaintiffs' advisors with a need to know such Information who are under duties of confidentiality and nondisclosure at least as stringent as the duties set forth herein, and shall not disclose or allow access to such Information to any other persons; (b) not use such Information in any way that is detrimental or contrary to the interests of the Sellners; (c) not use such Information for Plaintiffs' own or any other person's benefit or for any purpose other than in connection with Plaintiffs' evaluation of Sellners; (d) use at least the same degree of care in protecting the confidentiality of such Information as Plaintiffs use in protecting their own confidential information, and (e) ensure that Plaintiffs' advisors adhere to the confidentiality and related standards established by this Agreement. The foregoing duties of Plaintiffs will survive the termination of this Agreement.

3.      This Agreement shall not prevent the Plaintiffs from presenting the financial information to the Federal Court involved in the current litigation between the parties as long as the Plaintiffs agree to a protective order preventing the public disclosure of this private information or limit the disclosure to an *in camera* review by the judicial magistrate appointed to try the current case between the Plaintiffs and the Sellners.

EXHIBIT " BB " p. 3

4. Nothing contained in this Agreement shall be construed as granting or conferring any rights by license or otherwise to Plaintiffs in any Information disclosed by the Sellners to Plaintiffs (or Plaintiffs' advisors). This Agreement shall not be deemed to obligate the Sellners to provide Information to the Plaintiffs or Plaintiffs' advisors.

5. In the event Plaintiffs or their representatives are requested or required to disclose any Information to a governmental authority, Plaintiffs will provide Sellners with prompt notice of any such request or requirement so that Sellners may seek an appropriate protective order or waive Plaintiffs' compliance with the provision of this Agreement. If, failing the entry of a protective order or the receipt of a waiver hereunder, Plaintiffs are legally required to disclose Information to a governmental authority, Plaintiffs may disclose that portion of the Information which their counsel advises that Plaintiffs are legally required to disclose.

6. This Agreement shall be governed by the laws of the State of Iowa and shall inure to the benefit of and be binding upon the parties hereto and their respective heirs, successors and assigns. This Agreement shall be in addition to, and not in lieu of, any of Plaintiffs' obligations to Sellners imposed by applicable law or otherwise with respect to the Information.

7. In the event any provision of this Agreement shall be declared by a court of competent jurisdiction to be unreasonable or unenforceable, such restrictions shall be deemed to become and thereafter be the maximum restrictions which the court deems reasonable and enforceable. Plaintiffs acknowledge that the breach or threatened breach of this Agreement may result in irreparable injury to the Sellners and that, in addition to their other remedies, Sellners shall be entitled to injunctive relief to restrain any threatened or continued breach of this Agreement by Plaintiffs. Plaintiffs hereby waive any requirement for the posting of a bond or other security in connection with the granting to Plaintiffs of such injunctive relief.

Effective Date: _____

_____
Pamela Sellner

_____
Tom Sellner

PLAINTIFFS:

By: _____
Jessica Blome
Counsel for the Plaintiffs

EXHIBIT "BB" p.4

FORM 3-201A (1/97)

## CONVENTION ON INTERNATIONAL TRADE IN ENDANGERED SPECIES OF WILD FAUNA AND FLORA

☐ EXPORT PERMIT

☐ RE-EXPORT CERTIFICATE

☒ OTHER CERTIFICATE(see block 9)

| Page | 1 of 1 |
|---|---|

1. Original Permit/Certificate No.
**09US210826/9**

2. Valid until
**02/05/2010**

3. Permittee (name and address, country)
PAMELA JEAN SELLNER
1512 210 STREET
MANCHESTER, IA 52057
U.S.A.

4. Consignee (name and address, country)
JOHN YOO
1807 821 CAMBI STREET
VANCOUVER, BRITISH COLUMBIA V6B 0E3
CANADA

5. Special Conditions
MUST COMPLY WITH ENCLOSED GENERAL PERMIT CONDITIONS.

EXCEPTION TO DESIGNATED PORT [50 CFR 14.32]: MAY USE
MINNEAPOLIS, MN; MUST SCHEDULE WITH USFWS INSP. AT (612)
726-6302 AT LEAST 72 HRS. PRIOR TO USE.

5a. Purpose of Transaction
T

6. U.S. Management Authority

U.S. FISH AND WILDLIFE SERVICE
DIVISION OF MANAGEMENT AUTHORITY
4401 N. FAIRFAX DRIVE
ROOM 212
ARLINGTON, VA 22203-3247

**08/06/2009**

Issuing Date          United States Management Authority

*For live animals, only valid if the transport conditions comply with the CITES
Guidelines for Transport of Live Animals or, in the case of air transport, with
IATA Live Animals Regulations.*

AUTHORITY: Endangered Species Act of 1973 (16 USC 1531 et. seq.)

| 7/8. Common Name and Scientific name (genus and species) of Animal or Plant | 9. Description of Part or Derivative, including identifying marks or numbers (age/sex if live) | 10. Appendix No. and Source |
|---|---|---|
| **A.** Common Name<br>SERVAL<br><br>Scientific Name<br>LEPTAILURUS<br>SERVAL | 9. BRED-IN-CAPTIVITY: LIVE 0:1; BORN 2/12/09; BROWN WITH BLACK SPOTS. | 10. 2 C<br><br>11. Quantity (including units)<br>1      NO.<br><br>11a. Total Exported/Quota |

| 12. Country of Origin<br>U.S.A | Permit/Certificate No.<br>09US210826/9 | Date of Issue<br>08/06/2009 | 12b. Breeding Operation No. |
|---|---|---|---|
| 12a. Country of Last Re-export | Re-export Certificate No. | Date of Issue | 12c. Pre-Convention: Date of Acquisition |

| 7/8. | 9. | 10. |
|---|---|---|
| **B.** Common Name<br>SERVAL<br><br>Scientific Name<br>LEPTAILURUS<br>SERVAL | 9. BRED-IN-CAPTIVITY: LIVE: 1.0; BORN 5/10/09; BROWN WITH BLACK SPOTS AND STRIPES. | 10. 2 C<br><br>11. Quantity (including units)<br>1      NO.<br><br>11a. Total Exported/Quota |

| 12. Country of Origin<br>U.S.A | Permit/Certificate No.<br>09US210826/9 | Date of Issue<br>08/06/2009 | 12b. Breeding Operation No. |
|---|---|---|---|
| 12a. Country of Last Re-export | Re-export Certificate No. | Date of Issue | 12c. Pre-Convention: Date of Acquisition |

13. Export / Re-export Endorsement:
The official who inspects shipment upon
exportation / re-exportation must enter the
total quantities of specimens being
exported / re-exported in this block.

| See Block 7 | Quantity |
|---|---|
| A | |
| B | |

14. Bill of Lading/Air Way-Bill Number

Port of Exportation / Re-exportation

Total No. of Shipping Containers

15. This document valid only with inspecting official's ORIGINAL
stamp, signature and date in this block.

Inspecting Official's Stamp, Signature and Date

EXHIBIT "CC" p.1