

# DEPOSITION AND INDEX
## OF
# **KRISTINE BELL**

Kuehl, et al. v Sellner, et al.

No. C14-2034-LRR

Thursday, March 18, 2015

ORIGINAL

Jeanne Strand, CSR, RPR
IRISH REPORTING, INC.
305 – 10TH Avenue
Hiawatha, IA 52233
**319-393-5050**
E-mail – jeannestrand@imonmail.com

DEPOSITION OF KRISTINE BELL , 3/18/2015

Page 1

```
 1              UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF IOWA
 2
   TRACEY K. KUEHL, an individual;  )
 3 LISA K. KUEHL, an individual;    )
   KRISS A. BELL, an individual;    ) Case No.
 4 JOHN T. BRAUMANN, an individual; ) C14-2034-LRR
   and ANIMAL LEGAL DEFENSE FUND,   )
 5 a non-profit corporation,        )
                                    )
 6      Plaintiffs,                 )
                                    )
 7 v.                               )
                                    )
 8 PAMELA SELLNER, an individual;   )
   TOM SELLNER, an individual; and  )
 9 CRICKET HOLLOW ZOO, a non-profit )
   corporation,                     )
10                                  )
        Defendants.                 )
11
12   DEPOSITION OF KRISTINE BELL taken on
13 Wednesday, March 18, 2015, commencing at
14 10:42 a.m., at 1500 Center Street, NE, Cedar
15 Rapids, Iowa, before Jeanne A. Strand,
16 Certified Shorthand Reporter of the State of
17 Iowa.
18
19
20
21            Jeanne A. Strand, CSR, RPR
                   Irish Reporting
22                 305 - 10th Avenue
                 Hiawatha, Iowa 52233
23                  (319) 393-5050
24
25
```

Page 2

```
 1            APPEARANCES:
 2 Jessica Blome and Jeffrey Pierce, of Animal
     Legal Defense Fund, 170 East Cotati Avenue,
 3   Cotati, California 94931, Attorneys for
     Plaintiffs.
 4
     Larry Thorson, of Ackley Kopecky & Kingery,
 5   4056 Glass Road, NE, Cedar Rapids, Iowa
     52402, Attorney for Defendants.
 6
   Also Present: Pamela Sellner
 7
 8
 9            INDEX
10 EXAMINATION BY              PAGE
11 Mr. Thorson          3
12
13
14   MR. THORSON:  Good morning.  We are
15 taking this deposition for purposes of
16 discovery for trial in this matter, and for any
17 other purposes permitted under the Federal
18 Rules of Civil Procedure.
19
20
21
22
23
24
25
```

Page 3

```
 1      KRISTINE BELL was called as a
 2 witness and, being first duly sworn,
 3 testified as follows:
 4              EXAMINATION
 5 BY MR. THORSON:
 6    Q.  My name is Larry Thorson.  Would you
 7 please state your full name for the record?
 8    A.  Kristine Ann Bell.
 9    Q.  And what is your address?
10    A.  3011 Aspen Road, Ames, Iowa, 50014.
11    Q.  What's your occupation?
12    A.  I am a clerk four at Iowa State
13 University.
14    Q.  Tell me what a clerk four at Iowa
15 State University does.
16    A.  I work in Ag & Biosystems
17 Engineering.  I help recruit all of the grad
18 students, I do accounting, various job duties
19 as they come along.  But my main role is that
20 I'm a graduate secretary.
21    Q.  What's your educational background,
22 starting with high school?
23    A.  High school, sophomore level at Iowa
24 State University.
25    Q.  So where did you graduate from high
```

Page 4

```
 1 school?
 2    A.  Radcliffe -- Radcliffe, Iowa.
 3    Q.  What year was it?
 4    A.  1974.
 5    Q.  Then you went to Iowa State?
 6    A.  I got married.
 7    Q.  Okay.
 8    A.  Yes, I got married at eighteen the
 9 first time, so I did not go right into
10 college, no.
11    Q.  All right.  Tell me when you went to
12 Iowa State.
13    A.  I started working at Iowa State in
14 1986, so as an employee I started taking
15 classes, one a semester.
16    Q.  Over what period of time were you
17 taking classes?
18    A.  Years.  And, actually, I should back
19 up.  When I was eighteen I did go to American
20 Institute of Business for one year in
21 Des Moines.
22    Q.  What did you study there?
23    A.  Just clerical, one-year course.
24    Q.  Tell me about your courses at Iowa
25 State.  What courses have you taken at Iowa
```

Page 13

1　together?
2　　Q.　Yes.
3　　A.　Yes.
4　　Q.　Where did you start from?  Where did
5　you meet?
6　　A.　Ames.
7　　Q.　And what information had you
8　received about the zoo prior to going there?
9　　A.　I had seen pictures and I had heard
10　about the zoo.
11　　Q.　Where had you seen the pictures?
12　　A.　I had seen aerial photographs that
13　Lisa Kuehl had taken.
14　　Q.　When you say she took aerial
15　photographs, she flew herself over the zoo,
16　or what?
17　　A.　She was with her husband.
18　　Q.　And she took the photographs?
19　　A.　She did.
20　　Q.　What are these photographs
21　purporting to show?
22　　A.　The one that sticks in my mind was
23　the aerial shot of the Scottish cattle and
24　the pen that they were in, and that they were
25　up to their knees, if not deeper, in mud.

Page 14

1　There was one that was laying in the water
2　trough.  It wasn't even determinable if that
3　animal was dead or alive.  It was clear that
4　that they were in very undesirable
5　conditions.
6　　Q.　When you went to the zoo, did you
7　take a camera with you?
8　　A.　I just had my phone.
9　　Q.　Does your phone have a camera on it?
10　　A.　It did.
11　　Q.　Did you use that?
12　　A.　I did.
13　　Q.　Tell me about your visit then.  What
14　happened when you got there?  Did you buy a
15　ticket?
16　　A.　We did -- or I did, yes.
17　　Q.　And?
18　　A.　We went into the zoo.
19　　Q.　And what did you do after that?
20　　A.　Do you mean while we were still in
21　the zoo?
22　　Q.　I'm trying to figure out what you
23　did in the visit to the zoo.  So if you could
24　give me kind of a narrative of what you did,
25　that would be good.

Page 15

1　　A.　Sure.  Well, we started at the point
2　where we bought our ticket, and we walked
3　through.  We walked through where the birds
4　were, and the reptiles were, and we proceeded
5　out into where the larger animals were.  It
6　was basically walking by and through each
7　area and looking at the animals, looking at
8　the conditions the animals were living in.
9　　Q.　When you say we, were you with
10　somebody else when you were walking through?
11　　A.　I was with Nancy and Lisa.
12　　Q.　All the time?
13　　A.　We were all in the same general
14　area.
15　　Q.　How about Pam Sellner, was she with
16　you at some point in time?
17　　A.　She was not with me.
18　　Q.　Was she with anybody else in your
19　group?
20　　A.　She was with Nancy when Nancy went
21　and asked to please provide water for some of
22　the animals.  It was very hot that day.  It
23　was in the eighties -- upper eighties, and
24　the animals were thirsty.
25　　Q.　Did you go into any areas that were

Page 16

1　restricted areas?
2　　A.　No.
3　　Q.　And you said you took photographs,
4　correct?
5　　A.　Correct.
6　　Q.　How many photos did you take?
7　　A.　I don't remember.
8　　Q.　Did you take videos, too?
9　　A.　No.
10　　Q.　Did you take a tape measure with
11　you?
12　　A.　No.
13　　Q.　In the time period you were at the
14　zoo, do you know how long that was?
15　　A.　I'd say it was several hours.
16　　Q.　I assume you all came to the zoo
17　together, correct?
18　　A.　We did, correct.
19　　Q.　And you all left at the same time?
20　　A.　Correct.
21　　Q.　A what conversations did you have
22　with Pam Sellner?
23　　A.　I had no conversations with Pam.
24　　Q.　Now, in your answers to
25　interrogatories you indicate you made two or

99e606e8-6faf-4bf2-a6ef-35137aac7f0e

DEPOSITION OF KRISTINE BELL , 3/18/2015

Page 17

1 three calls to the Manchester, Iowa, Police
2 Department?
3    A.   I did.
4    Q.   Who did you talk to at the police
5 department?
6    A.   A dispatcher that answered the
7 phone.
8    Q.   Man or a woman?
9    A.   Woman.
10    Q.   And did you just talk to the
11 dispatcher, or somebody else?
12    A.   Just the dispatcher.
13    Q.   What did you --
14    A.   I asked to have a return phone call
15 from either the sheriff or a deputy, and that
16 never came.
17    Q.   Now we're getting a little confused
18 here, aren't we?  You said sheriff or deputy,
19 and we're talking about the Manchester Police
20 Department.
21    A.   I'm sorry.  Either the chief of
22 police, or one of the deputies.
23    Q.   Did you ever get a phone call back?
24    A.   I did not.
25    Q.   Did you leave a number?

Page 18

1    A.   I did.
2    Q.   What did you tell the dispatcher
3 when you talked to them?
4    A.   When I called it was during the
5 summer, and it was extremely hot.  I was very
6 concerned for the welfare of the animals in
7 the heat.
8    Q.   Is that what you told the
9 dispatcher?
10    A.   I asked for a welfare check.
11    Q.   And you told the dispatcher the
12 reason?
13    A.   I did.
14    Q.   What did you tell the dispatcher?
15    A.   That I had been to the zoo, that I
16 had seen the animals, and I was very
17 concerned for their welfare.  It was
18 extremely hot, and I was concerned they
19 didn't have water or adequate shelter from
20 the heat.
21    Q.   Did the dispatcher say anything to
22 you?
23    A.   Just typical dispatcher talk.  She'd
24 pass the information along and have someone
25 check.

Page 19

1    Q.   What time of day was this call made,
2 do you know?
3    A.   I don't remember specifically, but
4 it was during -- it was in the afternoon.
5    Q.   Now, after that you say you made
6 maybe two more calls?
7    A.   Yes.
8    Q.   Is that right?
9    A.   Yes.
10    Q.   To the same department?
11    A.   Yes.
12    Q.   Who did you talk to the second time?
13    A.   A dispatcher.
14    Q.   Tell me about that conversation.
15    A.   Same type of conversation, asking
16 for a welfare check, expressing concern about
17 the heat, that the animals didn't have
18 adequate shelter, did not have adequate
19 water.
20    Q.   I would assume this call was not
21 made on the same day, was it?
22    A.   No.
23    Q.   When was this call made?
24    A.   I don't remember exact days for my
25 phone calls.

Page 20

1    Q.   So you were talking about the same
2 things.  You hadn't been out to the zoo
3 again, though, had you?
4    A.   I had not.
5    Q.   What about your third call to the
6 police department, tell me about that call.
7    A.   Same; talked to a dispatcher, asked
8 for a welfare check, expressed concern about
9 the animals.
10    Q.   Did you indicate to the dispatcher
11 you were not getting any calls back?
12    A.   I'm sorry?
13    Q.   Did you indicate to the dispatcher
14 you hadn't been getting calls back?
15    A.   I never received any return phone
16 calls.
17    Q.   That's not quite my question.
18    A.   I'm sorry.  Well, with that fan
19 going, and I've got a really bad cold.
20    Q.   Why don't you turn the fan off.
21    (Discussion was held off the
22 record.)
23    Q.   So getting back to the dispatcher.
24    A.   Yes.
25    Q.   Let's go to the second time you

IRISH REPORTING, INC.
319-393-5050

99e606e8-6faf-4bf2-a6ef-35137aac7f0e

DEPOSITION OF KRISTINE BELL , 3/18/2015

1 talked to the dispatcher.
2     A. Okay.
3     Q. The second time did you express
4 concern that you hadn't received a call from
5 the first time you talked to the dispatcher?
6     A. I don't believe that I did.
7     Q. What about the third time?
8     A. No. When I make a welfare check
9 call, I ask -- I always ask that someone get
10 back to me after they have gone and looked at
11 the animals.
12     Q. So when you say you do this, it
13 sounds like it's a habit you have, is that
14 correct?
15     A. If I see a situation where animals
16 are being neglected or abused, I will speak
17 up.
18     Q. What other situations have you seen
19 that you think animals have been neglected or
20 abused besides this situation?
21     A. How much time do we have?
22     Q. Fire away.
23     A. Those are not relevant to this case.
24     Q. Well, you were going to tell me
25 about those. And you don't determine what's

1 relevant, so I'm asking the questions here.
2     A. There are many, many situations that
3 I have called in where I have seen dogs
4 chained out, where I have seen animals that
5 are in abusive or neglectful situations. I
6 will speak up for animals. I'm not afraid to
7 call and ask that a welfare check be done.
8     Q. How many of these calls have you
9 made?
10     A. I couldn't begin to tell you.
11     Q. Give me an estimate. Hundreds?
12     A. Fifty.
13     Q. Fifty? Over what period of time?
14     A. A couple of years.
15     Q. Have you contributed to the Animal
16 Legal Defense Fund in the past five years?
17     A. I have.
18     Q. How much money have you contributed?
19     A. $50.
20     Q. Is that per year or just total?
21     A. It was a one-time donation.
22     Q. And you're not familiar with the
23 United States Department of Agriculture
24 requirements as far as space for animals in a
25 zoo, are you?

1     A. I am not.
2     Q. You're not familiar with the USDA
3 requirements for shade for animals at a zoo,
4 are you?
5     A. I am not.
6     Q. Are you familiar with Dr. Laurie
7 Gage at all?
8     A. No.
9     Q. Do you know how old African lions
10 get in the wild?
11     A. I do not.
12     Q. Do you know the difference between a
13 wolf and a wolf hybrid?
14     A. No.
15     Q. Have you seen coyotes?
16     A. I have.
17     Q. You know the difference between a
18 coyote and a wolf, don't you?
19     A. I do.
20     Q. Do you know what baleage is?
21     A. No.
22     Q. Did you see signs posted at the zoo
23 restricting certain areas where the public
24 couldn't go into?
25     A. I don't remember.

1     Q. Have you ever volunteered at a zoo?
2     A. No.
3     Q. Do you know what a hog sipper is?
4     A. Say that again, please.
5     Q. Do you know what a hog sipper is?
6     A. No.
7     Q. Are you familiar with automatic
8 waterers?
9     A. Yes.
10     Q. Tell me about them. How do they
11 work?
12     A. There needs to be a source of water
13 for the automatic waterer to work.
14     Q. How does it work?
15     A. It releases water. I don't know the
16 mechanics of it, but I know that it's
17 supposed to provide water at all times.
18     Q. Do you understand that the zoo is
19 licensed by both the State of Iowa and the
20 USDA?
21     A. I do.
22     Q. And you understand that inspections
23 can be conducted at any time by the USDA,
24 don't you?
25     A. I do.

IRISH REPORTING, INC.
319-393-5050

Page 3/Line 12 and 14 -
Clerk IV

7

Pages 7 and 8/Lines 15 – 25

15  I was home. I had three children by
16  the time I was twenty-five, and I was
17  twenty-nine years old when I went to work at
18  Iowa State. I started in the College of
19  Design Dean's office, and I was there for a
20  year and a half. I then went to the
21  Economics Department for another year and a half, and in 1988 I went to the College of
Design's Department of Architecture until September 1995.
22  From there I went to Industrial Education
23  & Technology. In 2004 Industrial Education &
24  Technology merged with Ag & Biosystems
25  Engineering, and I have been there ever

8

1  since. I started my thirtieth year this
2  January.

Page 22/Line 12 -
$25

Dated this _6th_ day of _April_ , 2015.

_Kristine Bell_
Kristine Bell, Deponent



# DEPOSITION AND INDEX

## OF

# JOHN BRAUMANN

Kuehl, et al. v Sellner, et al.

No. C14-2034-LRR

Thursday, March 19, 2015

ORIGINAL

Jeanne Strand, CSR, RPR
IRISH REPORTING, INC.
305 – 10TH Avenue
Hiawatha, IA  52233
**319-393-5050**
E-mail – jeannestrand@imonmail.com

DEPOSITION OF JOHN BRAUMANN , 3/19/2015

---

**Page 1**

```
 1           UNITED STATES DISTRICT COURT
             NORTHERN DISTRICT OF IOWA
 2
   TRACEY K. KUEHL, an individual; )
 3 LISA K. KUEHL, an individual;   )
   KRISS A. BELL, an individual;   ) Case No.
 4 JOHN T. BRAUMANN, an individual;) C14-2034-LRR
   and ANIMAL LEGAL DEFENSE FUND,  )
 5 a non-profit corporation,       )
                                   )
 6      Plaintiffs,                )
                                   )
 7 v.                              )
                                   )
 8 PAMELA SELLNER, an individual;  )
   TOM SELLNER, an individual; and )
 9 CRICKET HOLLOW ZOO, a non-profit)
   corporation,                    )
10                                 )
        Defendants.                )
11
12    DEPOSITION OF JOHN BRAUMANN taken on
13 Thursday, March 19, 2015, commencing at
14 9:00 a.m., at 1500 Center Street, NE, Cedar
15 Rapids, Iowa, before Jeanne A.  Strand,
16 Certified Shorthand Reporter of the State of
17 Iowa.
18
19
20
21          Jeanne A. Strand, CSR, RPR
                  Irish Reporting
22               305 - 10th Avenue
                Hiawatha, Iowa 52233
23                (319) 393-5050
24
25
```

---

**Page 2**

```
 1      APPEARANCES:
 2 Jessica Blome and Jeffrey Pierce, of Animal
   Legal Defense Fund, 170 East Cotati Avenue,
 3 Cotati, California 94931, Attorneys for
   Plaintiffs.
 4
   Larry Thorson, of Ackley Kopecky & Kingery,
 5 4056 Glass Road, NE, Cedar Rapids, Iowa
   52402, Attorney for Defendants.
 6
   Also Present: Pamela Sellner
 7
 8
 9          INDEX
10 EXAMINATION BY           PAGE
11 Mr. Thorson                3
12
13
14
15    MR. THORSON: Good morning.  We are
16 here to take your deposition, and we will take
17 it for purposes of discovery for use at trial
18 in this matter and for any other purposes
19 allowed under the Federal Rules of Civil
20 Procedure.
21
22
23
24
25
```

---

**Page 3**

```
 1      JOHN BRAUMANN was called as a
 2 witness and, being first duly sworn, testified
 3 as follows:
 4          EXAMINATION
 5 BY MR. THORSON:
 6    Q.  Please state your full name for the
 7 record.
 8    A.  John Braumann.
 9    Q.  Do you have a middle name?
10    A.  Thomas.
11    Q.  What's your address?
12    A.  226 Normandy Drive, Marion, Iowa,
13 52302.
14    Q.  What's your occupation?
15    A.  I am currently unemployed.  I have
16 been on workers' compensation.
17    Q.  Are you looking for employment now?
18    A.  As a matter of fact, I have an
19 interview right after this, yeah.
20    Q.  Have you ever had your deposition
21 taken before?
22    A.  No.
23    Q.  How did you prepare for your
24 deposition today?
25    A.  Reviewing the photographs that I
```

---

**Page 4**

```
 1 took.
 2    Q.  Anything else?
 3    A.  My interrogatories that I provided to
 4 you.
 5    Q.  Are you related to any of the other
 6 plaintiffs in this action?
 7    A.  No.
 8    Q.  Let's talk about your educational
 9 background, starting with high school.  Where
10 did you go to high school?
11    A.  Here in town, Jefferson High School,
12 and I finished at Kirkwood.
13    Q.  When did you graduate from Jefferson?
14    A.  I graduated from Kirkwood in 1978.
15    Q.  So you got a GED at Kirkwood or --
16    A.  No, they are -- it's a secondary-type
17 high school, it was actual class coursework.
18    Q.  Did you have any education beyond
19 that then?
20    A.  Yes.
21    Q.  Where at?
22    A.  Kirkwood.
23    Q.  When did you go to Kirkwood then?
24    A.  Two separate occasions, the exact
25 years of which I do not recall.
```

IRISH REPORTING, INC.
319-393-5050

f04a6e33-45ea-492e-b861-90ad725bcac5

DEPOSITION OF JOHN BRAUMANN , 3/19/2015

Page 29

1 conversations with Mrs. Sellner either date
2 you've been there?
3      A.  Yes, I believe so.  She showed me the
4 tiger as she was retrieving it from tiger time
5 with that gal, and I stuck my hand out and the
6 tiger pawed at my hand.  But my interactions
7 with her were limited to her retrieving tiger
8 time, and my entering and exiting the zoo.
9      Q.  You stuck your hand out and the tiger
10 pawed at your hand.  Were you injured by this?
11      A.  No.
12          MR. PIERCE:  Objection, vague as to
13 injured.
14      Q.  Do you know what Pam Sellner's
15 qualifications are to take care of big cats?
16      A.  No.
17      Q.  Do you know who Dr. Laurie Gage is?
18      A.  No.
19      Q.  Do you know the difference between a
20 wolf and a wolf hybrid?
21      A.  Not to look at, no.
22      Q.  Do you know what baleage is?
23      A.  It's a type of food.
24      Q.  What type of food?
25      A.  I don't know exactly how it's

Page 30

1 prepared, or the consistency of it, but I do
2 know it's a type of food that you would feed to
3 an animal that might eat hay or silage or
4 baleage.  I know enough about farming to say
5 that, and that's about it.
6      Q.  Were certain areas of the zoo posted
7 as being restricted to the public?
8      A.  I don't know.  I never entered any
9 areas other than the common areas which the
10 other patrons were at.
11      Q.  Have you ever volunteered at a zoo?
12      A.  No.
13      Q.  When I asked you to list zoos you
14 visited in the past three years, you listed
15 just the Cricket Hollow Zoo, and Mississippi
16 River Museum, which I would assume doesn't have
17 many animals running around, does it.
18      A.  Well, they are mostly aquatic, but
19 they did have, I believe, some turtles and some
20 other things, some ducks, geese.
21      Q.  Have you visited any other zoos
22 besides Cricket Hollow Zoo?
23      A.  Many years ago, yes.
24      Q.  What did you visit many years ago?
25      A.  It was a zoo in Denver.  I don't

Page 31

1 recall the name of it, but it was mid-eighties
2 maybe.
3      Q.  Is that the only other zoo you
4 visited then besides Cricket Hollow Zoo?
5      A.  Bever Park Zoo here in town when it
6 used to be open.  It was kind of a petting zoo.
7 But other than that, yes, those were the only
8 zoos I have gone to.
9      Q.  Do you know what a hog sipper is?
10      A.  A hog sipper?
11      Q.  Yes.
12      A.  No.
13      Q.  Are you familiar at all with
14 automatic waterers?
15      A.  I'm familiar with a type of automatic
16 waterer that you would buy in a pet store for,
17 say, a guinea pig.  It's an upside down bottle
18 with a tube on it and a ball bearing on the end
19 so that they can get their own water.
20      Q.  And you do understand that this zoo
21 is inspected by the USDA, is that correct?
22      A.  That is my understanding.
23      Q.  And you do understand that the
24 inspectors for the USDA for exhibiting zoos are
25 veterinarians, don't you?

Page 32

1          MR. PIERCE:  Objection, lack of
2 foundation.
3      Q.  Do you understand that?
4          MR. PIERCE:  Objection, misleading.
5      Q.  You can answer the question.
6      A.  Would you like to ask that question
7 again?
8          MR. THORSON:  Why don't you go ahead.
9          (The requested portion of the record
10 was read back.)
11      A.  Only because you're telling me this.
12 I was not previously aware that they were
13 veterinarians.
14      Q.  (By Mr. Thorson)  You do understand
15 there is difference between an animal that's
16 been socialized with humans, and one that's
17 been born in the wild, don't you?
18      A.  Yes.
19      Q.  And it looks like in December of 2012
20 you called the Delaware County Sheriff's Office
21 after the December 19th blizzard hit, you said,
22 and you spoke to somebody in that office.  Do
23 you remember talking to somebody in that
24 office?
25      A.  Yes.  He identified himself as a

IRISH REPORTING, INC.
319-393-5050

Page 33

1  deputy sheriff.
2      Q.  Tell me about that conversation then.
3      A.  I called and asked if he could --
4  when things calmed down for their office, if he
5  could make a visit to the zoo to ensure that
6  the animals were being tended to, primarily fed
7  and watered.
8      Q.  And what did the sheriff's deputy say
9  to you?
10     A.  He said they were very busy, but that
11 he would try to do that.
12     Q.  And did you receive any call back
13 from the sheriff's deputy, or did you ask for
14 one after he visited?
15     A.  I did ask and did not receive one
16 back.
17     Q.  Did you call back again to the
18 sheriff's office then to find out?
19     A.  No, because the tone of the deputy
20 was less than favorable as to sharing my
21 concern.
22     Q.  What exactly about the tone of the
23 deputy made you think he was less than likely
24 to share your concern?
25     A.  He sounded annoyed, I guess, that I

Page 34

1  would be concerned about these animals.
2      Q.  Were you making this call from
3  Marion, Iowa, or where were you making the call
4  from?
5      A.  From my home.
6      Q.  Which is in Marion, correct?
7      A.  That is correct.
8      Q.  Have you filed any type of formal
9  complaints with the USDA based on your visit?
10     A.  One.
11     Q.  When was that complaint filed?
12     A.  It was -- I don't recall the exact
13 date.
14     Q.  Well, I don't see a complaint in your
15 interrogatory answers.  You said you sent a
16 letter.  Is that what you're talking about when
17 you talk about a complaint?
18     A.  Yeah.  I would say it serves as both.
19     Q.  So this is December 25, 2013.  Does
20 that ring a bell?
21     A.  That sounds like the time frame but,
22 again, I don't recall the exact date.  If I had
23 it in front of me I could give you the exact
24 date.
25     Q.  Well, this is what you gave us as an

Page 35

1  answer (indicating).
2      A.  Then that must have been the date.  I
3  can't verify without the letter being in front
4  of me.
5      Q.  Are you associated with any wildlife
6  sanctuary in any fashion?
7      A.  No.
8      Q.  If you claim the Cricket Hollow Zoo
9  is a bad location for endangered species, where
10 would you like them relocated to?
11     A.  A reputable sanctuary that can
12 provide them at least a basic enriched life;
13 that's not what I witnessed at Cricket Hollow
14 Zoo.
15     Q.  But you have no particular place in
16 mind, is that correct?
17     A.  I don't particularly have one, no.
18 I'm not affiliated with any.
19     Q.  Are you aware that nonexhibiting
20 sanctuaries are not subject to USDA
21 supervision?
22         MR. PIERCE:  Objection, lack of
23 foundation.  Objection, misleading.
24         MR. THORSON:  Would you repeat the
25 question?

Page 36

1          (The requested portion of the record
2  was read back.)
3      A.  I'm not aware of the requirements of
4  sanctuaries.
5      Q.  Did you hire anybody to go to Cricket
6  Hollow Zoo to take photographs at the zoo?
7      A.  No.
8      Q.  Were you aware there were signs at
9  the zoo telling you not to take photographs?
10     A.  Everyone that I saw had cameras and
11 were taking photographs, but I saw no signs
12 that said there was no photography, nor did I
13 make it any secret that I was doing it, like
14 the other patrons that were there.  In fact,
15 Mrs. Sellner witnessed me taking video of Obi,
16 and she didn't express any concern.
17         MR. THORSON:  Would you give us a few
18 minutes, and I'll try to wrap this up?
19         (A brief recess was taken.)
20     Q.  Just a couple more questions here.
21 Did you ever go to the zoo when it wasn't open
22 to the public?
23     A.  No.
24     Q.  Are you aware of the fact that
25 certain animals are removed from the zoo during

| PAGE/LINE | CORRECTION | REASON |
|-----------|------------|--------|
| 10/10 | I was in research, not the director. | I did not state that. |

Dated this ___5th___ day of ___APRIL_____, 2015.

_John Braughann, Deponent_



# DEPOSITION AND INDEX
## OF
# NANCY HARVEY

Kuehl, et al. v Sellner, et al.

No. C14-2034-LRR

Thursday, March 18, 2015

ORIGINAL

Jeanne Strand, CSR, RPR
IRISH REPORTING, INC.
305 – 10TH Avenue
Hiawatha, IA 52233
**319-393-5050**
E-mail – jeannestrand@imonmail.com

DEPOSITION OF NANCY HARVEY , 3/18/2015

---

Page 1

1    UNITED STATES DISTRICT COURT
         NORTHERN DISTRICT OF IOWA
2
   TRACEY K. KUEHL, an individual; )
3  LISA K. KUEHL, an individual;   )
   KRISS A. BELL, an individual;   )Case No.
4  JOHN T. BRAUMANN, an individual;)C14-2034-LRR
   and ANIMAL LEGAL DEFENSE FUND,   )
5  a non-profit corporation,       )
                                    )
6      Plaintiffs,                  )
                                    )
7  v.                               )
                                    )
8  PAMELA SELLNER, an individual;  )
   TOM SELLNER, an individual; and )
9  CRICKET HOLLOW ZOO, a non-profit)
   corporation,                     )
10                                  )
       Defendants.                  )
11

12    DEPOSITION OF NANCY HARVEY taken on
13 Wednesday, March 18, 2015, commencing at
14 9:11 a.m., at 1500 Center Street, Cedar
15 Rapids, Iowa, before Jeanne A.  Strand,
16 Certified Shorthand Reporter of the State of
17 Iowa.
18
19
20
21        Jeanne A. Strand, CSR, RPR
               Irish Reporting
22            305 - 10th Avenue
             Hiawatha, Iowa 52233
23              (319) 393-5050
24
25

---

Page 2

1      APPEARANCES:
2  Jessica Blome and Jeffrey Pierce, of Animal
      Legal Defense Fund, 170 East Cotati Avenue,
3  Cotati, California 94931, Attorneys for
      Plaintiffs.
4
   Daniel Anderson, of Wertz & Dake, 1500 Center
5  Street, NE, Cedar Rapids, Iowa 52402-5500
      Attorney for Plaintiffs.
6
   Larry Thorson, of Ackley Kopecky & Kingery,
7  4056 Glass Road, NE, Cedar Rapids, Iowa
   52402, Attorney for Defendants.
8
   Also Present: Pamela Sellner
9
10
11           INDEX
12 EXAMINATION BY            PAGE
13 Mr. Thorson          3
14
15
16      MR. THORSON: Good morning.  We are
17 here for the deposition taken pursuant to the
18 Federal Rules of Civil Procedure for the
19 purposes of discovery and for use at trial in
20 this matter and for any other purpose permitted
21 under the Federal Rules of Civil Procedure.
22
23
24
25

---

Page 3

1      NANCY HARVEY was called as a witness and,
2  being first duly sworn, testified as follows:
3           EXAMINATION
4  BY MR. THORSON:
5      Q.  My name is Larry Thorson. I'm the
6  attorney for Pam Sellner, Tom Sellner and
7  Cricket Hollow Zoo. Will you please state
8  your full name for the record?
9      A.  Nancy Ann Harvey.
10     Q.  What's your address?
11     A.  3026 Northwest 83rd Place, Ankeny.
12     Q.  What's your occupation?
13     A.  I'm a life insurance underwriter.
14     Q.  Who do you work for?
15     A.  Davis Life, West Des Moines.
16     Q.  What's your educational background,
17 starting with graduation from high school?
18 Where did you go to high school?
19     A.  I went to high school in Gridley,
20 Illinois, and graduated, obviously.  And I
21 went to college and graduated with a
22 bachelor's of science.
23     Q.  Let's go back and talk about high
24 school.  When did you graduate from high
25 school?

---

Page 4

1      A.  1971.
2      Q.  You said you went to college.  What
3  college did you go to?
4      A.  George Williams College in Downers
5  Grove, Illinois.
6      Q.  What years were you there?
7      A.  Actually I went to a junior college
8  my first year.  My first year was in '72,
9  Robert Morris College.  I left there after
10 the first year and then went to George
11 Williams from '73 to '75, where I graduated
12 with a bachelor of science.
13     Q.  And do you have any post-graduate
14 education?
15     A.  I have a few hours towards a
16 master's in social work, maybe probably 30
17 hours, and it was in the seventies, as well.
18     Q.  A bachelor of science degree covers
19 a lot of territory.  So what was the bachelor
20 of science degree majoring in?
21     A.  My bachelor of science was of
22 applied behavioral science.
23     Q.  For human beings, or what?
24     A.  Yes, counseling.
25     Q.  Tell me how you prepared for your

---

IRISH REPORTING, INC.
319-393-5050

3531b003-a199-4727-9922-49f8b51a1d2a

DEPOSITION OF NANCY HARVEY , 3/18/2015

Page 25

1  this claimed that the tiger enclosures are
2  undersized. What do you base that on?
3      A. I don't have any specific
4  information about the tigers, myself, because
5  I didn't observe them because of the fact
6  that when I walked through the zoo, and the
7  things I saw, I just shut down. I just
8  remember some bits and pieces, but otherwise
9  I was really anxious to -- it was so
10 emotionally draining on me I really didn't
11 really want to stay very long because there
12 was not much I could do, but I knew I was
13 going to file a complaint.
14     Q. Didn't you have to walk past the
15 tiger cages to get to the lion?
16     A. I probably briefly saw it, but when
17 you see a lion standing there vomiting,
18 that's what you focus on. I mean, I wasn't
19 really -- I was trying to -- it was trying to
20 leave. We were on our way out to get into
21 the car when I happened to pass this lion
22 vomiting, so we were ready to go at the time,
23 so I wasn't watching the other animals.
24     Q. And during this entire time you were
25 separated from your two companions, is that

Page 26

1  correct?
2      A. Pretty much, yeah. We both had -- I
3  had to deal with it on my own, emotionally
4  had to deal with it, so they were kind of
5  observing other things and I -- like I said,
6  I was kind of shut down. I was upset and I
7  was having a really hard time looking at a
8  lot of the animals, as well, because I really
9  didn't -- I was upset of what I had seen
10 so --
11     Q. Did you have an assigned time to get
12 back together? You said you all got back
13 together.
14     A. No.
15     Q. You called the other two, or how did
16 you --
17     A. Well, it's a small area. We saw
18 where we were at, and they were heading out
19 to the car, and I saw them going out there,
20 so I went, too.
21     Q. Do you know what baleage is?
22     A. Yes.
23     Q. What is it?
24     A. It's like a hay-type stuff, and I
25 know for a fact it should be fed -- it's a

Page 27

1  high moisture, and it should be fed within
2  two days, otherwise it gets moldy. That was
3  another thing I saw out there, was a lot of
4  moldy hay -- or baleage, I guess you could
5  say.
6      Q. Do you ever volunteer in a zoo?
7      A. No.
8      Q. Do you know what a hog sipper is?
9      A. Yes. I think it's where they have
10 water that -- I think it's the little trays
11 with water, I believe. I'm not sure.
12     Q. Are you familiar with automatic
13 waterers?
14     A. Maybe that's what it is. I don't
15 know the difference, actually. I know one of
16 the two.
17     Q. You understand that Cricket Hollow
18 Zoo is licensed by both the State of Iowa and
19 the USDA?
20     A. Yes, I know that.
21        MS. BLOME: Objection, lack of
22 foundation. There is no license from Iowa.
23 There is no such thing.
24     Q. You understand that the zoo is
25 subject to inspection by the USDA at any

Page 28

1  time?
2      A. Yes. I've seen inspection reports
3  before.
4      Q. You understand that the inspectors
5  for the USDA are veterinarians?
6      A. I don't know that they all are.
7      Q. Do you have information that they
8  are not?
9      A. Pardon me?
10     Q. Do you have any information that
11 they are not?
12     A. I don't know what their background
13 is, basically.
14     Q. You understand that there's a
15 difference between animals that are
16 socialized with humans, and animals that are
17 born in the wild, don't you?
18     A. Yes.
19     Q. Now, on the same day you visited the
20 zoo you apparently called the Manchester
21 Police Department, is that true?
22     A. Yes.
23     Q. What did you tell the police?
24     A. I felt that these animals were in
25 danger because they had no water, most of the

IRISH REPORTING, INC.
319-393-5050

DEPOSITION OF NANCY HARVEY , 3/18/2015

Page 29

1  animals I observed did not. It was a very
2  warm day. I don't know what the food supply
3  was, but I wanted them to check on whether
4  they had food, water, and shelter. I know
5  those are just basic requirements for
6  animals.
7      Q. And do you remember who you talked
8  to?
9      A. I think I talked to the police
10 chief, I can't remember his name now, in the
11 beginning.
12     Q. And how did you and the police chief
13 leave it? Was the police chief going to go
14 out there, or what was going to happen?
15     A. He said he would go out or send
16 somebody out. He ended up sending a deputy
17 out to check it out.
18     Q. Did you also call the Delaware
19 County Sheriff's Department, or not?
20     A. I'm not sure which one I talked to.
21 It could have been the Delaware — I'm not
22 sure back in 2012. It was either Manchester
23 or Delaware County. It could have been the
24 Delaware County that I talked to originally
25 because they sent a deputy out there.

Page 30

1      Q. In your answers to interrogatories
2  you said you called the Manchester, Iowa,
3  Police Department. Does that refresh your
4  memory at all, or not?
5      A. Okay. I must have. If there's —
6  it's been since 2012, so I'm not sure
7  exactly. Obviously it must have been the
8  Manchester Police. I don't know of the
9  Delaware Police Department. I talked to
10 somebody, I believe his name was John, and he
11 was police chief. I don't know if he's with
12 Manchester but —
13     Q. And you called back again apparently
14 on June 23rd and spoke again to the same
15 department, whatever it was, whether it was
16 the sheriff's office or police department?
17     A. Yes, one of the two. Yeah. He said
18 the deputy went out. He gave me the phone
19 number of the deputy — no, he told me the
20 deputy would call me because he didn't go out
21 himself. So the deputy went out, and the
22 deputy ended up calling me back. He was very
23 rude to me when he called me back and said,
24 yes, they have food, water, and shelter, and
25 he acted like he was being inconvenienced.

Page 31

1      Q. Tell me more about how you felt like
2  he was being rude to you. What did he
3  indicate to you?
4      A. Well, he was just really abrupt when
5  he talked to me, and like it was a waste of
6  his time to go out and check the animals,
7  like they were unimportant.
8      Q. Now, did you call back again after
9  that?
10     A. After talking to the deputy?
11     Q. Yes.
12     A. No, I don't believe so.
13     Q. You called the sheriff's office and
14 said the deputy was rude to you or —
15     A. I didn't. I should have, but I felt
16 that they were really not helping us at all
17 so –
18     Q. And also on June 23rd you filed a
19 formal complaint with the U.S. Department of
20 Agriculture?
21     A. Yes.
22     Q. Tell me what a formal complaint is.
23     A. There's a form that you fill out and
24 you just describe your experience. And it
25 asks that they go and take a look and send

Page 32

1  somebody out, generally, when you file a
2  complaint with the USDA to do an inspection
3  then.
4      Q. Has there been any resolution to the
5  formal complaint?
6      A. They went out and apparently they —
7  at the time that I filed it there were some
8  violations, I believe. I think she had some
9  opportunity to correct them, which seems to
10 be what USDA does.
11     Q. I assume all of this was done
12 through paperwork; in other words, you didn't
13 contact anybody at the USDA or call them
14 about this on June 23rd, did you?
15     A. No. It was all via e-mails.
16     Q. Then some date in June you met —
17 you don't have a date down here, but you met
18 with the Iowa State Veterinarian Randy
19 Wheeler?
20     A. Yes.
21     Q. Tell me how you come in contact with
22 Mr. Wheeler.
23     A. It was the three of us — Lisa,
24 Kriss and I. Lisa set up the appointment,
25 and then Kriss and I went along with her.

IRISH REPORTING, INC.
319-393-5050

3531b003-a199-4727-9922-49f8b51a1d2a

Page 33

1   Q.  Lisa Kuehl, Kriss Bell, and
2  yourself, is that right?
3      A.  Right.
4      Q.  Tell me about that appointment.
5  What went on then?
6      A.  We showed some pictures.  Lisa had
7  some pictures and was very upset about it and
8  asked that he send somebody out there to
9  check it out.
10     Q.  She showed pictures of what?
11     A.  Of some of the animals and
12 conditions out there.
13     Q.  What did Dr. Wheeler say?
14     A.  He said that he would send somebody
15 out to take a look.
16     Q.  Did you ever follow-up with him, or
17 not?
18     A.  I did not, but I believe Lisa did.
19     Q.  Do you know whether Dr. Wheeler took
20 any actions with regard to Cricket Hollow Zoo
21 because of this meeting?
22     A.  I think that he did have somebody --
23 I don't know specifically.  Lisa would know
24 that information.  I believe that he did have
25 somebody go out there, but I don't know the

Page 34

1  result of that.  Obviously nothing was done.
2      Q.  Now, you visited the Blank Park Zoo
3  you indicated.  Have you visited more than
4  once or just once?
5      A.  I have been there a couple of times,
6  a couple, three times.
7      Q.  Are you familiar about whether or
8  not there are any USDA complaints about the
9  Blank Park Zoo?
10     A.  I'm not familiar with any, no.
11     Q.  Have you contacted other persons
12 about -- I'm not talking about your
13 attorneys, but other people about the Cricket
14 Hollow Zoo where you told them what you
15 thought of the zoo?
16     A.  Oh, yes.
17     Q.  And who would those people be?
18     A.  Well, I talked to friends of mine,
19 people that may be considering going.
20     Q.  How do you contact them?
21     A.  Well, I don't -- I didn't -- I don't
22 send flyers out to anybody or contact them.
23 It's just casual conversation with friends
24 and other people I run into or talk to.  I
25 don't make a point to send out things to tell

Page 35

1  them not to go.
2      Q.  Have you written any newspaper
3  articles about Cricket Hollow Zoo?
4      A.  No.
5      Q.  Have you posted any derogatory
6  comments online about Cricket Hollow Zoo?
7      A.  Nope, just on the Facebook page that
8  I was not happy with the conditions out there
9  the day I was there, the lack of water for
10 the animals, and just the general overall
11 conditions, the smell, and the food -- lack
12 of.
13     Q.  Is this on your Facebook page or the
14 zoo's Facebook page?
15     A.  No, Cricket Hollow page.
16     Q.  How much money have you contributed
17 to the Animal Legal Defense Fund in the past
18 five years?
19     A.  How much money?
20     Q.  Yes.
21     A.  I don't know, maybe twenty bucks.
22     Q.  Is that a year or altogether?
23     A.  Probably altogether at this point.
24     Q.  Are you associated with any wildlife
25 sanctuary in any fashion?

Page 36

1      A.  No.
2      Q.  You claim that Cricket Hollow Zoo is
3  a bad location for endangered species.  Where
4  would you like to see them relocated?
5      A.  I would like -- personally, I don't
6  believe in zoos.  I think the animals belong
7  in the wild.  But when animals are in a zoo,
8  and in a condition like this, or in a small
9  enclosure and suffering, it's like a prison
10 for animals.  I believe they need to go to a
11 sanctuary where they have an environment
12 similar to what they are used to living in in
13 the wild.  I think zoos, living in small
14 enclosures, is absolutely inhumane and
15 horrible for these animals.  It's very
16 stressful.  They need to be in their own
17 environment or free.
18     Q.  You know that nonexhibiting
19 sanctuaries are not subject to USDA
20 inspections?
21     A.  That's all right for me.  I don't
22 have much thought about the USDA anyway.  I
23 don't think they are very reliable.
24     Q.  I guess my question to you is are
25 you familiar with sanctuaries at all, do you

PAGE 39 /LINE 20 CORRECTION no to yes REASON: stated earlier I had never met the spouse.

Dated this ___4___ day of ___8_____, 2015.

___Nancy Harvey_____
Nancy Harvey, Deponent



# DEPOSITION AND INDEX

## OF

# **LISA KUEHL**

Kuehl, et al. v Sellner, et al.

No. C14-2034-LRR

Thursday, March 18, 2015

Jeanne Strand, CSR, RPR
IRISH REPORTING, INC.
305 – 10TH Avenue
Hiawatha, IA 52233
**319-393-5050**
E-mail – jeannestrand@imonmail.com

ORIGINAL

DEPOSITION OF LISA KUEHL , 3/18/2015

---

**Page 1**

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF IOWA
 2
   TRACEY K. KUEHL, an individual;  )
 3 LISA K. KUEHL, an individual;    ) Case No.
   KRISS A. BELL, an individual;    ) C14-2034-LRR
 4 JOHN T. BRAUMANN, an individual;)
   and ANIMAL LEGAL DEFENSE FUND,   )
 5 a non-profit corporation,        )
                                    )
 6      Plaintiffs,                 )
                                    )
 7 v.                               )
                                    )
 8 PAMELA SELLNER, an individual;   )
   TOM SELLNER, an individual; and  )
 9 CRICKET HOLLOW ZOO, a non-profit )
   corporation,                     )
10                                  )
        Defendants.                 )
11
12    DEPOSITION OF LISA KUEHL taken on Wednesday,
13 March 18, 2015, commencing at 1:35 p.m., at
14 1500 Center Street, NE, Cedar Rapids, Iowa,
15 before Jeanne A.  Strand, Certified Shorthand
16 Reporter of the State of Iowa.
17
18
19
20            Jeanne A. Strand, CSR, RPR
21                 Irish Reporting
                 305 - 10th Avenue
22              Hiawatha, Iowa 52233
                  (319) 393-5050
23
24
25
```

---

**Page 2**

```
 1       APPEARANCES:
 2 Jessica Blome and Jeffrey Pierce, of Animal
     Legal Defense Fund, 170 East Cotati Avenue,
 3   Cotati, California 94931, Attorneys for
     Plaintiffs.
 4
     Larry Thorson, of Ackley Kopecky & Kingery,
 5   4056 Glass Road, NE, Cedar Rapids, Iowa
     52402, Attorney for Defendants.
 6
   Also Present: Pamela Sellner
 7
 8
 9          INDEX
10 EXAMINATION BY            PAGE
11 Mr. Thorson         3
12
13
14    MR. THORSON:  This deposition is being
15 taken for discovery purposes for use at trial
16 in this matter, and for any other purpose
17 permitted under the Federal Rules of Civil
18 Procedure.
19
20
21
22
23
24
25
```

---

**Page 3**

```
 1      LISA KUEHL was called as a witness
 2 and, being first duly sworn, testified as
 3 follows:
 4            EXAMINATION
 5 BY MR. THORSON:
 6    Q.  My name is Larry Thorson.  Would you
 7 state your full name for the record?
 8    A.  Lisa Kay Kuehl.
 9    Q.  Ms. Kuehl, what's your address?
10    A.  Madrid, Iowa.
11    Q.  And are you related to Tracey Kuehl?
12    A.  I am.
13    Q.  How are you related?
14    A.  She's is my sister.
15    Q.  What's your occupation?
16    A.  I'm a figure skating coach.
17    Q.  Do you have your own business or
18 what?
19    A.  I'm self-employed.
20    Q.  Do you have a corporation that you
21 operate, or just under your own name, or how
22 do you --
23    A.  Under my own name.
24    Q.  Let's talk about your educational
25 background, starting with high school.  Where
```

---

**Page 4**

```
 1 did you go to high school?
 2    A.  Pleasant Valley Community School
 3 District.
 4    Q.  In what year did you graduate?
 5    A.  1977.
 6    Q.  And after high school where did you
 7 go to school?
 8    A.  College?
 9    Q.  Yes.
10    A.  Iowa State University.
11    Q.  What years were you there?
12    A.  1977 through 1982.
13    Q.  Did you obtain a degree?
14    A.  I did.
15    Q.  What's your degree in?
16    A.  Graphic design.
17    Q.  And when you went to college, did
18 you take any type of science courses?
19    A.  Yes.
20    Q.  Which ones did you take?
21    A.  Biology, chemistry, botany.  I took
22 some entomology classes, astronomy, and I
23 believe that's all.
24    Q.  After graduating from Iowa State,
25 did you take any postgraduate classes?
```

---

IRISH REPORTING, INC.
319-393-5050

Page 21

1    Q. (By Mr. Thorson) On April 6th you
2  said you filed formal complaint?
3    A. Yes.
4    Q. What happened to that complaint?
5    A. You mean what was the outcome of the
6  complaint?
7    Q. What was the outcome of the
8  complaint?
9    A. It triggered an IDALS inspection at
10  the Cricket Hollow Zoo.
11    Q. What was the outcome of the
12  inspection?
13    A. It's in the report.
14    Q. I'm asking you if you know what's
15  the outcome of the inspection?
16    A. The inspector made recommendations
17  how to remediate the problem that I
18  complained about.
19    Q. What problem were you complaining
20  about?
21    A. Specifically about the drainage
22  issues within the Scottish Highlander
23  cattle's pen.
24    Q. Now, you met with -- on April 30th
25  it looks like in your interrogatory answers

Page 22

1  you met with Veterinarians Schmitt and
2  Wheeler. Do you remember that meeting?
3    A. Yes.
4    Q. It says also attending were two
5  other advocates. Who were they that were
6  attending with you then?
7    A. I don't remember.
8    Q. So you just went to Des Moines with
9  two other people, but you don't remember who
10  they were?
11    A. I don't want to give misinformation
12  out.
13    Q. I wouldn't want you to. But do you
14  have an idea who they were?
15    A. Yes.
16    Q. Who were they?
17    A. I believe it was Kriss Bell and
18  Mindi Callison.
19    Q. What was the result of that meeting?
20    A. Dr. Wheeler and Dr. Schmitt
21  encouraged us after our zoo visit to report
22  back to them what we had seen.
23    Q. When you talk about your zoo visit,
24  that's the one that you eventually made in
25  June of 2012, is that correct?

Page 23

1    A. That's correct.
2    Q. On May 22nd you sent a letter of
3  concern about the Cricket Hollow Zoo to -- it
4  says Sheriff John LeClere of Delaware County.
5  Do you remember doing that?
6    A. Yes.
7    Q. Did you get any type of reply on
8  that letter?
9    A. No.
10    Q. Did you ever call up Sheriff LeClere
11  to find out whether or not he was going to
12  reply to you?
13    A. I don't remember.
14    Q. During your June 21, 2012, visit,
15  did you see or meet or talk at all to Tom
16  Sellner?
17    A. No. Correction, I did -- I did see
18  him. He was operating a piece of equipment
19  on the farm doing some cleaning, I believe,
20  of an enclosure.
21    Q. How do you know it was him?
22    A. Just presumption.
23    Q. So you saw somebody working on the
24  farm, and you presumed it was Tom Sellner, is
25  that correct?

Page 24

1    A. Yes.
2    Q. July 21, 2012, you went back to the
3  zoo again, is that correct?
4    A. Yes.
5    Q. It says toured the zoo with others
6  in my party. Who were in your party?
7    A. For privacy reasons do I need to
8  disclose this?
9    Q. Yes. This is a discovery
10  deposition. I want to know what the answer
11  is.
12    A. The party members were Mindi
13  Callison Long and Diane Helmers.
14    Q. How do you spell Helmers?
15    A. H E L M E R S.
16    Q. Who is Diane Helmers?
17    A. She's a friend.
18    Q. Does she live in Madrid, or what?
19    A. No.
20    Q. Is she from the area? Where is she
21  at?
22    A. She lives near Waterloo.
23    Q. Why did you pick these two to go
24  with you that day?
25    A. They had a similar interest in zoos

DEPOSITION OF LISA KUEHL , 3/18/2015

### Page 25

1 and visiting zoos.
2    Q. Now, did the sheriff come out to the
3 zoo that day?
4    A. A representative of law enforcement
5 came to the zoo.
6    Q. Well, you're more specific in your
7 answer to interrogatory. You said you spoke
8 with a representative of the Delaware County
9 Sheriff's Department. So somebody from that
10 department came out, is that correct?
11    A. Yes.
12    Q. You don't know whether it was a
13 sheriff or deputy sheriff, do you?
14    A. I don't.
15    Q. Tell me about your meeting with that
16 person. How did that occur?
17    A. When we were leaving the zoo, he was
18 in the admittance area, which is also the
19 exit area of the zoo, one way in, one way
20 out. And he asked all members of our party
21 if we were taking photographs at the zoo.
22    Q. And you understood that photographs
23 were restricted at the zoo?
24    A. No.
25    Q. Did you see any signs saying they

### Page 26

1 were?
2    A. No.
3    Q. What did you tell the sheriff's
4 deputy or sheriff about that?
5    A. We told them, yes, we had taken
6 pictures of the animals and the birds.
7    Q. And did the sheriff deputy say to
8 you?
9    A. He said nothing to me.
10    Q. What did he say to the rest of your
11 party?
12    A. He asked Diane if he could see the
13 pictures on her cell phone.
14    Q. Did she show them to him?
15    A. No.
16    Q. Anything else happen at that
17 meeting?
18    A. Between me and the sheriff's deputy,
19 or just in general?
20    Q. Well, I'm talking in the meeting
21 with the sheriff deputy. Anything else that
22 you haven't told us that happened at that
23 meeting?
24    A. He did advise us to not put any
25 pictures that we had taken on the Internet.

### Page 27

1    Q. Did he tell you why?
2    A. No.
3    Q. Now, you say you visited briefly
4 with other zoo visitors. What was that
5 about, just generally talking to them, or
6 what?
7    A. General talking, yes.
8    Q. And you visited with Pam Sellner
9 about her capybara, is that right?
10    A. Yes.
11    Q. What was that visit about?
12    A. I was asking her more about the
13 animal, where the animal came from, and where
14 the animal is found in nature, et cetera.
15    Q. And were you asking her those
16 questions because you were curious, or
17 because you thought she committed some
18 violation?
19    A. Just curious. I didn't know
20 anything about a capybara.
21    Q. How long was this visit to the zoo?
22    A. The total visit?
23    Q. Yes.
24    A. Approximately an hour and a half.
25    Q. On July 13th of 2013 you came back

### Page 28

1 again to the zoo and toured the zoo -- you
2 say with the other member in my party. Who
3 was that?
4    A. John Braumann.
5    Q. Did you talk to Ms. Sellner at that
6 time or not?
7    A. Yes.
8    Q. What was your conversation about?
9    A. We just visited about the zoo in
10 general, and I asked her some questions about
11 the animals in the admittance area.
12    Q. What were your questions about the
13 animals in the admittance area?
14    A. General questions about the raccoon
15 that was available for the public to interact
16 with.
17    Q. What was the nature of those
18 questions?
19    A. Where the raccoon came from.
20    Q. Did she respond?
21    A. Yes.
22    Q. What did she tell you?
23    A. She told me he was acquired through
24 a local raccoon breeder.
25    Q. Any other questions you had that

| PAGE/LINE | CORRECTION | REASON |
|---|---|---|
| 3 / 8 | change Koy to K. | I only have a middle initial |

4/21   add the following science
classes to my college course
listing:
- Principles of Biology I + II
- Experimental Biology
- Careers in Animal Ecology
- Introduction to Human Physiology + Anatomy
- Human Physiology + Anatomy Lab
- Astronomy / Stars
- Botany: Biology of Plants
- General Psychology
- Consumer Psychology
- Veterinary Anatomy + Physiology
- Medical + Veterinary Entomology
- Introduction to Meteorology
- Theory of Flight
- Basic + Advanced Flight Lab

Dated this ___6 7TH___ day of ___April___, 2015.
- Emergency Health Care

next page →

Lisa A. Kuehl

Lisa Kuehl, Deponent

| Page / Line | Correction | Reason |
|---|---|---|
| 30 / 25 | Beth Hunemuller | wrong name |
| 31 / 1 | " | " |
| 31 / 20 | " | " |
| 31 / 24 | " | " |
| 34 / 19 | YES | wrong response |



REPORTING

DEPOSITION AND INDEX

OF

# TRACEY KUEHL

Kuehl, et al. v Sellner, et al.

No. C14-2034-LRR

Thursday, March 18, 2015

Jeanne Strand, CSR, RPR
IRISH REPORTING, INC.
305 – 10TH Avenue
Hiawatha, IA 52233
**319-393-5050**
E-mail – jeannestrand@imonmail.com

ORIGINAL

DEPOSITION OF TRACEY KUEHL , 3/18/2015

---

**Page 1**

```
 1              UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF IOWA
 2
   TRACEY K. KUEHL, an individual;  )
 3 LISA K. KUEHL, an individual;    )
   KRISS A. BELL, an individual;    ) Case No.
 4 JOHN T. BRAUMANN, an individual; ) C14-2034-LRR
   and ANIMAL LEGAL DEFENSE FUND,   )
 5 a non-profit corporation,        )
                                    )
 6      Plaintiffs,                 )
                                    )
 7 v.                               )
                                    )
 8 PAMELA SELLNER, an individual;   )
   TOM SELLNER, an individual; and  )
 9 CRICKET HOLLOW ZOO, a non-profit )
   corporation,                     )
10                                  )
        Defendants.                 )
11
12    DEPOSITION OF TRACEY KUEHL taken on
13 Wednesday, March 18, 2015, commencing at
14 2:47 p.m., at 1500 Center Street, NE, Cedar
15 Rapids, Iowa, before Jeanne A.  Strand,
16 Certified Shorthand Reporter of the State of
17 Iowa.
18
19
20
21         Jeanne A. Strand, CSR, RPR
                 Irish Reporting
22             305 - 10th Avenue
               Hiawatha, Iowa 52233
23               (319) 393-5050
24
25
```

**Page 2**

```
 1       APPEARANCES:
 2 Jessica Blome and Jeffrey Pierce, of Animal
     Legal Defense Fund, 170 East Cotati Avenue,
 3   Cotati, California 94931, Attorneys for
     Plaintiffs.
 4
     Larry Thorson, of Ackley Kopecky & Kingery,
 5   4056 Glass Road, NE, Cedar Rapids, Iowa
     52402, Attorney for Defendants.
 6
   Also Present: Pamela Sellner
 7
 8
 9         INDEX
10 EXAMINATION BY              PAGE
11 Mr. Thorson          3
12
13
14    MR. THORSON: This deposition is being
15 taken for purposes of discovery and for use at
16 trial in this matter and for any other purposes
17 permitted under the Federal Rules of Civil
18 Procedure.
19
20
21
22
23
24
25
```

**Page 3**

```
 1      TRACEY KUEHL was called as a witness
 2 and, being first duly sworn, testified as
 3 follows:
 4           EXAMINATION
 5 BY MR. THORSON:
 6    Q.  Would you state your name, please?
 7    A.  Tracey Kuehl.
 8    Q.  Ms. Kuehl, I'm Larry Thorson. I'm
 9 the attorney for Pam Sellner and Tom Sellner
10 and Cricket Hollow Zoo.  I guess I haven't
11 asked anybody else, but I'll ask you, have you
12 ever had your deposition taken before?
13    A.  No, I have not.
14    Q.  So there is one rule in a deposition,
15 and that is to only talk one person at a time,
16 and that way the court reporter doesn't get mad
17 at either one of us.  Okay?
18    A.  Okay.
19    Q.  I guess there are two rules.  The
20 second rule is to answer out loud and not nod
21 your head.
22    A.  Okay.  Got it.  Thank you.
23    Q.  What's your address?
24    A.  2781 - 230th Avenue, Davenport.
25    Q.  I think we heard earlier you're
```

**Page 4**

```
 1 related to Lisa, is that right?
 2    A.  Yes.
 3    Q.  What's your occupation?
 4    A.  I'm retired.
 5    Q.  When did you retire?
 6    A.  December 2011.
 7    Q.  Let's go back in your educational
 8 background.  Where did you graduate from high
 9 school?
10    A.  Pleasant Valley High School.
11    Q.  What year was that?
12    A.  1974.
13    Q.  After high school did you go to
14 college?
15    A.  Yes, I did.
16    Q.  Where did you go to college?
17    A.  Augustana College, Rock Island.
18    Q.  Did you get a degree there?
19    A.  Yes.
20    Q.  What was your degree in?
21    A.  Bachelor's degree in biology.
22    Q.  What years did you attend Augustana?
23    A.  1974 to 1978.
24    Q.  So is that a BS degree that you got?
25    A.  BA.
```

wA5dd1f7-52c3-4133-9a92-4bf43f3c4c00

DEPOSITION OF TRACEY KUEHL , 3/18/2015

Page 17

1    A.  No.
2    Q.  How long was that tour of the zoo?
3    A.  The same, roughly an hour and 15 to
4  an hour and 30.
5    Q.  And were you taking photographs on
6  that time?
7    A.  Yes, I was.
8    Q.  And on the June 6th visit you also
9  took photographs, correct?
10   A.  Yes.
11   Q.  Besides asking Ms. Sellner whether
12 there were any special or new exhibits, did you
13 talk to her at all?
14   A.  Only about buying the food.
15   Q.  When you were leaving did you raise
16 any concerns with her about the zoo?
17   A.  No.
18   Q.  Now, after you were at the zoo the
19 first time, on June 25th apparently you
20 contacted the Iowa Department of Agriculture
21 Land Stewardship, do you remember that?
22   A.  Yes. I submitted a complaint.
23   Q.  And you also contacted the USDA at
24 the same time?
25   A.  Yes.

Page 18

1    Q.  On June 28th you called the Delaware
2  County Sheriff's Office, and that's a few days
3  after your visit, is that true?
4    A.  That's correct.
5    Q.  What prompted you to call them on
6  June 28th?
7    A.  I recall the heat, the weather
8  conditions, and what I had seen on my visit a
9  couple of days earlier.
10   Q.  Who did you talk to at the sheriff's
11 office?
12   A.  I believe it would be a dispatcher.
13   Q.  Male or female?
14   A.  Female.
15   Q.  Tell me about your conversation with
16 a dispatcher.
17   A.  I called, I told her my name, I told
18 her the reason for my call, requested a welfare
19 check on the animals, and requested a call back
20 when a check had been made.
21   Q.  Did you get a call back?
22   A.  No.
23   Q.  It looks like on July 6th, the same
24 day you visited the second time, you also
25 called the Delaware County Sheriff's Office, is

Page 19

1  that correct?
2    A.  That's correct.
3    Q.  And who did you talk to that time?
4    A.  I don't recall.
5    Q.  Do you think you might have talked to
6  a deputy or the sheriff?
7    A.  No.
8    Q.  You say that definitely.  Why is
9  that?
10   A.  I believe it was the same female --
11   Q.  Okay.
12   A.  -- that I spoke with.
13   Q.  What was the gist of that
14 conversation?  What did you say and what did
15 she say?
16   A.  Very similar to the earlier
17 conversation.  I gave her my name, the reason
18 for my call, a welfare check on the animals,
19 and could I get a call back.
20   Q.  And what did she say?
21   A.  She said I'll take your information.
22   Q.  Did you ever get a call back?
23   A.  No.
24   Q.  You also filed a concern -- what is a
25 concern, by the way?  It's not a formal

Page 20

1  complaint, correct?
2    A.  No.
3    Q.  You said you filed a concern with
4  IDALS and USDA on July 7th concerning the
5  July 6th visit?
6    A.  It would have been the same type of
7  document that I filed the first time, a formal
8  complaint with IDALS.
9    Q.  So if it says concern, that really
10 should say formal complaint, is that --
11   A.  Yes.
12   Q.  On July 23rd you had a meeting with
13 Randy Wheeler concerning the zoo inspection, is
14 that true?
15   A.  That's correct.
16   Q.  Were you with somebody else at that
17 meeting?
18   A.  No.
19   Q.  You went by yourself?
20   A.  Yes.
21   Q.  Tell me about that meeting.  What
22 went on there?
23   A.  I visited with him at the IDALS
24 office.  I showed him some of the photographs
25 that I had taken on my first two visits, and

IRISH REPORTING, INC.
319-393-5050

0a5dd1f7-52c3-4133-9a92-4bf43f3c4c00

Page 21

1 expressed my concern that the animals were
2 being treated in a less than satisfactory
3 manner.
4     Q. What did Dr. Wheeler say to you?
5     A. He didn't say much of anything to me.
6     Q. How did you leave it after that
7 meeting? Was he going to get back to you, or
8 what?
9     A. Nope.
10     Q. Did he tell you he was not going to
11 get back to you?
12     A. Nope.
13     Q. Did you ask him to get back to you?
14     A. Nope.
15     Q. On September 5, 2012, you also met
16 with Secretary Bill Northey and Steven Moline
17 with IDALS, is that right?
18     A. Yes.
19     Q. Who is Steven Moline?
20     A. Steven Moline is a staff member at
21 IDALS. His exact title I cannot recall, it's
22 rather lengthy. But he is one of the
23 department heads for IDALS.
24     Q. And tell me about that meeting. What
25 went on there?

Page 22

1     A. It was very similar to my meeting
2 with Dr. Wheeler; I expressed my concern about
3 the conditions that I had experienced at the
4 zoo. I wanted him to be made aware of it,
5 given that IDALS issues a permit to the
6 facility.
7     Q. Was there a promise on any type of
8 action from that meeting?
9     A. No.
10     Q. Did they indicate to you they would
11 get back to you on anything?
12     A. No.
13     Q. Did you ask them to get back to you
14 on anything?
15     A. I don't recall that I asked them to
16 get back to me on anything.
17     Q. You also talked to the Iowa DNR, is
18 that true?
19     A. Yes.
20     Q. Who did you talk to at the Iowa DNR?
21     A. I don't recall the young gentleman's
22 name. He was an IDNR officer in the Delaware
23 County office.
24     Q. In the end, tell me the gist of that
25 conversation. What did you say, and what was

Page 23

1 the reason for your call there?
2     A. I had called the office originally
3 inquiring whether or not IDNR had any
4 jurisdiction over captive wildlife, and the
5 secretary in the office referred me to the IDNR
6 officer who covered that area. He indicated to
7 me the only jurisdiction he would have would be
8 over native species.
9     Q. Did that end your conversation with
10 him then?
11     A. Yes.
12     Q. You called the Department of Public
13 Health, is that correct?
14     A. That's correct.
15     Q. It looks like you were transferred to
16 Black Hawk County Department of Public Health?
17     A. Yes.
18     Q. Did they do anything?
19     A. No.
20     Q. On December 2nd you called the
21 Delaware County Sheriff's Office again, is that
22 true?
23     A. That's correct.
24     Q. Who did you talk to that time?
25     A. Again, I believe it was a

Page 24

1 dispatch-type person, secretary.
2     Q. And tell me about that conversation.
3     A. My recollection is the weather turned
4 quite bad about that time, and it was again
5 very similar to my earlier conversations; I
6 left my name, my phone number, the reason for
7 my call was a welfare check given the winter
8 conditions, and could I get a reply back.
9     Q. Tell me what the dispatcher or person
10 you talked to said.
11     A. Thank you for registering your
12 concern with us.
13     Q. Did you get a call back?
14     A. I don't recall that I did.
15     Q. On December 22nd it looks like you
16 also -- again, it says filed a concern with
17 IDALS and USDA. Now, is concern the same thing
18 as a formal complaint?
19     A. Yes.
20     Q. What happened to that complaint?
21     A. I can't tell you what happened to it.
22     Q. You never got a response?
23     A. No.
24     Q. You also sent a letter to Dr. Robert
25 Gibbons. He is the APHIS head, is that true?

0a5dd1f7-52c3-4133-9a92-4bf43f3c4c00

Page 25

1   A.  Yes, that's true.
2   Q.  Did you get a response from
3 Dr. Gibbons?
4   A.  It's an automatic reply, thank you
5 for your filed concern.
6   Q.  And on January 2nd of 2013 you had a
7 conversation with Steven Moline at IDALS again,
8 correct?
9   A.  Yes.
10  Q.  It says regarding Iowa Code Chapter
11 162.10A. What's that concerning?
12  A.  162 is the chapter that deals with
13 care of animals in commercial establishments.
14 And I was looking for clarification from him
15 with regard to that piece of the code and
16 animals in a zoo situation.
17  Q.  Were you explaining about the
18 facility at Cricket Hollow then, or not?
19  A.  I don't recall that I was explaining
20 about it as much as I was looking for
21 clarification on the Code and how it would
22 connect with this facility.
23  Q.  The same day it looks like you called
24 the mayor of Manchester, is that right?
25  A.  Yes, I did.

Page 26

1   Q.  What was that conversation about?
2   A.  I wanted to express my concern about
3 the facility in his community, and he thanked
4 me for the call and said I needed to call the
5 supervisors.
6   Q.  Then on January 3rd it looks like you
7 did what he suggested, is that true, you
8 contacted a Delaware County supervisor?
9   A.  That's correct.
10  Q.  How did you pick Jeff Madlom to
11 contact.
12  A.  I didn't.  He happened to be the
13 supervisor that was in the office that day.
14  Q.  Tell me about that conversation.
15  A.  I expressed my concern on the
16 facility, wanted someone in the Delaware County
17 leadership to know that I had some concerns
18 about it.
19  Q.  What did he say?
20  A.  He said, thank you.  Delaware County
21 is a no-zone county, so there's not much we can
22 do.
23  Q.  On January 3rd you also had a
24 conversation with the Delaware County
25 Conservation office, is that correct?

Page 27

1   A.  Yes.
2   Q.  And tell me about that conversation.
3   A.  Well, I believe that conversation was
4 connected to the weather conditions again at
5 that time, knowing that there were native
6 species, was there any planned inspection.
7   Q.  And you were looking for a planned
8 inspection by Delaware County, is that right?
9   A.  Of the Iowa Department of Natural
10 Resources officer in Delaware County.
11  Q.  This would be the Delaware County
12 Conservation office that you called?
13  A.  Yeah.
14  Q.  Okay.  On January 4th you contacted
15 Dr. Dave Schmitt, Iowa State veterinary, is
16 that right?
17  A.  Yes.
18  Q.  What was your conversation with
19 Mr. Schmitt?
20  A.  If I recall, I believe it was again
21 centered on chapter 162, care of animals in
22 commercial establishments, and the conditions
23 that I observed at Cricket Hollow Zoo.
24  Q.  What did you say exactly about the
25 conditions you observed at Cricket Hollow Zoo,

Page 28

1 if you remember?
2   A.  That I thought they were less than
3 adequate, given what I understood Chapter 162
4 to identify.
5   Q.  What did Dr. Schmitt tell you?
6   A.  I don't recall exactly what he told
7 me outside of the fact that IDALS does conduct
8 inspection reports -- or conduct inspections.
9   Q.  So no action was promised by
10 Dr. Schmitt, is that right?
11  A.  That's correct.
12  Q.  January 4th you also had a
13 conversation with Dr. Randy Ridenour?
14  A.  Yes.
15  Q.  You were expressing concern about the
16 livestock in a zoo setting, is that correct?
17  A.  That's correct.
18  Q.  And public contact with juvenile big
19 cats; in other words, baby tigers or something
20 of that nature?
21  A.  Yes.
22  Q.  Tell me about that conversation.
23 What did you say, and what did Dr. Ridenour
24 tell you back?
25  A.  My question specifically to him had

0a5dd1f7-52c3-4133-9a92-4bf43f3c4c00

**Page 29**

1   to do with livestock in a class C exhibitor
2   setting, and whether or not livestock was a
3   regulated animal under the Animal Welfare Act
4   in that setting.
5       Q.  Did Dr. Ridenour indicate to you
6   whether it was or not?
7       A.  I believe he indicated to me that
8   they were regulated.
9       Q.  Now, in regard to Dr. Kate Ziegerer
10  -- or Ziegerer I guess is how you pronounce
11  it -- you talked to her on April 24th, is that
12  right?
13      A.  That's correct.
14      Q.  And you wanted to find out about the
15  inspection process and the protocol for
16  submissions from the public; in other words if
17  you are going to submit something to the USDA,
18  is that right?
19      A.  The general inspection process as a
20  whole, how did it work.
21      Q.  On April 28th -- I guess we are in
22  2013 still -- you received a letter from
23  Dr. Schmitt regarding animal care per the Iowa
24  Code.  Was he trying to explain to you what
25  that requirement was?

**Page 30**

1       A.  Yes, and where his agency fit into
2   the protocol.
3       Q.  And it looks like you received a
4   reply on May 21st from Dr. Gibbons.  It says,
5   your reply to my concerns, especially my
6   May 19th letter.  Do you remember that at all?
7       A.  I don't recall it specifically.
8       Q.  Do you remember anything in general
9   about it?
10      A.  I don't recall that I got a personal
11  letter as much as a thank you for your letter
12  of concern.
13      Q.  More of a form letter, you mean?
14      A.  Yeah.  Yes.
15      (Discussion was held off the record.)
16      Q.  On June 27, 2013, you also, it says,
17  filed a concern -- each time I see the word
18  concern here, should I read that to mean formal
19  complaint?
20      A.  Complaint, yes.
21      Q.  -- with the IDALS, and also the USDA
22  reference your June 23rd visit?
23      A.  Correct.
24      Q.  September 10th again you tried to
25  call the Delaware County Sheriff's Office about

**Page 31**

1   a welfare check.  Did you talk to the same
2   person again, or do you know?
3       A.  I couldn't tell you if it was the
4   same person, or not, but it appeared to me to
5   be a staff-type person who takes the calls.
6       Q.  Male or female?
7       A.  I believe female.
8       Q.  Same conversation again?
9       A.  Yes.
10      Q.  Same response?
11      A.  Yes.
12      Q.  Which was they didn't respond to you?
13      A.  Correct.
14      Q.  It looks like you contacted, had a
15  phone call with a Delaware County Supervisor
16  Jerry Ries regarding a letter you sent on
17  September 22nd?
18      A.  Yes.
19      Q.  Tell me about your conversation with
20  Supervisor Jerry Ries.
21      A.  The letter had been sent to, again,
22  leadership in Delaware County expressing my
23  continued concern about the conditions in the
24  facility including public health safety,
25  potential problems.  I felt they needed to be

**Page 32**

1   aware of it.  He responded that -- he thanked
2   me for my concern.  He told me, again, that
3   there weren't much that the supervisors could
4   do in this situation.
5       Q.  You didn't get a response from the
6   sheriff's office, is that true?
7       A.  That's correct.
8       Q.  And you sent a copy of the same
9   letter to the sheriff's office?
10      A.  Yes.
11      Q.  At some point in time you called
12  AMPI, didn't you, about Ms. Sellner's milk
13  operation?
14      A.  Yes, I did.
15      Q.  When was that?
16      A.  I cannot tell you the exact date.  I
17  believe it would have been in early 2014.
18      Q.  Tell me about the conversation.  Why
19  did you call AMPI?
20      A.  Again, I called them -- I knew that
21  the dairy was a member of this particular
22  co-op.  My concern again was for the conditions
23  that I had experienced at the zoo, the close
24  proximity of the zoo and exotic animals to an
25  operating dairy herd, and whether or not that

0a5dd1f7-52c3-4133-9a92-4bf43f3c4c00

Page 33

1 was a potential problem.
2 Q. I don't see that call listed on the
3 calls you gave us here. Is there a reason why?
4 A. I believe I was asked for regulatory
5 governmental entities in the interrogatory.
6 Q. So that's why you didn't list that
7 call?
8 A. Yes.
9 Q. Tell me about their response to your
10 call.
11 A. They were very thankful that I
12 called. The woman that I visited with -- I do
13 not recall her name at this point -- but she
14 said she would share my concern and
15 conversation with her supervisor.
16 Q. Did you have any other communication
17 with AMPI after that?
18 A. No.
19 Q. Anybody else you called or talked to
20 about the Sellners or Cricket Hollow Zoo that
21 wouldn't be a regulatory or governmental agency
22 like AMPI that you talked to?
23 A. No. Nope.
24 Q. Did you contact OSHA at some point in
25 time?

Page 34

1 A. I did not contact OSHA. I
2 contacted -- if I recall correctly, I contacted
3 and spoke with a woman in Des Moines at Iowa
4 Workforce Development, possibly, was the name
5 of the department.
6 Q. And what were you calling Workforce
7 Development about?
8 A. Well, I wanted to talk to an OSHA
9 individual, and I was referred over to Iowa
10 Workforce Development. My concern being the
11 staff and/or volunteers that worked at the zoo,
12 some of the conditions that I had experienced
13 during my visits, were they potentially harmful
14 to the public, the staff, or the volunteers
15 that would be working there.
16 Q. And what resulted from that phone
17 call, anything?
18 A. She took my information. She was
19 going to provide it to an inspector,
20 supervisor-type individual somewhere in the
21 organizational structure of that particular
22 department.
23 Q. Besides Cricket Hollow Zoo, have you
24 made complaints about other zoos in Iowa as far
25 as their operations?

Page 35

1 A. Have I made complaints?
2 Q. Yes.
3 A. No, I have not.
4 Q. You indicated you visited other zoos
5 such as -- is it Niabi Zoo?
6 A. Yes, Niabi.
7 Q. Where is that at?
8 A. In Coal Valley, Illinois, in the Quad
9 Cities.
10 Q. And you go there annually, you say,
11 is that correct?
12 A. Yes.
13 Q. And Blank Park Zoo, you've been
14 there?
15 A. Yes.
16 Q. St. Louis Zoo, you've been there?
17 A. Yes.
18 Q. And the Atlanta Zoo?
19 A. Yes.
20 Q. Are you aware of whether or not any
21 of the zoos that we mentioned -- like Niabi
22 Zoo, Blank Park Zoo, St. Louis Zoo, or Atlanta
23 Zoo have violations of USDA regulations on
24 file?
25 A. Yes. I believe at some point in time

Page 36

1 they all -- I know Blank Park has, and I
2 believe Niabi has, in looking at the USDA
3 database.
4 Q. You just haven't checked out
5 St. Louis or Atlanta, is that right?
6 A. Correct.
7 Q. Now, you talked about meeting Pam
8 Sellner. Did you ever meet her husband Tom
9 Sellner?
10 A. No.
11 Q. Do you know what Pam Sellner's
12 qualifications are to take care of big cats?
13 A. No, I do not.
14 Q. Have you heard of Dr. Laurie Gage?
15 A. No, I have not.
16 Q. Could you recognize by sight the
17 difference between a wolf and a wolf hybrid?
18 A. No, I could not.
19 Q. I assume you know what a coyote looks
20 like, versus a wolf, is that true?
21 A. Yes, I do.
22 Q. Do you have any information from USDA
23 regulations if the tiger enclosures are, quote,
24 undersized?
25 A. No, I do not.

| PAGE/LINE | CORRECTION | REASON |
|---|---|---|
| 3:24 | 22781 230th Avenue, Davenport | Provided correct address |
| 17:8 | July 6 | I did not visit on June 6 |

Dated this ____4 th_____ day of ___April_____, 2015.

_Tracey Kuehl_

Tracey Kuehl, Deponent

1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF IOWA

 3   TRACEY K. KUEHL, an individual;
     LISA K. KUEHL, an individual;
 4   KRISS A. BELL, an individual;
     JOHN T. BRAUMANN, an individual;
 5   and ANIMAL LEGAL DEFENSE FUND,
     a non-profit corporation,
 6
              Plaintiffs,
 7
     vs.                          No. C14-2034-LRR
 8   PAM SELLNER, an individual;
     TOM SELLNER, an individual;
 9   and CRICKET HOLLOW ZOO,
     a non-profit corporation,
10
              Defendants.
11

12

13        DEPOSITION OF JOHN H. PRIES, DVM, taken on
14   behalf of the Plaintiffs on March 19, 2015,
     commencing at 1:30 p.m., at the Elkader Public
15   Library, 130 North Main Street, Elkader, Iowa,
     before Vicki L. Newgard, Certified Shorthand
16   Reporter of Iowa, pursuant to stipulation.

17

18

19   APPEARANCES:

20        MR. JEFFREY PIERCE and MS. JESSICA BLOME,
     Attorneys at Law, Animal Legal Defense Fund,
21   170 East Cotati Avenue, Cotati, California 94931;
     Counsel for the Plaintiffs.
22
          MR. LARRY J. THORSON, of the firm of Ackley,
23   Kopecky & Kingery, Attorneys at Law, 4056 Glass
     Road NE, Cedar Rapids, Iowa 52402; Counsel for the
24   Defendants.

25   ALSO PRESENT: Ms. Pam Sellner
```

2

```
 1              I N D E X

 2                                          Page

 3   JOHN H. PRIES, DVM

 4        Examination by Mr. Pierce           3

 5

 6

 7   DEPOSITION EXHIBITS              Identified

 8   A -- Subpoena                          9

 9   B -- Photograph from Facebook         37

10   C -- Photographs from Facebook -- Six Pages  40

11   D -- Peter H. Klopfer C.V.            95

12   E -- Dr. Jennifer Conrad C.V.         98

13   F -- Photograph of Lemur            118

14   G -- Photograph of Red Ruffed Lemur  118

15   H -- Photograph of Tiger            132

16   I -- Photographs of Coyotes -- Four Pages  137

17   J -- Photograph of Serval           141

18   K -- Photograph of Lion (Bottom Photograph)  144

19

20

21

22        *  *  *  *  *  *  *  *  *

23

24

25
```

3

```
 1             S T I P U L A T I O N

 2        It is stipulated and agreed by and between
 3   Counsel for the respective parties that the
 4   deposition of JOHN H. PRIES, DVM, may be taken on
 5   the 19th day of March, 2015, before Vicki L.
 6   Newgard, Certified Shorthand Reporter of Iowa; that
 7   the deposition is taken pursuant to the Federal
 8   Rules of Civil Procedure and may be used for all
 9   purposes contemplated by said Rules.

10

11        *  *  *  *  *  *  *  *  *

12

13             JOHN H. PRIES, DVM,

14   being produced, sworn as hereinafter certified and
15   examined on behalf of the Plaintiffs, testified as
16   follows:

17             EXAMINATION

18   BY MR. PIERCE:

19        Q.   So thank you, Dr. Pries.  I introduced
20   myself as Jeff Pierce.  I'm an attorney for the
21   plaintiffs.  This is my colleague, Jessica Blome.
22   Would you mind stating your full name and spelling
23   it for the record?

24        A.   John H. Pries.  J-o-h-n  P-r-i-e-s.

25        Q.   Thank you.
```

4

```
 1             MR. PIERCE:  And I'd like for the record
 2   to reflect that Pam Sellner is present, who has
 3   been certified as an expert in some of the same
 4   areas as Dr. Pries.

 5        Q.   (MR. PIERCE)  So, Dr. Pries, have you
 6   ever had your deposition taken before?

 7        A.   Yes.

 8        Q.   You have.  Okay.  When was that?

 9        A.   It would have been late '90s.  A farm
10   client, an attorney, and an insurance company.

11        Q.   Okay.  What sort of a case was it?

12        A.   They sold uninspected pigs to a client
13   and severe death loss in the pigs.  And the
14   insurance company for the sale barn didn't want to
15   pay, and they paid.

16        Q.   And you represented which party?

17        A.   The farm client.

18        Q.   Was that the only time you were deposed?

19        A.   We had a vaccine question, it would have
20   been about '92, with Bayer Animal Health and the
21   dairy farm and our vet clinic.

22        Q.   Bayer Animal Health?

23        A.   They owned the Diamond Scientific at the
24   time.

25        Q.   B-a-y-e-r?
```

COPY

9

1    Exhibit A.
2          (Deposition Exhibit A marked for
3    identification, as requested.)
4        Q.   (MR. PIERCE) So this is the subpoena
5    that would have been delivered to you. I just
6    wanted to make sure that you had seen it
7    previously.
8        A.   Yes.
9        Q.   Did you review it?
10       A.   Yes.
11       Q.   Okay. Do you have any questions about
12   it?
13       A.   No.
14       Q.   And do you understand that we're
15   discussing the Cricket Hollow Zoo today pursuant to
16   this subpoena?
17       A.   Yes.
18       Q.   Okay. Thank you. So I'd like to ask you
19   a couple questions about your relationship to
20   Mr. Thorson. When did Mr. Thorson hire you as an
21   expert for this case?
22          THE WITNESS: When did you hire me?
23          MR. THORSON: That's a misstatement of
24   what's been stated in the record so far. We have
25   not hired you as an expert witness. We just said

10

1    you had expert opinions.
2        Q.   (MR. PIERCE) So you've not been hired as
3    an expert.
4        A.   No.
5        Q.   Okay. Are you being paid to testify?
6        A.   No.
7        Q.   Okay. What have you been asked to do
8    related to this case, if anything?
9        A.   To support Pam on this lawsuit if I can
10   be of some help.
11       Q.   Okay. And how was that communicated to
12   you?
13       A.   She called me or talked to me when I was
14   at the zoo. And I go there and inspect at least
15   once a year, or go down if she's got problems, or
16   she brings animals up to us to look at. So contact
17   her, we probably talk at least two or three times a
18   year. Usually I do my inspection down there in
19   August or September, when I'm not so busy with
20   everything else.
21       Q.   So Pam asked you if you would offer
22   support in this case; is that correct?
23       A.   Well, if there's some questions I can
24   answer that help her, yeah.
25       Q.   Did Mr. Thorson ever ask you for help in

11

1    this case?
2        A.   This is the first time I've ever met
3    Mr. Thorson.
4        Q.   Okay. So you've not been given an
5    assignment of any kind.
6        A.   No.
7        Q.   Okay. Mr. Thorson didn't prepare you in
8    any way for your testimony today?
9        A.   We haven't talked 'til today.
10       Q.   Okay. But you did speak today?
11       A.   No. Just now.
12       Q.   Just now.
13       A.   Yeah.
14       Q.   Okay. Have you reviewed any materials in
15   advance of today's conversation?
16       A.   I don't know when we sent down the stuff
17   we had in our records for Pam. The secretaries
18   copied it over and I just kind of perused through
19   it.
20       Q.   Did Pam ever send you any records to
21   review?
22       A.   No.
23       Q.   Okay. And you've not seen any of the
24   legal documents related to the case?
25       A.   No.

12

1        Q.   Did you do anything else to help you
2    prepare for our conversation today?
3        A.   I'm just here.
4        Q.   Okay. So I take that to mean you didn't
5    review publications of any kind.
6        A.   I've only got one book from the USDA on a
7    zoo, and there's not much in there on
8    veterinarians.
9        Q.   What book is that?
10       A.   A USDA book on zoos.
11       Q.   Is that what it's called?
12       A.   Kind of. It's government something.
13       Q.   You don't remember the title?
14       A.   No. I can go back and get it, but I'm
15   not too crazy about it.
16       Q.   To the best of your knowledge, what do
17   you think the title might be?
18       A.   I'm sure it has zoo and captive animals
19   or something in it, but it doesn't pertain to most
20   of our work on livestock or horses.
21       Q.   What does it pertain to?
22       A.   Well, more just the handling and shipping
23   like out of state with different animals that are
24   normally considered for zoos and domesticated
25   animals.

13

1    Q.   Do you know when it was published?

2    A.   I think they probably just did one last

3 year and updated it.  I think it's a fairly new

4 part of the United States Department of

5 Agriculture, but --

6    Q.   So you obtained it recently.

7    A.   Yeah.  Probably last fall, I suppose.

8    Q.   Okay.

9    A.   We met with our regional guys from

10 Colorado Springs, they stopped by, and inspectors

11 from southern Iowa or western Illinois.

12        THE WITNESS:  Where was it, Pam?

13        MS. SELLNER:  Clear Lake, maybe.

14    A.   Clear Lake, maybe.

15    Q.   (MR. PIERCE)  Yeah.  You don't need to

16 discuss anything with Mr. Thorson or with Pam

17 today.  You're welcome to talk to them after the

18 deposition.  But Pam is here only to observe and

19 not to participate and not to provide any answers

20 or corrections.

21        Okay.  So what was the name of the guy

22 from Colorado Springs?

23    A.   I can't remember.

24    Q.   He's with USDA?

25    A.   Uh-huh.

14

1    Q.   What's his role?

2    A.   I think he was the guy in charge of the

3 inspectors for the Midwest, and he was just -- he

4 was a veterinarian.  And I think he just happens to

5 live in Colorado Springs, and since he covers east

6 of the Rockies, I thought that was fine.

7    Q.   And when did you meet with him?

8    A.   It was in maybe August or September last

9 year.

10    Q.   Related to anything in particular?

11    A.   Not really.  He was just coming through

12 meeting all of the inspectors through the Midwest,

13 so he come up, 'cause I was one of the

14 veterinarians working for the zoo for inspection.

15    Q.   So did he approach you directly or

16 through an inspector that inspects Pam's zoo?

17    A.   I just got back from a call and the

18 secretary said this guy's from USDA and wants to

19 visit with you.

20    Q.   Okay.

21    A.   Introduced himself.

22    Q.   So what was the nature of your

23 conversation with him?

24    A.   He goes to a lot bigger zoos than we

25 have, and just talked about animals and zoos.

15

1 Different types and the different zoos he's at.

2    Q.   What did you discuss specifically about

3 Cricket Hollow Zoo?

4    A.   I don't remember anything specific.

5    Q.   You mentioned that he goes to a lot

6 bigger zoos than Pam's zoo.  Did you talk more

7 about the size of Cricket Hollow Zoo?

8    A.   Just that it was one of the small ones.

9    Q.   Did you talk about any of the specific

10 animals at the zoo?

11    A.   Not that I remember.

12    Q.   Did you talk about the conditions of the

13 zoo?

14    A.   Not that I remember.

15    Q.   So you don't remember really anything

16 about that conversation?

17    A.   No.

18    Q.   Okay.

19    A.   No.

20    Q.   So the guy from Colorado Springs called

21 your office while you were away --

22    A.   (Nods no.)

23    Q.   No.

24    A.   He just came.

25    Q.   He visited your office unannounced.

16

1    A.   Yeah.

2    Q.   Did he state his intention for coming to

3 your office?

4    A.   He was in the area and he was headed

5 west, and he was just meeting with different

6 inspectors that USDA hires.

7    Q.   Okay.  But you're not an inspector for

8 the USDA.

9    A.   No.  I won't work for USDA.

10    Q.   Did the man from the USDA give you any

11 advice?

12    A.   No.  I really didn't visit with him that

13 much.

14    Q.   Okay.

15    A.   He gave me a card.  I've still got his

16 card.  He had the inspector in the area send me

17 this zoo book.  I dug through it seeing if there's

18 something specific for veterinarians, and there's

19 not much in it.

20    Q.   Uh-huh.  And why wouldn't you work for

21 USDA?

22    A.   I worked for the State Department of

23 Agriculture for a while and it's bureaucratic

24 bullshit, so I'd rather be in practice on my own

25 and the less government the better.

**17**

1  Q.  So you think the state and the federal
2  oversight of zoos is equally bullshit?
3  A.  I don't like government.
4  Q.  Okay.  Did you tell your visitor that you
5  didn't like government?
6  A.  No.  I don't need him coming back.  I
7  like the people I work for and we get along fine,
8  so --
9  Q.  Okay.  Do you expect that you'll be paid
10 for your participation in this trial work?
11 A.  No.
12 Q.  Okay.  And you've not yet been paid for
13 anything.
14 A.  No.
15 Q.  Okay.  So the subpoena that we reviewed a
16 minute ago suggested that you would bring records
17 with you today.  You told me you reviewed the
18 subpoena; is that correct?
19 A.  Yes.
20 Q.  So on the first page of the subpoena, it
21 says you, or your representatives, must also bring
22 with you to the deposition any writings, documents,
23 notes, photographs, or tangible things in your
24 possession that relate to any opinions you intend
25 to offer in support of defendants Tom and/or Pamela

**18**

1  Sellner and/or Cricket Hollow Zoo.  Did you bring
2  any documents with you today?
3  A.  The only thing we had was -- we mailed to
4  the attorney earlier.
5  Q.  So we have everything already on which
6  you plan to base your opinions.
7  A.  Yes.
8  Q.  Okay.
9  A.  I thought they'd be here if I need to
10 look at them, so I didn't bother copying them off
11 again.
12 Q.  Do you remember what was among those
13 documents?
14 A.  Probably the bills after I'd been there
15 on a visit or some animals we'd treated or done
16 surgery at the vet clinic.
17 Q.  Who prepared those documents for
18 Mr. Thorson to deliver to us?
19 A.  That would have been my secretary, Jean
20 Whittle.
21 Q.  Did you review the documents that your
22 secretary compiled?
23 A.  Just looked through them.  I'd written
24 them anyway.
25 Q.  Do these look familiar to you?  Are these

**19**

1  the documents that you provided through
2  Mr. Thorson?
3  A.  Yes.  Yeah.
4  Q.  Yeah?  Okay.  Do you know where your
5  secretary would have searched for these documents?
6  A.  They would have been in Pam Sellner's
7  file.  In the computer under her account.
8  Q.  Do you know if your secretary would have
9  also searched, maybe, for business emails?
10 Correspondence of any kind?
11 A.  I don't think Pam and I have ever done
12 anything on email.
13 Q.  Well, these files that I showed to you
14 just now, is that the total of the records that
15 your office has on Pam Sellner?
16 A.  Yes.
17 Q.  That's every record that your veterinary
18 clinic has on the Cricket Hollow Zoo?
19 A.  Yes.
20 Q.  So there's no other record that your
21 office has kept --
22 A.  No.
23 Q.  -- on Cricket Hollow Zoo.  Okay.  So
24 let's talk a little bit about your educational
25 background and your veterinary training.  Why don't

**20**

1  you tell me about your background beginning with
2  your college degree.
3  A.  I have a B.S. in agronomy from Iowa State
4  with minors in zoology and botany, and then I
5  farmed for eight years for two different farms, I
6  went to vet school and graduated, went to Victor,
7  Iowa, 'til about '02, worked for the State, worked
8  at Grinnell, and then moved up here in '04.
9  Q.  Okay.  I'm going to have you back up a
10 little bit so that I can be sure to get that
11 information in an organized fashion.  What year did
12 you graduate from Iowa State?
13 A.  '75.
14 Q.  '75.  And that was your agronomy degree?
15 A.  Yes.
16 Q.  Okay.  And you minored in zoology.  Do
17 you remember any of your zoology coursework?
18 A.  Limnology with mainland -- or inland
19 waters, comparative anatomy, the basic zoology,
20 ornithology, geology, soil microbiology.  I think
21 that was it.
22 Q.  I'm not familiar with limnology.
23 A.  That's inland waters.  Fresh waters.
24 Q.  Okay.  Anything related to wildlife?
25 A.  The ornithology.

21

1  Q.  The ornithology?  Okay.  Was any of your
2  agronomy coursework related to wildlife?
3  A.  Overlapped with the microbiology.
4  Q.  Okay.
5  A.  And the water, tiles and terraces and
6  irrigation and rotational stuff which fit in with
7  some of the water studies.
8  Q.  And then you say you worked -- you farmed
9  for eight years?
10  A.  Yeah.  I worked for a farmer in western
11  Iowa for four years and I raised Angus cattle in
12  central Iowa for four years.
13  Q.  So you were four years raising Angus
14  cattle.
15  A.  Yeah.
16  Q.  What were the other four years?
17  A.  Grain farmer with cattle in western Iowa.
18  Q.  Were you working for yourself or with a
19  company?
20  A.  No, these are private-owned farms.
21  Q.  Private-owned farms?
22  A.  Yeah.  Manager/employee.
23  Q.  Okay.  What was your role in the grain
24  and cattle farm?
25  A.  I took care of about a thousand head of

22

1  cattle and the cow herd was about 150 cows, and
2  2,200 acres of corn and soybeans.
3  Q.  What was your relationship -- what role
4  did you play concerning the health of those animals
5  at that time?
6  A.  I oversaw all the health on those
7  animals.
8  Q.  Okay.  Was there a veterinarian?
9  A.  Yes.  There was -- the main one was
10  Dr. Wand from Jefferson, Iowa.
11  Q.  So those eight years, first breeding
12  cattle, second, Angus cattle, and then vet school;
13  is that right?
14  A.  Yes.
15  Q.  What year was that, then?
16  A.  '82 to '87.
17  Q.  And tell me again where you went to vet
18  school?
19  A.  Iowa State.
20  Q.  Tell me about your studies at vet school.
21  A.  Vet school.  Anatomy the first year,
22  physiology and pathology and diagnostics and
23  treatments and surgery.
24  Q.  Standard coursework?
25  A.  For vet school.

23

1  Q.  Did you specialize in anything?
2  A.  Large animal medicine and production.
3  Q.  So what animals are included in large
4  animal medicine?
5  A.  Cattle and pigs.
6  Q.  Okay.  So what coursework might you have
7  had at Iowa State not related to cattle and pigs?
8  A.  There was a rehabilitation thing for
9  wildlife, and basically we had predatory birds when
10  I was in there, red-tailed hawks, one bald eagle,
11  and that's -- there might have been some smaller
12  birds.  I can't remember what they were, but -- we
13  got them fixed up and then to a rehab center in
14  Boone and then we tried to get them acclimated to
15  release, and I've heard -- they still do it there,
16  but the thing in Boone doesn't exist anymore, so --
17  I don't know where they go with them now.
18  Q.  Is that a rehab hospital in Boone?
19  A.  It was --
20  Q.  Or a rescue center?
21  A.  It was like a rescue center.  They had to
22  be eating and getting around before they went to
23  Boone.  And once they could handle that and they
24  knew they could hunt on their own, then they'd try
25  to release them.  A lot of times they couldn't, so

24

1  they would -- it used to be they'd end up in, like,
2  a county park or something with an exhibit.  We
3  used to have some down here south of Elkader, but
4  because of the federal laws on bald eagles because
5  of the Indian population, the whole bird's holy, so
6  we'll probably never get another one back.  And the
7  other ones got old and died and they just are
8  unable to come there anymore, so --
9  Q.  So that was -- was that a course that you
10  took or like a --
11  A.  No, you volunteer.
12  Q.  It's volunteer?
13  A.  You volunteer for that.
14  Q.  Okay.
15  A.  We've had eagles flying down the hall of
16  the vet school and they land on your arm and you
17  hope they didn't take your eyes out.  Normally they
18  get used to humans pretty good, for some reason.
19  Q.  So was there any wildlife coursework at
20  Iowa State when you were in vet school?
21  A.  No, we had to make it up.  Now I think
22  they have something, but they didn't when I was
23  there.  Just -- there was enough residents that
24  were interested in taking care of some of the
25  wildlife, so -- it was kind of an offshoot from

**33**

1  pretty detailed.  And then we had what you call
2  volunteer classes, but classes for no credit that
3  went over North American game animals or upland
4  birds or something.  We would always take those
5  classes, they were either on a Saturday or nights
6  or something, that were interesting.  And we were
7  kind of doing all that stuff, anyway, so --
8      Q.  Can you tell me more about the wildlife
9  management coursework?
10     A.  Yeah.  It was an older gentleman, the
11 professor had written a lot of papers on it, but it
12 was basically to think in terms of how wildlife in
13 North America have to handle the seasons and then
14 get through the winter, and you kind of look at
15 March as kind of a funnel period.  If there's food
16 available, you can get more animals through the
17 spring and hopefully get more young and build the
18 population.  And at the time, they were suspecting
19 maybe some of these animals have a way to get bred
20 in an optimum time of season and then later decide
21 if they're going to have their young or they get
22 fertilized and now they know it.  You know, we
23 suspected it on badgers, and they still talk about
24 it in white-tailed deer, but I don't think it fits,
25 but --

**34**

1      Q.  So it was mostly wildlife in the wild.
2      A.  Yes.
3      Q.  Population management.
4      A.  Yes.  Feeding and the problems you can
5  cause if you try to feed and then don't carry
6  through with it.  Reproduction.  Like some years
7  you can have all kinds of quail and some years
8  there's nothing, and the next year something
9  happened and you've got seven times what you
10 thought you'd have.
11     Q.  Got it.  And that was all native game?
12 Native wildlife?
13     A.  Yes.
14     Q.  Tell me about the North American game
15 courses that you did that you say were free, like
16 on Saturday.
17     A.  Yeah, a lot of times those would just be
18 at night in Kildee Hall or something.  You'd get
19 somebody that came and talked about radio collars
20 on grizzly bears in Yellowstone or Glacier National
21 Park, or they spent a couple years in Alaska
22 working with the moose populations.  Now the guy
23 that's in charge of DNR, his graduate work when he
24 was with Michigan was studying moose populations in
25 Canada, so they kind of did the same thing I was

**35**

1  learning about from Alaska, but --
2      Q.  So was any of that related to surgery?
3      A.  No.
4      Q.  Vaccination?
5      A.  No.
6      Q.  Medication?
7      A.  (Nods no.)
8      Q.  Pathology?
9      A.  Yes.
10     Q.  Pathology.
11     A.  Right.
12     Q.  Of North American game.
13     A.  Yeah.
14     Q.  Okay.  Any other --
15     A.  Still -- the DNR guys will bring stuff to
16 us, sometimes they have to see if it was shot,
17 poached, whatever.  We'll do x-rays for them and
18 try to figure out if this was -- I think the last
19 rare bird we had up there they thought maybe was
20 shot right here in town, and we did a postmortem on
21 that bird and it was electrocuted on a power line,
22 so --
23     Q.  Any similar coursework or experiences not
24 related to native wildlife?  North American
25 wildlife?  Any coursework related to African

**36**

1  wildlife?
2      A.  Just what I read on my own, or watch.
3    . Q.  Any coursework or training or preparation
4  related to Asian wildlife?
5      A.  No.  The only thing with African or Asian
6  I would have had is videos they sent me on the
7  capture drugs we buy from Colorado that we've used
8  on white-tailed deer.  Usually around here we use
9  them on cattle that escaped somewhere, so --
10     Q.  Okay.  Do you keep a Facebook account,
11 Dr. Pries?
12     A.  We have a Facebook for our clinic.
13     Q.  Clinic has an account?  Okay.  So you
14 mentioned moose in Canada, grizzly, and you said
15 Alaska.  Did any of that cover wolves?  Timber
16 wolves?
17     A.  I've only read stuff about wolves, so I
18 guess I don't -- we had some clients at
19 Belle Plaine that had wolves that we worked on, but
20 they were more domesticated.
21     Q.  Who were those clients?
22     A.  A guy and his wife lived north of
23 Belle Plaine.  They wanted them vaccinated and I
24 said we'd do it, so we came back to Victor with it.
25     Q.  Do you know if those were pure wolves or

**37**

1  hybrid wolves?

2  A.  I think they only had one or two that

3  were purebred wolf.  Most of them they had were

4  crossbred or -- call them hybridized.

5  Q.  How did you identify the pure ones?

6  A.  He told me they were pure.

7  Q.  Okay.

8  A.  They're big.

9  Q.  Bigger than the hybrids.

10  A.  At least two were 160-some pounds.

11  Q.  Okay.

12  A.  They're a good-size dog.

13  Q.  Okay.  Thank you.  So you mentioned your

14  clinic keeps a Facebook account.  I'm going to hand

15  this to the court reporter to mark as an exhibit

16  for us.

17       (Deposition Exhibit B marked for

18  identification, as requested.)

19  Q.  (MR. PIERCE)  Do you recognize this

20  photo, Dr. Pries?

21  A.  Yep.

22  Q.  Okay.  How do you recognize the photo?

23  A.  I think one of our text with that picture

24  and that's my surgery.

25  Q.  At the Elkader Vet Clinic?

**38**

1  A.  Uh-huh.

2  Q.  Would you say that that photo fairly and

3  accurately represents what's depicted there at the

4  time and place the photo was taken?  Is it a fair

5  and accurate representation?

6  A.  I can't remember if this is just before

7  surgery or just after.  My partner -- younger

8  veterinarian, Dr. Collins put the caption on there,

9  so --

10  Q.  Dr. Collins put the caption?

11  A.  Yeah.  February, 2013.

12  Q.  Who manages your Facebook account?

13  A.  Brian Collins.

14  Q.  Brian Collins does?

15  A.  Uh-huh.

16  Q.  So he selects the photographs?

17  A.  Well, yeah, but the gals in there can

18  take them and ask him to put them on there, too,

19  so --

20  Q.  Does he do all the text?  Or do you ever

21  add text to the account?

22  A.  I don't type into that thing at all.

23  Q.  Okay.  So then the text in that

24  photograph, who is the I that's speaking?  Is that

25  you or is that Dr. Collins?

**39**

1  A.  I think he put that in there for a

2  caption, but all I do remember is they just took a

3  picture of me holding that baboon.

4  Q.  Okay.  Thank you.

5  A.  May I ask a her question?

6       MR. THORSON:  Not right now.

7  Q.  (MR. PIERCE)  Do you remember what the --

8  you mentioned that was either right before or after

9  surgery.

10  A.  Yeah.

11  Q.  Do you remember what the surgery was for?

12  A.  No.  I kind of remember working on a

13  baboon, but I don't -- I thought this is the one

14  that maybe prolapsed.  I don't remember.

15  Q.  What part of the animal prolapsed?

16  A.  Either the rectum or the vagina.

17  Q.  But you're not sure which?

18  A.  No.  There should be a report of that

19  thing from June.  Or I could ask Pam.

20  Q.  Okay.  Well, we'll talk to Pam afterward.

21  We'll get a couple other photographs that you can

22  look at the documents.

23       MR. PIERCE:  I'll have you mark this as

24  C.  This one's multiple pages.

25       (Deposition Exhibit C marked for

**40**

1  identification, as requested.)

2  Q.  (MR. PIERCE)  So Larry's just reviewed

3  what we'll call Exhibit C, Dr. Pries, and this one

4  has multiple pages.  Very quickly, though, on

5  Exhibit B, does this baboon belong, to your

6  knowledge, to Pam Sellner?

7  A.  Yes.

8  Q.  You have not treated a baboon belonging

9  to anyone else?

10  A.  No.

11  Q.  So here is Exhibit C.  This is several

12  photographs together.  Do you recognize the people

13  in these photographs?

14  A.  Yes.  Dr. Collins; there's our groomer,

15  Kristie Battin; and my vet tech, Tiffany Mueller.

16  Q.  Do you recognize the photos?

17  A.  Yeah.

18  Q.  Okay.  So we're talking about Exhibit C,

19  page 1.  Would you say that these photos on

20  Exhibit C, page 1, are a fair and accurate

21  representation at the time and place those photos

22  were taken?

23  A.  Yeah.

24  Q.  Okay.  Let's look at page 2 of Exhibit C.

25  Do you recognize that photo?

53

1    Q.   So after those 13 months, what happened?

2    A.   Well, they were having me do weekend work

3  at Grinnell and they wanted to hire me full time,

4  and it was better pay than the State, so --

5    Q.   And what year did you go to Grinnell?

6    A.   I was working there from about August of

7  '03 'til about June of '04.  Then I took this job

8  in Elkader.

9    Q.   I see.  So in what year did you begin to

10  work for the State?

11    A.   It would have been probably about July of

12  '02.

13    Q.   Thank you.  So in Victor, you were doing

14  mostly large animal work.  Was any of the work that

15  you did there related to wild animals?

16    A.   No.  No.

17    Q.   What about for the State?

18    A.   No.

19    Q.   What about in --

20    A.   For the State, we can count buffalo and

21  elk for the meat lockers.

22    Q.   Buffalo and elk as farmed animals?

23    A.   Yeah.  They were all raised domestically,

24  then slaughtered for pastrami or jerky or buffalo

25  burgers or whatever.

54

1    Q.   What about Grinnell?  Any wildlife work

2  there?

3    A.   If I had any bird stuff there, there was

4  a veterinarian in Grinnell that did bird work,

5  so -- those usually went to Casey Cornish.  I don't

6  know if he's still in it or not.  That was mostly

7  pet birds from the Central America area, so --

8    Q.   Okay.  Tell me a little bit about the

9  typical clients who come to your practice in

10  Elkader.  Tell me about the kinds of animals people

11  usually bring to your practice.

12    A.   Well, ones in the clinic are anywhere

13  from small lap dogs, house cats, to breeders that

14  sell bird hunting dogs, coyote hunting dogs, coon

15  dogs, farm dogs, herding dogs.  That's about it.

16    Q.   Mostly dogs.  Do you do house cats?

17    A.   Yes.  A lot of cats.

18    Q.   How many dogs do you think you treat in a

19  year?  What's your best guess?

20    A.   To treat or to see and vaccinate?

21    Q.   I mean, how many dogs in a year

22  come to your clinic?

23    A.   Probably over 12,000.

24    Q.   12,000 in one year?

25    A.   Yeah.

55

1    Q.   How many cats do you think come to your

2  clinic in one year?

3    A.   That or more.

4    Q.   Meaning more than 12,000 cats?

5    A.   (Nods yes.)

6    Q.   How many baboons come to your clinic in a

7  year?

8    A.   Maybe one.

9    Q.   How many tigers do you think come to your

10  clinic?

11    A.   Maybe the one.

12    Q.   Lions?

13    A.   I don't think we've ever had a lion in

14  there.  I see them down at Pam's.

15    Q.   Okay.  What about wolves?

16    A.   I don't think we've ever had a wolf up

17  here.

18    Q.   Servals?

19    A.   I had one.

20    Q.   Okay.  Lemurs?

21    A.   I don't know if that's been at the

22  clinic.

23    Q.   Okay.

24    A.   This is Northeast Iowa.

25    Q.   Sure.  And it's beautiful country.  What

56

1  would you say is the -- sort of the bread and

2  butter of your practice?  Is it vaccinations,

3  spaying and neutering, surgery?

4    A.   Dairy cow herd health and beef cattle.

5    Q.   Oh.  Okay.  Is it still mostly large

6  animal that you do?

7    A.   Yes.

8    Q.   Oh.  And you do that at the clinic or you

9  go outside?

10    A.   Predominantly at the farm.

11    Q.   And is that true for the other vets in

12  your clinic, as well?

13    A.   For three of us.  But Brian's kind of

14  nestled into doing the small animal work, and

15  Michelle probably does the next amount, and then I

16  probably do the next amount, and Ryan occasionally.

17  We've all got pets of our own.

18    Q.   But when you say Brian does small animal

19  work, do you mean the dogs and cats primarily?

20    A.   Yeah.

21    Q.   Okay.  I've got just a couple more

22  questions about the clinic.  Are you okay or do you

23  need a break?

24    A.   I'm fine.

25    Q.   Okay.

61

1    Q.   And when did you begin treating animals
2 from Cricket Hollow Zoo?
3    A.   It would have been August/September,
4 2009.
5    Q.   Okay.  So Dr. Esch treated them before
6 you started to?
7    A.   Yes.  Or Dr. Varner.
8         COURT REPORTER:  I'm sorry.  Doctor --
9 what was the last one?
10        THE WITNESS:  Esch.  Would be E-s-c-h.
11 He's a pathologist with Zoetis in Kalamazoo now.
12 Or Shari Varner, and she's a veterinarian at
13 Edgewood, Iowa, now.  And it's V-a-r-n-e-r.
14        COURT REPORTER:  Thank you.
15    Q.   (MR. PIERCE)  So then between April 23,
16 2007, and I think it -- what does it say?
17 February 2, 2015, at the top of the page?
18    A.   Yeah.  Okay.  Yep.
19    Q.   So February -- would this have been all
20 of the treatments, then, in the course of that
21 calendar span?  Every treatment is represented in
22 this billing chart?
23    A.   Yes.  That we would have done, yep.
24    Q.   Okay.  So I assume your secretary just
25 ran a report.

62

1    A.   Yep.  For the place, it should say
2 Sellner, Thomas, and then it would fill with the
3 codes from the computer.
4    Q.   So you don't keep separate reports for
5 individual treatments.  It just creates a database
6 in the computer.  Is that right?
7    A.   No.  It would be -- if I worked on
8 something, or Dr. Collins did, we'd write down on
9 that -- we have a chart -- we'd have a chart on
10 that animal.
11    Q.   Right.
12    A.   And then they bill out on that and then
13 she'd enter it in the computer for the billing.
14    Q.   Okay.  Now, do you also treat
15 Ms. Sellner's hoof stock?  Their livestock?
16    A.   No.
17    Q.   You do not.
18    A.   Not their dairy cattle.
19    Q.   You don't treat their dairy cattle.
20 Okay.  So all of these figures would concern
21 their --
22    A.   Zoo animals.
23    Q.   -- zoo animals.  Okay.  So you started
24 with Cricket Hollow in 2009.  What is the
25 relationship between Elkader and Cricket Hollow

63

1 Zoo?  In other words, are you on the staff of the
2 zoo?
3    A.   Now, the way I understood the code of
4 USDA, they needed a federally accredited
5 veterinarian that would do at least annual
6 inspections, and so that's what I've done.  And
7 whenever Pam's had some problems, she might call
8 that I need to come see something, like one of the
9 big cats, 'cause they're not going to bring it up,
10 so she'll call that, "I've got this youngster we
11 just got and we need it checked out," or it's sick
12 or, "I think I've got a bladder problem," she'd
13 bring it up to the clinic.
14    Q.   So you would go to the zoo annually, and
15 then if there are other problems, she brings the
16 animal to you.
17    A.   If it's an animal she can move about in a
18 box or cage.  If it's one of the big, mature cats,
19 I'm going to see it down there.
20    Q.   You'll go there.  Okay.  Because they're
21 difficult to move; is that right?
22    A.   I don't know if she's got any good way to
23 move them unless they pack them back in the crate.
24 But I don't have any way to handle them at my
25 clinic.  And I get bulls get out sometimes, so I

64

1 sure don't need a tiger going through things.
2    Q.   Okay.
3    A.   And that's everybody being careful.
4    Q.   Do you have a contract between the zoo
5 and the clinic?
6    A.   Just verbal.
7    Q.   A verbal contract?
8    A.   Yeah.
9    Q.   Okay.  What are the payment terms of that
10 verbal contract?
11    A.   Normally it's a farm call and
12 professional time.
13    Q.   Okay.  What does a farm call cost?
14    A.   Down to Manchester, now that's probably
15 about $35.
16    Q.   That's the cost of showing up?
17    A.   Yeah.
18    Q.   Okay.  And the professional time?
19    A.   Two-twenty-five a minute.
20    Q.   $2.25 a minute?
21    A.   Yep.
22    Q.   Do you charge anything more?  Like for --
23 per procedure or for materials?
24    A.   Yeah.  Everything you use would be per
25 that bottle of medicine or that syringe or

73

1    Q.   Well, that's probably true.  Did the
2  tiger escape?
3    A.   No.  Went back in his pen.
4    Q.   Back in his pen.
5    A.   Yeah.  I don't think -- I don't think
6  they were ever where they could have got out of the
7  pen.
8    Q.   All right.  And do you know whether Tom
9  needed medical treatment?
10   A.   Stitches.
11   Q.   Stitches?
12   A.   Yeah.
13   Q.   So you -- USDA requires you to make one
14 inspection a year.  Sometimes you go more than that
15 if there's a need to.  In an average year, how
16 often do you think you go down to Cricket Hollow?
17   A.   I probably get there maybe three times a
18 year.  Since I got this book, I was reading that
19 thing and I thought, well, you know, when I first
20 got there, I was -- I was concerned, like, do they
21 have a Hassett plan in place for this thing?  Is
22 there certain things I'm supposed to be processing
23 samples of?  And there's none of that.  So I just
24 would ask Pam or I'd ask the inspector, you know,
25 "What do you expect here?  I'm looking at the

74

1  health of the animals."  And they says, "That's
2  pretty much it," so --
3    Q.   Okay.
4    A.   And then Pam knows that if -- a lot of
5  times we may not have the answer, but I call Omaha
6  zoo for advice or I call Iowa State for advice, and
7  we would -- I haven't had to for Pam, but for
8  Osborn, we'll get blood on the animals, like black
9  bears or deer.  I'd call them up and their
10 veterinarians just send me everything they got.
11 'Cause there's squat for books published on the
12 stuff.  So when I get numbers, I send them to them,
13 and if I need numbers, they send them to me.
14   Q.   That's the Omaha zoo?
15   A.   Uh-huh.
16   Q.   Okay.  So in your experience, the USDA
17 hasn't provided you -- let me put it this way.  The
18 USDA has provided you with very little guidance on
19 how to care for these animals?
20   A.   That's not much in that book for --
21   Q.   Not much?
22   A.   And I don't know as they could tell us
23 any more than we already know.
24   Q.   Okay.  So maybe three visits a year.  How
25 much money do you think in an average year Elkader

75

1  Veterinary Clinic earns for its work on Cricket
2  Hollow Zoo animals?
3    A.   Maybe 150 bucks.
4    Q.   $150?
5    A.   It's not much.
6    Q.   In an average year?
7    A.   If I did one inspection.  I got my gas
8  and time down there and I'm not there that long.
9    Q.   Okay.  So I guess, then, based on the
10 numbers you were describing before, it's very rare
11 that you would have to do a surgery or a lab test
12 or the kinds of treatments that would cost more
13 than $150 a year?
14   A.   I said if I make -- what I would make.  I
15 think my profit down there maybe would be 150.
16   Q.   Oh, your profit is 150.  Okay.  So how
17 much money do you think Elkader Veterinary Clinic
18 charges in a given year?
19        See, this was hard for us to tell, 'cause
20 it was just a single chart going back to 2007.
21 But, yeah, you're welcome to look at it, if that
22 helps you give an answer.
23        MR. PIERCE:  Yeah.  For the record,
24 Dr. Pries is reviewing the printout of the computer
25 billing records that his secretary at Elkader

76

1  Veterinary provided to plaintiff's counsel through
2  Dr. Thorson.
3        MR. THORSON:  You don't need to call me
4  Dr. Thorson.
5        MR. PIERCE:  I'm sorry.  Mr. Thorson.
6  The Juris Doctor Thorson.
7        MR. THORSON:  That's all right.
8    A.   See, here, from 4-23-07 to February 5,
9  2015, my gross amount charged through that time was
10 $6,363.76.
11   Q.   (MR. PIERCE)  Uh-huh.
12   A.   Right there.  And that -- on the first
13 page a bit more is professional time office calls,
14 antibiotics, anesthesia, and then listed separately
15 were some class 2 drugs for anesthetics,
16 antibiotics, medicine we dispensed, prescription
17 diets, and so -- not even a thousand dollars a
18 year.
19   Q.   Uh-huh.  Did you ever discuss with the
20 Omaha zoo what their veterinarian charges in a year
21 might be?
22   A.   That would be unethical.
23   Q.   Do you know if it's normal, in other
24 words, for a zoo to spend about a thousand or less
25 than a thousand dollars a year on vet care?

89

1    millions.
2        Q.    So the thing about the penguins that's
3    good is that the exhibit, what?  Resembles what the
4    penguins would have outside of the zoo?
5        A.    Yeah.  Replicate where they lived, and
6    none of them were probably born there.  They were
7    probably born in Des Moines.
8        Q.    Anything else that money gets for animals
9    in a zoo?
10       A.    When you're rich, it's just better.
11       Q.    That's generally true.  You mentioned
12   that being in a cage is better than getting your
13   butt eaten every night, but you've also said that
14   the penguins have this great exhibit that
15   replicates the wild.  How important is it for an
16   enclosure to replicate the wild?
17       A.    The only place I know, and I've never
18   been there, is Busch Gardens in Florida.  And I
19   don't know how they keep some of those animals
20   apart.  But that's about as near as you can come to
21   where they actually put the human in the bus and
22   you drive out and see them, you know, without
23   taking a trip to Africa.  Everyplace else I know,
24   you're going to walk through it and see them.
25       Q.    So what do you think of the animal

90

1    husbandry at Busch Gardens?
2        A.    The pictures I've seen, it looks pretty
3    slick.
4        Q.    Meaning what?  What do you mean by slick?
5        A.    Well, if you can get in a bus and drive
6    through something that looks like Africa, it's a
7    lot cheaper than flying over there.
8        Q.    Well, it's good for the visitors.  What
9    about for the animals?
10       A.    Don't know.  Never been there.
11       Q.    Don't know.  Okay.  Is mortality an
12   important consideration for animal husbandry?  How
13   often an animal dies or how old the animal might be
14   when it dies?
15       A.    Yeah.  You don't -- I mean, if I'm a
16   caretaker for that animal, I'd like it to have as
17   long a life as it could have.  But you don't always
18   know how long something's going to live, either.
19       Q.    Okay.  Anything else that you think would
20   be a consideration for kind of broad definition of
21   animal husbandry?  We have nutrition, we have
22   veterinary care, we have enclosures that replicate
23   the wild, we have water, we have fresh air
24   ventilation and temperature.  Sanitation?
25       A.    Goes along with environment.

91

1        Q.    Goes along with environment?  Okay.  So
2    what about sanitation?  What type sanitation would
3    make for good animal husbandry?
4        A.    Well, most of them have dunging areas,
5    and they need to keep them cleaned up when they
6    can.
7        Q.    Okay.
8        A.    And it also makes a difference on how wet
9    something is that you may not want wet.
10       Q.    Is the dunging area usually separate
11   from, like, a living area?
12       A.    Some animals just naturally separate it.
13       Q.    Okay.  So let's -- so thinking of these
14   categories that together form good animal
15   husbandry, how would you rate the animal husbandry
16   of Cricket Hollow Zoo?
17       A.    Very good.
18       Q.    Okay.  And what do you base that rating
19   on?
20       A.    Just what it looks like when I go there
21   on an inspection.
22       Q.    So just generally the appearance of the
23   place?
24       A.    I walk by a pen and if I see poop there,
25   it's probably just within the last few hours.  It's

92

1    not built up and ignored.  There's water in all the
2    waterers.  They all look like they've been well fed
3    that morning already.  Nothing acts like they're
4    starving.
5        Q.    Okay.  So we'll talk in a little while
6    about some of the individual animals at Cricket
7    Hollow Zoo that the plaintiffs in this case are
8    worried about, but I wanted to ask how you keep up
9    with the regulations concerning captive wildlife.
10   You mentioned you have the book by the USDA, but
11   that there's not a lot in there about how to treat
12   animals.  What else might you look at in your
13   practice to know what captive wildlife require?
14       A.    Well, we've got stuff on the Web and then
15   I've got Merck Manual that covers zoo animals.  And
16   if you had questions, I probably got to go on the
17   computer and find it or I call Omaha.
18       Q.    Okay.  Are you a member of any
19   association?
20       A.    The Iowa Vet Med and American Association
21   of Bovine.
22       Q.    Have you taken any continuing education,
23   any classes in veterinary medicine or courses of
24   any kind since graduating from vet school?
25       A.    You need 20 credits a year.  So, yeah.

93

1    Q.  And have you used any of those credits
2  toward the care of wild animals?  Specifically,
3  captive wildlife?
4    A.  Well, a lot of those meetings have
5  several speakers.  I'm sure somebody talked about
6  something I sat through.
7    Q.  Okay.  But you've never intentionally
8  pursued training in the care of captive wildlife.
9    A.  (Nods no.)
10   Q.  Okay.  So you mentioned that you
11  sometimes call Omaha zoo when you have a question
12  about what to do with an animal.  Who do you speak
13  to at Omaha zoo?
14   A.  Whoever gets on the phone.
15   Q.  Do they have a direct phone number for
16  their veterinarians?
17   A.  (Nods yes.)
18   Q.  Okay.  So you're calling a vet?
19   A.  Well, yeah, but I -- the vets are usually
20  so busy there, I talk to technicians.  And then
21  they -- usually they'll ask a veterinarian what I
22  have for a question and then one of them will call
23  me back.  Or they'll just send me the information.
24   Q.  In the mail?
25   A.  Emails.

94

1    Q.  Email?  What kinds of questions are you
2  putting to them that Omaha -- is it about a
3  specific animal or are they general questions?
4    A.  Well, general.  And then -- well, the one
5  on the bear at Osborn was specific, 'cause we had
6  stuff from a study in Michigan and one in
7  Minnesota.
8    Q.  Okay.
9    A.  And they sent me everything they had on
10  that research.
11   Q.  So when you have questions, you look in
12  the Merck Manual, online, or you contact vets at
13  the Omaha zoo?
14   A.  (Nods yes.)
15   Q.  Okay.  What's in the Merck Manual?
16   A.  There's sections in there on a few
17  animals that you might run across in practice for
18  normal blood levels.  They don't have black bear,
19  but some of the herbivores, like the elk or deer.
20   Q.  Are tigers in the Merck Manual?
21   A.  No.
22   Q.  Are lions?
23   A.  No.
24   Q.  Wolves?
25   A.  No.  Wolves, you got to just figure, when

95

1  we look up something, extrapolate it off of dogs.
2    Q.  Okay.  So none of the -- none of the zoo
3  animals at Cricket Hollow are in the Merck Manual?
4    A.  Camel would be.
5    Q.  The camel?  Okay.
6    A.  (Nods yes.)
7    Q.  Anything else?
8    A.  Oh, llamas, sheep, geese.
9    Q.  Sort of like the farm animals?
10   A.  Yeah.
11   Q.  I'm going to show you a resume of someone
12  that we know.  I'll give a copy over there to
13  Mr. Thorson.  I think you might have this already.
14  I'll ask the reporter to mark this as Exhibit D.
15       This is the resume of a researcher named
16  Peter Klopfer.  He's a specialist in animal
17  behavior at Duke University.  He has -- he's done a
18  lot of work in wild animal behavior and some work
19  in captive animal behavior.  He's especially -- a
20  specialist in lemurs.  He travels frequently to
21  Madagascar and also studies lemurs in captivity at
22  Duke Lemur Center.  This resume would have
23  accompanied the notice letter that plaintiffs
24  provided.
25       MR. THORSON:  Are we going to mark this

96

1  or --
2        (Deposition Exhibit D marked for
3  identification, as requested.)
4    Q.  (MR. PIERCE)  Dr. Klopfer also at Duke
5  sits on the IACUC, the Institutional Animal Use and
6  Care Committee.  Institutional Animal Care and Use
7  Committee.  So at the University there, he has to
8  review all the research protocols as well as
9  examine the captivity of all the animals used in
10  research at the University.
11       So would you agree, Dr. Pries, that
12  Dr. Klopfer is an expert on lemurs on the basis of
13  his resume?
14   A.  Never met him.
15   Q.  Did you have a chance to review his
16  resume?
17   A.  I just see he's got a lot of papers.
18   Q.  Yeah.  If you had questions about lemurs,
19  do you think that you would consult a person like
20  Dr. Klopfer?
21   A.  Be a place to start.  He's got a paper on
22  birds, too.
23   Q.  Would you agree, Dr. Pries, that
24  Dr. Klopfer has extensive experience in the
25  maintenance and care of captive animals on the

97

1  basis of his work on the Institutional Animal Care
2  and Use Committee at Duke University?
3           MR. THORSON:  I'm going to object to the
4  form of the question.  It asks for this witness to
5  speculate on any qualifications of somebody else.
6  He's indicated he doesn't know who this person is
7  or what his qualifications are.  You can answer if
8  you can.
9      Q.   (MR. PIERCE)  Based on what you see in
10  the resume, Dr. Pries.
11     A.   Okay.  Ask the question again based on
12  this?
13     Q.   So first I asked if you would agree that
14  he might be a person you would consult about
15  lemurs, and you said he would be a good place to
16  start.  Then I asked whether you would agree that
17  Dr. Klopfer would be a good person to consult about
18  captive animals generally, based on his experience
19  in the Institutional Animal Care and Use Committee
20  at Duke University.
21     A.   I have no idea.
22     Q.   Okay.
23     A.   I --
24     Q.   It's a long resume.  I'm going to hand
25  another resume to the court reporter.  We've

98

1  already provided this resume to Mr. Thorson, but
2  I'll let him review this resume.
3           MR. PIERCE:  We will mark that as
4  Exhibit E, please.
5           (Deposition Exhibit E marked for
6  identification, as requested.)
7      Q.   (MR. PIERCE)  So I'll ask you, Dr. Pries,
8  to look at Exhibit E.  This is a shorter resume.
9  Exhibit E is the resume of Dr. Jennifer Conrad.
10  You can see that she has done quite a bit of
11  veterinary work with captive wildlife in a variety
12  of zoo settings, and she has a certain number of
13  publications, honors, and awards.  So based on what
14  you read in her resume, would you agree that
15  Dr. Conrad has extensive experience treating --
16  providing veterinary care to captive wildlife?
17     A.   Yes.
18     Q.   Was that yes?
19     A.   Yes.
20     Q.   Do you think that you would call
21  Dr. Conrad if you had a question about captive
22  wildlife?
23     A.   No.
24     Q.   You would not call her?
25     A.   No.

99

1      Q.   For what reason?
2      A.   Certification in Veterinary Medical
3  Acupuncture.
4      Q.   So that would disqualify her for you?
5      A.   I wouldn't even talk to her.
6      Q.   Okay.  What about acupuncture would
7  prevent you from calling her?
8      A.   I've seen people try it and all they do
9  is charge the client and it's the same mess and we
10  go back to medicine.
11     Q.   Okay.  But you wouldn't call her for
12  medical advice apart from the acupuncture?
13     A.   No, I wouldn't.
14     Q.   I see.  Okay.
15     A.   I see she got volunteered to go to
16  Africa.
17     Q.   Well, what -- why does that stick out to
18  you, Dr. Pries?
19     A.   Well, she probably wouldn't have done it
20  for free.  But it would be a neat place to work
21  with rhinos, and that's quite a national park.  And
22  it was volunteer, so --
23     Q.   You know about Etosha?
24     A.   Just on National Geographic.
25     Q.   Do you know about any of the other places

100

1  there?  Like the Cambodia Wildlife Sanctuary?
2      A.   No, I've never heard of it.
3      Q.   The Cheetah Conservation Fund?
4      A.   No.  The National Park's the only thing I
5  saw.
6      Q.   Okay.  What do you know, Dr. Pries, about
7  a calcium-phosphate ratio?
8      A.   You have a calcium-phosphate ratio.
9      Q.   Who does?
10     A.   Everybody.
11     Q.   Everybody does?  So what's important
12  about it?
13     A.   Well, I know dairy cattle is three to
14  one.
15     Q.   Okay.
16     A.   And I know if you don't have it right in
17  big cats, you can have bone problems.  If you have
18  it wrong in puppies, you have bone problems.
19     Q.   Do you know how it might create bone
20  problems?
21     A.   Just intake and dietary.  Sometimes you
22  get too rapid a growth, you don't get enough
23  growth, you get too much calcium removed.  It all
24  makes a difference.
25     Q.   So how would a person with or without

101

1 their veterinarian maintain a proper
2 calcium-phosphate ratio in their animals?
3   A.   You just have to see what other people
4 have fed or call a nutritionist.  'Cause I'm not a
5 nutritionist.
6   Q.   Have you ever advised Ms. Sellner on how
7 to maintain a proper calcium-phospate ratio?
8   A.   I'm not a nutritionist.
9   Q.   Okay.  So I also reviewed the program of
10 veterinary care that Ms. Sellner provided to us
11 through Mr. Thorson that you and Ms. Sellner would
12 have discussed together.  Do you remember creating
13 a program of veterinary care for Cricket Hollow
14 Zoo?
15   A.   I know we did it.
16   Q.   Okay.  In the program of veterinary care,
17 there are a number of things that you checked off
18 as having discussed with Ms. Sellner, so I wanted
19 to talk about those things with you.  One was
20 vaccinations.  So I'm wondering, for the zoo
21 animals, not like the sheep and goats, but the
22 captive wildlife at the zoo, what kinds of
23 vaccinations do you use for Ms. Sellner's animals?
24   A.   Nothing.
25   Q.   You don't vaccinate?

102

1   A.   In Iowa they're considered wild animals.
2 Veterinarians don't vaccinate them.
3   Q.   No veterinarian?
4   A.   We've got ferrets we vaccinate.  None of
5 them are labeled for those animals.  It would be
6 off label.
7   Q.   Do you think they vaccinate at the Omaha
8 zoo, or not there, either?
9   A.   I don't know.
10   Q.   Do you vaccinate any of the animals at
11 her zoo?
12   A.   No.
13   Q.   Okay.  So another thing in the program of
14 veterinary care is parasite control.  What do you
15 do for parasite control?
16   A.   She does oral dewormings and we've got
17 baits that we use for fly control.
18   Q.   What kinds of oral deworming do you
19 recommend?
20   A.   They use Panacur Safeguard.
21   Q.   Panacur?  And what's -- is Panacur
22 indicated for wildlife or domestics or what?
23   A.   Off label.
24   Q.   It's off-label use?
25   A.   (Nods yes.)

103

1   Q.   Okay.  And what was the other one?
2   A.   Fly control.  Usually baits.
3   Q.   Tell me a little about baited fly
4 control.
5   A.   Normally what we use is safe in food
6 processing plants and meat lockers, and she puts it
7 out where the animals can't contact it, but the
8 flies do.
9   Q.   So what happens to a fly when it contacts
10 the bait?  I mean, is it like -- is it like
11 flypaper, like it sticks to it, or --
12   A.   No, it dies.
13   Q.   It eats it and dies.
14   A.   Uh-huh.
15   Q.   Okay.  Anything else you do for fly
16 control?
17   A.   Around the monkeys is about the worst,
18 and inside the buildings, and the baits usually
19 take care of that.  And outside is Iowa.  Keep the
20 feed cleaned up and the poop cleaned up and you
21 don't have as much fly problem.
22   Q.   The baited -- the baiting, is that for,
23 like, you know, what we commonly call houseflies or
24 does it work on fruit flies, as well?
25   A.   Fruit flies aren't going to be attracted

104

1 to this stuff.
2   Q.   Just the black fly?
3   A.   Barn flies, domestic flies, houseflies.
4   Q.   Okay.  Anything you recommend to the
5 Sellners about fruit flies?
6   A.   Fruit flies aren't considered an animal
7 problem.
8   Q.   Not an animal problem?  Okay.
9   A.   It's the food that's around that the
10 fruit fly wants.
11   Q.   So fruit flies don't harm animals?
12   A.   No.
13   Q.   Do the other flies?  Can the other flies
14 harm animals?
15   A.   Domestic flies don't, but they're just a
16 nuisance.
17   Q.   What about barn flies?
18   A.   Same -- same fly.
19   Q.   Oh.  Okay.  Horsefly, deer fly, those
20 things here in Iowa?
21   A.   Yes, but they're -- there will be
22 individuals that are just going to cause a problem.
23   Q.   What kind of problem?
24   A.   Bite you.
25   Q.   And the animals?

105

1    A.    Yeah, if it likes the blood on that
2    animal.
3    Q.    And does that create a problem for the
4    animal?
5    A.    I don't like them on my head.
6    Q.    So it's a nuisance.
7    A.    Yes.
8    Q.    Okay.
9    A.    But you'll have maybe one compared to
10   maybe hundreds of domestic flies.
11   Q.    Okay.  You mentioned the flies were worst
12   around the monkey house.  Why do you think that
13   was?
14   A.    Well, it was inside.
15   Q.    Oh.  Are flies usually worse inside than
16   outside?
17   A.    Maybe.
18   Q.    Okay.
19   A.    You have flies in California?
20   Q.    We have some.
21   A.    Okay.
22   Q.    Yeah.  Let's see.  In preparing the
23   program of veterinary care, you would have
24   discussed zoonosis with the Sellners.  I assume
25   that means zoonotic disease?

106

1    A.    Zoonosis.
2    Q.    What kinds of zoonoses would you have
3    discussed with the Sellners?
4    A.    Possibility of rabies --
5    Q.    All right.
6    A.    -- lepto.
7    Q.    What's lepto?
8    A.    It's a spirochete that affects the
9    kidneys.
10   Q.    Okay.
11   A.    Waterborne.
12   Q.    Any other zoonoses?
13   A.    I'm sure there's some streps that could
14   cross species.  Not very many.
15   Q.    Okay.  Do you ever vaccinate for rabies?
16   A.    In Iowa we don't vaccinate wild animals
17   for rabies.
18   Q.    Can you vaccine for lepto?
19   A.    Possibly.
20   Q.    Possibly?
21   A.    I wouldn't vaccinate for lepto.
22   Q.    Okay.  What about TB?  Is that a problem?
23   A.    Could be, but it's not in Iowa.
24   Q.    Okay.  So you don't check for TB here in
25   Iowa?

107

1    A.    Only if the State asks me to.
2    Q.    Okay.  Another thing in the primary --
3    I'm sorry.  In the veterinary care program is
4    called environmental enhancement for the primates.
5    Do you remember discussing that with the Sellners?
6    A.    Yeah.  Pam brought it up.
7    Q.    Pam brought it up?
8    A.    Yeah.
9    Q.    What did you guys discuss, do you
10   remember?
11   A.    I guess it's play time and what some toys
12   are and --
13   Q.    Any more?
14   A.    That's not my role as a veterinarian.
15   Q.    Okay.  Also in the veterinary care
16   program was species-specific behavior.  Do you
17   remember discussing any of that with her?
18   A.    Probably did.
19   Q.    Do you remember anything that you would
20   have discussed?
21   A.    Not unless I have the paper.
22   Q.    I think we do.
23         MS. BLOME:  We will go off the record a
24   second.
25         (Discussion off the record.)

108

1    Q.    (MR. PIERCE)  So this is the program of
2    veterinary care required by the USDA.  Is that your
3    signature?
4    A.    Yes.
5    Q.    Okay.  So you have signed -- would you
6    agree that you had signed beginning in 2009 each
7    year until August of 2014?
8    A.    Yes.
9    Q.    Okay.  So in this program that you signed
10   once each year, there is a provision for additional
11   program topics here in E.  So this is what we were
12   discussing, pest control, zoonoses, and then I was
13   asking you about the environmental enhancement for
14   primates.  The box indicates only that you would
15   have discussed it with Ms. Sellner and the
16   signature suggests that that would be true.
17   A.    Yeah.
18   Q.    Okay.  You would agree that that's what
19   the check mark and the signature mean?
20   A.    She had written up stuff for the
21   inspector on how she planned to have the
22   interacting or the play time for the monkeys.
23   Q.    Okay.  You don't remember specifically
24   what the program is?  The environmental enhancement
25   program?

113

1 the toys and things. That's -- sometimes we use
2 the word enrichment. Do you know what kinds of
3 environmental enhancement requirements lemurs have?
4    A. (Nods no.)
5    Q. No? Okay. Anything else about their
6 exercise requirements?
7    A. I'm not a big monkey person.
8    Q. Okay. Anything about the lighting needs
9 of a lemur?
10    A. No.
11    Q. Socialization needs of a lemur?
12    A. I know they have them, but I --
13    Q. Okay.
14    A. I wouldn't recommend anything.
15    Q. Do you know if USDA has an opinion about
16 whether lemurs should live alone or in groups?
17    A. I don't know.
18    Q. Okay. Do you have an opinion about
19 housing a lemur with a bushbaby?
20    A. Never thought of that.
21    Q. Thinking about it now, do you have an
22 opinion?
23    A. No.
24    Q. Okay. What's your experience treating
25 lemurs as a veterinarian?

114

1    A. None that I know of.
2    Q. Ms. Sellner has never brought a lemur to
3 your clinic?
4    A. She may have, but sitting here right now,
5 I can't think of any.
6    Q. Have you ever treated a lemur down at the
7 farm? Down at the zoo?
8    A. No.
9    Q. No? Veterinarians who might ordinarily
10 treat primates, do you suppose that they would be
11 primate specialists or veterinary generalists?
12    A. Primate specialists.
13    Q. Primate specialists? All right. Do you
14 ever consult any professional standards or
15 publications for the care of lemurs?
16    A. I haven't.
17    Q. No? Do you have an opinion about what
18 Cricket Hollow Zoo does well for its lemurs?
19    A. No opinion.
20    Q. Do you have an opinion about what Cricket
21 Hollow Zoo does not do well for its lemurs?
22    A. No opinion.
23    Q. So if you were asked to speak about
24 Cricket Hollow Zoo's treatment of lemurs at trial,
25 you would have nothing to say.

115

1    A. Nothing.
2    Q. Nothing to say. Okay. In 2006, two
3 lemurs at Cricket Hollow Zoo died of encephalitis.
4 Do you know if it's common for a lemur to die of
5 encephalitis?
6    A. I don't know.
7    Q. Is encephalitis a preventable disease?
8    A. Not always.
9    Q. Not always? Is encephalitis a treatable
10 disease?
11    A. Not always.
12    Q. So when would encephalitis be
13 preventable?
14    A. We have two young people around here they
15 tried treating and they both died in high school.
16 The medical profession's got to make an effort, but
17 we still don't know if we can save them.
18    Q. Okay. Do you know what contributes to an
19 animal developing encephalitis?
20    A. No. Nothing other than it's a
21 blood-borne infection when it starts.
22    Q. But you're not sure how a person might
23 prevent that blood-borne infection?
24    A. No.
25    Q. In 2009, November of 2009, a lemur named

116

1 Tootsie died of old age. Do you remember Tootsie?
2    A. Yes.
3    Q. How old was Tootsie when she died?
4    A. I'm thinking 30-some years.
5    Q. 30-some years?
6    A. (Nods yes.)
7    Q. Was a necropsy performed?
8    A. Not that I remember.
9    Q. In 2010 --
10    A. She had symptoms we thought was pancreas
11 or liver disease, so --
12    Q. What kind of symptoms?
13    A. Pretty poor appetite, weight loss, lack
14 of energy.
15    Q. Is a problem in the pancreas or liver the
16 same thing as old age, death by old age, or
17 something else?
18    A. It can be part of old age.
19    Q. Can be?
20    A. (Nods yes.)
21    Q. But it's not necessarily?
22    A. No. There's young animals that die from
23 it, too.
24    Q. So were you able to tell in the case of
25 Tootsie whether it was the old age or the pancreas

117

1 or the liver that caused the death?
2     A.    Old age.
3     Q.    It was old age?
4     A.    (Nods yes.)
5     Q.    And how did you confirm that?
6     A.    How old the monkey is and what they
7 usually have for a lifespan.
8     Q.    Okay.  What's the usual lifespan for
9 lemurs?
10    A.    Like 25 to 35 years.
11    Q.    Okay.  And then in 2010, a lemur named
12 Cheech died.  Do you know the cause of that death?
13    A.    No.
14    Q.    No?
15    A.    I don't remember that one.
16    Q.    Would you remember how old Cheech was?
17    A.    No.
18    Q.    No.  In July, maybe, of 2011, a lemur
19 named Condo died.  Do you remember Condo?
20    A.    No.
21    Q.    So you wouldn't know how Condo died or
22 how old Condo was?
23    A.    (Nods no.)
24    Q.    I'd like to show you a couple photographs
25 of lemurs, if I may.

118

1          MR. PIERCE:  And I'll have the reporter
2 mark these.  This will be Exhibit F.
3          (Deposition Exhibit F marked for
4 identification, as requested.)
5     Q.    (MR. PIERCE)  So I'm handing you
6 Exhibit F.  Which lemur is pictured in Exhibit F?
7     A.    I don't know.
8     Q.    Do you have any opinions about the
9 welfare of that lemur, based on what you see in the
10 photograph?
11    A.    I see it's alert and it's moving away
12 from the camera with its tail up.
13    Q.    What does the tail up mean?
14    A.    Be aware of something around that might
15 be a threat.
16    Q.    Okay.  Any other opinions about the
17 welfare of that lemur?
18    A.    Not from this.
19          MR. PIERCE:  Okay.  And then I will have
20 the reporter mark Exhibit G.
21          (Deposition Exhibit G marked for
22 identification, as requested.)
23    Q.    (MR. PIERCE)  This one's easier to tell
24 which lemur it is.  There's a sign.  Have you ever
25 treated Ms. Sellner's red ruffed lemur?

119

1     A.    I can't remember.
2     Q.    I don't think we can see the lemur in
3 this photograph.  When you have visited the zoo
4 previously during your farm visits, have you ever
5 seen the red ruffed lemur when you go -- when you
6 do your walk-through?
7     A.    I think so.  And usually I see them
8 inside the building, 'cause they come in to see
9 what Pam's doing back there.
10    Q.    Okay.
11    A.    But when I come outside, a lot of times
12 they don't come back outside.
13    Q.    Do you know if they prefer to be inside
14 or outside?
15    A.    They seem to go back and forth.
16    Q.    Do you know whether this amount of light
17 or darkness in the lemur's enclosure is
18 appropriate?
19    A.    I assumed.  They seem content in there
20 and they can go outside, so --
21    Q.    Okay.  Thank you.  Let's talk about the
22 tigers.  Do you have experience studying or
23 observing tigers in the wild?
24    A.    No.
25    Q.    Can you tell me anything about the unique

120

1 needs --
2     A.    The only tigers I've seen have been in
3 zoos.  Either Pam's or elsewhere.
4     Q.    Where else have you seen tigers?
5     A.    Chicago, Fort Worth.  Or Dallas,
6 whatever.
7     Q.    In the municipal zoos in this town?  In
8 the city-run zoo?
9     A.    Yeah.
10    Q.    Any other places you've observed tigers?
11    A.    Circus.
12    Q.    In the circus.  Which one?
13    A.    Barnum.
14    Q.    Barnum?
15    A.    I guess.  Whoever had their tigers.
16    Q.    All right.  What can you tell me about
17 the unique needs of a tiger?
18    A.    Well, if they could, they'd roam for
19 miles.  As big as they are, they got to have a huge
20 appetite, but they don't have to eat every day.
21 They usually hunt alone.  Can swim very well.
22    Q.    What else?
23    A.    And generally on their diet, if they can
24 eat everything off of a critter, I'm assuming they
25 make do just fine.

121

1    Q.   "Everything" meaning like --

2    A.   Intestinal, stomach, meat, bone, hide.

3    Q.   Okay.  Have you ever recommended how the

4 Sellners might feed their tigers?

5    A.   No.  I -- I don't do any nutritional, no.

6    Q.   So you mentioned the tigers roam for

7 miles.  How does that affect a captive tiger?

8    A.   They don't run for miles.

9    Q.   Does it mean anything for how a tiger

10 might best be maintained in captivity?

11    A.   I don't know what they do with it, but I

12 know being at these zoos and reading books, a lot

13 of times the ones in captivity live longer than the

14 ones in the wild.  And I just think it's such a

15 mundane life that they're -- they're living, and in

16 the wild they would have probably got shot or run

17 over or something else ate them or they get sick,

18 so --

19    Q.   They do get shot, unfortunately, often.

20 So what do you mean by a mundane life?  Describe

21 what that is.

22    A.   They're in a cage.  You know, you look

23 forward to your next meal.  Can't be much better

24 than prison.  The highlight of the day might be the

25 kids who came by to look at you.

122

1    Q.   What kinds of things could a person put

2 in a tiger's cage to make it less like a prison?

3    A.   I suppose some type of activity like

4 balls or something that moves through there that

5 they can try to catch.

6    Q.   Have you ever recommended that the

7 Sellners do anything like that?

8    A.   Not on behaviors.

9    Q.   Do you have an opinion about what Cricket

10 Hollow Zoo does well for his tigers?

11    A.   Yeah.  The ones that have been there for

12 quite a while are what I consider very fit.  Good

13 size, nice fill on them, normal looking fur, things

14 are clean, they always got fresh water.  Just --

15    Q.   Do you have an opinion about the

16 psychological welfare of the tigers?

17    A.   Don't even think about it.

18    Q.   Do you have an opinion about anything

19 that Cricket Hollow Zoo might not do well with its

20 tigers?

21    A.   Don't know.

22    Q.   Okay.  What kind of treatments have you

23 delivered, have you conducted, for Cricket Hollow

24 Zoo's tigers?

25    A.   We may have had a tiger with a bladder

123

1 infection that we medicated with some amoxicillin

2 or something in their food or water.

3    Q.   I assume you did that down at the zoo?

4    A.   Yeah, she picked up the medicine from one

5 of the other vet clinics.

6    Q.   How did you diagnose the tiger?

7    A.   Just by the symptoms, what it was doing

8 and urinating, that we thought we should go with an

9 antibiotic.

10    Q.   Okay.  Is that the only treatment that

11 you've given to --

12    A.   That's all I can remember.

13    Q.   My understanding from the files is that

14 in October of last year, you would have inspected a

15 tiger named Casper.  Do you remember Casper?

16    A.   Vaguely.  A new tiger.

17    A.   It was a new tiger?

18    A.   I think so.

19    Q.   Do you remember what color it was?

20    A.   White or yellow.

21    Q.   Not sure which one?

22    A.   No.

23    Q.   So Casper you treated for a sore on the

24 leg.  Do you remember that?  Does that refresh your

25 memory?

124

1    A.   We think he got it from the cage they

2 sent him up in.

3    Q.   Oh.  What about the cage that he came up

4 in?

5    A.   I didn't see it.  I think Pam said it was

6 awful tight.

7    Q.   The cage was tight?

8    A.   Yeah.

9    Q.   Small for the tiger?

10    A.   Narrow.

11    A.   Narrow.

12    A.   Yeah.

13    Q.   Okay.

14    A.   I think those cats came from a drug house

15 in Florida or Texas or something.

16    Q.   So you treated Casper for a sore on his

17 leg on October 8 of 2014.  Sometime in late

18 November or early December, Casper died.  Do you

19 remember that?

20    A.   Uh-huh.

21    Q.   What -- how did Casper die?

22    A.   Well, talking to Pam, we just figure a

23 cat coming up from the south didn't have time to

24 acclimate to the winters, and I'm sure cold had

25 something to do with it for the way November was.

125

1  But I didn't like the appearance of that cat when
2  she got it, because it had to be well over six,
3  maybe 13 years old, and we don't know what kind of
4  care it had being raised in that drug house.  Then
5  when they were able to arrest the people, get the
6  cat out, she didn't know what the diet was and what
7  the product situation was.  It didn't surprise me
8  that that cat didn't fully recover.
9       Q.   So in your opinion, the cat arrived
10  unhealthy.
11      A.   Yes.
12      Q.   Okay.  In the material that the Sellners
13  supplied to us, she said that Casper died of
14  pneumonia.
15      A.   Could be.
16      Q.   Could be?
17      A.   (Nods yes.)
18      Q.   But you're not sure what he died of?
19      A.   Only that it was a very cold November.
20      Q.   Does cold cause pneumonia in a cat?
21      A.   Not necessarily.
22      Q.   How would a person keep a cat warm in an
23  Iowa winter?
24      A.   Well, normally they -- their housing for
25  the cats, normally the cats do fine with their diet

126

1  and out of the wind.
2       Q.   Okay.
3       A.   I mean, in the wild they're in climates
4  that cold.
5       Q.   So you think they might survive a winter
6  in the wild?
7       A.   Well, they do.  I mean, in Siberia,
8  northern India.
9       Q.   So if Casper did die of pneumonia, how
10  would that be prevented?
11      A.   Way back when, that cat could have had
12  pneumonia as a kitten, and now it gets reaspirated
13  and it gets moved.  I mean, it would have died in
14  Texas or Florida or Wisconsin or wherever.
15      Q.   Sure.  Can you treat pneumonia?
16      A.   If you get the right antibiotics and
17  enough, maybe.  But if it's chronic, there's
18  nothing you're going to do for it.
19      Q.   Okay.  So chronic pneumonia will almost
20  always kill a cat?
21      A.   It's just going to get worse and worse.
22      Q.   Do you remember what treatment plan you
23  advised for Casper?
24      A.   I think we had -- tried doing it orally
25  with antibiotics and the cat wasn't eating well

127

1  enough to even do that, so --
2       Q.   After Casper died, you didn't conduct a
3  necropsy?
4       A.   No.
5       Q.   Okay.  You didn't -- you came to Elkader
6  Vet Clinic in September of 2004, but you only
7  started working with Cricket Hollow in 2009, so you
8  might not remember these cats, but Raja the tiger
9  died in 2005.  Do you remember Raja?
10      A.   No.
11      Q.   This one you might remember.  Sheba.  Do
12  you remember a tiger named Sheba?
13      A.   I remember the name, but I don't remember
14  the cat.
15      Q.   Sheba died apparently in 2012.  Do you
16  have any idea what killed Sheba?
17      A.   No.
18      Q.   And you wouldn't know how old Sheba was
19  when Sheba died?
20      A.   Huh-uh.
21      Q.   Do you think a necropsy was conducted on
22  Sheba?
23      A.   Don't know.
24      Q.   Don't know?
25      A.   No.

128

1       Q.   Do you remember a tiger named Shere Khan?
2       A.   No.
3       Q.   No?  This tiger died in February of 2012.
4  Do you have any idea what would have killed Shere
5  Khan?
6       A.   (Shrugs.)
7       Q.   Do you think a necropsy was conducted?
8       A.   I don't know.
9       Q.   Raoul was the tiger cub that we viewed
10  earlier in the photographs.
11      A.   Yeah.
12      Q.   Raoul died in June of 2013.  Do you know
13  what killed that cub?
14      A.   Should be in our report.
15      Q.   Well, I have a note that Raoul died of
16  quick pneumonia.  What is quick pneumonia,
17  Dr. Pries?
18      A.   A poor name for acute pneumonia.
19      Q.   Acute pneumonia?
20      A.   Yeah.
21      Q.   What does that mean?
22      A.   Well, they get infected so rapidly,
23  whatever the infection just spreads through the
24  lungs so fast that antibiotics or supportive
25  therapy can't stop it, so they just suffocate.

129

1   Their lungs fill up with fluid, they just die.
2       Q.   Okay.  Can a person prevent quick
3   pneumonia?
4       A.   No.
5       Q.   No.
6       A.   (Nods no.)
7       Q.   What causes it?
8       A.   Usually a virus up front that gets the
9   bacteria down the throat.  Blood-borne infection.
10      Q.   There's no treatment for quick pneumonia?
11      A.   If you know it's coming, you can put the
12  right antibiotics in the blood, yeah.
13      Q.   Is this a viral infection or a bacterial
14  infection?
15      A.   It starts as viral, usually.
16      Q.   Starts with viral?
17      A.   But if it's blood-borne, it can start
18  with bacterial.
19      Q.   So you might be able to treat it with
20  antibiotics.
21      A.   But you need to find the right
22  antibiotic.
23      Q.   Okay.  There's no --
24      A.   By the time you culture the organism, get
25  the right antibiotic, they're dead.  So you throw

130

1   the sink at them and hope you hit the right one.
2       Q.   Okay.  So sometimes a virus -- sometimes
3   a viral infection leads to pneumonia.  What else
4   leads to pneumonia in a tiger?
5       A.   Autoimmune.
6       Q.   Autoimmune?  In what way does an
7   autoimmune condition --
8       A.   Immune system stops it, keeping the lung
9   normal, gets wet.  There's no infection there.
10      Q.   Have any of the tigers at Cricket Hollow
11  Zoo exhibited autoimmune disorders.
12      A.   I don't know.  It's rare.
13      Q.   Do you remember how old Raoul was when he
14  died?
15      A.   Looking at that picture from February, I
16  assume it wasn't a year old there.
17      Q.   Okay.  And then Luna, a tiger named Luna
18  died in 2014.  Do you remember Luna?
19      A.   The name rings a bell.
20      Q.   Do you know what killed Luna?
21      A.   No.
22      Q.   So we have a note that Luna died of
23  E. coli.  Does that sound familiar?
24      A.   No.
25      Q.   No?  Do you know how a tiger would

131

1   contract E. coli?
2       A.   I'd have to get some specifics on it.  I
3   don't remember.
4       Q.   Could E. coli spread to other animals?
5       A.   E. coli is everywhere already.  Just --
6   could be a weakness in the immune system where
7   E. coli would take over in an adult cat.
8       Q.   Do you know how old Luna was when she
9   died?
10      A.   No.
11      Q.   Was a necropsy conducted on Luna?
12      A.   Not that I know of.
13      Q.   There was a note in the file from
14  Ms. Sellner that Luna died -- I believe it was in
15  your file, that Luna died in a cold snap.  Does
16  that ring a bell?
17      A.   (Nods no.)
18      Q.   This was from November 13, 2014.
19      A.   No.
20      Q.   Do you think cold would contribute to an
21  E. coli problem?
22      A.   Well, if it's -- E. coli generally would
23  get started because it didn't have antibiotics from
24  the mother's milk.  So they either have to get
25  immunity to it or they're going to get sick from

132

1   it.  And if they're stressed from either extreme
2   heat or extreme cold, it can make it worse.
3       Q.   Okay.  Have you or has anyone else in
4   your clinic declawed any of the tigers at Cricket
5   Hollow Zoo?
6       A.   No.
7       Q.   Have you or has anyone in your clinic
8   microchipped any of the tigers at Cricket Hollow
9   Zoo?
10      A.   I don't think so.
11      Q.   No?  I'm going to enter another exhibit
12  here.
13           (Deposition Exhibit H marked for
14  identification, as requested.)
15      Q.   (MR. PIERCE)  This is a photograph that
16  the USDA took at Cricket Hollow Zoo.  Do you
17  recognize that as a tiger at Cricket Hollow Zoo?
18      A.   I can see there's a tiger there on the
19  roof, yeah.
20      Q.   What observations will you make about the
21  enclosure there at Cricket Hollow Zoo?
22      A.   It's one of Pam's cages.
23      Q.   How would you rate the size of the
24  enclosure relative to the needs of a tiger?
25      A.   Well, they're all the same size.

133

1    Q.   But compared to what a tiger might need
2  to be --
3    A.   I have no opinion.
4    Q.   In the foreground of that photograph,
5  what do you observe on the ground?
6    A.   Cat feces.
7    Q.   So you mentioned that when you make your
8  visits to the farm, one thing that you inspect is
9  to see that feces doesn't accumulate in the
10  enclosures.  Would you say that that is a -- how
11  much feces would you say that that is in that
12  photograph?
13    A.   Oh, probably about a day's worth, I
14  suppose.
15    Q.   Okay.  So that amount of feces would be
16  ordinary, in your opinion?
17    A.   Probably going to get cleaned later that
18  day and that would have been from the evening
19  before.
20    Q.   How would you characterize the
21  opportunities for play or exercise or stimulation
22  in that enclosure?
23    A.   No opinion.
24    Q.   No opinion?
25    A.   No.

134

1    Q.   How would you characterize the
2  opportunities for shade in that enclosure?
3    A.   She's got a little bit up above and they
4  have the shelter.
5    Q.   What about water?
6    A.   Usually the waterers are toward the back
7  here.
8    Q.   Okay.  Thank you.  Anything else about
9  that photograph?
10    A.   I can't -- it looks like there's food
11  laying here to the side, but I can't make out --
12  other than back lighting site, is all I can see.  I
13  can't tell which white tiger that is.
14    Q.   Thank you.  So wolves.  Moving on to
15  wolves.  How would you -- do you have experience
16  observing or studying wolves in the wild?
17    A.   Just television shows.
18    Q.   Television?
19    A.   Yeah.
20    Q.   Okay.  And I think you said earlier that
21  you would have trouble distinguishing between a
22  wolf and a hybrid wolf by sight?
23    A.   Yeah, I -- I know these people in
24  Belle Plaine.  Other than the purebreds were
25  bigger, there wasn't a whole lot of difference.

135

1    Q.   Okay.  Do you know how a person would
2  know for sure if they had a real wolf or a hybrid
3  wolf?
4    A.   I'd do DNA off hair follicles or blood.
5    Q.   Okay.  How would you describe the unique
6  needs of wolves?
7    A.   Pack animal, very social, run a long way
8  for their food, very smart, hunt in packs.  Don't
9  get along with other packs at all, unless it's
10  maybe mating.
11    Q.   Anything else unique to wolves?
12    A.   A lot of localization.  They understand
13  well.
14    Q.   Between each other?
15    A.   Yeah.
16    Q.   How many wolves are usually in a pack, do
17  you know?
18    A.   Oh, I would guess most packs would be
19  about seven to 10.  Maybe bigger, maybe smaller.
20    Q.   And how big is a wolf's territory
21  normally?  Or a pack's territory?
22    A.   Oh, God.  Miles.  20, 30 miles.  In
23  Yellowstone, the ones that are tagged might even go
24  farther than that.  Mountain lions are a hundred
25  square miles.

136

1    Q.   So given those unique characteristics of
2  wolves, how do you think a zoo can account for
3  those needs in captivity?
4    A.   I don't think any zoo can.
5    Q.   Okay.  So --
6    A.   It would be like my dog.  You know.
7  There's two of them.  But they get to play all over
8  the place.  But you can't just let wolves go and
9  come back to the zoo at night.  Just ain't going to
10  happen.
11    Q.   Is there anything a person could do to
12  try to meet the needs of a wolf in captivity?
13    A.   I have no opinion.
14    Q.   No opinion?
15    A.   No.
16    Q.   Do you have an opinion about what this
17  zoo does well for its wolves?
18    A.   I don't -- I don't know as Pam does
19  anything any different than Osborn, and Osborn
20  doesn't have anything but one wolf left, so, no,
21  not really.  I guess people like to see them, but I
22  really don't think they should be kept.
23    Q.   Do you think the Cricket Hollow Zoo does
24  not do anything well with its wolves?
25    A.   I have no opinion.

137

1    Q.   No opinion?  Have you treated any of
2  their wolves?
3    A.   I don't think so.  We had a coyote that
4  had some scrapes, but --
5    Q.   None of the wolves, though?
6    A.   I don't believe so.  I see a lot of
7  animals.  I don't remember all of them.
8    Q.   A couple more photos to show you.
9         (Deposition Exhibit I marked for
10  identification, as requested.)
11    Q.   (MR. PIERCE)  So the reporter, Dr. Pries,
12  has marked these photos as Exhibit I, and there are
13  four photographs of the wolves at Cricket Hollow
14  Zoo.  I'll give you the color photos here.
15  Describe for me anything that stands out to you in
16  the photographs of these wolves in Exhibit I.
17    A.   Well, it is my opinion that these are the
18  coyotes.
19    Q.   Are those the coyotes?
20    A.   They aren't near big enough to be wolves.
21  I think these are the two female coyotes.  Is that
22  right?  One of those is nasty and bit the foot on
23  the other one and we treated with antibiotics in
24  the food just because and put a separation fence in
25  there for them.

138

1    Q.   Are the needs of wolves very different
2  from the needs of coyotes?
3    A.   Coyotes don't bark.  They yelp.  And
4  they're like domestic dogs, but they're not
5  domesticated.
6    Q.   Have you ever heard the wolves at Cricket
7  Hollow Zoo barking?
8    A.   I don't know if she's got a wolf there.
9    Q.   Yeah?
10    A.   You've got those two coyotes in there.
11    Q.   Well, Ms. Sellner has told us that she
12  has wolves.
13         MR. THORSON:  I object to that
14  characterization.  She's indicated she has a wolf
15  hybrid.
16         MR. PIERCE:  Maybe we should introduce
17  another photograph.
18    A.   It would have to be down the long lane
19  farther.
20         MR. PIERCE:  This would be Exhibit J.
21         (Deposition Exhibit J marked for
22  identification, as requested.)
23    Q.   (MR. PIERCE)  Do you recognize this
24  placard?
25    A.   Yeah.  This is a -- where's the coyotes?

139

1  Where are those pictures there?  This isn't on
2  those cages.  There's two cages.  This is down
3  farther, kind of across from the camp.
4    Q.   But you do recognize this placard as
5  being at Cricket Hollow Zoo.
6    A.   Yes.
7    Q.   Okay.  Do you have experience, Dr. Pries,
8  studying or observing servals in the wild?
9    A.   No.
10    Q.   Do you know anything about the unique
11  needs of servals?
12    A.   No opinion.
13    Q.   No opinion about the unique needs of
14  servals?
15    A.   No.
16    Q.   Have you ever treated any of the servals
17  at the Cricket Hollow Zoo?
18    A.   I think we did one.
19    Q.   Do you remember what you did?
20    A.   I think that's the one we were talking
21  about had the trich.
22    Q.   Oh, the trichinosis?
23    A.   Uh-huh.
24    Q.   What is trichinosis?
25    A.   Oh, it's a little bit bigger than a

140

1  bacteria, and generally it's spread by the feces of
2  the cat.  It can cause, like, stomach cramps and
3  muscle pain and bladder infections and usually,
4  say, malacia, which is just feeling crappy.  Can
5  cause abortion in women, so your husband is
6  supposed to clean out the cat litters.
7    Q.   Do you know how many servals are at
8  Cricket Hollow Zoo?
9    A.   No.
10    Q.   If there were only one serval, could the
11  serval get trichinosis from the tigers or the lions
12  or only from other servals?
13    A.   It's not species specific, but we think
14  it probably came with it.
15    Q.   Oh.  Okay.  It already had trich when it
16  arrived?
17    A.   Probably.
18    Q.   And what year did you treat that?
19    A.   I'm guessing '13 or '12.  Barb Fox was
20  there, so --
21    Q.   That was Dr. Fox?
22    A.   Uh-huh.
23    Q.   Do you have an opinion on whether Cricket
24  Hollow Zoo does anything well for his servals?
25    A.   I have no opinion.

```
 1              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF IOWA
 2
      TRACEY K. KUEHL, an        ) C14-2035-LRR
 3    individual; LISAK KUEHL, an)
      individual; KRISSS ABELL,  )
 4    an individual; JOHN T.     )
      BRAUMANN, an individual,   )
 5    and; ANIMAL LEGAL DEFENSE  )
      FUND, a non-profit         )
 6    corporation,               )
                                 )
 7           Plaintiffs,         )
      vs.                        )DEPOSITION OF
 8                               )
      PAMELA SELLNER, an         )GARY PUSILLO
 9    individual; TOM SELLNER, an)
      individual; and CRICKET    )
10    HOLLOW ZOO, a non-profit   )
      corporation,               )
11                               )
             Defendants.         )
12    _____)

13


14            THE DEPOSITION OF GARY PUSILLO, taken

15    before Roxann Zuniga, Certified Shorthand

16    Reporter, Registered Professional Reporter, and

17    Notary Public for the State of Iowa, commencing

18    at 1:05 p.m., April 30, 2015, at 3303 Center

19    Street, Marshalltown, Iowa.

20

21

22

23

24

25    Reported by:       Roxann Zuniga, CSR, RPR
```

1           several of those cases.

2                I've been involved in cases where unexpected

3           deaths, and it was not related to anything

4           specific in terms of food or environment;

5           however, I was hired to find out if it was food,

6           environment, veterinary medical care.

7           Essentially a forensic investigation from the

8           bottom up.

9           Q.   The unexpected death cases, what types of

10          animals were you dealing with?

11          A.   Most of the time the unexpected deaths are

12          livestock species.  I've done several dog cases,

13          cat cases.  And when I was -- early in my career,

14          I did some exotic animal work.

15               That's how I got -- some of my first

16          experience was at Iowa State helping out with

17          identifying problems associated with zoological

18          specimens.

19               The llama cases are -- they were pretty

20          intense at one time.  There was quite a few llama

21          and alpaca cases.  I did quite a few deer cases

22          that result in performance issues, abortions that

23          are undocumented abortions or something that is

24          causing abortions in deer.

25               I've worked in Brazil with private

1    collections of zoological species trying to

2    figure out proper growth and maintenance of

3    zoological specimens.  I also work in the United

4    States at times where there are needs for my

5    expertise to decide how best to take care of

6    neonatal exotic animals, namely large cats.

7        I've been invited by Animal Kingdom at

8    Disney to help out on some problems they were

9    having with their collection in that particular

10    case.  It happened to deal with some of their bat

11    population, and then it spread to more problems

12    associated with their horses and performance of

13    horses in the heat.

14    Q.   Dr. Pusillo, so it sounds like some of these

15    cases are were you were serving as a consultant

16    as opposed to a testifying expert.  Would that be

17    fair?

18    A.   I guess if you -- testifying expert also

19    does consultation.  I think it's part of their

20    job.

21    Q.   Certainly.  But -- well, I guess did you

22    provide testifying support or testimonial support

23    in all those cases you just listed?

24    A.   I'm sorry, ma'am.  But all the cases we

25    talked about, their -- just previously to now,

1    there are some cases that I did testify in.  I

2    cannot lump these all as saying no, I did not

3    testify in all of them.  So I did testify in some

4    and not in others.

5    Q.  Okay.  Perfect.  That's what I was getting

6    at.  Okay.  Dr. Pusillo, I want to talk about

7    what specifically you've done for the Cricket

8    Hollow Zoo case now, and then maybe we will loop

9    back in and talk about some of your prior

10   experience in the context of this case.

11       So with regard to the Cricket Hollow Zoo,

12   what investigation have you reviewed in

13   preparation for your testimony and expertise

14   about the Cricket Hollow Zoo?

15   A.  I tried to go through all the paperwork I

16   was presented on the statement of the case, the

17   complaint, and declaratory and injunction relief,

18   also the plaintiff's first set of interrogatories

19   and request for production.

20       I read over, obviously, my Subpoena, and I

21   do have a document that is -- say, it's United

22   States District Court, North District of Iowa

23   statement of case, and that was the defendants in

24   their answers to the complaint.

25       I tried to find as much information as

1    willing to work with Pam as an expert on this

2    case?

3    A.   Well, I've known Pam for many years.  I feel

4    that she has a great intent in her heart, and I

5    am willing to speak of what I know on behalf of

6    this case as to whether it's, you know, telling

7    you what I know or telling you perhaps what I've

8    seen over the years.  I was willing to do that.

9    Q.   Okay.  And you mentioned that Pam asked you

10   to speak with her attorney about the case.  What

11   did you -- what was the contents of that

12   conversation?

13   A.   I really wanted to get some basics.  I

14   didn't know what exactly was being talked about

15   in terms of what the litigation was about, so I

16   needed to have some specifics to know what I was

17   asked to do or asked to be a part of.

18        I was really not asked to do anything except

19   I was asked if I would volun -- you know, come

20   here today and speak about my experiences at

21   Cricket Hollow.

22   Q.   Okay.  You just mentioned volunteering.  So

23   you're not being paid by the Sellners --

24   A.   I didn't say --

25   Q.   -- for your testimony today?

1     A.    I didn't say volunteering.

2     Q.    Okay.  Are you being paid for your services

3          today?

4     A.    Yes.  From you.

5     Q.    Are you being paid by the Sellners or their

6          attorney?

7     A.    No.

8     Q.    Do you anticipate being paid by the Sellners

9          or their attorney for any of your testimony that

10          you will give in this case?

11     A.    That has not been discussed.

12     Q.    You mentioned that you spoke to the

13          Sellners' attorney about the subject matter of

14          the case.  What is your understanding of the

15          subject matter of the case?

16     A.    Well, my understanding of the subject matter

17          has changed since I've gotten the document, so

18          it's, it's pretty much -- you know, they're all

19          together now in my mind as the subject matter.

20              So specifically it was just a brief

21          introduction to the case in terms of there was

22          some individuals who visited the farm -- I mean

23          the zoo, Cricket Hollow, and were making claims

24          that the animals were not cared for properly and

25          that there was environmental conditions that need

1         to be reviewed on the base -- perhaps on my

2         experience as a fact -- factually, not as an

3         expert but factually.

4         Q.   Do you perceive yourself here as a fact

5         witness today?

6         A.   I guess fact and expert are kind of

7         substantial, so that's dependent on what your

8         nature of the questions is.

9         Q.   Okay.  How would you describe the difference

10        between the two, a fact witness and an expert

11        witness?

12        A.   As a fact witness -- and prior to today,

13        I've always had the attorneys define what a fact

14        witness means, so I'm only going on what I was

15        told by a attorney when I was a fact witness that

16        I was not allowed to speak of specific

17        scientifically determined pathways, metabolic

18        pathways, or something that requires an advanced

19        degree to talk about.

20            I had to relate the situation in common

21        terms that are considered one and the same with

22        laypeople.

23        Q.   Okay.  And an expert witness, what would

24        their -- what would their job be?

25        A.   An expert witness is usually assigned a

SWEENEY COURT REPORTING (515) 244-6373
320 Insurance Exchange Bldg., Des Moines, IA 50309
**Deposition of Gary Pusillo**

214

1    specific task to perform, and that specific task

2    has a number of associated tasks, associated

3    events prior to a deposition.  And an expert

4    would have been specifically hired to investigate

5    a claim or talk on a subject that they're an

6    expert in and define things in scientific terms

7    or in terms that indicate their level of

8    expertise.

9         Expert witnesses are usually told -- are

10   given exhibits beforehand.  My experience is in

11   every case that I've ever been an expert witness,

12   I have been given exhibits to examine prior to a

13   deposition.

14   Q.   So do you -- were you given a specific task

15   in this case?

16   A.   No.

17   Q.   Have you conducted an independent

18   investigation of the Cricket Hollow Zoo in this

19   case?

20   A.   I was not asked to conduct an independent

21   investigation.

22   Q.   So all of your testimony today would be from

23   your point of view as a nutritionist for Pam

24   Sellner she routinely consults?

25   A.   As a nutritionist or as someone who's

```
1        experienced in all aspects of animal husbandry, I
2        would consider myself, you know -- like I said,
3        it's kind of substantial.  I am who I am.  It's a
4        fact.
5            I assume that a fact witness from your
6        standpoint -- I don't know your terms of a fact
7        witness, and I guess you need to define that for
8        me so I know exactly what your interpretation of
9        what a fact witness is.
10   Q.   We're going -- we're working from your
11       definition.  But nonetheless, the question is
12       whether or not you perceive yourself here as a
13       person who is testifying about your personal
14       knowledge of the Sellners or as a person who is
15       testifying based on your expertise with respect
16       to a certain task you were given.
17   A.   I was not given a specific task.
18   Q.   So you would -- so would you say that you're
19       testifying from your personal knowledge and
20       experience with the Sellners?
21   A.   Well, personal knowledge and experience is
22       part of who I am.
23   Q.   Yeah.  Dr. Pusillo, is that a yes?
24   A.   I -- can you repeat the question?  I didn't
25       know you had a question.
```

1          A.   How these NDAs --

2          Q.   Give us a name.

3          A.   Well, yeah.  But how these NDAs are written

4          is I can't even tell you if they had -- which one

5          exactly -- I'm not allowed to tell you even if it

6          was an NDA in effect.

7          Q.   So your perception of the nondisclosure

8          agreements with these facilities is such that you

9          aren't even allowed to tell someone that you ever

10         worked for them?

11         A.   Well, again, it's a review of the NDA that I

12         would have to look at.

13         Q.   All right.  And then let's move on to Oligo

14         Basics.  What types of animals that would be

15         defined by the United States Department of

16         Agriculture as nontraditional did you work with

17         at Oligo Basics?

18         A.   Oligo Basic is a Brazilian company.  I

19         worked in Brazil and Argentina for 12 years and

20         worked with private collections and also some

21         zoological collections in Brazil.

22              And what Oligo Basics did was provide

23         natural types of nutrition products and also

24         adjuvants to supplements and also different

25         solutions to nontraditional animal problems that

```
1        were all-natural and based on the indigenous
2        populations, understanding of their natural
3        environment and what they viewed for thousands of
4        years.
5            And plus, Oligo Basics also carried on
6        research with trying to get away from chemicals
7        used in agricultural production for animals.  And
8        so we basically were trying to duplicate the best
9        of science with nature.
10       Q.  Okay.  And with Complete Natural Nutrition,
11       you said that right now you're a tech officer for
12       formulation for certain nontraditional animals.
13       What nontraditional animals?
14       A.   They have a product called Oasis, and Oasis
15       is used in many different types of species.  They
16       also have Oasis FT which is used in many -- like
17       tigers, lions, cheetahs, servals.
18           And they also use -- they also have a
19       various collection of other supplements that are
20       used in some zoological collections and places
21       throughout the United States that require that
22       kind of product.
23           There's -- I don't keep track of their,
24       their customer list, but I know that it's over
25       400 different zoos and zoological collections
```

1          that use some type of Complete Natural Nutrition

2          products.

3          Q.   Dr. Pusillo, do you have any formal

4          education or experience that would specifically

5          relate to tigers?

6          A.   Well, I was -- when I was at Iowa State, I

7          was privileged to work with individuals that

8          would take in exotic animals in the veterinary

9          college, and at times we would have to do

10         autopsies -- or I mean necropsies and also

11         prepare them for preservation for the use of vet

12         students.  So my first experience with the inner

13         workings of tigers was at Iowa State University.

14               Prior to that my first experience with

15         tigers was as an undergraduate with a zoo called

16         Terraloo(ph) Zoo in New Jersey, and I guess

17         that's where my experience started with tigers.

18         Q.   Okay.  You said started there and then went

19         on through Iowa State University.  Any experience

20         with tigers after Iowa State University?

21         A.   Yes.  I was told once that the Complete

22         Natural Nutrition products are in -- are being

23         used in about 3,000 tigers in the United States.

24         Now, those numbers were given to me by the owner

25         of Complete Natural Nutrition.

1        I've went to various facilities and actually

2      have seen tigers in captivity throughout my

3      career starting when I graduated in 1986, more as

4      in a professional mode than just a visitor.

5      Q.  What was the nature or reason for your visit

6      when you would visit the tigers?

7      A.  Well, in realty, a lot of the people in the

8      1980s who were raising exotic animals did not

9      have experience in nutrition, and they were

10     pretty much making diets that were either based

11     on what they understood from other people who

12     raised them or they got information from zoos.

13     For example, Blank Park Zoo would perhaps give

14     some information.  I'm not sure if they did or

15     not, but that's just an example.

16        There are several zoos that were helping

17     people in the early 80s and 90s with different

18     diets.  If they were USDA approved facilities and

19     they had the right licensing, they shared

20     information.

21        Plus, my various trips and -- with the -- to

22     the seminars, the American Zoological and

23     Aquarium Association, AZA, they put on many

24     nutritional conferences where I learned about new

25     information about tigers, updated information

1       about tigers. And we shared a lot of information

2       during those professional conventions.

3       Q. Okay. So a lot of what you've just

4       described sounds like it has to do with tiger

5       nutrition. Is there any additional information

6       you could add about animal husbandry with respect

7       to tigers?

8       A. Well, captive tigers and wild tigers

9       obviously have a difference in what they require.

10       That's an obvious difference. One is captive and

11       one is wild. And from the experience -- from a

12       lot of the people that I've worked with, I gained

13       a lot of experience on what an ideal tiger looks

14       like and -- in captivity.

15       And from that, you know, that relates to

16       environmental conditions, shade, bedding or if

17       there was a need of bedding, types of water

18       supply, temperature of food that's fed, all the

19       environmental conditions that a tiger would be

20       exposed to.

21       We have to realize that my clients were in

22       different parts of the United States and

23       different parts of the world. So each, each

24       state, for example, might have a different

25       requirement for environmental situations.

```
 1        good grasp of a lemur and the type of social

 2        structure it needs.  Obviously I would love to

 3        see a lemur enclosure that's large just like the

 4        one in, you know, in Omaha.  That would be great.

 5        Q.   Is there anything -- any other improvements

 6        that you'd like to see for the lemur enclosure at

 7        the Cricket Hollow Zoo?

 8        A.   I really don't -- I really don't remember

 9        that particular enclosure other than the picture

10        that I saw.

11        Q.   Okay.  What picture did you see?

12        A.   I see a picture of a lemur in one of your

13        reports.  The lemur that I saw was a baby at the

14        time, and this one is a little bit bigger.

15        Q.   Okay.  Dr. Pusillo, you said you last

16        visited the zoo in October of 2014.  Am I

17        remembering that correctly?

18        A.   I believe that I've stopped in there

19        sometime in October because I have -- I'm in --

20        I'm going through that area in every October, so

21        I think that's the last time I was there.

22        Q.   And how often do you visit the zoo?  Did you

23        go like on an annual basis or more than -- more

24        often than not?

25        A.   I would say that every time I had to go to
```

1    Dubuque because I'm an ordained Catholic deacon

2    and we have to go see the bishop on regular

3    occasions so that I would go on my way either

4    there or on -- back trips to Dubuque.  I would

5    visit Manchester.

6         So if I'm traveling in the area, I always

7    made it a point to stop in.  I'd like to stop

8    into my clients' facilities a lot of times

9    unannounced if I know the type of facility that

10   they have and that they allow unannounced

11   visitors.

12        I prefer to do it that way so I can see the

13   environmental conditions as they exist without

14   me(sic) knowing that I'm showing up.

15   Q.   So how often do you go to Dubuque for your

16   obligations as a deacon?

17   A.   Well, that depends on the bishop and what

18   his needs are.  We have a brand new bishop so

19   it's probably been only once so far.  It was for

20   his own installation.

21   Q.   Let's try a different way then.  When did

22   you visit the zoo before October 2014?  When is

23   the next to last time you visited there, or what

24   was the time before you visited October 2014?

25   A.   I don't recall.

1    Q.   All right.  Dr. Pusillo, I have one last

2    question about a photograph that was provided to

3    me approximately 30 minutes before this

4    deposition began.  And it's a photograph of

5    Mirage that you allegedly took in October of 2005

6    at the Cricket Hollow Zoo.  Have you seen that

7    photograph?

8    A.   Yes.

9    Q.   And what is the reason you took that

10   photograph?  Why did you take that paragraph?

11   A.   The way I take notes is I take photographs.

12   Q.   What were you documenting with this

13   photograph?

14   A.   I was documenting the body condition, the

15   hair quality, the current status of the

16   environment.  There's a number of things that are

17   indicated by photographs, and notes sometime

18   don't always describe the situation as well as a

19   photograph.

20   Q.   What were you -- what story were you hoping

21   to convey with this photograph?

22   A.   This tiger in this picture has excellent

23   quality hair.  It's in great body condition.

24   It's not stressed.  It was not in any position of

25   being aggressive.  It was calm.  There was no

1        distress seen at all and the pen was clean.

2        Q.    This photo was taken in 2005; correct?

3        A.    Correct.

4        Q.    Have you taken any photographs since 2005?

5        A.    Yes.

6        Q.    And why weren't those paragraphs produced?

7        A.    Well, for one, the Subpoena states that

8        within reasonable time frame can I gather the

9        information, and that was an impossibility to

10       gather all the information when I received a

11       Subpoena.

12            And in addition, I said that my hard drive

13       right now is not working. However, I do have --

14       I did bring -- I did bring pictures to the

15       deposition today. There are various pictures

16       that I did bring that are actual prints that I

17       hope to find more of the prints and also have

18       access to a download version of the pictures that

19       I've taken that are on digital media as soon as I

20       can.

21            MS. BLOME:  Okay.  Well, with that Dr.

22       Pusillo, I think that it's clear that we need to

23       reserve the opportunity to take your continued

24       deposition at a different time after we could

25       review the materials that you produced today.

**1**

```
 1        IN THE UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF IOWA
 2

 3   TRACEY K. KUEHL, an individual;
     LISA K. KUEHL, an individual;
 4   KRISS A. BELL, an individual;
     JOHN T. BRAUMANN, an individual;
 5   and ANIMAL LEGAL DEFENSE FUND,
     a non-profit corporation,
 6
               Plaintiffs,
 7
     vs.                            No. C14-2034-LRR
 8   PAM SELLNER, an individual;
     TOM SELLNER, an individual;
 9   and CRICKET HOLLOW ZOO,
     a non-profit corporation,
10
               Defendants.
11

12

13        DEPOSITION OF PAM SELLNER, taken on behalf of
14   the Plaintiffs on March 20, 2015, commencing at
     9:00 a.m., at the Days Inn, 1220 West Marion
15   Street, Manchester, Iowa, before Vicki L. Newgard,
     Certified Shorthand Reporter of Iowa, pursuant to
16   stipulation.

17

18

19   APPEARANCES:

20        MR. JEFFREY PIERCE and MS. JESSICA BLOME,
     Attorneys at Law, Animal Legal Defense Fund,
21   170 East Cotati Avenue, Cotati, California 94931;
     Counsel for the Plaintiffs.
22
          MR. LARRY J. THORSON, of the firm of Ackley,
23   Kopecky & Kingery, Attorneys at Law, 4056 Glass
     Road NE, Cedar Rapids, Iowa 52402; Counsel for the
24   Defendants.

25   ALSO PRESENT:  Mr. Tom Sellner
```

**2**

```
 1             I N D E X

 2                                           Page

 3   PAM SELLNER

 4     Direct Examination by Ms. Blome         3

 5

 6

 7   DEPOSITION EXHIBITS                   Identified

 8   L -- Aerial Photograph                    97

 9

10

11

12

13           *    *    *    *    *
```

```
14

15

16

17          S T I P U L A T I O N

18        It is stipulated and agreed by and between
19   Counsel for the respective parties that the
20   deposition of PAM SELLNER may be taken on the 20th
21   day of March, 2015, before Vicki L. Newgard,
22   Certified Shorthand Reporter of Iowa; that the
23   deposition is taken pursuant to the Federal Rules
24   of Civil Procedure and may be used for all purposes
25   contemplated by said Rules.
```

**3**

```
 1                 PAM SELLNER,
 2   being produced, sworn as hereinafter certified and
 3   examined on behalf of the Plaintiffs, testified as
 4   follows:
 5                 EXAMINATION
 6   BY MS. BLOME:
 7      Q.   Good morning, Mrs. Sellner.
 8      A.   Good morning.
 9      Q.   I believe you know this, but my name's
10   Jessica Blome, and I'm an attorney with the Animal
11   Legal Defense Fund.  I represent all the plaintiffs
12   in this matter.  Thank you for appearing today for
13   your deposition.  I wonder if you've ever taken a
14   deposition before.
15      A.   No.
16      Q.   Okay.  I know you've heard some of the
17   ground rules, but I'd just like to go over them
18   with you specifically just so that you can ask any
19   questions you might have.  You know, most notably I
20   think you've noticed that you need to say yes or
21   no.  No nodding or gestures.  Unfortunately those
22   don't show up on the transcript.
23      A.   (Nods yes.)
24      Q.   We need complete answers, so will you
25   provide all of the information that would be
```

**4**

```
 1   responsive to a question that I ask you?
 2      A.   Yes.
 3      Q.   If you don't understand a question, I ask
 4   that you simply ask me to rephrase it and I'd be
 5   more than happy to do so.
 6      A.   Yes.
 7      Q.   If you need a break at any time, please
 8   feel free to take one.  We'll just go off the
 9   record for a moment and take the time that you
10   need.  For any reason.  Will you do that?
11      A.   Yes.
12      Q.   If you remember additional information
13   during the course of this deposition, if you feel
14   something was left out or you could add to a
15   response you've previously given, I have no problem
16   with you interrupting me and adding that
17   information then.  Nothing is unimportant, so feel
18   free to add information.  Will you do that?
19      A.   Yes.
20      Q.   If you think a document might help you
21   with your testimony, please let me know and I or
22   your attorney will be able to locate that -- it's
23   very likely we'd be able to locate that -- if it
24   would refresh your recollection, use it to help
25   with your testimony.  Okay?
```

COPY

41

1    Q.   I note that the FCF, the Feline
2  Conservation Federation, can accredit a zoo.  Have
3  you ever asked them to evaluate your zoo for
4  accreditation?
5    A.   No.
6    Q.   Why not?
7    A.   Because there's some requirements that I
8  haven't met.
9    Q.   What are these requirements?
10    A.   I know one is that you have to have an
11  extra door on something so when you enter a pen, in
12  case that animal would rush the door, they can't
13  get out of the main enclosure, and I don't have
14  that.
15    Q.   Is that for all animal pens?
16    A.   For cats.  They only worry about cats.
17  They're not accrediting your whole zoo.
18    Q.   Any other requirements you can't meet?
19    A.   I can't think of one off the top of my
20  head right now.
21    Q.   So the primary concern is that you don't
22  have that extra door?
23    A.   Right.
24    Q.   Okay.  Are you accredited by any other
25  professional -- I'm sorry.  What about the

42

1  Association of Zoos and Aquariums?  Are you
2  familiar with that organization?
3    A.   Yes, I am.
4    Q.   And are you accredited by the AZA?
5    A.   No.
6    Q.   Have you ever sought accreditation?
7    A.   I've seen what their rules are and I
8  don't wish to join them.
9    Q.   Why not?
10    A.   It's basically a snob club.  You've got
11  to pay to join it and then you have to go by all
12  their regulations and I'd have to pave my driveway
13  and do other things that I don't intend to do.
14    Q.   How much do you have to pay to join it?
15    A.   I don't know.  I don't know if it's based
16  on your admissions.  I don't know.  I know it's not
17  something I plan on doing and I don't look into it.
18    Q.   Do you have any opinion about the AZA?
19    A.   No.
20    Q.   Do you regard the AZA as an authority on
21  zoo administration?
22    A.   Not necessarily.
23    Q.   And why not?
24    A.   I don't know.  I just -- I don't know all
25  their policies and I'm not interested in learning

43

1  about it, I guess.
2    Q.   What about animal care?  Do you regard
3  AZA as an authority on animal care?
4    A.   They have their own opinions how they
5  like things done.
6    Q.   Your veterinarian testified yesterday
7  that he frequently calls AZA-accredited zoos when
8  he has questions.
9    A.   Omaha.
10    Q.   Are you comfortable and in support of
11  that effort?
12    A.   Yes, I am.
13    Q.   Do you ever make similar phone calls to
14  AZA-accredited zoos?
15    A.   They don't accept phone calls.  Only from
16  veterinarians.  A general person cannot get in
17  contact with them.
18    Q.   Are there any other people who you might
19  call with those types of questions?
20    A.   There's an Amy Campbell, I believe,
21  that -- she is a primate veterinarian at Covance in
22  Madison, and she will email me and give me primate
23  advice.  She's been there 12 years, at least, as a
24  veterinarian for that lab.
25    Q.   And when she emails you, is it

44

1  unsolicited or do you send her a question?
2    A.   I asked her a question.
3    Q.   How many times have you contacted
4  Ms. Campbell?
5    A.   Two or three.
6    Q.   And do you remember the questions you've
7  asked her?
8    A.   I asked about a cheek pouch, and I'm
9  not -- I don't know if I'm saying it right.
10  Sialocele.  And it's a cheek pouch inflammation.  I
11  contacted her about that.
12    Q.   What animals have you brought in?
13    A.   Gator and baboon.
14    Q.   Okay.
15    A.   I contacted her about neutering a small
16  baboon.  I may have -- I don't know.  I may have
17  asked her about anesthesia for a baboon.
18    Q.   And after Ms. Campbell responded with
19  advice, did you treat the baboon with a cheek pouch
20  inflammation?
21    A.   She had referred me to some other things
22  online and she gave me some -- not that I know off
23  the top of my head where it was, but I did look it
24  up, and there wasn't a whole lot I could do with it
25  at the time.  But it kind of said why they get

45

1  that.

2      Q.   So you decided there was no treatment

3  necessary?

4      A.   (Nods no.)

5      Q.   No?

6      A.   No.

7      Q.   What did you decide?

8      A.   I decided that I knew what it was and why

9  it was and that's the way it is.

10     Q.   But there was no followup treatment?

11     A.   There was nothing that I could fix.

12     Q.   When you asked her about neutering the

13  small baboon, what did you do upon -- with the

14  information that Ms. Campbell gave you?

15     A.   I gave it to my veterinarian.

16     Q.   Who's your veterinarian?

17     A.   Dr. Pries.

18     Q.   Dr. Pries?   And did you follow up with

19  Dr. Pries about whether he followed that advice?

20     A.   Yes.

21     Q.   And what did he say?

22     A.   He did the surgery.   And he did

23  neutering.

24     Q.   Why were you worried about neutering that

25  specific baboon?

46

1      A.   Because it was a baboon that was a male,

2  and I don't have the facilities to separate two

3  large male baboons and somebody's going to die, so

4  I chose to neuter my young one.

5      Q.   Was that a hard decision for you?

6      A.   Not really.   He was related and I wasn't

7  going to use him for a breeder.

8      Q.   And the anesthesia for a baboon, what did

9  you do with the information you received from

10  Ms. Campbell?

11     A.   I passed it on to my veterinarian.

12     Q.   And did you follow up with Dr. Pries to

13  make sure he followed that advice?

14     A.   Well, he already knew, because I think he

15  had contacted a zoo, but it was just a secondary.

16  And I don't even know if it was for Obi.   I'm not

17  so sure it wasn't for something else that we had

18  done.

19     Q.   What else might it have been?

20     A.   I had a female that prolapsed after she

21  gave birth, a uterine prolapse, and we did

22  emergency surgery on her and she ended up she

23  didn't make it.

24     Q.   Oh.   I'm sorry.   When was that?

25     A.   Four or five years ago.

47

1      Q.   Do you remember her name?

2      A.   It begins with an A, and I can't think

3  right at this minute.   I don't know why.   It's just

4  like my head's blank.   I don't know.   I just

5  remember it begins with an A.   'Cause her

6  daughter's Ajrah and I have her.

7      Q.   So as far as the anesthesia for the

8  baboon, it could have been for a prolapsed baboon

9  or for the baboon that needed surgery in the photos

10  we saw.

11     A.   Possibly.   I don't remember when it was.

12     Q.   And when I reference the photos we saw, I

13  mean the photos on Dr. Pries's Facebook page --

14     A.   Yes.

15     Q.   -- that we were looking at yesterday.

16  Okay.   I want to circle back and make sure I didn't

17  miss any publications that you follow.   I have down

18  the FCF magazine, the Simian Society newsletter.

19  Anything else?

20     A.   Animal Finders' Guide.

21     Q.   Animal Finders' Guide.

22     A.   There was others.   I don't have a

23  specific subscription to anything else, I guess.

24     Q.   Or any newsletters or anything.

25     A.   Not that I can think of right now.

48

1      Q.   And you mentioned that you go online

2  sometimes to look up information.

3      A.   Yes.

4      Q.   Are there certain Websites that you refer

5  to often?

6      A.   I don't know if I go often.   I guess the

7  Simian Society and the FCF do have special Websites

8  and there's a lot of information in there on a

9  number of things.

10     Q.   Any other Websites you would use as an

11  authority for diagnosing or treating your animals?

12     A.   Not a specific one.

13     Q.   What about animal care husbandry?

14     A.   Not a specific one.

15     Q.   So do you just perform like a general

16  Google search and then --

17     A.   Yeah.   I'm not too computer savvy.   I

18  find it, what I'm looking for, so --

19     Q.   How do you evaluate whether that's a

20  credible source of information?

21     A.   Depends on -- I don't know if you can

22  trust anybody, because even when I look up things

23  on reptiles, you know, what one person does,

24  another might not.   And I don't know if you can

25  trust anybody on the Internet, when it comes right

57

1  because I had never done it, I didn't know anything
2  about it, and I received the paperwork, we talked
3  probably a half an hour on the phone getting all
4  the information, where the ports, the export port
5  is and all that stuff for this area, and it ended
6  up, after I did fill out the application, we sent
7  the money, and it was taking a long time and so he
8  backed out, so it was -- the deal didn't go through
9  and that was the end of it.
10      Q.   So you never sent the serval to Canada.
11      A.   No.
12      Q.   And you never obtained the permit from
13  Fish and Wildlife Service.
14      A.   No.
15      Q.   Your understanding of Fish and Wildlife
16  Service is that they're only involved when you sell
17  an animal to another country; correct?
18      A.   No.
19      Q.   Okay.
20      A.   It could be -- I suppose if you were
21  getting a CITES permit, like if you went -- had an
22  endangered species across a state line, you could
23  legally purchase an animal if you had the CITES
24  permit, but I don't do that.  If you donate an
25  animal across the state line, then a permit is not

58

1  necessary.
2      Q.   So you've never purchased an endangered
3  animal across state lines.
4      A.   No.
5      Q.   I'm curious about that, because you did
6  admit that you purchased servals across state
7  lines.
8      A.   Servals are not an endangered species.
9      Q.   Where do you get that information?
10      A.   I know it for a fact, and if you want to
11  contact the Feline Conservation Federation, the
12  average -- just the regular, common, African serval
13  is not an endangered species.
14      Q.   So it would surprise you to learn that
15  the Fish and Wildlife Service has listed the
16  common, average, African serval as an endangered
17  species.
18      A.   I don't believe that, no.
19      Q.   So you would find that surprising.
20      A.   Yes, I would.  Because it's a readily
21  available cat.
22      Q.   Okay.  I'd like to show you an exhibit --
23      A.   And it would have had to have been just
24  done, because this cat -- those cats have been
25  going across state lines and all over the country

59

1  for years and years.
2      Q.   I don't have that picture.  Keep going,
3  please.  They've been going across state lines for
4  years and years?
5      A.   Yes, ma'am.
6      Q.   And you're aware of that how?
7      A.   Because I've seen them.
8      Q.   Seen them at other zoos?
9      A.   I've seen them in private ownership.
10  They're one of the most highly -- well, that's not
11  exactly the words I want to say.  Of the population
12  of cats in private ownership, servals are right up
13  at the top for private ownership.
14      Q.   Have you heard of a Bengal cat?
15      A.   Yes.  A hybrid.
16      Q.   Okay.  What's the difference between a
17  Bengal cat and a serval?
18      A.   They're not even the same.  A serval is a
19  serval.  A Bengal cat, they're an Asian leopard
20  hybrid.
21      Q.   Okay.
22      A.   There's nothing about them that's the
23  same.
24      Q.   Is there a difference between an African
25  and barbary serval?

60

1      A.   Probably.
2      Q.   Are you familiar with the difference?
3      A.   I don't think you can get barbary
4  servals.
5      Q.   Why not?
6      A.   That's the ones that are endangered.  I
7  don't think they can even get out of Africa, and I
8  doubt there's very many people that have them.  I
9  don't.
10      Q.   What kind of serval do you have?
11      A.   Just the average African serval.  And I
12  know that they're not endangered because there's
13  places in African that even kill them as a
14  nuisance.  Half the country they're a nuisance
15  animal, half they're protected.
16      Q.   Protected how?
17      A.   By that country.  They don't want you to
18  take them or shoot them or do anything to them.
19      Q.   What's your understanding of why?
20      A.   Because they don't have as many there.
21  It's kind of like bobcats in Iowa.  They're
22  endangered here.  And then only in the last few
23  years have they opened the southern half of the
24  state up to hunting, and so they kill the first 400
25  and then they shut it off.  But for years I could

61

1　not breed or sell bobcats in my state and sell
2　them, because they were endangered here.
3　　Q.　So you have some understanding of the
4　prohibitions on breeding and housing endangered
5　animals.
6　　A.　I think so.
7　　Q.　What's your understanding?
8　　A.　I don't know specifically what you're
9　asking me.
10　　Q.　What's your understanding of the
11　restrictions on what you can do with an endangered
12　animal in the United States?
13　　A.　It has to only be sold within your state.
14　If it goes over a state line, then it needs to be
15　donated or else they have to have a CITES permit in
16　which to get that animal.
17　　Q.　So you say it has to be donated. What
18　leads you to believe that that donation absolves
19　you from requirements with the endangered
20　regulations?
21　　A.　'Cause that's just the way it is. You
22　did not take money for an endangered species. You
23　can -- I could sell a lemur in Iowa. I could sell
24　a tiger in Iowa, if I had somebody that wanted to
25　buy one. But if somebody in Illinois calls me and

62

1　wants a lemur, they're going to have to either get
2　me to donate it to them or they're going to have to
3　come up with a CITES permit.
4　　Q.　So the donation of animals across state
5　lines is in contemplation of not -- not invoking
6　the Endangered Species Act.
7　　A.　I don't know what that means.
8　　Q.　You're making an intentional decision to
9　donate an animal that would otherwise be covered by
10　the Endangered Species Act.
11　　A.　Yes.
12　　Q.　All right. I'd like to talk to you
13　specifically now about your expert qualifications.
14　Mr. Thorson's designated you as an expert in this
15　case. Are you aware of that?
16　　A.　Yes.
17　　Q.　What areas do you believe you qualify as
18　an expert?
19　　A.　I guess I'm not sure what -- as far as
20　what he's concerned.
21　　Q.　In what areas would you consider yourself
22　an expert?
23　　A.　Well, I don't know if you're asking about
24　a specific animal, about a specific business,
25　about -- I don't know what you're asking me, I

63

1　guess.
2　　Q.　It's a very broad question intended to
3　see what areas you consider yourself to be an
4　expert in.
5　　A.　I don't think I'm going to say I'm expert
6　at everything. I don't know what an expert has to
7　be. I think I know about the laws, I think I know
8　a lot about the animals, I think I know a lot about
9　animal husbandry, I've done it for a lot of years
10　and I have a lot of experience on top of it.
11　　Q.　So your specific animals. Would you
12　consider yourself an expert over other people's
13　animals?
14　　A.　I'm an expert on my animals. I know my
15　animals and I know what I've got and I know how to
16　care for them properly.
17　　Q.　And you consider yourself an expert on
18　animal husbandry.
19　　A.　Yes.
20　　Q.　Anything else?
21　　A.　I know a lot about raising small animals,
22　hand raising things.
23　　Q.　Anything else?
24　　A.　I don't know right now.
25　　Q.　Okay. What information did you use to

64

1　prepare for your expert testimony today?
2　　A.　I guess it's just whatever's in my head
3　right now.
4　　Q.　Did you review any documents? Any
5　professional documents?
6　　A.　I might have looked over my answers to
7　your discovery questions.
8　　Q.　Anything else?
9　　A.　No.
10　　Q.　Did you have any verbal communication
11　with any consultants or people you regard as
12　authorities?
13　　A.　About what?
14　　Q.　Any of the fields that are -- that you
15　consider yourself to be an expert in.
16　　A.　Today, you mean?
17　　Q.　In preparation for your testimony.
18　　A.　Oh. No. No.
19　　Q.　Did you review any journals before your
20　testimony?
21　　A.　No.
22　　Q.　Any of your various publications?
23　　A.　No.
24　　Q.　How about the Blue Book?
25　　A.　No. I haven't read that one in a while.

1  I studied it hard this summer, but that was the
2  last.
3      Q.   What --
4      A.   The USDA handbook.
5      Q.   You last reviewed it this summer?
6      A.   Yes.
7      Q.   Why did you review it this summer?
8      A.   Because I was looking up some of the
9  rules and stuff about things when I appealed some
10 of my noncompliances.
11     Q.   Are you referring to the May inspection
12 and following appeal letters?
13     A.   Yes.
14     Q.   Do you understand the Animal Welfare Act
15 and Regulations to be minimum requirements?
16     A.   Yes.
17     Q.   So you understand that you're free to go
18 above and beyond those requirements.
19     A.   Yes, ma'am.
20     Q.   In what way do you feel like you go above
21 and beyond those requirements?
22     A.   I don't know that I said I went above and
23 beyond them.
24     Q.   Okay.  Do you feel you meet the minimum
25 requirements?

1      A.   Most of the time, yes.
2      Q.   But you do not go above and beyond the
3  requirements.
4      A.   I guess I'm not -- that's probably a --
5  how high of standards a person has, judgment, and I
6  guess I'm not sure about what they'd like.
7      Q.   And in your expert opinion, do you feel
8  that you go above and beyond the minimum
9  requirements?
10     A.   On some things.
11     Q.   What things?
12     A.   I don't know just right off the top of my
13 head.
14     Q.   I can give you a minute to think about
15 it.
16     A.   Okay.  I'm just trying to think, and I
17 don't know -- the pressure's on.  I can't do it.
18     Q.   Well, as we go on, maybe you'll think of
19 something.
20     A.   That would be great.  Let's just keep
21 going.
22     Q.   Any other people, publications, any other
23 things you might have consulted in preparation for
24 your expert testimony?
25     A.   No.

1      Q.   Okay.  And I wouldn't imagine you're
2  receiving compensation from anyone for your expert
3  testimony.
4      A.   No.
5      Q.   Are you receiving any -- receiving or
6  benefitting from any outside help from another
7  organization or another expert?
8      A.   Financially or --
9      Q.   In any way.
10     A.   Not unless The Calvary Group does
11 something.
12     Q.   Okay.  Financially are you benefitting
13 from any organization?
14     A.   Not as of this minute.
15     Q.   Do you expect to?
16     A.   I don't know.
17     Q.   Do you have any fundraising or legal
18 defense fund, online campaigns, planned for the
19 future?
20     A.   Yes.
21     Q.   When do you plan to get that going?
22     A.   When my Webmaster puts on it.
23     Q.   Oh.  Who's your Webmaster?
24     A.   My sister.
25     Q.   Do you have a site where you're planning

1  on posting that fund-raising campaign?
2      A.   She's taking care of all of that.
3      Q.   As an expert in this case, what do you
4  perceive as your purpose and function?
5      A.   Mine?
6      Q.   (Nods yes.)
7      A.   I guess -- I don't know.  I don't know
8  the answer to that.
9      Q.   All right.  We've talked a little bit
10 about some of your classes that you've taken in
11 animal husbandry.  Do you have any other experience
12 that specifically relates to the testimony that you
13 will give about animal husbandry?
14     A.   As far as what?
15     Q.   Well, you've been offered as an expert in
16 the case, so do you have any -- what training,
17 experience, other coursework, personal experience,
18 do you have that you think qualifies you as an
19 expert in animal husbandry?
20     A.   I've been going to barns since I was nine
21 months old and I haven't missed very many days, and
22 I've taken care of animals most of my life, farm
23 animals and exotic animals.  I've spent almost
24 30 years just doing exotics in addition to my farm.
25     Q.   So you would rely on your personal

## 69

1 experience and your historical relationship with
2 animals.
3     A.   Well, I have people that I mentor with
4 and that's how I learn, too.
5     Q.   Okay. Who are those mentors?
6     A.   My breeders and other private zoos.
7     Q.   Anyone in specific?
8     A.   Nancy Brown, Deb Virchow, Jim Reno.
9     Q.   R-e-n-o?
10     A.   Yeah.
11     Q.   Okay.
12     A.   Bob Hudleson. H-u-d-l-e-s-o-n, I
13 believe. That's all I can think of right this
14 second.
15     Q.   All right. And I want to talk about
16 those folks individually in a minute, but for now,
17 let's talk about if you have any specific
18 experience outside of your personal experience that
19 would inform your testimony with respect to the
20 tigers.
21     A.   I guess I'm not sure what you're asking
22 me.
23     Q.   Formal education, informal education,
24 courses, experience with tigers outside of your own
25 personal experience with your animals.

## 70

1     A.   Probably not.
2     Q.   How about lions?
3     A.   Just what I've talked about with other
4 breeders, but it all pertains to mine because I
5 didn't do lions and tigers before I --
6     Q.   You haven't worked at any other zoos?
7     A.   No.
8     Q.   Or observed them in the wild?
9     A.   No.
10     Q.   Or studied them at a university?
11     A.   No.
12     Q.   Or been mentored by a professor who has
13 been studying them at a university?
14     A.   Probably not a professor, no.
15     Q.   What about wolves?
16     A.   I used to go once in a while to a guy,
17 he's not here anymore, but he had a wolf rescue,
18 and I learned from him.
19     Q.   Okay. What was his name?
20     A.   I can't tell you. They just called him
21 Harold, the Wolf Man. That's all I know.
22     Q.   Harold?
23     A.   Yep.
24     Q.   Harold, the Wolf Man. And he's out of
25 business.

## 71

1     A.   He's in Arkansas now. He was here in
2 Iowa.
3     Q.   And he's still rescuing wolves?
4     A.   Yes.
5     Q.   What about lemurs?
6     A.   (Nods no.)
7     Q.   No?
8     A.   I guess I should have said Bob Strange
9 for all of those, because he had a zoo. Bob
10 Strange, just like it sounds. S-t-r-a-n-g-e.
11     Q.   Out of curiosity, do you know his wife's
12 name?
13     A.   I don't.
14     Q.   I think I might know his wife. And
15 servals.
16     A.   I don't think so.
17     Q.   Okay. So we've talked about your
18 personal experience. You've been working for your
19 zoo for 30 years. Do you have any experience
20 outside of that personal experience that would
21 inform your expert testimony about captive
22 wildlife?
23     A.   No.
24     Q.   Transporting captive wildlife?
25     A.   Just what I read in the USDA hand manual.

## 72

1 USDA handbook, I should say.
2     Q.   What about general zoo administration?
3     A.   Just what I've learned from other private
4 zoos.
5     Q.   And are there any individuals at those
6 private zoos that you would consult specifically
7 about that? About zoo administration questions?
8     A.   Probably Nancy Brown.
9     Q.   Anyone else?
10     A.   No.
11     Q.   Okay. What about breeding captive
12 wildlife? Do you have any experience outside your
13 own personal experience with breeding captive
14 wildlife?
15     A.   No.
16     Q.   Okay. Have you ever testified as an
17 expert witness before?
18     A.   No.
19     Q.   Have you ever provided an expert opinion
20 to someone before?
21     A.   No.
22     Q.   Have you ever consulted as an expert with
23 someone before?
24     A.   No. Not as an expert. I mean, we go
25 back and forth, everybody that is in that business,

73

1  about certain species and we discuss what we need
2  to.
3      Q.   Is it fair to characterize the back and
4  forth that you have as being with people from the
5  Midwest only?
6      A.   No.
7      Q.   Okay.  Where might other folks be?
8      A.   From all across the country.
9      Q.   And what's the medium you use to
10 communicate with folks all across the country?
11     A.   Telephone.
12     Q.   Is there a list of people that --
13     A.   No.  They're just people I've dealt with.
14     Q.   People you've dealt with in the past?
15     A.   Yes.
16     Q.   Or perhaps referrals?  Do you have a
17 referral system?
18     A.   Sometimes we'll say, talk to this person,
19 'cause they're breeding this or they know, you
20 know.  They're experienced.  Put it that way.
21     Q.   On a given day, how often would you say
22 you have to make a consultation call like that?
23     A.   Not that often.
24     Q.   How about in a given week?
25     A.   Not that often.

74

1      Q.   Once a week, even?
2      A.   Not to consult about my own things.
3      Q.   How about once a month?
4      A.   I would say in the past, when I was first
5  starting, I would probably make a lot of calls and
6  talk to people.
7      Q.   Uh-huh.  Does anyone call you for that
8  type of advice now?
9      A.   Yes.
10     Q.   How often would you say that people call
11 you for that type of expert advice?
12     A.   Maybe a couple times a month.
13     Q.   Couple times a month?  What are the
14 nature of their inquiries?  What is the nature of
15 their inquiries?
16     A.   It's usually about babies that they
17 shouldn't have, like coons and stuff.  It's like,
18 you can't take those.
19     Q.   Why can't you take those?
20     A.   'Cause they're Iowa's.  It's against the
21 law.  You can't take babies from the wild.
22     Q.   So do most of the folks that call you for
23 expert advice live in Iowa?
24     A.   90 percent.
25     Q.   Of the 10 percent that don't live in

75

1  Iowa, where do they live?  And what do they call
2  about?
3      A.   Anywhere.  They might call about skunks
4  or monkeys.  I don't know.  Whatever.
5      Q.   Are skunks rare for folks to have in
6  zoos?
7      A.   I don't think so.
8      Q.   But are you regarded specifically as a
9  skunk expert?
10     A.   Somehow I'm on a skunk data breeders
11 thing.  I don't know what it is.  And I get calls
12 all the time, and --
13     Q.   Do you?
14     A.   And I have to say, "Sorry, I don't have
15 any kits available right now."
16     Q.   So folks might call you looking for --
17     A.   They're looking, but sometimes they'll
18 just ask about their care and if you recommend them
19 as a pet or things like that.
20     Q.   Just out of curiosity, is your skunk
21 descentized?
22     A.   Yes.  It's descented.
23     Q.   Descented.  That's the word.  Thank you.
24 Wonderful.  And you said they call about the
25 monkeys sometimes.  What are these inquiries about?

76

1      A.   People wanting monkeys, and you can't
2  have them in Iowa.
3      Q.   How come?
4      A.   They're under the ban.  So you can't have
5  private ownership.
6      Q.   So those are mostly internal, in-Iowa
7  calls that you take about the monkeys.
8      A.   Yes.
9      Q.   Would you say you have any other common
10 calls that you take?
11     A.   I don't know.  It's random.
12     Q.   Okay.  Along with your designation as
13 an expert, your attorney represented you do not
14 have a resume or curriculum vitae.  Is that true?
15     A.   True.
16     Q.   In your opinion, what makes someone an
17 expert?
18     A.   You don't have to have all the answers,
19 but it's nice if you got most of them.
20     Q.   Someone who has most of the answers.
21     A.   And has some experience, they're well
22 read.
23     Q.   Well read?  Any other qualifications?
24     A.   I don't know.  I'd have to think a
25 minute.

77

1    Q.    Okay. If you could hire anyone as an
2   expert in this case, who would you hire?
3    A.    As far as what in this case?
4    Q.    How about animal husbandry?
5    A.    Lynn Culver. C-u-l-v-e-r.
6    Q.    And who is Lynn Culver?
7    A.    She is a director at the Feline
8   Conservation Federation.
9    Q.    Anyone else?
10   A.    That's who comes to mind.
11   Q.    What is it about Lynn Culver you admire?
12   A.    She knows all about exotic felines, she
13  raises exotic felines, she is very involved in
14  that, and she knows all the laws.
15   Q.    So it's her advocacy work and her
16  experience?
17   A.    (Nods yes.)
18   Q.    Do you participate in any advocacy work?
19   A.    Explain how I might do that.
20   Q.    Well, you mentioned you did go to the
21  Capitol to testify against the ban on dangerous --
22   A.    I did do that.
23   Q.    Anything else like that?
24   A.    No.
25   Q.    Where you speak out for private

78

1   ownership.
2    A.    I guess after we did that, I spent at
3   least eight hours on the phone contacting various
4   people that have exotics to talk to their
5   legislators on that ban bill.
6    Q.    Are there any other issues you feel very
7   strongly about that you might engage in advocacy
8   work?
9    A.    I don't like that they're making Burmese
10  only stay within their state.
11   Q.    What's -- I'm not sure --
12   A.    Burmese python.
13   Q.    What state?
14   A.    All states. It's just the ban went into
15  effect, it's a national one.
16   Q.    Why don't you like that ban?
17   A.    Because it ruins a business.
18   Q.    What business?
19   A.    People that breed Burmese. Or big snakes
20  like that. I don't think that people should get
21  them and turn them loose, and that's what happened,
22  but there's plenty of people that are private
23  individuals that handle them responsibly and breed
24  them and love them, and that wrecks their business.
25  It's about the money.

79

1    Q.    I want to ask you about some folks who
2   have been mentioned and see if you regard them as
3   authorities. Dr. Laurie Gage?
4    A.    Yes.
5    Q.    And what do you regard her as an
6   authority in?
7    A.    She knows about large felines.
8    Q.    And what is it about Dr. Laurie Gage that
9   makes you think she's an expert?
10   A.    She thinks she is, I guess, 'cause USDA
11  hired her.
12   Q.    And did you know her before she got hired
13  at USDA?
14   A.    Probably not. I've talked to her on the
15  phone and I've got literature from her.
16   Q.    How often have you spoken with her on the
17  phone?
18   A.    Once or twice.
19   Q.    And what about?
20   A.    I don't even remember. We were talking
21  about diets, I think.
22   Q.    What do you know about her educational
23  background?
24   A.    None.
25   Q.    Or any of her qualifications?

80

1    A.    I don't have them.
2    Q.    I assume she's a veterinarian.
3    A.    I don't know that, either, for sure.
4    Q.    What's her title with USDA?
5    A.    I don't know. Large feline something. I
6   don't know what she is.
7    Q.    So what is it about Dr. Gage that makes
8   you think she's reliable?
9    A.    I don't know. I guess she sends stuff
10  out so you have literature to look over that
11  pertains to cats and USDA's thinking of their
12  well-being, I guess.
13   Q.    And did you find her friendly and
14  personable?
15   A.    Sure.
16   Q.    Dr. Heather Cole, do you regard her as an
17  expert?
18   A.    No.
19   Q.    Why not?
20   A.    I think that she is a very intelligent
21  person, but I don't think she has common sense. I
22  don't think she has experience.
23   Q.    And Dr. Cole, is she a veterinarian?
24   A.    Yes, she is.
25   Q.    So being a veterinarian doesn't qualify

89

1   A.   No.

2   Q.   You didn't call the Animal Legal Defense

3 Fund?

4   A.   No.

5   Q.   Were you interested or curious in any way

6 what could happen if you avoided litigation?

7   A.   I just -- I don't know.  I don't know.  I

8 don't remember.  That's been over a year ago and I

9 don't remember exactly.

10   Q.   You mentioned the plaintiffs.  A little

11 digression here.  The plaintiffs didn't approach

12 you after their visit to the Cricket Hollow Zoo in

13 order to tell you what their concerns were at the

14 time of their visit, did they?

15   A.   Not that I ever remember.

16   Q.   But when you received the letter advising

17 you of what their concerns were, you took no

18 action.  Isn't that true?

19   A.   What letter that they gave me?

20   Q.   The letter we've been discussing.

21   A.   You didn't ever say specifically -- I was

22 never -- there was no specific do this, do this, do

23 this, do this.  There was never specific anything

24 ever.

25   Q.   And did you call the Animal Legal Defense

90

1 Fund --

2   A.   No, I did not.

3   Q.   -- to find out if there was an

4 opportunity to have that conversation?

5   A.   No.

6   Q.   You chose to ignore --

7   A.   Yes, I did.

8   Q.   So when the plaintiffs did present you

9 their concerns, you did nothing.

10   A.   They did not.

11   Q.   When the plaintiffs presented you their

12 concerns through the 60-day notice letter, things

13 like the isolation of the lemurs, the lighting that

14 the lemurs were being held in --

15   A.   'Cause that wasn't the truth.

16   Q.   So you regarded the letter -- this is the

17 letter that we were talking about.

18   A.   Well, you show me the letter, then,

19 because I don't know what it is.

20   Q.   Yeah.  Let's make sure we're talking

21 about the same letter.  Let's go ahead and mark

22 this.  It's huge.

23   A.   I got that from Fed Ex, and as soon as I

24 signed that, that's when all the media all over the

25 state heard that I had gotten this threatening

91

1 letter from you.  From the plaintiffs.

2   Q.   Well, it sounds like we don't need to

3 mark it.  It sounds like you recognize it.

4   A.   I do recognize that.

5   Q.   Okay.  So you got what you perceived to

6 be a threatening letter from the plaintiffs --

7   A.   Yes, I did.

8   Q.   -- expressing concerns about the animals

9 at the zoo and offering to resolve those out of

10 court if you would call, and you didn't call.

11   A.   That's not what the letter said.  It said

12 I have to have no USDA noncompliances, basically is

13 what it said, and if that wasn't -- the other

14 option was I had six months to relinquish them to

15 your sanctuaries and you had trucks waiting to come

16 get them.  That's how I read it.

17   Q.   All right.  Is there anything else that

18 you'd like to add about your reaction to the

19 letter?

20   A.   No.  I felt it very threatening.

21   Q.   Okay.  And for the record, we're talking

22 about a letter dated March 4, 2014, to Pam and Tom

23 Sellner, Secretary of the Interior Sally Jewell,

24 and Fish and Wildlife Service Director Dan Ashe.

25       All right.  Thank you indulging me in

92

1 that digression, Ms. Sellner.  Let's talk about

2 Craig Perry.  What is it about Craig Perry that you

3 regard for his --

4   A.   I never said anything about Craig Perry.

5   Q.   Who is Craig Perry?

6   A.   He is a former zoo owner.

7   Q.   And you do not regard him as an expert.

8   A.   He's a zoo owner just like all the rest

9 of us, I guess.  Former zoo owner.

10   Q.   Okay.  You said, "I didn't say anything

11 about Craig Perry."

12   A.   I didn't mention him.  I don't know why

13 you did.

14   Q.   Oh.  He was mentioned in your

15 interrogatory responses.

16   A.   That's only because I got some cats from

17 him.

18   Q.   Okay.  So he's not someone you consult

19 with or call.

20   A.   No.

21   Q.   Okay.  You did mention Bob Strange as

22 someone you consult with or call.

23   A.   I think when I first started the zoo, he

24 had Iowa's only drive-through park, and he sold me

25 his inventory of animals on a handshake.  He went

93

1  out of business and I took most of his inventory.

2      Q.   And what inventory was that?

3      A.   Snakes, birds, small mammals, monkey,

4  camel.

5      Q.   Okay.

6      A.   That's all I can remember right this

7  minute, but that was a lot of years ago, and he

8  kind of coached me about what he did and what

9  problems he had, and my son and I went down there

10  and looked his park over just for ideas before we

11  built ours.

12     Q.   Was your son involved in the zoo in the

13  beginning?

14     A.   No.  Not truly.  He did multiple zoos

15  with us when he was younger.

16     Q.   Okay.  That's a good question.  When was

17  that?  When did the zoo get started?

18     A.   We opened at the farm in 2002.  July 4.

19     Q.   Okay.  And you mentioned earlier that

20  inspector Ron Reed was with you from 1985 on?

21     A.   Ron Beard.

22     Q.   I'm sorry.  You're right.  Ron Beard was

23  with you from 1995 for another eight or 10 years.

24  What was he inspecting in 1995?

25     A.   I had cougars, I'm sure, I had rabbits.

94

1  I didn't have a lot of lot of things.  'Cause I was

2  building up inventory before we actually opened to

3  the public, and we did do mobile zoos.

4      Q.   You did mobile zoos, so you still needed

5  the --

6      A.   It was local.  Yes.

7      Q.   What inspired you to transfer from the

8  mobile zoo business model to the stand-alone

9  business model?

10     A.   'Cause it's a lot of work to transport

11  things.  I had some big cats that we obviously

12  couldn't display on a mobile zoo, and it's just

13  nicer having the public come to my house.

14     Q.   Let's come back to -- well, I'm curious.

15  Is your son still helping with the zoo?

16     A.   My son was killed in a truck accident six

17  years ago, so he is no longer with us.

18     Q.   I'm very sorry for your loss.

19     A.   Thank you.

20     Q.   What about Bob Strange?

21     A.   Bob is no longer in business.

22     Q.   Okay.  And Bob Hudleson?

23     A.   Bob Hudleson lives in southern Indiana.

24     Q.   And what about him do you regard as an

25  expert?

95

1      A.   He exhibits and brokers animals and he

2  knows a lot of people, he knows a lot of things,

3  and we've dealt in some things together.

4      Q.   What things?

5      A.   Fennec Fox.

6      Q.   Oh.  By things, you mean animals.

7      A.   Yes.

8      Q.   Okay.  And Jim Reno.  You mentioned that

9  you regarded him as an expert.

10     A.   Well, he knows USDA law firsthand and

11  I've dealt with him with animals.

12     Q.   When you say he knows it firsthand, what

13  do you mean?

14     A.   Because he got in trouble for signing a

15  paper wrong and he did federal prison time.  So I

16  know for a fact how to fill out papers properly,

17  and he does, too.

18     Q.   What papers?

19     A.   USDA transfer or something.

20     Q.   So before yesterday when you heard

21  Dr. Pries' testimony about a couple of our experts,

22  had you ever heard of Dr. Peter Klopfer?

23     A.   No.

24     Q.   What about Dr. Jennifer Conrad?

25     A.   No.

96

1      Q.   And before today, have you ever heard of

2  the following individual?  David Allen.

3      A.   No.

4      Q.   After reviewing the resumes that were

5  provided to your attorney in discovery, do you have

6  any criticisms or opinions about these experts?

7      A.   I don't think they're any more expert

8  than anybody else.

9      Q.   Okay.  Why not?

10     A.   I don't know what experience they've ever

11  had.  Anybody can take papers up and put your name

12  on there and say, look at me, and I guess that's

13  not, to me, a big deal.

14     Q.   So you're not persuaded by educational

15  qualifications.

16     A.   I'm not -- not necessarily.  I can read

17  books all day and I can tell -- I could probably do

18  brain surgery on you, but that doesn't mean you

19  want me to.  I'll guarantee it.

20     Q.   So you're more impressed with real-world

21  experience.

22     A.   I am indeed.

23     Q.   All right.  Have you made any other

24  credibility judgments about those individuals as

25  part of your analysis of their testimony?

125

1    tennis shoes and going in my monkey house and in
2    all the other restricted areas, behind my cats and
3    everything else. I don't think that was the right
4    thing to do. And I think, as a veterinarian and as
5    a USDA person, that she should have known better.
6    Q.    When you go into these various buildings,
7    do you sanitize your feet every time?
8    A.    My boots are clean when I go in.
9    Q.    Okay. When you go from the barn to the
10   zoo in the morning in order to do chores --
11   A.    My boots are always washed every time.
12   Q.    Where do you wash them?
13   A.    In my milk house. I have hot and cold
14   running water at 162 degrees and I have a power
15   washer and my boots are clean before I leave.
16   Q.    And then you go into the zoo?
17   A.    I go over to the zoo.
18   Q.    And you said you go into the reptile
19   house --
20   A.    Yes.
21   Q.    -- which is a biosecure location.
22   A.    It's got places in it that are biosecure.
23   It is generally open to the public, and so the
24   public is free except for the areas that I have
25   marked as biosecure areas that doors are shut and

126

1    the signs are on it.
2    Q.    And when you leave the reptile house to
3    go into the next facility, do you wash your boots?
4    A.    Not necessarily, no.
5    Q.    If you were to go into the primate
6    building, where you keep the -- monkey building.
7    A.    My boots are on me when I go to the
8    monkey building.
9    Q.    And do you wash them before you go into
10   the monkey building?
11   A.    They've been washed.
12   Q.    How do you -- I'm confused about how you
13   say they have been washed. What does that mean?
14   What do you mean by that?
15   A.    I washed them in the milk house, I
16   mentioned earlier.
17   Q.    But not necessarily between --
18   A.    I'm not worried about myself bringing
19   diseases from another facility when I have
20   everything in an enclosed area.
21   Q.    And in your opinion, there's no threat of
22   bringing diseases from one animal to another --
23   A.    No.
24   Q.    -- within the zoo.
25   A.    No.

127

1    Q.    Okay.
2    A.    If I thought something was sick, if I
3    have a cold, I don't want to go in there. That's
4    just how we do things.
5    Q.    And there's no threat of anyone else
6    who's there on site of transferring.
7    A.    They can't go in restricted areas.
8    They're on the path. And they're not in any
9    restricted areas when you're on this main path.
10   Q.    Has anyone every breached that restricted
11   area and gone into the restricted areas?
12   A.    They may have.
13   Q.    What leads you to believe that?
14   A.    From pictures I've seen.
15   Q.    Can you tell me what pictures?
16   A.    The one that Lisa Kuehl took of my
17   African lion.
18   Q.    I believe we're talking about the lion
19   that we showed Dr. Pries yesterday. Is that
20   correct?
21   A.    That's correct. He picked that up the
22   first time.
23   Q.    You said there was an African lion.
24   What's that lion's name in that picture?
25   A.    That is Jonwah. J-o-n-w-a-h.

128

1    Q.    Okay. Is Jonwah still at the zoo?
2    A.    Yes, she is.
3    Q.    Okay. Is there any other reason why you
4    think -- that would lead you to believe that
5    someone has been in a restricted area?
6    A.    Because Nancy Harvey was behind my
7    cattle, so I know she jumped that fence and she was
8    in there. She was in the easement at my farm. And
9    when she came down, it was getting chore time and
10   asked me if she could help water the dogs. And I
11   said okay. So I went over and I got a pail and I
12   carried it over until I got to the fence, and
13   there's a sign on there that says -- I don't know.
14   Something about -- Authorized Personnel Only, I
15   believe it says. And I said, "You have to wait
16   here because," I said, "this is -- there's primates
17   on the other side. This is a restricted area."
18   And she said, "Okay." And I walked forward with
19   the pail to give to the dogs and she was standing
20   behind me.
21   Q.    Okay. And you said you saw Nancy Harvey.
22   How did you know who she was?
23   A.    I didn't know her name at the time.
24   Q.    Okay. When did you learn who she was?
25   A.    Because she puts stuff on her animal

129

1  rights Website all the time. Little snotty things.
2  So I wouldn't have known that that was her name,
3  but I knew it was her. And she'd been there twice,
4  'cause she had a little bee bonnet the next time
5  she came with Diane Hilmers. That's the day the
6  sheriff came. And she hid in the reptile house
7  behind me while the sheriff questioned Diane.
8       Q.   Did the sheriff come more than once?
9       A.   I haven't had people removed, but I
10  planned on that day. But he has been out because
11  they called him for welfare checks.
12      Q.   Okay. But you only called the sheriff
13  once.
14      A.   Yes.
15      Q.   So Nancy Harvey visited in 2012, and when
16  was the next time you had an opportunity to see her
17  and basically put together a name with her face?
18      A.   I don't know if I did until that day we
19  had depositions.
20      Q.   But you recall three years ago seeing her
21  specifically in a restricted cattle area or on a
22  farm easement?
23      A.   On my farm easement. Because she came
24  down and told me, "Oh, the Highlanders are up there
25  bellowing. They don't have any water." Well,

130

1  here's the deal. They broke their automatic
2  waterer, and so we put a tank in there temporarily.
3  And the tank was on the opposite and probably over
4  60 feet from the fence. So if she was on the path,
5  there's no way she could even see in that tank.
6       Q.   What --
7       A.   And she has pictures on the Internet of a
8  burn pile we have in the easement, and I'm not
9  going to say that Nancy took that, because I don't
10  know. But it's on one of their concerns Facebook
11  pages of a burn pile in my easement at the farm and
12  tried to say that that was my zoo, which it is not.
13      Q.   This is a good opportunity to use the
14  aerial photograph that you marked up. Is the farm
15  easement depicted on here? We're looking at
16  Exhibit L.
17      A.   No.
18      Q.   Okay. Show me roughly, and to scale,
19  where the farm easement is outside the picture.
20      A.   It goes up this driveway and it goes
21  clear up to here, over the train tracks into a
22  cornfield behind my home.
23      Q.   And is this an easement that you acquired
24  from someone else? Is that why you refer to it as
25  the farm easement?

131

1       A.   It is an easement that we have to allow
2  people to get back to the farm ground behind my
3  farm.
4       Q.   So someone owns the farm ground behind
5  you --
6       A.   Behind me, yes.
7       Q.   And Nancy was viewed on the farm
8  easement.
9       A.   I did not view her that day.
10      Q.   You just suspect she --
11      A.   She had pictures, and what she told me
12  and all the stuff, she was back there goofing
13  around. And then she came back the second time,
14  and the only day I ever had guts, I was standing
15  out there and I put my hand on the fence by my
16  coyotes and I said, "Well, are you getting some
17  good pictures today?" She goes, "Ha-ha-ha-ha.
18  It's a really nice day, isn't it?" And ran off.
19  So she was just being a goofball, and I was getting
20  tired of pictures for no real reason.
21      Q.   Okay. So you don't specifically recall
22  seeing Nancy Harvey on the farm easement.
23      A.   Not myself. Because I was down doing
24  chores, they came later in the day, and they were
25  up there doing stuff.

132

1       Q.   And the restricted cattle area, do you
2  specifically recall seeing Nancy in the restricted
3  cattle area?
4       A.   I did not see her in the area that day.
5       Q.   Okay. So all of these assessments are
6  based on photographs you've seen at a later date
7  that you perceive to have been taken in a
8  restricted area.
9       A.   Yes.
10      Q.   Okay. Thank you. Now I want to talk
11  about AMPI. Which is capital A-M-P-I.
12      A.   A-M-P-I. Associated Milk Producers,
13  Incorporated.
14      Q.   Thank you. So we've talked about AMPI a
15  little bit, and we know that it's a -- and we know
16  that it's a milk cooperative that markets your
17  milk.
18      A.   Yes, ma'am.
19      Q.   And I understand that you've learned of a
20  complaint made to AMPI about your dairy farm. Is
21  that true?
22      A.   Yes, I did.
23      Q.   Okay. What's your understanding of the
24  nature of the complaint that was made?
25      A.   I don't know if it was an actual

137

1    A.    Just a lot of feed costs.

2    Q.    What's, like, a maximum amount?  What's

3  the most you've ever had to dip into emergency

4  funds and acquire --

5    A.    You know, I don't dip into emergency

6  funds.

7    Q.    Oh.  What do you do?

8    A.    I said my husband works three jobs, I

9  work two jobs, we cash flow it, it works.  And on

10  paper, it doesn't look so hot, but that's not our

11  goal of having a zoo.

12    Q.    I don't question your goal at all.  I

13  want to make that clear.  I'm not here to challenge

14  your nonprofit status at all.  But I am curious,

15  you mentioned two jobs that you work.  So I know

16  about those jobs?  Is that your relief milking --

17    A.    I am a dairy farmer and I run the zoo.

18    Q.    Oh.  Okay.

19    A.    Those are my two jobs.  My husband is a

20  welder in addition and he works at a machine place.

21    Q.    Okay.  Mrs. Sellner, I want to switch

22  gears yet again and let's talk about your breeding

23  program.  So in your interrogatory and your

24  production responses, you provide something called

25  a 21-day reproduction record calendar?

138

1    A.    Yes, I did.  That's a dairy thing.

2    Q.    Oh, that's a dairy thing.

3    A.    Yes, ma'am.  That was from my barn.

4  Every day I use it as a diary in my dairy.  I have

5  cows in heat, cows that freshen, what they had for

6  calves, but the main reason that you got that was

7  because it was weather related.  Because if you'll

8  notice, on the bottom of each one of those squares,

9  it tells you the daytime temperature, it tells you

10  the nighttime temperature in the winter, and it

11  tells you how much precipitation and what it was.

12    Q.    That's an excellent record.  Thank you.

13  Okay.  Then let's talk about the breeding program

14  generally for the endangered animals that we're

15  here about today.  Okay?

16    A.    That's fine.

17    Q.    Okay.  I want to know what protocols or

18  structure -- well, actually, in your own words, why

19  don't you describe to me your breeding program for

20  your tigers.

21    A.    At this time I am not breeding any of my

22  tigers.  I have in the past.  I have a breeder

23  pair, and we used our cubs, I donated them out.

24    Q.    Okay.  Lions?

25    A.    I have not bred lions.

139

1    Q.    Lemurs?

2    A.    I have had several babies.  One went to

3  Barry Duval and he used it in an educational

4  presentation that he does with animals, and one

5  went to Oleson Park Zoo in Fort Dodge.

6    Q.    So you've only had two babies?  Two baby

7  lemurs?

8    A.    I've had another set of twins that died,

9  and you have the necropsy thing in your --

10    Q.    Okay.  And wolves?

11    A.    I have wolf hybrids.  I have not bred

12  any.

13    Q.    And the servals?

14    A.    I have bred servals in the past.  I am

15  not currently.  I don't have any female.

16    Q.    Okay.  So you've bred animals in the

17  past, not currently breeding any animals, it sounds

18  like.  Is that accurate?

19    A.    Well, that's not totally true, no.

20    Q.    Oh.

21    A.    But of the animals that you mentioned --

22    Q.    Oh.  Certainly.  And that's what I mean.

23  Let's confine our testimony to the animals --

24    A.    I didn't know what you meant, I guess.

25    Q.    Yeah.  Sorry.  I'm only interested in the

140

1  breeding program for the animals that are at issue

2  in the lawsuit.  Sorry.  I should have clarified.

3  So do you have protocols or structures in place to

4  restrict that breeding?

5    A.    Yes.

6    Q.    What are those?

7    A.    They are caged separately so that I don't

8  have them just randomly being bred.

9    Q.    All the animals that have reproductive

10  organs are caged separately.

11    A.    The lemurs currently are together, but

12  the male is young, and we will breed those if

13  nature takes its course some day.  They don't

14  mature 'til they're after two, and my male's a year

15  old.

16    Q.    What are the names of the lemurs that are

17  together?

18    A.    Gaz is the male and Chuki is the female.

19  C-h-u-k-i.

20    Q.    It's curious to me, because I have in

21  your records --

22    A.    Oh, it's Zaboo.

23    Q.    Oh.  Okay.

24    A.    I'm sorry.  Gaz was the one that died.

25  I'm sorry.  It's Zaboo.  Z-a-b-o-o.  Yeah, yeah,

141

1  yeah. Sorry.

2      Q.   Zaboo's a male.

3      A.   Yes.

4      Q.   Okay.

5      A.   He's a year old.

6      Q.   And Chuki is a female.

7      A.   Is a female.

8      Q.   And they're together.

9      A.   Yes.

10     Q.   So there's no structure in place or

11 protocol to control that breeding. You'll just

12 allow nature to take its course.

13     A.   I would love to breed them, but -- he's

14 not old enough. They're just caged together as a

15 family.

16     Q.   Okay. And what about the tigers?

17     A.   The tigers are all housed separately. I

18 only have one male and he's housed by himself. In

19 a separate cage, is what I should say. So he

20 doesn't have access to the girls.

21     Q.   One male and several females.

22     A.   Yes.

23     Q.   Okay. And are they -- have any of them

24 been spayed or neutered?

25     A.   No.

142

1      Q.   Are they still in their breeding time

2  range or age range?

3      A.   Yes.

4      Q.   Which ones?

5      A.   All of them.

6      Q.   Would you ever breed them again?

7      A.   I might like to breed my white one, but

8  I've got one that has a genetic defect. Its eyes

9  are crossed and I will never breed that tiger.

10     Q.   Which one's got the crossed eyes?

11     A.   Miraj. M-i-r-a-j.

12     Q.   Miraj was born there; right?

13     A.   Yes, she was.

14     Q.   Did her parents have the genetic defect?

15     A.   No.

16     Q.   Are her parents related?

17     A.   No. Not that I'm aware of.

18     Q.   What do you perceive to be the source of

19 that genetic defect?

20     A.   I don't know.

21     Q.   Okay. What do you do with the baby

22 animals when you have them?

23     A.   As far as what?

24     Q.   Well, I'm curious about what criteria you

25 use to evaluate whether an animal will stay with

143

1  their parents, be sold, stay at the zoo but raised

2  by you.

3      A.   Generally our cats, we hand-raise all our

4  cats. If the mother is taking good care of the

5  cubs, we leave them for 10 days, then we pull the

6  cubs right before their eyes open so they bond to

7  humans. I did have one female that she would not

8  nurse cubs. She'd have them, lick them off, and

9  then she'd just take her foot and push them. So

10 they couldn't nurse colostrum, and my nutritionist,

11 Gary Pusillo, made a colostrum supplement and

12 that's how we saved the cubs. They were fed from

13 day one.

14     Q.   Okay. So how do you -- have any of the

15 cubs been raised by their mothers?

16     A.   Not two of -- like past or --

17     Q.   Yeah.

18     A.   No. No. We pull all our cubs, 'cause

19 they're all hand-raised. All our cats are.

20     Q.   And then after they're raised, have you

21 sold any of them?

22     A.   I haven't sold tigers. I have donated

23 tigers. I have sold servals.

24     Q.   Baby servals?

25     A.   Yes.

144

1      Q.   How many tigers have you donated?

2      A.   I have no idea. I don't have that

3  information available.

4      Q.   And how many tigers have you kept?

5      A.   Three. But I currently have --

6      Q.   How many total?

7      A.   Raoul passed away from quick pneumonia.

8  I think that's it.

9      Q.   Okay. Are you familiar with any Taxon

10 Advisory Group?

11     A.   No.

12     Q.   Are you a member of a species survival

13 program?

14     A.   Not for tigers.

15     Q.   For another species?

16     A.   Santa Cruz sheep are our preservation

17 project. We have the largest stock in the country.

18     Q.   And you're specifically involved with the

19 species survival program.

20     A.   Well, it's not -- it's a preservation.

21 It's not that program.

22     Q.   Okay.

23     A.   It's a preservation thing and they're

24 registered through -- I won't be able to say the

25 whole -- I don't know what the name of it is.

145

1    Q.   But it's a national group?
2    A.   Yes.  It's a -- it's only for, like --
3  the words are escaping me here.  I'm too tired.
4  Like longhorn cattle, like old breeds that --
5        MR. PIERCE:  Heritage:
6    A.   Heritage breeds.  There you go.  That's
7  the word.  Stuck in my head.
8        (MS. BLOME)  Okay.  But not for the
9  tigers or the lemurs?
10   A.   No.
11   Q.   So you declaw all your exotic lions; is
12 that correct?
13   A.   No, I do not.
14   Q.   So some of your tigers --
15   A.   My big tigers that did not ever have
16 claws came to me declawed.
17   Q.   Okay.
18   A.   I've never declawed a tiger.  Ever.
19   Q.   So Rajahn still has his claws.
20   A.   Yes, he does.
21   Q.   And when Raoul died, he had his claws?
22   A.   Yes, he did.
23   Q.   And Miraj?
24   A.   Miraj has claws.
25   Q.   Okay.  So you never personally declawed a

146

1  cat.
2    A.   I'm not going to say I've never -- done
3  it myself?  Is that what you're asking?
4    Q.   No, or ordered it done.
5    A.   I have had a bobcat that I had in the
6  house declawed, and our oldest lion was declawed
7  because she was raised in the house 'til she was
8  10 months.  And that was 18 years ago.
9    Q.   Okay.
10   A.   Otherwise, they all have claws.
11   Q.   You admit that that lion that you
12 declawed cannot be reintroduced to the wild?
13   A.   No.
14   Q.   You believe that the lion you declawed
15 could be reintroduced into the wild?
16   A.   Absolutely not.
17   Q.   Okay.  And you admit that a declawed cat
18 must remained in captivity, then, throughout its
19 life.
20   A.   That's probably true.  But if you have a
21 cat in captivity, I don't know what program you're
22 going to go through to release them.  There's no
23 tiger release program.
24   Q.   But they certainly couldn't be released
25 if they have no claws.

147

1    A.   No.
2    Q.   Okay.  You have traditionally pulled and
3  bottle fed your tiger cubs.  You understand that a
4  bottle-fed cub cannot be reintroduced to the wild.
5    A.   That's probably true.  That's not my
6  intent.
7    Q.   And he couldn't be reintroduced to his
8  family.
9    A.   Why can't it be introduced to its family?
10   Q.   After it's been pulled and bottle fed and
11 raised by a human?
12   A.   Mine are.  They go back to their
13 families.  They don't nurse.  They're just --
14 they're caged together.
15   Q.   You testified they're caged separately.
16   A.   I said the male was caged separately from
17 my females.  But I've got cats that are together.
18 My females are together and they're all hand-raised
19 cats.
20   Q.   Okay.
21   A.   And, yes, they do go together.
22   Q.   Okay.  So you have three female cats all
23 in one enclosure?
24   A.   I've got two in one and I've got two in
25 another.  And then I've got a male.

148

1    Q.   Which two are housed together?
2    A.   I've got Miraj and Natasha, and I've got
3  Sascha and Keirahn.  K-e-i-r-a-h-n.  I like to make
4  this difficult.  Sorry.
5    Q.   And Sascha is the white tiger.
6    A.   Yes, it is.
7    Q.   And they're all female?
8    A.   Those are all female.
9    Q.   And they're all bottle fed?
10   A.   Yes, they are.
11   Q.   And are they related?
12   A.   Miraj and Keirahn, they're full sisters.
13   Q.   And why aren't they housed together?
14   A.   Because they were born at separate times
15 and they already had a -- Miraj and Natasha had
16 already been together and there wasn't enough room
17 in that cage, so she was put with the other tiger.
18   Q.   Okay.  But bottle-fed and hand-raised
19 tigers certainly can't go back to the wild.
20   A.   No.
21   Q.   So none of the animals bred at Cricket
22 Hollow Zoo could go back to the wild.
23   A.   No.
24   Q.   And they don't go back to the wild.
25   A.   No.

153

1   Keirahn, K-e-i-r-a-h-n.

2           MR. PIERCE:  Off the record.

3           (Discussion off the record.)

4       Q.  (MS. BLOME)  Okay.  And then would you

5   list the tigers who have been in your facility but

6   have since died?

7       A.  We have Sheba and Shere Khan, Luna and

8   Casper, Raoul.  I can't think of any more.

9       Q.  Okay.  So Natasha, Miraj, Keirahn,

10  Sascha, and Rajahn are there now.

11      A.  Five.

12      Q.  Okay.  How old is Natasha?

13      A.  Approximately 10 or 12.  I don't have a

14  paper in front of me or I'd know.

15      Q.  Okay.  How did you acquire Natasha?

16      A.  She was a donation from Brown's Oakridge

17  Zoo in Smithfield, Illinois.

18      Q.  Is that Nancy Brown's zoo?

19      A.  Yes.

20      Q.  Was she born at Nancy's facility?

21      A.  Yes.

22      Q.  Are you the next owner?

23      A.  Yes.

24      Q.  And how old was Natasha when she came to

25  you?

154

1       A.  I'm not sure.  I'd say six months or six

2   months plus.

3       Q.  Did you provide any services to Nancy

4   Brown's zoo in exchange for Natasha?

5       A.  No.

6       Q.  Okay.  Miraj, how old is Miraj?

7       A.  I believe she's 10.

8       Q.  And she was born at the zoo?

9       A.  She was my first cub.

10      Q.  Okay.  Who is Miraj's mother?

11      A.  Sheba.

12      Q.  And Keirahn, how old is Keirahn?

13      A.  I think eight.  I'm not sure without

14  my --

15      Q.  How did you acquire Keirahn?

16      A.  Keirahn was born there.

17      Q.  And who is his mother?  Her mother.

18  Sorry.

19      A.  Sheba.

20      Q.  Okay.  And Sascha?

21      A.  Sascha came from Craig Perry.

22      Q.  And how old is she?

23      A.  I'm not sure.  Just a guess without my

24  paper, 13, 14.

25      Q.  Okay.  And do you know where Sascha was

155

1   born?

2       A.  I believe at his home.

3       Q.  So it went from Craig to you.

4       A.  Yes.

5       Q.  Is Sascha one of the animals that you

6   obtained when Craig went out of business?

7       A.  Yes.

8       Q.  Okay.  Rajahn.  How old's Rajahn?

9       A.  Rajahn will be three in August.

10      Q.  And he was born --

11      A.  Yes.

12      Q.  And who is his mother?

13      A.  Natasha.

14      Q.  And Raoul, is Raoul Rajahn's brother?

15      A.  Full brother.

16      Q.  Okay.  Raoul died in 2013.  Was he about

17  a year old, then?

18      A.  I don't think he was quite a year.

19      Q.  What was the reason that Raoul died?

20      A.  He got quick pneumonia.

21      Q.  Okay.  I'm curious about the

22  circumstances leading up to his death.  When did

23  you notice that he was sick?

24      A.  I believe the afternoon he died.  He

25  started puffing and we called the Elkader

156

1   Veterinary Clinic, and my volunteer went up and got

2   a bag of drugs that my vet prescribed to him,

3   brought it back to save time, and we administered

4   them.

5       Q.  Which vet?

6       A.  Dr. Pries.

7       Q.  Okay.  So you called Dr. Pries and told

8   him what was going on.

9       A.  (Nods yes.)

10      Q.  What did you describe to Dr. Pries?

11      A.  Just what I said.  He was kind of puffing

12  and lethargic.

13      Q.  And that was the extent of it?

14      A.  (Nods yes.)

15      Q.  Were you worried that he might die?

16      A.  When you get quick pneumonia I am.

17      Q.  So Dr. Pries prescribed some medications,

18  which you said you had a volunteer go fetch.  Who

19  was that volunteer?

20      A.  Kyle Cooke.

21      Q.  Do you recall what those medications

22  were?

23      A.  No.  There was a bag of various drugs.

24  Some were injectables and there might have been one

25  that I gave him by mouth.

157

```
1    Q.   Okay.  You're not a trained veterinarian.
2    A.   No.
3    Q.   But you injected Raoul with some
4  medication?
5    A.   Yes, I did.
6    Q.   How soon after you injected Raoul with
7  those medications did he die?
8    A.   I don't know for sura.  I'm sure he died
9  that evening later.  Maybe between 7 and 8.  I'm
10  not just sure.
11    Q.   And you noticed he was sick in the
12  afternoon.  Like 1:00?
13    A.   I think it was later.  I don't know
14  exactly.  I don't remember.
15    Q.   Okay.
16    A.   When Kyle was there.
17    Q.   And you didn't notice any symptoms of
18  illness prior to that afternoon.
19    A.   No.
20    Q.   Did he seem he was normal and healthy --
21    A.   Yes.
22    Q.   -- in every way?
23    A.   Yep.  He was fine.
24    Q.   What did you do with Raoul's body?
25    A.   We buried him.
```

158

```
1    Q.   And where did you bury him?
2    A.   We have like a grove of trees and that's
3  our pet cemetery, I guess.
4    Q.   How many animals are buried there?
5    A.   Probably an old monkey, cougars, my
6  oldest tiger, plus anybody else that passed away.
7    Q.   I'm so sorry, but could you speak up a
8  little bit?  She seems to be having trouble hearing
9  you.
10    A.   I'm sorry.  I should go like this and
11  face you.
12         MR. PIERCE:  Do you need water?
13         THE WITNESS:  It's okay.  Thank you.
14    Q.   (MS. BLOME)  Do you have a solid waste
15  disposal area permit for that pet cemetery?
16    A.   No.
17    Q.   Have you ever talked to the Department of
18  Natural Resources about it?
19    A.   It's not required.  We have a compost
20  pile for our dairy.
21    Q.   But you don't place the animals in the
22  compost pile?
23    A.   Not my tigers, no.  I bury them.
24    Q.   And cougars and the monkey?
25    A.   (Nods yes.)
```

159

```
1    Q.   Okay.  Have you ever consulted with the
2  NRCS about your solid waste disposal area?
3    A.   No.
4    Q.   Are you familiar with that term, solid
5  waste disposal area?
6    A.   No.
7    Q.   Okay.  So let's talk about some of the
8  other animals that have died.  So Shere Khan you
9  mentioned died.  Do you remember how old Shere Khan
10  was when he died?
11    A.   I would say he was approximataly 22.
12    Q.   Okay.  What year did he die?
13    A.   I want to say -- excuse me -- 2013,
14  maybe.
15    Q.   Where did you acquire Shere Khan?
16    A.   Bob Strange.
17    Q.   And did Bob Strange -- was Shere Khan
18  born on Bob Strange's farm?
19    A.   I don't think so.  I think he came
20  originally from someplace in Ohio.
21    Q.   Okay.  Do you know what place in Ohio?
22    A.   No.
23    Q.   Or, like, the nature of the place?
24    A.   I don't have any idea.
25    Q.   Okay.  Did you acquire any other tigers
```

160

```
1  with Shere Khan?  At the same time?
2    A.   Sheba.
3    Q.   Sheba.  Okay.  And so that -- what year
4  was that you acquired Shere Khan and Sheba?  Would
5  2004 sound right?
6    A.   Very possibly.
7    Q.   How old was Sheba when she died?
8    A.   She was about 20.
9    Q.   Okay.  What was the cause of Shere Khan's
10  death?
11    A.   Just old age.  He was slowing down.  They
12  both were.
13    Q.   Would you attribute the old age to Sheba,
14  as well?
15    A.   Yes.
16    Q.   Were there any illnesses associated with
17  their deaths?
18    A.   No.
19    Q.   Would you describe how you found them
20  when they died?
21    A.   They just laid there on the ground, like
22  they were sleeping.
23    Q.   Did they lay there for a period of time
24  before they passed?
25    A.   I don't know.  They probably died in the
```

161

1  night.
2      Q.  Do you recall that they died in the
3  night?
4      A.  I don't remember.  I honestly don't.  I
5  just remember that they died.
6      Q.  And what did you do with the bodies of
7  Shere Khan and Sheba?
8      A.  They were buried.
9      Q.  In the same area?
10     A.  No.
11     Q.  Where are they buried?
12     A.  I believe they're buried in the fence
13 line in my cornfield.
14     Q.  Are there other animals buried in the
15 fence line at your cornfield?
16     A.  Casper and Luna.
17     Q.  Why did you decide not to bury them in
18 your pet cemetery?
19     A.  Because it's wet in there.
20     Q.  So it's related to the time of their
21 death?
22     A.  (Nods yes.)
23     Q.  Let's talk about Casper and Luna.  Where
24 did you acquire Casper and Luna?
25     A.  They came from Animal Haven in Wisconsin.

162

1      Q.  Okay.  What do you understand about where
2  they were before Animal Haven in Wisconsin?
3      A.  They were down south somewhere.
4      Q.  We heard testimony from your veterinarian
5  that he believed they came from a drug house.
6      A.  That was -- he was mixed up.  That was
7  the lions.
8      Q.  Oh.  Okay.
9      A.  The lions came from a drug house and they
10 went to a sanctuary and the sanctuary sold them.
11     Q.  Which lions?
12     A.  Jonwah and Kamarah.  K-a-m-a-r-a-h.
13     Q.  Which sanctuary?
14     A.  I have no idea.
15     Q.  Okay.  So they went to -- sorry to jump
16 around, but Jonwah and Kamarah went from a drug
17 house to a sanctuary to you?
18     A.  They came -- they went to Animal Haven
19 Zoo.  He had arranged for them to come up.
20     Q.  From the sanctuary?
21     A.  Yeah.  'Cause he got the male.  There was
22 a male lion with that bunch.  And I took the two
23 girls.
24     Q.  Okay.  And that was in 2010.
25     A.  Yep.  Could be, if that's what it says.

163

1  I can't remember the dates.
2      Q.  Is Jonwah still at your zoo?
3      A.  Yes, she is.
4      Q.  And where's Kamarah?
5      A.  Kamarah died.
6      Q.  And what did Kamarah die of?
7      A.  She had pancreatitis.
8      Q.  We heard testimony from Nancy Harvey that
9  she saw a lion vomiting at the zoo.  Was that
10 Kamarah?
11     A.  That was Kamarah with pancreatitis.
12     Q.  What treatment did you provide to Kamarah
13 for the pancreatitis?
14     A.  There wasn't much anybody could do.  When
15 they have pancreatitis, you try to not give them a
16 bunch of food because they can't deal with it
17 anyway, and she was just vomiting, and nothing
18 really.
19     Q.  What was your understanding of how it
20 onset?
21     A.  I don't know.  You'd have to talk to my
22 veterinarian about how that all goes.  I'm not a
23 veterinarian.
24     Q.  Which veterinarian treated Kamarah?
25     A.  John Pries.

164

1      Q.  Okay.  You mentioned Casper and Luna are
2  buried at the fence line.  Is Kamarah at the fence
3  line?
4      A.  I don't remember where we buried her.
5      Q.  Do you recall anything about the weather
6  conditions when she onset with pancreatitis?
7      A.  It was late summer.  I think she died in
8  October or November.  I don't remember without my
9  records.
10     Q.  So she had pancreatitis for a while?
11     A.  Well, she -- I don't know.  She had a
12 terrible life, anyway.  You don't know what really
13 happened to her in all the time she went from a
14 drug house to a sanctuary, and what they were
15 feeding them, and she wasn't in very good shape and
16 she was old.
17     Q.  How old?
18     A.  I'm sure older than what they represented
19 to us.
20     Q.  What did they represent to you?
21     A.  That they were prime seven- or
22 eight-year-olds for breeding.
23     Q.  Was it your intention to breed them?
24     A.  Yes.
25     Q.  So she seemed older than seven or eight

165

1  to you.
2      A.   I'm sure she was.
3      Q.   Okay.  All right.  Let's go back and talk
4  about Casper and Luna.  They came from this house,
5  but you don't know where --
6      A.   No.
7      Q.   -- to the Animal Haven in Wisconsin.
8      A.   Yes.  He arranged for the trip for them
9  with some other animals.
10     Q.   And what month did you acquire them?
11     A.   I believe in July.
12     Q.   Of this past year?
13     A.   Yes.
14     Q.   What condition were they in when they
15  arrived?
16     A.   A little thin, but nothing that would
17  alarm me big time.  I think they might have been
18  older than what I thought they were going to be,
19  too.
20     Q.   What did you think they were going to be?
21     A.   They said they were around 10.
22     Q.   And how old were they, do you think?
23     A.   I don't really know.  If they were 15, I
24  wouldn't have been surprised, but I don't know.
25     Q.   Did you acquire them for the purpose of

166

1  breeding also?  Casper and Luna?
2      A.   Casper, yes.  Luna, no.
3      Q.   Why not Luna?
4      A.   I just don't have any reason to breed an
5  orange tiger right now.
6      Q.   Just white tigers?
7      A.   I just wanted to try Casper once.
8      Q.   With Sascha?
9      A.   No.  I thought I'd use an orange tiger.
10     Q.   What happens when you breed an orange and
11  white tiger?
12     A.   You could get a white cub.
13     Q.   Okay.
14     A.   You have just as good a chance as if you
15  breed her to a white one.
16     Q.   So between July and November of 2014,
17  Casper died.
18     A.   Yes.
19     Q.   What happened after he arrived that might
20  have led to the illness?
21     A.   He was very thin, I thought, and so I
22  wormed him, and I guess my vet had looked at him,
23  too, and we were almost concerned that he had
24  blindness, or loss of sight, just the way he was
25  kind of holding his head.  And when he had been in

167

1  the transports from down south, he had probably
2  been turning in them and he had some just scrapes
3  on his face and there was spots on his leg and
4  stuff where he had been turning in there and --
5      Q.   Like bedsore kind of spots?
6      A.   Well, just rubs.  They were good rubs.
7  And I guess they were going to come to a head and
8  they probably opened, and that was all documented
9  in his veterinary records.  Dr. Pries did come back
10  out and look at him again, and we determined that
11  his eyesight was normal, and he didn't see any
12  problems, but the sores or the -- turned to
13  abscesses.  They did break open.  He was licking
14  them.
15          I happened to get inspected that day and
16  it -- they had just opened the day before and he
17  was licking them clean.  They were, you know, not
18  draining bad or anything, but they were, you know,
19  various sizes inside his arm, and I got written up
20  as a direct because I didn't call the vet, even
21  though the vet already knew what was going to
22  happen, and we ended up he did come back out, and
23  just as a precaution for any, like, secondary
24  infection, we put him on amoxicillin for a week,
25  and I gave it to him in hamburger.

168

1      Q.   And did he die after that week?
2      A.   No.  He was actually looking better, and
3  he was putting weight on.  I was happy with his
4  progress.  In November we had a big cold snap and I
5  found him with his head down puffing with quick
6  pneumonia.  So I called Dr. Pries again, we put him
7  on -- I gave him injectable maxo, I think we put
8  amoxicillin in him, I don't know, there might have
9  been something else, but despite that, I did lose
10  him.
11     Q.   So let's go back a little bit with regard
12  to the abscesses on his leg.  When was the first
13  time you called Dr. Pries out?
14     A.   Dr. Pries looked at him shortly after I
15  got him.
16     Q.   Okay.  So somewhere in July?
17     A.   I -- I don't know what month it was for
18  sure.  Or what day.  It's written in his record,
19  but I don't know right off the top of my head.
20     Q.   And then did Dr. Pries -- so I have a
21  letter from Dr. Pries dated October 18, 2014 --
22     A.   Uh-huh.
23     Q.   -- in which he outlines the treatment for
24  the eyes you mentioned and that lesion on his leg.
25     A.   Correct.

169

1    Q.   Was there a time you contacted him
2  between that initial visit and that October 8
3  visit?
4    A.   I think he did a walk-through in August
5  or September.  That would be in the records there.
6    Q.   And then when he did the walk-through,
7  did he pay any special attention to Casper?
8    A.   We looked at his eyes that day, too, but
9  we didn't look as close as we did on the second
10 visit.
11   Q.   What about his eyes bothered you?
12   A.   He just -- the way he held his head.  He
13 just didn't look like he was focusing right.  The
14 retinas and everything, everything was clear, so he
15 was all right in the end.
16   Q.   On that walk-through, did Dr. Pries look
17 at his leg, though, or just the eyes?
18   A.   He noted that, you know, it had not come
19 to a head yet on the inside of his legs.  He said
20 that it would open eventually.  It was just, you
21 know, a timing issue.
22   Q.   But no treatment for the eyes or the leg.
23   A.   No.
24   Q.   Okay.
25   A.   There was nothing to treat with that.

170

1    Q.   In your interrogatory response regarding
2  Casper, you provide -- well, it's not
3  interrogatories regarding Casper.  It's regarding
4  corrections, the citations from the United States
5  Department of Agriculture.  We're talking about
6  interrogatory response number 13, and in there,
7  with regard to the USDA citation for Casper, you
8  say that to correct it, "Tiger with lesions.  Vet
9  hadn't been called yet again.  This has been
10 documented in the tiger's medical records."  You
11 sound a little annoyed with USDA in that.
12   A.   I think I was, because it was all
13 documented in that tiger's records.  She took a
14 picture of it that day and she knew that -- you
15 know, everyone was aware of what was happening with
16 the tiger and I got a direct on it.
17   Q.   And she is?
18   A.   Heather Cole.
19   Q.   Okay.  So Heather Cole is the vet who
20 cited you for --
21   A.   Yes.
22   Q.   -- Casper.  Okay.  Another thing I wanted
23 to talk about was, with regard to Casper, the cold
24 snap you mentioned.  What temperature was it you
25 would characterize as a cold snap?

171

1    A.   Oh, November was particularly cold that
2  last year, below normal what I would consider, you
3  know, from October and November, and it just -- it
4  went from decent to just almost subzero stuff and
5  very cold, and it's just hard on stuff, you know.
6  And they were southern-acclimated, anyway, so they
7  didn't have extra time to -- for that kind of
8  weather.  You know, if they would have had another
9  couple months or something, they might have been
10 happier.
11   Q.   Okay.
12   A.   Not that they didn't have bedding and
13 shelter, but, you know, it's hard on all livestock
14 in that kind of weather.
15   Q.   But you don't recall the exact
16 temperatures?  Just below zero, do you think?
17   A.   There was a lot of cold days that would
18 be not normal.
19   Q.   And then you mentioned puffing as an
20 indicator of quick pneumonia.
21   A.   (Nods yes.)
22   Q.   We're not familiar with quick pneumonia.
23 Would you tell us what that is in your own words?
24   A.   They just -- whatever makes their lungs
25 fill up with fluid, they're just -- (indicates).

172

1  You know, they're really puffing.  You can really
2  see their sides going in and out.  And we've had it
3  in cattle before, you know.  It's not unusual, put
4  it that way.  You don't want to have it, but it
5  happens.
6    Q.   So basically you see, like, an animal
7  struggling to breathe and you believe it to be
8  quick pneumonia?
9    A.   If it happens quickly.  I mean, this --
10 like, you can have a calf with quick pneumonia and
11 feed him and he's fine that morning and go in the
12 condo that night and he's laying there dead through
13 the day.  In 12 hours he can be gone.
14   Q.   Is that how quickly Casper went between
15 quick pneumonia and death?  About 12 hours?
16   A.   Fast.  I don't know exactly how many
17 hours, but, yeah, it was fast.
18   Q.   And that was in November?
19   A.   Yes.
20   Q.   And you say Casper is at the fence line.
21   A.   Yes.
22   Q.   Okay.  And Luna you acquired with Casper.
23 And I have that she's not listed in your animals on
24 hand even in October of that year.  Did Luna die
25 pretty quickly?

181

1   or he, sorry, appears to have been acquired in 2005
2   from Brown's Oakridge Zoo in Smithfield, Illinois.
3       A.   He was donated to us.
4       Q.   Was he a baby, too, when he came?
5       A.   He was six months or six months plus when
6   I got him.
7       Q.   So was he born in Nancy Brown's zoo?
8       A.   Yes.
9       Q.   Any health problems with Dandylion?
10      A.   No.
11      Q.   Okay.  So now I want to talk about --
12  okay.  I want to talk about your wolves.  You
13  reported that you have three wolves that were
14  donated by a wolf rescue in Marshall, Arkansas, in
15  2009, and you classified them as hybrid wolves.
16  I'm curious about how you've reached the conclusion
17  that they're hybrids.
18      A.   Because they were sent to me as
19  75 percent wolf hybrids.  So they're 25 percent
20  dog.
21      Q.   Do you know who hybridized the wolves?
22      A.   No.
23      Q.   Do you have any proof of their
24  hybridization?
25      A.   You can look at them and see that they're

182

1   not.  They're medium wolves.  They're just --
2       Q.   Okay.
3       A.   They look like they have German shepherd
4   in them a little bit.
5       Q.   Okay.  Would you have any problem with us
6   running a DNA test on your wolves?
7       A.   No.
8       Q.   So at the Cricket Hollow Zoo, in the wolf
9   enclosure, there's a placard on the front --
10      A.   Yes.
11      Q.   -- of the enclosure.
12      A.   (Nods yes.)
13      Q.   You're familiar with the placard?
14      A.   Yes.
15      Q.   It identifies the wolves as timber
16  wolves, and it lists them as endangered in all red
17  letters.  Isn't that true?
18      A.   Well, a timber wolf is, but mine are not
19  timber wolves.  That's just an educational sign,
20  because I have wolves in there.
21      Q.   So you're not attempting to represent to
22  the public that those are endangered wolves.
23      A.   No.  Not at all.
24      Q.   Okay.  In addition to tigers, lions, and
25  wolves, you currently have a few lemurs.

183

1       A.   Yes, I do.
2       Q.   What are the names of the lemurs that are
3   living at your zoo right now?
4       A.   I have two ring-tails and their names are
5   Zaboo and Chuki.
6       Q.   Anyone else?
7       A.   That's the two ring-tails.  I have a red
8   ruffed, Lucy, with red hair.
9       Q.   How did you acquire Chuki?
10      A.   Chuki was donated I believe from Animal
11  Haven.
12      Q.   I have that she was accompanied by Condo
13  when she came.
14      A.   Yes.
15      Q.   Were they brother and sister?
16      A.   No, they were mates.
17      Q.   Okay.  Did they have babies?
18      A.   No.
19      Q.   What happened to Condo?
20      A.   He just suddenly died, and I don't know
21  the reason.  I just found him dead in his cage.
22      Q.   Did you have a necropsy performed on
23  Condo?
24      A.   Not that one, I didn't.
25      Q.   Chuki is still alive.

184

1       A.   Yes.
2       Q.   Has Chuki been held in isolation before?
3       A.   When she lost her mate, she was next to
4   the other lemur, but she didn't have a mate with
5   her.  Is that what you mean?
6       Q.   I think so.  What do you mean by next to
7   the other lemur?
8       A.   They have side-by-side cages so they can
9   see through and talk to each other.  But they are
10  not compatible.  I tried to put them together and
11  they are not compatible.
12      Q.   All right.  So they're in their own cages
13  but they're side by side.
14      A.   Right.  So they can touch and they can
15  vocalize, but they cannot actually grab each other
16  and kill one another.
17      Q.   And you just mentioned Zaboo.  It looks
18  like you recently acquired Zaboo.
19      A.   Yes.
20      Q.   And I have from Oleson Park Zoo in
21  Fort Dodge?
22      A.   That's correct.
23      Q.   What's Zaboo's origin story?
24      A.   He was born and bred in Oleson Park Zoo.
25  I think he was born in March, and I was looking for

185

1   a mate for Chuki and so I put my name in and they
2   sold him to me.
3       Q.   And that was a female?
4       A.   He's a male.
5       Q.   Oh, he's a male.  Okay.  So he's just a
6   friend.
7       A.   For now.  Chuki's a female.
8       Q.   Oh, Chuki's a female.  Okay.  Thank you.
9   Okay.  Any health problems with Chuki or Zaboo?
10      A.   No.
11      Q.   All right.  Let's talk about Lucy.  Lucy
12  is, you said, a red ruffed lemur.  I have her
13  acquired in 2009 and hand-raised by Craig Perry.
14      A.   That's true.
15      Q.   So am I to assume that she's not had any
16  other owners?
17      A.   Not that I'm aware of, no.
18      Q.   Has she ever had a companion with her in
19  her cage?
20      A.   No.
21      Q.   And she's been with you for six years
22  now?
23      A.   She was his only one, too, I think, so
24  she's just -- she's bonded to people.
25      Q.   And I'm a little curious about -- Jeff's

186

1   a lemur guy, so I'm a little curious about the
2   lighting that's provided to Lucy.  I see that USDA
3   has cited you for not providing enough lighting for
4   Lucy, and I wonder what you thought about that.
5       A.   It wasn't for Lucy.  It was for the
6   ring-tails.  There's a bank of lights that go
7   across the ceiling on their indoor enclosure, and
8   they were approximately 12 feet apart, and so they
9   asked for extra lighting, and I provided that that
10  same day.  So it's there and --
11      Q.   They didn't seem to have a problem with
12  Lucy's lighting?
13      A.   No.
14      Q.   Then let's talk about the lemurs that
15  have died at Cricket Hollow Zoo.  The first is --
16  the first one listed is Tootsie.  Died of old age
17  in 2009.  What can you tell me about the
18  circumstances of her death?
19      A.   I got her from Bob Strange, I'd had her
20  for years, and she just aged out and that was it.
21  She died one day.
22      Q.   Any illnesses associated with her death?
23      A.   No.
24      Q.   Did you just find her dead in her cage?
25      A.   Yeah.  She was just laying there.

187

1       Q.   You hadn't noticed any symptoms of
2   illness?
3       A.   No.  My lemurs have been pretty trouble
4   free.
5       Q.   How about Cheech?  I have that you
6   acquired him in 2010.  Or I'm sorry.  I don't know
7   when you acquired him, but he died in 2010.
8       A.   He died in 2010.  'Cause Tootsie and
9   Cheech were a pair.  But I don't know how old he
10  was.  I'm sure he was quite old, like Tootsie was.
11      Q.   Did they ever have babies?
12      A.   Yes.  They had twins and then they had
13  two singles.
14      Q.   And what happened to those babies?
15      A.   The twins died and they were sent to Ames
16  for a necropsy, Barry Duval got one and Oleson Park
17  Zoo got one.
18      Q.   Who is Barry Duval?
19      A.   He does animal presentations for kids.
20      Q.   And where is he located?
21      A.   I think he's in Waterloo or somewhere
22  over that way.
23      Q.   Okay.  The babies that -- the twins that
24  died and went to Ames, Mattie and Gaz?
25      A.   Mattie and Gaz, yeah.  I think I just

188

1   sent one in for necropsy, though.
2       Q.   What was the diagnosis?
3       A.   They claimed encephalitis.
4       Q.   What's your understanding of what
5   encephalitis is?
6       A.   It affects their brains.  They had
7   something neurologically going on with them as
8   babies.  They just didn't act right, they were
9   dizzy and -- I don't know.  I knew something was
10  wrong with them, but we couldn't find anything, and
11  when they did die, then that's what we sent Ames.
12      Q.   And then Condo.  I think we talked
13  about -- a little bit about Condo, but what were
14  the circumstances of his death?
15      A.   He just died, too.  I don't know.
16      Q.   You have him dying in 2011?
17      A.   Could very well be.
18      Q.   Is there anything that you'd like to tell
19  me about any of the lemurs that you have had at
20  Cricket Hollow Zoo?
21      A.   They've been trouble free.  I don't think
22  there were problems medically with the ones that I
23  got.  They've all been healthy and -- I don't know.
24      Q.   And then finally the serval.  I have
25  Cassaya.  That's a pretty name.

197

1  enrichment.

2  Q.  Okay.  That actually fascinates me.  When

3  you give them whole prey, is it alive?

4  A.  No.  I do not feed anything alive.

5  Q.  Okay.

6  A.  That's cruel.

7  Q.  Cruel to the animal that's being killed?

8  A.  Yes.  'Cause my cats don't hunt like a

9  wild tiger, and they maul it and abuse it, and I

10  would never do that.

11  Q.  Okay.  I didn't have any idea.

12  A.  No.

13  Q.  And when the carcass is placed in the

14  pen, how long does it stay in there?

15  A.  They eat it.

16  Q.  Pretty quickly?

17  A.  Oh, yeah.

18  Q.  24 hours?

19  A.  Oh, yeah.  Two cats can have a deer gone

20  in 24 hours or less.

21  Q.  And what will you do if it's still in

22  there after 24 hours?

23  A.  We can put it in the compost pile at the

24  farm.

25  Q.  And that's -- you had NRCS help you with

198

1  that compost pile?

2  A.  No.

3  Q.  No?

4  A.  It's a farm compost pile.  It's how they

5  get rid of pigs or cattle or whatever you want,

6  dead.

7  Q.  How large would you say that is?

8  A.  As big as I want it to be.

9  Q.  Right now, how big is it?

10  A.  I don't know.  Probably 50 by 20.  That's

11  like bones and hide and things that we don't -- you

12  know, that we take out of the tiger's pen that they

13  aren't going to eat, that's what goes in the

14  compost.

15  Q.  Okay.  What about nutrition?  What

16  nutrition do you feed the tigers?

17  A.  They are obligate carnivores, so they

18  only eat raw meat.  And we do feed whole prey in

19  the wintertime.  And in the summertime, if we have

20  something that weighs under 300 pounds, we may feed

21  it in the evening hours and then it's taken out by

22  the next morning.  Off season, when we're not open,

23  we feed LDI-contract meat, which would be anything

24  from steaks to chicken that comes packaged.  It's

25  human grade.  It's supplemented with Oasis

199

1  felidae T, as in turkey.  It's a brand.

2  Q.  Okay.

3  A.  And then they get Primal-Cal.

4  Q.  What's Primal-Cal?

5  A.  It's a calcium supplement that Oasis also

6  makes.  Our nutritionist, Gary Pusillo, makes those

7  products.

8  Q.  When you call Dr. Pusillo your

9  nutritionist, is he your nutritionist for all of

10  the animals at the zoo?

11  A.  Not all of them.  Primarily the cats, but

12  we have used some of his products for other

13  species.

14  Q.  And space.  You said something

15  interesting.  You can never give an animal too much

16  space.  What do you do to ensure that the tigers

17  have the right amount of space?

18  A.  I have never, ever been written up by

19  USDA for having an inadequate amount of space in a

20  cage.

21  Q.  Okay.  So that's what you do to ensure

22  that they are healthy and happy?

23  A.  I make it as big as I have available for

24  that area.

25  Q.  You also said that you want to keep the

200

1  animals clean and healthy.

2  A.  That's true.

3  Q.  What do you do to keep them clean and

4  healthy?

5  A.  Our cats are housed on pea gravel, so we

6  can take like a horse stall rake and we can rake up

7  the poop.  It's out in the sunshine and the rain,

8  so it's sanitized in that direction.  And I guess

9  they have routine wormings and -- if they have an

10  emergency or some other medical issue, then I guess

11  the veterinarian can work on that.

12  Q.  You also said you thought that being

13  socialized with humans was good animal husbandry

14  practice.

15  A.  Yes, I do.

16  Q.  Why do you think that?

17  A.  Because that makes an animal, if I need

18  to work on him, he's not going to be sitting at the

19  other end of the cage getting all stressed out

20  because I'm going to have a doctor come over and

21  look at him, and he's going to come right up to me,

22  he's going to talk to me.  If I have to have the

23  pull syringe, he's right there, I can get him.

24  Q.  A pull syringe?

25  A.  If he needs a shot for something, I don't

209

1   not want -- unless you have an attendant standing
2   on your path every I don't know how far to make
3   sure that somebody doesn't pet a goat the wrong way
4   or something happens. And I guess that goes
5   against my own ideas, but that's the law, so that's
6   what we did.
7       Q.   Is there ever a time when you would not
8   be present when the animals are interacting
9   directly with humans?
10      A.   Not now.
11      Q.   But then?
12      A.   We put that fence in -- or the barrier
13  fence, and there's, like, little PVC tubes and
14  that's how people feed the animals, all our hoof
15  stock and all the other animals that were in the
16  petting zoo before.
17      Q.   And when did you put that fence in?
18      A.   It was in place when we opened in May of
19  2014.
20      Q.   And is that for -- you said it was for
21  the petting-zoo-type animals?
22      A.   Yes.
23      Q.   Any other animals?
24      A.   We have a perimeter fence around our
25  carnivores, which has always been in place.

210

1   There's no public access to them.
2       Q.   So the barrier fence is installed for all
3   other animals?
4       A.   Regulated animals.
5       Q.   Please elaborate on that distinction.
6       A.   USDA does not regulate equines or birds.
7       Q.   Okay. We talked a little bit about the
8   enclosures for animals in the winter. You stated
9   that if the animals are attached to a facility,
10  that you put them in a facility and shut it up and
11  restrict them from going outside in the winter.
12      A.   That is true.
13      Q.   Otherwise, as indicated on Exhibit L,
14  they're transferred to your dairy farm barn to live
15  out the winter.
16      A.   No, that's not exactly. Most of our
17  tropical animals or anything that needs to be
18  heated or not take Iowa's winters are attached to
19  buildings or they're locked inside. Those other
20  animals that are farm animals are in the main part
21  of the zoo and I take part of those out, so --
22      Q.   Okay.
23      A.   You can see it on there.
24      Q.   The ones that are circled.
25      A.   Yeah.

211

1       Q.   Okay. So do the tiger -- what happens to
2   the tigers and the lions in the winter?
3       A.   They are -- they live for winter. The
4   tigers. They love the winter, and that's their
5   best season. They're Siberian generics and they
6   love snow, they want to play out in there, and
7   they're happy.
8       Q.   How do you know they're Siberian?
9       A.   They were sent to me as Siberian
10  generics. They're not pure. They can be mixed.
11  There could be something bred in them.
12      Q.   Okay. What about the lemurs? They get
13  shut into the reptile house?
14      A.   They're inside, yes.
15      Q.   What's the climate control in the reptile
16  house?
17      A.   It's got a regular furnace.
18      Q.   Okay. Do you keep the heat constant?
19      A.   Yes, I do. It's on a thermostat.
20      Q.   The serval, where does she go?
21      A.   She's in that building also.
22      Q.   And the wolves?
23      A.   The wolves are outdoors.
24      Q.   Okay. Are kinkajous endangered?
25      A.   No.

212

1       Q.   All right. I want to talk to you about
2   some veterinary care issues. First of all, you sat
3   in on Dr. Pries's testimony yesterday during his
4   deposition; correct?
5       A.   Yes.
6       Q.   So was any of your testimony or
7   preparation -- I'm sorry. Let's start over.
8            Was any of your preparation today formed
9   by Dr. Pries's answers yesterday?
10      A.   No.
11      Q.   So you're answering independently from
12  his answers.
13      A.   Yes.
14      Q.   I understand Dr. Pries took over as your
15  attending veterinarian in 2009. Right?
16      A.   Yes.
17      Q.   And Kevin Esch was responsible prior to
18  that?
19      A.   Yes.
20      Q.   Why did you switch to Dr. Pries?
21      A.   Dr. Esch left the practice and went to
22  Brazil with his family to practice there.
23      Q.   To the country of Brazil?
24      A.   To the country of Brazil.
25      Q.   What process did you go through to

213

1  determine who was best qualified to serve as your
2  attending veterinarian after Dr. Esch?
3      A.   Dr. Pries said that he would help me, and
4  he has access to other zoos for things that he
5  doesn't know how to take care of or that he has not
6  had the experience of doing.
7      Q.   Did Dr. Pries approach you?
8      A.   No, I approached him. I approached their
9  office. And Dr. Pries said that he would take care
10 of things. He takes care of reptiles and primates,
11 as well, and it's hard to find somebody that does
12 all that.
13     Q.   Did you know that by word of mouth?
14     A.   They told me that, I guess.
15     Q.   When did they tell you? Who is "they"
16 and when did they tell you?
17     A.   Elkader Veterinary Clinic when Dr. Esch
18 left.
19     Q.   Did Dr. Esch used to work there, too?
20     A.   Yes.
21     Q.   And so when Dr. Pries took over the
22 practice, someone there told you he was a wild
23 animal vet.
24          When Dr. Esch was leaving, I said, "Do
25 you have another veterinarian that can help me and

214

1  be my USDA zoo veterinarian?" and Dr. Pries -- I
2  don't know if he said it directly or if they talked
3  about it first, but that's how I ended up with him.
4      Q.   Did you evaluate any other veterinarians
5  in the area for their expertise?
6      A.   They won't take me. I've asked.
7      Q.   Why not?
8      A.   They don't want to mess with exotics.
9  They don't have the experience and they don't want
10 to do it.
11     Q.   So Dr. Pries is your only choice, really?
12     A.   To be local. I'm not going to drive
13 400 miles for a vet. When I need an emergency, I
14 need somebody that's in my neighborhood, so to
15 speak.
16     Q.   Okay. In your program of veterinary care
17 that you submitted to the United States Department
18 of Agriculture, you certified you discuss certain
19 topics with Dr. Pries and can administer them in
20 his absence in the case of an emergency. I'd like
21 to go over those topics with you and I want you to
22 tell me what you recall about those discussions
23 with Dr. Pries.
24     A.   Okay.
25     Q.   Okay. Vaccinations?

215

1      A.   I guess we discussed what vaccinations we
2  wanted to use on specific species, and I guess he
3  wrote in my veterinary care booklet, like on my
4  hoof stock and stuff, the clostridium and tetanus,
5  whatever. It's all in there. On my cubs, I do
6  vaccinate them with a killed vaccine, but I do not
7  and have never, ever vaccinated my large adult
8  cats.
9      Q.   All right. Why not?
10     A.   I don't believe in it.
11     Q.   You don't believe in vaccinations?
12     A.   Not a hundred percent on a big one.
13     Q.   How come?
14     A.   That's my belief.
15     Q.   Well, I'd like to understand the basis of
16 your belief.
17     A.   It's just the way my brain works, I
18 guess.
19     Q.   Please elaborate.
20     A.   I've seen cats die from vaccines, I've
21 seen -- I know a lot of breeders that won't even
22 vaccinate cubs because they've died from a vaccine.
23 And you have to use killed vaccine, because if you
24 use modified live, you will lose a cat.
25     Q.   So you're worried about the health -- the

216

1  consequences.
2      A.   I think they've had enough tigers. I'm
3  not bringing other stuff in there to make me think
4  that I'm putting them at risk.
5      Q.   Do you administer the vaccinations that
6  Dr. Pries wrote on that paper?
7      A.   Yes. Most of them I do myself.
8      Q.   And where do you get the vaccinations?
9      A.   From him. Or I guess I have gotten some
10 from my veterinarian for the farm, too. He
11 prescribes something. It's a prescription, so I
12 have to get it from a vet.
13     Q.   Is there anything else you'd like to add
14 from your recollection of your discussion with
15 Dr. Pries about vaccinations?
16     A.   I don't remember.
17     Q.   How about parasite control?
18     A.   We use primarily Panacur for the safety
19 aspect, and it's broad spectrum. I use some
20 Ivomec. There's another one for dogs, too, that we
21 use on some of our dog species. It begins with a
22 P. I can't say it at all. But we've used that on
23 those particular species. And raccoons.
24     Q.   Okay. So I understand that's what you
25 do. Is that what Dr. Pries and you discussed in

217

1 your program of veterinary care?

2     A.   Yes.

3     Q.   What about euthanasia protocols? What

4 did you and Dr. Pries discuss?

5     A.   If we need something destroyed, I guess

6 he can administer some kind of euthanasia to it.

7 If its hoof stock, we'd probably have to shoot it.

8 It's more humane than a barbiturate.

9     Q.   What about quarantine conditions?

10     A.   We can quarantine if we need to, but it's

11 not something I do a lot.

12     Q.   Have you ever?

13     A.   Yes.

14     Q.   What were the circumstances?

15     A.   I'm not going to be able to remember what

16 we did. I just -- I can't think right at this

17 minute. Ask me something else while my brain is

18 trying to compute that.

19     Q.   Why don't we take a five-minute break and

20 then we'll come back to that and keep going on

21 veterinary care. Okay?

22     A.   All right.

23

24          (Recess)

25

218

1     Q.   (MS. BLOME) Pam, we're back from a

2 break. We were talking about quarantine conditions

3 that you might have discussed with Dr. Prise as

4 part of your program of veterinary care. So please

5 continue.

6     A.   I thought on that a little bit, and I'm

7 thinking the only thing that I can remember

8 quarantining is a bear.

9     Q.   Oh. Okay.

10     A.   Although it probably is a good idea to

11 quarantine something new, I do not always follow

12 that.

13     Q.   Okay. What did you quarantine the bear

14 for?

15     A.   Because there was a bear up north that

16 had come up with rabies, or they claimed. It ended

17 up, when they did the test, that a dog or something

18 had been in that room before and the rabies

19 transferred into that bear's tissue, and the bear

20 was not rabid, put it that way. And so there was a

21 big scare, and we had a cub one time that we had

22 lost, and so we put the other bear in a quarantine

23 situation just to keep it away from other things,

24 not knowing what we had.

25     Q.   And did you let the bear back?

219

1     A.   After 30 days.

2     Q.   30 days? Okay. And what nutrition

3 protocols did you discuss with Dr. Pries?

4     A.   I don't remember. We did that a long

5 time ago.

6     Q.   Okay.

7     A.   I guess --

8     Q.   When did you do it?

9     A.   In '09 maybe.

10     Q.   Okay. And you haven't discussed these

11 things with him since?

12     A.   Nutrition isn't something I discuss with

13 him as much as I do my nutritionist, Gary Pusillo.

14     Q.   Okay. What about anthelmintic

15 alternation?

16     A.   Is that worming?

17     Q.   Is it?

18     A.   I don't know.

19     Q.   Okay.

20     A.   I can't remember.

21     Q.   Proper handling of biologics?

22     A.   Yeah. We've gone over, you know, there's

23 different drugs. Some need refrigerated, and I

24 need to do a better job at watching my dates,

25 'cause I've had some expired drugs in my arsenal,

220

1 and that's why, I guess, I don't keep a lot on hand

2 for that reason, because if I don't use it up, it

3 sits there and then it expires, so I'm trying to do

4 a better job of that.

5     Q.   Venereal diseases?

6     A.   That's probably more aimed at the equines

7 more than some of the other things. But -- I don't

8 remember saying all that. Are you sure he checked

9 all those?

10     Q.   Uh-huh. Pest control and product safety?

11     A.   That we did discuss. He set up fly

12 control for the zoo and the farm. We use

13 Quickbayt, which is best product ever invented.

14     Q.   What is it?

15     A.   It's a -- there's two forms. There's one

16 that you spray on, you mix it with water, comes in

17 a spray thing, and then there's another one that's

18 a granular stuff. It's got a small to it so

19 animals won't go to it and lick it, because it is

20 poison, but a fly, all it has to do is fly over

21 that stuff and it's dead, like, right now. So,

22 like, I could do TV commercials for Quickbayt. But

23 it's a good product.

24         We did it last year. Before we ever

25 opened, we spray -- just spray one line, like,



221

1 maybe even 10 feet down the walls here and there.
2 It dries, and as soon as the flies hit it -- it's
3 got an attractive, so the first time I did it, I
4 think every fly on the farm came. I went into my
5 office, I swept up five times a day. But it's a
6 good product. And that's probably the best thing
7 he ever suggested to me. We use that in all our
8 buildings. We use flytraps in the back by the
9 carnivores. We have the rat bait stuff, 'cause at
10 the farm we get rats and mice coming in. That's
11 all I can think of, I guess.
12      Q.    All right.    Emergency care, you have
13 listed the Elkader Veterinary Clinic.
14      A.    Yep.
15      Q.    What qualifications do they have that
16 make them qualified for emergency veterinary care
17 of zoo animals?
18      A.    They pretty much have got somebody on
19 call for 24/7 and they've got a surgery room and
20 everything right there, so we can take stuff in.
21      Q.    Have you been satisfied with their care?
22      A.    Very much.
23      Q.    Okay.    You also list Elkader Veterinary
24 Clinic as your emergency care facility on your
25 contingency plan required separately by USDA?

222

1      A.    Yes.
2      Q.    Is there anything you'd like to add to
3 your contingency plan that you submitted or is that
4 pretty much it?
5      A.    That's it.
6      Q.    Back to the program of veterinary care.
7 Zoonosis is checked as being discussed with you.
8 What's zoonosis?
9      A.    I don't know.
10      Q.    You also checked that you discussed
11 environmental enhancement for the primates?
12      A.    Yep.    That's the primate enrichment --
13 you have a copy of that, too.
14      Q.    We do.    Did you develop that in
15 conjunction with Dr. Pris or on your own?
16      A.    I developed that pretty much on my own
17 and he reviewed it and signed on it.
18      Q.    And how did you come to develop it?
19      A.    'Cause from past experience, and the
20 Simian Society had enrichment books that the Simian
21 Society's put out that's got, like, good ideas for
22 different things that primates enjoy.    And I use
23 that a lot.
24      Q.    Did you consult any other zoo owners or
25 primate owners?

223

1      A.    Maybe -- I'm thinking one owner that had
2 monkeys about things that they've done.
3      Q.    Anything else inform your development of
4 that primate enrichment plan?
5      A.    I don't know.
6      Q.    You don't know or don't remember?
7      A.    I probably can't think straight at this
8 point.    We use some food enrichment as well as toys
9 and climbing apparatuses and things like that.
10      Q.    I know it's been a long day --
11      A.    Yes.
12      Q.    -- but try and bear with me and we'll
13 plow through.    Okay?
14      A.    (Nods yes.)
15      Q.    You also checked that he discussed
16 species-specific behaviors with you?
17      A.    Is that primate things or what?
18      Q.    I don't know.    That's what I wanted to
19 know, what behaviors he might have discussed with
20 you and how you've accounted for his advice in your
21 daily --
22      A.    We talked about some of the psychological
23 problems that some of those monkeys that I'd gotten
24 in had.    I got a macaque in that does the eye jab
25 thing, it sucked its toes, it came to me that way.

224

1 I had another one that -- a capuchin that self
2 mutilated.    I had another monkey that was plucking
3 badly, and USDA was writing me up for not having
4 enough enrichment, and it ended up being that when
5 the monkey came in heat, she was a plucker.    So it
6 wasn't something I really had done.    But we tried
7 to -- we have an enrichment calendar, so every day,
8 whatever we do for enrichment goes on that
9 calendar, and USDA inspects it.
10      Q.    Do you have a copy of that enrichment
11 calendar?
12      A.    No.
13      Q.    Would you please give us a copy?
14      A.    I can give you one if I have not thrown
15 last year's one out.
16      Q.    So primarily you discussed psychological
17 issues you had been having with primates --
18      A.    Ones that came in to me that -- damaged
19 that -- for whatever reason.
20      Q.    Were you able to cure those primates?
21      A.    We upped their enrichment as much as we
22 can and tried to do like the PVC, like, puzzle
23 feeders and stuff like that.    It's eliminated some
24 of the problem, but --
25      Q.    Are all those monkeys still alive?

253

1 facilities like this?

2     A.   He investigates me and other things.

3     Q.   He was investigating you or the animal

4 rights activists?

5     A.   No. He was -- when he came to do this,

6 he was investigating the animal rights people. But

7 if -- when I have infractions, like I did, then I

8 would get investigated and I had to do questions

9 with him concerning my noncompliances. So that was

10 his job, too.

11     Q.   Okay. So at the time at an unknown date

12 several years ago, Mike Booth came to your zoo and

13 asked you to forward him all the hate mail --

14     A.   He called me.

15     Q.   Oh. Okay.

16     A.   But he had been to my zoo before and he

17 had concerns about -- apparently they had been

18 warned that animals could be released. So we had

19 everything in lockdown that we could, everything

20 was double padlocked and still is, and we

21 electrified the perimeters.

22     Q.   And the Manchester police came and put up

23 video cameras?

24     A.   Yes.

25     Q.   Where does the surveillance feed go?

254

1     A.   It's not the police. It was the Delaware

2 County Sheriff's Office.

3     Q.   And where does the surveillance feed go?

4     A.   Where does it what?

5     Q.   The surveillance feed. Does it go to the

6 Delaware County Sheriff?

7     A.   I didn't pay a surveillance fee.

8     Q.   The feed. The video that is taken.

9     A.   Oh. No. It was internal, I guess, and

10 then they had to come out and take it out.

11     Q.   Well, did you buy the equipment? .

12     A.   No. It was theirs. They just brought it

13 out for a while and they set it up, and they were

14 trying to see if there was anything on anybody

15 coming in or what's going on on the path.

16     Q.   Did they find anything?

17     A.   I don't know. I think the coyote bit

18 their cord, actually.

19     Q.   But there wasn't any -- no one was

20 arrested that you know.

21     A.   No, not from that incident.

22     Q.   Okay. Can you think of anything else

23 that you'd like to tell me about animal rights

24 activists?

25     A.   No.

255

1     Q.   Is there anything else you'd like to tell

2 me about USDA?

3     A.   No.

4     Q.   Okay. I just -- I have a couple

5 questions here. Pam, I'm very curious, why -- just

6 broadly, why do you run a zoo?

7     A.   'Cause I do it to -- things for the

8 children and folks in our community to get to see

9 animals that they wouldn't normally otherwise.

10 That's my passion. It's what I do. We do a lot of

11 volunteer work and programs for schools and kids.

12     Q.   Any other reasons?

13     A.   I love my animals.

14     Q.   Tell me about that.

15     A.   They're my family. That's what we've

16 got.

17     Q.   Do you think of them kind of as pets?

18     A.   I don't think of them as pets in the

19 sense of a pet. I have pets in my home. But

20 they're my family. They've been with us a long

21 time and they're all hand-raised and socialized and

22 that's that.

23     Q.   What emotional benefit, if any, do you

24 get from the zoo?

25     A.   It makes me happy. The kids make me

256

1 happy. When five-year-olds come running to you and

2 sit on your lap and tell you that made their day

3 the best day of their whole life, then I guess

4 that's money enough to me.

5     Q.   Have you ever considered giving up?

6     A.   No.

7     Q.   Why not?

8     A.   I have no desire to give up.

9     Q.   Okay. Why not?

10     A.   Why do I want to? I'm doing what I love.

11 When I can get up in the morning and be happy with

12 what I do, then that's what I'm going to do.

13     MS. BLOME: All right. Give me one

14 moment, please. Off the record.

15

16         (Recess)

17

18     MS. BLOME: I was just looking here, and

19 I don't think I have any further questions for you

20 today, Mrs. Sellner.

21     THE WITNESS: Okay.

22     MR. THORSON: No questions.

23     (Deposition concluded at 3:25 p.m.)

24

25

CORRECTIONS TO THE DEPOSITION OF PAM SELLNER

| Page | Line | Correction |
|---|---|---|
| 11 | 16 | lake should be permanant |
| 20 | 15 | grass should be glass |
| 20 | 11 | (additional answer) - chores are |
| | | done in morning & evening daily |
| 24 | 1 | "B" is a broker license |
| 31 | 19 | Kassiah should be Cassaya |
| 34 | 1 | Iowa should be OHio |
| 43 | 20 | should be Amy Kamholz |
| 44 | 4 | Ms Kamholz |

Pamela Sellner

Witness

Subscribed and sworn to before me this 28th day of April, 2015.

TAMMY L. MILLER
COMMISSION NUMBER 730503
MY COMMISSION EXPIRES
09-14-2016

Tammy L Miller
Notary Public

```
1    CORRECTIONS TO THE DEPOSITION OF PAM SELLNER

2    Page    Line    Correction

3

4    44      13      no animals taken to Dr. Kambolz

5
     44      18      Dr. Kambolz
6

7    45      14      Dr. Kambolz

8
     46      10      Dr. Kambolz
9

10   47      2       answer is Ali

11
     93      14      multiple should be mobile
12

13   96      11      take should be make

14
     129     5       Diane Helmers
15

16   139     15      female should be male

17

18
                     [signature] Pam J Sellner
19                   ----------------------------------------
                     Witness
20

21
                        Subscribed and sworn to before me this
22
     28th day of _____April_____, 2015.
23

24                                  [signature]
25                                          Notary Public
```

TAMMY L. MILLER
COMMISSION NUMBER 730503
MY COMMISSION EXPIRES
09-14-2016

256

```
1   CORRECTIONS TO THE DEPOSITION OF PAM SELLNER

2   Page   Line   Correction

3

4   144    17     stock should be flock

5   166    23     almost should be most
6

7   168    7      maxo should be Naxcell

8   171    7      -- should be acclimate
9

10  180    7      Rejahn should be Nijarra

11  180  lines 9&2   Rajahn should be Nijarra
12

13  183  lines 12&19  Condo should bo Kondo

14  188  lines 12&13      "                "
15

16  200  line 23&24   pull should be pole

17

18                 ___Pamela Sellner_____
19                        Witness

20

21

22          Subscribed and sworn to before me this

        28th day of ___April_____, 2015 .
23

24  ┌──────────────────────────┐
    │   TAMMY L. MILLER         │  ___F. Miller_____
    │ COMMISSION NUMBER 730503  │
25  │ MY COMMISSION EXPIRES     │  Notary Public
    │   09-14-20                │
    └──────────────────────────┘
```

257

```
 1    CORRECTIONS TO THE DEPOSITION OF PAM SELLNER

 2    Page    Line    Correction

 3

 4    226     19      hamadryas

 5    227     ~~24~~   Salima

 6

 7    227     25      hamadryas

 8    248     11      Helmers

 9

10    249     17      Helmers

11    ____    ____    _____

12    ____    ____    _____

13    ____    ____    _____

14    ____    ____    _____

15    ____    ____    _____

16    ____    ____    _____

17

18                    Pamela Sellner

19    _____
                      Witness

20

21

22            Subscribed and sworn to before me this

23    28th day of   April        ,  2015  .

24    ┌─────────────────────────┐   Tammy F. Miller
      │ TAMMY L. MILLER         │ _____
25    │ COMMISSION NUMBER 730503│   Notary Public
      │ MY COMMISSION EXPIRES   │
      │ 04-14-2016              │
      └─────────────────────────┘
```

258

**1**

```
 1         IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF IOWA
 2

 3    TRACEY K. KUEHL, an individual;
      LISA K. KUEHL, an individual;
 4    KRISS A. BELL, an individual;
      JOHN T. BRAUMANN, an individual;
 5    and ANIMAL LEGAL DEFENSE FUND,
      a non-profit corporation,
 6
                Plaintiffs,
 7    vs.                              No. C14-2034-LRR

 8    PAM SELLNER, an individual;
      TOM SELLNER, an individual;
 9    and CRICKET HOLLOW ZOO,
      a non-profit corporation,
10
                Defendants.
11

12

13          DEPOSITION OF TOM SELLNER, taken on behalf of
      the Plaintiffs on March 20, 2015, commencing at
14    3:40 p.m., at the Days Inn, 1220 West Marion
      Street, Manchester, Iowa, before Vicki L. Newgard,
15    Certified Shorthand Reporter of Iowa, pursuant to
      stipulation.
16

17

18

19    APPEARANCES:

20         MR. JEFFREY PIERCE and MS. JESSICA BLOME,
      Attorneys at Law, Animal Legal Defense Fund,
21    170 East Cotati Avenue, Cotati, California 94931;
      Counsel for the Plaintiffs.
22
           MR. LARRY J. THORSON, of the firm of Ackley,
23    Kopecky & Kingery, Attorneys at Law, 4056 Glass
      Road NE, Cedar Rapids, Iowa 52402: Counsel for the
24    Defendants.

25         ALSO PRESENT:  Ms. Pam Sellner
```

**2**

```
 1                I N D E X

 2                                            Page

 3    TOM SELLNER

 4         Direct Examination by Mr. Pierce    3

 5

 6

 7

 8                   COPY

 9

10

11

12

13

14

15

16

17           S T I P U L A T I O N

18         It is stipulated and agreed by and between

19    Counsel for the respective parties that the

20    deposition of TOM SELLNER may be taken on the 20th

21    day of March, 2015, before Vicki L. Newgard,

22    Certified Shorthand Reporter of Iowa; that the

23    deposition is taken pursuant to the Federal Rules

24    of Civil Procedure and may be used for all purposes

25    contemplated by said Rules.
```

**3**

```
 1                       TOM SELLNER,

 2    being produced, sworn as hereinafter certified and

 3    examined on behalf of the Plaintiffs, testified as

 4    follows:

 5                       EXAMINATION

 6    BY MR. PIERCE:

 7         Q.   So, Mr. Sellner, we met earlier, but for

 8    the record, I'm Jeff Pierce, and I'm an attorney

 9    for the plaintiffs in the lawsuit against you and

10    your wife and the Cricket Hollow Zoo.  And I know

11    that you've just sat through your wife's fairly

12    thorough deposition, but I'll go through again for

13    your benefit some of the ground rules about a

14    deposition, just to make sure that we both

15    understand them.  Is that okay?

16         A.   Okay.

17         Q.   Okay.  Have you ever been deposed before?

18         A.   No.

19         Q.   Okay.  Have you ever participated in a

20    lawsuit before?

21         A.   No.

22         Q.   Okay.  All right.  So you would have seen

23    earlier that it's important to answer verbally, to

24    provide a yes or a no --

25         A.   Yes.
```

**4**

```
 1         Q.   -- because the reporter will not be able

 2    to include on the record gestures that you make.

 3    So we'll be grateful if you provide complete

 4    answers to any of the questions that I put to you.

 5    And if you do answer a question of mine, I'll

 6    assume that you have understood it.  If at any time

 7    you don't understand my question, I would ask that

 8    you can interrupt me and ask that I rephrase it.

 9    Will you do that?

10         A.   Yes.

11         Q.   Okay.  If you need a break at any time,

12    you're free to request one and we'll take a break

13    for whatever reason you might prefer.  The only

14    thing I would ask is that if I've already asked you

15    a question, you can answer the question first and

16    then we can take a break after you answer.

17         A.   Okay.

18         Q.   Okay.  It might happen that you will

19    later on during our conversation remember

20    additional information that you want to give to me,

21    so you're free to give me any of that information

22    at any time.  If I had asked you a question near

23    the beginning of this conversation, near the end

24    you remember something more that you want to say

25    about that, you're welcome to include that
```

**17**

1 almost expired, Pam lets me know. See, Pam takes
2 care of all the books. I take care of all the --
3 take care of the animals, feeding, you know, that
4 kind of stuff, too, so she does the management end
5 of it, too. Anything I need to know, she'll tell
6 me and we discuss things all the time back and
7 forth. We complement each other that way, too.
8 What I don't know, she does, and I can do what she
9 can't do, mechanical work, building, ironsmithing,
10 you know, repair and that I do, so --
11     Q.    So tell me a little bit more about your
12 role on the farm, then. You mentioned that it's a
13 kind of team effort and you complement one another.
14 What do you see as your role at Cricket Hollow Zoo?
15     A.    All the hoof stock, feed, bedding of all
16 the big animal stuff. Pam will take care of the
17 small stuff, I take care of the big stuff. And she
18 does all the management work. If I see anything
19 that looks sick, I'll tell Pam, she'll call the
20 vets, stuff, too, with that. But Pam goes out all
21 the time, check them, too. So we both, you know,
22 kind of cover each other backs all the time that
23 way.
24     Q.    So which of the animals in the zoo would
25 you say that you're responsible for? Any of them?

**18**

1     A.    Sheep, goats, feeding of the tigers,
2 lions, bedding them all the time, cleaning pens,
3 and bears.
4     Q.    So describe a typical day for you on the
5 farm at the zoo.
6     A.    In the wintertime or summer?
7     Q.    Start with summer.
8     A.    Get up 4:30 in the morning, 4, 4:30 in
9 the morning, 'cause it's getting light out at that
10 time. Go up to the zoo path, too, and check
11 everything all out, make sure everything's clean
12 and fed and, you know, there's not an old sheep
13 that's laying there dead or something, died from
14 old age or something.
15          I mean, like I said, just general
16 appearance of everything, make sure everything's
17 clean, too, with that, so when Pam opens up in the
18 morning, she's -- you know, it's all in good shape.
19 Make sure the waterers are all running and stuff
20 good, there's nothing -- everything has water, too.
21 So it's just the general appearance of everything
22 looks good.
23          If the cat cages -- if they poop
24 overnight or something like that, too, in the
25 cages, I clean them out, too, in the mornings and

**19**

1 stuff before I go and stuff, too, and take that out
2 of the way, too. And I check on the milk cows,
3 make sure they're all okay, everything's fed there
4 and stuff with that. And then I go to the house,
5 change clothes, clean up, and head off to work by
6 6.
7     Q.    What time do you get up?
8     A.    4 to 4:30.
9     Q.    All right. So you then -- you start with
10 the sheep and the goats; is that right? And then
11 you move on to the zoo?
12     A.    No, I walk up the pathway and I just
13 check out all the animals as I go up.
14     Q.    Do you --
15     A.    I talk to the animals, especially the
16 lions and tigers and stuff. They all come up to
17 the front of the pens, I yell out their names and
18 stuff, too, with that. I come up there and they
19 all kind of greet me as I go up the pathway. That
20 way I can always check and -- every animal has its
21 own personality and you kind of know what they look
22 like and stuff, you know, coming up there, too. If
23 they happen to look like they're not doing very
24 good that morning or whatever, or whatever with
25 that, you know, a couple -- you know, all the way

**20**

1 up the line that way.
2     Q.    So you do a full walk-through of the
3 entire zoo --
4     A.    Yeah.
5     Q.    -- as you go up that line.
6     A.    Yeah.
7     Q.    And you clean every cage in the morning?
8     A.    Just a spot treatment in the morning.
9 'Cause not every cage needs to be cleaned. When I
10 get home from work, then I go through and clean all
11 the cages again, too, feed everything and bed
12 everything. Bed all the -- you know, the tigers
13 and lions, I go through, check their bedding, too.
14 If they don't -- if it's nice, dry, and fluffy, I
15 just leave it, you know, but if it's matted down,
16 I'll fluff it up a little bit, too, unless it's
17 wet. Then I'll clean it out, put dry stuff in.
18     Q.    Do you --
19     A.    In the summertime that's very rare. It
20 stays dry.
21     Q.    How often would you say in the summer you
22 have to change out the bedding?
23     A.    As needed. Summertime, maybe once or
24 twice a week if it's -- at the most. You know, if
25 it's rainy weather, more oftener than if it's dry.

25

1  more and they'll litter up a lot more, so a lot
2  more bedding.  And up the meat, too, because
3  they'll eat more meat, too, and I'll make sure they
4  get plenty of meat all the time.
5      Q.   And then you're gone by 6; is that right?
6      A.   Yep.
7      Q.   And that's still with Mills?
8      A.   Yeah.  I go to work at Mills.
9      Q.   Okay.  And then you're at Mills between
10 which hours?
11     A.   Until 3:30.  3:30, 4:00.  It depends
12 where we're at and what we're doing.
13     Q.   And then you come straight home to the
14 farm?
15     A.   Yep.
16     Q.   Okay.  And when you get home, what
17 happens next?
18     A.   Well, as soon as I get home, go in to
19 start feeding cats and stuff.  That's when I do the
20 big chores.  All the cats and stuff, too, and feed
21 sheep and goats and all that stuff, too, check
22 their bedding, make sure the waterers are all clean
23 and stuff, too.  If they have to be scrubbed out
24 and stuff, too, if something's getting dirty.
25 'Cause sometimes you get, like, some goats are

26

1  standing in the water or whatever, too.  You get to
2  clean it all out so it's nice, fresh, clean water
3  all the time, too, for them and stuff like that.
4  Just basically general cleaning stuff, too.  Once I
5  get done with them, then I go on to do my cow
6  chores.
7      Q.   Cattle?
8      A.   Cattle, yeah.
9      Q.   When you're doing those zoo chores, do
10 you do them always alone or are there people who
11 help you?
12     A.   Pam's usually at the zoo at the time.  So
13 she's there with me all the time.  She might be
14 doing something else farther down the line and
15 something, too, like that, but we're always within
16 view of each other pretty much all the time.
17     Q.   Anyone else who helps you do the cleaning
18 and the feeding?
19     A.   Not normally.  No.
20     Q.   Or the bedding?
21     A.   Pam -- no.  Pam and I always -- we don't
22 let anybody else in the cages.  It's just -- the
23 two of us is the only two ever got keys for the
24 chain lock to go in and we're the only people
25 that's in the cages.  Now, Pam has people that

27

1  help -- maybe her, you know, volunteers and stuff
2  work with her stuff, too.  But, no.  When it comes
3  to cat cleaning and stuff and feeding, I do that,
4  you know, or if I'm not there, Pam will do it.
5      Q.   So tell me about the process for cleaning
6  a cage.  You mentioned that you lock the cats away
7  somehow.
8      A.   They all have side cages and their houses
9  and stuff, too.  When I'm cleaning a cage, I just
10 go up to the cage and I call them inside the
11 building, you know.  And we have guillatine doors
12 and everything, too, and we lock the doors.  After
13 locking the door, I can open the other cage, go in
14 and clean it out, too, put the food into their
15 feeders and stuff, too.  Then go back out, lock it
16 all up, do stuff, too, and let them -- open the
17 door, let them back out to the main cage, then I
18 lock the door again, go in the building, clean that
19 out, fluff up the bedding if it needs to and stuff
20 like that.
21     Q.   And you do that cage by cage.
22     A.   Cage by cage.
23     Q.   And we heard your wife say that some of
24 the tigers live -- is it two by two?  So you would
25 have to get two tigers into a side cage?

28

1      A.   Yeah.  You just call them in.  They walk
2  right in.
3      Q.   And they come to you?  They know your
4  voice.
5      A.   They know my voice.  Both Pam and I, you
6  can walk right by them, talk to them, they come
7  right up to the cages, too, so --
8      Q.   So who constructed those cages?
9      A.   I did.
10     Q.   Okay.  How did you learn how to construct
11 them?
12     A.   50 years of welding and building
13 livestock equipment.
14     Q.   In terms of --
15     A.   I mean --
16     Q.   Okay.
17     A.   I mean, I've worked with other engineers
18 and we've tried different things at different
19 livestock.  I mean -- and I tried to find books on
20 stuff like that and that's next to impossible,
21 because where do you find the expertise in that
22 kind of stuff?  So it's just a lot of years of
23 experience, and engineering books and stuff, too,
24 like that, try to figure out how heavy to make
25 stuff, so you make it about four times heavier than

29

1  that, too.

2       So everything is made out of heavy,
3  nine-gauge chain link fence or welding wire, too,
4  which is -- you have to special order it, because
5  nobody sells it that heavy.  So we do that working
6  with local contractors, too.  We special order
7  heavy nine-gauge chain link wiring, too, and I, you
8  know, buy the quarter-inch two-by-two steel tubing,
9  too, guardrails, all that stuff.  It's more than
10 adequate to hold everything in.

11      MR. PIERCE:  One second, Tom.  I just
12 want to make sure.

13      (Discussion off the record.)

14      Q.   (MR. PIERCE)  Did I hear you say that you
15 design the cages to be four times heavier or
16 thicker?

17      A.   At least.

18      Q.   Four times heavier than what?

19      A.   As a tiger coming running at it trying to
20 get through.

21      Q.   Oh, four times heavier than the animal?

22      A.   Way more.

23      Q.   Oh.

24      A.   Not the weight of the animal, but we
25 tried to figure out -- this is kind of a

30

1  complicated formula.  We tried to figure out how
2  fast an animal could run into something, too, to
3  break through it.  We learned this from engineers
4  with buffalos, and buffalos can take out about
5  anything.  But we don't have a buffalo to worry
6  about, so -- but, yeah.  We tried to do a
7  projection.  I'm in engineering, so I do a lot of
8  engineer work and we try to figure this crap out,
9  so -- and, you know, we think we have it figured
10 out.

11      Q.   Where do you do your engineering?  On a
12 computer or --

13      A.   Computers and out of books, both.
14 Through that at work, too, with that, on the
15 computers, we have, you know, a lot of software and
16 stuff, too, working on -- we built a lot of things
17 there.  So -- and we play around with that kind of
18 stuff trying to come up with something.  'Cause
19 there's just nothing out there for that type of,
20 you know, information.

21      Q.   Now, talking about information, you're
22 referring to, like, the materials to use?

23      A.   No, not the materials to use.  We have
24 all those formulas.  It's just trying to figure out
25 how heavy to make it for a tiger.

31

1       Q.   Is there any information about the shape
2  or the size of these kinds of enclosures?

3       A.   Not a lot, no.  It was basically built by
4  what Pam decides.  You know, what space we have or
5  how much room she wants and stuff, too, with that
6  and we go from there.

7       Q.   So you don't read anything that would
8  help you to decide what shape or size to design
9  those?

10      A.   Bigger would be better.  You know, it
11 always would be that way.  You know.  Even USDA
12 requirements of a cage is actually quite small.  We
13 would never go on something like that.  We always
14 make them a lot bigger than that.  I don't think
15 they're big enough, to be honest with you, what
16 USDA requires.  Ours is way oversize for that,
17 but --

18      Q.   So you're aware that the USDA does have
19 certain size requirements?

20      A.   Yeah.  And I don't recall the size of it.
21 It's quite small.

22      Q.   Okay.  So we heard from Dr. Pries
23 yesterday that there was one episode in which a
24 tiger got loose when you were in one of the cages.
25 Can you tell me about that?

32

1       A.   I wasn't in the cage.

2       Q.   Well, okay.  Tell me, where were you?

3       A.   It was really -- it was an accidental
4  feeding -- a feeding accident, I guess you'd call
5  it.

6       Q.   Okay.

7       A.   It's -- I accidentally opened the wrong
8  door up to let him out and stuff, too, without
9  realizing it and he came -- after I was feeding the
10 other cat, came back -- the other tigers come back
11 and he came up behind me.  I mean, I'm trying to
12 remember, because it wasn't a big deal.  I didn't
13 think it was a big deal.  But he came back and he
14 bit me in the arm and the head and stuff, too.  I
15 was yelling for Pam to help me.  By that time he
16 ran back in his cage, we closed the cage up, and
17 Pam called for the ambulance and stuff, too, and
18 they took me to the hospital, some stitches, a
19 couple days later and back out.  Back doing chores.

20      Q.   Which tiger was that?

21      A.   It was Shere Khan.

22      Q.   Shere Khan?

23      A.   Yeah.

24      Q.   And it wasn't inside the cage?

25      A.   No.  I already left the cage.  Just

57

1    Q.   So you've thought about elephants.

2    A.   We laugh about it.  You know, we really

3 didn't think a whole lot about it.  But stuff like

4 that.  It's that kind of stuff, you know.  Some of

5 the stuff, yeah, it would be nice to have one,

6 but -- you know.  Let's get realistic here.

7    Q.   Are the considerations for, say, tigers

8 or lions different from the considerations for

9 elephants or giraffes?

10    A.   Yes.  Because tigers and lions we can

11 manage.

12    Q.   What makes them manageable?

13    A.   'Cause they are smaller, we can handle

14 them.  Where two of us wouldn't be able -- and with

15 our volunteer help and stuff, the other people, we

16 wouldn't be able to manage elephants, giraffes.  I

17 mean, that's a different story.

18    Q.   What's unmanageable about those animals?

19    A.   Size.  And cost of feeding.  And

20 managing.  And we don't have the expertise in that

21 kind of stuff.  We'd have to learn it all.

22    Q.   So at this point, though, you have the

23 expertise to do the animals that you do have.

24    A.   Oh, yes.  I do think we do.

25    Q.   And you acquired that expertise how?

58

1    A.   Through Pam for her training and stuff,

2 and from experience working with vets and all that

3 skills people.  If we have any questions, we ask.

4    Q.   If you have more space or more money, can

5 you acquire the expertise to handle an elephant?

6    A.   An elephant?  I don't know if we would,

7 because we're not an area big enough to where it

8 would justify the cost, bringing that many more

9 kids in here to really justify the cost of having

10 an elephant, elephants, and that.  So I'd say

11 probably no.  Use realistic values.

12    Q.   Okay.  So you mentioned that one of the

13 joys of running this zoo is that kids come and they

14 see the animals and they have a really good time

15 when they interact with those animals.  Do you

16 think that children would come to your zoo without

17 tigers?

18    A.   It would kill a lot of traffic.

19    Q.   Yeah.

20    A.   It would.

21    Q.   Why is that?

22    A.   That's what they come for.  Tigers, I

23 mean, they can -- a lot of kids have goats or been

24 around sheep and goats and stuff like that, but --

25 in this area here, we have a lot of farm animals,

59

1 but nobody has tigers and lions they can actually

2 see right up front.  Yeah, that would hurt.

3    Q.   Are the kids excited about other animals

4 at your zoo?

5    A.   A little bit of everything.  They watch

6 the monkeys, lemurs, all them.

7    Q.   They are most excited about the lions and

8 the tigers.

9    A.   I won't say most, but they are -- you

10 know, a lot of them come for that reason.

11    Q.   Okay.  So you have the expertise to care

12 for the animals that you have.  Do you have

13 particular training or background in veterinary

14 care?

15    A.   No.  Just what -- been around livestock

16 all my life and with veterinarians.  If we have any

17 questions, we can call and ask them.

18    Q.   So we heard your wife talk about some of

19 the conversations that she's had with Dr. Pries and

20 some of the efforts that she's made to improve the

21 health of those animals, like administering shots

22 or delivering antibiotics.  Do you ever provide any

23 of that care to the animals?

24    A.   I help them all the time with that.

25    Q.   What kinds of things do you do?

60

1    A.   Well, if we need to cage up an animal,

2 stuff like that, too, I'm there to assist them and

3 all that kind of stuff.  They will administer shots

4 and stuff like that and the advice on it, too, but

5 I'm there to help them catch the animals or if we

6 have to cage them up for some reason or whatever.

7    Q.   So you don't deal in the medicine itself.

8 Just the handling.

9    A.   Not likely.

10    Q.   Okay.

11    A.   Nope.  Especially the exotic animals.

12 Usually it takes more than one person.  So they

13 take care of that while I help restrain the animal

14 or stuff like that if need be.  Or put it into a

15 cage to take it to the veterinarian, I'll help Pam

16 with that.  Basically hands-on help.

17    Q.   Do you sometimes have to restrain the

18 animals at the zoo?

19    A.   No, it's set up to where we don't usually

20 have to restrain them.  Usually, I mean -- unless

21 you're trying to put Pam in there to catch them to

22 take them to a veterinarian or whatever.  Big

23 animals, they're all right there.  We never take

24 them out.  But maybe something small, like a bird

25 or something, you know.