# CERTIFICATE OF SERVICE

I, Theresa Trenary, of Ackley, Kopecky & Kingery, LLP, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age;

That on the 22nd day of June, 2015, I served a copy of the foregoing instrument via EDMS procedure, to which this Certificate is attached, to the party(s) or the attorney of record shown below at:

>Daniel J. Anderson
>Wertz & Dake
>1500 Center St. NE #101
>Cedar Rapids, IA 52402-5500
>danderson@wertzlaw.com
>
>Jessica Blome
>Animal Legal Defense Fund
>170 E. Cotati Avenue
>Cotati, CA 94931
>jblome@aldf.org
>
>Jeff Pierce (pro hac vice)
>Animal Legal Defense Fund
>170 E. Cotati Avenue
>Cotati, CA 94931
>jpierce@aldf.org

I certify under penalty of perjury that the foregoing is true and correct.

Executed on this 22nd day of June, 2015.

_____
Theresa Trenary