TRACEY K. KUEHL et al. v. PAMELA SELLNER, et al.
Case No. 6:14-cv-02034-JSS (N.D. Iowa Cedar Rapids)

SUPPLEMENTAL APPENDIX OF EXHIBITS
TO PLAINTIFFS' REPLY TO DEFENDANTS' RESISTANCE TO PLAINTIFFS' MOTION
FOR SUMMARY JUDGMENT

# TABLE OF CONTENTS TO SUPPLEMENTAL APPENDIX

| PLAINTIFFS' EXHIBITS DOCUMENT NUMBER ("Ex. X at 001") | EXHIBIT CATEGORY AND TITLE |
|---|---|
| **Ex. 11** | **Transcripts** |
| Ex. 11 at 0727 | Deposition of Kris Bell (Mar. 18, 2015) (select pages) |
| Ex. 11 at 0728 | Deposition of Nancy Harvey (Mar. 18, 2015) (select pages) |
| Ex. 11 at 0729-0732 | Deposition of Tracey Kuehl (Mar. 18, 2015) (select pages) |
| **Ex. 12** | **USDA APHIS Denials of Defendants' Administrative Appeals** |
| Ex. 12 at 0733 | USDA APHIS Regional Director, Elizabeth Goldentyer, DVM to P. Sellner (August 27, 2014) |
| Ex. 12 at 0734-0735 | USDA APHIS, Supervisory Veterinary Medical Officer, Tanya Tims, DVM to P. Sellner (June 23, 2014) |
| Ex. 12 at 0736-0737 | USDA APHIS Director, Western Region, Robert M. Gibbens, DVM to P. Sellner (August 29, 2013) |
| Ex. 12 at 0738 | USDA APHIS Supervisory Veterinary Medical Officer, Katheryn Ziegerer, DVM to P. Sellner (July 11, 2013) |
| Ex. 12 at 0739 | USDA APHIS Supervisory Animal Care Specialist, R. Ridenour, DVM to P. Sellner (December 26, 2012) |
| **Ex. 13** | **Subpoena To Dr. Pusillo** |
| Ex. 13 at 0740-0743 | Subpoena to Dr. Pusillo to appear for deposition and to produce documents (April 22, 2015) and certificate of service (April 23, 2015) |
| **Ex. 14** | **Legal Support** |
| Ex. 14 at 0744-0779 | FWS Final Policy on Interpretation of the Phrase "Significant Portion of Its Range" in the Endangered Species Act's Definitions of "Endangered Species" and "Threatened Species", 79 Fed. Reg. 37578 at 37583 (Jul. 1, 2014)) |
| Ex. 14 at 0780-0796 | *Animal Legal Defense Fund et al. v. U.S. Dep't of Agriculture et al.*, 2015 U.S. App. LEXIS 10036, No. 14-12260 (11th Cir. June 15, 2015) |

PLAINTIFFS' SUPPLEMENTAL APPENDIX OF EXHIBITS TO PLAINTIFFS' REPLY
TO DEFENDANTS' RESISTANCE TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

2

Case 6:14-cv-02034-JSS   Document 29-1   Filed 06/29/15   Page 2 of 2