DEPOSITION OF KRISTINE BELL , 3/18/2015

Page 13

1  together?
2     Q.  Yes.
3     A.  Yes.
4     Q.  Where did you start from? Where did
5  you meet?
6     A.  Ames.
7     Q.  And what information had you
8  received about the zoo prior to going there?
9     A.  I had seen pictures and I had heard
10 about the zoo.
11    Q.  Where had you seen the pictures?
12    A.  I had seen aerial photographs that
13 Lisa Kuehl had taken.
14    Q.  When you say she took aerial
15 photographs, she flew herself over the zoo,
16 or what?
17    A.  She was with her husband.
18    Q.  And she took the photographs?
19    A.  She did.
20    Q.  What are these photographs
21 purporting to show?
22    A.  The one that sticks in my mind was
23 the aerial shot of the Scottish cattle and
24 the pen that they were in, and that they were
25 up to their knees, if not deeper, in mud.

Page 14

1  There was one that was laying in the water
2  trough. It wasn't even determinable if that
3  animal was dead or alive. It was clear that
4  that they were in very undesirable
5  conditions.
6     Q.  When you went to the zoo, did you
7  take a camera with you?
8     A.  I just had my phone.
9     Q.  Does your phone have a camera on it?
10    A.  It did.
11    Q.  Did you use that?
12    A.  I did.
13    Q.  Tell me about your visit then. What
14 happened when you got there? Did you buy a
15 ticket?
16    A.  We did -- or I did, yes.
17    Q.  And?
18    A.  We went into the zoo.
19    Q.  And what did you do after that?
20    A.  Do you mean while we were still in
21 the zoo?
22    Q.  I'm trying to figure out what you
23 did in the visit to the zoo. So if you could
24 give me kind of a narrative of what you did,
25 that would be good.

Page 15

1     A.  Sure. Well, we started at the point
2  where we bought our ticket, and we walked
3  through. We walked through where the birds
4  were, and the reptiles were, and we proceeded
5  out into where the larger animals were. It
6  was basically walking by and through each
7  area and looking at the animals, looking at
8  the conditions the animals were living in.
9     Q.  When you say we, were you with
10 somebody else when you were walking through?
11    A.  I was with Nancy and Lisa.
12    Q.  All the time?
13    A.  We were all in the same general
14 area.
15    Q.  How about Pam Sellner, was she with
16 you at some point in time?
17    A.  She was not with me.
18    Q.  Was she with anybody else in your
19 group?
20    A.  She was with Nancy when Nancy went
21 and asked to please provide water for some of
22 the animals. It was very hot that day. It
23 was in the eighties -- upper eighties, and
24 the animals were thirsty.
25    Q.  Did you go into any areas that were

Page 16

1  restricted areas?
2     A.  No.
3     Q.  And you said you took photographs,
4  correct?
5     A.  Correct.
6     Q.  How many photos did you take?
7     A.  I don't remember.
8     Q.  Did you take videos, too?
9     A.  No.
10    Q.  Did you take a tape measure with
11 you?
12    A.  No.
13    Q.  In the time period you were at the
14 zoo, do you know how long that was?
15    A.  I'd say it was several hours.
16    Q.  I assume you all came to the zoo
17 together, correct?
18    A.  We did, correct.
19    Q.  And you all left at the same time?
20    A.  Correct.
21    Q.  A what conversations did you have
22 with Pam Sellner?
23    A.  I had no conversations with Pam.
24    Q.  Now, in your answers to
25 interrogatories you indicate you made two or

Page 17

1  when you're at the zoo. You walk in the zoo,
2  you start to walk around and look at the
3  animals, is that correct?
4     A.  Right. The first place I went was
5  into the reptile area, and that was right off
6  from the office, I believe. And I walked in
7  and there were birds and a turtle, and some
8  chinchillas, and I believe there was an
9  alligator in there. But what I remember is
10 that it was very smelly, and the birds had no
11 water, and if they did it was dirty and
12 cloudy, flies swarming everywhere, and the
13 turtle shell was completely dry and had no
14 water in his tank. I just remember the
15 buildup of feces in the bottom of the cage.
16 I was very upset, and I came out and asked
17 Pam if she could give the birds water, which
18 she concurred.
19    Q.  When you walk in the reptile area,
20 were you still with Lisa and Kriss, or were
21 you by yourself?
22    A.  No, I was by myself.
23    Q.  Did you have a camera with you at
24 the time?
25    A.  No, just my phone.

