United States Department of Agriculture

Animal and Plant
Health Inspection
Service

4700 River Road
Riverdale, MD 20737

August 27th, 2014

Pamela Sellner
Tom Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Dear Mrs. Sellner,

Your appeal to the inspection report dated May 21st, 2014 was thoroughly reviewed by an Animal Care appeal team consisting of the Assistant Regional Director in Ft. Collins, CO, an Animal Care Field Supervisor, and me. The appeal is addressed below.

We very much appreciate the time and effort in expressing and conveying your thoughts and concerns regarding the inspection of your facility. We thoroughly reviewed your letter, the reports, and the photos and wanted to carefully answer your appeal letter.

All 20 citations will stand as written. In response to the inspection hours, I have provided the definition of business hours listed in the 9 CFR. Our definition indicates inspections are to be conducted within reasonable hours between 7 a.m. and 7 p.m. The inspectors were operating within the normal inspection procedures when they inspected at 9:00 a.m.

Regarding the matter of biosecurity, we agree, biosecurity is paramount and should be followed at each and every facility. Our inspectors have been directed to continue following biosecurity measures and will ensure they are followed at your facility. Lastly, we appreciate your comments on our inspectors, but would like to reiterate our inspectors are trained to be fair and impartial.

All decisions made by the appeals teams are final and represent USDA's final determination of compliance.

We have included a factsheet explaining our new appeals process here for your reference. It may also be found at:
http://www.aphis.usda.gov/publications/animal_welfare/2014/appeals_process.pdf.

At USDA Animal Care, ensuring the welfare of the animals we regulate is at the heart of everything we do.

Sincerely,

Elizabeth Goldentyer, DVM
Regional Director

An Equal Opportunity Provider and Employer


United States Department of Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Avenue
Building B, 3W11
Fort Collins, CO
80526
Phone: 970/494-7478
Fax: 970/494-7461

June 23, 2014

Pamela Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester IA 50257

Registration Number: 42-C-0084
Customer Number: 5143

Dear Ms. Sellner

We have reviewed your letter sent on June 2, 2014, wherein you appeal the findings on the May 12 and May 21, 2014 inspection reports. After review of your correspondence, the inspection reports were evaluated for appropriateness and consistency with the regulations and standards as contained in Title 9 of the Code of Federal Regulations, Chapter 1, Subchapter A. At this time, we could not find sufficient justification to remove the documented citations. Please note that when you sign the application and agree to the condition of licensure, you agree to comply with the Animal Welfare Act and its regulations and standards as a USDA licensed facility. Facilities are expected to meet or exceed all standards and regulations in the Animal Welfare Act at all times.

With regard to the attempted inspection done on May 12, 2014; our inspectors do not inspect in dangerous conditions. The two inspectors present on that attempted inspection stated that there was no thunder and lightning in the area at the time they attempted to conduct an inspection.

To address your concern that the inspectors did not secure doors and that they breached your facilities biosecurity protocols: at facilities that are open to the public such as a zoo, our inspectors follow the security and biosecurity as directed by the facility. For instance, if footbaths or protective clothing is required by the facility and this is stated to the inspectors, that protocol will be followed. The inspectors did not receive a request from the licensee to follow any such protocol nor were they directed to open or close any doors at the facility. In addition, neither inspector went to any other facility the day of your inspection so no breach of biosecurity could have occurred.

You state that you are aware of regulated facilities that are not in compliance with the Animal Welfare Act regulations and standards. USDA APHIS Animal care will investigate any claims that you have regarding other exhibitors that you feel are not in compliance. Please submit your specific information, including names and locations to the Regional Office at the address above and your complaint will be addressed.

With regard to your request that a new inspector be assigned to your facility, I do not find any reason or evidence to support a change of inspectors. It has been my experience that Dr. Heather Cole is a professional of the highest caliber and conducts herself as such. If you have any specific evidence to the contrary, then please present that information to the Regional Office for consideration and review.

We appreciate that you have already addressed some of the non-compliant items noted on the inspection May 21, 2014 report and trust that all others will be addressed by the timelines given on the inspection report.

If you wish to appeal this determination to the Regional Director, please know that if we do not hear from you within 30 days, the original inspection report and any amendments will be posted online at that time.

I hope this letter has satisfactorily addressed your concerns. If you have any further questions regarding the Animal Welfare Act and its regulations and standards, please feel free to address them in writing at the above address. The welfare of your animals is our shared concern.

Sincerely,

Tanya Tims, DVM
Supervisory Veterinary Medical Officer
USDA, APHIS, Animal Care

 United States Department of Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Avenue
Building B, 3W11
Fort Collins, CO
80526
Phone: 970/494-7478
Fax: 970/494-7461

August 29, 2013

Pamela Sellner
1512 210th Street
Manchester, IA 52057

Dear Ms. Sellner:

I write in reply to your further appeal of three citations from the inspection report dated June 12, 2013. Each citation is addressed individually below.

