IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA CEDAR
RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>PAMELA SELLNER, et al.,<br><br>    Defendants. | Case No. C14-02034-JSS<br><br>**Certificate of Service** |

## CERTIFICATE OF SERVICE

I, Jessica L. Blome, hereby certify that I filed the following documents in the Court's Electronic Case Filing System (ECF) this 29th day of June, 2015, which were then served upon all counsel of record:

- Plaintiffs' Reply to Defendants' Statement of Material Facts
- Plaintiffs' Reply to Defendants' Memorandum of Law in Resistance to Plaintiffs' Motion for Summary Judgment
- Plaintiffs' Supplemental Appendix
- Plaintiffs' Motion to Exclude Paragraph 45 of the Affidavit of Pamela Sellner and Defendants' Exhibits X and AA
- Plaintiff's Proposed Order

Date: June 29, 2015    */s Jessica L. Blome*
              Jessica L. Blome

Larry J. Thorson
ACKLEY KOPECKY & KINGERGY, L.L.P.
4056 Glass Road, NE
Cedar Rapids, IA  52402
Ph. (319) 393-9090
Fax (319) 393-9012
Email lthorson@akklaw.com

ATTORNEY FOR DEFENDANTS

Daniel J. Anderson (IA Bar No. 20215)

danderson@wertzlaw.com
WERTZ & DAKE
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
319.861.3001

Jessica L. Blome (*pro hac vice*)
Missouri Bar No. 59710
jblome@aldf.org

Jeff Pierce (*pro hac vice*)
California Bar No. 293085
jpierce@aldf.org

ANIMAL LEGAL DEFENSE FUND
170 E. Cotati Avenue
Cotati, CA 94931
707.795.2533

ATTORNEYS FOR PLAINTIFFS