IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al., | ) |
| Plaintiffs, | ) Case No. C14-02034-JSS |
| v. | ) **PLAINTIFFS'** |
| PAMELA SELLNER, et al., | ) **NOTICE OF NEWLY** |
| | ) **DISCOVERED EVIDENCE** |
| Defendants. | ) **(ECF NO. 21)** |

**Notice of Newly Discovered Evidence**

Plaintiffs respectfully request that the Court consider the United States Department of Agriculture (USDA)'s recent decision to suspend Defendants' Class C Exhibitor License due to chronic violations of the Animal Welfare Act in support of Plaintiffs' Motion for Summary Judgment (ECF No. 21). When undersigned counsel visited the APHIS FOIA Reading Room on July 1, 2015, undersigned counsel discovered that Defendants' license to exhibit animals to the public was suspended on June 16, 2015. *See* Screenshot of APHIS' online database attached hereto as Exhibit 15[1] (last visited July 1, 2015). According to the Animal Welfare Act, the USDA's Animal and Plant Health Inspection Service (APHIS) can suspend a license to operate an animal enterprise, such as a zoo exhibit, "in any case of actual or threatened physical harm to animals" or if APHIS has reason to believe that the licensee has violated or is violating the Animal Welfare Act. 7 U.S.C. § 2149(a); 9 CFR § 4.10.

---

[1] available at https://acissearch.aphis.usda.gov/LPASearch/faces/CustomerSearch.jspx.

1

There can be no doubt that Defendants were aware of their license suspension, but they failed to disclose the suspension order to Plaintiffs.[2] APHIS' suspension order is absolutely relevant to Plaintiffs' claims for violations of the Endangered Species Act at the Cricket Hollow Zoo because it provides further evidence that Defendants have failed to practice generally accepted animal husbandry at the Cricket Hollow Zoo and simply do not—and cannot—meet the minimum requirements of the Animal Welfare Act (AWA). *See* 9 C.F.R. § 17.3 (setting forth the criteria for AWA-licensed facilities to be exempt from 16 U.S.C. § 1538(9)(B)). Moreover, APHIS' suspension demonstrates that Defendants' treatment of the tigers, ring-tailed and red-ruffed lemur lemurs, and gray wolves or intra-species hybrid wolves at the Cricket Hollow Zoo amounts to a prohibited take of endangered species under Section 9 of the Endangered Species Act, 16 U.S.C. § 1538(9)(B). Defendants will not be prejudiced if this Court includes evidence of their license suspension in the record for the purposes of evaluating the merits of Plaintiffs' Motion for Summary Judgment.

**THEREFORE,** Plaintiffs respectfully ask the court to consider this Notice as well as the attached Exhibit 15 in support of Plaintiffs' Motion for Summary Judgment (ECF No. 21).

---

[2] APHIS' online database lists Defendants' Class C License No. 42-C-0084 as suspended since June 16, 2015, though notice of the suspension was not available on the APHIS FOIA Reading Room until today. Undersigned counsel learned on June 23, 2015, that Defendants had unexpectedly and without explanation closed the Cricket Hollow Zoo to the public for a three-week period. Undersigned counsel immediately attempted to obtain explanation for the closure from opposing counsel in time for the June 29 filing of Plaintiffs' Reply to Defendants' Resistance to Plaintiff's Motion for Summary Judgment. However, opposing counsel never responded to undersigned counsel's inquiry.

Dated: July 1, 2015                     Respectfully submitted,


                                        */s Daniel J. Anderson*
                                        Daniel J. Anderson (IA Bar No. 20215)
                                        danderson@wertzlaw.com
                                        WERTZ & DAKE
                                        1500 Center St. NE #101
                                        Cedar Rapids, IA 52402-5500
                                        319.861.3001

                                        */s Jessica L. Blome*
                                        Jessica L. Blome (*pro hac vice*)
                                        Missouri Bar No. 59710
                                        jblome@aldf.org

                                        Jeffrey S. Pierce (*pro hac vice*)
                                        California Bar No. 293085
                                        jpierce@aldf.org
                                        ANIMAL LEGAL DEFENSE FUND
                                        170 E. Cotati Avenue
                                        Cotati, CA 94931
                                        707.795.2533

                                        ATTORNEYS FOR PLAINTIFFS