

Ex 15-0797