# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

TRACEY K. KUEHL, an individual; )
LISA K. KUEHL, an individual; )  Case No. C14-2034-LRR
KRISS A. BELL, an individual; )
NANCY A. HARVEY, an individual; )
JOHN T. BRAUMANN, an individual, )
and; ANIMAL LEGAL DEFENSE )
FUND, a non-profit corporation, )  RESISTANCE TO PLAINTIFFS'
)  MOTION TO EXCLUDE PARAGRAPH
       Plaintiffs, )  45 OF PAMELA SELLNER'S AFFIDAVIT
)  AND DEFENDANTS' EXHIBITS X AND
vs. )  AA
)
PAMELA SELLNER, an individual; )
TOM SELLNER, an individual; and )
CRICKET HOLLOW ZOO, a )
non-profit corporation, )
)
       Defendants. )
)

     COME NOW the Defendants and in response to the Motion to Exclude filed by the Plaintiffs, state as follows:

     1.    The Affidavit of Pamela Sellner did not contain any statement that would be embraced by the "sham affidavit" rule cited by the Plaintiffs and referred to in the case of *City of St. Joseph v. Southwestern Bell Tel.*, 439 F.3d 468, 475-476 (8th Cir. 2006). The statement by Pamela Sellner in her Affidavit merely corrects the specious argument and "spin" placed on her testimony by the Plaintiffs that she was endorsing the conviction of someone she listened to for advice or somehow admired this conviction and not the

true meaning of what she was conveying that it was a lesson not only for the gentleman referred to but also for her – so she would avoid violating the law. *See Camfield Tikes, Inc. v. Michigan Tire Corp.*, 719 F.2d 1361, 1363 (8th Cir. 1983) ("directly contrary statements" which is not what is applicable here).

2.     Pamela Sellner also clearly goes on and states in her answer to one of the Plaintiffs' attorney's questions "I don't know what that means." P. Sellner Tr. 62:7 A. p. 230). The only thing that Ms. Sellner's Affidavit adds to her testimony is a contradiction of the evil or unlawful intent ascribed to her by the Plaintiffs in their Motion and her Affidavit makes it clear that she intends to obey the law. The Plaintiffs would like to have her saddled only with "bad" motives for obeying the law not her real intention which is to follow the letter and intent of the law.

3.     With regard to Exhibit X, Dr. Gary Pusillo brought along these photographs to his deposition in response to the Plaintiffs' subpoena. Because the Plaintiffs chose not to appear in person at this deposition, they did not see them at that time (April 30, 2015) but these photographs were then produced in a supplemental response by the Defendants on May 1, 2015 and identified as photographs taken by Dr. Pusillo in that response.

4.     With regard to Exhibit AA (A. p. 147) that photograph was taken by counsel for the Defendants on a family vacation in 1984 to Colorado Springs and was taken at the Cheyenne Mountain Zoo while the Plaintiffs' rebuttal expert was director of

2

that facility. This photograph was produced on April 30, 2015 to the Plaintiffs (see attached discovery response).

WHEREFORE, the Defendants pray that the Plaintiffs' Motion be overruled in its entirety and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

Larry J. Thorson                    #AT0007976
ACKLEY KOPECKY & KINGERY, L.L.P.
4056 Glass Road, NE
Cedar Rapids, IA 52402
Ph: (319) 393-9090  Fax: (319) 393-9012
Email: lthorson@akklaw.com

Copies to:

Daniel J. Anderson
Wertz & Dake
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
danderson@wertzlaw.com

Jessica Blome
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jblome@aldf.org

Jeff Pierce (pro hac vice)
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jpierce@aldf.org

3

## Certificate of Service

    The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the parties or their attorney of record in the above-entitled cause to each such party or attorney at his or her legal address as shown below on the _6 Th_ day of July, 2015.

