UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; <br> LISA K. KUEHL, an individual; <br> KRISS A. BELL, an individual; <br> NANCY A. HARVEY, an individual; <br> JOHN T. BRAUMANN, an individual, <br> and; ANIMAL LEGAL DEFENSE <br> FUND, a non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PAMELA SELLNER, an individual; <br> TOM SELLNER, an individual; and <br> CRICKET HOLLOW ZOO, a <br> non-profit corporation, <br><br> Defendants. | Case No. C14-2034-LRR <br><br> RESPONSE TO PLAINTIFFS' NOTICE <br> OF NEWLY DISCOVERED EVIDENCE |

COME NOW the Defendants and in response to Plaintiffs' Notice of Newly Discovered Evidence, state as follows:

1.  The Plaintiffs claim that the newly discovered evidence of a three week suspension of the exhibitor's license of Cricket Hollow Zoo by the United States Department of Agriculture should be factored into the Court's decision on whether to grant a summary judgment on the issues presented by the Plaintiffs concerning the Endangered Species Act.

2. There is no evidence that any of the Defendants have harmed any of the animals listed on the Endangered Species Act. The alleged violations are almost all "indirect violations" meaning that the alleged violations are not affecting the animals' health. See Affidavit of Pam Sellner attached hereto. See also attached USDA Inspection Requirements (pages 1-3) dated April 19, 2010, which defines a "direct" noncompliance.

3. The Zoo is open once again and there is no restriction on its operation by the United States Department of Agriculture (USDA) at this time. See Affidavit of Pam Sellner attached hereto.

4. The alleged violations were under appeal by Pam Sellner at the time of the suspension and there has been no resolution of that appeal. See Affidavit of Pam Sellner attached hereto.

WHEREFORE, the "newly discovered evidence" is not evidence of any violation of the Endangered Species Act 16 U.S.C. 1531 et seq. and it certainly has not been connected to any of the animals on the Endangered Species Act list of Endangered or Threatened animals. Therefore, the Defendants pray that the Court not grant the Plaintiffs' Motion for Summary Judgment and this additional evidence not be considered in its ruling thereon.

Larry J. Thorson  #AT0007976
ACKLEY KOPECKY & KINGERY, L.L.P.

4056 Glass Road, NE
Cedar Rapids, IA 52402
Ph: (319) 393-9090  Fax: (319) 393-9012
Email: lthorson@akklaw.com

Copies to:

Daniel J. Anderson
Wertz & Dake
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
danderson@wertzlaw.com

Jessica Blome
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jblome@aldf.org

Jeff Pierce (pro hac vice)
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jpierce@aldf.org

## Certificate of Service

The undersigned hereby certifies that a true copy of the foregoing instrument was served upon each of the parties or their attorney of record in the above-entitled cause to each such party or attorney at his or her legal address as shown below on the \_\_15th\_\_ day of July, 2015.

BY:

_____U.S. Mail  _____Fax  _____Hand Delivery
_____Overnight mail/Messenger   ✓ CM/ECF Procedure
                                          Other

/s/ Theresa Trenary

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| TRACEY K. KUEHL, an individual; | ) | |
| LISA K. KUEHL, an individual; | ) | Case No. C14-2034-LRR |
| KRISS A. BELL, an individual; | ) | |
| NANCY A. HARVEY, an individual; | ) | |
| JOHN T. BRAUMANN, an individual, | ) | |
| and; ANIMAL LEGAL DEFENSE | ) | |
| FUND, a non-profit corporation, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | AFFIDAVIT OF PAMELA SELLNER |
| vs. | ) | |
| | ) | |
| PAMELA SELLNER, an individual; | ) | |
| TOM SELLNER, an individual; and | ) | |
| CRICKET HOLLOW ZOO, a | ) | |
| non-profit corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

STATE OF IOWA ) 
               ) ss:
COUNTY OF LINN )

I, Pamela Sellner, upon oath duly sworn do state of my own personal knowledge as follows: I am one of the Defendants in the above entitled action and I, Pamela Sellner, declare that if I am called as a witness in this action, I would testify from my own personal knowledge and competently and freely that:

1.     I and Tom J. Sellner d/b/a The Cricket Hollow Zoo did have our license to exhibit to the public suspended for 21 days without hearing in middle of June of 2015.

