UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>PAMELA SELLNER, et al.,<br><br>Defendants. | No. 14-cv-2034<br><br>ORDER SETTING HEARING |

This matter comes before the court on the Motion for Summary Judgment (docket number 21) filed by Plaintiffs on June 2, 2015, and the Motion to Exclude Paragraph 45 of the Affidavit of Defendant Pamela Sellner and Defendants' Exhibits X and AA (docket number 30) filed by Plaintiffs on June 29, 2015. The Court finds these matters should be set for hearing.

## ORDER

**IT IS THEREFORE ORDERED** that these motions will come on for hearing on **August 6, 2015 at 11:00 a.m.** at the United States Courthouse, 111 7th Ave. SE, 4th floor, courtroom 3, Cedar Rapids, Iowa.

DATED this 31st day of July, 2015.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA