Daniel J. Anderson (IA Bar No. 20215)
danderson@wertzlaw.com
WERTZ & DAKE
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone:  319.861.3001
Facsimile:  319.861.3007

Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>Defendants. | Case No. C14-2034-JSS<br><br>Assigned to: JSS<br><br>Referred to: JSS<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF ELISABETH HOLMES** |

  Elisabeth Holmes, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of all plaintiffs.

  Elisabeth Holmes states that she is a member in good standing of the bar of the state of Oregon and Massachusetts and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with his pro hac vice representation in this case.

Elisabeth Holmes further states that she will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Daniel J. Anderson, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c. and has entered an appearance in this case.

In the interest of time and due to the short notice of the hearing date on August 6, 2015, the certificate of good standing required by Administrative Order No. 10-AO-4-P will be filed separately.

The ECF registration has been completed.

*/s Elisabeth Holmes*
Elisabeth Holmes ()
Blue River Law
POB 293
Eugene, OR 97440
541.870.7722
eli.blueriverlaw@gmail.com

        Respectfully submitted,

        */s Daniel J. Anderson*
        Daniel J. Anderson (IA Bar No. 20215)
        danderson@wertzlaw.com
        WERTZ & DAKE
        1500 Center St. NE #101
        Cedar Rapids, IA 52402-5500
        Telephone: 319.861.3001
        Facsimile: 319.861.3007

        Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>                Plaintiffs,<br>    v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>                Defendants. | Case No. C14-2034-LRR<br><br>Assigned to: LRR<br><br>Referred to: JSS<br><br>**[PROPOSED] ORDER** |

The pro hac vice application Elisabeth Holmes is hereby granted.

Dated:_____　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　The Honorable Linda L. Reade