IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation, <br><br> Defendants. | No. C14-2034 <br><br> ORDER DENYING MOTION FOR ADMISSION *PRO HAC VICE* |

This matter comes before the Court on the Motion for Admission Pro Hac Vice of Elisabeth Holmes (docket number 38) filed by attorney Elisabeth Holmes on August 3, 2015. The Court finds the motion fails to comply with Administrative Order Number 10-AO-4-P that requires the attachment of a certificate of good standing in the jurisdiction where the lawyer primarily practices. Accordingly, the motion will be denied without prejudice.

ORDER

IT IS THEREFORE ORDERED that the Motion for Admission Pro Hac Vice (docket number 38) filed by Elisabeth Holmes is **DENIED without prejudice**.

DATED this 4th day of August, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA