# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| Kuehl, et al.<br>Plaintiff(s)<br>vs.<br>Sellner, et al.<br>Defendant(s) | **HEARING MINUTES**  Sealed: No<br>Case No.: C14-2034<br>Presiding Judge: JON S. SCOLES<br>Deputy Clerk: Aaron Shileny<br>Court Reporter: Kay Carr  Contract? Yes<br>(If yes, send copy to financial)<br>Recording: Yes  Method: FTR Gold |

| Date: | 8/6/2015 | Start: | 10:52 a.m. | Adjourn: | 11:45 a.m. | Courtroom: | 3 | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | | | | Time in Chambers: | | | | Telephonic? | No |
| Appearances: | Plaintiff(s): | Daniel Anderson; Jeffrey Pierce | | | | | | | |
| | Defendant(s): | Larry Thorson | | | | | | | |
| | U.S. Probation: | | | | | | | | |
| | Interpreter: | | | Language: | | Certified: | | Phone | |
| TYPE OF PROCEEDING: | | IS THE HEARING | | Contested? | Yes | Continued from a previous date? | | | |

| MOTION: | A. | Plaintiff's Motion for Summary Judgment | | # | |
|---|---|---|---|---|---|
| | Ruling: | Motion taken under advisement | Order to follow? | Yes | |
| | B. | | | # | |
| | Ruling: | | Order to follow? | | |
| | C. | | | # | |
| | Ruling: | | Order to follow? | | |
| | D. | | | # | |
| | Ruling: | | Order to follow? | | |
| | Witness/Exhibit List is | | | | |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (05/29/09), ¶ 7.

| Miscellaneous: | |