# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation, <br><br> Defendants. | No. C14-2034 <br><br> ORDER DENYING MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE |

On the 6th day of August 2015, this matter came on for hearing on the Motion for Summary Judgment (docket number 21) filed by the Plaintiffs on June 2, 2015, and the Motion to Exclude Paragraph 45 (docket number 30) filed by the Plaintiffs on June 29. The Plaintiffs were represented by their attorneys, Jeffrey Pierce and Daniel J. Anderson. Defendants were represented by their attorney, Larry J. Thorson.

On June 11, 2014, Plaintiffs filed a complaint for declaratory and injunctive relief. Defendants filed an answer on July 17, 2014. On August 28, 2014, the Court adopted a proposed Scheduling Order and Discovery Plan submitted by the parties. Also at that time, the case was referred to me for the conduct of all further proceedings and the entry of judgment, in accordance with 28 U.S.C. § 636(c) and the consent of the parties. After consulting with counsel, a non-jury trial was scheduled for October 5, 2015.

On June 2, 2015, Plaintiffs filed the instant motion for summary judgment. Plaintiffs ask the Court to summarily grant their complaint and, among other things, enjoin

Defendants from engaging in operations and activities regarding the taking, possessing, or trafficking of endangered species. Defendants ask the Court to deny the motion for summary judgment, citing genuine issues of material fact. In considering the motion for summary judgment, Plaintiffs also ask the Court to disregard paragraph 45 of the affidavit submitted by Defendant Pamela Sellner in resistance to the motion for summary judgment, and Defendant's Exhibits X and AA.

Summary judgment is appropriate if the moving party shows that "there is no genuine dispute as to any material fact and the movant is entitled to a judgment as a matter of law." FED. R. CIV. P. 56(a). The court must view the record in the light most favorable to the nonmoving party and afford it all reasonable inferences. *Baer Gallery, Inc. v. Citizen's Scholarship Foundation of America, Inc.*, 450 F.3d 816, 820 (8th Cir. 2006) (citing *Drake ex rel. Cotton v. Koss*, 445 F.3d 1038, 1042 (8th Cir. 2006)).

As stated by the Court on the record at the time of hearing, the Court finds — when viewing the evidence in the light most favorable to Defendants — that there are genuine issues of material fact precluding summary judgment. Accordingly, Plaintiffs' motion for summary judgment will be denied. Because the Court found it unnecessary to rely on paragraph 45 of Defendant Pamela Sellner's affidavit or Defendants' Exhibits X and AA to find genuine issues of material fact, Plaintiffs' motion to exclude will be denied as moot.

### ORDER

IT IS THEREFORE ORDERED as follows:

1. Plaintiffs' Motion for Summary Judgment (docket number 21) is **DENIED**.
2. Plaintiffs' Motion to Exclude (docket number 30) is **DENIED as moot**.

DATED this 6th day of August, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA