Daniel J. Anderson (IA Bar No. 20215)
danderson@wertzlaw.com
WERTZ & DAKE
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone:   319.861.3001
Facsimile:   319.861.3007

Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>　　　　　　　　Plaintiffs,<br>　　v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>　　　　　　　　Defendants. | Case No. C14-2034-JSS<br><br>**MOTION FOR ADMISSION PRO HAC VICE OF ELISABETH HOLMES** |

　　Elisabeth Holmes, a lawyer who is not a member of the bar of this district, moves to appear in this case pro hac vice on behalf of all plaintiffs.

　　Elisabeth Holmes states that she is a member in good standing of the bar of the state of Oregon and that she agrees to submit to and comply with all provisions and requirements of the rules of conduct applicable to lawyers admitted to practice before the state courts of Iowa in connection with her pro hac vice representation in this case.

Elisabeth Holmes further states she will comply with the associate counsel requirements of LR 83.1.d.3 by associating with Daniel J. Anderson, an attorney who has been admitted to the bar of this district under LR 83.1.b and .c and who has entered an appearance in this case.

The certificate of good standing required by Administrative Order No. 10-AO-4-P is attached.

The ECF registration as required by LR 83.1.3.B(2) has been completed.

/s Elisabeth Holmes
Elisabeth Holmes (Oregon State Bar No. 120254)
Blue River Law, P.C.
P.O. Box 293
Eugene, OR 97440
Telephone: 541.870.7722
Email: eli.blueriverlaw@gmail.com

Respectfully submitted,

/s Daniel J. Anderson
Daniel J. Anderson (IA Bar No. 20215)
danderson@wertzlaw.com
WERTZ & DAKE
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
Telephone: 319.861.3001
Facsimile: 319.861.3007

Attorney for Plaintiffs



# Oregon State Bar

# Certificate

State of Oregon )
) ss.
County of Washington )

I, Nik T. Chourey, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

### Elisabeth A. Holmes

was admitted to practice law in the State of Oregon by reciprocity and became an active member of the Oregon State Bar on January 26, 2012.

There are no complaints, grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Ms. Holmes is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 3rd day of August, 2015.

Nik T. Chourey
Assistant Disciplinary Counsel
Oregon State Bar

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935
(503) 620-0222  toll-free in Oregon (800) 452-8260  Regulatory Services fax (503) 968-4457   www.osbar.org
Case 6:14-cv-02034-JSS   Document 42   Filed 08/25/15   Page 3 of 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## EASTERN DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and; ANIMAL LEGAL DEFENSE FUND, a non-profit corporation,<br><br>Plaintiffs,<br>v.<br><br>PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation,<br><br>Defendants. | Case No. C14-2034-JSS<br><br>**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE*** |

This matter comes before the Court on the Motion for Admission Pro Hac Vice (docket number 42) filed by attorney Elisabeth Holmes on August 25, 2015. The Court finds the motion should be granted.

### ORDER

**IT IS THEREFORE ORDERED** that the Motion for Admission Pro Hac Vice (docket number 42) is hereby **GRANTED**. Attorney Elisabeth Holmes is authorized to appear on behalf of Plaintiffs in this case.

DATED this ____ day of _____, 2015.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA