IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

TRACEY K. KUEHL, an individual;
LISA K. KUEHL, an individual; KRIS
A. BELL, an individual; NANCY A.
HARVEY, an individual; JOHN T.
BRAUMANN, an individual, and;
ANIMAL LEGAL DEFENSE FUND, a
non-profit corporation,

    Plaintiffs,

vs.

PAMELA SELLNER, an individual;
TOM SELLNER, an individual; and
CRICKET HOLLOW ZOO, a non-
profit corporation,

    Defendants.

No. C14-2034

ORDER FOR ADMISSION
*PRO HAC VICE*

This matter comes before the Court on the Motion for Admission Pro Hac Vice (docket number 42) filed by attorney Elisabeth Holmes on August 25, 2015. The Court finds the motion should be granted.

### ORDER

**IT IS THEREFORE ORDERED** that the Motion for Admission Pro Hac Vice (docket number 42) is hereby **GRANTED**. Attorney Elisabeth Holmes is authorized to appear on behalf of Plaintiffs in this case.

DATED this 25th day of August, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA