IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al., | Case No. C14-02034-JSS |
| Plaintiffs, | **STIPULATED DISMISSAL OF** |
| v. | **PLAINTIFFS' CLAIMS AS TO** |
| | **LIONS AND SERVAL** |
| PAMELA SELLNER, et al., | |
| | **Judge: Hon. Jon Stuart Scoles** |
| Defendants. | **Trial Date: October 5-8, 2015** |

The parties in the above-captioned matter hereby stipulate and agree as follows:

1. Plaintiffs' Complaint (ECF No. 2) includes claims that the Defendants have violated the Endangered Species Act, 16 U.S.C. § 1531 et seq., by "taking" endangered lions and a serval.

2. Plaintiffs' claims were premised on the Defendants' possession of lions and a serval. The parties dispute the issue of whether the Defendants' lions are currently protected *Asiatic lions* and *Barbary servals*.

3. In the interests of limiting the issues for trial, the Parties now stipulate and agree pursuant to Federal Rule of Civil Procedure 41 and Local Rule 41, that Plaintiffs voluntarily dismiss, without prejudice, their claims against Defendants Pamela Sellner, Tom Sellner, and the Cricket Hollow Zoo, Inc. with respect to the lions and serval currently housed at the Cricket Hollow Zoo in Manchester, Iowa.

Respectfully submitted this 2nd day of September, 2015.

                    */s Daniel J. Anderson*
                    Daniel J. Anderson (IA Bar No. 20215)
                    danderson@wertzlaw.com
                    WERTZ & DAKE
                    1500 Center St. NE #101

1

Cedar Rapids, IA 52402-5500
319.861.3001

*/s Jessica L. Blome*
Jessica L. Blome (*pro hac vice*)
Missouri Bar No. 59710
jblome@aldf.org
ANIMAL LEGAL DEFENSE FUND
170 E. Cotati Avenue
Cotati, CA 94931
707.795.2533
ATTORNEYS FOR PLAINTIFFS

*/s Larry J. Thorson*
Larry J. Thorson, #AT0007976
Ackley Kopecky & Kingery, LLP

4056 Glass Road, NE
Cedar Rapids, IA 52402
Phone: (319) 393-9090
Facsimile: (319) 393-9012
lthorson@akklaw.com
ATTORNEY FOR DEFENDANTS