# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

|  |  |
|---|---|
| TRACEY K. KUEHL, et al.,         ) | Case No. C14-02034-JSS |
|               ) |  |
|           Plaintiffs,   ) | **DECLARATION OF JESSICA** |
| v.                    ) | **BLOME IN SUPPORT OF** |
|               ) | **PLAINTIFFS' MOTION IN** |
| PAMELA SELLNER, et al.,     ) | **LIMINE TO EXCLUDE EXPERT** |
|               ) | **OPINION TESTIMONY** |
|           Defendants.   ) |  |
|               ) | **Judge: Hon. Jon Stuart Scoles** |
|               ) | **Trial Date: October 5-8, 2015** |
|               ) |  |

## DECLARATION OF JESSICA BLOME

1.      I am one of Plaintiffs' attorneys in this matter. I have personal knowledge of the facts set forth herein.

2.      Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the relevant excerpts of the transcript of the deposition of Ms. Pamela Sellner, taken on March 20, 2015.

3.      Attached hereto as <u>Exhibit 2</u> is a true and correct copy of the relevant excerpts of the transcript of the deposition of Dr. John Pries, taken on March 19, 2015.

4.      Attached hereto as <u>Exhibit 3</u> is a true and correct copy of the C.V. for Dr. John Pries disclosed to Plaintiffs during discovery.

5.      Attached hereto as <u>Exhibit 4</u> is a true and correct copy of the relevant excerpts of the transcript of the deposition of Dr. Gary Pusillo, taken on April 30, 2015.

6.      Attached hereto as <u>Exhibit 5</u> is a true and correct copy of the C.V. for Dr. Gary Pusillo disclosed to Plaintiffs during discovery.

7.      Defendants did not produce to Plaintiffs any expert reports at the time of designation of experts in this matter.

8.      Plaintiffs deposed Ms. Sellner, and Drs. Pusillo and Pries.  Drs. Pusillo and Pries were unaware of their designation as experts in this matter and had not formulated an expert opinion.  I personally took the deposition of Dr. Pusillo on the last day of discovery, and at that time he had not formed any expert opinion upon which he could be questioned.

9.      At no time have Defendants produced supplemental documentation of expert opinions.

10.      As counsel for Plaintiffs, I caused to be filed expert declarations from Plaintiffs' experts in conjunction with the Plaintiffs' motion for summary judgment (ECF Nos. 21-30, 21-31, 21-32).  Defendants did not, in their resistance or at any time since then, seek to counter Plaintiffs' experts declarations with Defendants' experts' opinions.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED in Cotati, California, this 4th day of September, 2015.

*/s/ Jessica Blome*
Jessica L. Blome (*pro hac vice*)
Missouri Bar No. 59710
jblome@aldf.org
