1    Q.   I note that the FCF, the Feline
2 Conservation Federation, can accredit a zoo.  Have
3 you ever asked them to evaluate your zoo for
4 accreditation?
5    A.   No.
6    Q.   Why not?
7    A.   Because there's some requirements that I
8 haven't met.
9    Q.   What are these requirements?
10   A.   I know one is that you have to have an
11 extra door on something so when you enter a pen, in
12 case that animal would rush the door, they can't
13 get out of the main enclosure, and I don't have
14 that.
15   Q.   Is that for all animal pens?
16   A.   For cats.  They only worry about cats.
17 They're not accrediting your whole zoo.
18   Q.   Any other requirements you can't meet?
19   A.   I can't think of one off the top of my
20 head right now.
21   Q.   So the primary concern is that you don't
22 have that extra door?
23   A.   Right.
24   Q.   Okay.  Are you accredited by any other
25 professional -- I'm sorry.  What about the

1 Association of Zoos and Aquariums?  Are you
2 familiar with that organization?
3    A.   Yes, I am.
4    Q.   And are you accredited by the AZA?
5    A.   No.
6    Q.   Have you ever sought accreditation?
7    A.   I've seen what their rules are and I
8 don't wish to join them.
9    Q.   Why not?
10   A.   It's basically a snob club.  You've got
11 to pay to join it and then you have to go by all
12 their regulations and I'd have to pave my driveway
13 and do other things that I don't intend to do.
14   Q.   How much do you have to pay to join it?
15   A.   I don't know.  I don't know if it's based
16 on your admissions.  I don't know.  I know it's not
17 something I plan on doing and I don't look into it.
18   Q.   Do you have any opinion about the AZA?
19   A.   No.
20   Q.   Do you regard the AZA as an authority on
21 zoo administration?
22   A.   Not necessarily.
23   Q.   And why not?
24   A.   I don't know.  I just -- I don't know all
25 their policies and I'm not interested in learning

1 about it, I guess.
2    Q.   What about animal care?  Do you regard
3 AZA as an authority on animal care?
4    A.   They have their own opinions how they
5 like things done.
6    Q.   Your veterinarian testified yesterday
7 that he frequently calls AZA-accredited zoos when
8 he has questions.
9    A.   Omaha.
10   Q.   Are you comfortable and in support of
11 that effort?
12   A.   Yes, I am.
13   Q.   Do you ever make similar phone calls to
14 AZA-accredited zoos?
15   A.   They don't accept phone calls.  Only from
16 veterinarians.  A general person cannot get in
17 contact with them.
18   Q.   Are there any other people who you might
19 call with those types of questions?
20   A.   There's an Amy Campbell, I believe,
21 that -- she is a primate veterinarian at Covance in
22 Madison, and she will email me and give me primate
23 advice.  She's been there 12 years, at least, as a
24 veterinarian for that lab.
25   Q.   And when she emails you, is it

1 unsolicited or do you send her a question?
2    A.   I asked her a question.
3    Q.   How many times have you contacted
4 Ms. Campbell?
5    A.   Two or three.
6    Q.   And do you remember the questions you've
7 asked her?
8    A.   I asked about a cheek pouch, and I'm
9 not -- I don't know if I'm saying it right.
10 Sialocele.  And it's a cheek pouch inflammation.  I
11 contacted her about that.
12   Q.   What animals have you brought in?
13   A.   Gator and baboon.
14   Q.   Okay.
15   A.   I contacted her about neutering a small
16 baboon.  I may have -- I don't know.  I may have
17 asked her about anesthesia for a baboon.
18   Q.   And after Ms. Campbell responded with
19 advice, did you treat the baboon with a cheek pouch
20 inflammation?
21   A.   She had referred me to some other things
22 online and she gave me some -- not that I know off
23 the top of my head where it was, but I did look it
24 up, and there wasn't a whole lot I could do with it
25 at the time.  But it kind of said why they get

65

1 I studied it hard this summer, but that was the
2 last.
3  Q.  What --
4  A.  The USDA handbook.
5  Q.  You last reviewed it this summer?
6  A.  Yes.
7  Q.  Why did you review it this summer?
8  A.  Because I was looking up some of the
9 rules and stuff about things when I appealed some
10 of my noncompliances.
11  Q.  Are you referring to the May inspection
12 and following appeal letters?
13  A.  Yes.
14  Q.  Do you understand the Animal Welfare Act
15 and Regulations to be minimum requirements?
16  A.  Yes.
17  Q.  So you understand that you're free to go
18 above and beyond those requirements.
19  A.  Yes, ma'am.
20  Q.  In what way do you feel like you go above
21 and beyond those requirements?
22  A.  I don't know that I said I went above and
23 beyond them.
24  Q.  Okay. Do you feel you meet the minimum
25 requirements?

