**81**

1 A. Not the expert.
2 Q. Oh.
3 A. I told you that at the start. I'm just
4 here supporting Pam.
5 Q. Okay. Well, have you formed any opinions
6 about this case?
7 A. I'm not clear what their case is, other
8 than they don't want Pam to have a zoo.
9 Q. Okay.
10 A. So tell me where these animals are
11 supposed to go.
12 Q. Have you read the complaint, Dr. Pries?
13 The plaintiff's file?
14 A. Yeah.
15 Q. Okay. What was your understanding of the
16 complaint?
17 A. It makes no sense to me.
18 Q. Oh. Tell me about that.
19 A. Well, ask me some more questions that
20 pertains to Pam's zoo. Why they're complaining
21 about Pam's zoo.
22 Q. Well, we'll get to that -- we may get to
23 that in a minute, but I wanted to know what you
24 understood about the complaint. You said that the
25 lawsuit doesn't make sense to you, but you have

**82**

1 read the complaint. So do you understand what the
2 plaintiffs are saying about Pam's zoo?
3 A. No. You tell me what they're complaining
4 about. I mean, it's legal in there, fine. But
5 what's the complaint?
6 Q. Well, they brought a lawsuit under the
7 Endangered Species Act alleging that Pam and Tom
8 Sellner and Cricket Hollow Zoo are not treating the
9 endangered animals there in compliance with what
10 the Endangered Species Act would require.
11 A. And I don't see that.
12 Q. Okay. So your opinion, then, would be
13 that Pam and Tom Sellner are not violating the
14 Endangered Species Act.
15 A. No.
16 Q. Okay. So on what -- on what basis do you
17 maintain that opinion?
18 A. I see healthy animals in these cages that
19 if Pam didn't have them and no other zoo wanted
20 them, they'd be dead. And I don't like dead
21 animals and they're healthy.
22 Q. Nobody does.
23 A. They get food when they need it, they've
24 got fresh water, and they've got a great place to
25 lay around. They're not wild. They'd like to be,

**83**

1 but they can't survive if they're wild.
2 Q. So if you were invited to speak at trial,
3 Dr. Pries, do you know what kinds of things you
4 might be asked to testify about?
5 A. No.
6 Q. Okay. Well, here's some of the things
7 that you might be asked to testify about. Animal
8 husbandry. How would you define animal husbandry?
9 A. That's what people up here do all the
10 time. We're taking care of our livestock or our
11 animals that give us an income. It's just like
12 feeding your kids and your dogs. I mean, let's
13 treat them right.
14 Q. So animal husbandry is taking care of
15 animals and treating them right. Is that how you
16 would define it?
17 A. Yeah, it's fine.
18 Q. Okay. And what kind of considerations
19 would be included in evaluating whether an animal
20 was taken care of or treated right?
21 A. They always have water.
22 Q. Okay.
23 A. They're fed when they're hungry. If
24 they're supposed to be wet, they got a place to
25 swim. If they're not supposed to, they're dry.

**84**

1 Q. Okay. What about -- you mentioned that
2 they have a good place to lay around, the animals
3 at Pam's zoo. Does the size of the enclosure
4 matter?
5 A. Sometimes.
6 Q. When does it matter?
7 A. So there's enough square feet for
8 whatever the animal size is.
9 Q. Okay.
10 A. And I'm sure somebody's got a book on
11 that.
12 Q. But you haven't seen one?
13 A. No.
14 Q. Okay. What else would make an enclosure
15 adequate for an animal? The size is one. If the
16 animal has to be wet and swimming, that's another.
17 What else would a person have to think about if
18 they were evaluating whether the enclosure was
19 adequate for the animal?
20 A. They've got fresh air, good ventilation,
21 and it's either -- it's the right temperature for
22 that animal.
23 Q. Okay. What else?
24 A. That's all I can --
25 Q. Okay. Would you say that nutrition is a

