# Elkader Veterinary Clinic



Drs. Pries, Collins, Royer, & Christianson
24642 Highway 13
Elkader, Iowa 52043
Phone (563)245-1638
Fax (563)245-1632

John H. Pries, DVM

Bachelors of Science – Iowa State University

Major- Agronomy

Minors- Zoology and Botany

Graduated- November, 1975

Doctor of Veterinary Medicine-Iowa State University

Graduated- May 1987

Owner and Employed at Elkader Veterinary Clinic

Elkader, Iowa