1  A. I didn't say volunteering.
2  Q. Okay. Are you being paid for your services
3  today?
4  A. Yes. From you.
5  Q. Are you being paid by the Sellners or their
6  attorney?
7  A. No.
8  Q. Do you anticipate being paid by the Sellners
9  or their attorney for any of your testimony that
10 you will give in this case?
11 A. That has not been discussed.
12 Q. You mentioned that you spoke to the
13 Sellners' attorney about the subject matter of
14 the case. What is your understanding of the
15 subject matter of the case?
16 A. Well, my understanding of the subject matter
17 has changed since I've gotten the document, so
18 it's, it's pretty much — you know, they're all
19 together now in my mind as the subject matter.
20   So specifically it was just a brief
21 introduction to the case in terms of there was
22 some individuals who visited the farm — I mean
23 the zoo, Cricket Hollow, and were making claims
24 that the animals were not cared for properly and
25 that there was environmental conditions that need

1  to be reviewed on the base -- perhaps on my
2  experience as a fact -- factually, not as an
3  expert but factually.
4  Q. Do you perceive yourself here as a fact
5  witness today?
6  A. I guess fact and expert are kind of
7  substantial, so that's dependent on what your
8  nature of the questions is.
9  Q. Okay. How would you describe the difference
10 between the two, a fact witness and an expert
11 witness?
12 A. As a fact witness -- and prior to today,
13 I've always had the attorneys define what a fact
14 witness means, so I'm only going on what I was
15 told by a attorney when I was a fact witness that
16 I was not allowed to speak of specific
17 scientifically determined pathways, metabolic
18 pathways, or something that requires an advanced
19 degree to talk about.
20   I had to relate the situation in common
21 terms that are considered one and the same with
22 laypeople.
23 Q. Okay. And an expert witness, what would
24 their -- what would their job be?
25 A. An expert witness is usually assigned a

1  specific task to perform, and that specific task
2  has a number of associated tasks, associated
3  events prior to a deposition. And an expert
4  would have been specifically hired to investigate
5  a claim or talk on a subject that they're an
6  expert in and define things in scientific terms
7  or in terms that indicate their level of
8  expertise.
9    Expert witnesses are usually told -- are
10 given exhibits beforehand. My experience is in
11 every case that I've ever been an expert witness,
12 I have been given exhibits to examine prior to a
13 deposition.
14 Q. So do you -- were you given a specific task
15 in this case?
16 A. No.
17 Q. Have you conducted an independent
18 investigation of the Cricket Hollow Zoo in this
19 case?
20 A. I was not asked to conduct an independent
21 investigation.
22 Q. So all of your testimony today would be from
23 your point of view as a nutritionist for Pam
24 Sellner she routinely consults?
25 A. As a nutritionist or as someone who's

1  experienced in all aspects of animal husbandry, I
2  would consider myself, you know -- like I said,
3  it's kind of substantial. I am who I am. It's a
4  fact.
5    I assume that a fact witness from your
6  standpoint -- I don't know your terms of a fact
7  witness, and I guess you need to define that for
8  me so I know exactly what your interpretation of
9  what a fact witness is.
10 Q. We're going -- we're working from your
11 definition. But nonetheless, the question is
12 whether or not you perceive yourself here as a
13 person who is testifying about your personal
14 knowledge of the Sellners or as a person who is
15 testifying based on your expertise with respect
16 to a certain task you were given.
17 A. I was not given a specific task.
18 Q. So you would -- so would you say that you're
19 testifying from your personal knowledge and
20 experience with the Sellners?
21 A. Well, personal knowledge and experience is
22 part of who I am.
23 Q. Yeah. Dr. Pusillo, is that a yes?
24 A. I -- can you repeat the question? I didn't
25 know you had a question.

you know, there are a tremendous amount of good books on the market that help formulate my opinions about lion nutrition.

So some of those were used or a lot of those are used every time I do formulate a ration. I use the experts in the field. Number one, I learned a lot early in my career from Marilyn Parker who raised various types of animals. Then she worked closely with the, you know, Brookfield Zoo and Barbara — I can't remember her last name, but we exchanged letters back and forth for quite a long time about what Brookfield Zoo uses to feed their lions.

And from that basis I was able to use my education to put together supplements that met the requirements. Obviously we use good quality meats and other ration adjuvants to balance the diet.

And in nature lions rely on their skill to catch prey, and I also have a book that I use that describes exact concentration of nutrients in each type of prey that a lion would eat.

Q. Dr. Pusilio, I think this is all making sense to me with respect to nutrition. So let's move on from lion nutrition, and I want to

understand your expertise as regards to animal husbandry of lions because you've held yourself out as perceiving yourself as an expert on animal husbandry.

