# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al., | Case No. C14-02034-JSS |
| Plaintiffs, | **[PROPOSED] ORDER ON** |
| v. | **PLAINTIFFS' FIRST MOTION IN** |
| | **LIMINE TO EXCLUDE EXPERT** |
| PAMELA SELLNER, et al., | **TESTIMONY** |
| Defendants. | |

### [Proposed] Order Granting Plaintiffs' First Motion in Limine to Exclude Expert Testimony

Plaintiffs have moved this Court for an order granting their Motion in Limine to Exclude Expert Testimony, seeking to prohibit Defendants' proffered experts—the zoo owner and operator (Defendant Ms. Sellner), the Zoo veterinarian (Dr. John Pries), and the Zoo nutritionist (Dr. Gary Pusillo)—from testifying beyond the scope of opinion testimony allowed of fact witnesses pursuant to FRE 701. Because Defendants failed to disclose their expert opinions as required by Rule 26, the Court finds that to allow Defendants to testify beyond the scope of opinion testimony would unfairly surprise and prejudice Plaintiffs at trial.

THEREFORE it is ordered this ___ day _____ 2015, that Plaintiffs' Motion is ALLOWED.

_____
Jon S. Scoles
United States District Judge