# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al., | Case No. C14-02034-JSS |
| Plaintiffs, | **DECLARATION OF JESSICA BLOME IN SUPPORT OF PLAINTIFFS' SECOND MOTION IN LIMINE REGARDING USDA RECORDS** |
| v. | |
| PAMELA SELLNER, et al., | |
| Defendants. | |
| | **Judge: Hon. Jon Stuart Scoles** |
| | **Trial Date: October 5-8, 2015** |

## DECLARATION OF JESSICA BLOME

1. I am one of Plaintiffs' attorneys in this matter. I have personal knowledge of the facts set forth herein.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of the United States Department of Agriculture's official certification and seal for documents related to "Pamela and Tom Sellner d/b/a Cricket Hollow Zoo Inspection Reports dated May 21, 2014 – July 29, 2010," and "Animal Complaint entered July 21, 2010, with attached memorandum."

3. On September 1, 2015, I sent a secondary request to USDA's FOIA Office for certification of the remaining USDA records marked on Plaintiffs' Trial Exhibit List as Plaintiffs' Exhibits 2, 3, and 27 through 38.

4. I received all of the documents marked on Plaintiffs' Trial Exhibit List as Exhibits 2 through 38 and 72 through 76 from the USDA in response to a Freedom of Information Act or by visiting USDA's online FOIA Reading Room, which is located at http://www.aphis.usda.gov/wps/portal/aphis/resources/foia?1dmy&urile=wcm%3Apath%

[3A%2Faphis_content_library%2Fsa_resources%2Fsa_laws_and_regulations%2Fsa_foia%2Fct_foia_reading_room](#), at various times throughout the last year as the inspection reports and enforcement notices were published by the USDA's Animal and Plant Health Inspection Service.

      I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED in Cotati, California, this 4th day of September, 2015.

> */s Jessica Blome*
> Jessica L. Blome (*pro hac vice*)
> Missouri Bar No. 59710
> jblome@aldf.org