

# United States of America

## DEPARTMENT OF AGRICULTURE

### WASHINGTON

I, Thomas J. Vilsack, Secretary of the United States Department of Agriculture, do hereby certify that the annexed copy, or each of the specified number of annexed copies, is a true, correct and compared copy of a document in my official custody as hereinafter described:

Pamela and Tom Sellner dba Cricket Hollow Zoo Inspection Reports dated May 21, 2014 – July 29, 2010, and

Animal Care Complaint date entered July 21, 2010, with attached memorandum.

In testimony whereof, I have hereunto caused the seal of the Department of Agriculture to be affixed and my name subscribed in the District of Columbia this

3rd day of JUNE 20 15

*[signature]*
SECRETARY OF AGRICULTURE

By *[signature]*
Mai Dinh, Assistant General Counsel
Marketing, Regulatory & Food Safety Programs Division