# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al., | Case No. C14-02034-JSS |
| Plaintiffs, | **[PROPOSED] ORDER ON** |
| v. | **PLAINTIFFS' THIRD** |
| | **MOTION IN LIMINE** |
| PAMELA SELLNER, et al., | **REGARDING ORDER OF PROOF** |
| Defendants. | |

**[Proposed] Order Granting Plaintiffs' Third Motion in Limine Regarding Order of Proof**

Plaintiffs have moved this Court for an order granting their Third Motion in Limine Regarding Order of Proof, seeking to include testimony of their expert witness, David Allen, in their case-in-chief. At the time of disclosures some seven months ago, Plaintiffs had designated Mr. Allen as a rebuttal expert witness in response to Defendants' designation of Defendant Pamela Sellner as an expert witness. Defendants did not take any discovery of Mr. Allen. Under FRE 611 and the interest of judicial economy, the Court finds Mr. Allen should appear in Plaintiffs' case-in-chief.

THEREFORE it is ordered this ___ day _____ 2015, that Plaintiffs' Motion is ALLOWED.

_____
Jon S. Scoles
United States District Judge

1
Case 6:14-cv-02034-JSS   Document 46-3   Filed 09/04/15   Page 1 of 1