# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al., | Case No. C14-02034-JSS |
| Plaintiffs, | **DECLARATION OF JESSICA BLOME IN SUPPORT OF PLAINTIFFS' THIRD MOTION IN LIMINE REGARDING ORDER OF PROOF** |
| v. | |
| PAMELA SELLNER, et al., | |
| Defendants. | |
| | **Judge: Hon. Jon Stuart Scoles** |
| | **Trial Date: October 5-8, 2015** |

## DECLARATION OF JESSICA BLOME

1. I am one of Plaintiffs' attorneys in this matter. I have personal knowledge of the facts set forth herein.

2. Attached hereto as <u>Exhibit 1</u> is a true and correct copy of Plaintiffs' Designation of Expert Witnesses.

3. Attached hereto as <u>Exhibit 2</u> is a true and correct copy of Defendants' Designation of Expert Witnesses.

4. Attached hereto as <u>Exhibit 3</u> is a true and correct copy of Plaintiffs Designation of David Allen as a Rebuttal Witness.

5. Defendants did not notice Plaintiffs' experts' depositions, nor did Defendants serve expert discovery on Plaintiffs' experts.

6. As counsel for Plaintiffs, I caused to be filed expert declarations from Plaintiffs' experts in conjunction with the Plaintiffs' motion for summary judgment (ECF Nos. 21-30 through 21-32). Mr. Allen's Affidavit was ECF No. 21-30.

7. Defendants did not, in their resistance or at any time since then, seek to counter Plaintiffs' experts' declarations with Defendants' experts' opinions.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED in Cotati, California, this 4th day of September, 2015.

>*/s Jessica Blome*
>Jessica L. Blome (*pro hac vice*)
>Missouri Bar No. 59710
>jblome@aldf.org