UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| TRACEY K. KUEHL, et al, | ) | |
| | ) | Case No. C14-2034-LRR |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PAMELA SELLNER, et al, | ) | **AFFIDAVIT OF JESSICA BLOME** |
| | ) | **IN SUPPORT OF** |
| Defendants. | ) | **PLAINTIFFS' TRIAL BRIEF** |
| | ) | |

## AFFIDAVIT OF JESSICA BLOME IN SUPPORT OF PLAINTIFFS' TRIAL BRIEF

I, Jessica Blome, hereby declare as follows:

1. I am one of the primary attorneys representing Plaintiffs in this action. I am employed as a Staff Attorney at the Animal Legal Defense Fund (ALDF), located at 170 East Cotati Avenue, Cotati, CA 94931.

2. I have been a member in good standing of the Missouri State Bar since 2007 and I have never been subjected to any disciplinary proceedings in any jurisdiction in the United States or abroad. I have been admitted *pro hac vice* before this Court. *See* ECF No. 9 Order For Admission *Pro Hac Vice*, 6:14-cv-02034-LRR (July 24, 2014).

3. Pursuant to the Court's Order Scheduling Trial and Final Pretrial Conference (ECF No. 13), I file this Affidavit in support of Plaintiffs' Trial Brief.

4. Attached hereto is Attachment 1. Attachment 1 is a true and accurate copy of a summary of federal caselaw on the issue of Endangered Species Act "takings," identifying district court and appeals court cases by citation that have found "harm" or "harass" to endangered species based on certain activities. I prepared Attachment 1 along with the assistance of ALDF legal staff operating under my direction and supervision, based on facts culled from cases cited in Attachment 1.

These cases are public records and have been equally available to the Defendants throughout the course of this matter. Many of these cases have been previously cited by the Plaintiffs during briefing in this matter.

5. Attached hereto is Attachment 2. Attachment 2 is a true and correct copy of a summary of records produced by the Defendants during discovery. I prepared Attachment 2 along with the assistance of ALDF legal staff operating under my direction and supervision, based on facts culled from documents listed on Plaintiffs' Trial Exhibit List (Ex. 38-41, 47 and 48). These records include Defendants' animal record acquisition records, lemur records, tiger records, lion records, veterinary records, and the Defendants' Response to Interrogatories.

6. Attached hereto is Attachment 3. Attachment 3 is a true and correct copy of a summary of information contained in records obtained by the Plaintiffs pursuant to Freedom of Information Act requests to the U.S. Department of Agriculture, Animal and Plant Health Inspection Service, relating to inspections the agency conducted of the Defendants' facility between July 2010 and June 2015. Plaintiffs produced these public records, as they came available to the Plaintiffs, to the Defendants throughout the course of this matter. Namely, I caused Plaintiffs to produce these records to Defendants on March 4, 2014 (attached to Plaintiffs' Notice of Intent to Sue), August 18, 2014 (through Plaintiffs' Rule 26(a) initial disclosures), December 8, 2014 (through Plaintiffs' Responses to Defendants' First Request for Production of Documents), on June 2, 2015 (as exhibits to Plaintiffs' Motion for Summary Judgment ECF Nos. 21-6 through 21-8) and on August 20, 2015 (through supplemental responses to Plaintiffs' discovery production). I prepared Attachment 3, along with the assistance of ALDF legal staff operating under my direction and supervision, based on facts culled from documents listed on Plaintiffs' Trial Exhibit List (Ex. 4-8, 10-14, 16, 17, 19, 20, 22, 23, 25-33, 35, 36).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 4th day of September, 2015

/s/ Jessica Blome
Jessica Blome

Jessica L. Blome (*pro hac vice*)
Missouri Bar No. 59710
jblome@aldf.org

ANIMAL LEGAL DEFENSE FUND
170 E. Cotati Avenue
Cotati, CA 94931
707.795.2533

ATTORNEYS FOR PLAINTIFFS