| Case | Animal | Activity | Harm | Harass |
|---|---|---|---|---|
| *Am. Soc. for Prevention of Cruelty to Animals v. Ringling Bros. & Barnum & Bailey Circus*, 502 F. Supp. 2d 103 (D.D.C. 2007) | Asian elephants (Captive) | Training methods | "Take" prohibition applies to captive animals | |
| *Am. Soc. for Prevention of Cruelty to Animals v. Feld Entm't, Inc.*, 677 F. Supp.2d 55 (D.D.C. 2009) | Asian elephants (Captive) | Training and handling methods | Unintentional, indirect harm can constitute "take" | |
| *Am. Soc. for Prevention of Cruelty to Animals v. Feld Entm't, Inc.*, 659 F.3d 13 (D.C. Cir. 2011) | Asian elephants (Captive) | Training and handling methods | Harm prohibition applies to captive animals | Harass prohibition applies to captive animals |
| *Hill v. Coggins*, 2014 U.S. Dist. LEXIS 82257 (W.D.N.C., May 27, 2014) (trial scheduled for week of Sept. 14, 2015) | Grizzly bears (Captive) | Concrete pits that lacked enrichment, shelter from the elements, adequate vet care, and adequate diet, with exhibition of psychological distress | (√) | (√) |
| *Animal Welfare Inst. v. Beech Ridge Energy LLC*, 675 F. Supp. 2d 540 (D. Md. 2009) | Indiana bats | Wind turbines | √ | |
| *Animal Welfare Inst. v. Martin*, 588 F. Supp. 2d 70 (D. Me. 2008) | Canada lynx | Trapping | √ | |

| Case | Animal | Activity | Harm | Harass |
|---|---|---|---|---|
| *Babbitt v. Sweet Home Chapter of Communities for a Great Oregon*, 515 U.S. 687 (1995) | Red-cockaded woodpeckers and northern spotted owls | Logging | "Harm" includes indirect injuries | |
| *Bensman v. U.S. Forest Serv.*, 984 F. Supp. 1242 (W.D. Mo. 1997) | Indiana bats | Logging | √ | √ |
| *Defenders of Wildlife v. Martin*, 454 F. Supp. 2d 1085 (E.D. Wash. 2006) | Woodland caribou | Snowmobiling | √ | √ |
| *Forest Conservation Council v. Rosboro Lumber Co.*, 50 F.3d 781 (9th Cir. 1995) | Northern spotted owls | Logging | √ | |
| *Greenpeace v. Nat'l Marine Fisheries Serv.*, 106 F. Supp. 2d 1066 (W.D. Wash. 2000) | Western Steller sea lions | Trawl fishing | √ | |
| *Loggerhead Turtle v. Cnty. Council of Volusia Cnty.*, Florida, 92 F. Supp. 2d 1296 (M.D. Fla. 2000) | Loggerhead turtles, Green turtles, Leatherback turtles | Artificial beachfront lighting and vehicular access | | √ |
| *Marbled Murrelet v. Babbitt*, 83 F.3d 1060 (9th Cir. 1996) | Marbled murrelets | Logging | √ | |

| Case | Animal | Activity | Harm | Harass |
|------|--------|----------|------|--------|
| *Nat'l Wildlife Fed'n v. Burlington N. R.R.*, 23 F.3d 1508 (9th Cir. 1994) | Grizzly bears | Bears killed by trains while eating corn from accidental spill | √ | |
| *Palila v. Hawaii Dep't of Land & Natural Res.*, 852 F.2d 1106 (9th Cir. 1988) | Palila Finches | Keeping of goats and sheep | √ | |
| *Sierra Club v. Yeutter*, 926 F.2d 429 (5th Cir. 1991) | Red-cockaded woodpeckers | Logging | √ | |
| *Strahan v. Coxe*, 127 F.3d 155 (1st Cir. 1997) | Northern Right whales | Gillnet and lobster pot fishing | √ | |
| *Strahan v. Linnon*, 187 F.3d 623 (1st Cir. 1998) | Northern Right whales | Boating | √ | |
| *United States v. Town of Plymouth, Mass.*, 6 F. Supp. 2d 81 (D. Mass. 1998) | Piping plovers | Off-roading | √ | . |

√ signifies that the court found harm and/or harassment

(√) signifies that the court found that the allegations, if proven, could constitute harm and/or harassment

## Finding No ESA Take

| Case | Animal | Activity |
| --- | --- | --- |
| *Alliance for the Wild Rockies v. U.S. Dep't of Agric.*, 772 F.3d 592 (9th Cir. 2014) | Grizzly bears | Low-altitude helicopters, where plaintiffs could not prove that helicopters operated close to grizzly bears |
| *Am. Bald Eagle v. Bhatti*, 9 F.3d 163 (1st Cir. 1993) | Bald eagles | Lead ammunition, where risk of ingestion was one in one million |
| *Cold Mountain v. Garber*, 375 F.3d 884 (9th Cir. 2004), as amended (Aug. 9, 2004) | Bald eagles | Helicopter noise where plaintiffs failed to prove causal link between noise and nesting failure |
| *Fund for Animals, Inc. v. Florida Game & Fresh Water Fish Comm'n*, 550 F. Supp. 1206 (S.D. Fla. 1982) | Florida panthers and Everglades kites | Airboats and motorized vehicles were temporary, and animals could easily escape |
| *Strahan v. Holmes*, 595 F. Supp. 2d 161 (D. Mass. 2009) | Humpback whales | Being caught in lobster fish net not permanent enough |