**Plaintiffs' Trial Brief Attachment 2 – Animal Deaths Reported by Defendants' Disclosures (2005-8/31/2015)**

| Individual | Species | Purported Cause of Death | Necropsy | Euthanized | Date of Death | Age at Death | Time B/T Acquisition & Death |
|---|---|---|---|---|---|---|---|
| Rajah | Tiger | "Old age" | No | No | 2005 | No data provided | No data provided |
| Maddy | Lemur | "Encephalitis" (no necropsy) | No | No | Oct. 2006 | 7-months-old | 7 months after birth at Zoo |
| Gaz | Lemur | "Encephalitis" (necropsy at Ames, IA) | Yes | No | Oct. 2006 | 7-months-old | 7 months after birth at Zoo |
| Tootsie | Lemur | "Old age" | No | No | Nov. 2009 | No data provided | No data provided |
| Cheech | Lemur | "Old age" | No | No | 2010 | No data provided | No data provided |
| Wakanda | Wolf ("hybrid") | "Overheating after playing" | No | No | June 25, 2010 | No data provided (listed as "pup") | ~ 3 months after acquisition |
| Kondo | Lemur | Unknown | No | No | July 2011 | ~ 10-years-old | < 1 year after acquisition |
| Sheba | Tiger | "Old age" | No | No | 2012 | No data provided | No data provided |
| "Old female" | Wolf ("hybrid") | "Old age" | No | No | Feb. 28, 2013 | 14-years-old | No data provided |
| Raoul | Tiger | "Quick pneumonia" | No | No | June 1, 2013 | Less than one-year-old | < 10 months after birth at Zoo |
| Sherkhan | Tiger | "Old age" | No | No | Feb. 28, 2014 | ~ 20-years-old | ~ 10 years after acquisition |
| Casper | Tiger | "Pneumonia" | No | No | Nov. 2014 | ~ 10-years-old | ~ 4 months after acquisition |
| Kamarah | Lion | "Pancreatitis" | No | No | Nov. 2014 | ~ 12-years-old | ~ 4 years after acquisition |
| Luna | Tiger | "E. coli" | No | No | ~Nov. 2014 | ~ 11-years-old | ~ 4 months after acquisition |
| Miraj | Tiger | "Quick breathing, partial paralysis, lesion on left rear foot" | No | Yes | July 1, 2015 | ~ 10-years-old | ~ 10 years after birth at Zoo |

| *Key* | *Tiger* | *Lemur* | *Wolf ("hybrid")* | *Lion* |
|---|---|---|---|---|