12 August, 2013

Dear Sirs and Madams of the United States Department of Agriculture - APHIS and the Iowa Department of Agriculture and Land Stewardship:

Please accept this document as my formal complaint against the following USDA licensee and State of Iowa permit holder:

**Cricket Hollow Zoo**  Owners Pamela and Tom Sellner
USDA Certificate Number 42-C-0084 / Customer ID: 5143
1512 210th Street
Manchester, Iowa 50257

On Thursday, July 13th, 2013, I paid a personal followup visit to the Cricket Hollow Zoo. The time of my visit spanned the hours of 2:15 pm until 4:00 pm CDT. The weather that day was fair, with partly sunny skies and air temperatures near 80 degrees Fahrenheit.

Having already visited the zoo last season, I was hoping to see some improvements. I did observe a number of concerns that I noted from last summer that appear to remain unresolved a year or more later. USDA inspection reports indicate that most of these concerns were also previously documented, often many times. Among them:

The Cricket Hollow Zoo has been documented by USDA inspectors twice for failing to have enough employees or volunteers to meet husbandry demands. It should also be noted that the Sellners continue to operate a commercial dairy operation on premises, in addition to managing the zoo. **On August 17, 2011,** inspectors noted, under AWA Section 3.132 - Employees:

*"The prior three inspection reports have documented a significant number of non-compliant items. The facility owners have other jobs and are the only ones doing work at the regulated facility. Giving consideration to the demands of the facility owners, the number of animals, the species of animals and inspection history, it is apparent that there is not a sufficient number of employees at this facility. The staffing level must be increased to include additional adequately trained employees or the facility shall decrease the number of animals until such a point that present staff can accommodate the needs of the animals. To be corrected by October 13, 2011."*

This same notation was made again on **December 8, 2011**, as a Repeat Non-Compliance Item (NCI) under Section 3.132 - Employees:

*"The facility owners continue to have the same outside work obligations and have no additional employees. The current inspection report demonstrates that the work load continues to exceed staffing levels. This does not provide for the health and well-being of the animals. The staffing level must be increased to include additional adequately trained staff that can accommodate the needs of the animals."* (no date for compliance given.)

**The most current available USDA inspection report dated February 13, 2013 documents 187 regulated animals at the Cricket Hollow Zoo, not including the many birds, reptiles and amphibians residing there.**

It is apparent that, based on the long history of numerous non-compliances with the federal Animal Welfare Act (AWA) dating back to at least June 19, 2007, and the current housekeeping, sanitation and animal welfare issues still present, that this licensee is not capable of properly managing the Cricket Hollow Zoo. The public health and safety standards at the zoo are also questionable and need to be evaluated. Therefore I respectfully request a follow-up inspection by both the USDA-APHIS as well as the Iowa Department of Agriculture to assure AWA compliance and State of Iowa animal welfare code compliance. I also request that both agencies reconsider the re-issuance of the license and operating permit for the Cricket Hollow Zoo.

Thank you.

Lisa K. Kuehl
1428 270th Street
Madrid, IA 50156-7521
(515) 451-1039
lkkuehl@gmail.com