POST IN CONSPICUOUS PLACE                                                    NONTRANSFERABLE

# STATE OF IOWA
# DEPARTMENT OF AGRICULTURE & LAND STEWARDSHIP

DES MOINES

**NO: 10234**  ☐

**PAMELA    SELLNER**
CRICKET HOLLOW ZOO INC
1512 210TH ST
MANCHESTER    IA    52057

$175.00

THE AFORESAID, HAVING DEPOSITED THE REQUIRED FEE, IS HEREBY GRANTED THE ABOVE LICENSE PURSUANT TO CHAPTER 162, CODE OF IOWA. THIS LICENSE SHALL REMAIN IN FULL FORCE FROM THE DATE OF ISSUE UNTIL ITS EXPIRATION DATE, UNLESS REVOKED OR SUSPENDED FOR CAUSE BY THE SECRETARY OF AGRICULTURE FOR NONCOMPLIANCE WITH CHAPTER 162, CODE OF IOWA OR RULES PROMULGATED PURSUANT THERETO.

**Expiration Date**
**10/19/2015**

**ANIMAL WELFARE LICENSE(S)**
RD

*Bill Northey*
SECRETARY OF AGRICULTURE