**INTERROGATORY NO. 9**: List the dates and all communications you had with any law enforcement or regulatory agencies with regard to Cricket Hollow Zoo. Include the name of the agency, the person who was contacted, if known, and the substance of any conversation or communication.

**ANSWER**:

**2012**

- June 25    Filed concern with Iowa Department of Agriculture and Land Stewardship ("IDALS") and with the United States Department of Agriculture ("USDA") re: June 24 visit and concerns

- June 28    Held phone conversation with Delaware County Sheriff Department; requested that Sheriff check welfare of animals based on June 24 visit

- July 5    Received letter from USDA confirming receipt of filed concern

- July 6    Called Delaware County Sheriff; requested that Sheriff check on animals based on July 6 visit.

- July 7    Filed concern with IDALS/USDA re: July 6 visit and concern

- July 23    Meeting with Dr. Randy Wheeler, IDALS, re: conditions at the zoo and inspection

- Sep. 5    Met with Secretary Bill Northey and Stephen Moline of IDALS re: concerns for conditions at the facility, welfare of the animals and risks to public health and safety

- Nov. 27    Placed phone call to Iowa Department of Natural Resources ("DNR") re: inspections of facility; referred to Delaware County DNR

- Nov. 27   Placed phone call to Delaware County Department of Public Health re: conditions at facility and risks to public health and safety; was referred to Black Hawk County Health Department.

- Nov. 28   Held phone conversation with John MacNamee, Black Hawk County Health Department

- Nov. 28   Contacted IDALS and shared information on joint inspections with USDA at facility.

- Nov. 28   Held phone conversation with Delaware County DNR officer re: inspections at facility

- Nov. 29   Placed phone call with Delaware County Department of Public Health re: follow up to Nov. 27 call

- Dec. 22   Held phone conversation with Delaware County Sheriff Department; requested that sheriff check welfare of animals based on recent blizzard; confirmed request with follow-up letter.

- Dec. 22   Filed concern with IDALS/USDA re: inadequate shelter for African lions during blizzard conditions

- Dec. 22   Sent letter to Dr. Robert Gibbens, USDA Animal and Plant Health Inspection Service ("APHIS") re: ongoing inspection concerns

## 2013

- Jan. 2   Held phone conversation with Stephen Moline, IDALS - regarding Iowa Code Chapter 162.10A

- Jan. 2   Held phone conversation with Mayor Milt Kramer, Manchester regarding conditions at facility and impact on public health and safety.

- Jan. 3   Held phone conversation with Delaware County Supervisor Jeff Madlom re: conditions at the facility; was referred to DNR office in Manchester

- Jan. 3   Held phone conversation with Delaware County Conservation Office secretary re: inspections at the facility; was referred to USDA-APHIS along with phone number for USDA inspector.

- Jan. 3    Held phone conversation with DNR office in Manchester re: inspections at the facility; was referred to IDALS.

- Jan. 4    Held phone conversation with Dr. Dave Schmitt, Iowa State Veterinarian regarding Iowa Code Chapter 162.10A and its relationship to the facility.

- Jan. 4    Held phone conversation with Dr. Randy Ridenour, USDA inspector supervisor regarding inspection process, regulation of livestock within a zoo setting, public contact with juvenile big cats.

- Apr. 24   Held phone conversation with Dr. Kate Ziegerer, USDA-APHIS Animal Care; discussed inspection process and protocol and submission of concerns from the public.

- Apr. 28   Received letter from Dr. Dave Schmitt, Iowa State Veterinarian regarding animal care per Iowa Code.

- May 19    Sent letter to USDA-APHIS regarding Feb. 13, 2013 inspection findings

- May 21    Received letter from Dr.Robert Gibbens, USDA-APHIS, in which Gibbens replied to my concerns expressed in May 19 letter.

- June 21   Submitted Freedom of Information Act ("FOIA") request (APHIS-04050-F) to USDA-APHIS re: follow up to my visits on July 6, 2012 and Feb. 13, 2013 inspection report.

- June 27   Filed concern with IDALS/USDA re: June 23 visit and concerns.

- July 12   Received letter from USDA confirming receipt of filed concern.

- Aug. 1    Placed phone call to USDA-APHIS regarding follow up to FOIA APHIS-04050-F

- Aug. 16   Filed FOIA request (APHIS-04916-F) with USDA-APHIS for concerns filed after June 23 visit

- Aug. 19   Received letter from USDA-APHIS confirming receipt of FOIA request 04916-F.

- Sep. 6    Sent letter to Dr. Robert Gibbens, USDA-APHIS AC-West regarding concerns based on July 21, 2013 USDA inspection report.

- Sep. 6    Sent letter jointly to Bill Northey and Stephen Moline at IDALS; regarding USDA inspection findings of July 31, 2013.

- Sep. 10   Held phone conversation with Delaware County Sheriff's Department requesting that Sheriff check welfare of animals.

- Sep. 10   Placed phone call to USDA-APHIS on FOIA request 04050-F.

- Sep. 22   Sent letter of concern to Delaware County Board of Supervisors, Maor Milt Kramer of Manchester, Delaware County Sheriff John LeCler regarding continued concerns for public health and safety based on USDA inspection findings.

- Sep. 24   Received response to FOIA 04050-F.

- Oct. 1    Held phone conversation with Delaware County Supervisor Jerry Reis re: letter of Sep. 22.

- Oct. 5    Received letter from Jerry Reis regarding op-ed in Dubuque Telegraph Herald.

- Nov. 16   Letter to Dr. Dave Schmitt, Iowa State Veterinarian requesting clarification on interplay between Iowa Code Chapter 162, Federal AWA, standards of care for licensees.

- Nov. 17   Sent letter to Jerry Reis, Delaware County Supervisor regarding finding from the Sep. 25, 2013 USDA inspection.

- Nov. 22   Sent letter to Kevin Shea, administrator USDA-APHIS regarding concerns for public health and safety, related noncompliance issues related to containment of big cats.

- Nov. 25   Held phone conversation with Delaware County Supervisor Jerry Reis- regarding letter of Nov. 17.

- Nov. 26   Checked electronically FOIA 04916-F

- Dec. 16   Received letter from Kevin Shea, Administrator USDA-APHIS regarding letter of Nov. 22

**2014**

- Jan. 9    Letter from USDA-APHIS regarding FOIA 04916-F

- Jan. 27   Filed concern with IDALS/USDA relating to winter conditions, previous inspection findings and personal observations

- Feb. 7    Sent letter to Dr. Robert Gibbens, USDA-APHIS AC-West and concern filed with IDALS/USDA regarding unsuccessful attempts to perform USDA inspections at facility

- Apr. 30   Filed concern with IDALS/USDA regarding recent USDA inspection findings

- May 2     Received confirmation from USDA-APHIS regarding concerns filed Apr. 30

- Sep. 5    Met with Stephen Moline, IDALS regarding continued concerns for public health and safety based on continued USDA inspection findings and noncompliance

- Sep. 16   Filed FIOA regarding photos taken during May 21, 2014 and Aug. 5, 2014 USDA inspections.

- Oct. 1    Filed concern filed with IDALS/USDA regarding findings of May 21, 2014 and Aug. 5, 2014 USDA inspections.

- Oct. 1    Sent letter to Kevin Shea, administrator USDA-APHHIS regarding ongoing noncompliance and inspection findings at facility.

- Oct. 21   Received email reply from Dr. Robert Gibbens responding to Oct. 1 concern.