

United States Department of Agriculture
Animal and Plant Health Inspection Service

310141736150646  insp_id

# Inspection Report

Tom J. Sellner
Pamela J. Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**
Certificate: **42-C-0084**
Site: **001**
TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION
Date: Nov-06-2014

This is a focused inspection to address the Direct Veterinary Care Non-compliant item 2.40 (b)(2) listed on the October 7, 2014 inspection report. This non-compliant item has been corrected.

No non-compliant items identified during this inspection.

Inspection and exit interview conducted with the owner.

| | | | |
|---|---|---|---|
| Prepared By: | HEATHER COLE, V M O | | |
| Title: | HEATHER COLE, VMO  USDA, APHIS, Animal Care  VETERINARY MEDICAL OFFICER Inspector 6026 | Date: | Nov-06-2014 |
| Received By: | (b)(6),(b)(7)(c) | Date: | Nov-06-2014 |
| Title: | | | |

Case 6:14-cv-02034-JSS   Document 57-5   Filed 09/21/15   Page 1 of 1
EXHIBIT 30 PAGE 0001