UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; <br> LISA K. KUEHL, an individual; <br> KRISS A. BELL, an individual; <br> NANCY A. HARVEY, an individual; <br> JOHN T. BRAUMANN, an individual, <br> and; ANIMAL LEGAL DEFENSE <br> FUND, a non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PAMELA SELLNER, an individual; <br> TOM SELLNER, an individual; and <br> CRICKET HOLLOW ZOO, a <br> non-profit corporation, <br><br> Defendants. | Case No. C14-2034-LRR <br><br><br><br><br><br><br><br> AFFIDAVIT OF PAMELA SELLNER |

STATE OF IOWA )
                ) ss:
COUNTY OF LINN )

     I, Pamela Sellner, upon oath duly sworn do state of my own personal knowledge as follows: I am one of the Defendants in the above entitled action, and I, Pamela Sellner, declare that if I am called as a witness in this action, I would testify from my own personal knowledge and competently and freely that:

     1.    I am over 18 years of age.

2. The allegations contained in my inspection reports are highly subjective and dependent upon which APHIS inspector visits the Cricket Hollow Zoo.

3. Most of the allegations contained in the adversary proceedings with the United States Department of Agriculture case of *In Re Cricket Hollow Zoo, Inc., et al., Respondents, United States Department of Agriculture*, AWA Docket Nos. 15-0152, 15-0153, 15-0154, and 15-0155 are denied by the Respondents which consist of myself and my husband, Tom Sellner, and the Cricket Hollow Zoo, Inc.

Pursuant to 28 U.S.C. Section 1746, I declare under penalty of perjury that the preceding is true and correct. I authorize electronic signature of this declaration and provide Defendants' counsel with my original signature page.

Signed this 18th day of September, 2015.

_____
PAMELA SELLNER

Subscribed and sworn to before me this 18th day of September, 2015 by Pamela Sellner.

_____
Notary Public in and for the State of Iowa

LARRY J THORSON
Commission Number 108230
My Commission Expires
[illegible date]