UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; <br> LISA K. KUEHL, an individual; <br> KRISS A. BELL, an individual; <br> NANCY A. HARVEY, an individual; <br> JOHN T. BRAUMANN, an individual, <br> and; ANIMAL LEGAL DEFENSE <br> FUND, a non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PAMELA SELLNER, an individual; <br> TOM SELLNER, an individual; and <br> CRICKET HOLLOW ZOO, a <br> non-profit corporation, <br><br> Defendants. | Case No. C14-2034-LRR <br><br><br><br><br><br> RESISTANCE TO PLAINTIFFS' THIRD <br> MOTION IN LIMINE |

The Defendants' resist the Plaintiffs' Third Motion in Limine (Doc. 47) and state as follows in resistance thereto:

1. It is not clear at this point in time the exact parameters of and the nature of Plaintiffs' case-in-chief. Their rebuttal expert, David Allen, was named in a letter dated February 26, 2015, two days before the deadline set forth in the Scheduling Order and Discovery Plan (Doc. 10). See attached letter communication dated February 26, 2015 (Attachment A).

2. The Plaintiffs went on to state "Mr. Allen does not have an expert witness report to disclose at this time." See Attachment A. Mr. Allen, who is not a veterinarian, did develop an affidavit which he supplied to the Plaintiffs apparently the day before they attempted to first file their Motion for Summary Judgment (his affidavit is dated May 31, 2015 and is Doc. 20-30). His testimony in the designation as a rebuttal expert appeared to be purely responsive to whatever Dr. Pusillo, Dr. Pries and Pamela Sellner might say about the condition of the animals and the Zoo. Instead, it now appears that the Plaintiffs now want to utilize this expert to attempt to establish an "industry" standard against which they are going to try to measure the Cricket Hollow Zoo. The issues in this case have never revolved around whether Cricket Hollow Zoo is one of the best zoos in the Nation or even the best zoo in Iowa. The Plaintiffs are trying to backdoor his testimony to try to impose an amorphous and changing standard of care on the Defendants.

3. The Court does have discretion as to the order of proof. The Plaintiffs are misreading the cases they cite and inferring the proposition from those cases that the "Eighth Circuit's preference (is) for presenting all evidence in (plaintiffs) case-in-chief." What the Court was actually saying in the case of *Smith v. Conley*, 584 N.W.2d 844, 845-46 (8th Cir. 1978) was that in that case a rebuttal witness should really have been disclosed as a witness in the Plaintiffs' case-in-chief. P. 846 (the same principal should apply in this case). The Court said that the attempt to call this rebuttal witness was an

2

attempt to avoid the consequences of failing to disclose the identity of this witness as an expert witness and thus a backdoor attempt to bring this witness in to support Plaintiffs' case-in-chief. P. 846. The Eighth Circuit, in the case of *Gossett v. Weyerhauser Co.*, 856 F.2d 1155, 1156 (8th Cir. 1988) stated that it was in the discretion of the trial court to allow additional evidence on rebuttal – not that rebuttal evidence should come in as part of the case-in-chief. P. 1156.

## CONCLUSION

The Defendants' pray that the Plaintiffs' Third Motion in Limine should be denied as an attempt to broaden and support their case-in-chief by unduly expanding the role of Mr. David Allen to that of expert witness in the case-in-chief and not in the role of rebuttal expert which he was designated as (with two days left in the designation period).

Respectfully submitted,

Larry J. Thorson                           #AT0007976
ACKLEY KOPECKY & KINGERY, L.L.P.
4056 Glass Road, NE
Cedar Rapids, IA 52402
Ph: (319) 393-9090   Fax: (319) 393-9012
Email: lthorson@akklaw.com

Attorneys for Defendants

Copies to:

Daniel J. Anderson
Wertz & Dake
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
danderson@wertzlaw.com

Jessica Blome
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jblome@aldf.org

Jeff Pierce (pro hac vice)
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jpierce@aldf.org

Elisabeth Holmes
Blue River Law
POB 293
Eugene, OR 97440
eli.blueriverlaw@gmail.com

### Certificate of Service

The undersigned hereby certifies that I filed this document on the 21st day of September, 2015 with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Theresa Trenary

4