IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al., <br><br>　　　　　Plaintiffs, <br>　　v. <br><br>PAMELA SELLNER, et al., <br><br>　　　　　Defendants. | Case No. C14-02034-JSS <br><br>**Plaintiffs' Motion for Reconsideration of Plaintiffs' Third Motion in Limine on Order of Proof** <br><br>**Judge: Hon. Jon Stuart Scoles** <br>**Trial Date: October 5-9, 2015** |

## PLAINTIFFS' MOTION FOR RECONSIDERATION

Pursuant to Federal Rule of Civil Procedure 60 and Local Rule 72.1, Plaintiffs Tracey K. Kuehl, Lisa K. Kuehl, Kristine A. Bell, Nancy A. Harvey, John T. Braumann, and the Animal Legal Defense Fund, by and through their attorneys, hereby move for reconsideration of the Order denying Plaintiffs' Third Motion in Limine on Order of Proof (Doc. 62), issued by the Honorable Jon Stuart Scoles, on Thursday, October 1, 2015.

This motion is based on the pleadings and other papers filed in this case; the attached memorandum, exhibits, and declarations filed with this motion; and such other matters as may be presented to the Court.

Dated: October 1, 2015　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　*/s Daniel J. Anderson*
　　　　　　　　　　　　　　　　　　　　　　　　Daniel J. Anderson (IA Bar No. 20215)
　　　　　　　　　　　　　　　　　　　　　　　　danderson@wertzlaw.com
　　　　　　　　　　　　　　　　　　　　　　　　WERTZ & DAKE
　　　　　　　　　　　　　　　　　　　　　　　　1500 Center St. NE #101
　　　　　　　　　　　　　　　　　　　　　　　　Cedar Rapids, IA 52402-5500
　　　　　　　　　　　　　　　　　　　　　　　　319.861.3001

1


*/s Jessica L. Blome*
Jessica L. Blome (*pro hac vice*)
Missouri Bar No. 59710
jblome@aldf.org

Jeffrey D. Pierce (*pro hac vice*)
California Bar No. 293085
jpierce@aldf.org

ANIMAL LEGAL DEFENSE FUND
170 E. Cotati Ave.
Cotati, CA 94931
707.795.2533