# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al., | ) Case No. C14-02034-JSS |
| Plaintiffs, | ) **DECLARATION OF JESSICA** |
| v. | ) **BLOME IN SUPPORT OF** |
| | ) **PLAINTIFFS' MOTION FOR** |
| PAMELA SELLNER, et al., | ) **RECONSIDERATION** |
| Defendants. | ) **Judge: Hon. Jon Stuart Scoles** |
| | ) **Trial Date: October 5-8, 2015** |

## DECLARATION OF JESSICA BLOME

1.    I am one of Plaintiffs' attorneys in this matter.  I have personal knowledge of the facts set forth herein.

2.    Attached hereto as <u>Exhibit 1</u> is a true and correct copy of a letter I received from Larry Thorson on September 1, 2015.

3.    This letter is the first communication from counsel for Defendants' to counsel for Plaintiffs regarding any issue counsel for Defendants had with Plaintiffs' intention to call expert witness David Allen during their case in chief.

4.    I disclosed to Defendants that Plaintiffs planned to call Mr. Allen as a witness during their case in chief via letter on February 26, 2015. That letter is attached as Exhibit 4 to Plaintiffs Third Motion in Limine (Doc. 47-4).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

EXECUTED in Cotati, California, this 2nd day of October, 2015.

*/s Jessica Blome*

1

Jessica L. Blome (*pro hac vice*)
Missouri Bar No. 59710
jblome@aldf.org