# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; <br> LISA K. KUEHL, an individual; <br> KRISS A. BELL, an individual; <br> NANCY A. HARVEY, an individual; <br> JOHN T. BRAUMANN, an individual, <br> and; ANIMAL LEGAL DEFENSE <br> FUND, a non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PAMELA SELLNER, an individual; <br> TOM SELLNER, an individual; and <br> CRICKET HOLLOW ZOO, a <br> non-profit corporation, <br><br> Defendants. | Case No. C14-2034-LRR <br><br><br><br><br><br> DEFENDANTS' RESISTANCE TO <br> PLAINTIFFS' MOTION FOR <br> RECONSIDERATION |

The Defendants resist the Plaintiffs' Motion for Reconsideration (Doc. 63) of the status of David Allen as a witness in their case in chief versus his actual designation as a rebuttal witness for the following reasons:

1. Defendants incorporate their earlier resistance to the Plaintiffs' Third Motion in Limine in their current resistance.

2. The Plaintiffs' attempt to state they made it clear in their letter of February 26, 2015, that Mr. Allen was going to be basically another expert witness rather than a rebuttal witness even though that letter refers to him in the caption as "Rebuttal Expert"

and in the body of the letter as "Plaintiffs' rebuttal expert witness" and that he will be used "in order to rebut testimony that will be provided by Defendant Pam Sellner, Dr. Pries, and Dr. Pusillo." (Doc. 58-1).

3. Unlike the other two expert witnesses designated by the Plaintiffs, David Allen did not "have an expert witness report to disclose at this time." (Doc. 58-1).

4. Discovery was to end on May 1, 2015, according to the Scheduling Order and Discovery Plan. (Doc. 10). This was not early in the discovery process.

WHEREFORE, the Defendants pray that the Plaintiffs' Motion for Reconsideration be denied and for such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

Larry J. Thorson  #AT0007976
ACKLEY KOPECKY & KINGERY, L.L.P.
4056 Glass Road, NE
Cedar Rapids, IA 52402
Ph: (319) 393-9090  Fax: (319) 393-9012
Email: lthorson@akklaw.com

Attorneys for Defendants

Copies to:

Daniel J. Anderson
Wertz & Dake
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
danderson@wertzlaw.com

2

Jessica Blome
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jblome@aldf.org

Jeff Pierce (pro hac vice)
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jpierce@aldf.org

Elisabeth Holmes
Blue River Law
POB 293
Eugene, OR 97440
eli.blueriverlaw@gmail.com

## Certificate of Service

The undersigned hereby certifies that I filed this document on the 5th day of October, 2015 with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Theresa Trenary