IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

TRACEY K. KUEHL, an individual;
LISA K. KUEHL, an individual; KRIS
A. BELL, an individual; NANCY A.
HARVEY, an individual; JOHN T.
BRAUMANN, an individual, and;
ANIMAL LEGAL DEFENSE FUND, a
non-profit corporation,

Plaintiffs,

vs.

PAMELA SELLNER, an individual;
TOM SELLNER, an individual; and
CRICKET HOLLOW ZOO, a non-profit corporation,

Defendants.

No. C14-2034

ORDER DENYING MOTION FOR RECONSIDERATION

On the 5th day of October 2015, this matter came on for hearing on the Motion for Reconsideration (docket number 63) filed by the Plaintiffs on October 2, 2015. Plaintiffs ask the Court to reconsider its Order denying their third motion *in limine* on order of proof. The Court finds the motion should be denied.

### ORDER

IT IS THEREFORE ORDERED that the Motion for Reconsideration (docket number 63) filed by Plaintiffs is **DENIED**.

DATED this 5th day of October, 2015.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA