# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

**WATERLOO DIVISION**

| | |
|---|---|
| TRACEY K. KUEHL, LISA K. KUEHL, KRIS A. BELL, NANCY A. HARVEY, JOHN T. BRAUMANN, ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiff(s)<br><br>vs.<br><br>PAMELA SELLNER, TOM SELLNER, and CRICKET HOLLOW ZOO,<br><br>Defendant(s) | **HEARING MINUTES**  Sealed: No<br><br>Case No.: 6:14-cv-2034-JSS<br>Presiding Judge: JON S. SCOLES, Chief Magistrate Judge<br>Deputy Clerk: Paul Coberly<br><br>Court Reporter: Kay Carr  Contract? Yes<br>(If yes, send copy to financial)<br>Recording: Yes  Method: FTR Gold |

| Date: | 10/5/2015 | Start: | 1:46 PM | Adjourn: | 5:33 PM | Courtroom: | 3, 4th Floor |
|---|---|---|---|---|---|---|---|
| Recesses: | 3:00-3:20 PM; 4:25-5:07 PM | | | Time in Chambers: | -- | Telephonic? | No |
| Appearances: | Plaintiff(s): | Daniel J. Anderson, Elisabeth Holmes, Jeffrey Pierce, and Jessica Blome | | | | | |
| | Defendant(s): | Larry J. Thorson; Pamela and Tom Sellner appear personally | | | | | |
| | U.S. Probation: | -- | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: -- | Phone - |
| **TYPE OF PROCEEDING:** | IS THE HEARING | | Contested? | Yes | Continued from a previous date? | | No |
| **TRIAL:** | Jury: | | Non-jury: | X | Day: | 1 | |
| | Motion(s): | -- | | | Ruling: | -- | |
| | Time: | Event: | (Insert more rows as needed. Page numbering is automatic.) | | | | |
| | 1:46-1:53 PM | Introduction by the court. Court addresses plaintiffs' motion for reconsideration (doc. 63). Motion denied. | | | | | |
| | 1:53-1:55 PM | Court receives into evidence all Category A exhibits identified in the final pre-trial order. | | | | | |
| | 1:55-3:00 PM | Plaintiff calls Jennifer Conrad. Direct (1:56-3:00 PM). Recess. | | | | | |
| | 3:20-4:25 PM | Direct examination of Dr. Conrad resumes (3:20-4:24 PM). Recess. | | | | | |
| | 5:07-5:33 PM | Cross examination of Dr. Conrad (5:07-5:28 PM). Re-direct (5:28-5:32 PM). Re-cross (5:32-5:33 PM). No further direct. Dr. Conrad excused. | | | | | |
| | **Verdict:** | N/A | | | | | |
| | **Criminal defendant detained pending sentencing?** | | | N/A | | | |

Page 1 of 2

Case 6:14-cv-02034-JSS   Document 66   Filed 10/05/15   Page 1 of 2

| | | |
|---|---|---|
| | **Witness/Exhibit List is** | to be filed at the conclusion of trial. |
| | **Miscellaneous:** | Trial to continue on 10/6/2015 at 9:00 AM. |