# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WATERLOO DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, LISA K. KUEHL, KRIS A. BELL, NANCY A. HARVEY, JOHN T. BRAUMANN, ANIMAL LEGAL DEFENSE FUND, <br><br> Plaintiff(s) <br><br> vs. <br><br> PAMELA SELLNER, TOM SELLNER, and CRICKET HOLLOW ZOO, <br><br> Defendant(s) | **HEARING MINUTES**  Sealed: No <br><br> Case No.: 6:14-cv-2034-JSS <br><br> Presiding Judge: JON S. SCOLES, Chief Magistrate Judge <br><br> Deputy Clerk: Paul Coberly <br><br> Court Reporter: Kay Carr   Contract? Yes <br> (If yes, send copy to financial) <br><br> Recording: Yes   Method: FTR Gold |

| Date: | 10/6/2015 | Start: | 9:00 AM | Adjourn: | 4:26 PM | Courtroom: | 3, 4th Floor | | |
|---|---|---|---|---|---|---|---|---|---|
| Recesses: | 10:25-10:46; 11:55-1:14 PM; 2:51-3:08 PM | | | Time in Chambers: | | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | | Daniel J. Anderson, Elisabeth Holmes, Jeffrey Pierce, and Jessica Blome | | | | | | |
| | Defendant(s): | | Larry J. Thorson; Pamela and Tom Sellner appear personally | | | | | | |
| | U.S. Probation: | | -- | | | | | | |
| | Interpreter: | | -- | | Language: | -- | Certified: | -- | Phone |
| **TYPE OF PROCEEDING:** | IS THE HEARING | | | Contested? | Yes | Continued from a previous date? | | | Yes |
| **TRIAL:** | Jury: | | | Non-jury: | X | Day: | 2 | | |
| | Motion(s): | | -- | | | Ruling: | -- | | |
| | Time: | | Event: | (Insert more rows as needed. Page numbering is automatic.) | | | | | |
| | 9:00-10:25 AM | | Plaintiffs call Peter Klopfer. Direct (9:01-10:25 AM). Recess. | | | | | | |
| | 10:46-11:36 AM | | Direct examination of Dr. Klopfer resumes (10:46-11:04 AM). Cross (11:04-11:27 AM). Re-direct (11:27-11:34 AM). Re-cross (11:34-11:35 AM). Re-direct (11:35-11:36 AM). No further cross. Dr. Klopfer excused. | | | | | | |
| | 11:36-11:55 AM | | Plaintiffs call Tracey Kuehl. Direct (11:37-11:55 AM). Recess. | | | | | | |
| | 1:14-2:18 PM | | Direct examination of Ms. Kuehl resumes (1:14-2:07 PM). Cross (2:07-2:18 PM). No further direct. Ms. Kuehl excused. | | | | | | |
| | 2:18-2:51 PM | | Plaintiffs call Nancy Harvey. Direct (2:20-2:51 PM). Recess. | | | | | | |
| | 3:08-3:34 PM | | Direct examination of Ms. Harvey resumes (3:08-3:25 PM). Cross (3:25-3:34 PM). No further direct. Ms. Harvey excused. | | | | | | |

| | | |
|---|---|---|
| | 3:36-4:25 PM | Defendants call Pamela Sellner.  Direct (3:36-4:25 PM).  Testimony of Ms. Sellner suspended. |
| | **Verdict:** | N/A |
| | **Criminal defendant detained pending sentencing?** | N/A |
| | **Witness/Exhibit List is** | to be filed at the conclusion of trial. |
| | **Miscellaneous:** | Ms. Blome states that Plaintiffs' next witness had a last minute scheduling conflict, and their other witnesses could not fill the gap.  Court proposes that Defendants put on some of its evidence before Plaintiffs rest.  No objection from Plaintiffs.<br><br>Trial to resume tomorrow at 9 AM. |