IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WATERLOO DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, LISA K. KUEHL, KRIS A. BELL, NANCY A. HARVEY, JOHN T. BRAUMANN, and ANIMAL LEGAL DEFENSE FUND,<br><br>Plaintiff(s)<br><br>vs.<br><br>PAMELA SELLNER, TOM SELLNER, and CRICKET HOLLOW ZOO,<br><br>Defendant(s) | **HEARING MINUTES**   Sealed: No<br><br>Case No.: 6:14-cv-2034-JSS<br>Presiding Judge: JON S. SCOLES, Chief Magistrate Judge<br>Deputy Clerk: Paul Coberly<br><br>Court Reporter: Kay Carr    Contract? Yes<br>(If yes, send copy to financial)<br>Recording: Yes    Method: FTR Gold |

| Date: | 10/7/2015 | Start: | 9:01 AM | Adjourn: | 4:13 PM | Courtroom: | 3, 4th Floor | |
|---|---|---|---|---|---|---|---|---|
| Recesses: | 10:23-10:47 AM; 11:53-1:14 PM; 2:44-3:13 PM | | | Time in Chambers: | -- | | Telephonic? | No |
| Appearances: | Plaintiff(s): | Daniel J. Anderson, Elisabeth Holmes, Jeffrey Pierce, and Jessica Blome | | | | | | |
| | Defendant(s): | Larry J. Thorson; Pamela and Tom Sellner appear personally | | | | | | |
| | U.S. Probation: | -- | | | | | | |
| | Interpreter: | -- | | Language: | -- | Certified: | -- | Phone |
| **TYPE OF PROCEEDING:** | IS THE HEARING | | Contested? | Yes | Continued from a previous date? | | Yes | |

| **TRIAL:** | Jury: | | Non-jury: | X | Day: | 3 | |
|---|---|---|---|---|---|---|---|
| | Motion(s): | | -- | | Ruling: | | -- |
| | Time: | Event: | (Insert more rows as needed. Page numbering is automatic.) | | | | |
| | 9:01-10:23 AM | Defendants call Gary Pusillo. Direct (9:02-9:56 AM). Cross (9:56-10:17 AM). Re-direct (10:17-10:23 AM). No further cross. Dr. Pusillo excused. Recess. | | | | | |
| | 10:47-11:53 AM | Defendants call John Priess. Direct (10:48-11:24 AM). Cross (11:24-11:52 AM). Re-direct (11:52-11:53 AM). No further cross. Dr. Priess excused. Recess. | | | | | |
| | 1:14-2:44 PM | Plaintiffs call John Braumann. Direct (1:14-2:44 PM). Recess. | | | | | |
| | 3:13-3:41 PM | Direct examination of Mr. Braumann resumes (3:13-3:30 PM). Cross (3:30-3:41 PM). No further direct. Mr. Braumann excused. | | | | | |
| | 3:41-4:13 PM | Plaintiffs call Lisa Kuehl. Direct (3:42-4:13 PM). | | | | | |
| | **Verdict:** | N/A | | | | | |

|  | **Criminal defendant detained pending sentencing?** | N/A |
|---|---|---|
|  | **Witness/Exhibit List is** | to be filed at the conclusion of trial. |
|  | **Miscellaneous:** | Parties agree that the defendants may call their expert witnesses out of order. Trial to resume tomorrow at 9 AM. |