# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
## WATERLOO DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, LISA K. KUEHL, KRIS A. BELL, NANCY A. HARVEY, JOHN T. BRAUMANN, and ANIMAL LEGAL DEFENSE FUND, Plaintiff(s) vs. PAMELA SELLNER, TOM SELLNER, and CRICKET HOLLOW ZOO, Defendant(s) | **HEARING MINUTES**  Sealed: No<br><br>Case No.: 6:14-cv-2034-JSS<br>Presiding Judge: JON S. SCOLES, Chief Magistrate Judge<br>Deputy Clerk: Paul Coberly<br><br>Court Reporter: Kay Carr  Contract? Yes<br>(If yes, send copy to financial)<br>Recording: Yes  Method: FTR Gold |

| Date: | 10/8/2015 | Start: | 9:00 AM | Adjourn: | 6:12 PM | Courtroom: | 3, 4th Floor |
|---|---|---|---|---|---|---|---|
| Recesses: | 10:26-10:44 AM; 11:53-1:16 PM; 2:41-3:05 PM; 4:26-5:09 PM | | | Time in Chambers: | -- | Telephonic? | No |
| Appearances: | Plaintiff(s): | Daniel J. Anderson, Elisabeth Holmes, Jeffrey Pierce, and Jessica Blome | | | | | |
| | Defendant(s): | Larry J. Thorson; Pamela and Tom Sellner appear personally | | | | | |
| | U.S. Probation: | -- | | | | | |
| | Interpreter: | -- | Language: | -- | Certified: | -- | Phone - |

| **TYPE OF PROCEEDING:** | IS THE HEARING | Contested? | Yes | Continued from a previous date? | Yes |
|---|---|---|---|---|---|
| **TRIAL:** | Jury: | Non-jury: X | Day: | 4 | |
| | Motion(s): | -- | | Ruling: | -- |

| Time: | Event: | (Insert more rows as needed. Page numbering is automatic.) |
|---|---|---|
| 9:00-10:00 AM | Direct examination of Ms. Kuehl resumes (9:00-9:57 AM). Cross (9:57-10:00 AM). No further direct. Ms. Kuehl excused. | |
| 10:00-10:26 AM | Plaintiffs have no further evidence. Plaintiffs rest. Defendants recall Pamela Sellner. Direct examination resumes (10:01-10:26 AM). Recess. | |
| 10:44-11:53 AM | Direct examination of Ms. Sellner resumes (10:44-11:31 AM). Cross (11:31-11:53 AM). Recess. | |
| 1:16-2:41 PM | Discussion held regarding a letter the court received. Cross examination of Ms. Sellner resumes (1:21-2:41 PM). Recess. | |
| 3:05-3:07 PM | Re-direct of Ms. Sellner (3:05-3:06 PM). No further cross. Ms. Sellner excused. | |

| | | |
|---|---|---|
| 3:07-4:04 PM | Defendants call Tom Sellner. Direct (3:07-3:18 PM). Cross (3:18-4:01 PM). Re-direct (4:01-4:03 PM). No further cross. Mr. Sellner excused. No further evidence. Defendants rest. | |
| 4:04-4:26 PM | Court discusses scheduling. Plaintiffs call David Allen as a rebuttal witness. Direct (4:10-4:26 PM). Recess. | |
| 5:09-6:02 PM | Direct examination of Mr. Allen resumes (5:09-5:51 PM). Cross (5:51-6:00 PM). Re-direct (6:00-6:02 PM). Re-cross (6:02-6:02 PM). No further direct. Mr. Allen excused. | |
| 6:02-6:12 PM | No further rebuttal evidence. Evidence concluded. Court reviews with counsel regarding exhibits received. Deadlines regarding the submission of the parties' post-trial briefs discussed. | |
| **Verdict:** | N/A | |
| **Criminal defendant detained pending sentencing?** | | N/A |
| **Witness/Exhibit List is** | to be filed separately. | |
| **Miscellaneous:** | Plaintiffs' post-trial brief due by 11/13/2015. Defendants' post-trial brief due by 12/4/2015. Plaintiffs' post-trial reply brief due by 12/18/2015. Court will consider this matter fully submitted on 12/18/2015. | |