IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
WATERLOO DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, LISA K. KUEHL, KRIS A. BELL, NANCY A. HARVEY, JOHN T. BRAUMANN, and ANIMAL LEGAL DEFENSE FUND,<br>　　　　　　　　　　　Plaintiff(s),<br>vs.<br>PAMELA SELLNER, TOM SELLNER, and CRICKET HOLLOW ZOO,<br>　　　　　　　　　　　Defendant(s).<br>Trial Dates　10/5/2015-10/8/2015 | **WITNESS & EXHIBIT LIST**<br>Case No.　6:14-cv-2034-JSS<br>Presiding Judge　Jon S. Scoles, Chief Magistrate Judge<br>Deputy Clerk　Paul Coberly<br>Court Reporter　Kay Carr<br>Plaintiff Att'y　Daniel J. Anderson, Elisabeth Holmes, Jeffrey Pierce, and Jessica Blome<br>Defendant Att'y　Larry J. Thorson |

| # | **PLAINTIFF** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Jennifer Conrad | 10/5/2015 | 1:56 PM | 10/5/2015 | 5:33 PM |
| 2 | Peter Klopfer | 10/6/2015 | 9:01 AM | 10/6/2015 | 11:36 AM |
| 3 | Tracey Kuehl | 10/6/2015 | 11:37 AM | 10/6/2015 | 2:18 PM |
| 4 | Nancy Harvey | 10/6/2015 | 2:20 PM | 10/6/2015 | 3:34 PM |
| 5 | John Braumann | 10/7/2015 | 1:14 PM | 10/7/2015 | 3:41 PM |
| 6 | Lisa Keuhl | 10/7/2015 | 3:42 PM | 10/8/2015 | 10:00 AM |
| 7 | **Rebuttal Witness**: David Allen | 10/8/2015 | 4:10 PM | 10/8/2015 | 6:02 PM |

| # | **DEFENSE** Witnesses | Date/Time Sworn | | Date/Time Excused | |
|---|---|---|---|---|---|
| 1 | Pamela Sellner | 10/6/2015 | 3:36 PM | Suspended | |
| 2 | Gary Pusillo | 10/7/2015 | 9:02 AM | 10/7/2015 | 10:23 AM |
| 3 | John Priess | 10/7/2015 | 10:47 AM | 10/7/2015 | 11:53 AM |
| 4 | Pamela Sellner | 10/8/2015 | 10:01 AM | 10/8/2015 | 3:07 PM |
| 5 | Tom Sellner | 10/8/2015 | 3:07 PM | 10/8/2015 | 4:04 PM |

\* Exhibit Receipted to Task Force Officer

\*\* **A**=Admitted; **APT**=Admitted at Pre-Trial; **RSO**=Received Subject to Objection; **OS**=Objection Sustained

| Marked | **COURT** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| | None | | |

| Marked | **PLAINTIFF** Exhibits, Description | Date Offered | \*\*Admitted? |
|---|---|---|---|
| 1 | Notice of Intent to Sue | 10/5/2015 | A |
| 2 | 11/8/2006 Email to Pam Sellner from APHIS Western Region Director | 10/8/2015 | A |
| 3 | 12/2006 Settlement Agreement | 10/8/2015 | A |

| 4 | 7/29/2010 Inspection Report | 10/5/2015 | A |
|---|---|---|---|
| 5 | 11/22/2010 Inspection Report | 10/5/2015 | A |
| 6 | 2/16/2011 Inspection Report | 10/5/2015 | A |
| 7 | 8/16/2011 Inspection Report | 10/5/2015 | A |
| 8 | 12/8/2011 Inspection Report | 10/5/2015 | A |
| 9 | 4/9/2012 Letter to Pam Sellner from APHIS Western Region Director | 10/8/2015 | A |
| 10 | 1/3/2012 Inspection Report | 10/5/2015 | A |
| 11 | 5/1/2012 Inspection Report | 10/5/2015 | A |
| 12 | 5/16/2012 Inspection Report | 10/5/2015 | A |
| 13 | 6/29/2012 Inspection Report | 10/5/2015 | A |
| 14 | 8/20/2012 Inspection Report | 10/5/2015 | A |
| 15 | 10/25/2012 Settlement Agreement | 10/8/2015 | A |
| 16 | 11/26/2012 Inspection Report | 10/5/2015 | A |
| 17 | 2/13/2013 Inspection Report | 10/5/2015 | A |
| 18 | 4/29/2013 Settlement Agreement | 10/8/2015 | A |
| 19 | 6/12/2013 Inspection Report | 10/5/2015 | A |
| 20 | 7/13/2013 Inspection Report | 10/5/2015 | A |
| 21 | 8/29/2013 Letter to Pam Sellner from APHIS Western Region Director | 10/8/2015 | A |
| 22 | 9/25/2013 Inspection Report | 10/5/2015 | A |
| 23 | 12/16/2013 Inspection Report | 10/5/2015 | A |
| 25 | 1/9/2014 Inspection Report | 10/5/2015 | A |
| 26 | 5/21/2014 Inspection Report | 10/5/2015 | A |
| 27 | 5/28/2014 Inspection Report | 10/5/2015 | A |
| 28 | 8/25/2014 Inspection Report | 10/5/2015 | A |
| 29 | 10/7/2014 Inspection Report | 10/5/2015 | A |
| 30 | 11/6/2014 Inspection Report | 10/5/2015 | A |
| 31 | 2/19/2015 Inspection Report | 10/5/2015 | A |
| 32 | 3/4/2015 Inspection Report | 10/5/2015 | A |
| 33 | 5/27/2015 Inspection Report | 10/5/2015 | A |
| 34 | 6/10/2015 USDA Suspension Letter | 10/8/2015 | A |
| 35 | 6/15/2015 Inspection Report | 10/5/2015 | A |
| 36 | 6/24/2015 Inspection Report | 10/5/2015 | A |
| 37 | 7/30/2015 USDA Complaint | 10/8/2015 | A |

