

March 4, 2014

Pam and Tom Sellner
dba: Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Hon. Sally Jewell, Secretary
U.S. Department of the Interior
1849 C Street, N.W.
Washington, DC 20240
Email: exsec@ios.doi.gov; feedback@ios.doi.gov

Daniel M. Ashe, Director
U.S. Fish and Wildlife Service
1849 C Street, N.W.
Washington, DC 20240
Email: d_m_ashe@fws.gov

Re: **Notice of Intent to File Suit Pursuant to the Endangered Species Act**

Dear Ms. and Mr. Sellner, Secretary Jewell and Director Ashe:

On behalf of the Animal Legal Defense Fund ("ALDF"), including its members Tracey Kuehl, Lisa Kuehl, Nancy Harvey and Kris Bell, and John Braumann, and pursuant to Section 11(g) of the Endangered Species Act ("ESA"), 16 U.S.C. § 1540(g), we write to provide notice that Pam and Tom Sellner are violating the ESA's prohibition against "take" of individual members of listed endangered and threatened species by wounding, harming and/or harassing numerous animals at the Cricket Hollow Zoo ("CHZ"). *See id.* §§ 1538(a)(1), 1532(19). Extensive photographic evidence, visitor observations and expert analyses indicate that animals of ESA-listed species at CHZ are mentally and physically suffering in cramped and deprived conditions. This letter explains why we believe the Sellners are in violation of the ESA. It also offers ALDF's assistance in working with the Sellners to ensure the animals currently at CHZ receive the best treatment and relief possible. Should the Sellners not accept the offer of assistance, ALDF may have to take other appropriate actions, including bringing a lawsuit under the ESA to end the animals' suffering. For clarity, the remainder of this letter and offer of assistance will be addressed directly to Pam and Tom Sellner d/b/a CHZ.

170 East Cotati Avenue
Cotati, California 94931

T 707.795.2533
F 707.795.7280

info@aldf.org
aldf.org

I. **Statutory and regulatory requirements of the Endangered Species Act**

The ESA is "the most comprehensive legislation for the preservation of endangered species ever enacted by any nation." *Tenn. Valley Auth. v. Hill*, 437 U.S. 153, 180 (1978). Finding that fish, wildlife and plants "have been rendered extinct as a consequence of economic growth and development untempered by adequate concern and conservation," 16 U.S.C. § 1531, Congress "afforded endangered species 'the highest of priorities.'" *Defenders of Wildlife v. Adm'r, EPA*, 882 F.2d 1294, 1300 (8th Cir. 1989) (quoting *Tenn. Valley Auth.*, 437 U.S. at 174).

Agencies implementing the ESA, which include the U.S. Fish and Wildlife Service ("FWS"), decide whether species are "threatened" or "endangered" and should be listed under the ESA. *See* 16 U.S.C. § 1533(a). Section 9 of the ESA prohibits any person from "taking" any member of a listed species. *Id*. § 1538(a). The ESA broadly defines the term "take" to include "harass, harm, pursue, hunt, shoot, wound, kill, trap, capture, or collect." *Id*. § 1532(19). As the Eighth Circuit has noted, Congress intended for "take" to be defined "in the broadest possible manner to include every conceivable way in which a person can 'take' or attempt to 'take' any fish or wildlife." *Defenders of Wildlife*, 882 F.2d at 1300 (quoting S. Rep. No. 307, 93d Cong., 1st Sess. 7 (1973)); *see also Babbitt v. Sweet Home Chapter of Cmtys. for a Great Or.*, 515 U.S. 687, 704 (1995).

FWS has issued regulations regarding some of the terms composing the definition of "take." 50 C.F.R. § 17.3. The agency defines "harm" as "an act which actually kills or injures wildlife." *Id*.[1] The agency also defines "harass," which means "an intentional or negligent act which creates the likelihood of injury to wildlife by annoying it to such an extent as to significantly disrupt normal behavioral patterns which include, but are not limited to, breeding, feeding or sheltering." *Id*. The harassing, harming and other forms of "take" "clearly applies to [both] individual specimens or groups of specimens." Captive-Bred Wildlife Regulation, 63 Fed. Reg. 48634, 48636 (Sept. 11, 1998).

