

Robert M Gibbens/CO/APHIS/USDA
11/08/2006 03:13 PM

To (b)(6), (b)(7)c
cc (b)(6), (b)(7)c
bcc
Subject Fw: IA06043 - - Tom and Pamela Sellner (Cricket Hollow Zoo)



The investigative report documents a high number of alleged violations from 4 inspections in 2005 and 2006. While the violations are not grave in nature, it is clear that there is a chronic management problem at the facility, and, for whatever reason, the Sellners either do not understand the regulations, are not willing to comply, or are not able to comply. All of the violations except those listed below have adequate supporting evidence (photos and/or admissions from Ms. Sellner) and can be used for sanction determination:

- 2.131(d)(2) - inspection of 6/27/06
- 2.131(d)(3) - inspection of 6/27/06
- 3.128 - inspection of 6/27/06
- 3.132 - inspection of 6/27/06
- 3.75(f) - inspection of 2/22/06
- 3.132 - inspection of 2/22/06
- 3.10 - inspection of 12/21/05
- 3.132 - inspection of 12/21/05.

The Sellners were cooperative during the investigation. They received a 7060 in December 2004. A stipulation is recommended.

Robert M. Gibbens, DVM
Director, Western Region
USDA, APHIS, Animal Care
2150 Centre Ave.
Bldg B, MS 3W11
Ft. Collins, CO 80526
970/494-7478

42-C-0084
IES IA