

# United States of America

## DEPARTMENT OF AGRICULTURE

### WASHINGTON

I, Thomas Vilsack, Secretary of the United States Department of Agriculture, do hereby certify that the annexed copy, of the specified number of annexed copies, is a true, correct and compared copy of a document in my official custody as hereinafter described:

Pamela and Thomas Sellner dba Cricket Hollow Zoo Inspection Reports dated May 21, 2014 – July 29, 2010, and

Animal Welfare Complaint date entered July 21, 2010, with attached memorandum.

In testimony whereof, I have hereunto caused the seal of the Department of Agriculture to be affixed and my name subscribed in the District of Columbia this

____3rd____ day of ____JUNE____ 20__15__

_____
SECRETARY OF AGRICULTURE

By_____
Mai Dinh, Assistant General Counsel
Marketing, Regulatory & Food Safety Programs Division

Form OGC 74 (Rev. 1/09)
Case 6:14-cv-02034-JSS   Document 70-4   Filed 10/16/15   Page 1 of 5
Office of the General Counsel
EXHIBIT 4 PAGE 0001



# Inspection Report

PAMELA SELLNER
TOM SELLNER

Customer ID: 5143
Certificate: 42-C-0084
Site: 001
TOM & PAMELA SELLNER

CRICKET HOLLOW ZOO
1512 210TH STREET

Type: ROUTINE INSPECTION
Date: Jul-29-2010

MANCHESTER, IA 52057

## 2.40 (b) (2)
**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

Each exhibitor shall establish and maintain a program of adequate veterinary care that includes the use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries.

The two angora rabbits referred to as "Momma" and "Papa" have excessive matting of their fur. They have matting about the face and along the abdominal region.

Excessive matting can cause discomfort and skin irritations. Skin irritations can lead to infections. Also, excessive matting can increase the presence of external parasites.

The rabbits must be groomed to remove the excessive matting. To be corrected by: August 04, 2010.

## 3.4 (b)
**OUTDOOR HOUSING FACILITIES.**

Shelter from the elements. Outdoor facilities for dogs must include one or more shelter structures that are accessible to each animal in each outdoor facility, and that are large enough to allow each animal in the shelter structure to sit, stand, and lie in a normal manner, and to turn about freely.

The two sheepdogs have been provided one pet carrier as shelter. This is not adequate shelter as both dogs cannot sit, stand, lie in a normal manner, nor turn about freely in the carrier at the same time.

This does not provide for the comfort and well being of the dogs.

The dogs must be provided enough shelter so that they can both be protected from the elements at any given time. The shelter(s) must provide enough space for the dogs to sit, stand, and lie in a normal manner, and to turn about freely. To be corrected by: August 04, 2010.

---

**Prepared By:** CYNTHIA M NEIS, A C I           USDA, APHIS, Animal Care           **Date:** Jul-29-2010
**Title:** ANIMAL CARE INSPECTOR              Inspector 1041

**Received By:** (b)(6),(b)(7)(c)                                              **Date:** Jul-29-2010
**Title:**

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf

**3.11 (b) (2)**

**CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.**

Used water receptacles for dogs must be sanitized at least once every 2 weeks and more often if necessary to prevent an accumulation of dirt, debris, food waste, excreta, and other disease hazards.

There is an excessive presence of algae in the water receptacle for the sheepdogs.

Failure to provide clean and sanitary water receptacles can increase disease risks and can inhibit normal water intake by the dogs.

The water receptacle must be cleaned and sanitized. To be corrected by: August 02, 2010.

**3.56 (a) (1)**

**SANITATION.**

Cleaning of primary enclosures. Primary enclosures shall be kept reasonably free of excreta, hair, cobwebs and other debris by periodic cleaning.

The enclosure housing the four angora rabbits has a an excessive presence of animal waste in the hutch area.

Excessive waste can increase disease risks, odor levels, and pest levels.

The rabbit enclosure must be cleaned. To be corrected by: August 02, 2010.

