

United States Department of Agriculture
Animal and Plant Health Inspection Service

326101741280061 insp_id

# Inspection Report

PAMELA SELLNER
TOM SELLNER

Customer ID: **5143**

Certificate: **42-C-0084**

Site: 001

TOM & PAMELA SELLNER

CRICKET HOLLOW ZOO
1512 210TH STREET

MANCHESTER, IA 52057

Type: ROUTINE INSPECTION

Date: Nov-22-2010

**2.40** (b) (2) **REPEAT**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

Each exhibitor shall establish and maintain a program of adequate veterinary care that includes the use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries.

The Alpine goat having the anterior half of the body being white and the posterior half being brown/black has a mass approximately the size of a golf ball on the left side of its jaw. This goat has not been evaluated by the attending veterinarian. This does not provide for the health and well being of the goat. The goat must be evaluated by the attending veterinarian and the prescribed treatment must be administered.

The Toggenburg goat has excessively long hooves on its rear legs. This can cause pain and discomfort to the goat. Excessively long hooves can result in in musculoskeletal changes which can result in lameness. The hooves must be trimmed to remove the excessive growth.

**3.125** (a)

**FACILITIES, GENERAL.**

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

The west side of Dandy Lion's den box is in disrepair. The upper right corner is no longer securely attached to the den box. When the lion jumped on the den box, the den box shook. This damage has impacted the structural integrity of the den box. The east side of the fallow enclosure is in disrepair. A wooden fence post has snapped off at the bottom. The east fence in the camel enclosure is in disrepair. The roof of the enclosure housing the two yearling bear cubs sags and is not structurally sound. The southwest side of the coyote enclosure has wire mesh that is in disrepair. Wire mesh and sharp points protrude into the enclosure.

These situations can pose physical hazards to the animals. In the cases of the fence and bear enclosure, the ability of the structures to contain the animals is affected.

**Prepared By:** CYNTHIA NEIS, C.S.

CYNTHIA M NEIS, A C I — USDA, APHIS, Animal Care — **Date:**

**Title:** ANIMAL CARE INSPECTOR — Inspector 1041 — Nov-22-2010

**Received By:** (b)(6),(b)(7)(c)

**Title:** — **Date:** Nov-23-2010



Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_...ation.pdf





# Inspection Report

These items must be repaired or replaced. To be corrected by: December 14, 2010.

**3.127** (b) **REPEAT**

**FACILITIES, OUTDOOR.**

Shelter from inclement weather. Natural or artificial shelter appropriate to the local climatic conditions for the species concerned shall be provided for all animals kept outdoors to afford them protection and to prevent discomfort to such animals. Individual animals shall be acclimated before they are exposed to the extremes of the individual climate.

One enclosure contains 17 Jacob's four horned sheep and one Barbados sheep and another enclosure contains 20 Santa Cruz sheep. These enclosures each have one quonset type of shelter. There are two yearling bear cubs in an enclosure on the south end of the facility surrounded by the eight foot perimeter fence. These two bears share one dog igloo type of shelter. There is not sufficient space for the all animals in a given enclosure to seek shelter.

These situations do not allow the all animals to occupy their respective shelters in a manner that provides for their comfort and well being.

A sufficient amount of shelter shall be provided to all enclosures.

**3.127** (d)

**FACILITIES, OUTDOOR.**

Perimeter fence. All outdoor housing facilities (i.e., facilities not entirely indoors) must be enclosed by a perimeter fence that is of sufficient height to keep animals and unauthorized persons out. Fences less than 8 feet high for potentially dangerous animals, such as, but not limited to, large felines (e.g., lions, tigers, leopards, cougars, etc.), bears, wolves, rhinoceros, and elephants, or less than 6 feet high for other animals must be approved in writing by the Administrator. The fence must be constructed so that it protects the animals in the facility by restricting animals and unauthorized persons from going through it or under it and having contact with the animals in the facility, and so that it can function as a secondary containment system for the animals in the facility. It must be of sufficient distance from the outside of the primary enclosure to prevent physical contact between animals inside the enclosure and animals or persons outside the perimeter fence. Such fences less than 3 feet in distance from the primary enclosure must be approved in writing by the Administrator.

The camel and wallaby are each in an enclosure that is not completely surrounded by a perimeter fence that is at least six feet in height. There is a gap approximately one foot wide between the perimeter fence and the shed in the northeast corner of the row of bears and large felids. The corner post to which the perimeter fence secures has been damaged and is no longer in place.

This does not protect the animals or provide a secondary containment system in case of an escape.

A perimeter fence no less than three feet from the primary enclosure and at least six feet in height must be constructed to encapsulate these enclosures or the animals must be moved to enclosures within an

| | | | |
|---|---|---|---|
| **Prepared By:** | CYNTHIA NEIS, C.S. | | |
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector 1041 | Nov-22-2010 |
| **Received By:** | (b)(6),(b)(7)(c) | | |
| | | | **Date:** |
| **Title:** | | | Nov-23-2010 |



Case 6:14-cv-02034-JSS Document 70-5 Filed 10/16/15 Page 2 of 3



Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_...ation.pdf





# Inspection Report

adequate perimeter fence. To be corrected by: November 22, 2011. The breech created by the gap must be closed and the perimeter fence must be adequately secured: To be corrected by: December 07, 2010.

**3.131** (c)

**SANITATION.**

Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

Immediately to the east of the lion, leopard, tiger, and bear enclosures, are piles of waste that have been removed from the enclosures in the course of the prior week. There are various items stored in the freezer area of the educational center. These items include but are not limited to: tools, lumber, empty feed cans, and discarded material. There is tin, old lumber, and insulation materials stored to the east of the lion enclosures. At various spots in the educational center and the reptile building there are collections of waste and open garbage receptacles. There is a collection of materials to the east and the north of the educational center. These items include but are not limited to: barrels, construction remnants, a pet carrier, dead vegetative material, and a plastic pool.

These situations provide harbors and breeding grounds for pests and vermin and inhibit good husbandry practices.

Items not being used must be removed and stored in an appropriate manner. Items needed must be stored in an organized fashion and removed when they are no longer needed. To be corrected by: January 28, 2011.

**3.131** (d)

**SANITATION.**

Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

There is an excessive presence of flies in the educational center and in the reptile building.

This does not provide for the health and well being of the animals.

An effective fly control program must be developed and implemented. To be corrected by: December 31, 2010.

This inspection was conducted on November 22, 2010, in the presence of the undersigned owner, Inspector 6026, and the undersigned inspector. The exit review was conducted on November 23, 2010, in the presence of the undersigned owner and the undersigned inspector. End of report.

| | | | |
|---|---|---|---|
| **Prepared By:** | CYNTHIA NEIS, C.S. | | |
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector 1041 | Nov-22-2010 |
| **Received By:** | (b)(6),(b)(7)(c) | | |
| | | | **Date:** |
| **Title:** | | | Nov-23-2010 |



Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_..._ation.pdf