# Inspection Report

PAMELA SELLNER  
TOM SELLNER

Customer ID: **5143**  
Certificate: **42-C-0084**  
Site: **001**  
TOM & PAMELA SELLNER

CRICKET HOLLOW ZOO  
1512 210TH STREET

Type: ROUTINE INSPECTION  
Date: Feb-16-2011

MANCHESTER, IA 52057

**3.80   (a)   (2)   (iii)**

**PRIMARY ENCLOSURES.**

Primary enclosures must be constructed and maintained so that they contain the nonhuman primates securely and prevent accidental opening of the enclosure, including opening by the animal.

The licensee reports that in the month prior Salima, a Hamadryas baboon, had escaped from her enclosure and was found running at large within the primate building.

This poses a physical hazard to this animal, the other animals, and could have resulted in escape from the primate building when the entry door was opened.

Enclosures must be must be repaired, replaced, or maintained in such a manner that contains the animals. This item had been corrected by the time of the inspection.

**3.84   (a)**

**CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.**

Cleaning of primary enclosures. Excreta and food waste must be removed from inside each indoor primary enclosure daily and from underneath them as often as necessary to prevent an excessive accumulation of feces and food waste, to prevent the nonhuman primates from becoming soiled, and to reduce disease hazards, insects, pests, and odors.

The enclosure in the primate building housing two Rhesus macaques (first enclosure on left as you enter the building) has an excessive accumulation of animal waste.

This does not protect the health and well being of the animals.

The enclosure must be cleaned. To be corrected by: February 18, 2011.

Prepared By: CYNTHIA NEIS, C.S.  
Title: CYNTHIA M NEIS, A C I  ANIMAL CARE INSPECTOR  
USDA, APHIS, Animal Care Inspector 1041  
Date: Feb-16-2011

Received By: (b)(6),(b)(7)(c)  
Title:  
Date: Feb-17-2011


United States Department of Agriculture
Animal and Plant Health Inspection Service

47111436120935  insp_id

# Inspection Report

**3.125  (a)                    REPEAT**
**FACILITIES, GENERAL.**

Structural strength. The facility must be constructed of such material and of such strength as appropriate for the animals involved. The indoor and outdoor housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

***The east side of the fallow fence remains in disrepair. The licensee reports that the ground froze before they were able to replace the broken wooden post.

***The ground has eroded away in parts of the coyote enclosure leaving the wire mesh exposed. The wire mesh, used to prevent digging by the coyotes, has become damaged in some of these exposed areas.

This does not protect the well being of the animals.

These items must be repaired or replaced.

**3.131  (c)                    REPEAT**
**SANITATION.**

Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

There continues to be a large collection of materials stored in the freezer area of the educational building. The capybara and the wallaby are being winter housed in an area immediately adjacent to this collection of items. There continues to be a collection of materials to the north and east of the educational center. Additionally, there is now a variety of materials being stored in the mammal area of the reptile house. These items include but are not limited to: two box fans, a light, an aquarium, miscellaneous toys, miscellaneous cage supplies, and left over petting zoo feed.

These situations provide harbors and breeding grounds for pests and vermin. Also, these situations inhibit good husbandry practices.

Items not being used must be removed and stored in an appropriate manner. Items needed must be stored in an organized fashion and removed when they are no longer needed.

This inspection was conducted on February 16, 2011, in the presence of the undersigned owner. The exit review was conducted on February 17, 2011, in the presence of the undersigned owner.

The gap between the perimeter fence and shed, cited on the last inspection, has been eliminated. However, the perimeter fence for the camel enclosure and the perimeter fence for the wallaby's summer enclosure has not been completed. Time for correction remains on that noncompliant item.

| Prepared By: | CYNTHIA NEIS, C.S. | | Date: |
| --- | --- | --- | --- |
| Title: | CYNTHIA M NEIS, A C I<br>ANIMAL CARE INSPECTOR | USDA, APHIS, Animal Care<br>Inspector  1041 | Feb-16-2011 |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Feb-17-2011 |



# Inspection Report

Records were not reviewed during this inspection.

End of report.

| Prepared By: | CYNTHIA NEIS, C.S. | | Date: |
|---|---|---|---|
| Title: | CYNTHIA M NEIS, A C I<br>ANIMAL CARE INSPECTOR | USDA, APHIS, Animal Care<br>Inspector 1041 | Feb-16-2011 |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Feb-17-2011 |