

United States Department of Agriculture
Animal and Plant Health Inspection Service

4120933100652  Insp_id

# Inspection Report

PAMELA SELLNER
TOM SELLNER

Customer ID: **5143**
Certificate: **42-C-0084**
Site: **001**
TOM & PAMELA SELLNER

CRICKET HOLLOW ZOO
1512 210TH STREET

Type: ROUTINE INSPECTION
Date: Jan-03-2012

MANCHESTER, IA 52057

---

No non-compliant items identified during this inspection.

This was a focused inspection for the 3.10 citation identified in the December 08, 2011, Inspection. This noncompliant item has been corrected.

This Inspection and exit review were conducted in the presence of the owner identified below and the undersigned inspector.

End of report.

| | | | |
|---|---|---|---|
| Prepared By: | CYNTHIA NEIS, C.S. | | |
| Title: | CYNTHIA M NEIS, A C I<br>ANIMAL CARE INSPECTOR | USDA, APHIS, Animal Care<br>Inspector 1041 | Date:<br>Jan-04-2012 |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Jan-04-2012 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf

Case 6:14-cv-02034-JSS   Document 70-10   Filed 10/16/15   Page 1 of 1

Case #C14-2034 JSS                                                                        EXHIBIT 10 PAGE 0001