

United States Department of Agriculture
Animal and Plant Health Inspection Service

122121744030059  Insp_id

# Inspection Report

PAMELA SELLNER
TOM SELLNER

Customer ID: **5143**
Certificate: **42-C-0084**
Site: **001**
TOM & PAMELA SELLNER

CRICKET HOLLOW ZOO
1512 210TH STREET

Type: ATTEMPTED INSPECTION
Date: May-01-2012

MANCHESTER, IA 52057

## 2.126 (b)
**ACCESS AND INSPECTION OF RECORDS AND PROPERTY.**

Section 2.126(b) - Access and inspection of records and property: A responsible adult shall be made available to accompany APHIS officials during the inspection process.

A responsible adult was not available to accompany inspection at approximately 11:05 A.M. on 05/01/2012.

This attempted inspection was conducted in the presence of Inspector 6026 and the undersigned inspector.

End of report.

Prepared By: CYNTHIA NEIS, C.S.
CYNTHIA M NEIS, A C I    USDA, APHIS, Animal Care    Date:
Title: ANIMAL CARE INSPECTOR    Inspector 1041    May-01-2012

Received By: (b)(6),(b)(7)(c)
Title:    Date: May-01-2012

Page 1 of 1