

United States Department of Agriculture
Animal and Plant Health Inspection Service

138121448310077  insp_id

# Inspection Report

PAMELA SELLNER
TOM SELLNER

Customer ID: **5143**
Certificate: **42-C-0084**
Site: **001**
TOM & PAMELA SELLNER

CRICKET HOLLOW ZOO
1512 210TH STREET

Type: ROUTINE INSPECTION
Date: May-16-2012

MANCHESTER, IA 52057

## 3.11 (b) (2)
### CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.

Used primary enclosures and food and water receptacles for dogs must be sanitized at least once every 2 weeks and more often if necessary to prevent an accumulation of dirt, debris, food waste, excreta, and other disease hazards.

It has been longer than two weeks since the shelters in the dog enclosure have been cleaned and sanitized. There is an excessive build up of dirt and debris on the almost all of the exterior surfaces and interior surfaces of the shelters.

This can increase disease risks.

These shelters must be cleaned and sanitized and maintained on a routine basis. To be corrected by: May 30, 2012.

## 3.75 (i)
### HOUSING FACILITIES, GENERAL.

Any surfaces that come in contact with nonhuman primates must be free of excessive rust that prevents the required cleaning and sanitization, or that affects the structural strength of the surface.

All of the enclosures in the main primate building have surfaces on the primary enclosures that are excessively rusted. The affected areas are primarily on the baboon and the macaque enclosures. Further, the affected areas appear largely on areas of the angle iron and corner posts. Many of the surfaces have become pitted and are flaking.

These surfaces cannot be properly cleaned and sanitized. Therefore, disease risks can be increased. It can also compromise the structural strength of the enclosures.

The surfaces must be altered so as to remove the excessive rust or replaced with surfaces that are not excessively rusty and can be properly cleaned and sanitized. Surfaces must be maintained on a routine basis. To be corrected by: August 06, 2012.

| Prepared By: | CYNTHIA NEIS, C.S. | | Date: |
|---|---|---|---|
| Title: | CYNTHIA M NEIS, A C I<br>ANIMAL CARE INSPECTOR | USDA, APHIS, Animal Care<br>Inspector 1041 | May-17-2012 |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | May-23-2012 |

Case 6:14-cv-02034-JSS   Document 70-12   Filed 10/16/15   Page 3 of 23    EXHIBIT 12 PAGE 0001

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf



# Inspection Report

**3.84** (b) (2)  **REPEAT**

**CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.**

Indoor primary enclosures must be sanitized at least once every 2 weeks and as often as necessary to prevent an excessive accumulation of dirt, debris, waste, food waste, excreta, or disease hazard, using one of the methods prescribed in paragraph (b)(3) of this section.

There is an excessive presence of dirt, debris, and animal oils present on the panels that comprise the enclosure walls of the main nonhuman primate building. The build up is significant enough that it makes it difficult to discern the actual color of much of the metal strands that make up these panel walls.

This can increase disease risks, odor levels, and the presence of pests.

The enclosures must be thoroughly cleaned and sanitized. All enclosures must be maintained on a routine basis.

**3.125** (d)

**FACILITIES, GENERAL.**

Waste disposal. Provision shall be made for the removal and disposal of animal and food wastes, bedding, dead animals, trash and debris.

There are currently two garbage receptacles in the educational center animal housing area behind the viewing windows. These receptacles are used to gather soiled bedding, animal waste, and food waste from the primary enclosures. They have been there at least two days and do not have covers on them.

This can increase disease risks, odor levels, and the presence of pests.

The garbage receptacles must be covered and emptied with such frequency to minimize odors and pests. To be corrected by: May 24, 2012.

**3.131** (d)  **REPEAT**

**SANITATION.**

Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

There are currently two garbage receptacles in the educational center animal housing area behind the viewing windows. These receptacles are used to gather soiled bedding, animal waste, and food waste from the primary enclosures. They have been there at least two days and do not have covers on them. This has resulted in an excessive presence of gnat like insects and flies in this area.

This does not provide for the comfort and well being of the animals.

The garbage receptacles must be maintained routinely in a manner that minimizes the presence of pests.

| | | |
|---|---|---|
| **Prepared By:** | CYNTHIA NEIS, C.S. | |
| Title: | CYNTHIA M NEIS, A C I  ANIMAL CARE INSPECTOR | USDA, APHIS, Animal Care  Inspector 1041 |  Date: May-17-2012 |
| **Received By:** | (b)(6),(b)(7)(c) | |
| Title: | | Date: May-23-2012 |



United States Department of Agriculture
Animal and Plant Health Inspection Service

138121448310077   insp_id

## Inspection Report

The two tiger enclosures identified in the December 08, 2011, inspection report (3.125(a)) are still noncompliant. However, there is time remaining for correction on that item.

This inspection was conducted in the presence of the undersigned partner, the Veterinary Medical Officer for Iowa, and the undersigned inspector on May 16, 2012. The paperwork review and the exit review were conducted in the presence of the undersigned partner and the undersigned inspector on May 23, 2012.

End of report.

| | | | |
|---|---|---|---|
| Prepared By: | CYNTHIA NEIS, C.S. | | |
| Title: | CYNTHIA M NEIS, A C I<br>ANIMAL CARE INSPECTOR | USDA, APHIS, Animal Care<br>Inspector 1041 | Date:<br>May-17-2012 |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | May-23-2012 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_\_....ation.pdf