

United States Department of Agriculture
Animal and Plant Health Inspection Service

184121120590636  insp_id

# Inspection Report

PAMELA SELLNER
TOM SELLNER

CRICKET HOLLOW ZOO
1512 210TH STREET

MANCHESTER, IA 52057

Customer ID: **5143**
Certificate: **42-C-0084**
Site: **001**

TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION
Date: Jun-29-2012

## 2.40 (b) (2)
### ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).

(b) Each dealer or exhibitor shall establish and maintain programs of adequate veterinary care that include:
 (2) The use of appropriate methods to prevent, control, diagnose, and treat diseases and injuries, and the availability of emergency, weekend, and holiday care;

\*\* The Llamas are heavily matted and need to be sheared to remove the long heavy matted hair coat to provide for the well-being and comfort of the animals and to prevent heat stress in the summer months. The hair coats need to be maintained on a regular basis. To be corrected by: 08-01-12.

\*\* One Angola rabbit in a hutch outside of the education center had matted soiled fur around the rear end of the rabbit and on the rabbits hind legs. The matting of hair can cause skin irritation and possible fecal compaction. The rabbit needs to be groomed to remove the hair mats and maintained to provide for the health and well-being of the animal. To be corrected: 07-08-12.

\*\* One Sheep dog had a long hair coat the is starting to mat. The hair mats can cause skin irritation and the removal of the long hair coat in the summer will provide for the health and well-being of the animal. The dog needs to be groomed and the hair coat maintained. To be corrected by: 07-08-12

All hair coats need to be maintained to avoid possible skin problems and provide for the health and well-being of the animals. All licensee's must use appropriate measures to control, prevent, diagnose and treat diseases, injuries and illness.

## 3.75 (b)
### HOUSING FACILITIES, GENERAL.

(b) Condition and site. Housing facilities and areas used for storing animal food or bedding must be free of any accumulation of trash, waste material, junk, weeds, and other discarded materials.

\*\* Inside of the non human primate building and the back of the bird/reptile house had dirt, old bedding, spider webs, old food, that has spilled on the floor this does not demonstrate proper husbandry practices

| Prepared By: | JOHN LIES, A.C.I. | | |
|---|---|---|---|
| | JOHN J LIES, A.C.I. | USDA, APHIS, Animal Care | Date: |
| Title: | ANIMAL CARE INSPECTOR | Inspector 4041 | Jul-02-2012 |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Jul-03-2012 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_____ation.pdf



United States Department of Agriculture
Animal and Plant Health Inspection Service

184121120590636   insp_id

# Inspection Report

and can contribute to odors, pest and disease hazards. The buildings needs to be cleaned and maintained to demonstrate proper husbandry practices and to provide for the health and well-being of the animals. To be corrected by: 07-15-12.

## 3.75    (e)
### HOUSING FACILITIES, GENERAL.

(e) Storage. Supplies of food and bedding must be stored in a manner that protects the supplies from spoilage, contamination, and vermin infestation. The supplies must be stored off the floor and away from the walls, to allow cleaning underneath and around the supplies.

** One box of bananas was stored inside of the non human primate building on the floor with out a lid. This does not protect the food from possible contamination and vermin infestation. Only food that is being used at the time can be stored in the animal area, open food must be stored in a leakproof container with a tight fitting lid to protect the food from spoilage and contamination. To be corrected by: 07-08-12.

## 3.84    (a)
### CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.

(a) Cleaning of primary enclosures. Excreta and food waste must be removed from inside each indoor primary enclosure daily and from underneath them as often as necessary to prevent an excessive accumulation of feces and food waste, to prevent the nonhuman primates from becoming soiled, and to reduce disease hazards, insects, pests, and odors.

** The indoor part of the indoor/outdoor primate enclosures had more then a days worth of animal and food waste inside of the enclosures. This can contribute to disease hazards, insects and odors. The enclosures need to be cleaned and maintained. All primary enclosures must be cleaned daily. To contribute to the health and well-being of the animals. To be corrected by: 07-08-12.

## 3.125    (d)                    REPEAT
### FACILITIES, GENERAL.

Waste disposal. Provision shall be made for the removal and disposal of animal and food wastes, bedding, dead animals, trash and debris.

There are currently one garbage receptacles in the educational center animal housing area. This receptacles was full of empty food containers and did not have a lid. One receptacle was in the back animal area of the reptile/ bird house that was full of old bedding and animal waste from rabbit enclosures and did not have a lid.

This can increase disease risks, odor levels, and the presence of pests.

The garbage receptacles must be covered and emptied with such frequency to minimize odors and pests.

| Prepared By: | JOHN LIES, A.C.I. | | |
|---|---|---|---|
| Title: | JOHN J LIES, A.C.I.<br>ANIMAL CARE INSPECTOR | USDA, APHIS, Animal Care<br>Inspector 4041 | Date:<br>Jul-02-2012 |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Jul-03-2012 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_...nation.pdf



United States Department of Agriculture
Animal and Plant Health Inspection Service

184121120590636  insp_id

# Inspection Report

**3.131** (d)  **REPEAT**
**SANITATION.**

Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

The animal buildings had a large population of flies and gnat type flying insects. The education building and reptile/bird building had trash containers with out lids this can attract flies. The enclosures inside had animal and food waste inside of the enclosures that can attract flies. The owner needs to establish an effective pest control program to control the flying insects to provide for the health and well-being of the animals and reduce disease hazards.

Note: 3.75 (I) rusted primate enclosures are still non compliant, the correction date is 08-06-12.

This inspection and exit briefing conducted with the owner.

End of report.

| | | | |
|---|---|---|---|
| **Prepared By:** | JOHN LIES, A.C.I. | | |
| | JOHN J LIES, A.C.I. | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR | Inspector 4041 | Jul-02-2012 |
| **Received By:** | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Jul-03-2012 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_____nation.pdf