# USDA

# Inspection Report

PAMELA SELLNER

TOM SELLNER

Customer ID: **5143**

Certificate: **42-C-0084**

Site: **001**

TOM & PAMELA SELLNER

CRICKET HOLLOW ZOO

1512 210TH STREET

Type: ROUTINE INSPECTION

Date: Aug-20-2012

MANCHESTER, IA 52057

---

**3.84**          (a)                              **REPEAT**

**CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.**

Cleaning of primary enclosures. Excreta and food waste must be removed from inside each indoor primary enclosure daily and from underneath them as often as necessary to prevent an excessive accumulation of feces and food waste, to prevent the nonhuman primates from becoming soiled, and to reduce disease hazards, insects, pests, and odors.

There is an excessive presence of animal waste and soiled bedding in the baboon enclosure of the primate building. There is approximately two weeks of animal waste collected in one spot under the branch in the outdoor run of the ring tailed lemur enclosure.

These situations can increase disease risks and odor levels.

All areas must be cleaned and maintained on a routine basis.

**3.84**          (d)

**CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.**

Pest control. An effective program for control of insects, external parasites affecting nonhuman primates, and birds and mammals that are pests, must be established and maintained so as to promote the health and well-being of the animals and reduce contamination by pests in animal areas.

There is an excessive presence of flies in the primate building.  This presence was particularly evident in and around the baboon enclosure.

This can increase disease risks and does not provide for the comfort and well being of the animals.

A comprehensive pest control must be developed and implemented.  This pest control program shall give consideration to cleaning and sanitizing of enclosures.  To be corrected by: September 26, 2012.

---

| Prepared By: | CYNTHIA NEIS, C.S. | | |
|---|---|---|---|
| | CYNTHIA M NEIS, A C I | USDA, APHIS, Animal Care | Date: |
| Title: | ANIMAL CARE INSPECTOR | Inspector 1041 | Aug-22-2012 |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Aug-22-2012 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf



**3.131**    (a)

**SANITATION.**

Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors.

There is not a large volume of fresh fecal material present in the bear enclosure.  However, there is an excessive presence of animal waste, food waste, and bedding that has become compacted in with the substrate on top of the concrete foundation.  There is an excessive  presence of flies hovering over the enclosure floor.

Failure to adequately maintain this floor can increase disease risks, odor levels, and the presence of pests.

This flooring material must be dug out sufficiently or replaced to provide a clean environment for the bears.  To be corrected by:  February 20, 2013.  Until such time this can be completed, the facility shall continue with routine removal of animal and food waste.


**3.131**    (d)                    **REPEAT**

**SANITATION.**

Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

The facility has greatly improved its fly control program.  However, there is an excessive presence of flies in and around the bear enclosure.

The excessive presence of flies can increase disease risks.  It also fails to provide for the comfort and well being of the animals.

An comprehensive pest control program shall be developed and implemented.  It shall give consideration to cleaning and the maintenance of enclosures.

Records were not reviewed during this inspection.

This inspection and exit review were conducted in the presence of the Veterinary Medical Officer for Iowa, the partner identified below, and the undersigned inspector.

End of report.

| | | |
|---|---|---|
| **Prepared By:** | CYNTHIA NEIS, C.S. | |
| | CYNTHIA M NEIS, A C I   USDA, APHIS, Animal Care | **Date:** |
| **Title:** | ANIMAL CARE INSPECTOR   Inspector  1041 | Aug-22-2012 |
| **Received By:** | (b)(6),(b)(7)(c) | **Date:** |
| **Title:** | | Aug-22-2012 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf