# UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE
INVESTIGATIVE AND ENFORCEMENT SERVICES

## REPORT OF INVESTIGATION

**Case Number:** IA120008-AC

**Subject(s):** Pamela & Tom Sellner  
*(Contact Information)* D.b.a. Cricket Hollow Zoo  
1512 210th St.  
Manchester, IA 52057  
Phone (563) 927-6655  
www.crickethollowzoo.com

**Registered Agent:** Pamela Sellner  
1512 210th St.  
Manchester, IA 52057  
Phone (563) 927-6655

(b)(6), (b)(7)C

**Investigator:**
*(Contact Information)*

**Date of Report:** October 25, 2012

☒ **Substantiated allegation(s)**

☐ No violation(s)

☐ Insufficient evidence

☐ Fact finding

☐ Contains Confidential Business Information

FOR OFFICIAL USE ONLY
This document and its contents are not to be distributed outside your agency, or duplicated, without prior consent from USDA APHIS Investigative and Enforcement Services.

☒ Reviewer(s) _____

## SYNOPSIS

On 08/16/11, 12/0811, 05/1612, and 07/2912, routine inspections were conducted at Cricket Hollow Zoo (CHZ), a USDA licensed zoo facility, owned and operated by Pamela (P. SELLNER) and Tom Sellner (T. SELLNER). The inspections were conducted by USDA, Animal and Plant Health Inspection Service (APHIS), Animal Care (AC) Veterinary Medical Officer (VMO) and Animal Care Inspectors (ACIs) in order to monitor the licensee's compliance with the Animal Welfare Act (AWA) and its regulations and standards. During the inspections, the VMO and ACIs observed several non-compliances and documented them on inspection reports under the appropriate section of the regulations. CHZ failed to provide adequate veterinary care for an excessively thin baboon and to have a calico buck hooves trimmed. CHZ failed to provide an enclosure with a floor for one sheepdog, this shelter also fails to have a wind/rain break. CHZ failed to repair the divider in the Angora rabbit enclosure. CHZ failed to clean the rabbit enclosures. CHZ failed to refrigerate foodstuff allowing pest to accumulate. CHZ failed to provide adequate lighting throughout animal enclosures. CHZ failed to contain a baby baboon in the enclosure. CHZ failed to clean excessive accumulation of animal waste on perches. CHZ failed to maintain control of flies and mice in the non-human primate area. CHZ failed to provide adequate shelter for the camel to stand comfortably. CHZ failed to clean watering receptacles for the cavy, capybara and the bobcat. CHZ failed to clean excessive amounts of animal waste in several animal enclosures. CHZ failed to clean debris in the walkways of the back mammal housing area. CHZ failed to provide enough employees to maintain the facility. CHZ repeated failure to have four goats hooves trimmed. CHZ failed to repair the chain link fence in the dog enclosure. CHZ failed to water dogs on a regular basis. CHZ repeated failure to clean rabbit enclosures of excessive amount of animal waste. CHZ repeat failure to keep food stuffs from spoilage. CHZ failed to clean dirt, debris, and animal oils on the enclosures walls of the non-human primates. CHZ failed to repair a gap in the fence and the ground in the Santa Cruz sheep enclosure leaving wires exposed at the bottom. CHZ failed to have two enclosures housing the tigers do not have adequate kick-ins. CHZ failed to provide drainage in the Scottish Highlander area. CHZ failed to keep sheep out of hay feeders. CHZ repeated failure to keep several tiger and lions cage clean from excessive accumulation of animal waste. CHZ repeat failure to have an effective fly and fruit fly control program implemented. CHZ failed to clean the excessive buildup of dirt and debris in the dog enclosure. CHZ failed to maintain surfaces to be rust free in the main primate enclosure. CHZ repeated failure to clean excessive amounts of dirt, derbies, and animal oils on the panels that comprise the enclosure walls of the main non-human primate building. CHZ failed to maintain covers on two trash receptacles. CHZ repeated failure to clean garbage receptacles on a regular basis allowing pest and flies to gather. CHZ failed to shear or clean llamas, rabbit and sheep dog that are heavily matted. CHZ failed to clean non-human primate building in a matter to demonstrate proper husbandry practices. CHZ failed to clean the indoor part of the primate building. CHZ repeated failure to maintain pest control of flies and gnats in the educational building and repeated failure to have an effective fly control program.

Case 6:14-cv-02034-JSS    Document 70-15    Filed 10/16/15    Page 2 of 19
Case #C14-02034 JSS                        EXHIBIT 15 PAGE 0002

Case Number: IA120008-AC                                   Date: October 25, 2012

## BACKGROUND

### Subject(s) Information

P.SELLNER and T.SELLNER are husband and wife. The SELLNERS operate a dairy farm adjacent to CHZ. CHZ is currently licensed with USDA as an Exhibitor. Their license number is 42-C-0084 and their customer number is 5143. CHZ has been licensed with the USDA for approximately nine years. CHZ currently houses lions, tigers, bears, non-human primates, foxes, wolves, coyotes, reptiles, poultry and various domestic farm animals. Visitors pay an entrance fee and proceed on a self-guided tour. CHZ is a domestic non-profit corporation in the State of Iowa with a business number of 306754. The corporation was created on 01/13/05, and is currently active. P. SELLNER is the registered agent for the corporation.

