

United States Department of Agriculture
Animal and Plant Health Inspection Service

334121530590021  insp_id

# Inspection Report

PAMELA SELLNER
TOM SELLNER

Customer ID: **5143**
Certificate: **42-C-0084**
Site: **001**

TOM & PAMELA SELLNER

CRICKET HOLLOW ZOO
1512 210TH STREET

Type: ROUTINE INSPECTION
Date: Nov-26-2012

MANCHESTER, IA 52057

**3.1   (a)**
**HOUSING FACILITIES, GENERAL.**

(a) Structure; construction. Housing facilities for dogs and cats must be designed and constructed so that they are structurally sound. They must be kept in good repair, and they must protect the animals from injury, contain the animals securely, and restrict other animals from entering.

There is a section of chain-link fence placed on top of the dog enclosure. The chain-link has two sheets of plywood laying on top of it for a sun screen and weather break. The support rail on the chain link fence panel, towards the center of the enclosure, is broken. The broken rail along with the weight of the plywood is making the whole unit bow down into the enclosure. This is not structurally sound and poses an injury hazard to the dogs. There are two dogs in this enclosure. The top of the enclosure must be repaired or replaced so that it is structurally sound.

To be corrected by:  December 10, 2012

**3.75   (c)   (3)**
**HOUSING FACILITIES, GENERAL.**

(3) Cleaning. Hard surfaces with which nonhuman primates come in contact must be spot-cleaned daily and sanitized in accordance with Sec. 3.84 of this subpart to prevent accumulation of excreta or disease hazards. If the species scent mark, the surfaces must be sanitized or replaced at regular intervals as determined by the attending veterinarian in accordance with generally accepted professional and husbandry practices.... All other surfaces of housing facilities must be cleaned and sanitized when necessary to satisfy generally accepted husbandry standards and practices. Sanitization may be done by any of the methods provided in Sec. 3.84(b)(3) of this subpart for primary enclosures.

In the back of the "reptile house" there are two lemurs and one capuchin. There are cobwebs within the enclosures and the majority of the enclosure walls and objects (perches, branches, shelters) within the enclosures have a build-up of dark brown/black grime. Failure to properly clean and sanitize primary

| | | | |
|---|---|---|---|
| **Prepared By:** | HEATHER COLE, V M O | | |
| | HEATHER COLE, D.V.M          USDA, APHIS, Animal Care | | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector 6026 | | Nov-30-2012 |
| **Received By:** | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Nov-30-2012 |

Case 6:14-cv-02034-JSS   Document 79-16   Filed 10/16/15   Page 3 of 64   EXHIBIT 16 PAGE 0001

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf



enclosures can lead to disease hazards for the animals. All hard surfaces with which nonhuman primates come in contact must be cleaned and sanitized to prevent an accumulation of dirt, debris, food waste, excreta, and other disease hazards.

To be corrected by: December 10, 2012

## 3.83
**WATERING.**

Potable water must be provided in sufficient quantity to every nonhuman primate housed at the facility. If potable water is not continually available to the nonhuman primates, it must be offered to them as often as necessary to ensure their health and well-being, but no less than twice daily for at least 1 hour each time, unless otherwise required by the attending veterinarian, or as required by the research proposal approved by the Committee at research facilities. Water receptacles must be kept clean and sanitized in accordance with methods provided in Sec. 3.84(b)(3) of this subpart at least once every 2 weeks or as often as necessary to keep them clean and free from contamination. Used water receptacles must be sanitized before they can be used to provide water to a different nonhuman primate or social grouping of nonhuman primates.

There is a build-up of algae within the water bottles on two enclosures in the "education center". The enclosures each contain one bush baby. Failure to clean water bottles can be a health hazard for the animals. All water bottles must be kept clean and sanitized at least once every two weeks or as often as necessary to keep them clean and free from contamination.

