
United States Department of Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Avenue
Building B, 3W11
Fort Collins, CO
80526
Phone: 970/494-7478
Fax: 970/494-7461

August 29, 2013

Pamela Sellner
1512 210th Street
Manchester, IA 52057

Dear Ms. Sellner:

I write in reply to your further appeal of three citations from the inspection report dated June 12, 2013. Each citation is addressed individually below.

With regard to the citation of Section 3.127(c), Drainage: as requested, copies of photographs showing the noncompliance are included below:



The citation of this noncompliance on the inspection report states: *"The cattle must walk through the water and mud in order to access the food and water receptacles in the enclosure. The cattle were observed to sink in the mud almost to the level of their 'knees' as they walked in this area. Their coats were muddy along the entire length of their legs and on the undersides of their abdomens."* The photographs clearly depict the noncompliance as described.

With regard to the citation of Section 3.10, Watering: photographic evidence depicts a buildup of green material (as stated on the inspection report) as opposed to a "slight green color."

An Equal Opportunity Provider and Employer

Case #

Case 6:14-cv-02034-JSS   Document 70-21   Filed 10/16/15   Page 1 of 2   EXHIBIT 12 PAGE 0001

With regard to the citation of Section 2.40(b) (2), Attending Veterinarian and Adequate Veterinary Care: I am glad to hear that subsequent to our inspection, you had your veterinarian evaluate the nonhuman primate, Cynthia. Further, I am glad to hear that she is improving and "looks good right now." Please note that if you had contacted your veterinarian at the time the condition needed veterinary attention, as opposed to after our inspector identified said condition during the inspection, a citation would not have been written.

Based on the information above, the three appealed citations will remain on the inspection report as written.

With regard to your question "how good is good enough": the standards of the Animal Welfare Act do not represent or create an expectation of perfection; they are considered to be the minimum standards that must be met by regulated facilities in order to be in compliance. Most regulated facilities exceed those standards, but that is not required. However, full compliance with the minimum standards is required and expected.

If you have additional information you wish to be considered, please forward it to the address provided. If we do not hear from you within 30 days, the original inspection report will be posted online at that time. Thank you for your interest in the welfare of animals.

Sincerely,

Robert M. Gibbens, DVM
Director, Western Region
USDA, APHIS, Animal Care