# Inspection Report

Pamela Sellner
Tom Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**

Certificate: **42-C-0084**

Site: 001

TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION

Date: Sep-25-2013

---

**3.75**  (c)  (3)          **REPEAT**

**HOUSING FACILITIES, GENERAL.**

(3) Cleaning. Hard surfaces with which nonhuman primates come in contact must be spot-cleaned daily and sanitized in accordance with Sec. 3.84 of this subpart to prevent accumulation of excreta or disease hazards. If the species scent mark, the surfaces must be sanitized or replaced at regular intervals as determined by the attending veterinarian in accordance with generally accepted professional and husbandry practices. Floors made of dirt, absorbent bedding, sand, gravel, grass, or other similar material, and planted enclosures must be raked or spot-cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta. Contaminated material must be removed or replaced whenever raking and spot cleaning does not eliminate odors, diseases, insects, pests, or vermin infestation. All other surfaces of housing facilities must be cleaned and sanitized when necessary to satisfy generally accepted husbandry standards and practices. Sanitization may be done by any of the methods provided in Sec. 3.84(b)(3) of this subpart for primary enclosures.

Within the "reptile house", there is a large amount of dust, dirt, debris, and/or cobwebs on the floor, walls, ceiling, husbandry items, and light and electrical fixtures. The ruffed lemur, the ring-tailed lemur and one baboon are located in this area. There are also cobwebs within the ruffed lemur and ring-tailed lemur enclosures. The cobwebs are located in both the indoor and outdoor portions of these enclosures.

There are two primate enclosures that have a build-up of food waste and/or animal waste on the floor of the enclosure (one ruffed lemur in the "reptile house", two bush babies in the "education center"). This waste is attracting flies.

In the indoor portion of the baboon enclosure within the "reptile house", there are several large areas on the enclosure walls that have black to brown grime.

Within the primate building, there is a large amount of dust, dirt, debris, fly specs, insulation and/or cobwebs on the floor, walls, ceiling, husbandry items, and light and electrical fixtures. All of the primary enclosures within this building have a build-up of dust, dirt, debris, cobwebs and/or grime on the wire panels that make up the primary enclosure. These enclosures contain two macaques, one vervet and three baboons. There is a play house within the outdoor portion of the vervet enclosure that is made of hard plastic that has a thick build-up of dust, dirt and/or grime.

| Prepared By: | HEATHER COLE, D.V.M | |
|---|---|---|
| | HEATHER  COLE, D.V.M          USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 | Sep-27-2013 |
| **Received By:** | | |
| | (b)(6),(b)(7)(c) | **Date:** |
| **Title:** | | Sep-27-2013 |


# Inspection Report

Failure to clean animal housing areas, including primary enclosures, can lead to health hazards, pests and odors.

Hard surfaces with which non-human primates come in contact must be spot-cleaned daily and indoor primary enclosures must be sanitized at least once every two weeks or more often if necessary to prevent an excessive accumulation of dirt, debris, animal or food waste, or disease hazards.

If the species scent mark, the surfaces must be sanitized or replaced at regular intervals as determined by the attending veterinarian in accordance with generally accepted professional and husbandry practices.

Floors made of dirt, absorbent bedding, gravel, grass, or other similar material must be raked or spot-cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta. Contaminated material must be removed or replaced whenever raking and spot cleaning does not eliminate pests, odors, or other disease hazards.

All other surfaces within housing facilities must be cleaned and sanitized when necessary to satisfy generally accepted husbandry standards and practices.

## 3.81    (c)    (2)    REPEAT
### ENVIRONMENT ENHANCEMENT TO PROMOTE PSYCHOLOGICAL WELL-BEING.

(c) Special considerations. Certain nonhuman primates must be provided special attention regarding enhancement of their environment, based on the needs of the individual species and in accordance with the instructions of the attending veterinarian. Nonhuman primates requiring special attention are the following: (2) Those that show signs of being in psychological distress through behavior or appearance;

There is an approximately seven year old, female rhesus macaque (Ana) that has thinning hair on both legs and a patch of thinning hair on her back. This is suggestive of over-grooming. This animal was also observed multiple times sucking her toe. These abnormal behaviors suggest that the animal is in psychological distress. The licensee states that the animal has always sucked her toe. This animal is pair-housed and there are some environmental enrichment items within the enclosure, however, the environmental enhancement plan does not specifically address the abnormal behaviors. Failure to have a special plan regarding environmental enhancement in animals showing signs of psychological distress can lead to further psychological distress, abnormal behaviors or animal injury. The licensee must develop, document and follow an environmental enhancement plan that specifically addresses the animals that show signs of being in psychological distress through behavior or appearance.

