
# Inspection Report

Pamela Sellner
Tom Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**

Certificate: **42-C-0084**

Site: 001

TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION

Date: Dec-16-2013

---

### 2.40     (b)     (2)
### ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).

Three goats have excessively long hooves. Two older male goats have excessively long back hooves (one black Toggenburg, one black and white Alpine). One white and black pygmy goat has excessively long front hooves.

Excessively long hooves can cause pain and discomfort to the goats. Further, it may cause the goats to alter their stance or their gait and create musculoskeletal related issues.

The goats must have their hooves trimmed to remove the excessive growth and must be maintained routinely.

To be corrected by: December 30, 2013

### 2.131     (e)
### HANDLING OF ANIMALS.

On Sunday October 26th four piglets were born to a female Meishan pig, three of which died. The licensee stated that a zoo visitor notified her that the piglets were out in the cold. The licensee immediately checked on the piglets. The licensee was unaware that the piglets had been born that day. Three of the piglets were dead and the one surviving piglet was taken into the house and recovered. The licensee stated that she knew the female was due to farrow soon, but she did not get her moved into the warm barn prior to farrowing. The licensee stated that it was a colder and windy day and they did not intend to farrow outside in the cold weather.

Failure to protect young animals from temperature extremes can be detrimental to the health and well-being of the animals.

When climatic conditions present a threat to an animal's health or well-being, appropriate measures must be taken to alleviate the impact of these conditions. An animal may never be subjected to any combination of temperature and time that is detrimental to the animal, taking into consideration such factors as age,

---

| | |
|---|---|
| Prepared By: | HEATHER COLE, V M O |
| | HEATHER COLE, D.V.M     USDA, APHIS, Animal Care |
| Title: | VETERINARY MEDICAL OFFICER Inspector 6026 |
| Received By: | (b)(6),(b)(7)(c) |
| Title: | |

Date: Dec-16-2013

Date: Dec-16-2013

Case 6:14-cv-02034-JSS   Document 49-23   Filed 10/16/15   Page 1 of 27   PAGE 0001
Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf


# Inspection Report

species, breed, overall health status and acclimation.

Corrected at the time of inspection.

**3.75** (a)

**HOUSING FACILITIES, GENERAL.**

The ceiling within the indoor portion of the primate building has several holes and in some areas there is exposed insulation. In one area above the walkway between the rhesus and juvenile baboon enclosures, there is a ceiling panel that is drooping down. There is exposed insulation present on top of the drooping ceiling panel.

Exposed insulation and housing facilities that are in disrepair can lead to animal health issues.

Housing facilities for nonhuman primates must be designed and constructed so they are structurally sound. They must be kept in good repair and they must protect the animals from injury.

To be corrected by: February 16, 2014

**3.125** (a) **REPEAT**

**FACILITIES, GENERAL.**

Within the enclosure containing one watusi and one zebu there is a green rail on a fence that is broken and protruding into the enclosure.

There are several enclosures that are made of chain-link fence. The chain-link fence within the enclosures housing approximately twenty Santa Cruz Sheep, one Fallow deer, approximately twenty sheep (West enclosure), and the fence between the enclosures housing two tigers and two cougars all have places where the fence is curled up at the bottom. The curled up edge has sharp points that extend into the enclosures.

The windbreak on the back of the Santa Cruz sheep shelter is made of a large piece of wood and a post. The post has fallen down and the wood and the post are laying on the ground next to the shelter.

These fences and the shelter are not in good repair and pose an injury hazard to the animals.

The fences and the shelter need to be repaired or replaced so they do not pose a physical hazard to the animals. The fences and shelter shall be maintained on a regular basis.

**3.130** **REPEAT   DIRECT NCI**

**WATERING.**

The water bottle in the cage housing three chinchillas was empty. The licensee stated she had watered the animals at 4:30 the previous day. The licensee provided water to the animals upon request. When given fresh water, all three chinchillas drank continuously for over a minute and appeared extremely thirsty.

| Prepared By: | HEATHER COLE, V M O | |
|---|---|---|
| | HEATHER  COLE, D.V.M          USDA, APHIS, Animal Care | **Date:** |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | Dec-16-2013 |
| Received By: | | |
| | (b)(6),(b)(7)(c) | **Date:** |
| Title: | | Dec-16-2013 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf


## Inspection Report

Lack of water for animals can cause dehydration and other medical conditions.

The licensee must ensure that potable water is offered to the animals as often as necessary to provide for their health and comfort.

Corrected at the time of inspection.

Inspection and exit interview conducted with the owner.

| | | |
|---|---|---|
| **Prepared By:** | HEATHER COLE, V M O | |
| | HEATHER  COLE, D.V.M          USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 | Dec-16-2013 |
| **Received By:** | | |
| | (b)(6),(b)(7)(c) | **Date:** |
| **Title:** | | Dec-16-2013 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf



CFR: 3.130

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Mon, Dec 16, '13 |
| Inspection: | 350131509460651 |
| Description: | Photo after giving chinchillas fresh water. All three chinchillas drank continuously for over a minute and appeared extremely thirsty. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT PAGE 0004



CFR: 3.125 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Mon, Dec 16, '13 |
| Inspection: | 350131509460651 |
| Description: | Distant photo. Within the watusi and zebu enclosure, a broken fence rail is protruding into the enclosure. |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084

EXHIBIT 23 PAGE 0005



CFR: 3.125 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 350131509460651 | | |
| Description: | Close-up photo. Within the watusi and zebu enclosure, a broken fence rail is protruding into the enclosure. | | |

