USDA

United States Department of Agriculture
Animal and Plant Health Inspection Service

10141311570347 HCOLE insp_id

# Inspection Report

Pamela Sellner
Tom Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**
Certificate: **42-C-0084**
Site: 001
TOM & PAMELA SELLNER

Type: ATTEMPTED INSPECTION
Date: Jan-09-2014

**2.126** (b)

**ACCESS AND INSPECTION OF RECORDS AND PROPERTY; SUBMISSION OF ITINERARIES.**

A responsible adult was not available to accompany APHIS Officials during the inspection process at 12:30, 1:30, and 1:50 pm on 01/09/2014.

**Prepared By:** HEATHER COLE, V M O
HEATHER COLE, D.V.M USDA, APHIS, Animal Care
**Date:**

**Title:** VETERINARY MEDICAL OFFICER Inspector 6026 Jan-10-2014

**Received By:** [redacted] (b)(6),(b)(7)(c)
**Date:**

**Title:** Jan-10-2014



Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf