

United States Department of Agriculture
Animal and Plant Health Inspection Service

150141514030006   insp_id
HCOLE

# Inspection Report

Pamela Sellner
Tom Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**
Certificate: **42-C-0084**
Site: 001
TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION
Date: May-28-2014

This is a focused inspection to address the Direct Non-compliant items listed on the May 21, 2014 inspection report - Watering 3.30, Watering 3.130 and Veterinary Care 2.40 (b)(2). These non-compliant items have been corrected.

No non-compliant items identified during this inspection.

Inspection and exit interview conducted with the owner.

Prepared By: HEATHER COLE, V M O
HEATHER COLE, VMO   USDA, APHIS, Animal Care   Date: May-30-2014
Title: VETERINARY MEDICAL OFFICER Inspector 6026

Received By: (b)(6),(b)(7)(c)
Date: May-30-2014
Title:

Case 6:14-cv-02034-JSS   Document 70-26   Filed 10/16/15   Page 3 of 71   EXHIBIT 47 PAGE 0001

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf