United States Department of Agriculture
Animal and Plant Health Inspection Service

218140953210100  insp_id

MSHAVER

# Inspection Report

Tom J. Sellner
Pamela J. Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**
Certificate: **42-C-0084**
Site: **001**

TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION
Date: Aug-05-2014

---

**2.40    (b)    (2)           REPEAT**

**ATTENDING VETERINARIAN AND ADEQUATE VETERINARY CARE (DEALERS AND EXHIBITORS).**

Adult, female Old English Sheepdog named "Macey" has sores behind both ears that are approximately one inch in diameter. The areas are red and moist but there is no discharge. The dog was not seen shaking her head or scratching the area. Skin lesions can be caused by trauma, parasites/pests, and other medical problems and can be painful. The licensee must have this animal examined by a licensed veterinarian in order to ensure that an accurate diagnosis is obtained and that an appropriate treatment plan is developed and followed. The licensee must document the outcome of this consultation and make it available to the inspector upon request.

The licensee stated that she is using "Nolvasan" antiseptic ointment on the sores near the ears of the Old English Sheepdog. The expiration date listed on the container is Oct 07. Expired medications can experience spoilage or have reduced efficacy. This could lead to prolonged illness or suffering for the animals needing the drug. The licensee must ensure that all medications used in the facility are not expired and labeled properly in accordance with standard veterinary practices.

**3.1    (c)    (3)           REPEAT**

**HOUSING FACILITIES, GENERAL.**

Cleaning.

Within the wolf hybrid enclosure there is a build-up of feces and food waste on the floor of the enclosure. The waste is attracting flies. There are two wolf hybrids in this enclosure. Failure to properly clean and sanitize primary enclosures can lead to disease hazards for the animals. Floors made of dirt, absorbent bedding, sand, gravel, grass, or other similar material must be raked or spot-cleaned with sufficient frequency to ensure all animals the freedom to avoid contact with excreta. Contaminated material must be replaced whenever this raking and spot-cleaning is not sufficient to prevent or eliminate odors, insects, pests, or vermin infestation.

---

Prepared By: MARGARET SHAVER, D.V.M.
              MARGARET A SHAVER, D.V.M.    USDA, APHIS, Animal Care
Title: VETERINARY MEDICAL OFFICER Inspector 6034
Date: Aug-06-2014

Received By: (b)(6),(b)(7)(c)
Title:
Date: Aug-07-2014

Case 6:14-cv-02034-JSS   Document 70-27   Filed 10/16/15   Page 2 of 5   EXHIBIT 485 PAGE 0001

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_____ation.pdf



# Inspection Report

### 3.10
### WATERING.

In an enclosure containing two dogs, the water receptacle contained a buildup of green material, dirt and/or debris. Failure to clean and sanitize water receptacles can lead to disease hazards for the animals. All water receptacles must be kept clean and sanitized at least once every two weeks or more often if necessary to prevent an accumulation of dirt, debris, algae and other disease hazards.

To be corrected by: August 19, 2014

### 3.11         (d)
### CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.

There are excessive numbers of flies seen on the feces and on the ground throughout the enclosure housing two dogs and the enclosure housing two wolf dog hybrids. One of the dogs was seen to have sores behind her ears that the licensee attributed to the flies. Flies can transmit disease and can cause skin irritation. The licensee must establish and maintain an effective program for the control of insects that are pests so as to promote the health and well-being of the animals and reduce contamination by pests in animal areas. To be corrected by 5 September 2014.

### 3.75         (a)
### HOUSING FACILITIES, GENERAL.

There are two broken wood support boards at the base of the outdoor portion of the enclosure housing three baboons. Broken wood panels can cause injury to the animals and affect the structural integrity of the enclosure. The licensee must ensure that housing facilities for nonhuman primates are designed and constructed so that they are structurally sound for the species of nonhuman primates housed in them. Enclosures must also be kept in good repair, protect the animals from injury, contain the animals securely, and restrict other animals from entering. To be corrected 5 September 2014.

### 3.75         (c)   (3)                    REPEAT
### HOUSING FACILITIES, GENERAL.

Cleaning.

The floor of the enclosure housing two rhesus macaques had a buildup of wet and dirty bedding material. When the animals shook the bars of the cage, bugs were observed crawling out from the wet bedding. Failure to clean animal housing areas, including primary enclosures, can lead to health hazards, pests and odors.

Hard surfaces with which non-human primates come in contact must be spot-cleaned daily and indoor primary enclosures must be sanitized at least once every two weeks or more often if necessary to prevent an excessive accumulation of dirt, debris, animal or food waste, or disease hazards. Contaminated material must be removed or replaced whenever raking and spot cleaning does not eliminate odors, diseases, insects, pests, or vermin infestation. All other surfaces within housing facilities must be cleaned and sanitized when necessary to satisfy generally accepted husbandry standards and practices.

| | | |
|---|---|---|
| Prepared By: | MARGARET SHAVER, D.V.M. | |
| Title: | MARGARET A SHAVER, D.V.M.   USDA, APHIS, Animal Care<br>VETERINARY MEDICAL OFFICER Inspector 6034 | Date:<br>Aug-06-2014 |
| Received By: | (b)(6),(b)(7)(c) | Date: |
| Title: | | Aug-07-2014 |



**3.84**   (d)

### CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.

Pest control.

There are an excessive number of flies flying around within the walkway in the back of the reptile house near the ring tailed and red ruffed lemur enclosures. The licensee states these are fruit flies. There are an excessive number of flies within the primate building. The flies are mainly located within the walkways between the enclosures.

