

United States Department of Agriculture
Animal and Plant Health Inspection Service

50151619260622  insp_id
HCOLE

# Inspection Report

Tom J Sellner
Pamela J Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**
Certificate: **42-C-0084**
Site: **001**
TOM & PAMELA SELLNER

Type: ATTEMPTED INSPECTION
Date: Feb-19-2015

**2.126    (b)**
**ACCESS AND INSPECTION OF RECORDS AND PROPERTY; SUBMISSION OF ITINERARIES.**

A responsible adult was not available to accompany APHIS Officials during the inspection process at 10:00 am to 10:30 am on 02/19/2015.

Prepared By: HEATHER COLE, V M O
Title: HEATHER COLE, V M O    USDA, APHIS, Animal Care
VETERINARY MEDICAL OFFICER Inspector 6026
Date: Feb-19-2015

Received By: (b)(6),(b)(7)(c)
Title:
Date: Feb-19-2015

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf