
# Inspection Report

Tom J Sellner  
Pamela J Sellner  
Cricket Hollow Zoo  
1512 210th Street  
Manchester, IA 52057

Customer ID: **5143**  
Certificate: **42-C-0084**  
Site: **001**  
TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION  
Date: Mar-04-2015

---

**3.75 (c) (3)    REPEAT**

**HOUSING FACILITIES, GENERAL.**

The enclosure housing one vervet has a build-up of food waste, hair, grime and/or animal waste on at least one perch within the enclosure. The waste is building up on the wall above the perch, in the crack between the wall and the perch and in the holes within the perch. Failure to clean primary enclosures can lead to disease hazards, pests and odors.

Hard surfaces with which non-human primates come in contact must be spot-cleaned daily and indoor primary enclosures must be sanitized at least once every two weeks or more often if necessary to prevent an excessive accumulation of dirt, debris, animal or food waste, or disease hazards.

If the species scent mark, the surfaces must be sanitized or replaced at regular intervals as determined by the attending veterinarian in accordance with generally accepted professional and husbandry practices.

**3.131 (a)    REPEAT**

**SANITATION.**

The enclosure housing at least twenty-four degus has a severe build-up of food waste, soiled bedding and/or animal waste within the enclosure. The waste and soiled bedding visible along the glass enclosure walls is caked on to the side of the enclosure and is several inches thick. There is a clean layer of bedding present on top of the soiled bedding. There is a thin layer of grime, dirt and/or waste covering the inside walls of the enclosure. The enclosure is made of clear glass and this layer of dirt, grime and/or waste makes it difficult to see in to the enclosure.

Failure to clean animal enclosures can lead to health hazards, pests and odors. Enclosures shall be cleaned and soiled bedding and excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein, to minimize disease hazards and to reduce odors.

---

Prepared By: HEATHER COLE, V M O  
HEATHER COLE, V M O    USDA, APHIS, Animal Care    Date:  
Title: VETERINARY MEDICAL OFFICER Inspector 6026    Mar-04-2015

Received By: (b)(6),(b)(7)(c)    Date:  
Title:    Mar-04-2015



United States Department of Agriculture
Animal and Plant Health Inspection Service

63151341310530  insp_id
HCOLE

# Inspection Report

This is a focused inspection to assess the indoor housing facilities, animal health, feeding, watering, and shelter.

Inspection and exit briefing conducted with the owner.

| | | |
|---|---|---|
| Prepared By: | HEATHER COLE, V M O | |
| | HEATHER COLE, V M O    USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector 6026 | Mar-04-2015 |
| Received By: | (b)(6),(b)(7)(c) | Date: |
| Title: | | Mar-04-2015 |

| A_COUNT | A_NAME | A_GROUP |
| --- | --- | --- |
| 2 | AFRICAN CRESTED PORCUPI | ALL OTHER COVERED SPECIE |
| 2 | AFRICAN SPINY MOUSE | ALL OTHER COVERED SPECIE |
| 1 | BOBCAT | ALL OTHER COVERED SPECIE |
| 1 | CAPYBARA | ALL OTHER COVERED SPECIE |
| 2 | COATI MUNDI | ALL OTHER COVERED SPECIE |
| 2 | COYOTE | ALL OTHER COVERED SPECIE |
| 28 | DEGU | ALL OTHER COVERED SPECIE |
| 1 | DOMESTIC FERRET | ALL OTHER COVERED SPECIE |
| 1 | DROMEDARY | ALL OTHER COVERED SPECIE |
| 1 | FALLOW DEER | ALL OTHER COVERED SPECIE |
| 2 | FENNEC FOX | ALL OTHER COVERED SPECIE |
| 5 | KINKAJOU | ALL OTHER COVERED SPECIE |
| 1 | LINNES TWO-TOED SLOTH | ALL OTHER COVERED SPECIE |
| 2 | NORTH AMERICAN BLACK BE | ALL OTHER COVERED SPECIE |
| 1 | PATAGONIAN CAVY | ALL OTHER COVERED SPECIE |
| 3 | RACCOON | ALL OTHER COVERED SPECIE |
| 1 | SERVAL | ALL OTHER COVERED SPECIE |
| 2 | STRIPED SKUNK | ALL OTHER COVERED SPECIE |
| 3 | DOG ADULT | DOGS |
| 2 | GUINEA PIG | GUINEA PIGS |
| 2 | GREATER BUSHBABY | NONHUMAN PRIMATES |
| 4 | HAMADRYAS BABOON | NONHUMAN PRIMATES |
| 2 | RHESUS MACAQUE | NONHUMAN PRIMATES |
| 1 | RING-TAILED LEMUR | NONHUMAN PRIMATES |
| 1 | RUFFED LEMUR | NONHUMAN PRIMATES |
| 1 | VERVET | NONHUMAN PRIMATES |
| 7 | CHINCHILLA | OTHER FARM ANIMALS |
| 16 | GOAT | OTHER FARM ANIMALS |
| 1 | LLAMA | OTHER FARM ANIMALS |
| 33 | SHEEP OR MOUFLON | SHEEP |
| 3 | LION | WILD/EXOTIC FELINES |
| 1 | PUMA | WILD/EXOTIC FELINES |
| 5 | TIGER | WILD/EXOTIC FELINES |

EXHIBIT 23 PAGE 0003