

United States Department of Agriculture
Animal and Plant Health Inspection Service



# Inspection Report

Pamela J Sellner
Tom J Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**

Certificate: **42-C-0084**

Site: 001

TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION

Date: May-27-2015

---

**3.75**  (c)  (2)
**HOUSING FACILITIES, GENERAL.**

The ceiling in the "reptile room", housing one vervet, two ringtail lemurs and one red ruff lemur, was made of porous, uneven-surfaced, white tiles. Most of them had light brown stains throughout their surfaces. Several had approximately one inch holes into the tile material, exposing the spongy type material underneath the surface. Many of the crevices of the uneven-surfaced tiles were blackened. Although the tiles were not inside the enclosures, they were directly outside the enclosures and in very close proximity to the nonhuman primates. Soiled surfaces in housing areas can increase disease hazards.

The licensee must ensure that surfaces of nonhuman primate housing facilities that cannot be readily cleaned and sanitized are replaced when worn or soiled.

To be corrected by: July 27, 2015

**3.75**  (c)  (3)          **REPEAT**
**HOUSING FACILITIES, GENERAL.**

There was a build-up of dirt, dust, grime, and/or debris in the "reptile house", especially in the corners and floor edges. There was a brown grimey material on the outside of the serval enclosure, which was just a few feet from the nonhuman primates housed in the room. There was also dark-colored organic material covering some of the wire paneling and some of the wooden ledges in the vervet enclosure. Additionally, there was an excessive amount of dirt, dust, debris, and old bedding throughout the "primate building", both on the floors and the window sills. The plastic playhouse in the the outdoor portion of the macaque enclosure had turned slightly brown from the dust and dirt. In the "education building" housing two bush babies, there was a general lack of cleaning. The overhead light fixtures and outlets had turned from white to dark brown due to excessive fly speck in that room. There was an accumulation of miscellaneous items which the licensee was storing in the corner of the "education building" animal housing room that were not necessary for husbandry or cleaning such as fans, heat pads, hamster wheels, lightbulbs, boards, and empty enclosures. There were multiple brooms and dust pans stored along the wall of the room which were setting on top of dust, waste, and rodent feces. Failure to clean housing facilities, primary enclosures, and enrichment items can lead to disease hazards, pests and odors.

---

| Prepared By: | HEATHER COLE, V M O | | |
|---|---|---|---|
| | HEATHER  COLE, V M O       USDA, APHIS, Animal Care | **Date:** | |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | May-27-2015 | |
| Received By: | (b)(6),(b)(7)(c) | | |
| | | **Date:** | |
| Title: | | May-27-2015 | |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf


# Inspection Report

The licensee must ensure that hard surfaces with which the nonhuman primates come in contact are spot cleaned daily and sanitized at least every two weeks. Furthermore, the licensee must ensure that all other surfaces of the nonhuman primate housing facilities are cleaned and sanitized when necessary to satisfy generally accepted husbandry standards and practices.

## 3.76      (b)
### INDOOR HOUSING FACILITIES.

There was a strong, foul odor of fecal waste and ammonia in the "education building". This room housed two bush babies. The air in that room also seemed stagnant. The room had no windows or exhaust/ventilation portals. The licensee stated that fans are used when needed to move the air. However, the licensee keeps the door to the room shut so this simply moves the air around the room but does not bring in fresh air or expel the odor-filled air. Air which is not properly ventilated can result in respiratory or other health problems for the animals.

The licensee must ensure that indoor housing facilities are sufficiently ventilated at all times when nonhuman primates are present to provide for their health and well-being and to minimize odors and ammonia levels.

To be corrected by: June 10, 2015

## 3.81      (c)      (2)
### ENVIRONMENT ENHANCEMENT TO PROMOTE PSYCHOLOGICAL WELL-BEING.

A male, juvenile baboon "Obi" was exhibiting abnormal behaviors associated with psychological distress. He was repeatedly pacing and head tossing. He paced nearly the entire time the inspectors observed him. He repeatedly tossed his head back when he approached a wall or corner of his enclosure. Pacing and head tossing are stereotypic behaviors in non-human primates. Stereotypic behaviors such as head tossing and pacing in primates are behaviors that indicate psychological distress. "Obi" is currently housed alone in his enclosure. He can hear other non-human primates (baboons and macaques), but only has a limited view of them through gaps in the walls. Currently there is minimal enrichment within his enclosure. There is a climbing structure in his enclosure that the licensee calls his "castle" (connected plastic barrels laying on its side) and a ladder laying on its side. Within the indoor portion of the sheltered housing facility, there are two perches and a mirror outside of the enclosure. Documentation was provided that showed food enrichment is given to all primates everyday in a variety of forms. There is no documentation that "Obi" is provided any extra food enrichment. The licensee confirmed that "Obi" has not received any special attention or enrichment due to the abnormal behaviors.

