**USDA** United States Department of Agriculture

Animal and Plant
Health Inspection
Service

Office of the
Administrator

1400 Independence
Avenue SW
Washington, DC
20250

June 10, 2015

BY HAND DELIVERY
Pamela J. Sellner
Tom J. Sellner
Pamela J. Sellner Tom J. Sellner, an
Iowa general partnership,
1512 210th Street
Manchester, IA 52057

Dear Mr. and Mrs. Sellner:

I write to notify you that your license (42-C-0084) under the Animal Welfare Act, (7 U.S.C. § 2131 et seq.) (AWA or Act) is hereby suspended, pursuant to section 19 of the Act, for a period of 21 days, effective upon your receipt of this letter.

We are taking this action because we have reason to believe that you have willfully violated section 2.100(a) of the regulations issued under the Act (9 C.F.R. Part 2)(Regulations), requiring compliance with the minimum standards for animals, *inter alia*, 9 C.F.R. §§ 3.81(c)(2), 3.127(c), 3.131(a). Specifically, you failed to (1) provide special attention regarding the environmental enhancement needs of a nonhuman primate who was exhibiting signs of psychological distress; (2) provide a suitable method to rapidly eliminate standing water from multiple enclosures; and (3) remove excreta from multiple animal enclosures as often as required.

It is a violation of the Regulations to buy, sell, transport, exhibit, or deliver for transportation, any "animal," as that term is defined in the Act and the Regulations, during the period of suspension. 9 C.F.R. § 2.10(c). This prohibition applies both to you, and to any employee, agent or other person acting on your behalf. Failure to comply with this prohibition may subject you to the civil and criminal penalties in section 19 of the Act.

If you have any questions concerning this suspension, please communicate with:

Colleen A. Carroll
Office of the General Counsel
1400 Independence Avenue, SW, Mail Stop 1417
Washington, D.C. 20250-1417
(202) 720-6430; (fax) (202) 690-4299
colleen.carroll@ogc.usda.gov

Sincerely,

Kevin Shea

Kevin Shea
Administrator

An Equal Opportunity Provider and Employer