

United States Department of Agriculture
Animal and Plant Health Inspection Service

167151206010120  insp_id

# Inspection Report

Pamela J Sellner
Tom J Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**
Certificate: **42-C-0084**
Site: **001**
TOM & PAMELA SELLNER

Type: ATTEMPTED INSPECTION
Date: Jun-15-2015

## 2.126 (b)
**ACCESS AND INSPECTION OF RECORDS AND PROPERTY; SUBMISSION OF ITINERARIES.**

A responsible adult was not available to accompany APHIS Officials during the inspection process at 2:00-3:00 p.m., 3:35-4:42 p.m. and 4:57-5:27 p.m. on 06/15/2015.

Prepared By: CORBIN RANSLEM, A.C.I.
CORBIN L RANSLEM, A.C.I.   USDA, APHIS, Animal Care Inspector 6079
Title: ANIMAL CARE INSPECTOR
Date: Jun-22-2015

Received By: (b)(6),(b)(7)(c)
Title:
Date: Jun-22-2015

EXHIBIT 35 PAGE 0001

Inspection Report Explanation: http://www.aphis.usda.gov/animal_welfare/downloads/IR_Explanation.pdf