Pamela J Sellner
Tom J Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**
Certificate: **42-C-0084**
Site: **001**
TOM & PAMELA SELLNER

Type: ATTEMPTED INSPECTION
Date: Jun-24-2015

**2.126      (b)         REPEAT**

**ACCESS AND INSPECTION OF RECORDS AND PROPERTY; SUBMISSION OF ITINERARIES.**

A responsible adult was not available to accompany APHIS Officials during the inspection process at approximately 11:15 am on 06/24/2015.

Prepared By: HEATHER COLE, V M O
HEATHER COLE, V M O     USDA, APHIS, Animal Care         Date:
Title: VETERINARY MEDICAL OFFICER Inspector 6026          Jun-24-2015

Received By: (b)(6),(b)(7)(c)
Title:                                                    Date: Jun-24-2015