UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA

TRACEY K. KUEHL, an individual;
LISA K. KUEHL, an individual;
KRISS A. BELL, an individual;
JOHN T. BRAUMANN, an individual,
and; ANIMAL LEGAL DEFENSE
FUND, a non-profit corporation,

Plaintiffs,

vs.

PAMELA SELLNER, an individual;
TOM SELLNER, an individual; and
CRICKET HOLLOW ZOO, a
non-profit corporation,

Defendants.

Case No. C14-2034-LRR

DEFENDANT CRICKET HOLLOW
ZOO'S ANSWERS TO PLAINTIFFS'
INTERROGATORIES

COMES NOW the Defendant, Cricket Hollow Zoo, and hereby answers Plaintiffs' Interrogatories.

Respectfully submitted,

Larry J. Thorson                    #AT0007976
ACKLEY KOPECKY & KINGERY, L.L.P.
4056 Glass Road, NE
Cedar Rapids, IA 52402
Ph: (319) 393-9090  Fax: (319) 393-9012
Email: lthorson@akklaw.com

Attorney for Defendants

I, Pamela Sellner, Director of Cricket Hollow Zoo, a non-profit corporation, hereby certify under penalty of perjury and pursuant to the laws of the State of Iowa, that the information contained herein is true and correct to the best of my knowledge and belief.

_____
Pamela Sellner

Case 6:14-cv-02034-JSS   Document 21-9   Filed 06/02/15

Case 6:14-cv-02034-JSS   Document 70-38   Filed 10/16/15   Page 2 of 16
Case #C14-02034-JSS                                    EXHIBIT 39 PAGE 0002

CERTIFICATE OF SERVICE

I, Theresa Trenary, of Ackley, Kopecky & Kingery, L.L.P., 4056 Glass Road NE, Cedar Rapids, Iowa 52402, certify:

That I am, and at all times hereinafter mentioned was, more than 18 years of age.

That on the 25th day of February, 2015, I served the original of the foregoing instrument, to which this Certificate is attached, either via electronic filing or by U.S. Postage prepaid mail, to the parties or the attorneys of record shown below, as follows:

Original to:  Jessica Blome
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jblome@aldf.org

Copy to:  Daniel J. Anderson
Wertz & Dake
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
danderson@wertzlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Executed on February 25, 2015     _Theresa Trenary_
          (Date)                        (Signature)

## INTERROGATORIES

1. Beginning on January 1, 2005, and continuing to the date you complete your response to this Interrogatory, please identify the endangered species that have been acquired by CHZ or that have resided or currently reside at CHZ. Provide the common name, species, age, gender, and a general description for each animal at the time of acquisition.

ANSWER:

| Name | Species | Age | Gender | Color |
|---|---|---|---|---|
| Rajah | Tiger | Appx. 10 years | M | Orange |
| Natasha | Tiger | 6 months | F | Orange |
| Miraj | Tiger | born here | F | Orange |
| Sheba | Tiger | Appx. 6 years | F | Orange |
| Sherkhan | Tiger | Appx. 10 years | M | Orange |
| Keirhan | Tiger | born here | F | Orange |
| Rajahn | Tiger | born here | M | Orange |
| Rauol | Tiger | born here | M | Orange |
| Caspar | Tiger | Appx. 10 years | M | White |
| Luna | Tiger | Appx. 11 years | F | Orange |
| Sascha | Tiger | 5 years | F | White |

6 tiger cubs   born here   Orange

| Ringtail lemur | Name | Age | Gender |
|---|---|---|---|
| | Tootsie | Appx. years | F |
| | Cheech | Appx. years | M |
| | Maddy | born here | F |
| | Gaz | born here | M |
| | Baby | born here | F |
| | Baby | born here | M |
| | Chuki | 9 years | F |

| Kondo | 9 years | M |
| Zaboo | 6 months | M |

Red Ruff Lemur   Lucy   9 years   F

2. Beginning on January 1, 2005, and continuing to the date you complete your response to this Interrogatory, please identify the names, locations, and USDA license numbers—where applicable—for the persons who supplied the animals identified in your response to Interrogatory No. 1.

