This record is authorized by law (7 USC 2131-2156). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

See reverse side for additional information.

FORM APPROVED
OMB NO. 0579-0036

**U.S. DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

# RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT
## OF ANIMALS *(Other Than Dogs and Cats)*

| 1. INVOICE NO. | 2. PAGE |
|---|---|
| | 1 OF 1 |

[X] **SALE**   [ ] **EXCHANGE OR TRANSFER**   [ ] **DONATION**

**3. DATE OF DISPOSITION**
9-8-10

**INSTRUCTIONS:** Complete applicable Items 1 through 13. Original and one copy to accompany animals. When delivery is made - Items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

**4. DEALER'S LICENSE NO.**
35-B-0104

**4. SELLER OR DONOR** *(Name and Address, include Zip Code)*
Animal Haven Zoo
N 1720 Bucholtz Rd
Weyauwega   WI   54983

**6. BUYER OR RECEIVER** *(Name and Address, include Zip Code)*
Pamela Sellner
Cricket Hollow Zoo
1512-210 th St. Manchester IA 52057

**7. USDA LICENSE NO.** *(if any)*
42-C-0084

## 8. IDENTIFICATON OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANIMALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | F. NO. YOUNG | G. NO. ADULT | H. EST. WEIGHT (lbs) | I. REMARKS (Condition, etc.) | RECEIVER'S USE J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | African porcupine | M / F | (M) / F | | 7 yrs. | | |
| | 1 | | | coatimundi | M / F | (M) / F | | 8 yrs. | | |
| | | | | African lion | M / F | M / (F) | | 8 yrs. | | |
| | 1 | | | African lion | M / F | M / (F) | | 8 yrs. | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |

## DELIVERY BY COMMERCIAL CARRIER

**9. DELIVERY BY** *("X" one)*
[X] Buyer's Truck   [ ] Dealer's Truck (Seller or Donor)

**10. TRUCK LICENSE NO.**

**11. BILL OF LADING NO.**

**12. NAME AND ADDRESS OF COMPANY OR FIRM**
Same as above

**13. NAME AND ADDRESS OF TRUCK DRIVER**
Same as above

## DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

**14. ANIMALS DELIVERED WERE** *("X" one)*
[X] IN APPARENT GOOD CONDITION   [ ] POOR CONDITION   [ ] REJECTED *(Attach explanation for rejection)*

**15. TOTAL NUMBER RECEIVED**
4

**16. NUMBER DEAD**
0

**17. NUMBER ALIVE**
4

**18. BY** *(Signature)*
Pamela Sellner

**19. TITLE**
Owner

**20. DATE**
9-8-10

Case 6:14-cv-02034-JSS   Document 70-39   Filed 10/16/15   Page 1 of 7

Case #C14-02034-JSS          EXHIBIT 40 PAGE 0001

ANIMAL AND PLANT HEALTH INSPECTION SERVICE

# RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT
## OF ANIMALS *(Other Than Dogs and Cats)*

| | |
|---|---|
| 1. INVOICE NO. | 2. PAGE<br>1 OF |

☐ SALE  ☐ EXCHANGE OR TRANSFER  ☒ DONATION

**3. DATE OF DISPOSITION** 11-15-03

**INSTRUCTIONS:** Complete applicable Items 1 through 13. Original and one copy to accompany animals. When delivery is made - Items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

**4. DEALER'S LICENSE NO.** 33-C-0807

**4. SELLER OR DONOR** *(Name and Address, include Zip Code)*
Ivanov Nancy Surva
Bruvr's Oakridge Zoo
17732 N. Dairy Farm Rd.
Smithfield, SC 61477

**6. BUYER OR RECEIVER** *(Name and Address, include Zip Code)*
Cricket Hollow Zoo
Pam Sellner
Manchester, Iowa

**7. USDA LICENSE NO.** *(If any)* 42-C-0084

## 8. IDENTIFICATON OF ANIMALS BEING DELIVERED

| A.<br>CON-TAINER TAG NO., CRATE OR PEN NO. | B.<br>NO. ANI-MALS | C.<br>PREVIOUS INVOICE NO. *(if any)* | D.<br>INDIVIDUAL IDENT., TATTOOS, TAG NOS. *(If applicable)* | E.<br>SPECIES | F.<br>NO. YOUNG | G.<br>NO. ADULT | H.<br>EST. WEIGHT *(lbs.)* | I.<br>REMARKS *(Condition, etc.)* | RECEIVER'S USE J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | tiger | M / F | M / X | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |

