11-20-13

## Large Felid Diet

We currently house tigers, lions and cougars. During cool weather the cats get whole prey (ie: deer, calves) for both nutrition and enrichment. They also eat cut up chicken and beef with calcium & vitamin supplements. In hot weather the whole prey, when available, is limited to small animals that can be consumed in 1 day. Any remaining is composted at the farm. They get mostly commercial meat with supplements that is consumed quickly in warm weather so nothing is left out to spoil or attract flies.

Noted by John ——, DVM
12/2/13

Case 6:14-cv-02034-JSS   Document 70-43   Filed 10/16/15   Page 1 of 1   EXHIBIT 43 PAGE 0001