Date 11-20-13  Primate Enrichment Program

**Macaques**  Anna & Mrs. Wilkens

These 2 macaques are housed together in an indoor/outdoor enclosure. Outdoor area is appr. 15'x20' on grass/vegetation. Indoor area is divided into 2 pens – one 10x10 and second 4x10. Both have dri-deck perches. The indoor pens are bedded in deep bedding for foraging in. They have large windows to the north & west where they can sit and view other animals, birds, etc.

Outdoor toys rotate but include: ladder, tire swing, plastic picnic table, plastic spools & log. Indoors they have PVC pipe on chain to forage & play with. We put peanut butter, seeds, flavored bagels & fruit & vegetable chunks inside to find & enjoy.

Anna came to us as a 2 year old and exhibited thumb sucking and "saluting" behaviors when she came. I have pictures of her sucking her toes as a juvenile in her original home. She started plucking some hair on her back and thighs in September 2013. We increased her enrichment in an effort to curb this behavior. A calendar is kept to document things we try to do on a daily basis. We have given her stuffed toys & plastic puzzle toys. She doesn't seem to care for toys and they are thrown & left for days at a time. She does enjoy food enrichment in the morning

Note: she s[eems] to pluck when she comes in heat

PVC tubes. Both macaques enjoy watching the public during the summer months. They also enjoy food foraging in their deep bedding. Both macaques act quite agressively towards humans, other primates & other animals. They are happy together, however, and have grooming sessions.

### Baboons — Sammy, Azrah & Amirah   Obi

Currently Sammy, Azrah & Amirah are housed together in an indoor/outdoor enclose. Outside pen is 15x20. An indoor enclosure is a 2 part kennel approx. 8x15. Outdoor area is on dirt with rocks and a partially buried tractor tire to climb/sit on. Obi is housed in an adjoining pen, but can't physically access the others. His outdoor pen is 15x20 and indoor pen is 6x6 with 2 perches. All baboons have windows to look out of. They enjoy large plastic spools and have a PVC feeder tube inside and a large one outside that the public can drop feed down during zoo season. [taken out 6-14-14] The baboons all enjoy the public and love showing off. Obi is a juvenile and enjoys toys and his plastic tree house. [Tree house replaced with swing & barrel] All the baboons enjoy foraging for nuts, grapes, seeds, baby carrots, etc. in deep hay.

## Vervet - Deno

Deno is an older neutered male that is currently housed alone in the reptile house. He has indoor outdoor pens. There are several perches for him to sit on. He has "mitten" hands, as his fingers had been damaged years ago. He does play with a few toys. His favorite is a large plastic PVC tube and a rubber dog toy that he carries around. During warm weather he can physically see the lemurs next door, during winter he can only hear them. He sleeps with his blanket. He enjoys peanut butter and seeds in his tube.

## Lemurs  Lucy & Chuki  (red ruff & ringtail)
+ Zaboo

Both lemurs are housed in individual pens, as they don't get along housed together. They have adjoining indoor/outdoor pens. In warm weather they enjoy sitting on their outdoor perches and branches - both love sunning themselves in the afternoon. They like PVC tubes with peanut butter and nuts.

## Zaboo Ringtail lemur

Was kept in buddy cage next to Chuki. They were put together in large pen in December and get along well. Zaboo enjoys the same enrichment as Chuki, and they can groom and interact with each other. They sleep together in their "lemur bed"!

## Bush Babies — Bubba & Buttons

The bushbabies are housed in seperate but adjoining cages, as the male is aggressive to the female. → put together May 2014 - are ok together. They have hammocks and/or pouch type cloth bags. Both enjoy fruits, vegetables, new world monkey biscuits. We often put food items on the outside of their cages so they can "pick" and manipulate food through wires.

Noted by [signature]   John C. Pace, DVM [signature]