# Contingency Plan for Cricket Hollow Zoo

In the event of <u>fire</u> — 911 called immediately. If animals can be safely evacuated by zoo or emergency personel from buildings, this will be done until no longer safe for human lives.

In the event of an <u>electrical outage</u> — Alliant Energy will be called immediately. Tropical animal cages can be covered and heat packs added if winter long-term outage occurs. Emergency generator will have to be run if outage is longer than 12 hours. AMPI co-op will haul tanker loads of fresh water if necessary.

In the event of <u>intentional attack of facility</u>, animals or personnel, 911 will be called immediately and have sheriff sent out.

In the event of <u>death or absence of owner</u> owner #2 will call for back up help to do chores and maintenence. List of help include:
- Suzy Tibbott ▇▇▇▇▇
- Deb Virchow ▇▇▇▇▇
- Nancy Brown ▇▇▇▇▇
- Bob Hudelson ▇▇▇▇▇
- Jeanne Bacon ▇▇▇▇▇
- Eric Wuchter ▇▇▇▇▇

other volunteers will help as needed

In the event of furnace breakdown in cold months, we will attempt initial repair or call for emergency service. Cages can be covered & heat packs provided until heat is back to normal temperature. We have LP & electric backup.

In the event of animal escape - if large carnivore is inside perimeter fence we will attempt to get it back inside it's enclosure. If a large carnivore is outside of the perimeter it will be destroyed as a safety measure. If any animal escapes and is found outside of the zoo it will be necessary to call the sheriff's office and report it missing if not located on our property. It may be darted or destroyed depending upon the animal.

In the event of an animal disease outbreak our veterinarian will be notified immediately and we will follow whatever quarantine, or other instruction given by the vet.
 Elkader Veterinary Clinic 1-800-286-1633
 Ryan Veterinary Clinic 563 932 2094

In the event of a tornado. If time allows tigers can be locked in their dens. These can survive fairly high winds. If a tornado were to hit the zoo, all animal would need to be accounted for. Call 911 immediately to have sheriff's office protect public if any live animals are at large.

Case #C14-2034-JSS
Case 6:14-cv-02034-JSS   Document 70-44   Filed 10/16/15   Page 2 of 6
EXHIBIT 45 PAGE 0002

In the case of blizzard/ice storm all animals outdoors will be given extra feed and bedding in their shelters. Water will be hauled in at least twice daily. Animals will be checked for frostbite or injury.

In the event of extreme heat/humidity, we will put fans & fans/misters on animals unable to take high temps (bears, tigers, cougars, pigs, llamas). Water filled tanks & pools will be refilled with cool water to soak in. Fans & extra shade will be checked. In the event of high heat warnings of 105° or > we will close the zoo at noon on those days for the protection of animals & people. Animals can be kept in shade & kept well hydrated when not being visited by public.

Case #C14-2034-JSS
EXHIBIT 45 PAGE 0003

# Things to cover in a bite situation

First and foremost never put the animal in a situation that a bite or scratch can happen.

**If you move an animal away from the situation _after_ any notifications have been made to you, I believe it is a federal offense, and you may be subject to prosecution.**

1.) Remain calm and remove the primate from the situation so no one else gets bit.

2.) Focus all of your attention and attend to the person with the bite.

3.) Wash the wound thoroughly with soap and water.

   *If you are too emotional to handle this type of situation, find or call someone to assist you.

   Remember, do not blame them for their mistake. In the eyes of the law it was you and your primate who made the mistake. Be as pleasant and corporative as possible. Offer to pay for any and all the medical attention needed.

4.) Call your veterinarian so he/she can be informed as to the situation and also have time to prepare and get a copy of the primate's medical records so if they are needed they will be ready.

   Also check and see if your primate's vet is able to handle the quarantine if it is ordered. Be aware that not all facilities are approved by the Department of Health to handle quarantine, and many municipalities will not see quarantine as an option.

5.) First request home quarantine, if that is not permitted, request quarantine with your own vet.

   *Make sure if they decide to quarantine you know the rules.*

   - Does this municipality allow quarantine of wild or exotic animals?
   - Do they make allowances for special circumstances and allow home quarantine?
   - Does it have to be in a vet's office and will your vet house the primate?

* It is also important to remember that when a child is involved all the rules change. When an adult is involved, if the situation is handled with compassion



THE SIMIAN-12

Case #C14-2034-JSS

Case 6:14-cv-02034-JSS   Document 70-44   Filed 10/16/15   Page 4 of 6

EXHIBIT 45 PAGE 0004

cern panic, they can be convinced to take post exposure rabies shots if *you* offer to pay for them. *Be aware that this is very expensive.

Also, any time a child is involved you can count on the situation being treated as a higher risk. Please remember, even though you consider your primate part of your family and the most important thing in your world, the public's and health departments main concern is for the safety of the child involved. In many instances involving children, the animal is euthanized and tested so the child doesn't have to endure any more traumas. Many people still believe that rabies shots are a horrible painful experience, such as what was used in the past.

In most states, any time a person is bitten or scratched by a domestic or wild mammal and they obtain medical help, the treating facility is required by law to report the incident to the local authorities or health department. It is still required even if the mammal is a family pet and has up-to-date rabies shots.

*Remember the health department has the final say in all bites; so treat them with courtesy and respect when talking to them.

Human health is their only priority no matter how well cared for or loved the animal is, they will always err on the side of caution to protect human health. They will *always* take the word of the human victim.

It is also important to remember for instance, that even though a child was bitten or scratched, and the parents are not concerned, if that child goes to school and a teacher sees it and sends the child to the school nurse the school is also required by law to report all animal bites and scratches.

### What happens after a bite is reported?

It is important to know that in many instances, quarantine is only approved for domestic animals that have an approved rabies vaccination and known incubation period for rabies.

Once a reported mammal bite is confirmed, the Health Department notifies the mammal's owner of quarantine law. Any mammal involved in a bite incident is usually required by law to be quarantined for at least 10 days after the bite occurred. Quarantine

*Continued on page 14 >>>>>*



This regimen consists of one dose of immune globulin and five doses of rabies vaccine over a 28-day period. The vaccines are given in the arm and can be administered after exposure.

**Pre Exposure Rabies Vaccine**

A pre-exposure vaccination is available for rabies prevention and recommended for persons in high-risk professions such as veterinarians, animal control officers, mammal handlers, and certain laboratory workers.



THE SIMIAN-15