## EXERCISE PLAN FOR DOGS

LICENSEE/REGISTRANT NAME: Cricket Hollow Zoo / Tom & Pam Sellner  (Type or print legibly)
LIC/REG NO.: 42-C-0084

The Animal Welfare Regulations, 9 CFR, Part 3, Subpart A, Section 3.8, requires all licensees and registrants to develop, document and follow an appropriate exercise plan for their dogs. <u>In addition, the exercise plan must be approved by the attending veterinarian</u>. In developing an exercise plan, you should consider providing positive physical contact with humans that encourages exercise through play or similar activities. If dogs are maintained without sensory contact with other dogs, they **must** be provided with daily physical contact with humans. Forced methods of exercise, such as treadmills, swimming or carousel are unacceptable for meeting the exercise requirements.

Please check the appropriate box and, if necessary, describe below.

[X] My dogs are over 12 weeks of age (except bitches with litters), and are <u>housed individually</u> in a cage, pen or run that provides at least two times the floor space required for that dog, as described in Section 3.6(c)(1).

[X] My dogs are over 12 weeks of age and are <u>housed in compatible groups</u> in a cage, pen or run that provides, in total, at least 100 percent of the required space for each dog if it were maintained separately.

[ ] <u>Other</u>: Please describe the exercise provided to your dogs to meet these requirements (type or print legibly).

A. <u>Frequency</u>: _____

B. <u>Method</u>: _____
_____

C. <u>Duration</u>: _____

(I). I have read the regulations pertaining to the need and requirements for a written exercise plan for my dogs, and hereby submit this completed "Exercise Plan for Dogs" to meet that requirement.

LICENSEE/REGISTRANT SIGNATURE: *Pamela Sellner*     DATE: 12/16/13

(II). I have read and approve this exercise plan.

VETERINARIANS NAME: John H. Pries, DVM  (Type or print legibly)

VETERINARIANS SIGNATURE: *John H. Pries, DVM*     DATE: 9/12/12