**Veterinary Diagnostic Laboratory**
**Iowa State University**
**College of Veterinary Medicine**
Ames, Iowa 50011-1250
Phone: 515-294-1950
Fax: 515-294-3564

Accession: **2006036496**

**Web Report**

Date Received: 10/19/2006

Dr. Arthur G. Dunham
Ryan Veterinary Service
PO Box 48

Ryan, IA 52330

Owner
Pam Sellner
1512 210th St
Manchester, IA 52057

Reference:
Diagnostician: Jordan , Dianna

---

Client Phone: 563-932-2094
Client Fax: -563-932-2996
Client Account#: 401331

Species: Primate
Breed: Lemur
Sex: Male

Age: [N/A]
Weight: [N/A]
Item Received: 1 Dead
Sample Collection Date: 10/18/2006

---

A 7-month-old Lemur was received for necropsy and evaluation. A sibling of this lemur demonstrated neurologic disturbances and died. This lemur has incoordination. There were no gross abnormalities noted.



**Microscopic Description:**
There was a focal area of necrosis in the cerebrum. The area replaced the parenchyma with numerous neutrophil eosinophils and necrotic debris. The surrounding vessels had perivascular accumulation of neutrophils and eosinophils. The other organs were unremarkable.
Special stains were negative for acid-fast bacteria and fungal elements.

**Diagnosis:**
Encephalitis, necrotizing, focal

**Comments:**
Tissues have been retained if further testing for viruses or bacteria are warranted.  (10/26/06 dmj/clm)

---

Dianna M. Jordan, D.V.M., Ph.D.

**KEY:** Tests: IHC=Immunohistochemistry, FA=Fluorescent Antibody, VI=Virus Isolation, EM=Electron Microscopy, PCR=Polymerase Chain Reaction. Agents: PRRSV=Porcine Reproductive & Respiratory Syndrome, PRV=Pseudorabies Virus, SIV=Swine Influenza Virus, M hyo=*Mycoplasma hyopneumoniae*, PPV=Porcine Parvovirus, PRCV=Porcine Respiratory Coronavirus, TGEV=Transmissible Gastroenteritis \ PCV=Porcine Circovirus, IBRV=Infectious Bovine Rhinotracheitis Virus, BVDV=Bovine Viral Diarrhea Virus, BCV=Bovine Coronavirus, BRSV=Bovine Respiratory Syncytial Virus.

Case 6:14-cv-02034-JSS   Document 70-46   Filed 10/16/15   Page 1 of 8

Case #C14-02034-JSS                                    EXHIBIT 47 PAGE 0001

| Test Ordered | Order Date | Current Status | Complete Date |
|---|---|---|---|
| Hematoxylin and Eosin Slides | 10/20/2006 | Result Released | 10/20/2006 |
| Necropsy (juvenile - adult) | 10/31/2006 | Result Released | 10/31/2006 |
| Special Stains - Acid Fast | 10/26/2006 | Result Released | 10/26/2006 |
| Special Stains - Fungus (PAS) | 10/26/2006 | Result Released | 10/26/2006 |
| Special Stains - Mast Cells (Giemsa) | 10/26/2006 | Result Released | 10/26/2006 |

# HISTOPATHOLOGY

**Hematoxylin and Eosin Slides**

| Animal ID | Specimen | Slides | Comments |
|---|---|---|---|
| Twin Brother | Assorted | 4 | |

**Special Stains - Acid Fast**

| Animal ID | Specimen | Result | Comment |
|---|---|---|---|
| Twin Brother | Assorted | Negative | |

**Special Stains - Fungus (PAS)**

| Animal ID | Specimen | Result | Comment |
|---|---|---|---|
| Twin Brother | Assorted | Negative | |

**Special Stains - Mast Cells (Giemsa)**

| Animal ID | Specimen | Result | Comment |
|---|---|---|---|
| Twin Brother | Assorted | Negative | |

Download the CSV file

View in Excel format

http://www.vdpam.iastate.edu/isumms/GenViewHtml.jsp?acc=2006036496                  11/7/2006

Case #C14-02034-JSS                                          EXHIBIT 47 PAGE 0002

*Lucy*

arrived April 2009
hand raised by Craig Perry

| SPECIES | Red Ruff Lemur | | Female | born 11-2000 |
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| 06-10-09 OK | 6-17-11 | Panacur | | Ivermectin dust 7-20-12 |
| | 5-15-12 | Panacur | | |
| | 6-1-13 | Panacur | | |
| | 5-1-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT 47 PAGE 0003

2bdoo

| SPECIES | Ringtail Lemur | (male) | | DOB 3-14 | |
|---|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO | |
| | 10-28-14 | panacur | | arrived here from | |
| | | | | Oelsen City Park Zoo | |
| | | | | 9-10-14 | |
| | | | | put in buddy cage next | |
| | | | | to Chuki | |
| | | | | Put in w/ Chuki 1/3/15 | |
| | | | | getting along OK | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| |  | | | | |
| | | | | | |

| SPECIES | Ring Tail Lemurs M&F | born 2000(?) Chuki & Kondo | | |
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| | 6-17-11 | Panacur | | arrived 9-8-10 about |
| | 5-5-12 | Panacur | | 9 yrs. old |
| | 6-1-13 | Panacur | | Kondo died 7-31-11 |
| | 5-1-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Case #C14-02034-JSS          EXHIBIT 47 PAGE 0005

From:     Jessica Blome
Sent:     Wednesday, April 1, 2015 12:48 PM
To:       lthorson@akklaw.com; 'Theresa Trenary'
Cc:       Daniel Anderson; Jeff Pierce
Subject:  Additional Discovery Requests
Attachments:     03-31-15, ALDF Discovery Requests to Pam
Sellnerdocx.docx

Larry,

It was nice meeting you in person last month. My family is telling me
that
the weather has really turned around. I hope thatís true. Itís been a
long,
Iowa winter.

