born April '02

| SPECIES | Tiger (white) | Sascha | | |
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| 5-28-08 OK | | | | arrived 10-28-07 missing 1 rear (declawed on all 4) toe |
| 5-19-09 stomach | 5-30-09 | Panacur | | |
| 5-21-10 OK | 6-1-10 | Panacur | | |
| | 5-16-11 | Panacur | | |
| | 4-6-12 | Panacur | | |
| | 5-2-13 | Panacur | | |
| | 4-30-14 | Panacur | | |
| | 6-28-15 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| SPECIES | Tiger | | (Keirhan) born 8-26-05 | Shabax/ShierKhan |
|---------|-------|---|------------------------|----------------|
| **FECAL EXAM** | **WORMING** | **PRODUCT** | **VACCINATIONS** | **MISC. TREATMENTS & INFO** |
| 10-18-05 OK | 1-13-06 | Panacur | 2-18-06 killed 4way | CBC panel 10-18-05 |
| 1-3-07 oK | 5-30-09 | Panacur | 3-10-06 killed 4way | Anemic iron 10-20-05 MSM for swollen leg 10-20-05 |
| 5-28-08 OK | 6-1-10 | Panacur | | Kidney infection Clava mox 250 mg 1-9-06 |
| 5-19-09 stomach | 5-16-11 | Panacur | | 10-7-06 - tail bit treated with tea tree oil - shattered tail |
| | 4-6-12 | Panacur | | |
| | 5-2-13 | Panacur | | |
| | 4-30-14 | Panacur | | |
| | 6-28-15 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| Test | Result | Unit | | | | | |
|---|---|---|---|---|---|---|---|
| Chloride | 118 | mmol/L | 107-124 | 112-124 | 98-109 | 98-106 | 101-106 |
| Glucose | 102 | mg/dl | 50-120 | 50-140 | 60-110 | 35-65 | -- |
| Cholesterol | 170 | mg/dl | 60-250 | 60-200 | 60-200 | 30-285 | 58-101 |
| Protein | 6.4 | g/dl | 5.0-7.7 | 5.4-7.8 | 5.6-8.0 | 6.6-8.5 | 5.0-8.2 |
| Albumin | 2.2 | g/dl | 2.3-4.1 | 2.4-4.1 | 2.6-4.1 | 2.4-3.5 | 2.3-4.4 |
| Bilirubin | 0.8 | mg/dl | 0.0-0.6 | 0.0-0.6 | 0.0-2.0 | 0.0-0.9 | 0.0-0.6 |
| LD (LDH) | 1031 | U/L | 20-500 | 60-500 | 110-450 | 376-1800 | 160-1022 |
| AST (SGOT) | 77 | U/L | 0-80 | 0-80 | 90-400 | 40-139 | 14-75 |
| ALT (SGPT) | 72 | U/L | 10-110 | 10-110 | 0-40 | 9-83 | 21-75 |
| Gamma GT | <5 | U/L | 0-10 | 0-10 | 0-40 | 6-24 | 7-27 |
| Alkaline Phos. | 67 | U/L | 20-150 | 0-100 | 66-212 | 24-147 | 0-342 |
| Calcium | 11.3 | mg/dl | 8.6-11.9 | 8.0-11.5 | 10.4-13.0 | 9.2-11.6 | 8.4-11.6 |
| Phosphorus | 6.2 | mg/dl | 2.1-6.1 | 1.8-7.0 | 1.7-4.7 | 2.0-9.1 | 3.9-9.4 |
| BUN | 28 | mg/dl | 6-28 | 10-35 | 5-27 | 3-30 | 8-19 |
| Creatinine | <.5 | mg/dl | 0.3-1.9 | 0.3-2.0 | | 0.8-1.9 | 1.1-3.6 |
| CK (CPK) | 1263 | U/L | 0-315 | 0-260 | 60-330 | 0-140 | 0-950 |
| Amylase | 1575 | U/L | 300-2000 | 300-1650 | 0-30 | 40-90 | 1110-1700 |
| Osmolality | 318 | | 281-297 | 282-325 | 255-276 | 259-270 | 240-293 |
| Direct Bilirubin | | mg/dl | 0.0-0.3 | 0.0-0.3 | 0.0-0.4 | 0.0-0.4 | 0.0-0.1 |
| Triglycerides | | mg/dl | 0-192 | 0-178 | 0-45 | 0-38 | 10-154 |
| Uric Acid | | mg/dl | 0.0-1.3 | 0.0-0.8 | 0.1-0.7 | 0.7-1.9 | 0.0-0.2 |
| Iron | | ug/dl | 40-260 | -- | -- | 51-178 | -- |
| Lipase | | U/L | 20-750 | 10-450 | 20-460 | -- | -- |
| CO2 | | mmol/L | 10-25 | 10-25 | 20-32 | 17-25 | 16-31 |
| Magnesium | | mg/dl | 1.6-2.3 | 1.6-3.4 | 1.4-2.6 | 1.5-2.7 | -- |
| T3 | | ng/dl | 54-172 | 40-125 | 45-150 | 76-168 | -- |
| T4 | | ug/dl | 1.0-5.0 | 0.9-5.3 | 2.2-5.0 | 2.0-7.2 | 2.0-7.2 |
| TSH, Canine | | | 0.03-0.32 | -- | -- | -- | -- |
| Cortisol (Baseline) | | ug/dl | 1.0-4.0 | 0.5-3.0 | -- | -- | -- |
| Cortisol (PostACTH) | | ug/dl | 8.0-20.0 | 4.0-10.0 | -- | -- | -- |
| Cortisol (post-Dex) | | ug/dl | 0.0-1.5 | -- | -- | -- | -- |
| Digoxin | | | | | | | |
| Phenobarbital | | mg/dl | 15-40 | 15-40 | 15-40 | 15-40 | 15-40 |
| Bile Acid (Pre) | | | 0-5 | -- | -- | -- | -- |
| Bile Acid (Post) | | | 0-15 | -- | -- | -- | -- |

