75% Wolf hybrids

2 pups from GW Park, Okl
arrived 3-17-10

# SPECIES  3 wolves from Harold Hansen

2 males born 12-29-07
1 female born

| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
|---|---|---|---|---|
| | 8-1-09 | panacur | | treated for ticks |
| | 2-15-10 | pyrantel pamoate | | upon arrival 7-22-09  d 8-1-09 |
| | 3-21-10 | panacur | pups 4-1-10  5way vaccine | 2 bottle-fed pups arrived  3-17-10 |
| | 6-15-11 | pyrantel pamoate | 4-28-10  5way vaccine | lost 1 pup (Wakanda)  6-25-10 |
| | 5-2-12 | panacur | | |
| | 5-15-13 | panacur | | |
| | 6-1-14 | pyrantel pamoate | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Old female died 2-28-13

Case #C14-02034-JSS          EXHIBIT 49 PAGE 0001

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control r for this information collection is 0579-0036. The time required to complete this information collection is estimated to average 1 hour per response, including the time for reviewing instructions, searching existing data sources, gathering maintaining the data needed, and completing and reviewing the collection of information.

UNITED STATES DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE

**RECORD OF ANIMALS ON HAND**
*(Other than Dogs and Cats)*

1. USDA LICENSE NUMBER

2. NAME AND ADDRESS OF DEALER

| CONTAINER TAG NUMBER CRATE OR PEN NUMBER A | NUMBER ANIMALS B | INDIVIDUAL IDENTIFICATION TATTOOS OR TAG NUMBERS (if applicable) C | SPECIES D | NUMBER YOUNG (M / F) | NUMBER ADULT (M / F) E | INVOICE NUMBER F | DATE (Mo., Day, Year) G | ARRIVAL AT PREMISES From (Name and Address) (Give License Number, if Licensee) H |
|---|---|---|---|---|---|---|---|---|
| | 3 | | Wolf hybrids | M / F | (M) 2 / (F) 1 | | 7-22-09 | Wolf Rescue 1916 Bluff Hole Rd  Marshall, AK |
| | 1 | | Wolf hybrid (Namia) | (M) / F | M / F | | 3-17-10 | GW Exotic Park      73-C-0139 25803 N CR3250  Wynnewood, OK |
| | 2 | | Coyotes | (F) / | M / F | | 7-31-10 | Cinda Quinn   11444 Cty Rd. 14 Dunkirk, OH     permit # 2-33-3 |
| | | | | M / F | M / F | | | |
| | | | | M / F | M / F | | | |
| | | | | M / F | M / F | | | |
| | | | | M / F | M / F | | | |
| | | | | M / F | M / F | | | |
| | | | | M / F | M / F | | | |
| | | | | M / F | M / F | | | |

INSPECTOR'S INITIALS

APHIS Form 7019
AUG 2011

Case #C14-02034-JSS

EXHIBIT 49 PAGE 0002

# OKLAHOMA DEPARTMENT OF AGRICULTURE, FOOD & FORESTRY
## CERTIFICATE OF VETERINARY INSPECTION
2800 N. Lincoln Blvd., Oklahoma City, OK 73105 • (405) 522-6131 • Fax (405) 522-0756

**73- 1461494**

Permit Number

| Name of Consignor/Owner | Premise ID # | Name of Consignee | Premise ID # |
|---|---|---|---|
| GW EXOTIC ANIMAL PARK | | CRICKET HOLLOW ZOO | |

| Address | State | ZIP | Address | State | ZIP |
|---|---|---|---|---|---|
| 25803 N CR 3250 WYNNEWOOD | OK | 73198 | 1512 210TH ST MANCHESTER | IA | 5205 |

Origin Address (if different from above) / Destination Address (if different from above)

**No. in Shipment**

- ☐ Cattle—Mexican origin
- ☐ Cattle—Non-Mexican Beef
- ☐ Cattle—Non-Mexican Dairy
- ☐ Horse   ☐ Sheep   ☐ Dog
- ☐ Swine   ☐ Goat    ☐ Cat
- ☐ Poultry ☐ Other

