Zoo Expense

| Year | Advertising | Insurance | Repairs |
|---|---|---|---|
| 2008 | 2544 | | 437 |
| 2009 | 2775 | | 673 |
| 2010 | 4769 | | 393 |
| 2011 | 3105 | 5533 | 936 |
| 2012 | 2647 | 1900 | unknown |
| 2013 | 3282 | 8900 | 82 |
| 2014 | 2601 | 8550 | 1030 |

| Year | Supplies | Sales Tax | Feed |
|---|---|---|---|
| 2008 | 501 | records combined | 8924 |
| 2009 | 2863 | | 4773 |
| 2010 | 1835 | 714 | 6182 |
| 2011 | 959 | 974 | 6501 |
| 2012 | 1339 | 626 | 7046 |
| 2013 | 624 | 830 | 5328 |
| 2014 | 1335 | 686 | 7750 |

| Year | Dues/Licenses | Veterinary | Souviners |
|---|---|---|---|
| 2008 | 420 | 2227 | 691 |
| 2009 | 446 | 2066 | 496 |
| 2010 | 560 | 899 | 423 |
| 2011 | 550 | 498 | 678 |
| 2012 | 556 | 641 | 297 |
| 2013 | 290 | 588 | 739 |
| 2014 | 461 | 714 | 529 |

Case #C14-2034-JSS

| | Website | Contract Wages | Shearing/hooves |
|---|---|---|---|
| 2008 | 107 | | 123 |
| 2009 | 107 | | 129 |
| 2010 | 107 | | unknown |
| 2011 | 107 | 661 | |
| 2012 | 107 | 201 | 500 |
| 2013 | 107 | 115 | 504 |
| 2014 | 107 | | 450 |

| | LDI | Restroom | Shipping |
|---|---|---|---|
| 2008 | | unknown | 1427 |
| 2009 | | | 318 |
| 2010 | | | 610 |
| 2011 | | | 285 |
| 2012 | 1200 | | |
| 2013 | 1200 | 384 | |
| 2014 | 1200 | 280 | |

Case #C14-2034-JSS

Case 6:14-cv-02034-JSS   Document 70-51   Filed 10/16/15   Page 2 of 2
EXHIBIT 52 PAGE 0002