# Monthly Attendance

| | May | June | July | Aug | Sept. | Oct. | Total |
|---|---|---|---|---|---|---|---|
| 2002 | — | — | 321 | 406 | 258 | 19 | 994 |
| 2003 | 23 | 182 | 387 | 499 | 168 | 78 | 1337 |
| 2004 | 245 | 397 | 633 | 1355 | 659 | 300 | 3589 |
| 2005 | 98 | 402 | 812 | 995 | 336 | 315 | 2958 |
| 2006 | 180 | 462 | 814 | 782 | 520 | 223 | 2981 |
| 2007 | 183 | 564 | 900 | 985 | 822 | 255 | 3709 |
| 2008 | 332 | 509 | 901 | 1203 | 603 | 340 | 3888 |
| 2009 | 319 | 931 | 1450 | 1003 | 934 | 115 | 4752 |
| 2010 | 338 | 789 | 1088 | 1268 | 662 | 492 | 4637 |
| 2011 | 162 | 732 | 770 | 1199 | 468 | 307 | 3638 |
| 2012 | 221 | 715 | 895 (hof) | 1043 | 745 | 270 | 3449 |
| 2013 | 63 | 763 | 1092 | 1300 | 679 | 127 | 4024 |
| 2014 | 270 | 481 | 706 | 592 | 271 | 110 | 2430 |

Case #C14-2034-JSS                                                            EXHIBIT 57 PAGE 0001