Case 6:14-cv-02034-JSS Document 28-5 Filed 06/22/15 Page 8 of 53

EXHIBIT "R"



**EXPIRATION DATE: MAY 27, 2016**

**United States Department of Agriculture**

Marketing and Regulatory Programs

Animal and Plant Health Inspection Service

Animal Care

This is to certify that

PAMELA J SELLNER
TOM J SELLNER

is a licensed
under the          CLASS C EXHIBITOR

# Animal Welfare Act

(7 U.S.C. 2131 et seq.)

Certificate No.     42-C-0084

Customer No.        5143

_____
Deputy Administrator

APHIS FORM 7007 (NOV 99)        Previous editions are obsolete.

Case 6:14-cv-02034-JSS Document 70-56 Filed 10/16/15 Page 1 of 1
Case #C14-2034-JSS                                EXHIBIT 58 PAGE 0001