



EXHIBIT 59 PAGE 0002



EXHIBIT 59 PAGE 0003


Case 6:14-cv-02034-JSS  Document 70-57  Filed 10/16/15  Page 4 of 15

EXHIBIT 59 PAGE 0004


Case 6:14-cv-02034-JSS Document 70-57 Filed 10/16/15 Page 5 of 15

EXHIBIT 59 PAGE 0005





Case 6:14-cv-02034-JSS   Document 70-57   Filed 10/16/15   Page 7 of 15

EXHIBIT 59 PAGE 0007





The above photo was taken by me, Lisa K. Kuehl, on June 21, 2012
at the Cricket Hollow Zoo in Manchester, Iowa.
The camera used was a Canon Digital Rebel T3,
with a Canon EF 75-300mm zoom lens attached.

At the time the photo was taken,
the lioness was close to the perimeter chain-link fencing.
I was able to zoom in to her face and blur out most of the fencing.
A small portion is still visible on the left side of this photo,
under the lionesses' RIGHT cheek.
The blurred fence presents as a light grey shadow.
This photo has been further enlarged and cropped
in order to focus on the lionesses' facial features,
specifically her fly-bitten nose and fly-infested left ear.


EXHIBIT 59 PAGE 0010



EXHIBIT 59 PAGE 0011


Case 6:14-cv-02034-JSS   Document 70-57   Filed 10/16/15   Page 12 of 15

EXHIBIT 59 PAGE 0012



Case 6:14-cv-02034-JSS   Document 70-57   Filed 10/16/15   Page 13 of 15
EXHIBIT 59 PAGE 0013


Case 6:14-cv-02034-JSS Document 70-57 Filed 10/16/15 Page 14 of 15
EXHIBIT 59 PAGE 0014

# Timber Wolf

## Canis Lupus

Timber Wolves, which are also known as Gray Wolves, have long muzzles, erect ears, bushy tails, and thick fur that is usually gray, but can vary in color from black to white or brown. Once widespread in their range, Timber Wolves now only inhabit forests and tundra in Canada, Alaska, a few northwestern and Midwest states, Russia and small pockets of East Europe and Asia. They reach a weight of 60 to 170 pounds and a length of 4 to 5 feet (not including their tails). Males are larger than females.

Active mostly at night, Timber Wolves prey on elk, caribou, deer, sheep, rabbits, beavers and fish. They live in packs consisting of 7 to 20 individuals with a distinct hierarchy. The strongest, most aggressive male is the "alpha" male of the pack and his mate is the dominant female. Timber Wolves have a lifespan of 10 years in the wild.

**Endangered**

Case 6:14-cv-02034-JSS   Document 70-57   Filed 10/16/15   Page 15 of 15

EXHIBIT 59 PAGE 0015