al Welfare Bureau
(5) 281-8601
(515) 281-6358

Wallace State Office Building
502 East 9th Street
Des Moines, IA 50319

## COMPLAINT INVESTIGATION REPORT FORM

Name: Lisa K. Kuehl                    Request to Remain Anonymous: ☒

Address: 1428 270th Street madrid. IA 50156
         Street Address          City      State    Zip

Telephone Number(s): (515) 451-1039 (c), (515) 795-2306 (H)

Name of Person(s)/Business to Investigate: Cricket Hollow Zoo

Address: 1512 210TH Street manchester, IA 52051
         Street Address          City      State    Zip

Telephone Number(s): (563) 927-6655

**Source of Information:**
☒ Witnessed/Observed   ☒ Other Source, Please describe: USDA inspection reports
                                dated 12/8/11, 8/16/11, 2/16/11, 11/22/10 +
                                                              7/29/10

.cription and nature of complaint (Include Dates):

Please see accompanying document +
    photographs.

SIGNATURE: Lisa M. Kuehl

DATE: 4/6/12

IDALS, Animal Industry Bureau
Wallace State Office Bldg
502 East 9th Street
Des Moines, IA 50319
FAX to: 515-281-4282
OR EMAIL: katie.hyde@

Office Use Only:
☐ Unlicensed
☐ State Licensed AW0:
☐ USDA Licensed: Certificate #:
            Customer #:

Description and nature of complaint:

On April 1st, 2012, the accompanying aerial images were taken of Cricket Hollow Zoo in Manchester, Iowa. The most recent USDA inspection report dated 12/08/11 describes these on-going conditions of neglect of what appear to be the Scottish Highlander cattle.

To quote that report, *"The enclosure housing the Scottish Highlander cattle has an accumulation of water and mud around the water tank. and the hay feeding area. The cattle must stand in the mud in order to drink and walk through it to get to the hay. Also, because the drainage is not sufficient, the rest of the ground in the enclosure has frozen in an uneven manner. The cattle have no even surface on which they can lie and have resorted to lying on their hay. This does not provide for the comfort and well being of the animals. Standing in mud and water can cause hoof problems. The enclosure must be altered so as to allow for rapid drainage of water. To be corrected by April 30, 2012."*

Over an almost four-month period, from December 8th 2011 until April 1st, 2012, it appears that these cattle have had to endure this neglect, over the winter, with no relief.

Previous USDA reports dated 8/16/11, 2/16/11, 11/22/10 and 7/29/10 document multiple violations of the federal Animal Welfare Act affecting many of the zoo's other animals.

EXHIBIT 60 PAGE 0001A



EXHIBIT 60 PAGE 0002





Case 6:14-cv-02034-JSS   Document 70-58   Filed 10/16/15   Page 5 of 59

4

EXHIBIT 60 PAGE 0004



EXHIBIT 60 PAGE 0005

22 May, 2012

 COPY

Sheriff John LeClere, Delaware County, Iowa
304 E. Delaware Street
P.O. Box 116
Manchester, Iowa 52057

Dear Sheriff LeClere:

It has come to my attention that there is a commercial zoo in your county, called Cricket Hollow Zoo and operated by Tom and Pamela Sellner of Manchester, that has a long, documented history of violations of the federal Animal Welfare Act. USDA inspection reports over the past five years cite the Sellners with many violations, including the following:

- failure to maintain a program of adequate veterinary care, resulting in ill or physically injured or uncomfortable animals,
- housing facilities that are not structurally sound,
- dirty, unsanitary or inadequate drinking water for animals, including dogs,
- multiple animal enclosures with excessive animal waste and/or hair in them,
- foodstuffs not protected from spoilage and contamination,
- housing facilities that pose a physical threat to animals,
- unsuitable drainage in outdoor animal enclosures,
- inadequate staffing level to care for the number of animals on premises,
- inadequate shelters lacking protection from wind, sun and rain/snow,
- animal enclosures with inadequate lighting,
- excessive presence of flies and rodents,
- shelters too small for the comfort of the animals

