








Case 6:14-cv-02024-JSS   Document 70-59   Filed 10/16/15   Page 5 of 11






Case 6:14-cv-02034-JSS Document 70-59 Filed 10/16/15 Page 8 of 11
Case #C14-2034-JSS  EXHIBIT 61 PAGE 0008




Case #C14-2034-JSS                                    EXHIBIT 61 PAGE 0010


Case #C14-2034-JSS   EXHIBIT 61 PAGE 0011