TRACEY K. KUEHL
22781 – 230th Avenue * Davenport, Iowa * 52807
563/650-4270 * traceyk56@gmail.com

June 25, 2012

Ms. Katie Hyde
Iowa Department of Agriculture and Land Stewardship
Wallace State Office Building
502 East 9th Street
Des Moines, Iowa 50319

Dear Ms. Hyde:

Please find included with this letter a completed Complaint Investigation Report Form for Cricket Hollow Zoo in Manchester, Iowa.

On the afternoon of June 24, 2012 I stopped at this attraction and was thoroughly appalled at the condition of the property and of the animals living there. I have included a number of pictures of the animals and the conditions I found them living in.

Upon my arrival at Cricket Hollow Zoo, I was immediately met with a foul manure smell and I knew this was not going to be the type of visit I expect from a tourist attraction that encourages the public's participation.

After paying my $5 admission fee, I was told I was on my own to explore and see the animals. My first encounter was a pen of approximately 30 fowl of various types... geese, ducks, guinea hens, chickens... all crammed into one run and house. From there, I walked along the outside of what the owner called the "reptile house" and tried to see several of the caged animals living along it, though most of them were asleep in their cages. (please see photo 1)

I came across another outdoor pen housing more ducks and geese and eventually made my way to a cage that contained at least one very large Old English sheepdog (please see photo 2). I called to the dog and it immediately came out of its house and walked over to where I was standing. It's very heavy coat was matted together and in extremely poor condition. I know for a fact these dogs require daily grooming in order for their coats and skin to remain healthy and disease free and I would judge from this dog's appearance it had been many, many days since any type of grooming had been done to it. You can see from the picture the only shade for this animal is a haphazard tarp covering a portion of the top of the run. The surface of the run consisted of gravel and dirt and feces. I believe there was a second dog in this run, though I cannot be sure as there was no opportunity to get closer to the house in the run. As far as food and water go, I saw bowls but was not able to see if they contained anything.

I then came upon a small cage containing two rabbits (please see photo #3). From the photo, you can see the accumulation of feces under the cage. The bowls did not contain any food or water.

1

From this point I moved into the "main part" of Cricket Hollow Zoo, basically a long graveled walk-way that ended at a large paddock and with various types of enclosures on each side of the walk-way. On the east side of the walk-way were several enclosures containing various large carnivores including a bear, a male lion, a cougar, a wolf, and a white tiger among others. Some of these large animals lived in old-fashioned ear-corn bins, others like the tiger were living in long, rectangle-shaped runs (please see photo #4). Again, you can see shade for these animals is very limited.

Moving past the large carnivores, I came to several pens that housed hoofed animals. Donkeys, sheep, some Highland cattle were all living in various combinations in these enclosures. I was troubled by the large amount of manure in these pens along with what appears to be extremely poor forage (please see picture #5). The condition of this hay looks to be very poor as well as eaten to the point the animals are no longer able to reach it if they could. They have to stand in some very poor soil conditions that can certainly lead to hoof rot and infections.

Though I do not have a picture, I do want to point out one of these pens contained about 25-28 sheep which on this hot day, were all trying to fit underneath a half-moon shaped hut (similar to the one in Photo #4 of the white tiger) for shade and not being at all successful.

As I continued down the walkway, I noticed to my left what appeared to be a drive-way to an open garbage pile behind the animal enclosures. (please see photo #6). This photo also provides a view of the condition of the fencing used for the animal enclosures, the weeds and brush over-growth common throughout the zoo, the proximity of the garbage to the animals, and the proximity of the dairy cows to the garbage and zoo animals as well.

As I was at the dead end of the walkway and looking into two large paddocks with dairy and other cattle in them, I turned around to look at the animals on the west side of the walkway. Once again, various paddocks contained hoofed animals such as sheep and goats, miniature horses, donkeys, and pot-bellied as well as Meishan pigs (please see photos #7 and 8). The Meishans were kept (like all of the other animals at this zoo) in mud paddocks with extremely poor housing. In this case a sow, boar and litter of month-old piglets were living together. I did see pans that may have contained food and water, but as in the case of the Old English sheepdog, it was not possible to see if the pigs indeed had water on this very warm day but it appears at least the large black bowl is empty. Aside from the small little house for these pigs, their enclosure did not have any other shade from the sun.

I continued on my tour and came upon a two pens containing pot-bellied pigs. The first housed an extremely obese female (please see photo #9) along with a boar. The enclosure was nothing but mud and filth, there was a bowl of food and a drip nipple for water. It appeared the food was mixed with dirt (please see photo #10). The house these two shared a plastic box for shelter and from the photos you will see there was nothing in the way of bedding for these animals. (please see photo #11).

