

Case 6:14-cv-02034-JSS   Document 70-61   Filed 10/16/15   Page 1 of 17
Case #C14-2034-JSS
EXHIBIT 63 PAGE0001



EXHIBIT 63 PAGE0002






Case #C14-2034-JSS




Case 6:14-cv-02034-JSS   Document 70-61   Filed 10/16/15   Page 7 of 17



Case 6:14-cv-02034-JSS   Document 70-61   Filed 10/16/15   Page 8 of 17
Case #C14-2034-JSS
EXHIBIT 63 PAGE0008


EXHIBIT 63 PAGE0000


Case 6:14-cv-02034-JSS Document 70-61 Filed 10/16/15 Page 10 of 17
EXHIBIT 63 PAGE0010







Case 6:14-cv-02034-JSS Document 70-61 Filed 10/16/15 Page 13 of 17

Case #C14-2034-JSS

EXHIBIT 63 PAGE0013



Case 6:14-cv-02034-JSS   Document 70-61   Filed 10/16/15   Page 14 of 17

EXHIBIT 63 PAGE0014


Case 6:14-cv-02034-JSS Document 70-61 Filed 10/16/15 Page 15 of 17
Case #C14-2034-JSS
EXHIBIT 63 PAGE0015



Case 6:14-cv-02034-JSS   Document 70-61   Filed 10/16/15   Page 16 of 27

Case #C14-2034-JSS

EXHIBIT 63 PAGE0016



Case 6:14-cv-02034-JSS   Document 70-61   Filed 10/16/15   Page 17 of 17

Case #C14-2034-JSS

EXHIBIT 63 PAGE0017