February 2015

# DAVID ALLEN
# CAREER SUMMARY

## **EDUCATION**

Del Mar Junior College, Corpus Christi, Texas: Associate in Arts Degree in Sciences.

University of Texas, Austin: Bachelors Degree in Business Administration, with Minors in Biology and Chemistry.

## **EXPERIENCE**

1965 – 1973. Kansas City Zoo (KCZ). While attending college, I worked summers as a Municipal Management Intern in the Animal Care Division. After graduation, I was employed full-time as an Animal Caretaker with Curatorial duties.

Trainer – African Elephants.

1973 – 1988 - Cheyenne Mountain Zoo Foundation (CMZF), Colorado Springs, CO. Assistant Director, Associate Director, and Executive Director. Responsible for all aspects of zoological park management, to include planning, goals and objectives, animal care and veterinary services, education and conservation programs, visitor services, finance, and staff supervision.

1988 – 2007 – Blank Park Zoo (BPZ), Des Moines, Iowa. Zoo Director, Des Moines Parks and Recreation Department. Responsible for the overall management and development of the Zoo and coordination with the Blank Park Zoo Foundation (BPZF).

## **PROFESSIONAL ACTIVITIES**

While actively employed, I was a Professional Fellow member of the Association of Zoos and Aquariums (AZA). The AZA is a national nonprofit organization that accredits zoos and aquariums that have met rigorous standards for governance, administration, finance, education and conservation programs, visitor services, public, animal and staff safety, and animal care and veterinary services. The AZA also coordinates the Species Survival Program for conservation of endangered species with corroborating member institutions.

Served for two years as Vice Chair of the Wildlife Management Committee.

Served as a member and Chair of several Accreditation Visiting Committees, - "the eyes and ears of the Accreditation Commission", which conducts on-site reviews of zoos applying for Accreditation with findings and recommendations to the Commission.

During my tenure at CMZF and BPZ, continuous accreditation was achieved.

December, 2007 - Retired.