# DR. JENNIFER CONRAD, D.V.M.

EDUCATION:
- UC Berkeley - BA in Biology, 1989
- UC Davis School of Veterinary Medicine - DVM, 1994
- Certification in Veterinary Medical Acupuncture (CVA) - 2012
- Certification in Canine Rehabilitation - estimated completion date, 2015

PROFESSIONAL MEMBERSHIPS:
- American Veterinary Medical Association
- American Association of Zoo Veterinarians
- European Association of Zoo and Wildlife Veterinarians

WORK EXPERIENCE:
- Small Animal Veterinary Practice - Associate Veterinarian, 1994-1997
- Los Angeles Zoo - Veterinarian, 1994-1998
- Santa Barbara Zoo - Veterinarian, 1999
- Wildlife Waystation, Tujunga, CA - Head Veterinarian, 1999-2003
- Paw Project - Head Veterinarian, 1999-present
- Solo Private Practice for captive wildlife and domestic animals, 1994-present
- Found Animals Foundation - Veterinary Director of Mobile Spay and Neuter Program, 2010

PUBLICATIONS AND PRESENTATIONS:
- "Deleterious Effects Of Onychectomy (Declawing) in Exotic Felids and a Reparative Surgical Technique: A Preliminary Report," Proceedings of the American Association of Zoo Veterinarians, 2002
- Presenter, Lewis and Clark College Animal Law Conference, 2003
- Lecturer, UCLA School of Law, Animal Law Program, 2003 and 2011
- Lecturer, Western University School of Veterinary Medicine, 2006 and 2014
- Lecturer, Kansas State University School of Veterinary Medicine, 2011

HONORS AND AWARDS:
- Wildlife Waystation Animal Advocate of the Year, 2002
- STAR Education Animal Advocate of the Year, 2003 and 2013
- Kitten Rescue Animal Advocate of the Year, 2009
- Humane Society Veterinary Medical Association (HSVMA) Veterinary Advocate of the Year, 2012
- Stray Cat Alliance Animal Advocate of the Year, 2013
- Commendation for Animal Advocacy from City of Los Angeles, 2013
- Commendation for Animal Advocacy from City of West Hollywood, 2013

VETERINARY ADVOCACY AND CHARITABLE WORK:
- Cheetah Conservation Fund, Volunteer Veterinarian, Namibia, 1996
- Etosha National Park, Rhino Conservation program, Volunteer Veterinarian, Namibia, 1996
- Founder and Director, Paw Project, a nonprofit advocacy organization, 1999-present
- Cambodia Wildlife Sanctuary - Veterinary Medical Director, 2003-present
- Director and Writer, "The Paw Project," a documentary film, 2013

Case #C14-02034-JSS                                    EXHIBIT 70 PAGE 0001