# C.V.

# Peter H. Klopfer

## Personal

Born, August 9, 1930, Berlin, Germany
Married, 1955; 3 children

## Education

B.A., University of California at Los Angeles, 1952 (with honors)
Ph.D., Yale University, 1957

## Scholarships and Fellowships

Graduate Assistant, Yale University, 1953-1954; 1956
Postdoctoral Research Fellow, U.S. Public Health Service,
University of Cambridge, 1957-1958.
Elected Fellow, American Association for the Advancement of Science, 1963
Special Postdoctoral Fellowship, U.S. Public Health Service, 1964
Career Development Award, NIMH, 1965-1970
Elected Fellow, Animal Behavior Society, 1968
Research Scientist Award, NIMH, 1970-1975

## Honors and Awards

Outstanding Professor Award, Duke University Student Association, 1968
Humboldt Award, Alexander von Humboldt Stiftung of the German Federal Republic,
    1979-1980
United Negro College Fund, Disting. Prof. for 1985-86
Inaugural Lectures, Bolyai College, Eötvös University, Budapest, 1995
Samual Cook Society Distinguished Service Award, 2008

## Professional Positions

Science Instructor, Windsor Mt. School, Lenox, Massachusetts, 1952-1953
Head, Science Department, Windsor Mt. School. Lenox, Massachusetts, 1956
Assistant Professor, Department of Zoology, Duke University, 1958-1963
Associate Professor, Department of Zoology, Duke University, 1963-1967
Professor, Department of Zoology, Duke University, 1967- present
Visiting Professor, Zoology Institute, Tel-Aviv University, 1970 (Spring)

Visiting Professor, Abt. Physiol.-verhalten, Tübingen University, 1979-1980
Visiting Professor, Institute for Veterinarian Science, Hebrew University, 1987
Visiting Professor, Zoologie, Universität Potsdam, 1992

**Professional Offices**

Regional

Executive Committee, American Friends Service Committee, Southeastern Region, 1967-74; 2003-2010
Executive Committee and Board of Directors, Carolina Friends School, 1963-2010
Collegiate Academy Representative, North Carolina Academy of Science, 1959-60

University

Undergraduate Faculty Council, 1959-64; 1988-89
Neuro-Sciences Curriculum Committee, 1965-66
Animal Care Committee, 1966-68
Academic Council, 1967-71
Organization for Tropical Studies Representative, 1967-82
Duke Chapter AAUP Secretary 1967-69
Director, Field Station for Animal Behavior Studies, 1968-73
Board of Directors, Student YM-YWCA, 1969-70
Institutional Animal Care and Use Committee, 1997- present

National and International

Behavioral Biology Panel, National Academy of Sciences, 1967-68
Associate Editor, Journal of Experimental Zoology, 1970-76
Editorial Advisor, Springer Verlag, 1970-1990
U.S. Representative, International Ethology Committee, 1967- 77
Experimental Psych. Panel, NIMH, 1972-76
Editorial Board, American Naturalist, 1972-76
Co-Editor, Perspectives in Ethology (Plenum Press) 1972-1994
Organization for Tropical Studies, Board of Directors, 1967-82
Board of Editors, International Journal of Comparative Psychology, 1995-2000

## PUBLICATIONS

(not including abstracts or book reviews)

Klopfer, P.H., 1956, Comments concerning the age at which imprinting occurs. Wilson Bulletin, *68*(4):320-321.

Klopfer, P.H., 1956, Goose behavior by a White Leghorn chick. Wilson Bulletin, *68*(1):68-69.

Klopfer, P.H., 1957, An experiment on emphatic learning in ducks. American Naturalist *91*:61-63.

Klopfer, P.H., 1958, Influence of social interactions on learning rates in birds. Science, *128*:903.

Klopfer, P.H. and R. Macarthur, 1958, North American birds staying on board during Atlantic crossing. British Birds, *51*:358.

Klopfer, P.H., 1959, Environmental determinants of faunal diversity. The American Naturalist, *93*:337-342.

