United States Department of Agriculture

Animal and Plant
Health Inspection
Service

4700 River Road
Riverdale, MD 20737

August 27th, 2014

Pamela Sellner
Tom Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Dear Mrs. Sellner,

Your appeal to the inspection report dated May 21st, 2014 was thoroughly reviewed by an Animal Care appeal team consisting of the Assistant Regional Director in Ft. Collins, CO, an Animal Care Field Supervisor, and me. The appeal is addressed below.

We very much appreciate the time and effort in expressing and conveying your thoughts and concerns regarding the inspection of your facility. We thoroughly reviewed your letter, the reports, and the photos and wanted to carefully answer your appeal letter.

All 20 citations will stand as written. In response to the inspection hours, I have provided the definition of business hours listed in the 9 CFR. Our definition indicates inspections are to be conducted within reasonable hours between 7 a.m. and 7 p.m. The inspectors were operating within the normal inspection procedures when they inspected at 9:00 a.m.

Regarding the matter of biosecurity, we agree, biosecurity is paramount and should be followed at each and every facility. Our inspectors have been directed to continue following biosecurity measures and will ensure they are followed at your facility. Lastly, we appreciate your comments on our inspectors, but would like to reiterate our inspectors are trained to be fair and impartial.

All decisions made by the appeals teams are final and represent USDA's final determination of compliance.

We have included a factsheet explaining our new appeals process here for your reference. It may also be found at:
http://www.aphis.usda.gov/publications/animal_welfare/2014/appeals_process.pdf.

At USDA Animal Care, ensuring the welfare of the animals we regulate is at the heart of everything we do.

Sincerely,

Elizabeth Goldentyer, DVM
Regional Director