
United States Department of Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Avenue
Building B, 3W11
Fort Collins, CO
80526
Phone: 970/494-7478
Fax: 970/494-7461

June 23, 2014

Pamela Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester IA 50257

Registration Number: 42-C-0084
Customer Number: 5143

Dear Ms. Sellner

We have reviewed your letter sent on June 2, 2014, wherein you appeal the findings on the May 12 and May 21, 2014 inspection reports. After review of your correspondence, the inspection reports were evaluated for appropriateness and consistency with the regulations and standards as contained in Title 9 of the Code of Federal Regulations, Chapter 1, Subchapter A. At this time, we could not find sufficient justification to remove the documented citations. Please note that when you sign the application and agree to the condition of licensure, you agree to comply with the Animal Welfare Act and its regulations and standards as a USDA licensed facility. Facilities are expected to meet or exceed all standards and regulations in the Animal Welfare Act at all times.

With regard to the attempted inspection done on May 12, 2014; our inspectors do not inspect in dangerous conditions. The two inspectors present on that attempted inspection stated that there was no thunder and lightning in the area at the time they attempted to conduct an inspection.

To address your concern that the inspectors did not secure doors and that they breached your facilities biosecurity protocols: at facilities that are open to the public such as a zoo, our inspectors follow the security and biosecurity as directed by the facility. For instance, if footbaths or protective clothing is required by the facility and this is stated to the inspectors, that protocol will be followed. The inspectors did not receive a request from the licensee to follow any such protocol nor were they directed to open or close any doors at the facility. In addition, neither inspector went to any other facility the day of your inspection so no breach of biosecurity could have occurred.

You state that you are aware of regulated facilities that are not in compliance with the Animal Welfare Act regulations and standards. USDA APHIS Animal care will investigate any claims that you have regarding other exhibitors that you feel are not in compliance. Please submit your specific information, including names and locations to the Regional Office at the address above and your complaint will be addressed.

With regard to your request that a new inspector be assigned to your facility, I do not find any reason or evidence to support a change of inspectors. It has been my experience that Dr. Heather Cole is a professional of the highest caliber and conducts herself as such. If you have any specific evidence to the contrary, then please present that information to the Regional Office for consideration and review.

We appreciate that you have already addressed some of the non-compliant items noted on the inspection May 21, 2014 report and trust that all others will be addressed by the timelines given on the inspection report.

If you wish to appeal this determination to the Regional Director, please know that if we do not hear from you within 30 days, the original inspection report and any amendments will be posted online at that time.

I hope this letter has satisfactorily addressed your concerns. If you have any further questions regarding the Animal Welfare Act and its regulations and standards, please feel free to address them in writing at the above address. The welfare of your animals is our shared concern.

Sincerely,

Tanya Tims, DVM
Supervisory Veterinary Medical Officer
USDA, APHIS, Animal Care