

**USDA**
United States Department of Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Avenue
Building B, 3W11
Fort Collins, CO
80526
Phone: 970/494-7478
Fax: 970/494-7461

July 11, 2013

Pamela Sellner
1512 – 210th St.
Manchester, IA 52057

Dear Ms. Sellner:

I am writing in response to your letter dated June 24, 2013 in which you appeal some of the findings of your June 12, 2013 inspection report. After review of your appeal and consultation with the inspector, the inspection report and associated documentation were evaluated for appropriateness and consistency with the program practices/procedures and the regulations and standards as contained in Title 9 of the Code of Federal Regulations, Chapter 1, Subchapter A.

The findings are as follows:

With regard to the citation of Section 2.40 (b)(2): This non-compliant item is consistent with program guidance and practices and will remain as written.

With regard to the citation of Section 3.10: This non-compliant item and the photographic evidence submitted by the inspector are consistent with program guidance and practices and will remain as written.

With regard to the citation of Section 3.127 (d): This non-complaint item and the photographic evidence submitted by the inspector are consistent with program guidance and practices and will remain as written.

If you wish to appeal this determination to the Regional Director, please know that if we do not hear from you within 30 days, the inspection report will be posted online at that time.

I hope this letter has satisfactorily addressed your concerns. If you have any further questions regarding the Animal Welfare Act and its regulations and standards, please feel free to address them in writing at the above address.

Sincerely,

Katheryn Ziegerer, DVM
Supervisory Veterinary Medical Officer
Omaha, NE
USDA-APHIS-Animal Care Western Region