


December 26, 2012

United States
Department of
Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Ave.
Building B
Mail Stop # 3W11
Ft. Collins, CO 80526
Phone: 970/494-7478
Fax: 970/494-7461

Pamela Sellner
Tom Sellner
Cricket Hollow Zoo
1512 210th St.
Manchester, IA    52057

Dear Ms. Sellner:

We have received and reviewed your letter of December 13, 2012, wherein you are appealing our findings documented under Sections 3.75(c)(3), 3.131(a), and 3.131(c) on our inspection report of November 26, 2012.

After review of your appeal, our inspection report and associated documents and photographs were evaluated for appropriateness and consistency with the regulations and standards as contained in Title 9 of the Code of Federal Regulations, Chapter 1, Subchapter A. We find that the documentation contained in our inspection report accurately reflects conditions at your facility during our inspection. We therefore do not find sufficient justification to remove or change any of the citations documented on our report. Your appeal is therefore denied.

If you wish to appeal this determination to our Regional Director, please know that if we do not receive a response to that effect within 30 days, the original inspection report will be posted online at that time.

Sincerely,

R. Ridenour, DVM
SVMO – Supervisory Animal Care Specialist
USDA, APHIS, Animal Care