TO: USDA Supervisor

April 4, 2014

Hello,

Would you clarify some questions I have concerning barriers/attendants on duty at my zoo.

① Does an extra person need to be at my facility in addition to myself (I am here at all times my facility is open to the public)

② Does the public need to be kept back from farm-type animals (sheep, goats, llamas, donkeys) or may they pet them? Does a barrier fence need to be in place for deer, camel, etc? If I am present, but not standing next to these animals?

③ If barriers are needed, do they need to be a certain type? Don't want to block view of animals but want any necessary barriers to be sufficient.

I just want to clarify what exactly I need to do to be in compliance on this issue. There's a little confusion for me about this as I know at least 5 conservation parks that let the public walk up to the main fence & pull grass to feed deer & elk and no attendant is present. While I'm willing to make a barrier fence in front of the main enclosure fence, I don't want to spend any more money than I have to to make things proper & keep everyone safe. Thank you,

Pamela Sellner
Cricket Hollow Zoo
1512 - 210th St.
USDA 42-C-0034    ph. 563-927-6655

DEFENDANTS' EXHIBIT "B"

United States Department of Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Avenue
Building B, 3W11
Fort Collins, CO
80526
Phone: 970/494-7478
Fax: 970/494-7461

May 1, 2014

License Number: 42-C-0084
Customer Number: 5143

Pamela Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Dear Ms. Sellner

Thank you for your correspondence dated April 4, 2014 in which you are seeking clarification regarding the Animal Welfare Act Regulations and Standards and its requirements regarding barriers and attendants during times of public exhibition.

The AWA Regulations and Standards require that an attendant be present any time that the public can contact and directly interact with the animals; this is true for all covered animals. This attendant must be in the immediate area of the interaction with the animals, in order to supervise the interaction and must be readily identifiable. This requirement is found in 2.131 (d) (2), which has been included at the end of this correspondence for your reference.

When an attendant is not present, the public must not be able to contact the animals. This can be accomplished by ensuring that there is a sufficient distance and/or barriers between the animals and the viewing public to assure the safety of the animals and the public. A variety of approaches can be taken to achieve compliance without interfering with the public's ability to view the animals as long as the configuration meets the performance standard described in 2.131 (c) (1), which has been included at the end of this correspondence for your reference.

I hope this clarification has satisfactorily addressed your concerns. Additional information regarding the Animal Care program, animal welfare, and guidance documents such as our Animal Welfare Inspection Guide can be found on our website at http://www.aphis.usda.gov/animal_welfare.

Thank you for your interest in animal welfare and the Animal Care Program. The welfare of your animals is our shared concern.

Sincerely,

Katheryn Ziegerer, DVM
Supervisory Veterinary Medical Officer—Omaha
USDA-APHIS-Animal Care

An Equal Opportunity Provider and Employer

EXHIBIT " B " p.2



**USDA**

United States Department of Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Eastern Regional
Office
920 Main Campus
Drive, Suite 200
Raleigh, NC 27606

Voice 919.855.7100
Fax 919.855.7123

June 24, 2014

Pamela Sellner
1512 210th Street
Manchester, IA 52067

Re: Perimeter fence variance request for enclosure containing two coatimundis: 42-C-0084

Dear Ms. Sellner:

Your letter requesting a variance to the perimeter fence requirement for your enclosure containing two coatimundis was received on June 12, 2014.

Your request for the variance under 9 CFR § 3.127(d) has been carefully reviewed by this office and is approved provided the following conditions are met:

1.  The variance is approved only for the two coatimundis described in your letter and approved only for the specific enclosure for these two animals as described in your letter. The variance is not valid for any other individual animals, any other enclosure, or any other location.
2.  The coatimundi enclosure must be kept in good repair with sound construction, and protect the animals from injury.
3.  Please be advised that this variance will be periodically reviewed and may be rescinded if APHIS determines the basis for this approval is no longer valid.

If you have any questions or concerns, please do not hesitate to our office at (919) 855-7100.

Sincerely,

Nicolette Petervary, VMD
Regional Animal Care Specialist
Eastern Region, Animal Care

cc:     Dr. Kate Ziegerer, SACS
        File

An Equal Opportunity Provider and Employer

EXHIBIT " B " p.3

6-2-2014

I'm writing today to appeal several non-compliances I received this month & address a serious complaint about my inspector.

