Dec 2013                                    Primate Enrichment Program

**Marmosets:** Anna & Mr. Wilkens

These 2 marmosets are housed together in an indoor/outdoor enclosure. Outdoor area is approx. 15x20 on grass/vegetation. Indoor area is divided into 2 pens, one 10x10 and second 4x10. Both have an oak perches. The indoor pens are bedded in deep bedding for foraging in. They have big windows to the north & west where they can sit and view other animals, birds, etc.

Outdoor toys include Kit, includes ladders, tire swing, plastic picnic table, plastic sprouts, log. Indoors they have PVC pipe on chain to forage & play within. We put peanut butter, seeds, frosted bagels, fruit & vegetable chunks inside to find & enjoy.

Anna came to us as a 2 yr old and exhibited thumb sucking and saluting behaviors when came. I have pictures of her sucking her toes as well as her original hair. She started plucking most of the hair on her back and thighs in September 2015. We increased her enrichment in an effort to curb this behavior. A calendar is kept to document things we try to do on a daily basis. We have given her stuffed toys & plastic puzzle toys. She doesn't seem to care for toys and they are thrown & left for days at a time. She

DEFENDANTS' EXHIBIT "C" p.1

PVC tubes. Both macaques enjoy watching the public during the summer months. They also enjoy food foraging in their deep bedding. Both macaques are quite aggressive towards humans, other animals & other animals. They are happy together, however, and have grooming sessions.

Baboons - Sammy, Farah & Amirah   Oli

Currently Sammy, Farah & Amirah are housed together in an indoor/outdoor enclosure. Outside pen is 15x20. An indoor enclosure is a 2 part kennel approx. 8x15. Outdoor area is on dirt with rocks and a partially buried tractor tire to climb/sit on. Oli is housed in an adjoining pen, but can't physically access the others. His outdoor pen is 15x20 and indoor pen is 6x10 with 2 perches. All baboons have windows to look out of. They enjoy large plastic spools and have a PVC feeder tube inside and a large one outside that the public can drop feed down during zoo season. The baboons all enjoy the public and love showing off. Oli is a favorite and enjoys toys and his plastic tree house (filled with platforms and swinging ropes). All the baboons enjoy foraging for nuts, grapes, seeds, baby carrots, etc in deep hay.

EXHIBIT "C" p.2

Vervet – Deno

Deno is an older neutered male and is currently housed alone in the reptile house. He has indoor/outdoor pens. There are several perches for him to sit on. He has brittle bones, as his fingers had been damaged years ago. He does play with a few toys. His favorite is a large plastic PVC tube and a rubber dog toy that he carries around. During warm weather he can hardly see the lemurs next door. During winter he can only hear them. He sleeps with his blanket. He enjoys peanut butter and seeds in his tube.

Lemurs – Lucy & Chuki (not sure if right)

Both lemurs are housed in individual pens as they don't get along housed together. They have adjoining indoor/outdoor pens. In warm weather they enjoy sitting on their outdoor perches and branches. Both love stuffing themselves in the afternoon. They like PVC tubes with peanut butter and nuts.

Bush Babies          Bubba & Buttons

The bushbabies are housed in separate but adjoining cages, as the male is aggressive to the females. They have hammocks and/or pouch type cloth bags. Both enjoy fruits, vegetables, new world monkey biscuits. We often put food items on the outside of their cages so they can "pick" and manipulate food through wires.

EXHIBIT "L"