# ARTICLES OF INCORPORATION

## OF

## CRICKET HOLLOW ZOO, INC.

TO: THE SECRETARY OF STATE
OF THE STATE OF IOWA

I, the undersigned, acting as Incorporator of a Corporation under the revised Iowa Nonprofit Corporation Act, Chapter 504 of the Code of Iowa, adopt the following Articles of Incorporation for such Corporation:

### ARTICLE I

The name of the Corporation is: CRICKET HOLLOW ZOO, INC.

### ARTICLE II

The purposes for which this Corporation is organized is to increase the level of awareness and education in the general public with respect to non-domesticated animals and to preserve, protect and promote endangered species of animals.

### ARTICLE III

The address of the initial registered office in the State of Iowa of this Corporation is 1512 210th Street, Manchester, Iowa 52057; and the name of its initial registered agent at such address is PAMELA J. SELLNER.

### ARTICLE IV

The Corporation will have members as determined by the Board of Directors.

### ARTICLE V

The number of Directors constituting the initial Board of Directors of the Corporation is two (2) and the names and addresses of the persons whom are to serve as the initial Directors are:

| | | |
|---|---|---|
| PAMELA J. SELLNER | 1512 210th Street | Manchester, Iowa 52057 |
| THOMAS J. SELLNER | 1512 210th Street | Manchester, Iowa 52057 |

The number of Directors shall be fixed by the By-Laws, and may be increased or decreased from time to time by amendment to the By-Laws.

DEFENDANTS' EXHIBIT "D" p.1

6:14-cv-02034-JSS

## ARTICLE VI

The date on which the Corporation's existence shall begin is upon the date the Articles of Incorporation are filed with the Secretary of State of the State of Iowa.

## ARTICLE VII

Upon dissolution of the Corporation, Corporate assets shall be distributed in accordance with Iowa law.

## ARTICLE VIII

No director or member shall be liable for money damages for any action taken or any failure to take any action, except as provided in Iowa Code Section [illegible].

## ARTICLE IX

The name and address of the incorporator is:

PAMELA J. SELLNER    1512 210TH Street    Manchester, Iowa 52057

Dated this 11th day of February, 2005.

_____
PAMELA J. SELLNER, Incorporator

STATE OF IOWA  )
               ) ss
COUNTY OF JONES )

On this 11th day of February, 2005, before me, the undersigned, a Notary Public in and for said County and State, personally appeared PAMELA J. SELLNER, to me known to be the identical person named in and who executed the within and [foregoing Articles] of Incorporation and acknowledged that he executed the same as his [voluntary act and] deed.

_____
NOTARY PUBLIC FOR THE ST[ATE OF IOWA]

FILED
IOWA
SECRETARY OF STATE
1-13-05
10:59 AM
W416502

EXHIBIT "D" p.2

6:14-cv-02034-JSS