

# PROGRAM OF VETERINARY CARE INSTRUCTIONS

United States
Department of
Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Ave.
Building B
Mail Stop # 3W11
Ft. Collins, CO 80526
Phone: 970/494-7478
Fax: 970/494-7461

*The enclosed Program of Veterinary Care (PVC) should be completed and signed by your attending veterinarian and <u>must</u> be signed by you.

*Keep the properly completed PVC as part of your records that will be reviewed by your USDA inspector.

*<u>DO NOT</u> send the completed PVC form to this office.

*You need a new PVC form only if you change your attending veterinarian.

*You need to update your PVC form and have it re-signed by your attending veterinarian any time you add a new species of animal to your facility or make any other changes in the veterinary care you are providing.

*This sheet may be used as a means to document your attending veterinarian's visit to your facility. If you choose to use it for that purpose, have your attending veterinarian sign and date this sheet during each visit to your facility. Your attending veterinarian must visit your facility at least once each year. This sheet should be kept with your PVC.

| Veterinarian Signature | Date |
|---|---|
| [signature] | Sept 21, 2004 |
| [signature] | Sept. 1, 2005 |
| [signature] | April 25, 2006 |
| [signature] | October 4, 2006 |
| [signature] | April 19, 2007 |
| [signature] | October 10, 2007 |
| [signature] | 5-23-08 |
| [signature] | 10-29-08 |
| [signature] | 5-19-09 |
| [signature] | 10/14/09 |



APHIS - Protecting American Agriculture

An Equal Opportunity Employer

DEFENDANTS' EXHIBIT "F" P-1



# PROGRAM OF VETERINARY CARE INSTRUCTIONS

United States
Department of
Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Ave.
Building B
Mail Stop # 3W11
Ft. Collins, CO 80526
Phone: 970/494-7478

*The enclosed Program of Veterinary Care (PVC) should be completed and signed by your attending veterinarian and <u>must</u> be signed by you.

*Keep the properly completed PVC as part of your records that will be reviewed by your USDA inspector.

*<u>DO NOT</u> send the completed PVC form to this office.

*You need a new PVC form only if you change your attending veterinarian.

*You need to update your PVC form and have it re-signed by your attending veterinarian any time you add a new species of animal to your facility or make any other changes in the veterinary care you are providing.

*This sheet may be used as a means to document your attending veterinarian's visit to your facility. If you choose to use it for that purpose, have your attending veterinarian sign and date this sheet during each visit to your facility. This sheet should be kept with your PVC.

| Veterinarian Signature | Date |
|---|---|
| *John A Pates, DVM* | 10/17/10 |
| *John A Pates, DVM* | 5/24/11 |
| *John A Pates, DVM* | 9/17/12 |
| *John A Pates, DVM* | 9/30/13 |
| | |
| | |
| | |
| | |
| | |

Note: This is an optional document to assist licensees/registrants in meeting the requirements of the regulations. Licensees/Registrants may develop their own formats if desired.

APHIS Safeguarding American Agriculture
APHIS is an agency of USDA's Marketing and Regulatory Programs
An Equal Opportunity Provider and Employer

EXHIBIT "E" p.2


Case 6:14-cv-02034-JSS   Document 70-74   Filed 10/16/15   Page 2 of 6

U.S. DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE

FORM APPROVED OMB NO. 0579-0036

Subchapter A, Part II, Subpart C, Section 2.33 and Subpart D, Section 2.40 requires a Program of Veterinary Care.

# ANIMAL CARE
(Program of Veterinary Care for Research Facilities or Exhibitors/Dealers)

**OFFICE USE ONLY**
DATE RECEIVED

## SECTION I. A PROGRAM OF VETERINARY CARE (PVC) HAS BEEN ESTABLISHED BETWEEN:

### A. LICENSEE/REGISTRANT

1. **NAME:** Pamela Sellner
2. **BUSINESS NAME:** Cricket Hollow Exotics
3. **USDA LICENSE/REGISTRATION NUMBER:** 42 C 0084
4. **MAILING ADDRESS:** 1512 210th St.
5. **CITY, STATE AND ZIP CODE:** Manchester, Iowa 52057
6. **TELEPHONE NO. (Home):** 563-927-6655    **TELEPHONE NO. (Business):**

### B. VETERINARIAN

1. **NAME:** John H. Pries, DVM
2. **CLINIC:** Elkader Vet. Clinic
3. **STATE LICENSE NUMBER:** Iowa 5591
4. **BUSINESS ADDRESS:** 24642 Hiway 13
5. **CITY, STATE AND ZIP CODE:** Elkader, Iowa 52043
6. **TELEPHONE NO. (Business):** 563-245-1633

This is a form that may be used for the Program of Veterinary Care. Also, this form may be used as a guideline for the written Program of Veterinary Care as required.

