11-20-13

## Large Feline Diet

We currently house tigers, lions and cougars. During cool weather the cats get whole prey (i.e. deer, calves) for both nutrition and enrichment. They also eat cut up chicken and beef with calcium & vitamin supplements. In hot weather the whole prey, when available, is limited to small animals that can be consumed in 1 day. Any remaining is composted at the farm. They get mostly commercial meat with supplements that is consumed quickly in warm weather so nothing is left out to spoil or attract flies.

*[signature]* */[signature], DVM*
12/2/13

DEFENDANTS' EXHIBIT "F"
p.1

6:14-cv-02034-JSS