# RECORD OF ANIMALS ON HAND
(Other than Dogs or Cats)

U.S. DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE

This record is required by law (7 U.S.C. 2131-2156). Failure to maintain this record can result in suspension or revocation of license.

FORM APPROVED: OMB NO. 0579-0036

1. USDA LICENSE NO. 15
2. NAME AND ADDRESS OF DEALER

| CONTAINER TAG NO., CRATE OR PEN NO. | NO. ANIMALS | INDIVIDUAL IDENT., TATTOOS OR TAG NOS. (if applicable) | SPECIES | AGE-SEX NO. YOUNG M/F | AGE-SEX NO. ADULT M/F | INVOICE NO. | DATE (Mo, Day, Year) | ARRIVAL AT PREMISES FROM (Name and Address) (Give License No. if Licensee) |
|---|---|---|---|---|---|---|---|---|
| A | B | C | D | | | E | F | H |
| | 1 | | African Lion (Njarre) | (F) | M | | 10-11-97 | Tulaugh Auction, Kalona, IA |
| | 1 | | Tiger Mhahn | (F) | M | | 11-15-03 | Browns Oakridge Zoo, 17732 N Oneyfarm Rd, Smithfield IL |
| | 1 | | Tiger Duckling | (M) F | | | 4-26-04 | Bob Slinge 42.20200, MLAyr IA |
| | 1 | | Bobcat Milo (Mini) | (M) F | | | 8-6-04 | Gerheid Game Farm Zuckey, North Platte NB Box 63 |
| | 1 | | Tiger (Ketchen) | (F) M | | | 12-7-04 | born here |
| | 1 | | Tiger (Donkylin) | M (F) | | | 8-26-05 | born here |
| | 1 | | Lion (Donkylin) | (M) F | | | 10-4-05 | Browns Oakridge Zoo, Smithfield IL |
| | 1 | | White Tiger (Brady) | M F | | | 10-28-07 | Craig Perry, Center Point IA |
| | 1 | | Cougars (Toybie + Toque) | (M) F | | | 7-11-01 | born here |
| | 2 | | Cougar (Thumbs) | M (F) | | | 8-27-07 | Pam Gorien, Maquoketa IA |

APHIS FORM 7019 (JAN 90) Replaces VS 18-19 (8-72) which may be used.

DEFENDANTS' EXHIBIT "H" p.1