# U.S. DEPARTMENT OF AGRICULTURE
## ANIMAL AND PLANT HEALTH INSPECTION SERVICE

## RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS (Other Than Dogs and Cats)

**FORM APPROVED** OMB NO. 0579-0036

1. INVOICE NO.:
2. PAGE: 1 OF 1

[X] SALE   [ ] EXCHANGE OR TRANSFER   [ ] DONATION

3. DATE OF DISPOSITION: 9-8-10

4. DEALER'S LICENSE NO.: 35-B-0104

**5. SELLER OR DONOR:**
Animal Haven Zoo
N1720 Bucholtz Rd.
Weyauwega WI 54983

**6. BUYER OR RECEIVER:**
Pamela Sellner
Cricket Hollow Zoo
1512 210 St. Manchester IA 52057

7. USDA LICENSE NO.: 42-C-0084

## 8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| Container/Tag No. | No. Animals | Previous Invoice No. | Individual Ident. | Species | No. Young | No. Adult | Est. Weight | Remarks (Condition) |
|---|---|---|---|---|---|---|---|---|
| | 1 | | | African porcupine | | M | | 7 yrs. |
| | 1 | | | Coatimundi | | M | | 8 yrs. |
| | 1 | | | African lion | | F | | 8 yrs. |
| | 1 | | | African lion | | F | | 8 yrs. |

**9. DELIVERY BY:** [X] Buyer's Truck

**12. NAME AND ADDRESS OF COMPANY OR FIRM:** Same as above

**13. NAME AND ADDRESS OF TRUCK DRIVER:** Same as above

## DELIVERY RECEIPT — TO BE COMPLETED BY BUYER OR RECEIVER

14. ANIMALS DELIVERED WERE: [X] IN APPARENT GOOD CONDITION
15. TOTAL NUMBER RECEIVED: 4
16. NUMBER DEAD: 0
17. NUMBER ALIVE: 4
18. BY (Signature): Pamela Sellner
19. TITLE: Owner
20. DATE: 9-8-10

DEFENDANTS' EXHIBIT "I" p.1

6:14-cv-02034-JSS

# RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS (Other Than Dogs and Cats)

ANIMAL AND PLANT HEALTH INSPECTION SERVICE

1. INVOICE NO.: 
2. PAGE: 1 OF

- [ ] SALE
- [ ] EXCHANGE OR TRANSFER
- [x] DONATION

3. DATE OF DISPOSITION: 11-15-03

4. DEALER'S LICENSE NO.: 33-C-8807

INSTRUCTIONS: Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made - items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

4. SELLER OR DONOR (Name and Address, include Zip Code):
Juan or Nancy Burus
Burus Oakridge Zoo
17732 N Dairy Farm Rd
Smithfield, SC 201477

5. BUYER OR RECEIVER (Name and Address, include Zip Code):
Cricket Hollow Zoo
Pam Sellner
Manchester, Iowa

7. USDA LICENSE NO.: 42-C-0084

8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. CONTAINER TAG NO., CRATE OR PEN NO. | B. NO. ANIMALS | C. PREVIOUS INVOICE NO. (if any) | D. INDIVIDUAL IDENT., TATTOOS, TAG NOS. (if applicable) | E. SPECIES | F. NO. YOUNG M/F | G. NO. ADULT M/F | H. EST. WEIGHT (lbs.) | I. REMARKS (Condition, etc.) | J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | tiger | | M X | | | | |
| | | | | | | | | | | |

9. DELIVERY BY ("X" one): [x] Buyer's Truck  [ ] Dealer's Truck (Seller or Donor)
10. TRUCK LICENSE NO.:
11. BILL OF LADING NO.:
12. NAME AND ADDRESS OF COMPANY OR FIRM:
13. NAME AND ADDRESS OF TRUCK DRIVER:

## DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

14. ANIMALS DELIVERED WERE ("X" one):
[x] IN APPARENT GOOD CONDITION  [ ] POOR CONDITION  [ ] REJECTED (Attach explanation for rejection)

15. TOTAL NUMBER RECEIVED: 1
16. NUMBER DEAD: 0
17. NUMBER ALIVE: 1

18. BY (Signature): Pam Sellner
19. TITLE: Owner
20. DATE: 11/15/03

APHIS FORM 7020 (APR 93) (Replaces VS FORM 18-20, which is now obsolete, and APHIS Form 7020 (10-90) which may be used.)

