| SPECIES Lion (Njarra) born 7-17-97 |||||
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| 1-9-06 | 1-13-06 | Panacur | Killed 4 way | declawed in 1997 |
| 1-3-07 stool round | | | vaccine 9-9-97 | |
| 5-23-08 round worms | 1-30-09 | Panacur | | |
| 5-19-09 OK | 2-2-10 | Panacur | | |
| | 1-10-11 | Panacur | | |
| | 2-13-12 | Panacur | | |
| | 1-31-13 | Panacur | | |
| | 2-15-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| SPECIES Lion | | (Dandylion) | | born 3-15-05 Ukueya Kei |
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| 1-9-06 | 1-13-06 | Panacur | killed 4 way 4-30-05 | |
| 1-3-07 stool loose | 3-11-07 | Panacur | killed 4 way 5-16-05 | |
| 5-28-08 round worms | 8-10-08 | Panacur | | |
| 5-19-09 OK | 1-30-09 | Panacur | | |
| | 2-2-10 | Panacur | | |
| | 1-10-11 | Panacur | | |
| | 2-13-12 | Panacur | | |
| | 1-31-13 | Panacur | | |
| | 2-15-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " 8 " p. 2

6:14-cv-02034-JSS

former drug mule who
went to a sanctuary
Then sold to zoo

| SPECIES | Lion | | | Jonwah born 2008? |
|---------|------|--|--|-------------------|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| | 1-10-11 | Panacur | | arrived here Sept 8, 10 |
| | 2-13-12 | Panacur | | Fly Repellent ointment on both ears 7/5/11 |
| | 10-20-13 | Panacur | | |
| | 2-15-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " g " p.3

| SPECIES  Serval | | | Casaya | DOB 7-14-06 |
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| 10-4-12 OK | 10-1-10 | Panacur | Kitten vaccine at | arrived 10-25-09 |
| | 10-5-11 | Panacur | 6-9-12-16 & 20 wks | detoxed on # 4 4 (declawed 10-4-06) |
| | 9-1-12 | Panacur | #A47 rabies 10-26-06 | Advantage 8-10-10 |
| | 10-4-13 | Panacur | rabies 11-2-08 | Fipronil + smethoprene treatment 7/6/11 |
| | | | 11-2-08 4 way vaccine | Frontline 8-10-12 Frontline 7-13-12 |
| | | | | |

## VACCINATION RECORD

| AGE | DATE | Rabies | Panleukopenia | Rhinotracheitis | Calicivirus | Chlamydia | Leukemia | FIP | |
|---|---|---|---|---|---|---|---|---|---|
| 6 WKS | 9-3 | | X | X | X | X | | | 06 |
| 9 WKS | 10-4 | | | | X | X | | | 06 |
| 12 WKS | 10-28 | X | X | X | X | X | X | X | 06 |
| 16 WKS | 11-30 | | | | | X | X | | 06 |
| 20 WKS | 12-28 | | | | | | X | | 06 |
| 1 YR | 10-4 | X | X | X | X | X | X | | 07 |
| 2 YRS | 11-2 | X | X | X | X | X | X | | 08 |
| 3 YRS | | | | | | | | | |
| 4 YRS | | | | | | | | | |
| 5 YRS | | | | | | | | | |
| 6 YRS | | | | | | | | | |
| 7 YRS | | | | | | | | | |
| 8 YRS | | | | | | | | | |
| 9 YRS | | | | | | | | | |
| 10 YRS | | | | | | | | | |
| 11 YRS | | | | | | | | | |
| 12 YRS | | | | | | | | | |
| 13 YRS | | | | | | | | | |
| 14 YRS | | | | | | | | | |
| 15 YRS | | | | | | | | | |
| 16 YRS | | | | | | | | | |
| 17 YRS | | | | | | | | | |
| 18 YRS | | | | | | | | | |
| 19 YRS | | | | | | | | | |
| 20 YRS | | | | | | | | | |

## IMMUNIZATION

Many feline diseases can now be prevented through vaccination. A vaccination schedule prepared by your veterinarian can thus greatly contribute to good health and a longer life span for your cat. Below are the most important diseases for which vaccines are currently available:

**Rabies**, one of the world's most publicized and feared diseases, is almost always fatal. Rabies virus attacks the brain and central nervous system, and is transmitted to humans chiefly through the bite of an infected animal. In 1981-82, for the first time, more cats than dogs were reported to have rabies. This situation has led many authorities to recommend rabies vaccination for all cats.

