

DEFENDANTS' EXHIBIT "K" p.1

6:14-cv-02034-JSS



EXHIBIT "K" p.2

6:14-cv-02034-JSS



EXHIBIT "K" p.3

6:14-cv-02034-JSS



EXHIBIT "K" p.4

6:14-cv-02034-JSS



EXHIBIT "K" p.5

6:14-cv-02034-JSS



EXHIBIT "K" p.6

6:14-cv-02034-JSS



EXHIBIT "K" p.7

6:14-cv-02034-JSS



EXHIBIT "K" p.8

6:14-cv-02034-JSS



EXHIBIT "K" p.9

6:14-cv-02034-JSS



EXHIBIT "K" p.10

6:14-cv-02034-JSS



EXHIBIT " K " p.11

6:14-cv-02034-JSS



EXHIBIT "K" p.12

6:14-cv-02034-JSS



EXHIBIT "K" p.13

6:14-cv-02034-JSS