

## Certified Member

| | |
|---|---|
| Pamela Sellner | October 2014 |
| Name | Expiration |
| General | |
| Membership Type | |
| 4508 | Registered | Advanced |
| ID# | Handler Status | Level |

This card certifies that the above stated person is an official member of the FCF, helping to maintain and protect our wild feline resources for future generations.

260

DEFENDANTS' EXHIBIT "L" p.1