

# USDA

United States
Department of
Agriculture

Animal and Plant
Health Inspection
Service

Animal Care
Western Region

2150 Centre Ave.
Building B
Mail Stop # 3W11
Ft. Collins, CO 80526
Phone: 970/494-7478

# PROGRAM OF VETERINARY CARE INSTRUCTIONS

*The enclosed Program of Veterinary Care (PVC) should be completed and signed by your attending veterinarian and must be signed by you.

*Keep the properly completed PVC as part of your records that will be reviewed by your USDA inspector.

*DO NOT send the completed PVC form to this office.

*You need a new PVC form only if you change your attending veterinarian.

*You need to update your PVC form and have it re-signed by your attending veterinarian any time you add a new species of animal to your facility or make any other changes in the veterinary care you are providing.

*This sheet may be used as a means to document your attending veterinarian's visit to your facility. If you choose to use it for that purpose, have your attending veterinarian sign and date this sheet during each visit to your facility. This sheet should be kept with your PVC.

| Veterinarian Signature | Date |
|---|---|
| John M Parker, DVM | 10/17/10 |
| John M Parker, DVM | 5/24/11 |
| John M Parker, DVM | 9/17/12 |
| John M Parker, DVM | 9/30/13 |
| John M Parker, DVM | 8/25/14 |
| Veterinarian Signature | Date |
| Veterinarian Signature | Date |
| Veterinarian Signature | Date |
| Veterinarian Signature | Date |

Note: This is an optional document to assist licensees/registrants in meeting the requirements of the regulations. Licensees/Registrants may develop their own formats if desired.



APHIS Safeguarding American Agriculture
APHIS is an agency of USDA's Marketing and Regulatory Programs

An Equal Opportunity Provider and Employer

DEFENDANTS' EXHIBIT "M" p.1