# 21-Day Reproduction Record

DHIA 211 **2**

| AUGUST 2013 | AUGUST 2013 | SEPTEMBER 2013 | OCTOBER 2013 | OCTOBER 2013 |
|---|---|---|---|---|
| 2<br>78° | 23<br>(heat [illegible])<br>93° | 13<br>Sharpe heat<br>(Stage from [illegible])<br>69° | 4<br>Heidi & Dolly heat<br>52° ½" rain | 25<br>49° |
| 3<br>79° | 24<br>[illegible]<br>95° humid | 14<br>Henderson<br>Petting Zoo<br>69° | 5<br>[illegible]<br>68° | 26<br>[illegible]<br>[illegible] |
| 4<br>75° | 25<br>97° humid | 15<br>[illegible] Petting Zoo<br>72° ⅖" rain | 6<br>58° | 27<br>[illegible] Day<br>55° |
| 5<br>Roma calved [illegible]<br>79° 1" rain | 26<br>Farr bull PM<br>99° humid heat [illegible] | 16<br>Dried [illegible]<br>[illegible]<br>72° | 7<br>Sold Tabby [illegible]<br>Tara - [illegible]<br>Keitan - [illegible]<br>65° | 28<br>[illegible]<br>52° [illegible] |
| 6<br>Dried Dee<br>Karla<br>[illegible]<br>85° humid | 27<br>[illegible]<br>(Changed [illegible])<br>97° humid | 17<br>Cynthia [illegible]<br>dried<br>65° | 8<br>Kora - hfr PM<br>Dez - bull PM<br>76° | 29<br>([illegible])<br>54° |
| 7<br>[illegible] | 28<br>Jeri - hfr PM<br>[illegible] humid | 18<br>[illegible]<br>65° 6/10" rain | 9<br>Dried Elle<br>No [illegible]<br>70° | 30<br>Loren hfr<br>55° 3/10" rain |
| 8<br>[illegible] | 29<br>Fergie 4<br>all [illegible]<br>90° humid | 19<br>Dolly hfr PM<br>[illegible]<br>58° [illegible] rain | 10<br>70° | 31<br>54° drizzle am |
| 9<br>trimmed 13 cows [illegible] blocks<br>79° | 30<br>Tara heat<br>([illegible]) [illegible]<br>99° [illegible] rain | 20<br>Loma - hfr [illegible]<br>[illegible] | 11<br>Design - hfr PM<br>74° | NOVEMBER<br>([illegible]) ([illegible])<br>52° |
| 10<br>[illegible]<br>[illegible] | 31<br>[illegible]<br>95° humid | 21<br>[illegible]<br>67° | 12<br>([illegible])<br>68° | 2<br>([illegible])<br>52/33° |
| 11<br>Dried [illegible]<br>[illegible] | SEPTEMBER<br>1<br>[illegible]<br>[illegible] | 22<br>Jasmine [illegible]<br>[illegible] | 13<br>Tilli [illegible]<br>65/37° | 3<br>52° [illegible] |
| 12<br>[illegible] | 2 | 23<br>Sold [illegible]<br>[illegible] | 14 | 4 |

