**Wolves at CHZ...**
Lisa Kuehl [lkkuehl@gmail.com]
Sent: Thursday, June 12, 2014 8:02 PM
To: Danny Lutz



Here is a sign she had posted last July, promoting these wolves as "Timber Wolves" (and endangered). I have quite a few wolf photos from the past 2 years or so...I know you have some already, so are there any specials ones you might be most interested in? And what file size works for what you want to use them for? This is a "medium-sized" photo (I have iPhoto and that is how they list them...S,M,L or original.)

I cannot tell you if the wolves she has/had are actually timber wolves...her signage looks old and run down in and some cases is completely rusted. Hard to say if the signs reflect what is always in the enclosures.

DEFENDANTS' EXHIBIT " P " PLTFS0001636 p.1

6:14-cv-02034-JSS

Case 6:14-cv-02034-JSS   Document 70-84   Filed 10/16/15   Page 1 of 1