

## Animal Park Meat By-Product Agreement

This Agreement (the "Agreement") is made by and between _____, partner of _____, a Delaware limited liability company ("LDI"), with offices at _____, and the individual or entity identified on the signature page hereto ("Contractor");

The terms of this Agreement shall commence on February 1, 2012 and be in effect until January 31, 2013. If at any time, Contractor is not able to continue with the program, Contractor must notify LDI immediately and provide thirty (30) days written notice to discontinue service. LDI reserves the right to terminate the contract, for any reason, with thirty (30) days written notice of termination to the Contractor.

1. This Scope of Work relates to the management and collection of meat by-product from the locations designated by LDI (the "Sites"). This Scope of Work concerns the following Services.

    a) **General:**

    1) Contractor shall not instruct Sites regarding procedures relating to any meat by-product collections, i.e. how meat should be packaged, discarded, etc.
    2) Each site produces an average of 3,295 lbs of meat per month or 760 lbs per weekly service pick up. Please not that 760 lbs is an average, some store may have much more or much less with amounts varying by season. Please plan ahead to store meats during high volume times to be used during seasons with less volume.
    3) Meat by-product containers will include all kinds of meat, including: beef, fowl, pork, seafood, processed meats (lunch meat, hot dogs, etc), fried and rotisserie chicken, and mixed meat items. Not all products may be desired by your breed of animals and should be disposed of through legal means.
    4) Meat by-products are not to be for human consumption or profit.
    5) Contractor shall know the amount of meat will vary from week to week and season to season. Please freeze as much meat as possible to carry over into the "low" weeks.
    6) If Contractor is unable to utilize all the meat provided by the Sites, Contractor must dispose of the excess legally.

    b) **Collection, transport, and Recycling of Meat By-Products:**

    1) Upon arrival at Site, Contractor will communicate with responsible signor to introduce self, explain services, and provide a copy of a letter from LDI that indicates Contractor is authorized to perform the Services.
    2) Contractor shall safely and securely transport meat by-product from Site to Contractor's facility. Meat by-product is not to be transferred to other containers on site and containers are not to be cleaned on site. The site has no obligation to help move the barrels. Please bring appropriate equipment to manage the barrels such as: dollies, ramps, and towels to wide down any spillage.
    3) Contractor shall complete the applicable fields on the Used Product Shipping Paper (Attachment 1) while at the store to ensure compliance with federal law. Please ensure to complete the fields related to number of containers removed from store, number of clean barrels left at store, and Responsible Signor's Signature. All Used Product Shipping Papers will be submitted to LDI electronically.
    4) Contractor shall provide Sites with suitable containers that are clean, lockable and a minimum of 44 gallons, for the collection of these materials on-site. Containers cannot be washed onsite.
    5) Contractor shall manage the meat by-products through animal consumption, rendering or disposal.

DEFENDANTS' EXHIBIT "Q" p.1

6:14-cv-02034-JSS

1) Contractor will provide each Site with an adequate number of containers to meet rendering collection needs. If collection volumes rise during the course of the contract period Contractor will be required to provide additional containers.
2) Contractor will need enough containers to both transport meat by-product and leave clean containers at the Site. The quantity of barrels required varies from 2-10 barrels per store. LDI recommends Contractor should begin with at least 10 barrels with (5 to leave at the store and 5 for exchange). Sites can also provide Contractor with an idea of how many barrels will be needed at each Site.
3) The barrels are required to be 44-Gallon trash cans with locking lids.
4) LDI will provide Contractor stickers to be placed on each container which will read:

CALL FOR SERVICE

NOT FOR HUMAN CONSUMPTION

5) Contractor will maintain title to the containers and be responsible for the management and inventory of containers on each delivery. Upon each service pickup, Contractor must completely fill out the Used Product Shipping Document which will document the number of used containers picked up from the Site and the number of clean containers left on Site.
6) In the event a container is lost, reconciliation will be performed and given completeness and accuracy on the Used Product Shipping Documentation, Contractor will be reimbursed for lost containers.

2. This Scope of Work also obligates Contractor as follows:

a) **Point of Contact**

1) Contractor shall have one centralized point of contact for questions or issues related to the program. Below please provide the name, email address and phone numbers for this contact.

