# Elkader Veterinary Clinic



Drs. Pries, Collins, Boyer, & Christianson
24642 Highway 13
Elkader, Iowa 52043
Phone: (563) 245-1633
Fax: (563) 245-1632

John H. Pries, DVM

Bachelors of Science – Iowa State University

Major- Agronomy

Minors- Zoology and Botany

Graduated- November, 1975

Doctor of Veterinary Medicine- Iowa State University

Graduated- May 1987

Owner and Employed at Elkader Veterinary Clinic

Elkader, Iowa

DEFENDANTS' EXHIBIT "S"
p.1

6:14-cv-02034-JSS
Case 6:14-cv-02034-JSS   Document 70-87   Filed 10/16/15   Page 1 of 1