# Dr. Gary Pusillo

2017 230th St., Marshalltown, Iowa 50158
Office: 641-752-3064   Fax: 641-752-4039
inticorpgp@hughes.net

## Curriculum Vitae

**Present Position:**

INTI Service Corporation, Marshalltown, IA                     Owner and President
Since 1995, INTI Service has developed and formulated specialty animal feeds, supplements, and health care products for domestic and exotic animals. The company provides nutritional consulting advice to animal owners, and manufacturers involved in the animal industry. It also provides investigative forensic and expert witness services for claims and litigated cases involving animal deaths, production abnormalities, and injuries.

**Education:**

B.S. in Animal Husbandry Laboratory Animal Production from Delaware Valley
  College of Science and Agriculture (1980)
M.S. in Animal Production from Iowa State University (1984)
Ph.D. in Animal Nutrition from Iowa State University (1986)

**Additional Education:**

Continuing education courses, 16 credits annually since 1986
Artificial Insemination Technician short course, 1977
Feed Microscopy short course, 1989

**Board Certifications:**

Diplomat ACAN (American College of Animal Nutrition), since 1995
PAS (Professional Animal Scientist), since 1986
AALAS (American Association of Laboratory Animal Science) Technologist, 1979
Certified Microscopist (The American Association of Feed Microscopists-Florida State University, Tallahassee, Florida) 1989
AAFS (American Academy of Forensic Sciences) associate member 2012. Full member qualifications met February, 2014.

**Other Employment and Professional Interests:**

| | |
|---|---|
| Buddy's Kitchen | Head Nutritionist Research and Development 2011- present |
| Pro SAAMYA, Inc | Consultant and technical assistance 2012- present |
| Big Gain Feeds | Consultant and technical assistance 2008- present |
| Complete Natural Nutrition | Chief Technology Officer, 2005-present |
| Oligo Basics U.S.A., LLC | Consultant and Shareholder, 2005 – 2010 |
| Apperon Inc. | Consultant, 2001 – present |
| United Suppliers, Inc. | Manager for AgriBlenders, 1991 – 1995 |
| Farmers Feed and Supply Co. | Director of Nutrition, 1988 – 1991 |
| Freehold Race Track Feed Company | Manager/Consultant, 1986 – 1988 |
| Iowa State University | Research Assistant, 1980 – 1986 |

DEFENDANTS' EXHIBIT "T" p.1

6:14-cv-02034-JSS

Case 6:14-cv-02034-JSS   Document 70-88   Filed 10/16/15   Page 1 of 6

- Employs advanced analytical and investigatory skills and expertise to collect information and evaluate technology to develop scientifically-based solutions to complex, animal nutrition problems.

- Provides guidance in establishing and maintaining sound environmental practices for animal management.

- Arrange and conduct custom animal research and product testing.

- Advises individuals and entities in developing and marketing animal feed and products for domestic and international markets. Developed over 2000 animal premix, base mix, pet supplement, pet food, livestock feed, horse feed, horse supplement, and specialty product formulations.

- Former consultant and animal feed formulator for Disney's Animal Kingdom and Ringling Brothers Circus

- Consultant to major farms and animal nutrition and health companies in Brazil and Argentina, providing veterinary and nutrition services.

- Conducts ongoing research into the use of natural treatments and the prevention of diseases by native cultures.

- Assist with Masters and PhD research and mentoring at Iowa State University

- Owns and operates conventional and organic farms for the production of crops and the care and raising of livestock, including goats, swine, horses, sheep, dairy and beef cattle, veal calves, replacement dairy heifers, chickens, ducks, geese, quail and pheasants.

- Develops proprietary animal forensic techniques and conducts forensic investigations.

- Accepted as an expert witness by State and Federal courts to provide testimony on veterinarian and nutritional issues.

