

**United States Department of Agriculture**
**Animal and Plant Health Inspection Service**

1501415140300008  insp_id

## Inspection Report

Pamela Sellner
Tom Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**
Certificate: **42-C-0084**
Site: **001**
TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION
Date: May-28-2014

This is a focused inspection to address the Direct Non-compliant items listed on the May 21, 2014 inspection report - Watering 3.30, Watering 3.130 and Veterinary Care 2.40 (b)(2). These non-compliant items have been corrected.

No non-compliant items identified during this inspection.

Inspection and exit interview conducted with the owner.

Prepared By: /s/ Heather Cole DVM
HEATHER COLE, VMO    USDA, APHIS, Animal Care    Date:
Title:  VETERINARY MEDICAL OFFICER Inspector 6026    May-30-2014

Received By:
SENT VIA CERTIFIED MAIL    Date:
Title:  7012 3460 0002 1642 2392    May-30-2014

Page 1 of 1
DEFENDANTS' EXHIBIT "U" p.1

 

311836 insp_id
8982 site_id

**TOM & PAMELA SELLNER**
**CRICKET HOLLOW ZOO**

1512 210TH STREET
MANCHESTER, IA 52057

Customer ID: 5143
Certificate: 42-C-0084

Site: 001
TOM & PAMELA SELLNER

Inspection
Type: ROUTINE INSPECTION
Date: AUG-06-2008

No non-compliances identified this inspection.

Prepared By: RON BEARD, A.C.I., USDA, APHIS, Animal Care
Title: ANIMAL CARE INSPECTOR, Inspector ID: 4033
Date: AUG-06-2008

Received By: Pamela Sellner
Title: owner
Date: AUG-06-2008

Page 1 of 1

EXHIBIT "U" p.2
6:14-cv-02034-JSS
Case 6:14-cv-02034-JSS Document 70-89 Filed 10/16/15 Page 2 of 4



Animal and Plant Health Inspection Service   2390091234130484  insp_id

## Inspection Report

PAMELA SELLNER
TOM SELLNER

Customer ID: 5143
Certificate: 42-C-0084

CRICKET HOLLOW ZOO
1512 210TH STREET

Site: 001
TOM & PAMELA SELLNER

MANCHESTER, IA 52057

Type: ROUTINE INSPECTION
Date: Aug-27-2009

No non-compliances seen on this inspection.

Prepared By: _____
DAVID KAMINSKY, V.M.O     USDA, APHIS, Animal Care
Title: VETERINARY MEDICAL OFFICER Inspector 5040
Date: Aug-27-2009

Received By: _____
PAM SELLNER
Title: OWNER
Date: Aug-27-2009

Page 1 of 1

EXHIBIT "U" p.3



United States Department of Agriculture
Animal and Plant Health Inspection Service

2691312221605289  insp_id

## Inspection Report

The environmental enhancement plan for non-human primates was inspected. No other records inspected at this time.

Inspection and exit briefing conducted with the owner.

Prepared By: *(signature)*
HEATHER COLE, D.V.M     USDA, APHIS, Animal Care     Date: Sep-27-2013
Title: VETERINARY MEDICAL OFFICER Inspector 6026

Received By:
EMAILED REPORT     Date: Sep-27-2013
Title: OWNER

Page 7 of 7

EXHIBIT "U" p.4