TRACEY K. KUEHL
22781 – 230th Avenue * Davenport, Iowa * 52807
563/650-4270 * traceyk56@gmail.com

January 24, 2013

Ms. Katie Hyde
Iowa Department of Agriculture and Land Stewardship
Wallace State Office Building
502 East 9th Street
Des Moines, IA 50319

Dear Ms. Hyde:

Based on the extremely cold temperatures Iowa is experiencing this week and my previous observations while a visitor to the Cricket Hollow Zoo this past summer, I wish to file a complaint investigation report with IDALS for Cricket Hollow Zoo in Manchester, Iowa.

I know the zoo exhibits two species native to Africa, African lions and an ostrich. Both should be provided exceptional care during extreme cold weather, such as that the state is having this week.

In addition, I observed numerous times this past summer the many yards of black plastic pipe used to deliver water to the animals in the outdoor enclosures. The plastic pipe was above ground, often running across public walk-ways. Such a system would not be able to deliver water to the animals house outdoors during the winter season. Perhaps the animals have been relocated or are housed inside at the zoo or at the Cricket Hollow Farm adjacent to the zoo. In any case, according to the zoo's owner, Pam Sellner, more than 300 animals live at this facility and I am concerned for their safety and care during the winter season. Therefore, I am respectfully requesting an inspection be made at Cricket Hollow Zoo. I have also contacted John LeClere, Delaware County Sheriff and the Delaware County Board of Supervisors regarding my concerns. Copies of those letters are attached.

If at all possible, I would appreciate receiving a follow-up to the inspector's report and any recommendations provided as the result of this filed complaint, as well as a similar complaint filed with IDALS in December.

DEFENDANTS' EXHIBIT " V " p.1

PLTFS0001832
6:14-cv-02034-JSS
Case 6:14-cv-02034-JSS   Document 70-90   Filed 10/16/15   Page 1 of 2

Thank you for taking my concern and if I can provide additional information, please do not hesitate to contact me.

Sincerely,

Tracey K. Kuehl

Cc: USDA – APHIS, Ft. Collins, CO

EXHIBIT "V" p. 2

PLTFS0001833
6:14-cv-02034-JSS

Case 6:14-cv-02034-JSS   Document 70-90   Filed 10/16/15   Page 2 of 2