

DEFENDANTS' EXHIBIT "X" p.1



EXHIBIT "X" p.2



EXHIBIT " X " p.3



EXHIBIT "X" p.4



EXHIBIT "X" p.5



EXHIBIT " X " p.6



EXHIBIT "X" p.7



EXHIBIT "X" p.8



EXHIBIT "X" p.9



EXHIBIT "X" p.10



EXHIBIT "X" p.11



Cricket Hollow 10-21-05 Tiger - taken by Dr. Pusillo

EXHIBIT "X" p.12