# Cricket Hollow Zoo Investigation
# Of Scottish Highland cattle

On April 17th 2012 Marc Rue and I visited the Cricket Hollow Zoo to investigate a complaint of animal neglect of some Scottish Highland Cattle.

On our arrival Pam Sellner cordially greeted as we exited the vehicle. I explained the reason we were there and asked permission to see the Scottish Highland cattle and the pen they are housed in.

This pen is the lowest pen in a row of 6 pens. The ground involving the pens has a fairly steep grade of approximately 25 feet drop in 150 feet length. All the ground water flows through the pen housing the Scottish Highland cattle. This creates wet spots in the pen that can create some animal discomfort and hoof problems for the cattle.

I made several suggestions to correct this problem to Pam.

One was to move the cattle to a pen on higher ground so the ground water does not flow through the pen. There is enough higher ground above the other pens that could be utilized for this. Pam mentioned they do have some pipe that could be used to make a heavy enough fence to house the Scottish Highland cattle. They just had to find enough time to make the pen. A water basin could be created in the existing pen to hold water for the ducks and geese, that way this area would not be wasted space.

The second suggestion involves tiling the area with perforated tile to drain the water that is collecting in the existing pen. A problem occurs to where to exit the tile to send the water to another area.

Pam thought making a new pen on higher ground was a more feasible plan.

The Zoo usually opens on Memorial Day weekend so I suggested the new pen be made before that date of the opening. I will revisit the zoo in a month and see how the pen is progressing.

I have included some pictures of the pen and the Scottish Highland cattle.


Gary E Eiben DVM

District Veterinarian IDALS

DEFENDANTS'

EXHIBIT " y " p.1

6:14-cv-02034-JSS

## IDALS Compliance Report

Name of Person Being Investigated: Cricket Hollow Zoo, 1512 210th, Manchester, IA 52057

Case Number: USDA Complaint - Sellner

Name of Livestock Compliance Investigator Working on Case: Doug Anderson

Brief Summary of Complaint: Substandard care of zoo animals.

Summary of Investigation (include listing of individuals talked to as part of the investigation): On July 24th, 2012, Cindy Neis and I went to the Cricket Hollow Zoo for an standard-of-care check-up prompted by a complaint. We did a complete walk-through of the facility.

I have submitted the photos I took of the facility. Due to the long stretch of hot days, the comfort of the animals was the main issue. Ms. Neis and I found that all of the animals had water and shade available. All of the animals appeared to be in good body condition and none appeared to be overheated.

There were a couple of borderline issues that we visited with Ms. Sellner about including waterers needing cleaned and possibly adding more shade areas for some of the hoofed animals. Ms. Sellner called the next morning to let us know that she had remedied our concerns the previous evening after our visit. Inspector Neis has followed up to verify and reported to me that it was so. I have included the pictures of verification in my submission.

Attachments: None.

Recommendations, if any: None.

Disposition of the Case: At this point in time, I find that there are no standard of care issues at this facility. The animals are safe and appear to be well taken care of and I believe there are no conditions which would cause adverse health or suffering.

Date: 7/30/12     Doug Anderson     IDALS Compliance Investigator

EXHIBIT "Y" p.2
6:14-cv-02034-JSS

## IDALS Compliance Report

**Name of Party Being Investigated:** Cricket Hollow Zoo, Manchester, Iowa

**Case Number:** xxxxx

**Name of Livestock Compliance Investigator Working on Case:** Doug Anderson

**Brief Summary of Complaint:** Re-investigating information gathered and submitted last summer that cited standard of care issues.

**Summary of Investigation (include listing of individuals talked to as part of the investigation):** On 2/8/13, IDALS District Veterinarian Gary Eiben, IDALS Livestock Inspector Marc Rue and I went to the Cricket Hollow Zoo and performed a complete walk-through for the purpose of evaluating whether or not conditions exist that have or could cause adverse health conditions or suffering. Dr. Eiben had talked with Delaware Co. Sheriff John LeClaire beforehand about our visit and he was at the facility when we arrived.

