Elkader Veterinary Clinic  Product Analysis For Client  Thursday, February 05, 2015
Sellner, Thomas - SELTHO: 04/23/2007 - 02/05/2015

| PRODUCT NAME | PRODUCT # | QUANTITY | GROSS | % OF CAT. | % OF TOTAL |
|---|---|---|---|---|---|
| (Blank) | | | | | |
| Amputation, SA | K174 | 1 $ | 165.00 | 3.29 | 2.59 |
| Anesthesia Monitoring | K1111 | 2 $ | 19.00 | 0.38 | 0.30 |
| Anesthesia Pulse-oximeter Monitorin | K1111 | 1 $ | 9.50 | 0.19 | 0.15 |
| Anesthesia-Gas, Feline | K1328 | 2 $ | 62.00 | 1.24 | 0.97 |
| Antisedan Reversal per mL | K197 | 0.4 $ | 0.00 | 0.00 | 0.00 |
| Autopsy - Owner | L005 | 0 $ | 0.00 | 0.00 | 0.00 |
| Autopsy & Report 2 skunks | L002 | 1 $ | 50.00 | 1.00 | 0.79 |
| Autopsy & Report Leopard | L002 | 1 $ | 50.00 | 1.00 | 0.79 |
| Baytril Inj/Adm SA | K222 | 1 $ | 8.00 | 0.16 | 0.13 |
| Bdk Rev | K2018 | 2 $ | 47.10 | 0.94 | 0.74 |
| Blood collection, LA | P011 | 1 $ | 5.00 | 0.10 | 0.08 |
| Blood collection, SA | BDRAW | 2 $ | 20.00 | 0.40 | 0.31 |
| Blood Drawing Fee | BDRAW | 1 $ | 10.00 | 0.20 | 0.16 |
| Consultation/Min. Beef | P0991 | 40 $ | 60.00 | 1.20 | 0.94 |
| Exam/Trt, Wild/Exotic | P0308 | 8 $ | 92.50 | 1.85 | 1.45 |
| Exceds Per Cc | EXCED | 10 $ | 30.40 | 0.61 | 0.48 |
| Eye Swab | P7899 | 1 $ | 5.00 | 0.10 | 0.08 |
| Fecal Examination | K0568 | 1 $ | 10.00 | 0.20 | 0.16 |
| Fecal Float | XD529 | 20 $ | 180.00 | 3.59 | 2.83 |
| Federal Express Shipping | FEDEX | 2 $ | 81.80 | 1.63 | 1.29 |
| Feline Leukemia Test | K0578 | 1 $ | 32.50 | 0.65 | 0.51 |
| Feline Sero.(fip,Fiv/Felv | VT22 | 1 $ | 79.36 | 1.58 | 1.25 |
| Fluorescein Dye | K0347 | 2 $ | 24.00 | 0.48 | 0.38 |
| Fracture-Bone Plating | K1879 | 1 $ | 450.00 | 8.98 | 7.07 |
| Fuel Surcharge | T0001 | 3 $ | 9.00 | 0.18 | 0.14 |
| Health Cert. Exotic | P0369 | 3 $ | 45.00 | 0.90 | 0.71 |
| Im, Iv, Or Sq Injections 1 | K1197 | 2 $ | 16.50 | 0.33 | 0.26 |
| In House Blood Count - Cbc | K0467 | 2 $ | 48.06 | 0.96 | 0.76 |
| In House General Health Profile | INGHP | 1 $ | 56.02 | 1.12 | 0.88 |
| In House-General Health | INGHP | 3 $ | 150.20 | 3.00 | 2.36 |
