

DEFENDANTS'
EXHIBIT "AA" p.1