1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA


TRACEY K. KUEHL, LISA K. KUEHL, )
KRIS A. BELL, NANCY A. HARVEY, )
JOHN T. BRAUMANN and )
ANIMAL LEGAL DEFENSE FUND, )
)
    Plaintiffs, ) No. CV 14-2034
)
vs. ) VOLUME I
)
PAMELA SELLNER, TOM SELLNER )
and CRICKET HOLLOW ZOO, )
)
    Defendants. )




DAY ONE OF JURY TRIAL HELD BEFORE
THE HONORABLE JON STUART SCOLES,

taken at the Federal Courthouse, 111 Seventh Avenue SE,
Cedar Rapids, Iowa, on the 5th day of October, 2015,
commencing at 1:47 p.m., reported by Kay C. Carr,
Certified Shorthand Reporter in and for the State of
Iowa.




Kay C. Carr
Certified Shorthand Reporter
Registered Professional Reporter
Cedar Rapids, Iowa
(319) 362-1543

Contact Kay Carr at 319-362-1543 or www.kaycarr.com to purchase a complete copy of the transcript.

2

APPEARANCES:


DANIEL J. ANDERSON, ESQ., Wertz & Dake,
1500 Center Street NE, Suite 101, Cedar Rapids,
Iowa 52402-5500, on behalf of the Plaintiffs.


JESSICA BLOME, ESQ., and JEFFREY D. PIERCE, ESQ.,
Animal Legal Defense Fund, 170 E. Cotati Avenue,
Cotati, California 94931, on behalf of the
Plaintiffs.


ELISABETH HOLMES, ESQ., Blue River Law, P.C.,
P.O. Box 293, Eugene, Oregon 97440, on behalf of
the Plaintiffs.


LARRY J. THORSON, ESQ., Ackley Kopecky & Kingery,
LLP, 4056 Glass Road NE, Cedar Rapids,
Iowa 52402-5062, on behalf of the Defendants.

to purchase a complete copy of the transcript.

3

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| PLAINTIFFS': | | | | |
| Jennifer Conrad, D.V.M. 15 | 93 | | 110 | 112 |

E X H I B I T S

| EXHIBITS | OFFERED | RECEIVED |
|---|---|---|
| PLAINTIFFS': | | |
| 1 - Notice of Intent to Sue | 12 | 12 |
| 4 - 7/29/10 inspection report | 49 | 50 |
| 5 - 11/22/10 inspection report | 49 | 50 |
| 6 - 2/16/11 inspection report | 49 | 50 |
| 7 - 8/16/11 inspection report | 49 | 50 |
| 8 - 12/8/11 inspection report | 49 | 50 |
| 10 - 1/3/12 inspection report | 49 | 50 |
| 11 - 5/1/12 inspection report | 49 | 50 |
| 12 - 5/16/12 inspection report | 49 | 50 |
| 13 - 6/29/12 inspection report | 49 | 50 |
| 14 - 8/20/12 inspection report | 49 | 50 |
| 16 - 11/26/12 inspection report | 49 | 50 |
| 17 - 2/13/13 inspection report | 49 | 50 |
| 19 - 6/12/13 inspection report | 49 | 50 |
| 20 - 7/13/13 inspection report | 49 | 50 |

Contact OMNIREP at 319-362-1543 or www.omnireporting.com
to purchase a complete copy of the transcript.

4

| EXHIBITS (Continued) | OFFERED | RECEIVED |
|---|---|---|
| 22 - 9/25/13 inspection report | 49 | 50 |
| 23 - 12/16/13 inspection report | 49 | 50 |
| 25 - 1/9/14 inspection report | 49 | 50 |
| 26 - 5/21/14 inspection report | 49 | 50 |
| 27 - 5/28/14 inspection report | 49 | 50 |
| 28 - 8/25/14 inspection report | 48/49 | 49/50 |
| 29 - 10/7/14 inspection report | 49 | 50 |
| 30 - 11/6/14 inspection report | 49 | 50 |
| 31 - 2/19/15 inspection report | 49 | 50 |
| 32 - 3/4/15 inspection report | 49 | 50 |
| 33 - 5/27/15 inspection report | 49 | 50 |
| 35 - 6/15/15 inspection report | 49 | 50 |
| 36 - 6/24/15 inspection report | 49 | 50 |
| 40 - Animal acquisition records | 12 | 12 |
| 41 - Attending veterinarian records | 12 | 12 |
| 42 - Program of veterinary care | 12 | 12 |
| 43 - Large felid diet | 12 | 12 |
| 44 - Primate enrichment program | 12 | 12 |
| 45 - Contingency plan | 12 | 12 |
| 46 - Exercise program for dogs | 12 | 12 |
| 48 - Big cat records | 12 | 12 |
| 49 - Wolf records | 12 | 12 |
| 51 - Sellner & Cricket Hollow Zoo balance sheet | 12 | 12 |

Case 6:14-cv-02034-JSS   Document #: 119-1 Filed: 10/30/15   Page 4 of 49

Confidential - for attorneys eyes only.com
to purchase a complete copy of the transcript.

5

| EXHIBITS (Continued) | OFFERED | RECEIVED |
|---|---|---|
| 56 - Cricket Hollow Zoo Articles of Incorporation | 12 | 12 |
| 57 - Cricket Hollow Zoo attendance tally | 12 | 12 |
| 58 - Cricket Hollow Zoo USDA Class C Exhibitor License | 12 | 12 |
| 59 - Photographs taken by Lisa Kuehl | 12 | 12 |
| 70 - CV of Dr. Jennifer Conrad | 18 | 18 |

DEFENDANTS':

| | OFFERED | RECEIVED |
|---|---|---|
| C - 11/20/13 primate enrichment program | 12 | 12 |
| D - Articles of Incorporation of Cricket Hollow Zoo, Inc. | 12 | 12 |
| E - Program of veterinary care instructions | 12 | 12 |
| F - 11/20/13 large felid diet | 12 | 12 |
| G - Exercise plan for dogs | 12 | 12 |
| H - Record of animals on-hand | 12 | 12 |
| I - Record of acquisition, disposition or transport of animals reports | 12 | 12 |
| J - Zoo veterinarian records for animals | 12 | 12 |
| L - Certified member card | 12 | 12 |
| M - Signed veterinarian inspections by Dr. John Pries through 8/25/15 | 12 | 12 |

Condensed It™ with AMICUS - www.amicusinfo.com
to purchase a complete copy of the transcript.

6

| EXHIBITS (Continued) | OFFERED | RECEIVED |
|---|---|---|
| N - Calendar showing temperature, rain and humidity | 12 | 12 |
| P - Timber wolf sign | 12 | 12 |
| Q - Animal park meat by-product agreement | 12 | 12 |
| R - USDA license for Pamela and Tom Sellner | 12 | 12 |
| S - CV of Dr. John Pries | 12 | 12 |
| T - CV of Dr. Gary Pusillo | 12 | 12 |
| U - USDA inspection reports | 12 | 12 |
| V - Letter by Tracey Kuehl | 12 | 12 |
| Z - Veterinarian bills from Dr. Pries | 12 | 12 |

Case 6:14-cv-02034-JSS  Document 119-1  Filed 10/30/15  Page 6 of 49
Contact www.lexitaslegal.com
to purchase a complete copy of the transcript.

**7**

1   THE COURT: I apologize for the late start.
2   We do try to get started on time, but we got a little
3   behind schedule today.
4       The matter now before the Court is the case
5   entitled Tracey K. Kuehl and others versus Pamela
6   Sellner and others, No. C 14-2034. This matter comes on
7   for trial at this time. The plaintiffs are represented
8   by their attorneys and maybe I could just have you go
9   down the line and introduce yourselves.
10      MR. ANDERSON: Daniel Anderson.
11      MR. PIERCE: Jeffrey Pierce.
12      MS. BLOME: Good afternoon, Your Honor.
13  Jessica Blome.
14      THE COURT: Thank you.
15      MS. HOLMES: Good afternoon, Your Honor.
16  Elisabeth Holmes.
17      THE COURT: Thank you. And are your clients
18  here today?
19      MS. HOLMES: Yes, Your Honor, they are.
20      THE COURT: Do you want to identify -- are
21  they all here? Do you want to identify -- the
22  individual defendants are Tracey Kuehl. Ms. Kuehl, are
23  you here?
24      THE WITNESS: Yes, Your Honor, I am.
25      THE COURT: Thank you. And Lisa Kuehl?

**8**

1       MS. HOLMES: Your Honor, if I may, we
2   actually only have Tracey here this afternoon in
3   anticipation of her possible testimony this afternoon or
4   tomorrow. The remaining plaintiffs will be here
5   throughout the week.
6       THE COURT: Okay. And I don't have any
7   problem with that. I want the record to reflect sort of
8   who's here among the parties and the attorneys.
9       MS. HOLMES: Thank you.
10      THE COURT: The defendants are represented
11  by Attorney Larry Thorson. I assume this is Ms. Sellner
12  with you, Mr. Thorson?
13      MR. THORSON: Yes, Your Honor.
14      THE COURT: And Mr. Sellner; is that
15  correct?
16      MR. THORSON: That's correct, Your Honor.
17      THE COURT: Before we get to the trial, I
18  want to briefly refer to the motion for reconsideration
19  that was filed I think maybe last Friday or so by the
20  plaintiffs. The plaintiffs asked that the Court
21  reconsider its ruling on the motion in limine -- the
22  third motion in limine filed by the plaintiffs. I have
23  reviewed the motion and the brief and have also reviewed
24  the resistance that was filed by the defendants this
25  morning.

**9**

1       The issue here is whether the plaintiffs
2   will be able to call David Allen as an expert witness
3   during their case in chief. In my ruling, I indicated
4   that because Mr. Allen had not been identified initially
5   as an expert witness during the case in chief, that he
6   would only be permitted to testify as a rebuttal expert
7   witness.
8       In their motion to reconsider, the
9   plaintiffs argue that in the letter which was sent to
10  Mr. Thorson on February 26th which identified Mr. Allen
11  as an expert witness, they referred to case in chief
12  and, therefore, the defendants were alerted to the fact
13  that plaintiffs intended to call Mr. Allen during their
14  case in chief as long as last February.
15      In looking at the letter, which is
16  Docket No. 47-4, which is dated February 26, two days
17  before the deadline for identifying rebuttal experts,
18  it's a letter from Ms. Blome to Mr. Thorson. The
19  subject line -- the RE line on the letter is Kuehl
20  versus Sellner, et al., rebuttal expert. And then the
21  first two sentences read, "I'm writing to disclose
22  plaintiffs' rebuttal expert witness in the
23  above-referenced matter. Plaintiffs intend to call
24  retired zoo administrator David Allen as part of their
25  case in chief in order to rebut testimony that will be

**10**

1   provided by defendant Pam Sellner, Dr. Pries and
2   Dr. Pusillo."
3       So in the subject line and in the first
4   sentence, the plaintiffs refer to Mr. Allen as their
5   rebuttal expert witness. In the second sentence they
6   describe the purpose for Mr. Allen's testimony;
7   specifically to rebut testimony that will be provided by
8   the three persons who were identified as defendants'
9   experts.
10      Now, I agree that this -- the words case in
11  chief appear in the second -- in the second sentence,
12  but they would appear to be incongruent with the three
13  other references to Allen as the rebuttal expert
14  witness. It would also appear to be incongruent with
15  the stated purpose of Allen's testimony and that is to
16  respond or rebut testimony offered by defendants'
17  experts, so that's exactly what my order allows.
18      That is, it allows Mr. Allen to be called to
19  rebut the testimony of the defendants' experts, which is
20  exactly what the plaintiffs said they intended to do
21  after identifying him as a rebuttal expert twice. So my
22  ruling and opinion doesn't change and the motion for
23  reconsideration will be denied.
24      Any additional record that plaintiffs want
25  to make on that issue?

Contact ... to purchase a complete copy of the transcript.

---

11

1    MR. PIERCE: Well, Your Honor, we appreciate
2  that you've reconsidered the motion. We would only
3  submit that we had believed and maintain that
4  redesignating Mr. Allen as an affirmative witness in our
5  case in chief was within the discretion of the Court.
6  We sought your discretion the second time on the basis
7  of the two tests that we articulated in the motion; one
8  from the Eighth Circuit, the good cause test. The other
9  from the Third requiring defendants to show specific
10  prejudice. It was our position that we met both tests,
11  but we understand that the Court is unwilling to reverse
12  its discretion on the matter.
13    THE COURT: I think we're ready to proceed
14  with the trial at this time. I think we can dispense
15  with the opening statements. Obviously, I've looked at
16  this file several times both with respect to the motion
17  for summary judgment and also more recently on the
18  motions to -- or motions in limine. I've also reviewed
19  the trial briefs. I think I'm familiar with the issues
20  and so I think we can dispense with the opening
21  statements.
22    With respect to exhibits, as I indicated, I
23  believe, in our telephonic final pretrial conference,
24  those exhibits which are identified as Category A would
25  be introduced at the beginning of the trial into

---

12

1  evidence without further foundation and without
2  objection. So at this time the Court receives into
3  evidence Plaintiffs' Exhibits 1, 40, 41, 42, 43, 44, 45,
4  46, 48, 49, 51, 56, 57, 58, 59, and Defendants' Exhibits
5  C, D, E, F, G, H, I, J, L, M, N, P, Q, R, S, T, U, V and
6  Z.
7    (Plaintiffs' Exhibits 1, 40 through 46,
8    48 through 49, 51, and 56 through 59 were
9    offered and received in evidence.)
10    (Defendants' Exhibits C through J, L
11    through N, P through V and Z were offered
12    and received in evidence.)
13    THE COURT: Does that comport with your
14  understanding of the exhibits which would be introduced
15  without objection? I'm not sure who I should be
16  addressing. Mr. Pierce, are you sort of the lead
17  counsel or is there a lead counsel?
18    MS. BLOME: I am, Your Honor.
19    THE COURT: All right. Ms. Blome, does that
20  accurately describe the exhibits which have been
21  received without objection?
22    MS. BLOME: Yes, Your Honor.
23    THE COURT: And, Mr. Thorson, is that your
24  understanding as well?
25    MR. THORSON: Yes, Your Honor.

---

13

1    THE COURT: All right. Are the plaintiffs
2  prepared to proceed with their first witness?
3    MS. BLOME: Yes, Your Honor.
4    THE COURT: You may call your first witness.
5    MS. HOLMES: Your Honor, I'm Elisabeth
6  Holmes. I'm going to be asking for Jennifer Conrad, a
7  veterinary medicine doctor, to be the plaintiffs' first
8  witness as an expert witness.
9    THE COURT: Is Dr. Conrad in the courtroom?
10    MS. HOLMES: Yes, she is, Your Honor.
11    THE COURT: Ma'am, if you'll step right up
12  here, please. And I don't know if we covered this at
13  the final pretrial conference or not, but counsel are
14  free to remain at your desk if you want to. If you're
15  more comfortable at the podium, you can do that. It
16  doesn't make any difference to me. The only thing I
17  would ask is that you make sure you have a microphone in
18  proximity to wherever you're at. Obviously, we have a
19  court reporter who is making a record, but in addition,
20  everything that is done in this courtroom is recorded
21  and if you're not close to a microphone, it won't pick
22  it up.
23    MS. HOLMES: Thank you, Your Honor.
24    THE COURT: If you'll raise your right hand.
25

---

14

1    JENNIFER CONRAD, D.V.M.,
2  called as a witness, being duly sworn, was examined and
3  testified as follows:
4    THE COURT: Have a seat. Kind of scooch up
5  to the microphone, if you would.
6    MS. HOLMES: Your Honor, I have a question
7  with respect to logistics in terms of presenting
8  exhibits to the witness to view. I have to confess
9  unfamiliarity with the ELMO system, and so in terms of
10  making exhibits available, I have a hard copy exhibit
11  book that I could make available to the witness or --
12    THE COURT: Yeah. If -- if you have a hard
13  copy, that might be as convenient as anything to just
14  provide it to the witness. Obviously, we don't have a
15  jury here today. If we had a jury, then it would be
16  necessary to -- to stick it on the ELMO and display it
17  on the screen so that everyone could see it, but if the
18  witness has a hard copy, I think I've been provided with
19  hard copies and so there's no particular reason to
20  display it unless -- unless you want to. You know,
21  Mr. Coberly can set up that ELMO for you in short order,
22  but it doesn't make any difference to me. I have a copy
23  that I'll be looking at.
24    MS. HOLMES: Thank you. I think for the
25  majority of the exhibits today for Dr. Conrad's

Coberly Reporting at 319-362-6649 or reporting@q.com
to purchase a complete copy of the transcript.

15

1 testimony, I don't think the ELMO will be necessary.
2       THE COURT: All right.
3       MS. HOLMES: Thank you. One more question,
4 Your Honor. Is it permissible for us to put the main
5 binder of the plaintiffs' exhibits before the witness?
6       THE COURT: Yeah. I understand that not all
7 of them have been received in evidence, but you can
8 stick the whole binder in front of her. Obviously,
9 she's only permitted to testify regarding those exhibits
10 which are offered and received.
11       MS. HOLMES: Yes, thank you. May I
12 approach?
13       THE COURT: You may. Also, I might indicate
14 that I don't stand on formality as far as approaching
15 the witness and so forth. You don't have to ask
16 permission if you want to come up and point to something
17 for them. The only thing I require is that you not
18 hover over the witness, so once you've provided them
19 with whatever you need -- they need to see, then if
20 you'll retreat to counsel table.
21       MS. HOLMES: Thank you.
22       DIRECT EXAMINATION
23 BY MS. HOLMES:
24 Q.   Good afternoon.
25 A.   Good afternoon.

16

1 Q.   Can you hear me okay?
2 A.   Yes.
3       THE COURT: If -- if you prefer to stand,
4 you certainly can, but why don't you pull that
5 microphone a little closer if you can and kind of tilt
6 it up so that it's coming right up towards you just so
7 that we make sure we can all hear you.
8       MS. HOLMES: Thank you, Your Honor.
9 Q.   Would you please state your name for the Court.
10 A.   My name is Jennifer Conrad.
11 Q.   And what is your address?
12 A.   910 Idaho Avenue, Santa Monica, California.
13 Q.   And what is your profession?
14 A.   I am a wildlife and exotic animal veterinarian.
15 Q.   Have you provided the plaintiffs with a copy of
16 your curriculum vitae; your CV?
17 A.   Yes.
18 Q.   Would you please turn to the tab No. 70 in the
19 book in front of you. Are you there?
20 A.   Yes.
21 Q.   Do you recognize this document?
22 A.   Yes.
23 Q.   What is it?
24 A.   It is my curriculum vitae.
25 Q.   And have you seen this before?

17

1 A.   Yes.
2 Q.   Did you prepare it?
3 A.   Yes.
4 Q.   Did you provide all of the information contained
5 in it?
6 A.   Yes.
7 Q.   And is that copy a fair and accurate copy of your
8 CV?
9 A.   Yes.
10 Q.   And would having it with you today enhance your
11 testimony?
12 A.   Enhance my -- I don't understand the question.
13 Q.   Let me rephrase it. Would it help you, assist
14 you in answering questions today having that document in
15 front of you?
16 A.   Well, all this experience assists me, but not
17 this document particularly. I mean I don't know.
18 Q.   If I were to ask you questions about your
19 professional history and your background and your
20 education, would having that document as part of the
21 evidence of the court record be helpful to understanding
22 your qualifications today?
23 A.   Yes.
24 Q.   Thank you.
25       MS. HOLMES: Your Honor, I believe we've

18

1 laid the proper foundation to have Exhibit No. --
2 Document No. 70 admitted into evidence.
3       THE COURT: Are you offering Exhibit 70?
4       MS. HOLMES: Yes.
5       THE COURT: Any objection?
6       MR. THORSON: No objection.
7       THE COURT: Seventy is received.
8       MS. HOLMES: Thank you, Your Honor.
9       (Plaintiffs' Exhibit 70 was offered and
10       received in evidence.)
11 Q.   How long have you been engaged in the practice as
12 a veterinarian?
13 A.   For 21 years.
14 Q.   And where do you practice?
15 A.   Mostly in Los Angeles.
16 Q.   And are you licensed in the state of California?
17 A.   Yes.
18 Q.   Are you licensed in other states of the
19 United States?
20 A.   No.
21 Q.   Do you practice in a solo practice or in a group
22 practice?
23 A.   I practice as a solo practitioner, but I use
24 other veterinarians all the time.
25 Q.   In a consultant capacity?

Contact CourtScribes at 1-19-362-1650 or visit www.courtscribes.com
to purchase a complete copy of the transcript.

---

**19**

1    A.    Yes.

2    Q.    Do you co-manage cases with other veterinarians?

3    A.    I wouldn't say I co-manage cases, but I will

4    bring my cases to other veterinarians for

5    recommendations and thoughts.

6    Q.    And do you do that to enhance your ability to

7    provide care to your patients?

8    A.    I do.

9    Q.    Where did you go to veterinary school?

10    A.    UC Davis.

11    Q.    When did you graduate?

12    A.    1994.

13    Q.    Did you do any residencies or internships?

14    A.    No.

15    Q.    And after you completed your veterinary school at

16    UC Davis, did you begin practicing veterinary medicine

17    immediately?

18    A.    Yes.

19    Q.    With whom?

20    A.    I worked for a cat and dog practice in the

21    Los Angeles area.

22    Q.    And how long did you work there?

23    A.    One year.

24    Q.    What did you do next?

25    A.    Well, at the same time I was also working for the

---

**20**

1    Los Angeles Zoo and I was also working for the U.S. Navy

2    taking care of their marine mammal program.

3    Q.    Did you develop a specialty in veterinary

4    medicine?

5    A.    I would say that I have a special interest in big

6    cats, but I am not considered -- I am not formally -- I

7    don't have a degree as a specialist in big cats.

8    Q.    And so medical veterinary degrees in big cats are

9    available?

10    A.    Well, there's -- there is accreditation by the

11    American Association of Zoo -- the diplomat -- College

12    of Zoo Veterinarians, but I do not have that.

13    Q.    Okay.  But most of your -- excuse me -- are --

14    what is the current profile of most of your clients --

15    your animal clients?

16    A.    Most of my -- I take care of animals who are in

17    the movies such as tigers, lions, leopards, cougars;

18    those type of big cats.  I take care of wolf hybrids.  I

19    take care of giraffes and other animals too.

20    Q.    And how many years have these kinds of animals

21    been part of your practice?

22    A.    Twenty-one.

23    Q.    Okay.  Do other veterinarians that have big cats

24    or wolf hybrids or giraffes or any of those animals you

25    just mentioned, do they refer their patients to you?

---

**21**

1    A.    Yes.

2    Q.    And approximately how many patients do you have

3    at any given time?

4    A.    Somewhere around 200 to 300.

5    Q.    And as part of your responsibilities in your

6    practice -- strike that.  Could you please describe the

7    responsibilities of your -- of your practice.

8    A.    My responsibilities are to maintain health and

9    well-being of animals; to make sure that they have

10    adequate medical care; they are fed properly; that they

11    have enrichment for both behaviorally and

12    environmentally and to be available if there are any

13    emergency situations as well as to take care of their

14    regular care; for instance, making sure they're spayed

15    and neutered; that they have their teeth checked and any

16    problems that arise I would take care of them.

17    Q.    And what governs or what informs those criteria

18    that you just mentioned as the goals for your practice

19    in terms of what you need to manage?

20    A.    Well, I think there's a lot of common sense in

21    how animals should be treated.  For instance, that they

22    have to have fresh water, fresh healthy food.  They have

23    to have exercise.  They have to have someone who can

24    maintain an eye on their well-being; for instance, are

25    they limping today?  Are they not eating today?  What

---

**22**

1    are the problems?  And -- and I think that as a

2    veterinarian, I like to be informed about any changes

3    before they become critical because it's a lot easier to

4    take care of an animal before it's super sick.

5    Q.    Are you familiar with the Animal Welfare Act?

6    A.    I am.

7    Q.    And are you familiar with the accompanying

8    regulations?

9    A.    Yes.

10    Q.    And how are you familiar with them?

11    A.    Well, they're kind of a basic standard that --

12    that veterinarians and anyone with animals looks to, but

13    also because I was able to help amend the Animal Welfare

14    Act in 2006 to no longer allow the declawing of cats or

15    the defanging of primates or cats or bears.

16    Q.    Are you familiar with a program of veterinary

17    care?

18    A.    Yes.

19    Q.    And are you a veterinarian named in any programs

20    of veterinary care for any of your clients?

21    A.    Yes.

22    Q.    And do you also in addition to that serve in a

23    consultant capacity to facilities that are developing

24    and implementing programs of veterinary care?

25    A.    Yes.

CONTACT RealLegal® at 1-888-584-3278 or www.reallegal.com
to purchase a complete copy of the transcript.

**23**

1  **Q.**   And are you aware with the Animal Welfare Act
2  guidelines that there is a discussion of animal
3  husbandry practices --
4  **A.**   Yes.
5  **Q.**   -- that are required to be met?
6  **A.**   Yes.
7  **Q.**   Can you please explain for the Court what is your
8  understanding of animal husbandry?
9  **A.**   Animal husbandry is maintaining a quality of life
10 for animals, meaning that their enclosures are clean;
11 that they're fed the proper diet the proper amount; that
12 they're consistently given fresh water and their water
13 bowls are checked because they do sometimes tip them
14 over or contaminate them.  And it's to make sure that
15 they have exercise; that they have a reason or things to
16 play with and that they have a interaction with other
17 animals if that's what they would like.
18 **Q.**   And you mention all these things in your capacity
19 as a veterinarian.
20 **A.**   I think that animal health stems down to proper
21 diet, proper exercise and proper care from the beginning
22 and, therefore, I do not have as many problems down the
23 road.
24 **Q.**   And you're here today to testify on behalf of the
25 plaintiffs.  Have you read the complaint in this matter?

**24**

1  **A.**   Yes.
2  **Q.**   And have you reviewed the discovery materials
3  exchanged in this matter?
4  **A.**   Yes.
5  **Q.**   And have you reviewed the deposition transcripts
6  in this matter?
7  **A.**   Yes.
8  **Q.**   And have you reviewed documents provided by some
9  of the other plaintiffs; for example their photographs
10 and some of their declarations?
11 **A.**   Yes.
12 **Q.**   And you've also reviewed inspection reports made
13 of the defendant facility, the Cricket Hollow Zoo, by
14 the USDA APHIS inspectors; correct?
15 **A.**   Yes.
16 **Q.**   And having reviewed all those materials and the
17 complaint, have you formulated an opinion about the
18 animals at the Cricket Hollow Zoo, particularly the
19 endangered species?
20 **A.**   I feel that these animals are not being taken
21 care of in the standard that they should be; that their
22 enclosures are filthy.  Their water is often filthy.
23 They're not being fed the proper diet.  They have no
24 behavioral or environmental enrichment that -- to speak
25 of and I think that it's unconscionable that they die

**25**

1  without a diagnoses.
2  **Q.**   And do you think that based on your review of the
3  materials, that the situation at the Cricket Hollow Zoo
4  and the actions of the defendants are creating a
5  likelihood of injury to these animals?
6  **A.**   I believe that they are creating more than a
7  likelihood.  I think it's predictable.
8  **Q.**   And based on the materials that you have
9  reviewed, is it your opinion that the defendants'
10 actions may have actually injured or killed some of the
11 animals?
12 **A.**   Absolutely.  I believe that their lack of
13 veterinary care and their inability to know their
14 animals when they're beginning to get sick has caused
15 the demise of many animals.
16     MS. HOLMES:  Your Honor, I would like to
17 move to qualify Dr. Jennifer Conrad as an expert witness
18 under Federal Rule of Evidence 702.  Because of her
19 expertise, knowledge, education and experience, she will
20 help the Court understand the evidence and the issues in
21 this case as they relate to veterinary medicine.
22     THE COURT:  Well, I don't certify the
23 defendant (sic) as an expert.  She's already testified,
24 however -- well, let me make it clear; I'm not saying
25 she's not an expert.  I'm simply saying I don't certify

**26**

1  one way or the other whether the defendant's (sic) an
2  expert.  She's already testified as to expert opinions
3  without objection.  If there were an objection made to
4  an expert opinion, then I would have to make a
5  determination as to whether or not she is qualified to
6  render that opinion, but here she's expressed at least
7  three opinions without objection, so I don't think it's
8  necessary for me to make any determination as to -- or
9  -- or certification as to whether or not she's an
10 expert.  The weight that I give to any witness,
11 including expert witnesses, will be determined based on
12 their experience and education and knowledge of the
13 facts and all of those things.  Certainly by education
14 and experience, it would appear that she has expertise
15 in the field.
16     MS. HOLMES:  Thank you, Your Honor.
17 **Q.**   Dr. Conrad, generally speaking, can you
18 categorize some of the deficiencies that you've
19 identified with the Cricket Hollow Zoo with respect to
20 animal husbandry practices as they relate to veterinary
21 care?
22 **A.**   Well, I think there are many, but the one that I
23 find most egregious is the fact that the feces isn't
24 cleaned up and that the USDA has cited for multiple --
25 multiples times cited piles and piles of feces in cages.

to purchase a complete copy of the transcript.

27

1   I think that the water not being clear is -- it's the
2   sort of thing that is so preventable to stop disease
3   transmission by having clean water.  Good food is really
4   imperative.
5           Whenever an animal is at all sick, then you
6   have to have a way to be able to begin to treat the
7   animal and it seems that this is all lacking, on top of
8   the fact that I don't believe that their veterinarian
9   seems highly involved in the care of these animals and
10  -- and so these animals are being diagnosed by the owner
11  as with laymen's terms that the veterinarian is
12  accepting that as the diagnosis, offering antibiotics
13  and when the animal dies five days or ten days later or
14  even immediately, there's no necropsy to talk about --
15  to find out what that animal really died of.  That
16  endangers all the animals because what if it's something
17  contagious or what if it's something that can be changed
18  for the next animals?  What if, and I find that
19  completely -- I mean below substandard.  It is not
20  acceptable.
21  Q.      So in the Animal Welfare Act regulations it
22  requires that the -- it follow a minimum -- that is the
23  minimum standard of veterinary care and animal husbandry
24  that should be provided.  In your experience is the
25  standard of care of what's being provided at the Cricket

28

1   Hollow Zoo below the minimum standard?
2   A.      Yes.
3   Q.      Thank you.  You looked at -- as part of your
4   assessment of this matter, you looked at veterinary
5   records --
6   A.      Yes.
7   Q.      -- in this case.  Is there anything particular
8   that you could highlight for the Court that animals such
9   as tigers, lemurs or wolves or wolf hybrids require for
10  veterinary medicine that's different from a dog or cat
11  or a dairy cow?
12  A.      They require different vaccines than dogs or
13  cats.  I mean in addition to -- they require extra
14  vaccines I should say.  They require deworming
15  differently because their diet is largely raw meat and
16  so they are exposed to worms much more than a cat who
17  you open a can for of cooked meat.  So those sort of
18  things.
19          They also have much different natural
20  histories so they require more things as far as their
21  mental health for -- that aren't standard that you would
22  consider for a cat.  Like a tiger needs -- they need
23  different types of shelter.  They need different space.
24  They need different exercise protocols and they need
25  different toys than -- than the average cat.  I mean

29

1   there's -- it's not rocket science, but it's definitely
2   different.
3   Q.      Is there anything about these particular species
4   -- tigers, wolves, wolf hybrids and lemurs -- that make
5   them more difficult to diagnose illnesses in than a
6   house pet or livestock?
7   A.      Yes.  There are two things.  One is that -- that
8   people often bask in their reflected glory, so they look
9   at this magnificent tiger and they can't see it as
10  having the vulnerability of being sick so they often
11  dismiss it; oh, maybe that's just today or whatever.
12  Oh, it didn't eat today.  Well, maybe tomorrow.  Well --
13  that sort of thing.
14          But the other thing is that in order to take
15  blood work from many of these animals, you have to be
16  kind of creative because it's either that or you're
17  going to have to anesthetize them.  And you know when
18  you anesthetize an animal, for a dog or cat -- a dog or
19  cat comes into the vet, they take preanesthetic blood
20  work.  It's easy to take, but for a tiger it's a little
21  harder so you have to figure out ways, have equipment
22  that you can take that blood work with an animal awake
23  or you have to be comfortable enough with the animal's
24  well-being that you can knock that animal out and get
25  your samples.