Page 18

1     Q.  Does your phone take pictures?
2     A.  Battery was dead.
3     Q.  So the answer is no, you didn't --
4     A.  No.
5     Q.  -- take any pictures?
6     A.  No, no pictures.
7     Q.  After you told Pam that you thought
8  some of the animals needed water, she got
9  water, is that correct?
10    A.  She did go in and she gave a couple
11 of birds water, but I didn't see anything
12 else getting water. The turtle was still
13 dry.
14    Q.  When you say a turtle, is it a
15 turtle or a tortoise, do you know?
16    A.  I don't know the difference, a
17 turtle, a tortoise. It looked like a turtle,
18 and it's shell was very dry. I don't know
19 whether -- which one that is.
20    Q.  Did you go into any areas that were
21 restricted?
22    A.  No, I did not, unless I did with Pam
23 because I helped her, and she was with me at
24 the time. When I walked out of the reptile
25 house I went into where the -- I saw the

Page 19

1  coyotes, and I saw the rabbits -- a rabbit,
2  and then I saw the dog -- two dogs. There
3  was a shepard, sheep dog and a standard
4  poodle, and they were part of the zoo
5  exhibit, and they had no water. I went to
6  Pam and also stated the dogs had no water,
7  and she said, that's okay, she'll do it
8  later. But I was adamant that they really
9  needed water because their tank was
10 completely green with algae, and they were
11 looking into their water tank as if they were
12 really wanting water. And I told Pam I would
13 help her, and she went ahead and filled a
14 bucket and I helped carry it through one
15 gate, which apparently was a restricted area,
16 but I was with her. And then she went inside
17 into the where the dogs were, and I stayed
18 outside. I didn't go into the area where the
19 dogs were.
20    Q.  Did Pam tell you not to go in the
21 restricted area?
22    A.  No.
23    Q.  So after that did you walk around
24 the zoo some more then?
25    A.  Yes, I did. I went to -- I saw the

Page 20

1  llamas, and was appalled that they were
2  living in -- there was a ton of excrement in
3  their area. I saw the coyotes. They were
4  pacing back and forth looking stressed. I
5  couldn't tell whether they had water or not.
6  Another concern -- huge concern was the
7  rabbit. It was matted and filthy and had
8  excrement at the bottom of its cage, and it
9  had no water. And I owned rabbits before and
10 rabbits need water 24/7, and it was very hot
11 out and they get hot very easily.
12    Q.  While you were going around, were
13 your two friends with you at the time?
14    A.  No. They had gone ahead of me.
15 Honestly, I was very -- I was emotionally
16 distraught at what I was seeing. I was
17 almost shutting down. I really was so
18 fearful of looking at the other animals
19 because I knew I couldn't really do anything
20 to make their life better, so I was just
21 appalled. But I wanted to do something and I
22 didn't know what that was going to be. But I
23 did go to the Highland cattle then after I
24 left the rabbit area, and that was another
25 area of concern. The small calf was crying,

Page 17

1   A.  No.
2   Q.  How long was that tour of the zoo?
3   A.  **The same, roughly an hour and 15 to**
4   **an hour and 30.**
5   Q.  And were you taking photographs on
6   that time?
7   A.  **Yes, I was.**
8   Q.  And on the June 6th visit you also
9   took photographs, correct?
10  A.  Yes.
11  Q.  Besides asking Ms. Sellner whether
12  there were any special or new exhibits, did you
13  talk to her at all?
14  A.  **Only about buying the food.**
15  Q.  When you were leaving did you raise
16  any concerns with her about the zoo?
17  A.  No.
18  Q.  Now, after you were at the zoo the
19  first time, on June 25th apparently you
20  contacted the Iowa Department of Agriculture
21  Land Stewardship, do you remember that?
22  A.  **Yes.  I submitted a complaint.**
23  Q.  And you also contacted the USDA at
24  the same time?
25  A.  Yes.