With regard to the citation of Section 3.127(c), Drainage: as requested, copies of photographs showing the noncompliance are included below.





The citation of this noncompliance on the inspection report states: *"The cattle must walk through the water and mud in order to access the food and water receptacles in the enclosure. The cattle were observed to sink in the mud almost to the level of their 'knees' as they walked in this area. Their coats were muddy along the entire length of their legs and on the undersides of their abdomens."* The photographs clearly depict the noncompliance as described.

With regard to the citation of Section 3.10, Watering: photographic evidence depicts a buildup of green material (as stated on the inspection report) as opposed to a "slight green color."

With regard to the citation of Section 2.40(b) (2), Attending Veterinarian and Adequate Veterinary Care: I am glad to hear that subsequent to our inspection, you had your veterinarian evaluate the nonhuman primate, Cynthia. Further, I am glad to hear that she is improving and "looks good right now." Please note that if you had contacted your veterinarian at the time the condition needed veterinary attention, as opposed to after our inspector identified said condition during the inspection, a citation would not have been written.

Based on the information above, the three appealed citations will remain on the inspection report as written.

With regard to your question "how good is good enough": the standards of the Animal Welfare Act do not represent or create an expectation of perfection; they are considered to be the minimum standards that must be met by regulated facilities in order to be in compliance. Most regulated facilities exceed those standards, but that is not required. However, full compliance with the minimum standards is required and expected.

If you have additional information you wish to be considered, please forward it to the address provided. If we do not hear from you within 30 days, the original inspection report will be posted online at that time. Thank you for your interest in the welfare of animals.

Sincerely,

Robert M. Gibbens, DVM
Director, Western Region
USDA, APHIS, Animal Care



**United States Department of Agriculture**

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Avenue
Building B, 3W11
Fort Collins, CO
80526
Phone: 970/494-7478
Fax: 970/494-7461

July 11, 2013

Pamela Sellner
1512 – 210th St.
Manchester, IA 52057

Dear Ms. Sellner:

I am writing in response to your letter dated June 24, 2013 in which you appeal some of the findings of your June 12, 2013 inspection report. After review of your appeal and consultation with the inspector, the inspection report and associated documentation were evaluated for appropriateness and consistency with the program practices/procedures and the regulations and standards as contained in Title 9 of the Code of Federal Regulations, Chapter 1, Subchapter A.

The findings are as follows:

With regard to the citation of Section 2.40 (b)(2): This non-compliant item is consistent with program guidance and practices and will remain as written.

With regard to the citation of Section 3.10: This non-compliant item and the photographic evidence submitted by the inspector are consistent with program guidance and practices and will remain as written.

With regard to the citation of Section 3.127 (d): This non-complaint item and the photographic evidence submitted by the inspector are consistent with program guidance and practices and will remain as written.

If you wish to appeal this determination to the Regional Director, please know that if we do not hear from you within 30 days, the inspection report will be posted online at that time.

I hope this letter has satisfactorily addressed your concerns. If you have any further questions regarding the Animal Welfare Act and its regulations and standards, please feel free to address them in writing at the above address.

Sincerely,

Katheryn Ziegerer, DVM
Supervisory Veterinary Medical Officer
Omaha, NE
USDA-APHIS-Animal Care Western Region



United States
Department of
Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Ave.
Building B
Mail Stop # 3W11
Ft. Collins, CO 80526
Phone: 970/494-7478
Fax: 970/494-7461

December 26, 2012

Pamela Sellner
Tom Sellner
Cricket Hollow Zoo
1512 210th St.
Manchester, IA    52057

Dear Ms. Sellner:

We have received and reviewed your letter of December 13, 2012, wherein you are appealing our findings documented under Sections 3.75(c)(3), 3.131(a), and 3.131(c) on our inspection report of November 26, 2012.

After review of your appeal, our inspection report and associated documents and photographs were evaluated for appropriateness and consistency with the regulations and standards as contained in Title 9 of the Code of Federal Regulations, Chapter 1, Subchapter A. We find that the documentation contained in our inspection report accurately reflects conditions at your facility during our inspection. We therefore do not find sufficient justification to remove or change any of the citations documented on our report. Your appeal is therefore denied.

If you wish to appeal this determination to our Regional Director, please know that if we do not receive a response to that effect within 30 days, the original inspection report will be posted online at that time.

Sincerely,

R. Ridenour, DVM
SVMO – Supervisory Animal Care Specialist
USDA, APHIS, Animal Care