BY:

_____U.S. Mail          _____Fax         _____Hand Delivery

_____Overnight mail/Messenger    ✓CM/ECF Procedure

                                                Other

<u>/s/ Theresa Trenary</u>

4

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

TRACEY K. KUEHL, an individual; )
LISA K. KUEHL, an individual; )   Case No. C14-2034-LRR
KRISS A. BELL, an individual; )
JOHN T. BRAUMANN, an individual, )
and; ANIMAL LEGAL DEFENSE )
FUND, a non-profit corporation, )
)
        Plaintiffs, )   **DEFENDANT CRICKET HOLLOW**
)   **ZOO'S FIRST SUPPLEMENTAL**
)   **RESPONSE TO PLAINTIFFS'**
    vs. )   **REQUEST FOR PRODUCTION OF**
)   **DOCUMENTS**
)
PAMELA SELLNER, an individual; )
TOM SELLNER, an individual; and )
CRICKET HOLLOW ZOO, a )
non-profit corporation, )
)
        Defendants. )
)

COMES NOW the Defendant, Cricket Hollow Zoo, and hereby supplements its response to Plaintiffs' Request for Production of Documents by attaching a photograph of a tiger from Dr. Pusillo at Cricket Hollow Zoo taken October 21, 2005 and a photograph taken at the Cheyenne Mountain Zoo.

                            _____

                            Larry J. Thorson            #AT0007976
                            ACKLEY KOPECKY & KINGERY, L.L.P.
                            4056 Glass Road, NE
                            Cedar Rapids, IA 52402
                            Ph: (319) 393-9090  Fax: (319) 393-9012
                            Email:  lthorson@akklaw.com

                            Attorney for Defendants

## CERTIFICATE OF SERVICE

I, Theresa Trenary, of Ackley, Kopecky & Kingery, L.L.P., 4056 Glass Road NE, Cedar Rapids, Iowa 52402, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age.

That on the _30th_ day of _April_, 2015, I served the original of the foregoing instrument, to which this Certificate is attached, either via electronic filing or by U.S. Postage prepaid mail, to the parties or the attorneys of record shown below, as follows:

Original to:     Jessica Blome
                 Animal Legal Defense Fund
                 170 E. Cotati Avenue
                 Cotati, CA 94931
                 jblome@aldf.org

Copy to:         Daniel J. Anderson
                 Wertz & Dake
                 1500 Center St. NE #101
                 Cedar Rapids, IA 52402-5500
                 danderson@wertzlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _April 30, 2015_                _Theresa Trenary_
                     (Date)                          (Signature)



Cricket Hollow 10-21-05 Tiger - taken by Dr. Pusillo



Cheyenne Mountain (1984)

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA

TRACEY K. KUEHL, an individual; )
LISA K. KUEHL, an individual; ) Case No. C14-2034-LRR
KRISS A. BELL, an individual; )
JOHN T. BRAUMANN, an individual, )
and; ANIMAL LEGAL DEFENSE )
FUND, a non-profit corporation, )
)
)  **DEFENDANT CRICKET HOLLOW**
Plaintiffs, )  **ZOO'S SECOND SUPPLEMENTAL**
)  **RESPONSE TO PLAINTIFFS'**
vs. )  **REQUEST FOR PRODUCTION OF**
)  **DOCUMENTS**
)
PAMELA SELLNER, an individual; )
TOM SELLNER, an individual; and )
CRICKET HOLLOW ZOO, a )
non-profit corporation, )
)
Defendants. )
)

COMES NOW the Defendant, Cricket Hollow Zoo, and hereby supplements its response to Plaintiffs' Request for Production of Documents by attaching photographs taken by Dr. Pusillo, copies of nutritional labels for food supplied to Cricket Hollow Zoo, and list of cases Dr. Pusillo has testified in.

Larry J. Thorson                    #AT0007976
ACKLEY KOPECKY & KINGERY, L.L.P.
4056 Glass Road, NE
Cedar Rapids, IA 52402
Ph: (319) 393-9090 Fax: (319) 393-9012
Email: lthorson@akklaw.com

Attorney for Defendants

CERTIFICATE OF SERVICE

I, Theresa Trenary, of Ackley, Kopecky & Kingery, L.L.P., 4056 Glass Road NE, Cedar Rapids, Iowa 52402, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age.

That on the 1st day of May, 2015, I served the original of the foregoing instrument, to which this Certificate is attached, either via electronic filing or by U.S. Postage prepaid mail, to the parties or the attorneys of record shown below, as follows:

Original to:   Jessica Blome
               Animal Legal Defense Fund
               170 E. Cotati Avenue
               Cotati, CA 94931
               jblome@aldf.org

Copy to:       Daniel J. Anderson
               Wertz & Dake
               1500 Center St. NE #101
               Cedar Rapids, IA 52402-5500
               danderson@wertzlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Executed on _May 1, 2015_          _Theresa Trenary_
            (Date)                 (Signature)



