2. The Zoo is now reopened and is exhibiting to the public.

3. The sanction was for allegations that were under appeal with the United States Department of Agriculture and there has been no resolution of that appeal at this time. The allegations concerned hoofstock.

4. I am familiar with the attached document entitled "Inspection Requirements," pages 1-3 and to my knowledge this is the most current update of the inspection guidelines used by the USDA inspectors that inspect our facility.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the preceding is true and correct. I authorize electronic signature of this declaration and provide Defendants' counsel with my original signature page.

Executed this 14th day of July, 2015.

_____
PAMELA SELLNER

Subscribed and sworn to before me this 14th day of July, 2015 by Pamela Sellner.

_____
Notary Public in and for the State of Iowa

LARRY J THORSON
Commission Number 108230
My Commission Expires
Sept 20, 2017

2

Case 6:14-cv-02034-JSS   Document 36   Filed 07/15/15   Page 5 of 8

# INSPECTION REQUIREMENTS

April 19, 2010

## GENERAL REQUIREMENTS

When conducting an inspection, the inspector must be accompanied by the licensee, registrant, or the facility's designated representative (who must be at least 18 years of age). IMPORTANT:

- Do not enter facilities with locked gates and/or No Trespassing signs unless prior approval has been obtained from the facility.
- If you do not find anyone at the facility, follow the procedure to complete an attempted inspection.
- Prior to notifying the facility of your presence, inspectors may observe and record findings without being accompanied by a facility representative at facilities that are open to the public. Before documenting findings on an inspection report, the inspector must discuss the findings with a facility representative.
- A complete exit briefing must be conducted.

The following inspection aids are available to assist with inspections:
- Checklist for Animal Care Inspection sheet
- Canine Care Checklist
- Traceback SOP for random source B dealers
- Inspector Safety and Etiquette When Inspecting Non-Domestic Animals
- Guidance for identifying Direct NCIs
- Enforcement Actions (EA) Guidance for Inspection Reports, which includes guidance for the appropriate action to recommend
- Current RBIS

In all situations, follow the facility's biosafety procedures that they have in place for visitors, and/or put on recommended protective clothing, gear and/or boots. During dog kennel inspections, inspectors should wear disposable shoe covers. Inspectors should wear disposable gloves if it is necessary to touch an animal (at all facilities).

NOTE: The licensee is responsible for ensuring the safety of the inspector from the animals. If you feel unsafe, ask the licensee to correct the situation. If the licensee does anything you feel is unsafe you should state that you will leave the facility immediately unless the situation is corrected. If you feel you are in imminent danger, safely leave the area.

## INSPECTION STEPS

Basic steps to follow in conducting an inspection of a facility include, but are not limited to:

- Inspect the animals, premises, building(s), enclosures, equipment, and transportation vehicles/equipment for all pertinent requirements of the regulations and standards.
- Consider problems that may occur at other times of the year.

1

- Review the facility's program of veterinary care, husbandry practices, required records, and when appropriate, the "Exercise Plan" for dogs and "Plan for Environmental Enrichment" for nonhuman primates
- For big cats, review the feeding plan to assure adequate nutrition
- When possible, observe the animal handling techniques of facility personnel.

## DOCUMENTING INSPECTION FINDINGS

Inspection findings must be documented in the narrative section of the inspection report. Do not type any personal identifiable information (PII) in the narrative of any inspection report, including addresses and phone numbers.

**No NCIs identified** - - If all items are in compliance, then the following statement should be typed on the inspection report: No noncompliance identified on this inspection.