66

1  A.  Most of the time, yes.
2  Q.  But you do not go above and beyond the
3 requirements.
4  A.  I guess I'm not -- that's probably a --
5 how high of standards a person has, judgment, and I
6 guess I'm not sure about what they'd like.
7  Q.  And in your expert opinion, do you feel
8 that you go above and beyond the minimum
9 requirements?
10  A.  On some things.
11  Q.  What things?
12  A.  I don't know just right off the top of my
13 head.
14  Q.  I can give you a minute to think about
15 it.
16  A.  Okay. I'm just trying to think, and I
17 don't know -- the pressure's on. I can't do it.
18  Q.  Well, as we go on, maybe you'll think of
19 something.
20  A.  That would be great. Let's just keep
21 going.
22  Q.  Any other people, publications, any other
23 things you might have consulted in preparation for
24 your expert testimony?
25  A.  No.

67

1  Q.  Okay. And I wouldn't imagine you're
2 receiving compensation from anyone for your expert
3 testimony.
4  A.  No.
5  Q.  Are you receiving any -- receiving or
6 benefitting from any outside help from another
7 organization or another expert?
8  A.  Financially or --
9  Q.  In any way.
10  A.  Not unless The Calvary Group does
11 something.
12  Q.  Okay. Financially are you benefitting
13 from any organization?
14  A.  Not as of this minute.
15  Q.  Do you expect to?
16  A.  I don't know.
17  Q.  Do you have any fundraising or legal
18 defense fund, online campaigns, planned for the
19 future?
20  A.  Yes.
21  Q.  When do you plan to get that going?
22  A.  When my Webmaster puts on it.
23  Q.  Oh. Who's your Webmaster?
24  A.  My sister.
25  Q.  Do you have a site where you're planning

68

1 on posting that fund-raising campaign?
2  A.  She's taking care of all of that.
3  Q.  As an expert in this case, what do you
4 perceive as your purpose and function?
5  A.  Mine?
6  Q.  (Nods yes.)
7  A.  I guess -- I don't know. I don't know
8 the answer to that.
9  Q.  All right. We've talked a little bit
10 about some of your classes that you've taken in
11 animal husbandry. Do you have any other experience
12 that specifically relates to the testimony that you
13 will give about animal husbandry?
14  A.  As far as what?
15  Q.  Well, you've been offered as an expert in
16 the case, so do you have any -- what training,
17 experience, other coursework, personal experience,
18 do you have that you think qualifies you as an
19 expert in animal husbandry?
20  A.  I've been going to barns since I was nine
21 months old and I haven't missed very many days, and
22 I've taken care of animals most of my life, farm
23 animals and exotic animals. I've spent almost
24 30 years just doing exotics in addition to my farm.
25  Q.  So you would rely on your personal

## Page 69

1 experience and your historical relationship with
2 animals.
3   A.   Well, I have people that I mentor with
4 and that's how I learn, too.
5   Q.   Okay. Who are those mentors?
6   A.   My breeders and other private zoos.
7   Q.   Anyone in specific?
8   A.   Nancy Brown, Deb Virchow, Jim Reno.
9   Q.   R-e-n-o?
10  A.   Yeah.
11  Q.   Okay.
12  A.   Bob Hudleson. H-u-d-l-e-s-o-n, I
13 believe. That's all I can think of right this
14 second.
15  Q.   All right. And I want to talk about
16 those folks individually in a minute, but for now,
17 let's talk about if you have any specific
18 experience outside of your personal experience that
19 would inform your testimony with respect to the
20 tigers.
21  A.   I guess I'm not sure what you're asking
22 me.
23  Q.   Formal education, informal education,
24 courses, experience with tigers outside of your own
25 personal experience with your animals.

## Page 70

1   A.   Probably not.
2   Q.   How about lions?
3   A.   Just what I've talked about with other
4 breeders, but it all pertains to mine because I
5 didn't do lions and tigers before I --
6   Q.   You haven't worked at any other zoos?
7   A.   No.
8   Q.   Or observed them in the wild?
9   A.   No.
10  Q.   Or studied them at a university?
11  A.   No.
12  Q.   Or been mentored by a professor who has
13 been studying them at a university?
14  A.   Probably not a professor, no.
15  Q.   What about wolves?
16  A.   I used to go once in a while to a guy,
17 he's not here anymore, but he had a wolf rescue,
18 and I learned from him.
19  Q.   Okay. What was his name?
20  A.   I can't tell you. They just called him
21 Harold, the Wolf Man. That's all I know.
22  Q.   Harold?
23  A.   Yep.
24  Q.   Harold, the Wolf Man. And he's out of
25 business.

## Page 71

1   A.   He's in Arkansas now. He was here in
2 Iowa.
3   Q.   And he's still rescuing wolves?
4   A.   Yes.
5   Q.   What about lemurs?
6   A.   (Nods no.)
7   Q.   No?
8   A.   I guess I should have said Bob Strange
9 for all of those, because he had a zoo. Bob
10 Strange, just like it sounds. S-t-r-a-n-g-e.
11  Q.   Out of curiosity, do you know his wife's
12 name?
13  A.   I don't.
14  Q.   I think I might know his wife. And
15 servals.
16  A.   I don't think so.
17  Q.   Okay. So we've talked about your
18 personal experience. You've been working for your
19 zoo for 30 years. Do you have any experience
20 outside of that personal experience that would
21 inform your expert testimony about captive
22 wildlife?
23  A.   No.
24  Q.   Transporting captive wildlife?
25  A.   Just what I read in the USDA hand manual.