## Page 109

1  A.  No. It's daily. I mean, it's --
2  Q.  Whose handwriting is this, Dr. Pries, do
3  you know?
4  A.  That's my handwriting.
5  Q.  That's your handwriting?
6  A.  (Nods yes.)
7  Q.  Okay. Thank you. Same on this page? Is
8  this all your handwriting?
9  A.  Yes.
10 Q.  Okay. Thank you. What about dental
11 care? Does your office do dental care?
12 A.  Cats and dogs.
13 Q.  Cats and dogs? What about for Pam's
14 wildlife?
15 A.  I don't remember doing any dental work
16 for them.
17 Q.  Okay. Have you helped the Sellners ever
18 with a breeding program?
19 A.  No.
20 Q.  No? Have you ever spayed or neutered any
21 of the Sellners' animals?
22 A.  We've neutered.
23 Q.  Which ones have you neutered?
24 A.  The monkey? Monkey.
25 Q.  Do you remember which one?

## Page 110

1  A.  I don't remember the name.
2  Q.  Just one monkey?
3  A.  I think all we did on the reproduction
4  was maybe talk about one baboon that may or may not
5  have bred some female.
6  Q.  Can you tell me more about that?
7  A.  That's about what I told you. We talked
8  about it might breed another baboon.
9  Q.  Okay. I thought you were suggesting you
10 didn't know whether or not a male had --
11 A.  I don't know if she ever decided to use
12 him. I don't know.
13 Q.  Oh, she had contemplated breeding her
14 baboons.
15 A.  Could be.
16 Q.  Do you remember what kind of monkey you
17 neutered?
18 A.  Baboon.
19 Q.  It was a baboon? Do you think a
20 veterinarian would ordinarily play a role in
21 helping a person with a breeding program?
22 A.  They could.
23 Q.  Do you think it's necessary?
24 A.  We do it with cattle all the time, but
25 I -- I don't know where you're going to go with

## Page 111

1  monkeys or cats or anything. I'd have to ask a
2  zoo.
3  Q.  What do you mean by "go with"?
4  A.  Well, they got different heat cycles.
5  That may be more seasonal. They may be hormones
6  that aren't going to work on them that would on
7  cattle.
8  Q.  But in terms of whether a person who's
9  breeding wild animals should have a veterinarian's
10 advice when they're breeding, you don't have an
11 opinion about that?
12 A.  (Nods no.)
13 Q.  No? All right. For Ms. Sellner's
14 emergency evacuation plan, she merely wrote the
15 name of Elkader Veterinary Clinic. Do you know
16 what that means? Do you know what the emergency
17 evacuation plan is that involves your clinic?
18 A.  When I talked to Pam about it, I just
19 think we're calling the sheriff's office and I
20 might get contacted if they need some help.
21 Q.  Okay. Have you ever had to do that?
22 A.  No.
23 Q.  No. Okay. All right. Okay. So I know
24 we've been at this for a while, and then you have
25 other work to do, but I did want to discuss some of

## Page 112

1  the animals at the Cricket Hollow Zoo before we
2  wrap up. And I know that you're getting a little
3  restless or frustrated, so I do appreciate your
4  time. I think if we're efficient, we might finish
5  by 5.
6  A.  Okay.
7  Q.  I appreciate your time. I wonder if you
8  could describe any experience you might have
9  observing or studying lemurs in the wild.
10 A.  Other than seeing them on National
11 Geographic, I've never been around lemurs.
12 Q.  Okay. What do you know about the unique
13 needs of lemurs?
14 A.  I don't know.
15 Q.  No? Okay. About their space needs?
16 A.  (Nods no.)
17 Q.  Nutritional requirements for lemurs?
18 A.  (Nods no.)
19 Q.  Do you know the term enrichment for
20 captive animals?
21 A.  Not specifically.
22 Q.  It relates to what we were looking at in
23 the veterinary care program just now. It was
24 called their -- I think it was called environmental
25 enhancement. So you were talking about it's like

Case 6:14-cv-02034-JSS   Document 45-3   Filed 09/04/15   Page 2 of 6
Page 109 to 112 of 158
28 of 58 sheets