I want to read to you a definition of animal husbandry, and I want to know if you agree with it so we can go operating from a baseline here.

According to the Association of Zoos and Aquariums, animal husbandry practices ensure that the physiological, biological, psychological, and social needs of animals cared for in zoos and aquariums are addressed. Do you agree with that definition of animal husbandry?

A. You said physiological, sociological, and psychological? Is that what you said?

Q. Biological and social in addition.

A. Well, that pretty much fits in exactly what we're talking about from the cellular level on to when the animals grow up. Yes, I would agree with that.

Q. Okay. So what experience do you have or formal education in evaluating the physiological, biological, psychological, and social needs of lions?

A. I guess I would have to say it's a world of knowledge that is developed over time that — I wouldn't consider myself the world's leading expert on lion husbandry.

Q. Would you consider yourself an expert on lion husbandry?

A. Well, I guess I would consider myself experienced in seeing lions in captivity and knowing if their body condition was good or not. I think that's pretty much the basics of my expertise is basic animal care, not — you know, I'm not somebody who has a doctorate in lion husbandry. I don't have a doctorate in lion husbandry.

But I can tell if a lion is — it has a good hair coat, has bright eyes, has, you know, the characteristics that I would normally look at for a lion.

Q. Right. So your expertise would be limited to body condition score and other physical manifestations of their diet?

A. Well, physical manifestations of their diet, I guess that would include, you know, skin condition and overall ability to adapt to environmental conditions.

Q. Okay. Describe what you mean by that. Adapt to what environmental conditions?

A. Well, a proper -- a properly balanced diet is usually made for a condition specific area of the country or it's made for a specific need, let's say a lactating animal versus a pregnant animal. Their nutritional needs vary.

But in nature if you let a lion take care of itself, it's still going to kill a carcass -- I mean an animal, eat it, and digest. In captivity, it relies on inputs from other professionals who are taking care of the — well, not professionals in general but people that -- to take care of their needs because they are not able to go and hunt and kill other species.

So we do have a volume of a great resources from many sources that give us what prey is necessary to allow the animal to -- well, the prey balance, the nutrient balance in prey to allow the animal to adapt to environmental conditions.

That means it has to be able to — let's say, for example, if it's cold, the animal has to be able to be responsive in a futile cycle in order to generate thermogenic activity that would

Case 6:14-cv-02034-JSS   Document 45-5   Filed 09/04/15   Page 2 of 6

```
 1    require a level of energy sufficient to make the
 2    futile cycle work to keep the lion sufficiently
 3    warm.
 4        Q.   That's an interesting point. If a lion were
 5    to die as a result of a cold snap, would that
 6    indicate inadequate nutrition?
 7        A.   Well, no, it wouldn't. Not necessarily
 8    unless you did a thorough investigation to see
 9    what actually the animal died of. Just
10    because -- just because I ate a carrot and got in
11    a car accident doesn't mean the carrot killed me
12    or got me in a car accident.
13        Q.   Have you ever evaluated any lions at the
14    Cricket Hollow Zoo to determine their cause of
15    death?
16        A.   No.
17        Q.   Dr. Pusillo, I want to go back to the tigers
18    momentarily because I think perhaps the confusion
19    between nutrition, diet, and animal husbandry was
20    present in that conversation also.
21             Using the definition of animal husbandry
22    that we've discussed, what is your experience
23    evaluating the physiological, biological,
24    psychological, or social needs of tigers?
25        A.   Well, if you look at anthropomorphism as
```

```
 1    most people are looking at now when they look at
 2    tigers and lions, you're putting in human
 3    characteristics into these animals, and these
 4    animals are raised in captivity. They're not
 5    taken from the wild.
 6             And if we have tigers out in nature,
 7    obviously they're more solitary. They have a
 8    greater need --
 9        Q.   Dr. Pusillo?
10        A.   Yes.
11        Q.   I'm asking about your formal education and
12    experience evaluating tigers for the conditions
13    in captivity. I'm not asking you about whether
14    or not you agree with the science or that -- or
15    whether or not you would characterize it as
16    anthropomorphizing.
17             I'm asking if you have experience
18    evaluating the physiological, biological,
19    psychological, or social needs of tigers.
20        A.   I've only worked with captive tigers.
21    That's the only animals I've every worked with.
22    I've never worked with wild --
23        Q.   Okay.
24        A.   -- tigers so --
25        Q.   Right. Captive tigers. What's your
```

```
 1    experience evaluating whether the
 2    physiological --
 3             MR. THORSON: I'm going to object --
 4        Q.   -- biological --
 5             MR. THORSON: -- on basis you're not --
 6        Q.   -- psychological, or --
 7             MR. THORSON: Excuse me.
 8        Q.   -- social needs are being met in captivity.
 9             MR. THORSON: Excuse me. You're
10    interrupting the witness when he's trying to
11    answer the question. I object to that.
12        Q.   Dr. Pusillo, what is your experience
13    evaluating the physiological, biological,
14    psychological, and social needs of tigers in
15    captivity?
16        A.   I have been working with tigers for many,
17    many years and there's no -- there was no school
18    at the time that taught how to raise tigers.
19    That was something you had to learn on your own
20    based on foundational science.
21             And from that foundational science, it's
22    quite easy to know that when a tiger requires
23    meat in its diet, you don't feed it corn. And
24    that's something very fundamental. You learn
25    that very easily. You don't have to read that in
```

```
 1    a book.
 2             So my mentors, Dr. Josip Markuum, one of --
 3    a very famous veterinarian who takes care of
 4    probably -- oh, I don't even know how many tigers
 5    he has. But you know, my mentors over the years
 6    have taught me various ways of evaluating body
 7    condition, and it doesn't take an expert to know
 8    if a tiger is missing a leg or not. That's an
 9    obvious thing.
10             So there's some common sense things that I
11    use also when I evaluate animals. I'm not asked
12    all the time to evaluate animals. I'm asked to
13    come up with diets based on needs.
14        Q.   Okay. Dr. Pusillo, now I want to ask you
15    about wolves. Regardless of nutrition needs or
16    dietary needs, what is your physiological,
17    biological, psycho -- I'm sorry.
18             What is your experience evaluating the
19    physiological, biological, psychological, and
20    social needs of wolves in captivity?
21        A.   Well, I'm going to expand -- okay.
22    Captivity and in the wild. You have -- I've also
23    worked with wolves in the wild, so that's a whole
24    different situation.
25             I've worked with a number of wolves in
```