| | | | |
|---|---|---|---|
| 38 | USDA Inspection Requirements | 10/8/2015 | A |
| 39 | Cricket Hollow Zoo Responses to Interrogatory Nos. 1-12 | 10/8/2015 | A |
| 40 | Animal Acquisition Records | 10/5/2015 | A |
| 41 | Attending veterinarian records | 10/5/2015 | A |
| 42 | Program of Veterinary Care | 10/5/2015 | A |
| 43 | Large Felid Diet | 10/5/2015 | A |
| 44 | Primate Enrichment Program | 10/5/2015 | A |
| 45 | Contingency Plan | 10/5/2015 | A |
| 46 | Exercise Program for Dogs | 10/5/2015 | A |
| 47 | Lemur Records | 10/6/2015 | A |
| 48 | Big Cat Records | 10/5/2015 | A |
| 49 | Wolf Records | 10/5/2015 | A |
| 50 | Feline Conservation Federation Certificate of Achievement | 10/8/2015 | A |
| 51 | Sellner & Cricket Hollow Zoo Balance Sheet | 10/5/2015 | A |
| 52 | 2008-2014 Expense Talley for Cricket Hollow Zoo | 10/8/2015 | A |
| 53 | **SEALED** | 10/8/2015 | A |
| 54 | **SEALED** | 10/8/2015 | OS |
| 55 | **SEALED** | 10/8/2015 | A |
| 56 | Cricket Hollow Zoo Articles of Incorporation | 10/5/2015 | A |
| 57 | Cricket Hollow Zoo Attendance Tally | 10/5/2015 | A |
| 58 | Cricket Hollow Zoo USDA Class C Exhibitor License | 10/5/2015 | A |
| 59 | Photograph taken by Lisa Kuehl (page 1 only) | 10/5/2015 | A |
| 59 | Photographs taken by Lisa Kuehl (pages 2-15) | 10/8/2015 | A |
| 60 | Complaint to IDALS | 10/8/2015 | A |
| 61 | Photographs taken by Tracey Kuehl | 10/6/2015 | A |
| 62 | Letters from T. Kuehl to IDALS & USDA | 10/6/2015 | A |
| 63 | Photographs taken by John Braumann | 10/6/2015 | A |
| 68 | CV of David Allen | 10/8/2015 | A |
| 69 | Association of Zoos and Aquariums Accreditation Standards and Policies | 10/8/2015 | A |
| 70 | CV of Dr. Jennifer Conrad | 10/5/2015 | A |
| 71 | CV of Dr. Peter Klopfer | 10/6/2015 | A |
| 72 | 8/27/2014 USDA Response to Pam Sellner | 10/8/2015 | A |
| 73 | 6/23/2014 USDA Response to Pam Sellner | 10/8/2015 | A |

| | | | |
|---|---|---|---|
| 74 | 8/29/2013 USDA Response to Pam Sellner | 10/8/2015 | A |
| 75 | 7/11/2013 USDA Response to Pam Sellner | 10/8/2015 | A |
| 76 | 12/26/2012 USDA Response to Pam Sellner | 10/8/2015 | A |

| Marked | **DEFENSE** Exhibits, Description | Date Offered | **Admitted? |
|---|---|---|---|
| B | Letters to USDA from Pam Sellner | 10/8/2015 | A |
| C | 11/20/2013 Primate Enrichment Program | 10/5/2015 | A |
| D | Articles of Incorporation of Cricket Hollow Zoo, Inc. | 10/5/2015 | A |
| E | Program of Veterinary Care Instructions | 10/5/2015 | A |
| F | 11/20/2013 Large Felid Diet | 10/5/2015 | A |
| G | Exercise Plan for Dogs | 10/5/2015 | A |
| H | Record of Animals On-hand | 10/5/2015 | A |
| I | Record of Acquisition, Disposition or Transport of Animals Reports | 10/5/2015 | A |
| J | Zoo Veterinarian Records for Animals | 10/5/2015 | A |
| K | Photographs | 10/8/2015 | A |
| L | Certified Member Card | 10/5/2015 | A |
| M | Signed Veterinarian Inspections by Dr. John Pries through 8/25/2015 | 10/5/2015 | A |
| N | Calendar showing temperature, rain and humidity | 10/5/2015 | A |
| P | Timber Wolf Sign | 10/5/2015 | A |
| Q | Animal Park Meat By-product Agreement | 10/5/2015 | A |
| R | USDA License for Pamela and Tom Sellner | 10/5/2015 | A |
| S | CV of Dr. John H. Pries | 10/5/2015 | A |
| T | CV of Dr. Gary Pusillo | 10/5/2015 | A |
| U | USDA Inspection Reports | 10/5/2015 | A |
| V | Letter by Tracey Kuehl | 10/5/2015 | A |
| X | Photographs taken by Dr. Pusillo | 10/7/2015 | A |
| Y | IDALS Compliance Reports | 10/6/2015 | A |
| Z | Veterinarian Bills from Dr. Pries | 10/5/2015 | A |
| AA | 1984 Photograph from Cheyenne Mountain Zoo | 10/8/2015 | A |