Section 9's take prohibitions equally apply to members of listed species living in captivity or in the wild. The term "fish or wildlife," which are protected by the prohibition of "take" of listed "fish or wildlife," is defined as "any member of the animal kingdom." 16 U.S.C. § 1532(a). FWS has repeatedly explained that "the Act applies to both wild and captive populations of a species . . . ." 44 Fed. Reg. 30044 (May 23, 1979); *see also* 63 Fed. Reg. at 48636 (explaining that "take" was defined by Congress to apply to endangered or threatened wildlife "whether wild or captive" and the "statutory term cannot be changed administratively"); 79 Fed. Reg. 4313, 4317 (Jan. 27, 2014) ("The ESA does not support the exclusion of captive members from a listing based solely on their status as captive. . . . Section 9(a)(1)(A)-(G) of the ESA applies to endangered species regardless of their captive status."); *id.* ("Further, based upon the purposes of the

---

[1] Because the FWS does not further define "injure," the term is read according to its plain meaning, which fits Congress' broad intent for defining "take." *See* Oxford Essential Dictionary, Am. Ed. (1999) (defining "injure" as "damage" or "impair"); Black's Law Dictionary, 3d Pocket Ed. (2008) (defining "injury" as "any harm or damage").

2

ESA and its legislative history, the USFWS has recently concluded that the ESA does not allow captive animals to be assigned different legal status from their wild counterparts on the basis of their captive status.").

Persons violating the ESA risk facing civil and criminal penalties. *See* 16 U.S.C. § 1540(a)-(b). Private parties, such as ALDF, may bring enforcement actions in court so long as they provide adequate notice of sixty (60) days to both the violator and the Secretary of the Interior. *Id*. § 1540(g). As you have failed to obtain any permits authorizing the take of endangered or threatened species housed at CHZ, your conduct is a clear violation of the prohibition against taking an endangered or threatened species as set forth in Section 9 of the ESA.

### II. Conditions at the Cricket Hollow Zoo create continuing violations of the Endangered Species Act

The menagerie of animals kept in atrocious conditions at CHZ amounts to – and will almost certainly continue to constitute – the take of numerous members of endangered and threatened species. As multiple federal agency officials have found, CHZ does not have the staffing resources necessary to improve the conditions of the animals, nor to provide adequate ongoing care. On Aug. 16, 2011, U.S. Department of Agriculture ("USDA") inspectors found many instances of improper animal husbandry and, noting the 161 regulated animals counted at CHZ, wrote:

> Giving consideration to the demands on the facility owners, the number of animals, the species of animals, and inspection history; it is apparent that there is not a sufficient number of employees at this facility. This does not provide for the health and well being of the animals. The staffing level must be increased to include additional adequately trained employees or the facility shall decrease the number of animals until such point the present staff can accommodate the needs of the animals.

Aug. 16, 2011 USDA Inspection Report at 6 (Exhibit ("Ex.") 2). Four months later, USDA inspectors returned and found that, despite CHZ's inability to adequately care for animals, the facility increased its numbers to keeping 179 regulated animals. To date, the situation has not changed. As evidenced by repeat visitor complaints and animal care investigations by state and federal agency officials, described below, CHZ clearly cannot provide proper care for any of its animals, not least the members of endangered and threatened species.

#### a. The lemurs' individual housing violates the Endangered Species Act

Photos and observations indicate that CHZ keeps a ring-tailed lemur and a red ruffed lemur in housing conditions that psychologically and physically harm the individuals, in violation of the ESA.[2]

---

[2] FWS lists all members of the family Lemuridae as endangered, wherever found. 50 C.F.R. § 17.11.