**3.127 (b)**

**FACILITIES, OUTDOOR.**

Shelter from inclement weather. Natural or artificial shelter appropriate to the local climatic conditions for the species concerned shall be provided for all animals kept outdoors to afford them protection and to prevent discomfort to such animals.

The capybara has a pet carrier as a shelter. The carrier has openings in it intended as ventilation ports. These types of cages are not designed as shelters. As a result, the carrier cannot adequately protect the animal from rain.

The fallow deer and llamas have quonset types of structures as shelters. The antlers on the deer and the heads of the llamas are taller than that of the highest point of the shelters. The deer and llamas are able to get into the shelters. However, they must be lying down in order to utilize the shelters.

The woodchucks have an open wooden crate as the shelter. The crate does not offer protection from wind or rain.

These situations do not provide for the comfort and well being of these animals.

---

| | | | |
|---|---|---|---|
| **Prepared By:** | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector 1041 | Jul-29-2010 |
| **Received By:** | (b)(6),(b)(7)(c) | | **Date:** DEC 2 8 2012 |
| **Title:** | | | Jul-29-2010 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf

The shelters must be altered or replaced so that the animals all have adequate shelter and the shelters are readily accessible to all animals so that they can occupy them in a comfortable manner. To be corrected by: October 15, 2010.

## 3.127 (c)
### FACILITIES, OUTDOOR.

Drainage. A suitable method shall be provided to rapidly eliminate excess water.

There is accumulation of water in the tiger enclosure. The water is accumulating along the fence line where the tanks used as pools are located. The water has been accumulating long enough that it has become green with algae.

The presence of standing water can increase disease risks and can increase the presence of pests.

The water must be removed as it accumulates or the area must be altered so that water drains away from the animal housing areas rapidly. To be corrected by: August 06, 2010.

## 3.129 (b)
### FEEDING.

Food, and food receptacles, if used, shall be sufficient in quantity and located so as to be accessible to all animals in the enclosure and shall be placed so as to minimize contamination.

The Barbados sheep and the Jacob's four horned sheep were observed at the time of the inspection standing in their hay feeder.

The sheep can urinate and defecate in their foodstuffs. Further, their hooves will contaminate the foodstuff from contact with animal waste on the ground.

The hay feeder must be altered so as to prevent the sheep from standing in it. To be corrected by: August 27, 2010.

## 3.130
### WATERING.

All water receptacles shall be kept clean and sanitary.

The water receptacles for the following animals have an excessive presence of algae: the capybara, the skunks, the serval, and the caracal.

---

**Prepared By:** CYNTHIA M NEIS, A C I  USDA, APHIS, Animal Care  **Date:** Jul-29-2010
**Title:** ANIMAL CARE INSPECTOR  Inspector 1041

**Received By:** (b)(6), (b)(7)(c)  **Date:** DEC 2 6 2012
**Title:**  Jul-29-2010

Page 3 of 4

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf

Failure to provide clean and sanitary water receptacles can increase disease risks and can inhibit normal water intake by these animals.

The water receptacle must be cleaned and sanitized. To be corrected by: August 02, 2010.

### 3.131 (a)
### SANITATION.

Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors.

The shelter for the capybara is excessively dirty. The litter dish for the capybara is excessively full and is muddy in appearance. The llama enclosures and the lion enclosures have an excessive presence of waste.

This does not provide for the health and well being of the animals.

These areas must be cleaned. To be corrected by: August 02, 2010.

Records were not reviewed during today's inspection. The area near the food storage was being renovated, and therefore, was not inspected during today's inspection.

This inspection and exit review were conducted in the presence of the undersigned individuals.

End of report.

| Prepared By: | | | Date: |
|---|---|---|---|
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | Jul-29-2010 |
| Title: | ANIMAL CARE INSPECTOR | Inspector 1041 | |
| Received By: | | | Date: |
| | (b)(6), (b)(7)(c) | | Jul-29-2010  DEC 26 2012 |
| Title: | | | |