### Subject(s) Previous History

*Prior Enforcement Actions*

The IES ITEMS system shows CHZ was previously involved in case IA11057-AC (Non-Investigative). Repeated failure to provide adequate veterinary care; repeated failure to construct and maintain the housing facilities structurally sound and in good repair; repeated failure to keep premises clean and in good repair; etc. Case IA11057-AC was closed with an Official Warning for Violations of Federal Regulations (APHIS 7060) being issued to CHZ on 05/26/11. Other history for CHZ exceeds the five year limit.

*Prior Adjudications*

N/A

## NARRATIVE

### Basis for Investigation

This investigation was requested by Dr. Robert Gibbens, USDA-APHIS-AC Western Regional Director, in his letter dated 04/09/12 (Exhibit 1). The request was made due to CHZ repeat chronic non-compliances since July 2010.

### Investigative Findings

### August 16, 2011

On 08/16/11, Veterinary Medical Officer (VMO) Heather Cole and Animal Care Inspector (ACI) Cynthia Neis conducted an inspection of the CHZ animal facility. ACI Neis completed an inspection report which documents CHZ failed to have a 30 year old Hamadryas baboon, showing signs of being thin, muscle loss and generalized hair loss, evaluated by the attending veterinarian. The report also documented that CHZ failed to trim the hooves of a calico buck. CHZ failed to provide a housing facility for a sheepdog with a floor and a wind/rain break at the entrance. CHZ failed to repair a rabbit enclosure where a divider separated from the wood supports exposing bare wires which protruded into the enclosure. CHZ failed to clean shelter boxes of the rabbit enclosures resulting in excessive accumulation of animal waste. CHZ failed to maintain open boxes of foodstuff in a refrigerated area, thus causing excessive flies and fruit flies to hover over the foodstuffs. CHZ failed to provide adequate lighting in the Ring-tailed lemur enclosure located in the reptile house. CHZ failed to have an enclosure that contained a one year old Hamadryas baboon. CHZ failed to clean and sanitize perches in the non-human primate building. CHZ failed to maintain an effective fly control program. All areas housing non-human primates, and most of the premises, had an excessive presence of flies. CHZ failed to provide a shelter from inclement weather for the camel. The camel had pushed its shelter off of the base. In doing so, the shelter was not tall enough to allow the camel to stand comfortably within the shelter. CHZ failed to clean and maintain water receptacles. There is an excessive presence of algae in the water receptacles belonging to the cavy, the capybara, and the bobcat. CHZ failed to clean enclosures. There is an excessive presence of animal waste in the following enclosures; bear, llama, kinkajou (educational center), African porcupine, and armadillo. CHZ failed to keep the premises (buildings and grounds) cleaned and in good repair. Boxes, empty feed bags, bags of feed, and open bags of feed are being stored in walkways at the back of the reptile building; none of which are maintained in an orderly fashion. CHZ failed to provide an effective fly control program. There is excessive presence of flies throughout the facility. CHZ failed to have sufficient number of adequately trained employees. The prior three inspection reports have documented a significant number of non-compliant items. The facility owners currently have other jobs and are the only ones doing the work at the regulated facility. Given consideration to the demands on the facility owners, the number of animals, the species of animals, and inspection history: it is apparent that there are not a sufficient number of employees at this facility (Exhibit 2). During the inspection, VMO Cole took numerous photographs which show: the baboon had signs of hair loss and being thin and the calico buck has excessively long hooves on its rear legs (Exhibit 3); the sheepdog enclosure does not have a floor, and lacks a wind break and rain break at the entrance of the shelter (Exhibit 4); the center divider in one of

the Angora rabbit boxes is in disrepair (Exhibit 5); all of the shelter boxes of the rabbit enclosures have an excessive accumulation of animal waste (Exhibit 6); improper storage of fruits and vegetables in non-refrigerated and open containers (Exhibit 7); a one year old Hamadryas baboon escaped from the primary enclosure (Exhibit 8); excessive feces on a perch belonging to the Red Ruffed Lemur (Exhibit 9); excessive presence of flies and fly waste in primate building (Exhibit 10); the shelter in the camel enclosure is off its base and is not of sufficient height to allow camel to remain in the shelter comfortably (Exhibit 11); excessive algae build up in water receptacles (Exhibit 12); excessive animal waste in the African porcupine, llama, bear, and civet enclosures (Exhibit 13); improper storage of equipment and discarded material (Exhibit 14); excessive fly waste on caging equipment (Exhibit 15); The USDA-APHIS-AC Western Regional Office provided a CD which contains the photographs taken during the 08/16/11 inspection (Exhibit 16).