To be corrected by: December 3, 2012

## 3.131    (a)
**SANITATION.**

(a) Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors.

Within the "Education center" there is a build-up of feces and urine soaked bedding in the back, left corner and in several large areas throughout the capybara enclosure. There is caked, wet sawdust bedding and/or feces and urine soaked bedding covering nearly the entire floor of the porcupine enclosure and the floor and shelves within the enclosure housing the two fennec foxes.

All of the bedding within the shelter for the Meishan pigs (2 adults and 3 piglets) is wet and soiled with feces and/or mud. The feces/mud soiled bedding covers the entire floor of the shelter. As a result, there is no clean, dry area within the shelter for the pigs to walk or rest.

There is a large accumulation of feces within two of the tiger enclosures and two of the lion enclosures. There are large piles of feces in the corners and smaller piles scattered throughout each enclosure.

| | | |
|---|---|---|
| **Prepared By:** | HEATHER COLE, V M O | |
| | HEATHER COLE, D.V.M   USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | Nov-30-2012 |
| **Received By:** | (b)(6),(b)(7)(c) | Date: |
| Title: | | Nov-30-2012 |



United States Department of Agriculture
Animal and Plant Health Inspection Service

334121530590021  insp_id

HCOLE

# Inspection Report

Within the "reptile house", there is a build-up of dirt and/or dark brown/black grime on the inside walls and objects (branches, perches, shelters) within both the kinkajou enclosure and the coatimundi enclosure.

Failure to clean animal enclosures, remove animal waste and/or remove wet, soiled bedding can lead to health hazards, pests and odors. Primary enclosures shall be cleaned and excreta and wet bedding shall be removed in order to prevent contamination of the animals contained therein and to minimize disease hazards, pests and odors.

To be corrected by: December 10, 2012

There is still an excessive presence of animal waste, food waste, and bedding that has become compacted on top of the concrete foundation within the enclosure housing two bears. Failure to clean enclosures can increase disease risks, odor levels, and the presence of pests. This flooring material must be dug out sufficiently or replaced to provide a clean environment for the bears. This non-compliant item is still within the correction deadline of February 20, 2013 provided on the August 20, 2012 inspection report. Until such time this can be completed, the facility shall continue with routine removal of animal and food waste.

**3.131       (c)**
**SANITATION.**

(c) Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

Within the "education center", there is a large amount of dust, dirt, and cobwebs on the walls, ceiling and floor in the room housing the wallaby, Patagonian cavy and capybara.

Within the feed storage room in the "education center" there is a large collection of clutter and other unused items, such as tools and old/unused husbandry items, on the shelves next to the freezers and boxes of fruit and vegetables. There is a thick layer of dust, dirt and/or cobwebs covering the clutter, unused items and shelves.

The building and grounds areas need to be kept clean and free of debris and clutter in order to protect the animals from injury, facilitate husbandry practices, and eliminate pest breeding grounds. The premises, including buildings and grounds, needs to be cleaned, clutter needs to be removed and a routine schedule for cleaning needs to be established.

To be corrected by: December 26, 2012

| | | | |
|---|---|---|---|
| Prepared By: | HEATHER COLE, V M O | | |
| Title: | HEATHER COLE, D.V.M  USDA, APHIS, Animal Care<br>VETERINARY MEDICAL OFFICER Inspector 6026 | Date: | Nov-30-2012 |
| Received By: | (b)(6),(b)(7)(c) | Date: | Nov-30-2012 |
| Title: | | | |


Records not inspected at this time.

Inspection and exit interview conducted with the owner, Cynthia Neis, CS and Heather Cole, VMO.

| | | |
|---|---|---|
| **Prepared By:** | HEATHER COLE, V M O | |
| | HEATHER COLE, D.V.M    USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector 6026 | Nov-30-2012 |
| **Received By:** | (b)(6),(b)(7)(c) | **Date:** |
| **Title:** | | Nov-30-2012 |