## 3.84    (d)    REPEAT
### CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.

(d) Pest control. An effective program for control of insects, external parasites affecting nonhuman primates, and birds and mammals that are pests, must be established and maintained so as to promote the health and well-being of the animals and reduce contamination by pests in animal areas

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER COLE, D.V.M | USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | | Sep-27-2013 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Sep-27-2013 |

Case 6:14-cv-02034-JSS   Document 470-23ss Filed 10/16/15   Page 2 of 218GE 0002


A large number of flies are present throughout the entire facility. There are flies flying around within the primate building and "education center". Flies are present within some of the animal enclosures and can be seen landing on the animals, food and animal waste. The animals present in these areas are two macaques, one vervet, three baboons, and two bush babies.

Cobwebs with spiders are present within the "reptile house", primate building and "education center". Some of the animal enclosures have cobwebs on or within them. The animals in these areas are the ruffed lemur, ring-tailed lemur, four baboons ("reptile house" and primate building), two macaques, one vervet, and two bush babies.

Evidence of rodents are present throughout the facility. Rodent feces is present within the primate building and there are holes in the wall that the licensee confirms were made by rodents. One inspector saw a live mouse in the primate building housing two macaques, one vervet and three baboons.

The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies, spiders and rodents, must be established and maintained.

## 3.127      (c)                           **REPEAT**

### FACILITIES, OUTDOOR.

(c) Drainage. A suitable method shall be provided to rapidly eliminate excess water. The method of drainage shall comply with applicable Federal, State, and local laws and regulations relating to pollution control or the protection of the environment.

There are large areas of standing water within four enclosures.

One area is within the exhibit housing two potbelly pigs. There is an area approximately four by four feet in one corner of the enclosure that is wet and muddy with sitting water. The licensee states that this was created by recent rains and that drainage in this area is a problem.

The second and third areas are within the exhibits housing one fallow deer and two Meishan pigs. Within both exhibits there are large, wet and muddy areas with standing water. The wet areas are adjacent to the shared fence-line between the exhibits, near the water receptacles. The licensee states that the hose that runs to these water receptacles has a leak and is creating the standing water. The animals must walk through the wet areas to reach these water receptacles.

The fourth area is within the exhibit housing two bears. There is standing water along the edge of the enclosure creating several small puddles within the enclosure. The licensee states this is from recent rains.

Improper drainage within enclosures does not ensure a clean, dry environment for the animals which can impact the health and well-being of the animals. A suitable method shall be provided to rapidly eliminate excess water from within the enclosures.

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER COLE, D.V.M | USDA, APHIS, Animal Care | **Date:** |
| Title: | VETERINARY MEDICAL OFFICER Inspector 6026 | | Sep-27-2013 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | **Date:** |
| Title: | | | Sep-27-2013 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_explanation.pdf



# Inspection Report

**3.127**   (d)                        **REPEAT**

## FACILITIES, OUTDOOR.

Section 3.127(d) - Perimeter fence. On or after May 17, 2000, all outdoor housing facilities (i.e., facilities not entirely indoors) must be enclosed by a perimeter fence that is of sufficient height to keep animals and unauthorized persons out. Fences less than 8 feet high for potentially dangerous animals, such as, but not limited to, large felines (e.g., lions, tigers, leopards, cougars, etc.), bears, wolves, rhinoceros, and elephants, or less than 6 feet high for other animals must be approved in writing by the Administrator. The fence must be constructed so that it protects the animals in the facility by restricting animals and unauthorized persons from going through it or under it and having contact with the animals in the facility, and so that it can function as a secondary containment system for the animals in the facility. It must be of sufficient distance from the outside of the primary enclosure to prevent physical contact between animals inside the enclosure and animals or persons outside the perimeter fence. Such fences less than 3 feet in distance from the primary enclosure must be approved in writing by the Administrator.