EXHIBIT PAGE 0006



CFR: 3.125 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER |
| Inspection: | 350131509460651 | TOM SELLNER |
| Description: | The windbreak for the Santa Cruz sheep shelter has come off the shelter and is laying on the ground. | |

42-C-0084



CFR: 3.125 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| Inspection: | 350131509460651 | TOM SELLNER | |

Description: Distant photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (Santa Cruz sheep exhibit)

EXHIBIT PAGE 0008



CFR: 3.125 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER |
| Inspection: | 350131509460651 | TOM SELLNER |
| Description: | Close-up photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (Santa Cruz sheep exhibit) | |

42-C-0084

USDA-APHIS 2014-03428 PAGE 0009



CFR: 3.125 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | |
| | | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER |
| | | TOM SELLNER |
| Inspection: | 350131509460651 | |
| Description: | Close-up photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (Santa Cruz sheep exhibit) | |

Case 6:14-cv-02034-JSS   Document 70-23SS   Filed 10/16/15   Page 10 of 27   EXHIBIT 23 PAGE 0010



CFR: 2.40 (b) (2)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: |
| | | PAMELA SELLNER |
| Photo Taken: | Mon, Dec 16, '13 | TOM SELLNER |
| Inspection: | 350131509460651 | |
| Description: | Distant photo. Male goat with excessively long back hooves (black Toggenburg). | |

42-C-0084

EXHIBIT 42 PAGE 0011



CFR: 2.40 (b) (2)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 350131509460651 | | |
| Description: | Close-up photo #1. Male goat with excessively long back hooves (black Toggenburg). | | |

Case #470-23 JSS          EXHIBIT 23 PAGE 0012



CFR: 2.40 (b) (2)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 350131509460651 | | |
| Description: | Close-up photo #2. Male goat with excessively long back hooves (black Toggenburg). | | |

EXHIBIT C PAGE 0013



CFR: 2.40 (b) (2)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER |  |
|  |  | TOM SELLNER |  |
| Inspection: | 350131509460651 |  |  |
| Description: | Overview photo. Male goat with excessively long back hooves (black Toggenburg). |  |  |



CFR: 2.40 (b) (2)

| | | |
|---|---|---|
| Photographer: | Heather Cole | |
| | | Legal Name: 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER |
| | | TOM SELLNER |
| Inspection: | 350131509460651 | |
| Description: | Close-up photo. Male goat with excessively long back hooves (black and white Alpine). |

EXHIBIT 23 PAGE 0015



CFR: 2.40 (b) (2)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 350131509460651 | | |
| Description: | Distant photo. Male goat with excessively long back hooves (black and white Alpine). | | |

EXHIBIT 27 PAGE 0016



CFR: 2.40 (b) (2)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 350131509460651 | | |
| Description: | One white and black pygmy goat with excessively long front hooves. | | |



CFR: 3.125 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|

PAMELA SELLNER
TOM SELLNER

Photo Taken: Mon, Dec 16, '13

Inspection: 350131509460651

Description: Distant photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (Fallow deer exhibit)

EXHIBIT 23 PAGE 0018



CFR: 3.125 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Mon, Dec 16, '13 |
| Inspection: | 350131509460651 |
| Description: | Close-up photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (Fallow deer exhibit) |

**Legal Name:**

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.125 (a)

| | | | |
|---|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| | | PAMELA SELLNER | |
| Photo Taken: | Mon, Dec 16, '13 | TOM SELLNER | |
| Inspection: | 350131509460651 | | |
| Description: | Distant photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (West sheep exhibit) | | |



CFR: 3.125 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Mon, Dec 16, '13 |
| Inspection: | 350131509460651 |
| Description: | Close-up photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (West sheep exhibit) |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.75 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 350131509460651 | | |
| Description: | Distant photo. Ceiling within the primate building has several holes with exposed insulation. | | |

EXHIBIT 4 PAGE 0022



CFR: 3.75 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
|---|---|---|---|

Photo Taken: Mon, Dec 16, '13

PAMELA SELLNER
TOM SELLNER

Inspection: 350131509460651

Description: Close-up photo. Ceiling within the primate building has several holes with exposed insulation.

EXHIBIT 42 PAGE 0023



CFR: 3.75 (a)

| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| Inspection: | 350131509460651 | TOM SELLNER | |
| Description: | Distant photo. Ceiling within the primate building has several holes with exposed insulation. | | |



CFR: 3.75 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 350131509460651 | | |
| Description: | Close-up photo. Ceiling within the primate building has several holes with exposed insulation. | | |

EXHIBIT 32 PAGE 0025



CFR: 3.125 (a)

| | |
|---|---|
| Photographer: | Heather Cole |
| Photo Taken: | Mon, Dec 16, '13 |
| Inspection: | 350131509460651 |
| Description: | Distant photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (tiger exhibit) |

Legal Name:

PAMELA SELLNER
TOM SELLNER

42-C-0084



CFR: 3.125 (a)

| | | |
|---|---|---|
| Photographer: | Heather Cole | Legal Name: | 42-C-0084 |
| Photo Taken: | Mon, Dec 16, '13 | PAMELA SELLNER | |
| | | TOM SELLNER | |
| Inspection: | 350131509460651 | | |
| Description: | Close-up photo. The fence is curled up at the bottom with sharp points that extend into the enclosure. (tiger exhibit) | | |

EXHIBIT 23 PAGE 0027