The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies, must be established and maintained. To be corrected 5 September 2014.

**3.125**   (a)                                    **REPEAT**
### FACILITIES, GENERAL.

There are several enclosures throughout the facility in need of repair.

There is a section of chain-link fence between the camel and sheep enclosure that has separated from the support post at the ground. This area of the fence is also pushed up and into the sheep enclosure thereby exposing the sharp points at the base of the fence.

Within the sloth enclosure, there is an exposed screw (approximately 2 inches) that was previously used to support a climbing log.

There is a gap under the gate in an enclosure housing Santa Cruz sheep including young and small lambs. The gap appears to be large enough to allow the lambs to crawl through the gap.

These areas are not in good repair and could lead to animal escape or injury.

These areas need to be repaired or replaced so they are structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

**3.125**   (c)
### FACILITIES, GENERAL.

The food storage room in the education building has a box containing deteriorating fruits and vegetables (mango, lettuce, and peppers). There is also a bag containing molding bread and small flies. Deteriorating food loses its nutrative value. The license must store supplies of food and bedding in facilities which adequately protect such supplies against deterioration, molding, or contamination by vermin. To be corrected 6 August 2014.

| Prepared By: | MARGARET SHAVER, D.V.M. | Date: |
|---|---|---|
| Title: | MARGARET A SHAVER, D.V.M.   USDA, APHIS, Animal Care<br>VETERINARY MEDICAL OFFICER Inspector 6034 | Aug-06-2014 |
| Received By: | (b)(6),(b)(7)(c) | Date: |
| Title: |  | Aug-07-2014 |

Case 6:14-cv-02034-JSS   Document 70-27   Filed 10/16/15   Page 3 of 5   EXHIBIT 485 PAGE 0003

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_....ation.pdf

**3.127  (c)                           REPEAT**

**FACILITIES, OUTDOOR.**

Drainage.

There are large areas of standing water within the potbelly pig enclosure (3) and the Meishan pig enclosure (2). Within the potbelly pig enclosure, the water has collected under and around the automatic waterer. Within the Meishan pig enclosure, there are three large areas of standing water. One of the large pools of water has a layer of slime.

Improper drainage within enclosures does not ensure a clean, dry environment for the animals. A suitable method shall be provided to rapidly eliminate excess water from within the enclosures.

**3.130                               REPEAT**

**WATERING.**

The water receptacles within the capybara enclosure and the enclosure housing three raccoons contain green water, dirt and/or debris. Lack of clean water for animals can cause thirst, dehydration and other medical conditions. The licensee must ensure that potable water is offered to the animals as often as necessary to provide for their health and comfort. All water receptacle shall be kept clean and sanitary.

**3.131  (a)                           REPEAT**

**SANITATION.**

Cleaning of enclosures

There are several enclosures throughout the entire facility that have a build-up of food waste and/or animal waste within the enclosure and/or within the shelter for the enclosure. The following animals were in the affected enclosures: spiney mice (12 in the reptile building), tigers (2), bobcat (1), lions (2), African crested porcupines (2), sloth (1), Patagonian cavy (1), camel (1), sheep (30), fallow deer (1), llamas (4), goats (21), cattle (7), cougar (1), and bobcat (1). In some of the areas the build-up is very thick and is mixed in with the bedding or floor substrate. In some of these locations there is an odor and the waste is attracting flies.

There is a buildup of wet and dirty hay and other food debris in a plastic crate in the enclosure housing one capybara. When examined with a gloved hand, bugs were seen crawling at the bottom of the wet debris. The licensee states that she uses this crate for feeding in this enclosure.

Failure to clean animal enclosures can lead to health hazards, pests and odors. Primary enclosures shall be cleaned and excreta shall be removed in order to prevent contamination of the animals contained therein and to minimize disease hazards, pests and odors.

| Prepared By: | MARGARET SHAVER, D.V.M. | Date: |
|---|---|---|
| | MARGARET A SHAVER, D.V.M.   USDA, APHIS, Animal Care | |
| Title: | VETERINARY MEDICAL OFFICER Inspector 6034 | Aug-06-2014 |
| Received By: | (b)(6),(b)(7)(c) | Date: |
| Title: | | Aug-07-2014 |



**3.131** (d)   **REPEAT**
**SANITATION.**

Pest control.

There are an excessive number of flies present throughout the entire facility. There are flies within the following enclosures: Patagonian cavy (1), capybara (1), potbelly pigs (3), Meishan pigs (2), cattle (5), tigers (7), cougar (1), lions (2). Flies can be seen landing on the animals, bedding, food and animal waste. The brangus and one of the tigers are reacting to the excessive flies landing on them. The brangus is stomping and shaking his head and the tiger is twitching and pawing at the flies.

There are flies flying around within the walkway in the back of the reptile house and in the food storage room in the education center. The flies in the education center are hovering around and crawling on stored food. The licensee states these are fruit flies.

The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies, birds, spiders and rodents, must be established and maintained.

This was an inspection of the facility only. Records were not inspected at this visit. The inspection and exit interview were conducted with the licensee.

Prepared By: MARGARET SHAVER, D.V.M.
MARGARET A SHAVER, D.V.M.   USDA, APHIS, Animal Care
Title: VETERINARY MEDICAL OFFICER Inspector 6034
Date: Aug-06-2014

Received By: (b)(6),(b)(7)(c)
Title:
Date: Aug-07-2014