The current environmental enhancement plan does not specifically address the psychological distress associated with the abnormal behaviors exhibited by "Obi". Failure to have a special plan regarding environmental enhancement in animals showing signs of psychological distress can lead to further psychological distress or abnormal behaviors. The licensee must develop, document and follow an environmental enhancement plan that specifically addresses the environmental enhancement for "Obi" and all other non-human primates that show signs of being in psychological distress through behavior or appearance.

| Prepared By: | HEATHER COLE, V M O | | |
|---|---|---|---|
| | HEATHER  COLE, V M O | USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | | May-27-2015 |
| Received By: | (b)(6),(b)(7)(c) | | |
| | | | Date: |
| Title: | | | May-27-2015 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf


# Inspection Report

To be corrected by: June 3, 2015

**3.84**          (d)                              **REPEAT**

**CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.**

Pest control.

There are an excessive number of live and dead flies within the primate building housing two macaques and four baboons. The dead flies are located on the floor under a window directly across from the macaque enclosure. The licensee states she sprayed some of the flies with fly spray recently, but hadn't cleaned up the dead flies yet. The majority of the live flies were on a window directly adjacent to the enclosure housing one baboon.

The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies, must be established and maintained.

**3.126**          (b)

**FACILITIES, INDOOR.**

There was a strong, foul odor of fecal waste and ammonia in the "education building". This room housed chinchillas, African crested porcupines, fennec foxes, and kinkajous. The air in that room also seemed stagnant. The room had no windows or exhaust/ventilation portals. The licensee stated that fans are used when needed to move the air. However, the licensee keeps the door to the room shut so this simply moves the air around the room but does not bring in fresh air or expel the odor-filled air. Air which is not properly ventilated can result in respiratory or other health problems for the animals.

The licensee must ensure that indoor housing facilities are adequately ventilated to provide for the health and to prevent discomfort of the animals at all times.

To be corrected by: June 10, 2015

**3.127**          (b)

**FACILITIES, OUTDOOR.**

Shelter from inclement weather.

There are two Highland cattle and two beef cattle in one enclosure. There is only one shelter and no separate shade structure within that enclosure. The shelter that is present is not large enough to fit all of the animals within the shelter at the same time. Failure to provide adequate shelter for animals housed outdoors does not ensure they are protected from the elements. Natural or artificial shelter shall be provided for all animals kept outdoors to afford them protection and to prevent discomfort to such animals.

To be corrected by: May 29, 2015

| Prepared By: | HEATHER COLE, V M O | | Date: |
|---|---|---|---|
| | HEATHER  COLE, V M O          USDA, APHIS, Animal Care | | May-27-2015 |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | | |
| Received By: | | | |
| | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | May-27-2015 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf


# Inspection Report

**3.127**      (c)                          **DIRECT NCI**

**FACILITIES, OUTDOOR.**

Drainage.

Multiple enclosures throughout the facility were severely muddy with large areas of standing water and/or small puddles created from hoof prints that have filled in with rain water: potbelly pig (3), camel (1), Jacob's sheep (35), Meishan pig (2), llamas (3), cattle (4), and zebu/llama (1 zebu/1 llama). Within each of those enclosures, nearly the entire enclosure was covered with mud that was several inches thick and/or puddles filled with rain water. Within the camel enclosure and the cattle enclosure, there are large puddles of water and mud surrounding the feed bin. These animals must stand in water and/or thick mud in order to get to their food. Some of the animals (camels, sheep, llamas and cattle) had wet, muddy legs and/or feet. Some of the animals had mud/wet fur extending halfway up their legs and some of the animals had mud/wet fur extending up the entire length of their legs.