ANSWER:

| | | |
|---|---|---|
| Bob Strange | Mt. Ayr, Iowa | 42-B-0061 |
| Brown's Oakridge Zoo | Smithfield, Illinois | 33-C-0007 |
| Animal Haven Zoo | Weyauwega, Wisconsin | 35-B-0104 |
| Craig Perry | Center Point, Iowa | 42-C-0101 |
| Oelson Park Zoo | Fort Dodge, Iowa | 42-C-0128 |

Case 6:14-cv-02034-JSS   Document 21-9   Filed 06/02/15

Case 6:14-cv-02034-JSS   Document 70-38   Filed 10/16/15   Page 5 of 16
Case #C14-02034-JSS                                    EXHIBIT 39 PAGE 0005

3. If any of the animals identified in Interrogatory No. 1 are no longer in the possession of Defendant or no longer reside at CHZ, please identify the method of final disposition of the animals, including the date of disposition; the name, location, and USDA license number—where applicable—of the person(s) who took possession of the animals; if the animals were sold, the amount of money exchanged in consideration for the animals; the manner in which the animals were transported to their subsequent owner(s); and, if deceased, the cause of death and method of disposal of the animals.

ANSWER:

The only endangered species are as follows:

| Rajah | Tiger | Died old age | Appx. 2005 | Buried |
|---|---|---|---|---|
| Sheba | Tiger | Died old age | 2012 | Buried |
| Sherkhan | Tiger | Died old age | 2-28-2014 | Buried |
| Rauol | Tiger | Died quick pneumonia | 6-1-2013 | Buried |
| Casper | Tiger | Died – pneumonia | 11-2014 | Buried |
| Luna | Tiger | Died e-coli | 2014 | Buried |
| Cubs | Tigers | Donated to other facilities – records not available (records were made available to USDA & are not required to be maintained over 1 year | | |
| Tootsie | Ringtailed Lemur | Died old age | 11-2009 | Buried |
| Cheech | Lemur | Died old age | Appx. 2010 | Buried |
| Maddy | Lemur | Died – encephalitis; necropsy done at Ames, Iowa | 2006 | Left at Ames after necropsy |
| Gaz | Lemur | Died – encephalitis; necropsy done at Ames, Iowa | 2006 | Left at Ames after necropsy |
| Kondo | Lemur | Died – unknown | 7-2011 | Buried |
| Baby | Lemur | Sold – Barry DeVol | Appx. $1,000 | Sold – transported by buyer – 42-C- |
| Baby | Lemur | Sold – Oelson Park | Appx. $1,000 | Sold – transported by buyer – 42-C-0128 |

Older records not available

4. Beginning on January 1, 2005, and continuing to the date you complete your response to this Interrogatory, please identify the names, job responsibilities, and weekly hours worked for any volunteers who work for CHZ without payment.

ANSWER:

| Name | Responsibilities | Hours |
|---|---|---|
| Jason Neverman | rabbits, chickens, dogs feed & care | 6 hours/week |
| Trish LeClere | general cleaning & gardening | 4 hours/week |
| Services Unlimited | small animal cleaning, feeding, watering, sweeping, misc. | 1 ½ hours week x 5-8 volunteers |
| Mormon Church Elders | cleaning, feeding, sorting, hoofstock, misc. window cleaning, yard work, mowing | 3-4 hours/week x 3 people |
| Kyle Cook | cleaning & working with exotic cats | 5-20 hours/week |
| Ted Manson | Works with reptiles, reptile days program, wolf hybrids/programs | 16 hours/week |
| Erin Pinote | Vet intern – wormed various animals, cleaned, fed, did educational presentations | 30 hours/week |

No records kept on volunteer personnel. This information is from memory so not all volunteers over time are listed.

5.  Beginning on January 1, 2005, and continuing to the date you complete your response to this Interrogatory, please identify the names, position titles, job responsibilities, weekly hours worked, and annual compensation for all persons employed by CHZ, including full-time employees, part-time employees, independent contractors, consultants, attending veterinarians, and any other person(s) employed by CHZ to assist in the management or maintenance of CHZ.

ANSWER:

Dr. John Pries, DVM, Elkader Vet Clinic. Main vet currently used at Cricket Hollow Zoo. Comes annually for walk through and various times over court of year for any health issues that develop. $300 typically.

Dr. Gary Pusillo, DVM. Nutritionist for exotic felines, use his supplements and products. Donated time.

Dr. Kevin Esch, DVM, Elkader Vet Clinic. Main vet 2005-2009

Dr. Don Cook, DVM and Dr. Art Dunham, DVM. Vets that do our farm work and do help with farm type animals at zoo on occasion. On call for emergencies and health checks. $200+/yr total.