## DELIVERY BY COMMERCIAL CARRIER

**9. DELIVERY BY ("X" one)**
☒ Buyer's Truck    ☐ Dealer's Truck (Seller or Donor)

**10. TRUCK LICENSE NO.**

**11. BILL OF LADING NO.**

**12. NAME AND ADDRESS OF COMPANY OR FIRM**

**13. NAME AND ADDRESS OF TRUCK DRIVER**

## DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

**14. ANIMALS DELIVERED WERE ("X" one)**
☒ IN APPARENT GOOD CONDITION    ☐ POOR CONDITION    ☐ REJECTED *(Attach explanation for rejection)*

**15. TOTAL NUMBER RECEIVED** 1

**16. NUMBER DEAD** 0

**17. NUMBER ALIVE** 1

**18. BY** *(Signature)* Pam Jo Sellner

**19. TITLE** owner

**20. DATE** 11/15/03

APHIS FORM 7020
(APR 93)

*(Replaces VS FORM 18-20, which is now obsolete, and APHIS Form 7020 (10-90) which may be used.)*

COPY (Receiver)

Case 6:14-cv-02034-JSS   Document 70-39   Filed 10/16/15   Page 2 of 7

Case #C14-02034-JSS          EXHIBIT 40 PAGE 0002

This record is authorized by law (7 USC 2131-2156). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

See reverse side for additional information.

FORM APPROVED
OMB NO. 0579-0036

U.S. DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE

**RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS** *(Other Than Dogs and Cats)*

| | |
|---|---|
| 1. INVOICE NO. | 2. PAGE |
| | 1 OF |

☐ SALE  ☐ EXCHANGE OR TRANSFER  ☒ DONATION

3. DATE OF DISPOSITION
7-10-14

**INSTRUCTIONS:** Complete applicable Items 1 through 13. Original and one copy to accompany animals. When delivery is made - Items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

4. DEALER'S LICENSE NO.
35-B-0104

4. SELLER OR DONOR *(Name and Address, include Zip Code)*
Animal Haven Zoo
N1720 Buchholtz Rd
Weyauwega, WI 54983

6. BUYER OR RECEIVER *(Name and Address, include Zip Code)*
Cricket Hollow Zoo
1512-210th St.
Manchester IA 52057

7. USDA LICENSE NO. *(if any)*
42-C-0084

### 8. IDENTIFICATON OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANIMALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | F. NO. YOUNG M / F | G. NO. ADULT M / F | H. EST. WEIGHT (lbs) | I. REMARKS (Condition, etc.) | RECEIVER'S USE J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | | White Tiger | M / F | X M / F | | gd Cond. | | |
| | 1 | | | Yellow ~~Siam~~ Tiger | M / F | M / X F | | gd Cond. | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |

### DELIVERY BY COMMERCIAL CARRIER

| 9. DELIVERY BY ("X" one) | 10. TRUCK LICENSE NO. | 11. BILL OF LADING NO. |
|---|---|---|
| ☒ Buyer's Truck    ☐ Dealer's Truck (Seller or Donor) | | |

12. NAME AND ADDRESS OF COMPANY OR FIRM

13. NAME AND ADDRESS OF TRUCK DRIVER

### DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

14. ANIMALS DELIVERED WERE ("X" one)
☒ IN APPARENT GOOD CONDITION  ☐ POOR CONDITION  ☐ REJECTED *(Attach explanation for rejection)*

| 15. TOTAL NUMBER RECEIVED | 16. NUMBER DEAD | 17. NUMBER ALIVE |
|---|---|---|
| 2 | 0 | 2 |

| 18. BY *(Signature)* | 19. TITLE | 20. DATE |
|---|---|---|
| Thomas Sellner | owner | 7-10-14 |

This record is authorized by law (7 USC 2131-2156). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

See reverse side for additional information.

FORM APPROVED
OMB NO. 0579-0036

**U.S. DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

## RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT
## OF ANIMALS *(Other Than Dogs and Cats)*

| 1. INVOICE NO. | 2. PAGE |
|---|---|
| | 1 OF |

☐ SALE  ☐ EXCHANGE OR TRANSFER  ☒ DONATION

**3. DATE OF DISPOSITION**
4-25-04

**INSTRUCTIONS:** Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made - items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

**4. DEALER'S LICENSE NO.**
42-B-0200

**4. SELLER OR DONOR** *(Name and Address, include Zip Code)*
Bob Strange
Box 41 RR
Mt Ayr, IA

**6. BUYER OR RECEIVER** *(Name and Address, include Zip Code)*
Pamela Sellner
1512- 210th St.
Manchester IA 52057

**7. USDA LICENSE NO.** *(If any)*
42-C-0084

### 8. IDENTIFICATON OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANI-MALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | F. NO. YOUNG | G. NO. ADULT | H. EST. WEIGHT (lbs) | I. REMARKS (Condition, etc.) | RECEIVER'S USE J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | | | tiger | M / F | M / F Ⓜ Ⓕ | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |

### DELIVERY BY COMMERCIAL CARRIER

**9. DELIVERY BY ("X" one)**
☒ Buyer's Truck    ☐ Dealer's Truck (Seller or Donor)

**10. TRUCK LICENSE NO.**

**11. BILL OF LADING NO.**

**12. NAME AND ADDRESS OF COMPANY OR FIRM**

**13. NAME AND ADDRESS OF TRUCK DRIVER**

### DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

**14. ANIMALS DELIVERED WERE ("X" one)**
☒ IN APPARENT GOOD CONDITION    ☐ POOR CONDITION    ☐ REJECTED *(Attach explanation for rejection)*

| 15. TOTAL NUMBER RECEIVED | 16. NUMBER DEAD | 17. NUMBER ALIVE |
|---|---|---|
| 2 | 0 | 2 |

**18. BY** *(Signature)*
Pamela Sellner

**19. TITLE**
Owner

**20. DATE**
4-25-04

Case #C14-02034-JSS          EXHIBIT 40 PAGE 0004

This record is authorized by law (7 USC 2131-2156). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

See reverse side for additional information.

FORM APPROVED
OMB NO. 0579-0036

**U.S. DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

## RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT
## OF ANIMALS (Other Than Dogs and Cats)

| 1. INVOICE NO. | 2. PAGE |
|---|---|
| | 1 OF 1 |

☐ SALE   ☐ EXCHANGE OR TRANSFER   ☒ DONATION

**3. DATE OF DISPOSITION**
9-8-10

**INSTRUCTIONS:** Complete applicable Items 1 through 13. Original and one copy to accompany animals. When delivery is made - Items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

**4. DEALER'S LICENSE NO.**
35-B-0104

**4. SELLER OR DONOR** (Name and Address, include Zip Code)
Animal Haven Zoo
N1720 Buchholtz
Weyauwega WI 54983

**6. BUYER OR RECEIVER** (Name and Address, include Zip Code)
Pamela Selher
Cricket Hollow Zoo
1512-210th St. Manchester IA
52057

**7. USDA LICENSE NO.** (If any)
42-C-0084

**8. IDENTIFICATON OF ANIMALS BEING DELIVERED**

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANIMALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | F. NO. YOUNG | G. NO. ADULT | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 4 | | | ring tail lemurs | M / F | (M) / F | 15# | | | |
| | 1 | | | ring tail lemurs | M / F | M / (F) | 15# | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |

### DELIVERY BY COMMERCIAL CARRIER

**9. DELIVERY BY** (*"X" one)
☒ Buyer's Truck   ☐ Dealer's Truck (Seller or Donor)

**10. TRUCK LICENSE NO.**

**11. BILL OF LADING NO.**

**12. NAME AND ADDRESS OF COMPANY OR FIRM**
Same as above

**13. NAME AND ADDRESS OF TRUCK DRIVER**
Same as above

### DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

**14. ANIMALS DELIVERED WERE** (*"X" one)
☒ IN APPARENT GOOD CONDITION   ☐ POOR CONDITION   ☐ REJECTED (Attach explanation for rejection)

| 15. TOTAL NUMBER RECEIVED | 16. NUMBER DEAD | 17. NUMBER ALIVE |
|---|---|---|
| 2 | 0 | 2 |

**18. BY** (Signature)
Pamela Selher

**19. TITLE**
Owner

**20. DATE**
9-8-10

Case 6:14-cv-02034-JSS   Document 70-39   Filed 10/16/15   Page 5 of 7

Case #C14-02034-JSS          EXHIBIT 40 PAGE 0005

U.S. DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE

# RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT
## OF ANIMALS *(Other Than Dogs and Cats)*

| 1. INVOICE NO. | | 2. PAGE |
|---|---|---|
| | | 1 OF |

☐ SALE  ☐ EXCHANGE OR TRANSFER  ☒ DONATION

**3. DATE OF DISPOSITION**
7-22-2009

**INSTRUCTIONS:** *Complete applicable Items 1 through 13. Original and one copy to accompany animals. When delivery is made - Items 14 through 26 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.*