I am attaching some additional discovery requests directed at Pam
Sellner,
which are a result of her discussion of some records she discussed
during her
deposition.  I also wanted to ask you to confirm that Zaboo and Chuki,
the
ring-tailed lemurs, are still alive and well at the Cricket Hollow
Zoo.
According to USDAís March 4, 2015, inspection report, the Zoo only had
one
ring-tailed lemur, but Pam Sellnerís records show that she acquired
Chuki in
2010 and Zaboo on September 9, 2014. In her deposition on March 20,
2015,
Ms. Sellner represented that both Chuki and Zaboo were alive and well,
so I
just want to confirm that remains true as of today. If not, please
provide
documentation of Zabooís disposition or death.

Best,

Jessica

Jessica L. Blome | Staff Attorney
Animal Legal Defense Fund | aldf.org
C 641.431.0478 | F 707.795.7280
* jblome@aldf.org

Connect with ALDF on:
Facebook | Twitter | YouTube | Causes

Case #C14-02034-JSS          EXHIBIT 47 PAGE 0006

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0579-0036. The time required to complete this information collection is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

| UNITED STATES DEPARTMENT OF AGRICULTURE ANIMAL AND PLANT HEALTH INSPECTION SERVICE | RECORD OF ANIMALS ON HAND *(Other than Dogs and Cats)* |
|---|---|

USDA LICENSE NUMBER       2. NAME AND ADDRESS OF DEALER.

| CONTAINER TAG NUMBER CRATE OR PEN NUMBER A | NUMBER ANIMALS B | INDIVIDUAL IDENTIFICATION TATTOOS OR TAG NUMBERS *(If applicable)* C | SPECIES D | AGE - SEX | | | | INVOICE NUMBER F | ARRIVAL AT PREMISES | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | NUMBER YOUNG E | | NUMBER ADULT E | | | DATE *(Mo., Day, Year)* G | From *(Name and Address) (Give License Number, if Licensee)* H | |
| | | | | M | F | M | F | | | | |
| #3 | 1 | ring tail lemur ♂ | (zaboo) | Ⓜ | F | M | F | | 9-10-14 | Friends of Oelson Park Zoo Box 33 Fort Dodge, IA 50501 | 42-C-0128 |
| | | | | M | F | M | F | | | | |
| | | | | M | F | M | F | | | | |
| | | | | M | F | M | F | | | | |
| | | | | M | F | M | F | | | | |
| | | | | M | F | M | F | | | | |
| | | | | M | F | M | F | | | | |
| | | | | M | F | M | F | | | | |
| | | | | M | F | M | F | | | | |
| | | | | M | F | M | F | | | | |

APHIS Form 7019
AUG 2011

INSPECTOR'S INITIALS

Case #C14-02034-JSS

EXHIBIT 47 PAGE 0007

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0579-0036. The time required to complete this information collection is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

| UNITED STATES DEPARTMENT OF AGRICULTURE<br>ANIMAL AND PLANT HEALTH INSPECTION SERVICE | **RECORD OF ANIMALS ON HAND**<br>*(Other than Dogs and Cats)* |
|---|---|

| 1. USDA LICENSE NUMBER | 2. NAME AND ADDRESS OF DEALER |
|---|---|

| CONTAINER TAG NUMBER CRATE OR PEN NUMBER<br>A | NUMBER ANIMALS<br>B | INDIVIDUAL IDENTIFICATION TATTOOS OR TAG NUMBERS (if applicable)<br>C | SPECIES<br>D | AGE - SEX | | | | INVOICE NUMBER<br>F | DATE (Mo., Day, Year)<br>G | ARRIVAL AT PREMISES<br>From (Name and Address) (Give License Number, if Licensee)<br>H |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | NUMBER YOUNG<br>M | F | NUMBER ADULT<br>M | F<br>E | | | |
| 1 | | | Vervet (Deno) | M | F | (M) | F | | 4/25/04 | Bob Strong Mt. Ayr, IA   42-B-0061 |
| 1 | | | Macaque (Mrs. Wilkens) | M | F | M | (F) | | 12/14/05 | Mike McGinnis San Jose, IL |
| 1 | | | Hamadryas X Baboon (Sammy) | (M) | F | M | F | | 7/15/04 | Joyce De Cook 30116 162nd Ave Long Grove IA 52756 |
| 1 | | | Rhesus (Anna) | M | (F) | M | F | | 7/5/08 | Lori Poorman 1170 44th St #3 Marion, IA 52302 |
| 1 | | | red ruff lemur (Lucy) | M | F | M | (F) | | 4/11/09 | Craig Perry   42-C-0101 Center Point, IA 52273 |
| 2 | | | greater bush babies (Buttons & Bubba) | M | F | (M) | (F) | | 3/25/09 | Deb Virchow   42-B-0205 Glenville, MN |
| 1 | | | Baboon Annh (Alix Sammy) | M | (F) | M | F | | 1/31/10 | born here |
| 1 | | | Baboon Amirah (Salima x Sammy) | M | (F) | M | F | | 6/21/10 | born here |
| 1 | | | ring tail lemur (Chuki) | M | F | M | (F) | | 9/8/10 | Animal Haven Zoo Weyauwiga, WI   35-B-0104 |
| | | | baboon Obi (Alix Sammy) | (M) | F | M | F | | 2/3/12 | born here |

APHIS Form 7019
AUG 2011

INSPECTOR'S INITIALS

Case #C14-2034-JSS
Case #C14-2034-JSS

EXHIBIT 47 PAGE 0008