## HEMATOLOGY

| Test | Result | Unit | Canine | Feline | Equine | Bovine | Porcine |
|---|---|---|---|---|---|---|---|
| WBC | 43 | x10³/mm³ | 6.0-17.0 | 5.5-19.5 | 5.5-12.5 | 4.0-12.0 | 11-22 |
| RBC | 3.39 | x10⁶/mm³ | 5.5-8.5 | 5.0-10.0 | 6.5-12.5 | 5.0-10.0 | 5.0-8.0 |
| Hgb | 4.1 | g/dl | 12.0-18.5 | 8.0-15.0 | 11-19 | 8.0-15.0 | 10.0-16.0 |
| Hct | 20 | % | 36-56 | 24-45 | 32-52 | 24-46 | 32-50 |
| MCV | 59 | u | 60-77 | 39-55 | 34-58 | 40-60 | 50-68 |
| MCH | | uug | 19-25 | 13-17 | 15.2-18.6 | 14-19 | 16-22 |
| MCHC | 20.5 | | 30-36 | 30-36 | 31-37 | 30-38 | 30-34 |
| Seg(s) | 84 | % | 60-77 | 35-75 | 28-76 | 15-45 | 25-65 |
| Band(s) | 4 | % | 0-3 | 0-3 | 0-2 | 0-2 | 0-4 |
| Lymph(s) | | % | 12-30 | 20-55 | 19-69 | 45-75 | 30-75 |
| Plt Est | Adeq. | | | | | | |
| Eosin(s) | | % | 2-10 | 2-12 | 0-7 | 2-20 | 0-10 |
| Mono(s) | 2 | % | 3-10 | 1-4 | 0-6 | 2-7 | 0-10 |
| Baso(s) | | % | 0 | 0 | 0-3 | 0-2 | 0-3 |
| NRBC | | /100 WBC | | | | | |
| RBC morph | Aniso | | Hypo | Poik | Poik Mod. | Polk | |
| | | | Creanate | Micro | Macro | Target | Sphero |
| Retic | | % | 0.0-1.5 | 0.0-1.0 | 0.0-0.0 | 0.0-0.1 | |
| Platelet Count | | x10³/mm³ | 200-900 | 300-700 | 100-600 | 100-800 | 200-500 |
| Coombs | | | -- | -- | -- | -- | -- |
| Fibrinogen | | mg/dl | 100-400 | 100-400 | 100-400 | 100-500 | |
| RBC Parasite | | | -- | -- | -- | -- | -- |
| Prothrombin Time | | sec. | 7-11 | 9-13 | 0-15 | 22-55 | 11-12 |