**Area Status**
- ☐ TB Free
- ☐ TB Mod. Accred.
- ☒ Brucellosis Free
- ☐ Brucellosis A
- ☐ Other

**Herd or Flock Status**
- ☐ Accredited Herd #
- ☐ Certified Herd #
- ☐ VQ Herd #
- ☐ Other
- Herd Test Dates

| | EIA | TB | Brucellosis | PRV | Other Te |
|---|---|---|---|---|---|
| | Lab | Injection Date | Lab | Lab | Lab |

| TAG, OFFICIAL ID, NAME OR DESCRIPTION | BREED | SEX | AGE | VACCINATION For: Date: | Negative Test Date | Accession # | Date of Negative Results (72 hrs) | Negative Test Date | Negative Test Date | Negative Test Da |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. HYBRID WOLF PUP | | M | | In Young Hours | | | | | | |
| 2. HYBRID WOLF PUP | | M | | In Young Hours | | | | | | |
| 3. | | | | | | | | | | |
| 4. | | | | | | | | | | |
| 5. | | | | | | | | | | |
| 6. | | | | | | | | | | |
| 7. | | | | | | | | | | |
| 8. | | | | | | | | | | |
| 9. | | | | | | | | | | |
| 10. | | | | | | | | | | |

**VETERINARY CERTIFICATION:** I certify, as an accredited veterinarian, the above described animals have been inspected by me on (date) _____ and they were not showing signs of infectious, contagious, and/or communicable disease (except where noted). The vaccinations and results of test are as indicated on this certificate. To the best of my knowledge, the animals listed on this certificate meet the state of destination and federal interstate requirements. No warranty is made or implied.

**Owner/Agent Statement** The animals in this shipment are those certified to and listed on this certificate

**APPROVED BY STATE OR FEDERAL OFFICIAL**

Certifying Veterinary (Print or Type): Kristy Kapugian
Certifying Veterinary (Signature)

**AGREE CODE** 000

Address: Oklahoma OK 73758   Phone: 5405910-2888

**ISSUE DATE** 03 16 10

Owner/Agent Signature

## This certificate is valid for 30 days

Case C14-02034-JSS   Document 70-49   Filed 11/20/15   Page 3 of 4
Case #C14-02034-JSS
EXHIBIT 49 PAGE 0003

# RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT
## OF ANIMALS (Other Than Dogs and Cats)

| 1. INVOICE NO. | 2. P |
| --- | --- |
| | 1 OF |

☐ SALE ☐ EXCHANGE OR TRANSFER ☒ DONATION

**3. DATE OF DISPOSITION**
3-16-10

**INSTRUCTIONS:** Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made - items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

**4. DEALER'S LICENSE NO.**
73-C-0139

**4. SELLER OR DONOR** (Name and Address, Include Zip Code)
GW EXOTIC ANIMAL PARK
25803 N. CR 3250
WYNNEWOOD OK 73098

**5. BUYER OR RECEIVER** (Name and Address, Include Zip Code)
CRICKET Hollow ZOO
1512 210TJ ST
MANCHESTER IOWA 52057

**7. USDA LICENSE NO.** (If any)
42-C-0084

### 8. IDENTIFICATON OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANIMALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | F. NO. YOUNG | G. NO. ADULT | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | RECEIVER'S USE J. | K. |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 2 | | | HYSKIP WOLF | M 2 / F | M / F | | pups | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |
| | | | | | M / F | M / F | | | | |

### DELIVERY BY COMMERCIAL CARRIER

| 9. DELIVERY BY ("X" one) | 10. TRUCK LICENSE NO. | 11. BILL OF LADING NO. |
| --- | --- | --- |
| ☒ Buyer's Truck ☐ Dealer's Truck (Seller or Donor) | E 1691 Iowa | |

**12. NAME AND ADDRESS OF COMPANY OR FIRM**
CRICKET Hollow ZOO
1512 210I ST
MANCHESTER IOWA 52057

**13. NAME AND ADDRESS OF TRUCK DRIVER**
Kyle Cooke
1289 120th St
Straw berry Pt. IA, 52076

### DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

| 14. ANIMALS DELIVERED WERE ("X" one) | | |
| --- | --- | --- |
| ☒ IN APPARENT GOOD CONDITION | ☐ POOR CONDITION | ☐ REJECTED (Attach explanation for rejection) |

| 15. TOTAL NUMBER RECEIVED | 16. NUMBER DEAD | 17. NUMBER ALIVE |
| --- | --- | --- |
| | — | 2 |

| 18. BY (Signature) | 19. TITLE | 20. DATE |
| --- | --- | --- |
| | | 3/16/10 |

APHIS FORM 7020
(APR 93)
(Replaces
APHIS Form 7020 (10-90) which may be used.)