I believe the above examples do not meet the requirements of Iowa Code Section 717B. 3, Injury To Animals Other Than Livestock, which states:

*A person who impounds, confines, in any place, an animal is guilty of animal neglect, if the person does any of the following: fails to supply the animal during confinement with a sufficient quantity of food or water; fails to provide a confined dog or cat with adequate shelter; or tortures, deprives of necessary sustenance, mutilates, beats or kills by any means which causes unjustified pain, distress or suffering.*

EXHIBIT 60 PAGE 0006

The conditions which the Sellners have exposed their animals to for at least the past 5 years constitutes animal neglect, as well as failure to provide necessary sustenance, by definition. The zoo facility that these animals live in is not adequate shelter. Denying these animals a healthy zoo environment, as well as veterinary care constitutes deprivation of necessary sustenance for these animals, leading to unjustified pain, distress and suffering.

*I respectfully request that a representative from your department perform a welfare check of all of the animals inside the Cricket Hollow Zoo at 1512 210th Street in Manchester.*

I am copying Dr. David Schmitt, State Veterinarian with the Iowa Department of Agriculture as well as Mr. Josh Colvin, Cruelty Intervention Coordinator at the Animal Rescue League in Des Moines in this correspondence. Both gentlemen have asked to be kept informed of serious animal neglect situations discovered in our state.

Thank you in advance for your attention to this matter. I would appreciate a follow-up conversation with your department when time permits.

Sincerely,

Lisa K. Kuehl
1428 270th Street
Madrid, IA 50156-7521
lkkuehl@gmail.com
(515) 451-1039

cc: Dr. David Schmitt, State Veterinarian, Iowa Department of Agriculture
Mr. Josh Colvin, Cruelty Intervention Coordinator, Animal Rescue League of Iowa

Enclosures: USDA inspection photographs, USDA inspection reports, aerial photgraphs

EXHIBIT 60 PAGE 0007



28 June, 2012

Dear Sirs and Madams of the United States Department of Agriculture:

Please accept this document as my formal complaint against the following USDA licensee:

**Cricket Hollow Zoo** Owners Pamela and Tom Sellner
USDA Certificate Number 42-C-0084 / Customer ID 5143
1512 210th Street
Manchester, Iowa 50257

On Thursday, June 21st, 2012, I paid a personal visit to the Cricket Hollow Zoo. The time of my visit spanned the hours of 3:30 pm until 5:35 pm CDT. The weather that day was fair, with mostly sunny skies and air temperatures near 80 degrees Fahrenheit.

**I observed the following instances of sanitation concerns and animal neglect and am attaching supporting photographs for each observation:**

Upon entering the zoo area, there was a pronounced stench of animal waste. While participating in the "self-tour" of the zoo facility, an uncovered and publicly viewable pile of heaped garbage was observed near the hooved animal area.





EXHIBIT 60 PAGE 0008



Many instances of excessive animal excrement
were observed throughout the zoo,
including underneath the rabbit enclosures.
The two rabbits in one of these enclosures had no water in their water dish.
There was also a minimum amount of space
for these rabbits to lie or move around in.
One of the rabbits, an Angora, was heavily matted.



EXHIBIT 60 PAGE 0009





EXHIBIT 60 PAGE 0010

There were two large tortoises housed in a chain-link enclosure.
One of the tortoises appeared to be stuck under the fencing
or trying to escape or seek cooling.
There was no water available for them.
There was no fresh food available for them, only dry hay.



EXHIBIT 60 PAGE 0011



EXHIBIT 60 PAGE 0012

Two domestic dogs, a Sheepdog and a Standard Poodle,
were housed in a chain-link enclosure.
The Sheepdog was heavily matted and in need of grooming.
There was stale water in the water pan
that was inside of a blue receptacle,
which made it difficult for the dogs to reach what little water was in there.
There were unidentifiable, fly-infested food scraps in their food dish.



EXHIBIT 60 PAGE 0013



EXHIBIT 60 PAGE 0014



I observed several enclosures containing waterfowl
or other domestic and wild birds.
Both enclosures had water receptacles
that were full of filthy and/or algae-laden water.
See photos on the following page.