Next to this pen was a second one containing 3 pot bellied pigs (please see photo #12). The same conditions here as in all of the other hoofed animal enclosures with mud and accumulated manure, small houses for shelter, limited food and water. I was relieved to see these two enclosures at least had a tree for shade. You can see that adjacent to the pot bellied pig

enclosure is one in which miniature donkeys lived (please see photo #13). The Quonset-like structure in this photo is the same type found in the paddock with all of the sheep referenced earlier in my letter.

The final outdoor stop on my tour of the zoo was to visit the zoo's educational center. Directly outside of the entry to the center was a small enclosure about 5 feet by 5 feet in which two very large tortoises were living. One was trying desperately to get through the chain link fence while the second was burrowed in some soil.

Inside the education center were a number of cages housing a mixture of birds and small mammals. All of them in very small cages, with very little ventilation or light including large exotic parrots and other large birds in enclosures so small they would have difficulty spreading their wings. The two-toed sloth was living in a dark little room, the only light coming from a fluorescent light bulb and what little came through a dirty viewing window.

I finally made my way to the zoo's reptile house which was very disheartening. I saw a number of aquariums covered on the inside with algae and scum, and numerous cages filled with snakes and lizards.

During the hour I spent at Cricket Hollow Zoo, I only saw one individual which appeared to be someone who might be responsible for the care of these animals, and that was the owner who was taking admission money in the reptile house. Otherwise, I did not see another human checking on the animals, making sure they had water, removing feces or manure, providing food, cleaning cages… nothing.

Before I left, I asked the zoo's owner specifically about the pigs. As an owner of three pot bellied pigs myself, I was particularly concerned for the welfare of the obese pig. She explained the pig was pregnant and due any time (please see photo #14). This animal labored to breathe, was dragging her stomach on the ground and was sharing an enclosure with an intact male, so if she would make it through the birthing process, she will likely become pregnant again. Pot bellied pigs do not drag their bellies on the ground unless they have been abused with over-feeding. In fact, I would suspect this one is fat blind, so large the fat around its eyes begin to move the eyelashes in-ward causing the cornea to be scratched.

The housing situation is the same story for the Meishans. The owner explained she had purchased the male and female in November, 2011 from a woman in Des Moines, that this was the pair's first little and by all accounts this female will soon be pregnant again. The owner laughed and said if I was interested in any of the baby pigs, I could buy them. Finally, the third pen of pigs had at least two intact males; I was not able to see the third pig and do not know its gender.

Finally, as I left the Cricket Hollow Zoo I stopped by its portable hand-washing station. It was out of soap.

All in all, this is an appalling situation on several fronts. First, this facility promotes itself as a zoo when it is nothing but a sorry collection of way too many neglected animals with very little care. Anyone involved with the professional keeping of wild or domesticated animals understands the need for these creatures to have mental stimulation. In fact, this is one of the

3

Case #C14-2034-JSS                                                    EXHIBIT 62 PAGE 0003

mainstays of professional zoo-keeping. There is nothing of the sort here; the photo of the sheepdog should be enough to convince you.

Second, the zoo touts itself as an educational entity but in actuality, it is a lesson in how not to take care of animals.

Third, it is a disgraceful example of an Iowa tourist attraction. The stench, the mess, the condition of the animals are hardly the types of things we would want to highlight as being the best of Iowa to residents as well as out-of-state travelers.

Fourth, I question how this facility is planning for the reproduction and proper dispersment of its future generations of animals? Where is its responsible spay/neuter program to limit the number of animals born at the zoo such as the pigs, sheep and goats? Legitimate zoos do not indiscriminately breed animals

Finally, I noticed a USDA certificate of some type behind the admission desk. I don't know what kind of minimum standards the USDA or the IDALS has for entities like these, but I would have to say from my personal experience on June 24 and professional knowledge of zoos and tourism, even the minimum standards were not being met.

My professional career spans more than 30 years in the tourism industry. I am a retired museum director, with 20 years experience managing a public institution and adhering to strict guidelines in terms of programming and presentation to the public. I worked for two years in the Iowa Department of Economic Development's division of tourism assisting communities and attractions to become viable and enjoyable places for guests to visit. I have been the director of a large convention and visitors bureau. I grew up on an Iowa farm livestock and grain farm. What I experienced this past weekend was disheartening, unnerving, disgraceful and down-right sad from which ever angle you might approach it. What I experienced is not education, agriculture, economic development, or tourism. It is a disgrace.