Klopfer, P.H., 1959, An analysis of learning in young anatidae. Ecology, *40*(1):90-102.

Klopfer, P.H., 1959, The development of sound-signal preferences in ducks. Wilson Bulletin, *71*(3):262-266.

Klopfer, P.H., 1959, Social interactions in discrimination learning with special reference to feeding behavior in birds. Behaviour, *14*(4):282-299.

Klopfer, P.H., and R.H. MacArthur, 1960, Niche size and faunal diversity. American Naturalist, *94*:193-200.

Klopfer, P.H. and R.H. MacArthur, 1961, On the causes of tropical species diversity: Niche Overlap. American Naturalist, *95*:222-226.

Welch, B.L. and P.H. Klopfer, 1961, Endocrine variability as a factor in the regulation of population density. American Naturalist, *95*:256-260.

Klopfer, P.H., 1961, Observational learning in birds: The establishment of behavioral modes. Behaviour, *97:*71-80.

Gottlieb, G. and P.H. Klopfer, 1962, The relation of developmental age to auditory and visual imprinting. J. Comp. and Physiol. Psych., *55*:821-826.

Klopfer, P.H. and J.P. Hailman, 1962, On measuring "Critical Learning Periods" in birds. Animal Behavior, *10*:233- 234.

Klopfer, P.H. and G. Gottlieb, 1962, Imprinting and behaviour polymorphism: Auditory and visual imprinting in domestic ducks and the involvement of the critical period. J. Comp. and Physiol. Psych., *55*:126-130.

Klopfer, P.H. and G. Gottlieb, 1962, Learning ability and behavioral polymorphism

within individual clutches of wild ducklings. Zietschrift für Tierpsychologie, *19*:183-190.

Klopfer, P.H. and M.S. Klopfer, 1962, Notes on handrearing Fallow deer, Dama dama. International Zoo Yearbook, *4*:295-296.

Klopfer, P.H., 1963, Behavioral aspects of habitat selection: The role of early experience. Wilson Bulletin, *75*:15-22.

Klopfer, P.H., 1964, Parameters of imprinting. American Naturalist, *98*:175-182.

Klopfer, P.H. and J.P. Hailman, 1964, Parameters of imprinting in Birds. Zeitschrift f_r Tierpsychologie, *21*:755-762.

Klopfer, P.H., 1964, Imprinting and the critical period. Research Problems in Biology, Series *3*:96-98.

Klopfer, P.H., D.K. Adams and M.S. Klopfer, 1964, Maternal imprinting in goats. Proceedings Nat. Acad. Sci., *52:*911-914.

Klopfer, P.H. and J.P. Hailman, 1964, Perceptual preferences and imprinting in chicks. Science, *145*:1333-1334.

Klopfer, P.H. and J.P. Hailman, 1965, Habitat selection in birds. In: Advances in the Study of Behavior. Lehrman Hinde and Shaw, eds., *19*:279-303.

Klopfer, P.H., 1965, Imprinting: A reassessment. Science, *147:*302-303.

Klopfer, P.H., 1965, Behavioral aspects of habitat selection: A preliminary report on stereotypy in foliage preferences of birds. Wilson Bulletin, *77*:376-381.

Klopfer, P.H. and B.K. Gilbert, 1966, A note on retrieval and recognition of young in the elephant seal, *Mirounga angustirostris*.. Zeitschrift fuer Tierpsych. 6: *23*:757-760.

Klopfer, P.H., and J. Gamble, 1967, Maternal "Imprinting" in Goats: The role of Chemical Senses. Zeitschrift für Tierpsychologie, *23*:588-592.

Klopfer, P.H., 1967, Is imprinting a cheshire cat? Behavioral Science, *12*:122-129.

Klopfer, P.H., 1967, Stimulus preferences and imprinting. Science, *156*:1394-1396.

Klopfer, P.H., 1967, Behavioral stereotypy in birds. Wilson Bulletin, *79*:290-300.