On May 12, 2014 I woke up to severe thunderstorms & numerous lightning strikes. My neighbor Judy had invited me to Christian Women's Club, as her guest. I told her that I would attend the 2 hour meeting with her, as the projects I was working on got rained out. I left just before noon and arrived home at 2:15. On my answering machine was a voice mail from Dr. Heather Cole shortly after noon stating she was here to do an inspection & I was not here. When I arrived home I called her back & said where I was and I had just gotten her message. Thunderstorms & lightening continued throughout the day with a line of storms moving west to east across the entire state. Dr. Cole knew that there was lightning present just driving here. Our facebook & website both state that the zoo will not be open when lightning is present. My insurance company and our rules here are that no

one is to be outdoors in active thunderstorms. I will not accompany an inspector to the highest point on this farm in an open area, especially, when there is lightning present. I think that on this day Dr. Cole used poor judgement coming during day long thunderstorms. I am therefore appealing the non-compliance of me not being present on 5-12-2014 at 12:05 pm.

On May 21, 2014 Dr. Cole & another woman inspector came for an inspection. At 9:15 I walked out the milkhouse door after finishing my job at my dairy. I usually go right over to the Education Center to do those zoo chores next, but I saw a vehicle in my drive and saw the 2 women on my porch knocking on the door. I called out to them so they knew I saw them.

This is the week at our zoo known as "Hell week" when we try to get everything ready for opening day on Memorial Day Weekend. I had a long list of things to be done that day & it was in my hand. I'm afraid I was not very cheerful to find inspectors at 9AM when I hadn't even turned on lights & started zoo chores yet. I had a big headache & said I was going to quickly go to the house & grab an aspirin, as we had been

staying up until 11-12 AM the past few nights
trying to do the extra things it takes to get
really to open for the season. (Things beyond
the normal feeding & cleaning that take place daily)
ie: graveling the walkways, cleaning plate glass windows,
substrates changed in reptile & bird exhibits, etc.
I had faxed a letter to USDA asking some
specific questions about barrier fences on
my petting zoo animals. It took 35 days to
get a response, so we were putting up barrier
fences, finishing shortly before we opened. I was
written up by Dr. Cole about barriers last fall.
I questioned why the county parks didn't
have barriers around their deer & elk, as
the kids feed them grass through the fence
and no attendants are present. She said
she'd look into it. I also mentioned it in
the letter I faxed out in April. On
Memorial Day my sisters family camped at
the park & my 8 yr. old niece fed deer &
touched velvet antlers. I was told last fall
I didn't dare open this season unless I
had barriers or attendants. When I asked
Dr. Cole & the woman inspector about why the
park didn't have to follow the same rules
she just said they didn't know about it. Right.
The rules should apply to all of us not

who they choose.

When our inspection started that AM it was obvious that they were on a witch hunt. I stated more than 12 times that AM that I hadn't even been over here yet that AM. I turned the lights on ahead of the inspectors and they went off on me because the sipper was empty in the guinea pig pen. Our daytime temperatures had been in the high 50's - low 60's for 2 weeks prior. On Tues (previous day) the temperature soared to 86° with high humidity. The guinea pigs had apparently played in the water to cool themselves in the night - thus the bedding was damp, too. On a normal day when I start chores I top off a sipper that has 2" of water left in it. They asked me to fill the bottle again & one of the pigs acted thirsty so they taped it & timed the drinking time and accused me of not watering them. When I left that area at 11 PM the evening before the sipper was nearly full. There was less than 1/4" water gone out of the sipper when we left the area & the guinea pigs went off to do something else. There were 2 white guinea pigs

EXHIBIT "B" p.7

in the pen with 2 colored ones. The hair was neither wet nor soiled/stained which was obvious even on the white animals. After the inspection, I did my normal AM chores which included putting new bedding in the damp pen. These chores are recorded in a maintenence log in each building.

## 3.1 c 3

The hybrid wolves were in an outdoor run that had pea gravel over black dirt. Due to an extremely wet spring the gravel was packing down into the soil. It did leave a hard top layer which is raked at each feeding. Feeding is done inside so there are not feces & feed mixed in the gravel. I pointed out a pile of pea gravel by the fence to the inspectors & told them we planned to regravel the entire pen any way.