The attending veterinarian shall establish, maintain and supervise programs of disease control and prevention, pest and parasite control, pre-procedural and post-procedural care, nutrition, euthanasia and adequate veterinary care for all animals on the premises of the licensee/registrant. A written program of adequate veterinary care between the licensee/registrant and the doctor of veterinary medicine shall be established and reviewed on an annual basis. By law, such programs must include regularly scheduled visits to the premises by the veterinarian. Scheduled visits are required to monitor animal health and husbandry.

Pages or blocks which do not apply to the facility should be marked N/A. If space provided is not adequate for a specific topic, additional sheets may be added. Please indicate Section and Item Number.

I have read and completed this Program of Veterinary Care, and understand my responsibilities.

Regularly scheduled visits by the veterinarian will occur at the following frequency: Annual (August/September) (minimum annual).

**C. SIGNATURE OF LICENSEE/REGISTRANT:** [signed] Pamela Sellner   **DATE:** 10/9/09

**SIGNATURE OF VETERINARIAN:** [signed] John H. Pries, DVM   **DATE:** 10/9/09

APHIS FORM 7002
(JUN 92)

Page 1 of 4

EXHIBIT "E" p.3

CHECK IF N/A ☐        SECTION II. DOGS AND CATS

## A. VACCINATIONS - SPECIFY THE FREQUENCY OF VACCINATION FOR THE FOLLOWING DISEASES

| CANINE | JUVENILE | ADULT | FELINE | JUVENILE | ADULT |
|---|---|---|---|---|---|
| PVOVIRUS | 2 dose 14 days | annual | PANLEUK | 2 dose 14 days | annual |
| DISTEMPER | / | / | RESP. VIRUSES | / | / |
| HEPATITIS | / | / | RABIES | 12 Weeks | 1st annual then 3yr |
| LEPTOSPIROSIS | / | / | OTHER (Specify) | | then 3yr |
| RABIES | 12 Weeks | 1yr boost 3 yr | FeLV | 2 dose 4 weeks | then annual |
| BORDETELLA | 2 dose 14d | annual | | | |
| OTHER (Specify) | | | | | |

### B. PARASITE CONTROL PROGRAM - DESCRIBE THE FREQUENCY OF SAMPLING OR TREATMENT FOR THE FOLLOWING:

1. ECTOPARASITES (Fleas, Ticks, Mites, Lice, Flies)
Frontline topical. Monitor for freq of application

2. BLOOD PARASITES (Heartworm, Babesia, Ehrlichia, Other)
Ivermectin for prevention

3. INTESTINAL PARASITES (Fecals, Deworming)
Panacur oral deworming

### C. EMERGENCY CARE - DESCRIBE PROVISIONS FOR EMERGENCY, WEEKEND AND HOLIDAY CARE
ElKaderVetClinic

### D. EUTHANASIA

1. SICK, DISEASED, INJURED, OR LAME ANIMALS SHALL BE PROVIDED WITH VETERINARY CARE OR EUTHANIZED. EUTHANASIA WILL BE IN ACCORDANCE WITH THE AVMA RECOMMENDATIONS AND WILL BE CARRIED OUT BY THE FOLLOWING:

☒ VETERINARIAN     ☐ LICENSEE/REGISTRANT

2. METHOD(S) OF EUTHANASIA
IV injection euthanasia solution

### E. ADDITIONAL PROGRAM TOPICS - THE FOLLOWING TOPICS HAVE BEEN DISCUSSED IN THE FORMULATION OF THE PROGRAM OF VETERINARY CARE

- ☐ Congenital Conditions
- ☑ Quarantine Conditions
- ☑ Nutrition
- ☑ Anthelmintic alternation
- ☐ Other (Specify) _____

- ☐ Exercise Plan (Dogs)
- ☑ Proper Handling of Biologics
- ☑ Venereal Diseases
- ☑ Pest Control and Product Safety
- ☐ Proper Use of Analgesics and Sedatives

APHIS FORM 7002      Page 2 of 4

EXHIBIT "E" p.4

6:14-cv-02034-JSS

Case 6:14-cv-02034-JSS   Document 70-74   Filed 10/16/15   Page 4 of 6

CHECK IF N/A ☐                          SECTION III. WILD AND EXOTIC ANIMALS

**A. VACCINATIONS** - LIST THE DISEASES FOR WHICH VACCINATIONS ARE PERFORMED AND THE FREQUENCY OF VACCINATIONS *(Enter N/A if not applicable)*