EXHIBIT "I" p.2

ORIGINAL - BUYER'S COPY (Receiver)

6:14-cv-02034-JSS

# U.S. DEPARTMENT OF AGRICULTURE
## ANIMAL AND PLANT HEALTH INSPECTION SERVICE

**RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS** (Other Than Dogs and Cats)

- [ ] SALE
- [ ] EXCHANGE OR TRANSFER
- [X] DONATION

**FORM APPROVED** OMB NO. 0579-0036

1. INVOICE NO.:
2. PAGE: 1 OF
3. DATE OF DISPOSITION: 7-10-14
4. DEALER'S LICENSE NO.: 35-B-0104

**4. SELLER OR DONOR:**
Animal Haven Zoo
N1720 Buchholtz Rd
Weyauwega, WI 54983

**6. BUYER OR RECEIVER:**
Cricket Hollow Zoo
1512-210th St.
Manchester, IA 52057

**7. USDA LICENSE NO.:** 42-C-0084

## 8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| Container Tag No. | No. Animals | Previous Invoice No. | Individual Ident. Tattoos, Tag Nos. | Species | Age/Sex No. Young | Age/Sex No. Adult | Est. Weight (lbs) | Remarks (Condition, etc.) | Receiver's Use J | Receiver's Use K |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 1 |  |  | White Tiger |  | F |  | gd Cond. |  |  |
|  | 1 |  |  | Yellow Tiger |  | F |  | gd Cond. |  |  |

**9. DELIVERY BY:** [X] Buyer's Truck

## DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

**14. ANIMALS DELIVERED WERE:** [X] IN APPARENT GOOD CONDITION

- **15. TOTAL NUMBER RECEIVED:** 2
- **16. NUMBER DEAD:** 0
- **17. NUMBER ALIVE:** 2
- **18. BY (Signature):** Thoma Sellner
- **19. TITLE:** Owner
- **20. DATE:** 7-10-14

EXHIBIT "I" p.3

6:14-cv-02034-JSS

This record is authorized by law (7 USC 2131-2156). Failure to maintain this record can result in a suspension or revocation of license and/or imprisonment for not more than 1 year, or a fine of not more than $1,000, or both.

See reverse side for additional information.

FORM APPROVED
OMB NO. 0579-0036

**U.S. DEPARTMENT OF AGRICULTURE**
**ANIMAL AND PLANT HEALTH INSPECTION SERVICE**

# RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS (Other Than Dogs and Cats)

☐ SALE  ☐ EXCHANGE OR TRANSFER  ☒ DONATION

INSTRUCTIONS: Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made - items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

1. INVOICE NO.
2. PAGE: 1 OF
3. DATE OF DISPOSITION: 4-25-04
4. DEALER'S LICENSE NO.: 42-B-0200

4. SELLER OR DONOR (Name and Address, include Zip Code):
Bob Strange
Box 41 RT
Mt Ayr, IA

5. BUYER OR RECEIVER (Name and Address, include Zip Code):
Pamela Sellner
1512 - 210th St.
Manchester IA 52057

7. USDA LICENSE NO. (if any): 42-C-0084

8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. Container Tag No., Crate or Pen No. | B. No. Animals | C. Previous Invoice No. (if any) | D. Individual Ident., Tattoos, Tag Nos. (if applicable) | E. Species | F. No. Young | G. No. Adult | H. Est. Weight (lbs.) | I. Remarks (Condition, etc.) | J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | | | Tiger | | 1M 1F | | | | |