**Feline panleukopenia** (feline distemper) is among the most widespread of all cat diseases, and is extremely contagious. Characterized by fever, loss of appetite, vomiting and diarrhea, feline panleukopenia causes high death loss, particularly among kittens.

**Feline viral rhinotracheitis** (FVR) is a highly contagious respiratory disease characterized by sneezing, loss of appetite, fever, and eye inflammation. As the disease progresses, a discharge is noticeable from both nose and eyes.

**Feline calicivirus** (FCV) is another serious feline respiratory infection. Often occurring simultaneously with feline viral rhinotracheitis. Signs of infection are similar to FVR (fever, loss of appetite, nasal discharge), but calicivirus-infected cats may also have ulcers on the tongue.

**Feline pneumonitis**, is caused by the organism *Chlamydia psittaci*. Signs of pneumonitis are similar to those of FVR and FCV (sneezing, fever, loss of appetite, nasal discharge, inflamed eyes).

**Feline leukemia** is a viral disease which can take several forms. Some cats have transient infections with few ill effects. Others have persistent infections varying in severity, some of which may be fatal over time. Extensive scientific research has shown no relationship between feline leukemia and human leukemia.

**FIP** is a complex disease of cats caused by feline infectious peritonitis virus. The most commonly diagnosed

EXHIBIT " g " p. 4

6:14-cv-02034-JSS

Lucy

arrived April 2009
hand raised by Craig Perry

| SPECIES | Red Ruff Lemur | Female | born 11-2000 | |
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| 06-10-09 | 6-17-11 | Panacur | | Ivermectin dust 7-20-12 |
| | 5-15-12 | Panacur | | |
| | 6-1-13 | Panacur | | |
| | 5-1-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " g " p.5

| SPECIES | Ring Tail Lemurs | | M&F | born 2008(?) Chuki & Kondo | |
|---|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO | |
| | 6-17-11 | Panacur | | arrived 9-8-10 about | |
| | 5-5-12 | Panacur | | 9 yrs. old | |
| | 6-1-13 | Bnzur | | Kondo died 7-31-11 | |
| | 5-1-14 | Panacur | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBIT " g " p.6

6:14-cv-02034-JSS

| SPECIES Coyotes | | | Goesche & Lolet | born 4-7-10 |
|---|---|---|---|---|
| **FECAL EXAM** | **WORMING** | **PRODUCT** | **VACCINATIONS** | **MISC. TREATMENTS & INFO** |
| | 6-15-11 | Pyrantal pamoate | | arrived 7-31-10 |
| | 7-1-12 | Pyrantal pamoate | | Separated 2 females from because of dominate issues 5-5-12 |
| | 5-4-13 | Panacur | | |
| | 6-5-14 | Pyrantal pamoate | | Goesche bit on front foot by sister May 1, 2014 rebit through fence I put up to keep them from fighting May 18, 2014 treated with oral Amoxicillin in water = 7 days. ok |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

75% Wolf hybrids

2 pups from G&U Park, O(
arrived 3-17-10

| SPECIES | 3 wolves from Harold Hansen | | 2 males 1 female | born 12-29-07 born |
|---------|---------|---------|--------------|------------------------|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| | 9-1-09 | panacur | | treated for ticks |
| | 2-15-10 | pyrantel pamoate | | upon arrival 7-22-09 d 8-1-09 |
| | 3-21-10 | panacur | pups 4-1-10 5 way vaccine | 2 bottle-fed pups arrived 3-17-10 |
| | 6-15-11 | pyrantel pamoate | 4-28-10 5 way vaccine | lost 1 pup (Woskanda) 6-25-10 |
| | 5-7-12 | panacur | | |
| | 5-K-13 | panacur | | |
| | 6-1-14 | pyrantel pamoate | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