DEFENDANTS' EXHIBIT "N" p. 1

6:14-cv-02034-JSS



Dairy Records Management Systems

EXHIBIT "N" p.2

6:14-cv-02034-JSS

# 21-Day Reproduction Record

DHIA 21

| APRIL 2013 | MAY 2013 | MAY 2013 / JUNE | JUNE 2013 | JULY 2013 |
|---|---|---|---|---|
| 19 Lilly 2F Beef; 57/26° windy [illegible] | 10 Sold 7 lambs [illegible] | 31 80° | 21 Ariel [illegible] 85° 2 3/10" rain | 12 Dried Polly NO TUBES [illegible] 80° |
| 20 57/35° | 11 52/33° windy | JUNE 1 Raoul [illegible] 75° | 22 90° [illegible] | 13 [illegible] |
| 21 [illegible] 58/40° | 12 [illegible] 57/52° [illegible] | 2 Honey [illegible] Tabby 73° | 23 [illegible] 65° | 14 [illegible] 63° |
| 22 Baleage Silage 63°/25° | 13 trim hooves cows 72/56° | 3 [illegible] 70° 3/10" rain | 24 Sold 3 [illegible] [illegible] 65° [illegible] rain | 15 Baleage 63° humid |
| 23 40/25° | 14 [illegible] 75°/60° | 4 6.22 [illegible] 61° 1/10" rain | 25 [illegible] 88° | 16 Ariel [illegible] 93° humid |
| 24 Sold Kennedy (M) 53°/30° | 15 [illegible] Pesi heat [illegible] 80° | 5 [illegible] 68° 6/10" rain | 26 Baleage [illegible] 90° [illegible] rain | 17 [illegible] 94° humid |
| 25 57°/47° | 16 Dead health Dried [illegible] NO TUBES 80° | 6 Dried Kelly NO TUBES 67° 5/10" rain | 27 3 [illegible] 88° humid | 18 93° humid |
| 26 Barn Swallows home 65°/45° | 17 put [illegible] 20 [illegible] 90° | 7 68° | 28 2T [illegible] 85° [illegible] | 19 Dried [illegible] NO TUBES 95° [illegible] |
| 27 [illegible] Cattle [illegible] 60°/34° | 18 [illegible] 82° [illegible] | 8 [illegible] 74° | 29 [illegible] 70° | 20 [illegible] 85° [illegible] |
| 28 77°/49° | 19 [illegible] 85° 4/10" rain [illegible] | 9 Baleage 68° | 30 [illegible] 75° | 21 [illegible] 63° |
| 29 | 20 [illegible] | 10 | JULY 1 [illegible] | 22 |

EXHIBIT "N" p. 3

6:14-cv-02034-JSS

EXHIBIT "N" p.4

6:14-cv-02034-JSS

# 21-Day Reproduction Record

DHIA 211 1

| FEBRUARY 2012 | MARCH 2012 | APRIL 2012 | APRIL 2012 | MAY 2012 |
|---|---|---|---|---|
| 24 — 33/16 | 16 Bought 2 llamas from Mike Bachenhedt M/F — 78° | 6 Herd Health Okie-PH — 58° | 27 — 52° | 18 Lorene - Hfr Blk beef hfr - bull — 86° |
| 25 — 28/10 | 17 lost BS beef cow — 81° | 7 Honey heat? — 59° | 28 — 47° 6/10" rain | 19 Patty - Hfr Kalamazoo — 88° windy |
| 26 Heather heat — 40° | 18 Elise heat — 79° | 8 Dirt to Chris Bale — 62° | 29 — 47° 7/10" rain | 20 planted corn — 75° windy |
| 27 Daisy Mae 2 Jack Allysa, Sadie heat — 36° | 19 Onions AM Eli heat — 79° 1/4" rain PM | 9 tested cows — 68°/27° windy | 30 Sold Highland bull — 57° | 21 — 75° |
| 28 Dried Jackie (two tubes) — 34° H. rain 1" rain | 20 — 77° | 10 — 51/25° | MAY 2012 1 — 65° 1/2" rain PM | 22 Started new ration 2005 Sold Bonnie cow — 82° |
| 29 wind & rain snow — 38° snow 1/2" | 21 — 75° | 11 Okie dried Sold Heather | 2 — 79° 1/4" rain | 23 — 83° windy |
| MARCH 1 Kallie Edie heat — 38° | 22 Okie hfr Neutered PC — 69° 1/2" rain | 12 — 62° | 3 — 84° | 24 Bree - bull hfr Talene hfr — 84° |
| 2 Erin aborted — 33° 1 1/2" rain | 23 Baby Kinks jar — 71° 1/4" rain PM | 13 Windy Fremont — 52° | 4 Sold Highland Dry Fremont Ally — 77° | 25 milk inspector — 78° 1 1/2" rain PM |
| 3 — 32° | 24 Kalamazoo Bonnie heat — 65° 1/4" rain | 14 1/4" rain PM — 69° | 5 — 80° | 26 opening day — 79° |
| 4 Tabby heat — 27° 1" snow | 25 Elena heat — 58° | 15 Daisy, Kallie — 75° windy | 6 — 75° | 27 Started — 95° |
| 5 tested PM | 26 | 16 | 7 3 cows | 28 Sprayed corn |