Name: Pam or Tom Sellner

E-Mail: Zookeepersrus@yahoo.com

Number: 563-927-6655

b) **Service Intervals:**

1) Initially service intervals will be weekly. Contractor may select the day of the week for pick up and coordinate the service date with the Site. Pickups should be during standard receiving hours.
2) Contractor shall notify LDI if there is consistently not enough meat at the store to warrant a weekly pickup. LDI will inform the Contractor is a bi-weekly pickup is approved.
3) The Site may request additional or alternative service intervals. In the event of a large amount of meat by-product, Contractor may be contacted 24 hours in advance for an additional service pickup.
4) Contractor may be notified 24 hours in advance of scheduled interval is meat by-product is not available for pickup.

c) **Service Schedule and History:**

2

EXHIBIT " Q " p.2

6:14-cv-02034-JSS

1) If requested, Contractor will be prepared to make available to LDI, by the 15th day of the month, in writing:

   (a)  a history of visits to each Site; and
   (b)  a schedule of the dates that Sites will be serviced in the following month

d) **Activity Report:**

   1) Contractor will be required to submit an Activity Report, an example can be seen in Attachment 2, each month.
      (a) The Activity Report must be submitted electronically by the 5th of each month to
         Email:
         If fax copies are requested by LDI:
         If physical copies are requested by LDI, mail to:

         <u>Attention Sustainable Selections</u>

e) <u>Service Documents and Record Retention:</u>

   1) Contractor will obtain a signature from a responsible signor at Site on the Used Product Shipping Document. Contractor will provide a copy of each Used Product Shipping Document to the Site advise as to retention requirements. Contractor will retain all records concerning the Services as legally required for a period of at least 2 years from the termination or expiration of this Agreement, or longer, as required by applicable law. Contractor is required to submit all Used Product Shipping Documents to LDI via electronic upload by the 5th day of the following month.
   2) Service documents must be received electronically through email at:

f) <u>Registration Number:</u>

   1) Prior to the initiation of Services, Contractor will ensure it has a applicable hauler registration number and/or license to collect, and nay comparable state or local authorizations necessary. If Contractor's state requires a haulers license, LDI can assist you in obtaining a license and will provide any relevant information relating to products being hauled. (Ohio has rendering sticker requirements for vehicles.)

g) <u>Environmental, Health and Safety (EHS):</u>

   1) Contractor must be a 501(c)(3) organization, licensed by the USDA (class B or C exhibitors license), or accredited by a zoological organization (examples include, but not limited to, the AZA, USZA, ZAA, etc.). Contractor must be willing to participate in an annual EHS audit performed by a member of LDI. The audit will consist of a detailed survey, site review and permit study. If the Contractor fails this audit they will be given 30 days to correct issues and if they fail to do so will be removed from doing services for LDI, and

h) <u>Insurance Requirements:</u>

1) Contractor who enters a Site is required to have liability and insurance coverage. Most small parks are not able to obtain this insurance on their own; therefore, LDI will obtain insurance coverage for the Contractor as part of the membership cost. Insurance coverage is as follows:

   (a) Commercial General Liability insurance including Contractual Liability, Bodily Injury and Property Damage Liability with minimum limits of $1,000,000 per occurrence and $2,000,000 aggregate.
   (b) Employer's Liability insurance with minimum limits of $100,000 Bodily Injury – each accident; $500,000 Bodily Injury by disease – policy limits; $100,000 for Bodily Injury by disease – each employee.

2) Only authorized agents for the Contractor are covered by the insurance; therefore, only employees of the Contractor are allowed to enter a Site; a maximum of four (4) people can be covered.
3) Please contact LDI immediately, _____, in the case of an incident that may require a claim to the insurance.

i) **Compliance with Immigration Laws:**

   1) All employees of your business and particularly all employees that enter a Site must be legal citizens. All employees, Contractors and Subcontractors must be employed and work in accordance with state and federal laws.

j) **Title:**

   1) Title, risk of loss, and all other indicia of ownership for the raw rendering material, Contractor collects and transports from a Site transfers from Supplier to Contractor at the time Contractor takes possession of, signs for, and removes the raw rendering material from a Site. Contractor will at all times retain title to its solvents or other cleaning solutions used to clean equipment as part of the Services. Contractor will also retain title to any equipment, including without limitation, the storage containers placed by Contractor at the Sites.