**Appointments and Committees:**

Food Science Corporation Science Advisory Board, 2006 - present

**Honors and Awards:**

American Academy of Forensic Sciences General Section Achievement Award, 2012
Iowa State University PACE Award for academic excellence, 1981
Bernstein Award for excellence in writing a scientific paper, 1980
American Society of Animal Science Scholarship Award, 1980

**Professional Societies and Organizations:**
American Academy of Forensic Sciences associate member (AAFS)
American Registry of Professional Animal Scientists (ARPAS)
American Society of Animal Science (ASAS)
American Dairy Science Association (ADSA)
American Association of Small Ruminant Practitioners (AASRP)
Equine Science Society (ESS)

## Articles and publications:

Purevjav, T., and G.M. Pusillo. 2014. Examinations of the standards of normality and production standards to identify critical and definitive information pertaining to alleged nutritional and feed associated dysfunctions in swine production. World Forensic Festival. In press.

Purevjav, T., and G.M. Pusillo. 2014. The Future of Fat and Fatty Acids in Horse Diets; Beyond Energy. Minnesota Nutrition Conference. In press.

Purevjav, T., M.P. Hoffman, and G. Pusillo, "Functional oils effects on methane production in beef cattle. Work in process

Scientific advisor and technical editor of the book: Health and Nutrition for Dogs and Cats: A Guide for Pet Parents Hardcover – April 11, 2013 by David G. Wellock

Purevjav, T., M. P. Hoffman, A. Ishdorj, A. J. Conover, M. E. Jedlicka, K. Prusa, J. Torrent and G. M. Pusillo. Accepted for publication 2012. Effects of functional oils and Monensin on cattle finishing programs.

Animal Nutrition Investigative Techniques Essential to Obtaining Investigative Forensic Information from Multiple sites 2012.

Host Resistance or Susceptibility to Tick Preference as Measured in Domestic Dogs Sprayed with a Biorational Plant Oil Based Formulation 2011

Flea and Tick Tolerance Study 2010

Jedlicka, M., T. Purevjav, A. Conover, J. Torrent, G. Pusillo, and M. P. Hoffman. 2009. Effects of functional oils and monensin alone or in combination on feedlot cattle growth and carcass composition. Journal of Animal Science, Volume 87, E-Supplement 3 P126.

Jedlicka, M. E., T. Purevjav, A. J. Conover, M. P. Hoffman, G. Pusillo, J. Torrent. Effects of functional oils and monensin alone or in combination on feedlot cattle growth and carcass composition. A.S. Leaflet R2423. Iowa State University Animal Industry Report 2009.

The Effects of a Proprietary Ear Normalizer (PEN) Product on Otis Externa in Dogs: A Pilot Study, 2007

Complete Skin and Coat Hair Liquid Technical Bulletin, 2005

The Right "Whey" for Cell Defense and Cellular Nutrition, 2003

The Living Orchestra, 2002

Protein for Goats: When More of a "Good Thing" is a "Bad Thing", 2002

How Drinking Water Affects Hoof Quality, 2001

Before the Bite – Preventing the Effects from West Nile Virus by Optimizing Immune System Function, 2000

Right "Whey" for Cell Defense, 1999

Creation of Quality Dairy Herd Replacements, 1999

What Image Does Your Ostrich Feed Project? 1998

Copper Toxicosis in Sheep, 1997

Copper Toxicosis in Calves, 1997

Vitamin and Mineral Deficiencies (Horse Handbook), 1997

Nutraceuticals for Calves, 1996

Kid Nutrition, 1996

Vitamin E Function and Deficiencies Characteristics in Goats, 1995

How to Build a Boer Goat: The Seven Stages of Development, 1995

Penicillium Mold in Feed, 1994

Blister Beetle Poisoning (Cantharidin), 1993

Hemorrhagic Bowel Syndrome (Bloody Bowel) – Related to Intestinal Adenomatosis, 1992

Vitamin E Function and Deficiency Characteristics in Swine, 1991

Starting Calves on Feed, 1991

Animal Waste Problems: Practical Means of Odor Control in Livestock Units and Food Processing Facilities, 1990

Vitamin and Mineral Allowances for the Performance Horse, 1990

The Usage of Body Tissue During Early Lactation by High Producing Dairy Cattle, 1990