We walked through all buildings and past all pens and observed the poultry, primates, small mammals, reptiles, exotics, large cats, livestock, birds, rodents and snakes. In a nutshell, all of the animals appeared to be thriving. They were well-fed, well-furred, alert and appeared content. Housekeeping could have been better.

We did have 2 minor concerns. Some of the outside smaller mammal pens needed to have some bedding (straw) added. In this freeze-thaw weather, bedding can get wet and packed down and lose insulating power. Ms. Sellner explained that on the weekends she has more help and that is when they freshen any bedding and take care of minor maintenance issues. Also, when we arrived mid-day, some of the small mammal water bowls were nearly empty or frozen. Ms. Sellner said that they water between 5-6 a.m. and again in the evening. I talked with Pam about watering a third time in the middle of the day when its warmer so the water will be available longer and more often. She was agreeable. The animals did not appear to be suffering because of these issues.

Dr. Eiben, Inspector Rue and I all agreed that there are no standard of care issues here today that would cause adverse health or suffering. This is consistent with the findings of the investigations (on these same issues) in August and November I performed with Dr. Heather Cole and Inspector Cindy Neis.

**Recommendations:** Resume normal USDA inspection schedule. No further action.

**Date:** 2/8/13     Doug Anderson     IDALS Compliance Investigator

EXHIBIT "Y" p.3
6:14-cv-02034-JSS

Case 6:14-cv-02034-JSS   Document 70-92   Filed 10/16/15   Page 3 of 13

Hyde, Katie L

**From:** Anderson, Doug
**Sent:** Wednesday, May 15, 2013 11:22 PM
**To:** Schmitt, David
**Cc:** Hyde, Katie L
**Subject:** Cricket Hollow Zoo

Dave,

Gary Elben and I went to Cricket Hollow Zoo today for a pre-emptive strike on the upcoming complaint season. We did a complete walk-around. The large hoofed animals were out grazing in the pastures. The rest of the animals looked active, healthy, and happy.

Gary and I were pleasantly surprised on the condition of readiness for the May 25th opening date. There are some minor issues such as finish cleaning and redoing the goldfish tank and refilling the alligator tank and general sweeping up and polishing. Also, she is not quite done adding gravel to all of the pens, but she has progressed well.

We visited about her issues with the complaint crowd and she is well aware that they will probably be back and is making conscious efforts to make her facility completely ready for their visits. I am sure they will complain anyway.

Is this e-mail enough for now, since there was no complaint or formal inspection?

Doug Anderson
IDALS Compliance Investigator
515-250-2757

# IDALS Compliance Report

**Name of Person Being Investigated:** Cricket Hollow Zoo, 1512 210th, Manchester, IA 52057

**Case Number:** AW 13-54

**Name of Livestock Compliance Investigator Working on Case:** Doug Anderson

**Brief Summary of Complaint:** Substandard care of zoo animals.

**Summary of Investigation (include listing of individuals talked to as part of the investigation):** On 9/25/13, I visited Cricket Hollow Zoo with USDA inspectors Chad Moore and Heather Cole, DVM. The visit was part of ongoing surveillance as a result of complaints filed against the facility.

The USDA inspectors were extremely thorough, with the inspection lasting approximately 7 ½ hrs. I was not at the facility the entire time, but I did cover all of the animals, with the exception of the small education center, which was covered by the USDA personnel.

The only real concern I had was primates. There was some over-grooming resulting in hair loss due to lack of environmental enrichment, which was discussed at length with the owner, Ms. Sellner. At last report, she had remedied the situation.

As for the rest of the facility, results were typical, in that there were a number of housekeeping issues: cobwebs, sharp points (minor), fecal matter in some of the cages, etc. None of it critical or excessive. The facility is definitely showing its age. On the whole, animals appeared content, playful, relaxed, comfortable, well-fed and well-watered.