| Inspection & Report | P098 | 60 $ | 120.00 | 2.39 | 1.89 |
| Ips 1 Inj. Feline | K1238 | 2 $ | 16.50 | 0.33 | 0.26 |
| Isu Lab, Feline | 01028 | 2 $ | 125.76 | 2.51 | 1.98 |
| Lab Prep Fee | LPF | 2 $ | 15.00 | 0.30 | 0.24 |
| Lab Submission Fee-Isu | LSF | 2 $ | 20.00 | 0.40 | 0.31 |
| Lactacted Ringer 3l | LACTACTED3 | 1 $ | 27.13 | 0.54 | 0.43 |
| Mailing Fee | J0022 | 1 $ | 6.00 | 0.12 | 0.09 |
| Neuter Exotic | K0679 | 1 $ | 78.00 | 1.56 | 1.23 |
| Office Call Exam | K0007 | 6 $ | 162.64 | 3.25 | 2.56 |
| Office Call/Exam, Other | K0009 | 5 $ | 120.00 | 2.39 | 1.89 |
| Prof. Time | P0989 | 155 $ | 232.50 | 4.64 | 3.65 |
| Prof. Time, Walk thru/ Inspection | P098 | 70 $ | 80.00 | 1.60 | 1.26 |
| Prof. Time, Anual walk thru/inspectio | P098 | 40 $ | 80.00 | 1.60 | 1.26 |
| Prof. Time, Check aniamls, facilities | P098 | 50 $ | 100.00 | 2.00 | 1.57 |
| Prof. Time, exam Casper white tiger | P098 | 30 $ | 60.00 | 1.20 | 0.94 |
| Prof. Time, Inspection And Report | P098 | 55 $ | 110.00 | 2.20 | 1.73 |
| Prof. Time, Serv. Min LA | P098 | 75 $ | 150.00 | 2.99 | 2.36 |
| Prof. Time, Walk Thru | P098 | 30 $ | 0.00 | 0.00 | 0.00 |
| Prof.Time, Serv. Min | P098 | 30 $ | 55.50 | 1.11 | 0.87 |
| Professional Services, Min | P0984 | 185 $ | 277.50 | 5.54 | 4.36 |
| Remove Head For Lab, | K3017 | 1 $ | 22.26 | 0.44 | 0.35 |
| Repair Prolapse | K1917 | 1 $ | 150.00 | 2.99 | 2.36 |
| Shipping/Handling Fees | UPS | 2 $ | 15.00 | 0.30 | 0.24 |
| Sq Fluids | K0279 | 1 $ | 15.00 | 0.30 | 0.24 |
| Sq Fluids, Feline | K0278 | 2 $ | 30.98 | 0.62 | 0.49 |
| Tissue Prep. For Shipping | LD10 | 1 $ | 20.00 | 0.40 | 0.31 |
| Torbugesic, LA - per cc | A009 | 1 $ | 11.75 | 0.25 | 0.18 |
| Trip | T0154 | 1 $ | 25.50 | 0.51 | 0.40 |
| Trip Charge, Wild/Exotic | T0139 | 13 $ | 322.00 | 6.43 | 5.06 |
| Trip Regular Charge | T0131 | 7 $ | 213.00 | 4.25 | 3.35 |
| Trip, Reg. Charge | T0131 | 2 $ | 50.00 | 1.00 | 0.79 |
| Tubes Prep | P0158 | 1 $ | 1.00 | 0.02 | 0.02 |
| Ultra Sound | S0004 | 1 $ | 35.00 | 0.70 | 0.55 |