30

1   Q.      And by blood work, do you mean in the context of
2   even just doing basic physical exams?
3   A.      Well, a basic physical exam in my opinion is to
4   get blood work, urine, fecal analysis and to have you be
5   able to look at the mouth, the eyes and the general
6   state of the animal's well-being as far as its size,
7   whether it's fat or skinny and for the consistency of
8   the fur.
9   Q.      And how often do you do that, let's say for a
10  tiger?
11  A.      Well, I take care of a lot of tigers and there
12  are ones that I do it, you know, at least once a year
13  and there are ones that are trained well enough that I
14  can get blood work with them awake and so I will do that
15  in a squeeze cage so I don't have to actually
16  anesthetize them.
17  Q.      And how long do you take with each tiger to do a
18  basic preventative exam?
19  A.      One exam takes hours because --
20  Q.      How many hours?
21  A.      Two minimum because I have to get the animal --
22  if I have to anesthetize it, then it takes me about a
23  least a half hour to get it down and then I have to wake
24  it up.  If I'm going to anesthetize an animal, I do it
25  at a facility where I can actually take X-rays and

Case 6:14-cv-02034-JSS   Document 31-1   Filed 11/30/15   Page 12 of 49
PURCHASE A FULL VERSION to purchase a complete copy of the transcript.

31

1 everything and be prepared for dentals and everything
2 else that possibly that animal could need because I
3 don't want to have to do it again. I don't want to
4 knock that animal down and then go oh, I should have
5 been prepared for the fact that this animal has a broken
6 canine and have to knock it down again.
7 Q.    In your opinion in reviewing the records in this
8 case, does it appear that the veterinarian for the
9 Cricket Hollow Zoo took at least two hours for each
10 tiger on an annual basis to do preventative care exams?
11 A.    Not at all. There -- there are so -- what I have
12 found is that this veterinarian seems lackadaisical at
13 best, but more disinterested is probably a better
14 adjective for what's happening there.
15 Q.    And I would like to refer you now to Exhibit 41,
16 which has been admitted into evidence. Have you
17 identified it?
18 A.    Yes.
19 Q.    If you look at -- if you look at Exhibit 41, will
20 you please look at the top of the page and let me know
21 what -- I should first identify for the record that this
22 is the veterinary records produced by the defendants in
23 this case, and will you please look at the top of the
24 page and if you can identify the length of time that
25 these records cover?

32

1 A.    It appears to be April 2007 to February 2015.
2 Q.    And can you tell me how many pages long
3 Exhibit 41 is?
4 A.    Two-and-a-half pages.
5 Q.    So that's about an eight year period, would you
6 agree with that?
7 A.    Yes.
8 Q.    So three pages of records. Do you happen to know
9 how many animals are at the Cricket Hollow Zoo?
10 A.    I believe somewhere around 300.
11 Q.    Thank you. And if you look at the records, can
12 you identify for the Court approximately how many
13 in-person or in-office visits occurred during this
14 eight year period?
15 A.    I think it seems like they're all grouped
16 together as professional time and perhaps 11 or so.
17 Q.    Okay. I -- I will represent that there's also a
18 couple others that could possibly be identified through
19 trip and trip charge, a couple of others through
20 in-house general health profile and possibly one or two
21 more.
22 A.    Yes.
23 Q.    So if I were to suggest that the number is
24 approximately about 20 visits over the course of
25 eight years, would that comport with your reading of

33

1 these veterinary records?
2 A.    Yes.
3 Q.    And would you agree that over the course of
4 eight years, that comes out to be about two-and-a-half
5 visits per year?
6 A.    Yes.
7 Q.    And do you think for approximately 300 animals, a
8 number of which are endangered species including tigers,
9 lemurs, wolves or wolf hybrids, that that is adequate
10 veterinary care?
11 A.    No.
12 Q.    If you would take another look at this document,
13 do you happen to see any treatments that relate to tooth
14 care which I believe you mentioned as one of the
15 preventative exams you would provide to a tiger.
16 A.    I believe it would be under dental and I do not
17 see anything under dental.
18 Q.    Okay. Do you happen to see any examination
19 charges that relate to eye care or ocular care?
20 A.    I believe it would be under ophthalmology and I
21 do not see that.
22 Q.    I will represent to you that I see one entry
23 called eye swab.
24 A.    Oh, yes.
25 Q.    And over an eight year period for this number of

34

1 animals, do you consider that an adequate number of eye
2 care examinations?
3 A.    I would imagine that there would be many more
4 cases that were eye related for 300 animals.
5 Q.    And you also mentioned that urine and fecal
6 samples are part of the basic preventative care that you
7 would provide.
8 A.    Yes.
9 Q.    And for the eight year period that these records
10 cover, do you see entries that relate to fecal or urine
11 sampling?
12 A.    I see two for fecal and two for urine.
13 Q.    Okay. Do you happen to see any entries that
14 relate specifically to blood sampling?
15 A.    Yes.
16 Q.    And how many do you see?
17 A.    I see here three in-house panels and I'm looking
18 to see if I see any lab and -- there's a couple lab
19 fees, but I don't know what they're for exactly.
20 Q.    Okay. And again, with this number of animals and
21 with a number of them being endangered species like
22 tigers, lemurs, wolves or wolf hybrids, do you see the
23 degree of treatment provided here for those basic
24 preventative services as adequate?
25 A.    I do not.

CRICKET HOLLOW.txt...ecdc61f31888f344...com
to purchase a complete copy of the transcript.

35

1  Q.     And do you think not providing the adequate care
2  has a likelihood of leading to injury for the endangered
3  species?
4  A.     Absolutely.  I think that the -- key to
5  endangered species is preventive care and this is not
6  the case here.
7  Q.     Will you please turn to the last page of
8  Exhibit 41.  And on the last page, you see the second
9  column over.  It's the column in the middle.  You see
10 the number $6,363.76?
11 A.     Yes.
12 Q.     Does that appear to be the total expense for
13 veterinary care over this eight year period for
14 300 animals?
15 A.     Yes.
16 Q.     And if I represented to you that if there were --
17 if I take that number and divide by 300 animals, I come
18 up with $2.65 per animal per year or if I assume that
19 there's only 200 animals at the Cricket Hollow Zoo and
20 divide that number by 200 animals, it comes up to be
21 $3.98 per animal per year.  In your experience, are
22 those expenses for veterinary care reasonable?
23 A.     They're not reasonable at all.  I think that that
24 shows a paltry and unconscionable lack of veterinary
25 care.

36

1  Q.     In your experience, how much would one
2  necessarily spend to meet the minimum standards of
3  providing preventative -- preventative care for
4  endangered species on an annual basis?
5  A.     Somewhere between 175 and $350 per animal.
6  Q.     And I have to be clear here.  Are you talking
7  Iowa dollars or California dollars?
8  A.     Well, I don't know how different that is, but I
9  would -- I know that I'm talking about what it would
10 cost me to buy these medications wholesale and -- and --
11 for the animals I take care of, so I would imagine it's
12 not that different.
13 Q.     If we were to consolidate some of the information
14 and explain that during the same time period -- during
15 the same eight year time period, there were 11 deaths of
16 endangered species including tigers, lemurs and wolves
17 and less than two visits per year per each animal, would
18 you conclude in your expert opinion that that situation
19 created a -- demonstrated that there is actual harm
20 being caused to these animals?
21 A.     I think that there's certain neglect and that is
22 causing a lot of harm for these animals.  These animals
23 are very sensitive and they need someone who knows
24 exactly what's happening with them every day and this is
25 not the case.  And I find it egregious that animals are

37

1  dying without any veterinary care other than perhaps, if
2  lucky, a phone call.
3  Q.     And you mentioned that these animals are
4  particularly sensitive.  Does one need special training
5  to be able to appreciate the sensitivities of these
6  animal and their veterinary care needs?
7  A.     I believe that one needs a lot of experience with
8  them to be able to understand how they work and what
9  their problems will be, as well as they are -- they do
10 require a different amount of handling than a sick kitty
11 cat, because these animals if they're sick, then you
12 have to figure out a way to keep -- preserve human life
13 when dealing with them, so it's not something to take
14 lightly.  It's a serious business.
15 Q.     And if you needed to get experience in this field
16 and you were a veterinarian, would you be able to take
17 continuing education courses or get special schooling or
18 sign up for a training program to gain that experience?
19 A.     There are all sorts of programs across the
20 country and even outside the country where you can learn
21 anesthesia for these animals and take a two week course
22 doing anesthesia in the field.  The AAZV, which is the
23 zoo vets -- the American Association of Zoo Vets, has an
24 annual meeting.  The American Association of Wildlife
25 Vets has an annual meeting.  There are many resources

38

1  for someone who truly cares and wants to learn.
2  Q.     Do you --
3  A.     Sorry; I was going to say that even volunteering
4  at an accredited zoo in your state is a way to begin to
5  learn how things work.
6  Q.     Do you consider it part of one's professional
7  responsibility to the field of veterinary medicine to
8  have that training if you're going to be caring for
9  exotic species?
10 A.     I believe it's your responsibility to -- to know
11 your patients and know the subtleties of them and to do
12 the best you can to make sure that you keep up on those
13 odd things like what -- what endemics are a problem for
14 them or what vaccines are now out or are there better
15 choices now because it changes all the time.
16 Q.     And did you see any evidence in the record that
17 the veterinarian who is the designated attending
18 veterinarian for the Cricket Hollow Zoo had any of these
19 continuing education or special criteria?
20 A.     I did not.
21 Q.     I want to call your attention to the Exhibit 42,
22 which is the program of veterinary care.  Are you there?
23 A.     Yes.
24 Q.     Okay.  If you turn to page 3 of this exhibit, in
25 the middle of the page, there's a paragraph that begins

to purchase a complete copy of the transcript.

---

39

1  the attending veterinarian.  Do you see that?

2  A.      Yes.

3  Q.      Would you mind reading that paragraph, please,

4  aloud?

5  A.      The attending veterinarian shall establish,

6  maintain and supervise programs of disease control and

7  prevention, pest and parasite control, pre-procedural

8  and post-procedural care, nutrition, euthanasia and

9  adequate veterinary care for all animals on the premises

10  of the licensee/registrant.  A written program of

11  adequate veterinary care between the licensee/registrant

12  and the doctor of veterinary medicine shall be

13  established and reviewed on an annual basis.  By law,

14  this program must include regular scheduled visits to

15  the premises by the veterinarian.  Scheduled visits are

16  required to monitor animal health and husbandry.

17  Q.      Thank you.  Based on your assessment of the

18  record in this case, do you think that those criteria

19  have been satisfied?

20  A.      I don't believe that these signed papers which

21  date supposed visits are adequately reflecting the state

22  of how these animals are being cared for.  So I believe

23  that although these are signed and it says that their

24  veterinarian had visited, I don't think the veterinarian

25  did a walk through or looked at the animals because of

---

40

1  how many problems -- there's no way a veterinarian would

2  allow these many problems if the veterinarian were truly

3  interested in the well-being of these animals.

4  Q.      If I could call your attention again to the

5  paragraph that you just read, can you tell the Court why

6  -- why programs of disease control and prevention are

7  important for animal health and animal husbandry?

8  A.      These animals are housed outside.  They are

9  special animals that they can be -- they're susceptible

10  to diseases that are -- could be found like a raccoon

11  can bring in or a skunk or even a dog could bring in

12  these diseases, so there has to be a program of disease

13  prevention.  Otherwise, you will have massive problems

14  with these animals acquiring disease from other animals.

15  I mean they're fed meat and the rats come to take that

16  meat and -- or raccoons or whatever, so the -- you have

17  to have a very clear program on how you're going to

18  prevent the disease and what you're going to do when you

19  see the disease.

20  Q.      And when you talk about disease, what kind of

21  diseases are we talking about?  Can you be more specific

22  on some of the kinds of risks that are -- that you see

23  here?

24  A.      Well, there are diseases that are as simple as

25  food poisoning, but most likely what -- I mean what I

---

41

1  was referring to by having the raccoons or the skunks

2  are things like rabies, distemper.  Even things like

3  Baylisascaris, which is a parasite that is in raccoon

4  feces and the raccoons will come in and eat whatever is

5  left over from the big cat and then the raccoons will

6  leave feces on there and that parasite can then gestate

7  in that feces and get into the tiger and then the tiger

8  will have what's called a visceral larval migrans where

9  the larva actually crawls from the gut into the body or

10  the brain and causes neurological problems.

11  Q.      And is that something that you've seen over the

12  course of your experience?

13  A.      I have seen it in multiple small animals and

14  possibly one big animal -- one lion.

15  Q.      And why is -- what is important about the

16  regularly scheduled visits to the premises by the

17  veterinarians?  What can you -- what can you garner from

18  a physical exam of an animal that you cannot obtain over

19  the telephone?

20  A.      Well, I think that having -- obtaining

21  information over the telephone negates everything that a

22  veterinarian is.  I mean we are trained to look at

23  animals, to know what sort of things we need to get to

24  diagnose animals and if -- as veterinarians, we have to

25  maintain contact with our patients because how else do

---

42

1  you know what's wrong with them?  You can't listen to an

2  owner.

3          If an owner calls me up and says hey, you

4  know, my cat isn't using the litter box, I can't say

5  your cat has a bladder infection any more than I can say

6  your cat has diabetes any more than I can say your cat

7  -- there's so many possibilities.  So it seems very lazy

8  for a veterinarian just to take an owner's word for

9  what's wrong and prescribe antibiotics and if the

10  antibiotics don't work, then -- then you're behind all

11  that much more time.

12  Q.      And in this case, have you also looked at -- I'll

13  just call your attention to Exhibit 43, which is the

14  large felid diet.

15  A.      Yes.

16  Q.      And have you also in rendering your opinions on

17  this matter looked at Exhibit 46, which is entitled the

18  exercise plan for dogs?

19  A.      Yes.

20  Q.      And I would like to call your attention to one

21  particular event that happened at the Cricket Hollow

22  Zoo.  I believe it was in June of 2010.  Do you recall

23  in the course of your review of these materials learning

24  about a wolf pup named Wakanda that died apparently from

25  overheating while playing?

---

PohlmanUSA Court Reporting
(877) 489-0367   www.PohlmanUSA.com
to purchase a complete copy of the transcript.

43

1  **A.**     Yes.

2  **Q.**     And do you think that there's anything in this

3  plan -- this exercise plan for dogs that's dated 2012

4  and 2013 that makes any kind of preventative measures to

5  ensure that that tragedy would not happen again?

6  **A.**     No.

7  **Q.**     How long is this exercise plan?

8  **A.**     One page.

9  **Q.**     Thank you.  And while I'm on the topic of wolves,

10  you -- you're aware that the wolves in this case are

11  claimed to be wolf hybrids by the defendants; correct?

12  **A.**     Yes.

13  **Q.**     And would your opinions on, for example, the

14  exercise care plan or the veterinary issues as they

15  relate to wolves, would those differ if it was

16  determined with absolute certainty that the wolf was

17  100 percent wolf or 75 percent wolf or 50 percent wolf?

18  **A.**     Well, the thing is that with wolf and wolf

19  hybrid, they're -- they're different than dogs mentally.

20  They have a different social structure and they act

21  differently, so I think that having wolves, which

22  clearly is what these animals -- even if they are

23  hybrids, they're not there to be exhibited as dogs.

24  They are -- they are being exhibited as more wolf than

25  dog.  I think that their social hierarchy and their

44

1  needs as more shy animals are not at all reflected in

2  this exercise plan.

3  **Q.**     Thank you.  If I could have you turn to

4  Exhibit 48.  Going back briefly to -- thinking briefly

5  again about the veterinary records that spanned

6  eight years, if I could have you look at page 7 of

7  Exhibit 48, which the page numbers are on the bottom

8  right corner of the documents.

9  **A.**     I have it.

10  **Q.**     Okay.  And hopefully you'll have in front of you

11  a chart that says species and then tiger and Casper?

12  **A.**     Yes.

13  **Q.**     Okay.  And do you notice that on August 25, 2014,

14  that Casper was checked for possible cataracts?

15  **A.**     Yes.

16  **Q.**     And now knowing that -- actually, if I could have

17  you turn -- sorry; excuse me -- to page 6, which is the

18  page right before that, and that should say tiger

19  Sherkhan at the top.

20  **A.**     Uh-huh.

21  **Q.**     And if you notice there's a notation there as to

22  lower right canine split?

23  **A.**     Yes.

24  **Q.**     So now looking at the record for Casper and the

25  record for Sherkhan, knowing that these treatments are

45

1  specifically related to eye care or tooth care, does

2  knowing that in addition to the three pages of

3  veterinary records you saw before change your opinion

4  about the degree of veterinary care provided to the

5  defendants' animals?

6  **A.**     No.

7  **Q.**     A few minutes ago you mentioned feces in the

8  animals' enclosures and the risks for disease.  Are you

9  aware whether the defendants use any vaccinations or

10  deworming procedures for veterinary care of their

11  endangered species?

12  **A.**     I see that they use a lot of Panacur, which is a

13  dewormer and I see occasionally a mention of a 4 way,

14  which is the vaccine.

15  **Q.**     Okay.  And in your review of the veterinary

16  records for these animals, are there -- do you notice if

17  there's any vaccination of, let's say, tigers of just

18  cubs or adults?

19  **A.**     I see that -- that in these documents that Casper

20  was vaccinated on -- in January of -- of 2014 and that

21  Raoul was vaccinated three different times, and this

22  Sherkhan doesn't have any vaccines.

23  **Q.**     In your opinion in your review of the records,

24  have you found the zoo's vaccination program to be

25  adequate as a generally accepted animal husbandry

46

1  practice?

2  **A.**     No.  It's -- it's not vaccinating everything that

3  needs to be vaccinated for.

4  **Q.**     What else needs to be vaccinated for, in your

5  opinion?

6  **A.**     Rabies, distemper are two that are obviously

7  missing here.

8  **Q.**     And why are those important vaccines?

9  **A.**     Because they're lethal diseases that are

10  preventable in the case of distemper or at least provide

11  protection.  In case they were exposed to rabies, they

12  have some protection.  I mean it's a very inexpensive

13  vaccine and yet it's incredibly important, especially in

14  a state like Iowa where rabies is present.

15  **Q.**     Did you review some of the USDA APHIS inspection

16  reports for the Cricket Hollow Zoo in preparing your

17  comments on this matter?

18  **A.**     Yes.

19  **Q.**     Do you know if any of those inspection reports

20  cite the zoo for violations of feces-related cleanliness

21  and sanitation violations under the Animal Welfare Act

22  regulations?

23  **A.**     Yes; many of them do.

24  **Q.**     Are there any in particular that we could show

25  you to help demonstrate that issue to the Court?

to purchase a complete copy of the transcript.

47

1  A.      Well, I just -- I remember reading that -- from
2  the veterinarians who inspected it that that was a
3  consistent problem and what I would like to say about
4  this is that the USDA in this regard is acting like --
5  sort of like Child Protective Services.  They're saying
6  this is wrong.  This has to stop and we're documenting
7  it, but unfortunately USDA does not have a very strong
8  enforcement body.
9          So they're documenting it and they are
10  asking the people who -- the registrants who have the
11  animals to take care of this problem, but they -- if
12  they don't, the best that USDA usually can do is just
13  continually cite them for it until it builds up enough
14  that -- that they're brought to court or perhaps if --
15  if the USDA -- if the situation is egregious enough,
16  perhaps the USDA would either suspend their license or
17  -- I mean that -- that happens so rarely because they do
18  not have a good enforcement body.  It's just the way it
19  is.
20  Q.      I would like to talk with you a little bit about
21  the failure to clean and sanitize some of the
22  enclosures.  If I could have you turn to Exhibit 28,
23  please.  Are you there?
24  A.      Yes.
25  Q.      And have you seen this document before?

48

1  A.      Yes.
2  Q.      And you reviewed it as part of your preparation
3  for this matter?
4  A.      Yes.
5  Q.      Would it aid in your testimony today being able
6  to discuss with particularity the APHIS inspection
7  reports?
8  A.      The content of this inspection report is
9  absolutely what needs to be discussed in this because it
10  -- what they're talking about is --
11  Q.      I'm going to stop you there.
12          MR. THORSON:  Your Honor, before --
13  Q.      Thank you; I'm going to stop you there.
14  A.      Okay.
15          MS. HOLMES:  Your Honor, I would like to ask
16  for Exhibit 28 to be admitted into evidence.
17          (Plaintiffs' Exhibit 28 was offered in
18          evidence.)
19          THE COURT:  Any objection?
20          MR. THORSON:  Yes, Your Honor.  We object to
21  the Exhibit 28 and other inspection reports because
22  they're mere allegations of violations.  Nothing has
23  been proven in any administrative agency action.  That's
24  to be decided in the future.  These allegations are
25  contested and this is not the proper forum to litigate

49

1  these type of allegations.
2          THE COURT:  Overruled.  Exhibit 28 is
3  received.
4          (Plaintiffs' Exhibit 28 was received in
5          evidence.)
6          MS. HOLMES:  Thank you, Your Honor.  If I
7  could at this time since we have a number of inspection
8  reports of strikingly similar content, I would like to
9  ask that all of the inspection reports be admitted into
10  evidence.
11          THE COURT:  What exhibits specifically are
12  you referring to?
13          MS. HOLMES:  Yes, Your Honor.  That would be
14  Exhibits 2 -- excuse me -- Exhibits 4 through 38 -- I'm
15  sorry.  Yeah; 4, 5, 6, 7, 8, 10, 11, 12, 13, 14, 16, 17,
16  19, 20, 22, 23, 25, 26, 27, 28, 29, 30, 31, 32, 33, 35,
17  and 36.
18          (Plaintiffs' Exhibits 4 through 8,
19          10 through 14, 16 through 17, 19 through
20          20, 22 through 23, 25 through 33 and
21          35 through 36 were offered in evidence.)
22          THE COURT:  Any objection?
23          MR. THORSON:  The same objection,
24  Your Honor; that these are inspection reports.  They're
25  allegations.  They're not relevant to the proceedings.

50

1  Nothing has been proven in an administrative agency and
2  that's to be litigated in the future.
3          THE COURT:  The objection is overruled.  The
4  exhibits identified by counsel are admitted.
5          (Plaintiffs' Exhibits 4 through 8,
6          10 through 14, 16 through 17, 19 through
7          20, 22 through 23, 25 through 33 and
8          35 through 36 were received in evidence.)
9          MS. HOLMES:  Thank you, Your Honor.
10  Q.      Dr. Conrad, if I could have you look at
11  Exhibit 28, page 1.
12  A.      Yes.
13  Q.      Will you please identify the date of this
14  inspection report that's in the top right-hand corner.
15  A.      August 5, 2014.
16  Q.      Thank you.  And if you look about three-quarters
17  of the way down the page, there's a section there called
18  3.1(c)(3) repeat.
19  A.      Yes.
20  Q.      Would you mind reading that paragraph, please,
21  aloud?
22  A.      Within the wolf hybrid enclosure there is a
23  build-up of feces and food waste on the floor of the
24  enclosure.  The waste is attracting flies.  There are
25  two wolf hybrids in this enclosure.  Failure to properly

TRANSCRIPTPROS.com ecdc61f31888f344
to purchase a complete copy of the transcript.

51

1  clean and sanitize primary enclosures can lead to
2  disease hazards for the animals.  Floor -- floors made
3  of dirt, absorbent bedding, sand, gravel, grass and
4  other similar materials must be raked or spot-cleaned
5  with sufficient frequency to ensure that the animals --
6  ensure the animals the freedom to avoid contact with
7  excreta.  Contaminated materials must be replaced
8  whenever the raking and spot-cleaning is not sufficient
9  to prevent or eliminate odors, insects, pests, or vermin
10  infestation.
11  Q.    In your opinion as a veterinarian, why -- why is
12  this important?  Why is it important to clean and
13  sanitize primary enclosures?
14  A.    Aside from the obvious that -- that this --
15  there's feces in this animal's living space, there are
16  chances of flies communicating disease between animals
17  because of the feces.  There are other problems like
18  certain parasites take a day to gestate in feces and so
19  if the feces isn't cleaned immediately, there's a chance
20  that that parasite will now live and infect other
21  animals.
22  Q.    So it's possible for the feces of one wolf or
23  wolf hybrid, if it's not cleaned up, to infect other
24  animals?
25  A.    Absolutely.

52

1  Q.    If you could look at that same exhibit on page 4,
2  again about maybe halfway down the page, there's a
3  section that says 3.131(a) repeat.
4  A.    Yes.
5  Q.    Would you mind reading the first sentence of the
6  paragraph that follows?
7  A.    There are several enclosures throughout the
8  entire facility that have a build-up of food waste
9  and/or animal waste within the enclosure or within the
10  shelter for the enclosure.
11  Q.    And does the following sentence reference tigers?
12  A.    The following animals are affected in the
13  enclosure -- I see -- oh, yeah; the first thing tigers,
14  so I skipped it.  Yes, tigers.
15  Q.    It's a little difficult to read.  And what does
16  it mean -- both this violation and the one we just
17  discussed about the wolves, they're both entitled
18  repeat.  What does that mean, if you know?
19  A.    That means that the USDA has already cited the
20  registrants for this and they're citing again, which is
21  what I told you how it's the best they can do without a
22  very strong enforcement part of the USDA.
23  Q.    And if I could have you -- if I could have you
24  also look at Exhibit 14.
25         THE COURT:  Ms. Holmes, I think before we

53

1  get to the next exhibit, it's three o'clock.  I think
2  we'll take our afternoon break.  We'll take 20 minutes.
3  We'll start in again at 3:20.  I would alert counsel to
4  the fact I have criminal proceedings at 4:30, so we'll
5  be quitting right at 4:30 today.
6         Do we have travel issues with this witness?
7         MS. HOLMES:  Yes, Your Honor, we do.
8  Unfortunately, Dr. Conrad has to be on an eight o'clock
9  flight this evening back to California because of
10  commitments for tomorrow morning back in Los Angeles.
11         THE COURT:  All right.  My criminal
12  proceeding I expect to take about 30 minutes.  So if
13  we're not done with this witness, we'll adjourn from
14  4:30 to five and then come back and we'll finish this
15  witness no matter how long it takes.
16         MS. HOLMES:  Thank you, Your Honor.  We
17  appreciate the flexibility.
18         THE COURT:  All right.  We'll take a
19  20 minute recess.
20         (Recess at 3:01 p.m., until 3:21 p.m.)
21         THE COURT:  Dr. Conrad, you're still under
22  oath.
23         Ms. Holmes, you may proceed.
24         MS. HOLMES:  Thank you, Your Honor.
25

54

1         DIRECT EXAMINATION (Continued)
2  BY MS. HOLMES:
3  Q.    Dr. Conrad, I wanted to ask you one more question
4  on one of the inspection reports relating to feces in
5  some of the animals' cages.  If you could please turn to
6  Exhibit 14.
7  A.    Okay.
8  Q.    On the first page.
9  A.    Yes.
10  Q.    Under Section 3.84(a) repeat, there's a second
11  paragraph which begins there is an excessive presence of
12  animal waste.  Do you see that?
13  A.    Yes.
14  Q.    Would you mind reading the second sentence of
15  that second paragraph, please?
16  A.    There is approximately two weeks of animal waste
17  collected in one spot under the branch in the outdoor
18  run of the ring-tailed lemur enclosure.
19  Q.    In your professional opinion, is having two weeks
20  worth of feces accumulated a risk to animal health?
21  A.    Absolutely.
22  Q.    Why?
23  A.    Because it's unsanitary for any food that they
24  might eat.  It -- it attracts flies.  It festers.
25  There's a possibility of parasites growing in it.  It's

PURCHASE TRANSCRIPT BY VISITING www.ourcompany.com
to purchase a complete copy of the transcript.

---

**55**

1 a generalized sign of neglect in my opinion.
2 Q. And what kind of health impact can it actually
3 have on the animal -- on the endangered species?
4 A. It can be a source of contamination like food
5 poisoning. It can -- as again I said it can attract
6 flies, which again spread disease. It can have
7 parasites grow in it. It is not good for their mental
8 well-being either.
9 Q. Why does it affect the animal's mental
10 well-being, in your opinion?
11 A. Because they're -- they're stuck in a small cage
12 and to have their feces built up in it, that wouldn't be
13 what their state would be in the wild or in an
14 adequately large cage. It would never -- it would never
15 be that way. They would get away from it.
16 Q. Animals do not like to be in their own feces or
17 urine?
18 A. They do not.
19 Q. Do animals such as tigers and lemurs and wolves
20 have natural cleaning habits?
21 A. Yes. They actually keep themselves pretty clean.
22 Q. Is it something that's necessary for them?
23 A. Yes. They need to have their fur in good
24 condition for multiple reasons. One is that matted fur
25 causes infection on the skin and other reasons are that

---

**56**

1 it's uncomfortable. Matted fur is uncomfortable. It
2 pulls. There are multiple reasons.
3 Q. And those can impact an animal's health?
4 A. Yes, absolutely. They can impact the skin
5 underneath the fur and they can also attract parasites
6 causing them to have, like, let's say, larva growing on
7 them.
8 Q. And is -- is grooming and animal cleanliness part
9 of the social behavior of, say, a tiger or a lemur or a
10 wolf or a wolf hybrid?
11 A. Absolutely. It's part of their daily life.
12 Q. And as a veterinarian, is that something that
13 you're concerned about as part of what constitutes good
14 animal husbandry?
15 A. Absolutely.
16 Q. Can you explain how those relate?
17 A. Well, if an animal -- one of the first signs of
18 an animal being sick is the fact that they are not
19 grooming properly and so that's indicative of -- that's
20 a veterinary medicine issue right there. But if they're
21 not -- if you see an animal and it has unkempt fur, then
22 you have to wonder is it that its den box is dirty or is
23 this animal sick? Is no one cleaning where this animal
24 is sleeping or can this animal not keep itself clean
25 because it can't -- because it doesn't feel good?

---

**57**

1 Q. And that can lead to some of the health impacts
2 that you were just describing?
3 A. Absolutely. Fur -- unkempt fur is indicative of
4 many internal diseases.
5 Q. For some of the animals that we're talking here
6 -- or I should -- I should back up and say by internal
7 diseases, are there particular ones that you can -- you
8 can raise that would be issues in this situation?
9 A. Well, the -- the animal can expose itself -- if
10 the animal doesn't have well -- good grooming habits, it
11 could be because it has renal failure and so it's too
12 dehydrated to keep itself licked clean. But in this
13 situation it's hard to know what's going on because the
14 animals are so -- are exposed to their own feces so much
15 that they can't keep themselves clean possibly just
16 because of their habitat.
17 Q. And are there other kinds of grooming habits that
18 animals have that might have health impacts? Do tigers
19 -- do tigers have a need to clean their paws or --
20 A. Tigers are like cats and they like to keep
21 themselves clean and they do not like being dirty is my
22 experience. The -- the same with lemurs. There's --
23 there's a social -- there's a society to grooming with
24 lemurs. The tigers, they keep themselves clean. It's
25 part of -- of what that cat does with its time. It

---

**58**

1 keeps itself clean.
2 Q. And are these animals genetically designed for
3 grooming? Like is a tiger's tongue designed for
4 grooming?
5 A. Absolutely. The tiger tongue is a bunch of combs
6 to comb the fur and keep itself clean, and the lemurs,
7 they will groom each other or they use their fingers to
8 pick off parasites or try to keep themselves clean.
9 Q. But tigers are carnivores; right?
10 A. Yes.
11 Q. And so are their tongues also designed to help
12 them eat meat off of bones and animals?
13 A. Absolutely. A tiger tongue can lick the last
14 remnants of meat off of a bone in seconds.
15 Q. So I would like to call your attention to -- to a
16 tiger at the Cricket Hollow Zoo now deceased called
17 Casper.
18 A. Yes.
19 Q. Do you recall seeing documents about Casper?
20 A. Yes.
21 Q. Do you recall whether Casper needed veterinary
22 care while he was at the Cricket Hollow Zoo?
23 A. I recall him having a wound. I think they
24 described it as six inches round or something like that
25 on his left front arm.

CONTACT A1319page63.com to purchase a complete copy of the transcript.

59

1   **Q.**   And --

2   **A.**   As well as him dying of quick pneumonia I think

3 they called.

4   **Q.**   There's no question before you answered the

5 question.

6   **A.**   Oh, I'm sorry.

7   **Q.**   Thank you. That's okay. Could I have you turn

8 to Exhibit 29, please. If you look at page 1 of

9 Exhibit 29.

10   **A.**   Yes.

11   **Q.**   And do you see that this is a routine inspection

12 by APHIS?

13   **A.**   Yes.

14   **Q.**   And would you -- you see the first paragraph on

15 page 1, Section 2.40(b)(2)?

16   **A.**   Yes.

17   **Q.**   And I should just clarify when we're looking at

18 these inspection reports and these numbers on the sides

19 of the inspection reports, do you know what those are

20 referring to?

21   **A.**   I think it's the code that they are in

22 contradiction to or some kind.

23   **Q.**   Would that be -- when you talk about the code, do

24 you mean the Animal Welfare Act and the accompanying

25 regulations?

60

1   **A.**   I believe that's what it is.

2   **Q.**   Turning your attention again to page 1 of 29 --

3 of Exhibit 29, the first entry there, it's a repeat

4 direct NCI. Do you know what the direct NCI means?