Page 18

1   Q.  On June 28th you called the Delaware
2   County Sheriff's Office, and that's a few days
3   after your visit, is that true?
4   A.  **That's correct.**
5   Q.  What prompted you to call them on
6   June 28th?
7   A.  **I recall the heat, the weather**
8   **conditions, and what I had seen on my visit a**
9   **couple of days earlier.**
10  Q.  Who did you talk to at the sheriff's
11  office?
12  A.  **I believe it would be a dispatcher.**
13  Q.  Male or female?
14  A.  **Female.**
15  Q.  Tell me about your conversation with
16  a dispatcher.
17  A.  **I called, I told her my name, I told**
18  **her the reason for my call, requested a welfare**
19  **check on the animals, and requested a call back**
20  **when a check had been made.**
21  Q.  Did you get a call back?
22  A.  No.
23  Q.  It looks like on July 6th, the same
24  day you visited the second time, you also
25  called the Delaware County Sheriff's Office, is

Page 19

1   that correct?
2   A.  **That's correct.**
3   Q.  And who did you talk to that time?
4   A.  **I don't recall.**
5   Q.  Do you think you might have talked to
6   a deputy or the sheriff?
7   A.  No.
8   Q.  You say that definitely.  Why is
9   that?
10  A.  **I believe it was the same female --**
11  Q.  Okay.
12  A.  **-- that I spoke with.**
13  Q.  What was the gist of that
14  conversation?  What did you say and what did
15  she say?
16  A.  **Very similar to the earlier**
17  **conversation. I gave her my name, the reason**
18  **for my call, a welfare check on the animals,**
19  **and could I get a call back.**
20  Q.  And what did she say?
21  A.  **She said I'll take your information.**
22  Q.  Did you ever get a call back?
23  A.  No.
24  Q.  You also filed a concern -- what is a
25  concern, by the way?  It's not a formal

Page 20

1   complaint, correct?
2   A.  No.
3   Q.  You said you filed a concern with
4   IDALS and USDA on July 7th concerning the
5   July 6th visit?
6   A.  **It would have been the same type of**
7   **document that I filed the first time, a formal**
8   **complaint with IDALS.**
9   Q.  So if it says concern, that really
10  should say formal complaint, is that --
11  A.  Yes.
12  Q.  On July 23rd you had a meeting with
13  Randy Wheeler concerning the zoo inspection, is
14  that true?
15  A.  **That's correct.**
16  Q.  Were you with somebody else at that
17  meeting?
18  A.  No.
19  Q.  You went by yourself?
20  A.  Yes.
21  Q.  Tell me about that meeting.  What
22  went on there?
23  A.  **I visited with him at the IDALS**
24  **office.  I showed him some of the photographs**
25  **that I had taken on my first two visits, and**

Page 21

1  expressed my concern that the animals were
2  being treated in a less than satisfactory
3  manner.
4      Q. What did Dr. Wheeler say to you?
5      A. He didn't say much of anything to me.
6      Q. How did you leave it after that
7  meeting? Was he going to get back to you, or
8  what?
9      A. Nope.
10     Q. Did he tell you he was not going to
11 get back to you?
12     A. Nope.
13     Q. Did you ask him to get back to you?
14     A. Nope.
15     Q. On September 5, 2012, you also met
16 with Secretary Bill Northey and Steven Moline
17 with IDALS, is that right?
18     A. Yes.
19     Q. Who is Steven Moline?
20     A. Steven Moline is a staff member at
21 IDALS. His exact title I cannot recall, it's
22 rather lengthy. But he is one of the
23 department heads for IDALS.
24     Q. And tell me about that meeting. What
25 went on there?

Page 22

1      A. It was very similar to my meeting
2  with Dr. Wheeler; I expressed my concern about
3  the conditions that I had experienced at the
4  zoo. I wanted him to be made aware of it,
5  given that IDALS issues a permit to the
6  facility.
7      Q. Was there a promise on any type of
8  action from that meeting?
9      A. No.
10     Q. Did they indicate to you they would
11 get back to you on anything?
12     A. No.
13     Q. Did you ask them to get back to you
14 on anything?
15     A. I don't recall that I asked them to
16 get back to me on anything.
17     Q. You also talked to the Iowa DNR, is
18 that true?
19     A. Yes.
20     Q. Who did you talk to at the Iowa DNR?
21     A. I don't recall the young gentleman's
22 name. He was an IDNR officer in the Delaware
23 County office.
24     Q. In the end, tell me the gist of that
25 conversation. What did you say, and what was

Page 23

1  the reason for your call there?
2      A. I had called the office originally
3  inquiring whether or not IDNR had any
4  jurisdiction over captive wildlife, and the
5  secretary in the office referred me to the IDNR
6  officer who covered that area. He indicated to
7  me the only jurisdiction he would have would be
8  over native species.
9      Q. Did that end your conversation with
10 him then?
11     A. Yes.
12     Q. You called the Department of Public
13 Health, is that correct?
14     A. That's correct.
15     Q. It looks like you were transferred to
16 Black Hawk County Department of Public Health?
17     A. Yes.
18     Q. Did they do anything?
19     A. No.
20     Q. On December 2nd you called the
21 Delaware County Sheriff's Office again, is that
22 true?
23     A. That's correct.
24     Q. Who did you talk to that time?
25     A. Again, I believe it was a