Complete*Natural*Nutrition™

# Fresh Oasis FelineT

A Vitamin + Mineral Premix to Balance and Complete a Diet of Fresh Cooked or Raw Meats

○ 5 lbs (2.27 kg)   ○ 25 lbs (11.34 kg)

## HOMEMADE FRESH FOOD MADE EASY

| BODY WEIGHT | AMOUNT OF FRESH OASIS/DAY | MONTHLY OF FRESH OASIS/DAY |
|---|---|---|
| 1-3 lbs | 1/4 scoop | 3.52-1.056 oz |
| 4-6 lbs | 1/2 scoop | 1.408-2.11 oz |
| 7-9 lbs | 3/4 scoop | 2.465-3.168 oz |
| 10 lbs | 1 scoop (3.5 g) | 3.52 oz |
| 50 lbs | 1 1/2 scoops | 1.1 lbs |
| 100 lbs | 2 scoops | 2.2 lbs |
| 250 lbs | 4 scoops | 5.5 lbs |
| 500 lbs | 8 scoops (1 oz) | 11 lbs |

These schedules are guides per animal. Individual animals will vary in their requirements and should be fed accordingly. The variations in requirements may be due to illness, rapid growth, weight, types of meats used, activity level, lactation, breeding, pregnancy, etc.

Complete & Balanced Fresh Food



Formulated by: *Dr. Mary Pacilio*

Made in USA

Complete*Natural*Nutrition™
Complete Natural Nutrition, Inc.
Marshalltown, IA 50158
Please visit our website for how to prepare food in bulk and easy recipes at www.completenaturalnutrition.com or call toll free 1-866-810-7235

Oasis is a trademark of INTI Service Corporation.

**INGREDIENTS**

D-Glucose Monohydrate, Taurine, Monocalcium Phosphate, Calcium Carbonate, Choline Chloride, Calcium Pantothenate, Zinc Proteinate, Zinc Sulfate, Vitamin E Supplement, Niacinamide, Pyridoxine Hydrochloride, Dried Whey, Copper Proteinate, Manganese Proteinate, Lysine, Potassium Iodide, Sodium Selenite, Yeast Culture, Dried Lactobacillus Acidophilus Fermentation Product, Dried Enterococcus Faecium Fermentation Product, Dried Lactobacillus Casei Fermentation Product, Dried Lactobacillus Plantarum Fermentation Product, Lactobacillus Fermentum, Dried Aspergillus Niger Fermentation Extract, Dried Aspergillus Oryzae Fermentation Extract, Dried Bacillus Subtilis Fermentation Extract, Sodium Silico Aluminate, DL-Methionine, Vitamin B12 Supplement, Riboflavin, Thiamine Mononitrate, Milk Calcium Complex, Folic Acid, Vitamin A Acetate, Biotin, Vitamin D3 Supplement.

**GUARANTEED ANALYSIS**

| | |
|---|---|
| Lysine, min. | 51% |
| Methionine, min. | 20% |
| Calcium (Ca), min. | 1.5% |
| Calcium (Ca), max. | 2.5% |
| Phosphorus (P), min. | 1.5% |
| Selenium (Se), min. | 40.0 ppm |
| Zinc (Zn), min. | 10,000 ppm |
| Vitamin A, min. | 283,000 IU/lb |
| Vitamin D3, min. | 26,500 IU/lb |
| Vitamin E, min. | 6,575 IU/lb |
| Pantothenic Acid, min. | 11,500 mg/lb |
| Folic Acid, min. | 48 mg/lb |
| Pyridoxine, min. | 1000 mg/lb |
| Niacin, min. | 2000 mg/lb |

| | |
|---|---|
| Thiamine, min. | 675 mg/lb |
| Riboflavin, min. | 1000 mg/lb |
| Vitamin B12, min. | 5.5 mg/lb |

Fresh Oasis™ is scientifically formulated to be mixed with fresh cooked or raw meat. A pet's unique specific condition(s) may require additional food or supplements as directed by your veterinarian or animal nutritionist.



CompleteNaturalNutrition™

# Primal-Cal

Scientifically Formulated
Calcium Supplement

● 5 lbs (2.27 kg)   ● 25 lbs (11.34 kg)

Suggested dosage rate per day when used to fortify commercially processed diets (above).