For inspections in response to an incident or complaint, often further review (and/or an IES investigation) is needed to determine compliance. If you are not certain whether noncompliance was involved, do not cite "no noncompliance" under those circumstances. The following stand-alone statement should be typed on the inspection report: "The (incident) is under review."

**New NCIs identified** - - If a new NCI(s) is identified, it should be cited in the inspection report narrative. The citation should include the following:
1. The section number and most specific subsection letter/number of each noncompliance, and the text of the regulation or standard being cited. NOTE: The regulation/standard may be quoted or paraphrased
2. A clear, detailed description of the noncompliance, including when appropriate, the number of animals affected
3. An explanation of why the item is a noncompliance and/or the impact it is having on the animals
4. A correction deadline and a "general" description of what the licensee/registrant needs to do to correct the problem, and assure that it doesn't continue/recur. This description should not be worded in such a way that it could be interpreted that AC is mandating how an NCI is going to be corrected. A correction deadline should be appropriate to the severity of the NCI, and unless animal welfare will be put in jeopardy, be realistic as to what the facility can accomplish.

Use "Direct" NCI designation, if appropriate.

If a noncompliant item falls into more than one section or subsection, cite the noncompliance only in the most applicable section or subsection for each species affected.

**Repeat NCI identified** - - A repeat noncompliant item must be designated on the inspection report whenever an NCI of the same section & subsection was cited on the last inspection. This applies even if different animals and/or different portions of the facility are involved.

2

Case 6:14-cv-02034-JSS   Document 36   Filed 07/15/15   Page 7 of 8

NOTE: An NCI *may* be designated as a "repeat" if the same section, subsection, and/or issue were cited on a prior inspection report, even if it was not the most recent inspection. For these NCIs, inspectors should use their professional judgment in deciding whether to cite the NCI as a new or repeat NCI. Your SACS can provide guidance in these situations.

NOTE: When determining whether to cite an IACUC NCI as a repeat, it is critically important that you drill down to the most specific subsection.

NOTE: In the narrative for a repeat NCI, the regulation/standard quote may be omitted, but components 2 and 3 of an NCI narrative (listed above) must be included. Also, do not assign a new correction date for repeat NCIs.

Use "Direct" NCI designation, if appropriate.

*For all repeat NCIs, you must communicate with your SACS to recommend an enforcement option.*

**"Direct" NCI identified** - - A "Direct" noncompliance is a noncompliance that is currently adversely affecting the health and well-being of the animal, or has the high potential to adversely affect the health and well-being of the animal in the near or immediate future. The correction deadline for a "Direct" noncompliance should be short and never exceed 30 days, and a complete or partial reinspection of a facility with a "Direct" NCI must be completed no more than 45 days after the date of the inspection. The reinspection must be conducted at the facility even if the "Direct" NCI was corrected during the inspection. For a serious direct noncompliance, such as a severe veterinary care problem, the correction date should be very short, e.g., 1 day, and the reinspection should occur the next day and/or whenever needed to verify the correction and ensure animal welfare. Examples of "Direct" versus indirect NCIs are provided in the Direct NCI Guidance handout.

*For all "Direct" NCIs, you must communicate with your SACS to recommend an enforcement option.*

**Exit Briefing** - - An exit briefing is required for all inspections, unless your personal safety is at risk, or harassment, verbal abuse, or other factors are interfering with the inspection process. Take as much time as necessary during the exit briefing to:
- summarize everything that occurred during the inspection,
- discuss the noncompliant items in detail with the licensee or facility representative,
- discuss what he/she may do to correct the problem (if asked),
- make sure that facility representative understands what is expected of him/her,
- educate him/her about animal welfare and the AWA regulations and standards,
- obtain a signature and/or explain to the facility representative how the inspection report will be delivered.

Unless an exit briefing could not be completed, a statement must be included on all