## Page 72

1 USDA handbook, I should say.
2   Q.   What about general zoo administration?
3   A.   Just what I've learned from other private
4 zoos.
5   Q.   And are there any individuals at those
6 private zoos that you would consult specifically
7 about that? About zoo administration questions?
8   A.   Probably Nancy Brown.
9   Q.   Anyone else?
10  A.   No.
11  Q.   Okay. What about breeding captive
12 wildlife? Do you have any experience outside your
13 own personal experience with breeding captive
14 wildlife?
15  A.   No.
16  Q.   Okay. Have you ever testified as an
17 expert witness before?
18  A.   No.
19  Q.   Have you ever provided an expert opinion
20 to someone before?
21  A.   No.
22  Q.   Have you ever consulted as an expert with
23 someone before?
24  A.   No. Not as an expert. I mean, we go
25 back and forth, everybody that is in that business,

Case 6:14-cv-02034-JSS   Document 45-2   Filed 09/04/15   Page 3 of 4
Page 69 to 72 of 258
18 of 92 sheets

Page 237

1    Q.  Okay. Specifically why do you think the
2 million-dollar -- why would the million-dollar
3 exhibits be better for the animals?
4    A.  I don't think they're better for the
5 animals, but I think that the public enjoys them
6 more.
7    Q.  Okay. Do you think there's anything
8 that's better for the animals at those big zoos?
9    A.  I am sure they have things that animals
10 enjoy. I don't know.
11    Q.  Okay. But as far as your expert opinion
12 is concerned -- as far as you are concerned as an
13 expert, your zoo provides for animals equally well
14 as a big zoo.
15    A.  I don't know.
16    Q.  Okay.
17    A.  I don't have the facilities that they
18 have, but I don't think that my animals are abused
19 or unhappy.
20    Q.  Okay. I've got a couple more topics I
21 want to talk with you about and then we'll be done.
22 Okay? So, first, I'd like to get your thoughts on
23 the United States Department of Agriculture
24 inspection program. Do you think they do a good
25 job?

Page 238

1    A.  That's a real good question. I think
2 they probably do a good job. I think they're
3 overzealous and I think they pick favorites.
4    Q.  Do you think it's a good idea to have a
5 federal inspection program of zoos?
6    A.  Yes.
7    Q.  Why?
8    A.  Because I think somebody needs to oversee
9 things and have a second set of eyes. They've
10 caught things before that I didn't see, and so I
11 appreciate that part.
12    Q.  But there are some parts you don't
13 appreciate.
14    A.  That's true.
15    Q.  What might those be?
16    A.  Like being crazy about flies. I can go
17 down to Wal-Mart and see flies in there, so it
18 shouldn't be a surprise I have a lot more flies at
19 my farm and by my animals, despite the fact that I
20 have fly control.
21    Q.  Anything else?
22    A.  I think they get nitpicky about cleaning.
23 And I'm not saying that that's all bad, but it just
24 gets overboard sometimes, too.
25    Q.  Anything else?

Page 239

1    A.  I don't know.
2    Q.  Earlier, at the beginning of your
3 deposition, if you can recall back that far, you
4 mentioned that you meet the minimum requirements of
5 the Animal Welfare Act most of the time. Can you
6 tell me about the times when you know you aren't
7 meeting the minimum requirements?
8    A.  There's going to be a random day here and
9 there that something isn't going to be right, and a
10 lot of that's just my cleaning schedule. Like I
11 said, Monday and Tuesdays we have off, those are
12 our major cleaning days, and then we're supposed to
13 spot clean through the week and then do major
14 cleans, as needed, which I do, and it's all written
15 in my maintenance things.
16    Q.  Okay. Is there anything else other than
17 the cleaning?
18    A.  About what? I forget your question
19 already.
20    Q.  That you might agree where you're not
21 meeting the minimum requirements of the Animal
22 Welfare Act.
23    A.  I think that they were picky about -- on
24 water. If they see even a greenish tint on the
25 receptacle itself, despite the fact that the

Page 240

1 water's clean and clear, that that's algae, and I
2 don't think that that's detrimental to an animal.
3 I mean, if it was full of hair algae and the water
4 was green, then, yeah, that's bad. But that hasn't
5 always been the case.
6    Q.  Anything else?
7    A.  I can't think of anything, I guess.
8    Q.  You can't remember any more?
9    A.  Not right this minute.
10    Q.  Okay. Let's talk briefly about the
11 USDA's enforcement -- past enforcement actions
12 against you. I understand you entered into two
13 settlement agreements with them in the past. Is
14 that right?
15    A.  Yes.
16    Q.  Okay. What was the first one? What
17 year?
18    A.  I have no idea.
19    Q.  I have it at 2006.
20    A.  I was going to say, it was probably ten
21 years ago, so I was close, I guess.
22    Q.  And you agreed to improve the conditions
23 at the zoo in a number of ways, and you agreed to
24 pay a fine.
25    A.  Yes.