1 the toys and things. That's -- sometimes we use
2 the word enrichment. Do you know what kinds of
3 environmental enhancement requirements lemurs have?
4   A. (Nods no.)
5   Q. No? Okay. Anything else about their
6 exercise requirements?
7   A. I'm not a big monkey person.
8   Q. Okay. Anything about the lighting needs
9 of a lemur?
10   A. No.
11   Q. Socialization needs of a lemur?
12   A. I know they have them, but I --
13   Q. Okay.
14   A. I wouldn't recommend anything.
15   Q. Do you know if USDA has an opinion about
16 whether lemurs should live alone or in groups?
17   A. I don't know.
18   Q. Okay. Do you have an opinion about
19 housing a lemur with a bushbaby?
20   A. Never thought of that.
21   Q. Thinking about it now, do you have an
22 opinion?
23   A. No.
24   Q. Okay. What's your experience treating
25 lemurs as a veterinarian?

1   A. None that I know of.
2   Q. Ms. Sellner has never brought a lemur to
3 your clinic?
4   A. She may have, but sitting here right now,
5 I can't think of any.
6   Q. Have you ever treated a lemur down at the
7 farm? Down at the zoo?
8   A. No.
9   Q. No? Veterinarians who might ordinarily
10 treat primates, do you suppose that they would be
11 primate specialists or veterinary generalists?
12   A. Primate specialists.
13   Q. Primate specialists? All right. Do you
14 ever consult any professional standards or
15 publications for the care of lemurs?
16   A. I haven't.
17   Q. No? Do you have an opinion about what
18 Cricket Hollow Zoo does well for its lemurs?
19   A. No opinion.
20   Q. Do you have an opinion about what Cricket
21 Hollow Zoo does not do well for its lemurs?
22   A. No opinion.
23   Q. So if you were asked to speak about
24 Cricket Hollow Zoo's treatment of lemurs at trial,
25 you would have nothing to say.

1   A. Nothing.
2   Q. Nothing to say. Okay. In 2006, two
3 lemurs at Cricket Hollow Zoo died of encephalitis.
4 Do you know if it's common for a lemur to die of
5 encephalitis?
6   A. I don't know.
7   Q. Is encephalitis a preventable disease?
8   A. Not always.
9   Q. Not always? Is encephalitis a treatable
10 disease?
11   A. Not always.
12   Q. So when would encephalitis be
13 preventable?
14   A. We have two young people around here they
15 tried treating and they both died in high school.
16 The medical profession's got to make an effort, but
17 we still don't know if we can save them.
18   Q. Okay. Do you know what contributes to an
19 animal developing encephalitis?
20   A. No. Nothing other than it's a
21 blood-borne infection when it starts.
22   Q. But you're not sure how a person might
23 prevent that blood-borne infection?
24   A. No.
25   Q. In 2009, November of 2009, a lemur named

1 Tootsie died of old age. Do you remember Tootsie?
2   A. Yes.
3   Q. How old was Tootsie when she died?
4   A. I'm thinking 30-some years.
5   Q. 30-some years?
6   A. (Nods yes.)
7   Q. Was a necropsy performed?
8   A. Not that I remember.
9   Q. In 2010 --
10   A. She had symptoms we thought was pancreas
11 or liver disease, so --
12   Q. What kind of symptoms?
13   A. Pretty poor appetite, weight loss, lack
14 of energy.
15   Q. Is a problem in the pancreas or liver the
16 same thing as old age, death by old age, or
17 something else?
18   A. It can be part of old age.
19   Q. Can be?
20   A. (Nods yes.)
21   Q. But it's not necessarily?
22   A. No. There's young animals that die from
23 it, too.
24   Q. So were you able to tell in the case of
25 Tootsie whether it was the old age or the pancreas