Case 6:14-cv-02034-JSS   Document 45-5   Filed 09/04/15   Page 3 of 6

captivity. I don't remember Cricket Farm having a wolf -- Cricket Hollow. But the physiological needs of a wolf, obviously they're a social animal also. They enjoy the social hierarchy. They're -- they are a unique creature that survives on a lot of little rodents.

And it's a very challenging species to really understand because there's so many different variations. And they are affected by either captive, captive breeding or if you study a wild wolf, it's two different things.

And you asked me about captive wolves, and captive wolves are shy. They have a tendency of not being social by themselves. They have a tendency of having some distress of being alone. So they -- they're creatures that really like to have other, other wolves around.

Q. And where -- where did you derive your knowledge basis for that -- for that statement, that they're social creatures?

A. Well, at least the wolves that I'm studying in Mongolia, it's -- they're a very interesting wolf. They like to stay together in packs, and they have a hierarchy with an alpha male and there's an alpha female. And the alpha male and

alpha female pretty much run the entire operation, I would call it, or the entire group.

And there's -- they're very keen to discipline other less dominant animals. They learn from each other on how to respect each other, how to know who has the rights to the carcasses that are available, who eats first, who eats last. Very much like a lion, like a lion, they hunt together.

Q. What -- you mentioned this is a Mongolian wolf pack that you're studying. In what -- in what way? What context?

A. I was hired to work with the nomadic people in Mongolia to develop different livestock techniques and to improve upon ancient traditions and also at the same time to help prevent the slaughter of the wolves because of the nomadic people thinking they're killing all the animals, their own -- their crop, their horses and their sheep and their goats.

And so part of that, understanding nomadic way of life, is also to understand the wolf's way of life and how it hunts and how it challenges, you know, man's desire to raise animals in the same environment.

So I'm there more as a -- to study how everybody could work together in harmony instead of slaughtering the wolves.

Q. A worthy goal. Are you studying that now, or was that sometime in the past?

A. No. I started in October, and I'm going back again for a month in July.

Q. Okay. I'd like to talk to you about the same question with regard to lemurs. What experience or education do you have in evaluating the physiological, biological, psychological, or social needs of lemurs?