It is ALDF's understanding that CHZ houses each lemur individually, even though the species is extremely social and members of the species live in large troops in the wild. The conditions of the solitary housing at CHZ are extremely cramped quarters, with improper provisions of food and psychological enhancement objects. In addition, ALDF believes that CHZ keeps each lemur in an enclosure susceptible to the Iowa winter, with temperatures well below the range the lemurs experience in the wild. All of these conditions have led renowned lemur expert Dr. Peter Klopfer to conclude that CHZ's actions are "akin to locking a human prisoner in an isolation ward the size of a telephone booth" and that "these animals are highly stressed, certain to be psychologically impaired, and likely susceptible to disease." *See* Jan. 13, 2014 Declaration of Peter H. Klopfer, Ph.D. ¶ 8 (Ex. 1).

Federal and state agencies reviewing the lemurs' conditions have expressed similar concern for the animals. In 2011, a USDA inspector observed a ring-tailed lemur housed alone with inadequate lighting throughout the enclosure, causing the inspector to report that the conditions "do[] not facilitate good husbandry practices nor provide lighting sufficient for [the lemur's] well-being." Aug. 16, 2011 USDA Inspection Report at 3 (Ex. 2); *see also* Sept. 25, 2013 Iowa Department of Agriculture and Land Stewardship ("IDALS") Inspection Report (Ex. 3) ("The only real concern I had was primates. There was some over-grooming resulting in hair loss due to lack of environmental enrichment, which was discussed at length with the owner, Ms. Sellner."). The August 2011 USDA inspection report also expressed concern for open boxes of fruit and produce stored in the lemurs' enclosures – excessive flies and some fruit and produce appeared rotten and moldy. *Id*. at 2; *see also* Dec. 8, 2011 USDA Inspection Report at 2 (repeat) (Ex. 4); Sept. 25, 2013 USDA Inspection Report at 1 (cobwebs, build-up of food and animal waste in lemur enclosures) (Ex. 5). Federal inspectors also have found the enclosure structures themselves problematic. *See* Feb. 13, 2013 USDA Inspection Report at 2 (Ex. 6) ("The ceiling tiles within the two lemur enclosures . . . . [are] severely worn and cannot be readily cleaned and sanitized which can lead to disease hazards for the animals.").

The numerous lemur impacts, noted in the USDA inspection reports over more than two years in part led the agency to fine CHZ over $6,000 for Animal Welfare Act violations. *See* Apr. 29, 2013 Citation and Notification of Penalty (Ex. 7). Just as multiple visitors as well as federal and state agencies have found the conditions at CHZ to have harmed and risk continuing harm of the individual lemurs, ALDF and its members believe that the Sellners' actions have affected the lemurs in a way violating the take prohibition of the ESA. *See* 50 C.F.R. § 17.3 (a "negligent act or omission" that creates a continued "likelihood of injury" is prohibited "harassment" in violation of the ESA); *id*. (defining harassment to include acts or omissions that "significantly disrupt normal behavioral patterns").

### b. Insufficient care for and inadequate living conditions of the listed large carnivores violate the Endangered Species Act

Many large endangered and threatened cats and wolves suffer in inadequate housing conditions and care at CHZ, and at least one big cat appears to have died from improper care during a cold Iowa winter.[3]

For at least the last three years, the big cat enclosures – including the enclosures for the lions, tigers and pumas – and the wolf enclosure have been rife with accumulating feces. In addition to animal waste, the enclosures collect a build-up of food waste. In June 2012, for example, CHZ visitors were shocked to observe an emaciated female lion vomiting. At the same time she was vomiting, many enclosures at CHZ were strewn with fly laden meat and other food scraps. Flies have also moved beyond the food waste to feast on the ears and noses of CHZ's lions and wolves.