## December 08, 2011

On 12/08/11, VMO Cole and ACI Neis conducted an inspection of the CHZ animal facility. ACI Neis completed an inspection report which documents CHZ failed to have at least four goats hooves trimmed; CHZ failed to repair a support rail in the dog enclosure; CHZ failed to maintain water for the dogs and keep the watering receptacles clean and free of debris; CHZ failed to keep the rabbit enclosures clean of animal waste and hair; CHZ failed to refrigerate foodstuffs to prevent spoilage; CHZ failed to clean dirt, debris and animal oils from the walls of enclosures in the nonhuman primate building and reptile building; CHZ failed to repair or replace the fence in the Santa Cruz sheep enclosure; CHZ failed to have proper drainage in the Scottish Highlander enclosure. The animals were forced to stand in the mud in order to drink and get to the hay; CHZ failed to clean animal waste from several animal enclosures throughout the facility; CHZ owners continue to have the same outside work obligations and have no additional employees. The current inspection report demonstrates that the work load continues to exceed staffing levels (Exhibit 21); During the inspection VMO Cole took photographs which show excessively long hooves on the goats (Exhibit 22); the structure in the dog enclosure acting as a sun and weather break is damaged and not structurally sound (Exhibit 23); the dogs had not been watered for 24 hours, and the water receptacle was excessively dirty (Exhibit 24); there is excessive presence of animal hair and waste in the rabbit enclosure (Exhibit 25); foodstuffs stored in open crates; (Exhibit 26); excessive presence of dirt, debris, and animal oils on the enclosure walls of the nonhuman primate enclosures (Exhibit 27); damaged bottom line of fence with sharp points exposed to animals and in the tiger enclosures the tops are missing on the cages (Exhibit 28); insufficient drainage in the Scottish highlander cattle enclosure (Exhibit 29); sheep standing in feeder contaminating their food supply (Exhibit 30); excessive presence of animal waste in the tiger and porcupine enclosures (Exhibit31); The USDA-APHIS-AC Western Regional Office provided a CD which contains the photographs taken during the 12/08/11 inspection (Exhibit 16).

## May 16, 2012

On 05/16/12, VMO Cole and ACI Neis conducted an inspection of the CHZ animal facility. ACI Neis completed an inspection report which documents CHZ failed to clean the dog enclosure of dirt and debris on the exterior and interior surfaces; CHZ failed to maintain rusty surfaces in the main primate building; CHZ failed to clean the dirt, debris and animal oils from the wall in the main primate building; CHZ failed maintain garbage receptacles in the educational center; CHZ failed to empty garbage receptacles in the educational center without cover on them. There is an excessive presence of gnat like insects and flies in the area (Exhibit 32); During the inspection VMO Cole took photographs showing excessive buildup of dirt and debris on surfaces of shelters (Exhibit 33); there is excessive rust on the animal enclosures in the main primate building (Exhibits 33 backside & 34); There is an excessive build of dirt, debris, and animal oils on enclosures (Exhibit 34); The USDA-APHIS-AC Western Regional Office provided a CD which contains the photographs taken during the 05/16/12 inspection (Exhibit 16).

## June 29, 2012

On 06/29/12, ACI John Lies conducted an inspection of the CHZ animal facility. ACI Lies completed an inspection report which documents CHZ failed to maintain matted coats on llamas, rabbit and sheep dog; CHZ failed to clean dirt, debris, spider webs, and old foodstuffs in the nonhuman primate building; CHZ failed to store foodstuffs in a manner that protects it from possible contamination and vermin infestation in the nonhuman primate building; CHZ failed to clean the primate enclosure of food and animal waste; CHZ failed to have garbage containers with lids on them in the educational center; CHZ has a fly control problem in the animal buildings and needs to establish an effect control program (Exhibit 35); During the inspection ACI Lies took photographs showing Llama, rabbits and a sheep dog with matted coats (Exhibit 36); old bedding, dirt, and feces, in nonhuman primate building (Exhibit 37); an open box of food in the primate area attracting flies (Exhibit 38); food and animal waste inside of primate enclosure (Exhibit 39); and an open garbage receptacle in the educational center (Exhibit 40).

On 07/10/12, (b)(6), (b)(7)C was interviewed by Investigator (b)(6), (b) . (b)(6), explained that he had gone to the SELLNER'S facility 08/24/11, and met with ACI Neis. They did a walk-through of the facility to inspect the welfare of the animals. He looked at the 30 year old baboon named Salima. He recommended the SELLNER'S do the best they could for her, as she was getting very old (Exhibit 17). (b)(6), provided copies of service call records listing; COMMENTS: Walk through (b)(6), y USDA inspects animals- all healthy (Exhibit 18) and (b)(6), (b)(7)C invoice number 84167 showing billing for the call (Exhibit 19).