The portion of the perimeter fence surrounding the big cats, bears, and wolves has a section of fence that has become detached from the fence post and is sagging out from the facility. Another section of fence in the same area has been patched together with panels and there are gaps between the panels that could be pushed apart to allow animals to enter or exit the area. This fence is not in good repair and does not effectively restrict animals and unauthorized persons from going through it. The perimeter fence needs to be repaired or replaced in order to effectively prevent animals and people from going through it or under it and having contact with the animals in the facility.

There is a camel in one enclosure that has no secondary containment on one side of the enclosure. On the West side of the enclosure, the only fence that contains that animal in the facility is the eight foot perimeter fence. This fencing design does not provide for a secondary containment system for the camel. The perimeter fence must be constructed so that it protects the animals in the facility by functioning as a secondary containment system. It must be of sufficient distance (3 feet or more) from the outside of the primary enclosure to prevent physical contact between animals inside the enclosure and animals or persons outside of the perimeter fence.

**3.129**   (b)

## FEEDING.

(b) Food, and food receptacles, if used, shall be sufficient in quantity and located so as to be accessible to all animals in the enclosure and shall be placed so as to minimize contamination. Food receptacles shall be kept clean and sanitary at all times. If self-feeders are used, adequate measures shall be taken to prevent molding, contamination, and deterioration or caking of food.

The feeders for the coati mundi, wallaby, coyotes, and potbelly pigs all have a thick brown to black build-up within and/or on them. Failure to clean feeders can lead to disease hazards for the animals. Food receptacles shall be kept clean and sanitary at all times.

To be corrected by: October 9, 2013

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER COLE, D.V.M | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector 6026 | | Sep-27-2013 |
| **Received By:** | (b)(6),(b)(7)(c) | | |
| | | | **Date:** |
| **Title:** | | | Sep-27-2013 |

Case 6:14-cv-02034-JSS   Document 47-9   Filed 10/16/15   Page 4 of 118   PAGE 0004



# Inspection Report

## 3.130   REPEAT
### WATERING.

If potable water is not accessible to the animals at all times, it must be provided as often as necessary for the health and comfort of the animal. Frequency of watering shall consider age, species, condition, size, and type of the animal. All water receptacles shall be kept clean and sanitary.

There is a build-up of algae within the water receptacles for the capybara and the pen housing one llama and two sheep. Failure to clean water receptacles can lead to disease hazards for the animals. All water receptacles shall be kept clean and sanitary at all times.

## 3.131   (a)   REPEAT
### SANITATION.

(a) Cleaning of enclosures. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors.

There are several enclosures throughout the entire facility that have a build-up of food waste and/or animal waste within the enclosure. Kinkajous ("reptile house" and "education center"), Patagonian cavy, highland cattle, bears, African crested porcupine, fennec fox, and chinchillas. In some of the areas, the waste is attracting flies.

The wire sides and top of the caging for the kinkajou within the "education center" have a build-up of dust, dirt, debris, grime and/or animal and food waste.

There is a build-up of a yellow-brown substance located on the walls of the serval enclosure (both inside and outside). The litter box within the serval enclosure has a layer of dust, dirt, debris and/or grime. There are cobwebs both within and on the serval enclosure.

There are several areas on the walls within the indoor portion of the coati mundi enclosure that have a build-up of black to brown grime. There are cobwebs located within and on the coati mundi enclosure.

There is water, waste and/or debris on the floor of the capybara shelter.

The inside of the shelter for two of the potbelly pigs has a thick build-up of a black to brown material on the floor, walls and ceiling.

Failure to clean animal enclosures can lead to health hazards, pests and odors. Primary enclosures shall be cleaned and excreta shall be removed in order to prevent contamination of the animals contained therein and to minimize disease hazards, pests and odors.

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER COLE, D.V.M | USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | | Sep-27-2013 |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Sep-27-2013 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_._y-._.iation.pdf


## Inspection Report

**3.131**    (c)

**SANITATION.**

(c) Housekeeping. Premises (buildings and grounds) shall be kept clean and in good repair in order to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this subpart. Accumulations of trash shall be placed in designated areas and cleared as necessary to protect the health of the animals.

Within the back of the "reptile house", there is a large amount of dust, dirt, debris, and/or cobwebs on the floor, walls, ceiling, husbandry items, and light and electrical fixtures. The serval and coati mundi are located in this area.