Improper drainage within enclosures does not ensure a clean, dry environment which can lead to health hazards for the animals. A suitable method shall be provided to rapidly eliminate excess water from within the enclosures.

To be corrected by: 5:00 pm May 29th, 2015

**3.131**      (a)                          **REPEAT**

**SANITATION.**

One black bear enclosure had a shelter with a build-up of old and fresh feces in it. There were also old meat products compacted into the straw bedding of the shelter which the licensee stated were deli products. There were a lot of flies hovering around the inside of that shelter. There were multiple other animals (chinchillas, degus, two raccoons, and two kinkajous) which were housed in enclosures with slightly raised, grated/wire flooring so their waste dropped below the floor. The accumulation of feces in those enclosures was excessive, leaving the animals only barely raised above the feces in most cases. The pan collecting waste in the kinkajou enclosure was so filled with waste that it was coming up through the wire floor. There were also maggots present in the kinkajou waste and numerous flies hovering in and around the enclosure. The raccoon enclosure was constructed so the waste material couldn't be removed from below the grated flooring without using a skid loader to lift the very heavy enclosure, which the licensee stated rarely happens. Failure to clean animal enclosures can lead to health hazards, pests and odors.

The licensee must ensure that excreta is removed from primary enclosures as often as necessary to prevent contamination of the animals, to minimize disease hazards, and to reduce odors.

**3.131**      (c)                          **REPEAT**

**SANITATION.**

The "reptile house", with serval and coatimundi enclosures, had a build-up of dirt, dust, grime, and/or debris, especially in the corners and floor edges. There was a brown, grimey material on the outside of the serval enclosure. There was also dark-colored organic material covering some of the wire paneling of

| Prepared By: | HEATHER COLE, V M O | | |
|---|---|---|---|
| | HEATHER  COLE, V M O | USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 | | May-27-2015 |
| **Received By:** | | | |
| | (b)(6),(b)(7)(c) | | **Date:** |
| **Title:** | | | May-27-2015 |

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf


# Inspection Report

the vervet enclosure, which is directly adjacent to the other animal enclosures. In the "education building" housing chinchillas, kinkajous, African crested porcupines, and fennec foxes, there was a general lack of cleaning. The overhead light fixtures and outlets had turned from white to dark brown due to excessive fly specks in that room. There was an accumulation of miscellaneous items which the licensee was storing in the corner of the "education building" animal housing room, such as fans, heat pads, hamster wheels, lightbulbs, boards, empty enclosures, etc. There were multiple brooms and dust pans stored just a couple feet away from the African crested porcupine enclosure which were setting on top of dust, waste, and rodent feces. There was also a build-up of a hard, brown material on the wire paneling of the African crested porcupine enclosure  Failure to clean housing facilities and primary enclosures can lead to disease hazards, pests and odors.

The licensee must ensure that housing facilities are kept clean in order to protect the animals from health hazards and facilitate good husbandry practices.

**3.131**      (d)                    **REPEAT**
**SANITATION.**

Pest control.

There are an excessive number of flies present within the bear shelter (one bear), on the floor of the raccoon enclosure (two raccoons) and surrounding the kinkajou enclosure within the education building (two kinkajou). The flies are present and hovering around the excess food and/or animal waste that is present within the enclosures. Maggots were also seen within the waste present in the kinkajou enclosure.

There were rodent droppings present within the food storage room within the education center. This is the food storage area  for the chinchillas and fennec foxes. The rodent feces was present on the floor and objects within the room.

The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies and rodents, must be established and maintained.

Inspection and exit briefing conducted with VMO Amanda Owens, VMO Heather Cole and the facility owner.

| | | |
|---|---|---|
| **Prepared By:** | HEATHER COLE, V M O | |
| | HEATHER  COLE, V M O          USDA, APHIS, Animal Care | **Date:** |
| **Title:** | VETERINARY MEDICAL OFFICER Inspector  6026 | May-27-2015 |
| **Received By:** | | |
| | (b)(6),(b)(7)(c) | **Date:** |
| **Title:** | | May-27-2015 |

Case 6.14-cv-02034-JSS   Document 70-32   Filed 10/16/15   Page 5 of 5  PAGE 0005