Pete Knipper, hoofstock nutritionist – as part of our farm – samples and makes rations with forages we use.

Joe Andreas, hoof trimmer, sheep shearer. 1 day annually. Approximately $200.

Dr. Mary Chris O'Brien, DVM – doesn't take care of exotics, just small pet-type animals as needed.

Marian Yoder, hoof trimmer-equines. 1-2 days annually. $100.

6. Identify the relevant education, learned or acquired skills, training, continuing education or training, and/or any other qualifications related to the care of endangered species as well as the management of zoos generally for each person identified in Interrogatory Nos. 4 and 5, as well as for CHZ's principals, Pamela Sellner and Tom Sellner.

ANSWER:

Pamela Sellner – 23 years experience with exotic animals. 50+ years experience with farm type animals. Certified in exotic cat husbandry with Feline Conservation Federation (FCF). Have advanced handler certification from FCF. Worked with veterinarians and nutritionists. Know about large felid nutrition from Laurie Gage, DVM – USDA large felid specialist. Had been a member of the Simian Society for over 20 years, getting primate handbook, healthcare, enrichment and other information from group. Keep up-to-date by mentoring with breeders and private zoos, reading and using internet informational sites.

Tom Sellner – 20 years hands on experience. FCF general member. Studies caging ideas. Has built all of zoo's cages and housing.

Veterinarians – vet school graduates who operate practices. Have done interning with exotics and have access to information such as blood profiles, etc. from zoos.

Joe Andreas – many years of hands-on work shearing sheep and llamas. Professional hoof trimmer and sheep shearer.

Volunteers – do not care for any of our endangered species or primates and large carnivores with the exception of Kyle Cook over five years ago.

7. Identify the person or persons who, on behalf of CHZ, is/are ultimately responsible for the day-to-day operation of CHZ and makes decisions on behalf of CHZ that relate to the technical, managerial, and financial well-being of the corporation and describe the process by which day-to-day decisions are made by the person(s) on behalf of CHZ.

ANSWER:

Pamela Sellner. I set up programs for feeding and healthcare with my veterinarian and nutritionist. I do the day-to-day work and management. I am responsible for the exhibits and do all the book work for USDA, IA DNR and all finances. I do any training and acceptance of our volunteers. I am also in charge of overseeing the garden areas and all of our advertising. I keep all the maintenance logs, primate enrichment calendars and other USDA paperwork. I also do the procurement of all animals.

8. Describe the daily animal care program for each of the animals at CHZ, including each of the endangered animals held there, including but not limited to information about individualized feeding procedures; individualized watering procedures; individualized grooming procedures; the individualized provision of exercise or enrichment; the cleaning of individual enclosures; and procedures for protecting animals from inclement or changing weather patterns, including summer rainstorms, winter snowstorms, extreme heat in summer months, and freezing temperatures during winter months. If animals are transported off-site as part of these procedures, please identify the location where the animals are shipped, the name of the person who takes custody of the animal, and describe procedures used to ensure compliance with state and federal law at the off-site location.

ANSWER:

Hoofstock – free choice baleage or hay, automatic waterers in summer, hand watered in below freezing temps. Salt and mineral free choice sheep are sheared in spring, llamas barrel clipped and hooves trimmed in spring by trimmers and shearer. All hoofstock are on dry lots that are scraped completely each month or as needed. All animals have shelters, heavily bedded in winter months. Animals are acclimated to this climate. Some farm animals are moved to our dairy farm for winter care and buildings and some pasture, off season.

Cats – fed raw meat only (obligate carnivores) whole prey is offered for enrichment and nutrition as allowed by our veterinarian. Beef, poultry and deer are fed. Cats all have automatic waterers to drink, tigers have pools to play and cool in in warm months. Tigers have bowling balls, tires or large plastic drums to play with and scratching logs in pens. Cats are on pea gravel that is raked daily in summer months and every other day otherwise. Cats have shade cloth over part of their outdoor area. All cats have dens with guillotine doors to keep warm in winter and open wire backs for air movement in summer. Only serval is kept heated in cold months indoors. Other cats are acclimated to outdoor temps. All cats are supplemented with Oasis Felidae Tand Primal Cal.