**4. DEALER'S LICENSE NO.**

**4. SELLER OR DONOR** *(Name and Address, include Zip Code)*
Wolf Rescue
1916 Bluff Hole Rd
Marshall, AK

**6. BUYER OR RECEIVER** *(Name and Address, include Zip Code)*
Cricket Hollow Zoo
1512-210th St.
Manchester IA 52057

**7. USDA LICENSE NO.** *(if any)*
42-C-0084

### 8. IDENTIFICATON OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANIMALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | F. NO. YOUNG | G. NO. ADULT | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | RECEIVER'S USE J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 3 | | | hybrid wolves | M / F | M 2 / F 1 | 100# | | | |
| | | | | M / F | M / F | | | | |
| | | | | M / F | M / F | | | | |
| | | | | M / F | M / F | | | | |
| | | | | M / F | M / F | | | | |
| | | | | M / F | M / F | | | | |
| | | | | M / F | M / F | | | | |
| | | | | M / F | M / F | | | | |
| | | | | M / F | M / F | | | | |
| | | | | M / F | M / F | | | | |

### DELIVERY BY COMMERCIAL CARRIER

**9. DELIVERY BY** *("X" one)*
☒ Buyer's Truck  ☐ Dealer's Truck (Seller or Donor)

**10. TRUCK LICENSE NO.**

**11. BILL OF LADING NO.**

**12. NAME AND ADDRESS OF COMPANY OR FIRM**

**13. NAME AND ADDRESS OF TRUCK DRIVER**

### DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

**14. ANIMALS DELIVERED WERE** *("X" one)*
☒ IN APPARENT GOOD CONDITION  ☐ POOR CONDITION  ☐ REJECTED *(Attach explanation for rejection)*

| 15. TOTAL NUMBER RECEIVED | 16. NUMBER DEAD | 17. NUMBER ALIVE |
|---|---|---|
| 3 | 0 | 3 |

**18. BY** *(Signature)*

**19. TITLE**
Owner

**20. DATE**
7-22-09

**APHIS FORM 7020**
**(APR 93)**
*(Replaces VS FORM 18-20, which is now obsolete, and APHIS FORM 7020 (10-90) which may be used.)*

Case 6:14-cv-02034-JSS   Document 70-39   Filed 10/16/15   Page 6 of 7

Case #C14-02034-JSS                    EXHIBIT 40 PAGE 0006

This record is authorized by law (7 USC 2131-2156). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

See reverse side for additional information.

FORM APPROVED
OMB NO. 0579-0036

**U.S. DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

# RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT
## OF ANIMALS *(Other Than Dogs and Cats)*

| | | |
|---|---|---|
| **1. INVOICE NO.** | | **2. PAGE** 1 OF |

☐ **SALE**   ☐ **EXCHANGE OR TRANSFER**   ☒ **DONATION**

**3. DATE OF DISPOSITION** 3-16-10

**INSTRUCTIONS:** Complete applicable Items 1 through 13. Original and one copy to accompany animals. When delivery is made - Items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

**4. DEALER'S LICENSE NO.** 73-C-0139

**4. SELLER OR DONOR** *(Name and Address, include Zip Code)*
GW EXOTIC ANIMAL PARK
25803 N. CR 3250
WYNNEWOOD  OK  73098

**6. BUYER OR RECEIVER** *(Name and Address, include Zip Code)*
CRICKET Hollow ZOO
1512  210TH  ST
MANCHESTER  IOWA  52057

**7. USDA LICENSE NO.** *(if any)* 42-C-0084

### 8. IDENTIFICATON OF ANIMALS BEING DELIVERED

| A. CON-TAINER TAG NO., CRATE OR PEN NO. | B. NO. ANI-MALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | F. NO. YOUNG | G. NO. ADULT | H. EST. WEIGHT (lbs) | I. REMARKS (Condition, etc.) | RECEIVER'S USE J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | | | HYBRID Wolf | 2 | M / F | M / F | | PUPS | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |

### DELIVERY BY COMMERCIAL CARRIER

**9. DELIVERY BY ("X" one)**
☒ Buyer's Truck   ☐ Dealer's Truck (Seller or Donor)

**10. TRUCK LICENSE NO.** E 1691  Iowa

**11. BILL OF LADING NO.**

**12. NAME AND ADDRESS OF COMPANY OR FIRM**
CRICKET Hollow ZOO
1512  210TH  ST
MANCHESTER  IOWA  52057

**13. NAME AND ADDRESS OF TRUCK DRIVER**
Kyle Cooke
1289 120th St
Strawberry Pt. IA, 52076

### DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

**14. ANIMALS DELIVERED WERE ("X" one)**
☒ IN APPARENT GOOD CONDITION   ☐ POOR CONDITION   ☐ REJECTED (Attach explanation for rejection)

**15. TOTAL NUMBER RECEIVED** 2

**16. NUMBER DEAD** —

**17. NUMBER ALIVE** 2

**18. BY** *(Signature)*

**19. TITLE**

**20. DATE** 3/16/11?