700 E. University • Des Moines, IA 50316
(All U.S. Mail) P.O. Box 10428 • Des Moines, IA 50306
1-800-368-0129 • FAX 1-515-203-2574

Owner: Sellner    Date: 10-18-05
Patient: Keirhan

Specimen Condition:  ☐ Hemolyzed    ☐ Lipemic    ☐ Icteric    ☐ Rec'd on Clot

## SEROLOGY

| Test | Result | Test | Result |
|---|---|---|---|
| 61 ANA | | 71 Heart Worm (Occult.) | |
| 62 Brucellosis | | 72 IgG | |
| 63 Crypto | | 73 IgM | |
| 64 FeLV | | 74 Lyme Ab. | |
| 65 FIP | | 75 Parvovirus | |
| 66 FIV | | 76 Progesterone | |
| 67 Fung. Sc. Asper. | | 77 RA. Factor | |
| 68 Fung. Sc. Blasto. | | 78 Toxoplasmosis | |
| 69 Fung. Sc. Coccid. | | 79 TLI | |
| 70 Fung. Sc. Histo. | | 80 | |

## URINALYSIS

| | | | | | |
|---|---|---|---|---|---|
| 81. Color | | App.: | | Sp. G.: | |
| 82. Ph | | Protein | | Glucose | |
| 83. Occ Bld | | Urobilin | | Bilirubin | |
| 84. Microscopic | | | | Ketone | |
| 85. WBC | /hpf | | RBC | | /hpf |
| 86. Epith | /hpf | | Casts | | /hpf |
| 87. Crystals | /hpf | | Bacteria | | /hpf |

## CALCULI

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 88. Ca | | Cystine | | NH₄ | | PO₄ | |
| 89. CO³ | | Mg | | Oxalate | | Uric Acid | |

## MICROBIOLOGY

| Organism → | | | |
|---|---|---|---|
| 90. Amikacin | | | |
| 91. Ampicillin | | | |
| 92. Augmentin | | | |
| 93. Carbenicillin | | | |
| 94. Cephalothin | | | |
| 95. Chloramphenicol | | | |
| 96. Ciprofloxacin | | | |
| 97. Clindamycin | | | |
| 98. Enrofloxacin | | | |
| 99. Erythromycin | | | |
| 100. Gentamicin | | | |
| 101. Kanamycin | | | |
| 102. Nitrofurantoin | | | |
| 103. Penicillin | | | |
| 104. Streptomycin | | | |
| 105. Tetracycline | | | |
| 106. Trimeth/Sulfa | | | |
| 107. Triple Sulfa | | | |
| 108. Oxacillin | | | |