EXHIBIT 60 PAGE 0015



EXHIBIT 60 PAGE 0016

There were several pens containing Oriental pigs.
One of the pens containing piglets has gaps in the fencing
that allowed the piglets to escape underneath it.
The large predator enclosures were just a few yards away.



EXHIBIT 60 PAGE 0017



EXHIBIT 60 PAGE 0018



EXHIBIT 60 PAGE 0019



An extremely obese and unhealthy-looking pot-bellied pig was observed.

EXHIBIT 60 PAGE 0020

In one of the pig enclosures,
a large mudhole had developed
under the watering nipple,
making it difficult for the pigs to access water.



EXHIBIT 60 PAGE 0021

The house for one group of the pigs was very marginal.
Many of the enclosures on the zoo property
did not offer adequate protection from Iowa's climate extremes.



There were a number of primates at the zoo.
Most noticeable about them was their signs of despair and boredom.
Many looked despondent.
One female baboon had a very inflamed-looking rear-end.
Photos of the primates follow on the next three pages.

EXHIBIT 60 PAGE 0022



EXHIBIT 60 PAGE 0023



EXHIBIT 60 PAGE 0024



EXHIBIT 60 PAGE 0025



There were many instances of hooved-animal neglect,
including excessively long hooves, lack of water, blackened and moldy hay,
overcrowded shelters and lack of adequate grooming
for the sheep and llamas.



EXHIBIT 60 PAGE 0026





EXHIBIT 60 PAGE 0027

There were a number of carnivores at the zoo...
but many of their enclosures were shadowed
and impossible to see into.
Of great concern was a thin, older lioness,
who had flies biting on her nose and ears, drawing blood.
Another member of my party reported this lioness to be vomiting.
Uneaten meat foodscraps were strewn about
in some of the enclosures, attracting flies.
An overturned water dish could be seen
in the coyote pen enclosing two coyotes.

Tigers
Bears
Lions
Wolves



EXHIBIT 60 PAGE 0028





EXHIBIT 60 PAGE 0029


Lemurs?

There was a reptile house and an "education center"
housing small mammals, reptiles and exotic birds.
Both buildings were poorly lighted, smelly and very hot inside.
Most enclosures were dirty, with animal feces inside of them.
Some of the enclosures had empty water pans or containers
with filthy water in them.
All of the aquariums were very dirty and unkept.
Rodents were observed in the bottom of one of the bird cages.



EXHIBIT 60 PAGE 0030



EXHIBIT 60 PAGE 0031





EXHIBIT 60 PAGE 0032



EXHIBIT 60 PAGE 0033

Thank you for taking time to review my complaint. The Cricket Hollow Zoo has been operating under marginal conditions since at least 2009 and has been the subject of several negative media investigations in Iowa and nationwide. USDA inspection reports have cited the zoo's owners for many violations over the years. Conditions at the zoo continue to be unacceptable and I request an immediate investigation of the zoo, its permanent closure and an immediate seizure of these animals to place them into a safe haven where they can receive adequate food, water and veterinary care. It is apparent and previously noted on USDA inspection reports that the Sellners have insufficient time and manpower to properly provide for these animals, and the animals are suffering because of it. On the day of my visit, there was only one person available to care for the animals, and that was zoo owner Pamela Sellner. She was taking tickets in the administration/office building. There were no other management, staff members or volunteers present during our visit to tend to the needs of the zoo's animals.

Please contact me if you require additional information or photographs.

Sincerely,

Lisa K. Kuehl
1428 270th Street
Madrid,IA 50156
(515)795-2306 home / (515) 451-1039 cell
lkkuehl@gmail.com

*Copies of this report have been sent to:*

*Dr.s David Schmitt and Randy Wheeler, D.V.M.s,*
*Iowa State Veterinarian and Assistant Iowa State Veterinarian*
*Iowa Department of Agriculture and Land Stewardship*

*Carol Griglione, Iowa State Director - Humane Society of the United States*

*Sheriff John LeClere, Delaware County, Iowa*

EXHIBIT 60 PAGE 0034

12 August, 2013

Dear Sirs and Madams of the United States Department of Agriculture - APHIS and the Iowa Department of Agriculture and Land Stewardship:

Please accept this document as my formal complaint against the following USDA licensee and State of Iowa permit holder:

**Cricket Hollow Zoo**  Owners Pamela and Tom Sellner
USDA Certificate Number 42-C-0084 / Customer ID: 5143
1512 210th Street
Manchester, Iowa  50257

On Thursday, July 13th, 2013, I paid a personal followup visit to the Cricket Hollow Zoo. The time of my visit spanned the hours of 2:15 pm until 4:00 pm CDT. The weather that day was fair, with partly sunny skies and air temperatures near 80 degrees Fahrenheit.

Having already visited the zoo last season, I was hoping to see some improvements. I did observe a number of concerns that I noted from last summer that appear to remain unresolved a year or more later. USDA inspection reports indicate that most of these concerns were also previously documented, often many times. Among them:

EXHIBIT 60 PAGE 0035

**The Capybara:**



This animal continues to live in a
plastic pet travel kennel.
This concern was previously noted on a USDA
inspection report dated July 29, 2010
under Section 3.127 (b), Facilities, Outdoor.

EXHIBIT 60 PAGE 0036

**Scottish Highlander Cattle:**



On this day,
there was standing water
in the enclosure housing the cattle,
requiring the cattle to have to navigate though mud and water
or stand in them while eating.
Drainage issues have been noted at the zoo
by USDA inspectors on multiple occurrences,
dating back to July 29, 2010.

EXHIBIT 60 PAGE 0037

**Obi, the baby Baboon:**



07/13/2013 01:56

According to the federal Animal Welfare Act,
*Section 3.81 Environment Enhancement
To Promote Psychological Well-being,*
Obi's seclusion from his
fellow primates denies him
social grouping to meet his social needs.
On this day, Obi was observed by himself,
pacing back and forth in his enclosure,
appearing stressed and discontent.

EXHIBIT 60 PAGE 0038

## Zee-donks and Donkeys

 

On this day,
several hoofed mammals were observed with
long and/or splitting hooves.
Hoof care concern issues have been noted by USDA inspectors
dating back to November 22, 2010,
and also on inspection reports dated
August 16, 2011 and December 10, 2011.

EXHIBIT 60 PAGE 0039

**Undetermined breed of sheep:**



On this day,
these sheep were observed standing on their hay mound.
This concern was noted on a USDA inspection report
dated July 29, 2010 -
*"The Barbados sheep and the Jacob's four horned sheep
were observed at the time of the inspection
standing in their hay feeder.
The sheep can urinate and defecate in their foodstuffs.
Further, their hooves will contaminate foodstuff
from contact with animal waste on the ground."*

EXHIBIT 60 PAGE 0040

Additionally, there continues to be an overwhelming number of
flies and flying insects drawn to the piles of
animal and bird fecal matter
that is still present in almost all of the animal and bird enclosures,
both indoors and outdoors.
Pest management and sanitation issues have been on-going concerns on
USDA inspection reports dating back to June 19, 2007.





EXHIBIT 60 PAGE 0041

Public health and safety concerns are still noted,
including many animal enclosures that provide
direct access to animals and birds by zoo visitors.
It should be noted that at no time during my visit
was an employee or volunteer of the zoo
present during these interactions,
to provide direct supervision to assure safety
of both the visitors and the animals themselves.









EXHIBIT 60 PAGE 0042



The only exception were the interactions with the domestic raccoon that was present in the welcome area at the admissions desk. Zoo owner Pam Sellner allowed visitors to handle the raccoon, including it's face and mouth. The raccoon was also attracting many flies to this area. It is unknown if this animal was appropriately vaccinated against zoonotic diseases.



EXHIBIT 60 PAGE 0043



On this day, I observed on-going food and water quality/quantity issues that have been noted on USDA inspection reports numerous times since at least July 29, 2010. Some notable concerns include an algae-lined watering dispenser in the coyote enclosure, a make-shift waterer in a rabbit enclosure that was made from a plastic pop bottle, overturned water dishes and food items left out in the wallaby enclosure, attracting many flies, dirty water in the outdoor bird enclosures and poor-quality haystuffs in several hoofed mammal enclosures.