I thank you for taking my concerns seriously and respectfully ask that an unannounced visit be paid to Cricket Hollow Zoo by an authority from the Iowa Department of Agriculture and Land Stewardship to investigate the situation.

Sincerely,


Tracey K. Kuehl

Cc: Drs. David Schmitt, D.V.M. (State Veterinarian) and Randy Wheeler, D.V.M (Assistant State Veterinarian), Des Moines


Mr. Josh Colvin, Cruelty Intervention Coordinator: Animal Rescue League of Iowa/Animal Control and Care Center; Des

Ms. Carol Griglione; Iowa State Director - The Humane Society of the United States; ARL of Iowa, Des Moines

TRACEY K. KUEHL
22781 – 230th Avenue * Davenport, Iowa * 52807
563/650-4270 * traceyk56@gmail.com

June 26, 2012

USDA – APHIS – Animal Care
2150 Centre Avenue
Building B, Mailstop 3W11
Fort Collins, CO  80526-8117

RE: Cricket Hollow Zoo, Manchester, Iowa
    USDA Certificate #42-C-0084
    USDA Customer ID # 5143

Dear Ladies and Gentlemen:

Enclosed, please find a copy of the Complaint Investigation Report Form for the State of Iowa and my letter outlining the circumstances for my complaint regarding this operation. The letter has been shared with leadership at the Iowa Department of Agriculture and Land Stewardship's Animal Welfare Bureau including the State and Assistant State Veterinarian along with representatives of the Animal Rescue League of Iowa and the state director for the Humane Society of the United States.

As this above mentioned establishment holds a certificate with the United States Department of Agriculture, I wanted to make you aware of this situation and the environment the zoos animals are subjected to along with the miserable experience the zoo's paying customers receive.

I thank you for you attention to my concerns.  If you have any questions or would like additional details please do not hesitate to contact me.

Sincerely,



Tracey K. Kuehl

TRACEY K. KUEHL
22781 – 230th Avenue
Davenport, IA  52807
563/650-4270 * traceyk56@gmail.com

July 6, 2012

Dr. Robert M. Gibben, DVM, SACS
Western Region, Animal Care
USDA – APHSI
2150 Centre Avenue
Building B  Mail Stop #3W11
Ft. Collins, CO  80526

RE:   Cricket Hollow Zoo, Manchester, Iowa
        USDA Certificate #42-C-0084
        USDA Customer ID # 5143

Dear Dr. Gibben:

I thank you for your letter and for the personal call made to me by Cynthia Neis regarding my initial concerns about the operations and animal welfare at Cricket Hollow Zoo in Manchester, Iowa.  I am sending to you with this letter a copy of the complaint filed with the Iowa Department of Agriculture and Land Stewardship and my initial letter to IDALS dated June 25, 2012 outlining my concerns along with photos to document those concerns.

In the meantime, I have had the opportunity to revisit the Cricket Hollow Zoo today to see if any changes may have been made to the conditions of the facility and the welfare of the animals since the first time I saw the zoo on June 24, 2012.  I have also included with this letter a second complaint with IDALS, a second letter to IDALS outlining my continued concerns along with a second set of photos documenting those concerns taken during my July 6, 2012 visit.

As this facility is a USDA licensed zoo and open to the general public for use through paid admission, I very much appreciate your team looking into my concerns.  For the health and well-being of both the animal residents of and visitor to Cricket Hollow Zoo, I ask for your prompt attention.

Should you wish to visit with me personally about my experience, I would be most happy to visit with you.

Sincerely,

Tracey K. Kuehl
Cc: Cynthia Neis, ACI
Enclosures:

June 25, 2012 letter of concern and IDALS complaint form with accompanying photos
July 6, 2012 letter of concern and IDALS complaint form with accompanying photos

TRACEY K. KUEHL
22781 – 230th Avenue * Davenport, Iowa * 52807
563/650-4270 * traceyk56@gmail.com

July 6, 2012

Ms. Katie Hyde
Iowa Department of Agriculture and Land Stewardship
Wallace State Office Building
502 East 9th Street
Des Moines, Iowa  50319

Dear Ms. Hyde:

Please find included with this letter a second completed Complaint Investigation Report Form for Cricket Hollow Zoo in Manchester, Iowa.

On the morning of Friday, July 6, 2012 made a return visit to the Cricket Hollow Zoo in order to see if any changes and progress had been made to improve the living conditions of the animals at the zoo or the property itself in the two weeks from my initial visit on Sunday, June 24, 2012. My first encounter with this operation left me thoroughly appalled at the condition of the facilities and of the animals living there. Unfortunately, my opinion of this facility has not changed given my observation of the same existing conditions existing along with several news ones which have developed two weeks later on July 6.