Klopfer, P.H., 1967, Men in Middle Life by K. Soddy & M. Kidson, based on a study by the Scientific Committee of the World Federation on Mental Health. Tavistock Publications, London.

Klopfer, P.H. and P. Kilham, 1968 The construct "race" and the "innate differential". Columbia University Forum

Klopfer, P.H. and P. Kilham, 1968, The construct "race" and the "innate differential". Science and the Concept of Race. M. Mead, *et al.*, eds., Columbia University Press, pp. 16-25.

Klopfer, P.H. and J.J. Hatch, 1968, Some experimental approaches to the study of animal communication. In: Animal Communication. T. Sebeok, ed., Indiana University Press.

Klopfer, P.H., 1968, Laboratory studies of imprinting and social experience. In: Laboratory Studies of Animal Behavior. Allen W. Stokes, ed., Freeman Press.

Klopfer, P.H., 1968, From Ardrey to altruism. Behavioral Science, *13*:399-402.

Klopfer, P.H., D.H. Sheppard and H. Oelke, 1968, Habitat selection: differences in stereotypy between insular and continental birds. Wilson Bulletin, *80*:452-457.

Kilham, P., P.H. Klopfer and H. Oelke, 1968, Species identification and color preferences in chicks. Animal Behavior, *16:*238-245.

Klopfer, P.H. and M.S. Klopfer, 1968, Maternal "imprinting" in goats: fostering of alien young. Zietschrift für Tierpsychologie, *24*:362-866.

Klopfer, P.H., 1968, Is heart rate an indicator of imprinted preferences and affect? Developmental Psychobiology, *1*:205-209.

Klopfer, P.H., 1969, Stimulus preferences and discrimination in neonatal ducklings. Behaviour, *32*:309-314.

Neumann, C.P. and P.H. Klopfer, 1969, Cage size and discrimination tests in birds: a methodological caution. Behaviour, *34*:132-137.

Klopfer, P.H., 1969, Aggression and its evolution. Psychiatry and Social Science Review, *3*:2-7.

Klopfer, P.H., 1969, Instincts and chromosomes: what is an "innate" act. American Naturalist, *103*:556-560.

Klopfer, P.H., 1969, The cosmic deathwish: evolutionary origins of mortality. Duke University Council on Aging and Human Development. Proceedings of Seminars, *1965-1969*:279-285.

Klopfer, P.H. and A. Jolly, 1970, The stability of territorial boundaries in *lemur*

troop. Folia Primatologica, *12*:199-208.

Klopfer, P.H., 1970, Sensory physiology and esthetics. American Scientist, *58* (No. 4):399-400.

Klopfer, P.H., 1970, Discrimination of young in galagos. Folia Primatologica, *13*:137-143.

Klopfer, P.H. and M.S. Klopfer, 1970, Patterns of maternal care in three species of lemur. Zeitschrift f. Tierpsych., *27*:984-996.

Oelke, H. and P.H. Klopfer, 1970, Licht als Stimulations faktor in der Biotopwahl von Katzendrosseln *(Dumetella carolinensis)*. J. f. Ornithol., *111*:357-361.

Klopfer, P.H., 1971, Imprinting: determining its perceptual basis in ducklings. Journal of Comparative and Physiol.Psych., *75*:378-385.

Klopfer, P.H., 1971, Mother love: what turns it on? American Scientist, *59*:404-407.

Klopfer, P.H., 1971, Language and the teacher. In: Methods in Teaching Biology. A. Barash, ed., Tel Aviv.

Klopfer, P.H., 1972, Patterns of maternal care in three species of Lemur: II. effects of early separation. Zeitschrift f. Tierpsych., *30*:277-296.

Feldman, D. and P.H. Klopfer, 1972, Observational learning in lemurs. Zeitscrhift für Tierpsych., *30*:297-304.

Klopfer, P.H., H.R. Pulliam, B. Gilbert, D. and L. McDonald and G. Millikan, 1972, On the evolution of sociality with special reference to the grass-quit, *Tiaris olivacea*. Wilson Bulletin, 84:77-89.