## 3.25 e

This lid was not tight fitting. The bedding inside at this time was oak & pine with a little walnut. That is what gave it the dark color — not because it was soiled. I saw a small moth fly out when they opened the lid & there was a drip of bird poop that I hadnt noticed (this size —) This was probably from the parrot that was on my shoulder when I got sawdust out to put

EXHIBIT " B " p.8

in the bottom of the bird trays. My Alexandrian likes to ride along & "help". I don't think it had flys in it. It was clean, dry shavings from a wood workers. Lid has been replaced

<u>3.30</u> - watering - 3.31 & 2 sanitation discussed earlier

<u>3.31</u>

there were several small piles of sawdust, etc. that had come from cleaning tanks & cages the previous evening. They had been swept up to throw away and I had planned to finish that project in the AM when I mopped. It was 11 PM and I wanted to be done for the night. The inspectors were there before AM chores and wrote me up for a couple small piles. This was because we were trying to get everything done for opening day & not something that I leave laying about on a daily basis. I was in the process of cleaning & changing out substrates in 50-60 reptile & bird cages / tanks.

<u>3.75</u>

There was not an <u>excessive</u> amount of dust or dirt on that floor. It's swept daily, mopped weekly & had not been done yet that AM. The bedding pieces that were on the floor in front of the cages had been thrown there in the night by the animals.

EXHIBIT "B" p.9

There were several places on the enclosure walls on the outside area that had been used by scent marking animals. There is not dark brown & black grime as stated. Dr. Cole enjoys using this same description even when there's a fresh pit of hand print. Dark brown & black grime is a very demeaning description and I don't think most of dirt found is that at all. The "thick build up" on the outdoor toys was nothing more than some weather-related soil. The maintenance log shows where the primate pens, toys & coyote houses were just recently scrubbed. When the houses & toys were being washed the young primates & coyotes kept climbing on them as they were being washed. They are on black dirt ground & pea gravel with red clay in it. There are some "hand marks" on the items being washed, as they played on them during & after the cleaning.

The bedding on the floor around the primate enclosures is tossed there by the primates on a daily basis. It is swept daily. Obviously chores had not been done that AM yet. I also started repainting the cages as stated in our maintenance log. Our biweekly sanitizing schedule is also in there. On the daily to-do list in my hands was scrubbing primate pens. I had helpers

coming at 2PM that afternoon to help with that project. The inspector was aware of this. I had asked last fall about when the monkeys play & toss grassy straw outside their cage if that was getting me written up. Now it appears that it will, after I was told it wouldn't.

The bushbaby enclosure is spot cleaned daily & had just recently been power washed entirely. No chores had been done yet that AM. There was no build up of food or waste. Only from the previous evening.

All the primates had been sanitized on schedule as listed in our maintenence logs.

3.75 e

The strawberries in question had been thrown out when chores were finally able to be performed. There is a sign on the door of that storage area that says - wash & prep before feeding - Any bad produce is thrown out & composted. The inspector was shown the thrown out produce when she brought my report back that evening. I have 2 / DT contracts with plenty of fresh produce brought in weekly to not have to feed bad feed to any animal. The food

EXHIBIT "B" p.11

storage freezer in the private building
had only a few items left in it. When
each new shipment of food is put in, the
shelves are cleaned. There was one piece
of mouse poop on a bottom shelf. When
Dr Cole took a photo of it, she noticed
a couple spider webs on the unused bottom shelf—
underneath a solid shelf 6 inches from the bottom—
and I didn't notice them before. I didn't
see dirt or debris on the shelves as she noted.

3.85 employees

    I feel I have adequate help at this
time. There are 6 adults and on inspection
day the inspectors were told that 2 young
adult men would be coming for the afternoon,
which they did. We went down the list
that I had prepared the day before in
addition to several small lists inside the
reptile house. Many of the thing I was
cited for were on the list. The list was
offered to the inspectors if they wished to
see it. With the help of the 2 young men
and several others, we had everything done & ready
to go for opening day.

3.125 (a)

    The citation about the guillotine doors was
not true. The second inspector saw a "C"
clamp attached to a rail & assumed it kept the

door shut. I told her it was used when the door was up to prevent the person inside cleaning from being locked in. The doors also have safety bolts to prevent them from being lifted. The steel inside fits flush & no animal can open them.