**CARNIVORES** Rabies vaccine if warranted

**HOOFED STOCK** Clostridium vaccine (7 components), 5 lepto serovars

**PRIMATES** Tuberculin test if needed for moving.

**ELEPHANTS** N/A

**MARINE MAMMALS** N/A

**OTHER (Specify)** Reptiles, not vaccinated. Concern is salmonella + public health

**B. PARASITE CONTROL PROGRAM** - DESCRIBE THE FREQUENCY OF SAMPLING OR TREATMENT FOR THE FOLLOWING

1. ECTOPARASITES *(Fleas, Ticks, Mites, Lice, Flies)*
Monitor species for parasites. Herbivores topical pour ons
Carnivores "Frontline" if needed
Premise spray to control insects in compound

2. BLOOD PARASITES Herbivores - use ivermectin or panacur

3. INTESTINAL PARASITES same treatments as above.

**C. EMERGENCY CARE**
1. DESCRIBE PROVISIONS FOR EMERGENCY, WEEKEND AND HOLIDAY CARE
Elkader Vet Clinic

DESCRIBE CAPTURE AND RESTRAINT METHOD(S)
Squeeze cages, chutes, pole syringe, $CO_2$ powered darts

**D. EUTHANASIA**
1. SICK, DISEASED, INJURED OR LAME ANIMALS SHALL BE PROVIDED WITH VETERINARY CARE OR EUTHANIZED. EUTHANASIA WILL BE IN ACCORDANCE WITH THE AVMA RECOMMENDATIONS AND WILL BE CARRIED OUT BY THE FOLLOWING:

☒ VETERINARIAN    ☐ LICENSEE/REGISTRANT

2. METHOD(S) OF EUTHANASIA
IV injection of euthanasia solution if possible. May use heavy sedation to capture first with muscle injection. Or if required per situation humane gunshot with adequate bullet.

**E. ADDITIONAL PROGRAM TOPICS** THE FOLLOWING TOPICS HAVE BEEN DISCUSSED IN THE FORMULATION OF THE PROGRAM OF VETERINARY CARE

☒ Pest Control and Product Safety
☒ Quarantine Procedures
☒ Zoonoses
☐ Other (Specify)

☒ Environment Enhancement (Primates)
☐ Water Quality (Marine Mammals)
☒ Species-specific Behaviors
☐ Proper Storage and Handling of Drugs and Biologics
☐ Proper Use of Analgesics and Sedatives

**F.** LIST THE SPECIES SUBJECTED TO TB TESTING, AND THE FREQUENCY OF SUCH TESTS

## A. INDICATE SPECIES

Rabbits
Goats
Sheep
Bovine spp.
Equine

## B. VACCINATIONS - LIST THE DISEASES FOR WHICH VACCINATIONS ARE PERFORMED AND THE FREQUENCY OF VACCINATIONS
(Enter N/A if not applicable)

Sheep/goats - Clost. perf./Tetanus vaccine 2 initial doses, then annual.
Bovine spp - Clost. vacc (7-way), viral (IBR, BVD$_{I+II}$, BRSV, PI$_3$) 2 initial doses, 1 booster
Lepto (5 serovars) 2 initial doses + then annual booster
Equine - Tetanus, Sleeping Sickness (EE, WE), West Nile (if needed), Influenza (if needed)

## C. PARASITE CONTROL PROGRAM - DESCRIBE THE FREQUENCY OF SAMPLING OR TREATMENT FOR THE FOLLOWING

1. ECTOPARASITES (Fleas, Ticks, Mites, Lice, Flies)
Bovine - Pour-on as needed.
Sheep/goats/equine/rabbits will treat as needed.

2. INTERNAL PARASITES (Helminths, Coccidia, Other)
Ivomec and fenbendazole for internal parasites.
Coccidia treated orally with amprolium

## D. EMERGENCY CARE - DESCRIBE PROVISIONS FOR EMERGENCY, WEEKEND AND HOLIDAY CARE

Elkader Vet Clinic

## E. EUTHANASIA

1. SICK, DISEASED, INJURED OR LAME ANIMALS SHALL BE PROVIDED WITH VETERINARY CARE OR EUTHANIZED. EUTHANASIA WILL BE IN ACCORDANCE WITH THE AVMA RECOMMENDATIONS AND WILL BE CARRIED OUT BY THE FOLLOWING:

[X] VETERINARIAN   [ ] LICENSEE/REGISTRANT

2. METHOD(S) OF EUTHANASIA

IV injection of euthanasia solution if practical or heavy sedation to capture + then IV injection to terminate. Gunshot as last resort.

## F. ADDITIONAL PROGRAM TOPICS - THE FOLLOWING TOPICS HAVE BEEN DISCUSSED IN THE FORMULATION OF THE PROGRAM OF VETERINARY CARE

[✓] Pasteurellosis
[✓] Pododermatitis
[ ] Cannibalism
[ ] Wet Tail
[ ] Other (Specify)

[✓] Species Separation
[ ] Malocclusion/Overgrown Incisors
[✓] Pest Control and Product Safety
[✓] Handling

EXHIBIT "E"
pub