**DELIVERY BY COMMERCIAL CARRIER**

9. DELIVERY BY ("X" one): ☒ Buyer's Truck  ☐ Dealer's Truck (Seller or Donor)
10. TRUCK LICENSE NO.:
11. BILL OF LADING NO.:
12. NAME AND ADDRESS OF COMPANY OR FIRM:
13. NAME AND ADDRESS OF TRUCK DRIVER:

**DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER**

14. ANIMALS DELIVERED WERE ("X" one): ☒ IN APPARENT GOOD CONDITION  ☐ POOR CONDITION  ☐ REJECTED (Attach explanation for rejection)
15. TOTAL NUMBER RECEIVED: 2
16. NUMBER DEAD: 0
17. NUMBER ALIVE: 2
18. BY (Signature): Pamela Sellner
19. TITLE: Owner
20. DATE: 4-25-04

EXHIBIT "I" p.4

6:14-cv-02034-JSS

# U.S. DEPARTMENT OF AGRICULTURE
## ANIMAL AND PLANT HEALTH INSPECTION SERVICE

### RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS (Other Than Dogs and Cats)

- [ ] SALE
- [ ] EXCHANGE OR TRANSFER
- [x] DONATION

**1. INVOICE NO.:**
**2. PAGE:** 1 OF 1
**3. DATE OF DISPOSITION:** 9-8-10
**4. DEALER'S LICENSE NO.:** 35-B-0104

**5. SELLER OR DONOR:**
Animal Haven Zoo
N1720 Buchholtz
Weyauwega WI 54983

**6. BUYER OR RECEIVER:**
Pamela J Sellner
Cricket Hollow Zoo
1512 - 210th St. Manchester IA 52057

**7. USDA LICENSE NO.:** 42-C-0084

### 8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. Container Tag No. | B. No. Animals | C. Previous Invoice No. | D. Individual Ident. Tattoos, Tag Nos. | E. Species | F. No. Young | G. No. Adult | H. Est. Weight (lbs.) | L. Remarks |
|---|---|---|---|---|---|---|---|---|
|  | 1 |  |  | ringtail lemurs |  | M | 15# |  |
|  | 1 |  |  | ringtail lemurs |  | F | 15# |  |

**9. DELIVERY BY:** [x] Buyer's Truck

**12. NAME AND ADDRESS OF COMPANY OR FIRM:** same as above

**13. NAME AND ADDRESS OF TRUCK DRIVER:** same as above

### DELIVERY RECEIPT

**14. ANIMALS DELIVERED WERE:** [x] IN-APPARENT GOOD CONDITION

**15. TOTAL NUMBER RECEIVED:** 2
**16. NUMBER DEAD:** 0
**17. NUMBER ALIVE:** 2
**18. TITLE:** Owner
**20. DATE:** 9-8-10

EXHIBIT "I" p.5
6:14-cv-02034-JSS

# RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS (Other Than Dogs and Cats)

U.S. DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE

1 OF 1

- [ ] SALE
- [ ] EXCHANGE OR TRANSFER
- [x] DONATION

**2. DATE OF DISPOSITION:** 7-22-2009

**4. DEALER'S LICENSE NO.:**

**INSTRUCTIONS:** Complete applicable items 1 through 13. Original and one copy to accompany animals. When delivery is made - items 14 through 20 must be completed. Original retained by Buyer (Receiver) and copy one returned to Dealer (Seller or Donor). Copy two to be retained by Dealer (Seller or Donor). Attach Continuation Sheet (APHIS FORM 7020A) as needed.