old female died 2-28-13

EXHIBIT " g " p.8

| SPECIES Tiger (Sher Khan) | | | | born 1994 |
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| 1-9-06 | 1-13-06 | Panacur | | came to us at 10 yrs old |
| 1-3-07 ok | 5-30-09 | Panacur | | declawed, Noted that told |
| 5-28-08 OK | 6-1-10 | Panacur | | at by Dr. Esch that lower right canine is split |
| 5-19-09 OK | 5-16-11 | Panacur | | died 2-23-14. old age |
| | 4-6-12 | Panacur | | |
| | 5-2-13 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

born April '02

| SPECIES | Tiger (white) | | Sascha | |
|---|---|---|---|---|
| **FECAL EXAM** | **WORMING** | **PRODUCT** | **VACCINATIONS** | **MISC. TREATMENTS & INFO** |
| 5-28-08 OK | | | | arrived 10-28-07 missing 1 rear (declawed on all 4) toe |
| 5-19-09 stonach | 5-30-09 | Panacur | | |
| 5-21-10 OK | 6-1-10 | Panacur | | |
| | 5-16-11 | Panacur | | |
| | 4-6-12 | Panacur | | |
| | 5-2-13 | Panacur | | |
| | 4-30-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " J " p.10

6:14-cv-02034-JSS

| SPECIES | Tiger | | (Keirhan) born 8-26-05 Sheba x Sherkhon | |
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| 10-18-05 OK | 1-13-06 | Panacur | 2-18-06 killed Garry | CBC panel 10-18-05 |
| 1-3-07 OK | 5-30-09 | Panacur | 3-10-06 killed 4 way | Anemia iron 10-26-05 |
| 5-28-08 OK | 6-1-10 | Panacur | | MSM for swollen leg 10-20-05 |
| 5-19-09 stomach | 5-16-11 | Panacur | | Kidney infection Clavamox 250 mg 1-9-06 |
| | 4-6-12 | Panacur | | 10-7-06 - tail bit treated with tea tree oil - shaved |
| | 5-2-13 | Panacur | | |
| | 4-30-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " g " pitt

| SPECIES | Tiger (Mini) | | Born 12-7-04 | Sheba x Sherkhan |
|---|---|---|---|---|
| **FECAL EXAM** | **WORMING** | **PRODUCT** | **VACCINATIONS** | **MISC. TREATMENTS & INFO** |
| 3-8-05 OK | 1-13-06 | Panacur | 4 way killed 1-15-05 | born with crossed |
| 1-9-06 OK | 5-30-09 | Panacur | 4 way killed 2-1-05 | eyes. bottle fed |
| 1-3-07 OK | 6-1-10 | Panacur | | from day 1 - rejected |
| 5-28-08 OK | 5-6-11 | Panacur | | by mother. Oasis colostrum |
| 5-19-09 OK | 4-6-12 | Panacur | | product from Dr. Gary Rusillo |
| | 5-2-13 | Panacur | | |
| | 4-30-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " g " p.12

**SPECIES** Tiger (Natasha) born 6-15-03  Broward's Oakidge Zoo Smithfield, IL

| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
|---|---|---|---|---|
| 1-9-06 | 1-13-06 | Panacur | Killed 4 way 7-30-03 | |
| 1-3-07 OK | 5-30-09 | Panacur | Killed 4 way 8-17-03 | |
| 5-28-08 OK | 6-4-10 | Panacur | | Natasha became SherKhan's cage mate March 20, 2012 |
| 5-19-09 OK | 5-16-11 | Panacur | | Had 2 cubs 8-12-12 good mom |
| | 4-6-12 | Panacur | | |
| | 5-2-13 | Panacur | | |
| | 4-30-14 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " g " p.13

| SPECIES | Tiger (Luna) Female | | | DOB 6-03 | |
|---|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO | |
| | 8-1-14 | Panacur | 4 way killed 1-14 | arrived 7-10-14 | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

EXHIBIT " g " p.14

| SPECIES | Tiger (Caspar) white male | | DOB 6-04 | |
| --- | --- | --- | --- | --- |
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| | | | Killed 4 way 1-14 | arrived 7-10-14 declawed |
| | 8-1-14 | Panacur | | on fronts only |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " 8 " p.15