EXHIBIT "N" p. 5

6:14-cv-02034-JSS

| MARCH 2012 | APRIL 2012 | APRIL 2012 | MAY 2012 | JUNE 2012 |
|---|---|---|---|---|
| Dried Okre 31° | 60° 27 AMPI mtg | 58° Windy | 70° | 56° Rams - 1/4" rain |
| 6 Dried Eva Natasha w/ Sterling 65° 3/10" rain | 27 1st Lactated heifer Alyssa's head 75° | 17 State vet USDA 200 60° | 8 Heifer calf from 628 Dried Sam 65° | 29 Exchange 78° |
| 7 38° | 28 3rd crop baleage 60° | 18 79° | 9 Best Day CT Sitterings | 30 CT Sitterings By Stevens 75° |
| 8 3rd crop baleage 39° | 29 62° 1 1/2" rain | 19 60° | 10 Dolly heat Heidi heat 72° | 31 71° 1/2" rain |
| 9 40° | 30 pulled baby 59° | 20 Matilda w/ 58° 1/2" rain | 11 50° | JUNE 1 65° |
| 10 Sold Sasha Hilbright heat 69° | 31 moved barn 1st time 57° 1/4" rain | 21 58° | 12 Dried Shiloh 78° | 2 Sheared Hannah 68° |
| 11 61° 3/10" rain | APRIL 1 Dena heat 62° | 22 Dried Lila 57° | 13 Pearl heat 74° | 3 Julie dried 75° 1/4" rain |
| 12 Sold Kallie 57° | 2 68° | 23 Angora rabbit w/ buck 57° | 14 Molucca from Rob 80° | 4 Dried Elsie Stella Olive 79° |
| 13 75° | 3 68° | 24 new white doe 72° | 15 Carmel heat Dried Bree 88° | 5 Eli heat 80° |
| 14 Heidi heat 72° | 4 dead baby 61° 1/10" rain | 25 70° | 16 2:00 USDA inspection 90° | 6 80° |
| 15 75° | 5 Dried Lorene 60° | 26 60° | 17 herd health DS1 heat 76° | 7 Sold 72° |

Dairy Records Management Systems

EXHIBIT "N" p.6

6:14-cv-02034-JSS

# 21-Day Reproduction Record

DHIA 211 **3**

| SEPTEMBER 2012 | OCTOBER 2012 | NOVEMBER 2012 | NOVEMBER 2012 | DECEMBER 2012 |
|---|---|---|---|---|
| 21 Brett Frank (Thurs) heat 9° | 12 54° | 2 F-Coin born [illegible] 50° | 23 [illegible] 30° [illegible] | 14 [illegible] |
| 22 Fran[illegible] [illegible] | 13 65° 1/2" rain | 3 [illegible] 49° | 24 [illegible] 3[illegible] | 15 [illegible] |
| 23 Chopped Tom Stay [illegible] | 14 Sibyl heat [illegible] rain | 4 [illegible] | 25 [illegible] | 16 [illegible] |
| 24 FARM Audit 13° | 15 Basil bull pm 65° | 5 Sold Lorene - [illegible] $623 [illegible] 48° | 26 [illegible] 30°/[illegible] | 17 (LP) [illegible] |
| 25 | 16 Leon bull [illegible] 70° | 6 47° [illegible] | 27 32° | 18 [illegible] |
| 26 Zina heat got cat food horses [illegible] | 17 54° 1/10" rain | 7 Brazil Boonie & Delilah [illegible] Tubes [illegible] 47° | 28 Patches [illegible] 38° | 19 [illegible] heat [illegible] snow [illegible] |
| 27 Lemon - bull calf [illegible] | 18 Sold Lib[illegible] [illegible] | 8 Joby came up 47° | 29 50° | 20 Blizzard Warning [illegible] |
| 28 Sold beef calf $1170.11 [illegible] 14° | 19 47° 1/10" rain | 9 Karm - [illegible] 62 [illegible] 54° | 30 Lauren - bull calf 45° | 21 [illegible] Fire [illegible] |
| 29 Sold Leon calf $[illegible] Bagheera [illegible] | 20 52° | 10 Dee - heat Sold [illegible] 71° | DECEMBER 48° drizzle/fog | 22 [illegible] 26° [illegible] |
| 30 Jessy [illegible] | 21 58° | 11 68-33 [illegible] 1 1/2" rain | 2 [illegible] | 23 30° |
| OCTOBER | 22 | 12 [illegible] | 3 [illegible] | 24 [illegible] |