k) **Spill Notification:**

   1) In the case Contractor becomes aware of a release, spill, or discharge of raw rendering material at a Site or after Contractor transports product from a Site, Contractor will:

      (a) immediately inform the manager in charge of the Site from which product was collected; and
      (b) contact LDI's central emergency number.

l) **California Labor Code Compliance:**

   1) If any Site subject to this Scope of Work is located within the State of California and if the Services performed pursuant to this Scope of Work for such Site fall within the scope of California Labor Code Section 2810, Contractor will complete the Attachment to the Agreement in its entirety and both LDI and Contractor will execute. The execution of the Attachment is required in addition to, and not in place of, the execution of the Agreement and this Scope of Work by Contractor and LDI. Contractor will comply in all respects with all of the terms, conditions and obligations in Attachment 2. The terms and provisions of the Attachment are hereby incorporated by reference into, and made a part of, this Scope of Work.

4

EXHIBIT " Q " p.4

m) <u>Good Samaritan Food Donation Act:</u>

1) Contractor agrees to recognize _____ and LDI as Good Samaritans as intended in Sec. 402 Model Good Samaritan Food Act (Attachment 4) and hold Good Samaritans harmless in the event of any loss. Although the Bill Emerson Good Samaritan Food Donation Act takes precedence over the various State forms of Good Samaritan statutes, it may not entirely replace such statutes. As a Federal statute, The Emerson Act creates a uniform minimum level of protection from liability for donors and gleaners nationwide. Contractor also agrees to abide by State Good Samaritan statutes which provide protection for donors and gleaners above and beyond that guaranteed in the Federal statute (state statutes listed in Attachment 4).

n) <u>Mutual Non Disclosure and Non Compete Agreement:</u>

1) Contractor and LDI agree to not disclose any confidential information or trade secrets. Contractor agrees to be represented by LDI and LDI is obligated to help contractor meet their food needs. Contractor agrees not to call on or contract directly with Quest/LDI customers for a period of 5years after contract termination. Contractor also agrees not to start a similar business model for a period of 5 years after contract termination.

o) <u>Indemnification:</u>

1) The Contractor hereby agrees to indemnify and hold harmless LDI, LDI, and _____ against any and all liability, claims, suits, losses, costs and legal fees caused by, arising out of, or resulting from any negligent act or omission of the Contractor in the performance and/ or failure to perform within the Contract including the negligent acts or omission of any Contractor/ Subcontractor or any direct or indirect employees of Contractor or Subcontractor.

p) <u>Removal from Program:</u>

1) The following is cause for immediate removal from the program:

   (a) Human consumption of material
   (b) Resell of material
   (c) Failure to report on time
   (d) Failure to submit electronically
   (e) Failure to submit service documents
   (f) Improper disposal

q) <u>Pricing:</u>

1) Prices/ Costs of the programs are as follows:

   (a) One to Four stores will be $100 a month
   (b) Five or more stores will be $150 a month

2. Membership must be pre-paid and is due quarterly (i.e. each payment will be for 3 months of service). Payments must be received prior to store service.

3. The cost of the program covers the following:

   (a) Umbrella Insurance
   (b) A 24-hour toll free hotline to report any issues
   (c) Barrel stickers

EXHIBIT " Q " p.5

6:14-cv-02034-JSS

(d) Bill of Ladings, Used Product Shipping Documents
(e) Legal advice (not counseling) in the event that issues related to the program arise
(f) Program Administration

{Signature Page Follows}

6

**EXHIBIT " Q " p.6**

6:14-cv-02034-JSS

The following are considered a part of this agreement:

Attachment 1 – LDI Used Product Shipping Document
Attachment 2 – LDI Activity Report
Attachment 3 – Master Site Listing
Attachment 4 – Federal and State Good Samaritan Laws

IN WITNESS WHEREOF, each Party has caused its duly authorized representative to execute this Scope of Work on the date and year set forth below.

|  | Contractor: Cricket Hollow Zoo |
|---|---|
| By: _____ | By: _____ |
| Printed Name: _____ | Printed Name: Pam and Tom Sellner |
| Title: CEO | Title: Owners / Operators |
| Date: _____ | Date: 1-9-12 |