Tips on Handling Summer Stress in Dairy Cattle, 1990

Fundamental Principles of Animal Nutrition, 1990

Commercial vs. Home-Mixed Feed for Horses, 1989

Quality Oats and Their Benefits, 1988

Lactobacillus Acidophilus and Its Effect on Animal Health, 1988

The Effects of Placing Cattle on Feed at Bi-Monthly Intervals, Housing and Stage of Feeding upon Feedlot Performance and Carcass Grades, 1986

Dairy Goat Feeding, 1985

Effects of Housing and Starting Cattle on Feed at Bi-Monthly Intervals, 1984

The Influence of Housing and Intermittent Marketing upon Alternative Beef Cattle Marketing Systems, 1984

Feedlot Performance and Carcass Composition of Steer Calves Fed Varying Ratios of Corn Silage and Corn Grain, 1983

Effects of Housing System on Dressing Percentage, 1982

Effects of Varying Ratios of Corn Silage and Corn Grain upon Feedlot Performance of Calves, 1982

Calendarizing Cattle Feeding in Iowa, 1981

Effects of Season and Weight on Yearling Steer Performance, 1980

**Speaking Engagements and Presentations:**

World Forensic Festival, Seoul, Korea, October 2014.
Selected paper entitled: "*Examinations of the standards of normality and production standards to identify critical and definitive information pertaining to alleged nutritional and feed associated dysfunctions in swine production.*"

Minnesota Nutrition Conference, Prior Lake, Minnesota, September 2014.
Selected paper entitled: "*The Future of Fat and Fatty Acids in Horse Diets; Beyond Energy.*

65th Annual Scientific Meeting: The Forensic Sciences. Washington, DC 2-18-23, 2013. Examinations of the Standards of Normality (SON) and Production Standards (PS) to Best Identify Critical and Definitive Information Pertaining to Alleged Nutritional Associated Dysfunctions (NAD) in Animals

64th Annual Scientific Meeting Global Research: The Forensic Science Edge. Atlanta, Georgia 2-20-25, 2012. Animal Nutrition Investigative Techniques Essential to Obtaining Investigative Forensic Information from Multiple sites

Iowa State University lecturer as needed: Forensic investigation techniques, Applied production Nutrition

Alltech's Sixth Annual Symposium speaker (1990): Animal Waste Problems: Practical Means of Odor Control in Livestock Units and Food Processing Facilities.

1st Annual Nutraceutical Alliance Symposium speaker (1999); Toronto Canada: Dietary Whey Protein: an immune revolution for animals? The Development of a Veterinary Nutraceutical.

3rd Annual Nutraceutical Alliance Symposium speaker (2002); Ontario Veterinary College University of Guelph: Colostrum composition and functions in neonates, across species, and for specific applications for animal health.

Second European Equine Health & Nutrition Congress, 2004, Equine Research Centre, Waiboerhoeve, Lelystad, The Netherlands (2004): Oxidative Stress, Glutathione and intracellular nutrition.

Veterinary schools in Brazil and Argentina guest lecturer, 1996-2004: Production nutrition and practical Veterinary intervention techniques.

Frequent speaker, lecturer and educator throughout the United States and Canada on animal husbandry nutrition, veterinary science, environmental influences and farming practices (1986-present).

Interviewed by ABC's 20-20, USA Today, Blood Horse, and Thoroughbred Times

TV appearances discussing nutrition on WDIV-TV, KARE-TV, WCCO-TV and KMSP/FOX 9.

Radio interviews discussing nutrition and animal health on WHO-AM, WTGB-CBS, WTMR-AM, WFAX-AM, KYW-AM, WARW-FM and WTOP-AM/FM. Interviewed numerous times by Dr. Alan Pressman, whose radio program is carried on 11,000 stations in the United States.

**Civic Interests:**

Ordained Permanent Deacon in the Roman Catholic Church, 2003-present

EXHIBIT "T" p.6

6:14-cv-02034-JSS