I spoke with Dr. Cole after the inspection and it was agreed that on this day there were no direct violations. I had earlier visited the facility last May and again in June, with similar results.

Some of the violations/inadequacies mentioned in the USDA inspections show up as repeats, but actually may not be. For example, sharp points on one cage on this inspection may be on a different cage the next inspection. Ms. Sellner, the owner, has always been responsive to fixing specific inadequacies. However, the facility, by its nature, is high-maintenance.

I was glad to have Dr. Cole back as a USDA inspector at this facility, so that methodology differences between inspectors is minimized.

**Attachments:** N/A

**Recommendations, if any:** Continued joint inspections.

**Disposition of the Case:** Ongoing surveillance.

**Date:** 10/24/13     Doug Anderson     IDALS Compliance Investigator

EXHIBIT "Y" p.5
6:14-cv-02034-JSS

# IDALS Compliance Report

**Name of Person Being Investigated:** Cricket Hollow Zoo, 1512 210th, Manchester, IA 52057

**Case Number:** USDA Complaint - Sellner (investigated on 12/16/13)

**Name of Livestock Compliance Investigator Working on Case:** Doug Anderson

**Brief Summary of Complaint:** Report of 3 dead piglets in the pigpen.

**Summary of Investigation (include listing of individuals talked to as part of the investigation):** On 12/16/13, I arrived at the Cricket Hollow Zoo in Manchester, Iowa for an inspection due-to-cause. Reportedly, 3 piglets were found dead in the pen on or around the last weekend in October. USDA inspectors Heather Cole and Chad Moore had been at the facility for about an hour and had been through a portion of the facility when I arrived.

I only found 2 issues of note this day: 3 goats needed their hooves trimmed and the chinchillas had no water when the USDA personnel arrived. The goats' hooves needed trimmed as they were curling upward, but I didn't feel it was causing adverse suffering. As far as the chinchillas, Inspector Cole reported that Ms. Sellner, the owner, filled the water bottle as instructed, and the chinchillas drank for an excessively long time, indicating dehydration. When I viewed the chinchillas about an hour later, they seemed content, were not drinking, and body condition and demeanor seemed fine. The water bottle was still 2/3 full. While I trust Ms. Cole's professional judgement, the situation appeared to have been remedied.

As far as the dead piglets go, Ms. Sellner explained that it happened on the last weekend of the zoo's open season. The sow was not scheduled to have pigs for at least another day, and was scheduled to be moved inside upon closing of the zoo. She had her pigs early and the cold snap that had moved in had caused the pigs to expire. In my opinion, this is not a result of direct negligence, but a somewhat normal, but unfortunate farm occurrence.

**Recommendations, if any:** Continued regular joint inspections.

**Disposition of the Case:** At this point in time, I find that there are no standard of care issues at this facility other than those mentioned above. The animals are safe and appear to be well taken care of and I believe there are no conditions which would cause adverse health or suffering at the time of my leaving.

**Date:** 12/23/13        Doug Anderson        IDALS Compliance Investigator

EXHIBIT "Y" p.6
6:14-cv-02034-JSS

# IDALS Compliance Report

**Name of Person Being Investigated:** Cricket Hollow Zoo, 1512 210th, Manchester, IA 52057

**Case Number:** AW 13-54 (12/16/13 update)

**Name of Livestock Compliance Investigator Working on Case:** Doug Anderson

**Brief Summary of Complaint:** Report of 3 dead piglets in the pigpen.

**Summary of Investigation (include listing of individuals talked to as part of the investigation):** On 12/16/13, I arrived at the Cricket Hollow Zoo in Manchester, Iowa for an inspection due-to-cause. Reportedly, 3 piglets were found dead in the pen on or around the last weekend in October. USDA inspectors Heather Cole and Chad Moore had been at the facility for about an hour and had been through a portion of the facility when I arrived.