DEFENDANTS' EXHIBIT "Z"  Time: 10:43:01 AM

p.1

6:14-cv-02034-JSS

Case 6:14-cv-02034-JSS   Document 70-93   Filed 10/16/15   Page 1 of 3

Elkader Veterinary Clinic  Product Analysis For Client  Thursday, February 05, 2015
Sellner,Thomas - SELTHO: 04/23/2007 - 02/05/2015

| PRODUCT NAME | PRODUCT # | QUANTITY | GROSS | % OF CAT. | % OF TOTAL |
|---|---|---|---|---|---|
| Ultra Sound Small Animal | S0007 | 1 | $ 35.00 | 0.70 | 0.55 |
| Urine Analysis, Feline | K0618 | 1 | $ 16.00 | 0.32 | 0.25 |
| Urine Sedimentation | K7777 | 1 | $ 13.50 | 0.27 | 0.21 |
| Veterinary Technician Hr | TECH | 2 | $ 33.00 | 0.66 | 0.52 |
| X-Ray, Exotic/Other | K1069 | 5 | $ 230.56 | 4.60 | 3.62 |
| X-Ray, Feline | K1068 | 1 | $ 44.00 | 0.88 | 0.69 |
| X-Ray, Small Animal | K1067 | 1 | $ 75.00 | 1.50 | 1.18 |
| Totals: | | 962.4 | $ 5,010.94 | | 78.74 |

**Cs**

| Telazol 5ml  Bottle | TELAZOL5 | 1 | $ 159.00 | 100.00 | 2.50 |
|---|---|---|---|---|---|
| Totals: | | 1 | $ 159.00 | | 2.50 |

**Drug**

| Anes. Surg. Baboon Neuter | ANEPRE | 1 | $ 50.00 | 23.29 | 0.79 |
|---|---|---|---|---|---|
| Baytril LA per mL | BAYTRILLG | 1 | $ 3.79 | 1.77 | 0.06 |
| Convenia per cc | CONV10 | 1 | $ 47.61 | 22.18 | 0.75 |
| LA 200 100cc | LA200100 | 0.05 | $ 0.96 | 0.45 | 0.02 |
| Naxcel 1 Gram | MBNAXCEL1 | 2 | $ 72.28 | 33.68 | 1.14 |
| Sedate SA | SEDATESA | 2 | $ 40.00 | 18.64 | 0.63 |
| Torbugesic- Per Cc | TORBU | 0.5 | $ 0.00 | 0.00 | 0.00 |
| Totals: | | 7.55 | $ 214.64 | | 3.37 |

**Herb**

| Traumeel Tablets 100ct | TRAU100 | 1 | $ 20.00 | 100.00 | 0.31 |
|---|---|---|---|---|---|
| Totals: | | 1 | $ 20.00 | | 0.31 |

**Inse**

| QuickBayt -5 Lb Pail | QUICKBAYT | 1 | $ 41.05 | 63.21 | 0.65 |
|---|---|---|---|---|---|
| QuickBayt Spot Spray Concentrate 3 | QUICKSPR3 | 2 | $ 23.89 | 36.79 | 0.38 |
| Totals: | | 3 | $ 64.94 | | 1.02 |

**Mb**

| Banamine Per Cc | MBBANAMIN | 2 | $ 1.22 | 5.21 | 0.02 |
|---|---|---|---|---|---|
| Dexamethasone Per Cc | MBAZIUMCC | 12 | $ 18.00 | 76.82 | 0.28 |
| Gentocin 50mg Per Cc | MBGEN50CC | 1 | $ 4.21 | 17.97 | 0.07 |
| Ketaset Per Cc | MBKETASET | 0.85 | $ 0.00 | 0.00 | 0.00 |
| Totals: | | 15.85 | $ 23.43 | | 0.37 |

**Oils**

| Oils Lavender Spray | LAVSPRAY | 1 | $ 22.40 | 100.00 | 0.35 |
|---|---|---|---|---|---|
| Totals: | | 1 | $ 22.40 | | 0.35 |