5   **A.**   I don't know what it stands for, no.

6   **Q.**   If I represented to you that it's a direct --

7        MR. THORSON: Objection, Your Honor. It's

8 leading.

9        THE COURT: Sustained.

10       MS. HOLMES: I withdraw.

11   **Q.**   If you -- would you read --

12   **A.**   Can I interrupt you? I just -- I just realized

13 what -- I think it means noncompliant issue. Something

14 like that.

15   **Q.**   Well, the question was withdrawn, so thank you.

16   **A.**   Oh, sorry.

17   **Q.**   That's okay. If you read the -- the paragraph --

18 would you please read aloud that first paragraph

19 regarding Casper?

20   **A.**   There's a male, white tiger named Casper date of

21 birth --

22        THE COURT: Hold on. If it's of any use,

23 the exhibit has been received into evidence and the

24 paragraph is fairly lengthy. I mean I can read it, so I

25 assume you're going to follow up maybe with a question

61

1 and so why don't you just go to the follow-up and I'll

2 read it myself.

3       MS. HOLMES: Thank you, Your Honor.

4   **Q.**   Does this paragraph talk about the tiger Casper?

5   **A.**   Yes.

6   **Q.**   And do you know from reading this paragraph

7 whether -- what Casper was doing to his -- to his wound?

8   **A.**   He was licking his wound.

9   **Q.**   And did you just inform the Court that if you are

10 a tiger and you lick your wound, it's for grooming

11 purposes -- you lick yourself for grooming purposes, but

12 also the tongue is a pretty powerful organ in that it

13 can actually remove meat from an animal bone.

14   **A.**   Exactly.

15   **Q.**   So if a tiger is licking a wound, is that

16 something as a veterinarian that you want to be cautious

17 of or careful about?

18   **A.**   Yes.

19   **Q.**   Why is that?

20   **A.**   Because the -- he could be licking the wound for

21 multiple reasons. One would be to keep it clean. One

22 would be because it's causing him a lot of pain.

23 Another one would be because he has an obsessive

24 compulsive issue with it because of lack of other

25 stimulation. He could -- it could be cancer. It could

62

1 be all sorts of reasons why he's licking that.

2   **Q.**   How would you treat the situation knowing what

3 you know from this inspection report and what you've

4 read in the veterinary treatment records regarding

5 Casper?

6   **A.**   I would decide -- watch him to figure out if I

7 noticed why -- what sort of things were happening with

8 him. For instance, is there a spider bite that's

9 causing him to lick? I would probably treat him with

10 antibiotics immediately and prepare to knock him out and

11 be prepared to do biopsies, X-rays and blood work.

12   **Q.**   And by knock him out you mean --

13   **A.**   Anesthetize him.

14   **Q.**   For the purpose of doing diagnostic testing?

15   **A.**   Yes.

16   **Q.**   Would you please turn to Exhibit 48. Page 8 of

17 48. And this document has been admitted into evidence

18 and if you look at paragraph 2 of this document, which

19 is a letter from the defendants' veterinarian to the

20 defendants --

21   **A.**   Yes.

22   **Q.**   -- do you see the statement about saliva having a

23 good natural antibiotic?

24   **A.**   Yes.

25   **Q.**   Do you agree with that statement?

ecdc61f31888f344   www.uslegalsupport.com

to purchase a complete copy of the transcript.

---

**63**

1   **A.**   I agree that keeping -- licking keeps something
2 clean, but I'm not sure about the natural antibiotic
3 because cat mouths are very dirty.
4   **Q.**   Okay. Thank you. And if you turn to the
5 preceding page of the same exhibit, page 7, can you tell
6 us what you notice about -- and I'll represent that
7 page 7 refers to Casper. Can you tell us what you
8 notice about the timing of Casper's treatment? If you
9 see --
10   **A.**   Well, that they're -- they're -- it's close to
11 his death.
12   **Q.**   And if you could back up in time, if you look at
13 what's essentially the third cell down says abscesses
14 forming. Will open soon. Can you tell what date that
15 was occurring on approximately?
16   It looks like it was October 8, 2014.
17   **Q.**   Okay.
18   **A.**   Oh --
19   **Q.**   Is it possible that it was earlier?
20   **A.**   Possibly it was July 10, 2014.
21   **Q.**   And then you -- as you just mentioned, Casper
22 died. What day did he die?
23   **A.**   It says December 5, 2014.
24   **Q.**   And was there anything else going on from what
25 you can tell in the records about Casper's health during

---

**64**

1 this time?
2   **A.**   There was concern that he wasn't getting enough
3 food and that he has pneumonia.
4   **Q.**   Okay. And -- and what is pneumonia in a tiger?
5   **A.**   Well, pneumonia is an infection of the lungs.
6 It's different according to the etiology. Pneumonia can
7 come from a virus, from bacteria or it can come from
8 inhalation, meaning that a tiger -- in the case of a
9 tiger, the inhalation pneumonia is something that
10 happens when they are aggressively protecting their food
11 and they just literally inhale it. They take it as fast
12 as possible and sometimes it goes down the wrong pipe.
13   **Q.**   And how do you -- how do you diagnose that as a
14 veterinarian?
15   **A.**   Through X-rays.
16   **Q.**   Does it appear from the records here that X-rays
17 were taken?
18   **A.**   No.
19   **Q.**   Would X-rays be standard protocol in making a
20 distinction between those kinds of afflictions for a
21 tiger?
22   **A.**   Absolutely.
23   **Q.**   In your opinion, did inadequate veterinary care
24 lead to Casper's death?
25   **A.**   Yes.

---

**65**

1   **Q.**   And how long was Casper at the Cricket Hollow Zoo
2 before he died, if you can tell?
3   **A.**   I think it's four months after his acquisition.
4   **Q.**   And do you know approximately how old he was?
5   **A.**   I believe he was around 10 years old.
6   **Q.**   And is 10 years old young, elderly? Where does
7 it fall in terms of the life expectancies for captive
8 tigers?
9   **A.**   I would say it's middle age.
10   **Q.**   Do you think given the length of time that
11 Casper's illnesses occurred -- being both the licking of
12 the wound and this pneumonia -- that there was failure
13 to properly observe the signs indicating illness was
14 upon the tiger?
15   **A.**   I believe that's true.
16   **Q.**   If I could just touch briefly on some of the
17 issues that we were talking about earlier, you mentioned
18 when we first spoke this afternoon about enrichment or
19 entertainment for captive animals. Is that an important
20 piece of veterinary medicine and good animal husbandry
21 practices, in your opinion?
22   **A.**   Absolutely.
23   **Q.**   And why is it -- why is it important?
24   **A.**   Because these animals have brains that need to be
25 kept busy so that they don't do stereotypic behaviors

---

**66**

1 like pacing or licking themselves to death or -- or
2 breaking their teeth on chain-link fence -- fences. You
3 have to keep them busy. You have to keep them engaged
4 in keeping in their lives. Otherwise, it's sort of like
5 they're in solitary confinement in a prison cell.
6   **Q.**   And is it difficult or expensive to create
7 enrichment to make essentially a happy -- a happier
8 animal?
9   **A.**   It's not at all difficult and it's very
10 inexpensive.
11   **Q.**   So how would -- what are some examples of
12 enrichment activities that enhance animal health for
13 tigers or lemurs or wolves?
14   **A.**   Well, for different animals it's different, but
15 for tigers you can give them logs to scratch on. You
16 can put scents on those logs. You can give them
17 Christmas trees to play with. You can give them balls.
18 Tigers like to be in water, so pools. You can do things
19 like cardboard boxes filled with a pumpkin and a
20 watermelon or a pineapple; all those things. They love
21 -- they'll play with that for hours.
22   **Q.**   And have you seen evidence of any of those kinds
23 of activities going on at the Cricket Hollow Zoo?
24   **A.**   I saw that they had maybe a bowling ball and
25 something else, but I don't think that's even an

to purchase a complete copy of the transcript.

67

1  appropriate ball because they can break their teeth on
2  that.
3  Q.     What does stereotypic mean?
4  A.     Stereotypic behaviors are sort of like the OCD of
5  the animal world where they'll walk back and forth
6  because it's almost like they're self-soothing; trying
7  to, like, go into a zone with their situation.
8  Q.     Is it a mental coping method of sorts for an
9  animal?
10 A.     Yes.
11 Q.     Is licking one's self one of the stereotypic
12 behaviors?
13 A.     Yes.
14 Q.     And have you seen -- in the documents that you've
15 reviewed, have you seen evidence of that kind of
16 behavior with the animals at the Cricket Hollow Zoo?
17 A.     Yes.
18 Q.     On the enhancement piece, you mentioned it was
19 actually not very expensive.  Is it something that's
20 publically accessible as well to be able to identify
21 ways to provide enhancement or enrichment for animals?
22 A.     Yes.  There are many people who do these things
23 who will videotape them; put them on YouTube.  Big Cat
24 Rescue in Florida has a list of their suggestions.
25 Other sanctuaries, again, will say what they did; have

68

1  videos to show how much the animals enjoy them.
2  Q.     Thank you.  And are you aware that APHIS has
3  cited the Cricket Hollow Zoo for failing to have
4  enrichment activities for some of its animals?
5  A.     Yes.
6  Q.     What's a necropsy?
7  A.     A necropsy is the equivalent of an autopsy but
8  done on an animal.
9  Q.     And what is its function?
10 A.     Its function is to figure out exactly what caused
11 the death of that animal.
12 Q.     And how is a necropsy performed?
13 A.     Necropsy is performed by generally a veterinarian
14 opening up that animal and taking samples or if --
15 unless it's incredibly obvious when they open up the
16 animal what caused the death.
17 Q.     And is it a standard procedure to perform
18 necropsy on deceased animals?
19 A.     It's absolutely standard unless you know what
20 killed the animal.
21 Q.     And when would you -- to what degree of certainty
22 do you need to know that something killed the animal?
23 A.     Well, if I had been treating chronic -- a chronic
24 renal failure in an animal, say a leopard, and repeat
25 blood work showed that she was getting worse and worse

69

1  and worse, I might not have to do a necropsy because I
2  already knew what she was going to die of, but if I do
3  not know or even if I just suspect but I'm not sure, I
4  -- I insist on a necropsy.
5  Q.     Why?
6  A.     Because I have the other animals to protect and
7  if that animal died of something that was preventable or
8  something contagious, I have to know now.
9  Q.     And that's your professional responsibility as a
10 veterinarian?
11 A.     Absolutely.
12 Q.     Do you know if necropsies were performed at the
13 Cricket Hollow Zoo?
14 A.     From what I understood, they weren't performed
15 there.  There were two -- or one that was performed in
16 Ames and maybe one performed somewhere else.  I don't
17 know, but not on all the abundance of animals that have
18 died.
19 Q.     And so you understand there's been a number of
20 animals that have died at the Cricket Hollow Zoo?
21 A.     Yes.
22 Q.     I'm going to -- would you turn to the front of
23 the binder in front of you, please.  There is a chart
24 that I would like to call your attention to.
25 A.     I have it.

70

1  Q.     Thank you.  This is a chart that plaintiffs
2  prepared and submitted to the Court previously with our
3  trial brief.  It's called Attachment 2 and this chart is
4  a summary of information contained in discovery
5  materials produced in this case and exchanged with the
6  defendants, and do you see on this chart that it's a
7  list of animal deaths reported by defendants'
8  disclosures 2005 to 8/31/2015?
9  A.     Yes.
10 Q.     And based on your education and experience and
11 treatment of exotic species and familiarity of working
12 with different kinds of facilities, what's your opinion
13 about the number of animals that have died in this five
14 year period at the Cricket Hollow Zoo?
15 A.     Well, it seems to me that these animals are dying
16 without adequate diagnosis and that they -- and they are
17 not -- and no one is interested in actually finding out
18 the real diagnosis.
19 Q.     And what on this chart leads you to that
20 conclusion?
21 A.     The fact that -- that the majority -- all but one
22 have no necropsy performed and that I look at the
23 approximate ages of these animals and only one is at a
24 full life expectancy as far as I can tell.
25 Q.     And which one is that?

Case 6:14-cv-02034-JSS   Document 71-1   Filed 11/30/15   Page 22 of 49
to purchase a complete copy of the transcript.

71

1  **A.**    Sherkhan; the tiger.

2  **Q.**    And Sherkhan was about 20 years old?

3  **A.**    Right.

4  **Q.**    What does it mean to die of old age?

5  **A.**    When you die -- it means that you do not know

6  what caused the death, because age is not a reason --

7  it's not a sickness. Age makes you more predisposed to

8  other illnesses. Age in itself is not a sickness.

9  **Q.**    So in your opinion, would dying of old age not

10  exclude the need to do a necropsy?

11  **A.**    Dying of old age does not preclude doing a

12  necropsy.

13  **Q.**    And if you look at the chart here, for the

14  animals where the purported cause of death is old age, I

15  call your attention to old female wolf hybrid about

16  halfway down the page at around 14 years old. In your

17  opinion, is that an old age life expectancy for a wolf

18  in captivity?

19  **A.**    It's an older animal for sure, but it's not

20  necessarily as old as they can get and without a

21  diagnosis of what's causing this animal to die, it's --

22  you're not protecting the collection. She could -- she

23  could have died of anything. She could have died of a

24  rattlesnake bite or she could have died of a brain

25  tumor. You have no idea and how do you prevent it from

72

1  happening to the next animal if you don't know what's

2  causing them?

3  **Q.**    Again, so that goes to what constitutes good

4  animal husbandry practices for veterinary care, in your

5  opinion?

6  **A.**    Yes.

7  **Q.**    Have you heard of the tiger named Raoul?

8  **A.**    Yes.

9  **Q.**    And do you know what Raoul reportedly died of?

10  **A.**    Quick pneumonia.

11  **Q.**    What is quick pneumonia?

12  **A.**    My understanding quick pneumonia is a diagnosis

13  that laypeople will give when they're talking about

14  cattle. That is, a pneumonia, but in my experience and

15  with big cats, we don't use those terms.

16  **Q.**    What would you use for a --

17  **A.**    Well, I would say acute pneumonia is what I

18  assume that's what it means, but that still doesn't

19  define the etiology of the pneumonia and it doesn't help

20  as far as preventing it from happening to other animals

21  or help keep that specific animal alive.

22  **Q.**    And do you know how old Raoul was when he died?

23  **A.**    I believe he was within the first year of life.

24  **Q.**    What is etiology, please?

25  **A.**    Etiology is the causative agent in a disease.

73

1  **Q.**    And that's part of the diagnostic process that as

2  a veterinarian you need to undertake?

3  **A.**    Absolutely.

4  **Q.**    Does acute pneumonia imply a need for immediate

5  treatment?

6  **A.**    Absolutely.

7  **Q.**    Why is that?

8  **A.**    Because pneumonia is a very serious disease and

9  if it's so -- is happening acutely, then you know that

10  that causative agent is -- is very seriously affecting

11  this animal and you have to intervene or it will

12  overtake the animal.

13  **Q.**    Is pneumonia in tigers contagious?

14  **A.**    Yes.

15  **Q.**    So if one tiger has it, the rest --

16  **A.**    It depends on what kind of pneumonia; I'm sorry.

17  If it's infectious, yes. If it's caused by inhalation

18  or aspiration, then no.

19  **Q.**    But you would have to do a physical exam to

20  determine that?

21  **A.**    You would have to do X-rays and a physical exam,

22  yes.

23  **Q.**    As far as you can tell, were either of those

24  conducted in Raoul's case?

25  **A.**    No.

74

1  **Q.**    And do you think that not performing those

2  contributed to the animal's death?

3  **A.**    Yes.

4  **Q.**    Why is that?

5  **A.**    Because if he had undergone X-rays and they had

6  figured out what was causing his pneumonia if he even

7  had pneumonia. I don't know if they were able to

8  differentiate between pneumonia and heart disease or

9  some other reason. Perhaps he was having an allergic

10  reaction. I have no idea. But if I had a diagnosis,

11  then I would know -- at least I would be able to give

12  him a chance of treating it appropriately, but without a

13  diagnosis, there's no chance. I mean you can't just

14  throw antibiotics at anything that you see. Sometimes

15  they're even contraindicated.

16  **Q.**    And what would be some contraindications to look

17  out for?

18  **A.**    Well, if the cat is having an asthmatic attack or

19  an anaphylactic attack, something like that, then you

20  don't need to be stuffing antibiotics in that cat. You

21  need to be taking care of that cat with steroids or

22  Epinephrine or Benadryl or whatever the -- according to

23  the severity of it, but antibiotics will do nothing.

24  **Q.**    And if you received a call that a 10 or

25  12-month-old tiger cub was having some of the conditions

www.PeachStateReporting.com
to purchase a complete copy of the transcript.

75

1  described here, what would be your immediate course of
2  recommended treatment?
3  **A.**    I would say we got to meet at a hospital with an
4  X-ray and we're going to knock him down and we're going
5  to figure out what's going on.
6  **Q.**    And did that appear to happen here?
7  **A.**    No.
8  **Q.**    If I could call your attention to the last row on
9  this chart.  It references a tiger named Miraj?
10  **A.**    Yes.
11  **Q.**    And what do you understand to be the purported
12  cause of death?
13  **A.**    Euthanasia.
14  **Q.**    And from your review of the records, do you
15  recall what was occurring with Miraj that required
16  euthanasia in the veterinarian's opinion?
17  **A.**    I believe that there was some paralysis and some
18  quick breathing and there was a lesion on a foot.
19  **Q.**    If a tiger under your care developed those
20  symptoms within a seven day period, would that mandate a
21  diagnostic visit to a veterinarian?
22  **A.**    Absolutely.
23  **Q.**    How soon should that visit occur?
24  **A.**    As soon as possible.  As soon as the animal seems
25  compromised.  That shouldn't -- that's too serious to

76

1  wait and see.
2  **Q.**    Why is that?
3  **A.**    Well, because partial paralysis can be anything
4  from a toxin to a disk in the back.  All those things
5  require immediate intervention or they become deadly.
6  **Q.**    Could I have you turn to Exhibit 48, page 13.
7  Are you there?
8  **A.**    Yes.
9  **Q.**    And if you look at the top of the page, it's
10  slightly cut off, but it says Miraj.
11  **A.**    Yes.
12  **Q.**    And what does this appear to be?
13  **A.**    This appears to be the animal's healthcare record
14  or antibiotic record.
15  **Q.**    And what -- what does it look like happened in
16  terms of the course of the treatment for Miraj?
17  **A.**    It looks like there were multiple antibiotics and
18  also an anti-inflammatory given to this animal, and then
19  when there was no success, they elected to euthanize.
20  **Q.**    Are daily administrations of Baytril, Banamine,
21  Amoxicillin, Tetracycline, more Banamine, more oral
22  Tetracycline over the course of a month, is there any
23  kind of condition that you could envision that would
24  require this kind of treatment without more in-person
25  intervention with a veterinarian?

77

1  **A.**    This -- this is what's called in veterinary
2  medicine the shotgun approach where throw everything you
3  can at the animal because you don't know what's going
4  on, but what's a shame is that this animal probably
5  could -- they could have gotten a diagnosis and then
6  treated precisely the problem.
7  **Q.**    How do you know that?
8  **A.**    Because the partial paralysis in the rear leg is
9  a neurological or else a musculoskeletal diagnosis and
10  so it would not be hard to figure out which one it was
11  with an exam --
12  **Q.**    And --
13  **A.**    -- and with -- sorry; with a swollen foot and you
14  have to wonder what the -- if this animal is becoming
15  septic.
16  **Q.**    And if you look at the top of the page, you just
17  mentioned some of the symptoms.  Do you see the -- about
18  a third of the way down the page, there's a line that
19  says diagnosis?
20  **A.**    Yes.
21  **Q.**    Is there anything written on that page?
22  **A.**    No.
23  **Q.**    In your opinion, did inadequate medical care lead
24  to Miraj's death?
25  **A.**    Absolutely.

78

1  **Q.**    So in your expert opinion, does the failure to
2  conduct necropsies, to perform diagnostic care, have
3  those contributed to injuries and deaths of the animals
4  at the Cricket Hollow Zoo?
5  **A.**    Yes.
6  **Q.**    And is that contrary to generally accepted animal
7  husbandry practices?
8  **A.**    Yes.
9  **Q.**    And in your experience in implementing the
10  provisions of the Animal Welfare Act guidelines as a
11  veterinarian, is that contrary to the AWA -- excuse me
12  -- the regulations -- is that contrary to the AWA
13  regulations as you understand them?
14  **A.**    Yes.
15  **Q.**    You mentioned earlier this afternoon food and
16  animal's diet.  You mentioned that I believe a wholesome
17  diet is important.
18  **A.**    Yes.
19  **Q.**    Are you familiar with Dr. Pusillo?
20  **A.**    Yes.
21  **Q.**    And how do you know him?
22  **A.**    He makes a brand of supplements that some of my
23  clients use.
24  **Q.**    Okay.  And what do you -- what do you think about
25  his supplements?

www.huneycutt.com
to purchase a complete copy of the transcript.

---

**79**

1  **A.**    I think that they're -- from what I have
2  experienced with them, I think they're well made, but I
3  think that they're not easy to use.
4  **Q.**    What does that mean?
5  **A.**    I mean that it's not put one scoop per 10 pounds
6  of beef.  It's more complicated in how he describes how
7  to use it according to the weight of the animal, the age
8  of the animal and it -- for many of those reasons, I
9  have begun -- I mean I have now started using already
10 prepared diets because I -- especially in growing
11 animals because I feel that that's more foolproof than
12 trying to supplement meat that comes from the store.
13 Much of the meat that comes from the store is expired
14 and people are putting the supplements on it and I feel
15 that for a growing animal, that's just too dangerous;
16 that you're not going to give them enough calcium for
17 their bones.
18 **Q.**    What would happen if a growing animal didn't get
19 enough calcium?
20 **A.**    They wouldn't lay down calcium into their bones
21 and they would have brittle -- they would break.  I mean
22 I've seen it in a wolf where they -- they shatter when
23 you touch them.  The bones have no resilience at all --
24 resiliency at all.  And in cats, cats have a very
25 specific requirement for Taurine and without it they

---

**80**

1  will have heart disease or go blind, and again, these --
2  these situations are in a growing animal much more
3  imperative that they are correctly given their
4  supplements than in an adult animal, but I still like to
5  see the adult animals given the right amount of
6  nutrients.
7  **Q.**    Do you know what Dr. Pusillo's diets are for the
8  zoo?
9  **A.**    I -- I don't know.
10 **Q.**    If I represented to you that I think it's Oasis
11 T --
12 **A.**    Right.
13 **Q.**    -- or they use one of his supplements --
14 **A.**    That's his supplement, but I don't know what the
15 diet is.  I mean I believe I read that the diet was meat
16 that is expired in the market and it's a program that --
17 that many zoos will participate where they'll take the
18 meat from the grocery stores and then they will put
19 Oasis T on it.
20 **Q.**    But again, it sounds like the issue remains that
21 the implementation of using Oasis T the supplement is
22 complicated?
23 **A.**    In my opinion, it is.
24 **Q.**    Do you think a lack of calcium could have caused
25 any of the issues at Cricket Hollow Zoo among some of

---

**81**

1  the animals from what you've seen in the records?
2  **A.**    I think a lack of proper nutrition -- calcium and
3  other things -- definitely contributes to illness,
4  especially in a young one.
5  **Q.**    And do you feel that you've seen evidence of that
6  particular thing at Cricket Hollow Zoo?
7  **A.**    I feel that whenever a young animal dies, that
8  nutrition quite possibly played a part of that.
9  **Q.**    Thank you.  If a supplement is provided but the
10 underlying meal is of poor quality, could that cause an
11 animal to get sick?
12 **A.**    Absolutely.
13 **Q.**    And if an animal lives in a feces-encrusted
14 enclosure, could that affect the quality of an animal's
15 food?
16 **A.**    Yes.
17 **Q.**    How is that?
18 **A.**    Well, the flies will come onto the feces and then
19 they'll come onto the food and they will contaminate the
20 food.  The food itself could possibly be in a situation
21 where the animal doesn't know it's there because the
22 amount of feces -- the smell doesn't alert the animal
23 that there's food and then the -- there's all sorts of
24 problems.  Rats could drag the food into the feces; all
25 sorts of things can happen when you have unclean cages.

---

**82**

1  **Q.**    We looked at the felid diet plan -- which is
2  Exhibit 43 -- a little while ago and I understand that
3  you reviewed that.  Do you -- do you have any opinion
4  about what's missing from the dietary plans?  That was
5  Exhibit 43 if you would like to take a look.  So is
6  there anything about how food should be administered to
7  animals to maintain a sanitary delivery?
8  **A.**    There isn't.
9  **Q.**    And what in your mind would -- in your opinion
10 would provide a sanitary conveyance of food to an animal
11 so it doesn't become contaminated with feces?
12 **A.**    Well, I would say that the cage has to be clean.
13 There should be a platform for the animals to eat on
14 that is regularly hosed off and scrubbed and that the
15 food is removed promptly if the animal is not eating it.
16 **Q.**    And what about meat, because a lot of the animals
17 we're talking about here are carnivores.  If meat is
18 left out, it can attract flies, but can it attract other
19 flying --
20 **A.**    Yeah.  It definitely can attract yellow jackets,
21 which is a cause for a lot of animals to get stung and
22 they'll get stung and sometimes in their faces will
23 swell up and cause them -- and impede their breathing.
24 And then also it can -- the bacteria that's on the meat,
25 if it's in the sun, will -- will begin to overgrow and

---

ecdc61f31888f344.com
to purchase a complete copy of the transcript.

**83**

1 cause them possible food poisoning, and as I said,
2 rodents can easily pull the meat -- meat away and where
3 it can cause more problems because especially if the
4 carnivore is hungry and they find the piece after the
5 rat has dragged it and they might eat it anyway even
6 though it doesn't smell good.
7 Q.    And have you identified in the inspection reports
8 violations relating to food?
9 A.    I believe that multiple inspection reports say
10 that there -- there's food waste remaining in the
11 enclosure.
12 Q.    Yeah.  And if I could refer you to Exhibit 28,
13 page 5.  And if you look at Exhibit 28, page 5,
14 Section 3.131(d) a repeat violation, does the first
15 paragraph reference flies --
16 A.    Yes.
17 Q.    -- in animal food and waste and also tigers
18 reacting to the excessive flies landing on them?
19 A.    Yes.
20 Q.    And is that an example of some of the concerns
21 that you would have about food being contaminated?
22 A.    Yes.
23 Q.    And there's other citations at the facility for
24 what I'll call food violations, so areas where food is
25 kept being unclean and unsanitary.  Do you recall seeing

**84**

1 some of those?
2 A.    I do.  I recall there was a US -- I think it was
3 a USDA report about the kitchen or food prep areas.
4 Q.    And if that's not in the tiger area or it's not
5 in the wolf area, is it possible that that can still
6 affect the health of the tigers or the wolves?
7 A.    Absolutely.
8 Q.    How is that?
9 A.    Because if there's Pasteurella on the chicken --
10 on one piece of chicken and then the food prep area
11 isn't kept clean and then the next piece of chicken has
12 it and the next and the next because of contamination,
13 then you're exposing all the animals who eat those
14 pieces to Pasteurella.
15 Q.    What is e coli?
16 A.    E coli in an enteric bacteria.
17 Q.    And is it possible for a tiger to have e coli?
18 A.    I would -- most tigers do have e coli as a
19 naturally existing bacteria.
20 Q.    Does it ever become an illness in a tiger?
21 A.    Yes, if it becomes overwhelming.
22 Q.    What would cause it to become overwhelming?
23 A.    If they were to ingest it, it would be like food
24 poisoning.  Not their own e coli, but someone else's
25 would be my guess.

**85**

1 Q.    So if -- if the tiger ingests another animal's
2 waste and that waste has e coli, it can exacerbate?
3 A.    It can make them have similar to food poisoning.
4 Q.    Okay.  If a tiger has e coli, how would you
5 determine that?
6 A.    I would do a fecal culture to see if there was an
7 overgrowth of e coli.  If the animal was vomiting or
8 some other reason to suspect food poisoning, then I
9 might actually culture the vomit.
10 Q.    And if an animal starts exhibiting signs of food
11 poisoning, how quickly would you want to react as a
12 veterinarian to provide care for that animal?
13 A.    I would want to react immediately.
14 Q.    And in your experience, have you treated tigers
15 with e coli?
16 A.    I've treated tigers and many of them will have
17 e coli in their feces, but it won't be overgrown.  I
18 have treated tigers with what I thought was food
19 poisoning, but I've never really thought it -- it most
20 often turned out to be something like Salmonella or
21 Pasteurella and not e coli, but I understand the
22 diagnosis of e coli is made without a culture, so
23 without a culture I can't assume that that's an -- I
24 mean an accurate diagnosis.
25 Q.    Is e coli in tigers treatable?

**86**

1 A.    Yes.
2 Q.    If you look back to the chart that we have, do
3 you see a reference to Luna the tiger?
4 A.    Yes.
5 Q.    And what is -- what did Luna allegedly die of?
6 A.    E coli.
7 Q.    Did you see any veterinary treatment specifically
8 referring Luna -- regarding Luna and e coli?
9 A.    I don't recall any.
10 Q.    Do you know how the defendants in this case
11 determined that Luna did, in fact, die of e coli?
12 A.    I think that they just put it as a possibility
13 and left it at that because I don't -- I don't see any
14 indication that would prove that it was e coli.
15 Q.    And for the rest of the animals at the Cricket
16 Hollow Zoo -- endangered species or other animals --
17 would getting a necropsy on Luna be important?
18 A.    Absolutely.  I mean she could have died of
19 something very contagious.
20 Q.    So in going over everything that we've discussed
21 this afternoon, in your opinion based on your knowledge
22 and experience and education, are the actions of the
23 Sellners or their inactions on veterinary care creating
24 a substantial likelihood of injury to the animals?
25 A.    Yes.

COMPUTER-AIDED TRANSCRIPTION www.eReporters.com
to purchase a complete copy of the transcript.

Page 87 to 90 of 114

87

1  Q.    Specifically to the tigers and the lemurs and the
2  wolves and wolf hybrids?
3  A.    Them and others, yes.
4  Q.    In your opinion, based on your knowledge and
5  experience and education, is the Cricket Hollow Zoo
6  meeting the minimum standards for animal husbandry
7  requirements?
8  A.    I would say no.
9  Q.    And after reviewing all the records --
10  particularly the USDA reports that go back to about 2005
11  -- is it your opinion that the Cricket Hollow Zoo is
12  capable of meeting the minimum standards?
13  A.    I think that they have demonstrated over and over
14  again the lack of ability to either correct infractions,
15  care, the ability to diagnose, ability to care about the
16  whole collection enough to want to ensure that the rest
17  of it is protected in any of these incidents. I don't
18  think that they -- I think that they have proven over
19  and over again that they do not care about these animals
20  any more than to have them as trophies and they're not
21  providing adequate care for them and it's a shame that
22  they -- these animals are subjected to such a horrible
23  situation.
24  Q.    And based on your opinion -- including your
25  knowledge and experience and education -- what do you

88

1  think should happen with the tigers and lemurs and the
2  wolves at the Cricket Hollow Zoo?
3  A.    I think they should be rescued by sanctuaries
4  across the nation and I think there are many sanctuaries
5  who would gladly take them.
6  Q.    Why would a sanctuary be a more suitable
7  arrangement for them -- for the animals?
8  A.    I think that the -- that the best sanctuaries in
9  the country provide everything that these animals could
10  ever want. They provide excellent veterinary care.
11  They provide excellent food. They provide excellent
12  enrichment, both behavioral and environmental, and they
13  take the time to learn what these animals need so that
14  their lives are very much happier than they are in a
15  situation where someone is neglecting them.
16  Q.    And healthier?
17  A.    And healthier.
18      MS. HOLMES: Your Honor, if I could just
19  have one minute to confer with my cocounsel?
20      THE COURT: You may.
21      MS. HOLMES: Your Honor, I just have a
22  couple more questions.
23      THE COURT: All right.
24      MS. HOLMES: Thank you.
25  Q.    Dr. Conrad, you came here from Los Angeles?