Page 24

1  dispatch-type person, secretary.
2      Q. And tell me about that conversation.
3      A. My recollection is the weather turned
4  quite bad about that time, and it was again
5  very similar to the earlier conversations; I
6  left my name, my phone number, the reason for
7  my call was a welfare check given the winter
8  conditions, and could I get a reply back.
9      Q. Tell me what the dispatcher or person
10 you talked to said.
11     A. Thank you for registering your
12 concern with us.
13     Q. Did you get a call back?
14     A. I don't recall that I did.
15     Q. On December 22nd it looks like you
16 also -- again, it says filed a concern with
17 IDALS and USDA. Now, is concern the same thing
18 as a formal complaint?
19     A. Yes.
20     Q. What happened to that complaint?
21     A. I can't tell you what happened to it.
22     Q. You never got a response?
23     A. No.
24     Q. You also sent a letter to Dr. Robert
25 Gibbons. He is the APHIS head, is that true?

Page 25

1    A.  Yes, that's true.
2    Q.  Did you get a response from
3  Dr. Gibbons?
4    A.  It's an automatic reply, thank you
5  for your filed concern.
6    Q.  And on January 2nd of 2013 you had a
7  conversation with Steven Moline at IDALS again,
8  correct?
9    A.  Yes.
10   Q.  It says regarding Iowa Code Chapter
11 162.10A.  What's that concerning?
12   A.  162 is the chapter that deals with
13 care of animals in commercial establishments.
14 And I was looking for clarification from him
15 with regard to that piece of the code and
16 animals in a zoo situation.
17   Q.  Were you explaining about the
18 facility at Cricket Hollow then, or not?
19   A.  I don't recall that I was explaining
20 about it as much as I was looking for
21 clarification on the Code and how it would
22 connect with this facility.
23   Q.  The same day it looks like you called
24 the mayor of Manchester, is that right?
25   A.  Yes, I did.

Page 26

1    Q.  What was that conversation about?
2    A.  I wanted to express my concern about
3  the facility in his community, and he thanked
4  me for the call and said I needed to call the
5  supervisors.
6    Q.  Then on January 3rd it looks like you
7  did what he suggested, is that true, you
8  contacted a Delaware County supervisor?
9    A.  That's correct.
10   Q.  How did you pick Jeff Madlom to
11 contact.
12   A.  I didn't.  He happened to be the
13 supervisor that was in the office that day.
14   Q.  Tell me about that conversation.
15   A.  I expressed my concern on the
16 facility, wanted someone in the Delaware County
17 leadership to know that I had some concerns
18 about it.
19   Q.  What did he say?
20   A.  He said, thank you.  Delaware County
21 is a no-zone county, so there's not much we can
22 do.
23   Q.  On January 3rd you also had a
24 conversation with the Delaware County
25 Conservation office, is that correct?

Page 27

1    A.  Yes.
2    Q.  And tell me about that conversation.
3    A.  Well, I believe that conversation was
4  connected to the weather conditions again at
5  that time, knowing that there were native
6  species, was there any planned inspection.
7    Q.  And you were looking for a planned
8  inspection by Delaware County, is that right?
9    A.  Of the Iowa Department of Natural
10 Resources officer in Delaware County.
11   Q.  This would be the Delaware County
12 Conservation office that you called?
13   A.  Yeah.
14   Q.  Okay.  On January 4th you contacted
15 Dr. Dave Schmitt, Iowa State veterinary, is
16 that right?
17   A.  Yes.
18   Q.  What was your conversation with
19 Mr. Schmitt?
20   A.  If I recall, I believe it was again
21 centered on chapter 162, care of animals in
22 commercial establishments, and the conditions
23 that I observed at Cricket Hollow Zoo.
24   Q.  What did you say exactly about the
25 conditions you observed at Cricket Hollow Zoo,