**Note:** 1/4 teaspoon (flat, not rounded) equals approximately 1.4188 g; 1/8 teaspoon (flat not rounded) equals approximately 0.7094 g; 1/16 teaspoon (flat, not rounded) equals approximately 0.3547 g. Suggested dosage rate per day when feeding with raw or unfortified ingredients:

| BODY WEIGHT | AMOUNT |
|---|---|
| 5-10 lbs | 1 scoop (3 g) |
| 11-20 lbs | 2 scoops (6 g) |
| 21-30 lbs | 3 scoops (9 g) |
| 31-40 lbs | 4 scoops (12 g) |
| 41-50 lbs | 5 scoops (15 g) |
| 51-60 lbs | 6 scoops (18 g) |
| 61-70 lbs | 7 scoops (21 g) |
| 71-80 lbs | 8 scoops (24 g) |
| 81-90 lbs | 9 scoops (27 g) |
| 91-100 lbs | 10 scoops (30 g) |

Milk replacers can be fortified with Primal-Cal. Use 1/2 scoop per 1 ounce of reconstituted milk replacer.

These schedules are guides per animal. Individual animals will vary in their requirements and should be fed accordingly. Make sure the Primal-Cal is well blended into the diet to avoid consumption related problems. The variations in requirements may be due to illness, rapid growth, lactation, breeding, pregnancy, etc.

*Please seek professional advice when feeding any nontraditional (non-domesticated) feline and canine species.



CompleteNaturalNutrition™

Complete Natural Nutrition, Inc.
Marshalltown, IA 50158

QUESTIONS? PRODUCT? ORDERING?
Please visit www.CompleteNaturalNutrition.com
or call toll-free 1-866-807-7335

# INGREDIENTS

Calcium Carbonate, Milk Calcium Complex.

## GUARANTEED ANALYSIS

| | |
|---|---|
| Calcium (Ca), min. | 36.00% |
| Calcium (Ca), max. | 41.00% |

Primal-Cal is a nutritional supplement and should be fed in addition to the regular daily feeding program. Check with an Exotic animal professional before using in a species other than Primal-Cal's intended use.

Formulated by: Dr. Mary Farillo

Made in USA

## FEEDING DIRECTIONS

| BODY WEIGHT | AMOUNT |
|---|---|
| 1 lbs | .2217 g |
| 2 lbs | .4434 g |
| 3 lbs | .6650g |
| 4 lbs | .8867 g |
| 5 lbs | 1.1084 g |
| 6 lbs | 1.3300 g |
| 7 lbs | 1.5517 g |
| 8 lbs | 1.7734 g |
| 9 lbs | 1.9950 g |
| 10 lbs | 3/4 scoop |
| 11-15 lbs | 1 scoop |
| 16-20 lbs | 1 1/2 scoops |
| 21-25 lbs | 2 scoops |
| 26-30 lbs | 2 1/4 scoops |
| 31-35 lbs | 2 1/2 scoops |
| 36-40 lbs | 3 scoops |
| 41-45 lbs | 3 1/4 scoops |
| 46-50 lbs | 3 1/2 scoops |
| 51-55 lbs | 4 scoops |

## INGREDIENTS

Vegetable Oil. , Malto Dextrins,
Nonfat Dry Milk Solids, Dried Milk
Protein, Guar Gum, Carrageenan, Egg
Albumin, Glycerine, Dried Citrus Meal,
Scorbic Acid, Vitamin A Palmitate,
Cholecalciferol (Source of Vitamin D3),
Vitamin E Supplement, Niacinimide,
Calcium Pantothenate, Pyridoxine
Hydrochloride, Riboflavin, Thiamine
Mononitrate, Folic Acid.

## GUARANTEED ANALYSIS
### (PER 1 OZ / 29.57 ML)

| | |
|---|---|
| Crude Protein, min. | 3.00% |
| Crude Fat, min | 50.00% |
| Vitamin A, min. | 500 IU |
| Vitamin D3, min | 40 IU |
| Thiamine, min. | 150 mcg |
| Riboflavin, min. | 200 mcg |
| Ascorbic Acid, min. | 6.00 mg |
| Niacin, min. | 2.00 mg |
| D-Pantothenic Acid, min. | 1.00 mg |
| Folic Acid, min. | 40 mcg |
| Omega 3 Fatty Acids, min. | 1200 mg |

Formulated by: *Dr Gary Pusillo*



### Complete*Natural*Nutrition™



# Rapid Rehab

### Rapid Response Nutrition for Debilitated & Unwell Animals

32 fl oz (946.35 ml)