**121**

1  Q.  "Everything" meaning like --
2  A.  Intestinal, stomach, meat, bone, hide.
3  Q.  Okay. Have you ever recommended how the
4  Sellners might feed their tigers?
5  A.  No. I -- I don't do any nutritional, no.
6  Q.  So you mentioned the tigers roam for
7  miles. How does that affect a captive tiger?
8  A.  They don't run for miles.
9  Q.  Does it mean anything for how a tiger
10 might best be maintained in captivity?
11 A.  I don't know what they do with it, but I
12 know being at these zoos and reading books, a lot
13 of times the ones in captivity live longer than the
14 ones in the wild. And I just think it's such a
15 mundane life that they're -- they're living, and in
16 the wild they would have probably got shot or run
17 over or something else ate them or they get sick,
18 so --
19 Q.  They do get shot, unfortunately, often.
20 So what do you mean by a mundane life? Describe
21 what that is.
22 A.  They're in a cage. You know, you look
23 forward to your next meal. Can't be much better
24 than prison. The highlight of the day might be the
25 kids who came by to look at you.

**122**

1  Q.  What kinds of things could a person put
2  in a tiger's cage to make it less like a prison?
3  A.  I suppose some type of activity like
4  balls or something that moves through there that
5  they can try to catch.
6  Q.  Have you ever recommended that the
7  Sellners do anything like that?
8  A.  Not on behaviors.
9  Q.  Do you have an opinion about what Cricket
10 Hollow Zoo does well for his tigers?
11 A.  Yeah. The ones that have been there for
12 quite a while are what I consider very fit. Good
13 size, nice fill on them, normal looking fur, things
14 are clean, they always got fresh water. Just --
15 Q.  Do you have an opinion about the
16 psychological welfare of the tigers?
17 A.  Don't even think about it.
18 Q.  Do you have an opinion about anything
19 that Cricket Hollow Zoo might not do well with its
20 tigers?
21 A.  Don't know.
22 Q.  Okay. What kind of treatments have you
23 delivered, have you conducted, for Cricket Hollow
24 Zoo's tigers?
25 A.  We may have had a tiger with a bladder

**123**

1  infection that we medicated with some amoxicillin
2  or something in their food or water.
3  Q.  I assume you did that down at the zoo?
4  A.  Yeah, she picked up the medicine from one
5  of the other vet clinics.
6  Q.  How did you diagnose the tiger?
7  A.  Just by the symptoms, what it was doing
8  and urinating, that we thought we should go with an
9  antibiotic.
10 Q.  Okay. Is that the only treatment that
11 you've given to --
12 A.  That's all I can remember.
13 Q.  My understanding from the files is that
14 in October of last year, you would have inspected a
15 tiger named Casper. Do you remember Casper?
16 A.  Vaguely. A new tiger.
17 Q.  It was a new tiger?
18 A.  I think so.
19 Q.  Do you remember what color it was?
20 A.  White or yellow.
21 Q.  Not sure which one?
22 A.  No.
23 Q.  So Casper you treated for a sore on the
24 leg. Do you remember that? Does that refresh your
25 memory?

**124**

1  A.  We think he got it from the cage they
2  sent him up in.
3  Q.  Oh. What about the cage that he came up
4  in?
5  A.  I didn't see it. I think Pam said it was
6  awful tight.
7  Q.  The cage was tight?
8  A.  Yeah.
9  Q.  Small for the tiger?
10 A.  Narrow.
11 Q.  Narrow.
12 A.  Yeah.
13 Q.  Okay.
14 A.  I think those cats came from a drug house
15 in Florida or Texas or something.
16 Q.  So you treated Casper for a sore on his
17 leg on October 8 of 2014. Sometime in late
18 November or early December, Casper died. Do you
19 remember that?
20 A.  Uh-huh.
21 Q.  What -- how did Casper die?
22 A.  Well, talking to Pam, we just figure a
23 cat coming up from the south didn't have time to
24 acclimate to the winters, and I'm sure cold had
25 something to do with it for the way November was.