A. Yeah. The lemurs are a very interesting creature. They are just -- I would characterize them as also somewhat shy. They have a really interesting social order, their calls and how they communicate with each other. Very, very interesting to me. Their whole physiology is quiet complex because they have a --

Q. Dr. Pusillo, I'm going to interrupt you.

A. Okay.

Q. I apologize for that, but I'm interested in your education and experience, not your opinion about lemurs.

A. Well, my education and experience, I'm just

telling you what I know about lemurs, and it came through, again, working with them. And I never had a formal course in lemurs. It's -- it was not offered. I don't even know if --

Q. Have you ever participated in studies that were lemur specific?

A. No.

Q. And have you ever worked with lemurs other than at the Cricket Hollow Zoo?

A. Yes.

Q. Okay. How many other contexts?

A. I don't recall, don't really recall that. And some the animals that I work with were in other countries.

Q. Countries?

A. Correct. Other zoos, zoos throughout the United States. I think one of the ones that I first worked with was in a colony in Sao Paulo, Brazil.

Q. At another zoo?

A. Yeah. It was a zoo. I didn't -- the only other person -- I don't believe I've had somebody -- I have one other person I remember having a private collection that had lemurs in my career, but most of them have been at zoos.

```
 1   would be your opinion of the Sellners' facility
 2   if that were a common practice?
 3   A.   Well, I can't have that opinion because it's
 4   not a common practice.
 5   Q.   Let's assume for a moment that it is.  In
 6   your expert opinion, you can make assumptions
 7   based on different hypothetical situations.
 8   A.   And then you that as some --
 9   Q.   Let's assume for a moment that it's a common
10   practice that animals routinely go without water
11   for long periods of time.  What would your
12   opinion be about that practice?
13   A.   Tell me, what does a long period of time
14   mean to you?
15   Q.   Twenty-four hours.
16   A.   For every species?
17   Q.   Every species.
18   A.   Does the animal's diet contain any naturally
19   containing water?
20   Q.   Dr. Pusillo, please answer the question that
21   I asked you.  This is an opportunity for me to
22   ask you questions, not for you to ask me
23   questions.
24   A.   Well, it's impossible to answer your
25   question since you're asking a question based on
```

```
 1   all species and you're narrowing it down because
 2   there's a lot of creatures on this earth that
 3   rely on water from fruits and vegetables and
 4   silage and natural occurring dietary substances.
 5   Also, meat is 70 percent water.
 6   Q.   So are you refusing to answer my question as
 7   asked?
 8   A.   Well, I think you're refusing to give me a
 9   narrow definition of what is asked.  I'm not --
10   I'm not the enemy.  I'm just trying to ask
11   your -- answer your question based on a proper --
12   a proper question.
13   Q.   All right.  Dr. Pusillo, let's move on.  I
14   would like to ask you to articulate the expert
15   opinions that you have formulated in this case.
16        Are there any expert opinions that you have
17   formulated in this case about the Cricket Hollow
18   Zoo?
19   A.   I was not asked to give an expert opinion.
20   I was asked to sit for a deposition.
21   Q.   So you have not formulated any expert
22   opinions about the Cricket Hollow Zoo?
23   A.   About what?  About -- really, you asked me
24   to sit for a deposition.  That's what I've done.
25   And you asked for four hours, and that's what I'm
```

```
 1   doing.
 2   Q.   To give you come context, Dr. Pusillo, your
 3   client, Ms. Sellner's attorney, has designated
 4   you as an expert witness on nutrition at the zoo.
 5   And he filed that paperwork designating you as an
 6   expert witness with the federal court.
 7        So the purpose of this deposition is to
 8   ascertain what those expert opinions that you
 9   have about the zoo with regard to their
10   efficiencies and adequacy of the nutritional
11   protocol.
12        So I'm trying to find out now what expert
13   opinions you might have about anything at the
14   Cricket Hollow Zoo whether or not it is limited
15   to nutrition or animal husbandry as you've held
16   out today.
17        So with that context, have you formed any
18   opinions about the Cricket Hollow Zoo that are
19   relevant to this case?
20   A.   Being designated an expert witness and
21   having been asked to actually have a formal
22   written opinion are two different things.  And
23   if -- I'm not sure about the federal case law,
24   but what I understand of being deposed before,
25   that has to be asked, and I have to see exhibits
```

```
 1   before I actually have an expert opinion.
 2        I think it's a Frye ruling, and I believe
 3   it's like 116 or something like that.  So I am
 4   not sitting here today with all your exhibits, so
 5   I cannot give an expert opinion because I don't
 6   have all your exhibits.  And you did not provide
 7   them to me 24 hours in advance.
 8   Q.   So your understanding of expert witness
 9   testimony is limited to circumstances when the
10   opposing party would present you with exhibits?
11        And further, because I did not present you
12   with exhibits, you did not formulate any expert
13   opinions in this case?
14   A.   Well, I would hope as an attorney you would
15   want an expert opinion based on all the facts.
16        MS. BLOME:  Okay.  Dr. Pusillo, I will take
17   a moment then to consult with my co-counsel, and
18   we'll be right back.  But I think we can probably
19   wrap this up.
20        (Short recess was taken.)
21   Q.   Okay.  Dr. Pusillo, I have a couple more
22   questions.  I want to be absolutely clear that
23   I'm understanding you correctly, that until this
24   moment, you have not formulated any expert
25   opinions with -- as regard to the Cricket Hollow
```