ALDF also believes that because of the inadequate shelter conditions at CHZ, at least one of CHZ's large cats has not survived Iowa's harsh winters. In October 2012, a visitor observed that one of CHZ's lions had severely protruding hip and spinal bones. At that point in time, CHZ kept four lions. The 2012 winter in eastern Iowa was extremely cold. And by the following summer, only three lions continued to live at CHZ; ALDF believes that the lion did not survive the winter's harsh climate. Similar concerns apply to the tigers and wolves at CHZ. The USDA counted seven tigers in February 2013, but the following inspection – in June 2013 – only counted six. The wolf population held steady at four until June 2013, when USDA inspectors counted only two; in December 2013 the accounted-for wolf population shot back up to four.

The care of the big cats at CHZ also amounts to take by harassment, in violation of the ESA. ALDF is particularly concerned about the likelihood that CHZ continues to engage in declawing. The USDA announced its policy in 2006 that declawing wild or exotic carnivores is no longer considered to be appropriate veterinary care and "can cause ongoing pain, discomfort, or other pathological conditions in animals." USDA Animal and Plant Health Inspection Service ("APHIS") August 2006 Policy #3 Veterinary Care, Issue Date Aug. 18, 2006. Yet it appears that CHZ continues to declaw the endangered big cats at its facility. Five years after the policy was announced, in summer 2011, Mr. Sellner was attacked by one of the tigers while shifting the cat between enclosures, requiring an airlift to a hospital. According to the local news covering the tiger attack, "Sellner says he would have been killed if the big male hadn't been declawed." Assoc. Press, *'Big, Bloody Mistake' Led to Tiger Attack*, Aug. 5, 2011, *available at* http://www.wowt.com/news/headlines/Big_Bloody_Mistake_Led_to_Tiger_Attack_126837623.html.

---

[3] CHZ keeps lions, tigers, servals and wolves. FWS lists the tiger, serval, certain wolf species and the Asiatic lion as endangered, 50 C.F.R. § 17.11, and issued a 90-day finding that there is substantial scientific or commercial information "indicating that listing the African lion as endangered through its range may be warranted." 77 Fed. Reg. 70727, 70731 (Nov. 27, 2012). FWS should soon release its 12-month finding on the African lion.

Like the lemurs, government officials regulating the welfare of CHZ's big cats and wolves agree there is an inadequacy of care. In February 2013, USDA observed "large accumulations of feces in three of the tiger enclosures, two of the lion enclosures and the primary enclosure of one wolf," which in part led the agency to fine CHZ over $6,000 for Animal Welfare Act violations. Apr. 29, 2013 Citation and Notification of Penalty (Ex. 7). With similar animal welfare concerns to the federal officials, ALDF believes that your actions have affected the endangered and threatened big cats and wolves in a way that violates the take prohibition of Section 9 of the ESA. *See* 50 C.F.R. § 17.3.

### III. ALDF's offer of a possible solution

As described in detail above, this letter informs you that you have violated and will continue to violate the ESA, and ALDF urges you to come into compliance with the law as soon as possible. To assist you in coming into compliance, ALDF is willing to help you relocate suffering animals housed at CHZ to reputable wildlife sanctuaries where the animals can receive the rehabilitation and care they so badly need and deserve.

ALDF hopes that you will take up this offer so that the animals at CHZ can receive proper care and protection as fast as possible. If you are willing to transfer the animals at CHZ to sanctuaries, please contact ALDF immediately so we can begin to make arrangements. Please direct any and all communications to Daniel Lutz, attorney for ALDF. If we do not hear from you about this possible solution or CHZ fails to cease its violations of the ESA, please be advised that after sixty (60) days, ALDF intends to file suit against CHZ under the ESA in efforts to end the listed animals' suffering.

Sincerely,

*Daniel Lutz* Mar 4, 2014

Daniel Lutz
Litigation Fellow

Jessica Blome
Staff Attorney

**Animal Legal Defense Fund**

Enclosures (7)