On 07/11/12, P. SELLNER was interviewed by Investigator (b)(6),. P. SELLNER provided an affidavit and stated her responses to the August 16, 2011 inspection report. P. SELLNER stated the baboon had died in December 2011 and was buried on the farm. She explained that the animal's age accounted for its condition. P. SELLNER did have the baboon checked by her attending veterinarian (b)(6), (b)(7)C . She confirmed that they trimmed the goats and sheep hooves shortly after the inspection. P. SELLNER stated they added a different dog shelter and turned the shelter to face the

adjacent building per ACI suggestion. She stated that they re-enforced the rabbit boxes with metal braces; P. SELLNER explained that volunteers from the local town clean the rabbit boxes on a regular basis (Thursday and Friday). P. SELLNER stated They added new refrigerators and containers to the nonhuman primate areas to store the foodstuffs; she stated that in the lemur house she added a new light to the enclosure. P. SELLNER explained that the baby baboon could squeeze through the enclosure so she put a top on it shortly after the inspection. The baboon has since grown and can't fit though anymore. She stated that the macaques enclosure has been scrubbed and cleaned on a regular basis. They are going to clean the floors after they finish painting the area. P. SELLNER stated that the mouse problem is under control as they set out poison and traps, she added they are still working on the fly issue and are currently using fly sticky strips and Golden Malrin. She mention that they are going to contract their veterinarian for advise per USDA suggestion. P. SELLNER stated that the camel has been moved to a new location and has a shelter that allows it to stand comfortably. P. SELLNER stated that to prevent algae growth in the water receptacles they put up a shade block. P. SELLNER stated that in the educational center they cleaned and painted the walls and is trying to do a better job of daily cleaning. She stated that they put in refrigerators and moved the empty feed bags into the storage area in the reptile building. P. SELLNER again stated that the fly problem is something they are working on and they are going to contact their veterinarian to remedy the issue. She explained that hiring more employees is not economical. She mentioned that they hired an intern and also part-time help which take a little pressure off. P. SELLNER pointed out that they had installed automatic waters and different types of feeders which have helped reduce man hours.

In response to the 12/0811, inspection report, P. SELLNER stated they trimmed all of the animals with long hooves and will be adding rocks to the pens. She stated that they repaired the supporting bar in the dog enclosure. P. SELLNER stated that they installed automatic waters in the dog enclosures. She explained that they clean the rabbit enclosures by using a torch to remove the animal hair and they have kids who volunteer to clean the rabbit boxes. P. SELLNER stated they made a new room to store the food in the non-human primate housing area. She stated that the baboon enclosure has been cleaned and painted, and that this is a work in progress. They intend to paint over the rust spots and scrub the ceiling as well. P. SELLNER stated they put telephone poles along the bottom of the fence for re-enforcement in the Santa Cruz sheep enclosure, and they also put a top on the tiger enclosure. She explained that they moved all of the Scottish Highlander cattle out of the pen and let it dry out. They also added lime stone to the pen, re-did the hay feeder, filled in the low spots, and installed an automatic watering system. P. SELLNER stated the cattle now have new hay feeders as they replaced the old ones with larger hay feeders. She has requested advice on how to prevent the sheep and goats from getting into the feeders. She stated that they try to clean the animal cages once or twice a week. She stated that in the educational center they built a new room for food preparation and storage. She stated that the employee issue was the same as before in that it is not cost effective.

In response to the 05/1612, inspection report, P. SELLNER stated the cleaned the dog enclosure shortly after the inspection. She stated they have obtained all of the materials needed to paint the main primate building and plan on getting done the following weekend. P. SELLNER stated that the main primate building they will scrub the ceiling and paint to clean the area up. She stated that they replaced the garbage containers in the educational center and they now have lids on the containers (Exhibit 20).

On 07/30/12, P. SELLNER was interviewed by Investigator Booth. P. SELLNER provided an affidavit and stated her responses to the 07/29/12 inspection report, P. SELLNER stated she hired a private person to shear the llama, the rabbits were cleaned and moved to the farm and she cleaned the dog up herself. She stated that in the nonhuman primate building they cleaned and removed the debris. She stated that in the nonhuman primate building they changed out refrigerators and made room to put crates in. P. SELLNER stated that the primate enclosure and been cleaned and repainted. She stated that in the educational center they have removed the recycling container and have taken care of the flies; she explained that her veterinarian (b)(6), provided her with fly control bait and it has controlled the flies (Exhibit 41).