Within the feed storage room in the "education center" there is dust, dirt, debris, rodent droppings and/or cobwebs on the floor, walls, ceiling, shelves and husbandry supplies.

Failure to clean the premises can lead to health hazards and can contribute to the development of pest breeding and living areas. The premises must be kept clean in order to protect the animals from health hazards, to reduce or eliminate breeding and living areas for pests and to facilitate good husbandry practices.

To be corrected by: October 25, 2013

**3.131**    (d)                    **REPEAT**

**SANITATION.**

(d) Pest control. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained

A large number of flies are present throughout the entire facility. There are flies flying around within the "reptile house", outside facilities and "education center". Flies are present within some of the animal enclosures and can be seen landing on the animals, food and animal waste. Flies are present within both indoor and outdoor enclosures. The animals present in these areas are the ferrets, kinkajou ("reptile house" and "education center"), Patagonian cavy, bears, African crested porcupine, fennec fox, chinchillas, skunk, sloth, and armadillo.

Cobwebs with spiders are present throughout the entire facility. The main areas where the spiders are located are within the "reptile house", outside facilities and within the storage area in the "education center". Some of the animal enclosures have cobwebs within them (serval, coati mundi).

There is evidence of rodents throughout the facility. There was a dead rat within one of the coyote enclosures. The licensee removed the rodent during the inspection. Rodent feces is present in several areas including the feed storage room within the "education center".

The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies, spiders and rodents, must be established and maintained.

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER  COLE, D.V.M | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 | | Sep-27-2013 |
| **Received By:** | | | |
| | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | Sep-27-2013 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_____iation.pdf


## Inspection Report

The environmental enhancement plan for non-human primates was inspected. No other records inspected at this time.

Inspection and exit briefing conducted with the owner.

| Prepared By: | HEATHER COLE, D.V.M | | |
|---|---|---|---|
| | HEATHER COLE, D.V.M    USDA, APHIS, Animal Care | Date: | |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | Sep-27-2013 | |
| Received By: | (b)(6),(b)(7)(c) | | |
| | | Date: | |
| Title: | | Sep-27-2013 | |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_explanation.pdf



CFR: 3.127 (d)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. On the West side |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

of the camel enclosure, the only fence that contains the animal in the facility is the eight foot perimeter fence.

Case 6:14-cv-02034-JSS   EXHIBIT 21 PAGE 0008



CFR: 3.127 (d)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. On the West side |

**Legal Name:** 42-C-0084

PAMELA SELLNER
TOM SELLNER

of the camel enclosure, the only fence that contains the animal in the facility is the eight foot perimeter fence.



CFR: 3.127 (d)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. On the West side |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

of the camel enclosure, the only fence that contains the animal in the facility is the eight foot perimeter fence.

APHIS000010 IMAGE 0010



CFR: 3.127 (c)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Wet and muddy areas with standing water within the fallow deer and Meishan pig exhibits. |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.127 (c)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |

PAMELA SELLNER
TOM SELLNER

Photo Taken: Wed, Sep 25, '13

Inspection: 269131322160528

Description: Close-up photo. Wet and muddy areas with standing water within the fallow deer and Meishan pig exhibits.



CFR: 3.127 (c)

| | | |
|---|---|---|
| Photographer: | Heather Cole | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | |
| Inspection: | 269131322160528 | |
| Description: | Distant photo. Wet and muddy areas with standing water within the fallow deer and Meishan pig exhibits. | |

Legal Name:
PAMELA SELLNER
TOM SELLNER



CFR: 3.127 (c)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Wet and muddy areas with standing water within the fallow deer and Meishan pig exhibits. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.130

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER<br>TOM SELLNER |
| Inspection: | 269131322160528 | |
| Description: | Distant photo. A build-up of algae within the water receptacle in the pen housing one llama and two sheep. | |



CFR: 3.130

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. A build-up of algae within the water receptacle in the pen housing one llama and two sheep. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.127 (c), 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Several small puddles of standing water within the bear enclosure. Build-up of animal waste. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.127 (c)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Close-up photo. Several small puddles of standing water within the bear enclosure | | |



CFR: 3.127 (d)

| | | |
|---|---|---|
| Photographer: | Heather Cole | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | |
| Inspection: | 269131322160528 | |

Legal Name:
PAMELA SELLNER
TOM SELLNER

Description:   Perimeter fence surrounding the big cats, bears, and wolves. Fence is detached from the fence post and is sagging out from the facility.