Primates – all primates are fed a balanced diet that includes primate biscuits, fresh produce and water from sippers. All primates have a veterinary approved enrichment plan. In warm months all primates have access to outdoor yards/exhibit area. All indoor pens are bedded with deep straw/grass hay and cleared as needed. Cages are sanitized bi-weekly as required by USDA. Most animals are housed with companions. The several that are housed individually get extra enrichment – mirrors, special toys PVC feeder tubes, etc. All primates are kept heated indoor during cold months. They have large

windows in the primate building for sunshine and viewing. They get a variety of climbing shelves and other enrichment items.

Small mammals – fed nutritious feed matched to their species. Most drink from sippers to keep them from playing in and soiling water bowls. Grooming is according to species; dust baths, etc. Most have branches, toys, friends to exercise and have fun with. Our small mammals are either housed completely indoors with fans and/or heat depending on weather. Several have indoor/outdoor runs in good weather.

Reptiles – fed according to individual needs (carnivore, omnivore, herbivore). Water in dishes and soaking bowls. Have heat sources to warm or cool themselves as they see fit.

Birds – fed predominately seed diet, according to species. We buy three different diets for warm room birds. Also fresh produce. Water in cages. Branches, toys, cage mates for enrichment. Many by windows to visit with guests at the zoo. All cages are indoors (climate controlled).

9.      Beginning on January 1, 2005, and continuing to the date you complete your response to this Interrogatory, please identify every veterinarian, other animal health care practitioner, veterinary hospital, animal health care facility, animal behaviorist, or other person or entity that has examined, evaluated, treated, or otherwise provided health or welfare-related services of any kind to the endangered animals at CHZ.

ANSWER:

Dr. John Pries
Elkader Veterinary Clinic – general health

Dr. Kevin Esch
Elkader Veterinary Clinic – general health

Dr. Gary Pusillo - nutrition

Case 6:14-cv-02034-JSS   Document 21-9   Filed 06/02/15

10. Describe the specific plan of veterinary care that CHZ maintains for each of its endangered animals, including but not limited to how often a veterinarian inspects such animals, a schedule for veterinary exams, inoculations, or other procedures, any protocol CHZ maintains for veterinary emergencies, and any veterinary supplies maintained on site at CHZ.

ANSWER:

We have a USDA plan of veterinary care in place. We have at least one annual walk-through visit for all animals. Any exams or emergencies as needed. Vet will come out to zoo to do exams. Smaller, handable animals can be taken to clinic as needed.

Syringes, wormers, antibiotics, vet wrap and miscellaneous supplies are kept on hand. Some vaccines are kept as needed.

11. Beginning on January 1, 2005, and continuing to the date you complete your response to this Interrogatory, please identify the amount of revenue CHZ generates in an average year, including by listing separately the amount of revenue derived from zoo admission fees, the amount of revenue derived from private donations, the amount of revenue derived from grants or foundations, the amount of revenue derived from government sources, and any amount Defendants Pamela Sellner and Tom Sellner personally contribute to the zoo.

ANSWER:

|  | Admissions | Donations, Mobile Zoos, Feed & ____ Sales | Personal Contributions |
|---|---|---|---|
| 2005 | $9,508 |  | By Pam & Tom Sellner All hay and forages for hoofstock, LP for furnaces, electricity, labor |
| 2006 | $11,639 |  | " |
| 2007 | $12,236 |  | " |
| 2008 | $12,862 | $4,968 | " |
| 2009 | $15,975 | $4,066 | " |
| 2010 | $15,364 | $2,638 | " |
| 2011 | $12,966 | $4,329 | " |
| 2012 | $12,945 | $5,438 | " |
| 2013 | $11,619 | $8,428 | " |
| 2014 | $10,081 | $4,193.25 | " |
| Admission increase $1 per person |  |  |  |

Case 6:14-cv-02034-JSS Document 21-9 Filed 06/02/15

Case 6:14-cv-02034-JSS Document 70-38 Filed 10/16/15 Page 15 of 16
Case #C14-02034-JSS                    EXHIBIT 39 PAGE 0015

12. Beginning on January 1, 2005, and continuing to the date you complete your response to this Interrogatory, please identify the total annual operating budget and the total annual operating costs (as distinct from budget) for CHZ, including by listing separately the cost of animal acquisition, the cost of animal feed, the cost of veterinary care (including both veterinary supplies and veterinary fees), the cost of staff salaries and wages, and any fees or taxes to local, state, or federal entities.

ANSWER:

No budget available. Expenses by years attached (previous seven years records).