## HISTOLOGY/OTHER

# SPECIES  Tiger  (Natasha)  born 6-15-03  Browds Oakridge 200 Smithfield, IL

| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
|---|---|---|---|---|
| 1-9-06 | 1-13-06 | Panacur | Killed 4way 7-30-08 | |
| 1-3-07 OK | 5-30-09 | Panacur | Killed 4way 8-17-03 | |
| 5-28-08 OK | 6-1-10 | Panacur | | Natasha became SherKhan's cage mate March 20, 2012 |
| 5-19-09 OK | 5-16-11 | Panacur | | Had 2 cubs 8-12-12 good mom |
| | 4-6-12 | Panacur | | |
| | 5-2-13 | Panacur | | |
| | 4-30-14 | Panacur | | |
| | 6-28-15 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(Natasha X SherKhan)

| SPECIES Tiger | | | Rajohn &Raoul born 8-12-12 | |
|---|---|---|---|---|
| **FECAL EXAM** | **WORMING** | **PRODUCT** | **VACCINATIONS** | **MISC. TREATMENTS & INFO** |
| | 6-12-12 | Panacur | killed 4 way | pulled & bottled at 10 days |
| | 6-19-13 | Panacur | vaccine 10-1-12 | 11-20-12 Raoul went |
| | 5-4-14 | Panacur | Booster 4 way 11-3-12 | to Elkader vet for pulled ligament in back legs - OK |
| | 6-28-15 | Panacur | | Raoul - quick pneumonia 6-1-13 given Naxcel, Excede, Oxytet & Pegasone as prescribed by Dr. Preus. Cub died 6/13- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# SPECIES Tiger (SherKhan)          born 1994

| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
|---|---|---|---|---|
| 1-9-06 | 1-13-06 | Panacur | | came to us at 10 yrs old |
| 1-3-07 ok | 5-30-09 | Panacur | | declawed, Noted & looked |
| 5-28-08 OK | 6-1-10 | Panacur | | at by Dr. Esch that lower right canine is split |
| 5-19-09 OK | 5-16-11 | Panacur | | died 2-28-14. old age |
| | 4-6-12 | Panacur | | |
| | 5-2-13 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| SPECIES | Tiger (Caspar) white male | | | DOB 6-04 |
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| | | | killed 4 way 1-14 | arrived 7-10-14 declawed on fronts only |
| | 8-3-14 | Panacur | | Vet checked on 8-25-14 possible cataracts |
| | | | | few cuts & rubs from shipping 7-10-14 that were looked at - abcesses forming - will open soon 10-8-14 Dr Preiss came to look at tiger again. Eyes look good. Prescribed Amoxicillin for 7 days for sores from transporting. 11-1-14 cat is looking fatter & better overall. Feeding seperate from cage mate to make sure he gets all his own food without competition. 12-5-14 Dr. Preiss called Caspar has pneumonia. put on 2750mg amoxicillin 10cc/genacin in water 8cc naxcell subQ |
| | | | | Tiger died 12-5-14 |
| |  | | | |
| | | | | |

# Elkader Veterinary Clinic

24642 Hwy 13
Elkader, IA 52043
536-245-1633

10/08/2014

Dear Pam,

We examined "Casper" the white tiger today. First off, being able to examine closer, I can see the eyes are normal. We were concerned before of maybe lens or cornea problems, but none seen. The corneas are both clear and unscratched. When pupils open in shady part of the cover I could see both lens are clear. No sign of cataracts.

We wanted to look at the sore on the inside of the left front leg. Granulation tissue is filling the area. No signs of infection are seen. That is because the cat licks the wound clean. It is not a neurotic non-stop licking, but more on an as-needed bases the saliva there is good since it has natural antibiotic effect by enzymes of the saliva and naturally high pH. We are going to treat systemically with amoxicillin powder and we discussed how you would do that with ground meat, will treat for 7 days and let me know how the leg is doing. We may treat longer.

Thanks for calling. Go ahead and send a copy to USDA and we will have a copy here.

Yours Truly,

John H. Pries, DVM

Animal: Tiger   Name: Caspar   USDA:

Date of Illness: 10/8/14   Symptoms: open sore

on inside of left front leg.