EXHIBIT 60 PAGE 0044





EXHIBIT 60 PAGE 0045









There continues to be many animal enclosures
created out of make-shift materials,
including parts of old farm machinery, corn cribs,
chemical containers and storage tanks.
These appear to offer little in the way of
weather or insect protection
for the animals using them.
Most enclosures were also without any type of
bedding material in them.

EXHIBIT 60 PAGE 0046





EXHIBIT 60 PAGE 0047

The Cricket Hollow Zoo has been documented by USDA inspectors twice for failing to have enough employees or volunteers to meet husbandry demands. It should also be noted that the Sellners continue to operate a commercial dairy operation on premises, in addition to managing the zoo. **On August 17, 2011**, inspectors noted, under AWA Section 3.132 - Employees:

*"The prior three inspection reports have documented a significant number of non-compliant items. The facility owners have other jobs and are the only ones doing work at the regulated facility. Giving consideration to the demands of the facility owners, the number of animals, the species of animals and inspection history, it is apparent that there is not a sufficient number of employees at this facility. The staffing level must be increased to include additional adequately trained employees or the facility shall decrease the number of animals until such a point that present staff can accommodate the needs of the animals. To be corrected by October 13, 2011."*

This same notation was made again on **December 8, 2011**, as a Repeat Non-Compliance Item (NCI) under Section 3.132 - Employees:

*"The facility owners continue to have the same outside work obligations and have no additional employees. The current inspection report demonstrates that the work load continues to exceed staffing levels. This does not provide for the health and well-being of the animals. The staffing level must be increased to include additional adequately trained staff that can accommodate the needs of the animals."* (no date for compliance given.)

**The most current available USDA inspection report dated February 13, 2013 documents 187 regulated animals at the Cricket Hollow Zoo, not including the many birds, reptiles and amphibians residing there.**

It is apparent that, based on the long history of numerous non-compliances with the federal Animal Welfare Act (AWA) dating back to at least June 19, 2007, and the current housekeeping, sanitation and animal welfare issues still present, that this licensee is not capable of properly managing the Cricket Hollow Zoo. The public health and safety standards at the zoo are also questionable and need to be evaluated. Therefore I respectfully request a follow-up inspection by both the USDA-APHIS as well as the Iowa Department of Agriculture to assure AWA compliance and State of Iowa animal welfare code compliance. I also request that both agencies reconsider the re-issuance of the license and operating permit for the Cricket Hollow Zoo.

Thank you.

*Lisa K. Kuehl*

Lisa K. Kuehl
1428 270th Street
Madrid, IA 50156-7521
(515) 451-1039
lkkuehl@gmail.com

EXHIBIT 60 PAGE 0048

Dear Sirs and Madams of the United States Department of Agriculture - APHIS and the Iowa Department of Agriculture and Land Stewardship:

Please accept this document as my formal complaint against the following USDA licensee and State of Iowa permit holder:

**Cricket Hollow Zoo**  Owners Pamela and Tom Sellner
USDA Certificate Number 42-C-0084 / Customer ID: 5143
1512 210th Street
Manchester, Iowa 50257

On Sunday, October 26th, 2013, visitors to the Cricket Hollow Zoo observed and documented a situation of possible loss of animal life due to inadequate care provided by the zoo's management. National Weather Service records for the zoo's location indicate the low temperature for October 25th was 23 degrees F and on October 26th was 31 degrees F.

The animals in question are a litter of newborn baby Meishan oriental pigs.

At least four dead or dying piglets can be seen in these photos, with another piglet appearing to still be alive. A lack of adequate pig enclosures with suitable amounts of clean, dry nesting materials is evident in these photographs.