I would like to note that on July 6, Manchester along with the entire State of Iowa was in the grips of a two-week heat wave that had been building. I do not know the temperature in Manchester that morning; in Davenport it was 100 degrees.

We arrived at the Cricket Hollow Zoo property, parked the car, and were met by the owner, Pam Sellner. She was exiting what I gathered to be the family home located directly adjacent to the zoo. She was carrying a young primate on her hip which she explained had been born at the zoo this past spring. Mrs. Sellner lead us to the reptile house/admissions area, put the baby primate in a baby playpen, collected our admission fees and explained the self-tour nature of the zoo, and sat down behind the counter. Over the next hour during our visit, we did not see Mrs. Sellner nor any other person from the zoo checking in on animals or interacting with them in any way. The next time we encountered Mrs. Sellner was on our way out of the reptile house, sitting behind the admission counter, as we exited the zoo.

We followed the same path around the zoo during this second visit. On July 6, some of the animals were able to be seen; some were not. We first encountered an enclosure containing a wallaby (please see new photo 7.6.12 #1). We did not observe any food in the enclosure and though it is difficult to see in the photo, the animal did have a bucket of some water and was standing with its forearms extended into the bucket. Directly adjacent to the wallaby pen was a small kennel containing two groundhogs. (please see new photo 7.6.12#2). Again, no food was visible and we did observe a pan of dirty water in the kennel. Groundhogs are burrowing

1

animals. The environment in this kennel does not provide for the animals to act out natural instincts.

Around the corner from the groundhog kennel, we walked past several cages containing a variety of mid-sized mammals. Only two, this serval (please see new photo 7.6.12#3) and a striped skunk could be seen. You may compare this photo to the one taken on June 24 labeled 6.24.12#1. Very little has changed in terms of environment for this animal. Feces are noted in both photos. Food and water were not observed in this outdoor enclosure, though may have ben located in the building to which the enclosure is attached.

We next visited the kennel housing two dogs, an Olde English sheepdog and standard poodle. Though I did not see the poodle on June 24 other than its nose sticking out of the igloo, I did see the sheepdog. I was very relieved to note this animal had been shaved since June 24 when at the time, its coat was very long and matted with filth (please see earlier photo 6.24.12#2 and compare to new photo 7.6.12 36). However, in both photos of this kennel you will see piles of feces, particularly so on photo 7.6.12#4. Both dogs appeared to be trying to find additional relief from the heat on July 6. Though my camera focused on the fencing rather than the dogs, you can get a sense for the water supply and quantity these dogs have and the actions of the sheepdog in looking for a cooler place to lie (please see new photo 7.6.12 #5).

We next visited a large pen containing a variety of domestic and Canadian geese and ducks. These birds received a little shade from trees growing up in the fence line, a piece of plywood and a metal structure (please see photo 7.6.12 #8). However, the water supply which they had for both drinking and for swimming looked extremely stagnant and dirty. (please see new photo 7.6.12 #7). Additionally, on closer inspection a dead bird could be seen floating in this tank (please see new photo 7.6.12 #9).

We visited a small pen containing two llamas. This enclosure was directly adjacent to the dog kennel. Both types of animals received water from the same source and type of waterer, though it appeared the water to be rather brackish for the llamas (please see photo 7.6.12 #10). I also noted a significant accumulation of manure in the corner of the llamas' pen (please see new photo 7.6.12 #11).

Directly around the corner from the llama pen was a hutch of rabbits (please see new photo 7.6.12 #12). This pen contained three rabbits and its condition had not changed from June 24 (please refer to previous photo 6.24.12 #3). A significant accumulation of rabbit droppings were still underneath the cage on July 6 and neither pan contained neither food nor water for the rabbits.

Our tour next took us down the long walkway which houses large carnivores including two bears, two lions, at least two tigers and cougars as well as a wolf as well as many hoofed animals in pens and enclosures on either side. We stopped to observe the tigers and cougars. In the courage enclosure we noted several mounds containing feces covered by the gravel from the enclosure (please see new photo 7.6.12 #19). A similar situation was observed in the tiger cage (please see new photo 7.6.12 #20). I did not observe any change in the level of enrichment provided to these animals in the two weeks between visits to Cricket Hollow Zoo (please refer to photo 6.24.12 #4).