Klopfer, P.H., 1972, Why are men conscious? Ann. Conn. Acad. Sci., *44*:151-159.

Klopfer, P.H., 1973, Evolution and behavior. *In*: Perspectives in Animal Behavior. G. Bermant, ed., Scott, Foresman & Co., Illinois.

Klopfer, P.H., R.Barnett and L. McGeorge, 1973, Maternal Care. Addison-Wesley, California (Monograph).

Klopfer, P.H., 1973, Imprinting: monocular and binocular cues in object discrimination. Jour. Comp. Physiol. Psych., *84*:482-487.

Klopfer, P.H., 1973, Mother-young relations in Lemurs. In: Perspectives in Prosimian Biology. R.D. Martin, A.C. Walker, and G.A. Doyle, eds., Duckworth Publ., London.

Klopfer, P.H., 1973, Does behavior evolve? Annals N.Y. Acad. Sci., *223*:113-125.

Klopfer, P.H., and M.S. Klopfer, 1974, How come leaders to their posts: How are social ranks and roles determined? Amer. Sci., *61*:560-564.

Klopfer, P.H., 1974, Patterns of maternal care in lemurs: III notes on individual differences. Zeitschrift für Tierpsych., *40*:210-220.

Rubenstein, D.I., R.D. Ridgely, R.J. Barnett and P.H. Klopfer, 1974, Migration and species diversity in the tropics. Proc. Nat. Acad. Sci., *71*:339-340.

Rhoad, K.D., J.W. Kalat and P.H. Klopfer, 1975, Aggressive displays of *Betta splendens* to various stimuli. Animal Learning and Behavior, *3*:271-276.

Klopfer, P.H., 1976, Evolution, Behavior, Language. *In*: Communication, Behavior, and Evolution. E. Simmel and M. Hahn, eds., Academic Press.

Klopfer, P.H. and M.S. Klopfer, 1977, How come leaders to their posts: compensatory responses of mothers to impaired young. Animal Behavior, *25*:288-291.

Klopfer, P.H., 1977, Instinctive behavior patterns. *In*: Int. Encyc. of Neurology, Psychiatry, Psychoanalysis and Psychology. B.B. Wolman ed., Aesculapius Press.

Fairchild, L., D. Rubenstein, S. Patti and P.H. Klopfer, 1977, A note on seasonal changes in feeding strategies of mixed and single species flocks, Ibis, *119*:85-87.

Klopfer, P.H., 1977, Social Darwinism lives: should it? Yale J. Biol. & Med., *50*:77-84.

Rubenstein, D.I., R.J. Barnett, R.S. Ridgely and P.H. Klopfer, 1977, Feeding ecology of Mixed Species Flocks. ibis, *119*:10-21.

Klopfer, P.H. and D.I. Rubenstein, 1977, The concept "privacy" and its biological basis. J. of Social Issues, *33*:52-65.

Klopfer, P.H., 1977, Communication in prosimians. *In*: How Animals Communicate. T. Sebeok ed., Indiana University Press, pp. 841-850.

Klopfer, P.H., 1978, Eco-Ethology: The adaptive value of behavior. Animal Behavior. K. Immelmann, ed., Kindler Publ., Munich.

Klopfer, P.H. and K. Boskoff, 1979, Maternal behavior in prosimians. In: The Study of Prosimian Behavior. G.A. Doyle and R.D. Martin, eds., Academic Press. pp. 123-156.

Klopfer, P.H., D. Gubernick and C. Jones, 1979, Maternal imprinting in goats: a failure to replicate? Animal Behav., *27*:314-315.

Klopfer, P.H., 1979, Imprinting ducklings: variability in individuals and responses. Behavioral Processes., *3*:293-303.

Klopfer, P.H., 1979, On human ethology. Behavioral and Brain Science pp. 39-40.

Klopfer, P.H., 1980, Species Identity. *In*: Species Identification. A. Roy, ed., Garland Publ., pp. 355-360.