The next 4 non compliances are true and true or are being corrected now.

The sloth door was a used door. It has been in place for 4 years now & has looked exactly the same as today. Why make it up now & not 4 years ago?

3.125 (d)

There were piles by the pens. My husband had been cleaning Sunday & was still in progress of finishing & yes, they were still there. The burn barrel, however, had been there 3 years and nothing had been said until today.

3.127 (b)

I asked Dr. Cole last fall if the patagonian cavies needed a house in the enclosure, because the side & top was enclosed. She said no, so I took it out. Now she said I had to have it. That is why I started video taping my inspections.

3.127 (d)

The continuals that are on a fence line have been like that for 15 years when

I built this place. Numerous inspectors have been here & I had never been cited, so I had no idea. I will ask for a variance in a seprate letter.

3.130

The degu water had not been filled yet, as chores never happened on time, because they (inspectors) arrived during dairy chores.

The porcupine water has to be dumped & washed everyday. The water was fresh the night before, but like everyday they dig bedding through the sides of their pen and also into their water. What was in the water was walnut mix shavings. I started using straw again since we opened - keeps water cleaner longer, even though it still has to get dumped daily.

The gerbils hadnt had their chores done yet that AM & they were feeder animals that were in my feeder rat & mouse colony - so not sure why they needed to be inspected as my feeder gerbils never have been in the past - only exhibit or breeders.

3.131

I am appealing this citation as the pens are spot cleaned daily & no chores had been stated. Several of these animals were due for total cleanouts as one could see from both

the daily "to do" list and our maintenance log.
There is odors in African porcupine & ferrets
even after cleaning. It's just how they smell.
The capybara was moved outside to it's new
enclosure that afternoon by my helpers - it was on
the provided list. I had discussed the inside
enclosure walls with the inspector that morning.
There was a smudge spot approximately 2'x2' on
the north wall. It was made by a Meishan
piglet that had been housed there. I scrubbed
the area before letting the capybara in that side.
It was stained & I was literally scrubbing the paint
off the wall. It was noted in the maintenance
log - why & what was going to happen. I said that
I would have to repaint the area when the animal
wasn't present. I got cited anyway.
    The coyote pen did not have build up of dust & dirt.
It had its shelters just recently scrubbed & was
on the helpers list that day also because of
some pawprints tracked on it when it was wet
from scrubbing last time. Raking up the chicken bones
was also on the list and done by my help

3.131 (c)
    There was not a large amount of any
thing on the floor. They are swept daily &
not more than 24 hrs. had elapsed since they
had been swept. Whatever was there the animals

kicked out in that time period.

3.131(d)

There was not excessive numbers of flies. We hadn't even had flies until it got hot the previous day. I had proactively sprayed QuikBayt on the walls of all buildings back at the end of April. Also flies were at the Nursing Home & in Wal Mart & they are both clean places. My complaint in addition to this appeal is: When we went to do the inspection in the education center, I went first, opened the door and turned on the lights for the inspectors. They were exactly behind me & walked in. Not until we left the building did I realize they never shut the door behind them. When we all walked out of the building they wanted to go to my home to look at my dog. After that one inspector wanted to look at the Education Center maintenance log again. I went to get it and found the door was left open again. Now there were flies in there.

3.132 same as previous statement

2.40 (b) (2)

Veterinary care issues — the coyotes sister bit her paw through the fence on May 1. I recorded what happened on the calendar. She was sore on the foot from time to time, otherwise walked normally &

EXHIBIT " B " p.16

There was no swelling present. She was coming along fine when it happened again. The foot was healing so I didn't have the vet out. I had the vet out Fri May 27 at 8AM. The vet told me to go ahead & give the coyote Amoxicillin for 7 days in case of any infection. Done.

Continued: - small patch of hair loss from scrapping with another. No treatment needed

Capybara - the vet looked at this animal at our Sept. 2013 walk thru inspection. She's very elderly & no vet can make her young again. I'm supposed to write down every day how she looks for USDA and have vet look at her all the time. There's nothing anyone can do and she doesn't need to be euthanized.