**4. SELLER OR DONOR (Name and Address, include Zip Code):**
Wolf Rescue
1916 Bluff Hole Rd
Marshall, AK

**5. BUYER OR RECEIVER (Name and Address, include Zip Code):**
Cricket Hollow Zoo
1512-210th St.
Manchester IA 52057

**7. USDA LICENSE NO. (if any):** 42-C-0084

## 8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. Container Tag No., Crate or Pen No. | B. No. Animals | C. Previous Invoice No. (if any) | D. Individual Ident., Tattoos, Tag Nos. (if applicable) | E. Species | F. No. Young M/F | G. No. Adult M/F | H. Est. Weight (lbs.) | I. Remarks (Condition, etc.) | J. Receiver's Use | K. |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 3 |  |  | hybrid wolves | M / F | 2M / 1F | 100# |  |  |  |

**DELIVERY BY COMMERCIAL CARRIER**

**9. DELIVERY BY ("X" one):** [x] Buyer's Truck  [ ] Dealer's Truck (Seller or Donor)

**10. TRUCK LICENSE NO.:**

**11. BILL OF LADING NO.:**

**12. NAME AND ADDRESS OF COMPANY OR FIRM:**

**13. NAME AND ADDRESS OF TRUCK DRIVER:**

## DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

**14. ANIMALS DELIVERED WERE ("X" one):** [x] IN APPARENT GOOD CONDITION  [ ] POOR CONDITION  [ ] REJECTED (Attach explanation for rejection)

**15. TOTAL NUMBER RECEIVED:** 3
**16. NUMBER DEAD:** 0
**17. NUMBER ALIVE:** 3

**BY (Signature):** [signature]
**19. TITLE:** owner
**20. DATE:** 7-22-09

APHIS FORM 7020 (APR 93)
(Replaces VS FORM 18-20, which is now obsolete, and APHIS Form 7020 (10-90) which may be used.)

EXHIBIT "I" p. 6

ORIGINAL - BUYER'S COPY (Receiver)

6:14-cv-02034-JSS

# RECORD OF ACQUISITION, DISPOSITION OR TRANSPORT OF ANIMALS (Other Than Dogs and Cats)

U.S. DEPARTMENT OF AGRICULTURE
ANIMAL AND PLANT HEALTH INSPECTION SERVICE

☐ SALE  ☐ EXCHANGE OR TRANSFER  ☑ DONATION

**1. INVOICE NO.:**
**2. PAGE:** 1 OF
**3. DATE OF DISPOSITION:** 3-16-10
**4. DEALER'S LICENSE NO.:** 73-C-0139

**5. SELLER OR DONOR:**
GW EXOTIC ANIMAL PARK
25803 N. CR 3250
WYNNEWOOD OK 73098

**6. BUYER OR RECEIVER:**
CRICKET HOLLOW ZOO
1512 210th ST
MANCHESTER IOWA 52057

**7. USDA LICENSE NO.:** 42-C-0084

## 8. IDENTIFICATION OF ANIMALS BEING DELIVERED

| A. Container Tag No. | B. No. Animals | C. Previous Invoice No. | D. Individual Ident., Tattoos, Tag Nos. | E. Species | F. No. Young | G. No. Adult | H. Est. Weight (lbs.) | I. Remarks | J. | K. |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | | | Hyskip Wolf | 2 | | | pups | | |

**9. DELIVERY BY:** ☑ Buyer's Truck
**10. TRUCK LICENSE NO.:** E1691 IOWA
**11. BILL OF LADING NO.:**

**12. NAME AND ADDRESS OF COMPANY OR FIRM:**
CRICKET HOLLOW ZOO
1512 210th ST
MANCHESTER IOWA 52057

**13. NAME AND ADDRESS OF TRUCK DRIVER:**
Kyle Cooke
1285 120th St
Strawberry Pt. IA, 52076

### DELIVERY RECEIPT - TO BE COMPLETED BY BUYER OR RECEIVER

**14. ANIMALS DELIVERED WERE:** ☑ IN APPARENT GOOD CONDITION
**15. TOTAL NUMBER RECEIVED:** 2
**16. NUMBER DEAD:** —
**17. NUMBER ALIVE:** 2
**18. TITLE:**
**20. DATE:** 3/17/10

EXHIBIT "I" p.7

6:14-cv-02034-JSS