6:14-cv-02034-JSS

(Natasha x SherKhan)

| SPECIES | Tiger | | Rayohn &Raoul | born 8-12-12 |
|---------|-------|--|----------------|--------------|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| | 6-12-12 | Panacur | Killed 4 way | pulled & bottled at 10 days |
| | 6-19-13 | Panacur | Vaccine 10-1-12 | 11-20-12 Raoul went |
| | 5-4-14 | Panacur | Booster 4 way 11-3-12 | to Elder vet for pulled Liyament in back legs - ok |
| | | | | Raoul -quick pneumonia 1-1-13, given Naxcel. |
| | | | | Excede, Onyhet & Depasone as prescribed by Dr. Preiss. Cub |
| | | | | died 1-13 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " 8 " p.16

6:14-cv-02034-JSS

**SPECIES** Tiger (Natasha) born 6-15-03  Browns Oakridge Zoo Smithfield, IL

| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
|---|---|---|---|---|
| 1-9-06 | 1-13-06. | Panacur | killed 4 way 7-30-09 | |
| 1-3-07 OK | 5-30-09 | Panacur | Killed 4 way 8-17-03 | |
| 5-28-08 OK | 6-1-10 | Panacur | | Natasha became Sher Khan age mate March 20, 2012 |
| 5-19-09 OK | 5-16-11 | Panacur | | Had 2 cubs 8-12-12 good mom |
| | 4-6-12 | Panacur | | |
| | 5-2-13 | Panacur | | |
| | 4-30-14 | Panacur | | |
| | 6-28-15 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " 8 " p. 17

**SPECIES** Tiger (Keirhan) born 8-26-05 Shabax Sharkhan

| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
|---|---|---|---|---|
| 10-18-05 ok | 1-13-06 | Panacur | 2-18-06 killed Gary | CBC panel 10-18-05 |
| 1-3-07 ok | 5-30-09 | Panacur | 3-10-06 killed 4 way | Anemic iron 10-26-05 ABM for swollen leg 10-20-05 |
| 5-28-08 OK | 6-1-10 | Panacur | | Kidney infection Clavamox 250mg 1-9-06 |
| 5-19-09 stool | 5-16-11 | Panacur | | 10-7-06 - tail but treated with tea tree oil - shortened tail |
| | 4-6-12 | Panacur | | |
| | 5-2-13 | Panacur | | |
| | 4-30-14 | Panacur | | |
| | 6-28-15 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " 8 " pg 18

6:14-cv-02034-JSS

**SPECIES** Tiger (Miraj)  born 12-7-04  Shobax Sharkhan

| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
|---|---|---|---|---|
| 3-8-05 ok | 1-13-06 | Panacur | 4 way killed 1-15-05 | born with crossed |
| 1-9-06 OK | 5-30-09 | Panacur | 4 way killed 2-1-05 | eyes. bottle fed |
| 1-3-07 OK | 6-1-10 | Panacur | | from day 1 - rejected |
| 5-28-08 OK | 5-16-11 | Panacur | | by mother. Oasis colostrum |
| 5-19-09 OK | 4-6-12 | Panacur | | product from Dr. Gary Pusillo |
| | 5-2-13 | Panacur | | 6-13-15 quick breathing |
| | 4-30-14 | Panacur | | partial paralysis, lesion |
| | | | | on left rear feet |
| | | | | from not being able |
| | | | | to bear weight properly |
| | | | | vet treated for 3 wks |
| | | | | Miraj was euthanized |
| | | | | by Dr. Pries 7-1-15 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " 8 " p.19

6:14-cv-02034-JSS

Dog Id._____ Name: _Miiraq_____ USDA: _Tiger_

Date of Illness: _6_ / _3_ / _15_  Symptoms: _heavy quick breathing_

_after 6-10 partial paralysis in rear leg, lesion on back_
_pastern, lesion opened & is draining, swollen foot_
Diagnosis: _____

Diagnosed By: _____
Medication                Dosage            How Given

_____      _____      _____

_____      _____      _____

_____      _____      _____

| DATE | AMOUNT GIVEN | AM | PM |
|------|--------------|----|----|
| 6-3-15 | Baytril injection 4cc | | X |
| 6-3-15 | Banamine injection 4cc | | X |
| 6-4 | | | X |
| 6-5 | | | X |
| 6-6 | | | X |
| 6-7 | oral amoxicillin in water 2750mg | | |
| 6-8 | | | |
| 6-9 | | | |
| 6-10 | | | |
| 6-11 | | | |
| 6-12 | oral tetracycline in water | | |
| 6-13 | | | |
| 6-14 | | | |
| 6-15 | | | |
| 6-16 | | | |
| 6-17 | 4cc banamine injectable | | X |
| 6-18 | | | X |
| 6-22 | oral tetracycline | | |