EXHIBIT "N" p. 7

6:14-cv-02034-JSS

| OCTOBER 2012 | NOVEMBER 2012 | NOVEMBER 2012 | DECEMBER 2012 | JANUARY 2013 |
|---|---|---|---|---|
| 2 — 4° | 23 — 67° 7/10" rain | 13 — 33° [illegible]; Mn [illegible] | 4 — 16° [illegible]; herd health | 25 — 34°/15°; [illegible] |
| 3 — 13°; Holly heat, scattered manure on corn ground | 24 — 75°; [illegible] | 14 — 45° | 5 — 54°/26°; [illegible] | 26 — 18°/14°; [illegible] |
| 4 — 5°; Faus heat | 25 — 79°; [illegible] pulled, [illegible] | 15 — 47°; [illegible] heat | 6 — 48°; Window [illegible] Activity | 27 — 23°/3°; Basil heat |
| 5 — 4°/32°; Telene heat | 26 — 70°-39°; got back from L. Stone | 16 — 49°; Telene heat, Nsjb [illegible] | 7 — 45°; Eva [illegible] | 28 — 27°/17°; [illegible] |
| 6 — 60°/28°; baled cornstalks | 27 — 44° | 17 — 50°; [illegible] | 8 — 45°; [illegible] | 29 — 33° ½" snow |
| 7 — 45°/36°; [illegible] | 28 — 44°; [illegible] | 18 — 58°; [illegible] | 9 — 34°; ½" snow; [illegible] | 30 — 32°; [illegible] |
| 8 — 53°; tested cows | 29 — 45° | 19 — 57°; [illegible] | 10 — 22°; [illegible] | 31 — 25°; [illegible] |
| 9 — 4°; Freshening [illegible] | 30 — 53° | 20 — 58° | 11 — 29°/14° | JANUARY 1 — 13°/-3° |
| 10 — 55°/39° 7/10" rain | 31 — 55°; [illegible] | 21 — 58°; Sold Bacca, low prod. | 12 — 34°/17°; [illegible] | 2 — 15°/4°; [illegible] |
| 11 — 58°; Blk old beef [illegible]; 59° | NOVEMBER 1 — 54°; Tzhz- hft AM; 56° | 22 — 57°; [illegible] | 13 — 45°/36°; [illegible]; 45° | 3 — 22°/12°; (grain mix) Fuwa SC [illegible]; 17° |