I only found 2 issues of note this day: 3 goats needed their hooves trimmed and the chinchillas had no water when the USDA personnel arrived. The goats' hooves needed trimmed as they were curling upward, but I didn't feel it was causing adverse suffering. As far as the chinchillas, Inspector Cole reported that Ms. Sellner, the owner, filled the water bottle as instructed, and the chinchillas drank for an excessively long time, indicating dehydration. When I viewed the chinchillas about an hour later, they seemed content, were not drinking, and body condition and demeanor seemed fine. The water bottle was still 2/3 full. While I trust Ms. Cole's professional judgement, the situation appeared to have been remedied.

As far as the dead piglets go, Ms. Sellner explained that it happened on the last weekend of the zoo's open season at the end of October. The sow was not scheduled to have pigs for at least another day, and was scheduled to be moved inside upon closing of the zoo. She had her pigs early and the cold snap that had moved in had caused the pigs to expire. In my opinion, this is not a result of direct negligence, but a somewhat normal, but unfortunate farm occurrence.

**Recommendations, if any:** Continued regular joint inspections.

**Disposition of the Case:** At this point in time, I find that there are no standard of care issues at this facility other than those mentioned above. The animals are safe and appear to be well taken care of and I believe there are no conditions which would cause adverse health or suffering at the time of my leaving. I will continue with joint inspections with USDA personnel on a regular basis.

**Date:** 12/23/13   Doug Anderson   IDALS Compliance Investigator

EXHIBIT "Y" p.7
6:14-cv-02034-JSS

## IDALS Compliance Report

**Name of Person Being Investigated:** Cricket Hollow Zoo, Manchester, IA

**Case Number:** AW 13-54

**Name of Livestock Compliance Investigator Working on Case:** Doug Anderson

**Brief Summary of Complaint:** Tracey Kuehl filed a complaint based on prior inspections and concern of animals' welfare after the long winter with harsh conditions.

**Summary of Investigation (include listing of individuals talked to as part of the investigation):** On 5/21/14, I accompanied USDA personnel Dr. Kate Ziegerer and Dr. Heather Cole for a regular USDA AC inspection and to address Ms. Kuehl's complaint. There were numerous housekeeping and maintenance issues this day.

There were several concerns of note: The tanks of guinea pigs, degus, and gerbils did not have water. USDA protocols were to supply water and if they drank for more than 1 minute then it is listed as a direct violation for lack of adequate access to water. According to Dr. Cole, they did drink for more than a minute.

The other concern was the hooves on a few of the goats were long and on at least 2 they were starting to curl. Ms. Sellner said she had called her shearer/hoof trimmer and expected him around Memorial Day.

There were veterinary care issues, that needed attention, but I did not see them causing great discomfort. A coyote had a foot bitten by another in an adjacent cage 3 weeks prior, but only occasionally favored it. The area was pinkish/red, but it appeared to me that it was healing. One capybara was thin, but did not appear to be suffering in any way. One coati mundi had a small patch of hair loss, but it did not appear to be oozing and the animal wasn't scratching.

There were some fence repair and shelter issues. Most of these involve the age of the facility and, in my opinion, do not pose much of a risk to the animals as far as adverse health or suffering. At the same time, they need to be fixed to meet code.

This facility is a USDA licensed zoo, but in form and function, is basically kept as a farm. All of the discrepancies/inadequacies listed on the USDA AC inspection for this day are accurate. However, in my opinion, most of the issues come down to a good cleaning and a weekend of maintenance. As history has shown, this facility will probably always have good and bad days, and we caught it on a bad one this day. I agree with the federal crew's assessment that there is a lack of help that allows this facility to lapse into disrepair and uncleanliness.

On the upside, Ms. Sellner is very knowledgeable and does pretty well at the Herculean task of caring for the numerous animals. She always has cooperated with remedying issues found during inspections.

I was unable to return for the follow-up with USDA personnel and I have not heard from them yet to see if the issues were rectified.