**Sm**

| A/D Prescription Diet K9/Fel 5.5oz ca | ADK9 | 1 | $ 2.13 | 0.52 | 0.03 |
|---|---|---|---|---|---|
| Aminophylline inj | AMINOPHYC | 0.3 | $ 6.59 | 1.61 | 0.10 |
| Amoxi Tabs 200mg | AMOXITAB20 | 14 | $ 11.62 | 2.84 | 0.18 |
| Anesthesia Gas | GASAN | 1 | $ 0.00 | 0.00 | 0.00 |
| Anesthesia-Gas | K132 | 2 | $ 63.86 | 15.62 | 1.00 |
| Baytril Inj (sm Animal)cc | BAYTRILCC | 10.5 | $ 45.15 | 11.04 | 0.71 |
| Baytril SA per mL | BAYTRILGC | 5 | $ 21.50 | 5.26 | 0.34 |
| Bone Plate 6 Hole | BONEPLATE | 1 | $ 41.00 | 10.03 | 0.64 |
| Buprenex inj per cc | BUPREN | 0.1 | $ 0.00 | 0.00 | 0.00 |
| Clavamox Drops 15ml | CLAVAMOXD | 1 | $ 25.40 | 6.21 | 0.40 |
| Clindamycin 150mg | CLINDAMYCI | 34 | $ 31.28 | 7.65 | 0.49 |
| Clindamycin Cap. -25mg | CLINDA25MG | 28 | $ 22.40 | 5.48 | 0.35 |
| Felovax PCT 10ds | FELPCT10 | 1 | $ 41.72 | 10.20 | 0.66 |
| Fline Plus Feline Green | FLFELINE | 1 | $ 35.73 | 8.74 | 0.56 |
| Gentocin Durafilm 5ml | GENTOCINO | 1 | $ 7.95 | 1.94 | 0.12 |
| In House Blood Count - Cbc | K0467 | 1 | $ 25.05 | 6.13 | 0.39 |
| Laxatone-Catlax -Each | LAXATONET | 1 | $ 5.00 | 1.22 | 0.08 |
| Metacam Injectable 5mg per ML | K1530 | 0.02 | $ 0.37 | 0.09 | 0.01 |
| Silver Sulfadiazine 1% 400gm | SILSULF | 1 | $ 22.11 | 5.41 | 0.35 |
| Totals: | | 103.92 | $ 408.86 | | 6.42 |

Case 6:14-cv-02034-JSS   Document 70-93   Filed 10/16/15   Page 2 of 3

Elkader Veterinary Clinic   Product Analysis For Client   Thursday, February 05, 2015
Sellner,Thomas - SELTHO: 04/23/2007 - 02/05/2015

| PRODUCT NAME | PRODUCT # | QUANTITY | GROSS | % OF CAT. | % OF TOTAL |
|---|---|---|---|---|---|
| **Supp** | | | | | |
| Blades Each #30 | BLADESEA | 1 | $ 22.99 | 92.55 | 0.36 |
| Syringe 3cc/Needle | SYRINGE3NE | 4 | $ 1.85 | 7.45 | 0.03 |
| Totals: | | 5 | $ 24.84 | | 0.39 |
| **Vacc** | | | | | |
| Tetanus Antitoxin 1500ul | TETANUS | 1 | $ 10.12 | 100.00 | 0.16 |
| Totals: | | 1 | $ 10.12 | | 0.16 |
| **VI** | | | | | |
| Red Top Blood 10ml Tubes | TUBESRED | 1 | $ 0.30 | 100.00 | 0.00 |
| Totals: | | 1 | $ 0.30 | | 0.00 |
| **Vs** | | | | | |
| Dexdomitor per cc | DEXDO | 0.5 | $ 0.00 | 0.00 | 0.00 |
| Scalpels 22 | SCALPEL22 | 1 | $ 1.08 | 5.66 | 0.02 |
| Vicryl 3/0 Fs-1 #j452h | VICRY30 | 2 | $ 18.00 | 94.34 | 0.28 |
| Totals: | | 3.5 | $ 19.08 | | 0.30 |
| **Worm** | | | | | |
| Panacur 1000ml Bottle | PANACUR10 | 1 | $ 125.00 | 100.00 | 1.96 |
| Totals: | | 1 | $ 125.00 | | 1.96 |
| **Wormer** | | | | | |
| Panacur Suspension 1000ml Bottle | PANACUR10 | 2 | $ 260.21 | 100.00 | 4.09 |
| Totals: | | 2 | $ 260.21 | | 4.09 |
| Report Totals: | | 1,108.22 | $ 6,363.76 | | 100.00 |