89

1  A.    Yes.
2  Q.    What we've been talking about today, you know,
3  we're in Iowa. Are the practices that you've been
4  talking about today in terms of general -- in terms of
5  good practices for animal husbandry, are those
6  applicable to everyone that owns animals across the
7  United States? It's not just particular to animals that
8  are in movies or animals that are in the best zoos in
9  the United States; is that correct?
10  A.    Yeah. I'm talking about the minimum standard of
11  care that -- that sanctuaries across the country would
12  provide.
13  Q.    Okay. So it's not just Hollywood animals that
14  are entitled to this care?
15  A.    No.
16  Q.    I wanted to ask you a couple of specific
17  questions about wolves. Some of the evidence in this
18  case has shown that in the wolf container -- in the wolf
19  containment areas at the Cricket Hollow Zoo, there's a
20  PCV tube that visitors to the zoo can put food through
21  to provide to the wolf. Do you have any concerns as a
22  veterinarian about that as an enrichment enhancement in
23  a facility that's open to the public?
24  A.    I think that the animal's natural diet is very
25  often not a good choice for enrichment because that

90

1  should be as they're given that. That is theirs. It's
2  other things that you have to come up with and to have
3  the public feeding animals -- whether it's kibble or
4  whatever they're doing -- is -- it exposes the food to
5  people you don't know and -- and you don't know how
6  aggressive the animals might be. They might -- there's
7  a lot of reasons not to have the actual diet be part of
8  enrichment. And I'm not really sure about the PVC tube,
9  but it doesn't sound like I would want my animals
10  wanting to crunch on that because they might break their
11  teeth.
12  Q.    And so is receiving food in that method as
13  opposed to a zoo keeper's determination of when the
14  animal should eat, does that interfere with sort of a
15  normal feeding pattern for the animal?
16  A.    Yes.
17  Q.    Okay. Would wolves -- you mentioned animals that
18  don't have enough enrichment might do certain behaviors
19  like pacing. If wolves were seen pacing back and forth
20  and back and forth in their enclosures, would that be an
21  indication to you that there was some behavioral
22  disruption for the animal?
23  A.    Yes.
24  Q.    And are wolves social animals with each other?
25  A.    With each other, yes.

91

1 Q. In a zoo like the Cricket Hollow Zoo, would you
2 prefer for an animal's enrichment for wolves to be
3 living together or separately?
4 A. Together.
5 Q. And why is that?
6 A. Well, I would like them to be in pairs at least
7 because that's their natural way of being. A male and
8 female is a natural way.
9 Q. So you would have concerns about them living
10 separately would be potentially harmful to them?
11 A. Yes.
12 Q. And would you be specifically -- we talked a lot
13 about today feces and animal enclosures. Would feces in
14 a wolf enclosure cause you concern for the animal's
15 health?
16 A. Yes.
17 Q. And is that -- would it also cause you concern
18 for an animal's -- would it also cause you concern that
19 it would interrupt an animal's natural behavioral
20 patterns?
21 A. Yes.
22 Q. And wolves are found in many parts of the
23 United States. Is -- and they adapt to many different
24 climates and environment. If a wolf was in an enclosure
25 that was very wet and muddy, would that cause you

92

1 concern for the animal's health and well-being?
2 A. Yes.
3 Q. Why?
4 A. Because wet and muddy is a perfect playground for
5 parasites and there are many parasites in this part of
6 the country and others where they can actually enter the
7 animal through the paws and they enter through wet --
8 from wet dirt, as well as the fact that it's unsanitary.
9 It's impossible to keep that clean. All sorts of
10 problems.
11 Q. And what do you think about pea gravel as a
12 substrate for wolf cages or tiger cages or lemur cages?
13 A. I think it's substandard because I think it
14 hurts. It's easy to ingest by accident. It's
15 impossible to keep clean and there are so many nicer
16 ways to -- to have a flooring, and especially in a place
17 like Iowa where you have a lot of grass that actually
18 grows by itself not like in California, you can have
19 such a nicer substrate for them to walk on.
20 Q. You said pea gravel hurts. What do you mean by
21 that?
22 A. I mean that -- that their paws are sensitive and
23 to walk on that all the time is not nice for them.
24 MS. HOLMES: Thank you. Nothing else,
25 Your Honor. Thank you.

93

1 THE COURT: All right. It's 4:25. My folks
2 for the criminal hearing have gathered in Courtroom
3 No. 4, so I'm going to do that before we do the
4 cross-examination.
5 Kay, are you going to be reporting that down
6 there?
7 THE COURT REPORTER: No.
8 THE COURT: Okay. So I think it's going to
9 take at least 30 minutes; maybe just a titch more than
10 that. So let's plan on reconvening here at
11 five o'clock.
12 Oh, just before we leave, Mr. Thorson, do
13 you have any estimate as to how long your
14 cross-examination may take?
15 MR. THORSON: Thirty to 45 minutes probably.
16 THE COURT: Good. We'll start in again at
17 five o'clock.
18 (Recess at 4:26 p.m., until 5:07 p.m.)
19 THE COURT: Dr. Conrad, you're still under
20 oath.
21 Mr. Thorson?
22 MR. THORSON: Thank you, Your Honor.
23 CROSS-EXAMINATION
24 BY MR. THORSON:
25 Q. Dr. Conrad, based upon your experience, would you

94

1 believe that a zoo that lost two out of three Amur or
2 Siberian tigers in a period of less than two years would
3 have done something wrong?
4 A. That would entirely depend on the conditions.
5 Q. Okay. But you would certainly think that that
6 would be cause for investigation, wouldn't you?
7 A. I would.
8 Q. And you indicated, if I heard you right, that
9 public feeding of animals at a zoo is something you
10 would never recommend?
11 A. I would never recommend that their diet be
12 contingent on the public feeding it to them.
13 Q. So it would be something that could go on at a
14 zoo. You just wouldn't want them to have their diet
15 rely on that; correct?
16 A. Yes.
17 Q. And I think I heard you earlier say that you
18 would also recommend that the tigers get rabies vaccine. Is
19 that what you said?
20 A. Yes.
21 Q. There's no tiger's rabie (sic) vaccine though, is
22 there?
23 A. No.
24 Q. You would have to use something off label,
25 wouldn't you?

www.CRIMINALtranscripts.com
to purchase a complete copy of the transcript.

## 95

1    **A.**    Yes.

2    **Q.**    And explain to the Court what off label means.

3    **A.**    Off label means that it's -- that you're using a

4 medication or vaccine that hasn't been tested in that

5 animal.

6    **Q.**    And you indicated that it would be best if the

7 wolf hybrids at Cricket Hollow Zoo were housed together;

8 is that correct?

9    **A.**    I recommended they be housed in compatible pairs.

10    **Q.**    Okay.  So if there were three of them in one

11 enclosure, you think that would be too many?

12    **A.**    It depends on how they get along.

13    **Q.**    But you would rather they were together rather

14 than separate; correct?

15    **A.**    Yes.

16    **Q.**    So if the wolf hybrids are together at the

17 Cricket Hollow Zoo, you don't have a problem with that,

18 do you?

19    **A.**    It depends on how they get along.

20    **Q.**    And you're with an association called PAWS; is

21 that correct?

22    **A.**    I work for PAWS occasionally.

23    **Q.**    What do you do for PAWS?

24    **A.**    PAWS is an elephant and tiger and lion sanctuary

25 in northern California and I consult for them.

## 96

1    **Q.**    And they're former performing animals; is that

2 correct?

3    **A.**    Yes.

4    **Q.**    And you say you consult with them.  Are you on

5 staff for them or what?

6    **A.**    No, I'm not on staff.

7    **Q.**    You're familiar with the Butte fire in

8 California, aren't you?

9    **A.**    Yes.

10    **Q.**    Were you aware that PAWS had no plan in place for

11 evacuation of the animals at their sanctuary in northern

12 California from that fire?

13    **A.**    They had a plan -- they do have a plan.  It just

14 -- the evacuation -- they chose not to evacuate.

15    **Q.**    Are any of the animals suffering from smoke

16 inhalation from that fire?

17    **A.**    Not that I know of.

18    **Q.**    And I also understand you received certain

19 elephants at the PAWS sanctuary that had TB; is that

20 correct?

21    **A.**    There are elephants that have TB at PAWS, yes.

22    **Q.**    Well, you received them recently, didn't you?

23    **A.**    I don't know actually because I don't work with

24 PAWS that regularly anymore.

25    **Q.**    If those elephants were put with other elephants

## 97

1 that did not have TB, would that be a good idea?

2    **A.**    No.

3        MS. HOLMES:  Objection; lack of foundation;

4 goes beyond the scope of direct.  She's already stated

5 she's not an employee for PAWS.  It's beyond the scope

6 of what she can testify to.

7        THE COURT:  Well, she has testified she's a

8 consultant for PAWS.  I'm just wondering what the

9 elephants with TB -- the relevancy is.  Can you sort of

10 clue me in generally as to why you believe PAWS'

11 behaviors in that regard are relevant?

12        MR. THORSON:  Well, generally this witness

13 was testifying about contagious diseases and we have

14 elephants with TB that are put in with elephants that

15 don't have TB and that's kind of what I was getting at

16 there, so I think that the situation is such that

17 there's a more contagious situation where she works than

18 there is at Cricket Hollow Zoo.

19        THE COURT:  Well, there's no evidence she

20 works there.  She said she's an occasional consultant

21 there.  In any event, I think it has marginal relevance,

22 but, frankly, I'm taking the position during this trial

23 that I'm going to broadly construe relevance and let the

24 parties make their record.  So I think the question was

25 whether or not it's a good idea to put elephants with TB

## 98

1 in the same enclosure as elephants that don't have TB.

2 I think maybe I can answer that, but I'll let you answer

3 it as the expert.

4    **A.**    It is not a good idea, but let me reiterate.  I

5 do not have any control over PAWS.  They will call me if

6 there is a tiger who's having a problem perhaps or a

7 lion, but not the elephants.

8    **Q.**    Now, the animals you work with are mostly

9 privately owned, aren't they?

10    **A.**    Privately owned or in sanctuaries, yes.

11    **Q.**    And you indicated you worked with animals like

12 the tigers in Hangover; is that correct?

13    **A.**    Yes.

14        THE COURT:  I'm sorry; in what?

15        MR. THORSON:  There's a movie called

16 Hangover, Your Honor.

17        THE COURT:  Oh, okay.

18    **Q.**    And so that tiger is privately owned; is that

19 correct?

20    **A.**    Yes.

21    **Q.**    Do you make your money from working with those

22 types of animals?

23    **A.**    Yes.

24    **Q.**    And you indicated earlier that part of your

25 experience was working with the -- the Navy; is that

Case 6:14-cv-02034-JSS   Document 71   Filed 11/30/16   Page 29 of 49
to purchase a complete copy of the transcript.

99

1  correct?

2  A.      Yes.

3  Q.      Tell me about that situation.

4  A.      When I first was in vet school, I worked for the

5  U.S. Navy in the marine mammal program.

6  Q.      And what is the marine animal (sic) program for

7  the U.S. Navy?

8  A.      They are studying sound and they train animals

9  for reconnaissance and they train animals to find, for

10  instance, fuselage that sunk so that they can find it

11  and then bring it back to the surface.

12  Q.      Well, is that the same program that was training

13  dolphins to try to plant explosives on ships or --

14  A.      That is not the program I was working for.

15  Q.      Tigers when they live in the wild are solitary

16  animals, aren't they?

17  A.      Yes.

18  Q.      And if they go to a sanctuary, aren't they put in

19  with other tigers?

20  A.      Very often.

21  Q.      Are the tigers that are put in sanctuaries

22  normally neutered or spayed?

23  A.      Yes.

24  Q.      Are the big cats you work with all neutered?

25  A.      No.

100

1  Q.      Would you recommend neutering big cats as a

2  matter of course?

3  A.      All but male lions.

4  Q.      When you say all but male lions, is that because

5  the mane won't grow on a male lion that's neutered?

6  A.      Right.

7  Q.      Are you familiar at all with the Wild Animal

8  Sanctuary in Colorado?

9  A.      Yes.

10  Q.      Is that AZA accredited?

11  A.      I'm not sure.

12  Q.      Is it inspected at all by the USDA?

13  A.      Yes; I would imagine.

14  Q.      You would imagine.  You don't know; is that

15  correct?

16  A.      Well, I mean it's -- it's a well-respected -- I

17  would -- I would assume that the USDA inspects it

18  regularly, but I've never -- I have never been there and

19  I don't know if they inspect it, but I would assume they

20  do.

21  Q.      The animals that you work with in television and

22  the movies, where are they housed between scenes in the

23  movie or on television?

24  A.      They're housed in either trailers with

25  air-conditioning or in carry or transfer cages.

101

1  Q.      Okay.  And when you say transfer cages, those

2  cages aren't very big, are they?

3  A.      They are not very big.

4  Q.      Do fruit flies bite?

5  A.      Fruit flies I don't believe bite.

6  Q.      Are they known as carriers of disease?

7  A.      I think that they can be fomites, yes.

8  Q.      Well, do you think it's very often that they

9  carry disease or spread disease?

10          MS. HOLMES:  Objection, Your Honor.  She's

11  not an expert qualified on fruit flies; just on the --

12          THE COURT:  Well, she's testified six times

13  that flies can carry disease, so it's fair to ask her

14  about fruit flies.

15          THE WITNESS:  What was the question?

16  Q.      My question was do they very often carry disease?

17  A.      I have no idea how often they carry disease.

18  Q.      I know you're aware that Iowa State University

19  has a veterinary school; correct?

20  A.      Yes.

21  Q.      And I would also assume that you're aware that

22  it's one of the top veterinary schools in the country.

23  A.      Yes.

24  Q.      And you're also aware that Henry Doorly Zoo in

25  Omaha, Nebraska, is one of the top zoos in the country,

102

1  aren't you?

2  A.      Yes.

3  Q.      If Dr. Pries sought advice from the veterinary

4  staff on various matters from that zoo, would you

5  consider that to be a pretty good source?

6  A.      I would consider it a good start.

7  Q.      Do you know the difference between a tortoise and

8  a turtle?

9  A.      Yes.

10  Q.      Tell me the difference.

11  A.      There's a difference in where they live, what

12  their feet -- their arms or feet look like.  There's a

13  difference in their shape.  There's a lot of

14  differences.

15  Q.      All right.  Well, let's start off with a turtle.

16  Is a turtle normally an aquatic animal?

17          MS. HOLMES:  Objection, Your Honor.  It's

18  not relevant to any of the species at issue in this

19  case; none of the endangered species.

20          THE COURT:  Are we just generally testing

21  her degree or is there something to do with the case?

22          MR. THORSON:  Something to do with the case.

23  It will become relevant later, Your Honor.

24          THE COURT:  All right.  Well, hopefully

25  shortly later; not a long time later.

Case 6:14-cv-02034-JSS   Document 73-1   Filed 11/30/15   Page 30 of 49
to purchase a complete copy of the transcript.

## 103

1    MR. THORSON:  Not a long time later.
2  **Q.**    Tortoises are land-based animals; is that
3  correct?
4  **A.**    Generally, yes.
5  **Q.**    And tortoises normally don't get their shells
6  wet, do they?
7  **A.**    Get their shells wet?
8  **Q.**    Do they normally live in the water?
9  **A.**    Some might live where there is water.
10  **Q.**    Are you familiar with the enclosure size rules
11  contained in the Animal Welfare Act?
12  **A.**    Yes.
13  **Q.**    And where are those rules contained?  What code
14  section, do you know?
15  **A.**    I do not know.
16  **Q.**    Do the rules have separate requirements for
17  nonhuman primates versus other mammals?
18  **A.**    Yes.
19  **Q.**    And for a nonhuman primate such as a lemur, what
20  what are the rules as far as the size of cages?  What
21  does it depend on?
22  **A.**    I have no knowledge of specifically what it
23  depends on.
24  **Q.**    So you're not familiar with the fact that the
25  size of the cage for a nonhuman primate depends on the

## 104

1  weight of the nonhuman primate?
2    MS. HOLMES:  Objection, Your Honor.
3  Dr. Conrad is not a nonhuman primate expert.  As defense
4  counsel knows, we have a special lemur expert, Peter
5  Klopfer, who is expected to testify on these issues.
6    THE COURT:  It doesn't seem like cage size
7  for nonhuman primates is really in play here.  In fact,
8  I don't recall this witness testifying about the
9  adequacy of cage sizes at all.
10    MR. THORSON:  If may I respond, Your Honor?
11    THE COURT:  Sure.
12    MR. THORSON:  She testified about knowing
13  about what the AWA regulations were and so this is kind
14  of my questioning about those regulations with this
15  witness, Your Honor, so --
16    THE COURT:  Well, again, I'm taking a pretty
17  liberal view as to what questions can be asked, but to
18  simply let her knowledge as to what the cage size is
19  for nonhuman primates in the AWA when that's not
20  something she testified about as an expert doesn't seem
21  to be very productive, but --
22    MR. THORSON:  I'll move on.
23  **Q.**    Doctor, you -- are you aware of the fact that
24  encephalitis -- there are some common types of
25  encephalitis in temperate climates?

## 105

1  **A.**    Yes.
2  **Q.**    And you've heard of St. Louis encephalitis; is
3  that correct?
4  **A.**    I think I have, yes.
5  **Q.**    And La Crosse encephalitis?
6  **A.**    Maybe.  I don't know.
7  **Q.**    Now, you talked earlier about the tigers eating
8  off of surfaces that were clean in their enclosures at
9  Cricket Hollow Zoo.  Do you realize that they eat off of
10  stainless steel in their enclosures?
11  **A.**    They eat off of stainless steel or the ground or
12  wherever the food winds up after they pick it up.
13  **Q.**    Well, if their food was put in a stainless steel
14  enclosure, that would be a good thing, wouldn't it?
15  **A.**    Possibly.
16  **Q.**    Well, what would be wrong with it then if you say
17  possibly?
18  **A.**    Because tigers can get possessive over a tray and
19  then they can take that tray away and bite it and make
20  it so that it isn't as sanitary the next time they use
21  it.
22  **Q.**    So if a tray was welded to the side of the steel
23  cage, then that wouldn't be a problem, would it?
24  **A.**    Unless the tigers are chewing on it or they can't
25  pick it up to scrub it.

## 106

1  **Q.**    Do you have any evidence of that?
2  **A.**    I have -- no.
3  **Q.**    And you mention the fact that you thought that
4  skunks or raccoons could get in these enclosures the
5  tigers are in; is that correct?
6  **A.**    I said it's a possibility.
7  **Q.**    Do you realize that the enclosures are welded at
8  the bottom to steel beams basically and there's no way
9  for a raccoon or a skunk to get in that enclosure?
10  **A.**    Well, all I can tell you is that I have seen
11  raccoons be killed by tigers in enclosures that I
12  thought were impermeable.
13  **Q.**    Well, you're not familiar with these enclosures,
14  are you?
15  **A.**    I am not.
16  **Q.**    You've never been to the Cricket Hollow Zoo, have
17  you?
18  **A.**    No.
19  **Q.**    And, Doctor, I looked at your resume.  You've
20  never worked for the USDA, have you?
21  **A.**    No.
22  **Q.**    Did you deal at all with inspectors from the USDA
23  at any of your jobs?
24  **A.**    Yes.
25  **Q.**    What jobs were those?

VISIT WWW.AREALTIME.COM
to purchase a complete copy of the transcript.

## 107

1  **A.**    I have worked at the zoo in -- I've worked at
2  zoos in southern California and I work on animal
3  compounds and I work in sanctuaries. All of those are
4  inspected by the USDA.
5  **Q.**    And at any of these locations, have you ever had
6  any type of noncompliances written up by the USDA?
7  **A.**    Yes.
8  **Q.**    At all these locations you've talked about, have
9  you had noncompliances written up by the USDA?
10  **A.**    When you say I am, as their veterinarian I am --
11  that is not me being written up or my care being written
12  up. It's the -- perhaps the -- like the last USDA
13  inspection that I remember was memorable to me was the
14  USDA inspecting animal actors who are cats -- meaning
15  domestic cats -- and that they found that they were all
16  using the same -- the same night house and that they
17  wanted extra night houses in case they needed to get way
18  from each other.
19  **Q.**    When you were doing your analysis at the zoo, did
20  you take into account that the zoo also has farm vets
21  that come out to inspect the dairy herd and also some of
22  the animals that are at the zoo?
23  **A.**    Yes. I -- I assume that Dr. Pries himself is a
24  farm vet.
25  **Q.**    If I told you that he was not the vet for the

## 108

1  dairy herd or the hoofstock, would that surprise you?
2  **A.**    No.
3  **Q.**    You indicated that you were concerned about the
4  tiger carcasses being buried at the zoo; is that
5  correct?
6  **A.**    Yes.
7  **Q.**    If they're buried four feet deep, is that a
8  problem?
9  **A.**    Yes.
10  **Q.**    Why is that?
11  **A.**    Because coyotes, raccoons, opossums, skunks can
12  dig four feet easily.
13  **Q.**    Have you ever seen that happen?
14  **A.**    I have seen people bury their domestic animals
15  and have -- and have some type of animal pull it up. I
16  believe it's standard to cremate animals.
17  **Q.**    Now, with regard to the tiger Casper, I believe
18  you said it had a six inch wound. It seems to me that
19  the USDA report you read earlier said it was a two by
20  three inch abrasion.
21  **A.**    I think what I was trying to say was six square
22  inches.
23  **Q.**    And you don't know Dr. Pries, do you?
24  **A.**    I do not.
25  **Q.**    And you're not familiar with the diet the animals

## 109

1  get at the zoo, are you?
2  **A.**    Only from what I've read.
3  **Q.**    And you understand that there's a land diversion
4  contract that provides 6,000 pounds of food a week to
5  the animals at the zoo?
6  **A.**    Yes, but I also am familiar with what kind of
7  food that is.
8  **Q.**    So you're familiar with the stores the zoo gets
9  the food from then?
10  **A.**    I am familiar with enough sanctuaries to know
11  what kind of food those stores give. I'm not familiar
12  with the -- specifically these ones, but I also know
13  that there's a lot of that food is wasted.
14  **Q.**    How often should waterers be bleached at a zoo?
15  **A.**    They should be bleached as often as necessary,
16  but I would imagine at least every other day.
17          MR. THORSON: No further questions.
18          THE COURT: Ms. Holmes?
19          MS. HOLMES: Could I have one quick moment,
20  Your Honor?
21          THE COURT: Sure.
22          MS. HOLMES: If I may, just a couple of
23  quick questions, Your Honor.
24
25

## 110

1              REDIRECT EXAMINATION
2  BY MS. HOLMES:
3  **Q.**    Dr. Conrad, you were asked about the sanctuaries
4  and if animals should be placed together. Are the
5  sanctuaries large enough that animals have space to
6  seclude themselves and isolate themselves if they need
7  individual space?
8  **A.**    Yes.
9  **Q.**    And on the cage size for the tigers, are you of
10  the opinion that for the tigers' needs, the cage sizes
11  at the Cricket Hollow Zoo are adequate?
12  **A.**    I feel that the cage sizes need to reflect the
13  animal and if you have a young animal, you need a much
14  bigger cage than an older sedentary animal, but I don't
15  think that any of these cages would be what I would want
16  for a tiger.
17  **Q.**    Why is that?
18  **A.**    Because I think they're small and they're damp.
19  Very often they have pea gravel or standing water. They
20  have no place for the animals to get up off of that.
21  They -- the night houses are inadequate and there's
22  nothing to do in them.
23  **Q.**    Do you know if there's any shelter from elements
24  in the tiger cages?
25  **A.**    From what I understand and from what I've seen,

www.uslegalsupport.com
to purchase a complete copy of the transcript.

111

1  it looks like there might be something, but it's not --

2  it's certainly not what I would want for a tiger in the

3  Iowa winter or in the Iowa summer.

4  Q.    Could I have you look at Exhibit 23, please.

5  A.    Okay.

6  Q.    Twenty-three, pages 26 and 27. Are you there?

7  A.    Yes.

8  Q.    If you look at the bottom of page 26 -- or excuse

9  me. Can you tell me what this is -- what this appears

10  to be a photo of?

11  A.    It appears to be a tiger in the snow in a cage.

12  Q.    And if you read the bottom description, it says

13  the fence is curled up at the bottom with sharp points

14  that extend into the enclosure. Is that --

15  A.    Yes.

16  Q.    And do you think that that kind of cage enclosure

17  could pose a risk for the health of the animal?

18  A.    Yes. The animal could easily scratch itself or

19  -- or puncture itself.

20  Q.    And if you look at page 27 of the same exhibit,

21  is that also a depiction of --

22  A.    Yes.

23  Q.    -- of a fence that could be a -- could harm the

24  animal? Is that a fence that could harm the animal?

25  A.    Yes.

112

1  Q.    And is it also possible that a fence of that

2  condition could allow in animals?

3  A.    It appears to me that it could.

4       MS. HOLMES: Thank you. No further

5  questions, Your Honor.

6       THE COURT: Mr. Thorson?

7            RECROSS-EXAMINATION

8  BY MR. THORSON:

9  Q.    If you look at the exhibit you were just looking

10  at up there. Do you have it still in front of you?

11  A.    Yes.

12  Q.    Okay. If you go back to page 26 and you look at

13  that, there's another cage right next -- or enclosure

14  right next to that, isn't there?

15  A.    Yes.

16  Q.    There's another tiger enclosure right next to

17  that?

18  A.    Yes.

19  Q.    And you don't know the dimensions of this

20  enclosure, do you?

21  A.    I do not.

22       MR. THORSON: I have no further questions.

23       THE COURT: Ms. Holmes?

24       MS. HOLMES: Nothing further, Your Honor.

25  Thank you.

113

1       THE COURT: You may step down.

2       THE WITNESS: Thank you.

3       (Witness excused.)

4       THE COURT: We're going to adjourn for the

5  evening. We'll start in again tomorrow at nine a.m.

6       (Recess at 5:34 p.m., until 9:01 a.m.,

7       Tuesday, October 6, 2015.)

114

1
2
3

4

5       C E R T I F I C A T E

6  I, Kay C. Carr, a Certified Shorthand Reporter of
the State of Iowa, do hereby certify that I acted as the
7  official court reporter at the proceedings in the
above-entitled matter at the time and place indicated.

8       That I reported in shorthand all of the proceedings
9  had at the said time and place and that said shorthand
notes were reduced to print by means of a computer-aided
10  transcription device under my direction and supervision,
and that the foregoing typewritten pages are a full and
11  complete transcript of the shorthand notes so taken.

12       I further certify that I am not related to or
employed by any of the parties to this proceeding, and
13  further that I am not a relative or employee of any
attorney of counsel employed by the parties hereto or
14  financially interested in the action.

15       IN WITNESS WHEREOF, I have set my hand this 18th
day of October, 2015.

16

17

18       /s/ Kay C. Carr
Kay C. Carr
19  Certified Shorthand Reporter
Registered Professional Reporter
20  Cedar Rapids, Iowa
(319) 362-1543

21
22
23
24
25

## $

$2.65 [1] - 35:18
$3.98 [1] - 35:21
$350 [1] - 36:5
$6,363.76 [1] - 35:10

## 1

1 [7] - 3:11, 12:3, 12:7, 50:11, 59:8, 59:15, 60:2
1/3/12 [1] - 3:17
1/9/14 [1] - 4:4
10 [9] - 3:17, 49:15, 49:19, 50:6, 63:20, 65:5, 65:6, 74:24, 79:5
10/7/14 [1] - 4:8
100 [1] - 43:17
101 [1] - 2:5
11 [4] - 3:18, 32:16, 36:15, 49:15
11/20/13 [2] - 5:11, 5:16
11/22/10 [1] - 3:13
11/26/12 [1] - 3:22
11/6/14 [1] - 4:9
110 [1] - 3:4
112 [1] - 3:4
12 [70] - 3:11, 3:19, 4:15, 4:16, 4:17, 4:18, 4:19, 4:20, 4:21, 4:22, 4:23, 4:24, 5:2, 5:3, 5:5, 5:6, 5:11, 5:13, 5:14, 5:16, 5:17, 5:18, 5:19, 5:21, 5:22, 5:23, 6:2, 6:3, 6:4, 6:6, 6:7, 6:8, 6:9, 6:10, 6:11, 49:15
12-month-old [1] - 74:25
12/16/13 [1] - 4:3
12/8/11 [1] - 3:16
13 [3] - 3:20, 49:15, 76:6
14 [7] - 3:21, 49:15, 49:19, 50:6, 52:24, 54:6, 71:16
14-2034 [1] - 7:6
15 [1] - 3:4
1500 [1] - 2:5
16 [4] - 3:22, 49:15, 49:19, 50:6
17 [4] - 3:23, 49:15, 49:19, 50:6
170 [1] - 2:8
175 [1] - 36:5
18 [2] - 5:7
19 [4] - 3:24, 49:16, 49:19, 50:6
1994 [1] - 19:12

## 2

2 [3] - 49:14, 62:18, 70:3
2.40(b)(2 [1] - 59:15
2/13/13 [1] - 3:23

2/16/11 [1] - 3:14
2/19/15 [1] - 4:10
20 [8] - 3:25, 32:24, 49:16, 49:20, 50:7, 53:2, 53:19, 71:2
200 [3] - 21:4, 35:19, 35:20
2005 [2] - 70:8, 87:10
2006 [1] - 22:14
2007 [1] - 32:1
2010 [1] - 42:22
2012 [1] - 43:3
2013 [1] - 43:4
2014 [6] - 44:13, 45:20, 50:15, 63:16, 63:20, 63:23
2015 [2] - 32:1, 113:7
21 [1] - 18:13
22 [4] - 4:2, 49:16, 49:20, 50:7
23 [5] - 4:3, 49:16, 49:20, 50:7, 111:4
25 [5] - 4:4, 44:13, 49:16, 49:20, 50:7
26 [6] - 4:5, 9:16, 49:16, 111:6, 111:8, 112:12
26th [1] - 9:10
27 [4] - 4:6, 49:16, 111:6, 111:20
28 [11] - 4:7, 47:22, 48:16, 48:17, 48:21, 49:2, 49:4, 49:16, 50:11, 83:12, 83:13
29 [6] - 4:8, 49:16, 59:8, 59:9, 60:2, 60:3
293 [1] - 2:12

## 3

3 [1] - 38:24
3.1(c)(3 [1] - 50:18
3.131(a [1] - 52:3
3.131(d [1] - 83:14
3.84(a [1] - 54:10
3/4/15 [1] - 4:11
30 [4] - 4:9, 49:16, 53:12, 93:9
300 [6] - 21:4, 32:10, 33:7, 34:4, 35:14, 35:17
31 [2] - 4:10, 49:16
32 [1] - 4:11, 49:16
33 [4] - 4:12, 49:16, 49:20, 50:7
35 [4] - 4:13, 49:16, 49:21, 50:8
36 [4] - 4:14, 49:17, 49:21, 50:8
38 [1] - 49:14
3:01 [1] - 53:20
3:20 [1] - 53:3
3:21 [1] - 53:20

## 4

4 [8] - 3:12, 45:13, 49:14, 49:15, 49:18, 50:5, 52:1, 93:3
40 [3] - 4:15, 12:3, 12:7
4056 [1] - 2:15
41 [6] - 4:16, 12:3, 31:15, 31:19, 32:3, 35:8
42 [3] - 4:17, 12:3, 38:21
43 [5] - 4:18, 12:3, 42:13, 82:2, 82:5
44 [2] - 4:19, 12:3
45 [3] - 4:20, 12:3, 93:15
46 [4] - 4:21, 12:4, 12:7, 42:17
47-4 [1] - 9:16
48 [8] - 4:22, 12:4, 12:8, 44:4, 44:7, 62:16, 62:17, 76:6
48/49 [1] - 4:7
49 [29] - 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 3:22, 3:23, 3:24, 3:25, 4:2, 4:3, 4:4, 4:5, 4:6, 4:8, 4:9, 4:10, 4:11, 4:12, 4:13, 4:14, 4:23, 12:4, 12:8
49/50 [1] - 4:7
4:25 [1] - 93:1
4:26 [1] - 93:18
4:30 [1] - 53:4, 53:5, 53:14

## 5

5 [6] - 3:13, 49:15, 50:15, 63:23, 83:13
5/1/12 [1] - 3:18
5/16/12 [1] - 3:19
5/21/14 [1] - 4:5
5/27/15 [1] - 4:12
5/28/14 [1] - 4:6
50 [27] - 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 3:22, 3:23, 3:24, 3:25, 4:2, 4:3, 4:4, 4:5, 4:6, 4:8, 4:9, 4:10, 4:11, 4:12, 4:13, 4:14, 43:17
51 [3] - 4:24, 12:4, 12:8
52402-5062 [1] - 2:15
52402-5500 [1] - 2:6
56 [3] - 5:2, 12:4, 12:8
57 [2] - 5:3, 12:4
58 [2] - 5:5, 12:4
59 [3] - 5:6, 12:4, 12:8
5:07 [1] - 93:18
5:34 [1] - 113:6

## 6

6 [4] - 3:14, 44:17, 49:15,

113:7
6,000 [1] - 109:4
6/12/13 [1] - 3:24
6/15/15 [1] - 4:13
6/24/15 [1] - 4:14
6/29/12 [1] - 3:20

## 7

7 [5] - 3:15, 44:6, 49:15, 63:5, 63:7
7/13/13 [1] - 3:25
7/29/10 [1] - 3:12
70 [5] - 5:7, 16:18, 18:2, 18:3, 18:9
702 [1] - 25:18
75 [1] - 43:17

## 8

8 [6] - 3:16, 49:15, 49:18, 50:5, 62:16, 63:16
8/16/11 [1] - 3:15
8/20/12 [1] - 3:21
8/25/14 [1] - 4:7
8/25/15 [1] - 5:24
8/31/2015 [1] - 70:8

## 9

9/25/13 [1] - 4:2
910 [1] - 16:12
93 [1] - 3:4
94931 [1] - 2:9
97440 [1] - 2:12
9:01 [1] - 113:6

## A

a.m [2] - 113:5, 113:6
AAZV [1] - 37:22
ability [4] - 19:6, 87:14, 87:15
able [11] - 9:2, 22:13, 27:6, 30:5, 37:5, 37:8, 37:16, 48:5, 67:20, 74:7, 74:11
above-referenced [1] - 9:23
abrasion [1] - 108:20
abscesses [1] - 63:13
absolute [1] - 43:16
absolutely [22] - 25:12, 35:4, 48:9, 51:25, 54:21, 56:4, 56:11, 56:15, 57:3, 58:5, 58:13, 64:22, 65:22, 68:19, 69:11, 73:3, 73:6, 75:22, 77:25, 81:12, 84:7, 86:18
absorbent [1] - 51:3
abundance [1] - 69:17
acceptable [1] - 27:20

U.S. LEGAL SUPPORT | www.uslegalsupport.com
to purchase a complete copy of the transcript.