Page 28

1  if you remember?
2    A.  That I thought they were less than
3  adequate, given what I understood Chapter 162
4  to identify.
5    Q.  What did Dr. Schmitt tell you?
6    A.  I don't recall exactly what he told
7  me outside of the fact that IDALS does conduct
8  inspection reports -- or conduct inspections.
9    Q.  So no action was promised by
10 Dr. Schmitt, is that right?
11   A.  That's correct.
12   Q.  January 4th you also had a
13 conversation with Dr. Randy Ridenour?
14   A.  Yes.
15   Q.  You were expressing concern about the
16 livestock in a zoo setting, is that right?
17   A.  That's correct.
18   Q.  And public contact with juvenile big
19 cats; in other words, baby tigers or something
20 of that nature?
21   A.  Yes.
22   Q.  Tell me about that conversation.
23 What did you say, and what did Dr. Ridenour
24 tell you back?
25   A.  My question specifically to him had

Page 29

1 to do with livestock in a class C exhibitor
2 setting, and whether or not livestock was a
3 regulated animal under the Animal Welfare Act
4 in that setting.
5   Q.  Did Dr. Ridenour indicate to you
6 whether it was or not?
7   A.  I believe he indicated to me that
8 they were regulated.
9   Q.  Now, in regard to Dr. Kate Ziegerer
10 -- or Ziegerer I guess is how you pronounce
11 it -- you talked to her on April 24th, is that
12 right?
13   A.  That's correct.
14   Q.  And you wanted to find out about the
15 inspection process and the protocol for
16 submissions from the public; in other words if
17 you are going to submit something to the USDA,
18 is that right?
19   A.  The general inspection process as a
20 whole, how did it work.
21   Q.  On April 28th -- I guess we are in
22 2013 still -- you received a letter from
23 Dr. Schmitt regarding animal care per the Iowa
24 Code.  Was he trying to explain to you what
25 that requirement was?

Page 30

1   A.  Yes, and where his agency fit into
2 the protocol.
3   Q.  And it looks like you received a
4 reply on May 21st from Dr. Gibbons.  It says,
5 your reply to my concerns, especially my
6 May 19th letter.  Do you remember that at all?
7   A.  I don't recall it specifically.
8   Q.  Do you remember anything in general
9 about it?
10   A.  I don't recall that I got a personal
11 letter as much as a thank you for your letter
12 of concern.
13   Q.  More of a form letter, you mean?
14   A.  Yeah. Yes.
15       (Discussion was held off the record.)
16   Q.  On June 27, 2013, you also, it says,
17 filed a concern -- each time I see the word
18 concern here, should I read that to mean formal
19 complaint?
20   A.  Complaint, yes.
21   Q.  -- with the IDALS, and also the USDA
22 reference your June 23rd visit?
23   A.  Correct.
24   Q.  September 10th again you tried to
25 call the Delaware County Sheriff's Office about

Page 31

1 a welfare check.  Did you talk to the same
2 person again, or do you know?
3   A.  I couldn't tell you if it was the
4 same person, or not, but it appeared to me to
5 be a staff-type person who takes the calls.
6   Q.  Male or female?
7   A.  I believe female.
8   Q.  Same conversation again?
9   A.  Yes.
10   Q.  Same response?
11   A.  Yes.
12   Q.  Which was they didn't respond to you?
13   A.  Correct.
14   Q.  It looks like you contacted, had a
15 phone call with a Delaware County Supervisor
16 Jerry Ries regarding a letter you sent on
17 September 22nd?
18   A.  Yes.
19   Q.  Tell me about your conversation with
20 Supervisor Jerry Ries.
21   A.  The letter had been sent to, again,
22 leadership in Delaware County expressing my
23 continued concern about the conditions in the
24 facility including public health safety,
25 potential problems.  I felt they needed to be

Page 32

1 aware of it.  He responded that -- he thanked
2 me for my concern.  He told me, again, that
3 there weren't much that the supervisors could
4 do in this situation.
5   Q.  You didn't get a response from the
6 sheriff's office, is that true?
7   A.  That's correct.
8   Q.  And you sent a copy of the same
9 letter to the sheriff's office?
10   A.  Yes.
11   Q.  At some point in time you called
12 AMPI, didn't you, about Ms. Sellner's milk
13 operation?
14   A.  Yes, I did.
15   Q.  When was that?
16   A.  I cannot tell you the exact date.  I
17 believe it would have been in early 2014.
18   Q.  Tell me about the conversation.  Why
19 did you call AMPI?
20   A.  Again, I called them -- I knew that
21 the dairy was a member of this particular
22 co-op.  My concern again was for the conditions
23 that I had experienced at the zoo, the close
24 proximity of the zoo and exotic animals to an
25 operating dairy herd, and whether or not that