## FEEDING DIRECTIONS

Shake well. Keep from freezing and
high temperatures and refridgerate
after opening. Use a standard cooki
measuring spoon to dose. Administe
twice daily (AM/PM).

| BODY WEIGHT | AMOUNT |
|---|---|
| less than 10 lbs | 1 teaspoon (5 ml) |
| 10-30 lbs | 1 tablespoon (15 n |
| 30-60 lbs | 2 tablespoons (30 |
| 60 lbs+ | 3 tablespoons (45 |

## NEWBORN MILK REPLACER FORTIFICATION

Mix 1 teaspoon of Rapid Rehab per
1 ounce of reconstituted milk replac
All milk replacers should be fed
according to manufacturers' directio



Made in USA

### Complete*Natural*Nutrition™

Complete Natural Nutrition, Inc.
Marshalltown, IA 50158

QUESTIONS? PRODUCT ORDERING?
Please visit www.CompleteNaturalNutrition.
or call toll-free 1-866-807-7335





Complete**Natural**Nutrition™

# Fortifier

Scientifically Formulated to Help
Jump-Start the Immune System

1-866-685-1980

**INGREDIENTS**
Bovine Dried Colostrum (XPx™ Colostrum Brand), Milk Protein Isolate (Glutasyn® Brand)

**FEEDING DIRECTIONS**
A level scoop measures 7 grams of Fortifier. Administer once per day.

| BODY WEIGHT | AMOUNT |
|---|---|
| up to 10 lbs | 3.5 g |
| 11-20 lbs | 7 g |
| 21-30 lbs | 14 g |
| 31-50 lbs | 21 g |
| 51 lbs+ | 28 g |

For maximum effectiveness, (
with water over 120° F (48.8°
best results feed reconstitute
from 90° to 105° F (32.2° to 4

Formulated by Dr. _____

QUESTIONS? PRODUCT ORDERS
Please visit www.completenaturalnutr
or call toll free 1-866-685-198

Complete**Natural**Nutrition, Inc
Healdsburg, CA 95448

# Dr. Gary Pusillo
## Cases involved with
(Cases directly or indirectly related to feed and nutrition)

Case examples with deposition or trial testimony:

-Beyer vs. J Star 2002
Species: Dairy Cattle
Minnesota
Expert witness for the defense
Deposition and Trial Testimony
Attorney for the defense: Mark Carpenter

-Byrne and Pepper vs. Bagdad Roller Mill 2002
Species: Quail
Kentucky
Deposition Testimony
Expert witness for the defense
Attorney for the defense: Mike Casey
Settlement before Trial

-Carl Shafer and Elizabeth Shafer vs. Hamilton Farm Bureau Co-op Inc., and Quality Farm and Fleet, Inc. 1996
Species: Llama
Michigan
State of Michigan in the Circuit Court for the County of Allegan
Expert witness for the defense
Deposition testimony
Attorney for Defendants: David Aldrich
Settlement before trial

-Carol vs. Armada Grain 2008
Species: Deer
Michigan
Expert Witness for the defense
Testimony at Trial
Attorney for Defendants: Jonathan Damon

-Clintonville Elevator vs. T. Birling 2007
Species: Dairy Cattle
Wisconsin
Expert witness for defense
Deposition Testimony
Attorney for Defense: Mike Siddall
Settled

-Cleve and Co. vs. Valgro, et al. 1999-2002
Species: Dairy calves/Veal
Iowa
Expert witness for the plaintiff
Attorneys for the plaintiff: Patrick C. Gilles, Mark Hendel, Thomas I. Berg
Deposition testimony
Settled out of Court

-David Stahnein vs. Gold Star 2004
Species: Horses
Wisconsin
Expert for the defense
Deposition testimony

-Farmland Industries vs. Dows Co-op 2031
Species: Swine
Iowa
Expert witness for the defense
Deposition Testimony
Out of court settlement

-Ferg Bowers Feed & Grain 2008-2010
Species: Dairy Cattle
Wisconsin
Expert witness
Deposition testimony
Settled
Attorney for Defense Mike Siddall

-J & J Calf vs. Land O' Lakes 2007
Species: Dairy calves
Idaho
Expert witness for the defense
Trial testimony
Attorney for the defense: David Maguire

-Ritney Service, Inc. vs. NRV, Inc. 1998
Species: Dairy calves/veal
Pennsylvania
Expert witness for the Plaintiffs
Deposition Testimony
Settled out of Court
Attorney of the Plaintiff: James Bigelow