Case 6:14-cv-02034-JSS   Document 45-3   Filed 09/04/15   Page 4 of 6
31 of 58 sheets
Page 121 to 124 of 158

1  Their lungs fill up with fluid, they just die.
2      Q.   Okay.  Can a person prevent quick
3  pneumonia?
4      A.   No.
5      Q.   No.
6      A.   (Nods no.)
7      Q.   What causes it?
8      A.   Usually a virus up front that gets the
9  bacteria down the throat.  Blood-borne infection.
10     Q.   There's no treatment for quick pneumonia?
11     A.   If you know it's coming, you can put the
12 right antibiotics in the blood, yeah.
13     Q.   Is this a viral infection or a bacterial
14 infection?
15     A.   It starts as viral, usually.
16     Q.   Starts with viral?
17     A.   But if it's blood-borne, it can start
18 with bacterial.
19     Q.   So you might be able to treat it with
20 antibiotics.
21     A.   But you need to find the right
22 antibiotic.
23     Q.   Okay.  There's no --
24     A.   By the time you culture the organism, get
25 the right antibiotic, they're dead.  So you throw

1  the sink at them and hope you hit the right one.
2      Q.   Okay.  So sometimes a virus -- sometimes
3  a viral infection leads to pneumonia.  What else
4  leads to pneumonia in a tiger?
5      A.   Autoimmune.
6      Q.   Autoimmune?  In what way does an
7  autoimmune condition --
8      A.   Immune system stops it, keeping the lung
9  normal, gets wet.  There's no infection there.
10     Q.   Have any of the tigers at Cricket Hollow
11 Zoo exhibited autoimmune disorders.
12     A.   I don't know.  It's rare.
13     Q.   Do you remember how old Raoul was when he
14 died?
15     A.   Looking at that picture from February, I
16 assume it wasn't a year old there.
17     Q.   Okay.  And then Luna, a tiger named Luna
18 died in 2014.  Do you remember Luna?
19     A.   The name rings a bell.
20     Q.   Do you know what killed Luna?
21     A.   No.
22     Q.   So we have a note that Luna died of
23 E. coli.  Does that sound familiar?
24     A.   No.
25     Q.   No?  Do you know how a tiger would

1  contract E. coli?
2      A.   I'd have to get some specifics on it.  I
3  don't remember.
4      Q.   Could E. coli spread to other animals?
5      A.   E. coli is everywhere already.  Just --
6  could be a weakness in the immune system where
7  E. coli would take over in an adult cat.
8      Q.   Do you know how old Luna was when she
9  died?
10     A.   No.
11     Q.   Was a necropsy conducted on Luna?
12     A.   Not that I know of.
13     Q.   There was a note in the file from
14 Ms. Sellner that Luna died -- I believe it was in
15 your file, that Luna died in a cold snap.  Does
16 that ring a bell?
17     A.   (Nods no.)
18     Q.   This was from November 13, 2014.
19     A.   No.
20     Q.   Do you think cold would contribute to an
21 E. coli problem?
22     A.   Well, if it's -- E. coli generally would
23 get started because it didn't have antibiotics from
24 the mother's milk.  So they either have to get
25 immunity to it or they're going to get sick from

1  it.  And if they're stressed from either extreme
2  heat or extreme cold, it can make it worse.
3      Q.   Okay.  Have you or has anyone else in
4  your clinic declawed any of the tigers at Cricket
5  Hollow Zoo?
6      A.   No.
7      Q.   Have you or has anyone in your clinic
8  microchipped any of the tigers at Cricket Hollow
9  Zoo?
10     A.   I don't think so.
11     Q.   No?  I'm going to enter another exhibit
12 here.
13          (Deposition Exhibit H marked for
14 identification, as requested.)
15     Q.   (MR. PIERCE)  This is a photograph that
16 the USDA took at Cricket Hollow Zoo.  Do you
17 recognize that as a tiger at Cricket Hollow Zoo?
18     A.   I can see there's a tiger there on the
19 roof, yeah.
20     Q.   What observations will you make about the
21 enclosure there at Cricket Hollow Zoo?
22     A.   It's one of Pam's cages.
23     Q.   How would you rate the size of the
24 enclosure relative to the needs of a tiger?
25     A.   Well, they're all the same size.