Case 6:14-cv-02034-JSS   Document 45-5   Filed 09/04/15   Page 5 of 6

```
 1       Zoo; correct?
 2   A.  I have not been asked to form an expert
 3       opinion.
 4   Q.  It's my right as the attorney for the
 5       plaintiff to discover the expert opinions that
 6       you might have formulated with regard to the
 7       Cricket Hollow Zoo prior to trial.
 8       Today the discovery period ends for this
 9       case, so I want to be clear that there's no
10       additional opportunity for you to formulate
11       expert opinions, and then I'll ask you again.
12       Do you understand?
13   A.  I understand.
14   Q.  And so as of today, the Cricket Hollow Zoo
15       defendants, neither Pam nor Tom nor their
16       attorney, have asked you to formulate an expert
17       opinion with regard to this case?
18   A.  No.
19   Q.  So you have not formulated any expert
20       opinions with regard to this case; correct?
21   A.  I have not been asked to form an expert
22       opinion.
23   Q.  Do you have any plans to develop any expert
24       opinions as regard to this case?
25   A.  I have not been asked, so the plans are
```

```
 1       right now is -- you know, I was asked to do a
 2       deposition, and that's what I'm doing. I'm doing
 3       a deposition. I have not been asked to give an
 4       expert opinion.
 5   Q.  Have you been asked to testify at trial?
 6   A.  Yes.
 7   Q.  Do you plan on testifying at trial?
 8   A.  I do not know when trial is. I hope to be
 9       available for the in-person testimony. If not, I
10       can be available by video.
11   Q.  At trial do you plan on giving any testimony
12       about the adequacy of the nutritional plans at
13       the -- in place at the Cricket Hollow Zoo?
14   A.  If asked, yes.
15   Q.  What will your testimony be?
16   A.  I have not looked at all of the available
17       evidence at this time.
18   Q.  At trial if you're asked, do you plan on
19       giving an opinion about animal husbandry at the
20       Cricket Hollow Zoo?
21   A.  After reviewing all the information I am
22       presented, yes.
23   Q.  What will your opinion be?
24   A.  As I said, after being given all the
25       information, I will answer accordingly.
```

```
 1   Q.  All right. Dr. Pusillo, I have one last
 2       question about a photograph that was provided to
 3       me approximately 30 minutes before this
 4       deposition began. And it's a photograph of
 5       Mirage that you allegedly took in October of 2005
 6       at the Cricket Hollow Zoo. Have you seen that
 7       photograph?
 8   A.  Yes.
 9   Q.  And what is the reason you took that
10       photograph? Why did you take that paragraph?
11   A.  The way I take notes is I take photographs.
12   Q.  What were you documenting with this
13       photograph?
14   A.  I was documenting the body condition, the
15       hair quality, the current status of the
16       environment. There's a number of things that are
17       indicated by photographs, and notes sometime
18       don't always describe the situation as well as a
19       photograph.
20   Q.  What were you -- what story were you hoping
21       to convey with this photograph?
22   A.  This tiger in this picture has excellent
23       quality hair. It's in great body condition.
24       It's not stressed. It was not in any position of
25       being aggressive. It was calm. There was no
```

```
 1       distress seen at all and the pen was clean.
 2   Q.  This photo was taken in 2005; correct?
 3   A.  Correct.
 4   Q.  Have you taken any photographs since 2005?
 5   A.  Yes.
 6   Q.  And why weren't those paragraphs produced?
 7   A.  Well, for one, the Subpoena states that
 8       within reasonable time frame can I gather the
 9       information, and that was an impossibility to
10       gather all the information when I received a
11       Subpoena.
12       And in addition, I said that my hard drive
13       right now is not working. However, I do have --
14       I did bring -- I did bring pictures to the
15       deposition today. There are various pictures
16       that I did bring that are actual prints that I
17       hope to find more of the prints and also have
18       access to a download version of the pictures that
19       I've taken that are on digital media as soon as I
20       can.
21       MS. BLOME: Okay. Well, with that Dr.
22       Pusillo, I think that it's clear that we need to
23       reserve the opportunity to take your continued
24       deposition at a different time after we could
25       review the materials that you produced today.
```