These findings substantiate the following alleged violation(s):

### 9 C.F.R. §2.40(b)(2) Attending Veterinarian and Adequate Veterinary Care.
On 08/16/11, CHZ failed to have a 30 year old Hamadryas baboon evaluated and failed to have a calico buck goat hooves trimmed. On 12/08/11, CHZ failed to have four goats hooves trimmed. On 06/29/12, CHZ failed to maintain the hair coats of the llamas, an Angora rabbit and one sheep dog. Failure to establish and follow an adequate program of veterinary care can cause harm and distress to the animals and affect their health and well-being. This standard specifies that each dealer shall establish and maintain a program of adequate veterinary care that includes the use of appropriate methods to prevent injuries, control, diagnose, and treat diseases and injuries.

### 9 C.F.R. §3.1(a) Housing Facilities, General.
On 12/08/11, it was determined that CHZ failed to maintain a structurally sound enclosure. It was documented that a support rail in the dog enclosure was broken and bowed into the enclosure. This standard specifies that housing facilities for dogs must be designed and constructed so that they are structurally sound.

### 9 C.F.R. §3.4(b)(3) Outdoor Housing Facilities.
On 08/16/11, it was determined that CHZ failed to provide a housing shelter which contained a wind/rain break from the elements. It was documented that the licensee was using a shelter to house the sheepdog which did not have the required wind/rain break. This standard specifies that shelters in outdoor facilities must contain a floor and be provided with a wind/rain break in order to protect the animals from the elements.

### 9 C.F.R. §3.10 Watering.
On 12/08/11, it was determined that CHZ failed to keep water receptacles in a clean and sanitized manner, and failed to provide potable water. It was documented that water receptacles were empty at the time of inspection, and had an excessive presence of dirt and debris in them. This standard specifies that potable water is continually available to the dogs and that receptacles must be kept cleaned and sanitized. .

### 9 C.F.R. §3.11(b)(2) Cleaning, Sanitization, Housekeeping, and Pest Control.
On 05/16/12, it was determined that CHZ failed to properly clean and sanitize the shelters in the dog enclosure. It was documented that there was excessive build-up of dirt and debris on the interior and exterior surfaces of the shelters. This standard specifies that the primary enclosure must be cleaned and sanitized at least once every two weeks.

### 9 C.F.R. §3.53(a)(1) Primary Enclosures.
On 08/16/11, CHZ failed to provide an enclosure for one Angora rabbit box that is structurally sound and maintained in good repair. This standard specifies that primary enclosures shall be structurally sound and maintained in good repair.

### 9 C.F.R. §3.56(a)(1) Sanitation.
On 08/16/11 and 12/08/11, CHZ failed to clean and maintain shelter boxes for the rabbit enclosures. This standard specifies that primary enclosures shall be kept reasonably free of excreta by periodic cleaning.

### 9 C.F.R. §3.75(b) Housing Facilities, General.
On 06/29/12, CHZ failed to clean and maintain the inside of the non-human primate building and the back of the bird/reptile house. This standard specifies that housing facilities, and areas used for storing animal food or bedding must be free of any accumulation of trash, waste material, junk, weeds and other discarded materials.

### 9 C.F.R. §3.75(e) Housing Facilities, General.
On 08/16/11, 12/08/11 and 06/29/12, CHZ failed to protect foodstuff from spoilage and contamination in the non-human primate housing area. This standard specifies that supplies of food must be stored in a manner that protects the supplies from spoilage.

### 9 C.F.R. §3.75(c)(i) Housing Facilities, General.
On 05/16/12, it was determined that CHZ failed to maintain surfaces free of excessive rust. It was documented that excessive rust was present on all the primary enclosures in the main primate building. This standard specifies that any surfaces that come into contact with non-human primate must be free of excessive rust that prevents the required cleaning and sanitization.

### 9 C.F.R. §3.77(c) Sheltered Housing Facilities.
On 08/16/11, CHZ failed to provide lighting sufficient for a Ring-tail Lemur's well-being. This standard specifies that shelter housing facilities must be lighted well enough to permit routine inspection and cleaning of the facility.

### 9 C.F.R. §3.80(a)(2)(iii) Primary Enclosures.
On 08/16/11, CHZ failed to maintain an enclosure in such a manner that contains a one year old baboon. This standard specifies that primary enclosures must be constructed so they contain the non-human primate securely and prevent accidental opening of the enclosure.

### 9 C.F.R. §3.84(a) Cleaning, Sanitization, Housekeeping, and Pest Control.
On 08/16/11 and 06/29/12, CHZ failed to clean and maintain a macaques perch on a regular basis. This standard specifies that excreta and food waste must be removed from each indoor enclosure daily and as often as necessary to prevent an excessive accumulation.

### 9 C.F.R. §3.84(b)(2) Cleaning, Sanitization, Housekeeping, and Pest Control.
On 12/08/11 and 05/16/12, CHZ failed to clean the excessive presence of dirt, debris, and animal oils on the enclosure walls of the nonhuman primates' house in the reptile building. This standard specifies that indoor primary enclosures must be sanitized at least once every two weeks and as often as necessary to prevent an excessive accumulation of dirt, debris, waste, food waste, excreta, or disease hazard.