CFR: 3.127 (d)

Photographer:    Heather Cole

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Photo Taken:    Wed, Sep 25, '13

Inspection:    269131322160528

Description:    Distant photo. Perimeter fence surrounding the big cats, bears, and wolves. Patched fence with gaps between the panels.



CFR: 3.127 (d)

Photographer: Heather Cole

Photo Taken: Wed, Sep 25, '13

Inspection: 269131322160528

Description: Close-up photo. Perimeter fence surrounding the big cats, bears, and wolves. Patched fence with gaps between the panels.

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.75 (c) (3)

Photographer: Heather Cole

Photo Taken: Wed, Sep 25, '13

Inspection: 269131322160528

Description: Distant photo. Build-up of food waste and/or animal waste on the floor of the bushbaby enclosure in the "education center"

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.75 (c) (3)

Photographer: Heather Cole

Legal Name: 42-C-0084

Photo Taken: Wed, Sep 25, '13

PAMELA SELLNER
TOM SELLNER

Inspection: 269131322160528

Description: Close-up photo. Build-up of food waste and/or animal waste on the floor of the bushbaby enclosure in the "education center"

IMAGE 0023



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Build-up of food waste and/or animal waste on the floor of the bushbaby enclosure in the "education center" |

**Legal Name:**

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Build-up of food waste and/or animal waste on the floor of the bushbaby enclosure in the "education center" |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.75 (c) (3), 3.84 (d)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Build-up of food waste and/or animal waste on the floor of the bushbaby enclosure in the "education center". Flies within the bush baby enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT IMAGE 0026



CFR: 3.131 (d)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| --- | --- | --- | --- |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Flies within the kinkajou enclosure in the "reptile house" | | |



CFR: 3.131 (c), 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Within the "reptile house", dust, dirt, debris, cobwebs on the floor, walls, husbandry items, and electrical fixtures. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.75 (c) (3), 3.131 (c)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Within the "reptile house", dust, dirt and debris on the floor, walls, husbandry items. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.75 (c) (3), 3.131 (c)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Within the "reptile house", dust, dirt and debris on the floor, walls, husbandry items. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.75 (c) (3), 3.84 (d)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Cobwebs within the ruffed lemur enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT 28 PAGE 0031



CFR: 3.75 (c) (3), 3.84 (d)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Close-up photo. Cobwebs within the ruffed lemur enclosure. | |

42-C-0084

Case #14-cv-02034-JSS   EXHIBIT   IMAGE 0032



CFR: 3.75 (c) (3)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Distant photo. Baboon enclosure within the "reptile house". Large areas on walls with black to brown grime. | | |

EXHIBIT IMAGE 0033



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Baboon enclosure within the "reptile house". Large areas on walls with black to brown grime. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT 21.18 PAGE 0034



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Baboon enclosure within the "reptile house". Large areas on walls with black to brown grime. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT 218 GE 0035



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Coati mundi enclosure within the "reptile house". Large areas on walls with black to brown grime. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT PAGE 0036



CFR: 3.129 (b)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| | | TOM SELLNER |
| Inspection: | 269131322160528 | 42-C-0084 |
| Description: | Close-up photo. The feeder for the coati mundi has a thick brown to black build-up. | |



CFR: 3.129 (b)

Photographer: Heather Cole

Photo Taken: Wed, Sep 25, '13

Inspection: 269131322160528

Description: Distant photo. The feeder for the coati mundi has a thick brown to black build-up.