Diagnosis: open wound trt 7 days

Diagnosed By: Dr. John Pries, Elkader, Iowa

| Medication | Dosage | How Given |
|---|---|---|
| Amoxicillin | 2750 mg/day | hamburger |

| DATE | AMOUNT GIVEN | AM | PM |
|---|---|---|---|
| 10/9/14 | 2750 mg/ orally | | X |
| 10/10 | | | X |
| 10/11 | | | X |
| 10/12 | | | X |
| 10/13 | | | X |
| 10/14 | | | X |
| 10/15 | | | X |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |




**Elkader
Veterinary
Clinic**

24642 Hwy 13 N
Elkader, Iowa 52043

563-245-1633

Amoxillin
(250mg/5ml when)
mixed

2750/day

Treating 7 days

Should be 7.5gm in a jar

John W Ames, DVM

| SPECIES Tiger (Luna) female | | | | DOB 6-03 |
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| | 8-1-14 | Panaur | killed 4 way 1-14 | arrived 7-10-14 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# SPECIES Tiger (Miraj)   born 12-7-04   Shoba x Sher Khan

| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
|---|---|---|---|---|
| 3-8-05 OK | 1-13-06 | Panacur | 4 way 1-15-05 ~~killed~~ | born with crossed |
| 1-9-06 OK | 5-30-09 | Panacur | 4 way 2-1-05 ~~killed~~ | eyes. bottle fed |
| 1-3-07 OK | 6-1-10 | Panacur | | from day 1 - rejected |
| 5-28-08 OK | 5-16-11 | Panacur | | by mother. Oasis colostrum |
| 5-19-09 OK | 4-6-12 | Panacur | | product from Dr. Gary Pusillo |
| | 5-2-13 | Panacur | | 6-13-15 quick breathing |
| | 4-30-14 | Panacur | | partial paralysis, legion on left rear foot |
| | | | | from not being able to bear weight properly |
| | | | | vet treated for 3wks |
| | | | | |
| | | | | Miraj was euthanized by Dr. Pries 7-1-15 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Dog Id._____ Name: _Mirag_ USDA: _Niger_

**Date of Illness:** _6 / 3 / 15_ **Symptoms:** _heavy quick breathing_

_after 6-10 partial paralysis in rear leg, lesion on back pastern, lesion opened & is draining, swollen foot_

**Diagnosis:** _____

**Diagnosed By:** _____

| Medication | Dosage | How Given |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

| DATE | AMOUNT GIVEN | AM | PM |
|---|---|---|---|
| 6-3-15 | Baytril injection 4cc | | X |
| 6-3-15 | Banamine injection 4cc | | X |
| 6-4 | | | X |
| 6-5 | | | X |
| 6-6 | | | X |
| 6-7 | oral amoxicillin in water 2750mg | | |
| 6-8 | | | |
| 6-9 | | | |
| 6-10 | | | |
| 6-11 | | | |
| 6-12 | oral tetracycline in water | | |
| 6-13 | | | |
| 6-14 | | | |
| 6-15 | | | |
| 6-16 | | | |
| 6-17 | 4cc banamine injectable | | X |
| 6-18 | | | X |
| 6-22 | oral tetracycline | | X |