EXHIBIT 60 PAGE 0049





EXHIBIT 60 PAGE 0050

According to the federal Animal Welfare Act guidelines for warmblooded animals such as these Meishan pigs, **Subpart F, Section 3.127 Facilities, Outdoor,** *animals must be provided with shelter from inclement weather, appropriate to the local climactic conditions for the species concerned. Individual animals shall be acclimated before they are exposed to the extremes of the individual climate.*

**Inadequate enclosure conditions for the Meishan pigs was previously documented by USDA inspectors on at least two occasions:**

**9/25/13 USDA Inspection Report** – *"The second and third areas (of standing water) are within the exhibits housing one fallow deer and two Meishan pigs. Within both exhibits there are large, wet and muddy areas of standing water. The wet areas are adjacent to the shared fence line between the exhibits, near the water receptacles. The licensee states that the hose that runs these water receptacles has a leak and is creating standing water. The animals must walk through the wet areas to reach these water receptacles. -snip- Improper drainage within enclosures does not ensure a clean, dry environment for the animals which can impact the health and well-being of the animals. A suitable method shall be provided to rapidly eliminate excess water from within the enclosures."*
Violation of AWA Section 3.127 (c) Facilities, Outdoor. Heather Cole, DVM. Inspector 6026

**11/26/12 USDA inspection report -** *"All of the bedding within the shelter for the Meishan pigs (2 adults and 3 piglets) is wet and soiled with feces and/or mud. The feces/mud soiled bedding covers the entire floor of the shelter. As a result, there is no clean, dry area within the shelter for the pigs to walk or rest."*
Violation of AWA Section 3.131 (a) Sanitation. Heather Cole, DVM Inspector 6026

**The Iowa Department of Agriculture and Land Stewardship (IDALS) also made note of bedding issues in a complaint investigation report dated 2/8/13:**
*"Some of the outside smaller mammal pens needed to have some bedding (straw) added. In this freeze-thaw weather, bedding can get wet and packed down and lose insulating power. Ms. Sellner explained that <u>on weekends</u> she has more help and that is when they freshen any bedding and take care of minor maintenance issues. -snip- Dr. (Gary) Eiben (IDALS District Veterinarian), Inspector (Marc) Rue and I all agree that there are no standard of care issues here today that would cause any adverse health or suffering."* Doug Anderson, IDALS Complaint Investigator

Additionally, zoo visitors have documented other on-going concerns regarding the Meishan pigs over the past two and a half years, including inappropriate access to zoo visitors due to poorly-maintained enclosures, inadequate fresh and accessible water supplies, inadequate housing, inadequate bedding and inadequate water drainage in their enclosures.

EXHIBIT 60 PAGE 0051



June 21, 2012



EXHIBIT 60 PAGE 0052



July 22, 2012



EXHIBIT 60 PAGE 0053



July 22, 2012



June 23, 2013

EXHIBIT 60 PAGE 0054



EXHIBIT 60 PAGE 0055





EXHIBIT 60 PAGE 0056



**The most current available USDA inspection report dated September 25, 2013 documents 160 AWA regulated animals at the Cricket Hollow Zoo, not including the many birds, reptiles and amphibians residing there.**

It is very apparent, based on the USDA records of numerous non-compliances with the federal Animal Welfare Act (AWA) dating back to at least June 19, 2007, and the current sanitation and animal welfare issues still present, that zoo owners and federal licensees Pam and Tom Sellner are not capable of properly managing the Cricket Hollow Zoo. The Sellners also continue to disregard their obligations as a USDA Class "C" exhibitor to uphold the animal care standards set forth in the AWA. Additionally, public health and safety standards at the zoo are also questionable and need to be evaluated. Therefore I respectfully request a follow-up inspection by both the USDA-APHIS as well as the Iowa Department of Agriculture to require both AWA and State of Iowa animal welfare code compliance. I also request that both agencies reconsider the re-issuance of the both the USDA license and State of Iowa operating permit for the Cricket Hollow Zoo.

Thank you.

Lisa K. Kuehl
1428 270th Street
Madrid, IA 50156-7521
(515) 451-1039
lkkuehl@gmail.com

CC to: Senator Tom Harkin, Senator Charles Grassley and Congressman Bruce Braley

EXHIBIT 60 PAGE 0057

EXHIBIT 60 PAGE 0058