During my June 24 visit, I was very concerned about the quality and quantity of forage being provided to the hoofed animals including the Scottish Highland cattle, zeedonkeys, donkeys, sheep and goats. The next two photos are direct two-week comparisons to the same feed bunk. (please refer to previous photo 6.24.12 #5 and see new photo 7.6.12 #23). On June 24, the amount of forage was minimal and difficult to access by the animals. On July 6 it is almost non-existent. These two photos also provide a comparison in the condition of the enclosure itself. You can see in the June photo after a brief rain shower, the entire enclosure is filled with mud and manure and the area around the feed bunk is quite deep. After two weeks of hot and dry weather, the pen has dried up but with another rain event, the muddy conditions will return. When this happens, the animals in this and similar paddocks to do not have the ability to get out of the muck, standing in wet conditions attributing to the development of hoof diseases. I took two additional photos of this situation (please see new photos 7.6.12 #25 and 7.6.12 #26) though the second of the two provides you with better detail on how difficult it is for the animals to reach what little forage is provided to them.

In this same area of the zoo, there is lane directly off the main public walkway of the zoo. And separates the carnivore area from the hoofed animal area (please refer to previous photo 6.24.12 #6). I noted in my first letter my concern about the large open garbage pile at the end of this lane, its proximity to the public as well as to the Sellner's commercial dairy herd. Returning on July 6, I noted a gate had been placed across the entrance to the lane, barring zoo visitors from wandering down it, but you will see the garbage pile still exists behind the enclosure containing the Scottish Highland cattle. (please see new photo 7.6.12 #27).

Also in this area of hoofed animals is an enclosure containing up to 30 sheep. None of them have been sheared. You can see the herd contains both male and female animals meaning at some point, unless there is a plan to separate them, the herd will multiply.

We next turned our attention to the various pigs, the one pen of Meishans and the two pens of pot-belled pigs. Sadly, the conditions for these animals has digressed in the two weeks between my visits. On June 24, I observed the group of Meishans (sow, boar and 6 or 7 young piglets) living in nothing more than a mud-filled pen with no access to forage, no feed and a nipple waterer for water. The only shade provided for these animals came from the small hut they shared. (please refer to previous photos 6.24.12 #7 and 6.24.12 #8). On July 6, I found the conditions unchanged; an enclosure with no forage nor food, a quickly growing young group of piglets that were extremely hungry with no access to food for them away from the larger adults. (please see new photos 7/6/12 #21 and 7.6.12 #22). You will also note in new photo 7.6.12 #22 the adult pigs have created a large hole underneath the water source. As a result, the little pigs do not have any access to fresh water. You will see from the size of the hole (please see new photos 7.6.12 #28 and 7.6.12 #29) virtually the front half of the sow will fit into this hole and there is absolutely no way the young animals can access water. As noted above with the sheep, this group of pigs will rapidly multiply given the mature male and female reside in the same pen and the young pigs of this breed have the ability to reach sexual maturity in very short order.

Close to the Meishans are two smaller pens containing five pot-bellied pigs. In the first pen lives an extremely obese female (please refer to previous photo 6.24.12 #9) and intact male; in the second, three intact males. On June 24, Mrs. Sellner told me the female was also pregnant and "due any time". You will note (please see new photo 7.6.12 #16) the enlargement of the

3

udderline and nipples on the sow indicating birth is eminent. Once again and similar to the situation with the Meishans, the water source is extremely limited given the size of the animals and the conditions under which they are living. In the two weeks between my visits, the pigs have moved away the small cement block (please refer to previous photo 6.24.12 #10) which was placed under the nipple water and have created a large hole in which to access a cool spot (please see new photos 7.6.12 #16 and 7.6.12 #32, and 7.6.12 #33).

Even though the sow is expecting, nothing has been changed to accommodate the birth in terms of a pen separate from the male, bedding for nesting materials, or changes in the source of water. (please refer to previous photo 6.24.12 #11). Like the two aforementioned situations, combining unsprayed females and intact male simply result in more babies.

The third pen contains three boars. Similar to previous observations noted in this letter, there is no forage (please refer to previous photo 6.24.12 #13) and these pigs have also created large holes under the nipple waterer, large enough that it will not take too much more digging and the animals will be able to get underneath the fence. You will also note the broken and empty food bowl (please see two new photos 7.6.12 #14).

The next set of photos (please see new photos 7.6.12 #17, 7.6.12 #18, 7.6.12 #30 and 7.6.12 #31) provide a clear illustration of the lack of food for the hoofed animals. This herd of Jacob's sheep did not have anything to eat and it is obvious from what is left on the ground around the hay rack, it has been empty for quite awhile. As we approached the fence, the animals were very eager to come to us. And photos 7.6.12 #30 and 7.6.12 #31 clearly show the animals picking through what little is left on the ground looking for food.