Klopfer, P.H., 1980, A biographical note on Gregory Bateson. International Encyclopedia of the Social Sciences. Sills, D., ed., Macmillan, pp. 42-44.

Klopfer, P.H., 1981, Islands as models. Bio. Sci., *31*:838-839.

Klopfer, P.H., 1981, The Naked Ape Reclothed. Am. J.Primatol., *1*:301-305.

Klopfer, P.H., 1981, Origins of parental care. In: Parental Care. D. Gubernick and P. Klopfer, eds., Plenum Press, New York 1-12.

Klopfer, P.H., 1981, The evolution of aggression. In: The Biology of Aggression, P. Brain and D. Denton, eds., Nijhoff., Netherlands 3-l5.

Klopfer, P.H., M. Klopfer and J. Etemad, 1981, Girls and horses: a sex difference in attachments (in press). J. Elisha Mitchell Soc. *97*:1-8.

Klopfer, P.H., and L. Klopfer, 1982, On "Human Ethology". Semiotica. *39*:l75-185

Klopfer, P.H., 1982, Mating types and human sexuality. BioSci. *32*:803-806.

Klopfer, P.H. and J. Polemics, 1984. Three paradigms on the relation of science to society. Southeastern Atlantic Quarterly. *83*:405-415.

Klopfer, P.H., 1985, Central Controls for aggression. In: Perspectives in Ethology VI, Bateson and Klopfer, eds. Plenum Press. 33-44.

Klopfer, P.H., and J. Ganzhorn, 1985, Behavioral aspects of habitat selection in Habitat Selection in Birds, Cody, ed. Academic Press.

Klopfer, P.H., J. Parrish and C. Brandt, Imprinting and interactive influences, 1987, Int. J. Compar. Psych. *1*:50-57.

Klopfer, P.H., 1988, Reseeding The Commons, Schneirla Conference Proceedings. Erlbaum.

Klopfer, P.H., C. Brandt, J. Parrish, and E. Honoré, 1986, Imprinting: annual cycles, in Behavioral Processes, 12:203-204.

Klopfer, P.H., 1988, Metaphors for development: how important are experiences early in life? Developmental Psychobiology, *21*:671-678.

Klopfer, P.H. and J. Polemics (pseudonym), 1988, Is sociobiology Darwinistic? J. Elisha Mitchell Sci. Soc. (N.C. Acad Sci.) *104*:619-27.

Klopfer, P.H., A biography of Margaret Mead, 1988, Int. Encyclopedia of Communication, Oxford U. Press.

Klopfer, P.H., A biography of Gregory Bateson, 1988, Int. Encylopedia of Communication, Oxford U. Press.

Klopfer, P.H., and J. Polemics, 1989, Have animals rights?, J. Elisha Mitchell Soc. (N.C. Acad. Sci.) *104*:99-107.

Klopfer, P.H. and N. Budnitz, 1990, Fixed Action Patterns and neural Darwinism. J. of Ornithol. 131:97-99.

Klopfer, P.H., and J. Polemics, 1991, The development of aggression in children: a review. J. Elisha Mitchel, J. (NC Acad. Sci) 105:115-131.

Klopfer, P.H. and J. Polemics, 1992, On the emergence of goodness. J. Elisha Mitchell Soc. (N.C. Acad. Sci.) 108:81-88.

Klopfer, P.H., 1992, Structure and function in the CNS. Behav. Brain Sci. 15:281-282.

Klopfer, P.H. and J. Polemics, 1993, Old wine in new bottles: another look at "instinct". J. Elisha Mitchell (N.C. Acad. Sci), 109:77-86.

Klopfer, P.H., 1993, Ethology and noninvasive techniques. pg. 103-112 In Kapsis, M., and S. Gad-ed. Non-Animal Techniques in Biomedical and Behavior Research and Testing. Lewis Pubs.

Klopfer, P.H., 1994, Konrad Lorenz and the National Socialists: on the politics of ethology. Int. J. Comp. Psych. 7:202-208.