The barbados wether does have long back feet & my sheep shearer had been called to shear sheep & trim all sheep & goat hooves. He probably can't get here till early June because of his schedule. I offered the inspectors his phone number to confirm that I called him in April and this was what we were planning. They refused the number. I will trim the hoof myself if the shearer isn't here before the June 4th deadline given me. There is no visible lameness on this sheep.

Since I taped our inspection, I have video proof of Dr. Cole & the other inspector in various restricted areas in tennis shoes & street shoes. I just finished reading an account of a facility that lost 9 tigers to canine distemper. It's incurable in cats. I don't need diseases brought to this facility by an inspector.

I would also like to understand why I was told that I had to have barriers in place to keep the public from touching my animals and the local parks opened in April with no barriers in place around theirs & no attendant is on duty. It's who you are, not what you do.

We did the inspection in 3 hours and (9 hours) it took the inspectors until 8:15 that evening to bring back the reports for me to sign. Then the second inspector wanted more photos, so I had to do that & sign 18 pages of reports while I was milking my cows at the dairy. That's why I felt they were on a witch hunt. On top of everything else the second inspector yelled at me about not doing a good job of anything which was really unfair when this week is an exception to our rules trying to have everything nice for opening day & all the non-animal things we were working on at the zoo in addition.

EXHIBIT " B " p.18

I'm sorry this has been so lengthy. I'm not appealing everything on the report, as some things were not done or not done correctly. I had hoped to start this season with no non-compliances and we were working hard to reach that goal by opening day (May 24th). All non-compliances on this report have been taken care of and I would like to request a reinspection at your earliest conveinace.

I also request that Dr. Cole & the inspector with her not come back again. Every inspection here that has ever been performed by Dr. Cole has breached the biosecurity of my facility. She does not wear sanitized boots or boot covers. Her tennis shoes have been to everybody else's facility and then she stands in my restricted areas (private building, inside perimeters, back room of animal & private area). I have never had a veterinarian of any kind on my property that disrespects my biosecurity in this manner. If she were only in the public parts of this zoo, it wouldn't be an issue, but that is not the case. On top of it all she's writing me up for flies or dirt & telling me those are sources of disease, when she's no better.

I would appreciate a response to my inspector complaints, appeals and to request a reinspection. Thank you.

Pamela Sellner
Cricket Hollow Zoo
42-C-0084

7-15-14

I am reappealing this inspection report from May. I have enclosed my original appeal letter.

This facility is open from 10AM-6PM and these are the same hours we've had for the last 13 years. I would request our inspections take place during this time period so that our chores can be done in the AM before we open.

I have also discussed the breach of our biosecurity & indoor perimeters with my veterinarian. Your remark in the last appeal letter that inspectors don't have to wear boots unless told and that my inspector couldn't bring disease on her tennis shoes in 24 hrs. of being at another facility didn't fly well with him. I expect all inspectors to protect our biosecurity and I shouldn't have to ask.

I am more than happy to have Heather Cole be my inspector, if she treats this facility like all the rest. She recently inspected a close friend of mine who also has a primate. She didn't ask when the cage was sanitized last or for documentation. My friend had no non-compliances. When

EXHIBIT "E" p.21

I'm inspected I have to have documentation "or it didn't happen". I've also mentioned at least 3 times about why I have to have public barriers up and Baby's Fand Park lets guests freely feed & touch their deer. There's plenty of flys at their park, too.

I also believe that these parks in the local counties are told ahead of time when inspections will occur. I had a park call me and wanted to give me all the meat out of their freezer, as their cougar had died, and they wouldn't be feeding it. She wanted it out before she was inspected and brought it down within 2 hours of her contacting me so the inspector wouldn't see it.

The inspection reports should be what actually happened - no extra drama. A dirty hand print on a wall where an animal jumps onto its perch is not a wall covered in dark brown / black grime. I'm tired of the animal rights groups reading these reports and calling me an animal abuser that never cleans anything because it's made to sound horrible.

We have some really good volunteers helping us and I feel they

EXHIBIT "B" p.22

are doing a great job. They were even here the day we had our May inspection. I am reappealing the lack of employees citation. Because of work schedules, most of our help is here in the afternoons. The inspectors didn't look at the work my help had done that day, but instead wanted more pictures of a door on the bear den.

We have worked very hard at making sure everything is in compliance. I would very much like a reinspection to make sure we're on track.

*[signature]*