_Miraj euthanised by Dr. Pites 7-1-15_

EXHIBIT "8 p.u"

**Elkader Veterinary Clinic**
24642 Hwy 13
 ider, IA  52043-8003
Ph: 563-245-1633
Fax: 563-245-1632

Thomas Sellner
1512 210th St.
Manchester, IA  52057

**STATEMENT**

| STATEMENT # | BILLING DATE | ACCT. NUM | AMT ENCLOSED |
|---|---|---|---|
| 71279 | 07/31/2015 | SELTHO | |

| DATE | INVOICE NO. | DESCRIPTION | QUANTITY | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| | | Previous Balance | | | | 129.57 |
| 07/02/2015 | 143554 | INVOICE DETAILS : | | | | |
| | | **Tiger** | | | | |
| 07/01/2015 | | • Trip Regular Charge | 1 | 37.00 | | |
| 07/01/2015 | | • Prof. Time, euthanized Tiger | 15 | 33.75 | | |
| 07/01/2015 | | • Beuthanasia-D  100cc Vial | 0.3 | 32.07  (+TX) | | |
| 07/01/2015 | | • Rompun/Per Cc | 4 | 4.00  (+TX) | | |
| 07/01/2015 | | • Ketaset Per Cc | 8 | 16.00 | | |
| 07/01/2015 | | • Torbugesic- Per Cc | 4 | 24.00 | | |
| | | Employee(s): | | | | |
| | | Dr. John Pries | | | | |
| | | Completed Invoice #143554 | | 149.34 | | 278.91 |
| 22/2015 | 144438 | Payment On Account : Check  1105 | | | 129.57 | 149.34 |

| 0-30 | 31-60 | 61-90 | Over 90 | Beginning Balance | Current Charges | Total Credits | Total Due |
|---|---|---|---|---|---|---|---|
| $ 149.34 | $ 0.00 | $ 0.00 | $ 0.00 | $ 129.57 | $ 149.34 | $ 129.57 | $ 149.34 |

Payment is expected by the 15th of the month.
Finance charge of 2% monthly if not paid by the 15th of the month.
Be sure to "LIKE" us on Facebook!! http://www.facebook.com/ElkaderVeterinaryClinicPc

EXHIBIT " 

6:14-cv-02034-JSS

(Natasha X Sher Khan)

| SPECIES Tiger | | | Rajohn & Raoul born 8-12-12 | |
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| | 6-12-12 | Panacur | killed 4 way | pulled & bottled at 10 days |
| | 6-19-13 | Panacur | Vaccine 10-1-12 | 11-20-12 Raoul went |
| | 5-4-14 | Panacur | Booster 4 way 11-3-12 | to Elkader vet for pulled ligamentia back legs - OK |
| | 6-28-15 | Panacur | | Raoul - quick pneumonia 6-1-13 given Naxcel, Excede, Onplet & Pegasone as prescribed by Dr. Preiss. Cub died 6/13 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " 8 "
p.22

6:14-cv-02034-JSS

born April '02

| SPECIES | Tiger (white) | | Sascha | |
|---|---|---|---|---|
| FECAL EXAM | WORMING | PRODUCT | VACCINATIONS | MISC. TREATMENTS & INFO |
| 5-28-08 OK | | | | arrived 10-28-07 missing 1 rear (declawed on all 4) toe |
| 5-19-09 stomach | 5-30-09 | Panacur | | |
| 5-21-10 OK | 6-1-10 | Panacur | | |
| | 5-16-11 | Panacur | | |
| | 4-6-12 | Panacur | | |
| | 5-2-13 | Panacur | | |
| | 4-30-14 | Panacur | | |
| | 6-28-15 | Panacur | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

EXHIBIT " 𝒳 " p.23

6:14-cv-02034-JSS