Dairy Records Management Systems

EXHIBIT "N" p. 8

6:14-cv-02034-JSS

# 21-Day Reproduction Record

DHIA 211 **2**

| JUNE 2012 | JUNE 2012 | JULY 2012 | AUGUST 2012 | AUGUST 2012 |
|---|---|---|---|---|
| 8 Erin - bred 95° | 29 USDA [illegible] 52° | 20 Dried [illegible] [illegible] | 10 Sold 10 [illegible] 4 goats 79° | 31 93° |
| 9 Scottish Highland HFT. 97° | 30 [illegible] 99° | 21 [illegible] Named Lorene [illegible] 96° | 11 Vet [illegible] [illegible] Elle [illegible] 99° | SEPTEMBER 76° |
| 10 Eva - Hfr [illegible] 89° 1/4" rain PM | JULY 1 [illegible] Hfr PM 98° | 22 [illegible] All goats [illegible] 92° | 12 Natasha - 2 [illegible] 3/10" rain 96° | 2 Kelly - [illegible] |
| 11 92° | 2 [illegible] 95° | 23 [illegible] PM 102° | 13 90° | 3 Fern - Bull [illegible] PM 96° |
| 12 71° | 3 Daniel [illegible] Heat warning 95° | 24 Closed [illegible] Jeri - twins PM [illegible] 91° | 14 [illegible] 81° | 4 [illegible] 94° |
| 13 70° | 4 [illegible] PM [illegible] 98° | 25 85° | 15 82° | 5 80° 7/10" rain AM |
| 14 Eileen - [illegible] PM [illegible] 76° | 5 Bree - bull [illegible] AM 98° | 26 83° | 16 4:15 AM tree [illegible] house 71° 7/10" rain | 6 90° |
| 15 Edna - bull PM 82° | 6 [illegible] Started [illegible] 99° | 27 85° | 17 [illegible] 70°/45° | 7 68° 2/10" rain |
| 16 85° | 7 Chester [illegible] 97° Cold front [illegible] | 28 Dried [illegible] 95° 7/10" rain | 18 [illegible] 70°/47° | 8 68° |
| 17 88° | 8 Tori - 2F PM Olive - M [illegible] 92° | 29 Dried [illegible] 80° | 19 [illegible] 70° [illegible] | 9 Millama [illegible] 68° |
| 18 Fanny - M PM | 9 [illegible] | 30 Bree [illegible] | 20 Mrs McGregor | 10 [illegible] |

EXHIBIT "N" p. 9

6:14-cv-02034-JSS

| JUNE 2012 | JULY 2012 | AUGUST 2012 | AUGUST 2012 | SEPTEMBER 2012 |
|---|---|---|---|---|
| 91° hot wind [illegible] 90° | | 93° [illegible] | 75° USDA insp. | 75° |
| 19 Tabby bred (bad leg) 92° | 10 83° | 31 Seth's [illegible] moss [illegible] 96° | 21 73°/47° | 11 Dried Korz Hope 4 Karli No Tubes Shirley heat 74° |
| 20 93° 5" rain | 11 Surveillance equipment from [illegible] 95° | AUGUST 1 93° | 22 Dee - magnet PM pulled tiger cubs PM 79° | 12 72° |
| 21 Leon bought 4 calves [illegible] 79° | 12 rabbit butchered to farm 75° | 2 [illegible] 95° | 23 Jelena heat 92° | 13 [illegible] heat Cocoa [illegible] 57° 1/10" rain |
| 22 80° | 13 4 hfrs home from [illegible] 85° 1/10" rain | 3 97° | 24 94° | 14 Sold 2 buck kids to Josh [illegible] 71° |
| 23 Shirley bull PM 91° | 14 Dried Kristen no tubes 85° 2/10" rain | 4 [illegible] 1/4" rain | 25 spike out [illegible] [illegible] 85° | 15 [illegible] 1st [illegible] 78° |
| 24 Shirley in bull 85° 1/2" rain | 15 93° | 5 Best [illegible] this year 90° [illegible] | 26 [illegible] no tubes [illegible] 75° | 16 [illegible] 76° |
| 25 Ellie hfr AM Gardens come up 85° | 16 93° | 6 95° | 27 Kristen - bull calf PM 85° | 17 Olive heat 41°/38° |
| 26 91° | 17 new mister nozzles PM 98° | 7 3rd cool [illegible] 92° | 28 85° | 18 62°/44° |
| 27 98° | 18 hoof trim AM Dried Pearl no tubes 100° | 8 82° | 29 Sold Denzel [illegible] Spike [illegible] 72° | 19 PJ [illegible] part of [illegible] maple tree came down 76° |
| 28 USDA investig[illegible] 95° | 19 Sold [illegible] Elvira / Pedro 85° | 9 85° 1/2" rain | 30 97° | 20 [illegible] |

Dairy Records Management Systems

EXHIBIT "N" p.10

6:14-cv-02034-JSS