**Disposition of the Case:** I recommend continuing the frequent joint inspections

**Date:** 6/24/14      Doug Anderson      IDALS Compliance Investigator

EXHIBIT "Y" p.8
6:14-cv-02034-JSS
Case 6:14-cv-02034-JSS  Document 70-92  Filed 10/16/15  Page 8 of 13

# IDALS Compliance Report

**Name of Person Being Investigated:** Cricket Hollow Zoo, Pam Sellner, Manchester, IA

**Case Number:** AW 14-037

**Name of Livestock Compliance Investigator Working on Case:** Doug Anderson

**Brief Summary of Complaint:** This inspection is the result of ongoing complaints making frequent inspections necessary.

**Summary of Investigation (include listing of individuals talked to as part of the investigation):** On 8/5/14, I joined the USDA Inspectors, Dr. Heather Cole and Dr. Peggy Shaver, for a facility inspection. An official copy of the USDA inspection is on file.

Basically, it was the same drill as most inspections at this facility. USDA personnel were very thorough in documenting all inadequacies. And, as usual, there were more than a few. Fortunately, there were none severe enough to categorize as "direct, non-compliant issues."

The ones of major concern to me were the sheepdog, water bowls, and expired ointment. The sheepdog, Macey, had sores on both ears that had not been seen by a vet and were being treated with an expired product, Nolvasan ointment. The dog did not seem to be overly bothered by the sores, but nevertheless, it is an issue that needs attention. The other issue was the waterbowls, which need to be cleaned and sterilized, as they were exhibiting algae growth. The water for the most part was clear, indicating fresh water being put in less-than-clean receptacles. At this time of year, clean water is essential for animal health and comfort, and it is very easy for water bowls to turn green, especially in the sun.

The rest of the facility just had maintenance issues, scattered throughout, which is normal here. While they may show as repeats on the inspection, it appeared to me that issues mentioned in the previous inspection had been addressed.

**Disposition of the Case:** Overall, my opinion is that no conditions exist that would cause adverse health or suffering on this day.

**Date:** 8/28/14        Doug Anderson        IDALS Compliance Investigator

EXHIBIT "Y"
6:14-cv-02034-JSS   p.9

# IDALS Compliance Report

**Name of Person Being Investigated:** Cricket Hollow Zoo, Pam Sellner, Manchester, IA

**Case Number:** AW 14-037

**Name of Livestock Compliance Investigator Working on Case:** Doug Anderson

**Brief Summary of Complaint:** This inspection is the result of ongoing complaints making frequent inspections necessary.

**Summary of Investigation (include listing of individuals talked to as part of the investigation):** On 10/7/14, IDALS District Veterinarian Gary Eiben and I accompanied USDA Animal Care Inspectors Heather Cole and Peggy Shaver for a routine inspection and complaint investigation based on prior USDA reports.

The condition of the facility today was as good as I've seen it. Maintenance appeared adequate or better in most areas. Cages were clean and prepared for winter. There were three animal issues of note.

1) A mother hamster with a nursing litter appeared to have significant hair loss on her back with some redness and flaking of skin. Dr. Eiben said he had seen this in his daughter's hamster and attributed it to hormones during pregnancy/nursing and did not think it to be a neglect issue at this point.

2) The coyote sisters are in adjoining cages, and one of the coyotes had a small wound on her foot. The wound had apparently come at the hand (or mouth) of her sister. This had happened before and appropriate steps were taken to barricade access to one another. However, they seem to find a different way to access each other. Ms. Sellner had already tried to add further barriers, but we discussed additional ways to try and prevent this from happening further. While she was favoring the foot a bit, she was still putting weight on it and it appeared to be healing. Dr. Eiben and I agreed that this was not an adverse condition.

3) There is a white tiger who is a recent addition to the facility. It is old, has vision issues and poor body condition, including sores over various parts of its body. Ms. Sellner said she got the tiger 2-3 months ago, and is letting it heal and live out its' life. The sores, according to Ms. Sellner, were on the tiger when it arrived and many of the little abcesses had surfaced and popped and were healed and healing. However, there was one open sore on the inside of the front leg. I have attached a copy of the letter from Dr. Pries of the Elkader Vet Clinic documenting the veterinary care.