**accepted** [2] - 45:25, 78:6
**accepting** [1] - 27:12
**accessible** [1] - 67:20
**accident** [1] - 92:14
**accompanying** [2] - 22:7, 59:24
**according** [3] - 64:6, 74:22, 79:7
**account** [1] - 107:20
**accreditation** [1] - 20:10
**accredited** [2] - 38:4, 100:10
**accumulated** [1] - 54:20
**accurate** [2] - 17:7, 85:24
**accurately** [1] - 12:20
**Ackley** [1] - 2:14
**acquiring** [1] - 40:14
**acquisition** [3] - 4:15, 5:19, 65:3
**Act** [8] - 22:5, 22:14, 23:1, 27:21, 46:21, 59:24, 78:10, 103:11
**act** [1] - 43:20
**acting** [1] - 47:4
**action** [1] - 48:23
**actions** [3] - 25:4, 25:10, 86:22
**activities** [3] - 66:12, 66:23, 68:4
**actors** [1] - 107:14
**actual** [2] - 36:19, 90:7
**acute** [2] - 72:17, 73:4
**acutely** [1] - 73:9
**adapt** [1] - 91:23
**addition** [4] - 13:19, 22:22, 28:13, 45:2
**additional** [1] - 10:24
**address** [1] - 16:11
**addressing** [1] - 12:16
**adequacy** [1] - 104:9
**adequate** [11] - 21:10, 33:9, 34:1, 34:24, 35:1, 39:9, 39:11, 45:25, 70:16, 87:21, 110:11
**adequately** [2] - 39:21, 55:14
**adjective** [1] - 31:14
**adjourn** [2] - 53:13, 113:4
**administered** [1] - 82:6
**administrations** [1] - 76:20
**administrative** [2] - 48:23, 50:1
**administrator** [1] - 9:24
**admitted** [6] - 18:2, 31:16, 48:16, 49:9, 50:4, 62:17
**adult** [2] - 80:4, 80:5
**adults** [1] - 45:18
**advice** [1] - 102:3
**affect** [3] - 55:9, 81:14, 84:6
**affected** [1] - 52:12
**affecting** [1] - 73:10

**afflictions** [1] - 64:20
**afternoon** [10] - 7:12, 7:15, 8:2, 8:3, 15:24, 15:25, 53:2, 65:18, 78:15, 86:21
**age** [9] - 65:9, 71:4, 71:6, 71:7, 71:9, 71:11, 71:14, 71:17, 79:7
**agency** [2] - 48:23, 50:1
**agent** [2] - 72:25, 73:10
**ages** [1] - 70:23
**aggressive** [1] - 90:6
**aggressively** [1] - 64:10
**ago** [2] - 45:7, 82:2
**agree** [5] - 10:10, 32:6, 33:3, 62:25, 63:1
**agreement** [1] - 6:5
**aid** [1] - 48:5
**air** [1] - 100:25
**air-conditioning** [1] - 100:25
**al** [1] - 9:20
**alert** [2] - 53:3, 81:22
**alerted** [1] - 9:12
**alive** [1] - 72:21
**allegations** [4] - 48:22, 48:24, 49:1, 49:25
**allegedly** [1] - 86:5
**Allen** [9] - 9:2, 9:4, 9:10, 9:13, 9:24, 10:4, 10:13, 10:18, 11:4
**Allen's** [2] - 10:6, 10:15
**allergic** [1] - 74:9
**allow** [3] - 22:14, 40:2, 112:2
**allows** [2] - 10:17, 10:18
**almost** [1] - 67:6
**aloud** [3] - 39:4, 50:21, 60:18
**amend** [1] - 22:13
**American** [3] - 20:11, 37:23, 37:24
**Ames** [1] - 69:16
**amount** [2] - 23:11, 37:10, 80:5, 81:22
**Amoxicillin** [1] - 76:21
**Amur** [1] - 94:1
**analysis** [2] - 30:4, 107:19
**anaphylactic** [1] - 74:19
**ANDERSON** [2] - 2:5, 7:10
**Anderson** [1] - 7:10
**anesthesia** [2] - 37:21, 37:22
**anesthetize** [6] - 29:17, 29:18, 30:16, 30:22, 30:24, 62:13
**Angeles** [5] - 18:15, 19:21, 20:1, 53:10, 88:25
**animal** [112] - 16:14, 20:15, 22:4, 23:2, 23:8, 23:9, 23:20, 26:20, 27:5, 27:7, 27:13, 27:15, 27:23, 29:18, 29:22, 29:24, 30:21, 30:24, 31:2, 31:4, 31:5,

35:18, 35:21, 36:5, 36:17, 37:6, 39:16, 40:7, 41:14, 41:18, 45:25, 52:9, 54:12, 54:16, 54:20, 55:3, 56:8, 56:14, 56:17, 56:18, 56:21, 56:23, 56:24, 57:9, 57:10, 61:13, 65:20, 66:8, 66:12, 67:5, 67:9, 68:8, 68:11, 68:14, 68:16, 68:20, 68:22, 68:24, 69:7, 70:7, 71:19, 71:21, 72:1, 72:4, 72:21, 73:11, 73:12, 75:24, 76:18, 77:3, 77:4, 77:14, 78:6, 79:7, 79:8, 79:15, 79:18, 80:2, 80:4, 81:7, 81:11, 81:13, 81:21, 81:22, 82:10, 82:15, 83:17, 85:7, 85:10, 85:12, 87:6, 89:5, 90:14, 90:15, 90:22, 91:13, 92:7, 95:5, 99:6, 102:16, 107:2, 107:14, 108:15, 110:13, 110:14, 111:17, 111:18, 111:24
**Animal** [12] - 2:8, 4:15, 6:4, 22:5, 22:13, 23:1, 27:21, 46:21, 59:24, 78:10, 100:7, 103:11
**animal's** [16] - 29:23, 30:6, 51:15, 55:9, 56:3, 74:2, 76:13, 78:16, 81:14, 85:1, 89:24, 91:2, 91:14, 91:18, 91:19, 92:1
**animals** [134] - 5:18, 5:20, 5:21, 20:16, 20:19, 20:20, 20:24, 21:9, 21:21, 22:12, 23:10, 23:17, 24:18, 24:20, 25:5, 25:11, 25:14, 25:15, 27:9, 27:10, 27:16, 27:18, 28:8, 29:15, 32:9, 33:7, 34:1, 34:4, 34:20, 35:14, 35:17, 35:19, 35:20, 36:11, 36:20, 36:22, 36:25, 37:3, 37:11, 37:21, 39:9, 39:22, 39:25, 40:3, 40:8, 40:9, 40:14, 41:13, 41:23, 41:24, 43:22, 44:1, 45:5, 45:16, 47:11, 51:2, 51:5, 51:6, 51:16, 51:21, 51:24, 52:12, 55:16, 55:19, 57:5, 57:14, 57:18, 58:2, 58:12, 65:19, 65:24, 66:14, 67:16, 67:21, 68:1, 68:4, 68:18, 69:6, 69:17, 69:20, 70:13, 70:15, 70:23, 71:14, 72:20, 78:3, 79:11, 80:5, 81:1, 82:7, 82:13, 82:16, 82:21, 84:13, 86:15, 86:16, 86:24, 87:19, 87:22, 88:7, 88:9, 88:13, 89:6, 89:7, 89:8, 89:13, 90:3, 90:6, 90:9, 90:17, 90:24, 94:9, 96:1, 96:11, 96:15, 98:8, 98:11, 98:22, 99:8, 99:9, 99:16, 100:21, 103:2, 107:22, 108:14, 108:16, 108:25, 109:5,

110:4, 110:5, 110:20, 112:2
**animals'** [2] - 45:8, 54:5
**annual** [5] - 31:10, 36:4, 37:24, 37:25, 39:13
**answer** [2] - 98:2
**answered** [1] - 59:4
**answering** [1] - 17:14
**anti** [1] - 76:18
**anti-inflammatory** [1] - 76:18
**antibiotic** [3] - 62:23, 63:2, 76:14
**antibiotics** [8] - 27:12, 42:9, 42:10, 62:10, 74:14, 74:20, 74:23, 76:17
**anticipation** [1] - 8:3
**anyway** [1] - 83:5
**APHIS** [5] - 24:14, 46:15, 48:6, 59:12, 68:2
**apologize** [1] - 7:1
**appear** [9] - 10:11, 10:12, 10:14, 26:14, 31:8, 35:12, 64:16, 75:6, 76:12
**APPEARANCES** [1] - 2:2
**applicable** [1] - 89:6
**appreciate** [3] - 11:1, 37:5, 53:17
**approach** [2] - 15:12, 77:2
**approaching** [1] - 15:14
**appropriate** [1] - 67:1
**appropriately** [1] - 74:12
**approximate** [1] - 70:23
**April** [1] - 32:1
**aquatic** [1] - 102:16
**area** [4] - 19:21, 84:4, 84:5, 84:10
**areas** [3] - 83:24, 84:3, 89:19
**argue** [1] - 9:9
**arise** [1] - 21:16
**arm** [1] - 58:25
**arms** [1] - 102:12
**arrangement** [1] - 88:7
**Articles** [2] - 5:2, 5:13
**articulated** [1] - 11:7
**aside** [1] - 51:14
**aspiration** [1] - 73:18
**assessment** [2] - 28:4, 39:17
**assist** [1] - 17:13
**assists** [1] - 17:16
**Association** [3] - 20:11, 37:23, 37:24
**association** [1] - 95:20
**assume** [9] - 8:11, 35:18, 60:25, 72:18, 85:23, 100:17, 100:19, 101:21, 107:23
**asthmatic** [1] - 74:18
**Attachment** [1] - 70:3
**attack** [2] - 74:18, 74:19
**attendance** [1] - 5:3
**attending** [3] - 38:17,

Contact ECRI at 319-540-3100 or www.ecriaps.com
to purchase a complete copy of the transcript.

39:1, 39:5
**Attending** [1] - 4:16
**attention** [9] - 38:21, 40:4, 42:13, 42:20, 58:15, 60:2, 69:24, 71:15, 75:8
**Attorney** [1] - 8:11
**attorneys** [2] - 7:8, 8:8
**attract** [5] - 55:5, 56:5, 82:18, 82:20
**attracting** [1] - 50:24
**attracts** [1] - 54:24
**August** [2] - 44:13, 50:15
**autopsy** [1] - 68:7
**available** [4] - 14:10, 14:11, 20:9, 21:12
**Avenue** [2] - 2:8, 16:12
**average** [1] - 28:25
**avoid** [1] - 51:6
**AWA** [4] - 78:11, 78:12, 104:13, 104:19
**awake** [2] - 29:22, 30:14
**aware** [9] - 23:1, 43:10, 45:9, 68:2, 96:10, 101:18, 101:21, 101:24, 104:23
**AZA** [1] - 100:10

**B**

**background** [1] - 17:19
**bacteria** [4] - 64:7, 82:24, 84:16, 84:19
**balance** [1] - 4:24
**ball** [2] - 66:24, 67:1
**balls** [1] - 66:17
**Banamine** [2] - 76:20, 76:21
**based** [10] - 25:2, 25:8, 26:11, 39:17, 70:10, 86:21, 87:4, 87:24, 93:25, 103:2
**basic** [6] - 22:11, 30:2, 30:3, 30:18, 34:6, 34:23
**basis** [4] - 11:6, 31:10, 36:4, 39:13
**bask** [1] - 29:8
**Baylisascaris** [1] - 41:3
**Baytril** [1] - 76:20
**beams** [1] - 106:8
**bears** [1] - 22:15
**become** [6] - 22:3, 76:5, 82:11, 84:20, 84:22, 102:23
**becomes** [1] - 84:21
**becoming** [1] - 77:14
**bedding** [1] - 51:3
**beef** [1] - 79:6
**begin** [4] - 19:16, 27:6, 38:4, 82:25
**beginning** [3] - 11:25, 23:21, 25:14
**begins** [2] - 38:25, 54:11
**begun** [1] - 79:9
**behalf** [5] - 2:6, 2:9, 2:12, 2:15, 23:24
**behavior** [2] - 56:9, 67:16

**behavioral** [4] - 24:24, 88:12, 90:21, 91:19
**behaviorally** [1] - 21:11
**behaviors** [5] - 65:25, 67:4, 67:12, 90:18, 97:11
**behind** [2] - 7:3, 42:10
**below** [2] - 27:19, 28:1
**Benadryl** [1] - 74:22
**best** [7] - 31:13, 38:12, 47:12, 52:21, 88:8, 89:8, 95:6
**better** [2] - 31:13, 38:14
**between** [7] - 36:5, 39:11, 51:16, 64:20, 74:8, 100:22, 102:7
**beyond** [2] - 97:4, 97:5
**Big** [1] - 4:22
**big** [13] - 20:5, 20:7, 20:8, 20:18, 20:23, 41:5, 41:14, 67:23, 72:15, 99:24, 100:1, 101:2, 101:3
**bigger** [1] - 110:14
**bills** [1] - 6:11
**binder** [3] - 15:5, 15:8, 69:23
**biopsies** [1] - 62:11
**birth** [1] - 60:21
**bit** [1] - 47:20
**bite** [5] - 62:8, 71:24, 101:4, 101:5, 105:19
**bladder** [1] - 42:5
**bleached** [2] - 109:14, 109:15
**blind** [1] - 80:1
**BLOME** [5] - 2:8, 7:12, 12:18, 12:22, 13:3
**Blome** [3] - 7:13, 9:18, 12:19
**blood** [9] - 29:15, 29:19, 29:22, 30:1, 30:4, 30:14, 34:14, 62:11, 68:25
**Blue** [1] - 2:11
**body** [3] - 41:9, 47:8, 47:18
**bone** [2] - 58:14, 61:13
**bones** [5] - 58:12, 79:17, 79:20, 79:23
**book** [2] - 14:11, 16:19
**bottom** [5] - 44:7, 106:8, 111:8, 111:12, 111:13
**bowling** [1] - 66:24
**bowls** [1] - 23:13
**box** [2] - 42:4, 56:22
**Box** [1] - 2:12
**boxes** [1] - 66:19
**brain** [2] - 41:10, 71:24
**brains** [1] - 15:24
**branch** [1] - 54:17
**brand** [1] - 78:22
**break** [4] - 53:2, 67:1, 79:21, 90:10
**breaking** [1] - 66:2
**breathing** [2] - 75:18,

82:23
**brief** [2] - 8:23, 70:3
**briefly** [4] - 8:18, 44:4, 65:16
**briefs** [1] - 11:19
**bring** [4] - 19:4, 40:11, 99:11
**brittle** [1] - 79:21
**broadly** [1] - 97:23
**broken** [1] - 31:5
**brought** [1] - 47:14
**build** [2] - 50:23, 52:8
**build-up** [2] - 50:23, 52:8
**builds** [1] - 47:13
**built** [1] - 55:12
**bunch** [1] - 58:5
**buried** [2] - 108:4, 108:7
**bury** [1] - 108:14
**business** [1] - 37:14
**busy** [2] - 65:25, 66:3
**Butte** [1] - 96:7
**buy** [1] - 36:10
**BY** [5] - 15:23, 54:2, 93:24, 110:2, 112:8
**by-product** [1] - 6:4

**C**

**cage** [30] - 30:15, 55:11, 55:14, 82:12, 103:25, 104:6, 104:9, 104:18, 105:23, 110:9, 110:10, 110:12, 110:14, 111:11, 111:16, 112:13
**cages** [12] - 26:25, 54:5, 81:25, 92:12, 100:25, 101:1, 101:2, 103:20, 110:15, 110:24
**calcium** [5] - 79:16, 79:19, 79:20, 80:24, 81:2
**Calendar** [1] - 6:2
**California** [10] - 2:9, 16:12, 18:16, 36:7, 53:9, 92:18, 95:25, 96:8, 96:12, 107:2
**cancer** [1] - 61:25
**canine** [2] - 31:6, 44:22
**cannot** [1] - 41:18
**capable** [1] - 87:12
**capacity** [3] - 18:25, 22:23, 23:18
**captive** [2] - 65:7, 65:19
**captivity** [1] - 71:18
**carcasses** [1] - 108:4
**card** [1] - 5:22
**cardboard** [1] - 66:19
**care** [66] - 4:17, 5:14, 19:7, 20:2, 20:16, 20:18, 20:19, 21:10, 21:13, 21:14, 21:16, 22:4, 22:17, 22:20, 22:24, 23:21, 24:21, 25:13, 26:21, 27:9, 27:23, 27:25, 30:11, 31:10, 33:10, 33:14,

33:19, 34:2, 34:6, 35:1, 35:5, 35:13, 35:22, 35:25, 36:3, 36:11, 37:1, 37:6, 38:22, 39:8, 39:9, 39:11, 43:14, 45:1, 45:4, 45:10, 47:11, 58:22, 64:23, 72:4, 74:21, 75:19, 77:23, 78:2, 85:12, 86:23, 87:15, 87:19, 87:21, 88:10, 89:11, 89:14, 107:11
**cared** [1] - 39:22
**careful** [1] - 61:17
**cares** [1] - 38:1
**caring** [1] - 38:8
**carnivore** [1] - 83:4
**carnivores** [2] - 58:9, 82:17
**carriers** [1] - 101:6
**carry** [5] - 100:25, 101:9, 101:13, 101:16, 101:17
**case** [28] - 7:4, 9:3, 9:5, 9:11, 9:14, 9:25, 10:10, 11:5, 25:21, 28:7, 31:8, 31:23, 35:6, 36:25, 39:18, 42:12, 43:10, 46:10, 46:11, 64:8, 70:5, 73:24, 86:10, 89:18, 102:19, 102:21, 102:22, 107:17
**cases** [4] - 19:2, 19:3, 19:4, 34:4
**Casper** [16] - 44:11, 44:14, 44:24, 45:19, 58:17, 58:19, 58:21, 60:19, 60:20, 61:4, 61:7, 62:5, 63:7, 63:21, 65:1, 108:17
**Casper's** [4] - 63:8, 63:25, 64:24, 65:11
**Cat** [1] - 67:23
**cat** [19] - 4:22, 19:20, 28:10, 28:16, 28:22, 28:25, 29:18, 29:19, 37:11, 41:5, 42:4, 42:5, 42:6, 57:25, 63:3, 74:18, 74:20, 74:21
**cataracts** [1] - 44:14
**categorize** [1] - 26:18
**Category** [1] - 11:24
**cats** [16] - 20:6, 20:7, 20:8, 20:18, 20:23, 22:14, 22:15, 28:13, 57:20, 72:15, 79:24, 99:24, 100:1, 107:14, 107:15
**cattle** [1] - 72:14
**causative** [2] - 72:25, 73:10
**caused** [7] - 25:14, 36:20, 68:10, 68:16, 71:6, 73:17, 80:24
**causes** [2] - 41:10, 55:25
**causing** [7] - 36:22, 56:6, 61:22, 62:9, 71:21, 72:2, 74:6
**cautious** [1] - 61:16
**Cedar** [2] - 2:5, 2:15
**cell** [2] - 63:13, 66:5

ecdc61f31888f344.com
to purchase a complete copy of the transcript.

**Center** [1] - 2:5
**certain** [4] - 36:21, 51:18, 90:18, 96:18
**certainly** [4] - 16:4, 26:13, 94:5, 111:2
**certainty** [2] - 43:16, 68:21
**certification** [1] - 26:9
**Certified** [1] - 5:22
**certify** [2] - 25:22, 25:25
**chain** [1] - 66:2
**chain-link** [1] - 66:2
**chance** [3] - 51:19, 74:12, 74:13
**chances** [1] - 51:16
**change** [2] - 10:22, 45:3
**changed** [1] - 27:17
**changes** [2] - 22:2, 38:15
**charge** [1] - 32:19
**charges** [1] - 33:19
**chart** [9] - 44:11, 69:23, 70:1, 70:3, 70:6, 70:19, 71:13, 75:9, 86:2
**checked** [3] - 21:15, 23:13, 44:14
**chewing** [1] - 105:24
**chicken** [3] - 84:9, 84:10, 84:11
**chief** [7] - 9:3, 9:5, 9:11, 9:14, 9:25, 10:11, 11:5
**Child** [1] - 47:5
**choice** [1] - 89:25
**choices** [1] - 38:15
**chose** [1] - 96:14
**Christmas** [1] - 66:17
**chronic** [2] - 68:23
**Circuit** [1] - 11:8
**citations** [1] - 83:23
**cite** [2] - 46:20, 47:13
**cited** [4] - 26:24, 26:25, 52:19, 68:3
**citing** [1] - 52:20
**claimed** [1] - 43:11
**clarify** [1] - 59:17
**Class** [1] - 5:5
**clean** [22] - 23:10, 27:3, 47:21, 51:1, 51:12, 55:21, 56:24, 57:12, 57:15, 57:19, 57:21, 57:24, 58:1, 58:6, 58:8, 61:21, 63:2, 82:12, 84:11, 92:9, 92:15, 105:8
**cleaned** [4] - 26:24, 51:4, 51:19, 51:23
**cleaning** [3] - 51:8, 55:20, 56:23
**cleanliness** [2] - 46:20, 56:8
**clear** [4] - 25:24, 27:1, 36:6, 40:17
**clearly** [1] - 43:22
**clients** [5] - 7:17, 20:14, 20:15, 22:20, 78:23
**climates** [2] - 91:24,

104:25
**close** [2] - 13:21, 63:10
**closer** [1] - 16:5
**clue** [1] - 97:10
**co** [2] - 19:2, 19:3
**co-manage** [2] - 19:2, 19:3
**Coberly** [1] - 14:21
**cocounsel** [1] - 88:19
**code** [3] - 59:21, 59:23, 103:13
**coli** [17] - 84:15, 84:16, 84:17, 84:18, 84:24, 85:2, 85:4, 85:7, 85:15, 85:17, 85:21, 85:22, 85:25, 86:6, 86:8, 86:11, 86:14
**collected** [1] - 54:17
**collection** [2] - 71:22, 87:16
**College** [1] - 20:11
**Colorado** [1] - 100:8
**column** [2] - 35:9
**comb** [1] - 58:6
**combs** [1] - 58:5
**comfortable** [2] - 13:15, 29:23
**coming** [1] - 16:6
**comments** [1] - 46:17
**commitments** [1] - 53:10
**common** [2] - 21:20, 104:24
**communicating** [1] - 51:16
**compatible** [1] - 95:9
**complaint** [2] - 23:25, 24:17
**completed** [1] - 19:15
**completely** [1] - 27:19
**complicated** [2] - 79:6, 80:22
**comport** [2] - 12:13, 32:25
**compounds** [1] - 107:3
**compromised** [1] - 75:25
**compulsive** [1] - 61:24
**concern** [5] - 64:2, 91:14, 91:17, 91:18, 92:1
**concerned** [2] - 56:13, 108:3
**concerns** [3] - 83:20, 89:21, 91:9
**conclude** [1] - 36:18
**conclusion** [1] - 70:20
**condition** [3] - 55:24, 76:23, 112:2
**conditioning** [1] - 100:25
**conditions** [2] - 74:25, 94:4
**conduct** [1] - 78:2
**conducted** [1] - 73:24
**confer** [1] - 88:19
**conference** [2] - 11:23, 13:13
**confess** [1] - 14:8

**confinement** [1] - 66:5
**Conrad** [16] - 3:4, 5:7, 13:6, 13:9, 16:10, 25:17, 26:17, 50:10, 53:8, 53:21, 54:3, 88:25, 93:19, 93:25, 104:3, 110:3
**CONRAD** [1] - 14:1
**Conrad's** [1] - 14:25
**consider** [5] - 28:22, 34:1, 38:6, 102:5, 102:6
**considered** [1] - 20:6
**consistency** [1] - 30:7
**consistent** [1] - 47:3
**consistently** [1] - 23:12
**consolidate** [1] - 36:13
**constitutes** [2] - 56:13, 72:3
**construe** [1] - 97:23
**consult** [2] - 95:25, 96:4
**consultant** [4] - 18:25, 22:23, 97:8, 97:20
**contact** [2] - 41:25, 51:6
**contagious** [6] - 27:17, 69:8, 73:13, 86:19, 97:13, 97:17
**contained** [4] - 17:4, 70:4, 103:11, 103:13
**container** [1] - 89:18
**containment** [1] - 89:19
**contaminate** [2] - 23:14, 81:19
**contaminated** [3] - 51:7, 82:11, 83:21
**contamination** [2] - 55:4, 84:12
**content** [2] - 48:8, 49:8
**contested** [1] - 48:25
**context** [1] - 30:1
**Contingency** [1] - 4:20
**contingent** [1] - 94:12
**continually** [1] - 47:13
**Continued** [4] - 4:1, 5:1, 6:1, 54:1
**continuing** [2] - 37:17, 38:19
**contract** [1] - 109:4
**contradiction** [1] - 59:22
**contraindicated** [1] - 74:15
**contraindications** [1] - 74:16
**contrary** [3] - 78:6, 78:11, 78:12
**contributed** [2] - 74:2, 78:3
**contributes** [1] - 81:3
**control** [4] - 39:6, 39:7, 40:6, 98:5
**convenient** [1] - 14:13
**conveyance** [1] - 82:10
**cooked** [1] - 28:17
**copies** [1] - 14:19
**coping** [1] - 67:8

**copy** [7] - 14:10, 14:13, 14:18, 14:22, 16:15, 17:7
**corner** [2] - 44:8, 50:14
**correct** [21] - 8:15, 8:16, 24:14, 43:11, 87:14, 89:9, 94:15, 95:8, 95:14, 95:21, 96:2, 96:20, 98:12, 98:19, 99:1, 100:15, 101:19, 103:3, 105:3, 106:5, 108:5
**correctly** [1] - 80:3
**cost** [1] - 36:10
**Cotati** [2] - 2:8, 2:9
**cougars** [1] - 20:17
**counsel** [2] - 12:17, 13:13, 15:20, 50:4, 53:3, 104:4
**country** [7] - 37:20, 88:9, 89:11, 92:6, 101:22, 101:25
**couple** [6] - 32:18, 32:19, 34:18, 88:22, 89:16, 109:22
**course** [9] - 32:24, 33:3, 37:21, 41:12, 42:23, 75:1, 76:16, 76:22, 100:2
**courses** [1] - 37:17
**court** [3] - 13:19, 17:21, 47:14
**COURT** [62] - 7:1, 7:14, 7:17, 7:20, 7:25, 8:6, 8:10, 8:14, 8:17, 11:13, 12:13, 12:19, 12:23, 13:1, 13:4, 13:9, 13:11, 13:24, 14:4, 14:12, 15:2, 15:6, 15:13, 16:3, 18:3, 18:5, 18:7, 25:22, 48:19, 49:2, 49:11, 49:22, 50:3, 52:25, 53:11, 53:18, 53:21, 60:9, 60:22, 88:20, 88:23, 93:1, 93:7, 93:8, 93:16, 93:19, 97:7, 97:19, 98:14, 98:17, 101:12, 102:20, 102:24, 104:6, 104:11, 104:16, 109:18, 109:21, 112:6, 112:23, 113:1, 113:4
**Court** [15] - 7:4, 8:20, 11:5, 11:11, 12:2, 16:9, 23:7, 25:20, 28:8, 32:12, 40:5, 46:25, 61:9, 70:2, 95:2
**Courtroom** [1] - 93:2
**courtroom** [2] - 13:9, 13:20
**cover** [2] - 31:25, 34:10
**covered** [1] - 13:12
**cow** [1] - 28:11
**coyotes** [1] - 108:11
**crawls** [1] - 41:9
**create** [1] - 66:6
**created** [1] - 36:19
**creating** [3] - 25:4, 25:6, 86:23
**creative** [1] - 29:16
**cremate** [1] - 108:16
**Cricket** [40] - 4:24, 5:2, 5:3, 5:5, 5:13, 24:13, 24:18, 25:3, 26:19, 27:25,

to purchase a complete copy of the transcript.