-Kalmes vs. J Star 2003
Species: Dairy Cattle
Minnesota
Expert witness for the defense
Deposition and jury trial testimony
Attorney for the defense: Mark Carpenter

--Kelchen vs. Land O Lakes and Swiss Valley Ag Co-op 1997
Species: Dairy Cattle
Iowa
Expert witness for the Defense
Testimony at Jury trial
Attorney for the defense: Mark Henkel

--Lexwold Dairies vs. J-Star Industries 2001-2002
Species: Dairy Cattle
Minnesota
Third Judicial District Court, County of Goodhue, State of Minnesota
Expert witness for the defense
Deposition and Jury testimony
Attorney for the Defense: Douglas A. Boese

--Majerus vs. NutriPro Feeds 1998
Species: Dairy Cattle
, Fifth district court, county of Jackson, State of MN
Minnesota
Expert witness for the Defense
Deposition and trial testimony, Fifth district court, county of Jackson, State of MN
Attorney for the Defense: Thomas Jovanovich

--Mitcham vs. Land O' Lakes 2001
Species: Sheep
Iowa
Expert Witness for the Defense
Testimony at deposition
Attorney for the Defense: Philip H. Graff, Jr.
Settled out of court

--Osborne, Shanahan & Loomis vs. Whitehead 2005
Species: Beef Cattle
Nevada
Expert witness for the plaintiffs
Testimony in court
Attorney for the plaintiffs: Stewart B. Wilson

--Rego Dairy vs. Land O' Lakes LLC 2006
Species: Dairy
California
Expert Witness for the defense
Testimony by Deposition and Court
Attorney for Defense Larry DeWitt

3

--Russell Calf, Inc. Plaintiff vs. IntAgra, Inc.    1997
Species: Dairy Calves
Florida
Northern District of Florida, Panama City Division,
Expert for Plaintiff
Testified in deposition
Plaintiff Attorneys: Joe Lane, Tracy Cory, Keith Givens

--Russell Calf, Inc. vs. R & L Enterprises 2013
Species: Dairy Calves
Florida
Holmes County Circuit Court
Witness for the Plaintiff
Testimony in Depositions
Attorney for the Plaintiff:  Frank Baker, Mike Haire

--Schnitzer (Matthew) v. Brunner (Keith & Lisa) 2013
Species: Dairy Cattle
Wisconsin
Expert Witness for Schnitzer
Depositions and Taped Trial Testimony
Attorney for plaintiff Schnitzer and Third-Party Defendants Karri E. Johnson

--Seibel vs. Bloomer Farm Products and Domain Inc. 1996
Species: Dairy Cattle
Wisconsin
State of Wisconsin Circuit Court, Chippewa County
Expert Witness for the defense
Attorney for Defendant: Mark Henkel, J. Drew Ryberg

--Selken vs. Land O'Lakes 1999
Species: Dairy Cattle
South Dakota
Expert witness for the defense
Testimony at Jury trial
Attorney for defense: Mark Henkel

--Shelly Krieg v Ag Partners 2011-2013
Species: Swine
Iowa
Expert for the Defense
Deposition Testimony
Attorneys for Defense: Rene LaPierre & Ryland Deinert
Settled out of court.

4

-Sievert vs. Excel Energy 2005
Species: Dairy Cattle
Minnesota
Expert Witness for the defense
Testimony by deposition
Attorneys for defense: Michael O'Brien,
Timothy R. Thornton

-Slavin vs. Land O' Lakes Purina LLC 2006
Species: Chicken
Arkansas
US District Court Western District of Arkansas
Expert for the defense
Jury testimony
Attorney for the defense: Joseph Strode

-Vivian Dairy vs. Purina 2002
Species: Dairy Cattle
Pennsylvania
Expert witness for the defense
Testimony at Jury Trial
Attorney for the defense: Dave Schwalm

-Weygandt vs. Schile 2000
Species: Dairy Calves/veal
Pennsylvania
Expert witness for the plaintiff
Deposition testimony
Attorney for plaintiff: George Gvozdich
Settled out of court

Whitetail/Fritz vs. Country Mark Cooperative, Inc. 1998
Species: Whitetail Deer
Michigan
Expert for the defense
Testimony at Jury trial
Attorney: David Aldrich