1  Q. But compared to what a tiger might need
2  to be --
3  A. I have no opinion.
4  Q. In the foreground of that photograph,
5  what do you observe on the ground?
6  A. Cat feces.
7  Q. So you mentioned that when you make your
8  visits to the farm, one thing that you inspect is
9  to see that feces doesn't accumulate in the
10 enclosures. Would you say that that is a -- how
11 much feces would you say that that is in that
12 photograph?
13 A. Oh, probably about a day's worth, I
14 suppose.
15 Q. Okay. So that amount of feces would be
16 ordinary, in your opinion?
17 A. Probably going to get cleaned later that
18 day and that would have been from the evening
19 before.
20 Q. How would you characterize the
21 opportunities for play or exercise or stimulation
22 in that enclosure?
23 A. No opinion.
24 Q. No opinion?
25 A. No.

1  Q. How would you characterize the
2  opportunities for shade in that enclosure?
3  A. She's got a little bit up above and they
4  have the shelter.
5  Q. What about water?
6  A. Usually the waterers are toward the back
7  here.
8  Q. Okay. Thank you. Anything else about
9  that photograph?
10 A. I can't -- it looks like there's food
11 laying here to the side, but I can't make out --
12 other than back lighting site, is all I can see. I
13 can't tell which white tiger that is.
14 Q. Thank you. So wolves. Moving on to
15 wolves. How would you -- do you have experience
16 observing or studying wolves in the wild?
17 A. Just television shows.
18 Q. Television?
19 A. Yeah.
20 Q. Okay. And I think you said earlier that
21 you would have trouble distinguishing between a
22 wolf and a hybrid wolf by sight?
23 A. Yeah, I -- I know these people in
24 Belle Plaine. Other than the purebreds were
25 bigger, there wasn't a whole lot of difference.

1  Q. Okay. Do you know how a person would
2  know for sure if they had a real wolf or a hybrid
3  wolf?
4  A. I'd do DNA off hair follicles or blood.
5  Q. Okay. How would you describe the unique
6  needs of wolves?
7  A. Pack animal, very social, run a long way
8  for their food, very smart, hunt in packs. Don't
9  get along with other packs at all, unless it's
10 maybe mating.
11 Q. Anything else unique to wolves?
12 A. A lot of localization. They understand
13 well.
14 Q. Between each other?
15 A. Yeah.
16 Q. How many wolves are usually in a pack, do
17 you know?
18 A. Oh, I would guess most packs would be
19 about seven to 10. Maybe bigger, maybe smaller.
20 Q. And how big is a wolf's territory
21 normally? Or a pack's territory?
22 A. Oh, God. Miles. 20, 30 miles. In
23 Yellowstone, the ones that are tagged might even go
24 farther than that. Mountain lions are a hundred
25 square miles.

1  Q. So given those unique characteristics of
2  wolves, how do you think a zoo can account for
3  those needs in captivity?
4  A. I don't think any zoo can.
5  Q. Okay. So --
6  A. It would be like my dog. You know.
7  There's two of them. But they get to play all over
8  the place. But you can't just let wolves go and
9  come back to the zoo at night. Just ain't going to
10 happen.
11 Q. Is there anything a person could do to
12 try to meet the needs of a wolf in captivity?
13 A. I have no opinion.
14 Q. No opinion?
15 A. No.
16 Q. Do you have an opinion about what this
17 zoo does well for its wolves?
18 A. I don't -- I don't know as Pam does
19 anything any different than Osborn, and Osborn
20 doesn't have anything but one wolf left, so, no,
21 not really. I guess people like to see them, but I
22 really don't think they should be kept.
23 Q. Do you think the Cricket Hollow Zoo does
24 not do anything well with its wolves?
25 A. I have no opinion.

Case 6:14-cv-02034-JSS   Document 45-3   Filed 09/04/15   Page 6 of 6
Page 133 to 136 of 158
34 of 58 sheets