### 9 C.F.R. §3.84(d) Cleaning, Sanitization, Housekeeping, and Pest Control.
On 08/16/11, CHZ failed to have an effective program to control flies and mice in the non-human primates housing. This standard specifies that an effect pest control program be established and maintained so as to promote the health and well-being of the animals.

### 9 C.F.R. §3.125(a) Facilities, General.
On 12/08/11, CHZ failed to maintain the fence in the Santa Cruz sheep enclosure. CHZ failed to have adequate kick-ins in the tiger enclosures. This standard specifies that the facility must be constructed of such material and such strength as appropriate for the animals involved.

### 9 C.F.R. §3.125(d) Facilities, General.
On 05/16/12 and 06/29/12, CHZ failed to maintain garbage receptacles in the educational center. This standard specifies that provision shall be made for the removable and disposal of animal and food waste.

### 9 C.F.R. §3.127(b) Facilities, Outdoors.
On 08/16/11, CHZ failed to maintain a shelter tall enough to allow the camel to stand comfortably within the shelter. This standard specifies that artificial shelters be appropriate to the local climatic conditions for the species concerned and shall be provided for all animals kept outdoors to afford them protection and to prevent discomfort to such animals.

### 9 C.F.R. §3.127(c) Facilities, Outdoors.
On 12/08/11, CHZ failed to maintain the enclosure housing the Scottish Highlander cattle to be free of water and mud. The cattle are standing in mud in order to drink and walk through it to get to the hay. This standard specifies that drainage be a suitable method to allow excess water to drain.

### 9 C.F.R. §3.129(b) Feeding.
On 12/08/11, CHZ failed to provide feeding receptacles for sheep and Scottish Highlander cattle in a manner that prevents contamination of the food supply to the animals. This standard specifies that food receptacles shall be used as to minimize contamination.

### 9 C.F.R. §3.130 Watering.
On 08/16/11, it was determined that CHZ failed to provide clean and sanitary water receptacles for the cavy, the capybara, and the bobcat. It was documented that an excessive presence of algae was in the water receptacles. This standard specifies that water receptacles must be cleaned and maintained.

### 9 C.F.R. §3.131(a) Sanitation.
On 08/16/11 and 12/08/11, CHZ failed to clean multiple animal enclosures throughout the facility. This standard specifies that enclosures must be cleaned and maintained on a regular basis.

### 9 C.F.R. §3.131(c) Sanitation.
On 08/16/11, CHZ failed to maintain open boxes of produce in the walkways of the back mammal housing area. In the same building there are boxes, empty feed bags, bags of feed, and open bags of feed; none of which are maintained in an orderly fashion. This standard specifies that premises shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart.

### 9 C.F.R. §3.131(d) Sanitation.
On 08/16/11, 12/08/11, 05/16/12 and 06/29/12, CHZ failed to have an effective fly control program throughout the facility. The presence of flies can increase disease risks. It also does not provide for the comfort of the animals. There is also an excessive presence of gnat like insects. This standard specifies that a safe and effective program for the control of insects be established and maintained.

### 9 C.F.R. §3.132 Employees.
On 08/16/11 and 12/08/11, CHZ failed to have a sufficient number of adequately trained employees. The prior three inspection reports have documented a significant number of noncompliant items. The facility owners currently have other jobs and are the only ones doing work at the regulated facility. This standard specifies that a sufficient number of adequately trained employees shall be utilized to maintain the professionally acceptable level of husbandry practices set forth in this subpart.


These findings indicate that the evidence does not support a violation of the following section(s):

N/A

### MITIGATING AND/OR AGGRAVATING FACTORS

The P. SELLNER was cooperative during the investigative process and demonstrated a willingness to comply with the AWA.

### ADDITIONAL INFORMATION

Copies of APHIS 7003 & 7007 Forms and License Certificates document that CHZ is licensed with USDA as a Class C Exhibitor with the license number of 42-C-0084 and customer number 5143 (Exhibit 42).

On May 26, 2011, USDA-APHIS-AC issued an APHIS Form 7060 Official Warning, for violations of Federal Regulations to CHZ. These violations were documented during USDA inspections conducted on the dates of 02/16/11, 11/22/10, and 07/29/10 (Exhibit 43).

In December 2006, USDA-APHIS-AC issued a Settlement Agreement for $4,035, for violations of Federal Regulations to CHZ. These violations were documented for USDA case number IA06043-AC (Exhibit 44).

On December 15, 2004, USDA-APHIS-AC issued an APHIS Form 7060 Official Warning, for violations of Federal Regulations to CHZ. These violations were documented during USDA inspections conducted on the dates of 08/26/04, 10/20/04 (Exhibit 45).

On June 30, 2011, July 25, 2011 and September 06, 2011, USDA-APHIS-AC received complaints from the general public about the conditions at CHZ (Exhibit 46).