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Case #14-2034-JSS   EXHIBIT   IMAGE 0038



CFR: 3.131 (c), 3.131 (d), 3.75 (c) (3), 3.84 (d)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Distant photo. Within the "reptile house", dust, dirt, debris, rodent droppings on the floor, walls, husbandry items. | | |



CFR: 3.131 (c), 3.131 (d), 3.75 (c) (3), 3.84 (d)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Close-up photo. Within the "reptile house", dust, dirt, debris, rodent droppings on the floor, walls, husbandry items. | | |



CFR: 3.131 (c), 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Within the "reptile house", dust, dirt, debris, cobwebs on the floor, walls, husbandry items. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Case #11-0122-JSS EXHIBIT-PAGE 0041



CFR: 3.131 (c), 3.75 (c) (3)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Close-up photo. Within the "reptile house", dust, dirt and debris on the floor. | | |



CFR: 3.131 (c), 3.75 (c) (3)

| | | |
|---|---|---|
| Photographer: | Heather Cole | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | Legal Name: |
| Inspection: | 269131322160528 | PAMELA SELLNER |
| | | TOM SELLNER |

Description: Within the "reptile house", dust, dirt, debris, cobwebs on the floor, walls, husbandry items.

EXHIBIT PAGE 0043



CFR: 3.129 (b)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. The feeder for the wallaby has a thick brown to black build-up. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.129 (b)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. The feeder for the wallaby has a thick brown to black build-up. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.129 (b)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Distant photo. The feeder for the coyote has a thick brown to black build-up. | | |



CFR: 3.129 (b)

Photographer: Heather Cole

Photo Taken: Wed, Sep 25, '13

Inspection: 269131322160528

Description: Close-up photo. The feeder for the coyote has a thick brown to black build-up.

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.130

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |  |
| Inspection: | 269131322160528 | TOM SELLNER |  |
| Description: | Distant photo. Algae within the capybara water receptacle. |  |  |

EXHIBIT PAGE 0048



CFR: 3.130

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Algae within the capybara water receptacle. | | |

EXHIBIT PAGE 0049



CFR: 3.81 (c) (2)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| | | TOM SELLNER |
| Inspection: | 269131322160528 | |
| Description: | Close-up photo. Approximately seven year old, female rhesus macaque (Ana) with thinning hair on both legs. | |



CFR: 3.81 (c) (2)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Approximately seven year old, female rhesus macaque (Ana) with thinning hair on both legs. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Case 6:14-cv-02034-JSS   Document 70-32   Filed 10/16/15   Page 51 of 118   EXHIBIT 22 PAGE 0051



CFR: 3.81 (c) (2)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Distant photo. Approximately seven year old, female rhesus macaque (Ana) with thinning hair on both legs. | |



CFR: 3.81 (c) (2)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Approximately seven year old, female rhesus macaque (Ana) with thinning hair on both legs. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.81 (c) (2)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Approximately seven year old, female rhesus macaque (Ana) with a patch of thinning hair on her back. | | |

EXHIBIT PAGE 0054



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Play house within vervet enclosure with a build-up of dust, dirt, grime. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.75 (c) (3)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Close-up photo. Play house within vervet enclosure with a build-up of dust, dirt, grime. | | |



CFR: 3.81 (c) (2)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Approximately seven year old, female rhesus macaque (Ana) with thinning hair on both legs. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT PAGE 0057



CFR: 3.75 (c) (3), 3.81 (c) (2)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| | | PAMELA SELLNER |
| | | TOM SELLNER |
| Photo Taken: | Wed, Sep 25, '13 | |
| Inspection: | 269131322160528 | |
| Description: | Build-up of dust, dirt, debris, grime on the primary enclosure. Rhesus macaque (Ana) sucking her toe. |

42-C-0084



CFR: 3.75 (c) (3)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Close-up photo. Build-up of dust, dirt, debris, grime on the primary enclosure. | | |



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Build-up of dust, dirt, debris, grime on the primary enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Description:  Distant photo. Within the primate building.  Dust, dirt, debris, fly specs, cobwebs on the wall, ceiling, and light and electrical fixtures.



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Within the primate building. Dust, dirt, debris, fly specs, cobwebs on the wall and light and electrical fixtures. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT IMAGE 0062



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Within the primate building. Large amount of dust and dirt on the floor and husbandry item. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT PAGE 0063



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Within the primate buiding. Dust, dirt, debris, and insulation on the floor and walls. |

**Legal Name:**

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.75 (c) (3)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|

Photo Taken: Wed, Sep 25, '13

PAMELA SELLNER
TOM SELLNER

Inspection: 269131322160528

Description: Distant photo. Within the primate buiding. Dust, dirt, debris, and insulation on the floor and walls. Build-up of dust, dirt, debris, grime on the primary enclosure.