Mirai euthanised by Dr. Pries 7-1-15

**Elkader Veterinary Clinic**
24642 Hwy 13
Elkader, IA  52043-8003
Ph: 563-245-1633
Fax: 563-245-1632

Thomas Sellner
1512 210th St.
Manchester, IA  52057

## STATEMENT

| STATEMENT # | BILLING DATE | ACCT. NUM | AMT ENCLOSED |
|---|---|---|---|
| 71279 | 07/31/2015 | SELTHO | |

| DATE | INVOICE NO. | DESCRIPTION | QUANTITY | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| | | Previous Balance | | | | 129.57 |
| 07/02/2015 | 143554 | INVOICE DETAILS : | | | | |
| | | **Tiger** | | | | |
| 07/01/2015 | | • Trip Regular Charge | 1 | 37.00 | | |
| 07/01/2015 | | • Prof. Time, euthanized Tiger | 15 | 33.75 | | |
| 07/01/2015 | | • Beuthanasia-D  100cc Vial | 0.3 | 32.07  (+TX) | | |
| 07/01/2015 | | • Rompun/Per Cc | 4 | 4.00  (+TX) | | |
| 07/01/2015 | | • Ketaset Per Cc | 8 | 16.00 | | |
| 07/01/2015 | | • Torbugesic- Per Cc | 4 | 24.00 | | |
| | | Employee(s): | | | | |
| | | Dr. John Pries | | | | |
| | | Completed Invoice #143554 | | 149.34 | | 278.91 |
| 07/22/2015 | 144438 | Payment On Account : Check   1105 | | | 129.57 | 149.34 |

| 0-30 | 31-60 | 61-90 | Over 90 | Beginning Balance | Current Charges | Total Credits | Total Due |
|---|---|---|---|---|---|---|---|
| $ 149.34 | $ 0.00 | $ 0.00 | $ 0.00 | $ 129.57 | $ 149.34 | $ 129.57 | $ 149.34 |

Payment is expected by the 15th of the month.
Finance charge of 2% monthly if not paid by the 15th of the month.
Be sure to "LIKE" us on Facebook!!  http://www.facebook.com/ElkaderVeterinaryClinicPc

according to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0579-0036. The time required to complete this information collection is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE

# RECORD OF ANIMALS ON HAND
## (Other than Dogs and Cats)

1. USDA LICENSE NUMBER  2. NAME AND ADDRESS OF DEALER

| A — CONTAINER TAG NUMBER CRATE OR PEN NUMBER | B — NUMBER ANIMALS | C — INDIVIDUAL IDENTIFICATION TATTOOS OR TAG NUMBERS (if applicable) | D — SPECIES | AGE – SEX NUMBER YOUNG M | NUMBER YOUNG F | NUMBER ADULT M | NUMBER ADULT F | F — INVOICE NUMBER | G — DATE (Mo, Day, Year) | H — ARRIVAL AT PREMISES From (Name and Address) (Give License Number, if License) |
|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | | African Lion (Njarra) | Ⓜ | | Ⓜ | | | 11-10-97 | Through Auction Kalona IA |
| | 1 | | Tiger (Natasha) | | Ⓕ | | Ⓕ | | 11-16-03 | Browns Oakridge Zoo 1732 N Dairy Farm Rd Smithfield IL 33-C-0507 |
| | 1 | | Tiger (Sharkhan) | | | Ⓜ | | | 4-25-04 | Bob Strange Mt Ayr IA 42-B-0200 |
| | 1 | | Bobcat (Milo) | Ⓜ | | | | | 9-6-04 | Spearland Grove Farm Box 63 NorthPlate NB 41-04-44 |
| | 1 | | Tiger (Miraj) | | Ⓕ | | Ⓕ | | 12-7-04 | born here |
| | 1 | | Tiger (Keshan) | Ⓜ | | | | | 8-26-05 | born here |
| | 1 | | Lion (Donahleo) | | | Ⓜ | | | 10-4-05 | Browns Oakridge Zoo Smithfield IL 33-C-0007 |
| | 1 | | White Tiger (Sascha) | | | M | Ⓕ | | 10-28-07 | Craig Perry Center Pt. IA 42-C-0104 |
| | 1 | | Serval (Cheyaya) | | | | Ⓕ | | 10-25-09 | Gia Richard 13320 Arabic Rd Rayne IA 76578 |
| | 1 | | Lion (Conrah) | | | M | Ⓕ | | 9-8-10 | Animal Haven Zoo Weyauwega, WI 35-B-0041 |

INSPECTOR'S INITIALS

APHIS Form 7019
AUG 2011