We began to make our way to the education center and reptile house, and in doing so passed a kennel containing a capybara. (please see new photo 7.6.12 #34) We had noticed this animal with its head in some type of box when we first began our tour. Forty-five minutes later, the animal was in the same position when the photo was taken. It had not moved.

We stopped at a small cage containing a blonde raccoon (please see new photos 7.6.12 #35 and 7.6.12 #36). You will not the large accumulation of feces in the cage the the minimal amount of shade provided to this animal. At first, we thought it might be dead (new photo #35) but it did look up at us (photo #36). The food bowl was empty and the raccoon appeared to be trying to sit in the water bucket. Please also note the size of this enclosure.

Outside the education center, the kennel with the two tortoises was still there with very little shade and very little water in the black water bowl for the animals to drink (please see new photo 7.6.12 #38). Next to the tortoise kennel was a large rabbit hutch containing five or six cages, each with one to two rabbits in them (please see new photo 7.6.12 #39 and 7.6.12 #40). All bowls were empty or water and food.

Inside the education center facility, we noted aquariums which were filthy and overgrown with algae and scum (please see new photo 7.6.12 #41), the same condition I observed them in during my visit on June 24. The center is home to a small two-toed sloth and though the quality of the photo taken of its enclosure is not the best the only item in the food bowl was a small wilted leaf of lettuce (please see photo 7.6.12 #42).

The education center facility is a hodge-podge of a number of birds, small animals and fish or other water-living creatures, a difficult thing to note given the condition of the aquariums. (please see new photos 7.6.12 #43, 7.6.12 #44, 7.6.12 #45, 7.6.12 #46). Large birds are living in very small cages (#46), cages of rodents are stacked on top of bird cages (#43), and small mammal cages are stacked next to birds (#44). New photo #45 provides a general overview of the interior of the center with large cages on one wall and other cages on the opposite wall behind a glass wall. We did not note any air conditioning or climate control in this enclosed facility.

Our final stop was in the reptile house, a structure that appears to have been the house the family lived in prior to building a different one. Though it is called a reptile house by the owner, Mrs. Sellner, it contains a mix of reptiles and mammals (please see new photo 7.6.12 #47). Guinea pigs are housed in cages underneath snakes. Among the many, many aquariums, cages and other various containers and cages I observed a stack of four clear aquarium-like clear boxes containing rats (please see new photo 7.6.12 #48). Three of the rats in this photo (black and white, gray lower left and tan right) were moving around. The other two appeared to be dead. The last animal we visited in the reptile house was an alligator or crocodile (we did not see any labeling on the cage to give us information), and it was curled up in a small shallow stock tank (please see new photo 7.65.12 #49).

It was extremely ho9t and uncomfortable when we left Cricket Hollow Zoo, and as we were leaving we asked Mrs. Sellner how many animals lived at the zoo. She told us she had 300. We expressed surprise at the number and inquired how many people she had to have to help take care of the animals. Mrs. Sellner replied she and her husband were the only two individuals who look after then for them. On this particular day her husband had been called into work so she was the sole care provider for all 300 animals at Cricket Hollow Zoo and that she regularly worked 92 hours weekly in order to provide care and manage the zoo. That would mean Mrs. Sellner is personally involved with these animals at least 13 hours per day, seven days each week during her season. What I encountered on July 6 gave me every indication many of the animals had not been visited by Mrs. Sellner and had yet to be given basic care by noon on the day of my visit and very likely had not been given any care the previous day as well.

As we were leaving, we noticed a second sign at the entrance to zoo (please seen new photo 7.6.12 #50) indicating the Sellners are part of a dairy cooperative.

In closing, after completing a second visit my concerns about this operation cover a wide range and include in priority order:

<u>The health and well-being of the animals</u>

- The limited number of caretakers for 300 diverse zoo animals, requiring specific care and health needs due to the variety of species

- The observed continuation of limited and non-existent availability of quality and quantity of food to sustain a healthy population of diverse animals, birds and reptiles

5

Case 6:14-cv-02034-JSS   Document 70-60   Filed 10/16/15   Page 12 of 19

Case #C14-2034-JSS    EXHIBIT 62 PAGE 0012

- The rapidly decreasing quality in access to a continuous supply and adequate quantity of fresh water based on the sizes of this diverse group of animals, birds and reptiles

- Feces and manure accumulation in cages, pens, kennels, paddocks and in some cases, under such

- Many groups of animals including sheep, goats and pigs containing intact males and unsprayed females, perpetuating indiscriminant species reproduction and adding to the growing number of animals that require care at this zoo.