Klopfer, P.H. and J. Polemics, 1994, The postmodernist critique of science: is it useful? J. Elisha Mitchell (N.C. Acad. Sci) 110:113-120.

Klopfer, P.H., 1996, Mother-young attachments: on the use of animal models. Amer. Sci. 84:319-321.

Klopfer, P.H. and J. Podos, 1998, Behavioral Ecology. Encyclopedia of Comparative Psychology, G. Greenberg and M. Haraway, eds. pp. 81-87. Garland Pub. Co., NY

Conklin, H. and J. Polemics, 1997, Brain dimorphisms and sex: a review. Int. J. Comp.

Psych. 10:25-56

Klopfer, P.H., 2001, Parental care and development. in, Cycles of Contingency, S. Oyama, P.Griffiths, R. Gray, eds.pp 167-174 M.I.T. Press, Cambridge, Ma.

Klopfer, P.H., 2000, A Biography of G.E.Hutchinson. in, Encyclopedia of Global Environmental Change, T.Munn, ed. J.Wiley and Sons, London.

Sax, B. and Klopfer, P.H., 2001, Jakob von Uexkuell and the Anticipation of Sociobiology, in Jakob von Uexkuell: a paradigm for biology and semiotics, Kalevi Kull, ed., Semiotica 131-1/4:767-778. Mouton de Gruyter, Berlin, N.Y.

Klopfer, P. and J.Polemics, 2002. The state of ethology, Animal Behavior Soc. Newsletter 47 (3):4-5

Klopfer, P.H. 2005 Animal cognition and the new anthropomorphism. International Journal of Comparative Psychology, 18, 202-206.

Kim, D. and J.Polemics, sub. for pub., Functions of play and animal adaptability

Klopfer, P.H., A. Krystal, C.Williams, and A. Yoder, 2012. Neuroethology: do hibernating lemurs sleep? in, Nova Acta Leopoldina, conference proceedings at Humboldt Univ., Berlin, FRD, May, 2009.
And in, Quo Vadis, Behavioural Biology? Past, present and future of an evolving science. Nova Acta Leopoldina 380: 271-280

Klopfer, P.H., 2012. Lessons from an unusual critter: what can unusual animals teach us? Ethology 118:1029-1035.

Andrew D. Krystal, MD, MS; Bobby Schopler, DVM, PhD; Susanne Kobbe, PhD; Cathy Williams, DVM; Hajanirina Rakatondrainibe, DVM; Anne Yoder, PhD; Peter Klopfer, PhD, 2013. PLOS1, DISCOVERY OF A NOVEL REM SLEEP-LIKE STATE IN A HIBERNATING PRIMATE - CHEIROGALEUS MEDIUS

2014 Andrew D. Krystal, Marina B. Blanco, Kathrin H. Dausmann, Sheena Faherty, Peter Klopfer, Bobby Schopler, and Anne Yoder

Int. J. of Comp. Biol. SLEEP, TEMPERATURE, AND OXYGEN CONSUMPTION DURING TORPOR AND SPONTANEOUS AROUSALS IN A HIBERNATING PRIMATE. In press

**Books**

Klopfer, P.H., 1962, Behavioral Aspects of Ecology. Prentice-Hall, New Jersey.

Klopfer, P.H. and J.P. Hailman, 1967, Introduction to Animal Behavior: Ethology's First Century. Prentice-Hall.

Klopfer, P.H., 1969, Territories and Habitats: a study of the use of space by animals. Basic Books.

Klopfer, P.H., 1970, Editor, Behavioral Ecology, Dickenson Publ.

Klopfer, P.H. and J.P. Hailman, eds., 1972, Volume 1 - Function and Evolution of Behavior: an historical sample from the pens of ethologists. Addison-Wesley Publ., California.

Klopfer, P.H. and J.P. Hailman, eds., 1972, Volume II - Control and Development of Behavior: an historical sample from the pens of ethologists. Addison-Wesley Publ., California.