**Disposition of the Case:** Overall, my opinion is that no conditions exist that would cause adverse health or suffering on this day. The white tiger did generate concern, but it has received the ordered veterinary care.

**Date:** 11/6/14         Doug Anderson         IDALS Compliance Investigator

EXHIBIT "Y" p.10
6:14-cv-02034-JSS



**IOWA DEPARTMENT OF AGRICULTURE AND LAND STEWARDSHIP**

*Bill Northey, Secretary of Agriculture*

August 25, 2015

Ackley, Kopecky & Kingery LLP
4056 Glass Road N.E.
Cedar Rapids, Iowa 52402

Dear Mr. Thorson:

Attached please find the documents you sent to Doug Anderson concerning Cricket Hollow and their certification.

Sincerely,

*Margaret Thomson*

Margaret Thomson
IDALS
Administration Division Director

EXHIBIT "Y" p. 11
6:14-cv-02034-JSS

## Certified Copies of Public Records

Attached hereto are copies of official records or reports or entries therein recorded or filed, or documents authorized by law to be recorded or filed and actually recorded or filed, with the Iowa Department of Agriculture and Land Stewardship ("IDALS"), including data compilations in any form, and are hereby certified as correct.

Official records contained herein:

1. IDALS' report of investigation of Cricket Hollow Zoo's Scottish Highland Cattle, conducted on 4/17/12

2. IDALS' compliance report of Cricket Hollow Zoo conducted by Doug Anderson, dated 7/30/12

3. IDALS' compliance report of Cricket Hollow Zoo conducted by Doug Anderson, dated 2/8/13

4. IDALS' email from Doug Anderson to David Schmitt concerning Cricket Hollow Zoo, dated 5/15/13

5. IDALS' compliance report of Cricket Hollow Zoo conducted by Doug Anderson, dated 10/24/13

6. IDALS' compliance report of Cricket Hollow Zoo conducted by Doug Anderson, USDA Complaint – Sellner, dated 12/23/13

7. IDALS' compliance report of Cricket Hollow Zoo conducted by Doug Anderson, IDALS Complaint, dated 12/23/13

8. IDALS' compliance report of Cricket Hollow Zoo conducted by Doug Anderson, dated 6/24/14

9. IDALS' compliance report of Cricket Hollow Zoo conducted by Doug Anderson, dated 8/28/14



EXHIBIT "Y"
6:14-cv-02034-JSS
p.12

10. IDALS' compliance report of Cricket Hollow Zoo conducted by Doug Anderson, dated 11/6/14

Pursuant to Iowa Rule of Evidence 5.902(2), I, Margaret Thomson, in my official capacity as Administration Division Director with the Iowa Department of Agriculture and Land Stewardship, hereby certify under seal that I have the official capacity to sign this certification and that the signature is genuine.

*Margaret Thomson* 8/25/15
Margaret Thomson
Administration Division Director

STATE OF IOWA
COUNTY OF POLK
I CERTIFY THAT I AM THE OFFICIAL AND LAWFUL CUSTODIAN OF THE PUBLIC RECORDS MAINTAINED BY THE IOWA DEPARTMENT OF AGRICULTURE AND LAND STEWARDSHIP AND THE FOREGING DOCUMENT IS A TRUE AND ACCURATE PHOTOCOPY OF THE RECORD COPY MAINTAINED IN MY CUSTODY AS A PUBLIC RECORD OF THE DEPARTMENT IN THE ORDINARY COURSE OF ITS BUSINESS.

EXECUTED AT DES MOINES ON August 25, 2015

EXHIBIT "Y" p. 13
6:14-cv-02034-JSS

Case 6:14-cv-02034-JSS   Document 70-92   Filed 10/16/15   Page 13 of 13