31:9, 32:9, 35:19, 38:18, 42:21, 46:16, 58:16, 58:22, 65:1, 66:23, 67:16, 68:3, 69:13, 69:20, 70:14, 78:4, 80:25, 81:6, 86:15, 87:5, 87:11, 88:2, 89:19, 91:1, 95:7, 95:17, 97:18, 105:9, 106:16, 110:11

**criminal** [3] - 53:4, 53:11, 93:2

**criteria** [3] - 21:17, 38:19, 39:18

**critical** [1] - 22:3

**CROSS** [2] - 3:2, 93:23

**cross** [2] - 93:4, 93:14

**cross-examination** [2] - 93:4, 93:14

**CROSS-EXAMINATION** [1] - 93:23

**Crosse** [1] - 105:5

**crunch** [1] - 90:10

**cub** [1] - 74:25

**cubs** [1] - 45:18

**culture** [4] - 85:6, 85:9, 85:22, 85:23

**curled** [1] - 111:13

**current** [1] - 20:14

**curriculum** [2] - 16:16, 16:24

**cut** [1] - 76:10

**CV** [5] - 5:7, 6:7, 6:8, 16:16, 17:8

**D**

**D.V.M** [2] - 3:4, 14:1

**daily** [2] - 56:11, 76:20

**dairy** [3] - 28:11, 107:21, 108:1

**Dake** [1] - 2:5

**damp** [1] - 110:18

**dangerous** [1] - 79:15

**Daniel** [1] - 7:10

**DANIEL** [1] - 2:5

**date** [4] - 39:21, 50:13, 60:20, 63:14

**dated** [1] - 9:16, 43:3

**David** [2] - 9:2, 9:24

**Davis** [2] - 19:10, 19:16

**days** [3] - 9:16, 27:13

**deadline** [1] - 9:17

**deadly** [1] - 76:5

**deal** [1] - 106:22

**dealing** [1] - 37:13

**death** [10] - 63:11, 64:24, 66:1, 68:11, 68:16, 71:6, 71:14, 74:2, 75:12, 77:24

**deaths** [3] - 36:15, 70:7, 78:3

**deceased** [2] - 58:16, 68:18

**December** [1] - 63:23

**decide** [1] - 62:6

**decided** [1] - 48:24

**declarations** [1] - 24:10

**declawing** [1] - 22:14

**deep** [1] - 108:7

**defanging** [1] - 22:15

**defendant** [3] - 10:1, 24:13, 25:23

**defendant's** [1] - 26:1

**Defendants** [1] - 2:8

**defendants** [12] - 7:22, 8:10, 8:24, 9:12, 11:9, 25:4, 31:22, 43:11, 45:9, 62:20, 70:6, 86:10

**Defendants'** [2] - 12:4, 12:10

**DEFENDANTS'** [1] - 5:10

**defendants'** [7] - 10:8, 10:16, 10:19, 25:9, 45:5, 62:19, 70:7

**defense** [1] - 104:3

**Defense** [1] - 2:8

**deficiencies** [1] - 26:18

**define** [1] - 72:19

**definitely** [3] - 29:1, 81:3, 82:20

**degree** [5] - 20:7, 34:23, 45:4, 68:21, 102:21

**degrees** [1] - 20:8

**dehydrated** [1] - 57:12

**delivery** [1] - 82:7

**demise** [1] - 25:15

**demonstrate** [1] - 46:25

**demonstrated** [2] - 36:19, 87:13

**den** [1] - 56:22

**denied** [1] - 10:23

**dental** [2] - 33:16, 33:17

**dentals** [1] - 31:1

**depiction** [1] - 111:21

**deposition** [1] - 24:5

**describe** [3] - 10:6, 12:20, 21:6

**described** [2] - 58:24, 75:1

**describes** [1] - 79:6

**describing** [1] - 57:2

**description** [1] - 111:12

**designated** [1] - 38:17

**designed** [3] - 58:2, 58:3, 58:11

**desk** [1] - 13:14

**determination** [3] - 26:5, 26:8, 90:13

**determine** [2] - 73:20, 85:5

**determined** [3] - 26:11, 43:16, 86:11

**develop** [1] - 20:3

**developed** [1] - 75:19

**developing** [1] - 22:23

**dewormer** [1] - 45:13

**deworming** [1] - 28:14, 45:10

**diabetes** [1] - 42:6

**diagnose** [4] - 29:5, 41:24, 64:13, 87:15

**diagnosed** [1] - 27:10

**diagnoses** [1] - 25:1

**diagnosis** [12] - 27:12, 70:16, 70:18, 71:21, 72:12, 74:10, 74:13, 77:5, 77:9, 77:19, 85:22, 85:24

**diagnostic** [4] - 62:14, 73:1, 75:21, 78:2

**die** [3] - 24:25, 63:22, 69:2, 71:4, 71:5, 71:21, 86:5, 86:11

**died** [14] - 27:15, 42:24, 63:22, 65:2, 69:7, 69:18, 69:20, 70:13, 71:23, 71:24, 72:9, 72:22, 86:18

**dies** [2] - 27:13, 81:7

**diet** [17] - 4:18, 5:16, 23:11, 23:21, 24:23, 28:15, 42:14, 78:16, 78:17, 80:15, 82:1, 89:24, 90:7, 94:11, 94:14, 108:25

**dietary** [1] - 82:4

**diets** [2] - 79:10, 80:7

**differ** [1] - 43:15

**difference** [6] - 13:16, 14:22, 102:7, 102:10, 102:11, 102:13

**differences** [1] - 102:14

**different** [19] - 28:10, 28:12, 28:19, 28:23, 28:24, 28:25, 29:2, 36:8, 36:12, 37:10, 43:19, 43:20, 45:21, 64:6, 66:14, 70:12, 91:23

**differentiate** [1] - 74:8

**differently** [2] - 28:15, 43:21

**difficult** [4] - 29:5, 52:15, 66:6, 66:9

**dig** [1] - 108:12

**dimensions** [1] - 112:19

**diplomat** [1] - 20:11

**DIRECT** [3] - 3:2, 15:22, 54:1

**direct** [4] - 60:4, 60:6, 97:4

**dirt** [2] - 51:3, 92:8

**dirty** [3] - 56:22, 57:21, 63:3

**disclose** [1] - 9:21

**disclosures** [1] - 70:8

**discovery** [2] - 24:2, 70:4

**discretion** [3] - 11:5, 11:6, 11:12

**discuss** [1] - 48:6

**discussed** [2] - 48:9, 52:17, 86:20

**discussion** [1] - 23:2

**disease** [22] - 27:2, 39:6, 40:6, 40:12, 40:14, 40:18, 40:19, 40:20, 45:8, 51:2, 51:16, 55:6, 72:25, 73:8, 74:8, 80:1, 101:6, 101:9,

101:13, 101:16, 101:17

**diseases** [8] - 40:10, 40:12, 40:21, 40:24, 46:9, 57:4, 57:7, 97:13

**disinterested** [1] - 31:13

**disk** [1] - 76:4

**dismiss** [1] - 29:11

**dispense** [2] - 11:14, 11:20

**display** [2] - 14:16, 14:20

**disposition** [1] - 5:19

**disruption** [1] - 90:22

**distemper** [3] - 41:2, 46:6, 46:10

**distinction** [1] - 64:20

**diversion** [1] - 109:3

**divide** [2] - 35:17, 35:20

**Docket** [1] - 9:16

**doctor** [3] - 13:7, 39:12, 104:23

**Doctor** [1] - 106:19

**document** [8] - 16:21, 17:14, 17:17, 17:20, 33:12, 47:25, 62:17, 62:18

**Document** [1] - 18:2

**documenting** [2] - 47:6, 47:9

**documents** [5] - 24:8, 44:8, 45:19, 58:19, 67:14

**dog** [6] - 19:20, 28:10, 29:18, 40:11, 43:25

**dogs** [7] - 4:21, 5:17, 28:12, 42:18, 43:3, 43:19, 43:23

**dollars** [2] - 36:7

**dolphins** [1] - 99:13

**domestic** [2] - 107:15, 108:14

**done** [4] - 13:20, 53:13, 68:8, 94:3

**Doorly** [1] - 101:24

**down** [16] - 7:9, 23:20, 23:22, 30:23, 31:4, 31:6, 50:17, 52:2, 63:13, 64:12, 71:16, 75:4, 77:18, 79:20, 93:5, 113:1

**Dr** [25] - 5:7, 5:24, 6:7, 6:8, 6:12, 10:1, 10:2, 13:9, 14:25, 25:17, 26:17, 50:10, 53:8, 53:21, 54:3, 78:19, 80:7, 88:25, 93:19, 93:25, 102:3, 104:3, 107:23, 108:23, 110:3

**drag** [1] - 81:24

**dragged** [1] - 83:5

**duly** [1] - 14:2

**during** [9] - 9:3, 9:5, 9:13, 32:13, 36:14, 63:25, 97:22

**dying** [5] - 37:1, 59:2, 70:15, 71:9, 71:11

www.PohlmanUSA.com
to purchase a complete copy of the transcript.

# E

easier [1] - 22:3
easily [3] - 83:2, 108:12, 111:18
easy [3] - 29:20, 79:3, 92:14
eat [10] - 29:12, 41:4, 54:24, 58:12, 82:13, 83:5, 84:13, 90:14, 105:9, 105:11
eating [3] - 21:25, 82:15, 105:7
education [10] - 17:20, 25:19, 26:12, 26:13, 37:17, 38:19, 70:10, 86:22, 87:5, 87:25
egregious [3] - 26:23, 36:25, 47:15
eight [10] - 32:5, 32:14, 32:25, 33:4, 33:25, 34:9, 35:13, 36:15, 44:6, 53:8
Eighth [1] - 11:8
either [4] - 29:16, 47:16, 55:8, 73:23, 87:14, 100:24
elderly [1] - 65:6
elected [1] - 76:19
elements [1] - 110:23
elephant [1] - 95:24
elephants [10] - 96:19, 96:21, 96:25, 97:9, 97:14, 97:25, 98:1, 98:7
eliminate [1] - 51:9
Elisabeth [2] - 7:16, 13:5
ELISABETH [1] - 2:11
ELMO [4] - 14:9, 14:16, 14:21, 15:1
emergency [1] - 21:13
employee [1] - 97:5
encephalitis [4] - 104:24, 104:25, 105:2, 105:5
enclosure [21] - 50:22, 50:24, 50:25, 52:9, 52:10, 52:13, 54:18, 81:14, 83:11, 91:14, 91:24, 95:11, 98:1, 103:10, 105:14, 106:9, 111:14, 111:16, 112:13, 112:16, 112:20
enclosures [15] - 23:10, 24:22, 45:8, 47:22, 51:1, 51:13, 52:7, 90:20, 91:13, 105:8, 105:10, 106:4, 106:7, 106:11, 106:13
encrusted [1] - 81:13
endangered [11] - 24:19, 33:8, 34:21, 35:2, 35:5, 36:4, 36:16, 45:11, 55:3, 86:16, 102:19
endangers [1] - 27:16
endemics [1] - 38:13
enforcement [3] - 47:8, 47:18, 52:22
engaged [2] - 18:11, 66:3
enhance [1] - 17:10,

17:12, 19:6, 66:12
enhancement [3] - 67:18, 67:21, 89:22
enjoy [1] - 68:1
enrichment [15] - 4:19, 5:11, 21:11, 24:24, 65:18, 66:7, 66:12, 67:21, 68:4, 88:12, 89:22, 89:25, 90:8, 90:18, 91:2
ensure [4] - 43:5, 51:5, 51:6, 87:16
enter [2] - 92:6, 92:7
enteric [1] - 84:16
entertainment [1] - 65:19
entire [1] - 52:8
entirely [1] - 94:4
entitled [4] - 7:5, 42:17, 52:17, 89:14
entries [2] - 34:10, 34:13
entry [2] - 33:22, 60:3
environment [1] - 91:24
environmental [2] - 24:24, 88:12
environmentally [1] - 21:12
envision [1] - 76:23
Epinephrine [1] - 74:22
equipment [1] - 29:21
equivalent [1] - 68:7
especially [5] - 46:13, 79:10, 81:4, 83:3, 92:16
ESQ [5] - 2:5, 2:8, 2:11, 2:14
essentially [2] - 63:13, 66:7
establish [1] - 39:5
established [1] - 39:13
estimate [1] - 93:13
et [1] - 9:20
etiology [4] - 64:6, 72:19, 72:24, 72:25
Eugene [1] - 2:12
euthanasia [1] - 39:8, 75:13, 75:16
euthanize [1] - 76:19
evacuate [1] - 96:14
evacuation [2] - 96:11, 96:14
evening [2] - 53:9, 113:5
event [2] - 42:21, 97:21
evidence [25] - 12:1, 12:3, 12:9, 12:12, 15:7, 17:21, 18:2, 18:10, 25:20, 31:16, 38:16, 48:16, 48:18, 49:5, 49:10, 49:21, 50:8, 60:23, 62:17, 66:22, 67:15, 81:5, 89:17, 97:19, 106:1
Evidence [1] - 25:18
exacerbate [1] - 85:2
exactly [6] - 10:17, 10:20, 34:19, 36:24, 61:14, 68:10
exam [7] - 30:3, 30:18, 30:19, 41:18, 73:19, 73:21, 77:11

EXAMINATION [5] - 15:22, 54:1, 93:23, 110:1, 112:7
examination [3] - 33:18, 93:4, 93:14
examinations [1] - 34:2
examined [1] - 14:2
example [3] - 24:9, 43:13, 83:20
examples [1] - 66:11
exams [1] - 30:2, 31:10, 33:15
excellent [3] - 88:10, 88:11
excessive [2] - 54:11, 83:18
exchanged [2] - 24:3, 70:5
exclude [1] - 71:10
excreta [1] - 51:7
excuse [5] - 20:13, 44:17, 49:14, 78:11, 111:8
excused [1] - 113:3
Exercise [2] - 4:21, 5:17
exercise [9] - 21:23, 23:15, 23:21, 28:24, 42:18, 43:3, 43:7, 43:14, 44:2
Exhibit [31] - 18:1, 18:3, 18:9, 31:15, 31:19, 32:3, 35:8, 38:21, 42:13, 42:17, 44:4, 44:7, 47:22, 48:16, 48:17, 48:21, 49:2, 49:4, 50:11, 52:24, 54:6, 59:8, 59:9, 60:3, 62:16, 76:6, 82:2, 82:5, 83:12, 83:13, 111:4
exhibit [8] - 14:10, 38:24, 52:1, 53:1, 60:23, 63:5, 111:20, 112:9
exhibited [2] - 43:23, 43:24
exhibiting [1] - 85:10
Exhibitor [1] - 5:5
EXHIBITS [3] - 3:9, 4:1, 5:1, 6:1
exhibits [11] - 11:22, 11:24, 12:14, 12:20, 14:8, 14:10, 14:25, 15:5, 15:9, 49:11, 50:4
Exhibits [8] - 12:3, 12:4, 12:7, 12:10, 49:14, 49:18, 50:5
existing [1] - 84:19
exotic [3] - 16:14, 38:9, 70:11
expect [1] - 53:12
expectancy [2] - 70:24, 71:17
expectations [1] - 65:7
expected [1] - 104:5
expense [1] - 35:12
expenses [1] - 35:22
expensive [2] - 66:6, 67:19
experience [21] - 17:16,

25:19, 26:12, 26:14, 27:24, 35:21, 36:1, 37:7, 37:15, 37:18, 41:12, 57:22, 70:10, 72:14, 78:9, 85:14, 86:22, 87:5, 87:25, 93:25, 98:25
experienced [1] - 79:2
expert [25] - 9:2, 9:5, 9:6, 9:11, 9:20, 9:22, 10:5, 10:13, 10:21, 13:8, 25:17, 25:23, 25:25, 26:2, 26:4, 26:10, 26:11, 36:18, 78:1, 98:3, 101:11, 104:3, 104:4, 104:20
expertise [2] - 25:19, 26:14
experts [4] - 9:17, 10:9, 10:17, 10:19
expired [2] - 79:13, 80:16
explain [4] - 23:7, 36:14, 56:16, 95:2
explosives [1] - 99:13
expose [1] - 57:9
exposed [3] - 28:16, 46:11, 57:14
exposes [1] - 90:4
exposing [1] - 84:13
expressed [1] - 26:6
extend [1] - 111:14
extra [2] - 28:13, 107:17
eye [1] - 21:24, 33:19, 33:23, 34:1, 34:4, 45:1
eyes [1] - 30:5

# F

faces [1] - 82:22
facilities [2] - 22:23, 70:12
facility [5] - 24:13, 30:25, 52:8, 83:23, 89:23
fact [13] - 9:12, 26:23, 27:8, 31:5, 53:4, 56:18, 70:21, 86:11, 92:8, 103:24, 104:7, 104:23, 106:3
facts [1] - 26:13
failing [1] - 68:3
failure [6] - 47:21, 50:25, 57:11, 65:12, 68:24, 78:1
fair [2] - 17:7, 101:13
fairly [1] - 60:24
fall [1] - 65:7
familiar [16] - 11:19, 22:5, 22:7, 22:10, 22:16, 78:19, 96:7, 100:7, 103:10, 103:24, 106:13, 108:25, 109:6, 109:8, 109:10, 109:11
familiarity [1] - 70:11
far [7] - 15:14, 28:20, 30:6, 70:24, 72:20, 73:23, 103:20
farm [2] - 107:20, 107:24
fast [1] - 64:11
fat [1] - 30:7
February [2] - 9:10, 9:14,

to purchase a complete copy of the transcript.

9:16, 32:1

**fecal** [5] - 30:4, 34:5, 34:10, 34:12, 85:6

**feces** [26] - 26:23, 26:25, 41:4, 41:6, 41:7, 45:7, 46:20, 50:23, 51:15, 51:17, 51:18, 51:19, 51:22, 54:4, 54:20, 55:12, 55:16, 57:14, 81:13, 81:18, 81:22, 81:24, 82:11, 85:17, 91:13

**feces-encrusted** [1] - 81:13

**feces-related** [1] - 46:20

**fed** [4] - 21:10, 23:11, 24:23, 40:15

**Federal** [1] - 25:18

**feeding** [4] - 90:3, 90:15, 94:9, 94:12

**fees** [1] - 34:19

**feet** [4] - 102:12, 108:7, 108:12

**felid** [4] - 4:18, 5:16, 42:14, 82:1

**female** [2] - 71:15, 91:8

**fence** [5] - 66:2, 111:13, 111:23, 111:24, 112:1

**fences** [1] - 66:2

**festers** [1] - 54:24

**few** [1] - 45:7

**field** [4] - 26:15, 37:15, 37:22, 38:7

**figure** [6] - 29:21, 37:12, 62:6, 68:10, 75:5, 77:10

**figured** [1] - 74:6

**file** [1] - 11:16

**filed** [3] - 8:19, 8:22, 8:24

**filled** [1] - 66:19

**filthy** [2] - 24:22

**final** [1] - 11:23, 13:13

**fingers** [1] - 58:7

**finish** [1] - 53:14

**fire** [3] - 96:7, 96:12, 96:16

**first** [17] - 9:21, 10:3, 13:2, 13:4, 13:7, 31:21, 52:5, 52:13, 54:8, 56:17, 59:14, 60:3, 60:18, 65:18, 72:23, 83:14, 99:4

**five** [5] - 27:13, 53:14, 70:13, 93:11, 93:17

**flexibility** [1] - 53:17

**flies** [13] - 50:24, 51:16, 54:24, 55:6, 81:18, 82:18, 83:15, 83:18, 101:4, 101:5, 101:11, 101:13, 101:14

**flight** [1] - 53:9

**floor** [2] - 50:23, 51:2

**flooring** [1] - 92:16

**floors** [1] - 51:2

**Florida** [1] - 67:24

**flying** [1] - 82:19

**folks** [1] - 93:1

**follow** [3] - 27:22, 60:25, 61:1

**follow-up** [1] - 61:1

**following** [2] - 52:11, 52:12

**follows** [1] - 14:3, 52:6

**fomites** [1] - 101:7

**food** [44] - 21:22, 27:3, 40:25, 50:23, 52:8, 54:23, 55:4, 64:3, 64:10, 78:15, 81:15, 81:19, 81:20, 81:23, 81:24, 82:6, 82:10, 82:15, 83:1, 83:8, 83:10, 83:17, 83:21, 83:24, 84:3, 84:10, 84:23, 85:3, 85:8, 85:10, 85:18, 88:11, 89:20, 90:4, 90:12, 105:12, 105:13, 109:4, 109:7, 109:9, 109:11, 109:13

**foolproof** [1] - 79:11

**foot** [2] - 75:18, 77:13

**formality** [1] - 15:14

**formally** [1] - 20:6

**former** [1] - 96:1

**forming** [1] - 63:14

**formulated** [1] - 24:17

**forth** [4] - 15:15, 67:5, 90:19, 90:20

**forum** [1] - 48:25

**foundation** [3] - 12:1, 18:1, 97:3

**four** [3] - 65:3, 108:7, 108:12

**frankly** [1] - 97:22

**free** [1] - 13:14

**freedom** [1] - 51:6

**frequency** [1] - 51:5

**fresh** [3] - 21:22, 23:12

**Friday** [1] - 8:19

**front** [8] - 15:8, 16:19, 17:15, 44:10, 58:25, 69:22, 69:23, 112:10

**fruit** [4] - 101:4, 101:5, 101:11, 101:14

**full** [1] - 70:24

**function** [2] - 68:9, 68:10

**Fund** [1] - 2:8

**fur** [9] - 30:8, 55:23, 55:24, 56:1, 56:5, 56:21, 57:3, 58:6

**fuselage** [1] - 99:10

**future** [2] - 48:24, 50:2

**G**

**gain** [1] - 37:18

**garner** [1] - 41:17

**Gary** [1] - 6:8

**gathered** [1] - 93:2

**general** [3] - 30:5, 32:20, 89:4

**generalized** [1] - 55:1

**generally** [8] - 26:17, 45:25, 68:13, 78:6, 97:10, 97:12, 102:20, 103:4

**genetically** [1] - 58:2

**gestate** [2] - 41:6, 51:18

**giraffes** [2] - 20:19, 20:24

**given** [7] - 21:3, 23:12, 65:10, 76:18, 80:3, 80:5, 90:1

**gladly** [1] - 88:5

**Glass** [1] - 2:15

**glory** [1] - 29:8

**goals** [1] - 21:18

**governs** [1] - 21:17

**graduate** [1] - 19:11

**grass** [2] - 51:3, 92:17

**gravel** [4] - 51:3, 92:11, 92:20, 110:19

**grocery** [1] - 80:18

**groom** [1] - 58:7

**grooming** [9] - 56:8, 56:19, 57:10, 57:17, 57:23, 58:3, 58:4, 61:10, 61:11

**ground** [1] - 105:11

**group** [1] - 18:21

**grouped** [1] - 32:15

**grow** [2] - 55:7, 100:5

**growing** [6] - 54:25, 56:6, 79:10, 79:15, 79:18, 80:2

**grows** [1] - 92:18

**guess** [1] - 84:25

**guidelines** [2] - 23:2, 78:10

**gut** [1] - 41:9

**H**

**habitat** [1] - 57:16

**habits** [3] - 55:20, 57:10, 57:17

**half** [3] - 30:23, 32:4, 33:4

**halfway** [2] - 52:2, 71:16

**hand** [3] - 5:18, 13:24, 50:14

**handling** [1] - 37:10

**Hangover** [2] - 98:12, 98:16

**happier** [2] - 66:7, 88:14

**happy** [1] - 66:7

**hard** [6] - 14:10, 14:12, 14:18, 14:19, 57:13, 77:10

**harder** [1] - 29:21

**harm** [4] - 36:19, 36:22, 111:23, 111:24

**harmful** [1] - 91:10

**hazards** [1] - 51:2

**health** [17] - 21:8, 23:20, 28:21, 32:20, 39:16, 40:7, 54:20, 55:2, 56:3, 57:1, 57:18, 63:25, 66:12, 84:6, 91:15, 92:1, 111:17

**healthcare** [1] - 76:13

**healthier** [2] - 88:16, 88:17

**healthy** [1] - 21:22

**hear** [2] - 16:1, 16:7

**heard** [4] - 72:7, 94:8,

94:17, 105:2

**hearing** [1] - 93:2

**heart** [2] - 74:8, 80:1

**help** [7] - 17:13, 22:13, 25:20, 46:25, 58:11, 72:19, 72:21

**helpful** [1] - 17:21

**Henry** [1] - 101:24

**herd** [2] - 107:21, 108:1

**hierarchy** [1] - 43:25

**highlight** [1] - 28:8

**highly** [1] - 27:9

**himself** [1] - 107:23

**histories** [1] - 28:20

**history** [1] - 17:19

**hold** [1] - 60:22

**Hollow** [40] - 4:24, 5:2, 5:3, 5:5, 5:13, 24:13, 24:18, 25:3, 26:19, 28:1, 31:9, 32:9, 35:19, 38:18, 42:21, 46:16, 58:16, 58:22, 65:1, 66:23, 67:16, 68:3, 69:13, 69:20, 70:14, 78:4, 80:25, 81:6, 86:16, 87:5, 87:11, 88:2, 89:19, 91:1, 95:7, 95:17, 97:18, 105:9, 106:16, 110:11

**Hollywood** [1] - 89:13

**HOLMES** [43] - 2:11, 7:15, 7:19, 8:1, 8:9, 13:5, 13:10, 13:23, 14:6, 14:24, 15:3, 15:11, 15:21, 15:23, 16:8, 17:25, 18:4, 18:8, 25:16, 26:16, 48:15, 49:6, 49:13, 50:9, 53:7, 53:16, 53:24, 54:2, 60:10, 61:3, 88:18, 88:21, 88:24, 92:24, 97:3, 101:10, 102:17, 104:2, 100:19, 109:22, 110:2, 112:4, 112:24

**Holmes** [6] - 7:16, 13:6, 52:25, 53:23, 109:18, 112:23

**Honor** [49] - 7:12, 7:15, 7:19, 7:24, 8:1, 8:13, 8:16, 11:1, 12:18, 12:22, 12:25, 13:3, 13:5, 13:10, 13:23, 14:6, 15:4, 16:8, 17:25, 18:8, 25:16, 26:16, 48:12, 48:15, 48:20, 49:6, 49:13, 49:24, 50:9, 53:7, 53:16, 53:24, 60:7, 61:3, 88:18, 88:21, 92:25, 93:22, 98:16, 101:10, 102:17, 102:23, 104:2, 104:10, 104:15, 109:20, 109:23, 112:5, 112:24

**hoofstock** [1] - 108:1

**hopefully** [2] - 44:10, 102:24

**horrible** [1] - 87:22

**hosed** [1] - 82:14

**hospital** [1] - 75:3

**hour** [1] - 30:23

Case 6:14-cv-02034-JSS   Document 61   Filed 10/30/15   Page 40 of 49

ecdc61f31888f344 to purchase a complete copy of the transcript.

**hours** [4] - 30:19, 30:20, 31:9, 66:21
**house** [4] - 29:6, 32:20, 34:17, 107:16
**housed** [5] - 40:8, 95:7, 95:9, 100:22, 100:24
**houses** [2] - 107:17, 110:21
**hover** [1] - 15:18
**human** [1] - 37:12
**humidity** [1] - 6:2
**hungry** [1] - 83:4
**hurts** [2] - 92:14, 92:20
**husbandry** [14] - 23:3, 23:8, 23:9, 26:20, 27:23, 39:16, 40:7, 45:25, 56:14, 65:20, 72:4, 78:7, 87:6, 89:5
**hybrid** [5] - 43:19, 50:22, 51:23, 56:10, 71:15
**hybrids** [12] - 20:18, 20:24, 28:9, 29:4, 33:9, 34:22, 43:11, 43:23, 50:25, 87:2, 95:7, 95:16

**I**

**Idaho** [1] - 16:12
**idea** [6] - 71:25, 74:10, 97:1, 97:25, 98:4, 101:17
**identified** [9] - 9:4, 9:10, 10:8, 11:24, 26:19, 31:17, 32:18, 50:4, 83:7
**identify** [7] - 7:20, 7:21, 31:21, 31:24, 32:12, 50:13, 67:20
**identifying** [2] - 9:17, 10:21
**illness** [3] - 65:13, 81:3, 84:20
**illnesses** [3] - 29:5, 65:11, 71:8
**imagine** [5] - 34:3, 36:11, 100:13, 100:14, 109:16
**immediate** [3] - 73:4, 75:1, 76:5
**immediately** [5] - 19:17, 27:14, 51:19, 62:10, 85:13
**impact** [3] - 55:2, 56:3, 56:4
**impacts** [2] - 57:1, 57:18
**impede** [1] - 82:23
**imperative** [2] - 27:4, 80:3
**impermeable** [1] - 106:12
**implementation** [1] - 80:21
**implementing** [2] - 22:24, 78:9
**imply** [1] - 73:4
**important** [10] - 40:7, 41:15, 46:8, 46:13, 51:12, 65:19, 65:23, 78:17, 86:17
**impossible** [2] - 92:9,

92:15
**in-house** [2] - 32:20, 34:17
**in-office** [1] - 32:13
**in-person** [2] - 32:13, 76:24
**inability** [1] - 25:13
**inactions** [1] - 86:23
**inadequate** [2] - 64:23, 77:23, 110:21
**Inc** [1] - 5:13
**inch** [2] - 108:18, 108:20
**inches** [2] - 58:24, 108:22
**incidents** [1] - 87:17
**include** [1] - 39:14
**including** [4] - 26:11, 33:8, 36:16, 87:24
**incongruent** [2] - 10:12, 10:14
**Incorporation** [2] - 5:2, 5:13
**incredibly** [2] - 46:13, 68:15
**indicate** [1] - 15:13
**indicated** [7] - 9:3, 11:22, 94:8, 95:6, 98:11, 98:24, 108:3
**indicating** [1] - 65:13
**indication** [2] - 86:14, 90:21
**indicative** [2] - 56:19, 57:3
**individual** [2] - 7:22, 110:7
**inexpensive** [2] - 46:12, 66:10
**infect** [2] - 51:20, 51:23
**infection** [3] - 42:5, 55:25, 64:5
**infectious** [1] - 73:17
**infestation** [1] - 51:10
**inflammatory** [1] - 76:18
**inform** [1] - 61:9
**information** [4] - 17:4, 36:13, 41:21, 70:4
**informed** [1] - 22:2
**informs** [1] - 21:17
**infractions** [1] - 87:14
**ingest** [2] - 84:23, 92:14
**ingests** [1] - 85:1
**inhalation** [4] - 64:8, 64:9, 73:17, 96:16
**inhale** [1] - 64:11
**injured** [1] - 25:10
**injuries** [1] - 78:3
**injury** [3] - 25:5, 35:2, 86:24
**insects** [1] - 51:9
**insist** [1] - 69:4
**inspect** [2] - 100:19, 107:21
**inspected** [3] - 47:2, 100:12, 107:4
**inspecting** [1] - 107:14

**inspection** [46] - 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 3:22, 3:23, 3:24, 3:25, 4:2, 4:3, 4:4, 4:5, 4:6, 4:7, 4:8, 4:9, 4:10, 4:11, 4:12, 4:13, 4:14, 6:9, 24:12, 46:15, 46:19, 48:6, 48:8, 48:21, 49:7, 49:9, 49:24, 50:14, 54:4, 59:11, 59:18, 59:19, 62:3, 83:7, 83:9, 107:13
**inspections** [1] - 5:23
**inspectors** [2] - 24:14, 106:22
**inspects** [1] - 100:17
**instance** [5] - 21:14, 21:21, 21:24, 62:8, 99:10
**instructions** [1] - 5:15
**intend** [1] - 9:23
**intended** [2] - 9:13, 10:20
**Intent** [1] - 3:11
**interaction** [1] - 23:16
**interest** [1] - 20:5
**interested** [2] - 40:3, 70:17
**interfere** [1] - 90:14
**internal** [2] - 57:4, 57:6
**internships** [1] - 19:13
**interrupt** [2] - 60:12, 91:19
**intervene** [1] - 73:11
**intervention** [2] - 76:5, 76:25
**introduce** [1] - 7:9
**introduced** [2] - 11:25, 12:14
**investigation** [1] - 94:6
**involved** [1] - 27:9
**Iowa** [9] - 2:6, 2:15, 36:7, 46:14, 89:3, 92:17, 101:18, 111:3
**isolate** [1] - 110:6
**issue** [8] - 9:1, 10:25, 46:25, 56:20, 60:13, 61:24, 80:20, 102:18
**issues** [8] - 11:19, 25:20, 43:14, 53:6, 57:8, 65:17, 80:25, 104:5
**itself** [10] - 56:24, 57:9, 57:12, 58:1, 58:6, 71:8, 81:20, 92:18, 111:18, 111:19

**J**

**jackets** [1] - 82:20
**January** [1] - 45:20
**JEFFREY** [1] - 2:8
**Jeffrey** [1] - 7:11
**JENNIFER** [1] - 14:1
**Jennifer** [5] - 3:4, 5:7, 13:6, 16:10, 25:17
**Jessica** [1] - 7:13

**JESSICA** [1] - 2:8
**jobs** [2] - 106:23, 106:25
**John** [2] - 5:24, 6:7
**judgment** [1] - 11:17
**July** [1] - 63:20
**June** [1] - 42:22
**jury** [2] - 14:15

**K**

**Kay** [1] - 93:5
**keep** [16] - 37:12, 38:12, 55:21, 56:24, 57:12, 57:15, 57:20, 57:24, 58:6, 58:8, 61:21, 66:3, 72:21, 92:9, 92:15
**keeper's** [1] - 90:13
**keeping** [2] - 63:1, 66:4
**keeps** [2] - 58:1, 63:1
**kept** [3] - 65:25, 83:25, 84:11
**key** [1] - 35:4
**kibble** [1] - 90:3
**killed** [4] - 25:10, 68:20, 68:22, 106:11
**kind** [17] - 14:4, 16:5, 22:11, 29:16, 40:20, 43:4, 55:2, 59:22, 67:15, 73:16, 76:23, 76:24, 97:15, 104:13, 109:6, 109:11, 111:16
**kinds** [6] - 20:20, 40:22, 57:17, 64:20, 66:22, 70:12
**Kingery** [1] - 2:14
**kitchen** [1] - 84:3
**kitty** [1] - 37:10
**Klopfer** [1] - 104:5
**knock** [6] - 29:24, 31:4, 31:6, 62:10, 62:12, 75:4
**knowing** [5] - 44:16, 44:25, 45:2, 62:2, 104:12
**knowledge** [7] - 25:19, 26:12, 86:21, 87:4, 87:25, 103:22, 104:18
**known** [1] - 101:6
**knows** [2] - 36:23, 104:4
**Kopecky** [1] - 2:14
**Kuehl** [7] - 5:6, 6:10, 7:5, 7:22, 7:25, 9:19

**L**

**lab** [2] - 34:18
**label** [3] - 94:24, 95:2, 95:3
**lack** [7] - 25:12, 35:24, 61:24, 80:24, 81:2, 87:14, 97:3
**lackadaisical** [1] - 31:12
**lacking** [1] - 27:7
**laid** [1] - 18:1
**land** [2] - 103:2, 109:3

U.S. LEGAL SUPPORT, INC.
www.uslegalsupport.com
to purchase a complete copy of the transcript.