5

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

TRACEY K. KUEHL, an individual;    )
LISA K. KUEHL, an individual;    )  Case No. C14-2034-LRR
KRISS A. BELL, an individual;    )
NANCY A. HARVEY, an individual;    )
JOHN T. BRAUMANN, an individual,    )
and; ANIMAL LEGAL DEFENSE    )
FUND, a non-profit corporation,    )
    )
      Plaintiffs,    )
    )  AFFIDAVIT OF LARRY J. THORSON
    vs.    )
    )
PAMELA SELLNER, an individual;    )
TOM SELLNER, an individual; and    )
CRICKET HOLLOW ZOO, a    )
non-profit corporation,    )
    )
      Defendants.    )
    )

STATE OF IOWA   )
           ) ss:
COUNTY OF LINN )

I, Larry J. Thorson, upon oath duly sworn do state of my own personal

knowledge as follows: I am the attorney for the Defendants in the above entitled action

and I declare that if I am called as a witness in this action, I would testify from my own

personal knowledge and competently and freely that:

1.     I am over 18 years of age

2. I was on a family vacation to Colorado Springs, Colorado in August of 1984. As part of that trip, I went to the Colorado Springs Cheyenne Mountain Zoo. I took photographs of various animals at the zoo but found this photograph (Exhibit "AA" A. 147) particularly interesting in light of this case and the fact that the Plaintiffs have named as their rebuttal expert witness the former director of the Cheyenne Mountain Zoo (David Allen). I took the photograph at the time because the elephant had obviously eaten all the vegetation in its enclosure and was reaching over the wall to eat vegetation in the adjoining enclosure (not knowing that 30 years later it might be relevant to a case I would be handling).

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the preceding is true and correct. I authorize electronic signature of this declaration and provide Defendants' counsel with my original signature page.

Executed this ___6___ day of July, 2015.

_____
LARRY J. THORSON

Subscribed and sworn to before me this _6th_ day of July, 2015 by Larry J. Thorson.

_____
Notary Public in and for the State of Iowa

NOTARIAL SEAL
IOWA

THERESA TRENARY
COMMISSION NUMBER 733025
MY COMMISSION EXPIRES
2-17-2017

2

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
### CEDAR RAPIDS DIVISION

TRACEY K. KUEHL, an individual;　　　)
LISA K. KUEHL, an individual;　　　　)　　Case No. C14-2034-LRR
KRISS A. BELL, an individual;　　　　)
NANCY A. HARVEY, an individual;　　)
JOHN T. BRAUMANN, an individual,　)
and; ANIMAL LEGAL DEFENSE　　　　)
FUND, a non-profit corporation,　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Plaintiffs,　　　　　　　)
　　　　　　　　　　　　　　　　　)　　AFFIDAVIT OF DR. GARY PUSILLO
　　vs.　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
PAMELA SELLNER, an individual;　　)
TOM SELLNER, an individual; and　　)
CRICKET HOLLOW ZOO, a　　　　　)
non-profit corporation,　　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　Defendants.　　　　　　)
　　　　　　　　　　　　　　　　　)


STATE OF IOWA　　　　　　　　)
　　　　　　　　　　　　　　　) ss:
COUNTY OF MARSHALL　　　　)

　　　I, Dr. Gary Pusillo, upon oath duly sworn do state of my own personal

knowledge as follows: I am personally acquainted with the Defendants in the above

entitled action and I, Dr. Gary Pusillo, declare that if I am called as a witness in this

action, I would testify from my own personal knowledge and competently and freely

that:

　　　1.　　　I am over 18 years of age

2.     I stopped by the Sellners' Cricket Hollow Zoo frequently on my trips from Marshalltown to Dubuque. I did this for a number of reasons including I wanted to see the facility without announcing that I was coming. I also brought my camera along and took photos of the animals at the zoo because they appeared to be in very good condition and since some of the dietary components of the daily rations feed for the animals came from the business I was involved in, it was nice to see the animals looked healthy on their diets.

3.     I took these photographs for my own purposes not related to this cause of action and these photographs were taken at various times starting in 2005.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the preceding is true and correct. I authorize electronic signature of this declaration and provide Defendants' counsel with my original signature page.

Executed this ⟨O6⟩ day of July, 2015.

_____
GARY PUSILLO


Subscribed and sworn to before me this ⟨6⟩ day of July, 2015 by Gary Pusillo.

_____
Notary Public in and for the State of Iowa

AMY FEISEL
Commission Number 776160
My Commission Expires
12|14|15
NOTARIAL SEAL · IOWA

2