On June 28, 2012, Iowa Department of Agriculture and Land Stewardship (IDALS) received a complaint from the general public about the conditions at CHZ (Exhibit 47).

On July 30, 2012 (b)(6), (b)(7)C   (IDALS) Compliance Investigator completed a welfare check of CHZ with USDA-APHIS-AC- Neis. (b)(6), (b) completed an IDALS Compliance Report to document the inspection (Exhibit 48).

A copy of (b)(6), (b)(7)C     PC welfare check documents the walk thru of CHZ that (b)(6), did on July 16, 2012 (Exhibit 49).

A copy of an email received from SELLNER documenting the extra security they put in place do to the harassment of emails from animal activist groups (Exhibit 50).

A copy of Delaware County Sheriff Office Report, documenting a welfare check at CHZ from a complaint they received. (b)(6), (b)(7)C   advised that all animals had water and shelter (Exhibit 51).

Case Number: IA120008-AC					Date: October 25, 2012

Copy of Delaware County Sheriff Office Report, showing suspicious activity at CHZ. This activity was called in by SELLNER. Deputy Welcher advised ladies at CHZ were taken unusual pictures of the facility and asking lots of questions (Exhibit 52).

Copies of emails submitted to USDA, that CHZ received from animal activist on Facebook. (Exhibit 53).

Copy of an email submitted to USDA, from Dr. Eiben IDALS, showing support of the issues at CHZ (Exhibit 54).

Copies of filed documents with the Iowa Secretary of State's office document the non-profit corporation status and information of CHZ (Exhibit 55).

| WITNESS LIST                                                      |||
| *Provide First, MI and Last Name with Complete Address*           |||
| **Name** | **Title** | **Address / Phone Number** |
| (b)(6), (b)(7)C | Senior Investigator | USDA-APHIS-IES<br>2150 Centre Avenue<br>Bldg. (b)(6),<br>Fort Collins, CO 80526<br>(b)(6), (b)(7)C |
| (b)(6), (b)(7)C | Veterinary Medical Officer | USDA-APHIS-AC<br>2150 Centre Avenue<br>Bldg. (b)(6),<br>Fort Collins, CO 80526<br>(b)(6), (b)(7)C |
| (b)(6), (b)(7)C | Animal Care Inspector | USDA-APHIS-AC<br>2150 Centre Avenue<br>Bldg. (b)(6),<br>Fort Collins, CO 80526<br>(b)(6), (b)(7)C |
| (b)(6), (b)(7)C | Animal Care Inspector | USDA-APHIS-AC<br>2150 Centre Avenue<br>Bldg. (b)(6),<br>Fort Collins, CO 80526<br>(b)(6), (b)(7)C |
| (b)(6), (b)(7)C | Attending Veterinarian | (b)(6), (b)(7)C |
| (b)(6), (b)(7)C | Area Manager | USDA-APHIS-IES<br>2150 Centre Avenue<br>(b)(6), (b)(7)C<br>Fort Collins, CO 80526<br>(b)(6), (b)(7)C |
| (b)(6), (b)(7)C | Office Support | USDA-APHIS-IES<br>2150 Centre Avenue<br>(b)(6), (b)(7)C<br>Fort Collins, CO 80526<br>(b)(6), (b)(7)C |
| (b)(6), (b)(7)C | Deputies | Delaware County Sheriff Office<br>304 East Delaware Street<br>Manchester, IA 52057<br>(563) 927-<br>www.co.delaware.ia.us/ |

Case Number: IA120008-AC                                    Date: October 25, 2012

## CASE REPORT DISTRIBUTION (cc)

### Program Official(s)

Dr. Robert M. Gibbens
Western Regional Director
USDA-APHIS-AC
2150 Centre Avenue
Bldg. B-3W11
Fort Collins, CO 80526
(970) 494-7478

### IES Manager(s)

Larry Carson
USDA-APHIS-IES
2150 Centre Avenue
Bldg. B-3W10
Fort Collins, CO 80526
(970) 494-7485

## CASE UPDATES

### Program Official(s)

Dr. Robert M. Gibbens
Western Regional Director
USDA-APHIS-AC, CO

### Primary Investigator
(b)(6), (b)(7)C

### IES Area Manager
(b)(6), (b)(7)C

### IES Deputy Regional Director
(b)(6), (b)(7)C

### IES Regional Director
(b)(6), (b)(7)C

Case Number: IA120008-AC                                          Date: October 25, 2012