EXHIBIT PAGE 0065



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Build-up of dust, dirt, debris, grime on the primary enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT PAGE 0066



CFR: 3.75 (c) (3)

Photographer: Heather Cole

Photo Taken: Wed, Sep 25, '13

Inspection: 269131322160528

Description: Close-up photo. Build-up of dust, dirt, debris, grime on the primary enclosure.

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Build-up of dust, dirt, debris, grime on the primary enclosure. |

**Legal Name:**
PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT PAGE 0068



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Description: Distant photo. Within the primate buiding. Dust, dirt, debris, fly specs, insulation, and cobwebs on the floor, walls, ceiling. Build-up of dust, dirt, debris, grime on the primary enclosure.

Case 6:14-cv-02034-JSS   Document 70-32   Filed 10/16/15   Page 69 of 118   EXHIBIT 22 PAGE 0069



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Within the primate buiding. Dust, dirt, debris, and insulation on the floor and wall. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Build-up of dust, dirt, debris, grime on the primary enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT PAGE 0071



CFR: 3.75 (c) (3)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|

PAMELA SELLNER
TOM SELLNER

Photo Taken: Wed, Sep 25, '13

Inspection: 269131322160528

Description: Close-up photo. Build-up of dust, dirt, debris, grime on the primary enclosure.

EXHIBIT PAGE 0072



CFR: 3.75 (c) (3)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Within the primate building. Dust, dirt, debris, fly specs, cobwebs on the wall and light fixture. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.84 (d), 3.75 (c) (3)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Close-up photo. Cobweb with a spider on the ceiling in the primate building. | |

42-C-0084

EXHIBIT 118 PAGE 0074



CFR: 3.127 (c), 3.129 (b), 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Wet and muddy area with sitting water within the potbelly pig enclosure. The feeder has a thick brown to black build-up. Shelter with a build-up of a black to brown material. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Case 6:14-cv-02034-JSS   Document 70-22   Filed 10/16/15   Page 75 of 118   EXHIBIT 20-PAGE 0075



CFR: 3.127 (c)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| | | PAMELA SELLNER | |
| Photo Taken: | Wed, Sep 25, '13 | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Close-up photo. Wet and muddy area with sitting water within the potbelly pig enclosure. | | |



CFR: 3.127 (c)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Close-up photo. Wet and muddy area with sitting water within the potbelly pig enclosure. | |



CFR: 3.129 (b)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Close-up photo. The feeder has a thick brown to black build-up. | | |



CFR: 3.131 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Close-up photo. Water, waste and/or debris on the floor of the capybara shelter. | | |



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Potbelly pig shelter with a build-up of a black to brown material. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Potbelly pig shelter with a build-up of a black to brown material. | | |

Case 6:14-cv-02034-JSS   EXHIBIT 32   PAGE 0081



CFR: 3.131 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Distant photo. Build-up of animal waste within the highland cattle enclosure. | |

42-C-0084

IMAGE 0082



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Build-up of animal waste within the highland cattle enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Build-up of animal waste within the highland cattle enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT IMAGE 0084



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Build-up of animal waste within the highland cattle shelter. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Case #14-2034-JSS   EXHIBIT 218   PAGE 0085



CFR: 3.131 (c), 3.131 (d)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Rodent droppings, dust, cobwebs on the husbandry supplies in the storage area within the "education center" | | |

EXHIBIT PAGE 0086



CFR: 3.131 (c)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Feed storage room in the "education center" with dust, dirt, debris and/or cobwebs on the walls, ceiling, shelves and husbandry supplies. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Case 6:14-cv-02034-JSS   Document 70-32   Filed 10/16/15   Page 87 of 118   EXHIBIT PAGE 0087



CFR: 3.131 (c), 3.131 (d)

Photographer: Heather Cole

Photo Taken: Wed, Sep 25, '13

Inspection: 269131322160528

Description: Rodent droppings, dust, cobwebs on the husbandry supplies in the storage area within the "education center".

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT 21 PAGE 0088



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Build-up of dust, dirt, grime, debris, and/or food and animal waste on and within the kinkajou enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Build-up of dust, dirt, grime, debris, and/or food and animal waste on and within the kinkajou enclosure. | | |



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Close-up photo. Build-up of dust, dirt, grime, debris, and/or food and animal waste on and within the kinkajou enclosure. | | |



CFR: 3.131 (a)

Photographer: Heather Cole

Photo Taken: Wed, Sep 25, '13

Inspection: 269131322160528

Description: Distant photo. Build-up of dust, dirt, grime, debris, and/or food and animal waste on and within the kinkajou enclosure.