The health and safety of the zoo visitor

- Both the reptile house and the education center have only one source of entrance and exit for the public in each building

- There is no source of potable water for visitors to access

- The only restroom facility is a portable outside toilet for a business that has been open to the public since 1986 (per the zoo's website)

- The close proximity of a 70-cow commercial dairy herd to a zoo, and the continued use of open garbage piles located very close to both populations of animals

The condition of the infrastructure of the facilities

- It appears there is a single-source water system that provides water to the zoo, the farm and the residence

- Many water lines can be seen running on and above the ground which brings into question, how are all of these divers animals cared for in the winter with adequate food, shelter and water when the zoo is closed?

- The ability of the electrical system to handle the multitude of heaters, aerators, lights, fans and the like used in the education center and reptile house

- Wall paneling pulling away from walls in reptile house

- Poor condition of fencing

- No observed fire extinguishers in any either the education center or reptile house

I have worked in the Iowa tourism industry for more than 25 years and am very familiar with two other zoos, Blank Park Zoo in Des Moines and Niabi Zoo in the Quad Cities, having visited both many times. I am quite confident from my experiences with these visitor attractions that the conditions found at Cricket Hollow would not be tolerated, not by zoo officials nor the

6

Case #C14-2034-JSS                                    EXHIBIT 62 PAGE 0013

visiting public. The living conditions for the animals and the safety concerns for the guests found at Cricket Hollow Zoo would cause both of these other operations to be shut down immediately. How can there be such a discrepancy in quality of living conditions for the animals and enjoyment for the visitor between these institutions, and still enable all three entities to operate as a zoo, open to the general public and considered tourism attractions? Mrs. Sellner is clearly over-stretched with trying to care for 300 zoo animals by herself, along with working to operate a commercial dairy operation with her husband. As a result, she has created a sad zoo with even sadder animals and a disappointing experience for visitors to the State of Iowa.

I thank you for taking my second set of concerns seriously and respectfully ask that an unannounced visit be paid to Cricket Hollow Zoo by representatives from the Iowa Department of Agriculture and Land Stewardship along with tourism officials from the State of Iowa to investigate the situation.

Should you wish to talk with me in person about my two experiences at Cricket Hollow Zoo, I would be most happy to have that conversation.


Sincerely,


Tracey K. Kuehl

Cc: Iowa State Veterinarian Dr. David Schmitt, D.V.M., and Assistant State Veterinarian Randy Wheeler, D.V.M

Dr. Robert M. Gibben, DVM, SAC; Director – Western Region, Animal Care – USDA-APHIS (includes photos)

Governor Terry E. Brandstad

Iowa Secretary of Agriculture William Northey

Dr. Patricia Quinlisk, MD, Director – Iowa Department of Public Health

Debi Durham, Director – Iowa Economic Development Authority

Mr. Josh Colvin, Cruelty Intervention Coordinator: Animal Rescue League of Iowa/Animal Control and Care Center; Des

Ms. Carol Griglione; Iowa State Director - The Humane Society of the United States; ARL of Iowa, Des Moines


Enclosures: Photos – July 6, 2012 for Ms. Hyde, Dr. Gibbens, Ms. Griglione



**Tracey K. Kuehl**
22781 – 230th Avenue
Davenport, Iowa * 52807
Traceyk56@gmail.com
563/594-8969 (office) * 563/650-4270 (cell)

---

June 27, 2013

USDA-APHIS
Western Region Animal Care
2150 Center Avenue
Building B, Mail Stop #3W11
Ft. Collins, CO 80526

RE: Cricket Hollow Zoo, Manchester, Iowa
USDA Certificate #42-C-0084
USDA Customer ID #5143

Dear Ladies and Gentlemen:

I am writing to express my concern about the conditions I observed at this facility during my recent visit on June 23, 2013 and the fact these conditions appear not to be random occurrences, but repeated issues which are not compliant with standards contained within the Federal Animal Welfare Act.

As you are aware, this facility has a long-running history over many years of noncompliance with the AWA and the provisions within the act for the proper care and husbandry of animals in exhibitions. However, my observations this past week compared against those from previous visits to the zoo by me and others coupled with this history clearly demonstrate the owner's disregard for both the provisions of the AWA and the requirements of the USDA inspectors to remediate those noncompliant items noted on inspection reports.

I am including some photos illustrating my observations. Several are new concerns and when possible, I compared images of on-going concerns from the zoo's 2012 season to show the consistent poor performance at this licensed facility.