Klopfer, P.H., 1973, Behavioral Aspects of Ecology, 2nd edition. Prentice-Hall, New Jersey.

Klopfer, P.H., 1973, Instinct is a Cheshire Cat: A Primer on Animal Behavior. J.B. Lipincott Company.

Bateson, P.P.G. and P.H. Klopfer, eds., 1973, Perspectives in Ethology, Vol. I, Plenum Press, New York.

Klopfer, P.H., 1974, An Introduction to Animal Behavior: Ethology's First Century. (Revision) Prentice-Hall.

Bateson, P.P.G. and P.H. Klopfer, eds., 1977, Perspectives in Ethology, Vol. II, Plenum Press.

Bateson, P.P.G. and P.H. Klopfer, eds., 1978, Perspectives in Ethology, Vol. III, Plenum Press.

Gubernick, D. and P.H. Klopfer, eds., 1981, Parental Care in Mammals. Plenum Press, New York.

Bateson, P.P.G. and P.H. Klopfer, eds., 1981, Perspectives in Ethology IV, Plenum Press.

Bateson, P.P.G. and P.H. Klopfer, eds., 1982, Perspectives in Ethology V, Plenum Press.

Bateson, P.P.G. and P.H. Klopfer, eds. 1985, Perspectives in Ethology VI, Plenum Press.

Bateson, P.P.G. and P.H. Klopfer, eds. 1987, Perspectives in Ethology VII, Plenum Press.

Klama, J. (Pseudonym) 1988, Aggression: conflict in animals and man, Longmans,

London (with others).

Klama, J. (Pseudonym) Aggression: the myth of the beast within, Wiley, NY. (with others).

Bateson, P.P.G. & P.H. Klopfer eds., 1989, Perspectives in Ethology, VIII, Plenum Press.

Bateson, P.P.G. & P.H. Klopfer eds., 1991, Perspectives in Ethology, IX, Plenum Press.

Klopfer Honoré, E. and P.H. Klopfer, 1991, A Concise Survey of Animal Behavior, Academic Press.

Klopfer, P.H., 1991, The Carolina Godiva Guide to Running. CFS Press.

Bateson, P.P.G., P.H. Klopfer and N. Thompson, eds., 1993, Perspectives in Ethology, X, Plenum Press.

Klopfer, P.H. 1999 Politics and People of Ethology: personal reflections on the study of animal behavior. Bucknell Univ. Press

Honore, E. and P.H.Klopfer (sub. for pub.) Where Grandfathers Come From


**Articles of public and social concerns**

1966  Prayers of an electronic Saint. The Churchman, *March 1966:*6-8

1967  On the inevitability of altruism. The Churchman, *Feb. 1967*:9-10.

1968  George Fox and the Hippies. The Churchman, pp. 7-8.

1969  Anarchy and the C.O. The Churchman, *June-July 1969*:6-7.

1970   When the soldiers leave, will the dying stop? The longer term effects of biochemical weapons. Crossroads, 1:8-12.

   When the soldiers leave, will the dying stop? The longer term effects of biochemical weapons. The Churchman, *April 1970*:7-8.

1971   That tiger, aggression. Friends Journal, *April:*196-197.

1974    Reflections upon tax refusal. The Churchman, *March:*11.

1990    Angels on pins: animal rights and wrongs. Perspectives, Duke U.Medical Cntr., 10:1 et seq.

1984   On World Hunger. The Churchman, *May:*

1991    On Unicorns and World Hunger.  The Human Quest, September-October:12

2000  (.J. Polemics) Biological rhythms and timekeeping.  Vertices.  Fall:28-31.

2002  Kids, TV viewing and aggressive behavior.  Science 297:49

2004  Learning from Lemurs, in Encyclopedia of Animal  Behavior, M. Bekoff and J.Goodall, eds.  Greenwood Publishers

Case 6:14-cv-02034-JSS

Case #C14-02034-JSS                    EXHIBIT 71 PAGE 0013