**land-based** [1] - 103:2
**landing** [1] - 83:18
**large** [4] - 5:16, 42:14, 55:14, 110:5
**Large** [1] - 4:18
**largely** [1] - 28:15
**LARRY** [1] - 2:14
**Larry** [1] - 8:11
**larva** [2] - 41:9, 56:6
**larval** [1] - 41:8
**last** [7] - 8:19, 9:14, 35:7, 35:8, 58:13, 75:8, 107:12
**late** [1] - 7:1
**Law** [1] - 2:11
**law** [1] - 39:13
**lay** [1] - 79:20
**laymen's** [1] - 27:11
**laypeople** [1] - 72:13
**lazy** [1] - 42:7
**lead** [6] - 12:16, 12:17, 51:1, 57:1, 64:24, 77:23
**leading** [2] - 35:2, 60:8
**leads** [1] - 70:19
**learn** [4] - 37:20, 38:1, 38:5, 88:13
**learning** [1] - 42:23
**least** [9] - 26:6, 30:12, 30:23, 31:9, 46:10, 74:11, 91:6, 93:9, 109:16
**leave** [2] - 41:6, 93:12
**left** [4] - 41:5, 58:25, 82:18, 86:13
**leg** [1] - 77:8
**Legal** [1] - 2:8
**lemur** [5] - 54:18, 56:9, 92:12, 103:19, 104:4
**lemurs** [12] - 28:9, 29:4, 33:9, 34:22, 36:16, 55:19, 57:22, 57:24, 58:6, 66:13, 87:1, 88:1
**length** [2] - 31:24, 65:10
**lengthy** [1] - 60:24
**leopard** [1] - 68:24
**leopards** [1] - 20:17
**lesion** [1] - 75:18
**less** [2] - 36:17, 94:2
**lethal** [1] - 46:9
**Letter** [1] - 6:10
**letter** [5] - 9:9, 9:15, 9:18, 9:19, 62:19
**liberal** [1] - 104:17
**License** [1] - 5:5
**license** [2] - 6:6, 47:16
**licensed** [2] - 18:16, 18:18
**licensee/registrant** - 39:10, 39:11
**lick** [4] - 58:13, 61:10, 61:11, 62:9
**licked** [1] - 57:12
**licking** [8] - 61:8, 61:15, 61:20, 62:1, 63:1, 65:11, 66:1, 67:11
**life** [7] - 23:9, 37:12,

56:11, 65:7, 70:24, 71:17, 72:23
**lightly** [1] - 37:14
**likelihood** [4] - 25:5, 25:7, 35:2, 86:24
**likely** [1] - 40:25
**limine** [3] - 8:21, 8:22, 11:18
**limping** [1] - 21:25
**line** [5] - 7:9, 9:19, 10:3, 77:18
**link** [1] - 66:2
**lion** [4] - 41:14, 95:24, 98:7, 100:5
**lions** [3] - 20:17, 100:3, 100:4
**Lisa** [2] - 5:6, 7:25
**list** [2] - 67:24, 70:7
**listen** [1] - 42:1
**literally** [1] - 64:11
**litigate** [1] - 48:25
**litigated** [1] - 50:2
**litter** [1] - 42:4
**live** [5] - 51:20, 99:15, 102:11, 103:8, 103:9
**lives** [3] - 66:4, 81:13, 88:14
**livestock** [1] - 29:6
**living** [3] - 51:15, 91:3, 91:9
**LLP** [1] - 2:15
**locations** [2] - 107:5, 107:8
**logistics** [1] - 14:7
**logs** [2] - 66:15, 66:16
**look** [32] - 29:8, 30:5, 31:19, 31:20, 31:23, 32:11, 33:12, 41:22, 44:6, 50:10, 50:16, 52:1, 52:24, 59:8, 62:18, 63:12, 70:22, 71:13, 74:16, 76:9, 76:15, 77:16, 82:5, 83:13, 86:2, 102:12, 111:4, 111:8, 111:20, 112:9, 112:12
**looked** [8] - 11:15, 28:3, 28:4, 39:25, 42:12, 42:17, 82:1, 106:19
**looking** [6] - 9:15, 14:23, 34:17, 44:24, 59:17, 112:9
**looks** [4] - 22:12, 63:16, 76:17, 111:1
**Los** [3] - 18:15, 19:21, 20:1, 53:10, 88:25
**lost** [1] - 94:1
**Louis** [1] - 105:2
**love** [1] - 66:20
**lower** [1] - 44:22
**lucky** [1] - 37:2
**Luna** [6] - 86:3, 86:5, 86:8, 86:11, 86:17
**lungs** [1] - 64:5

**M**

**ma'am** [1] - 13:11
**magnificent** [1] - 29:9
**main** [1] - 15:4
**maintain** [6] - 11:3, 21:8, 21:24, 39:6, 41:25, 82:7
**maintaining** [1] - 23:9
**majority** [2] - 14:25, 70:21
**male** [5] - 60:20, 91:7, 100:3, 100:4, 100:5
**mammal** [1] - 20:2, 99:5
**mammals** [1] - 103:17
**manage** [3] - 19:2, 19:3, 21:19
**mandate** [1] - 75:20
**mane** [1] - 100:5
**marginal** [1] - 97:21
**marine** [3] - 20:2, 99:5, 99:6
**market** [1] - 80:16
**massive** [1] - 40:13
**materials** [8] - 24:2, 24:16, 25:3, 25:8, 42:23, 51:4, 51:7, 70:5
**matted** [1] - 55:24, 56:1
**matter** [13] - 7:4, 7:6, 9:23, 11:12, 23:25, 24:3, 24:6, 28:4, 42:17, 46:17, 48:3, 53:15, 100:2
**matters** [1] - 102:4
**meal** [1] - 81:10
**mean** [2] - 17:17, 27:19, 28:13, 28:25, 30:1, 40:15, 40:25, 41:22, 46:12, 47:17, 52:16, 52:18, 59:24, 60:24, 62:12, 67:3, 71:4, 74:13, 79:4, 79:5, 79:9, 79:21, 80:15, 85:24, 86:18, 92:20, 92:22, 100:16
**meaning** [3] - 23:10, 64:8, 107:14
**means** [7] - 52:19, 60:4, 60:13, 71:5, 72:18, 95:2, 95:3
**measures** [1] - 43:4
**meat** [17] - 6:4, 28:15, 28:17, 40:15, 40:16, 58:12, 58:14, 61:13, 79:12, 79:13, 80:15, 80:18, 82:16, 82:17, 82:24, 83:2
**medical** [3] - 20:8, 21:10, 77:23
**medication** [1] - 95:4
**medications** [1] - 36:10
**medicine** [10] - 13:7, 19:16, 20:4, 25:21, 28:10, 38:7, 39:12, 56:20, 65:20, 77:2
**meet** [2] - 36:2, 75:3
**meeting** [4] - 37:24, 37:25, 87:6, 87:12
**member** [1] - 5:22

**memorable** [1] - 107:13
**mental** [4] - 28:21, 55:7, 55:9, 67:8
**mentally** [1] - 43:19
**mention** [3] - 23:18, 45:13, 106:3
**mentioned** [13] - 20:25, 21:18, 33:14, 34:5, 37:3, 45:7, 63:21, 65:17, 67:18, 77:17, 78:15, 78:16, 90:17
**mere** [1] - 48:22
**met** [2] - 11:10, 23:5
**method** [2] - 67:8, 90:12
**microphone** [4] - 13:17, 13:21, 14:5, 16:5
**middle** [3] - 35:9, 38:25, 65:9
**might** [13] - 14:13, 15:13, 54:24, 57:18, 69:1, 83:5, 85:9, 90:6, 90:10, 90:18, 103:9, 111:1
**migrans** [1] - 41:8
**mind** [5] - 39:3, 50:20, 52:5, 54:14, 82:9
**minimum** [8] - 27:22, 27:23, 28:1, 30:21, 36:2, 87:6, 87:12, 89:10
**minute** [2] - 53:19, 88:19
**minutes** [5] - 45:7, 53:2, 53:12, 93:9, 93:15
**Miraj** [4] - 75:9, 75:15, 76:10, 76:16
**Miraj's** [1] - 77:24
**missing** [2] - 46:7, 82:4
**moment** [1] - 109:19
**money** [1] - 98:21
**Monica** [1] - 16:12
**monitor** [1] - 39:16
**month** [1] - 76:22
**months** [1] - 65:3
**morning** [2] - 8:25, 53:10
**most** [7] - 20:13, 20:14, 20:16, 26:23, 40:25, 84:18, 85:19
**mostly** [2] - 18:15, 98:8
**motion** [9] - 8:18, 8:21, 8:22, 8:23, 9:8, 10:22, 11:2, 11:7, 11:16
**motions** [2] - 11:18
**mouth** [1] - 30:5
**mouths** [1] - 63:3
**move** [2] - 25:17, 104:22
**movie** [2] - 98:15, 100:23
**movies** [3] - 20:17, 89:8, 100:22
**MR** [24] - 7:10, 7:11, 8:13, 8:16, 11:1, 12:25, 18:6, 48:12, 48:20, 49:23, 60:7, 93:15, 93:22, 93:24, 97:12, 98:15, 102:22, 103:1, 104:10, 104:12, 104:22, 109:17, 112:8, 112:22
**MS** [46] - 7:12, 7:15, 7:19, 8:1, 8:9, 12:18, 12:22,

CONDENSED TRANSCRIPT - Call 1-800-330-6952
to purchase a complete copy of the transcript.

13:3, 13:5, 13:10, 13:23, 14:6, 14:24, 15:3, 15:11, 15:21, 15:23, 16:8, 17:25, 18:4, 18:8, 25:16, 26:16, 48:15, 49:6, 49:13, 50:9, 53:7, 53:16, 53:24, 54:2, 60:10, 61:3, 88:18, 88:21, 88:24, 92:24, 97:3, 101:10, 102:17, 104:2, 109:19, 109:22, 110:2, 112:4, 112:24
  **muddy** [2] - 91:25, 92:4
  **multiple** [7] - 26:24, 41:13, 55:24, 56:2, 61:21, 76:17, 83:9
  **multiples** [1] - 26:25
  **musculoskeletal** [1] - 77:9
  **must** [3] - 39:14, 51:4, 51:7

## N

  **name** [2] - 16:9, 16:10
  **named** [5] - 22:19, 42:24, 60:20, 72:7, 75:9
  **nation** [1] - 88:4
  **natural** [8] - 28:19, 55:20, 62:23, 63:2, 89:24, 91:7, 91:8, 91:19
  **naturally** [1] - 84:19
  **Navy** [4] - 20:1, 98:25, 99:5, 99:7
  **NCI** [2] - 60:4
  **NE** [2] - 2:5, 2:15
  **Nebraska** [1] - 101:25
  **necessarily** [2] - 36:2, 71:20
  **necessary** [5] - 14:16, 15:1, 26:8, 55:22, 109:15
  **necropsies** [2] - 69:12, 78:2
  **necropsy** [12] - 27:14, 68:6, 68:7, 68:12, 68:13, 68:18, 69:1, 69:4, 70:22, 71:10, 71:12, 86:17
  **need** [24] - 15:19, 21:19, 28:22, 28:23, 28:24, 31:2, 36:23, 37:4, 41:23, 55:23, 57:19, 65:24, 68:22, 71:10, 73:2, 73:4, 74:20, 74:21, 88:13, 110:6, 110:12, 110:13
  **needed** [3] - 37:15, 58:21, 107:17
  **needs** [8] - 28:22, 37:6, 37:7, 44:1, 46:3, 46:4, 48:9, 110:10
  **negates** [1] - 41:21
  **neglect** [2] - 36:21, 55:1
  **neglecting** [1] - 88:15
  **neurological** [2] - 41:10, 77:9

  **neutered** [4] - 21:15, 99:22, 99:24, 100:5
  **neutering** [1] - 100:1
  **never** [9] - 55:14, 85:19, 94:10, 94:11, 100:18, 106:16, 106:20
  **next** [11] - 19:24, 27:18, 53:1, 72:1, 84:11, 84:12, 105:20, 112:13, 112:14, 112:16
  **nice** [1] - 92:23
  **nicer** [2] - 92:15, 92:19
  **night** [3] - 107:16, 107:17, 110:21
  **nine** [1] - 113:5
  **noncompliances** [2] - 107:6, 107:9
  **noncompliant** [1] - 60:13
  **none** [1] - 102:19
  **nonhuman** [7] - 103:17, 103:19, 103:25, 104:1, 104:3, 104:7, 104:19
  **normal** [1] - 90:15
  **normally** [4] - 99:22, 102:16, 103:5, 103:8
  **northern** [2] - 95:25, 96:11
  **notation** [1] - 44:21
  **nothing** [6] - 48:22, 50:1, 74:23, 92:24, 110:22, 112:24
  **Notice** [1] - 3:11
  **notice** [5] - 44:13, 44:21, 45:16, 63:6, 63:8
  **noticed** [1] - 62:7
  **number** [12] - 32:23, 33:8, 33:25, 34:1, 34:20, 34:21, 35:10, 35:17, 35:20, 49:7, 69:19, 70:13
  **numbers** [2] - 44:7, 59:18
  **nutrients** [1] - 80:6
  **nutrition** [3] - 39:8, 81:2, 81:8

## O

  **o'clock** [4] - 53:1, 53:8, 93:11, 93:17
  **Oasis** [3] - 80:10, 80:19, 80:21
  **oath** [2] - 53:22, 93:20
  **object** [1] - 48:20
  **objection** [17] - 12:2, 12:15, 12:21, 18:5, 18:6, 26:3, 26:7, 48:19, 49:22, 49:23, 50:3, 60:7, 97:3, 101:10, 102:17, 104:2
  **observe** [1] - 65:13
  **obsessive** [1] - 61:23
  **obtain** [1] - 41:18
  **obtaining** [1] - 41:20
  **obvious** [2] - 51:14, 68:15
  **obviously** [5] - 11:15, 13:18, 14:14, 15:8, 46:6

  **occasional** [1] - 97:20
  **occasionally** [2] - 45:13, 95:22
  **occur** [1] - 75:23
  **occurred** [2] - 32:13, 65:11
  **occurring** [2] - 63:15, 75:15
  **OCD** [1] - 67:4
  **October** [2] - 63:16, 113:7
  **ocular** [1] - 33:19
  **odd** [1] - 38:13
  **odors** [1] - 51:9
  **offered** [7] - 10:16, 12:9, 12:11, 15:10, 18:9, 48:17, 49:21
  **OFFERED** [4] - 3:9, 4:1, 5:1, 6:1
  **offering** [2] - 18:3, 27:12
  **office** [1] - 32:13
  **often** [13] - 24:22, 29:8, 29:10, 30:9, 85:20, 89:25, 99:20, 101:8, 101:16, 101:17, 109:14, 109:15, 110:19
  **old** [13] - 65:4, 65:5, 65:6, 71:2, 71:4, 71:9, 71:11, 71:14, 71:15, 71:16, 71:17, 71:20, 72:22
  **older** [2] - 71:19, 110:14
  **Omaha** [1] - 101:25
  **on-hand** [1] - 5:18
  **once** [2] - 15:18, 30:12
  **one** [47] - 11:7, 15:3, 19:23, 20:22, 26:1, 26:22, 29:7, 30:19, 32:20, 33:14, 33:22, 36:1, 37:4, 37:7, 41:14, 42:20, 43:8, 51:22, 52:16, 54:3, 54:4, 54:17, 55:24, 56:17, 56:23, 61:21, 61:23, 67:11, 69:15, 69:16, 70:17, 70:21, 70:23, 70:25, 73:15, 77:10, 79:5, 80:13, 81:4, 84:10, 88:19, 95:10, 101:22, 101:25, 109:19
  **one's** [2] - 38:6, 67:11
  **ones** [4] - 30:12, 30:13, 57:7, 109:12
  **open** [4] - 28:17, 63:14, 68:15, 89:23
  **opening** [3] - 11:15, 11:20, 68:14
  **ophthalmology** [1] - 33:20
  **opinion** [32] - 10:22, 24:17, 25:9, 26:4, 26:6, 30:3, 31:7, 36:18, 45:3, 45:23, 46:5, 51:11, 54:19, 55:1, 55:10, 64:23, 65:21, 70:12, 71:9, 71:17, 72:5, 75:16, 77:23, 78:1, 80:23, 82:3, 82:9, 86:21, 87:4, 87:11, 87:24, 110:10
  **opinions** [4] - 26:2, 26:7, 42:16, 43:13

  **opossums** [1] - 108:11
  **opposed** [1] - 90:13
  **oral** [1] - 76:21
  **order** [4] - 9:25, 10:17, 14:21, 29:14
  **Oregon** [1] - 2:12
  **organ** [1] - 61:12
  **otherwise** [2] - 40:13, 66:4
  **outdoor** [1] - 54:17
  **outside** [2] - 37:20, 40:8
  **overgrow** [1] - 82:25
  **overgrown** [1] - 85:17
  **overgrowth** [1] - 85:7
  **overheating** [1] - 42:25
  **overruled** [2] - 49:2, 50:3
  **overtake** [1] - 73:12
  **overwhelming** [2] - 84:21, 84:22
  **own** [3] - 55:16, 57:14, 84:24
  **owned** [3] - 98:9, 98:10, 98:18
  **owner** [3] - 27:10, 42:2, 42:3
  **owner's** [1] - 42:8
  **owns** [1] - 89:6

## P

  **P.C** [1] - 2:11
  **p.m** [5] - 53:20, 93:18, 113:6
  **P.O** [1] - 2:12
  **pacing** [3] - 66:1, 90:19
  **page** [34] - 31:20, 31:24, 35:7, 35:8, 38:24, 38:25, 43:8, 44:6, 44:7, 44:17, 44:18, 50:11, 50:17, 52:1, 52:2, 54:8, 59:8, 59:15, 60:2, 62:16, 63:5, 63:7, 71:16, 76:6, 76:9, 77:16, 77:18, 77:21, 83:13, 111:8, 111:20, 112:12
  **pages** [5] - 32:2, 32:4, 32:8, 45:2, 111:6
  **pain** [1] - 61:22
  **pairs** [1] - 91:6, 95:9
  **paltry** [1] - 35:24
  **Pam** [1] - 10:1
  **Pamela** [2] - 6:6, 7:5
  **Panacur** [1] - 45:12
  **panels** [1] - 34:17
  **papers** [1] - 39:20
  **paragraph** [15] - 38:25, 39:3, 40:5, 50:20, 52:6, 54:11, 54:15, 59:14, 60:17, 60:18, 60:24, 61:4, 61:6, 62:18, 83:15
  **paralysis** [2] - 75:17, 76:3, 77:8
  **parasite** [4] - 39:7, 41:3, 41:6, 51:20

CONTRARI319-643-6556 (fax 1:00:426-636 m.com
to purchase a complete copy of the transcript.

**parasites** [7] - 51:18, 54:25, 55:7, 56:5, 58:8, 92:5

**park** [1] - 6:4

**part** [18] - 9:24, 17:20, 20:21, 21:5, 28:3, 34:6, 38:6, 48:2, 52:22, 56:8, 56:11, 56:13, 57:25, 73:1, 81:8, 90:7, 92:5, 98:24

**partial** [2] - 76:3, 77:8

**participate** [1] - 80:17

**particular** [8] - 14:19, 28:7, 29:3, 42:21, 46:24, 57:7, 81:6, 89:7

**particularity** [1] - 48:6

**particularly** [4] - 17:17, 24:18, 37:4, 87:10

**parties** [2] - 8:8, 97:24

**parts** [1] - 91:22

**Pasteurella** [3] - 84:9, 84:14, 85:21

**patients** [5] - 19:7, 20:25, 21:2, 38:11, 41:25

**pattern** [1] - 90:15

**patterns** [1] - 91:20

**paws** [3] - 57:19, 92:7, 92:22

**PAWS** [11] - 95:20, 95:22, 95:23, 95:24, 96:10, 96:19, 96:21, 96:24, 97:5, 97:8, 98:5

**PAWS'** [1] - 97:10

**PCV** [1] - 89:20

**pea** [3] - 92:11, 92:20, 110:19

**people** [6] - 29:8, 47:10, 67:22, 79:14, 90:5, 108:14

**per** [9] - 33:5, 35:18, 35:21, 36:5, 36:17, 79:5

**percent** [3] - 43:17

**perfect** [1] - 92:4

**perform** [2] - 68:17, 78:2

**performed** [7] - 68:12, 68:13, 69:12, 69:14, 69:15, 69:16, 70:22

**performing** [2] - 74:1, 96:1

**perhaps** [7] - 32:16, 37:1, 47:14, 47:16, 74:9, 98:6, 107:12

**period** [10] - 32:5, 32:14, 33:25, 34:9, 35:13, 36:14, 36:15, 70:14, 75:20, 94:2

**permissible** [1] - 15:4

**permission** [1] - 15:16

**permitted** [2] - 9:6, 15:9

**person** [2] - 32:13, 76:24

**persons** [1] - 10:8

**pest** [1] - 39:7

**pests** [1] - 51:9

**pet** [1] - 29:6

**Peter** [1] - 104:4

**phone** [1] - 37:2

**photo** [1] - 111:10

**photographs** [1] - 24:9

**Photographs** [1] - 5:6

**physical** [5] - 30:2, 30:3, 41:18, 73:19, 73:21

**pick** [4] - 13:21, 58:8, 105:12, 105:25

**piece** [5] - 65:20, 67:18, 83:4, 84:10, 84:11

**pieces** [1] - 84:14

**PIERCE** [3] - 2:8, 7:11, 11:1

**Pierce** [2] - 7:11, 12:16

**piles** [2] - 26:25

**pineapple** [1] - 66:20

**pipe** [1] - 64:12

**place** [3] - 92:16, 96:10, 110:20

**placed** [1] - 110:4

**plaintiffs** [17] - 7:7, 8:4, 8:20, 8:22, 9:1, 9:9, 9:13, 9:23, 10:4, 10:20, 10:24, 13:1, 16:15, 23:25, 24:9, 70:1

**Plaintiffs** [3] - 2:6, 2:9, 2:12

**Plaintiffs'** [7] - 12:3, 12:7, 18:9, 48:17, 49:4, 49:18, 50:5

**PLAINTIFFS'** [2] - 3:3, 3:10

**plaintiffs'** [3] - 9:22, 13:7, 15:5

**plan** [13] - 4:20, 5:17, 42:18, 43:3, 43:7, 43:14, 44:2, 82:1, 93:10, 96:10, 96:13

**plans** [1] - 82:4

**plant** [1] - 99:13

**platform** [1] - 82:13

**play** [4] - 23:16, 66:17, 66:21, 104:7

**played** [1] - 81:8

**playground** [1] - 92:4

**playing** [1] - 42:25

**pneumonia** [20] - 59:2, 64:3, 64:4, 64:5, 64:6, 64:9, 65:12, 72:10, 72:11, 72:12, 72:14, 72:17, 72:19, 73:4, 73:8, 73:13, 73:16, 74:6, 74:7, 74:8

**podium** [1] - 13:15

**point** [1] - 15:16

**points** [1] - 111:13

**poisoning** [8] - 40:25, 55:5, 83:1, 84:24, 85:3, 85:8, 85:11, 85:19

**pools** [1] - 66:18

**poor** [1] - 81:10

**pose** [1] - 111:17

**position** [2] - 11:10, 97:22

**possessive** [1] - 105:18

**possibilities** [1] - 42:7

**possibility** [3] - 54:25, 86:12, 106:16

**possible** [10] - 8:3, 44:14, 51:22, 63:19, 64:12, 75:24, 83:1, 84:5, 84:17, 112:1

**possibly** [10] - 31:2, 32:18, 32:20, 41:14, 57:15, 63:20, 81:8, 81:20, 105:15, 105:17

**post** [1] - 39:8

**post-procedural** [1] - 39:8

**potentially** [1] - 91:10

**pounds** [2] - 79:5, 109:4

**powerful** [1] - 61:12

**practice** [12] - 18:11, 18:14, 18:21, 18:22, 18:23, 19:20, 20:21, 21:6, 21:7, 21:18, 46:1

**practices** [7] - 23:3, 26:20, 65:21, 72:4, 78:7, 89:3, 89:5

**practicing** [1] - 19:16

**practitioner** [1] - 18:23

**pre** [1] - 39:7

**pre-procedural** [1] - 39:7

**preanesthetic** [1] - 29:19

**preceding** [1] - 63:5

**precisely** [1] - 77:6

**preclude** [1] - 71:11

**predictable** [1] - 25:7

**predisposed** [1] - 71:7

**prefer** [2] - 16:3, 91:2

**prejudice** [1] - 11:10

**premises** [3] - 39:9, 39:15, 41:16

**prep** [2] - 84:3, 84:10

**preparation** [1] - 48:2

**prepare** [2] - 17:2, 62:10

**prepared** [6] - 13:2, 31:1, 31:5, 62:11, 70:2, 79:10

**preparing** [1] - 46:16

**prescribe** [1] - 42:9

**presence** [1] - 54:11

**present** [1] - 46:14

**presenting** [1] - 14:7

**preserve** [1] - 37:12

**pretrial** [2] - 11:23, 13:13

**pretty** [4] - 55:21, 61:12, 102:5, 104:16

**prevent** [2] - 40:18, 51:9, 71:25

**preventable** [3] - 27:2, 46:10, 69:7

**preventative** [8] - 30:18, 31:10, 33:15, 34:6, 34:24, 36:3, 43:4

**preventing** [1] - 72:20

**prevention** [3] - 39:7, 40:6, 40:13

**preventive** [1] - 35:5

**previously** [1] - 70:2

**Pries** [7] - 5:24, 6:7, 6:12, 10:1, 102:3, 107:23, 108:23

**primary** [2] - 51:1, 51:13

**Primate** [1] - 4:19

**primate** [5] - 5:11, 103:19, 103:25, 104:1, 104:3

**primates** [4] - 22:15, 103:17, 104:7, 104:19

**prison** [1] - 66:5

**privately** [3] - 98:9, 98:10, 98:18

**problem** [9] - 8:7, 38:13, 47:3, 47:11, 77:6, 95:17, 98:6, 105:23, 108:8

**problems** [12] - 21:16, 22:1, 23:22, 37:9, 40:1, 40:2, 40:13, 41:10, 51:17, 81:24, 83:3, 92:10

**procedural** [2] - 39:7, 39:8

**procedure** [1] - 68:17

**procedures** [1] - 45:10

**proceed** [3] - 11:13, 13:2, 53:23

**proceeding** [1] - 53:12

**proceedings** [2] - 49:25, 53:4

**process** [1] - 73:1

**produced** [2] - 31:22, 70:5

**product** [1] - 6:4

**productive** [1] - 104:21

**profession** [1] - 16:13

**professional** [5] - 17:19, 32:16, 38:6, 54:19, 69:9

**profile** [2] - 20:14, 32:20

**Program** [2] - 4:17, 5:14

**program** [17] - 4:19, 4:21, 5:12, 20:2, 22:16, 37:18, 38:22, 39:10, 39:14, 40:12, 40:17, 45:24, 80:16, 99:5, 99:6, 99:12, 99:14

**programs** [5] - 22:19, 22:24, 37:19, 39:6, 40:6

**promptly** [1] - 82:15

**proper** [9] - 18:1, 23:11, 23:20, 23:21, 24:23, 48:25, 81:2

**properly** [4] - 21:10, 50:25, 56:19, 65:13

**protect** [1] - 69:6

**protected** [1] - 87:17

**protecting** [2] - 64:10, 71:22

**protection** [2] - 46:11, 46:12

**Protective** [1] - 47:5

**protocol** [1] - 64:19

**protocols** [1] - 28:24

**prove** [1] - 86:14

**proven** [3] - 48:23, 50:1, 87:18

**provide** [15] - 14:14, 17:4, 19:7, 33:15, 34:7, 46:10, 67:21, 82:10, 85:12, 88:9, 88:10, 88:11, 89:12, 89:21

**provided** [10] - 10:1, 10:7, 14:18, 15:18, 16:15, 24:8, 27:24, 27:25, 34:23, 45:4, 81:9

www.PeachtreeDeposition.com

to purchase a complete copy of the transcript.

**provides** [1] - 109:4
**providing** [3] - 35:1, 36:3, 87:21
**provisions** [1] - 78:10
**proximity** [1] - 13:18
**public** [4] - 89:23, 90:3, 94:9, 94:12
**publically** [1] - 67:20
**pull** [2] - 16:4, 83:2, 108:15
**pulls** [1] - 56:2
**pumpkin** [1] - 66:19
**puncture** [1] - 111:19
**pup** [1] - 42:24
**purported** [2] - 71:14, 75:11
**purpose** [3] - 10:6, 10:15, 62:14
**purposes** [2] - 61:11
**Pusillo** [3] - 6:8, 10:2, 78:19
**Pusillo's** [1] - 80:7
**put** [13] - 15:4, 66:16, 67:23, 79:5, 80:18, 86:12, 89:20, 96:25, 97:14, 97:25, 99:18, 99:21, 105:13
**putting** [1] - 79:14
**PVC** [1] - 90:8

**Q**

**qualifications** [1] - 17:22
**qualified** [2] - 26:5, 101:11
**qualify** [1] - 25:17
**quality** [3] - 23:9, 81:10, 81:14
**quarters** [1] - 50:16
**questioning** [1] - 104:14
**questions** [9] - 17:14, 17:18, 88:22, 89:17, 104:17, 109:17, 109:23, 112:5, 112:22
**quick** [7] - 59:2, 72:10, 72:11, 72:12, 75:18, 109:19, 109:23
**quickly** [1] - 85:11
**quite** [1] - 81:8
**quitting** [1] - 53:5

**R**

**rabie** [1] - 94:21
**rabies** [5] - 41:2, 46:6, 46:11, 46:14, 94:18
**raccoon** [3] - 40:10, 41:3, 106:9
**raccoons** [7] - 40:16, 41:1, 41:4, 41:5, 106:4, 106:11, 108:11
**rain** [1] - 6:2
**raise** [2] - 13:24, 57:8

**raked** [1] - 51:4
**raking** [1] - 51:8
**Raoul** [4] - 45:21, 72:7, 72:9, 72:22
**Raoul's** [1] - 73:24
**Rapids** [2] - 2:5, 2:15
**rarely** [1] - 47:17
**rat** [1] - 83:5
**rather** [2] - 95:13
**rats** [2] - 40:15, 81:24
**rattlesnake** [1] - 71:24
**raw** [1] - 28:15
**ray** [1] - 75:4
**rays** [7] - 30:25, 62:11, 64:15, 64:16, 64:19, 73:21, 74:5
**RE** [1] - 9:19
**react** [2] - 85:11, 85:13
**reacting** [1] - 83:18
**reaction** [1] - 74:10
**read** [14] - 9:21, 23:25, 40:5, 52:15, 60:11, 60:17, 60:18, 60:24, 61:2, 62:4, 80:15, 108:19, 109:2, 111:12
**reading** [7] - 32:25, 39:3, 47:1, 50:20, 52:5, 54:14, 61:6
**ready** [1] - 11:13
**real** [1] - 70:18
**realize** [2] - 105:9, 106:7
**realized** [1] - 60:12
**really** [5] - 27:3, 27:15, 85:19, 90:8, 104:7
**rear** [1] - 77:8
**reason** [5] - 14:19, 23:15, 71:6, 74:9, 85:8
**reasonable** [2] - 35:22, 35:23
**reasons** [7] - 55:24, 55:25, 56:2, 61:21, 62:1, 79:8, 90:7
**rebut** [4] - 9:25, 10:7, 10:16, 10:19
**rebuttal** [7] - 9:6, 9:17, 9:20, 9:22, 10:5, 10:13, 10:21
**RECEIVED** [4] - 3:9, 4:1, 5:1, 6:1
**received** [14] - 12:9, 12:12, 12:21, 15:7, 15:10, 18:7, 18:10, 49:3, 49:4, 50:8, 60:23, 74:24, 96:18, 96:22
**receives** [1] - 12:2
**receiving** [1] - 90:12
**recently** [2] - 11:17, 96:22
**recess** [4] - 53:19, 53:20, 93:18, 113:6
**recognize** [1] - 16:21
**recommend** [4] - 94:10, 94:11, 94:18, 100:1
**recommendations** [1] - 19:5

**recommended** [2] - 75:2, 95:9
**reconnaissance** [1] - 99:9
**reconsider** [2] - 8:21, 9:8
**reconsideration** [2] - 8:18, 10:23
**reconsidered** [1] - 11:2
**reconvening** [1] - 93:10
**Record** [2] - 5:18, 5:19
**record** [12] - 8:7, 10:24, 13:19, 17:21, 31:21, 38:16, 39:18, 44:24, 44:25, 76:13, 76:14, 97:24
**recorded** [1] - 13:20
**records** [23] - 4:15, 4:16, 4:22, 4:23, 5:21, 28:5, 31:7, 31:22, 31:25, 32:8, 32:11, 33:1, 34:9, 44:5, 45:3, 45:16, 45:23, 62:4, 63:25, 64:16, 75:14, 81:1, 87:9
**RECROSS** [2] - 3:2, 112:7
**RECROSS-**
**EXAMINATION** [1] - 112:7
**redesignating** [1] - 11:4
**REDIRECT** [2] - 3:2, 110:1
**refer** [5] - 8:18, 10:4, 20:25, 31:15, 83:12
**reference** [3] - 52:11, 83:15, 86:3
**referenced** [1] - 9:23
**references** [2] - 10:13, 75:9
**referred** [1] - 9:11
**referring** [4] - 41:1, 49:12, 59:20, 86:8
**refers** [1] - 63:7
**reflect** [2] - 8:7, 110:12
**reflected** [2] - 29:8, 44:1
**reflecting** [1] - 39:21
**regard** [3] - 47:4, 97:11, 108:17
**regarding** [4] - 15:9, 60:19, 62:4, 86:8
**registrants** [2] - 47:10, 52:20
**regular** [2] - 21:14, 39:14
**regularly** [4] - 41:16, 82:14, 96:24, 100:18
**regulations** [8] - 22:8, 27:21, 46:22, 59:25, 78:12, 78:13, 104:13, 104:14
**reiterate** [1] - 98:4
**relate** [8] - 25:21, 26:20, 33:13, 33:19, 34:10, 34:14, 43:15, 56:16
**related** [3] - 34:4, 45:1, 46:20
**relating** [2] - 54:4, 83:8
**relevance** [2] - 97:21, 97:23
**relevancy** [1] - 97:9
**relevant** [4] - 49:25, 97:11, 102:18, 102:23

**rely** [1] - 94:15
**remain** [1] - 13:14
**remaining** [2] - 8:4, 83:10
**remains** [1] - 80:20
**remember** [2] - 47:1, 107:13
**remnants** [1] - 58:14
**remove** [1] - 61:13
**removed** [1] - 82:15
**renal** [2] - 57:11, 68:24
**render** [1] - 26:6
**rendering** [1] - 42:16
**repeat** [7] - 50:18, 52:3, 52:18, 54:10, 60:3, 68:24, 83:14
**rephrase** [1] - 17:13
**replaced** [1] - 51:7
**report** [32] - 3:12, 3:13, 3:14, 3:15, 3:16, 3:17, 3:18, 3:19, 3:20, 3:21, 3:22, 3:23, 3:24, 3:25, 4:2, 4:3, 4:4, 4:5, 4:6, 4:7, 4:8, 4:9, 4:10, 4:11, 4:12, 4:13, 4:14, 48:8, 50:14, 62:3, 84:3, 108:19
**reported** [1] - 70:7
**reportedly** [1] - 72:9
**REPORTER** [1] - 93:7
**reporter** [1] - 13:19
**reporting** [1] - 93:5
**reports** [16] - 5:20, 6:9, 24:12, 46:16, 46:19, 48:7, 48:21, 49:8, 49:9, 49:24, 54:4, 59:18, 59:19, 83:7, 83:9, 87:10
**represent** [3] - 32:17, 33:22, 63:6
**represented** [5] - 7:7, 8:10, 35:16, 60:6, 80:10
**require** [9] - 15:17, 28:9, 28:12, 28:13, 28:14, 28:20, 37:10, 76:5, 76:24
**required** [3] - 23:5, 39:16, 75:15
**requirement** [1] - 79:25
**requirements** [2] - 87:7, 103:16
**requires** [1] - 27:22
**requiring** [1] - 11:9
**Rescue** [1] - 67:24
**rescued** [1] - 88:3
**residencies** [1] - 19:13
**resilience** [1] - 79:23
**resiliency** [1] - 79:24
**resistance** [1] - 8:24
**resources** [1] - 37:25
**respect** [4] - 11:16, 11:22, 14:7, 26:19
**respected** [1] - 100:16
**respond** [2] - 10:16, 104:10
**responsibilities** [3] - 21:5, 21:7, 21:8
**responsibility** [3] - 38:7,

www.CR- F1319.com 800-310-6637
to purchase a complete copy of the transcript.