## EXHIBIT LIST

| Exhibit # | Description | Date | Total Pages |
|---|---|---|---|
| 1 | Investigation Request letter from Dr. Robert Gibbens. | 04/09/12 | 1 |
| 2 | Copy of USDA-APHIS-AC inspection report. | 08/16/11 | 6 |
| 3 | Photographs showing Hamadryas baboon and long hooves on a goat. | 08/16/11 | 10 |
| 4 | Photographs showing no floor or wind and rain break. | 08/16/11 | 2 |
| 5 | Photograph showing excessive presence of rabbit waste. | 08/16/11 | 1 |
| 6 | Photographs showing excessive presence of hair and animal waste. | 08/16/11 | 4 |
| 7 | Photograph showing improper storage of foodstuffs. | 08/16/11 | 1 |
| 8 | Photographs showing an escaped baboon. | 08/16/11 | 3 |
| 9 | Photographs showing excessive build-up of animal waste. | 08/16/11 | 4 |
| 10 | Photographs showing excessive presence of fly and fly waste. | 08/16/11 | 2 |
| 11 | Photographs showing camel shelter knocked from it base. | 08/16/11 | 2 |
| 12 | Photographs showing excessive algae build-up in water receptacles. | 08/16/11 | 6 |
| 13 | Photographs showing excessive animal waste. | 08/16/11 | 12 |
| 14 | Photographs showing improper storage. | 08/16/11 | 4 |
| 15 | Photographs showing excessive fly waste. | 08/16/11 | 1 |
| 16 | Copy of CD containing photos of CHZ. | 04/24/12 | 1 |
| 17 | Original declaration by Investigator (b)(6), | 07/10/12 | 1 |
| 18 | Copy of (b)(6), r report by (b)(6), | 08/24/11 | 1 |
| 19 | Copy of (b)(6), (b)(7)C c invoice #84167. | 08/25/11 | 1 |
| 20 | Original APHIS Form 7162 affidavit by Pamela Sellner. | 07/11/12 | 13 |
| 21 | Copy of USDA-APHIS-AC inspection report. | 12/08/11 | 5 |

| 22 | Photographs showing excessively long hooves. | 12/08/11 | 2 |
| --- | --- | --- | --- |
| 23 | Photographs showing damage and the structure are not sound. | 12/08/11 | 2 |
| 24 | Photographs showing dogs not being watered and excessively dirty. | 12/08/11 | 3 |
| 25 | Photographs showing excessive presence of animal waste. | 12/08/11 | 4 |
| 26 | Photographs showing foodstuffs stored in open containers. | 12/08/11 | 4 |
| 27 | Photographs showing excessive presence of dirt, debris, and animal oils. | 12/08/11 | 4 |
| 28 | Photographs showing damage fence and tiger enclosures without tops on them. | 12/08/11 | 5 |
| 29 | Photographs showing cattle standing in mud. | 12/08/11 | 3 |
| 30 | Photograph showing sheep standing in feeders. | 12/08/11 | 1 |
| 31 | Photographs showing excessive presence of animal waste. | 12/08/11 | 5 |
| 32 | Copy of USDA-APHIS-AC inspection report. | 05/16/12 | 3 |
| 33 | Photographs showing excessive build-up of dirt and debris. | 05/16/12 | 2 |
| 34 | Photographs showing excessive rust. | 05/16/12 | 5 |
| 35 | Copy of USDA-APHIS-AC inspection report. | 06/29/12 | 3 |
| 36 | Photographs showing long matted hair. | 06/29/12 | 9 |
| 37 | Photographs showing old bedding, dirt, and feces. | 06/29/12 | 7 |
| 38 | Photographs showing open box of foodstuff. | 06/29/12 | 1 |
| 39 | Photographs showing food and animal waste. | 06/29/12 | 2 |
| 40 | Photographs showing open garbage receptacles. | 06/29/12 | 2 |
| 41 | Original APHIS Form 7162 affidavit by Pamela Sellner. | 07/30/12 | 3 |
| 42 | Copies of application and licensee for CKZ. | 2009-2012 | 6 |
| 43 | Copy of letter and 7060 issued to CHZ. | 05/26/11 | 3 |
| 44 | Copy of letter and Settlement Agreement issued to CHZ. | 2006 | 2 |
| 45 | Copy of letter and 7060 issued to CHZ. | 2004 | 3 |

| 46 | Copies of complaint letters submitted to USDA-APHIS-AC. | 2011 | 10 |
| 47 | Copies of complaint letter and emails submitted to USDA. | 06/28/12 06/29/12 | 16 |
| 48 | Copy of IDALS Compliance Report. | 07/30/12 | 28 |
| 49 | Copy of Elkader Veterinary Clinic report. | 07/16/12 | 1 |
| 50 | Copy of email submitted to USDA. | 07/21/12 | 1 |
| 51 | Copy of Delaware Co. Sheriff's report. | 06/28/12 | 2 |
| 52 | Copy of Delaware Co. Sheriff's report. | 07/22/12 | 3 |
| 53 | Copies of emails submitted to USDA from CHZ. | 07/29/12 | 13 |
| 54 | Copy of email submitted to USDA from IDALS. | 07/29/12 | 1 |
| 55 | Original business entity summary from Iowa Secretary of State for CHZ. | 08/08/12 | 3 |