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT 21 PAGE 0092



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Build-up of food and/or animal waste within the porcupine enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT 28 PAGE 0093



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Close-up photo. Build-up of food and/or animal waste within the porcupine enclosure. |



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Build-up of food and/or animal waste within the porcupine enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Build-up of food and animal waste within the kinkajou enclosure. |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084

Case #0170-32-JSS   EXHIBIT PAGE 0096



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Build-up of food and animal waste within the kinkajou enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

Case #14-0032-JSS   EXHIBIT PAGE 0097



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| --- | --- | --- | --- |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Build-up of food and animal waste within the kinkajou enclosure. | | |



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Build-up of food and/or animal waste within the chinchilla enclosure. |

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Build-up of food and/or animal waste within the chinchilla enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Build-up of food and/or animal waste within the chinchilla enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.131 (d), 3.131 (a)

Photographer: Heather Cole

Photo Taken: Wed, Sep 25, '13

Inspection: 269131322160528

Description: Cobwebs and dust on the serval enclosure.

Legal Name:
PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.131 (d), 3.131 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | **Legal Name:** | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Cobwebs and dust on the serval enclosure. | | |



CFR: 3.131 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | |
| Inspection: | 269131322160528 | |
| Description: | Distant photo. Litter box within the serval enclosure with a layer of dust, dirt, debris and/or grime. | |



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Litter box within the serval enclosure with a layer of dust, dirt, debris and/or grime. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT 42 PAGE 0105



CFR: 3.131 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Distant photo. Coati mundi enclosure within the "reptile house". Area on wall with black to brown grime. | | |



CFR: 3.131 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Close-up photo. Coati mundi enclosure within the "reptile house". Area on wall with black to brown grime. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.131 (d), 3.131 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | 42-C-0084 |
| | **Legal Name:** | |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| | | TOM SELLNER |
| Inspection: | 269131322160528 | |
| Description: | Distant photo. Cobwebs within the serval enclosure. A build-up of a yellow-brown substance on the walls. | |



CFR: 3.131 (d), 3.131 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| | | TOM SELLNER |
| Inspection: | 269131322160528 | |
| Description: | Close-up photo. Cobwebs within the serval enclosure. | |

42-C-0084



CFR: 3.131 (a), 3.131 (d)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Close-up photo. Cobwebs within the serval enclosure. | | |



CFR: 3.131 (a), 3.131 (d)

| | | |
|---|---|---|
| Photographer: | Heather Cole | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | |
| Inspection: | 269131322160528 | |
| Description: | Close-up photo. Cobwebs within the serval enclosure. A build-up of a yellow-brown substance on the wall. | |

Legal Name:

PAMELA SELLNER
TOM SELLNER



CFR: 3.131 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 269131322160528 | | |
| Description: | Close-up photo. A build-up of a yellow-brown substance on the wall. | | |

EXHIBIT 42 PAGE 0112



CFR: 3.131 (d)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Wed, Sep 25, '13 |
| Inspection: | 269131322160528 |
| Description: | Distant photo. Dead rodent within the coyote enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.131 (d)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Close-up photo. Dead rodent within the coyote enclosure. |



CFR: 3.131 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| | | TOM SELLNER |
| Inspection: | 269131322160528 | |
| Description: | Close-up photo. Water, waste and/or debris on the floor of the capybara shelter. | |



CFR: 3.131 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER | |
| Inspection: | 269131322160528 | TOM SELLNER | |
| Description: | Distant photo. Water, waste and/or debris on the floor of the capybara shelter. | | |



CFR: 3.131 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| | | TOM SELLNER |
| Inspection: | 269131322160528 | |
| Description: | Close-up photo. Build-up of animal waste within the bear enclosure. | |

42-C-0084

EXHIBIT 42-PAGE 0117



CFR: 3.131 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Wed, Sep 25, '13 | PAMELA SELLNER |
| Inspection: | 269131322160528 | TOM SELLNER |
| Description: | Close-up photo. Build-up of animal waste within the bear enclosure. | |

42-C-0084