I would especially like to bring to your attention the plight of a young Hamadryas baboon, referred to as Obi by the zoo owners. Obi was born at Cricket Hollow Zoo in early 2012 and was one of its main attractions last season. The animal was featured in the zoo's newspaper ads. Visitors observed Obi during the season being carried in and out of the owner, Mrs. Sellner's

home and contained in a baby playpen next to her while she ran the admission desk for the zoo. In one instance, a zoo visitor was asked by Mrs. Sellner if she would like to hold Obi. In essence, this animal was reared in a human household with humans during its first year.

On my recent visit to Cricket Hollow, I discovered Obi is now assigned to its own cage. Though its cage is next to that of a lemur, the young baboon lives a solitary life disconnected from the other baboons at Cricket Hollow Zoo and the humans with which it lived during its first year. To me, the animal seemed quite stressed and continually was reaching through the fencing when I got close to the cage. I understand baboons are extremely social animals and I know from reading the Code of Federal Regulations, it outlines specifics for environmental enhancement to promote psychological well-being for nonhuman primates, one of which is social grouping. Special considerations are to be provided for infants and young juveniles. Given what I observed on my visit, the care of this animal does not follow any of the standards as outlined in the AWA.

I would also like to underscore the on-going lack of adequate staff at the zoo. According to conversations with the zoo's owner, more than 300 animals live at the facility of which about 180 are regulated by the AWA. Twice, (in August, 2011 with an October deadline for remediation and again in December, 2011 with no deadline for correction) USDA inspectors noted the zoo was noncompliant under section 3.132: Employees of the AWA, stating staffing levels needed to be increased to include additional adequately trained employees or volunteers, or the number of animals shall be decreased until such point the present staff (2 people, Mr. and Mrs. Sellner) can accommodate the needs of the animals. On the day of my visit, Mrs. Sellner was the only zoo employee I saw. A second adult, whom I took to be her husband, was working outside the zoo grounds in the farm area. No one was in the area of the animal enclosures or the public viewing areas, monitoring the behavior of guests towards the animals or the needs of the animals.

What I conclude, after making several visits to this facility in two years, is simply that this zoo should not be allowed to continue to operate. The facilities are not adequate, the care and husbandry practices do not meet the standards of the AWA. The grounds themselves are full of public safety hazards. There are not enough people to care for a population of 300 or more animals of diverse species. Given the long-standing history of noncompliance with the provisions of the AWA, the disregard the owners have for the standards set forth in the AWA and long-standing lack of adherence to them, I respectfully ask the USDA now do the right thing, to take actions to revoke the license for Cricket Hollow Zoo.

I am sharing my concerns with Senators Tom Harkin and Charles Grassley as well as Congressman Bruce Braley as the zoo is located in the districts represented by these gentlemen.

Case #C14-2034-JSS                                              EXHIBIT 62 PAGE 0016

If you should wish to discuss my concerns and recent observations in person, I can be contacted via phone or e-mail at the addresses located at the beginning of this letter.

I thank you for your consideration and your action in this matter.

Sincerely,

Tracey K. Kuehl

Cc: Senator Tom Harkin and Senator Charles Grassley; Congressman Bruce Braley

Enclosures: Photos

Case #C14-2034-JSS                                              EXHIBIT 62 PAGE 0017

FROM THE DESK OF

# TRACEY KUEHL

July 4, 2015

Mr. Kevin Shea, Administrator
U.S. Department of Agriculture
Animal and Plant Health Inspection Services
Room 312-E, Whitten Building
1400 Independence Avenue, S.W.
Washington, D.C.  20250

RE:    USDA-APHIS Inspection Protocol

Dear Mr. Shea:

I would like to thank you for having Dr. Chester Gipson respond to my letter of June 10, 2015.  As a follow-up to his reply, I respectfully ask you to clarify two points of procedure for me:

1) the order of evaluation of any USDA licensed entity, beginning with the initial on-site inspection of the licensed facility, through the review stages of that inspection culminating with the individual and/or and the department within USDA-APHIS which takes responsibility for the agency's review of a given inspection, and;

2) identify the specific steps in USDA-APHIS' due process protocol for evaluating a licensee for its performance in adhering to the Federal Animal Welfare Act

22781 - 230TH AVENUE          DAVENPORT, IOWA  52807          563/289-4179

I thank you, Mr. Shea. I look forward to receiving clarification on my questions.

Sincerely,

*Tracey K. Kuehl*

Tracey Kuehl

Cc: Senator Joni Ernst, Senator Charles Grassley; Congressman Dave Loebsack; Secretary of Agriculture Tom Vilsack; Dr. Robert Gibbens, USDA APHIS AC-West

Case #C14-2034-JSS                                                                                                       EXHIBIT 62 PAGE 0019