38:10, 69:9
**rest** [3] - 73:15, 86:15, 87:16
**resume** [1] - 106:19
**retired** [1] - 9:24
**retreat** [1] - 15:20
**reverse** [1] - 11:11
**review** [6] - 25:2, 42:23, 45:15, 45:23, 46:15, 75:14
**reviewed** [13] - 8:23, 11:18, 24:2, 24:5, 24:8, 24:12, 24:16, 25:9, 39:13, 48:2, 67:15, 82:3
**reviewing** [2] - 31:7, 87:9
**right-hand** [1] - 50:14
**ring** [1] - 54:18
**ring-tailed** [1] - 54:18
**risk** [2] - 54:20, 111:17
**risks** [2] - 40:22, 45:8
**River** [1] - 2:11
**road** [1] - 23:23
**Road** [1] - 2:15
**rocket** [1] - 29:1
**rodents** [1] - 83:2
**round** [1] - 58:24
**routine** [1] - 59:11
**row** [1] - 75:8
**Rule** [1] - 25:18
**rules** [4] - 103:10, 103:13, 103:16, 103:20
**ruling** [3] - 8:21, 9:3, 10:22
**run** [1] - 54:18

**S**

**saliva** [1] - 62:22
**Salmonella** [1] - 85:20
**samples** [3] - 29:25, 34:6, 68:14
**sampling** [2] - 34:11, 34:14
**sanctuaries** [11] - 67:25, 88:3, 88:4, 88:8, 89:11, 98:10, 99:21, 107:3, 109:10, 110:3, 110:5
**sanctuary** [5] - 88:6, 95:24, 96:11, 96:19, 99:18
**Sanctuary** [1] - 100:8
**sand** [1] - 51:3
**sanitary** [3] - 82:7, 82:10, 105:20
**sanitation** [1] - 46:21
**sanitize** [1] - 47:21, 51:1, 51:13
**Santa** [1] - 16:12
**satisfied** [1] - 39:19
**saw** [2] - 45:3, 66:24
**scenes** [1] - 100:22
**scents** [1] - 66:16
**schedule** [1] - 7:3
**scheduled** [3] - 39:14, 39:15, 41:16

**school** [4] - 19:9, 19:15, 99:4, 101:19
**schooling** [1] - 37:17
**schools** [1] - 101:22
**science** [1] - 29:1
**scooch** [1] - 14:4
**scoop** [1] - 79:5
**scope** [2] - 97:4, 97:5
**scratch** [2] - 66:15, 111:18
**screen** [1] - 14:17
**scrub** [1] - 105:25
**scrubbed** [1] - 82:14
**seat** [1] - 14:4
**seclude** [1] - 110:6
**second** [8] - 10:5, 10:11, 11:6, 35:8, 54:10, 54:14, 54:15
**seconds** [1] - 58:14
**Section** [3] - 54:10, 59:15, 83:14
**section** [3] - 50:17, 52:3, 103:14
**sedentary** [1] - 110:14
**see** [14] - 14:17, 15:19, 29:9, 33:13, 33:17, 33:18, 33:21, 33:22, 34:10, 34:12, 34:13, 34:16, 34:17, 34:18, 34:22, 35:8, 35:9, 38:16, 39:1, 40:19, 40:22, 45:12, 45:13, 45:19, 52:13, 54:12, 56:21, 59:11, 59:14, 62:22, 63:9, 70:6, 74:14, 76:1, 77:17, 80:5, 85:6, 86:3, 86:7, 86:13
**seeing** [2] - 58:19, 83:25
**seem** [2] - 104:6, 104:20
**self** [2] - 67:6, 67:11
**self-soothing** [1] - 67:6
**Sellner** [7] - 4:24, 6:6, 7:6, 8:11, 8:14, 9:20, 10:1
**Sellners** [1] - 86:23
**sense** [1] - 21:20
**sensitive** [3] - 36:23, 37:4, 92:22
**sensitivities** [1] - 37:5
**sent** [1] - 9:9
**sentence** [6] - 10:4, 10:5, 10:11, 52:5, 52:11, 54:14
**sentences** [1] - 9:21
**separate** [2] - 95:14, 103:16
**separately** [2] - 91:3, 91:10
**septic** [1] - 77:15
**serious** [3] - 37:14, 73:8, 75:25
**seriously** [1] - 73:10
**serve** [1] - 22:22
**Services** [1] - 47:5
**services** [1] - 34:24
**set** [1] - 14:21
**seven** [1] - 75:20
**seventy** [1] - 18:7

**several** [2] - 11:16, 52:7
**severity** [1] - 74:23
**shall** [2] - 39:5, 39:12
**shame** [2] - 77:4, 87:21
**shape** [1] - 102:13
**sharp** [1] - 111:13
**shatter** [1] - 79:6
**sheet** [1] - 4:24
**shells** [2] - 103:5, 103:7
**shelter** [3] - 28:23, 52:10, 110:23
**Sherkhan** [5] - 44:19, 44:25, 45:22, 71:1, 71:2
**ships** [1] - 99:13
**short** [1] - 14:21
**shortly** [1] - 102:25
**shotgun** [1] - 77:2
**show** [3] - 11:9, 46:24, 68:1
**showed** [1] - 68:25
**showing** [1] - 6:2
**shown** [1] - 89:18
**shows** [1] - 35:24
**shy** [1] - 44:1
**Siberian** [1] - 94:2
**sic** [4] - 25:23, 26:1, 94:21, 99:6
**sick** [9] - 22:4, 25:14, 27:5, 29:10, 37:10, 37:11, 56:18, 56:23, 81:11
**sickness** [2] - 71:7, 71:8
**side** [1] - 105:22
**sides** [1] - 59:18
**sign** [2] - 6:3, 37:18, 55:1
**signed** [2] - 39:20, 39:23
**Signed** [1] - 5:23
**signs** [3] - 56:17, 65:13, 85:10
**similar** [3] - 49:8, 51:4, 85:3
**simple** [1] - 40:24
**simply** [2] - 25:25, 104:18
**situation** [13] - 25:3, 36:18, 47:15, 57:8, 57:13, 62:2, 67:7, 81:20, 87:23, 88:15, 97:16, 97:17, 99:3
**situations** [2] - 21:13, 80:2
**six** [4] - 58:24, 101:12, 108:18, 108:21
**size** [7] - 30:6, 103:10, 103:20, 103:25, 104:6, 104:18, 110:9
**sizes** [3] - 104:9, 110:10, 110:12
**skin** [2] - 55:25, 56:4
**skinny** [1] - 30:7
**skipped** [1] - 52:14
**skunk** [2] - 40:11, 106:9
**skunks** [3] - 41:1, 106:4, 108:11
**sleeping** [1] - 56:24
**slightly** [1] - 76:10

**small** [3] - 41:13, 55:11, 110:18
**smell** [2] - 81:22, 83:6
**smoke** [1] - 96:15
**snow** [1] - 111:11
**social** [5] - 43:20, 43:25, 56:9, 57:23, 90:24
**society** [1] - 57:23
**solitary** [2] - 66:5, 99:15
**solo** [2] - 18:21, 18:23
**someone** [5] - 21:23, 36:23, 38:1, 84:24, 88:15
**sometimes** [4] - 23:13, 64:12, 74:14, 82:22
**somewhere** [4] - 21:4, 32:10, 36:5, 69:16
**soon** [4] - 63:14, 75:23, 75:24
**soothing** [1] - 67:6
**sorry** [8] - 38:3, 44:17, 49:15, 59:6, 60:16, 73:16, 77:13, 98:14
**sort** [12] - 8:7, 12:16, 27:2, 28:17, 29:13, 41:23, 47:5, 62:7, 66:4, 67:4, 90:14, 97:9
**sorts** [6] - 37:19, 62:1, 67:8, 81:23, 81:25, 92:9
**sought** [2] - 11:6, 102:3
**sound** [2] - 90:9, 99:8
**sounds** [2] - 80:20
**source** [2] - 55:4, 102:5
**southern** [1] - 107:2
**space** [4] - 28:23, 51:15, 110:5, 110:7
**spanned** [1] - 44:5
**spayed** [2] - 21:14, 99:22
**speaking** [1] - 26:17
**special** [6] - 20:5, 37:4, 37:17, 38:19, 40:9, 104:4
**specialist** [1] - 20:7
**specialty** [1] - 20:3
**species** [16] - 24:19, 29:3, 33:8, 34:21, 35:3, 35:5, 36:4, 36:16, 38:9, 44:11, 45:11, 55:3, 70:11, 86:16, 102:18, 102:19
**specific** [5] - 11:9, 40:21, 72:21, 79:25, 89:16
**specifically** [9] - 10:7, 34:14, 45:1, 49:11, 86:7, 87:1, 91:12, 103:22, 109:12
**spend** [1] - 36:2
**spider** [1] - 62:8
**split** [1] - 44:22
**spot** [3] - 51:4, 51:8, 54:17
**spot-cleaned** [1] - 51:4
**spot-cleaning** [1] - 51:8
**spread** [2] - 55:6, 101:9
**square** [1] - 108:21
**squeeze** [1] - 30:15
**St** [1] - 105:2
**staff** [3] - 96:5, 96:6, 102:4

Case 6:14-cv-02034-JSS   Document 71   Filed 10/30/15   Page 46 of 49
to purchase a complete copy of the transcript.

**stainless** [3] - 105:10, 105:11, 105:13

**stand** [2] - 15:14, 16:3

**standard** [11] - 22:11, 24:21, 27:23, 27:25, 28:1, 28:21, 64:19, 68:17, 68:19, 89:10, 108:16

**standards** [3] - 36:2, 87:6, 87:12

**standing** [1] - 110:19

**stands** [1] - 60:5

**start** [6] - 7:1, 53:3, 93:16, 102:6, 102:15, 113:5

**started** [2] - 7:2, 79:9

**starts** [1] - 85:10

**State** [1] - 101:18

**state** [7] - 16:9, 18:16, 30:6, 38:4, 39:21, 46:14, 55:13

**statement** [2] - 62:22, 62:25

**statements** [2] - 11:15, 11:21

**states** [1] - 18:18

**States** [4] - 18:19, 89:7, 89:9, 91:23

**steel** [5] - 105:10, 105:11, 105:13, 105:22, 106:8

**stems** [1] - 23:20

**step** [2] - 13:11, 113:1

**stereotypic** [4] - 65:25, 67:3, 67:4, 67:11

**steroids** [1] - 74:21

**stick** [2] - 14:16, 15:8

**still** [6] - 53:21, 72:18, 80:4, 84:5, 93:19, 112:10

**stimulation** [1] - 61:25

**stop** [4] - 27:2, 47:6, 48:11, 48:13

**store** [2] - 79:12, 79:13

**stores** [3] - 80:18, 109:8, 109:11

**Street** [1] - 2:5

**strike** [1] - 21:6

**strikingly** [1] - 49:8

**strong** [2] - 47:7, 52:22

**structure** [1] - 43:20

**stuck** [1] - 55:11

**studying** [1] - 99:8

**stuffing** [1] - 74:20

**stung** [2] - 82:21, 82:22

**subject** [2] - 9:19, 10:3

**subjected** [1] - 87:22

**submit** [1] - 11:3

**submitted** [1] - 70:2

**substandard** [2] - 27:19, 92:13

**substantial** [1] - 86:24

**substrate** [2] - 92:12, 92:19

**subtleties** [1] - 38:11

**success** [1] - 76:19

**Sue** [1] - 3:11

**suffering** [1] - 96:15

**sufficient** [2] - 51:5, 51:8

**suggest** [1] - 32:23

**suggestions** [1] - 67:24

**suitable** [1] - 88:6

**Suite** [1] - 2:5

**summary** [2] - 11:17, 70:4

**summer** [1] - 111:3

**sun** [1] - 82:25

**sunk** [1] - 99:10

**super** [1] - 22:4

**supervise** [1] - 39:6

**supplement** [4] - 79:12, 80:14, 80:21, 81:9

**supplements** [5] - 78:22, 78:25, 79:14, 80:4, 80:13

**supposed** [1] - 39:21

**surface** [1] - 99:11

**surfaces** [1] - 105:8

**surprise** [1] - 108:1

**susceptible** [1] - 40:9

**suspect** [2] - 69:3, 85:8

**suspend** [1] - 47:16

**sustained** [1] - 60:9

**swab** [1] - 33:23

**swell** [1] - 82:23

**swollen** [1] - 77:13

**sworn** [1] - 14:2

**symptoms** [2] - 75:20, 77:17

**system** [1] - 14:9

**T**

**tab** [1] - 16:18

**table** [1] - 15:20

**tailed** [1] - 54:18

**tally** [1] - 5:4

**Taurine** [1] - 79:25

**TB** [8] - 96:19, 96:21, 97:1, 97:9, 97:14, 97:15, 97:25, 98:1

**teeth** [4] - 21:15, 66:2, 67:1, 90:11

**telephone** [2] - 41:19, 41:21

**telephonic** [1] - 11:23

**television** [2] - 100:21, 100:23

**temperate** [1] - 104:25

**temperature** [1] - 6:2

**ten** [1] - 27:13

**terms** [9] - 14:7, 14:9, 21:19, 27:11, 65:7, 72:15, 76:16, 89:4

**test** [2] - 11:8, 104:18

**tested** [1] - 95:4

**testified** [7] - 14:3, 25:23, 26:2, 97:7, 101:12, 104:12, 104:20

**testify** [3] - 9:6, 15:9, 23:24, 97:6, 104:5

**testifying** [1] - 97:13,

104:8

**testimony** [10] - 8:3, 9:25, 10:6, 10:7, 10:15, 10:16, 10:19, 15:1, 17:11, 48:5

**testing** [2] - 62:14, 102:20

**tests** [1] - 11:7, 11:10

**Tetracycline** [2] - 76:21, 76:22

**THE** [65] - 7:1, 7:14, 7:17, 7:20, 7:24, 7:25, 8:6, 8:10, 8:14, 8:17, 11:13, 12:13, 12:19, 12:23, 13:1, 13:4, 13:9, 13:11, 13:24, 14:4, 14:12, 15:2, 15:6, 15:13, 16:3, 18:3, 18:5, 18:7, 25:22, 48:19, 49:2, 49:11, 49:22, 50:3, 52:25, 53:11, 53:18, 53:21, 60:9, 60:22, 88:20, 88:23, 93:1, 93:7, 93:8, 93:16, 93:19, 97:7, 97:19, 98:14, 98:17, 101:12, 101:15, 102:20, 102:24, 104:6, 104:11, 104:16, 109:18, 109:21, 112:6, 112:23, 113:1, 113:2, 113:4

**theirs** [1] - 90:1

**themselves** [6] - 55:21, 57:15, 57:21, 57:24, 58:8, 66:1, 110:6

**therefore** [2] - 9:12, 23:22

**thinking** [1] - 44:4

**third** [3] - 8:22, 63:13, 77:18

**Third** [1] - 11:9

**thirty** [1] - 93:15

**THORSON** [22] - 2:14, 8:13, 8:16, 12:25, 18:6, 48:12, 48:20, 49:23, 60:7, 93:15, 93:22, 93:24, 97:12, 98:15, 102:22, 103:1, 104:10, 104:12, 104:22, 109:17, 112:8, 112:22

**Thorson** [8] - 8:11, 8:12, 9:10, 9:18, 12:23, 93:12, 93:21, 112:6

**thoughts** [1] - 19:5

**three** [13] - 10:8, 10:12, 26:7, 32:8, 34:17, 45:2, 45:21, 50:16, 53:1, 94:1, 95:10, 108:20, 111:6

**three-quarters** [1] - 50:16

**throughout** [2] - 8:5, 52:7

**throw** [2] - 74:14, 77:2

**tiger** [47] - 28:22, 29:9, 29:20, 30:10, 30:17, 31:10, 33:15, 41:7, 44:11, 44:18, 56:9, 58:5, 58:13, 58:16, 60:20, 61:4, 61:10, 61:15, 64:4, 64:8, 64:9, 64:21, 65:14, 71:1, 72:7, 73:15, 74:25, 75:9, 75:19, 84:4, 84:17, 84:20, 85:1, 85:4, 86:3, 92:12, 95:24, 98:6,

**tiger's** [2] - 58:3, 94:21

**tigers** [43] - 20:17, 28:9, 29:4, 30:11, 33:8, 34:22, 36:16, 45:17, 52:11, 52:13, 52:14, 55:19, 57:18, 57:19, 57:20, 57:24, 58:9, 65:8, 66:13, 66:15, 66:18, 73:13, 83:17, 84:6, 84:18, 85:14, 85:16, 85:18, 85:25, 87:1, 88:1, 94:2, 94:18, 98:12, 99:15, 99:19, 99:21, 105:7, 105:18, 105:24, 106:5, 106:11, 110:9

**tigers'** [1] - 110:10

**tilt** [1] - 16:5

**Timber** [1] - 6:3

**timing** [1] - 63:8

**tip** [1] - 23:13

**titch** [1] - 93:9

**today** [17] - 7:3, 7:18, 14:15, 14:25, 17:10, 17:14, 17:22, 21:25, 23:24, 29:11, 29:12, 48:5, 53:5, 89:2, 89:4, 91:13

**together** [7] - 32:16, 91:3, 91:4, 95:7, 95:13, 95:16, 110:4

**Tom** [1] - 6:6

**tomorrow** [4] - 8:4, 29:12, 53:10, 113:5

**tongue** [4] - 58:3, 58:5, 58:13, 61:12

**tongues** [1] - 58:11

**took** [1] - 31:9

**tooth** [2] - 33:13, 45:1

**top** [9] - 27:7, 31:20, 31:23, 44:19, 50:14, 76:9, 77:16, 101:22, 101:25

**topic** [1] - 43:9

**tortoise** [1] - 102:7

**tortoises** [2] - 103:2, 103:5

**total** [1] - 35:12

**touch** [2] - 65:16, 79:23

**towards** [1] - 16:6

**toxin** [1] - 76:4

**toys** [1] - 28:25

**Tracey** [4] - 6:10, 7:5, 7:22, 8:2

**tragedy** [1] - 43:5

**trailers** [1] - 100:24

**train** [2] - 99:8, 99:9

**trained** [2] - 30:13, 41:22

**training** [4] - 37:4, 37:18, 38:8, 99:12

**transcripts** [1] - 24:5

**transfer** [2] - 100:25, 101:1

**transmission** [1] - 27:3

**transport** [1] - 5:19

**travel** [1] - 53:6

CONTRACT [1] 319 Filed 10/30/15.com
to purchase a complete copy of the transcript.

tray [3] - 105:18, 105:19, 105:22
treat [3] - 27:6, 62:2, 62:9
treatable [1] - 85:25
treated [5] - 21:21, 77:6, 85:14, 85:16, 85:18
treating [2] - 68:23, 74:12
treatment [9] - 34:23, 62:4, 63:8, 70:11, 73:5, 75:2, 76:16, 76:24, 86:7
treatments [2] - 33:13, 44:25
trees [1] - 66:17
trial [7] - 7:7, 8:17, 11:14, 11:19, 11:25, 70:3, 97:22
trip [2] - 32:19
trophies [1] - 87:20
true [1] - 65:15
truly [2] - 38:1, 40:2
try [3] - 7:2, 58:8, 99:13
trying [3] - 67:6, 79:12, 108:21
tube [2] - 89:20, 90:8
Tuesday [1] - 113:7
tumor [1] - 71:25
turn [12] - 16:18, 35:7, 38:24, 44:3, 44:17, 47:22, 54:5, 59:7, 62:16, 63:4, 69:22, 76:6
turned [1] - 85:20
turning [1] - 60:2
turtle [3] - 102:8, 102:15, 102:16
twenty [1] - 20:22, 111:6
twenty-one [1] - 20:22
twenty-three [1] - 111:6
twice [1] - 10:21
two [21] - 9:16, 9:21, 11:7, 29:7, 30:21, 31:9, 32:4, 32:20, 33:4, 34:12, 36:17, 37:21, 46:6, 50:25, 54:16, 54:19, 69:15, 94:1, 94:2, 108:19
two-and-a-half [2] - 32:4, 33:4
type [4] - 20:18, 49:1, 107:6, 108:15
types [3] - 28:23, 98:22, 104:24

U

U.S [3] - 20:1, 99:5, 99:7
UC [2] - 19:10, 19:16
unclean [2] - 81:25, 83:25
uncomfortable [2] - 56:1
unconscionable [2] - 24:25, 35:24
under [10] - 25:18, 33:16, 33:17, 33:20, 46:21, 53:21, 54:10, 54:17, 75:19, 93:19
undergone [1] - 74:5
underlying [1] - 81:10

underneath [1] - 56:5
understood [1] - 69:14
undertake [1] - 73:2
unfamiliarity [1] - 14:9
unfortunately [2] - 47:7, 53:8
United [4] - 18:19, 89:7, 89:9, 91:23
University [1] - 101:18
unkempt [2] - 56:21, 57:3
unless [5] - 14:20, 68:15, 68:19, 105:24
unsanitary [3] - 54:23, 83:25, 92:8
unwilling [1] - 11:11
up [38] - 13:11, 13:22, 14:4, 14:21, 15:16, 16:6, 26:24, 30:24, 35:18, 35:20, 37:18, 38:12, 42:3, 47:13, 50:23, 51:23, 52:8, 55:12, 57:6, 60:25, 61:1, 63:12, 68:14, 68:15, 82:23, 90:2, 105:12, 105:25, 107:6, 107:9, 107:11, 107:12, 108:15, 110:20, 111:13, 112:10
urine [5] - 30:4, 34:5, 34:10, 34:12, 55:17
US [1] - 84:2
USDA [25] - 5:5, 6:6, 6:9, 24:14, 26:24, 46:15, 47:4, 47:7, 47:12, 47:15, 47:16, 52:19, 52:22, 84:3, 87:10, 100:12, 100:17, 106:20, 106:22, 107:4, 107:6, 107:9, 107:12, 107:14, 108:19

V

vaccinated [4] - 45:20, 45:21, 46:3, 46:4
vaccinating [1] - 46:2
vaccination [2] - 45:17, 45:24
vaccinations [1] - 45:9
vaccine [5] - 45:14, 46:13, 94:18, 94:21, 95:4
vaccines [5] - 28:12, 28:14, 38:14, 45:22, 46:8
various [1] - 102:4
vermin [1] - 51:9
versus [3] - 7:5, 9:20, 103:17
vet [4] - 29:19, 99:4, 107:24, 107:25
veterinarian [38] - 4:16, 5:21, 5:23, 16:14, 18:12, 22:2, 22:19, 23:19, 27:8, 27:11, 31:8, 31:12, 37:16, 38:17, 38:18, 39:1, 39:5, 39:15, 39:24, 40:1, 40:2, 41:22, 42:8, 51:11, 56:12,

61:16, 62:19, 64:14, 68:13, 69:10, 73:2, 75:21, 76:25, 78:11, 85:12, 89:22, 107:10
Veterinarian [1] - 6:11
veterinarian's [1] - 75:16
veterinarians [8] - 18:24, 19:2, 19:4, 20:23, 22:12, 41:17, 41:24, 47:2
Veterinarians [1] - 20:12
veterinary [49] - 4:17, 5:14, 13:7, 19:9, 19:15, 19:16, 20:3, 20:8, 22:16, 22:20, 22:24, 25:13, 25:21, 26:20, 27:23, 28:4, 28:10, 31:22, 33:1, 33:10, 35:13, 35:22, 35:24, 37:1, 37:6, 38:7, 38:22, 39:9, 39:11, 39:12, 43:14, 44:5, 45:3, 45:4, 45:10, 45:15, 56:20, 58:21, 62:4, 64:23, 65:20, 72:4, 77:1, 86:7, 86:23, 88:10, 101:19, 101:22, 102:3
vets [2] - 37:23, 107:20
Vets [2] - 37:23, 37:25
videos [1] - 68:1
videotape [1] - 67:23
view [2] - 14:8, 104:17
violation [2] - 52:16, 83:14
violations [45] - 46:20, 46:21, 48:22, 83:8, 83:24
virus [1] - 64:7
visceral [1] - 41:8
visit [2] - 75:21, 75:23
visited [1] - 39:24
visitors [1] - 89:20
visits [8] - 32:13, 32:24, 33:5, 36:17, 39:14, 39:15, 39:21, 41:16
vitae [2] - 16:16, 16:24
volunteering [1] - 38:3
vomit [1] - 85:9
vomiting [1] - 85:7
vulnerability [1] - 29:10

W

wait [1] - 76:1
Wakanda [1] - 42:24
wake [1] - 30:23
walk [4] - 39:25, 67:5, 92:19, 92:23
wants [1] - 38:1
waste [10] - 50:23, 50:24, 52:8, 52:9, 54:12, 54:16, 83:10, 83:17, 85:2
wasted [1] - 109:13
watch [1] - 62:6
water [1] - 21:22, 23:12, 24:22, 27:1, 27:3, 66:18, 103:8, 103:9, 110:19
waterers [1] - 109:14
watermelon [1] - 66:20

ways [3] - 29:21, 67:21, 92:16
week [3] - 8:5, 37:21, 109:4
weeks [2] - 54:16, 54:19
weight [3] - 26:10, 79:7, 104:1
welded [2] - 105:22, 106:7
Welfare [8] - 22:5, 22:13, 23:1, 27:21, 46:21, 59:24, 78:10, 103:11
well-being [8] - 21:9, 21:24, 29:24, 30:6, 40:3, 55:8, 55:10, 92:1
well-respected [1] - 100:16
Wertz [1] - 2:5
wet [6] - 91:25, 92:4, 92:7, 92:8, 103:6, 103:7
white [1] - 60:20
whole [2] - 15:8, 87:16
wholesale [1] - 36:10
wholesome [1] - 78:16
wild [2] - 55:13, 99:15
Wild [1] - 100:7
wildlife [1] - 16:14
Wildlife [1] - 37:24
winds [1] - 105:12
winter [1] - 111:3
withdraw [1] - 60:10
withdrawn [1] - 60:15
WITNESS [4] - 3:2, 7:24, 101:15, 113:2
Witness [1] - 113:3
witness [28] - 9:2, 9:5, 9:7, 9:11, 9:22, 10:5, 10:14, 11:4, 13:2, 13:4, 13:8, 14:2, 14:8, 14:11, 14:14, 14:18, 15:5, 15:15, 15:18, 25:17, 26:10, 53:6, 53:13, 53:15, 97:12, 104:8, 104:15
witnesses [1] - 26:11
Wolf [1] - 4:23
wolf [35] - 6:3, 20:18, 20:24, 28:9, 29:4, 33:9, 34:22, 42:24, 43:11, 43:16, 43:17, 43:18, 43:24, 50:22, 50:25, 51:22, 51:23, 56:10, 71:15, 71:17, 79:22, 84:5, 87:2, 89:18, 89:21, 91:14, 91:24, 92:12, 95:7, 95:16
wolves [21] - 28:9, 29:4, 33:9, 34:22, 36:16, 43:9, 43:10, 43:15, 43:21, 52:17, 55:19, 66:13, 84:6, 87:2, 88:2, 89:17, 90:17, 90:19, 90:24, 91:2, 91:22
wonder [2] - 56:22, 77:14
wondering [1] - 97:8
word [1] - 42:8
words [1] - 10:10
works [2] - 97:17, 97:20
world [1] - 67:5
worms [1] - 28:16

U.S. LEGAL SUPPORT | www.uslegalsupport.com
to purchase a complete copy of the transcript.

**worse** [3] - 68:25, 69:1
**worth** [1] - 54:20
**wound** [8] - 58:23, 61:7, 61:8, 61:10, 61:15, 61:20, 65:12, 108:18
**writing** [1] - 9:21
**written** [6] - 39:10, 77:21, 107:6, 107:9, 107:11

## X

**X-ray** [1] - 75:4
**X-rays** [7] - 30:25, 62:11, 64:15, 64:16, 64:19, 73:21, 74:5

## Y

**year** [14] - 19:23, 30:12, 32:5, 32:14, 33:5, 33:25, 34:9, 35:13, 35:18, 35:21, 36:15, 36:17, 70:14, 72:23
**years** [10] - 18:13, 20:20, 32:25, 33:4, 44:6, 65:5, 65:6, 71:2, 71:16, 94:2
**yellow** [1] - 82:20
**young** [4] - 65:6, 81:4, 81:7, 110:13
**yourself** [1] - 61:11
**yourselves** [1] - 7:9
**YouTube** [1] - 67:23

## Z

**zone** [1] - 67:7
**Zoo** [46] - 4:24, 5:2, 5:3, 5:5, 5:13, 5:21, 20:1, 20:11, 20:12, 24:13, 24:18, 25:3, 26:19, 28:1, 31:9, 32:9, 35:19, 37:23, 38:18, 42:22, 46:16, 58:16, 58:22, 65:1, 66:23, 67:16, 68:3, 69:13, 69:20, 70:14, 78:4, 80:25, 81:6, 86:16, 87:5, 87:11, 88:2, 89:19, 91:1, 95:7, 95:17, 97:18, 101:24, 105:9, 106:16, 110:11
**zoo** [21] - 9:24, 37:23, 38:4, 46:20, 80:8, 89:20, 90:13, 91:1, 94:1, 94:9, 94:14, 102:4, 107:1, 107:19, 107:20, 107:22, 108:4, 109:1, 109:5, 109:8, 109:14
**zoo's** [1] - 45:24
**zoos** [4] - 80:17, 89:8, 101:25, 107:2

Contact CRR 319-573-5900 / ccraig@bsdreporting.com
to purchase a complete copy of the transcript.