115

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA


TRACEY K. KUEHL, LISA K. KUEHL,)
KRIS A. BELL, NANCY A. HARVEY, )
JOHN T. BRAUMANN and           )
ANIMAL LEGAL DEFENSE FUND,      )
                                )
     Plaintiffs,                )    No. CV 14-2034
                                )
vs.                             )       VOLUME II
                                )
PAMELA SELLNER, TOM SELLNER     )
and CRICKET HOLLOW ZOO,         )
                                )
     Defendants.                )




          DAY TWO OF JURY TRIAL HELD BEFORE
           THE HONORABLE JON STUART SCOLES,

taken at the Federal Courthouse, 111 Seventh Avenue SE,
Cedar Rapids, Iowa, on the 6th day of October, 2015,
commencing at 9:01 a.m., reported by Kay C. Carr,
Certified Shorthand Reporter in and for the State of
Iowa.




                   Kay C. Carr
            Certified Shorthand Reporter
           Registered Professional Reporter
                 Cedar Rapids, Iowa
                  (319) 362-1543

Contact your local court reporter at 319-362-1543 or www.court-reporter.com to purchase a complete copy of the transcript.

116

APPEARANCES:


DANIEL J. ANDERSON, ESQ., Wertz & Dake,
1500 Center Street NE, Suite 101, Cedar Rapids,
Iowa 52402-5500, on behalf of the Plaintiffs.


JESSICA BLOME, ESQ., and JEFFREY D. PIERCE, ESQ.,
Animal Legal Defense Fund, 170 E. Cotati Avenue,
Cotati, California 94931, on behalf of the
Plaintiffs.


ELISABETH HOLMES, ESQ., Blue River Law, P.C.,
P.O. Box 293, Eugene, Oregon 97440, on behalf of
the Plaintiffs.


LARRY J. THORSON, ESQ., Ackley Kopecky & Kingery,
LLP, 4056 Glass Road NE, Cedar Rapids,
Iowa 52402-5062, on behalf of the Defendants.

Contact your local court reporter.com
to purchase a complete copy of the transcript.

117

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---------|--------|-------|----------|---------|
| PLAINTIFFS': | | | | |
| Peter Klopfer, Ph.D. | 118 | 183 | 199 205 | 203 |
| Tracey K. Kuehl | 206 | 261 | | |
| Nancy Harvey | 270 | 300 | | |

DEFENDANTS':

| Pamela J. Sellner | 309 |
|-------------------|-----|

E X H I B I T S

| EXHIBITS | OFFERED | RECEIVED |
|----------|---------|----------|
| PLAINTIFFS': | | |
| 47 - Lemur records | 173 | 173 |
| 61 - Photographs taken by Tracey Kuehl | 225 | 225 |
| 62 - Letters from Tracey Kuehl to IDALS & USDA | 235 | 235 |
| 63 - Photographs taken by John Braumann | 159 | 160 |
| 71 - CV of Dr. Peter Klopfer | 125 | 125 |
| DEFENDANTS': | | |
| Y - IDALS compliance reports | 260 | 261 |

Case 6:14-cv-02034-JSS   Document 219-1   Filed 11/30/15   Page 3 of 94
Condensed Transcript by eScribers.com
to purchase a complete copy of the transcript.

| | |
|---|---|
| **118** | **120** |

**118**

1  THE COURT: Plaintiffs may call their next
2  witness.
3  MR. PIERCE: Thank you, Your Honor.
4  Plaintiffs call Dr. Peter Klopfer to the stand.
5  THE COURT: Sir, if you'll step right up
6  here, please. Raise your right hand.
7  THE WITNESS: Please, I'm a Quaker.
8  THE COURT: All right.
9  PETER KLOPFER, Ph.D.,
10  called as a witness, was examined and testified as
11  follows:
12  THE COURT: You may be seated.
13  MR. PIERCE: Thank you, Your Honor.
14  THE COURT: Kind of pull that microphone
15  down towards you.
16  DIRECT EXAMINATION
17  BY MR. PIERCE:
18  Q. Good morning, Dr. Klopfer. Thank you for joining
19  us in the courtroom today. As you know, we've called
20  you here in your capacity as an expert in the behavior
21  and care of lemurs. We appreciate that you've come at
22  this early hour and hope it wasn't too burdensome to get
23  up early to -- I expect that you might get up early in
24  your -- in your personal life. I wonder if you would
25  tell the Court a little bit about what the beginnings of

**119**

1  your day ordinarily entails.
2  A. At the present time?
3  Q. When you're -- when you're home on your farm,
4  Dr. Klopfer.
5  A. Oh, well, we have quite a lot of animals, so I'm
6  usually up at around six to feed horses and goats and --
7  THE COURT: And, Doctor, you have a very
8  soft voice, so you're going to have to try to get as
9  close as you can to that microphone and speak up as much
10  as you can.
11  THE WITNESS: All right.
12  A. We have a small farm so I am up at about six each
13  morning to feed horses, goats, poultry and the like.
14  I'm usually on the way to my lab by around eight o'clock
15  and spend most of the forenoon with students. I still
16  teach, so I -- occasional lectures, conferences, and
17  then in the afternoon I'm engaged in research at the
18  Duke Lemur Center.
19  Q. How long have you had a farm of your own,
20  Dr. Klopfer?
21  A. Of my own, since I arrived in North Carolina in
22  1958.
23  Q. Okay.
24  A. But I grew up as a farm boy, so I've actually
25  been on farms all my life.

**120**

1  Q. And as a farm boy, your experience was with what
2  kind of animals?
3  A. Mostly dairy cows and dairy goats.
4  Q. Very good. And you mentioned that you work now
5  at Duke University; that you teach students and you work
6  in the lemur center. Do you have a title at the
7  University?
8  A. Yes. Well, I'm -- my title at the University is
9  that of professor emeritus. I'm also a research
10  professor at the Duke Lemur Center.
11  Q. Okay. How would you describe your occupation?
12  A. I consider myself a research scientist first.
13  Secondarily a teacher.
14  Q. Okay. So what degrees or -- or licenses or
15  certificates do you have, Dr. Klopfer?
16  A. Well, I have a doctoral degree from Yale. And,
17  of course, for any work that I do with animals, I have
18  to have protocol approval from the Institutional Animal
19  Use and Care Committee (sic) and the -- indirectly the
20  federal government.
21  Q. I'll ask you a little bit later about that
22  Institutional Animal Care and Use Committee for the
23  benefit of the Court. Are you a member, Dr. Klopfer, in
24  any professional organizations or societies?
25  A. Oh, surely.

**121**

1  Q. Would you mind telling the Court about some of
2  those?
3  A. The Association for -- AAAS, the American
4  Association for Science (sic), the Animal Behavior
5  Society, Sigma Xi, which is the honorary scientific
6  society. Good grief; I haven't -- there are many others
7  just on the tip of my tongue. I can't -- can't --
8  Q. How about any societies or organizations related
9  to lemurs specifically?
10  A. Well, there are no such organization. Every two
11  years there's an International Prosimian Congress and I
12  participate in that.
13  Q. And what is a prosimian, Doctor?
14  A. Prosimians are so-called pre-monkeys; that group
15  of primates that evolved roughly 80 million years ago, I
16  think, and to which the lemurs and lorises and bush
17  babies, Galagos belong.
18  Q. Dr. Klopfer, have you received any awards or
19  other kinds of professional recognition for your work?
20  A. Yes.
21  Q. Would you mind telling the Court about some?
22  A. Well, first one I got was a fellowship from the
23  National Institute of Mental Health and was a fellowship
24  at Cambridge University in England. I was elected a
25  fellow of the AAAS. I was elected a fellow of the

Contact KRAMER at 419-162-1643 or kramer@krameronline.com
to purchase a complete copy of the transcript.

122

1  Animal Behavior Society.  I received the Humboldt prize
2  in science from the German government, which is given to
3  one or two Americans once a year.
4  Q.      Thank you.
5  A.      Some lesser things.
6  Q.      Would you please summarize for the Court
7  something about your body of publications related to
8  lemurs.
9  A.      Well, my early work with lemurs had to do with
10  maternal filial bonding, the neurohumoral; that is the
11  hormonal mechanisms that are involved in establishing a
12  bond between a mother and her infants.
13      I subsequently did a fair bit of work on
14  just the social organization and ecology of several
15  species of lemur, and for the last decade I've been
16  engaged in a fairly intensive study of a particular
17  lemur which hibernates; that is to say it has -- unique
18  among primates it has the capacity to become cold
19  blooded.
20      This is a very fascinating situation because
21  genetically these animals are very similar to us;
22  probably close to 95 percent of our DNA is held in
23  common with this particular animal and yet it can shut
24  itself down and become effectively as cold blooded as a
25  snake; drop its body temperature as low as five degrees

123

1  Celsius, which means there's no brain activity.  The
2  heartbeat drops from 300 beats a minute to about six.
3  It's in a state of suspended animation and it can stay
4  that way for up to six months.
5      So the genetic mechanism as far as we've
6  been able to establish that allows for this is held by
7  us humans as well, but what we seem to lack is the
8  switch that turns us from being euthermic to being
9  poikilothermic; that is -- turns off our ability to
10  thermoregulate.  So my research at the present time is
11  focused on trying to identify that switch since that
12  would have enormous medical implications.
13  Q.      You would like to see human beings --
14  A.      I'm sorry?
15  Q.      You would like to see human beings able to
16  hibernate, Dr. Klopfer?
17  A.      Well, not so much to hibernate, but consider what
18  heart surgeons do now; they try to lower the body
19  temperature and they can do that to a slight degree for
20  a couple of hours.  How enormously beneficial it would
21  be to drop a patient to the point where the brain is not
22  active or the heart is all but still and be able to
23  maintain that state for many, many hours while the
24  surgeon does his work.
25      Of course, NASA has other interests in the

124

1  possibility of this kind of suspended animation.  That
2  may be farfetched, but I do think it's realistic that we
3  might be able to find through the lemurs a way to allow
4  humans to go into this -- this torpid state for extended
5  periods.
6  Q.      How many articles do you think, Dr. Klopfer,
7  you've published over the course of your career?
8  A.      I haven't counted.  It's --
9  Q.      In front of you, Dr. Klopfer is --
10  A.      -- well over a hundred.
11  Q.      Well over a hundred?
12  A.      And quite a few books.
13  Q.      In front of you, you'll find a binder that
14  contains all of the exhibits that the plaintiffs have
15  submitted before the Court.  I wonder if you would humor
16  me and turn to Exhibit 71.  You'll have to turn the
17  pages a little bit at a time.
18  A.      Where are the numbers?
19  Q.      They're along the tab there if you can find it.
20  A.      Which one did you want me to look at?
21  Q.      Seventy-one.  It's almost all the way at the
22  back.
23  A.      Oh, you have my CV there.
24  Q.      That's your CV.  So you recognize that as your
25  CV, Dr. Klopfer?

125

1  A.      Yeah.
2  Q.      If you thumb through that, would you say that's a
3  fair and accurate copy of the CV that you provided to
4  us?
5  A.      Well, if it's what I provided to you, it's fair
6  and accurate, yeah.
7  Q.      Would it -- would it help you in your testimony
8  today to be able to refer to your CV, for example, to
9  enumerate the number of articles that you've published or
10  the kind of publications in which you've been published?
11  A.      If you need that information, sure.
12      MR. PIERCE:  Your Honor, I would like to
13  offer Exhibit 71.
14      THE COURT:  Any objection?
15      MR. THORSON:  No objection.
16      THE COURT:  Seventy-one is received.
17      (Plaintiffs' Exhibit 71 was offered and
18      received in evidence.)
19      MR. PIERCE:  Thank you.
20  Q.      If you would, Dr. Klopfer, name -- I don't know
21  -- three to five of the journals in which you've
22  published research for the Court.
23  A.      Well, National Academy of Sciences, Science
24  Magazine, Animal Behavior, Zeitschrift fur
25  Tierpsychologie.

Case 6:14-cv-02034-JSS   Document #: 219-1   Filed 11/06/2015   Page 5 of 94
Contact A Magic Pen at 219-362-6623 or magicpen@gmail.com
to purchase a complete copy of the transcript.

126

1  **Q.**  Thank you. Have you published in books as well?

2  **A.**  Yeah. There should be a list of them here.

3  **Q.**  Dr. Klopfer, what relation, if any, have your

4  publications or your research had to captive lemurs in

5  particular, as opposed to those in Madagascar -- as

6  opposed to those in the wild in Madagascar?

7  **A.**  Well, I mean my research is based in part on

8  animals in Madagascar; in part on captive animals at the

9  Duke Lemur Center. I haven't written articles

10  specifically on lemur care or caging or that sort of

11  thing if that's -- that's the gist of your question.

12  **Q.**  But you have studied animals in captivity?

13  **A.**  Oh, yeah, indeed. The bulk of my data comes from

14  captive animals.

15  **Q.**  What year did you say, Dr. Klopfer, that you

16  arrived at Duke University?

17  **A.**  1958.

18  **Q.**  And in what year did you begin your work with

19  lemurs?

20  **A.**  That was in 1964 when we started the lemur --

21  what is now the lemur center.

22  **Q.**  So just over 50 years?

23  **A.**  Yeah. We'll be celebrating the 50th year in

24  September of 2016.

25  **Q.**  So tell the Court if you would, Dr. Klopfer,

127

1  something about the Duke Lemur Center that will

2  celebrate its 50th year.

3  **A.**  We were the first institution that was able to

4  successfully breed a number of species of lemur. Up to

5  that time, only the ring-tail and the -- and the Varecia

6  had been occasionally bred in zoos.

7  **Q.**  Can I interrupt, Dr. Klopfer. What are Varecia?

8  **A.**  I'm sorry. That's the -- I'm getting --

9  **Q.**  Is that the ruffed lemur, Dr. Klopfer?

10  **A.**  The ruffed lemur. Thank you. Yeah, do you

11  prefer I use common names then?

12  **Q.**  That would be easier for the Court.

13  **A.**  Okay. Most species of lemur -- even in the zoos

14  in Madagascar -- had never been successfully bred, but

15  we were able -- in the early sixties when it was still

16  possible to export these animals, we were able to get

17  them to breed and, consequently, became the first center

18  for the propagation of the species. Initially, our aim

19  had been to -- in addition to, of course, using them for

20  our studies, it had been to propagate the species so as

21  to be able to reestablish them in areas of Madagascar

22  where they had become extinct. This was in '64, '65,

23  '66.

24      It soon became apparent that these

25  captive-reared animals could not be successfully

128

1  reintroduced into the wild, so -- and at that time too

2  prohibitions on the export from Madagascar or the import

3  into the United States of lemurs occurred, so we shifted

4  our focus entirely on just breeding for research

5  purposes.

6      We were at that time the only such facility

7  in the world. Since then, two other such facilities

8  have sprung up; one at Stony Brook, New York, and the

9  other in Gottingen University, Germany, both directed by

10  people who were trained at the Duke Lemur Center. And

11  those three institutions all have three field stations

12  affiliated with them in Madagascar and that constitutes

13  really the 80 percent or more of the lemur researchers

14  -- that is of the lemur research that's going on in the

15  world.

16  **Q.**  How many lemurs are at your center now,

17  Dr. Klopfer?

18  **A.**  At the moment we're down to 225 and that's

19  probably where we're going to stay. We had at one point

20  up to 800, but the cost of maintaining these proved far

21  more than we could -- we could meet. They're a very

22  costly animal. Not all species equally so, of course.

23  There are some 30-odd species of lemur that we are

24  talking about, but the larger ones -- things like the

25  ring-tailed or the Sifaka -- these are -- cost about as

129

1  much to feed and care for them as it does for an

2  undergraduate at the University.

3  **Q.**  Which is about how much, Dr. Klopfer?

4  **A.**  Between -- well, it depends on which of the fixed

5  costs you're going to include, but we estimate we need

6  four to $5,000 per animal per year.

7  **Q.**  Undergraduate education actually costs a little

8  bit more.

9  **A.**  Well, this is for the room and board of the

10  undergraduate.

11  **Q.**  So just to -- just to confirm, you have

12  ring-tailed lemurs at the Duke Lemur Center?

13  **A.**  Yes.

14  **Q.**  And do you have red ruffed lemurs?

15  **A.**  Yes.

16  **Q.**  So you've also, you mentioned, worked in

17  Madagascar. For how many years have you been going

18  there?

19  **A.**  Since 1966 with -- there are a few years where I

20  couldn't go during the period where the -- the

21  communists were pretty much ruling the country. I

22  couldn't get a visa, of course, so there was about a

23  ten year interval in the seventies where Americans were

24  barred, but I've been going pretty much every year

25  except for that interim.

Contact Realtime Reporting, Inc. 719-362-2996 www.realtime-reporting.com to purchase a complete copy of the transcript.

130

1　Q.　To confirm, do lemurs live in the wild anywhere
2　besides Madagascar?
3　A.　No, no. They're -- they evolved in Madagascar.
4　Well, there have been some put on the Island of Reunion
5　and some placed in Mauritius where they have become
6　wild, but those are only -- I believe it's only the
7　brown lemur -- that's the Genus Eulemur -- which is
8　found on Maruitius and Reunion and they were settled
9　there maybe 40 or 50 years ago.
10　Q.　So you mentioned, Dr. Klopfer, that you sit on
11　the Institutional Animal Care and Use Committee at
12　Duke University?
13　A.　Correct.
14　Q.　Can you describe briefly what that committee
15　does?
16　A.　Well, as you know, the federal government has
17　established standards for the care and use of all
18　animals that are employed in research, and the oversight
19　of and compliance with those rules is entrusted to
20　institutional committees, which in turn are overseen by
21　another group -- so-called AAALAC -- which in turn is
22　overseen by the Department of Agriculture. And so the
23　institutional committee -- the IACUC so-called -- is
24　sort of the first line of defense against misuse or
25　abuse of animals, and we are monitored then by AAALAC

131

1　and the Department of Agriculture and for some animals
2　also by the National Institutes of Health.
3　Q.　For the benefit of the Court, the word you used a
4　minute ago -- IACUC -- that's an acronym of the
5　committee?
6　A.　The Institutional Animal Use and Care Committee
7　(sic).
8　Q.　IACUC. You used another acronym, Dr. Klopfer.
9　That's AAALAC?
10　A.　Yeah. That's the -- oh, goodness. American
11　Association for Animal Laboratory and Care (sic).
12　Q.　So going back to the IACUC, what role have you
13　played on that committee?
14　A.　Well, we -- the entire committee meets monthly
15　and anyone who works with vertebrate animals or with
16　cephalopods is required to submit a protocol detailing
17　everything that he or she intends to do with the
18　animals. A complete description of conditions of
19　housing, conditions of care, procedures to be employed,
20　drugs to be used; basically every detail of the
21　interaction between the experimenter and the animal has
22　to be protocoled.
23　　　　　And the committee then examines each of
24　these proposals and either has them modified if, for
25　example, the veterinary feels the particular drug is

132

1　inappropriate or particular procedure is going to
2　produce unnecessary pain and suffering, it will be
3　changed. And then if all the conditions of the federal
4　regulations seem to be met, we will approve the
5　protocol.
6　　　　　We, in addition, are expected -- each member
7　of the committee is expected four times a year to take
8　part in laboratory inspections, so that indeed when I
9　return to Duke this Thursday, I have on my agenda a
10　visit to two of our research buildings where I will
11　surprise the investigators by peering into their labs to
12　see exactly what they're doing and to assure myself that
13　they are in full compliance with the details of the
14　protocol which we had approved.
15　Q.　Does the committee, Dr. Klopfer, have anything to
16　say about the care of the animals when they're not
17　specifically engaged in the protocol?
18　A.　Oh, yes. They are -- any investigator who wants
19　to have the animals under his own care has to convince
20　us that this is necessary for the purposes of the
21　research and then we very carefully examine the
22　conditions of the lab and the operating procedures of
23　that lab.
24　　　　　In general, however, we require that all
25　animals -- all vertebrate animals that are not actively

133

1　engaged in a research project be housed in a vivarium,
2　which is staffed by a group of veterinarians --
3　specialists in animal husbandry -- so 95 percent I would
4　estimate, if not more, of all of the animals used in
5　research at Duke are not in the care of the
6　investigators except during the course of the
7　experiments, but under the care of a professional staff
8　of caretakers.
9　　　　　And if I want to have lemurs under my own
10　care -- as is the case with the ones I'm using for these
11　hibernation studies -- then I have to first convince the
12　committee that this is necessary; that they can't be
13　properly looked after in the vivarium and then I have to
14　present a detailed care and feeding plan that must be
15　passed by the committee.
16　Q.　Has your involvement in the committee,
17　Dr. Klopfer -- are you having trouble hearing me?
18　A.　I'm sorry?
19　Q.　You are having trouble hearing me.
20　A.　A little bit, yeah.
21　Q.　Okay.
22　　　　　THE COURT: Doctor, if you're having
23　difficulty hearing, we do have an infrared headset that
24　you could put on that might assist. Do you want to try
25　that?

Contact Realtime Reporting, Inc. at 719-362-2364 | www.realtimereporting.com
to purchase a complete copy of the transcript.

134

1    THE WITNESS: Oh, it's not that -- I'm --
2    THE COURT: Okay.
3    THE WITNESS: Thank you very much.
4    THE COURT: All right.
5    THE WITNESS: So far so good.
6    THE COURT: All right.
7  Q.    Has your involvement in the committee,
8  Dr. Klopfer, exposed you to requirements of animal care
9  under the Animal Welfare Act and regulations pursuant
10 thereto?
11 A.    Well, of course. That's what my job is; to make
12 sure that the labs I inspect are in conformity.
13 Q.    So, Dr. Klopfer, you're aware that one of the
14 claims in this case involves the -- the adequacy of
15 animal husbandry and care that's provided to the animals
16 at the defendants' zoo, including the possibility that
17 some of the lemurs have died as a result of inadequate
18 animal husbandry and care there and that those lemurs
19 who have survived, they may also suffer from inadequate
20 animal husbandry and care.
21    But before we get into the specifics of
22 those issues, I wanted us to come to some agreement, if
23 we can, about what animal husbandry might be. So if
24 you'll entertain it, I'm going to read to you a
25 definition of animal husbandry and ask your opinion of

135

1  it. This -- this is a definition that comes from an
2  institution you may know. It's the Association of Zoos
3  and Aquariums.
4    MR. THORSON: Your Honor, I'm going to
5  object to this as being leading.
6    THE COURT: Overruled. As I understand it,
7  he's going to read a definition; ask if the doctor
8  agrees with it or not. I'm going to allow that.
9    MR. PIERCE: Thank you, Your Honor.
10 Q.    Animal husbandry practices ensure that the
11 physiological, biological, psychological and social
12 needs of the animals cared for in zoos and aquariums are
13 addressed.
14 A.    Yes, but I -- and I have to add I helped frame
15 that.
16 Q.    Oh, you did. Do you have anything to -- add
17 or subtract from that definition of animal husbandry?
18 A.    I think it's adequate.
19 Q.    As I mentioned, Dr. Klopfer, that definition came
20 from the -- the AZA; the Association of Zoos and
21 Aquariums.
22 A.    Correct.
23 Q.    You may be aware that the defendants' zoo is not
24 accredited before the AZA. Does that lack of
25 accreditation mean anything for the validity of this

136

1  definition of animal husbandry?
2  A.    I wouldn't think so.
3  Q.    We're also going to talk today, Dr. Klopfer,
4  about what might be generally accepted practices of
5  animal husbandry, so I would like for us to be able to
6  understand together what it might mean that a given
7  practice is generally accepted.
8    MR. PIERCE: In this case, Your Honor, I
9  have no definition of what might be generally accepted,
10 so I'll just elicit the witness' understanding of what
11 that phrase might entail.
12 A.    I'm really not sure how to answer that.
13 Q.    So the -- the -- you may recall, Dr. Klopfer,
14 that the regulations pursuant to the Endangered Species
15 Act concern the meaning of the harassment of captive
16 animals. And that the -- the regulations exempt certain
17 practices related to captive animals from the meaning of
18 harassment so long as they are generally accepted animal
19 husbandry practices. So I wonder if you have an
20 understanding of what it might mean for a practice to be
21 generally accepted as opposed to not generally accepted.
22 And if it's helpful --
23 A.    Well, with the case let's -- what is generally
24 accepted for one species might not be generally accepted
25 for another, so I'm finding it a little difficult to --

137

1  Q.    I think the question, Dr. Klopfer, is not with
2  respect to species, but with respect to institutions.
3  So --
4  A.    All right. Well, the number of -- if we can be
5  specific and talk about lemurs, what is generally
6  accepted as adequate care for lemurs?
7  Q.    Yes, Dr. Klopfer.
8  A.    Okay. I think you would find a consensus among
9  those who work with lemurs as to what is acceptable.
10 Indeed, I'm quite sure you would find a consensus.
11 Q.    Where would you look for that consensus?
12 A.    At the institutions that have lemurs. I mean
13 there are no -- there is one -- one volume on the care
14 of -- of prosimians, which sort of summarizes the view
15 of specialists as to what is adequate care.
16 Unfortunately, the chapters on the cat tail (sic) and
17 the ruffed lemur -- on the -- on the Lemur catta and the
18 ruffed lemur, those are still being written. That
19 hasn't -- that material hasn't yet been published, but I
20 can tell you since I know the principle authors of those
21 chapters that there's no disagreement among them as to
22 what constitutes appropriate care.
23 Q.    Would it be fair to say, Dr. Klopfer, that when
24 you refer to consensus, what -- that the concept of
25 consensus might be an agreement about what's minimally

Contact court at 219-362-6501 or visit www.USLegalSupport.com
to purchase a complete copy of the transcript.

138

1  acceptable?

2  A.  That's correct.

3  Q.  Okay.  So I would like to ask, Dr. Klopfer, in

4  this particular case in which we have captive lemurs who

5  have died and captive lemurs who remain under the care

6  of the defendants, would you be able to describe for the

7  Court why it would be helpful to the Court to have an

8  expert opinion -- to have an expert such as yourself

9  weigh in on these questions?

10  A.  Lemurs live in a somewhat different sensory world

11  than do we.  They're quite visual as we are, but they

12  also have a much greater sensitivity to olfactory

13  stimuli than we do, so that they sense a different

14  environment than we do.  For example, the ring-tailed is

15  -- has numerous scent glands.  There's one set on the

16  head -- the orbital glands.  There's a set over the

17  anus.  There's brachial glands.

18      And each of these glands produces a unique

19  scent which the animal uses for communication.  The

20  scents from these glands can convey to conspecifics.

21  Age, sex, reproductive status, degree of aggressivity; a

22  host of things that you and I in an exchange would

23  convey verbally or in writing, these animals convey

24  olfactorily.

25      So someone who doesn't know lemurs seeing

139

1  them in a cage might not realize just how much their

2  environment has been distorted by the absence of

3  conspecifics providing this kind of communicate -- these

4  kind of communicative signals.

5  Q.  And is the need of expert opinion limited to

6  smells in this case?

7  A.  No, but I mean I cite that as one example that a

8  casual observer wouldn't be aware of.

9  Q.  What's your relationship, Dr. Klopfer, to the

10  animal rights movement?

11  A.  Hostile.  I mean I'm a research scientist.  My

12  lab has been broken into and records destroyed and

13  animals released by people from -- I assume from PETA,

14  so I -- I have no -- no affection for the animal rights

15  movement, I'm sorry to say.

16  Q.  Why did you agree, Dr. Klopfer, to testify in

17  this particular case?

18  A.  Because I am concerned about proper care for

19  lemurs.  These are highly developed animals.  I mean

20  I've already intimated that they are genetically almost

21  as closely related to us as are chimpanzees.  They are

22  very highly sentient; advanced cognitive abilities.

23  They're also a very social species.  The -- specifically

24  -- not all lemurs -- some are solitary -- but these two

25  -- the ruffed lemur and Lemur catta -- never live alone.

140

1  They live in -- in the case of Lemur catta, they live in

2  groups of minimally eight to ten up to 20.

3  Q.  For the benefit of the Court, that's the

4  ring-tail?

5  A.  That's the ring-tail -- I'm sorry -- and the

6  ruffed lemur lives in slightly smaller groups but always

7  in groups, and isolation for them is an extremely

8  harmful proceeding.  I mean I can demonstrate that both

9  through observation of behavioral abnormalities that

10  occur when they're isolated and physiologically, you

11  have an increase in steroid levels.  You have a

12  distortion of the normal EEG -- electroencephalographic

13  -- recordings look quite pathological.  You have

14  elevated heart rates and blood pressure.  I mean there's

15  just no question that when the animal's normal

16  environment is grossly distorted, these animals suffer.

17      And I like lemurs.  I want to protect

18  lemurs.  Yes, I am engaged in research on lemurs, but I

19  don't harm them in that research and, frankly, I'm here

20  because I find it unacceptable to see a highly social

21  lemur like that placed in what is essentially a

22  condition of isolation.

23  Q.  What materials, Dr. Klopfer, would you expect a

24  person engaged in the care of captive lemurs to be

25  consulting?

141

1  A.  I'm sorry; would you repeat that, please?

2  Q.  Yeah.  Dr. Klopfer, if -- if I were to want to

3  care for lemurs in captivity, what -- what sorts of

4  materials -- what should I be reading to make decisions

5  about how to care for them?

6  A.  Well, certainly this volume that I've indicated

7  on prosimian care, even though it lacks a specific

8  chapter on the ring-tail and the ruffed lemur would be a

9  good place to start.  There are enumerable short

10  articles in the various zoo publications that deal with

11  -- with lemur care.  Our own veterinarians have

12  published many dozens of these papers on medical issues

13  and feeding issues, on appropriate diets and the like,

14  on optimal housing conditions.  And then finally, of

15  course, we always encourage institutions that want to

16  start small lemur colonies to come and spend a little

17  time with us and see how it's done.

18  Q.  Have you heard of the Simian Society?  The Simian

19  Society.

20  A.  Simian --

21  Q.  -- society.

22  A.  I don't know of the -- there's a prosimian

23  society which I'm familiar with, but I --

24  Q.  Have you heard, Dr. Klopfer, of The Animal

25  Finders' Guide?

Contact Veritext at 719-362-6801 www.veritext.com
to purchase a complete copy of the transcript.

142

1   A.   I'm afraid I haven't, no.
2   Q.   Have you heard, Dr. Klopfer, of the AZA's Eulemur
3   Animal Care Manual?
4   A.   Have I -- say once again.
5   Q.   The Eulemur Animal Care Manual?
6   A.   What about it?
7   Q.   Have you heard of it?
8   A.   Well, it's in the process of being written.  Oh,
9   the Eulemur.  I'm sorry.
10  Q.   Yeah.
11  A.   No; that exists, of course.  And that doesn't
12  apply specifically to the ring-tail, but it's certainly
13  relevant and most of what it contains would be
14  applicable to the ring-tail and the ruffed lemur.
15  Q.   Did you have anything to do with the publication?
16  A.   Well, I provided information to the authors, but
17  no, I wasn't involved in the actual publication.
18  Q.   Dr. Klopfer, I would like to ask you about the
19  materials that you may have relied on in formulating
20  your opinions about this specific case today related to
21  the care of lemurs at the Cricket Hollow Zoo.  Do you --
22  do you recall any of those materials that you will have
23  relied upon?
24  A.   Well, I relied largely upon the photographs and
25  the statements that these constituted this -- the sole

143

1   housing for the animals.  I relied upon the Department
2   of Agriculture's reports and the descriptions of their
3   investigators.
4   Q.   Did you -- did you read the documents that the
5   defendants provided?
6   A.   I did.
7   Q.   Did you review photographs that the USDA had
8   taken?
9   A.   I did.
10  Q.   Did you review transcripts of the depositions
11  from this trial?
12  A.   I -- not all of them, but the ones that applied
13  to the lemurs, yes.
14  Q.   Which ones did those include?
15  A.   It included discussion of the case of
16  encephalitis, for example.  The -- the conditions of the
17  -- the sanitary conditions in the cages.
18  Q.   Do you recall whether that was the veterinarian's
19  deposition or the defendants' deposition?
20  A.   There were both.  I can't remember which was
21  which now.  I do recall there was a statement made that
22  the encephalitis, which was the presumed cause of death,
23  was untreatable, which I found to be very -- I think I
24  suppose that was made by the veterinarian.  I found that
25  very strange since there had been no necropsy that

144

1   identified the type of encephalitis.
2        There are several different forms of
3   encephalitis -- bacterial, viral, parasitic -- and the
4   parasitic and bacterial forms are treatable, but without
5   a necropsy, there's no way of knowing.  And I was
6   astonished that the veterinarian simply lumped these
7   three kinds into one category without any -- any kind of
8   evidence that I could find in the deposition.
9        There was also some statement made about --
10  I'm not sure whether it was from the veterinarian or
11  from the defendant -- about the occurrence of
12  trichinosis and it was described as a small,
13  single-celled organism -- something of that sort --
14  when, of course, it's a parasitic worm, and again, I was
15  sort of surprised at the sort of casual and erroneous
16  kind of diagnosis.
17  Q.   So let's talk now, Dr. Klopfer, about some of the
18  deaths of the lemurs at the facility.  You mentioned
19  first those who allegedly died of encephalitis.  I
20  wonder if you could turn in your binder there to
21  Exhibit 47.
22  A.   Okay.
23  Q.   Do you recognize that document, Dr. Klopfer?
24  A.   Yes.
25  Q.   Tell the Court, if you would, please, what that

145

1   is.
2   A.   Well, this was the -- I'm looking at the
3   description of a seven-month-old lemur.
4   Q.   Can you -- do you agree, Dr. Klopfer, that this
5   is a necropsy conducted for that lemur?
6   A.   Well, it's totally incomplete.  No serological
7   analysis.
8   Q.   Tell the Court a little bit more about that.  Why
9   do you -- why do you think that this particular necropsy
10  is incomplete?
11  A.   Well, it's -- it's a description of what the
12  veterinarian saw.
13  Q.   As opposed to what?
14  A.   He undertook some stains, but there is no
15  serological, no examination, no attempt to establish
16  what antibodies were present.  It was altogether
17  incomplete.  I don't know how you could make a diagnosis
18  on the basis of this amount of information.
19  Q.   So this particular necropsy failed, in your
20  opinion, to diagnosis between the various kinds of
21  encephalitis?
22  A.   Yes.
23  Q.   And what effect would that have on surviving
24  lemurs, if any?
25  A.   Well, it would make it impossible to know whether

PURCHASED FROM realLegal e-Transcript 1.09.03 by www.realLegal.com
to purchase a complete copy of the transcript.

**146**

1 or not there was any form of treatment possible.
2 **Q.** I think in the front of your binder, Dr. Klopfer,
3 you should have available a couple of charts. At the
4 very -- well, I think they're in the very front of your
5 binder; not within Exhibit 47.
6 **A.** I'm sorry?
7 THE COURT: It's at the very front of the
8 binder. You have to turn the whole thing.
9 **A.** Oh, here.
10 **Q.** Do you have some charts there, Dr. Klopfer?
11 **A.** Plaintiffs' trial brief attachment.
12 **Q.** Let's look at Plaintiffs' Trial Brief
13 Attachment 2.
14 **A.** Yeah. Okay.
15 **Q.** This is just a summary of information that the
16 plaintiffs put together based specifically on
17 information the defendants supplied during discovery.
18 **A.** Uh-huh.
19 **Q.** So you'll see information here summarizing the
20 particular animals who died at the defendants' zoo. The
21 bars in green you'll notice are information about
22 lemurs.
23 **A.** Yeah.
24 **Q.** You'll see that there are two lemurs -- Tootsie
25 and Cheech -- who died; one in 2009; the other in

**147**

1 2010 --
2 **A.** Uh-huh.
3 **Q.** -- reportedly of old age. I wonder, if you
4 would, Dr. Klopfer, share with the Court your opinion
5 about what it might mean for a lemur to die of old age.
6 **A.** Well, they do die of old age. Not -- not often
7 in the wild. There it's more often traumatic than not,
8 but we've had our lemurs die of old age.
9 **Q.** And do you conduct necropsies on those lemurs?
10 **A.** Yes, we do.
11 **Q.** When you conduct necropsies on lemurs who die of
12 old age, what do you often conclude? What do you often
13 find in those necropsies?
14 **A.** I really can't give you an accurate answer. You
15 would have to go to our veterinarians. I mean when our
16 animals die of old age, they're in their late twenties.
17 Some have gone as far as into their thirties so, you
18 know, the death is hardly something that surprises us.
19 We can see them gradually getting feebler and being sort
20 of shuffled aside by the other animals in their troop as
21 they age, so when they do die -- most recently one of
22 the animals I work with died at age 32 -- well, we
23 routinely do a necropsy and save the tissues for future
24 use by other investigators, but I don't concern myself.
25 I mean it's just not a surprise that an animal that's

**148**

1 lived that long is going to die, so I don't lose sleep
2 over it and don't, to be honest, concern myself with the
3 details of the necropsy.
4 **Q.** But it would be important in your estimation,
5 Dr. Klopfer, to know how old the animal was to evaluate
6 whether old age was a significant cause?
7 **A.** Well, yeah. But, of course, in our case we -- we
8 do know what -- the animals we have are all born in our
9 facilities, so we do know their ages.
10 **Q.** Is old age a cause of death? In other words --
11 **A.** Well, not in itself, but old age is accompanied
12 with the deterioration of organ function, as those of us
13 who are aging know only too well.
14 THE COURT: You don't have to look at me
15 when you say that.
16 **A.** I may be ahead of you, but in any case, no, old
17 age in itself is not a cause of death, but organs do
18 decline in their functionality with the passage of time.
19 **Q.** So look a little bit further down the chart if
20 you would, Dr. Klopfer. There's a lemur named Kondo --
21 **A.** Yeah.
22 **Q.** -- who died in July of 2011; according to the
23 defendants -- according to the defendants' materials
24 around the age of 10 years old.
25 **A.** Well, that can happen. You know that can happen.

**149**

1 I wouldn't -- that would not raise a red flag for me.
2 **Q.** Would it raise a red flag for you, Dr. Klopfer,
3 to know that the animal had been at the defendants'
4 facility for less than a year?
5 **A.** No. I mean, you know, people die. So do animals
6 for all kinds of reasons and that they don't -- a death
7 doesn't necessarily mean improper care.
8 **Q.** Would it have been important to necropsy that
9 animal?
10 **A.** I would have thought it would have -- I would
11 have thought it important as a way of assuring myself
12 that there was no infectious disease that might be
13 transmitted to other animals.
14 **Q.** In other words, if one lemur dies at age 10, it's
15 possible that other lemurs will contract --
16 **A.** It's possible. Yeah; it depends on the cause of
17 death.
18 **Q.** So we've just talked about these five lemurs,
19 Dr. Klopfer, and you've -- you've provided several
20 different opinions. I wonder if you could summarize for
21 the Court whether in your view the defendants might be
22 liable for the deaths of any of them?
23 **A.** I couldn't -- I couldn't form an opinion on -- on
24 the basis of the data that I have. I mean the -- the
25 facts that persuaded me to come to testify as an expert

---

150

1 on lemurs was the conditions under which the living
2 lemurs are being held.  To comment on the cause of death
3 of the ones no longer extant involves speculation that I
4 think would be improper for me to engage in.
5         Certainly the conditions under which the
6 living animals are being kept raises suspicions in my
7 mind that the animals that are deceased might have
8 survived had they been subject to better -- better care,
9 but that's speculation.
10        I can certainly state on the basis of my
11 experience with lemurs that the kinds of caging
12 conditions that obtain now are harmful to the animals.
13 It's just so -- a social animal like the ring-tailed
14 simply cannot be kept away from its peers; simply cannot
15 be kept in a small cage where the opportunity to
16 communicate with its peers is eliminated.  That's just
17 -- in my eyes constitutes cruel and inhumane punishment
18 and that's what concerns me and I think would override
19 any concerns I might have as to the causes of the deaths
20 of the other animals.
21 Q.    Do you have -- to confirm, Dr. Klopfer, you have
22 concerns about the possible deaths of the surviving
23 animals?
24 A.    If they do survive, they're going -- they are
25 living miserable lives.  I mean, again, these are

---

151

1 animals whose mental capacities are not all that much
2 below ours.  They don't have verbal abilities,
3 obviously, but they have a very high level of cognitive
4 ability.  They are highly sentient animals.  They can
5 express and display emotions.  If you or I were locked
6 up in a dark cabinet without access to others of our
7 kind, even if we were provided with enough food to keep
8 us alive and minimally healthy, would we not suffer?
9 And I think it a mistake to believe that because these
10 animals don't have our verbal abilities, that they're
11 less capable of suffering.
12 Q.    Let's talk in greater detail about the care of
13 the -- the living lemurs at the center.  Would you
14 please turn to Exhibit 44, and then to page 3 of that
15 exhibit.
16 A.    Okay.
17 Q.    This, Dr. Klopfer, is the defendants' primate
18 enrichment program required of them by the Animal
19 Welfare Act.  At the bottom of page 3 is their
20 description of enrichment as to lemurs.  Before I ask
21 you to comment on that, I wonder for the benefit of the
22 Court if you might explain what enrichment is.
23 A.    Lemurs -- ring-tails in particular -- in the wild
24 range over very large areas; something like four or
25 five hectares.  That would be 12, 15 acres.  So they're

---

152

1 constantly moving around in different trees and
2 vegetation.
3        So to provide that kind of stimulation, that
4 simulates movement through the forest, we have a policy
5 -- indeed a requirement -- that the foliage in our
6 animals' cages, which are quite large, is changed on a
7 regular basis.  Every few days the foliage is moved and
8 replaced with different branches, different leaves, in
9 addition to all kinds of play things are provided and
10 these also are rotated.  They don't have the same toys
11 more than two or three days in a row.
12        Our lemurs are also provided, whenever the
13 weather is halfway decent, access to a 40 acre forest
14 enclosure so that they spend at least half of -- of
15 their lifetimes out in the open uncaged; just fenced in
16 by a large electric fence and that's what we -- we
17 understand by enrichment.
18        As far as food is concerned, our animals get
19 a diet which you and I could survive on; fresh fruits,
20 fresh fruit cocktails daily.  Monkey chow, of course,
21 provides the basic protein needs, but it's supplemented
22 by whatever is available in the way of fresh fruits and
23 vegetables at any given time of the year.
24 Q.    Is there a distinction between environmental
25 enrichment and behavioral enrichment?

---

153

1 A.    Well, behavioral enrichment, by that I assume you
2 mean by allowing access to peers, while environmental
3 enrichment constitutes what we do in the cages.
4 Q.    So referring then back to the defendants' primate
5 enrichment program, you'll note that at the time that
6 they produced this particular --
7 A.    I don't -- I don't recognize this as enrichment.
8 Q.    Say more about that.
9 A.    Well, first of all, having them housed in
10 individual cages I've already indicated is unacceptable.
11 Having them housed in small cages without an opportunity
12 to explore the larger environment I find unacceptable.
13 Not providing fresh foliage and fresh food which they
14 normally have access to I find unacceptable, and in our
15 experience, when we first started the lemur center, the
16 animals that were not given that full enrichment did not
17 thrive.  Our success in enabling -- in getting these
18 animals to breed as prolifically as they are now
19 breeding for us came about only after we came to the
20 realization that we had to simulate the natural
21 environment much more closely than we had previously
22 done.
23 Q.    The lemurs referred to in this particular part of
24 the program, as you know one was a ring-tail, Chuki; the
25 other was a red ruffed, Lucy.  Chuki, based on the

to purchase a complete copy of the transcript.

154

1  defendants' representations, was alone for a period of
2  three-and-a-half years before they introduced a
3  companion to Chuki.  If you turn to page 4, you'll find
4  that Zaboo was introduced into Chuki's cage.  I wonder
5  if you could comment, please, on the effect of those
6  three-and-a-half years of isolation and whether
7  introducing one more companion might compensate?
8  A.    I would expect not.  I mean, again, I would have
9  to examine the animals, but in my own experience a
10 single companion just doesn't cut it for these animals.
11 And we also have found it very difficult to rehabilitate
12 animals once they have been subject to prolonged
13 isolation.
14 Q.    So with respect to the red ruff, we understand
15 that she arrived at the zoo in April of 2009, meaning
16 that for a period of more than six years she's been
17 isolated.  What effect do you expect that has had on
18 her?
19 A.    The animals I have encountered that have been
20 subject to isolation show pathologies of various sorts
21 which never totally disappear.  We have not had any
22 great success -- we have not had any success in
23 rehabilitating animals.  Even animals that have not been
24 subject to these kinds of extreme conditions; that, for
25 example, we've tried to remove from captive conditions

155

1  at Duke to the forests of Madagascar where we have had
2  for some years a large release program we could not
3  successfully retrain to live normally.
4  Q.    Referring back to what we discussed earlier about
5  whether there's a consensus about what's generally
6  accepted to do with captive lemurs, is it generally
7  accepted to house lemurs alone or in pairs?
8  A.    Oh, it's totally unacceptable to house -- we're
9  talking now about ring-tails and ruffed lemurs.
10 Q.    Yes.
11 A.    Because there are lemurs that are solitary.
12 Q.    But not these?
13 A.    They would be quite easily accommodated in a zoo
14 in simple single cages.  So it's -- what I'm saying
15 doesn't apply to all lemurs, but ring-tails and ruffed
16 are among the most social of all lemurs and the least
17 likely to be retained in a healthy viable condition when
18 isolated or in -- or in pairs.  They need a social
19 group.
20 Q.    So based -- based on your experience and your
21 education and knowledge, Dr. Klopfer, does this social
22 isolation harm these animals?
23 A.    Oh, I think there's no question about it.  I mean
24 the very fact of elevated noradrenaline levels predicts
25 all kinds of susceptibility to disease and early death.

156

1  These animals are under stress as a result of being
2  deprived of their social group.  They're being
3  permanently stressed.
4  Q.    Based on your experience, Dr. Klopfer, does this
5  kind of -- of housing significantly disrupt the lemurs'
6  normal behavioral patterns?
7  A.    Yes.
8  Q.    You've already said, Dr. Klopfer, that they're
9  harmed.  Would you say that this kind of housing would
10 create a likelihood of injury to a lemur?
11 A.    Well, it certainly -- continued stress challenges
12 the immune system, increases susceptibility to disease
13 and increases the likelihood of death, yes.
14 Q.    When we referred earlier to the definition of
15 animal husbandry, the AZA had distinguished, if I
16 recall, between social and psychological needs.  What's
17 your opinion, if any, of the adequacy of the defendants
18 meeting these lemurs' psychological needs?
19 A.    Well, they're not being met.
20 Q.    Describe for the Court why you think so.
21 A.    Because they are deprived of their peers.  The
22 normal environment for these animals includes having
23 others of their kin around them all the time.  You never
24 find them in a solitary condition under normal
25 circumstances.

157

1  Q.    Is it possible, Dr. Klopfer, to overcome the --
2  the harm to a lemur by isolation using environmental
3  enrichment?
4  A.    I don't see how.  I mean environmental enrichment
5  certainly mitigates some of the effects of isolation;
6  just as if you were isolated from all other humans but
7  had a large palatial home in which to roam, you wouldn't
8  suffer quite as much as if you were locked up in a small
9  windowless cell, but you would still suffer.
10 Q.    You indicated that you think that the -- the
11 defendants' enrichment program provides no enrichment.
12 A.    That's not -- that's not enrichment.
13 Q.    So what -- what kind of -- if you would, please,
14 describe in greater detail what sort of enrichment would
15 -- would aid these lemurs in mitigating their harm.
16 A.    Well, as I say, all one can do when they're in
17 isolation is mitigation.  You're not going to eliminate
18 the stress that comes from isolation.  These animals are
19 social animals and the presence of peers is an essential part
20 of their environment.
21       However, to reduce whatever stress to
22 whatever degree one can, I would say yeah, I'll provide
23 a large enclosure with vegetation, with trees for them
24 to climb on, with ropes from which they could swing, a
25 playground basically with enough space so that they can

Case 6:14-cv-02034-JSS   Document 142-11   Filed 10/30/15   Page 13 of 94
PURCHASE A DIGITAL VERSION OF THIS TRANSCRIPT AT MyFreeCourtTranscripts.com
to purchase a complete copy of the transcript.

158

1   move around freely, but that's -- that's pretty minimal
2   -- I need to emphasize that's minimal mitigation because
3   for these animals, the social environment is the crucial
4   thing.
5   Q.    Did you see anything in the evidence,
6   Dr. Klopfer, that led you to believe that the defendants
7   were meeting those minimal conditions of enrichment?
8   A.    Well, they're not, no.  Not for the lemurs.  Now,
9   I notice they have other prosimians there, but -- bush
10  babies, for example, are a different -- different
11  animal.
12  Q.    You may be aware, Dr. Klopfer, that the Animal
13  Welfare Act directs the attending veterinarian to
14  oversee the primate enrichment program.  Would it be
15  possible, Dr. Klopfer, for a veterinarian without
16  experience with lemurs properly to oversee such a
17  program?
18  A.    You have to have experience with these animals to
19  know what -- what they need.
20  Q.    If you would, Dr. Klopfer, please turn to
21  Exhibit 63.
22        MR. PIERCE:  Your Honor, these have not yet
23  been offered into evidence, but we will do so at the
24  time in which we authenticate them.
25  A.    Okay.

159

1         THE COURT:  Well, I'm not sure what that
2   means.  He can't testify as to exhibits which haven't
3   been received into evidence.
4         MR. PIERCE:  So it would have been
5   necessary, Your Honor, to bring the plaintiff who took
6   this photograph into court --
7         THE COURT:  No.
8         MR. PIERCE:  -- in advance of Dr. Klopfer's
9   testimony?
10        THE COURT:  No, because this is a
11  Category B exhibit so foundation is waived.  The
12  objection presumably is to relevance.
13        MR. THORSON:  Yes, Your Honor.
14        THE COURT:  I can't tell you what to do, but
15  if you want this witness to testify about this exhibit,
16  I would offer it and see what kind of objection you get
17  and see what kind of ruling you get.
18        MR. PIERCE:  I will do that, Your Honor.  I
19  will offer Exhibit 63 into evidence.
20        (Plaintiffs' Exhibit 63 was offered in
21        evidence.)
22        THE COURT:  Any objection?
23        MR. THORSON:  As to the relevance of the
24  exhibit, Your Honor.
25        THE COURT:  Overruled.  Exhibit 63 is

160

1   received.
2         (Plaintiffs' Exhibit 63 was received in
3         evidence.)
4   Q.    So if you turn, please, Dr. Klopfer, to page 3.
5   Are you there?
6   A.    I'm sorry; what?
7   Q.    Page 3 of this exhibit.
8   A.    Yeah.
9   Q.    Describe for the Court what you see there.
10  A.    I'm seeing the back side of a ring-tail sitting
11  on a log.
12  Q.    So what, if anything, occurs to you about the
13  contents of this photograph?
14  A.    Well, I hesitate to comment on what I see here
15  because the photograph is -- doesn't give me the full
16  context.  I mean what I see is a barren looking cage
17  with an unhappy looking lemur, but I mean that -- that's
18  a momentary snapshot and I don't know what else is --
19  Q.    What about this photograph leads you to believe
20  that the --
21  A.    Well, I would -- I mean obviously I know what the
22  context is, but from this photograph alone, I can't make
23  -- come to any conclusions.
24  Q.    You said you think the lemur looks unhappy in
25  this moment.

161

1   A.    Well, this is -- a hunched posture is that of a
2   depressed lemur and if the rest of the cage is as barren
3   as this photograph discloses, then, of course, I could
4   come to the conclusion that this is pretty harrowing
5   kind of confinement situation.
6   Q.    You used the word depressed, Dr. Klopfer?
7   A.    Yeah.
8   Q.    Is that in the psychological sense?
9   A.    That's in a physiological sense.
10  Q.    What do you mean by that?
11  A.    By that I mean this animal is probably in a near
12  catatonic state; probably has a very high heart rate;
13  undoubtedly has elevated -- elevated noradrenaline
14  levels and probably is relatively insensitive at this
15  moment to acoustic stimuli, which is pathological for
16  these animals.  But that's, in part, speculative, of
17  course.  It's -- this is a momentary snapshot and who
18  knows what the animal could have been doing a second
19  before or a second after.
20  Q.    If you would, Dr. Klopfer, please turn to
21  Exhibit 22.  You will recognize, Dr. Klopfer, Exhibit 22
22  an as inspection report from the United States
23  Department of Agriculture.
24  A.    Okay; when I get there.
25  Q.    I'll just talk while you do.  It's dated

to purchase a complete copy of the transcript.

162

1  September 25, 2013.  During this particular
2  inspection --
3  A.    Oh, yeah.  Okay.
4  Q.    -- the USDA provided not only its written
5  observations, but a number of photographs of the
6  defendants' facility.
7  A.    Yeah.
8  Q.    If you turn with me to --
9  A.    Oh, yeah; I remember this one very well because
10  it's the one that refers to the feces that were at the
11  bottom of the cage.
12  Q.    It may be, Dr. Klopfer.  Let's begin with a
13  photograph.
14  A.    Oh, well, then I'm on the wrong page.
15  Twenty-two?
16  Q.    Exhibit 22; if you keep turning to page 31.
17  A.    Page 31.
18        THE COURT:  The numbers are in the lower
19  right-hand corner of the exhibit.
20        THE WITNESS:  Oh, okay.
21  A.    Yeah, I see it now; 33, 32, and 31.  Okay.  Okay.
22  Got it.
23  Q.    So you mentioned that in the prior photograph of
24  the ring-tailed enclosure, you were unable to see the --
25  their full enclosure.

163

1  A.    Yeah.
2  Q.    This represents what is on the insides of the
3  ruffed enclosure.  In other words, the animals' indoor
4  access.
5  A.    Uh-huh.
6  Q.    If -- if you were to assume that the ruff's
7  outdoor access resembled that of the ring-tailed that
8  you just saw and you now put together what you can see
9  of the indoor access, what might you conclude about the
10  adequacy of the enclosure for these animals?
11  A.    Well, pretty dirty and they're pretty small.
12  Q.    And why would either of those things matter?
13  A.    Well, the size, of course, matters because these
14  animals are free ranging.  The ruffed lemur indeed
15  spends about 80 to 90 percent of its day high in the
16  crowns of trees.  They don't like to be down on the
17  ground.  The ring-tail spends a third of its time on the
18  ground, so a small cage that doesn't have much height is
19  not so detrimental to their welfare as it is for the
20  ruffed lemur.
21        The presence of feces and cobwebs and such
22  is a factor insofar as it interferes with their
23  olfactory senses, which are, as I say, highly attuned.
24  So to use an analogy, having them in a smelly
25  environment is like having us be in a room where there's

164

1  constantly white noise being amplified.
2  Q.    Would you say that the makeup of these enclosures
3  disrupts these lemurs' normal behavioral patterns?
4  A.    Oh, it totally precludes the normal behavioral
5  pattern.  As I just said, the ruffed lemur likes to move
6  vertically and they're absolutely unable to do that
7  here.  If you come out to our lemur center, if you want
8  to see the ruffed lemurs, you've got to climb 40 feet up
9  into the pine trees.
10  Q.    So based on your experience, Dr. Klopfer, is this
11  disruption of their normal behavioral patterns likely --
12  is this disruption of their normal behavioral patterns
13  going to create a likelihood of injury to those animals?
14  A.    The disruption of the normal behavioral pattern
15  is concomitant with all kinds of physiological
16  disturbances.  It's all part of the same pattern and a
17  disturbance of these increases susceptibility to disease
18  and increases the probability of death.  Again, it's
19  part of this whole package of continuous stress.
20  Q.    Is it -- is it generally accepted part of the
21  common consensus to house lemurs in enclosures like
22  this?
23  A.    No, of course not.
24  Q.    You mentioned, Dr. Klopfer, when I referred you
25  to that inspection report you had a memory of feces

165

1  there.  Can you please go into greater detail for the
2  Court about what's -- why you remember that and what's
3  important about that in the care of lemurs?
4  A.    Well, there are all kinds of different lemurs.
5  Some are nocturnal; some are diurnal; some range widely;
6  some don't; some are social; some are solitary, and each
7  species thus has very particular requirements that are
8  pretty much unique to it.
9        So bush babies, for example, which I notice
10  they have, very readily accept other animals as if they
11  were conspecifics.  So while bush babies are basically a
12  social animal, they're not a -- their sociality is not
13  restricted to their own kind.  So you could have a bush
14  baby in your home and it could form an alliance with
15  your cat and show absolutely normal behavior, live a
16  normal happy life in bush baby terms without ever seeing
17  another bush baby.
18  Q.    What about a lemur?  Could a lemur --
19  A.    But a Lemur catta is a different kind of animal.
20  For it, the normal environment consists of other lemurs
21  of its species and, therefore, they are not readily
22  going to adapt to substitute.
23  Q.    Could a ruffed lemur form a bond with a bush
24  baby?
25  A.    Well, they could learn to get along the way dogs

Visit RealLegal.com
to purchase a complete copy of the transcript.

---

**166**

1 and cats can learn to get along, but would the alien
2 species be a substitute?  No, absolutely not.  You know,
3 we -- we house our lemurs in mixed species groups, so
4 the Lemur cattas and the Lemur fulvus run into each
5 other frequently during the course of the day, but they
6 never interact with the other species the way they
7 interact with their own.
8 Q.    Could a ruff lemur form a bond with a human
9 being?
10 A.    Again, I'm not sure what you mean by bond.
11 There's no way a ruffed lemur or a -- or a ring-tail
12 lemur can communicate with a human.  We don't have the
13 olfactory sensitivity or capacity to communicate
14 olfactorily.  Yeah, you could train the lemur to come to
15 you as you would train a dog, but you would never be a
16 substitute.  And if by bonding you mean forming the kind
17 of alliance that is formed naturally, normally, allowing
18 the kinds of exchanges that occur naturally and
19 normally, the answer is no.  Cattas will bond with
20 cattas and not with anything else.
21 Q.    So going back again, Dr. Klopfer, to the concern
22 about the feces, you may be aware that the Animal
23 Welfare Act requires that excreta -- animal waste -- and
24 food waste be removed from the inside of an indoor
25 enclosure daily and from underneath them as often as

---

**167**

1 necessary to prevent an excessive accumulation of feces
2 and food waste.  Why would that be necessary?  Why would
3 the Animal Welfare Act require such routine --
4 A.    Well, I think when it was written, it was before
5 much was known about lemur behavior and it was written
6 simply because of the general awareness that this allows
7 for multiplication of bacterial and viral organisms
8 which could be inimical to the health of the organism.
9 But in the case particularly of the Lemur catta, there's
10 the additional reason that these animals have this very
11 high degree of olfactory sensitivity that I've mentioned
12 and that is quite disruptive to them.  They would be
13 constantly bombarded with strong scents.
14 Q.    And to be sure, Lemur catta, again, is ring-tail?
15 A.    I'm sorry?
16 Q.    Lemur catta again, Dr. Klopfer, is the ring-tail?
17 A.    The ring-tail.
18 Q.    Okay.  Would a lemur in the wild ever spend any
19 significant amount of time around its own waste?
20 A.    Well, no.  First of all, they cover a very large
21 area as I mentioned.  They don't have habitual roosting
22 or sleeping places and, consequently, the wastes are
23 dispersed widely and then because it's a very rich
24 environment, there are all kinds of insects that quickly
25 dispose of the wastes.

---

**168**

1 Q.    On August 20th of 2012, Dr. Klopfer, the USDA
2 inspected the defendants' facility.  If you want to turn
3 there, you're welcome to.  It's Exhibit 14, page 1.  The
4 USDA found on that particular day that approximately
5 two weeks of animal waste had collected in one spot
6 under the branch in the outdoor run of the ring-tailed
7 lemur enclosure.
8      What would be your analysis, Dr. Klopfer, of
9 a situation in which two weeks of animal waste
10 accumulated below the perch of a ring-tailed lemur?
11 A.    Well, do you really expect me to say anything
12 other than I'm appalled?  I mean come on.  Daily
13 cleaning is de rigueur in the case of captive animals.
14 Q.    Would that accumulation of waste or any
15 accumulation of waste in your experience significantly
16 disrupt the normal behavioral patterns of a lemur?
17 A.    It would be very unpleasant to the lemurs to have
18 to cope with that, yes.
19 Q.    Would -- you mentioned something about bacteria
20 and other organisms that can build up in food, but
21 considering that in addition to the effect this might
22 have on their olfactory senses, would this kind of
23 accumulation of waste or any accumulation of waste
24 create a likelihood of injury for these animals?
25 A.    Sure.

---

**169**

1 Q.    And why is that?
2 A.    It's a medium for bacterial growth or parasite
3 proliferation or viral multiplication.  I mean you're
4 talking about pretty fundamental issues of hygiene here,
5 aren't you?
6 Q.    Going back to the consensus that we've discussed,
7 would it be generally accepted to allow this
8 accumulation of waste?
9 A.    No, of course not.
10 Q.    The USDA observes here, Dr. Klopfer, that the
11 waste had collected in one spot under the branch.  Does
12 that mean anything to you?
13 A.    Well, it means these animals didn't have an
14 incentive to move, which means either that they were in
15 a severely depressed state or there were inadequate
16 other perching sites available to them or both.
17 Q.    And what would be the effect of being in a
18 depressed state or lacking incentive to move?
19 A.    Well, that is symptomatic of high levels of
20 stress and I mean that in a physiological sense.
21 Q.    Going a little bit further back, the USDA visited
22 the facility in August of 2011.  This now is Exhibit 7.
23 On page 4 of Exhibit 7, Dr. Klopfer --
24 A.    Okay.
25 Q.    -- the USDA found an excessive presence of waste

170

1  not underneath, but on the perch in the red ruffed
2  lemur's enclosure and they observed this comes into
3  contact with the lemur when it is on the perch?
4  A.   Uh-huh.
5  Q.   What would be your response to that situation?
6  A.   Totally unacceptable situation.
7  Q.   Why would a lemur defecate or urinate on its own
8  perch?
9  A.   Because it didn't have opportunity or incentive
10 to move; again, which could be either due to severe
11 depression or inadequate alternative places to perch.
12 Q.   So ordinarily a lemur wouldn't -- wouldn't
13 defecate on its perch?
14 A.   These are very fastidious animals.  They're
15 constantly grooming themselves and one another.  You
16 will never find a lemur in the wild that is soiled by
17 feces or urine.
18 Q.   I want to ask, Dr. Klopfer, earlier you mentioned
19 that a veterinarian with no experience caring for lemurs
20 would be unable to oversee a primate enrichment program.
21 I want to talk with you some about the veterinarian that
22 the defendants have selected to provide the care at
23 their facility, and I'll just start by asking whether
24 you formed an opinion about their veterinarian -- about
25 the adequacy of the care that the veterinarian can

171

1  provide.
2  A.   Well, the veterinarian, by his own admission, had
3  no prior experience with lemurs and there's no evidence
4  that he's familiar with the literature on lemur care, so
5  my conclusion would have to be that he's not properly
6  trained to deal with lemurs.
7  Q.   Why would a veterinarian need proper training --
8  why would a veterinarian need specific training as to
9  lemurs?
10 A.   Well, specific training at least for primates,
11 even though lemurs have some requirements that are
12 unique to them.  Primates pose different challenges than
13 do other mammals to the -- and I think every veterinary
14 school in the country has special programs for those of
15 its students who want to work with primates.
16 Q.   Could a bovine veterinarian provide proper care
17 to a lemur?
18 A.   Well, he would have to have some experience with
19 or training about lemurs to do so.  With that training
20 -- which wouldn't be all that complex -- yes, of course.
21 But it does require that specialized knowledge which
22 just working with cows and horses doesn't provide.
23 Lemurs are very different animals from cows and I can --
24            THE COURT:  We're going to take our morning
25 recess.  We'll stand adjourned for 20 minutes.  Start in

172

1  again at 10:45.
2            (Recess at 10:26 a.m., until 10:47 a.m.)
3            THE COURT:  Doctor, you're still under oath.
4            Mr. Pierce?
5            MR. PIERCE:  Thank you, Your Honor.  Just
6  two quick housekeeping matters.  One, Your Honor, I
7  would like the Court's permission to depart after the
8  expert's testimony closes to bring him to the airport.
9            THE COURT:  Excuse me?
10           MR. PIERCE:  Well, Your Honor --
11           THE COURT:  I didn't hear what you said.
12           MR. PIERCE:  In case -- in case we move on
13 to examine one of our clients after the expert's
14 testimony closes, I'm asking the Court's permission to
15 leave and bring the witness to the airport.
16           THE COURT:  Take Mr. -- or Dr. Klopfer to
17 the airport?
18           MR. PIERCE:  Yes, Your Honor.
19           THE COURT:  I assume that one of the other
20 four lawyers --
21           MR. PIERCE:  Yes, Your Honor.
22           THE COURT:  -- that you have will continue
23 without you.
24           MR. PIERCE:  Yes, Your Honor.
25           THE COURT:  Yeah; I don't have any problem

173

1  with that.
2            MR. PIERCE:  Thank you, Your Honor.  And the
3  other matter, Your Honor, is I referred Dr. Klopfer
4  earlier to the necropsy reports in Exhibit 47.  I did
5  not offer that exhibit into evidence and I wish to do so
6  at this time.
7            (Plaintiffs' Exhibit 47 was offered in
8            evidence.)
9            THE COURT:  Any objection to Exhibit 47?
10           MR. THORSON:  The same objection,
11 Your Honor; relevance.
12           THE COURT:  Overruled.  Forty-seven will be
13 received.
14           (Plaintiffs' Exhibit 47 was received in
15           evidence.)
16           MR. PIERCE:  Thank you, Your Honor.
17           DIRECT EXAMINATION (Continued)
18 BY MR. PIERCE:
19 Q.   Dr. Klopfer, before the break, we were discussing
20 aspects of the zoo's chosen veterinarian and their
21 program of -- of veterinary care.  You had been
22 describing the special training that a veterinarian
23 might need to care properly for -- for lemurs.  I would
24 like to ask based on your knowledge, your education and
25 your experience, would the selection of a veterinarian

Case 6:14-cv-02034-JSS   Document 42-19   Filed 11/30/05   Page 17 of 94
CONTACT US AT 319-383-3030 or realtimereporters.com
to purchase a complete copy of the transcript.

174

1 with the -- the background as you've come to understand
2 it create a likelihood of injury for the lemurs in the
3 defendants' care?
4 A.    It would certainly decrease the probability of
5 appropriate response to a medical emergency.  I don't
6 know that it would in and of itself cause harm.
7 Q.    If -- if you were to know, Dr. Klopfer, that the
8 veterinarian had never provided care to the lemurs,
9 would that create a likelihood of injury to these
10 animals?
11 A.    Well, again, it would be a matter of there being
12 no appropriate response to the presence of a medical
13 condition.  I mean the absence of a doctor doesn't cause
14 a problem.  It just makes it impossible to respond
15 properly to a problem.
16 Q.    Can conditions be diagnosed without the
17 participation of a veterinarian trained in lemur care?
18 A.    By someone who's familiar with the animals, yes,
19 some conditions can be.
20 Q.    Can appropriate courses of treatment be
21 recommended without the participation of a trained
22 veterinarian?
23 A.    In some cases, yes.
24 Q.    In which cases, do you think?
25 A.    Well, when an animal has diarrhea, you don't need

175

1 a veterinarian to diagnose that and the first course of
2 treatment would be an alteration in diet and, again, an
3 experienced caretaker would know what sorts of changes
4 are appropriate.  Certainly having a veterinarian's
5 opinion would be useful and valuable, but I wouldn't
6 insist that it's always essential.
7 Q.    If you were to know that the zoo's veterinarian
8 has never provided care to its lemurs, would that change
9 your opinion in any way about the five lemur deaths that
10 we discussed earlier?
11 A.    Well, it would certainly make me wonder if those
12 deaths couldn't have been avoided had there been
13 appropriate skilled care available.
14 Q.    Did you find anything in the record -- the
15 materials that you reviewed, Dr. Klopfer, that led you
16 to believe that these lemurs are receiving adequate or
17 appropriate veterinary care?
18 A.    Well, the evidence that I have seen would suggest
19 that they are not being adequately -- properly diagnosed
20 when problems arose and without a proper diagnosis, of
21 course, appropriate treatment is impossible.
22 Q.    So the distinction you're making if I understand
23 you, Dr. Klopfer, is that without a diagnosis, there is
24 no proper treatment, but that the lack of treatment
25 doesn't create the -- the original problem or injury for

176

1 the animal?
2 A.    The original problem was the result of improper
3 husbandry practices and caging.
4 Q.    So if we were to combine improper husbandry
5 practices and caging with a lack of appropriate
6 veterinary care, would that create a likelihood of
7 injury in these animals?
8 A.    That would be a fatal combination, yes.
9 Q.    A fatal combination.
10 A.    But just having a good vet wouldn't solve the
11 problem that's created by the isolation and improper
12 housing, let me add.
13 Q.    Is the common consensus that it is important to
14 have a good vet and to diagnose and to treat lemurs?
15 A.    I would think so, yeah.
16 Q.    Let me ask you about euthanasia, Dr. Klopfer.  Is
17 it important ever to euthanize lemurs?
18 A.    Oh, yeah.  There are certain conditions which
19 make it impossible to keep the animal living in a
20 reasonably comfortable condition.
21 Q.    And can you -- can you think of any conditions
22 that that might include?
23 A.    Broken leg.  Lemurs will fall quite often and
24 they do occasionally break a bone.  It's not possible to
25 splint the bone and keep them under social conditions.

177

1 If it's a simple fracture, perhaps they can be saved,
2 but if it's a compound fracture where you really have to
3 immobilize the animal, it's better for the animal to
4 employ euthanasia, I believe.  This, of course, is a
5 disputable point; when does the animal's suffering
6 become sufficiently large to justify euthanasia rather
7 than some kind of remediation.  But in my own judgment,
8 if there's a severe fracture that requires isolating the
9 animal from its peers for more than a few days, then
10 euthanasia is preferable.
11 Q.    What about encephalitis?  Would it be important
12 to euthanize an animal with encephalitis?
13 A.    Well, if it's a viral encephalitis, death will
14 occur quickly enough that it's probably not necessary,
15 but yeah, if -- if the animal were having convulsions, I
16 would euthanize it.
17 Q.    So if I understand you, it's generally accepted
18 to euthanize lemurs under certain circumstances, but not
19 others?
20 A.    Yeah.  Now, we've -- we don't do it often, but we
21 have had to do it repeatedly.
22 Q.    I'm going to ask you a broader question and that
23 is whether you found, Dr. Klopfer, anything in the
24 inspection reports from the USDA where -- or any of the
25 other materials regarding the conditions of animals at

Electronically signed by Patricia Reinke (301-319-1466-3301)
to purchase a complete copy of the transcript.

178

1 the zoo who are not lemurs, whether any of that
2 information that is not specific to lemurs informs your
3 opinion in any way of the ability of the defendants to
4 provide care to the lemurs?
5 A.      Well, certainly it's -- it paints a picture of a
6 casual approach to animal care which is not favorable,
7 but I would say that I would not -- if the lemurs were
8 properly housed and properly cared for, I would not be
9 influenced by those other reports concerning other
10 animals simply because I'm not sufficiently conversant
11 with the needs of many of these other animals to know
12 whether the inspectors are nitpicking or not.
13         So I'm really just focusing and just able to
14 focus on the conditions of the lemur, and yes, my
15 overall view of the conduct of the zoo certainly is
16 certainly colored by those not very favorable reports
17 from the ag department, but by and -- you know, when it
18 comes right down to making a decision as to whether the
19 care for these lemurs is adequate or not, I'm just
20 looking at the conditions under which the lemurs
21 themselves are being held and disregarding comments
22 about tigers and bears and the like.
23 Q.      If you would turn to Exhibit 33.
24 A.      I'm sorry?
25 Q.      If you would please turn to Exhibit 33.

179

1 A.      Okay.
2 Q.      On page 2, Dr. Klopfer --
3 A.      Yeah.
4 Q.      -- you will find there a description of the
5 environmental enrichment program as it related to Obi
6 the baboon at the time the inspector visited.
7 A.      Uh-huh.
8 Q.      Please take a moment to read for yourself that
9 first paragraph.
10 A.      Yeah; I've read it before.
11 Q.      You have, so you recognize that?
12 A.      Oh, yeah.
13 Q.      So you'll -- you'll have seen there that the
14 baboon was exhibiting fairly severe psychological
15 distress and that that distress was related in part to
16 his isolation as a nonhuman primate which, of course, is
17 a fact related to the care of the lemurs here.  You will
18 also see at the end of that paragraph that the USDA
19 includes this observation:  The licensee confirmed that
20 Obi has not received any special attention or enrichment
21 due to the abnormal behaviors.
22         Now, given that a baboon is a nonhuman
23 primate, is there anything about the distress that the
24 baboon exhibited here and the response of the licensee
25 that informs your opinion about the possibility that

180

1 these lemurs might ever receive appropriate care?
2 A.      Well, as I've said before, it is my judgment
3 these lemurs are not receiving appropriate care and that
4 is -- makes the condition of the baboons irrelevant.  I
5 mean baboons are primates that also require social
6 enrichment and if the USDA's report is to be believed --
7 and I see no reason to doubt it -- then the baboons are
8 also not receiving proper care, but that's not relevant
9 to me when it comes to deciding whether or not the
10 lemurs are getting proper care.  The lemurs are not
11 getting proper care and even if the baboons were doing
12 just fine, I would still maintain the lemurs were not
13 receiving proper care.
14 Q.      So based, Dr. Klopfer, on your knowledge --
15 A.      And I -- I understand what you're wanting me to
16 say, but I have not visited the zoo and I'm not prepared
17 to make a general judgment about the conditions of the
18 zoo.  I am just looking at the conditions under which
19 the lemurs are being held and there I can say without
20 qualification these animals are -- are not properly
21 looked after.  They are at risk.  They are suffering and
22 what the cases with other animals is at the zoo is to me
23 irrelevant.
24 Q.      Just a few more questions then, Dr. Klopfer.
25 Based on your knowledge and your experience and your

181

1 education, as well as on what you find in the record,
2 what is your opinion about whether the defendants are
3 capable of caring for the lemurs that they have in
4 accordance with generally accepted practices?
5 A.      I don't know if they are capable of providing the
6 kind of space and the number of animals that would be
7 necessary for proper care of these lemurs.  They have
8 certainly not demonstrated that they're able to do so.
9 There would be a problem even if they were willing to
10 finding lemurs to provide the proper social environment
11 because there's no way you can obtain these animals
12 readily.  Export from Madagascar is forbidden by
13 international treaty as well as domestic law, so whether
14 they could or not is almost a moot question.  They
15 haven't demonstrated their ability to do so.  I see a
16 great difficulty in obtaining the animals that would be
17 required.  Could they do it nonetheless?  Well, that's a
18 question you would need to put to them.
19 Q.      You did mention earlier, Dr. Klopfer, that at the
20 lemur center in North Carolina you try as best you can
21 to approximate the habitat that they enjoy in
22 Madagascar.  Having read the record and having seen the
23 photographs that we viewed earlier together, if you knew
24 that the defendants were to house the lemurs entirely in
25 doors through the course of the -- of the winter months,

Case 6:14-cv-02034-JSS   Document 42-19   Filed 10/30/15   Page 19 of 94
CONTRACTOR123.com
to purchase a complete copy of the transcript.

182

1  what conclusions would you draw from that, if any?
2  **A.**  That these animals would be harmed.
3  **Q.**  And why is that?
4  **A.**  Because of the nature of the confinement in
5  impoverished space, a very small space and the absence
6  of peers.
7  **Q.**  So just to -- just to confirm then, Dr. Klopfer,
8  based on your knowledge, experience and education, are
9  the defendants managing their zoo in a manner that
10  significantly disrupts the normal behavioral patterns of
11  these lemurs?
12  **A.**  Insofar as the lemurs are concerned, they are
13  not.  They are not managing them appropriately and the
14  animals are very much at risk and I would contend show
15  signs of suffering.
16  **Q.**  So then ultimately, Dr. Klopfer, given what you
17  know and what you've said, what would you prefer to see
18  happen to these animals -- to the lemurs?
19        THE COURT:  What the doctor prefers really
20  is of no concern to me.  I mean the issue here is
21  whether or not these animals are being harmed at the
22  zoo.  Whether he prefers that they be taken home with
23  him or delivered someplace else really isn't at issue in
24  this case.
25        MR. PIERCE:  Thank you, Your Honor.  I

183

1  withdraw the question.  Then give me one moment, please,
2  Your Honor, to confer with counsel and --
3        THE COURT:  You may.
4        MR. PIERCE:  No further questions,
5  Your Honor.
6        THE COURT:  Mr. Thorson?
7        MR. THORSON:  Thank you, Your Honor.
8              CROSS-EXAMINATION
9  BY MR. THORSON:
10  **Q.**  Dr. Klopfer, can you hear me?
11  **A.**  I can; thank you.
12  **Q.**  And I've got a few questions for you.  There's a
13  red ruffed lemur at Cricket Hollow Zoo called Lucy and
14  Lucy is about 15 years old.  I've read someplace that
15  15 years would be about the maximum life span in the
16  wild.  Is that true or not?
17  **A.**  We don't know what the life span is in the wild.
18  The lemur -- the ruffed lemurs are very difficult to
19  study because they live in the canopy and it's very
20  difficult to capture them and without having radio
21  collars on them, we can't keep track of who they are or
22  where they are or when they die.  So we don't have good
23  life histories.  Certainly in captivity they will live
24  twice that long.
25  **Q.**  What does an average red ruffed lemur weigh, do

184

1  you know?
2  **A.**  Oh, golly.  Last time I would have looked, it
3  would have been roughly around eight to ten kilos.
4  **Q.**  And does that matter whether it's a male or
5  female?
6  **A.**  The females are slightly larger.
7  **Q.**  Okay.
8  **A.**  But only very slightly.  The overlap -- there's
9  no significant dimorphism in either of those species.
10  **Q.**  And what about the ring-tailed lemur?
11  **A.**  The same.  There's -- very hard to tell them
12  apart just casually in terms of size or appearance.
13  **Q.**  What about the average weight of a ring-tailed
14  lemur?
15  **A.**  They're a little lighter.
16  **Q.**  And do you have an estimate about the weight
17  then?
18  **A.**  I -- I can't -- I can't be precise.  I haven't
19  weighed a catta in many years.
20  **Q.**  And you yourself have never seen the enclosures
21  at Cricket Hollow Zoo?
22  **A.**  No, I have not.
23  **Q.**  You've only seen photographs of portions --
24  **A.**  Only seen photographs and the department of ag
25  reports.

185

1  **Q.**  And you're aware, aren't you, that the Animal
2  Welfare Act provides for certain space for nonhuman
3  primates as far as their enclosures?
4  **A.**  (No audible response.)
5  **Q.**  Is that a yes?
6  **A.**  Yes.
7  **Q.**  And are you claiming that the enclosures at
8  Cricket Hollow Zoo don't meet those requirements?
9  **A.**  I'm claiming they don't meet the requirements of
10  lemurs that are to be kept in a healthy condition
11  irrespective of what the federal regulations say.
12  Federal regulations, I have to point out, are in many
13  cases not relevant to the care of lemurs.  They're in
14  the process of being revised as we talk because at the
15  time they were written, there were virtually no captive
16  lemurs except in a few isolated zoos here and there.  We
17  knew nothing about them.
18        For example, the federal regulations specify
19  the minimum temperatures at which lemurs can be housed.
20  I had to go all the way to the top of the hierarchy in
21  the Department of Agriculture before I could get a
22  waiver for the fat tailed lemurs that I do work with
23  since these animals are exposed to temperatures normally
24  right down to freezing and indeed require these low
25  temperatures in order for torpor to be induced and, in

**186**

1  turn, torpor has to be induced for reproduction to
2  occur, so the federal regulations were just totally
3  blind to the unique requirements of these lemurs.
4          And thus I can quite freely say the federal
5  regulations respecting space for nonhuman primates
6  really are not -- if you're interested in the well-being
7  of the animals are not applicable to most lemurs.  Most
8  lemurs require far more space and then there are a few
9  species that require very much less space than the
10  federal guidelines, which are based on the needs of
11  baboons, chimpanzees and Rhesus macaques, stipulate.
12  Q.      Getting back to my original question,
13  Dr. Klopfer, my question was you're not claiming that
14  Cricket Hollow Zoo violates the federal regulations as
15  far as space for nonhuman primates, are you?
16  A.      I am saying that they are violating that -- those
17  requirements, yes, because the requirements also entail
18  levels of enrichment which the cages cannot provide.
19  Q.      And are you stating that -- have you seen any
20  types of either direct noncompliances or indirect
21  noncompliances that state that with regard to Cricket
22  Hollow Zoo?
23  A.      Well, the reports by the Department of
24  Agriculture I think do point to conditions of
25  noncompliance, yes.  But as I said from the outset, my

**187**

1  focus has been on the conditions under which the Lemur
2  cattas are being kept and I'm asserting that whatever
3  the federal regulations are, the conditions are inimical
4  to the health and well-being of those animals.
5  Q.      Now, is there ever a reason to keep a lemur
6  separate from other lemurs?
7  A.      For a short period of time there -- it could be
8  tolerated.  And by that I mean days.  Other than that,
9  the harm that is done by the isolation physiologically
10  and psychologically is likely to be greater than any
11  medical benefit that comes from the isolation.
12  Q.      And again, the code of federal regulations
13  specify that if a nonhuman primate exhibits vicious or
14  overly aggressive behavior, it should be housed
15  separately.
16  A.      That rule was written with baboons and Rhesus
17  macaques in mind.  If you look at the testimony that led
18  to the drafting of those regulations, it did not take
19  into account the social species such as the ones we're
20  talking about here; the ring-tailed lemurs and the
21  ruffed lemurs.  And as I intimated -- although this is
22  prime thetic (phonetic) -- those regulations are in the
23  process of being revised as a consequence of our
24  experience with lemurs.  And the Department of
25  Agriculture is cognizant of the need to make provisions

**188**

1  for lemurs as is evidenced by the kinds of -- of waivers
2  that they have granted us.
3  Q.      Now, you indicated earlier that at
4  Duke University you had up to did you say 800 lemurs at
5  one --
6  A.      At one point we had that many.
7  Q.      And now you're down to about 225 lemurs?
8  A.      That's correct.
9  Q.      What happened to the other 575 lemurs?
10  A.      Well, you will find I think that the bulk of the
11  lemurs being exhibited in AAALAC-approved zoos around
12  the country either belong to or once belonged to
13  Duke University.  We farmed them out to AAALAC-approved
14  institutions.
15  Q.      Have you heard of Covance research lab in
16  Madison, Wisconsin?
17  A.      I'm sorry; say again.
18  Q.      Covance research lab in Madison, Wisconsin.
19  A.      Oh, yes.
20  Q.      Okay.  What do you know about that?
21  A.      Not very much.
22  Q.      Okay.  You know it's a primate research lab?
23  A.      Yeah.
24  Q.      And you indicated earlier in response to certain
25  questions that Dr. Pries -- who's the current

**189**

1  veterinarian -- apparently is not a specialist with
2  regard to primates.
3  A.      Correct.
4  Q.      Is that what I heard you say?
5  A.      That was my understanding that he was a large
6  animal veterinarian.
7  Q.      You realize that Dr. Pries was not the
8  veterinarian at the time that the twin lemurs died?
9  A.      I was not aware of that.
10  Q.      Okay.  And apparently you didn't like the
11  necropsy that was performed by Iowa State University
12  very much?
13  A.      No; I didn't think it was adequate.
14  Q.      And are you familiar at all with Iowa State
15  University as far as a veterinary facility?
16  A.      It has a good reputation.
17  Q.      Okay.
18  A.      I don't have first-hand familiarity with it, but
19  it -- I'm the pre-vet advisor in my department at Duke,
20  so I know it has a good reputation.
21  Q.      And you're not a veterinarian, are you, doctor?
22  A.      I am not, although I have lectured and do lecture
23  at the North Carolina State veterinary school.
24  Q.      And you're familiar where the Henry Doorly Zoo in
25  Nebraska, are you, Doctor?

PURCHASE A TRANSCRIPT.com
to purchase a complete copy of the transcript.

---

190

1   **A.**    I am not.

2   **Q.**    Have you worked with any other animals besides

3 lemurs?

4   **A.**    Oh, yes.

5   **Q.**    What other types of animals have you worked with?

6   **A.**    Well, in my early stages I was working largely

7 with avians and then for some ten years when I initiated

8 my neurohumoral studies, it was with various species of

9 ungula. Goats, deer, antelope; that sort of thing.

10   **Q.**    I've read that young lemurs have a mortality rate

11 as high as 50 percent. Has that been your experience?

12   **A.**    No.

13   **Q.**    What's your experience with that?

14   **A.**    We don't lose very many at all, and in the wild

15 it's certainly less than 50 percent. I would have to go

16 to my field notes to give you an actual number, but at

17 the University of Gottingen field station in Kirundi on

18 the west coast where we have done intensive demographic

19 studies of -- of ring -- not ring-tails, but of the

20 brown lemurs, the Eufulvus and of the Sifakas and of the

21 fat tailed and the mouse lemurs, we -- we have pretty

22 accurate figures of mortality there and they're on the

23 order of 10 to 15 percent and mostly due to predation.

24 At the lemur center at Duke, gosh, we hardly ever lose a

25 baby and when we do, it's the result of a multiple

---

191

1 birth.

2   **Q.**    I have heard that male lemurs often lead solitary

3 lives. Is that true?

4   **A.**    That --

5   **Q.**    That male lemurs --

6   **A.**    Well, they're not solitary. They're not part of

7 the -- the troops -- the ring-tailed lemurs are female

8 dominant and the males are peripheralized. They hang

9 around the periphery of the troop. They stay with it,

10 but they're definitely on the periphery and are only

11 allowed to comport with the females during their brief

12 -- very brief breeding period, but the males form these

13 subtroops among themselves, so they're not solitary.

14   **Q.**    I think I heard you say that the enclosure for

15 the lemurs is surrounded by a large electric fence; is

16 that correct?

17   **A.**    Correct. We have altogether about 40 acres of

18 forest divided into three -- three sections each with a

19 building where the animals have been trained to come in

20 to when the weather gets cold or wet, and otherwise as

21 much as possible they roam freely.

22   **Q.**    Would the fact that some of the lemurs at Cricket

23 Hollow Zoo have been hand raised change your opinion

24 about whether or not they would be able to socialize

25 with humans?

---

192

1   **A.**    Socialize with humans.

2   **Q.**    Yes.

3   **A.**    Well, as I intimated, you can tame these animals.

4 You know, you can make house pets of them. Not very

5 good house pets, but it's been done, and indeed I

6 confess in my early days I had them at home as pets, but

7 they're not really socializing. They can't communicate

8 with you as they do with their peers. They can't

9 interact with you as they do with their peers and I have

10 to say these hand-raised animals that I had as pets were

11 abnormal in many respects, and in retrospect I would

12 never again allow myself to do this. They are not

13 normal animals anymore when -- when they are deprived of

14 their -- their troops. Now, that's not true for all

15 lemurs, mind you, but it is definitely true for

16 ring-tails and ruffed lemurs. Those are two of the most

17 social species one could select.

18   **Q.**    But if they had been hand raised, wouldn't that

19 change their behavior from then on?

20   **A.**    It does change their behavior.

21   **Q.**    And so would that make a difference as far as

22 your opinion goes if one of these lemurs had been hand

23 raised?

24   **A.**    It would not change my opinion. They -- in my

25 view, the hand-raised animals are still pathological

---

193

1 specimens. They don't display normal behavior. They do

2 show all signs -- all kinds of signs of being stressed.

3   **Q.**    Have you ever watched any videos of these lemurs

4 to see how they behave?

5   **A.**    Of which lemurs now?

6   **Q.**    The lemurs at Cricket Hollow Zoo.

7   **A.**    No, not at Cricket Hollow.

8   **Q.**    So all you've seen are still pictures; is that

9 correct?

10   **A.**    That's correct.

11   **Q.**    If the lemurs at Cricket Hollow Zoo received

12 fresh fruit and vegetables daily, would that change your

13 opinion at all?

14   **A.**    It would certainly -- it would certainly make me

15 believe that their conditions had been mitigated, but

16 the absence of peers is in my view the crucial factor

17 that determines whether or not the animals are in a

18 healthy and appropriate environment.

19   **Q.**    And you understand that these lemurs are housed

20 next to each other; is that correct?

21   **A.**    That's irrelevant.

22   **Q.**    So even the fact that they can see each other --

23   **A.**    These are not primarily visual animals. They are

24 heavily dependent on tactile and olfactory contact.

25   **Q.**    And if the barrier between them is open so they

---

CONTACT PETERSON REPORTING at 619-260-1069 or www.petersonreporting.com
to purchase a complete copy of the transcript.

194

1 get that contact, would that make a difference?
2 A. It would help, but again, it's not the same thing
3 as having a group of animals which can mutually groom
4 and interact. Again, you're -- what you're describing
5 are mitigating features.
6 Q. And if they could reach through the cage or
7 enclosure to the other side of the enclosure -- in other
8 words, they're together and they can reach through --
9 would that make a difference at all?
10 A. Again, it would -- it would alleviate to some
11 small degree the degree of stress that a social animal
12 feels when it's not part of a group.
13 Q. And if a ring-tailed lemur did not get along with
14 the red ruffed lemurs --
15 A. So the red ruffed lemurs are not companions. I
16 mean you might as well offer them a pussy cat or a dog
17 as a companion as a red ruffed lemur. When I talk about
18 companions and social interaction and tactile and
19 olfactory contact, I mean with conspecifics.
20 Q. My question is though if they did not get along,
21 they should be housed separately, shouldn't they?
22 A. They don't need to be housed separately. The two
23 species?
24 Q. If they don't --
25 A. Our lemurs are housed together.

195

1 Q. Okay. But my question to you is if they don't
2 get along, they shouldn't be housed together, should
3 they?
4 A. Oh, of course not.
5 Q. And you mentioned earlier that you also feed the
6 lemurs monkey chow; is that correct?
7 A. Correct.
8 Q. And if Cricket Hollow Zoo fed the lemurs monkey
9 chow, that would be a good thing, wouldn't it?
10 A. Well, yes, as long as that wasn't the sole diet.
11 Our animals get roughly 50 percent of their daily
12 caloric intake from the monkey chow; the other
13 50 percent from fresh produce.
14 Q. And I don't know if I asked you -- I don't think
15 I asked you this earlier. You're not a member of the
16 Animal Legal Defense Fund, are you?
17 A. I certainly am not.
18 Q. You indicated you had problems with animal rights
19 people; is that correct?
20 A. Yes, I do.
21 Q. And have they broken into the area where the
22 lemurs are?
23 A. No. We -- we don't do intrusive research with
24 the lemurs. I guess my research is the most intrusive
25 because I do -- do take EEG recordings, which entails

196

1 implanting electrodes under the scalp, but that's only
2 done with animals when they're in full torpor -- that's
3 to say basically in suspended animation -- so -- and
4 that's the most invasive work we do. We keep our
5 facility open to the public and try to encourage people
6 to come see what we do as a way of fending off the
7 activists. There are some extremists who believe the
8 animals are better dead than caged, but so far they
9 haven't attacked the facility. They have attacked my
10 lab and I've had other animals released.
11 Q. If the lemurs had a swing -- tire swing in their
12 area, would that change your opinion at all about their
13 enrichment?
14 A. Well, again, it would help. All these -- these
15 suggestions you're making would serve to alleviate the
16 conditions of isolation, but it doesn't speak to the
17 main problem that I see with this particular animal,
18 that it's one of a kind. And as I have said now several
19 times, the environment of lemur -- of ring-tailed lemurs
20 if it's going to be appropriate to the species requires
21 a group. You can't keep those animals healthy and happy
22 singly or with even just a pair or a trio. They need to
23 be in a group.
24 Q. I think I heard you correctly if you had toys for
25 the lemurs, that would be something that would be good

197

1 for the lemurs; correct?
2 A. That would be good. We give our lemurs toys, but
3 they're always in a group as well.
4 Q. And so if toys were given to the lemurs at
5 Cricket Hollow Zoo, that would be a good thing, wouldn't
6 it?
7 A. That would be a good thing.
8 Q. And if they're switched out every once in a
9 while, that's a good thing too; correct?
10 A. That would be better. All these things would
11 help -- again, I have to use -- I think it's appropriate
12 to use the human analogy. Imagine yourself in an
13 isolation ward. Having things to do -- puzzles to play
14 with, games to play, books to read -- that would
15 mitigate the tension you would feel from the solitude,
16 would it not, and that's the case with the animals as
17 well. But there's no substitute for the absence of
18 peers.
19 Q. Doctor, do you have any idea how many lemurs are
20 in the United States, for instance?
21 A. I don't. That's an interesting question, but I
22 don't know.
23 Q. Do you know how many lemurs are in the state of
24 Iowa?
25 A. Probably not very many, but I don't know that.

to purchase a complete copy of the transcript.

**198**

1  Q.   You're not familiar with the place in Waterloo
2  that has 40 lemurs then; is that correct?
3  A.   No, I don't.
4  Q.   Excuse me; 13 lemurs.
5  A.   I'm sorry; what?
6  Q.   I gave you the wrong number.  It was 13 lemurs.
7  A.   Okay.  What kind of lemur?
8  Q.   Ring-tails.
9  A.   Okay.
10  Q.   But you're not familiar with that; correct?
11  A.   I'm not familiar with that.
12  Q.   All right.  I believe earlier you said you were
13  USDA inspected; is that correct?
14  A.   I'm not a USDA inspector.  I'm a --
15  Q.   No, no.  Excuse me, doctor.
16  A.   I do inspections for IACUC.
17  Q.   Yeah.  My question was is Duke University USDA
18  inspected for the lemurs?
19  A.   Oh, of course.
20  Q.   Now, what branch or office of the USDA inspects
21  Duke University?
22  A.   I never thought to ask.  I know -- I know the
23  inspectors.  I never thought to ask what branch of the
24  service they were in.
25  Q.   And you seem to be familiar with the inspection

**199**

1  reports.
2  A.   Oh, yeah.
3  Q.   So I would assume Duke University has gotten
4  inspection reports with noncompliances before, hasn't
5  it?
6  A.   Actually, no.  We've never -- never been in
7  noncompliance with the lemur center.  There have been
8  lots of noncompliance reports for the University
9  altogether in other laboratories, but our lemurs, I'm
10  proud to say, have never been -- never been censured in
11  that way.
12       MR. THORSON:  No further questions.
13       THE COURT:  Mr. Pierce?
14       REDIRECT EXAMINATION
15  BY MR. PIERCE:
16  Q.   Dr. Klopfer, is the weight of a lemur -- whether
17  a ring-tailed or a red ruffed -- dispositive of its
18  welfare?
19  A.   Depends on -- depends on the season.  I mean
20  we're talking now about the wild animals and in the dry
21  season, they're going to lose weight.
22  Q.   Is the weight --
23  A.   If they've lost weight during the wet season when
24  the food is abundant, then you have reasons to worry.
25  Q.   Could a person make any determinations about the

**200**

1  psychological distress of a lemur based on its weight?
2  A.   Not on weight alone, no.  Changes in weight; that
3  would potentially be indicative of some -- something or
4  another.  An animal that's losing weight when it's
5  getting food, that would set off an alarm, but just the
6  weight per se varies a lot.
7  Q.   Knowing as you now do that it was a different
8  veterinarian on staff when the -- when the infant lemurs
9  died of encephalitis, does knowing that it's a different
10  veterinarian change your opinion about the adequacy of
11  the necropsy?
12  A.   No.
13  Q.   And if the other veterinarian were also a large
14  animal vet or a vet specializing in dogs and cats, would
15  that change your opinion about the care provided?
16  A.   No.
17  Q.   You mentioned you're familiar with -- with the
18  inspection reports.  You'll know that many of those
19  reports included citations with respect to the provision
20  of food and water.
21  A.   Uh-huh.
22  Q.   For example, problems with pests or failure to
23  keep food-related areas clean.  So considering the
24  possibility that the lemurs at the zoo receive fresh
25  fruit and vegetables and monkey chow in combination with

**201**

1  citations as to cleanliness and food-related pests, does
2  that change your opinion at all about the nutrition or
3  what you called the mitigation of the harm to these
4  lemurs?
5  A.   Not really, no.
6  Q.   And why doesn't it change your opinion?
7  A.   The fundamental problem I -- I keep having to
8  emphasize is that ring-tailed lemurs and ruffed lemurs
9  are social beings; very highly developed cognitive
10  abilities; highly sentient.  They suffer when they are
11  not in groups.  And the other conditions under which
12  they are kept can worsen the physiological effects of
13  this sort of isolation or they can lessen the
14  physiological effects of that isolation, but they can't
15  speak to that condition of isolation.
16  Q.   You reviewed, Dr. Klopfer, a decade's worth of
17  inspections from the USDA; many of which concern
18  repeated citations for environmental enrichment or
19  sanitation as we've discussed.  On the basis of that
20  decade's worth of evidence, do you think that the
21  defendants are capable of continuous compliance; that is
22  to say routine compliance with the Animal Welfare Act
23  and its regulations?
24  A.   I'm not willing to speculate on what the
25  defendants can or cannot do.  I can just state they have

Case 6:14-cv-02034-JSS   Document 1 Filed 11/30/15   Page 24 of 94
Order the complete transcript at RealtimeReporters.com
to purchase a complete copy of the transcript.

---

**202**

1  not hitherto done it properly.  Whether they can or
2  cannot do it is not something on which I'm prepared to
3  speculate.
4  Q.    What would you predict?  You're unwilling to
5  predict?
6              MR. THORSON:  Objection, Your Honor.  It's
7  speculative.
8              THE COURT:  Sustained.
9              MR. PIERCE:  I withdraw it.
10  Q.    Dr. Klopfer, does -- does hand raising a lemur
11  cause aggression in a lemur?  Can hand raising cause
12  aggression?
13  A.    I wouldn't use the term cause aggression.
14  Hand-raised lemurs do, as they mature, in my experience
15  -- and that experience I must say is limited.  I've done
16  this only with a very small number, fortunately -- the
17  hand-raised lemurs do become aggressive as they become
18  sexually mature.  Is it un -- excessively aggressive?
19  Is it caused by the hand raising?  I -- I don't know,
20  but it is -- it is the case.  You don't want to keep
21  them as pets once they reach maturity if you made the
22  mistake of hand raising them.
23  Q.    You mentioned that hand raising disrupts their
24  normal behavior.
25  A.    Yes.

---

**203**

1  Q.    Does hand raising --
2  A.    Radically.
3  Q.    Sorry; radically.  Is that what you said?
4  A.    Yes.
5  Q.    Does that radical disruption harm them?
6  A.    Yes.  In my judgment, it does and I -- mea culpa.
7  I've done this out of ignorance --
8  Q.    How many years ago --
9  A.    -- when I first encountered lemurs.
10  Q.    How many years ago was that, Dr. Klopfer?
11  A.    I guess I've had three ring-tails, probably half
12  a dozen bush babies.
13  Q.    And when -- when was that, Dr. Klopfer?
14  A.    Oh, way back when; '64, '65, '66.  Before I --
15  before any of us knew very much about lemurs.
16  Q.    And what is the common consensus today about hand
17  raising?
18  A.    No-no.  Absolutely not.
19              MR. PIERCE:  No further questions,
20  Your Honor.
21              THE COURT:  Mr. Thorson?
22              RECROSS-EXAMINATION
23  BY MR. THORSON:
24  Q.    Yes, Doctor.  Just a couple more questions for
25  you.  One, the lemur that was hand raised was not hand

---

**204**

1  raised at Cricket Hollow Zoo, so does that change your
2  opinion at all about whether or not Cricket Hollow Zoo
3  was doing things correctly?
4  A.    No.
5  Q.    They're not in the business of hand raising
6  lemurs.  That's a good thing; right?
7  A.    That's a good thing, yes.  Hand raising is not a
8  good thing for this particular species.
9  Q.    And Cricket Hollow Zoo has had lemurs born at
10  Cricket Hollow Zoo.  Does that change your opinion at
11  all about their well-being at the zoo?
12  A.    Not really.  The -- my opinion if -- if the
13  animals were reproducing on a regular basis and
14  surviving, that might influence my decision somewhat,
15  but just having a birth in itself --
16  Q.    So if the animal --
17  A.    -- is trivial.
18  Q.    Excuse me; I didn't mean to interrupt you, but if
19  the animals are born at Cricket Hollow Zoo and they do
20  thrive afterwards, that would change your opinion?
21  A.    Not materially.  It would certainly soften it,
22  but I can't believe that those animals would thrive
23  except in a larger group.
24              MR. THORSON:  No further questions.
25              THE COURT:  Mr. Pierce?

---

**205**

1              MR. PIERCE:  Just one, Your Honor.  Thank
2  you.
3              FURTHER REDIRECT EXAMINATION
4  BY MR. PIERCE:
5  Q.    If you knew, Dr. Klopfer, that the animals who
6  were born at the zoo had died within seven months, would
7  that -- how would that inform your opinion about the
8  value of births at the institution?
9  A.    Well, it confirms pretty much what I said; that
10  just having a birth is not a measure of good husbandry.
11              MR. PIERCE:  Nothing further, Your Honor.
12              THE COURT:  Mr. Thorson?
13              MR. THORSON:  Nothing further, Your Honor.
14              THE COURT:  You may step down.
15              THE WITNESS:  Thank you.
16              (Witness excused.)
17              THE COURT:  Next witness?
18              MS. HOLMES:  Your Honor, our next witness is
19  Tracey Kuehl; one of the plaintiffs.
20              THE COURT:  All right.
21              MS. HOLMES:  And I have her waiting out in
22  the hall, so if I may go get her?
23              THE COURT:  You may.  Ma'am, if you'll step
24  right up here, please.  Raise your right hand.
25

---

to purchase a complete copy of the transcript.

206

1      TRACEY K. KUEHL,
2  called as a witness, being duly sworn, was examined and
3  testified as follows:
4          THE COURT:  Have a seat right there.  Kind
5  of scooch up to the microphone.
6          Ms. Holmes?
7          MS. HOLMES:  Thank you.
8          THE COURT:  I mean -- yeah; Ms. Holmes.
9          MS. HOLMES:  Yes.  Thank you, Your Honor.
10         DIRECT EXAMINATION
11  BY MS. HOLMES:
12  Q.    Good morning, Ms. Kuehl.
13  A.    Good morning.
14  Q.    Would you please state your full name for the
15  Court.
16  A.    Yes.  My name is Tracey K. Kuehl.
17  Q.    And where do you live?
18  A.    I live at 22781 230th Avenue in Davenport, Iowa.
19  Q.    And are you a plaintiff in this matter?
20  A.    Yes, I am.
21  Q.    What is your profession?
22  A.    I am retired.
23  Q.    And how long did you work before retiring?
24  A.    I worked total almost 30 years.
25  Q.    And what jobs did you hold during that 30 year

207

1  period in general?
2  A.    In general I started as a laboratory technician
3  for the city of Davenport.  I held the position of
4  executive director for the Davenport Area Convention and
5  Visitors Bureau.  I was the marketing director for
6  Duck Creek Plaza in Bettendorf.  I served as a marketing
7  manager for the Iowa Department of Economic Development,
8  Division of Tourism and I served as the director of the
9  Family Museum in Bettendorf.
10  Q.    And how long did you work for the economic
11  development division in the department of tourism?
12  A.    I was there for two years.
13  Q.    And how long did you work for the museum?
14  A.    I was there for a little over 20.
15  Q.    And what was your position with the museum?
16  A.    I was the executive director.
17  Q.    And as part of your job with the museum, did you
18  organize any public exhibitions?
19  A.    Oh, yes; many exhibitions, primarily centered on
20  children and all the way from art and science exhibits
21  to history exhibits, permanent and temporary.
22  Q.    So in the course of that position, would you
23  develop the exhibit and manage it and administer it and
24  oversee it?
25  A.    Yes, in general.  I had a staff, but I was

208

1  responsible for the entire oversight of the facility.
2  Q.    Since you retired, do you have any hobbies or
3  activities that you've been able to pursue?
4  A.    Some.  I like to garden.  I like to hang out with
5  my pets; my animals that I have.  Primarily those
6  things.
7  Q.    And what kind of pets do you have?
8  A.    We have dogs.  We have cats.  Two pot-bellied
9  pigs, some pygmy goats, a sheep and about a dozen
10  chickens.
11  Q.    And are these pets or are they -- any of them for
12  livestock purposes?
13  A.    No; they're all pets.
14  Q.    How long does it take you to care for those pets
15  each day?
16  A.    Well, it takes about an hour in the morning --
17  45 minutes to an hour in the morning and the same in the
18  evening.
19  Q.    Did you -- where did you grow up?
20  A.    I grew up on a farm in Scott County, Iowa.
21  Q.    What kind of farm?
22  A.    It was a grain and livestock farm; soybeans,
23  corn, hogs.
24  Q.    About how many hogs did your family have?
25  A.    Well, at that time we were a relatively small

209

1  producer.  My dad produced 500 to 600 market hogs a
2  year.
3  Q.    Did you have any responsibilities when you were
4  growing up working on the farm?
5  A.    I had a lot of them.
6  Q.    Such as?
7  A.    Anywhere from weeding the garden to helping my
8  father with the care of the hogs, cleaning hog houses,
9  baling hay, feeding them, helping him vet the hogs,
10  taking care of the small pigs when I got a little older.
11  Q.    Have you ever been to a zoo?
12  A.    I have.
13  Q.    How many zoos have you been to?
14  A.    Oh, in my life probably six or seven.  Probably
15  six or seven zoos, yeah.
16  Q.    Is it something that you enjoy doing?
17  A.    I do like going to zoos very much so.
18  Q.    And when was the last time that you went to a
19  zoo?
20  A.    I went to the Niabi Zoo in Coal Valley this past
21  two weekends ago, in fact.
22  Q.    And are there other area zoos that you've been
23  to?
24  A.    I've been to the Blank Park Zoo in Des Moines.
25  I've been to the St. Louis Zoo in St. Louis.  I've been

Case 6:14-cv-02034-JSS   Document 42   Filed 11/03/15   Page 26 of 94
CONTACT RJ319 FOR 319-333-0700.com
to purchase a complete copy of the transcript.

210

1 to Brookfield in Chicago, Lincoln Park Zoo in Chicago as
2 a kid and also the Zoo Atlanta in Atlanta, Georgia.
3 **Q.** And some of these zoos that you've just mentioned
4 you've been to as an adult?
5 **A.** Oh, yes.
6 **Q.** And what do you enjoy about -- about going to
7 these zoos?
8 **A.** Well, I really have an interest in animals and I
9 enjoy seeing all types of animals; whether they're
10 domestic or wild. I enjoy seeing them in the --
11 particularly the wild ones in their natural settings. I
12 probably will never get to see them where they're living
13 in Africa or Asia or South America so I really
14 appreciate the fact that I can go to these facilities
15 and see them in a relatively natural setting so I can
16 see how they act as animals.
17 **Q.** Is there anything else that you like about seeing
18 them in their environment?
19 **A.** Well, I like seeing them in their environment
20 because I can see how they would behave naturally, but
21 the other thing I really enjoy is seeing how people
22 interact with the animals; particularly adults and small
23 children when families take their kids to the zoos and
24 the kids get to see the animals and there's that aha
25 moment; that oh, that kid understands what he's seeing

211

1 or he's making a connection with that animal or she's
2 making a connection.
3 **Q.** And what exactly is that aha moment?
4 **A.** Well, having worked in a children's museum for
5 many, many years, there's the spark where the
6 conversation starts between the child and the adult and
7 they start to communicate and there's that
8 intergenerational learning that goes on. The adult is
9 being reminded of something he or she may have learned
10 while visiting a zoo as a child. He's sharing that;
11 she's sharing that with the child and it was all sparked
12 by what they saw the animals doing.
13 **Q.** Is it fair to call that an educational moment?
14 **A.** A very big educational moment.
15 **Q.** Also it sounds like it's a bonding moment between
16 people as well as between the people and the animals?
17 **A.** Absolutely.
18 **Q.** Have you ever heard of the Cricket Hollow Zoo?
19 **A.** I have heard of Cricket Hollow Zoo, yes.
20 **Q.** How did you first hear about it? Or excuse me;
21 how did you hear about it?
22 **A.** How did I hear about it? My first recollection
23 of learning about Cricket Hollow Zoo was while I was
24 traveling through northeast Iowa after I retired and I
25 had picked up a flier of a -- a local tourist newspaper

212

1 and there was an ad for the Cricket Hollow Zoo in there.
2 About the same time, I learned about Cricket Hollow Zoo
3 from my sister, Lisa Kuehl.
4 **Q.** And approximately when was this?
5 **A.** That would have been early 2012, oh, maybe March,
6 April; somewhere in that time frame.
7 **Q.** And have you ever visited the Cricket Hollow Zoo?
8 **A.** I had not visited Cricket Hollow Zoo. In fact,
9 that is the first time I had learned about Cricket
10 Hollow Zoo. I was not aware that it even existed.
11 **Q.** Since you learned about it, did you subsequently
12 visit Cricket Hollow Zoo?
13 **A.** Yes, I did. I've been there three times.
14 **Q.** Do you recall the dates of those visits?
15 **A.** I think the first date was June 23rd of 2012. My
16 second visit was July 6th of 2012 and then I came back
17 about a year later; June 24th I think 2013.
18 **Q.** And did you get the same enjoyment when you
19 visited Cricket Hollow Zoo as you have had at the other
20 zoos that you've described?
21 **A.** Unfortunately, I did not.
22 **Q.** Can you tell the Court why you're here today?
23 **A.** I am here today because I feel there is
24 significant -- there are significant issues at the
25 Cricket Hollow Zoo with regard to the care of the

213

1 animals, the care for the public that visits the zoo and
2 I feel as though I've exhausted just about every
3 possible venue to bring this situation to the attention
4 of the authorities and I believe this is basically my
5 last recourse.
6 **Q.** Thank you. Have you ever heard of the Freedom of
7 Information Act?
8 **A.** Yes, I have.
9 **Q.** And how did you -- how did you first hear about
10 it?
11 **A.** I learned about the Freedom of Information Act
12 while I was working for the city of Bettendorf as the
13 director of the children's museum. Freedom of
14 information came about as a result of needing more
15 transparency and providing the public with access to
16 information, and as a municipality we were sensitive to
17 that and needed to follow up with any freedom of
18 information acts that we would get.
19 **Q.** So you were responding to Freedom of Information
20 Act requests at that time?
21 **A.** Yes.
22 **Q.** Okay. Did you ever make a Freedom of Information
23 Act request regarding the Cricket Hollow Zoo?
24 **A.** Yes, I have.
25 **Q.** And was that before or after you visited the zoo

Case 6:14-cv-02034-JSS   Document 42-19   Filed 11/30/15   Page 27 of 94
to purchase a complete copy of the transcript.

214

1 in 2012 and 2013?

2 A.    It was after I visited.

3 Q.    And have you ever visited a website which I'll

4 call the USDA FOIA reading room?

5 A.    Yes, I have.

6 Q.    When did you first find out about that?

7 A.    I found out about the FOIA reading room

8 subsequent to my first two visits later in the summer of

9 2012, early fall of 2012.

10 Q.    And what is on the FOIA reading room that

11 interested you in connection with the Cricket Hollow

12 Zoo?

13 A.    The FOIA reading room provides inspection reports

14 for all USDA licensed facilities and I was able to

15 access that information about the Cricket Hollow Zoo in

16 order to understand a little bit more and see what

17 actually was going on with regard to inspections; what

18 inspectors were seeing when they were going to the zoo;

19 what they were documenting; what the animal inventory

20 was.

21 Q.    So you identified inspection reports on the FOIA

22 reading room website?

23 A.    Yes.

24 Q.    And you read them?

25 A.    Yes.

215

1 Q.    Is it fair to say you read most, if not all, of

2 the inspection reports and documents relating to the

3 Cricket Hollow Zoo on that website?

4 A.    Yes; that's a fair statement.

5 Q.    What did you notice about the inspection reports

6 on the website?

7 A.    I noticed there were -- they were numerous.  They

8 were consistent in number over a long period of time.  I

9 noticed that they identified many of the same things

10 that I had experienced as a visitor to the zoo and these

11 things were identified by the inspectors over and over

12 and over multiple inspections.

13 Q.    And so the things that you -- it was -- correct

14 me if this is an incorrect statement, but you noticed

15 things at the zoo that were later verified by what the

16 inspector saw because you only read the reports after

17 you were at the zoo?

18 A.    Yes.

19 Q.    What did you do with the information that you

20 obtained through the FOIA reading room?

21 A.    Well, I used it for my own research and

22 information so I could understand just exactly what was

23 taking place at the zoo and how long it had been taking

24 place, and then I also used that as I developed my own

25 complaints that I filed with USDA.  I used them in order

216

1 to try to show officials that what I had seen as a

2 member of the public going to the zoo was, in fact,

3 being identified or had been identified in the past by

4 USDA inspectors.

5 Q.    And what were your feelings when you realized

6 that there was this connection between what you had

7 witnessed and what was being identified by USDA

8 inspectors?

9 A.    Well, there was a bit of a lag time between what

10 I saw and then how quickly an inspection report would

11 get into the database, but when I realized that I was

12 experiencing things that inspectors had seen prior to my

13 visit, I was really upset.  I was upset.  I was very

14 concerned.  I was shocked that these things that I

15 experienced were still being -- were still taking place

16 at the zoo.

17 Q.    What was it that upset you?

18 A.    Again, it was the number of the infractions, if

19 you will, that inspectors saw at the zoo.  It was the

20 length of time that they had been identified by

21 inspectors.  It was the fact that I was experiencing the

22 same thing and it appeared that no one was taking this

23 information to heart and making improvements at the zoo.

24 Q.    Did you feel -- what else did you feel?  Did you

25 feel any -- anything towards the animals or towards the

217

1 zoo or to the public, if you could describe a little bit

2 more specifically?

3 A.    Sure.  Sure.  Well, I was really again shocked by

4 the condition the animals were living in.  Given my

5 perspective that had developed after visiting other

6 zoos, I had expectations in mind and they were totally

7 dashed, if you will, when I stepped onto the property of

8 Cricket Hollow Zoo.  There were -- there were no

9 enrichment opportunities for the animals.  They were

10 warehoused in all sorts of cages, containers, runs, if

11 you will, paddocks.  It was really kind of a hodgepodge

12 and it was totally unexpected by me going to this

13 facility.

14 Q.    Is it fair to say that you were disappointed with

15 your experience at the zoo?

16 A.    Very much disappointed, yes.

17 Q.    Could you tell me a little bit about what

18 happened on your first visit to the zoo, which I believe

19 you said was June 23rd or 24th, 2012?

20 A.    Yeah, 23rd, I believe.  Yes.  I visited Cricket

21 Hollow Zoo on that day.  It was later in the afternoon;

22 maybe mid-afternoon, I suppose.  I drove in and I was

23 parking my car, getting out of the car and the first

24 thing that I -- I really was struck with was by the odor

25 that I smelled.  And I -- it put a little alarm in my

Contact PohlmanUSA Court Reporting  (877)421-0099  www.PohlmanUSA.com
to purchase a complete copy of the transcript.

218

1 mind I guess to think that this is maybe not going to be
2 the typical zoo that I had visited in the past, so --
3 Q. What kind of odor was this?
4 A. Well, it was really fetid manure, stinky, smelly,
5 bad odor. Nothing that I had ever experienced at a zoo
6 in my life.
7 Q. What about if you grew up on a hog farm, even if
8 you only had -- you know, were producing a couple
9 hundred a year, what -- how did it compare to that kind
10 of smell?
11 A. Well, they can be pretty smelly too, but this --
12 this was significantly more than what I had experienced
13 growing up on a hog farm.
14 Q. Can you briefly describe the course that you
15 walked during your visit to the zoo?
16 A. Sure. I parked my car. I got out. I walked
17 into the admission area, which is part of the reptile
18 house and I paid my admission. It's $5 to get in.
19 Mrs. Sellner explained that it was a self-guided tour
20 and I asked her if there were any special things that I
21 should see while I was there and she said no. So I paid
22 my $5 and went out another door and then started on my
23 visit around the zoo. Took -- it's pretty easy. It's
24 just a little path to the right, down to the left and
25 basically out again.

219

1 Q. So is it a self-guided tour?
2 A. Yes, it is.
3 Q. And did you encounter any other staff or
4 volunteers during your time there?
5 A. No, I did not.
6 Q. And how long were you there for?
7 A. I was there for probably an hour or maybe an hour
8 and 15 minutes; somewhere in that area.
9 Q. Did you walk through the area where the lemurs
10 are supposed to be housed?
11 A. I did walk past the area where the lemurs are
12 supposed to be housed, yes.
13 Q. And did you see any lemurs in the cages?
14 A. On that visit I did not.
15 Q. Did you -- did you stop and look at the cages?
16 A. I did. Some animals were in the cages; some were
17 not. In that particular area of the zoo, the animals
18 are able to go in and out of what I believe is the
19 reptile house, so some of them were out and some of them
20 were not.
21 Q. Okay. Did you notice anything about the lemur
22 cage in terms of you mentioned enrichment or enhancement
23 earlier. Did you notice anything about the lemur cage
24 in terms of enrichment or enhancement?
25 A. It was pretty sparse. I believe there was a log

220

1 kind of at an angle in the cage that the lemur could
2 crawl on if it wanted to, but that was all I saw.
3 Q. So there's nothing else in the -- in the cage?
4 A. In the lemur cage, no.
5 Q. How did that make you feel seeing that?
6 A. Well, that was one of the first cages I came to
7 and the sparseness of the enrichment in that cage, again
8 it was -- all of this was starting to raise questions in
9 my mind just what kind of facility this was and what
10 kind of care were the animals getting and what was I
11 going to find when I walked around the next corner.
12 Q. Have you seen lemurs in other zoos that you've
13 been to?
14       THE COURT: Ms. Holmes, before you get into
15 that other area, it's five minutes to noon. I've got a
16 12 o'clock criminal hearing, so I think we're going to
17 adjourn for lunch. I am doing the criminal proceeding
18 in the other courtroom, so if you want to leave your
19 stuff spread out here, you're free to do that. We'll
20 take an hour and 15 minutes for lunch and start in again
21 at 1:15. You're excused.
22       MS. HOLMES: Thank you, Your Honor.
23       (Recess at 11:56 a.m., until 1:14 p.m.)
24
25

221

1       **AFTERNOON SESSION**
2       THE COURT: Ms. Holmes?
3       MS. HOLMES: Thank you, Your Honor.
4       DIRECT EXAMINATION (Continued)
5 BY MS. HOLMES:
6 Q. Good afternoon, Tracey.
7 A. Good afternoon.
8 Q. To continue with what we were discussing before
9 the break, do you recall we were talking about the
10 June 2012 visit you made to the Cricket Hollow Zoo and
11 we were discussing the lemurs and lemurs that you had
12 seen in other zoos that you had been to.
13 A. Yup. June 23, 2012.
14 Q. June 23rd. If I could pose a question to you;
15 have you seen lemurs in other zoos besides the Cricket
16 Hollow Zoo?
17 A. Yes, I have.
18 Q. What zoos have you seen them in?
19 A. I believe I saw them in Zoo Atlanta and probably
20 Brookfield Zoo.
21 Q. Remind me where -- Brookfield Zoo is the zoo in
22 Atlanta?
23 A. Zoo Atlanta is in Atlanta. Brookfield is in
24 Chicago. I was there when I was younger.
25 Q. And what do you recall about the cages or the

to purchase a complete copy of the transcript.

222

1  enclosures that the lemurs were in in those facilities?
2  A.     Well, I recall from those that the enclosures
3  were much larger and the enclosures had a lot of
4  vertical structures in them so the lemurs could climb
5  and they could perch.  I remember a lot of height more
6  than anything and expanse in size too.
7  Q.     Can you qualify that a little bit more when you
8  talk about more height.  What do you mean by more
9  height?  Are we talking five feet, 10 feet, 30 feet?
10  A.     Oh, even as tall as this room is high.
11  Q.     Okay.  Was there any vegetation or other
12  enrichment in those -- in those facilities' cages?
13  A.     Yeah.  There always seemed to be some kind of
14  vegetation; grass, green leafy trees, things of that
15  nature especially during the summertime when, you know,
16  the animals would be outside and be able to climb up and
17  be in the trees and play in the grass.
18  Q.     So when you saw the facilities at the Cricket
19  Hollow Zoo for lemurs, what was your reaction?
20  A.     Well, my reaction with -- most of what I saw at
21  Cricket Hollow Zoo was really surprise and shock; that
22  these animals that I know live in colonies, that live in
23  trees, that can climb up in heights were restricted to a
24  very small -- a very small enclosure.  Very sparse.
25  Q.     And just to clarify, you were not in the room

223

1  this morning when Dr. Klopfer was testifying; is that
2  correct?
3  A.     That is correct.
4  Q.     Thank you.  During your first visit to the
5  Cricket Hollow Zoo, did you see any tigers?
6  A.     I did see some tigers.
7  Q.     Which tigers did you see?
8  A.     I saw a white tiger and I saw a yellow tiger.
9  Q.     Okay.  If I could show you a picture in the
10  exhibit book to confirm this is the tiger that saw,
11  would you please turn to Exhibit 61.  And in Exhibit 61
12  the pages are individually numbered on the bottom
13  right-hand corner --
14  A.     Uh-huh; I see that.
15  Q.     -- and it should be on page 6 of 61.  Do you
16  recognize -- excuse me; are you there?
17  A.     Yes, I'm there.
18  Q.     Do you recognize that photograph?
19  A.     I do.
20  Q.     Did you take that photograph?
21  A.     Yes, I did.
22  Q.     Is this a fair and accurate representation of
23  what you saw that day on June 23, 2012, when you visited
24  the Cricket Hollow Zoo?
25  A.     Yes, it is.

224

1            MS. HOLMES:  Your Honor, I would like to ask
2  that this photograph be offered into evidence in this
3  case.
4            THE COURT:  Are you talking about
5  Exhibit 61, page 6?
6            MS. HOLMES:  Yes, Your Honor.
7            THE COURT:  Are we going to do it page by
8  page or are you intending to offer the other photographs
9  at some point?
10            MS. HOLMES:  I would -- I would actually
11  like to offer those -- if we could, I would like to ask
12  the witness just to confirm that she took the other
13  photographs in Exhibit 61 and we can do them --
14            THE COURT:  All right.
15            MS. HOLMES:  -- proceed to do them together.
16  Q.     Ms. Kuehl, would you look at pages 1 through 11
17  of Exhibit 61 and just confirm that you indeed did take
18  these photographs during your three visits to the
19  Cricket Hollow Zoo.
20  A.     Yes, I did.
21  Q.     And are they fair and accurate representations of
22  what you saw when you were at the zoo?
23  A.     Yes, they are.
24            MS. HOLMES:  Your Honor, I would like to
25  offer Exhibit 61 in its entirety.

225

1            (Plaintiffs' Exhibit 61 was offered in
2      evidence.)
3            THE COURT:  Any objection?
4            MR. THORSON:  Objection as to relevance,
5  Your Honor.
6            THE COURT:  Overruled.  Sixty-one is
7  received.
8            (Plaintiffs' Exhibit 61 was received in
9      evidence.)
10            MS. HOLMES:  Thank you, Your Honor.
11  Q.     Tracey, if I could have you go back to page 6 of
12  61.  And if you don't mind for the record, would you
13  mind if I called you Tracey?
14  A.     Oh, that's fine.
15  Q.     I know we have another Ms. Kuehl on the plaintiff
16  list who will be testifying and just so we have clarity
17  on the record.
18  A.     Sure.  That's fine.
19  Q.     Thank you.  If you look at Exhibit 61, page 6,
20  that the tiger -- the white tiger you saw during your
21  June 2012 visit?
22  A.     Yes, it is.
23  Q.     And can you describe what -- can you describe for
24  the Court what you saw?
25  A.     Well, what I saw was a tiger lying on its back in

to purchase a complete copy of the transcript.

226

1   a very small enclosure. Not much of anything for
2   enrichment. No grass, no vegetation, no toys; simply a
3   log to sit upon, a Quonset hut-type metal house, if you
4   will. Some kind of -- something for the elements and
5   then in the very, very back there's a plywood -- some
6   kind of a plywood type structure that looks like it
7   could be some additional housing. There's -- there's a
8   feeder type unit in the back it looks like and then
9   along the side there looks to be a horse tank for some
10  water.
11  Q.    What did you notice about the substrate or the
12  ground that the tiger is on?
13  A.    Well, it looks to me like pea gravel or some type
14  of very small gravel. I don't know if it's sharp or
15  not, but some kind of gravelly substrate and, frankly,
16  there's a lot of tiger excrement in there.
17  Q.    What do you mean by a lot?
18  A.    I can see several piles scattered throughout the
19  enclosure.
20  Q.    And did this enclosure seem to be sheltered from
21  the rain or sun?
22  A.    Not very much. There is -- on the very top
23  there's a dark patch. I recall seeing some kind of a
24  tarp; like a plasticy tarp thing just directly over that
25  Quonset hut structure.

227

1   Q.    And had you ever seen a white tiger before?
2   A.    I had never seen a white tiger, no. I thought it
3   was pretty neat.
4   Q.    What did you think when you -- when you saw the
5   tiger in the enclosure?
6   A.    Well, although the animal itself was magnificent,
7   I thought the enclosure that it was contained in was
8   abysmal. I thought it was shocking and a horrible way
9   to treat an animal of this magnificence and, frankly,
10  aside from the fact that I was looking at a white tiger,
11  I saw no other educational content whatsoever in this
12  environment for the tiger.
13  Q.    And why was that important to you?
14  A.    Well, as I stated earlier, for me to go to a zoo
15  and see an animal, I don't just want to see an animal
16  stuck there. I want to see the animal doing something.
17  I want to see the animal behaving as it might in the
18  natural environment that it came from and this --
19  although he's a pretty tiger, that's it. There's
20  nothing more interesting in that for me.
21  Q.    And how long did you spend looking at the tiger
22  that day?
23  A.    Well, I spent a few minutes. I don't know
24  exactly how long, but I contemplated it. I contemplated
25  the whole situation that here was the white tiger. This

228

1   is the tiger that I had read about in the -- in the ad
2   about the Cricket Hollow Zoo; that it was Iowa's only
3   white tiger and I thought this was a really, really sad
4   situation for an animal like this. And I just sat and
5   thought about that for a little bit.
6   Q.    And did the tiger move or react at all when you
7   were there?
8   A.    No. He just laid there.
9   Q.    Did you feel -- did you feel any kind of
10  connection with the animal when you were there?
11  A.    Well, yeah. I spent some time looking at him and
12  I thought this -- you are a poor, poor tiger. You know,
13  I just don't know why you end up like this -- how your
14  life took you to this point that you ended up in a small
15  little cage, a dingy little cage, a dirty little cage
16  and yet you're the star of the show at the zoo and this
17  is all that you're relegated to.
18  Q.    How did that make you feel?
19  A.    It made me really, really sad and really
20  disappointed.
21  Q.    How so?
22  A.    Disappointed for me and disappointed for the
23  visitors that would come to the zoo expecting to see
24  something; expecting to learn from this experience and
25  all they were going to get to do is stand there and look

229

1   as well. There was no aha moment there.
2   Q.    Did you see any wolves during this particular
3   visit?
4   A.    I believe I saw a wolf during that visit, yup.
5   Q.    Did you notice anything about the wolves'
6   enclosures?
7   A.    The wolves' enclosures are very similar to the
8   tiger enclosures, to be honest with you. Similar log
9   for them to stand on; a similar Quonset hut-type wooden
10  structure toward the back; dirty, as the tiger enclosure
11  was, with feces on the ground. I noticed at some point
12  there were some holes that looked like the wolf was
13  trying to dig underneath the wire fencing.
14  Q.    How big were those holes?
15  A.    Oh, it's hard for me to say. They were probably
16  about this big around.
17  Q.    So --
18  A.    This deep.
19  Q.    -- like six inches deep?
20  A.    Yeah; 18 inches across.
21  Q.    Could you tell if there was space underneath the
22  fence?
23  A.    I could not tell that there was space, but there
24  was definite digging had that been going on.
25  Q.    Could I ask you to look at Exhibit 61-7.

Case 6:14-cv-02034-JSS   Document 213-1   Filed 11/30/15   Page 31 of 94
COMPENTRANSCRIPT1319 please check this URL eripmedia.com
to purchase a complete copy of the transcript.

230

1   **A.**   Okay.

2   **Q.**   What is this a picture of?

3   **A.**   I think I've got the right one. It looks -- it

4 is a picture of a lane; an area in the zoo that goes

5 from the main walkway of the zoo back toward a pasture

6 where a dairy cow is and at the end of that lane,

7 there's a big pile of garbage. There are decrepit

8 fences on both sides of that lane -- that walkway. A

9 lot of overgrowth of weeds, shrubs and there's some

10 standing water -- puddles of water.

11   **Q.**   And why did you take this picture?

12   **A.**   Well, I took the picture because, No. 1, as I

13 walked down the pathway and looked to the left and saw

14 this, I thought what is all that garbage doing there?

15 Why is it so close to the public accessibility of the

16 zoo? Why is it so close -- why can the public even see

17 it from the main walkway in the zoo? I just thought it

18 was really out of place and really I was a little

19 troubled by having seen such a big pile of mess.

20   **Q.**   And how close was this to, say, the tiger

21 enclosures or the wolf enclosures or the lemur house?

22   **A.**   As I look to the picture -- oh, the lemur house,

23 100 yards or maybe a little better to the lemur house.

24 To the wolf and tiger enclosure, around the corner, so

25 maybe 50 feet.

231

1   **Q.**   Okay.

2   **A.**   Forty feet.

3   **Q.**   And on a later visit, did you walk past this same

4 lane?

5   **A.**   I did walk past the same lane, yes.

6   **Q.**   And was it in the same condition?

7   **A.**   It was in the same condition.

8   **Q.**   Was there anything to prevent the public from

9 seeing it?

10   **A.**   Not to see it. There was a gate -- on my second

11 visit, there was a gate across this little driveway, but

12 the -- it didn't bar the visitor from seeing the

13 garbage.

14   **Q.**   Can I ask you to turn to Exhibit 61-1, please.

15 Oh, excuse me. Strike that. Around the time that you

16 visited the zoo in June 2012, that was before you

17 started reviewing the APHIS inspection reports; correct?

18   **A.**   Correct.

19   **Q.**   And during this June 2012 visit, was there

20 anything noticeable that you experienced? Anything

21 particular that happened?

22   **A.**   Oh, there was an incident. I was on the main

23 walkway of the zoo. I was looking at a group of

24 pot-bellied pigs and contemplating those animals when

25 behind me there was a loud -- a commotion or a ruckus,

232

1 if you will, and there were some teenage type kids

2 behind me were -- and they were taunting the lion.

3 There was a lion in the corncrib cage behind me, and the

4 lion was pretty upset and running into the side of the

5 corncrib and making a lot of noise and the kids were

6 kind of laughing at it and making a big deal about it,

7 and, frankly, I was a little nervous about that.

8         My first inclination was if something

9 happens and that animal is able to get out, where do I

10 go? Trying to figure out, you know, what I would do if

11 I was faced with that. But I thought that was pretty

12 unnerving and I was concerned about that not only for

13 myself, but had there been a family there; had there

14 been someone with a small child and that had taken

15 place, what kind of -- what kind of reaction would that

16 child have had and what kind of experience would they

17 take away from that visit to the zoo; that here was this

18 lion acting out of character and trying to be very

19 ferocious and people taunting it and it wasn't a good

20 situation.

21   **Q.**   And that stuck with you?

22   **A.**   It did stick with me, unfortunately.

23   **Q.**   Were any zoo staff or volunteers around when this

24 occurred?

25   **A.**   No, I didn't see anybody.

233

1   **Q.**   And how did this make you feel?

2   **A.**   Well, it -- it angered me a little bit. It

3 concerned me. It unnerved me. All of those kind of

4 combined together that, again, here I was a zoo

5 visitor. I was concerned for my own

6 safety. As I said, I thought about had there been a

7 family with children there, what would have happened to

8 those children? How would they have felt? Would they

9 have been scared, frightened? I just -- it was just one

10 more troubling experience to that first visit.

11   **Q.**   And did you leave the zoo shortly thereafter?

12   **A.**   I left shortly thereafter. I did stop in the

13 education building and the reptile house on the way out,

14 but I left that area very soon.

15   **Q.**   And after the visit to the zoo, how did you feel?

16   **A.**   Well, I was worn out and I was just kind of

17 incredulous; like what did I just step into? What -- is

18 this really a zoo? Is this really an Iowa tourist

19 attraction? What -- what is this place and how -- how

20 is it that it is allowed to do business and function and

21 certainly there must be some kind of an oversight entity

22 that watches out for things like this in Iowa and why

23 aren't they or are they and all those things were

24 jumbling around in my mind.

25   **Q.**   And so this visit was different to this zoo than

Case 6:14-cv-02034-JSS   Document 71   Filed 11/30/15   Page 32 of 94

PURCHASE A2319 eDeposition.com<br>to purchase a complete copy of the transcript.

234

1  to the other zoos you had been to previously?
2  A.  Oh, by far; by far.
3  Q.  And after the visit to the zoo, did you take any
4  action?
5  A.  I did.  I -- I articulated my concerns in quite a
6  bit of detail and sent a letter of complaint to the Iowa
7  Department of Agriculture and Land Stewardship and I
8  also sent the same letter of complaint to the
9  United States Department of Agriculture APHIS.
10  Q.  Can I call your attention to what's been
11  premarked as Exhibit 62, please?
12  A.  Okay.
13  Q.  And would you take a look through Exhibit 62
14  briefly.  There's around 19 pages and it includes the
15  correspondence that you just mentioned, in addition to
16  other correspondence that you have sent to other state
17  and federal entities about Cricket Hollow Zoo.
18  A.  Uh-huh.  Okay.
19  Q.  Do you recognize those documents?
20  A.  Yes, I do.
21  Q.  And are they fair and accurate representations of
22  correspondence that you sent to the Iowa Department of
23  Agriculture and Land Stewardship and APHIS and other
24  federal and state entities?
25  A.  Yes, they are.

235

1          MS. HOLMES:  Your Honor, I would like to ask
2  that Exhibit No. 62 be offered into evidence.
3          (Plaintiffs' Exhibit 62 was offered in
4  evidence.)
5          THE COURT:  Any objection?
6          MR. THORSON:  Yes, Your Honor.  We object
7  they're not relevant.  They're self-serving statements.
8          THE COURT:  At this point I'm not sure what
9  I'm going to find to be relevant, so I'm going to
10  receive Exhibit 62 and I'll give it such weight as I
11  think is appropriate.
12          (Plaintiffs' Exhibit 62 was received in
13  evidence.)
14          MS. HOLMES:  Thank you, Your Honor.  And if
15  I could, just for the record, we believe this goes to
16  plaintiffs' standing in particular.
17  Q.  If you could, Tracey, please look at Exhibit 62,
18  page 1.
19  A.  Okay.
20  Q.  And it is the letter dated June 25, 2012.  That's
21  only two days after your visit; correct?
22  A.  That's correct.
23  Q.  Why did you write a letter so quickly?
24  A.  Well, I wanted to write a letter while my
25  experience was fresh in my mind and I didn't think that

236

1  writing a letter months after the fact or weeks after
2  the fact really would have as much bearing as my
3  immediate reactions and my immediate desire to let the
4  officials know that there was a problem.
5  Q.  So you felt that the problem was strong enough
6  that it merited you --
7  A.  Yes, I did.
8  Q.  -- writing your reaction?
9  A.  Absolutely.
10  Q.  Would you please look at pages 3 and 4 of this
11  letter.
12  A.  Okay.
13  Q.  At the bottom of page 3, it begins all and all?
14  A.  Yes.
15  Q.  And there's a litany of items that you identify
16  down halfway through page 4.  Would you briefly skim
17  those?
18  A.  Okay.
19  Q.  And are those paragraphs accurate representations
20  of how you felt after your visit to the Cricket Hollow
21  Zoo in June 2012?
22  A.  Yes, they are.
23  Q.  And now in October of 2015, do you still stand by
24  those statements that that's what you experienced at
25  that time?

237

1  A.  Absolutely, I did.
2  Q.  And do you stand by them now?  Do you still think
3  that those -- you still have those feelings?
4  A.  Yes, I do.
5  Q.  Would you please look at Exhibit 62, page 5.
6  A.  Okay.
7  Q.  And what's the date on this letter?
8  A.  June 26, 2012.
9  Q.  And is it from you to APHIS?
10  A.  Yes, it is.
11  Q.  And if you look at the second paragraph of this
12  letter, how did you describe the experience at the zoo?
13  A.  As I look at the second paragraph --
14  Q.  Yes.
15  A.  -- of the letter?  Well, I -- I described this --
16  my experience at the zoo in the same way.  I included a
17  copy of my letter to IDALS with this particular
18  complaint rather than restate the entire thing to USDA
19  APHIS.
20  Q.  Did you qualify it as a miserable experience?
21  A.  It was a miserable experience, absolutely.
22  Q.  And is that an accurate representation of how you
23  felt at that time?
24  A.  Yes.
25  Q.  And still?

Case 6:14-cv-02034-JSS   Document 213   Filed 11/30/15   Page 33 of 94
to purchase a complete copy of the transcript.

238

1  **A.**    Yes.

2  **Q.**    So what happened after you wrote these letters?

3  **A.**    Well, after I wrote the letters, I contemplated

4  about my experience, my visit.  I wondered about if

5  anybody would take the complaints that I had shared, my

6  experiences that I had shared and if anybody would do

7  anything with them.  I was hopeful that they would maybe

8  look into the case.

9  **Q.**    Did you get a call from Cynthia Neis at APHIS --

10  and just for the record, APHIS is the Animal Plant

11  Health Safety -- Health Inspection Service?

12  **A.**    Yes.  You know, I thought it was Cynthia Neis

13  when she called.  Who it was was one of the staff

14  members contacting me because I had not -- I had not

15  sent in the formal complaint form that I had sent to

16  IDALS that I referenced in this letter and they were

17  calling me back to see if I could send that in.

18  **Q.**    So did you send that in?

19  **A.**    Yes, I did.

20  **Q.**    And did you receive any substantive response to

21  your complaints after you provided the information to

22  them?

23  **A.**    No; nothing substantive.

24  **Q.**    Okay.  Did the process of filing the complaint

25  with IDALS or APHIS alleviate your concerns in any way

239

1  about the Cricket Hollow Zoo?

2  **A.**    Well, it -- I'm not sure it would alleviate, but

3  it relieved them a little bit.  I guess I was under the

4  assumption that it's important to let the officials know

5  if you see something that you think is wrong; something

6  that needs to be addressed or perhaps fixed and I

7  thought I had done my due diligence and I had outlined

8  my concerns; sent them off to the people who I thought

9  could handle the situation and so I was a little bit

10  relieved that I had done that, yes.

11  **Q.**    Okay.  And did you still harbor concerns for the

12  animals?

13  **A.**    Well, I still did, yeah.

14  **Q.**    And what happened next?  Did you -- did you

15  decide to return to the zoo?

16  **A.**    I did decide to return to the zoo.  I was

17  curious.  I was hopeful that my letter would spur some

18  action on behalf of the officials; that they would talk

19  with the zoo owners; that maybe they would get together

20  and figure out a plan of some improvements or ways to

21  address the concerns and the experience that I had had.

22  **Q.**    Okay.  So when did you go to the zoo next?

23  **A.**    I went back on July 6th.  That was about two

24  weeks from my first visit.

25  **Q.**    And why did you decide to go back?

240

1  **A.**    Well, again, I was curious.  I was hopeful that

2  something would have changed.  You know, after my first

3  visit, I thought well, maybe -- maybe it's just a bad

4  day for the zoo.  Maybe volunteers didn't come in or

5  something happened for it to be in the condition that I

6  found it and the condition that I found the animals.

7  Maybe things had improved; I want to go back and see,

8  plus I had written the first letters of complaint.

9  **Q.**    And what were the conditions like on July 6,

10  2012, when you went back?

11  **A.**    Well, unfortunately, I have to say that they were

12  exactly the same as I found them two weeks before.

13  **Q.**    Was it a hot day that day?

14  **A.**    It was a very hot day.  Hot and humid.

15  **Q.**    Would you say it was over a hundred degrees?

16  **A.**    It was very close to 100 degrees.  I think in

17  Davenport that day we touched 100, so my guess is

18  Manchester was very close to that.

19  **Q.**    Do you recall if there had been rain in the

20  preceding days or week or two before the visit?

21  **A.**    It seemed to me we were in a bit of a dry period

22  about that time; dry and hot as opposed to wet and hot

23  when I had been there the first time.

24  **Q.**    So it had been a while since it had rained?

25  **A.**    Yeah.

241

1  **Q.**    Would you please turn to Exhibit 61-8; 61 page 8.

2  **A.**    Yes.

3  **Q.**    Would you please describe for the Court what this

4  is a photograph of.

5  **A.**    Well, this is a photograph of a very large

6  container of water.  The container is -- it looks to be

7  a metal side.  It's not your -- it's not a stock tank.

8  It's not a baby pool, but some kind of other large

9  container of water.  The water is very stagnant looking.

10  It's kind of scummy looking.  It looks like it has all

11  kinds of feathers in it and it appears that there is a

12  floating dead rat, dead bird; some kind of a small dead

13  animal floating in that water.

14  **Q.**    And is this picture representative of the general

15  conditions that you witnessed on this visit to the zoo?

16  **A.**    Yes, it is.

17  **Q.**    Did you also see the tiger that visit or any

18  tigers?

19  **A.**    Yes, I did.

20  **Q.**    And did you see the wolf?

21  **A.**    I believe I saw the wolf again on that visit,

22  yes.

23  **Q.**    And what did you notice about their enclosures?

24  **A.**    Well, the thing that struck me most is that the

25  enclosures had not changed.  There had been no semblance

Case 6:14-cv-02034-JSS   Document 42-19   Filed 11/30/15   Page 34 of 94
PURCHASE A DAY PASS AT www.realtransactions.com
to purchase a complete copy of the transcript.

242

1 of change; no semblance of the material in the -- on the
2 floor of the enclosures being changed or cleaned out or
3 raked or done anything like that. The same sterile
4 environment that I saw on my first visit. No enrichment
5 to speak of.
6 Q. And would you look at pages 9 and 10 of
7 Exhibit 61?
8 A. Nine and 10. Okay.
9 Q. And what are those -- what are those pictures of?
10 A. Those are pictures of two of the tiger
11 enclosures.
12 Q. And what did you notice about the tiger
13 enclosures?
14 A. Well, again, they're pretty sparse. They're
15 pretty bare. They've got a lot of tiger feces in them.
16 Both enclosures look exactly the same as I saw them two
17 weeks before.
18 Q. And how did that make you feel?
19 A. Well, a little frustrated because apparently
20 either my letter of July -- or June 26th after my first
21 visit had not been taken seriously or had not been read
22 yet or my concerns had not been communicated back to the
23 owners of the zoo. And maybe I was expecting a
24 turnaround time a little quicker than actually happens,
25 but I was really distressed to see that nothing had

243

1 changed for these animals in two weeks.
2 Q. So because of that distress, did you feel any
3 kind of connection with the animals?
4 A. Well, even more so. I thought who -- who's
5 taking care of these animals and why aren't they being
6 taken care of and how can anybody let them languish like
7 this?
8 Q. Did you have any thoughts about the heat that day
9 as you were looking at these animals?
10 A. Yeah. I wondered how they were coping. In these
11 two photos, there really isn't much for shade. In the
12 one, again, it's that metal Quonset hut and I thought --
13 I thought that being under a metal container in a hot
14 day would be pretty miserable, but there was no place
15 really else for them to get out of the sun.
16 Q. And did you see any change to so-called
17 enrichment or activities for the tigers?
18 A. No; nothing. It was the same logs. The same --
19 same as it had been two weeks ago.
20 Q. Did you see any staff or volunteers that day
21 providing any assistance to any of the animals?
22 A. No, I did not.
23 Q. And what was your impression upon leaving the
24 zoo?
25 A. Well, it was very similar to my first, although

244

1 it was beginning to multiple a little bit. Again, what
2 I did see on that first visit, apparently two weeks
3 later it appeared that this was the norm. I had not
4 caught the zoo on a bad day; that maybe this is really
5 how it always is at Cricket Hollow Zoo and that
6 disturbed me greatly.
7 Q. Disturbed you in what way?
8 A. Disturbed me in, again, the care that the animals
9 were getting, the physical care, their emotional care.
10 If nothing ever changes for them, I was starting to
11 become pretty confident that perhaps their mental state
12 wasn't as good as it could be because of lack of
13 enrichment and, again, I'll go back to the experience
14 that the visitor receives at the zoo; pretty
15 nonexistent. No educational value.
16 Q. Would you please turn to Exhibit 62, page 13.
17 A. Yes.
18 Q. And just for the record, this is a -- page 6 of a
19 letter that you sent to IDALS on July 6, 2012; correct?
20 A. Oh, well, let's see; I'm pretty sure. That is
21 correct.
22 Q. And remind us what day you visited the zoo.
23 A. I visited on July -- on July 6th.
24 Q. And you wrote a letter the same day to IDALS?
25 A. Yes, I did.

245

1 Q. Why did you write a letter so quickly?
2 A. Well, I was pretty irritated. I was pretty
3 irritated and it was fresh in my mind and I thought
4 about how I was going to write the letter on the drive
5 from Manchester back home and I felt it was prudent for
6 me to put it on paper right away.
7 Q. How long is the drive from Manchester back home?
8 A. Oh, an hour and 20 minutes.
9 Q. And what were you concerned with in writing this
10 letter?
11 A. Well, I was concerned again to -- to make sure
12 that I could articulate one more time and maybe in a
13 little more detail the significant shortcomings that I
14 was experiencing as a visitor to the zoo based on my
15 professional background and my care and interest and
16 love for animals.
17 Q. And if you look at page 13 --
18 A. Yes.
19 Q. -- the last paragraph on 13 that runs over onto
20 page 14. Would you please read that to yourself.
21 A. Okay.
22 Q. And is it fair to say -- is it accurate -- excuse
23 me. The last sentence of that paragraph, "As a result,
24 she has created a sad zoo with even sadder animals and
25 disappointing experience for visitors to the State of

CONTACT 312-519-3080 · 800-315-0540 · www.myerforms.com
to purchase a complete copy of the transcript.

246

1  Iowa." Is that a fair representation of your feelings
2  at the time?
3  A.     Yes, it is.
4  Q.     And now in 2015, do you still feel that way?
5  A.     Yes, I do.
6  Q.     And by sending this letter, did that make you
7  feel any kind of relief in terms of what was being done
8  to help the animals?
9  A.     A little bit, but I wasn't necessarily going to
10 hold my breath on some kind of response given the first
11 letter and no response.
12 Q.     So what happened -- when was your next visit to
13 the zoo?
14 A.     I didn't decide to return to the zoo until June
15 of the following year.
16 Q.     And why not?
17 A.     Well, I was a little drained from these first two
18 exhibits -- first two visits to the zoo. I was a little
19 fearful for my own safety and my own health going back
20 to the zoo.
21 Q.     Why is that?
22 A.     Given -- given the situation with the lion on my
23 first visit ramming itself into the side of the cage.
24 That was unnerving. The garbage, the filth in the
25 cages. You know, dirty water in waters that I saw. The

247

1  fact that there were -- handwashing stations were
2  nonexistent. There was one, but the day that I was
3  there, there wasn't any soap or anything to wash your
4  hands with, so -- and the fact that there wasn't any
5  staff available in the event that there was a problem.
6  All of those things to me kind of cried out maybe you
7  don't want to go back. Maybe it's not the safest place
8  in the world for you to go. Why don't -- let's not go
9  back.
10 Q.     But were you still concerned about the animals?
11 A.     Absolutely, I was concerned about them. My
12 concern for the -- because I didn't go to the zoo is not
13 a reflection on the fact that I lost concern or didn't
14 care anymore about the animals in the situation.
15 Q.     In fact, in the interim did you take other
16 actions?
17 A.     I took many actions, yes.
18 Q.     Can you describe to the Court briefly some of the
19 things that you did in the meantime?
20 A.     Yes. In the meantime I continued to make myself
21 familiar with the USDA APHIS reading room, familiarizing
22 myself with the inspection reports that were there; what
23 had happened in the past at the zoo; the conditions. I
24 reached out to Secretary Northey, who's the Secretary of
25 the Iowa Department of Agriculture; requested a chance

248

1  to visit with him about the situation.
2  Q.     Did you have a visit with him?
3  A.     I did have a visit, yes, in his office.
4  Q.     And did anything substantive come of that visit?
5  A.     No. No.
6  Q.     Did you contact other officials or authorities?
7  A.     I did. I contacted -- I contacted local
8  officials in Delaware County. Sheriff. I wanted him to
9  to be aware that I thought there were concerns -- or
10 there were issues with animals having enough water,
11 being able to get out of the elements -- the weather --
12 so I contacted the sheriff's department. I did visit
13 with the supervisors in Delaware County. Again, trying
14 to think who -- who might have some oversight at a
15 public facility like this; health department, DNR.
16 Maybe the DNR have some involvement in exotic animals,
17 large animals, carnivores. The fact that the zoo had so
18 many carnivores was very unnerving to me.
19 Q.     Why is that?
20 A.     It was unnerving to me based on the condition of
21 the zoo itself and the enclosures that the animals were
22 in.
23 Q.     And did you contact the mayor of Manchester and
24 the Delaware County Board of Supervisors?
25 A.     Yes. I contacted the supervisors a couple times.

249

1  I visited with Mayor Milt Kramer once. Probably it was
2  more like wintertime after my first two visits; was part
3  of my continuing advocacy reaching out to people who I
4  thought should be aware of what was going on.
5  Q.     And you said that you were continuing to read the
6  inspection reports. Was there any inspection report in
7  particular that caught your attention?
8  A.     There was one that caught my attention. I cannot
9  tell you exactly when it showed up on the reading room
10 site, but it -- I believe it was conducted after my
11 second visit. And one of the things that really struck
12 me was conversation about a fence for a tiger that was
13 too short. It needed to be -- I think it was -- I think
14 they -- it was indicated that it was six feet tall. It
15 needed to be 16 feet tall -- something of that nature --
16 and this was noted after I had been at the zoo, so that
17 only ramped up my anxiety about the fact that this
18 problem apparently was going on while I was visiting
19 there, other public was visiting there and that really
20 angered me because it was an indication to me that the
21 zoo owners were putting the public at risk.
22 Q.     Did you file a complaint with IDALS at any point?
23 A.     Yes.
24 Q.     And did you make FOIA requests regarding the zoo?
25 A.     Yes, I did.

Case 6:14-cv-02034-JSS   Document 42   Filed 11/30/15   Page 36 of 94

250

1  Q.   And then in June 2013, did you return to the zoo?
2  A.   Uh-huh.
3  Q.   Why did you decide to go back?
4  A.   I felt an obligation -- despite my trepidations,
5  I felt an obligation to go back with the hope that what
6  I had written, what I had shared, the numerous
7  conversations, what I had seen from the inspection
8  reports as far as I took them to be directives to the
9  owners that things had to be changed, had to be
10  remediated, had to be brought back into compliance.  I
11  was hopeful that if I went back a year later, there
12  would be changes to the situation and it would be a more
13  pleasant experience for me.
14  Q.   And what happened when you went back?
15  A.   When I went back, I saw the same thing that I had
16  seen 12 and 14 months earlier.
17  Q.   Would you please look at Exhibit 61.
18  A.   Okay.
19  Q.   And as I understand it, pages 1 through 5 are
20  representative photographs of your visit in June 2013.
21  A.   Yes, they are.
22  Q.   And what about -- why did you take those
23  pictures?  What captured your attention?
24  A.   Well, again, I was approaching this, you know, I
25  thought somewhat scientifically or systematically.  I

251

1  wanted to go back and compare what I was seeing at that
2  point with what I had experienced previously.  I was
3  also trying to keep an eye open for things that
4  inspection reports had noted previously; if they were
5  still taking place; if I still observed those, and so
6  these pictures are representative of some of those and
7  they're also representative of animals that I had seen
8  previously, so compare and contrast.
9  Q.   So what is in the picture No. 1, page 1?
10  A.   Picture No. 1 is a camel and he's laying in -- or
11  she is laying in the pen.  The camel looks extremely
12  dirty.  You can see crusted dirt, mud; something all
13  over it.  But the thing that really drew me to the
14  picture was the piece of metal -- the sharp piece of
15  metal that is sticking out.  If I recall correctly, I
16  think that was mentioned in a USDA inspection report as
17  something that could seriously injury that animal and
18  needed to be fixed.
19  Q.   So that caused concern for you?
20  A.   It did because, you know, an animal could get
21  scared.  The camel could run around the corner.  It
22  could slice itself open and there would be an animal
23  injury.
24  Q.   Would you please look at pages 4 and 5.
25  A.   Okay.

252

1  Q.   And what are those pictures of?
2  A.   Well, these are pictures of the wolf and I took
3  these pictures because, again, picture No. 4 shows a lot
4  of piles of wolf feces in the pen -- in the enclosure.
5  It shows very little shading for the animal.  There's a
6  blue tarp that covers a bit of the top of the enclosure.
7  The one log for the animal to lie on and some kind of
8  plywood enclosure in back to get him out of the
9  elements.
10       The next one is a close-up of the wolf
11  trying to get a little bit of food that we tossed down
12  the shoot there and the wolf's ears are fly bitten and
13  crusty and injured.
14  Q.   And how did that make you feel?
15  A.   Well, it made me feel really upset for the
16  animal.  I know, having dogs of my own, that this can be
17  a painful thing for dogs.  On the occasion that it's
18  happened to our dogs, we do treat the tips of the ears
19  to keep the flies off, but those tips are bitten up
20  quite -- quite badly in my estimation.
21  Q.   And what was your -- what was your response?
22  What were your emotions at the point of this visit; your
23  third visit to the zoo?
24  A.   Well, based on this particular picture, to me my
25  emotions were heightened at that point because this was

253

1  an indication that nobody cared.  Nobody was caring for
2  these animals.  Nobody was.  Maybe they were being fed
3  something, but they didn't appear to be vetted.  I know
4  that they were probably in some pain and, again, what
5  kind of message is this sending to the public?  That
6  it's okay to have a zoo, but not take care of your
7  animals?  I thought that was just disgraceful.
8  Q.   How did you know that the animals were in pain?
9  A.   Because I have exhibited -- I have experienced
10  similar injury to one of our dogs when they have the ear
11  bitten and they shake and, you know, they try to scratch
12  their ears.  It hurts them.  It bothers them.  And I
13  didn't see anything that would tell me that this animal
14  is being treated for that injury.
15  Q.   So this is your third visit to the zoo and it
16  sounds like there was similarities between them.  Why
17  did you -- why did you decide to go back?  Why didn't
18  you just stop going to the zoo?
19  A.   Why I didn't stop before my third visit?
20  Because, as I said, I felt obligated.  I felt -- I want
21  to follow up on the work that I had done previously.  To
22  be honest with you, it was a personal thing.  But more
23  than anything, I wanted to go back to see if any
24  substantive changes had been made that would improve the
25  lives of any of the animals living at the zoo.

Case 6:14-cv-02034-JSS   Document 42-1   Filed 11/30/15   Page 37 of 94

CINTRACT/519 - 866-311-6730 · com
to purchase a complete copy of the transcript.

**254**

1  Q.   And after this last visit to the Cricket Hollow
2  Zoo, did you take additional actions?
3  A.   I did.  I filed another letter of complaint with
4  IDALS and with USDA.
5  Q.   And have you been to the zoo since summer of
6  2013?
7  A.   No, I have not.
8  Q.   Why not?
9  A.   Well, I had hoped that a year would go by and
10 things would change.  A year went by and things didn't
11 change.  I could barely stomach to go back to the place.
12 It upset me so much.  By this point in time, I was
13 fairly familiar or quite familiar with the USDA FOIA
14 reading room.  I could monitor or I could learn and I
15 could see through the descriptions that the inspectors
16 documented on their reports, as well as any photos from
17 those inspections that I was able to obtain.  I could
18 see for myself through their eyes that the conditions
19 remained the same.
20       There really was no benefit -- physical
21 benefit for me to go back.  All it did was upset me.  I
22 felt my time was better served comparing what USDA
23 inspectors were currently documenting with what I had
24 experienced; sharing that with officials; trying to
25 point out the fact that this was a constant state of

**255**

1  affairs at the zoo.  These weren't just one-time
2  occurrences.  This was business as usual at Cricket
3  Hollow Zoo, and so I felt it would be in the animals'
4  best interest if I devoted my time to the advocacy.
5  Q.   And you've been reading the FOIA reports --
6  excuse me -- you've been reading the APHIS reports since
7  then?
8  A.   Yes.
9  Q.   Is that how you've been keeping up with what's
10 been going on at the facility?
11 A.   Yes.
12 Q.   And you've also been involved in this lawsuit as
13 a plaintiff?
14 A.   Yes, I have been.
15 Q.   And you're doing this lawsuit in your individual
16 capacity, as well as as a member of ALDF; correct?
17 A.   Correct.
18 Q.   And why are you doing it in your individual
19 capacity?
20 A.   Because I really feel compelled that when you see
21 something that is this, in my mind, outrageous and a
22 problem that consists for this long, multiple years,
23 many years and it consisted longer -- and it was in
24 existence longer than -- prior to my first visit.  There
25 were documented problems at Cricket Hollow Zoo long

**256**

1  before I even knew there was a zoo.  I really feel that
2  it's important that when you see a problem, you continue
3  to work on it until the problem is solved, and that's
4  what I have devoted myself to doing.
5  Q.   And where did that belief -- where did that
6  belief come from?
7  A.   Actually, it was instilled in me by my father and
8  my mother.  They were both very -- they taught me that
9  when you -- through life -- when you go through life
10 when you see things that you think need to be changed or
11 addressed, you can't just not say anything.  You have to
12 speak out.
13 Q.   And since filing the complaint in this matter in
14 March of 2014, do you believe that your injury has, in
15 fact, magnified over time?
16 A.   Yes.  In some respects it has.
17 Q.   Can you describe how it has?
18 A.   My frustration has grown.  I guess my -- my
19 frustration, my anger with the system.  Why -- why does
20 the system exist that allows a condition like this to
21 continue for over a decade?  It makes absolutely no
22 sense to me.  It has confused me.  It has confounded me,
23 flummoxed me and it makes me all the more eager to
24 continue working on it and figure out how to get it
25 fixed.

**257**

1  Q.   And are you aware of the animals that have died
2  at the Cricket Hollow Zoo?
3  A.   I have been made aware of those animals through
4  the course of discovery for the lawsuit.  I didn't know
5  of animal deaths just as a visitor to the zoo, no.
6  Q.   And how has learning of that information through
7  the course of the lawsuit affected you?
8  A.   I keep saying angered and frustrated.  I'm sure
9  there are other words for it, but those are the ones
10 that come to my mind.  It's, again, why do these animals
11 need to needlessly suffer?  Why do they have to be
12 subjected to the conditions that I saw at Cricket Hollow
13 Zoo?  How many of these conditions attributed to their
14 early or untimely death?  And again, what message is
15 this sending to the visitors, to kids, to the public who
16 comes to it?  It's very, very -- it's very saddening and
17 it's tiring.
18 Q.   Would you consider yourself heartbroken over
19 this?
20       MR. THORSON:  Objection.  It's leading,
21 Your Honor.
22       THE COURT:  Sustained.
23       THE WITNESS:  Does that means I can answer
24 that question?
25       THE COURT:  It means you cannot.

to purchase a complete copy of the transcript.

**258**

1    THE WITNESS: I cannot. Okay

2  **Q.**    Do you have other feelings about this?

3  **A.**    Yeah. I'm just -- I'm at a loss. I am pissed

4  off, if I may say that, Your Honor. I am just shocked

5  that this kind of stuff can go on.

6  **Q.**    And you've talked about being frustrated with the

7  system. Do you -- do you blame the zoo owners for the

8  situation?

9  **A.**    I blame them partially for the situation. As I

10  read inspection reports and now as I understand why

11  inspections are provided and the information that

12  inspectors document during their visits, I take that and

13  I understand that to be a teaching tool to licensees, so

14  when an inspector comes in and sees something that needs

15  -- that is wrong, that there's a condition, this is the

16  part of the Animal Welfare Act that's being not taken

17  care of, and usually the inspector says this needs to be

18  done in order to correct this problem by a certain date.

19    I take that to be a really important

20  teaching tool and something that I would hope, I would

21  assume and I would expect the owners to take note of and

22  to make that correction. And over time, that has not

23  been the case. There have been many repeated

24  infractions with the Animal Welfare Act identified by

25  inspectors at the zoo. And those repeats mean that

**259**

1  whatever kind of guidance the inspector gave to the

2  owners, they did not take that. And so this valuable

3  tool has gone to waste. We continue to send inspectors

4  back to a bad situation that isn't getting any

5  better and the whole thing is just really frustrating.

6  **Q.**    And would you say before you encountered the

7  Cricket Hollow Zoo, you weren't having these feelings or

8  these experiences?

9  **A.**    At other zoos or just in general?

10  **Q.**    At other zoos.

11  **A.**    Oh, no. Not at other zoos, no. I never

12  experienced frustration and concern and sadness at other

13  zoos as I have at this one.

14  **Q.**    What would you like to see happen with the tigers

15  and lemurs and wolves at the zoo?

16  **A.**    I would like to see them living out the rest of

17  their lives at a facility that would allow them to act

18  in a manner in which they were created. They need to be

19  able to roam. They need to be able to walk on grass.

20  They need to be able to interact with each other. They

21  need to be able to enjoy their wolf life or their lion

22  life as they were intended to do or their tiger life.

23    You know, if -- if it was at all conceivable

24  and possible that that kind of environment could be

25  developed at Cricket Hollow Zoo, that might be a

**260**

1  wonderful thing. I really personally do not feel that

2  there's the capacity to be able to do that, and in that

3  case, I believe the animals need to be relocated.

4  **Q.**    If -- would you visit them again if their

5  conditions did improve?

6  **A.**    Yes, I would.

7    MS. HOLMES: If I could just have a minute,

8  Your Honor?

9    THE COURT: You may.

10  **Q.**    Tracey, if -- would you visit the animals again

11  if they were relocated elsewhere?

12  **A.**    Yes, I would.

13    MS. HOLMES: Thank you.

14    THE COURT: Is that it?

15    MS. HOLMES: Yes, Your Honor.

16    THE COURT: Mr. Thorson?

17    MR. THORSON: Thank you, Your Honor.

18    Before we begin, I would like to offer into

19  evidence Defendant's Exhibit Y.

20    (Defendants' Exhibit Y was offered in

21    evidence.)

22    THE COURT: Any objection?

23    MS. HOLMES: We're just retrieving it,

24  Your Honor. Yes, Your Honor. We do object to this

25  exhibit on the basis of relevancy.

**261**

1    THE COURT: Overruled. Exhibit Y is

2  received.

3    (Defendants' Exhibit Y was received in

4    evidence.)

5    CROSS-EXAMINATION

6  BY MR. THORSON:

7  **Q.**    And may I also call you Tracey?

8  **A.**    Pardon me?

9  **Q.**    May I also call you Tracey?

10  **A.**    Yes, you may.

11  **Q.**    Thank you. Tracey, you indicated to the Court

12  that your parents taught you to speak up if you saw

13  something wrong; is that correct?

14  **A.**    That's correct.

15  **Q.**    When you saw these teenagers teasing the lion,

16  did you talk to those teenagers?

17  **A.**    I did not talk to those teenagers.

18  **Q.**    Did you tell Mrs. Sellner that there were

19  teenagers teasing a lion?

20  **A.**    No, I did not.

21  **Q.**    Did you see the sign in front of the lion saying

22  no teasing of the lion?

23  **A.**    No, I did not.

24  **Q.**    And you have no background in inspection of zoos,

25  do you?

Case 6:14-cv-02034-JSS   Document 42-1 Filed 11/30/15   Page 39 of 94

262

1  **A.**  No, I do not.

2  **Q.**  You're involved in another lawsuit also besides

3  this one, aren't you?

4  **A.**  Yes.

5  **Q.**  Is that against Tom Vilsack, the Secretary of

6  Agriculture?

7  **A.**  Yes, it is.

8  **Q.**  And what is that lawsuit about, if you know?

9  **A.**  That lawsuit in general is about the continuation

10  of issuing a license to Cricket Hollow Zoo despite their

11  long-standing noncompliance with the federal Animal

12  Welfare Act.

13  **Q.**  When did you become a member of the Animal Legal

14  Defense Fund?

15  **A.**  Probably in the spring of 2013.

16  **Q.**  You mentioned --

17  **A.**  Or might have -- no. It might have even been a

18  little bit after that. I'm sorry. I misspoke,

19  Your Honor, I'm sorry.

20  **Q.**  So when was it to your best estimate?

21  **A.**  My best estimate probably would have been closer

22  to the fall of 2013.

23  **Q.**  You mentioned you went to the Brookfield Zoo in

24  response to some questions on direct examination. When

25  did you go to the Brookfield Zoo?

263

1  **A.**  Well, my Brookfield Zoo experiences were more

2  when I was a young adult, college.

3  **Q.**  Just for reference, how many years ago was that?

4  **A.**  Probably 30.

5  **Q.**  Okay. Did you go with your parents or just by

6  yourself or --

7  **A.**  Parents and with a college trip.

8  **Q.**  And when you met with Pam Sellner, you just had

9  various small talk you said in your deposition; is that

10  correct?

11  **A.**  Yes. Small talk, uh-huh.

12  **Q.**  You didn't point out to her any of the problems

13  you saw at the zoo then; correct?

14  **A.**  No, I did not.

15  **Q.**  And you mentioned some of the organizations you

16  went to see after your visit to the zoo. You mentioned

17  the mayor of Manchester. You mentioned the Board of

18  Supervisors I believe in Delaware County. I'm going to

19  show you what you responded to in Answer to

20  Interrogatory No. 9 if I can work the equipment here,

21  and I don't want you to go through each of these, but --

22  MS. HOLMES: Objection, Your Honor; improper

23  impeachment.

24  THE COURT: Overruled.

25  **Q.**  This may help you refresh your memory about who

264

1  you contacted.

2  THE COURT: Should show up on that screen

3  right in front of you.

4  THE WITNESS: On the screen; okay.

5  **Q.**  Starting in 2012 after you visited the zoo, you

6  went to a number of different organizations, is that

7  correct, or contacted a number of different

8  organizations I should say --

9  **A.**  Contacted, yes.

10  **Q.**  -- yes. You mentioned IDALS to begin with?

11  **A.**  That's correct.

12  **Q.**  And then you went to the Delaware County

13  Sheriff's Department?

14  **A.**  Well, I didn't go to them. I called them.

15  **Q.**  Okay. And --

16  **A.**  That was for a welfare check on the animals.

17  **Q.**  And it looks like you did that on June 28th and

18  also July 6th?

19  **A.**  Yes.

20  **Q.**  Okay. And you filed another concern with IDALS

21  USDA on July 7th of 2012; is that correct?

22  **A.**  That's correct.

23  **Q.**  And you met with Dr. Randy Wheeler of IDALS on

24  July 23rd; is that also true?

25  **A.**  That's correct.

265

1  **Q.**  And I believe you mentioned Bill Northey. You

2  met with him and Steven Moline. Is Steven Moline a

3  veterinarian or do you know?

4  **A.**  He's a department head. I don't believe he's a

5  veterinarian, no.

6  **Q.**  That was on September 5th of 2012; is that

7  correct?

8  **A.**  Yes, uh-huh.

9  **Q.**  On November 27th, you contacted the Iowa

10  Department of Natural Resources concerning the Cricket

11  Hollow Zoo?

12  **A.**  Yes, I did.

13  **Q.**  Also on November 27th you placed a call to the

14  Delaware County Department of Health concerning

15  conditions at the zoo?

16  **A.**  That's correct.

17  **Q.**  You held a phone conversation on November 28th

18  with the Black Hawk County Health Department?

19  **A.**  Yes.

20  **Q.**  Also November 28th you contacted IDALS again;

21  correct?

22  **A.**  Correct.

23  **Q.**  November 28th you contacted the Delaware County

24  DNR officer?

25  **A.**  That's correct.

to purchase a complete copy of the transcript.

266

1  Q.  November 29th you contacted the Delaware County
2  Department of Public Health?
3  A.  That was a follow-up call, yes.
4  Q.  December 22nd again you contacted the Delaware
5  County Sheriff's Department; is that true?
6  A.  Yes; for a welfare check on the animals.
7  Q.  December 22nd you again filed another concern
8  with IDALS and USDA?
9  A.  That's correct.
10 Q.  And on December 22nd of 2012, you sent a letter
11 to Dr. Robert Gibbens of the USDA Department of Health
12 and Inspection; is that right?
13 A.  That's correct.
14 Q.  And I'm not going to go through each one of
15 these, but I want to point out you made numerous
16 contacts to people about conditions at the zoo; is that
17 correct?
18 A.  That was all part of my advocacy work, yes.
19 Q.  And to your understanding and your satisfaction,
20 none of these agencies did anything about the conditions
21 at the zoo; is that true?
22 A.  As far as I know, they did not.
23 Q.  When you met with Bill Northey, who was the Iowa
24 Secretary of Agriculture, did you take along photographs
25 that you had taken at the zoo?

267

1  A.  Yes, I did.
2  Q.  And you showed those to him?
3  A.  Yes.
4  Q.  And you also showed those photographs to Steven
5  Moline at the same time?
6  A.  Yes.
7  Q.  You talked to Dave Schmitt, who is an Iowa State
8  veterinarian; is that also true?
9  A.  That's correct.
10 Q.  Did you show Dr. Schmitt any type of photographs
11 of the zoo?
12 A.  My -- no.  I never had a face-to-face meeting
13 with Dr. Schmitt.  They were letters or phone calls.
14 Q.  You also contacted Dr. Randy Ridenour about the
15 zoo?
16 A.  Well, I contacted -- I had a phone number for
17 USDA.  He happened to be the gentleman who called me
18 back.
19 Q.  Now, you state you've been to other zoos in Iowa,
20 including Blank Park Zoo; is that true?
21 A.  Well, that's the only other zoo in Iowa, yes.
22 Q.  And you understand that Blank Park Zoo also has
23 USDA complaints; correct?
24 A.  Correct.
25 Q.  Have you ever volunteered or worked at a zoo?

268

1  A.  No, I have not.
2  Q.  Just to clarify the record, you've never written
3  any communications to the Sellners either about the
4  conditions of the zoo, have you?
5  A.  No, I have not.
6  Q.  You haven't sent them any emails about the
7  conditions of the zoo, have you?
8  A.  No, I have not.
9  Q.  Have you communicated directly with them in any
10 other fashion?
11 A.  Nothing outside of the short conversations when I
12 was there visiting the zoo.
13     MR. THORSON:  No further questions.
14     THE COURT:  Ms. Holmes?
15     MS. HOLMES:  Nothing further, Your Honor.
16     THE COURT:  Thank you.  You may step down.
17     THE WITNESS:  Thank you.
18     (Witness excused.)
19     THE COURT:  Next witness?
20     MS. HOLMES:  Your Honor, our next witness is
21 out in the hall, if we may have a minute to get her.
22     THE COURT:  Sure.
23     MS. BLOME:  Your Honor, while she's doing
24 that, I have a sort of housekeeping matter that I might
25 bring to the Court's attention.

269

1      THE COURT:  All right.
2      MS. BLOME:  We filed a stipulated voluntary
3  dismissal for the claim for the lions and the serval
4  some weeks ago and we were wondering if the Court had an
5  opinion about that or if the Court could rule on that
6  just to clarify that those animals aren't at issue in
7  this trial.
8      THE COURT:  I saw it.  I don't have it in
9  front of me.  The rules generally are that if the
10 parties jointly file a dismissal, no further action is
11 required by the Court.
12     MS. BLOME:  Oh, okay.
13     THE COURT:  Now, in this case it was sort of
14 a partial dismissal of one set of animals.  I didn't
15 take any actions.  I don't think that I'm required to
16 take any action.  The issues remaining in the trial are
17 governed by the final pretrial order, so I think the
18 record's adequate at this point to indicate that those
19 animals are not part of this lawsuit.
20     MS. BLOME:  Excellent.  Thank you,
21 Your Honor.  Oh, sorry; she's in the courtroom now.  The
22 plaintiffs call Nancy Harvey.
23     THE COURT:  Ma'am, if you'll come forward,
24 please.  If you'll step right up here, please, and raise
25 your right hand.

CONTACT (319) 363-1131 order@wholesaletranscript.com
to purchase a complete copy of the transcript.

270

1　　　　　　　NANCY HARVEY,
2　called as a witness, being duly sworn, was examined and
3　testified as follows:
4　　　　　THE COURT:  Have a seat right there.  Kind
5　of scooch up as close to the microphone as you can get.
6　　　　　MR. PIERCE:  Sorry, Your Honor.  May I have
7　the Court's permission to step out for one moment and
8　see whether another plaintiff could attend the --
9　　　　　THE COURT:  Is it okay if we proceed without
10　you?
11　　　　　MR. PIERCE:  Yes, Your Honor.
12　　　　　THE COURT:  All right.  Ms. Blome?
13　　　　　MS. BLOME:  Thank you, Your Honor.
14　　　　　　　DIRECT EXAMINATION
15　BY MS. BLOME:
16　Q.　　Good morning, Nancy.  Would you please state your
17　name for the record.
18　A.　　Nancy Harvey.
19　Q.　　And where do you live, Mrs. Harvey?
20　A.　　I live in Ankeny, Iowa.
21　Q.　　Are you employed currently?
22　A.　　I am not.  I just retired this year.
23　Q.　　What was your occupation?
24　A.　　Prior to that, my occupation was a life insurance
25　underwriter.

271

1　Q.　　Do you have any animal husbandry experience?
2　A.　　Yes, I do.  Initially when I was young, I was
3　raised on a farm in Illinois.  My father had 100 head of
4　cattle and he also had crops -- he grew crops.  That's
5　my first experience and we also had cats and rabbits and
6　all kinds of pets.  Currently, I have two dogs, two cats
7　and a bird.
8　Q.　　What, if anything, was your job on the farm?
9　What were your -- what were your functions?
10　A.　　I did help my dad water and feed the cattle.
11　Occasionally, I did help bale hay and mend fences.  That
12　-- my brother mostly did that, but when he needed extra
13　help, I would help out there too.
14　Q.　　Did you like working with the cattle?
15　A.　　I -- I did.  I -- I feel a connection to animals.
16　I've always felt a deep concern and love for them.
17　Being young, I didn't realize what was lying ahead for
18　the cattle.  I did make friends with one of the cattle
19　and actually named him.  It was a Charolais steer.  We
20　were really good friends.  I would go to the fence and
21　he would come up to me and I would pet him and then not
22　too long after that, he was sent away and I was
23　heartbroken.  I decided I wouldn't befriend cattle
24　anymore after that.  It was very sad.
25　Q.　　Did you feel a responsibility for that cow?

272

1　A.　　I -- I just felt a compassion for him.  He was --
2　I considered him as a pet.  I didn't realize that he was
3　going to be used as food later on.  I was kind of young
4　and naive not knowing what was going on, but I did feel
5　responsibility.  I did take care of him.  I fed him and
6　watered him and gave him extra care, so --
7　Q.　　Nancy, I would like to talk some about your --
8　your work with nonprofits or advocacy groups.  What work
9　do you accomplish in your personal life?
10　A.　　Well, I've always had a real deep compassion for
11　most animals -- any type of animals; be it wildlife,
12　livestock, companion animals.  What I -- my experience
13　is as a volunteer with Iowa Voters for Companion
14　Animals.  That's my first advocacy work and what that
15　does is deals with the puppy mill issue here in Iowa.
16　　　　　Secondly, I did work with a group called
17　RedRover Responders and what that group is is a
18　deployment group that will go to places that are --
19　they're disasters or hoarding situations, puppy mill
20　situations that are being closed down or criminal
21　charges pressing -- pressed for -- against these puppy
22　mill owners and they will call our group in to take care
23　of the dogs that are seized and the pets and animals
24　that were seized.  It's a nationwide group.  You can go
25　anywhere across the country to be deployed.  I

273

1　personally was deployed in Arkansas last year and took
2　care of animals in a puppy mill situation.
3　　　　　I do have my own Facebook page called Iowa
4　Stars for Animals and what we do is fundraise for
5　shelters and rescue dogs and cats basically.
6　Q.　　So it sounds like you do a lot of work for
7　companion animals?
8　A.　　I do.  That -- not saying that they're my highest
9　-- or my highest level of compassion, but I -- I do just
10　about whatever I am needed to do for any type of animal
11　as well, so --
12　Q.　　Other than your role as a plaintiff in this case,
13　have you done any work for exotic animals?
14　A.　　I have not.
15　Q.　　Are you a member of the Animal Legal Defense
16　Fund?
17　A.　　I am.  I'm a supporter for them, yes.
18　Q.　　I would like to talk with you a little bit
19　about your experience with zoos.  Have you been to
20　several -- or how many zoos have you been to?
21　A.　　I have been to the Blank Park Zoo.  I have been
22　to the Brookfield Zoo around the Chicago area.  And my
23　hometown when I was young, I've been to a zoo called the
24　Miller Park Zoo and that was in Bloomington, Illinois.
25　Those are pretty much the -- the -- the -- the zoos I've

Case 6:14-cv-02034-JSS   Document 213-19   Filed 11/30/15   Page 42 of 94
to purchase a complete copy of the transcript.

274

1 attended or gone to.

2 Q.    Are you familiar with the Association of Zoos and

3 Aquariums?

4 A.    I am not, no.

5 Q.    Are you aware if any of those other zoos are

6 accredited by any parent organization or overarching

7 organization?

8 A.    I am not aware of that. I'm assuming they

9 probably are licensed or they're -- they belong to some

10 organization, but I never really questioned it.

11 Q.    Yeah. How big is the zoo in your hometown in

12 Illinois?

13 A.    It's been so long since I've been there. It's

14 probably close to the size of Blank Park Zoo I would

15 suspect.

16 Q.    Okay. And, of course, you're aware of the

17 Cricket Hollow Zoo?

18 A.    Yes.

19 Q.    How did you first become familiar with the

20 Cricket Hollow Zoo?

21 A.    I first became familiar with it when my friend,

22 Lisa Kuehl, showed me a picture of the zoo from the air.

23 She and her husband were flying mostly taking pictures

24 of puppy mill issues and she did take a picture of what

25 appeared to be the zoo and showed me the picture.

275

1 Q.    What did you think about the picture?

2 A.    I was very, very concerned and upset about what I

3 had seen; the images I had seen. It looked like there

4 was a lot of garbage laying around; lots of mud and an

5 animal -- appeared to be a steer or a cow -- that had

6 looked like it was laying down. I couldn't really tell,

7 but it was very concerning to me in the image, the

8 picture.

9 Q.    Why was that concerning to you?

10 A.    It -- it just did not look like any zoo I had

11 ever seen. It was -- it just didn't look right. It was

12 mostly mud it looked like. I didn't see -- I saw very

13 little grass when I was looking at the image. It just

14 was very upsetting for me to see that.

15 Q.    What about the mud and the lack of grass was

16 different from other zoos?

17 A.    The other zoos I had attended have had a green

18 space. They had areas where the animals could just lay

19 and relax. They had enrichment. It just -- it just

20 didn't appear to -- to me to be any zoo I had ever seen

21 before. I had never -- actually never knew that a zoo

22 existed like this. And I know they call them roadside

23 zoos, but I had never been aware of those before the

24 picture that I saw.

25 Q.    Now, you said that Lisa Kuehl showed you this

276

1 picture. What did you and Lisa talk about regarding the

2 Cricket Hollow Zoo?

3 A.    We -- we decided that we would pay a visit to it

4 just to see what it was -- what it was all about and if

5 there was any concerns for the animals there.

6 Q.    What time frame are we talking about? When did

7 you have this conversation with Lisa?

8 A.    This was in -- actually in June of 2012 is when

9 we talked about the zoo and going to the zoo. We did

10 decide to make a trip to the zoo, which was the 21st of

11 June.

12 Q.    Okay. How did -- how did you come to the

13 decision to go to the zoo and who went with you?

14 A.    We decided to go just to see for ourselves. We

15 wanted to do what we could. If they were animals in

16 need or in danger, we wanted to see for ourselves and

17 report it if we needed to. I went with Lisa and Kris

18 Bell, Mindi Callison and myself.

19 Q.    And Kris Bell and Lisa Kuehl also are plaintiffs

20 in this case; right?

21 A.    Yes.

22 Q.    What -- did you do any research about the Cricket

23 Hollow Zoo before you visited?

24 A.    No.

25 Q.    And did you have any preconceived notions about

277

1 the zoo before you visited?

2 A.    Other than what I saw in the photo, I did not

3 know what to expect at all from the zoo.

4 Q.    Let's talk about that visit then. About what

5 time did you arrive at the zoo on June 21, 2012?

6 A.    It could have been approximately one or so. I

7 can't recall exactly the time that we arrived there.

8 Q.    Sometime in the afternoon?

9 A.    In the afternoon, I believe so, yes.

10 Q.    What was the weather like that day?

11 A.    It was -- it was very warm, I recall. We all

12 wore shorts and we had the air-conditioning going when

13 we were in -- I was driving the car, so I know I had the

14 air on, so it was a pretty warm day. Maybe --

15 Q.    Had it been raining at all?

16 A.    No, not to my knowledge.

17 Q.    What did you do first when you arrived at the

18 zoo?

19 A.    The first thing we did was go into the office and

20 we paid our money to go through the zoo and we -- we --

21 I saw Pam in the office and talked to her. She was

22 holding a baby -- I thought it was a monkey, but it

23 actually was a baboon wearing a diaper. And from there,

24 we -- I went into the reptile room.

25 Q.    Well, hold on, Nancy. I'll interrupt you. I

Case 6:14-cv-02034-JSS   Document 42-19   Filed 11/16/15   Page 43 of 94
Visit PohlmanUSA.com
to purchase a complete copy of the transcript.

## 278

1 have a follow-up question real quickly. Had you ever
2 seen or spoken with Pam Sellner before that?
3 **A.** No.
4 **Q.** How did you know it was Pam Sellner?
5 **A.** I was -- I didn't know her name specifically at
6 the time, but I was assuming it was the zoo owner and
7 that was who owned the zoo, so --
8 **Q.** And you paid her your admission fee?
9 **A.** Yes.
10 **Q.** Did you talk with her at all during that
11 interaction?
12 **A.** Not much, no. Just -- not really at all.
13 **Q.** You said you noticed a monkey with a diaper.
14 What -- what, if anything, did you think about that?
15 **A.** It -- the -- the monkey turned out to actually be
16 a baboon. I learned that its name was Obi and it was
17 very clingy to Pam. She was holding it and carrying it
18 around. It had kind of a dirty diaper on. Had a -- she
19 had a playpen set up in the office for the baby baboon
20 when she wasn't holding it, but I thought it was kind of
21 sad for the little baboon to be carried -- carried
22 around like that and just -- you know, it just didn't
23 seem natural for the -- the baboon to be in a place like
24 that. You know, it was concerning to me.
25 **Q.** Now, Nancy, you said that you exited this -- this

## 279

1 office. And then what did you do next? Did you turn
2 right? Did you turn left?
3 **A.** I went straight -- I believe the reptile house
4 was right off of the -- the office and so I went into
5 the reptile house. It was right -- right off the
6 office.
7 **Q.** Okay. And what, if anything, do you remember
8 about the reptile house?
9 **A.** The reptile house was -- the first thing I
10 noticed was just the smell. It was just a real strong,
11 unpleasant smell. It made my -- my eyes kind of water
12 and my nose was itching. I was walking around in there
13 looking at the animals. The -- I saw turtles and either
14 an alligator or crocodile in a tank. The turtle's shell
15 was really, really dry. I didn't see any water in the
16 turtle tank. The reptile -- the reptile or the
17 crocodile or alligator -- I don't really know which one
18 -- had really red -- reddish looking water.
19      From there I saw chinchillas as well and it
20 seemed like there was so many in one cage. That really
21 bothered me. I didn't see any water in there either for
22 them. I went into where the birds were and I also
23 saw one bird -- well, actually saw a multitude of birds
24 that had a lot of excrement built up in the bottom of
25 their cage. The water that I saw was either really

## 280

1 cloudy or nonexisting at all. I saw a cockatoo
2 specifically that was talking and squawking and it had
3 absolutely no water, and I -- I did go to Pam at the
4 time and asked her if she could water that bird. I was
5 very concerned about it.
6 **Q.** So is this the first time that you had ever
7 spoken to Pam?
8 **A.** Yes.
9 **Q.** And what did Pam say?
10 **A.** She said she would -- would water it and she did
11 go in and water the bird. My assumption was that
12 perhaps she didn't know the other animals needed some
13 care and water as well and I was assuming that maybe she
14 would check the other cages, but she didn't. She just
15 went in, watered the one that I had specifically
16 mentioned and just didn't bother checking the others,
17 which the others really needed the same.
18 **Q.** So you thought you were being helpful?
19 **A.** I did. I felt like -- I felt like I was trying
20 to help this suffering bird. I know -- I have birds
21 myself -- I have a bird myself and I know they need
22 constant water every day, clean water. Without clean
23 water, it causes disease and I'm very careful about
24 that, so I felt like I had some knowledge about what a
25 bird should have and have not.

## 281

1 **Q.** And based on that knowledge, you felt like the
2 birds didn't have enough water?
3 **A.** Right.
4 **Q.** Was -- was your concern about the birds ever
5 alleviated while you were at the zoo?
6 **A.** Temporarily at that time for that one bird, she
7 did go and water it. I still was very concerned about
8 the other birds that had either really filthy water or
9 none at all. I didn't say anything more about that, but
10 that was very concerning to me to think that she just
11 passed by the other cages and didn't even check.
12 **Q.** Did you leave the reptile house after that?
13 **A.** I did, yes.
14 **Q.** And what, if anything, was your emotional state
15 of mind as you left the reptile house?
16 **A.** I'm -- I was really shocked that I was seeing
17 this type of care in an actual place called a zoo. I
18 was having a hard time processing that -- that these
19 animals were really not getting care. Being naive, I
20 didn't realize that there -- that people that run zoos
21 would not care for their animals like this, so I was
22 really anxious and upset when I left the reptile house.
23 **Q.** Other than Mrs. Sellner, did you notice any other
24 employees or staff in the reptile house?
25 **A.** None, no.

Case 6:14-cv-02034-JSS   Document 42-19   Filed 11/30/15   Page 44 of 94

PURCHASE A TRANSCRIPT at www.macocr.com
to purchase a complete copy of the transcript.

282

1 Q. As you exited the reptile house, did you observe
2 any employees or staff working at other areas of the
3 zoo?
4 A. No.
5 Q. You mentioned a smell. Could you describe that a
6 little bit more in detail? Had you ever smelled
7 anything like that before? Is there anything you could
8 compare it to?
9 A. Just it was a smell like a built-up urine and
10 excrement that just was -- just overwhelming. It was
11 obviously waste -- a smell of excessive waste in there.
12 Q. Well, you grew up on a cattle farm. I mean
13 you're probably familiar with excessive waste. Was it
14 anything like that?
15 A. It's --yeah; the birds didn't smell as badly as
16 cattle do sometimes, but they do have a very definite
17 smell when there's an excessive buildup of excrement in
18 their cages. The smell could also be coming from the
19 chinchillas and the turtles and everything else that was
20 in there. Not necessarily the birds themselves, but it
21 was very strong and there was a lot of flies too I have
22 to say. The fly problem was pretty bad. They were just
23 swarming around my head and it was very upsetting to
24 have to be fighting off flies in a zoo like that.
25 Q. So did you observe the source of the smell? Did

283

1 you observe feces and urine in the enclosures?
2 A. Yeah. There was an excessive amount of feces at
3 the bottom of the cages and that definitely was obvious.
4 Q. What, if anything else, did you observe about the
5 enclosures in the reptile house?
6 A. There wasn't any food as well. If -- if there
7 was food, it was -- it looked rancid or old. It didn't
8 resemble anything to me that would have be appealing to
9 the animals.
10 Q. Now, as you exited the reptile house, did you
11 notice the lemurs?
12 A. I -- I did not. I just -- I was so overwhelmed
13 by just my first impression that I was just not really
14 paying attention to other things in that house. I just
15 wanted to leave out of there and hopefully see something
16 that was -- that was going to make me feel better.
17 Q. And so where did you go next?
18 A. I walked out to the center -- there's kind of a
19 center court area there. I walked straight past the
20 coyotes. They were pacing back and forth and seemed
21 real anxious. I couldn't tell if there was any water in
22 their enclosure. I didn't see any food in there. It
23 just appeared to be unnatural behavior for a coyote just
24 pacing and just acting very anxious. That was
25 concerning to me.

284

1 Next, I saw a rabbit and the rabbit was all
2 matted. It was in a -- in a rabbit hutch outside, which
3 was concerning to me as well because rabbits are very
4 sensitive to heat and it was a very hot day. The rabbit
5 was all matted. It had absolutely no water and it had a
6 lot of buildup of excrement in the bottom of its cage.
7 And -- that, again, I have a soft spot for rabbits
8 because I owned one -- I owned two when I was on the
9 farm, plus I own two with my -- just not very long ago,
10 so I was very sensitive to their needs as well. And I
11 believe I asked Pam about the rabbits -- the rabbit that
12 didn't have water and asked her to perhaps give it some
13 water as well.
14 Q. And what did Pam say?
15 A. I -- I don't recall if she said anything.
16 Q. Did she fill the rabbit's water?
17 A. You know, I don't recall.
18 Q. What did you do next?
19 A. Next I walked over to an enclosure where they had
20 two dogs and I thought that was kind of odd for a zoo to
21 have dogs as a display. It was a sheepdog and I believe
22 it was a standard poodle and they were in an enclosure
23 that had a tarp over it that was kind of tattered and I
24 believe that was supposed to be their shade. It didn't
25 seem to be adequate for shade. I also noticed a food

285

1 bowl that had some strange looking food. It was like
2 red and bluish and had flies forming around it and I
3 couldn't really tell what it was and that really
4 bothered me.
5 Also the tank where the water was or
6 supposed to be, there was absolutely none or maybe a
7 small amount of water, but on top of the water there was
8 obvious green algae growing on top of that, and one of
9 the dogs -- I believe the sheepdog -- put its head in
10 there and that really upset me that it was trying to
11 actually drink this algae, nasty water. So having the
12 compassion for companion animals as I do, I was
13 extremely upset about what I saw there so I went to Pam
14 immediately and asked her if she could please water the
15 dogs.
16 Q. And what did Pam tell you?
17 A. She said she would do that later, but I said no;
18 please do that now and I will help you with that and she
19 tried to talk me out of it and I said no; I can
20 certainly help you and she said well, I need to scrub
21 the tank first, so she knew there was algae growing in
22 the tank. And I said that's fine; I'll help you, so she
23 filled the bucket with water. She took one side. I
24 took the other and we carried it towards the enclosure.
25 There were two gates. One that didn't go

VISIT WWW.DEPOBOOK.COM
to purchase a complete copy of the transcript.

286

1 immediately into the dog area and then there's another
2 gate that did and she told me I shouldn't go into where
3 the dogs are and I said fine; I won't. So I just helped
4 her carry the water to the dog gate, let her carry it in
5 and scrub the tank out and I left from -- from her at
6 that point feeling comfortable that the dogs were
7 actually going to get some clean water.
8 **Q.** Now, on this visit, did you talk to Pam any other
9 times?
10 **A.** I did. Two other times. Well, we -- I was
11 having a problem processing things again. Just shocked
12 and saddened by so far my experience there, walked -- I
13 went on the path where it took you past the other
14 animals and saw the bears. I saw the bear sitting in
15 like a -- it looked like an enclosure that was the size
16 of a corn bin and I felt terribly saddened for that
17 bear.
18     I went to where the pigs -- the Meishan pigs
19 I think were and there was, like, a gap underneath the
20 gate and a couple of the little piglets came running out
21 and I think one of my friends did put it back in. And I
22 think we advised her of that. I didn't talk to her at
23 that time.
24 **Q.** You advised Pam of that?
25 **A.** I think one of the other gals did as they were

287

1 getting out.
2 **Q.** That a pig had escaped their enclosure and you
3 put that back in?
4 **A.** Yes, because there was a gap between the gate and
5 they -- apparently a place had been dug out. There was
6 also -- they had some water in there, but there was,
7 like, a real deep pit apparently that had been dug out.
8 The pigs had a hard time actually getting to the water
9 source because it was so deep right above the water that
10 they could hardly -- they couldn't reach it actually.
11     Those were other things I noticed. Also
12 noticed the Highlander cattle, the Scottish Highlanders.
13 There was a baby that was standing by the water tank and
14 it was bellowing and crying and there was an adult
15 standing by too and there was -- it appeared to be
16 really moist. It looked like fresh mud that was right
17 underneath the water tank, so I -- I made an assumption
18 that there is no water in there and that apparently it
19 was leaking out, so I -- that was when I did talk to
20 Pam. I said it appears that the Highlanders have no
21 water in their tank. Could you please water them and I
22 will help you if you would like and she said I can just
23 stretch the hose and I'll water them, so I felt that she
24 was taking care of their needs at that time.
25     Also noticed some hay in a big bale of hay

288

1 inside their enclosure. It appeared really moldy, so
2 that really upset me; that they had this food source
3 that didn't look very good.
4 **Q.** So -- so at this point you've spoken with Pam
5 several times about watering the animals at the zoo.
6 **A.** Yeah.
7 **A.** She responded.
8 **A.** Uh-huh.
9 **Q.** Are you feeling a little bit better about the
10 conditions at the zoo?
11 **A.** Well, again, she walked past all the other
12 animals to water the ones I said specifically, but she
13 did not check any of the other animals as she walked
14 past them; just to make sure that they were all taken
15 care of. So at that moment, she was taking care of the
16 ones that I mentioned to her, but to me a reasonable
17 person would have perhaps checked the other animals to
18 see if they needed water as well, which she didn't.
19 **Q.** So how did that make you feel?
20 **A.** Very concerned for the animals and upset that
21 someone in charge of a supposed zoo could be so
22 compassionless to actually not even bother to check the
23 other animals on a hot day to make sure that they had a
24 proper water source.
25 **Q.** And what did you decide to do then?

289

1 **A.** I really -- at that point I -- I felt like it was
2 -- I had no control. I could just do what I could do
3 that day and help the animals I could at that time. I
4 was kind of frustrated and upset with the whole thing --
5 with the whole zoo situation and just being exposed to a
6 zoo that I felt was being very cruel and was not meeting
7 the basic needs of the animals.
8 **Q.** What did you do next?
9 **A.** After the Highlanders, I did see the llamas as
10 well. The hooves were really overgrown. That really
11 concerned me. I don't know as much about llamas and
12 hoofed animals, but it was obvious that they hadn't been
13 trimmed for a while.
14     When I -- I actually was walking back
15 towards the car. I was -- I pretty much had enough of
16 what I was seeing. I came up to the lions and I saw a
17 female real thin lion standing there. It looked very
18 sickly and it -- it -- it vomited right in front of me
19 and I was just totally shocked and surprised and upset
20 to see that. Never seen anything like that in a zoo
21 before; an animal that was obviously sick. I went to
22 Pam immediately and told her about the lion and she told
23 me that it was an old lion and I said I believe this
24 lion really needs vet care and she did say that it had
25 been vetted previously and not that it was fine, so I

to purchase a complete copy of the transcript.

290

1  was again just totally shocked at just the disregard
2  that she had for this lion.
3      THE COURT:  Ms. Blome, we're going to take
4  our afternoon recess.  We'll stand adjourned for
5  20 minutes; start in again at 3:10.
6      (Recess at 2:51 p.m., until 3:09 p.m.)
7      THE COURT:  Ms. Blome?
8      MS. BLOME:  Thank you, Your Honor.
9      DIRECT EXAMINATION (Continued)
10 BY MS. BLOME:
11 Q.      Now, Nancy, there's a chart in that binder in
12 front of you that's called Plaintiffs' Trial Brief
13 Attachment 2 - Animal Deaths Reported by Defendants'
14 Disclosure.  It should be in the front pocket of the
15 binder.
16 A.      Okay.
17 Q.      We were just talking about Kamarah before the
18 break -- I'm sorry; we were just talking about a lion
19 that was vomiting before the break.  Through discovery,
20 we learned that that lion was Kamarah, a lion who died
21 at the Cricket Hollow Zoo of pancreatitis in 2014.  I
22 wonder how -- what that information means to you, if
23 anything?
24 A.      Well, very likely it was probably the one that I
25 had seen vomiting.  Kamarah was -- apparently was a

291

1  female lion, but that was one I had seen in 2012, so
2  that was very disturbing to me to think that the lion
3  did pass away.
4  Q.      And just to note that you visited the zoo in
5  2012; correct?
6  A.      Right.
7  Q.      And the lion didn't pass away until 2014?
8  A.      Apparently it was suffering a long time.  I --
9  whether it was seen by a vet in between that time,
10 obviously I don't know.  It's very heartbreaking to me
11 to know that it was sick and it had been sick that long
12 before it passed away.  It was obviously suffering.
13 Q.      Now, Nancy, let's go back to 2012 and your visit.
14 After you saw who we now know to be Kamarah vomiting,
15 what did you do next?
16 A.      I went to Pam immediately and told her to -- to
17 take care of the -- well, to check on the lion because
18 it -- it was vomiting and I asked her that perhaps it
19 needs to see a vet and she obviously said that it had
20 before and it was an old lion.  After that, I was -- it
21 was really upsetting to me to have to witness that, so I
22 immediately went out to the parking lot.  I didn't want
23 to see anything more; went out --
24 Q.      How would you characterize your mental state at
25 this point?

292

1  A.      It was -- I just shut down.  I couldn't really
2  look at any of the other animals.  I didn't want to
3  because I -- I was so upset and anxious and depressed
4  with what I had seen there with the lack of water in
5  most cases, the food that appeared in many of the cages
6  and enclosures that was -- it was rancid looking.  Some
7  of the shelters weren't adequate.  I just didn't want to
8  stay there any longer, so I was just ready to go.
9  Q.      Have you experienced any physical manifestations
10 of that mental state?
11 A.      The physical part was I just -- after the visit I
12 was -- I was not hungry very much.  I felt anxious,
13 depressed and I guess the best way to say it is I felt
14 mental torture.  Now I think of -- when I'm inside on a
15 really, really hot day here in Iowa; the days get really
16 hot in the summer and the winters get very, very cold.
17 When I'm inside in the air-conditioning in the
18 summertime, I -- and it's really hot, I think back to
19 how these animals at the zoo are surviving without
20 water.  I'm hoping they have water.  I'm hoping they
21 have adequate shelter, but with what I had seen, I feel
22 very concerned for them if they actually do.  In the
23 wintertime as well, I'm inside in warm -- in a warm
24 house and I have flashback to the zoo.  Do they have
25 adequate water?  Do they have shelter?  I just worry

293

1  about the animals all the time and -- and the extreme
2  weather here in Iowa and how they are surviving.
3  Q.      And just to clarify you only visited the zoo
4  once?
5  A.      Yes.
6  Q.      Why didn't you return?
7  A.      I -- I could not return.  I didn't want to see --
8  I didn't want to go through that.  I -- I tried to help
9  at the time when I was there.  I did end up calling the
10 sheriff the next -- the following day.  He did say that
11 he would go out and check --
12      MR. THORSON:  Objection, Your Honor.  It's
13 hearsay.
14      THE COURT:  Sustained.
15 Q.      You called the sheriff.  Anything else or any
16 other activities you undertook to help the animals?
17 A.      I did write a complaint to the USDA.
18 Q.      Anything else?
19 A.      I did -- Lisa and myself and Kris did meet with
20 IDALS' Dr. Wheeler.  IDALS is the Iowa ag people
21 downtown, so we had a meeting with him and showed him
22 pictures.
23 Q.      And what, if anything, was the agency response
24 from these various organizations you contacted?
25 A.      The USDA on any complaint has to react to that,

Case 6:14-cv-02034-JSS   Document 42-19   Filed 11/30/15   Page 47 of 94
CRITICAL (319) 063-1040 VISIT com
to purchase a complete copy of the transcript.

294

1  so I believe they went -- did another inspection.  The
2  IDALS seemed to be apathetic about it because, you know,
3  to me since it's USDA licensed, IDALS kind of stays out
4  of it and doesn't -- kind of gives USDA the -- the upper
5  hand.  They don't really do much other than maybe they
6  go out and inspect it, but it's really up to the USDA to
7  -- to do the reporting, I believe.
8  Q.     And what about the Delaware County sheriff?  What
9  was their response?
10  A.     Talking to John I believe was his name, he
11  mentioned that he --
12           MR. THORSON:  Objection, Your Honor.  It's
13  hearsay.
14           MS. BLOME:  Your Honor, this goes to her
15  state of mind and it's not offered to prove the truth,
16  but rather how she relied on the information and what
17  she did next.
18           THE COURT:  I'll allow it for that limited
19  purpose.
20  Q.     And what did Sheriff LeClere say?
21  A.     John LeClere, he said that he would go out and do
22  a welfare check and that's exactly what I asked him to
23  do.  Because Iowa Code had -- there's a code that states
24  that all animals should have adequate food, water and
25  shelter and sustenance and so I believed it would be a

295

1  law enforcement type of situation that he should be
2  enforcing, so he did state that he would go out and take
3  a look at it.
4  Q.     And did he follow up with you after that to
5  confirm he had done the welfare check?
6  A.     He did not call me back.  I had to call him again
7  the next day to ask if he had gone out there.  He said
8  he did not.  And I again asked him to please go out and
9  make sure that the animals have water and he stated that
10  he would send his deputy out, which he did.  He gave me
11  the phone number of the deputy.  I called the deputy
12  after I thought he had adequate time to go out and check
13  and the deputy was real short and curt with me and said
14  the animals have food, water and shelter and felt like
15  he was being put out because I had actually called and
16  wanted him to do a welfare check on the animals, and he
17  proceeded to tell me about all his other cases that were
18  so much more important than the animals.
19  Q.     And how did that make you feel?
20  A.     I -- I felt pretty frustrated and to me it seemed
21  to be a typical small town response from law
22  enforcement.
23  Q.     And what did you do next knowing that the
24  government wasn't going to help you?
25  A.     I -- I was -- I was just very frustrated.  I

296

1  didn't know what to do next.  I felt helpless.  I just
2  -- I just talked with Lisa and we kind of came up with
3  just a plan of just continuing to review the inspection
4  reports from the USDA and see if things have improved at
5  all.
6  Q.     And how has that process impacted you?
7  A.     Well, the last USDA report I read about that
8  place -- the zoo -- which was dated May of 2015, it was
9  very, very concerning.  It appeared that nothing had
10  really changed from 2012.  It actually to me had gotten
11  worse.  When I read the report, I had seen information
12  about Obi -- the baby baboon -- and he apparently was
13  put in an enclosure by himself.  He was -- this is on
14  the USDA report.  I'm just summarizing.  The inspector
15  was very concerned with his behaviors -- his
16  psychological behavior.  He was pacing back and forth.
17  He was doing what they called a head toss.  There was
18  very little enrichment and he was isolated from all the
19  other baboons.  He could hear them apparently, but was
20  not with them.  And the inspector wanted the zoo owners
21  to come up with a plan for Obi.  They did not have a
22  plan to help him and that really broke my heart to see
23  what had occurred and happened to this baby that I had
24  seen in 2012.  Its -- its life is miserable.
25  Q.     Anything else bother you about that 2015 of May

297

1  inspection report?
2  A.     The -- the -- everything seemed to be just
3  repeats; sanitation, pest control, cleanliness.  It --
4  from all the other reports I had read prior to,
5  including the -- it was an August of 2014 report as well
6  that I had reviewed and prior to that, it was just over
7  and over the same violations.  It appeared nothing was
8  getting any better.  The waste buildup, the water
9  issues, the sanitation, the pests; all was -- were the
10  same from -- it appears from report to report and they
11  were given time to fix -- fix the issues, but I don't
12  know if they have.
13  Q.     Nancy, why do you attribute the way that you feel
14  to the zoo owners?
15  A.     Because I feel that they are the ones that are
16  responsible.  They're -- they are their caretakers.
17  They're guardians of the animals.  They are the ones
18  that -- that the zoo animals are looking towards to --
19  to meet their basic needs and -- and to me they're just
20  -- the animals are prisoners there.  They're not getting
21  their basic needs met and it's very upsetting to me to
22  see these animals have no other way to live.  They can't
23  go out and forage.  They can't find fresh food, fresh
24  water.  They're stuck in the enclosure and totally
25  dependent on their owners and the owners are not meeting

Case 6:14-cv-02034-JSS   Document 42-19   Filed 11/30/15   Page 48 of 94
www.TridentTranscripts.com
to purchase a complete copy of the transcript.

**298**

1  their basic needs, so it just breaks my heart to think
2  that that's occurring out there.
3  **Q.**   You mentioned that you hadn't been back to the
4  zoo because you just simply couldn't stand to go back.
5  How does it make you feel to not be able to see those
6  animals again?
7  **A.**   I don't want to see them again if they are still
8  living in these types of conditions knowing there's
9  nothing I can do about it and nobody is listening other
10  than USDA and I feel that they keep giving them chances
11  and over and over and over they're giving them too many
12  opportunities.  They need to take a stand now and say
13  enough is enough and put their foot down.
14  **Q.**   Do you feel a connection to the animals at the
15  Cricket Hollow Zoo above and beyond the animals you've
16  seen at, say, the Blank Park Zoo?
17  **A.**   I feel they need me more as an advocate.  They
18  need somebody to look after them; to look -- look after
19  their well-being.  I don't --
20  **Q.**   You assumed that role?
21  **A.**   I feel I have -- I have assumed that role, but I
22  -- on the other hand, I feel helpless to do anything.  I
23  can't -- I certainly wouldn't be welcomed out at the
24  zoo.
25  **Q.**   Does the connection that you feel to the animals

**299**

1  at the Cricket Hollow Zoo extend to the tigers and
2  lemurs and wolves?
3  **A.**   Definitely.  The tigers, the lemurs, the wolves,
4  the lions, they're all in danger out there from lack of
5  care, for lack of water, good food, shelter, adequate
6  vet care.  I feel they're all in danger.
7  **Q.**   Would you ever return to the zoo to visit the
8  animals if the conditions there improved?
9  **A.**   Absolutely.
10  **Q.**   Would you ever visit the animals at another
11  location if they were removed from the zoo and placed in
12  another location?
13  **A.**   Yes.  Yes.
14  **Q.**   And in an ideal world, what would you prefer to
15  see happen to the animals at the zoo?
16  **A.**   Ideally, I would like to see all of them away
17  from that area and to appropriate sanctuaries or other
18  zoos that really have the knowledge and the capability
19  of taking care of them properly and giving them adequate
20  enrichment; something similar to what they were used to
21  in the wild, which they had none of that at the Cricket
22  Hollow Zoo.
23  **Q.**   And do you believe that if that were happening --
24  if the animals were removed and placed in a more
25  suitable environment -- that your personal anxiety would

**300**

1  be relieved?
2  **A.**   Most definitely, yes.
3  **Q.**   Why is that?
4  **A.**   Because I wouldn't worry about them surviving in
5  the heat extremes in Iowa or the -- the extreme cold
6  that we have here.  It would alleviate my concern and
7  worry and my anxiety about just their well-being if I
8  knew they were getting proper care.
9  **Q.**   Sitting here today, are you still feeling that
10  level of anxiety?
11  **A.**   It's all -- yes.  When I talk about it, I -- it
12  -- I flash back to when I was there last in 2012 and it
13  does bring back all of those bad memories.
14          MS. BLOME:  Take a moment to confer,
15  Your Honor.
16          THE COURT:  You may.
17          MS. BLOME:  Nothing at this time,
18  Your Honor.
19          THE COURT:  Mr. Thorson?
20          MR. THORSON:  Thank you, Your Honor.
21                  CROSS-EXAMINATION
22  BY MR. THORSON:
23  **Q.**   May I call you Nancy?
24  **A.**   Yes.
25  **Q.**   Nancy, if you knew that the blue and red you saw

**301**

1  in the dog's dish was a birthday cake for the poodle,
2  would that make you feel any better about what you saw
3  that day?
4  **A.**   No, not really, because I don't see birthday cake
5  as adequate nutrition for a dog.
6  **Q.**   Well, not by itself; right?
7  **A.**   Right.  Or even at all actually.  I don't see
8  nutritional value for that.  I never feed my dog
9  birthday cake.
10  **Q.**   And with regard to your background, I believe you
11  told me you have no background in zoology; is that
12  correct?
13  **A.**   Correct.
14  **Q.**   And you've never really volunteered at a zoo,
15  have you?
16  **A.**   No.
17  **Q.**   And the only other zoo you've been to recently
18  has been Blank Park Zoo; is that correct?
19  **A.**   Correct.
20  **Q.**   Now, I believe you indicated to the judge earlier
21  that you planned this trip to Cricket Hollow Zoo in June
22  of 2012; is that right?
23  **A.**   Right.
24  **Q.**   Do you remember having your deposition taken?
25  **A.**   Yes.

Case 6:14-cv-02034-JSS   Document 72-13   Filed 11/30/15   Page 49 of 94
to purchase a complete copy of the transcript.

302

1  Q.    I'm going to show you a page from that deposition
2  that you can see on the monitor there in front of you.
3  A.    Yes.
4  Q.    On page 16, on line 13, you say when I ask you --
5  or excuse me; starting on line 11, in other words, were
6  you on your way to the zoo when she -- answer, no.  This
7  is maybe two months or so we had to plan the trip -- the
8  zoo trip.  Do you see that?
9  A.    Yes, uh-huh.
10 Q.    And then I said so two months before the zoo
11 trip, you were planning the zoo trip with Lisa; is that
12 right?  You answered right?
13 A.    Okay.  Yup.
14 Q.    So it was really two months before you were
15 planning this trip, wasn't it?
16 A.    But apparently if I said that, I -- it's been
17 since 2012, so I wasn't exactly sure when she had taken
18 the aerial photo, so it could have been two months prior
19 to.
20 Q.    Now, you indicated you were in the reptile house
21 and you saw a turtle with no water in its container?
22 A.    Uh-huh.
23 Q.    Is that a yes?
24 A.    Right.  Right.
25 Q.    Do you know the difference between a turtle and a

303

1  tortoise?
2  A.    I know one of them doesn't necessarily need a lot
3  of water.
4  Q.    And do you know which one you were looking at in
5  that container?
6  A.    I did not.
7  Q.    I also believe you told me during your deposition
8  that you didn't look at the tigers at all the day you
9  were there; is that correct?
10 A.    I -- I didn't really spend much time.  I may have
11 passed them, but I was having a hard time viewing any of
12 the animals after leaving the dogs and the -- the
13 reptile house.
14 Q.    Well, I believe you told me that you didn't view
15 the tigers; is that correct?
16 A.    Okay.  If I said that, apparently I -- I don't
17 recall standing there just viewing them.  I may have
18 seen them in passing, but I didn't stand there and look
19 at them.
20 Q.    If you would look at page 25, your -- again from
21 your deposition, your answer to me was I don't have any
22 specific information about the tigers myself because I
23 didn't observe them because of the fact that when I
24 walked through the zoo and the things I saw, I just shut
25 down.  Do you remember stating that?

304

1  A.    Yes, I do.
2  Q.    And did you earlier testify that you didn't
3  examine -- or look at the lemurs either; is that true?
4  A.    I -- I didn't really, no.  I didn't pay attention
5  to them.
6  Q.    What about the wolf hybrids?  Did you look at
7  those?
8  A.    I -- I didn't.  I don't recall them.
9  Q.    Now, did somebody from IDALS go out and inspect
10 the zoo after your meeting with Dr. Randy Wheeler or
11 not, do you know?
12 A.    I think they did, but I'm not exactly sure what
13 the outcome was.
14 Q.    And I believe you told me in your deposition that
15 you don't believe in zoos; is that true?
16       MS. BLOME:  I'm going to object for improper
17 impeachment and ask that Mr. Thorson not simply read her
18 her deposition.
19       THE COURT:  Well, the deposition of a party
20 can be used for any purpose.  It's not limited to
21 impeachment, but rather than test her memory, if you
22 could show her the page and line, it would be useful.
23       MR. THORSON:  Okay, Your Honor.
24 Q.    If you would look at page 36 of your deposition.
25 Do you see that in front of you, Nancy?

305

1  A.    Yes.
2        THE COURT:  Can you focus that?  Either my
3  eyes are getting tired or that's out of focus.
4        MR. THORSON:  Okay.  Is it focused now?
5        THE COURT:  Well, it's better.
6  Q.    Starting on line 5, you answered to me I would
7  like -- personally, I don't believe in zoos.  Do you
8  remember giving me that answer?
9  A.    Yes, I do.
10 Q.    You say I think the animals belong in the wild.
11 A.    Yes.
12 Q.    And that's your attitude; correct?
13 A.    Yes.
14 Q.    Besides the -- talking to Ms. Sellner the day you
15 were there at the zoo, have you written any letters to
16 the Sellners or talked to them otherwise?
17 A.    No.
18 Q.    When you were making these other disclosures to
19 other people, did you think about writing a letter to
20 the Sellners and telling them there were problems with
21 the zoo?
22 A.    No.
23 Q.    When you went to the zoo, how many people were
24 with you?
25 A.    There were actually three other people with me.

CALL BRADY312-345-3111 www.merrillcorp.com
to purchase a complete copy of the transcript.

306

1 Q. And who were the other people that were with you?

2 A. Lisa, Kris and Mindi.

3 Q. You're going to have to give full names for me,

4 please. Lisa who?

5 A. Lisa Kuehl, Kris Bell, Mindi Callison.

6 Q. So did you all meet in Ankeny and go to

7 Manchester or where did you meet?

8 A. We met in Ames.

9 Q. Okay. In Ames?

10 A. Uh-huh.

11 Q. And when you went to the zoo, did you each have a

12 different task then?

13 A. No. We -- there was no premeditation of what we

14 were going to do. We just went and just observed what

15 we wanted to.

16 Q. But you had seen photographs of the zoo at least

17 two months before; correct?

18 A. I saw one phot -- yeah; a photograph from the

19 air.

20 Q. And somebody took the effort to fly over the zoo

21 prior to that time; correct?

22 A. Well, Lisa did. She was up in the airplane

23 flying over, yes.

24 Q. And did you have more than one meeting about

25 going to the zoo?

307

1 A. Not that I recall. I don't recall having more

2 than one meeting. We may have emailed back and forth

3 about getting our times set that everybody could go. I

4 don't know what period of time or how long that period,

5 but we all came up with a good time frame for everyone

6 to go, so in that two month period apparently we came up

7 with a date.

8 Q. You had some preconceived notions of what you

9 were going to find at the zoo before you went there

10 though, didn't you?

11 A. I -- I didn't know what to expect because I had

12 never -- I had never seen a roadside zoo. I really

13 didn't know they existed. I just saw the picture from

14 the air. I didn't have any preconceived notion of what

15 to expect, so --

16 MR. THORSON: I have no further questions.

17 THE COURT: Ms. Blome?

18 MS. BLOME: I have no questions, Your Honor.

19 THE COURT: You may step down.

20 (Witness excused.)

21 THE COURT: Next witness?

22 MS. BLOME: Your Honor, we regrettably

23 inform the Court that our -- who would have been our

24 next witness had a last minute scheduling conflict and

25 had to take her husband to the Mayo Clinic in Rochester

308

1 for a procedure and so she won't be available to testify

2 until tomorrow afternoon and none of our other witnesses

3 were able to come and fill that gap, so we do not have

4 any additional witnesses for today and we apologize to

5 the Court.

6 THE COURT: Who all do you have left?

7 MS. BLOME: We have two plaintiffs and one

8 expert.

9 THE COURT: That's Lisa Kuehl, John Braumann

10 and David Allen?

11 MS. BLOME: Yes, Your Honor. Lisa Kuehl and

12 David Allen will be here tomorrow to fill in after the

13 defendants' experts testify and David can stay until

14 Thursday to finish his testimony and the defendants will

15 testify after that, I believe.

16 THE COURT: Well, frankly, I want to make

17 sure that we get this done this week and, in fact, I

18 have to leave at three o'clock on Friday, so I'm -- I'm

19 just trying to figure out the timing on all of this.

20 You know, it's only 3:30. I have criminal hearings at

21 4:30, but we have got another hour.

22 Mr. Thorson, how do you feel about putting

23 on some of your evidence before the plaintiffs rest?

24 MR. THORSON: I could go ahead and do that,

25 Your Honor.

309

1 THE COURT: Any objection to that?

2 MS. BLOME: No, Your Honor.

3 THE COURT: All right. Mr. Thorson?

4 MR. THORSON: I would like to call Pam

5 Sellner to the stand.

6 THE COURT: Ma'am, if you'll step right over

7 here, please. Raise your right hand.

8 PAMELA J. SELLNER,

9 called as a witness, being duly sworn, was examined and

10 testified as follows:

11 THE COURT: Have a seat right there. Scooch

12 up to the microphone.

13 Mr. Thorson?

14 MR. THORSON: Thank you, Your Honor.

15 DIRECT EXAMINATION

16 BY MR. THORSON:

17 Q. Ms. Sellner, would you state your full name for

18 the record.

19 A. Pamela Sellner.

20 Q. Do you have a middle initial?

21 A. J.

22 Q. Where do you live?

23 A. At Manchester.

24 THE COURT: You have kind of a soft voice so

25 why don't you pull that microphone down toward you a

to purchase a complete copy of the transcript.

310

1  little bit and make sure you speak into it.
2  Q.  You live right outside Manchester?
3  A.  Yes; a mile-and-a-half outside of town.
4  Q.  Is your home next to the zoo?
5  A.  Yes.
6  Q.  Do you have a dairy operation at the same
7  location?
8  A.  Yes, we do.
9  Q.  Are you married to Tom Sellner?
10  A.  Yes.
11  Q.  Have you lived in Iowa --
12  A.  Yes.
13  Q.  -- all your life?
14  A.  All my life.
15  Q.  And at the same location or someplace else?
16  A.  I've always been in Delaware County.
17  Q.  Where did you go to high school?
18  A.  Maquoketa Valley High School in Delhi.
19  Q.  And did you graduate from high school?
20  A.  Yes, sir.
21  Q.  What year was that?
22  A.  1977.
23  Q.  Did you have any education after high school?
24  A.  Yes.  I did an artificial insemination course for
25  bovines and then I attended Kirkwood College in

311

1  Cedar Rapids for horse husbandry, but I did not finish
2  that course.
3  Q.  Where did you go to work after finishing with
4  your education?
5  A.  I worked for Delaware County DHIA as a field
6  supervisor for 25 years and I also farmed.  We bought
7  our first farm in 1980.
8  Q.  Let's talk about your job with DHIA; is that what
9  you said?
10  A.  Yes.  It's called Dairy Herd Improvement
11  Association.
12  Q.  Tell the Court what that is.
13  A.  It's a dairy records -- you go from farm to farm
14  and we take samples from each cow once a month.  The
15  samples are tested for butter fat, protein and somatic
16  cell.  The production was measured.  We take all the
17  data down for, like, breeding dates, dry dates,
18  et cetera, and that's all put into a computer program
19  that was originally through Iowa State University and
20  when I got done, it went through North Carolina Raleigh.
21  Q.  So you're not doing that anymore; is that
22  correct?
23  A.  No; I retired in 2001.
24  Q.  When did you meet your husband Tom?
25  A.  In high school.

312

1  Q.  When did you get married?
2  A.  In 1979.
3  Q.  And you mentioned the fact that you and Tom had a
4  farm in 1980; is that correct?
5  A.  Yes.
6  Q.  What type of farm was it?
7  A.  We've had about 75 head of dairy cows and
8  100 head of commercial ewes.  There's about 375 acres
9  and approximately 180 tillable of that.
10  Q.  Did you grow up on a farm?
11  A.  Yes, sir.
12  Q.  What type of farm was that?
13  A.  We had diversified livestock.  We had dairy, hogs
14  and laying chickens.
15  Q.  Did you help your parents with the farm chores?
16  A.  Yes.
17  Q.  What type of farm chores did you help with?
18  A.  Different things with the cattle and helped
19  grandma get the eggs and sort hogs; things like that.
20  Q.  Did you do vaccinations?
21  A.  I don't know if I did that much vaccination at
22  that time when I was a little kid.
23  Q.  Since then you've learned how to do them; is that
24  correct?
25  A.  Yes.  We vaccinate all our own animals.

313

1  Q.  And also I think you mentioned the fact you had a
2  dairy herd starting in 1980?
3  A.  Yes.
4  Q.  Did you have any problem with the farm crisis in
5  the mid-eighties?
6  A.  Yes.  We did lose our farm in 1985 and then we
7  started over on the farm that we're currently on in
8  1986.
9  Q.  When you raise dairy cattle, do you also keep
10  them for a number of years or what do you do?
11  A.  Yes.  We raise our own replacements.  As
12  two-year-olds, they enter a milking herd.  Our average
13  age in our milking herd right now is approximately four
14  years.  We do have a lot of cattle that are, you know,
15  seven and eight-year-olds -- or that being lactations is
16  what I should say, so we keep them around quite a while.
17  Q.  And are there different grades of milk that come
18  from dairy herds?
19  A.  Yes, and we are a Grade A dairy.
20  Q.  Is that the top classification?
21  A.  Yes.  Our milk goes to AMPI, which is Associated
22  Milk Producers.  It's a cooperative that we belong to
23  and right now we don't take any Grade B milk at AMPI, so
24  our milk can go for bottling, cheese or butter or other
25  manufacturing, and we own part of that plant.

CRR / (319) 533-XXXX  http://www....com
to purchase a complete copy of the transcript.

314

1　Q.　And when you were doing the dairy herd at your
2　place, were you also working on other people's places
3　too?
4　A.　Yes. I had a relief milking business for quite a
5　few years and if farmers needed to leave, then I would
6　milk their cows and do their chores for them and that's
7　kind of how the seed money I got for doing that started
8　the zoo.
9　Q.　So when you do this dairy herd work, do you also
10　make sure that you don't contaminate the area where the
11　herd's at or what do you do?
12　A.　Yes. We wear rubber boots and wash in and out of
13　every area. So we don't go from farm to farm without
14　washing your boots just like vets and breeders and milk
15　haulers and all those kind of peoples. There's
16　bio-security issues.
17　Q.　Do you have a vet that sees to your dairy herd?
18　A.　Yes.
19　Q.　Is that vet Dr. Pries or somebody?
20　A.　No. We have the Ryan Veterinary Clinic; Dr. Cook
21　and Dr. Dunham do my dairy herd and some of the zoo farm
22　animals.
23　Q.　Which zoo farm animals?
24　A.　Primarily the sheep, goats, some of the equines
25　and any cattle -- or exotic cattle that we have in the

315

1　zoo.
2　Q.　Are they also available if you have questions
3　about other animals?
4　A.　They are, but they're probably not as
5　specialized. Mostly I would call Dr. Pries because he
6　does my exotics.
7　Q.　Before you had Dr. Pries, who was your vet, do
8　you remember?
9　A.　Dr. Esch from Elkader Veterinary Clinic.
10　Q.　Was he your vet for a number of years prior to
11　that?
12　A.　Yes, he was.
13　Q.　Was there a vet prior to Dr. Esch?
14　A.　Yes. There was a Dr. Keel (phonetic) and he was
15　killed in a truck accident and I can't remember if there
16　was another one in between because that's been quite a
17　few years ago, but they were from Elkader Veterinary
18　Clinic.
19　Q.　Have the vets that you've had for the zoo always
20　been from Elkader Veterinary Clinic?
21　A.　Pretty much. I've had a few, like, small cat
22　odds and ends; things that we might have to have an
23　X-ray or something and I have taken them to a small pet
24　clinic in Manchester, but primarily the Elkader vet
25　clinic is my primary veterinarian for the zoo.

316

1　Q.　When did you start keeping what may be called
2　exotic animals?
3　A.　In 1986.
4　Q.　And what type of animals did you start off with?
5　A.　I started out with an old ugly llama that I
6　thought was the best llama in the world.
7　Q.　When did you first get your exhibitor's license
8　from the USDA?
9　A.　In 1992.
10　Q.　What type of license do you have?
11　A.　I have a federal license and I also have a state
12　permit for the zoo.
13　Q.　Now, is that license and permit in both your name
14　and your husband's name?
15　A.　Yes.
16　Q.　After the llama, did you start accumulating other
17　animals?
18　A.　Yes, I did.
19　Q.　What type of animals did you start accumulating?
20　A.　We had a cougar -- a young cougar that we had for
21　many years. He was the foundation stock for all the
22　other cougars that we got later. We had a squirrel
23　monkey. We had different kinds of small mammals and
24　reptiles that were basically just kept as pets basically
25　because at that point, like, you couldn't exhibit a

317

1　cougar in our mobile zoos, so we just had them and kind
2　of stockpiled them until we opened our big zoo.
3　Q.　And as far as opening your big zoo, when did you
4　do that?
5　A.　In July of 2002.
6　Q.　Did you and your husband build the enclosures
7　there?
8　A.　Yes.
9　Q.　What type of background does your husband have to
10　allow him to build the enclosures?
11　A.　My husband welds professionally and he's welded
12　for most of his adult life.
13　Q.　Now, we've seen some of these enclosures in
14　photographs that have been presented. I think up in
15　front of you there's Exhibit 61.
16　A.　Yes. Right here in color.
17　Q.　If you look at page 6 of Exhibit 61 for me.
18　A.　I'm not sure where the page numbers are.
19　　　THE COURT: They're in the lower right-hand
20　corner.
21　A.　Okay. I see six has got a white tiger, yes.
22　Q.　I'm putting it up on the screen too for you.
23　That might be a little better.
24　　　THE COURT: You can zoom out and zoom in if
25　you would like.

CONTRACT (319) 654-3164 www.___.com
to purchase a complete copy of the transcript.

318

1    MR. THORSON: Okay. All right. That's a
2 little -- a little too small.
3    Q.    But that's an enclosure for a tiger; is that
4 correct?
5    A.    Yes, it is.
6    Q.    And if you look at the enclosure for the tiger,
7 you see several different objects in there. Starting
8 with the one where the tiger seems to be lying next to
9 it, what is that object?
10    A.    That is the remains of her scratch log.
11    Q.    And do you put in scratch logs fairly often for
12 the tiger?
13    A.    Yes, because they sharpen their claws on them and
14 use them as toys so they kind of destroy them and then
15 we have to change them out.
16    Q.    And then right behind the tiger or towards the
17 back of the cage a little further back, there is what
18 appears to be a corrugated steel enclosure?
19    A.    It's actually not corrugated. It's a smooth
20 steel enclosure and it's kind of just an extra thing
21 that's in there because it's not an actual house,
22 although it can be used for one. They do like to lay up
23 on top of that and if you'll notice, there's shade cloth
24 over the -- on the arched roof of that enclosure and
25 that's to shade that so the cats can lay up on there in

319

1 the afternoon if they like.
2    Q.    Now that I can circle it up here, that's the
3 shade cloth you're referring to?
4    A.    Yes.
5    Q.    Now, towards the back of the enclosure there's
6 something that somebody referred to as a plywood
7 enclosure. Is that plywood?
8    A.    There's no plywood in those enclosures. That is
9 steel also, and that is their main house in the back.
10 There is a guillotine door in that fence that goes in
11 between, as well as a gate that can open so you can
12 drive in to the big main enclosure from that little den
13 area.
14    Q.    And I've just circled in yellow a -- an object in
15 the back of the -- the very back of the enclosure. Can
16 you tell me what that is?
17    A.    That is a stainless steel sow feeder. In the
18 wintertime we use that to put their water in -- well,
19 that one particularly is to put food in. There's
20 another one farther back that you can't see in this
21 picture that's identical to that and that one we do use
22 for water in the winter.
23    Q.    I believe you were here when Dr. Conrad testified
24 that that type of -- is it a swine feeder?
25    A.    It was a sow feeder, yes.

320

1    Q.    Sow feeder could be ripped off or dislodged by
2 the tiger from the enclosure. Has that ever happened,
3 to your knowledge?
4    A.    No. They're put on with number nine wire and
5 it's wired on the back so the cat doesn't have access to
6 it.
7    Q.    And you've never seen it happen; is that correct?
8    A.    Not that I recall anyway.
9    Q.    Now, in the enclosure itself, I don't see
10 anything that looks like a bowling ball, but you
11 mentioned you put bowling balls in the enclosures?
12    A.    Yes. Most all of them have a bowling ball. It
13 could be rolled in the back. That's one of their
14 enrichment things. There's a tank in there and that one
15 happens to be one of the smaller tanks. The other tiger
16 pens have great big ones and they have little pools. On
17 hot days they'll soak in their tiger tanks. I guess one
18 of our other enrichment things is that we do feed some
19 prey and it's enrichment as well as nutrition.
20    Q.    Now, you mentioned a tank. Is that on the
21 right-hand side of the photograph as we're looking at
22 it?
23    A.    Yes.
24    Q.    Right over here where I've circled it?
25    A.    Yes.

321

1    Q.    Okay. And the tiger can actually get in that
2 tank; is that right?
3    A.    She does, yeah.
4    Q.    Okay. Now, have you ever seen a tiger injure
5 itself on a bowling ball?
6    A.    No. We've used bowling balls since probably the
7 mid-nineties and I've never had any of my cats or
8 monkeys get hurt on a bowling ball. We've also used
9 bowling pins and they've carried them in their mouths
10 and they like that. They like big heavy cardboard
11 tubes. We put, like, catnip and essential oils and
12 different things for them for enrichment just for
13 different smells.
14    Q.    Do they tend to bat the bowling ball around with
15 their paws?
16    A.    Yeah. We had -- the cougar was in a round one
17 and he could bat that with his hand and it would go
18 completely around the rim of that cage.
19    Q.    Have you tried other types of balls in there
20 besides bowling balls?
21    A.    Not for the tigers. For the cougars, we used to
22 buy our original cougar a basketball every year for his
23 birthday and in the first five minutes he would take it
24 in his arms and just pop it. The strength on cats is
25 amazing and he then carried it off, so we had to take it

PLANET DEPOS
888.433.3767 | WWW.PLANETDEPOS.com
to purchase a complete copy of the transcript.

322

1  out of his pen because I don't want him to chew up a
2  ball and get rubber inside of him.
3  Q.    Now, does the Animal Welfare Act, to your
4  knowledge, cover either birds or reptiles or snakes?
5  A.    No.
6  Q.    And do you have a number of birds and reptiles
7  and snakes at your zoo?
8  A.    Yes.
9  Q.    Do you also have hoofstock at the zoo?
10 A.    Yes.
11 Q.    How many animals are we talking about as far as
12 the hoofstock goes?
13 A.    Well, it's hard for me to add that up fast.
14 There's probably over 20 equines.  I've got probably
15 60 head of sheep approximately.  Another 25 head of
16 goats.  There's a few, like, Zebu cattle that are in
17 there right now and a deer and a camel and I guess
18 there's some pigs too.  There's two Meishans and three
19 pot-bellies.
20 Q.    As far as the Meishans, are they in a separate
21 enclosure?
22 A.    Yes.
23 Q.    And there's been some reference in some of the
24 testimony so far to the Meishan pig giving birth to
25 piglets.

323

1  A.    Yes, that's true.
2  Q.    And do you remember what happened when the
3  Meishan pig gave birth to piglets?
4  A.    She was approximately a week early.  The zoo that
5  year was going to close that weekend and she was going
6  to be moved down into what we call our pony barn.  It's
7  a red -- like a kitty barnyard barn to farrow and a
8  person at the zoo notified me that she had had piglets
9  on a Saturday afternoon.  So I went up.  There was only
10 one live piglet.  There was three dead ones laying there
11 on the ground.  She had rooted them around and it was
12 chilly and she did lose the three.  We did save the
13 other one.  We raised it in the house on a bottle and it
14 was fine.
15 Q.    So you keep track of when the sow is supposed to
16 farrow then; is that correct?
17 A.    Yes.  According to my date, she was due
18 November 3rd.
19 Q.    Getting back to the tiger cage for a second,
20 looking at Exhibit 61, page 6 I believe it is, if it's
21 still there in front of you.
22 A.    Okay.
23 Q.    If you look at the bottom right of the cage --
24 I'm going to circle this with yellow again -- is that
25 the outside of the cage or is that separating one cage

324

1  from another?
2  A.    That is separating another cage.  This is a three
3  tier cage.  There's a cougar on one side.  The tigers
4  are in the middle.  There's three wolves over on that
5  side.
6  Q.    And when we're looking at the bottom of the cage
7  there, it looks like there's a rail that goes along
8  there?
9  A.    Yes.  That's part of the structure.
10 Q.    Is the fence itself welded to that rail?
11 A.    Yes.
12 Q.    When we were looking at the other photograph --
13 and I'm not sure I can find it in a hurry -- but of the
14 fence that was bent in, was that an interior cage?
15 A.    It was -- that actually, the -- the chain-link
16 that you saw bent in, there was a kennel panel that was
17 approximately six by six or thereabouts and we had put
18 that between the two cages over top of the existing
19 fence just so that the neighboring cat didn't put its
20 hands through there.  Because the USDA said that there
21 was a curl on it and they could possibly get hurt on it,
22 we did take that out.
23 Q.    That was not an exterior fence though; is that
24 correct?
25 A.    No.

325

1  Q.    And other animals couldn't get in the cage simply
2  because that was bent back; is that true?
3  A.    No; that had nothing to do with anything.
4  Q.    What training have you had in dealing with exotic
5  animals?
6  A.    I've done a FCF -- which is Feline Conservation
7  Federation -- husbandry course out in Ohio and I've got
8  numerous people around the country that raise various
9  exotic animals that are my mentors.
10 Q.    Do you talk to them?
11 A.    Yes, very frequently.  I do extensive reading and
12 research on different animals.
13 Q.    Have you been involved in saving certain tiger
14 cubs when they wouldn't nurse?
15 A.    Yes.  We've been very successful.  We had -- old
16 Sheba had cubs and she would lick them off and then push
17 them away with her feet so the cubs didn't have a chance
18 to get colostrum.  Our nutritionist, Gary Pusillo, made
19 a colostrum supplement and that's how we first met him
20 when Miraj, our first cub, was born.  We successfully
21 raised her and many of our other cubs of different kinds
22 on that particular colostrum supplement that he made.
23 Q.    Can you tell the Court briefly what happens if a
24 tiger doesn't get mother's milk.
25 A.    A tiger, like any other -- most mammals except

Purchase the complete transcript TranscriptPros.com
to purchase a complete copy of the transcript.

---

**326**

1  primates, if they do not have colostrum, they will
2  usually perish within two weeks because they need the
3  antibodies to build up their system. They're born
4  without those antibodies and that's how it's transferred
5  is through that maternal milk.
6  **Q.** Are you a member of the Simian Society?
7  **A.** I'm a former member. I did not re-subscribe my
8  dues I guess like in the last two years because of some
9  internal conflicts in the Simian Society, but I was a
10  25 year member.
11  **Q.** And what did that consist of?
12  **A.** It's basically a primate group. We've gotten
13  some great literature. They publish a large Simian
14  Society handbook that breaks down by each species of
15  primate. It has, like, the blood analysis for them,
16  different diseases; things that they should or shouldn't
17  be fed. It's basically like an encyclopedia of all
18  types of monkey things, and there's a lot of enrichment
19  things in their newsletters; things people come up;
20  things that, you know, they just -- to the general
21  membership, things that you might not think of that are
22  great fun for different primates.
23  **Q.** Do you have other veterinarians or professionals
24  you consult with about nonhuman primates?
25  **A.** Yes; Amy Kamholz that works at the Covance

---

**327**

1  Research Center in Madison at the University of
2  Wisconsin.
3  **Q.** Do you know what her educational background is?
4  **A.** She's a veterinarian. She has been there at
5  least 12 or 13 years and I don't know where she worked
6  prior to that or if she did.
7  **Q.** Are you able to call her if you have questions
8  about lemurs, for instance?
9  **A.** Yes.
10  **Q.** And you're required to have a veterinarian if
11  you're a Class C licensee, aren't you?
12  **A.** Yes.
13  **Q.** How do you obtain the animals at the zoo?
14  **A.** Most of them were purchased and/or raised by us.
15  A few animals have come to us as donations from people
16  that couldn't keep them for whatever reasons. They may
17  be law changes or allergies in families; unwanted
18  animals. They might have to move and they can't take
19  that particular animal with them.
20  **Q.** When you receive an endangered species -- is that
21  something that you've done in the past?
22  **A.** Yes.
23  **Q.** And when you do that, do you make sure that the
24  paperwork is available?
25  **A.** Yes; you have to.

---

**328**

1  **Q.** What type of paperwork do you get normally?
2  **A.** We have a transfer form that's a USDA document
3  and it's a donation if it comes across a state line. If
4  you sell an endangered species within your state, it can
5  be for sale but any endangered species that comes
6  interstate must be a donation unless you have a very
7  special permit.
8  **Q.** Do you normally get a health certificate with the
9  animal then if it comes across state lines?
10  **A.** Yes.
11  **Q.** What about if it's sold inside the state of Iowa?
12  **A.** If it comes through a sale, there's usually a
13  health certificate attached to larger animals like
14  cattle and stuff. The sale barn does attach a health
15  certificate.
16  **Q.** Are there certain locations in Iowa that sell
17  exotic animals?
18  **A.** As far as sales?
19  **Q.** Yes.
20  **A.** Yes, yes.
21  **Q.** Where in particular do you go?
22  **A.** Usually to Kalona.
23  **Q.** Is it the sale barn in Kalona?
24  **A.** Yes. It's -- the auctioneer that runs that is
25  not the Kalona sale barn's auctioneer. You have to be

---

**329**

1  licensed to sell exotics, so he has a Class -- I think
2  A license or B. I don't know which is which.
3  **Q.** Licensed by the USDA; is that correct?
4  **A.** Yes; to sell exotics.
5  **Q.** And you indicated earlier that if endangered
6  species change hands, it's got to be a donation if it's
7  across state lines?
8  **A.** Yes.
9  **Q.** And by donation, you don't give any
10  consideration, do you?
11  **A.** No. You cannot even trade for a cage. It has to
12  be strictly donation.
13  **Q.** Have you taken any animals because they had no
14  place else to go?
15  **A.** Yes.
16  **Q.** What type of animals?
17  **A.** Some primates, some cats, a lot of reptiles and
18  we've had a few birds. I guess kind of some of every
19  group we've had some rescues to speak of.
20  **Q.** When you say cats, I want you to say big cats
21  because we want to make clear on that.
22  **A.** Yes; big cats.
23  **Q.** All right. What type of big cats have you
24  received?
25  **A.** Tigers and some lions. I guess I've had some

---

CITERITE REPORTING, 319-365-3334, www.citerite.com
to purchase a complete copy of the transcript.

330

1  cougars.

2  Q.    As far as the tigers go, have you received any

3  that have been from out of state?

4  A.    Yes.

5  Q.    Do you remember their names?

6  A.    Natasha came from Illinois from a friend's zoo.

7  Sheba and Sherkhan came from Iowa, but they were

8  originally I think from Ohio.  And other ones were

9  raised at home.  I can't remember any more.

10  Q.    When you and Tom built the zoo, did you try to

11  follow the guidelines that you were given from the USDA?

12  A.    Yes.

13  Q.    And has the USDA complained about the size of the

14  tiger cages to you?

15  A.    No.

16  Q.    What about the size of the lemur enclosure?

17  A.    No.

18  Q.    And just to be clear, there's an exterior

19  enclosure or outside enclosure and an interior one; is

20  that true?

21  A.    That's correct.

22  Q.    With regard to the interior enclosure, it's in

23  what's called the reptile house; is that true?

24  A.    Yes; in the back.  There's an area in the back

25  that's off limits to the public.  And all the warm

331

1  animals like the coatis; there's a serval, lemurs and

2  another monkey that can go in and out into that area.

3  Q.    Is that area walled off or separated from the

4  other part of the reptile house?

5  A.    Yes.

6  Q.    Does that wall go up to the ceiling or what does

7  it --

8  A.    Yes.

9  Q.    So there's no way a lemur could look and see, for

10  instance, an alligator there; correct?

11  A.    No.

12  Q.    Now, you tend to name these animals.  Has that

13  been your practice since you started the zoo?

14  A.    Yes.  They all have names and stories.

15  Q.    What type of educational programs do you put on

16  at the zoo?

17  A.    For eight years we did a school program.  Each

18  year we would pick a different continent and for eight

19  animals and we went from class to class.  We always did

20  it off season, but it took a lot of hours to go through

21  all those kids, but thousands of kids got to learn about

22  those five species each time and there was always one

23  that they could have some hands-on time with so as they

24  left the class, they could touch it and enjoy that.

25        I've done educational presentations in

332

1  different kinds of civic organizations and clubs.  We've

2  done our mobile zoo, which isn't necessarily

3  educational, but it exposes things to a lot of people

4  that don't get to see the typical farm animal type of

5  animals every day.

6        I think there's probably lots more.  We do

7  nursing home visits in five counties and it kind of is

8  part of the evening program so old folks can learn about

9  things and enjoy animals that they don't get to see

10  every day either.  We have ambassador animals that we

11  specifically use for those purposes.

12  Q.    Now, there's been some testimony earlier about

13  ambassador animals you used, including Obi.  Is that one

14  of the ambassador animals you used?

15  A.    Yes, he was.

16  Q.    And Obi is a baboon; is that correct?

17  A.    Yes.

18  Q.    When you used Obi, he was a baby, was he, or --

19  A.    Yes.  He was -- started bottle feeding him at

20  approximately five weeks and he was -- I guess I was his

21  mom and was fed every two hours around the o'clock just

22  like normal babies and we did dress him when he was a

23  baby.  After he turned a year old, we let him be a

24  baboon.  We don't dress him and then he was returned to

25  our monkey building where we keep our large baboons, but

333

1  he had been neutered just because I didn't want two big

2  male baboons in there.  Somebody would have fought until

3  they died, so Obi was neutered.  He is next door to that

4  pen, but there's a window cut so that he can see and

5  he's, like, just a couple feet from the big baboons and

6  observed their behaviors and talked to them but they

7  can't harm him, so that's kind of our important thing.

8  Q.    Was Obi born at the zoo?

9  A.    Yes.

10  Q.    How many lemurs have been born at the zoo?

11  A.    Four, I believe.

12  Q.    And we know that two of them died; is that

13  correct?

14  A.    That was a set of twins.

15  Q.    What about the other two?  Where are they?

16  A.    One went to Waterloo and one went to a park out

17  in Fort Dodge.

18  Q.    Are they still alive, to your knowledge?

19  A.    Yes.

20  Q.    And how old would they be now?

21  A.    Probably -- I don't know for sure.  If I had to

22  just guess, I would say six and three.  I don't want to

23  say that without looking at my records, I guess.

24  Q.    Do other people come to the zoo to conduct

25  educational activities too?

Visit PRATRIAL.com
to purchase a complete copy of the transcript.

334

1  **A.**    Yes.

2  **Q.**    Tell the Court about that.  Who comes to the zoo

3  to conduct educational activities?

4  **A.**    We have a lot of school groups.  We have

5  different groups of, like, handicapped folks that come

6  and we do some small programs for them, as well as just

7  letting them walk through.

8  **Q.**    When you say we, is it just you or is there

9  somebody else that comes to conduct educational

10  programs?

11  **A.**    I do most of the programs.  My husband will

12  sometimes get an animal out like a tortoise and set it

13  out for the kids and talk to them about it or talk to

14  them about tigers and things.

15  **Q.**    Anybody else come to the zoo to conduct

16  educational programs?

17  **A.**    I don't know.  I can't think right this minute, I

18  guess.

19  **Q.**    Anybody come to the zoo to talk about reptiles,

20  for instance?

21  **A.**    Well, I have a volunteer that sponsors our

22  reptile days annually in September and he gets out

23  various reptiles and then the kids can have their

24  pictures taken with them, so we have, like, snakes and

25  lizards and tortoises out and we put out books and sheds

335

1  and shells and things like that, so the kids have kind

2  of a fun weekend doing reptiles.

3  **Q.**    Now, you've heard descriptions of the zoo as

4  smelling bad.  Does it smell bad to you?

5  **A.**    No.

6  **Q.**    Is there anything nearby that might occasionally

7  smell bad?

8  **A.**    I have a neighbor that has a baby pig nursery and

9  occasionally the pit has been known to run over.  I can

10  smell that.  I may be nose blind to my dairy, but I can

11  smell the hogs.

12  **Q.**    When animal activists come to your zoo, does that

13  concern you?

14  **A.**    Yes.

15  **Q.**    Why does that concern you?

16  **A.**    They're usually trying to get into things or make

17  trouble or take pictures that they've set up.  Just

18  generally make me nervous and I've had to call the

19  sheriff's office before and have people removed.

20  **Q.**    When you say pictures they've set up, what do you

21  mean?

22  **A.**    I've had them zoom in on something that kind of

23  makes the whole thing out of context or they'll throw

24  animal food at something so an animal is trying to grab

25  at it or look -- you know, it's not a natural thing;

336

1  just to make it look like it's something bad.  Some of

2  the aerial photos they've done, they've deliberately cut

3  over the housing and stuff so it looks like worse than

4  what the reality of the situation is.

5  **Q.**    Let's talk a little bit about the wolf hybrids

6  that are at your place.  To your knowledge, are they

7  wolf hybrids?

8  **A.**    Yes.  They're 75 percent.

9  **Q.**    And you're stating that based upon what?

10  **A.**    That's how I bought them and that's what's on

11  their health certificates.  They also bark, so I do know

12  that they are hybrids.  They are not full wolves or else

13  they would only howl.

14  **Q.**    And these hybrids, are they friendlier than a

15  wolf would be?

16  **A.**    They can almost be more aggressive than a wolf.

17  A true wolf is more shy, but -- one of the wolves -- the

18  youngest one Nahmad -- is hand raised and he was used in

19  programs.  He's socialized with people.  We have used

20  him in various programs and I think he's pretty decent

21  with everybody.  The other ones are ones that were out

22  of a sanctuary and they do have a tendency to be shy and

23  they don't socialize like Nahmad does.

24  **Q.**    When you say they're out of a sanctuary, what do

25  you mean?

337

1  **A.**    A friend of mine has a wolf sanctuary.  It was

2  here in Iowa and he moved to Arkansas and he donated

3  those wolves to me.

4  **Q.**    And, again, when you're using the term wolf, it's

5  a wolf hybrid?

6  **A.**    It's a wolf hybrid.

7  **Q.**    So how many of the wolf hybrids do you have right

8  now?

9  **A.**    Three.

10  **Q.**    Are they all in the same location or cage?

11  **A.**    Yes.  They're all together.

12  **Q.**    Have you had inspectors from the IDALS come out

13  to your location?

14  **A.**    Yes.

15  **Q.**    And is there one inspector in particular that's

16  been out to your location?

17  **A.**    Doug Anderson.

18  **Q.**    Mr. Anderson is a veterinarian; is that correct?

19  **A.**    I don't know if Doug is a veterinarian.

20  **Q.**    What is Doug's background then, do you know?

21  **A.**    I'm not sure, but he does state inspections in,

22  like, dog facilities and zoos and I think he -- he may

23  be a compliance inspector too.

24  **Q.**    And have other people from IDALS been out to your

25  facility too?

CONTACT RealLegal.com or 800-335-7855.com
to purchase a complete copy of the transcript.

1 **A.** They may have. I have had, like, the state
2 veterinarian come. They usually come with him. If
3 there's a complaint or something, then they come out.
4 **Q.** What about Gary Ivan; do you know him?
5 **A.** Yeah. He's a state veterinarian, but he's in our
6 district.
7 **Q.** And Mr. Anderson is from Des Moines or where is
8 he from?
9 **A.** I believe so.
10 **Q.** Has Mr. Anderson ever told you that -- well,
11 strike that. I'm not going to ask you that question.
12 Have you seen Mr. Anderson's reports?
13 **A.** I've seen some of them, yes.
14 **Q.** Do you have a good working relationship with
15 Mr. Anderson?
16 **A.** I think so, yes.
17 **Q.** Have you ever gotten any indication from IDALS
18 that you need to shut your facility down?
19 **A.** No. He told me that he thought it was a good
20 thing to have in Iowa and that he enjoyed it.
21 **Q.** Let's talk a little bit about feeding the animals
22 at the zoo. You have a contract for land diversion; is
23 that correct?
24 **A.** Yes.
25 **Q.** And that contract provides for food from various

1 grocery stores; is that true?
2 **A.** Yes.
3 **Q.** And these are stores that provide food to humans;
4 true?
5 **A.** Yes.
6 **Q.** How much food do you get each week from the land
7 diversion contract?
8 **A.** From the land diversion contract probably just a
9 little over a ton a week and we also get some other
10 extra produce from a local grocery store that my husband
11 picks up six days a week, so we always have a lot of
12 produce and fresh vegetables. If anything is not
13 something we can use at the zoo, we do have the
14 opportunity to put that back in our total mixed ration
15 at the dairy and we just add it back as water so it
16 doesn't go to waste, because otherwise it's going to end
17 up in a landfill.
18 **Q.** So my understanding is with the land diversion
19 contract, it doesn't cost you very much to get the food
20 that you get; correct?
21 **A.** No. The contract itself cost me $300 a month.
22 It's pretty much just the fuel that it takes to run --
23 we run five days a week picking it up.
24 **Q.** And what about the produce? Does that cost
25 anything?

1 **A.** No; it's part of the contract.
2 **Q.** That your husband picks up six days a week; is
3 that part of the contract?
4 **A.** No. That's just a separate contract for just
5 that one store that's local and he picks it up on his
6 way home.
7 **Q.** Does that cost you anything?
8 **A.** No. It saves the store.
9 **Q.** And you look at the food when you get it; is that
10 correct?
11 **A.** Yes.
12 **Q.** Do you sort through it?
13 **A.** Yes, we do.
14 **Q.** When you have, like, vegetables and fruits, do
15 you also clean them?
16 **A.** Yes. Everything is prepped before it's fed to
17 whatever particular animal.
18 **Q.** Do you examine the meat you get to make sure it's
19 fresh?
20 **A.** Yes.
21 **Q.** What type of meat do you get?
22 **A.** It's primarily beef and some pork and chicken,
23 but the only -- we do get some, like, processed meats
24 that we are not able to feed the cats because they're
25 obligate carnivores, so we can only feed just like a

1 fresh cut of meat like a roast or raw chicken; something
2 that's not been adulterated or smoked or anything.
3 **Q.** You can't feed them anything like a hotdog or
4 something like that?
5 **A.** No. Very few of my animals will eat hotdogs. My
6 bears gag on them, so they're kind of composted.
7 **Q.** And when you prepare for consumption, is there a
8 particular place you work at?
9 **A.** We have a sink and stuff in the reptile house.
10 We have running hot and cold water and soap in the milk
11 house and most of the stuff is prepped in those areas.
12 **Q.** You have some place at the zoo where people can
13 wash their hands if they need to?
14 **A.** Yes. We do have a handwashing -- it's just
15 basically a black container that we bought that's for
16 handwashing. It's got a little spigot on it and when
17 you put water in it, the black of the plastic heats the
18 water so people have nice, warm water to wash their
19 hands in and there is a soap with liquid soap dispenser
20 on that.
21 **Q.** Do you remember the plaintiffs or some of the
22 plaintiffs touring your facility?
23 **A.** Yes.
24 **Q.** You've heard from Tracey today. Do you remember
25 her coming to your facility?

Visit www.ARpdepo.com
to purchase a complete copy of the transcript.

342

1    **A.**    I probably didn't know her the first time she
2    came, but I think I recognize some of them.  And I guess
3    if it's not them, I can usually pick out somebody that's
4    making trouble when they come in because they don't
5    smile and they're not happy to be there.  They just
6    throw their money and off they go.  Everybody else has
7    got a smile on their face and they're all ready to go
8    see some animals and have a good time.
9    **Q.**    Now, with regard to Tracey, I believe she said
10   she just made small talk with you.  Is that what you
11   remember?
12   **A.**    That could be.  I guess usually when people come,
13   they pay and then I ask them if they have visited the
14   zoo before and if they haven't, I kind of direct them to
15   all the different -- like we have the reptile area and
16   education center; kind of where all the exhibits will be
17   and then they'll walk up the main path so they don't
18   miss part of it.
19   **Q.**    With regard to the -- getting back to the food
20   again, I want to ask you another question about that.
21   If you have excess food, where does that go?
22   **A.**    If it's produce, that goes in the TMR -- the
23   total mixed ration -- for the cattle as water.  And that
24   way it doesn't go to waste.
25   **Q.**    Do you ever have excess meat --

343

1            THE COURT:  I'm not sure what that means.
2    Can you tell me?
3            THE WITNESS:  A total mixed ration, we have
4    -- it's a PTO-driven big wagon and it's got a vertical
5    auger in it and we feed baleage, which is a
6    long-stemmed, wet hay feed and it's fermented so it's
7    like haylage but it's all long-stemmed.  So to process
8    that, my husband has the recipe because it changes
9    whatever our nutritionist makes, but he'll put the grain
10   in the bottom -- however many pounds; it's got a scale
11   to it -- and then we put the baleage in and then
12   whatever we put in -- because there's usually a certain
13   amount of water, so we just weigh the fruit in as water
14   and then this grinds -- he knows it's done when it's the
15   length of that cow's mouth and then that way a cow can't
16   sort it.  It's just all uniform and it unloads in a
17   bunk.  The cows can just eat it and I don't think they
18   can pick through it very well to get acidosis.
19   **Q.**    You mentioned the word baleage.  Earlier today we
20   heard about what one of the plaintiffs mentioned was
21   moldy hay they thought in an area.
22   **A.**    I don't think so because I buy prime dairy hay.
23   Some of that baleage, it will look a little musty on the
24   edges.  Usually animals will pick through it.  When it
25   goes into the TMR, it's ground up.  If it was severe

344

1    mold, it gets picked off and thrown away because I'm not
2    going to put it through a dairy cow or an animal that
3    could get sick off of it.
4    **Q.**    You also purchase supplements to feed along with
5    the other food you have?
6    **A.**    Yes, we do.  On our big cats, we use Dr. Gary
7    Pusillo's Oasis Felidae T.  I use his calcium supplement
8    and if we have something goofy in an animal's gut, I
9    have some different kinds of products of his that are
10   probiotic based mostly.  And there's one that kind of
11   mops up toxins out of their gut, so we have used that on
12   cubs before, but primarily we use the vitamin mineral
13   supplement and the calcium for our adults.
14   **Q.**    What about the lemurs?  Do you have special diets
15   for them?
16   **A.**    The lemurs eat monkey biscuits.  I use, like, New
17   World monkey biscuits.  It's a little higher in protein
18   and it's easy for them to handle.  They're like
19   matchstick size pellets.  They're made by Missouri or
20   Purina and then they get fresh fruits and vegetables and
21   they have a water sipper indoors.
22   **Q.**    Do they get fresh fruit and vegetables every day?
23   **A.**    Yes.
24   **Q.**    So is it kind of the same mixture that
25   Dr. Klopfer was talking about?

345

1    **A.**    We get a huge variety of things.  They love
2    everything from Romaine to cut up apples and carrots.
3    There's different kinds of greens.  They really love
4    greens, which would be the same basically as his lemurs
5    picking leaves off the trees.
6    **Q.**    What about the enrichment for the lemurs?  Let's
7    talk a little bit about that.  Is there a swing in one
8    area for the lemurs?
9    **A.**    Yes.  Lucy, the red ruffed lemur, does have a
10   swing.  They have -- the backs of their outdoor
11   enclosures go up almost ten feet and there's different
12   shelves on that back wall and there is like a big tree
13   that's -- it's dead, but it's like a big branch that
14   they can climb on and they can go up onto those shelves
15   or just play up on there.  That's what they busy
16   themselves doing and then in the afternoon the sun comes
17   around and they sit like little buddhas in the sun and
18   they enjoy themselves in there.
19   **Q.**    Does the lemur enclosure face west then?
20   **A.**    Yes.
21   **Q.**    Do they have toys that they have?
22   **A.**    Yes.  We usually switch them out a little.  Right
23   now they have baseballs and they can throw those around
24   in or out and the red ruffed, she plays with her
25   baseball more.  The lemurs and the red -- or the

U.S. LEGAL SUPPORT (312) 236-8352 www.uslegalsupport.com
to purchase a complete copy of the transcript.

346

1  ring-tailed lemurs, they have -- it's kind of a Sesame

2  Street toy, but it's got all kinds of little things they

3  can play with.  It makes noises and they can dink around

4  with it with their fingers, and we also have PVC tubes

5  on chains that are inside their cages and sometimes

6  we'll put peanut butter inside of those and then we

7  sprinkle, like, different kinds of nuts and seeds and

8  then they can use that kind of like a puzzle thing.

9  They put their hands in and it adds enrichment and

10  things to busy them.

11        THE COURT:  Mr. Thorson, is this a

12  convenient time to adjourn for the evening?

13        MR. THORSON:  Yes, Your Honor.

14        THE COURT:  I've got some criminal cases I

15  need to attend to, so we're going to quit for the

16  evening.  When we resume tomorrow morning at 9 a.m., I

17  assume then the plaintiffs will be -- have witnesses

18  available?

19        MS. BLOME:  Yes, Your Honor.

20        MR. THORSON:  Your Honor, actually we're

21  going to have our experts tomorrow I think in the

22  morning.  Well, maybe -- is it tomorrow?

23        MS. BLOME:  Yes.

24        MR. THORSON:  It is tomorrow, yes.

25        THE COURT:  Okay.  So you're going to call

347

1  -- the defendants are going to call their two experts?

2        MR. THORSON:  Yes, Your Honor.

3        THE COURT:  And then is Mr. Allen going to

4  be here tomorrow or Thursday or what's the plan for him?

5        MS. BLOME:  Mr. Allen will be here tomorrow

6  afternoon and Thursday, but we'll try to finish up the

7  plaintiff tomorrow if we can.

8        THE COURT:  Okay.  So just so we're all

9  clear, this -- we're going to suspend the testimony of

10  this witness.  And as I understand it, then the

11  defendants, with the agreement of the plaintiffs, are

12  going to take their two experts out of turn.  Then we'll

13  resume the regular order and the plaintiffs will call

14  whatever witnesses they have left and then we'll go back

15  to the defendants' case and this witness can conclude

16  her testimony and be subject to cross-examination.

17        It looks like we're on track to get this

18  done maybe Thursday?  Does that sound right, Ms. Blome?

19        MS. BLOME:  It's possible, Your Honor.  It's

20  going much quicker than we anticipated.

21        THE COURT:  All right.  Then you're excused.

22  We'll see you all tomorrow morning at nine o'clock.

23        (Recess at 4:26 p.m., until 8:59 a.m.,

24        Wednesday, October 7, 2015.)

25

348

1
2
3

4        C E R T I F I C A T E

5

6    I, Kay C. Carr, a Certified Shorthand Reporter of
   the State of Iowa, do hereby certify that I acted as the

7  official court reporter at the proceedings in the
   above-entitled matter at the time and place indicated.

8

9    That I reported in shorthand all of the proceedings
   had at the said time and place and that said shorthand

10  notes were reduced to print by means of a computer-aided
   transcription device under my direction and supervision,

11  and that the foregoing typewritten pages are a full and
   complete transcript of the shorthand notes so taken.

12    I further certify that I am not related to or
   employed by any of the parties to this proceeding, and

13  further that I am not a relative or employee of any
   attorney of counsel employed by the parties hereto or

14  financially interested in the action.

15    IN WITNESS WHEREOF, I have set my hand this 18th
   day of October, 2015.

16

17

18        __/s/  Kay C. Carr_____
   Kay C. Carr

19  Certified Shorthand Reporter
   Registered Professional Reporter

20  Cedar Rapids, Iowa
   (319) 362-1543

21
22
23
24
25

Contact PohlmanUSA Court Reporting at (877) 421-0099 to purchase a complete copy of the transcript.

## $

**$300** [1] - 339:21
**$5,000** [1] - 129:6

## '

**'64** [2] - 127:22, 203:14
**'65** [2] - 127:22, 203:14
**'66** [2] - 127:23, 203:14

## 1

**1** [8] - 168:3, 224:16, 230:12, 235:18, 250:19, 251:9, 251:10
**10** [6] - 148:24, 149:14, 190:23, 222:9, 242:6, 242:8
**100** [5] - 230:23, 240:16, 240:17, 271:3, 312:8
**101** [1] - 116:5
**10:26** [1] - 172:2
**10:45** [1] - 172:1
**10:47** [1] - 172:2
**11** [2] - 224:16, 302:5
**118** [1] - 117:4
**11:56** [1] - 220:23
**12** [4] - 151:25, 220:16, 250:16, 327:5
**125** [2] - 117:22
**13** [7] - 198:4, 198:6, 244:16, 245:17, 245:19, 302:4, 327:5
**14** [3] - 168:3, 245:20, 250:16
**15** [6] - 151:25, 183:14, 183:15, 190:23, 219:8, 220:20
**1500** [1] - 116:5
**159** [1] - 117:21
**16** [2] - 249:15, 302:4
**160** [1] - 117:21
**170** [1] - 116:8
**173** [1] - 117:17
**18** [1] - 229:20
**180** [1] - 312:9
**183** [1] - 117:4
**19** [1] - 234:14
**1958** [2] - 119:22, 126:17
**1964** [1] - 126:20
**1966** [1] - 129:19
**1977** [1] - 310:22
**1979** [1] - 312:2
**1980** [3] - 311:7, 312:4, 313:2
**1985** [1] - 313:6
**1986** [2] - 313:8, 316:3
**199** [1] - 117:4
**1992** [1] - 316:9
**1:14** [1] - 220:22
**1:15** [1] - 220:21

## 2

**2** [3] - 146:13, 179:2, 290:13
**20** [6] - 140:2, 171:25, 207:14, 245:8, 290:5, 322:14
**2001** [1] - 311:23
**2002** [1] - 317:5
**2009** [2] - 146:25, 154:15
**2010** [1] - 147:1
**2011** [2] - 148:22, 169:22
**2012** [33] - 168:1, 212:5, 212:15, 212:16, 214:1, 214:9, 217:19, 221:10, 221:13, 223:23, 225:21, 231:16, 231:19, 235:20, 236:21, 237:8, 240:10, 244:19, 264:5, 264:21, 265:6, 266:10, 276:8, 277:5, 291:1, 291:5, 291:13, 296:10, 296:24, 300:12, 301:22, 302:17
**2013** [8] - 162:1, 212:17, 214:1, 250:1, 250:20, 254:6, 262:15, 262:22
**2014** [4] - 256:14, 290:21, 291:7, 297:5
**2015** [5] - 236:23, 246:4, 296:8, 296:25, 347:24
**2016** [1] - 126:24
**203** [1] - 117:4
**205** [1] - 117:5
**206** [1] - 117:6
**20th** [1] - 168:1
**21** [1] - 277:5
**21st** [1] - 276:10
**22** [3] - 161:21, 162:16
**225** [4] - 117:18, 128:18, 188:7
**22781** [1] - 206:18
**22nd** [3] - 266:4, 266:7, 266:10
**23** [2] - 221:13, 223:23
**230th** [1] - 206:18
**235** [2] - 117:19
**23rd** [5] - 212:15, 217:19, 217:20, 221:14, 264:24
**24th** [2] - 212:17, 217:19
**25** [6] - 162:1, 235:20, 303:20, 311:6, 322:15, 326:10
**26** [1] - 237:8
**260** [1] - 117:25
**261** [2] - 117:6, 117:25
**26th** [1] - 242:20
**270** [1] - 117:7
**27th** [2] - 265:9, 265:13
**28th** [4] - 264:17, 265:17, 265:20, 265:23
**293** [1] - 116:12
**29th** [1] - 266:1
**2:51** [1] - 290:6

## 3

**3** [6] - 151:14, 151:19, 160:4, 160:7, 236:10, 236:13
**30** [4] - 206:24, 206:25, 222:9, 263:4
**30-odd** [1] - 128:23
**300** [1] - 117:7, 123:2
**309** [1] - 117:11
**31** [3] - 162:16, 162:17, 162:21
**32** [2] - 147:22, 162:21
**33** [3] - 162:21, 178:23, 178:25
**36** [1] - 304:24
**375** [1] - 312:8
**3:09** [1] - 290:6
**3:10** [1] - 290:5
**3:30** [1] - 308:20
**3rd** [1] - 323:18

## 4

**4** [6] - 154:3, 169:23, 236:10, 236:16, 251:24, 252:3
**40** [5] - 130:9, 152:13, 164:8, 191:17, 198:2
**4056** [1] - 116:15
**44** [1] - 151:14
**45** [1] - 208:17
**47** [7] - 117:17, 144:21, 146:5, 173:4, 173:7, 173:9, 173:14
**4:26** [1] - 347:23
**4:30** [1] - 308:21

## 5

**5** [6] - 218:18, 218:22, 237:5, 250:19, 251:24, 305:6
**50** [7] - 126:22, 130:9, 190:11, 190:15, 195:11, 195:13, 230:25
**500** [1] - 209:1
**50th** [2] - 126:23, 127:2
**52402-5062** [1] - 116:15
**52402-5500** [1] - 116:6
**575** [1] - 188:9
**5th** [1] - 265:6

## 6

**6** [9] - 223:15, 224:5, 225:11, 225:19, 240:9, 244:18, 244:19, 317:17, 323:20
**60** [1] - 322:15
**600** [1] - 209:1

**61** [18] - 117:18, 223:11, 223:15, 224:5, 224:13, 224:17, 224:25, 225:1, 225:8, 225:12, 225:19, 241:1, 242:7, 250:17, 317:15, 317:17, 323:20
**61-1** [1] - 231:14
**61-7** [1] - 229:25
**61-8** [1] - 241:1
**62** [10] - 117:19, 234:11, 234:13, 235:2, 235:3, 235:10, 235:12, 235:17, 237:5, 244:16
**63** [6] - 117:21, 158:21, 159:19, 159:20, 159:25, 160:2
**6th** [4] - 212:16, 239:23, 244:23, 264:18

## 7

**7** [3] - 169:22, 169:23, 347:24
**71** [4] - 117:22, 124:16, 125:13, 125:17
**75** [2] - 312:7, 336:8
**7th** [1] - 264:21

## 8

**8** [1] - 241:1
**80** [3] - 121:15, 128:13, 163:15
**800** [2] - 128:20, 188:4
**8:59** [1] - 347:23

## 9

**9** [3] - 242:6, 263:20, 346:16
**90** [1] - 163:15
**94931** [1] - 116:9
**95** [2] - 122:22, 133:3
**97440** [1] - 116:12

## A

**a.m** [5] - 172:2, 220:23, 346:16, 347:23
**AAALAC** [5] - 130:21, 130:25, 131:9, 188:11, 188:13
**AAALAC-approved** [2] - 188:11, 188:13
**AAAS** [2] - 121:3, 121:25
**abilities** [4] - 139:22, 151:2, 151:10, 201:10
**ability** [4] - 123:9, 151:4, 178:3, 181:15
**able** [30] - 123:6, 123:15, 123:22, 124:3, 125:8,

CONTACT R2319 for $16.00/mo www.rd.com
to purchase a complete copy of the transcript.

127:3, 127:15, 127:16, 127:21, 136:5, 138:6, 178:13, 181:8, 191:24, 208:3, 214:14, 219:18, 222:16, 232:9, 248:11, 254:17, 259:19, 259:20, 259:21, 260:2, 298:5, 308:3, 327:7, 340:24

**abnormal** [2] - 179:21, 192:11

**abnormalities** [1] - 140:9

**absence** [5] - 139:2, 174:13, 182:5, 193:16, 197:17

**absolutely** [14] - 164:6, 165:15, 166:2, 203:18, 211:17, 236:9, 237:1, 237:21, 247:11, 256:21, 280:3, 284:5, 285:6, 299:9

**abundant** [1] - 199:24

**abuse** [1] - 130:25

**abysmal** [1] - 227:8

**Academy** [1] - 125:23

**accept** [1] - 165:10

**acceptable** [2] - 137:9, 138:1

**accepted** [15] - 136:4, 136:7, 136:9, 136:18, 136:21, 136:24, 137:6, 155:6, 155:7, 164:20, 169:7, 177:17, 181:4

**access** [10] - 151:6, 152:13, 153:2, 153:14, 163:4, 163:7, 163:9, 213:15, 214:15, 320:5

**accessibility** [1] - 230:15

**accident** [1] - 315:15

**accommodated** [1] - 155:13

**accompanied** [1] - 148:11

**accomplish** [1] - 272:9

**accordance** [1] - 181:4

**according** [3] - 148:22, 148:23, 323:17

**account** [1] - 187:19

**accreditation** [1] - 135:25

**accredited** [2] - 135:24, 274:6

**accumulated** [1] - 168:10

**accumulating** [2] - 316:16, 316:19

**accumulation** [6] - 167:1, 168:14, 168:15, 168:23, 169:8

**accurate** [10] - 125:3, 125:6, 147:14, 190:22, 223:22, 224:21, 234:21, 236:19, 237:22, 245:22

**acidosis** [1] - 343:18

**Ackley** [1] - 116:14

**acoustic** [1] - 161:15

**acre** [1] - 152:13

**acres** [3] - 151:25, 191:17, 312:8

**acronym** [2] - 131:4, 131:8

**act** [2] - 210:16, 259:17

**Act** [16] - 134:9, 136:15, 151:19, 158:13, 166:23, 167:3, 185:2, 201:22, 213:7, 213:11, 213:20, 213:23, 258:16, 258:24, 262:12, 322:3

**acting** [2] - 232:18, 283:24

**action** [4] - 234:4, 239:18, 269:10, 269:16

**actions** [4] - 247:16, 247:17, 254:2, 269:15

**active** [1] - 123:22

**actively** [1] - 132:25

**activists** [2] - 196:7, 335:12

**activities** [5] - 208:3, 243:17, 293:16, 333:25, 334:3

**activity** [1] - 123:1

**acts** [1] - 213:18

**actual** [4] - 142:17, 190:16, 281:17, 318:21

**ad** [2] - 212:1, 228:1

**adapt** [1] - 165:22

**add** [5] - 135:14, 135:16, 176:12, 322:13, 339:15

**addition** [1] - 127:19, 132:6, 152:9, 168:21, 234:15

**additional** [4] - 167:10, 226:7, 254:2, 308:4

**address** [1] - 239:21

**addressed** [2] - 135:13, 239:6, 256:11

**adds** [1] - 346:9

**adequacy** [5] - 134:14, 156:17, 163:10, 170:25, 200:10

**adequate** [16] - 135:18, 137:6, 137:15, 175:16, 178:19, 189:13, 269:18, 284:25, 292:7, 292:21, 292:25, 294:24, 295:12, 299:5, 299:19, 301:5

**adequately** [1] - 175:19

**adjourn** [2] - 220:17, 346:12

**adjourned** [1] - 171:25, 290:4

**administer** [1] - 207:23

**admission** [4] - 171:2, 218:17, 218:18, 278:8

**adult** [6] - 210:4, 211:6, 211:8, 263:2, 287:14, 317:12

**adulterated** [1] - 341:2

**adults** [2] - 210:22, 344:13

**advance** [1] - 159:8

**advanced** [1] - 139:22

**advised** [2] - 286:22, 286:24

**advisor** [1] - 189:19

**advocacy** [5] - 249:3, 255:4, 266:18, 272:8, 272:14

**advocate** [1] - 298:17

**aerial** [2] - 302:18, 336:2

**affairs** [1] - 255:1

**affected** [1] - 257:7

**affection** [1] - 139:14

**affiliated** [1] - 128:12

**afraid** [1] - 142:1

**Africa** [1] - 210:13

**AFTERNOON** [1] - 221:1

**afternoon** [13] - 119:17, 217:21, 217:22, 221:6, 221:7, 277:8, 277:9, 290:4, 308:2, 319:1, 323:9, 345:16, 347:6

**afterwards** [1] - 204:20

**ag** [3] - 178:17, 184:24, 293:20

**age** [16] - 138:21, 147:3, 147:5, 147:6, 147:8, 147:12, 147:16, 147:21, 147:22, 148:6, 148:10, 148:11, 148:17, 148:24, 149:14, 313:13

**agencies** [1] - 266:20

**agency** [1] - 293:23

**agenda** [1] - 132:9

**ages** [1] - 148:9

**aggression** [3] - 202:11, 202:12, 202:13

**aggressive** [4] - 187:14, 202:17, 202:18, 336:16

**aggressivity** [1] - 138:21

**aging** [1] - 148:13

**ago** [11] - 121:15, 130:9, 131:4, 203:8, 203:10, 209:21, 243:19, 263:3, 269:4, 284:9, 315:17

**agree** [2] - 139:16, 145:4

**agreement** [3] - 134:22, 137:25, 347:11

**agrees** [1] - 135:8

**Agriculture** [12] - 130:22, 131:1, 161:23, 185:21, 186:24, 187:25, 234:7, 234:9, 234:23, 247:25, 262:6, 266:24

**Agriculture's** [1] - 143:2

**aha** [3] - 210:24, 211:3, 229:1

**ahead** [3] - 148:16, 271:17, 308:24

**aid** [1] - 157:15

**aim** [1] - 127:18

**air** [6] - 274:22, 277:12, 277:14, 292:17, 306:19, 307:14

**air-conditioning** [2] - 277:12, 292:17

**airplane** [1] - 306:22

**airport** [3] - 172:8, 172:15, 172:17

**alarm** [2] - 200:5, 217:25

**ALDF** [1] - 255:16

**algae** [3] - 285:8, 285:11, 285:21

**alien** [1] - 166:1

**alive** [2] - 151:8, 333:18

**allegedly** [1] - 144:19

**Allen** [4] - 308:10, 308:12, 347:3, 347:5

**allergies** [1] - 327:17

**alleviate** [5] - 194:10, 196:15, 238:25, 239:2, 300:6

**alleviated** [1] - 281:5

**alliance** [2] - 165:14, 166:17

**alligator** [3] - 279:14, 279:17, 331:10

**allow** [7] - 124:3, 135:8, 169:7, 192:12, 259:17, 294:18, 317:10

**allowed** [2] - 191:11, 233:20

**allowing** [2] - 153:2, 166:17

**allows** [3] - 123:6, 167:6, 256:20

**almost** [6] - 124:21, 139:20, 181:14, 206:24, 336:16, 345:11

**alone** [5] - 139:25, 154:1, 155:7, 160:22, 200:2

**alteration** [1] - 175:2

**alternative** [1] - 170:11

**altogether** [3] - 145:16, 191:17, 199:9

**amazing** [1] - 321:25

**ambassador** [3] - 332:10, 332:13, 332:14

**America** [1] - 210:13

**American** [2] - 121:3, 131:10

**Americans** [2] - 122:3, 129:23

**Ames** [5] - 306:8, 306:9

**amount** [5] - 145:18, 167:19, 283:2, 285:7, 343:13

**AMPI** [2] - 313:21, 313:23

**amplified** [1] - 164:1

**Amy** [1] - 326:25

**analogy** [2] - 163:24, 197:12

**analysis** [3] - 145:7, 168:8, 326:15

**ANDERSON** [1] - 116:5

**Anderson** [5] - 337:17, 337:18, 338:7, 338:10, 338:15

**Anderson's** [1] - 338:12

**anger** [1] - 256:19

**angered** [3] - 233:2, 249:20, 257:8

Case 6:14-cv-02034-JSS    Document 42    Filed 10/30/15    Page 63 of 94

Document ... to purchase a complete copy of the transcript.

**angle** [1] - 220:1

**Animal** [28] - 116:8, 120:18, 120:22, 121:4, 122:1, 125:24, 130:11, 131:6, 131:11, 134:9, 141:24, 142:3, 142:5, 151:18, 158:12, 166:22, 167:3, 185:1, 195:16, 201:22, 238:10, 258:16, 258:24, 262:11, 262:13, 273:15, 290:13, 322:3

**animal** [82] - 122:23, 128:22, 129:6, 131:21, 133:3, 134:8, 134:15, 134:18, 134:20, 134:23, 134:25, 135:10, 135:17, 136:1, 136:5, 136:18, 138:19, 139:10, 139:14, 147:25, 148:5, 149:3, 149:9, 150:13, 156:15, 158:11, 161:11, 161:18, 165:12, 165:19, 166:23, 168:5, 168:9, 174:25, 176:1, 176:19, 177:3, 177:9, 177:12, 177:15, 178:6, 189:6, 194:11, 195:18, 196:17, 200:4, 200:14, 204:16, 211:1, 214:19, 227:6, 227:9, 227:15, 227:16, 227:17, 228:4, 228:10, 232:9, 241:13, 251:17, 251:20, 251:22, 252:5, 252:7, 252:16, 253:13, 257:5, 271:1, 273:10, 275:5, 289:21, 327:19, 328:9, 332:4, 334:12, 335:12, 335:24, 340:17, 344:2

**animal's** [3] - 140:15, 177:5, 344:8

**Animals** [2] - 272:14, 273:4

**animals** [241] - 119:5, 120:2, 120:17, 122:21, 126:8, 126:12, 126:14, 127:16, 127:25, 130:18, 130:25, 131:1, 131:15, 131:18, 132:16, 132:19, 132:25, 133:4, 134:15, 135:12, 136:16, 136:17, 138:23, 139:13, 139:19, 140:16, 143:1, 146:20, 147:16, 147:20, 147:22, 148:8, 149:5, 149:13, 150:6, 150:7, 150:12, 150:20, 150:23, 151:1, 151:4, 151:10, 152:18, 153:16, 153:18, 154:9, 154:10, 154:12, 154:19, 154:23, 155:22, 156:1, 156:22, 157:19, 158:3, 158:18, 161:16, 163:10, 163:14, 164:13, 165:10, 167:10, 168:13, 168:24, 169:13, 170:14, 171:23,

174:10, 174:18, 176:7, 177:25, 178:10, 178:11, 180:20, 180:22, 181:6, 181:11, 181:16, 182:2, 182:14, 182:18, 182:21, 185:23, 186:7, 187:4, 190:2, 190:5, 191:19, 192:3, 192:10, 192:13, 192:25, 193:17, 193:23, 194:3, 195:11, 196:2, 196:8, 196:10, 196:21, 197:16, 199:20, 204:13, 204:19, 204:22, 205:5, 208:5, 210:8, 210:9, 210:16, 210:22, 210:24, 211:12, 211:16, 213:1, 216:25, 217:4, 217:9, 219:16, 219:17, 220:10, 222:16, 222:22, 231:24, 239:12, 240:6, 243:1, 243:3, 243:5, 243:9, 243:21, 244:8, 245:16, 245:24, 246:8, 247:10, 247:14, 248:10, 248:16, 248:17, 248:21, 251:7, 253:2, 253:7, 253:8, 253:25, 257:1, 257:3, 257:10, 260:3, 260:10, 264:16, 266:6, 269:6, 269:14, 269:19, 271:15, 272:11, 272:12, 272:23, 273:2, 273:7, 273:13, 275:18, 276:5, 276:15, 279:13, 280:12, 281:19, 281:21, 283:9, 285:12, 286:14, 288:5, 288:12, 288:13, 288:17, 288:20, 288:23, 289:3, 289:7, 289:12, 292:2, 292:19, 293:1, 293:16, 294:24, 295:9, 295:14, 295:16, 295:18, 297:17, 297:18, 297:20, 297:22, 298:6, 298:14, 298:15, 298:25, 299:8, 299:10, 299:15, 299:24, 303:12, 305:10, 312:25, 314:22, 314:23, 315:3, 316:2, 316:4, 316:17, 316:19, 322:11, 325:1, 325:5, 325:9, 325:12, 327:13, 327:15, 327:18, 328:13, 328:17, 329:13, 329:16, 331:1, 331:12, 331:19, 332:5, 332:9, 332:10, 332:13, 332:14, 338:21, 341:5, 342:8, 343:24

**animals'** [3] - 152:6, 163:3, 255:3

**animation** [3] - 123:3, 124:1, 196:3

**Ankeny** [2] - 270:20, 306:6

**annually** [1] - 334:22

**Answer** [1] - 263:19

**answer** [7] - 136:12,

147:14, 166:19, 257:23, 302:6, 303:21, 305:8

**answered** [2] - 302:12, 305:6

**antelope** [1] - 190:9

**antibodies** [3] - 145:16, 326:3, 326:4

**anticipated** [1] - 347:20

**anus** [1] - 138:17

**anxiety** [4] - 249:17, 299:25, 300:7, 300:10

**anxious** [5] - 281:22, 283:21, 283:24, 292:3, 292:12

**anyway** [1] - 320:8

**apart** [1] - 184:12

**apathetic** [1] - 294:2

**APHIS** [10] - 231:17, 234:9, 234:23, 237:9, 237:19, 238:9, 238:10, 238:25, 247:21, 255:6

**apologize** [1] - 308:4

**appalled** [1] - 168:12

**apparent** [1] - 127:24

**appealing** [1] - 283:8

**appear** [2] - 253:3, 275:20

**appearance** [1] - 184:12

**APPEARANCES** [1] - 116:2

**appeared** [10] - 216:20, 244:3, 274:25, 275:5, 283:23, 287:15, 288:1, 292:5, 296:9, 297:7

**apples** [1] - 345:2

**applicable** [2] - 142:14, 186:7

**applied** [1] - 143:12

**apply** [2] - 142:12, 155:15

**appreciate** [2] - 118:21, 210:14

**approach** [1] - 178:6

**approaching** [1] - 250:24

**appropriate** [17] - 137:22, 141:13, 174:5, 174:12, 174:20, 175:4, 175:13, 175:17, 175:21, 176:5, 180:1, 180:3, 193:18, 196:20, 197:11, 235:11, 299:17

**appropriately** [1] - 182:13

**approval** [1] - 120:18

**approve** [1] - 132:4

**approved** [3] - 132:14, 188:11, 188:13

**approximate** [1] - 181:21

**April** [2] - 154:15, 212:6

**Aquariums** [1] - 135:3, 135:21, 274:3

**aquariums** [1] - 135:12

**arched** [1] - 318:24

**area** [25] - 167:21, 195:21, 196:12, 209:22, 218:17, 219:8, 219:9, 219:11, 219:17, 220:15, 230:4,

233:14, 273:22, 283:19, 286:1, 299:17, 314:10, 314:13, 319:13, 330:24, 331:2, 331:3, 342:15, 343:21, 345:8

**Area** [1] - 207:4

**areas** [6] - 127:21, 151:24, 200:23, 275:18, 282:2, 341:11

**Arkansas** [2] - 273:1, 337:2

**arms** [1] - 321:24

**arose** [1] - 175:20

**arrive** [1] - 277:5

**arrived** [5] - 119:21, 126:16, 154:15, 277:7, 277:17

**art** [1] - 207:20

**articles** [4] - 124:6, 125:9, 126:9, 141:10

**articulate** [1] - 245:12

**articulated** [1] - 234:5

**artificial** [1] - 310:24

**Asia** [1] - 210:13

**aside** [2] - 147:20, 227:10

**aspects** [1] - 173:20

**asserting** [1] - 187:2

**assist** [1] - 133:24

**assistance** [1] - 243:21

**Associated** [1] - 313:21

**Association** [7] - 121:3, 121:4, 131:11, 135:2, 135:20, 274:2, 311:11

**assume** [7] - 139:13, 153:1, 163:6, 172:19, 199:3, 258:21, 346:17

**assumed** [2] - 298:20, 298:21

**assuming** [3] - 274:8, 278:6, 280:13

**assumption** [3] - 239:4, 280:11, 287:17

**assure** [1] - 132:12

**assuring** [1] - 149:11

**astonished** [1] - 144:6

**Atlanta** [6] - 210:2, 221:19, 221:22, 221:23

**attach** [1] - 328:14

**attached** [1] - 328:13

**attachment** [1] - 146:11

**Attachment** [2] - 146:13, 290:13

**attacked** [1] - 196:9

**attempt** [1] - 145:15

**attend** [2] - 270:8, 346:15

**attended** [3] - 274:1, 275:17, 310:25

**attending** [1] - 158:13

**attention** [9] - 179:20, 213:3, 234:10, 249:7, 249:8, 250:23, 268:25, 283:14, 304:4

**attitude** [1] - 305:12

**attraction** [1] - 233:19

www.oasisreporting.com

to purchase a complete copy of the transcript.

**attribute** [1] - 297:13

**attributed** [1] - 257:13

**attuned** [1] - 163:23

**auctioneer** [2] - 328:24, 328:25

**audible** [1] - 185:4

**auger** [1] - 343:5

**August** [3] - 168:1, 169:22, 297:5

**authenticate** [1] - 158:24

**authorities** [2] - 213:4, 248:6

**authors** [2] - 137:20, 142:16

**available** [9] - 146:3, 152:22, 169:16, 175:13, 247:5, 308:1, 315:2, 327:24, 346:18

**Avenue** [2] - 116:8, 206:18

**average** [3] - 183:25, 184:13, 313:12

**avians** [1] - 190:7

**avoided** [1] - 175:12

**awards** [1] - 121:18

**aware** [16] - 134:13, 135:23, 139:8, 158:12, 166:22, 185:1, 189:9, 212:10, 248:9, 249:4, 257:1, 257:3, 274:5, 274:8, 274:16, 275:23

**awareness** [1] - 167:6

**AZA** [3] - 135:20, 135:24, 156:15

**AZA's** [1] - 142:2

---

**B**

---

**babies** [6] - 121:17, 158:10, 165:9, 165:11, 203:12, 332:22

**baboon** [12] - 179:6, 179:14, 179:22, 179:24, 277:23, 278:16, 278:19, 278:21, 278:23, 296:12, 332:16, 332:24

**baboons** [10] - 180:4, 180:5, 180:7, 180:11, 186:11, 187:16, 296:19, 332:25, 333:2, 333:5

**baby** [14] - 165:14, 165:16, 165:17, 165:24, 190:25, 241:8, 277:22, 278:19, 287:13, 296:12, 296:23, 332:18, 332:23, 335:8

**background** [8] - 174:1, 245:15, 261:24, 301:10, 301:11, 317:9, 327:3, 337:20

**backs** [1] - 345:10

**bacteria** [1] - 168:19

**bacterial** [4] - 144:3, 144:4, 167:7, 169:2

**bad** [10] - 218:5, 240:3, 244:4, 259:4, 282:22, 300:13, 335:4, 335:7, 336:1

**badly** [2] - 252:20, 282:15

**bale** [2] - 271:11, 287:25

**baleage** [4] - 343:5, 343:11, 343:19, 343:23

**baling** [1] - 209:9

**ball** [6] - 320:10, 320:12, 321:5, 321:8, 321:14, 322:2

**balls** [4] - 320:11, 321:6, 321:19, 321:20

**bar** [1] - 231:12

**bare** [1] - 242:15

**barely** [1] - 254:11

**bark** [1] - 336:11

**barn** [4] - 323:6, 323:7, 328:14, 328:23

**barn's** [1] - 328:25

**barnyard** [1] - 323:7

**barred** [1] - 129:24

**barren** [2] - 160:16, 161:2

**barrier** [1] - 193:25

**bars** [1] - 146:21

**baseball** [1] - 345:25

**baseballs** [1] - 345:23

**based** [19] - 126:7, 146:16, 153:25, 155:20, 156:4, 164:10, 173:24, 180:14, 180:25, 182:8, 186:10, 200:1, 245:14, 248:20, 252:24, 281:1, 336:9, 344:10

**basic** [5] - 152:21, 289:7, 297:19, 297:21, 298:1

**basis** [7] - 145:18, 149:24, 150:10, 152:7, 201:19, 204:13, 260:25

**basketball** [1] - 321:22

**bat** [2] - 321:14, 321:17

**bear** [2] - 286:14, 286:17

**bearing** [1] - 236:2

**bears** [3] - 178:22, 286:14, 341:6

**beats** [1] - 123:2

**became** [2] - 127:17, 127:24, 274:21

**become** [10] - 122:18, 122:24, 127:22, 130:5, 177:6, 202:17, 244:11, 262:13, 274:19

**beef** [1] - 340:22

**befriend** [1] - 271:23

**begin** [4] - 126:18, 162:12, 260:18, 264:10

**beginning** [1] - 244:1

**beginnings** [1] - 118:25

**begins** [1] - 236:13

**behalf** [5] - 116:6, 116:9, 116:12, 116:15, 239:18

**behave** [2] - 193:4, 210:20

**behaving** [1] - 227:17

**Behavior** [3] - 121:4, 122:1, 125:24

**behavior** [10] - 118:20, 165:15, 167:5, 187:14, 192:19, 192:20, 193:1, 202:24, 283:23, 296:16

**behavioral** [11] - 140:9, 152:25, 153:1, 156:6, 164:3, 164:4, 164:11, 164:12, 164:14, 168:16, 182:10

**behaviors** [3] - 179:21, 296:15, 333:6

**behind** [4] - 231:25, 232:2, 232:3, 318:16

**beings** [3] - 123:13, 123:15, 201:9

**belief** [2] - 256:5, 256:6

**Bell** [3] - 276:18, 276:19, 306:5

**bellied** [2] - 208:8, 231:24

**bellies** [1] - 322:19

**bellowing** [1] - 287:14

**belong** [5] - 121:17, 188:12, 274:9, 305:10, 313:22

**belonged** [1] - 188:12

**below** [2] - 151:2, 168:10

**beneficial** [1] - 123:20

**benefit** [7] - 120:23, 131:3, 140:3, 151:21, 187:11, 254:20, 254:21

**bent** [3] - 324:14, 324:16, 325:2

**best** [6] - 181:20, 255:4, 262:20, 262:21, 292:13, 316:6

**Bettendorf** [3] - 207:6, 207:9, 213:12

**better** [14] - 150:8, 177:3, 196:8, 197:10, 230:23, 254:22, 259:5, 283:16, 288:9, 297:8, 301:2, 305:5, 317:23

**between** [19] - 122:12, 129:4, 131:21, 145:20, 152:24, 156:16, 193:25, 211:6, 211:15, 211:16, 216:6, 216:9, 253:16, 287:4, 291:9, 302:25, 315:16, 319:11, 324:18

**beyond** [1] - 298:15

**big** [22] - 211:14, 229:14, 229:16, 230:7, 230:19, 232:6, 274:11, 287:25, 317:2, 317:3, 319:12, 320:16, 321:10, 329:20, 329:22, 329:23, 333:1, 333:5, 343:4, 344:6, 345:12, 345:13

**Bill** [2] - 265:1, 266:23

**bin** [1] - 286:16

**binder** [5] - 124:13, 144:20, 146:2, 146:5, 146:8, 290:11, 290:15

**bio** [1] - 314:16

**bio-security** [1] - 314:16

**biological** [1] - 135:11

**bird** [9] - 241:12, 271:7, 279:23, 280:4, 280:11, 280:20, 280:21, 280:25, 281:6

**birds** [11] - 279:22, 279:23, 280:20, 281:2, 281:4, 281:8, 282:15, 282:20, 322:4, 322:6, 329:18

**birth** [5] - 191:1, 204:15, 205:10, 322:24, 323:3

**birthday** [4] - 301:1, 301:4, 301:9, 321:23

**births** [1] - 205:8

**biscuits** [2] - 344:16, 344:17

**bit** [32] - 118:25, 120:21, 122:13, 124:17, 129:8, 133:20, 145:8, 148:19, 169:21, 214:16, 216:9, 217:1, 217:17, 222:7, 228:5, 233:2, 234:6, 239:3, 239:9, 240:21, 244:1, 246:9, 252:6, 252:11, 262:18, 273:18, 282:6, 288:9, 310:1, 336:5, 338:21, 345:7

**bitten** [3] - 252:12, 252:19, 253:11

**black** [2] - 341:15, 341:17

**Black** [1] - 265:18

**blame** [2] - 258:7, 258:9

**Blank** [7] - 209:24, 267:20, 267:22, 273:21, 274:14, 298:16, 301:18

**blind** [2] - 186:3, 335:10

**BLOME** [22] - 116:8, 268:23, 269:2, 269:12, 269:20, 270:13, 270:15, 290:8, 290:10, 294:14, 300:14, 300:17, 304:16, 307:18, 307:22, 308:7, 308:11, 309:2, 346:19, 346:23, 347:5, 347:19

**Blome** [5] - 270:12, 290:3, 290:7, 307:17, 347:18

**blood** [2] - 140:14, 326:15

**blooded** [2] - 122:19, 122:24

**Bloomington** [1] - 273:24

**blue** [2] - 252:6, 300:25

**Blue** [1] - 116:11

**bluish** [1] - 285:2

**board** [1] - 129:9

**Board** [2] - 248:24, 263:17

**body** [3] - 122:7, 122:25, 123:18

**bombarded** [1] - 167:13

**bond** [5] - 122:12, 165:23, 166:8, 166:10, 166:19

**bonding** [2] - 122:10, 166:16, 211:15

ABC REPORTING, LLC - 319-366-3131 - www.abcreporting.com

to purchase a complete copy of the transcript.

**bone** [2] - 176:24, 176:25
**book** [1] - 223:10
**books** [4] - 124:12, 126:1, 197:14, 334:25
**boots** [2] - 314:12, 314:14
**born** [8] - 148:8, 204:9, 204:19, 205:6, 325:20, 326:3, 333:8, 333:10
**bother** [3] - 280:16, 288:22, 296:25
**bothered** [2] - 279:21, 285:4
**bothers** [1] - 253:12
**bottle** [2] - 323:13, 332:19
**bottling** [1] - 313:24
**bottom** [10] - 151:19, 162:11, 223:12, 236:13, 279:24, 283:3, 284:6, 323:23, 324:6, 343:10
**bought** [2] - 311:6, 336:10, 341:15
**bovine** [1] - 171:16
**bovines** [1] - 310:25
**bowl** [1] - 285:1
**bowling** [9] - 320:10, 320:11, 320:12, 321:5, 321:6, 321:8, 321:9, 321:14, 321:20
**Box** [1] - 116:12
**boy** [2] - 119:24, 120:1
**brachial** [1] - 138:17
**brain** [2] - 123:1, 123:21
**branch** [5] - 168:6, 169:11, 198:20, 198:23, 345:13
**branches** [1] - 152:8
**Braumann** [2] - 117:21, 308:9
**break** [5] - 173:19, 176:24, 221:9, 290:18, 290:19
**breaks** [2] - 298:1, 326:14
**breath** [1] - 246:10
**bred** [2] - 127:6, 127:14
**breed** [3] - 127:4, 127:17, 153:18
**breeders** [1] - 314:14
**breeding** [4] - 128:4, 153:19, 191:12, 311:17
**brief** [3] - 146:11, 191:11, 191:12
**Brief** [2] - 146:12, 290:12
**briefly** [6] - 130:14, 218:14, 234:14, 236:16, 247:18, 325:23
**bring** [6] - 159:5, 178:8, 172:15, 213:3, 268:25, 300:13
**broader** [1] - 177:22
**broke** [1] - 296:22
**broken** [2] - 139:12, 176:23, 195:21
**Brook** [1] - 128:8
**Brookfield** [8] - 210:1, 221:20, 221:21, 221:23,

262:23, 262:25, 263:1, 273:22
**brother** [1] - 271:12
**brought** [1] - 250:10
**brown** [2] - 130:7, 190:20
**bucket** [1] - 285:23
**buddhas** [1] - 345:17
**build** [4] - 168:20, 317:6, 317:10, 326:3
**building** [3] - 191:19, 233:13, 332:25
**buildings** [1] - 132:10
**buildup** [3] - 282:17, 284:6, 297:8
**built** [3] - 279:24, 282:9, 330:10
**built-up** [1] - 282:9
**bulk** [2] - 126:13, 188:10
**bunk** [1] - 343:17
**burdensome** [1] - 118:22
**Bureau** [1] - 207:5
**bush** [9] - 121:16, 158:9, 165:9, 165:11, 165:13, 165:16, 165:17, 165:23, 203:12
**business** [4] - 204:5, 233:20, 255:2, 314:4
**busy** [2] - 345:15, 346:10
**butter** [3] - 311:15, 313:24, 346:6
**buy** [2] - 321:22, 343:22
**BY** [13] - 118:17, 173:18, 183:9, 199:15, 203:23, 205:4, 206:11, 221:5, 261:6, 270:15, 290:10, 300:22, 309:16

# C

**cabinet** [1] - 151:6
**cage** [35] - 139:1, 150:15, 154:4, 160:16, 161:2, 162:11, 163:18, 194:6, 219:22, 219:23, 220:1, 220:3, 220:4, 220:7, 228:15, 232:3, 246:23, 279:20, 279:25, 284:6, 318:17, 321:18, 323:19, 323:23, 323:25, 324:2, 324:3, 324:6, 324:14, 325:1, 329:11, 337:10
**caged** [1] - 196:8
**cages** [23] - 143:17, 152:6, 153:3, 153:10, 153:11, 155:14, 186:18, 217:10, 219:13, 219:15, 219:16, 220:6, 221:25, 222:12, 246:25, 280:14, 281:11, 282:18, 283:3, 292:5, 324:18, 330:14, 346:5
**caging** [4] - 126:10, 150:11, 176:3, 176:5
**cake** [3] - 301:1, 301:4,

301:9
**calcium** [2] - 344:7, 344:13
**California** [1] - 116:9
**Callison** [2] - 276:18, 306:5
**caloric** [1] - 195:12
**Cambridge** [1] - 121:24
**camel** [4] - 251:10, 251:11, 251:21, 322:17
**cannot** [9] - 150:14, 186:18, 201:25, 202:2, 249:8, 257:25, 258:1, 329:11
**canopy** [1] - 183:19
**capability** [1] - 299:18
**capable** [4] - 151:11, 181:3, 181:5, 201:21
**capacities** [1] - 151:1
**capacity** [6] - 118:20, 122:18, 166:13, 255:16, 255:19, 260:2
**captive** [13] - 126:4, 126:8, 126:14, 127:25, 136:15, 136:17, 138:4, 138:5, 140:24, 154:25, 155:6, 168:13, 185:15
**captive-reared** [1] - 127:25
**captivity** [3] - 126:12, 141:3, 183:23
**capture** [1] - 183:20
**captured** [1] - 250:23
**car** [5] - 217:23, 218:16, 277:13, 289:15
**cardboard** [1] - 321:10
**care** [89] - 118:21, 126:10, 129:1, 130:17, 131:19, 132:16, 132:19, 133:5, 133:7, 133:10, 133:14, 134:8, 134:15, 134:18, 134:20, 137:6, 137:13, 137:15, 137:22, 138:5, 139:18, 140:24, 141:3, 141:5, 141:7, 141:11, 142:21, 149:7, 150:8, 151:12, 165:3, 170:22, 170:25, 171:4, 171:16, 173:21, 173:23, 174:3, 174:8, 174:17, 175:8, 175:13, 175:17, 176:6, 178:4, 178:6, 178:19, 179:17, 180:1, 180:3, 180:8, 180:10, 180:11, 180:13, 181:7, 185:13, 200:15, 208:14, 209:8, 209:10, 212:25, 213:1, 220:10, 243:5, 243:6, 244:8, 244:9, 245:15, 247:14, 253:6, 258:17, 272:5, 272:6, 272:22, 273:2, 280:13, 281:17, 281:19, 281:21, 287:24, 288:15, 289:24, 291:17,

299:5, 299:6, 299:19, 300:8
**Care** [7] - 120:19, 120:22, 130:11, 131:6, 131:11, 142:3, 142:5
**cared** [3] - 135:12, 178:8, 253:1
**career** [1] - 124:7
**careful** [1] - 280:23
**carefully** [1] - 132:21
**caretaker** [1] - 175:3
**caretakers** [2] - 133:8, 297:16
**caring** [3] - 170:19, 181:3, 253:1
**carnivores** [3] - 248:17, 248:18, 340:25
**Carolina** [1] - 119:21, 181:20, 189:23, 311:20
**carried** [5] - 278:21, 285:24, 321:9, 321:25
**carrots** [1] - 345:2
**carry** [2] - 286:4
**carrying** [1] - 278:17
**case** [27] - 133:10, 134:14, 136:8, 136:23, 138:4, 139:6, 139:17, 140:1, 142:20, 143:15, 148:7, 148:16, 167:9, 168:13, 172:12, 182:24, 197:16, 202:20, 224:3, 238:8, 258:23, 260:3, 269:13, 273:12, 276:20, 347:15
**cases** [7] - 174:23, 174:24, 180:22, 185:13, 292:5, 295:17, 346:14
**casual** [3] - 139:8, 144:15, 178:6
**casually** [1] - 184:12
**cat** [6] - 137:16, 165:15, 194:16, 315:21, 320:5, 324:19
**catatonic** [1] - 161:12
**category** [1] - 144:7
**Category** [1] - 159:11
**catnip** [1] - 321:11
**cats** [16] - 166:1, 200:14, 208:8, 271:5, 271:6, 273:5, 318:25, 321:7, 321:24, 329:17, 329:20, 329:22, 329:23, 340:24, 344:6
**catta** [8] - 137:17, 139:25, 140:1, 165:19, 167:9, 167:14, 167:16, 184:19
**cattas** [4] - 166:4, 166:19, 166:20, 187:2
**cattle** [17] - 271:4, 271:10, 271:14, 271:18, 271:23, 282:12, 282:16, 287:12, 312:18, 313:9, 313:14, 314:25, 322:16, 328:14, 342:23
**caught** [3] - 244:4, 249:7, 249:8
**caused** [2] - 202:19,

CORRADINO & ASSOCIATES (305) 371-7692
to purchase a complete copy of the transcript.

251:19
 **causes** [2] - 150:19, 280:23
 **Cedar** [3] - 116:5, 116:15, 311:1
 **ceiling** [1] - 331:6
 **celebrate** [1] - 127:2
 **celebrating** [1] - 126:23
 **cell** [2] - 157:9, 311:16
 **celled** [1] - 144:13
 **Celsius** [1] - 123:1
 **censured** [1] - 199:10
 **Center** [8] - 116:5, 119:18, 120:10, 126:9, 127:1, 128:10, 129:12, 327:1
 **center** [13] - 120:6, 126:21, 127:17, 128:16, 151:13, 153:15, 164:7, 181:20, 190:24, 199:7, 283:18, 283:19, 342:16
 **centered** [1] - 207:19
 **cephalopods** [1] - 131:16
 **certain** [9] - 136:16, 176:18, 177:18, 185:2, 188:24, 258:18, 325:13, 328:16, 343:12
 **certainly** [22] - 141:6, 142:12, 150:5, 150:10, 156:11, 157:5, 174:4, 175:4, 175:11, 178:5, 178:15, 178:16, 181:8, 183:23, 190:15, 193:14, 195:17, 204:21, 233:21, 285:20, 298:23
 **certificate** [3] - 328:8, 328:13, 328:15
 **certificates** [2] - 120:15, 336:11
 **cetera** [1] - 311:18
 **chain** [1] - 324:15
 **chain-link** [1] - 324:15
 **chains** [1] - 346:5
 **challenges** [2] - 156:11, 171:12
 **chance** [2] - 247:25, 325:17
 **chances** [1] - 298:10
 **change** [20] - 175:8, 191:23, 192:19, 192:20, 192:24, 193:12, 196:12, 200:10, 200:15, 201:2, 201:6, 204:1, 204:10, 204:20, 242:1, 243:16, 254:10, 254:11, 318:15, 329:6
 **changed** [9] - 132:3, 152:6, 240:2, 241:25, 242:2, 243:1, 250:9, 256:10, 296:10
 **changes** [7] - 175:3, 200:2, 244:10, 250:12, 253:24, 327:17, 343:8
 **chapter** [1] - 141:8
 **chapters** [2] - 137:16,

137:21
 **character** [1] - 232:18
 **characterize** [1] - 291:24
 **charge** [1] - 288:21
 **charges** [1] - 272:21
 **Charolais** [1] - 271:19
 **chart** [2] - 148:19, 290:11
 **charts** [2] - 146:3, 146:10
 **check** [12] - 264:16, 266:6, 280:14, 281:11, 288:13, 288:22, 291:17, 293:11, 294:22, 295:5, 295:12, 295:16
 **checked** [1] - 288:17
 **checking** [1] - 280:16
 **Cheech** [1] - 146:25
 **cheese** [1] - 313:24
 **chew** [1] - 322:1
 **Chicago** [2] - 210:1, 221:24, 273:22
 **chicken** [2] - 340:22, 341:1
 **chickens** [2] - 208:10, 312:14
 **child** [5] - 211:6, 211:10, 211:11, 232:14, 232:16
 **children** [4] - 207:20, 210:23, 233:7, 233:8
 **children's** [2] - 211:4, 213:13
 **chilly** [1] - 323:12
 **chimpanzees** [2] - 139:21, 186:11
 **chinchillas** [2] - 279:19, 282:19
 **chores** [2] - 312:15, 312:17, 314:6
 **chosen** [1] - 173:20
 **chow** [5] - 152:20, 195:6, 195:9, 195:12, 200:25
 **Chuki** [2] - 153:24, 153:25, 154:3
 **Chuki's** [1] - 154:4
 **circle** [2] - 319:2, 323:24
 **circled** [2] - 319:14, 320:24
 **circumstances** [2] - 156:25, 177:18
 **citations** [3] - 200:19, 201:1, 201:18
 **cite** [1] - 139:7
 **city** [2] - 207:3, 213:12
 **civic** [1] - 332:1
 **claim** [1] - 269:3
 **claiming** [2] - 185:7, 185:9, 186:13
 **claims** [1] - 134:14
 **clarify** [4] - 222:25, 268:2, 269:6, 293:3
 **clarity** [1] - 225:16
 **Class** [2] - 327:11, 329:1
 **class** [3] - 331:19, 331:24
 **classification** [1] - 313:20

 **claws** [1] - 318:13
 **clean** [5] - 200:23, 280:22, 286:7, 340:15
 **cleaned** [1] - 242:2
 **cleaning** [2] - 168:13, 209:8
 **cleanliness** [2] - 201:1, 297:3
 **clear** [3] - 329:21, 330:18, 347:9
 **clients** [1] - 172:13
 **climb** [6] - 157:24, 164:8, 222:4, 222:16, 222:23, 345:14
 **clingy** [1] - 278:17
 **Clinic** [5] - 307:25, 314:20, 315:9, 315:18, 315:20
 **clinic** [2] - 315:24, 315:25
 **close** [11] - 119:9, 122:22, 230:15, 230:16, 230:20, 240:16, 240:18, 252:10, 270:5, 274:14, 323:5
 **close-up** [1] - 252:10
 **closed** [1] - 272:20
 **closely** [2] - 139:21, 153:21
 **closer** [1] - 262:21
 **closes** [2] - 172:8, 172:14
 **cloth** [2] - 318:23, 319:3
 **cloudy** [1] - 280:1
 **clubs** [1] - 332:1
 **Coal** [1] - 209:20
 **coast** [1] - 190:18
 **coatis** [1] - 331:1
 **cobwebs** [1] - 163:21
 **cockatoo** [1] - 280:1
 **cocktails** [1] - 152:20
 **Code** [1] - 294:23
 **code** [2] - 187:12, 294:23
 **cognitive** [3] - 139:22, 151:3, 201:9
 **cognizant** [1] - 187:25
 **cold** [6] - 122:18, 122:24, 191:20, 292:16, 300:5, 341:10
 **collars** [1] - 183:21
 **collected** [2] - 168:5, 169:11
 **College** [1] - 310:25
 **college** [2] - 263:2, 263:7
 **colonies** [2] - 141:16, 222:22
 **color** [1] - 317:16
 **colored** [1] - 178:16
 **colostrum** [4] - 325:18, 325:19, 325:22, 326:1
 **combination** [3] - 176:8, 176:9, 200:25
 **combine** [1] - 176:4
 **combined** [1] - 233:4
 **comfortable** [2] - 176:20, 286:6

 **coming** [2] - 282:18, 341:25
 **comment** [4] - 150:2, 151:21, 154:5, 160:14
 **comments** [1] - 178:21
 **commercial** [1] - 132:8
 **committee** [12] - 130:14, 130:23, 131:5, 131:13, 131:14, 131:23, 132:7, 132:15, 133:12, 133:15, 133:16, 134:7
 **Committee** [4] - 120:19, 120:22, 130:11, 131:6
 **committees** [1] - 130:20
 **common** [5] - 122:23, 127:11, 164:21, 176:13, 203:16
 **commotion** [1] - 231:25
 **communicate** [6] - 139:3, 150:16, 166:12, 166:13, 192:7, 211:7
 **communicated** [2] - 242:22, 268:9
 **communication** [1] - 138:19
 **communications** [1] - 268:3
 **communicative** [1] - 139:4
 **communists** [1] - 129:21
 **companion** [7] - 154:3, 154:7, 154:10, 194:17, 272:12, 273:7, 285:12
 **Companion** [1] - 272:13
 **companions** [2] - 194:15, 194:18
 **compare** [4] - 218:9, 251:1, 251:8, 282:8
 **comparing** [1] - 254:22
 **compassion** [4] - 272:1, 272:10, 273:9, 285:12
 **compassionless** [1] - 288:22
 **compelled** [1] - 255:20
 **compensate** [1] - 154:7
 **complained** [1] - 330:13
 **complaint** [12] - 234:6, 234:8, 237:18, 238:15, 238:24, 240:8, 249:22, 254:3, 256:13, 293:17, 293:25, 338:3
 **complaints** [4] - 215:25, 238:5, 238:21, 267:23
 **complete** [1] - 131:18
 **completely** [1] - 321:18
 **complex** [1] - 171:20
 **compliance** [7] - 117:25, 130:19, 132:13, 201:21, 201:22, 250:10, 337:23
 **comport** [1] - 191:11
 **composted** [1] - 341:6
 **compound** [1] - 177:2
 **computer** [1] - 311:18
 **conceivable** [1] - 259:23

CONDENSCRIPT, INC. 319-548-3327 www.condenscript.com
to purchase a complete copy of the transcript.

**concept** [1] - 137:24

**concern** [17] - 136:15, 147:24, 148:2, 166:21, 182:20, 201:17, 247:12, 247:13, 251:19, 259:12, 264:20, 266:7, 271:16, 281:4, 300:6, 335:13, 335:15

**concerned** [18] - 139:18, 152:18, 182:12, 216:14, 232:12, 233:3, 233:5, 245:9, 245:11, 247:10, 247:11, 275:2, 280:5, 281:7, 288:20, 289:11, 292:22, 296:15

**concerning** [10] - 178:9, 265:10, 265:14, 275:7, 275:9, 278:24, 281:10, 283:25, 284:3, 296:9

**concerns** [11] - 150:18, 150:19, 150:22, 234:5, 238:25, 239:8, 239:11, 239:21, 242:22, 248:9, 276:5

**conclude** [3] - 147:12, 163:9, 347:15

**conclusion** [2] - 161:4, 171:5

**conclusions** [2] - 160:23, 182:1

**concomitant** [1] - 164:15

**condition** [16] - 140:22, 155:17, 156:24, 174:13, 176:20, 180:4, 185:10, 201:15, 217:4, 231:6, 231:7, 240:5, 240:6, 248:20, 256:20, 258:15

**conditioning** [2] - 277:12, 292:17

**conditions** [44] - 131:18, 131:19, 132:3, 132:22, 141:14, 143:16, 143:17, 150:1, 150:5, 150:12, 154:24, 154:25, 158:7, 174:16, 174:19, 176:18, 176:21, 176:25, 177:25, 178:14, 178:20, 180:17, 180:18, 186:24, 187:1, 187:3, 193:15, 196:16, 201:11, 240:9, 241:15, 247:23, 254:18, 257:12, 257:13, 260:5, 265:15, 266:16, 266:20, 268:4, 268:7, 288:10, 298:8, 299:8

**conduct** [7] - 147:9, 147:11, 178:15, 333:24, 334:3, 334:9, 334:15

**conducted** [2] - 145:5, 249:10

**confer** [2] - 183:2, 300:14

**conferences** [1] - 119:16

**confess** [1] - 192:6

**confident** [1] - 244:11

**confinement** [1] - 161:5,

182:4

**confirm** [8] - 129:11, 130:1, 150:21, 182:7, 223:10, 224:12, 224:17, 295:5

**confirmed** [1] - 179:19

**confirms** [1] - 205:9

**conflict** [1] - 307:24

**conflicts** [1] - 326:9

**conformity** [1] - 134:12

**confounded** [1] - 256:22

**confused** [1] - 256:22

**Congress** [1] - 121:11

**connection** [9] - 211:1, 211:2, 214:11, 216:6, 228:10, 243:3, 271:15, 298:14, 298:25

**Conrad** [1] - 319:23

**consensus** [10] - 137:8, 137:10, 137:11, 137:24, 137:25, 155:5, 164:21, 169:6, 176:13, 203:16

**consequence** [1] - 187:23

**consequently** [2] - 127:17, 167:22

**Conservation** [1] - 325:6

**consider** [3] - 120:12, 123:17, 257:18

**consideration** [1] - 329:10

**considered** [1] - 272:2

**considering** [2] - 168:21, 200:23

**consist** [1] - 326:11

**consisted** [1] - 255:23

**consistent** [1] - 215:8

**consists** [2] - 165:20, 255:22

**conspecifics** [4] - 138:20, 139:3, 165:11, 194:19

**constant** [2] - 254:25, 280:22

**constantly** [4] - 152:1, 164:1, 167:13, 170:15

**constituted** [1] - 142:25

**constitutes** [4] - 128:12, 137:22, 150:17, 153:3

**consult** [1] - 326:24

**consulting** [1] - 140:25

**consumption** [1] - 341:7

**contact** [6] - 170:3, 193:24, 194:1, 194:19, 248:6, 248:23

**contacted** [15] - 248:7, 248:12, 248:25, 264:1, 264:7, 264:9, 265:9, 265:20, 265:23, 266:1, 266:4, 267:14, 267:16, 293:24

**contacting** [1] - 238:14

**contacts** [1] - 266:16

**contained** [1] - 227:7

**container** [7] - 241:6, 241:9, 243:13, 302:21, 303:5, 341:15

**containers** [1] - 217:10

**contains** [2] - 124:14, 142:13

**contaminate** [1] - 314:10

**contemplated** [3] - 227:24, 238:3

**contemplating** [1] - 231:24

**contend** [1] - 182:14

**content** [1] - 227:11

**contents** [1] - 160:13

**context** [3] - 160:16, 160:22, 335:23

**continent** [1] - 331:18

**continuation** [1] - 262:9

**continue** [6] - 172:22, 221:8, 256:2, 256:21, 256:24, 259:3

**continued** [2] - 156:11, 247:20

**Continued** [3] - 173:17, 221:4, 290:9

**continuing** [3] - 249:3, 249:5, 296:3

**continuous** [2] - 164:19, 201:21

**contract** [10] - 149:15, 338:22, 338:25, 339:7, 339:8, 339:19, 339:21, 340:1, 340:3, 340:4

**contrast** [1] - 251:8

**control** [2] - 289:2, 297:3

**convenient** [1] - 346:12

**Convention** [1] - 207:4

**conversant** [1] - 178:10

**conversation** [4] - 211:6, 249:12, 265:17, 276:7

**conversations** [2] - 250:7, 268:11

**convey** [3] - 138:20, 138:23

**convince** [2] - 132:19, 133:11

**convulsions** [1] - 177:15

**Cook** [1] - 314:20

**cooperative** [1] - 313:22

**cope** [1] - 168:18

**coping** [1] - 243:10

**copy** [2] - 125:3, 237:17

**corn** [2] - 208:23, 286:16

**corncrib** [2] - 232:3, 232:5

**corner** [6] - 162:19, 220:11, 223:13, 230:24, 251:21, 317:20

**correct** [77] - 130:13, 135:22, 138:2, 188:8, 189:3, 191:16, 191:17, 193:9, 193:10, 193:20, 195:6, 195:7, 195:19, 197:1, 197:9, 198:2, 198:10, 198:13, 215:13, 223:2, 223:3, 231:17, 231:18, 235:21, 235:22, 244:19, 244:21, 255:16,

255:17, 258:18, 261:13, 261:14, 263:10, 263:13, 264:7, 264:11, 264:21, 264:22, 264:25, 265:7, 265:16, 265:19, 265:21, 265:22, 265:25, 266:9, 266:13, 266:17, 267:9, 267:23, 267:24, 291:5, 301:12, 301:13, 301:18, 301:19, 303:9, 303:15, 305:12, 306:17, 306:21, 311:22, 312:4, 312:24, 318:4, 320:7, 323:16, 324:24, 329:3, 330:21, 331:10, 332:16, 333:13, 337:18, 338:23, 339:20, 340:10

**correction** [1] - 258:22

**correctly** [3] - 196:24, 204:3, 251:15

**correspondence** [3] - 234:15, 234:16, 234:22

**corrugated** [2] - 318:18, 318:19

**cost** [6] - 128:20, 128:25, 339:19, 339:21, 339:24, 340:7

**costly** [1] - 128:22

**costs** [2] - 129:5, 129:7

**Cotati** [2] - 116:8, 116:9

**cougar** [6] - 316:20, 317:1, 321:16, 321:22, 324:3

**cougars** [3] - 316:22, 321:21, 330:1

**counsel** [1] - 183:2

**counted** [1] - 124:8

**counties** [1] - 332:7

**country** [5] - 129:21, 171:14, 188:12, 272:25, 325:8

**County** [14] - 208:20, 248:8, 248:13, 248:24, 263:18, 264:12, 265:14, 265:18, 265:23, 266:1, 266:5, 294:8, 310:16, 311:5

**couple** [7] - 123:20, 146:3, 203:24, 218:8, 248:25, 286:20, 333:5

**course** [35] - 120:17, 123:25, 124:7, 127:19, 128:22, 129:22, 133:6, 134:11, 141:15, 142:11, 144:14, 147:5, 152:20, 161:3, 161:17, 163:13, 164:23, 166:5, 169:9, 171:20, 175:1, 175:21, 177:4, 179:16, 181:25, 195:4, 198:19, 207:22, 218:14, 257:4, 257:7, 274:16, 310:24, 311:2, 325:7

**courses** [1] - 174:20

**Court** [35] - 118:25,

Case 6:14-cv-02034-JSS   Document 42   Filed 10/30/15   Page 68 of 94

to purchase a complete copy of the transcript.

120:23, 121:1, 121:21, 122:6, 124:15, 125:22, 126:25, 127:12, 131:3, 138:7, 140:3, 144:25, 145:8, 147:4, 149:21, 151:22, 156:20, 160:9, 165:2, 206:15, 212:22, 225:24, 241:3, 247:18, 261:11, 269:4, 269:5, 269:11, 307:23, 308:5, 311:12, 325:23, 334:2
  **COURT** [104] - 118:1, 118:5, 118:8, 118:12, 118:14, 119:7, 125:14, 125:16, 133:22, 134:2, 134:4, 134:6, 135:6, 146:7, 148:14, 159:1, 159:7, 159:10, 159:14, 159:22, 159:25, 162:18, 171:24, 172:3, 172:9, 172:11, 172:16, 172:19, 172:22, 172:25, 173:9, 173:12, 182:19, 183:3, 183:6, 199:13, 202:8, 203:21, 204:25, 205:12, 205:14, 205:17, 205:20, 205:23, 206:4, 206:8, 220:14, 221:2, 224:4, 224:7, 224:14, 225:3, 225:6, 235:5, 235:8, 257:22, 257:25, 260:9, 260:14, 260:16, 260:22, 261:1, 263:24, 264:2, 268:14, 268:16, 268:19, 268:22, 269:1, 269:8, 269:13, 269:23, 270:4, 270:9, 270:12, 290:3, 290:7, 293:14, 294:18, 300:16, 300:19, 304:19, 305:2, 305:5, 307:17, 307:19, 307:21, 308:6, 308:9, 308:16, 309:1, 309:3, 309:6, 309:11, 309:24, 317:19, 317:24, 343:1, 346:11, 346:14, 346:25, 347:3, 347:8, 347:21
  **court** [2] - 159:6, 283:19
  **Court's** [4] - 172:7, 172:14, 268:25, 270:7
  **courtroom** [3] - 118:19, 220:18, 269:21
  **Covance** [3] - 188:15, 188:18, 326:25
  **cover** [2] - 167:20, 322:4
  **covers** [1] - 252:6
  **cow** [6] - 230:6, 271:25, 275:5, 311:14, 343:15, 344:2
  **cow's** [1] - 343:15
  **cows** [6] - 120:3, 171:22, 171:23, 312:7, 314:6, 343:17
  **coyote** [1] - 283:23
  **coyotes** [1] - 283:20

  **crawl** [1] - 220:2
  **create** [7] - 156:10, 164:13, 168:24, 174:2, 174:9, 175:25, 176:6
  **created** [3] - 176:11, 245:24, 259:18
  **Creek** [1] - 207:6
  **Cricket** [64] - 142:21, 183:13, 184:21, 185:8, 186:14, 186:21, 191:22, 193:6, 193:7, 193:11, 195:8, 197:5, 204:1, 204:2, 204:9, 204:10, 204:19, 211:18, 211:19, 211:23, 212:1, 212:2, 212:7, 212:8, 212:9, 212:12, 212:19, 212:25, 213:23, 214:11, 214:15, 215:3, 217:8, 217:20, 221:10, 221:15, 222:18, 222:21, 223:5, 223:24, 224:19, 228:2, 234:17, 236:20, 239:1, 244:5, 254:1, 255:2, 255:25, 257:2, 257:12, 259:7, 259:25, 262:10, 265:10, 274:17, 274:20, 276:2, 276:22, 290:21, 298:15, 299:1, 299:21, 301:21
  **cried** [1] - 247:6
  **criminal** [2] - 220:16, 220:17, 272:20, 308:20, 346:14
  **crisis** [1] - 313:4
  **crocodile** [2] - 279:14, 279:17
  **crops** [2] - 271:4
  **CROSS** [4] - 117:2, 183:8, 261:5, 300:21
  **cross** [1] - 347:16
  **CROSS-EXAMINATION** [3] - 183:8, 261:5, 300:21
  **cross-examination** [1] - 347:16
  **crowns** [1] - 163:16
  **crucial** [2] - 158:3, 193:16
  **cruel** [2] - 150:17, 289:6
  **crusted** [1] - 251:12
  **crusty** [1] - 252:13
  **crying** [1] - 287:14
  **cub** [1] - 325:20
  **cubs** [5] - 325:14, 325:16, 325:17, 325:21, 344:12
  **culpa** [1] - 203:6
  **curious** [2] - 239:17, 240:1
  **curl** [1] - 324:21
  **current** [1] - 188:25
  **curt** [1] - 295:13
  **cut** [5] - 154:10, 333:4, 336:2, 341:1, 345:2
  **CV** [6] - 117:22, 124:23, 124:24, 124:25, 125:3, 125:8

  **Cynthia** [2] - 238:9, 238:12

  **D**

  **dad** [2] - 209:1, 271:10
  **daily** [5] - 152:20, 166:25, 168:12, 193:12, 195:11
  **Dairy** [1] - 311:10
  **dairy** [19] - 120:3, 230:6, 310:6, 311:13, 312:7, 312:13, 313:2, 313:9, 313:18, 313:19, 314:1, 314:9, 314:17, 314:21, 335:10, 339:15, 343:22, 344:2
  **Dake** [1] - 116:5
  **danger** [3] - 276:16, 299:4, 299:6
  **DANIEL** [1] - 116:5
  **dark** [2] - 151:6, 226:23
  **dashed** [1] - 217:7
  **data** [3] - 126:13, 149:24, 311:17
  **database** [1] - 216:11
  **date** [5] - 212:15, 237:7, 258:18, 307:7, 323:17
  **dated** [3] - 161:25, 235:20, 296:8
  **dates** [3] - 212:14, 311:17
  **Dave** [1] - 267:7
  **Davenport** [4] - 206:18, 207:3, 207:4, 240:17
  **David** [3] - 308:10, 308:12, 308:13
  **days** [13] - 152:7, 152:11, 177:9, 187:8, 192:6, 235:21, 240:20, 292:15, 320:17, 334:22, 339:11, 339:23, 340:2
  **de** [1] - 168:13
  **dead** [6] - 196:8, 241:12, 323:10, 345:13
  **deal** [3] - 141:10, 171:6, 232:6
  **dealing** [1] - 325:4
  **deals** [1] - 272:15
  **death** [12] - 143:22, 147:18, 148:10, 148:17, 149:6, 149:17, 150:2, 155:25, 156:13, 164:18, 177:13, 257:14
  **deaths** [7] - 144:18, 149:22, 150:19, 150:22, 175:9, 175:12, 257:5
  **Deaths** [1] - 290:13
  **decade** [2] - 122:15, 256:21
  **decade's** [2] - 201:16, 201:20
  **deceased** [1] - 150:7
  **December** [3] - 266:4, 266:7, 266:10

  **decent** [2] - 152:13, 336:20
  **decide** [8] - 239:15, 239:16, 239:25, 246:14, 250:3, 253:17, 276:10, 288:25
  **decided** [3] - 271:23, 276:3, 276:14
  **deciding** [1] - 180:9
  **decision** [3] - 178:18, 204:14, 276:13
  **decisions** [1] - 141:4
  **decline** [1] - 148:18
  **decrease** [1] - 174:4
  **decrepit** [1] - 230:7
  **deep** [6] - 229:18, 229:19, 271:16, 272:10, 287:7, 287:9
  **deer** [2] - 190:9, 322:17
  **defecate** [2] - 170:7, 170:13
  **defendant** [1] - 144:11
  **Defendant's** [1] - 260:19
  **defendants** [17] - 138:6, 143:5, 146:17, 148:23, 149:21, 156:17, 158:6, 170:22, 178:3, 181:2, 181:24, 182:9, 201:21, 201:25, 308:14, 347:1, 347:11
  **Defendants** [1] - 116:15
  **defendants'** [15] - 134:16, 135:23, 143:19, 146:20, 148:23, 149:3, 151:17, 153:4, 154:1, 157:11, 162:6, 168:2, 174:3, 308:13, 347:15
  **Defendants'** [3] - 260:20, 261:3, 290:13
  **DEFENDANTS'** [2] - 117:10, 117:24
  **defense** [1] - 130:24
  **Defense** [4] - 116:8, 195:16, 262:14, 273:15
  **definite** [1] - 229:24, 282:16
  **definitely** [5] - 191:10, 192:15, 283:3, 299:3, 300:2
  **definition** [8] - 134:25, 135:1, 135:7, 135:17, 135:19, 136:1, 136:9, 156:14
  **degree** [7] - 120:16, 123:19, 138:21, 157:22, 167:11, 194:11
  **degrees** [4] - 120:14, 122:25, 240:15, 240:16
  **Delaware** [12] - 248:8, 248:13, 248:24, 263:18, 264:12, 265:14, 265:23, 266:1, 266:4, 294:8, 310:16, 311:5
  **Delhi** [1] - 310:18
  **deliberately** [1] - 336:2

CONTACT your@court/123reporter@1.800.111.1111.com
to purchase a complete copy of the transcript.

**delivered** [1] - 182:23
**demographic** [1] - 190:18
**demonstrate** [1] - 140:8
**demonstrated** [2] - 181:8, 181:15
**den** [1] - 319:12
**depart** [1] - 172:7
**Department** [19] - 130:22, 131:1, 143:1, 161:23, 185:21, 186:23, 187:24, 207:7, 234:7, 234:9, 234:22, 247:25, 264:13, 265:10, 265:14, 265:18, 266:2, 266:5, 266:11
**department** [7] - 178:17, 184:24, 189:19, 207:11, 248:12, 248:15, 265:4
**dependent** [2] - 193:24, 297:25
**deployed** [2] - 272:25, 273:1
**deployment** [1] - 272:18
**deposition** [12] - 143:19, 144:8, 263:9, 301:24, 302:1, 303:7, 303:21, 304:14, 304:18, 304:19, 304:24
**depositions** [1] - 143:10
**depressed** [6] - 161:2, 161:6, 169:15, 169:18, 292:3, 292:13
**depression** [1] - 170:11
**deprived** [3] - 156:2, 156:21, 192:13
**deputy** [4] - 295:10, 295:11, 295:13
**Des** [2] - 209:24, 338:7
**describe** [15] - 120:11, 130:14, 138:6, 156:20, 157:14, 160:9, 217:1, 218:14, 225:23, 237:12, 241:3, 247:18, 256:17, 282:5
**described** [3] - 144:12, 212:20, 237:15
**describing** [2] - 173:22, 194:4
**description** [5] - 131:18, 145:3, 145:11, 151:20, 179:4
**descriptions** [3] - 143:2, 254:15, 335:3
**desire** [1] - 236:3
**despite** [2] - 250:4, 262:10
**destroy** [1] - 318:14
**destroyed** [1] - 139:12
**detail** [7] - 131:20, 151:12, 157:14, 165:1, 234:6, 245:13, 282:6
**detailed** [1] - 133:14
**detailing** [1] - 131:16
**details** [2] - 132:13, 148:3
**deterioration** [1] - 148:12
**determinations** [1] -

199:25
**determines** [1] - 193:17
**detrimental** [1] - 163:19
**develop** [1] - 207:23
**developed** [5] - 139:19, 201:9, 215:24, 217:5, 259:25
**Development** [1] - 207:7
**development** [1] - 207:11
**devoted** [2] - 255:4, 256:4
**DHIA** [2] - 311:5, 311:8
**diagnose** [2] - 175:1, 176:14
**diagnosed** [2] - 174:16, 175:19
**diagnosis** [5] - 144:16, 145:17, 145:20, 175:20, 175:23
**diaper** [3] - 277:23, 278:13, 278:18
**diarrhea** [1] - 174:25
**die** [9] - 147:5, 147:6, 147:8, 147:11, 147:16, 147:21, 148:1, 149:5, 183:22
**died** [14] - 134:17, 138:5, 144:19, 146:20, 146:25, 147:22, 148:22, 189:8, 200:9, 205:6, 257:1, 290:20, 333:3, 333:12
**dies** [1] - 149:14
**diet** [3] - 152:19, 175:2, 195:10
**diets** [2] - 141:13, 344:14
**difference** [4] - 192:21, 194:1, 194:9, 302:25
**different** [38] - 138:10, 138:13, 144:2, 149:20, 152:1, 152:8, 158:10, 165:4, 165:19, 171:12, 171:23, 200:7, 200:9, 233:25, 264:6, 264:7, 275:16, 306:12, 312:18, 313:17, 316:23, 318:7, 321:12, 321:13, 325:12, 325:21, 326:16, 326:22, 331:18, 332:1, 334:5, 342:15, 344:9, 345:3, 345:11, 346:7
**difficult** [4] - 136:25, 154:11, 183:18, 183:20
**difficulty** [2] - 133:23, 181:16
**dig** [1] - 229:13
**digging** [1] - 229:24
**diligence** [1] - 239:7
**dimorphism** [1] - 184:9
**dingy** [1] - 228:15
**dink** [1] - 346:3
**direct** [3] - 186:20, 262:24, 342:14
**DIRECT** [8] - 117:2, 118:16, 173:17, 206:10, 221:4, 270:14, 290:9,

309:15
**directed** [1] - 128:9
**directives** [1] - 250:8
**directly** [2] - 226:24, 268:9
**director** [5] - 207:4, 207:5, 207:8, 207:16, 213:13
**directs** [1] - 158:13
**dirt** [1] - 251:12
**dirty** [6] - 163:11, 228:15, 229:10, 246:25, 251:12, 278:18
**disagreement** [1] - 137:21
**disappear** [1] - 154:21
**disappointed** [5] - 217:14, 217:16, 228:20, 228:22
**disappointing** [1] - 245:25
**disasters** [1] - 272:19
**discloses** [1] - 161:3
**Disclosure** [1] - 290:14
**disclosures** [1] - 305:18
**discovery** [3] - 146:17, 257:4, 290:19
**discussed** [4] - 155:4, 169:6, 175:10, 201:19
**discussing** [3] - 173:19, 221:8, 221:11
**discussion** [1] - 143:15
**disease** [5] - 149:12, 155:25, 156:12, 164:17, 280:23
**diseases** [1] - 326:16
**disgraceful** [1] - 253:7
**dish** [1] - 301:1
**dislodged** [1] - 320:1
**dismissal** [3] - 269:3, 269:10, 269:14
**dispenser** [1] - 341:19
**dispersed** [1] - 167:23
**display** [3] - 151:5, 193:1, 284:21
**dispose** [1] - 167:25
**dispositive** [1] - 199:17
**disputable** [1] - 177:5
**disregard** [1] - 290:1
**disregarding** [1] - 178:21
**disrupt** [2] - 156:5, 168:16
**disruption** [4] - 164:11, 164:12, 164:14, 203:5
**disruptive** [1] - 167:12
**disrupts** [3] - 164:3, 182:10, 202:23
**distinction** [2] - 152:24, 175:22
**distinguished** [1] - 156:15
**distorted** [2] - 139:2, 140:16
**distortion** [1] - 140:12
**distress** [5] - 179:15, 179:23, 200:1, 243:2
**distressed** [1] - 242:25
**district** [1] - 338:6
**disturbance** [1] - 164:17
**disturbances** [1] - 164:16

**disturbed** [3] - 244:6, 244:7, 244:8
**disturbing** [1] - 291:2
**diurnal** [1] - 165:5
**diversified** [1] - 312:13
**diversion** [4] - 338:22, 339:7, 339:8, 339:18
**divided** [1] - 191:18
**Division** [1] - 207:8
**division** [1] - 207:11
**DNA** [1] - 122:22
**DNR** [3] - 248:15, 248:16, 265:24
**Doctor** [4] - 119:7, 121:13, 189:25, 203:24
**doctor** [8] - 133:22, 135:7, 172:3, 174:13, 182:19, 189:21, 197:19, 198:15
**doctoral** [1] - 120:16
**document** [3] - 144:23, 258:12, 328:2
**documented** [2] - 254:16, 255:25
**documenting** [1] - 214:19, 254:23
**documents** [3] - 143:4, 215:2, 234:19
**Dodge** [1] - 333:17
**dog** [7] - 166:15, 194:16, 286:1, 286:4, 301:5, 301:8, 337:22
**dog's** [1] - 301:1
**dogs** [17] - 165:25, 200:14, 208:8, 252:16, 252:17, 252:18, 253:10, 271:6, 272:23, 273:5, 284:20, 284:21, 285:9, 285:15, 286:3, 286:6, 303:12
**domestic** [2] - 181:13, 210:10
**dominant** [1] - 191:8
**donated** [1] - 337:2
**donation** [5] - 328:3, 328:6, 329:6, 329:9, 329:12
**donations** [1] - 327:15
**done** [26] - 141:17, 153:22, 187:9, 190:18, 192:5, 196:2, 202:1, 202:15, 203:7, 239:7, 239:10, 242:3, 246:7, 253:21, 258:18, 273:13, 295:5, 308:17, 311:20, 325:6, 327:21, 331:25, 332:2, 336:2, 343:14, 347:18
**door** [3] - 218:22, 319:10, 333:3
**Doorly** [1] - 189:24
**doors** [1] - 181:25
**doubt** [1] - 180:7
**Doug** [2] - 337:17, 337:19
**Doug's** [1] - 337:20
**down** [25] - 118:15,

CONTRACT/319 Eric.3.com
to purchase a complete copy of the transcript.

122:24, 128:18, 148:19, 163:16, 178:18, 185:24, 188:7, 205:14, 218:24, 230:13, 236:16, 252:11, 268:16, 272:20, 275:6, 292:1, 298:13, 303:25, 307:19, 309:25, 311:17, 323:6, 326:14, 338:18
**downtown** [1] - 293:21
**dozen** [2] - 203:12, 208:9
**dozens** [1] - 141:12
**Dr** [118] - 117:22, 118:4, 118:18, 119:4, 119:20, 120:15, 120:23, 121:18, 123:16, 124:6, 124:9, 124:25, 125:20, 126:3, 126:15, 126:25, 127:7, 127:9, 128:17, 129:3, 130:10, 131:8, 132:15, 133:17, 134:8, 134:13, 135:19, 136:3, 136:13, 137:1, 137:7, 137:23, 138:3, 139:9, 139:16, 140:23, 141:2, 141:24, 142:2, 142:18, 144:17, 144:23, 145:4, 146:2, 146:10, 147:4, 148:5, 148:20, 149:2, 149:19, 150:21, 151:17, 155:21, 156:4, 156:8, 157:1, 158:6, 158:12, 158:15, 158:20, 159:8, 160:4, 161:6, 161:20, 161:21, 162:12, 164:10, 164:24, 166:21, 167:16, 168:1, 168:8, 169:10, 169:23, 170:18, 172:16, 173:3, 173:19, 174:7, 175:15, 175:23, 176:16, 177:23, 179:2, 180:14, 180:24, 181:19, 182:7, 182:16, 183:10, 186:13, 188:25, 189:7, 199:16, 201:16, 202:10, 203:10, 203:13, 205:5, 223:1, 264:23, 266:11, 267:10, 267:13, 267:14, 293:20, 304:10, 314:19, 314:20, 314:21, 315:5, 315:7, 315:9, 315:13, 315:14, 319:23, 344:6, 344:25
**drafting** [1] - 187:18
**drained** [1] - 246:17
**draw** [1] - 182:1
**dress** [2] - 332:22, 332:24
**drew** [1] - 251:13
**drink** [1] - 285:11
**drive** [3] - 245:4, 245:7, 319:12
**driven** [1] - 343:4
**driveway** [1] - 231:11
**driving** [1] - 277:13
**drop** [2] - 122:25, 123:21
**drops** [1] - 123:2

**drove** [1] - 217:22
**drug** [1] - 131:25
**drugs** [1] - 131:20
**dry** [5] - 199:20, 240:21, 240:22, 279:15, 311:17
**Duck** [1] - 207:6
**due** [5] - 170:10, 179:21, 190:23, 239:7, 323:17
**dues** [1] - 326:8
**dug** [2] - 287:5, 287:7
**Duke** [19] - 119:18, 120:5, 120:10, 126:9, 126:16, 127:1, 128:10, 129:12, 130:12, 132:9, 133:5, 155:1, 188:4, 188:13, 189:19, 190:24, 198:17, 198:21, 199:3
**duly** [3] - 206:2, 270:2, 309:9
**Dunham** [1] - 314:21
**during** [20] - 129:20, 133:6, 146:17, 162:1, 166:5, 191:11, 199:23, 206:25, 218:15, 219:4, 222:15, 223:4, 224:18, 225:20, 229:2, 229:4, 231:19, 258:12, 278:10, 303:7

# E

**eager** [1] - 256:23
**ear** [1] - 253:10
**early** [12] - 118:22, 118:23, 122:9, 127:15, 155:25, 190:6, 192:6, 212:5, 214:9, 257:14, 323:4
**ears** [3] - 252:12, 252:18, 253:12
**easier** [1] - 127:12
**easily** [1] - 155:13
**easy** [2] - 218:23, 344:18
**eat** [3] - 341:5, 343:17, 344:16
**ecology** [1] - 122:14
**Economic** [1] - 207:7
**economic** [1] - 207:10
**edges** [1] - 343:24
**education** [9] - 129:7, 155:21, 173:24, 181:1, 182:8, 233:13, 310:23, 311:4, 342:16
**educational** [12] - 211:13, 211:14, 227:11, 244:15, 327:3, 331:15, 331:25, 332:3, 333:25, 334:3, 334:9, 334:16
**EEG** [2] - 140:12, 195:25
**effect** [5] - 145:23, 154:5, 154:17, 168:21, 169:17
**effectively** [1] - 122:24
**effects** [3] - 157:5, 201:12, 201:14

**effort** [1] - 306:20
**eggs** [1] - 312:19
**eight** [5] - 119:14, 140:2, 184:3, 313:15, 331:17
**eight-year-olds** [1] - 313:15
**eighties** [1] - 313:5
**either** [17] - 131:24, 163:12, 169:14, 170:10, 184:9, 186:20, 188:12, 242:20, 268:3, 279:13, 279:21, 279:25, 281:8, 304:3, 305:2, 322:4, 332:10
**elected** [2] - 121:24, 121:25
**electric** [2] - 152:16, 191:15
**electrodes** [1] - 196:1
**electroencephalographic** [1] - 140:12
**elements** [3] - 226:4, 248:11, 252:9
**elevated** [4] - 140:14, 155:24, 161:13
**elicit** [1] - 136:10
**eliminate** [1] - 157:17
**eliminated** [1] - 150:16
**ELISABETH** [1] - 116:11
**Elkader** [4] - 315:9, 315:17, 315:20, 315:24
**elsewhere** [1] - 260:11
**emailed** [1] - 307:2
**emails** [1] - 268:6
**emergency** [1] - 174:5
**emeritus** [1] - 120:9
**emotional** [2] - 244:9, 281:14
**emotions** [3] - 151:5, 252:22, 252:25
**emphasize** [2] - 158:2, 201:8
**employ** [1] - 177:4
**employed** [3] - 130:18, 131:19, 270:21
**employees** [2] - 281:24, 282:2
**enabling** [1] - 153:17
**encephalitis** [10] - 143:16, 143:22, 144:1, 144:3, 144:19, 145:21, 177:11, 177:12, 177:13, 200:9
**enclosure** [49] - 152:14, 157:23, 162:24, 162:25, 163:3, 163:10, 166:25, 168:7, 170:2, 191:14, 194:7, 222:24, 226:1, 226:19, 226:20, 227:5, 227:7, 229:10, 230:24, 252:4, 252:6, 252:8, 283:22, 284:19, 284:22, 285:24, 286:15, 287:2, 288:1, 296:13, 297:24, 318:3, 318:6, 318:18, 318:20, 318:24, 319:5,

319:7, 319:12, 319:15, 320:2, 320:9, 322:21, 330:16, 330:19, 330:22, 345:19
**enclosures** [29] - 164:2, 164:21, 184:20, 185:3, 185:7, 222:1, 222:2, 222:3, 229:6, 229:7, 229:8, 230:21, 241:23, 241:25, 242:2, 242:11, 242:13, 242:16, 248:21, 283:1, 283:5, 292:6, 317:6, 317:10, 317:13, 319:8, 320:11, 345:11
**encounter** [1] - 219:3
**encountered** [3] - 154:19, 203:9, 259:6
**encourage** [2] - 141:15, 196:5
**encyclopedia** [1] - 326:17
**end** [5] - 179:18, 228:13, 230:6, 293:9, 339:16
**Endangered** [1] - 136:14
**endangered** [4] - 327:20, 328:4, 328:5, 329:5
**ended** [1] - 228:14
**ends** [1] - 315:22
**enforcement** [2] - 295:1, 295:22
**enforcing** [1] - 295:2
**engage** [1] - 150:4
**engaged** [6] - 119:17, 122:16, 132:17, 133:1, 140:18, 140:24
**England** [1] - 121:24
**enhancement** [2] - 219:22, 219:24
**enjoy** [10] - 181:21, 209:16, 210:6, 210:9, 210:10, 210:21, 259:21, 331:24, 332:9, 345:18
**enjoyed** [1] - 338:20
**enjoyment** [1] - 212:18
**enormous** [1] - 123:12
**enormously** [1] - 123:20
**enrichment** [45] - 151:18, 151:20, 151:22, 152:17, 152:25, 153:1, 153:3, 153:5, 153:7, 153:16, 157:3, 157:4, 157:11, 157:12, 157:14, 158:7, 158:14, 170:20, 179:5, 179:20, 180:6, 186:18, 196:13, 201:18, 217:9, 219:22, 219:24, 220:7, 222:12, 226:2, 242:4, 243:17, 244:13, 275:19, 296:18, 299:20, 320:14, 320:18, 320:19, 321:12, 326:18, 345:6, 346:9
**ensure** [1] - 135:10
**entail** [2] - 136:11, 186:17
**entails** [2] - 119:1, 195:25
**enter** [1] - 313:12

CONTACT US AT www.ABCreporting.com
to purchase a complete copy of the transcript.

**entertain** [1] - 134:24
**entire** [3] - 131:14, 208:1, 237:18
**entirely** [2] - 128:4, 181:24
**entirety** [1] - 224:25
**entities** [2] - 234:17, 234:24
**entity** [1] - 233:21
**entrusted** [1] - 130:19
**enumerable** [1] - 141:9
**enumerate** [1] - 125:9
**environment** [21] - 138:14, 139:2, 140:16, 153:12, 153:21, 156:22, 157:20, 158:3, 163:25, 165:20, 167:24, 181:10, 193:18, 196:19, 210:18, 210:19, 227:12, 227:18, 242:4, 259:24, 299:25
**environmental** [6] - 152:24, 153:2, 157:2, 157:4, 179:5, 201:18
**equally** [1] - 128:22
**equines** [2] - 314:24, 322:14
**equipment** [1] - 263:20
**erroneous** [1] - 144:15
**escaped** [1] - 287:2
**Esch** [2] - 315:9, 315:13
**especially** [1] - 222:15
**ESQ** [5] - 116:5, 116:8, 116:11, 116:14
**essential** [3] - 157:19, 175:6, 321:11
**essentially** [1] - 140:21
**establish** [2] - 123:6, 145:15
**established** [1] - 130:17
**establishing** [1] - 122:11
**estimate** [5] - 129:5, 133:4, 184:16, 262:20, 262:21
**estimation** [2] - 148:4, 252:20
**et** [1] - 311:18
**Eufulvus** [1] - 190:20
**Eugene** [1] - 116:12
**Eulemur** [4] - 130:7, 142:2, 142:5, 142:9
**euthanasia** [4] - 176:16, 177:4, 177:6, 177:10
**euthanize** [4] - 176:17, 177:12, 177:16, 177:18
**euthermic** [1] - 123:8
**evaluate** [1] - 148:5
**evening** [4] - 208:18, 332:8, 346:12, 346:16
**event** [1] - 247:5
**evidence** [24] - 125:18, 144:8, 158:5, 158:23, 159:3, 159:19, 159:21, 160:3, 171:3, 173:5, 173:8, 173:15, 175:18, 201:20, 224:2, 225:2, 225:9, 235:2,

235:4, 235:13, 260:19, 260:21, 261:4, 308:23
**evidenced** [1] - 188:1
**evolved** [2] - 121:15, 130:3
**ewes** [1] - 312:8
**exactly** [11] - 132:12, 211:3, 215:22, 227:24, 240:12, 242:16, 249:9, 277:7, 294:22, 302:17, 304:12
**EXAMINATION** [13] - 118:16, 173:17, 183:8, 199:14, 203:22, 205:3, 206:10, 221:4, 261:5, 270:14, 290:9, 300:21, 309:15
**examination** [3] - 145:15, 262:24, 347:16
**examine** [3] - 132:21, 154:9, 172:13, 304:3, 340:18
**examined** [4] - 118:10, 206:2, 270:2, 309:9
**examines** [1] - 131:23
**example** [10] - 125:8, 131:25, 138:14, 139:7, 143:16, 154:25, 158:10, 165:9, 185:18, 200:22
**excellent** [1] - 269:20
**except** [5] - 129:25, 133:6, 185:16, 204:23, 325:25
**excess** [3] - 342:21, 342:25
**excessive** [6] - 167:1, 169:25, 282:11, 282:13, 282:17, 283:2
**excessively** [1] - 202:18
**exchange** [1] - 138:22
**exchanges** [1] - 166:18
**excrement** [5] - 226:16, 279:24, 282:10, 282:17, 284:6
**excreta** [1] - 166:23
**excuse** [10] - 172:9, 198:4, 198:15, 204:18, 211:20, 223:16, 231:15, 245:22, 255:6, 302:5
**excused** [5] - 205:16, 220:21, 268:18, 307:20, 347:21
**executive** [2] - 207:4, 207:16
**exempt** [1] - 136:16
**exhausted** [1] - 213:2
**exhibit** [1] - 151:15, 159:11, 159:15, 159:24, 160:7, 162:19, 173:5, 207:23, 223:10, 260:25, 316:25
**Exhibit** [53] - 124:16, 125:13, 125:17, 144:21, 146:5, 151:14, 158:21, 159:19, 159:20, 159:25,

160:2, 161:21, 162:16, 168:3, 169:22, 169:23, 173:4, 173:7, 173:9, 173:14, 178:23, 178:25, 223:11, 224:5, 224:13, 224:17, 224:25, 225:1, 225:8, 225:19, 229:25, 231:14, 234:11, 234:13, 235:2, 235:3, 235:10, 235:12, 235:17, 237:5, 241:1, 242:7, 244:16, 250:17, 260:19, 260:20, 261:1, 261:3, 317:15, 317:17, 323:20
**exhibited** [3] - 179:24, 188:11, 253:9
**exhibiting** [1] - 179:14
**exhibitions** [2] - 207:18, 207:19
**exhibitor's** [1] - 316:7
**EXHIBITS** [1] - 117:15
**exhibits** [7] - 124:14, 159:2, 187:13, 207:20, 207:21, 246:18, 342:16
**exist** [1] - 256:20
**existed** [2] - 212:10, 275:22, 307:13
**existence** [1] - 255:24
**existing** [1] - 324:18
**exists** [1] - 142:11
**exited** [3] - 278:25, 282:1, 283:10
**exotic** [7] - 248:16, 273:13, 314:25, 316:2, 325:4, 325:9, 328:17
**exotics** [3] - 315:6, 329:1, 329:4
**expanse** [1] - 222:6
**expect** [9] - 118:23, 140:23, 154:8, 154:17, 168:11, 258:21, 277:3, 307:11, 307:15
**expectations** [1] - 217:6
**expected** [2] - 132:6, 132:7
**expecting** [3] - 228:23, 228:24, 242:23
**experience** [40] - 120:1, 150:11, 153:15, 154:9, 155:20, 156:4, 158:16, 158:18, 164:10, 168:15, 170:19, 171:3, 171:18, 173:25, 180:25, 182:8, 187:24, 190:11, 190:13, 202:14, 202:15, 217:15, 228:24, 232:16, 233:10, 235:25, 237:12, 237:16, 237:20, 237:21, 238:4, 239:21, 244:13, 245:25, 250:13, 271:1, 271:5, 272:12, 273:19, 286:12
**experienced** [12] - 175:3, 215:10, 216:15, 218:5, 218:12, 231:20, 236:24,

251:2, 253:9, 254:24, 259:12, 292:9
**experiences** [3] - 238:6, 259:8, 263:1
**experiencing** [3] - 216:12, 216:21, 245:14
**experimenter** [1] - 131:21
**experiments** [1] - 133:7
**expert** [6] - 118:20, 138:8, 139:5, 149:25, 308:8
**expert's** [2] - 172:8, 172:13
**experts** [4] - 308:13, 346:21, 347:1, 347:12
**explain** [1] - 151:22
**explained** [1] - 218:19
**explore** [1] - 153:12
**export** [3] - 127:16, 128:2, 181:12
**exposed** [3] - 134:8, 185:23, 289:5
**exposes** [1] - 332:3
**express** [1] - 151:5
**extant** [1] - 150:3
**extend** [1] - 299:1
**extended** [1] - 124:4
**extensive** [1] - 325:11
**exterior** [2] - 324:23, 330:18
**extinct** [1] - 127:22
**extra** [4] - 271:12, 272:6, 318:20, 339:10
**extreme** [3] - 154:24, 293:1, 300:5
**extremely** [3] - 140:7, 251:11, 285:13
**extremes** [1] - 300:5
**extremists** [1] - 196:7
**eye** [1] - 251:3
**eyes** [4] - 150:17, 254:18, 279:11, 305:3

**F**

**face** [4] - 267:12, 342:7, 345:19
**face-to-face** [1] - 267:12
**Facebook** [1] - 273:3
**faced** [1] - 232:11
**facilities** [7] - 128:7, 148:9, 210:14, 214:14, 222:1, 222:18, 337:22
**facilities'** [1] - 222:12
**facility** [20] - 128:6, 144:18, 149:4, 162:6, 168:2, 169:22, 170:23, 189:15, 196:5, 196:9, 208:1, 217:13, 220:9, 248:15, 255:10, 259:17, 337:25, 338:18, 341:22, 341:25
**fact** [24] - 155:24, 179:17, 191:22, 193:22, 209:21,

CONTACT 319-721-3355 www.rpr-depos.com
to purchase a complete copy of the transcript.

210:14, 212:8, 216:2, 216:21, 227:10, 236:1, 236:2, 247:1, 247:4, 247:13, 247:15, 248:17, 249:17, 254:25, 256:15, 303:23, 308:17, 312:3, 313:1

**factor** [2] - 163:22, 193:16

**facts** [1] - 149:25

**failed** [1] - 145:19

**failure** [1] - 200:22

**fair** [13] - 122:13, 125:3, 125:5, 137:23, 211:13, 215:1, 215:4, 217:14, 223:22, 224:21, 234:21, 245:22, 246:1

**fairly** [4] - 122:16, 179:14, 254:13, 318:11

**fall** [3] - 176:23, 214:9, 262:22

**familiar** [17] - 141:23, 171:4, 174:18, 189:14, 189:24, 198:1, 198:10, 198:11, 198:25, 200:17, 247:21, 254:13, 274:2, 274:19, 274:21, 282:13

**familiarity** [1] - 189:18

**familiarizing** [1] - 247:21

**families** [2] - 210:23, 327:17

**Family** [1] - 207:9

**family** [3] - 208:24, 232:13, 233:7

**far** [22] - 123:5, 128:20, 134:5, 147:17, 152:18, 185:3, 186:8, 186:15, 189:15, 192:21, 196:8, 234:2, 250:8, 266:22, 286:12, 317:3, 322:11, 322:20, 322:24, 328:18, 330:2

**farfetched** [1] - 124:2

**farm** [32] - 119:3, 119:12, 119:19, 119:24, 120:1, 208:20, 208:21, 208:22, 209:4, 218:7, 218:13, 271:3, 271:8, 282:12, 284:9, 311:7, 311:13, 312:4, 312:6, 312:10, 312:12, 312:15, 312:17, 313:4, 313:6, 313:7, 314:13, 314:21, 314:23, 332:4

**farmed** [2] - 188:13, 311:6

**farmers** [1] - 314:5

**farms** [1] - 119:25

**farrow** [2] - 323:7, 323:16

**fascinating** [1] - 122:20

**fashion** [1] - 268:10

**fast** [1] - 322:13

**fastidious** [1] - 170:14

**fat** [3] - 185:22, 190:21, 311:15

**fatal** [2] - 176:8, 176:9

**father** [3] - 209:8, 256:7, 271:3

**favorable** [2] - 178:6, 178:16

**FCF** [1] - 325:6

**fearful** [1] - 246:19

**feathers** [1] - 241:11

**features** [1] - 194:5

**feces** [11] - 162:10, 163:21, 164:25, 166:22, 167:1, 170:17, 229:11, 242:15, 252:4, 283:1, 283:2

**fed** [6] - 195:8, 253:2, 272:5, 326:17, 332:21, 340:16

**federal** [16] - 120:20, 130:16, 132:3, 185:11, 185:12, 185:18, 186:2, 186:4, 186:10, 186:14, 187:3, 187:12, 234:17, 234:24, 262:11, 316:11

**Federation** [1] - 325:7

**fee** [1] - 278:8

**feebler** [1] - 147:19

**feed** [13] - 119:6, 119:13, 129:1, 195:5, 271:10, 301:8, 320:18, 340:24, 340:25, 341:3, 343:5, 343:6, 344:4

**feeder** [2] - 226:8, 319:17, 319:24, 319:25, 320:1

**feeding** [5] - 133:14, 141:13, 209:9, 332:19, 338:21

**feelings** [5] - 216:5, 237:3, 246:1, 258:2, 259:7

**feet** [11] - 164:8, 222:9, 230:25, 231:2, 249:14, 249:15, 325:17, 333:5, 345:11

**Felidae** [1] - 344:7

**Feline** [1] - 325:6

**fellow** [2] - 121:25

**fellowship** [2] - 121:22, 121:23

**felt** [26] - 233:8, 236:5, 236:20, 237:23, 245:5, 250:4, 250:5, 253:20, 254:22, 255:3, 271:16, 272:1, 280:19, 280:24, 281:1, 286:16, 287:23, 289:1, 289:6, 292:12, 292:13, 295:14, 295:20, 296:1

**female** [4] - 184:5, 191:7, 289:17, 291:1

**females** [2] - 184:6, 191:11

**fence** [10] - 152:16, 191:15, 229:22, 249:12, 271:20, 319:10, 324:10, 324:14, 324:19, 324:23

**fenced** [1] - 152:15

**fences** [2] - 230:8, 271:11

**fencing** [1] - 229:13

**fending** [1] - 196:6

**fermented** [1] - 343:6

**ferocious** [1] - 232:19

**fetid** [1] - 218:4

**few** [16] - 124:12, 129:19, 152:7, 177:9, 180:24, 183:12, 185:16, 186:8, 227:23, 314:5, 315:17, 315:21, 322:16, 327:15, 329:18, 341:5

**field** [4] - 128:11, 190:16, 190:17, 311:5

**fighting** [1] - 282:24

**figure** [4] - 232:10, 239:20, 256:24, 308:19

**figures** [1] - 190:22

**file** [2] - 249:22, 269:10

**filed** [5] - 215:25, 254:3, 264:20, 266:7, 269:2

**filial** [1] - 122:10

**filing** [2] - 238:24, 256:13

**fill** [3] - 284:16, 308:3, 308:12

**filled** [1] - 285:23

**filth** [1] - 246:24

**filthy** [1] - 281:8

**final** [1] - 269:17

**finally** [1] - 141:14

**Finders'** [1] - 141:25

**fine** [7] - 180:12, 225:14, 225:18, 285:22, 286:3, 289:25, 323:14

**fingers** [1] - 346:4

**finish** [3] - 308:14, 311:1, 347:6

**finishing** [1] - 311:3

**first** [57] - 120:12, 121:22, 127:3, 127:17, 130:24, 133:11, 144:19, 153:9, 153:15, 167:20, 175:1, 179:9, 189:18, 203:9, 211:20, 211:22, 212:9, 212:15, 213:9, 214:6, 214:8, 217:18, 217:23, 220:6, 223:4, 232:8, 233:10, 239:24, 240:2, 240:8, 240:23, 242:4, 242:20, 243:25, 244:2, 246:10, 246:17, 246:18, 246:23, 249:2, 255:24, 271:5, 272:14, 274:19, 274:21, 277:17, 277:19, 279:9, 280:6, 283:13, 285:21, 311:7, 316:7, 321:23, 325:19, 325:20, 342:1

**first-hand** [1] - 189:18

**five** [13] - 122:25, 125:21, 149:18, 151:25, 175:9, 220:15, 222:9, 321:23, 331:18, 331:22, 332:7, 332:20, 339:23

**fix** [1] - 297:11

**fixed** [4] - 129:4, 239:6, 251:18, 256:25

**flag** [2] - 149:1, 149:2

**flash** [1] - 300:12

**flashback** [1] - 292:24

**flier** [1] - 211:25

**flies** [4] - 252:19, 282:21, 282:24, 285:2

**floating** [2] - 241:12, 241:13

**floor** [1] - 242:2

**flummoxed** [1] - 256:23

**fly** [3] - 252:12, 282:22, 306:20

**flying** [2] - 274:23, 306:23

**focus** [5] - 128:4, 178:14, 187:1, 305:2, 305:3

**focused** [1] - 123:11, 305:4

**focusing** [1] - 178:13

**FOIA** [9] - 214:4, 214:7, 214:10, 214:13, 214:21, 215:20, 249:24, 254:13, 255:5

**foliage** [3] - 152:5, 152:7, 153:13

**folks** [2] - 332:8, 334:5

**follow** [6] - 213:17, 253:21, 266:3, 278:1, 295:4, 330:11

**follow-up** [2] - 266:3, 278:1

**following** [2] - 246:15, 293:10

**follows** [4] - 118:11, 206:3, 270:3, 309:10

**food** [34] - 151:7, 152:18, 153:13, 166:24, 167:2, 168:20, 199:24, 200:5, 200:20, 200:23, 201:1, 252:11, 272:3, 283:6, 283:7, 283:22, 284:25, 285:1, 288:2, 292:5, 294:24, 295:14, 297:23, 299:5, 319:19, 335:24, 338:25, 339:3, 339:6, 339:19, 340:9, 342:19, 342:21, 344:5

**food-related** [2] - 200:23, 201:1

**foot** [1] - 298:13

**forage** [1] - 297:23

**forbidden** [1] - 181:12

**forenoon** [1] - 119:15

**forest** [3] - 152:4, 152:13, 191:18

**forests** [1] - 155:1

**form** [8] - 146:1, 149:23, 165:14, 165:23, 166:8, 191:12, 238:15, 328:2

**formal** [1] - 238:15

**formed** [2] - 166:17, 170:24

**former** [1] - 326:7

CONTRERAS & METELSKA, INC.
to purchase a complete copy of the transcript.

**forming** [2] - 166:16, 285:2

**forms** [2] - 144:2, 144:4

**formulating** [1] - 142:19

**Fort** [1] - 333:17

**forth** [3] - 283:20, 296:16, 307:2

**fortunately** [1] - 202:16

**forty** [2] - 173:12, 231:2

**forty-seven** [1] - 173:12

**forward** [1] - 269:23

**fought** [1] - 333:2

**foundation** [2] - 159:11, 316:21

**four** [6] - 129:6, 132:7, 151:24, 172:20, 313:13, 333:11

**fracture** [3] - 177:1, 177:2, 177:8

**frame** [4] - 135:14, 212:6, 276:6, 307:5

**frankly** [5] - 140:19, 226:15, 227:9, 232:7, 308:16

**free** [2] - 163:14, 220:19

**Freedom** [4] - 213:6, 213:11, 213:19, 213:22

**freedom** [2] - 213:13, 213:17

**freely** [3] - 158:1, 186:4, 191:21

**freezing** [1] - 185:24

**frequently** [2] - 166:5, 325:11

**fresh** [18] - 152:19, 152:20, 152:22, 153:13, 193:12, 195:13, 200:24, 235:25, 245:3, 287:16, 297:23, 339:12, 340:19, 341:1, 344:20, 344:22

**Friday** [1] - 308:18

**friend** [2] - 274:21, 337:1

**friend's** [1] - 330:6

**friendlier** [1] - 336:14

**friends** [3] - 271:18, 271:20, 286:21

**frightened** [1] - 233:9

**front** [15] - 124:9, 124:13, 146:2, 146:4, 146:7, 261:21, 264:3, 269:9, 289:18, 290:12, 290:14, 302:2, 304:25, 317:15, 323:21

**fruit** [5] - 152:20, 193:12, 200:25, 343:13, 344:22

**fruits** [4] - 152:19, 152:22, 340:14, 344:20

**frustrated** [6] - 242:19, 257:8, 258:6, 289:4, 295:20, 295:25

**frustrating** [1] - 259:5

**frustration** [3] - 256:18, 256:19, 259:12

**fuel** [1] - 339:22

**full** [9] - 132:13, 153:16, 160:15, 162:25, 196:2, 206:14, 306:3, 309:17, 336:12

**fulvus** [1] - 166:4

**fun** [2] - 326:22, 335:2

**function** [2] - 148:12, 233:20

**functionality** [1] - 148:18

**functions** [2] - 271:9

**Fund** [4] - 116:8, 195:16, 262:14, 273:16

**fundamental** [2] - 169:4, 201:7

**fundraise** [1] - 273:4

**fur** [1] - 125:24

**FURTHER** [1] - 205:3

**future** [1] - 147:23

**G**

**gag** [1] - 341:6

**Galagos** [1] - 121:17

**gals** [1] - 286:25

**games** [1] - 197:14

**gap** [3] - 286:19, 287:4, 308:3

**garbage** [5] - 230:7, 230:14, 231:13, 246:24, 275:4

**garden** [2] - 208:4, 209:7

**Gary** [3] - 325:18, 338:4, 344:6

**gate** [7] - 231:10, 231:11, 286:2, 286:4, 286:20, 287:4, 319:11

**gates** [1] - 285:25

**general** [10] - 132:24, 167:6, 180:17, 207:1, 207:2, 207:25, 241:14, 259:9, 262:9, 326:20

**generally** [17] - 136:4, 136:7, 136:9, 136:18, 136:21, 136:23, 136:24, 137:5, 155:5, 155:6, 164:20, 169:7, 177:17, 181:4, 269:9, 335:18

**genetic** [1] - 123:5

**genetically** [2] - 122:21, 139:20

**gentleman** [1] - 267:17

**Genus** [1] - 130:7

**Georgia** [1] - 210:2

**German** [1] - 122:2

**Germany** [1] - 128:9

**Gibbens** [1] - 266:11

**gist** [1] - 126:11

**given** [13] - 122:2, 136:6, 152:23, 153:16, 179:22, 182:16, 197:4, 217:4, 246:10, 246:22, 297:11, 330:11

**glands** [5] - 138:15,

138:16, 138:17, 138:18, 138:20

**Glass** [1] - 116:15

**goats** [2] - 119:6, 119:13, 120:3, 190:9, 208:9, 314:24, 322:16

**golly** [1] - 184:2

**goodness** [1] - 131:10

**goofy** [1] - 344:8

**gosh** [1] - 190:24

**Gottingen** [2] - 128:9, 190:17

**governed** [1] - 269:17

**government** [4] - 120:20, 122:2, 130:16, 295:24

**grab** [1] - 335:24

**Grade** [2] - 313:19, 313:23

**grades** [1] - 313:17

**gradually** [1] - 147:19

**graduate** [1] - 310:19

**grain** [2] - 208:22, 343:9

**grandma** [1] - 312:19

**granted** [1] - 188:2

**grass** [6] - 222:14, 222:17, 226:2, 259:19, 275:13, 275:15

**gravel** [2] - 226:13, 226:14

**gravelly** [1] - 226:15

**great** [5] - 154:22, 181:16, 320:16, 326:13, 326:22

**greater** [5] - 138:12, 151:12, 157:14, 165:1, 187:10

**greatly** [1] - 244:6

**green** [4] - 146:21, 222:14, 275:17, 285:8

**greens** [2] - 345:3, 345:4

**grew** [5] - 119:24, 208:20, 218:7, 271:4, 282:12

**grief** [1] - 121:6

**grinds** [1] - 343:14

**grocery** [2] - 339:1, 339:10

**groom** [1] - 194:3

**grooming** [1] - 170:15

**grossly** [1] - 140:16

**ground** [6] - 163:17, 163:18, 226:12, 229:11, 323:11, 343:25

**group** [19] - 121:14, 130:21, 133:2, 155:19, 156:2, 194:3, 194:12, 196:21, 196:23, 197:3, 204:23, 231:23, 272:16, 272:17, 272:18, 272:22, 272:24, 326:12, 329:19

**groups** [8] - 140:2, 140:6, 140:7, 166:3, 201:11, 272:8, 334:4, 334:5

**grow** [2] - 208:19, 312:10

**growing** [4] - 209:4, 218:13, 285:8, 285:21

**grown** [1] - 256:18

**growth** [1] - 169:2

**guardians** [1] - 297:17

**guess** [18] - 195:24, 203:11, 218:1, 239:3, 240:17, 256:18, 292:13, 320:17, 322:17, 326:8, 329:18, 329:25, 332:20, 333:22, 333:23, 334:18, 342:2, 342:12

**guidance** [1] - 259:1

**Guide** [1] - 141:25

**guided** [2] - 218:19, 219:1

**guidelines** [2] - 186:10, 330:11

**guillotine** [1] - 319:10

**gut** [2] - 344:8, 344:11

**H**

**habitat** [1] - 181:21

**habitual** [1] - 167:21

**half** [5] - 152:14, 154:2, 154:6, 203:11, 310:3

**halfway** [2] - 152:13, 236:16

**hall** [2] - 205:22, 268:21

**hand** [31] - 118:6, 162:19, 189:18, 191:23, 192:10, 192:18, 192:22, 192:25, 202:10, 202:11, 202:14, 202:17, 202:19, 202:22, 202:23, 203:1, 203:16, 203:25, 204:5, 204:7, 205:24, 223:13, 269:25, 294:5, 298:22, 309:7, 317:19, 320:21, 321:17, 336:18

**hand-raised** [4] - 192:10, 192:25, 202:14, 202:17

**handbook** [1] - 326:14

**handicapped** [1] - 334:5

**handle** [2] - 239:9, 344:18

**hands** [7] - 247:4, 324:20, 329:6, 331:23, 341:13, 341:19, 346:9

**hands-on** [1] - 331:23

**handwashing** [3] - 247:1, 341:14, 341:16

**hang** [2] - 191:8, 208:4

**happy** [3] - 165:16, 196:21, 342:5

**harassment** [2] - 136:15, 136:18

**harbor** [1] - 239:11

**hard** [6] - 184:11, 229:15, 281:18, 287:8, 303:11, 322:13

**hardly** [3] - 147:18, 190:24, 287:10

**harm** [9] - 140:19, 155:22, 157:2, 157:15, 174:6, 187:9, 201:3, 203:5, 333:7

**harmed** [3] - 156:9, 182:2, 182:21

www.CMRR.com · (319) 365-3335
to purchase a complete copy of the transcript.

**harmful** [2] - 140:8, 150:12

**harrowing** [1] - 161:4

**Harvey** [4] - 117:7, 269:22, 270:18, 270:19

**HARVEY** [1] - 270:1

**haulers** [1] - 314:15

**Hawk** [1] - 265:18

**hay** [7] - 209:9, 271:11, 287:25, 343:6, 343:21, 343:22

**haylage** [1] - 343:7

**head** [10] - 138:16, 265:4, 271:3, 282:23, 285:9, 296:17, 312:7, 312:8, 322:15

**headset** [1] - 133:23

**Health** [8] - 121:23, 131:2, 238:11, 265:14, 265:18, 266:2, 266:11

**health** [8] - 167:8, 187:4, 246:19, 248:15, 328:8, 328:13, 328:14, 336:11

**healthy** [5] - 151:8, 155:17, 185:10, 193:18, 196:21

**hear** [7] - 172:11, 183:10, 211:20, 211:21, 211:22, 213:9, 296:19

**heard** [15] - 141:18, 141:24, 142:2, 142:7, 188:15, 189:4, 191:2, 191:14, 196:24, 211:18, 211:19, 213:6, 335:3, 341:24, 343:20

**hearing** [4] - 133:17, 133:19, 133:23, 220:16

**hearings** [1] - 308:20

**hearsay** [2] - 293:13, 294:13

**heart** [7] - 123:18, 123:22, 140:14, 161:12, 216:23, 296:22, 298:1

**heartbeat** [1] - 123:2

**heartbreaking** [1] - 291:10

**heartbroken** [2] - 257:18, 271:23

**heat** [3] - 243:8, 284:4, 300:5

**heats** [1] - 341:17

**heavily** [1] - 193:24

**heavy** [1] - 321:10

**hectares** [1] - 151:25

**height** [4] - 163:18, 222:5, 222:8, 222:9

**heightened** [1] - 252:25

**heights** [1] - 222:23

**held** [7] - 122:22, 123:6, 150:2, 178:21, 180:19, 207:3, 265:17

**help** [22] - 125:7, 194:2, 196:14, 197:11, 246:8, 263:25, 271:10, 271:11, 271:13, 280:20, 285:18,

285:20, 285:22, 287:22, 289:3, 293:8, 293:16, 295:24, 296:22, 312:15, 312:17

**helped** [3] - 135:14, 286:3, 312:18

**helpful** [3] - 136:22, 138:7, 280:18

**helping** [2] - 209:7, 209:9

**helpless** [2] - 296:1, 298:22

**Henry** [1] - 189:24

**Herd** [1] - 311:10

**herd** [7] - 313:2, 313:12, 313:13, 314:1, 314:9, 314:17, 314:21

**herd's** [1] - 314:11

**herds** [1] - 313:18

**hesitate** [1] - 160:14

**hibernate** [2] - 123:16, 123:17

**hibernates** [1] - 122:17

**hibernation** [1] - 133:11

**hierarchy** [1] - 185:20

**high** [11] - 151:3, 161:12, 163:15, 167:11, 169:19, 190:11, 222:10, 310:17, 310:19, 310:23, 311:25

**High** [1] - 310:18

**higher** [1] - 344:17

**highest** [2] - 273:8, 273:9

**Highlander** [1] - 287:12

**Highlanders** [3] - 287:12, 287:20, 289:9

**highly** [7] - 139:19, 139:22, 140:20, 151:4, 163:23, 201:9, 201:10

**himself** [1] - 296:13

**histories** [1] - 183:23

**history** [1] - 207:21

**hitherto** [1] - 202:1

**hoarding** [1] - 272:19

**hobbies** [1] - 208:2

**hodgepodge** [1] - 217:11

**hog** [3] - 209:8, 218:7, 218:13

**hogs** [8] - 208:23, 208:24, 209:1, 209:8, 209:9, 312:13, 312:19, 335:11

**hold** [3] - 206:25, 246:10, 277:25

**holding** [3] - 277:22, 278:17, 278:20

**holes** [2] - 229:12, 229:14

**Hollow** [64] - 142:21, 183:13, 184:21, 185:8, 186:14, 186:22, 191:23, 193:6, 193:7, 193:11, 195:8, 197:5, 204:1, 204:2, 204:9, 204:10, 204:19, 211:18, 211:19, 211:23, 212:1, 212:2, 212:7, 212:8, 212:10, 212:12, 212:19, 212:25, 213:23, 214:11,

214:15, 215:3, 217:8, 217:21, 221:10, 221:16, 222:19, 222:21, 223:5, 223:24, 224:19, 228:2, 234:17, 236:20, 239:1, 244:5, 254:1, 255:3, 255:25, 257:2, 257:12, 259:7, 259:25, 262:10, 265:11, 274:17, 274:20, 276:2, 276:23, 290:21, 298:15, 299:1, 299:22, 301:21

**HOLMES** [24] - 116:11, 205:18, 205:21, 206:7, 206:9, 206:11, 220:22, 221:3, 221:5, 224:1, 224:6, 224:10, 224:15, 224:24, 225:10, 235:1, 235:14, 260:7, 260:13, 260:15, 260:23, 263:22, 268:15, 268:20

**Holmes** [5] - 206:6, 206:8, 220:14, 221:2, 268:14

**home** [11] - 119:3, 157:7, 165:14, 182:22, 192:6, 245:5, 245:7, 310:4, 330:9, 332:7, 340:6

**hometown** [2] - 273:23, 274:11

**honest** [3] - 148:2, 229:8, 253:22

**Honor** [77] - 118:3, 118:13, 125:12, 135:4, 135:9, 136:8, 158:22, 159:5, 159:13, 159:18, 159:24, 172:5, 172:6, 172:10, 172:18, 172:21, 172:24, 173:2, 173:3, 173:11, 173:16, 182:25, 183:2, 183:5, 183:7, 202:6, 203:20, 205:1, 205:11, 205:13, 205:18, 206:9, 220:22, 221:3, 224:1, 224:6, 224:24, 225:5, 225:10, 235:1, 235:6, 235:14, 257:24, 260:8, 260:15, 260:17, 260:24, 262:19, 263:22, 268:15, 268:20, 268:23, 269:21, 270:6, 270:11, 270:13, 290:8, 293:12, 294:12, 294:14, 300:15, 300:18, 300:20, 304:23, 307:18, 307:22, 308:11, 308:25, 309:2, 309:14, 346:13, 346:19, 346:20, 347:2, 347:19

**honorary** [1] - 121:5

**hoofed** [1] - 289:12

**hoofstock** [2] - 322:9, 322:12

**hooves** [1] - 289:10

**hope** [3] - 118:22, 250:5, 258:20

**hoped** [1] - 254:9

**hopeful** [4] - 238:7, 239:17, 240:1, 250:11

**hopefully** [1] - 283:15

**hoping** [2] - 292:20

**hormonal** [1] - 122:11

**horrible** [1] - 227:8

**horse** [2] - 226:9, 311:1

**horses** [3] - 119:6, 119:13, 171:22

**hose** [1] - 287:23

**host** [1] - 138:22

**hostile** [1] - 139:11

**hot** [13] - 240:13, 240:14, 240:22, 243:13, 284:4, 288:23, 292:15, 292:16, 292:18, 320:17, 341:10

**hotdog** [1] - 341:3

**hotdogs** [1] - 341:5

**hour** [8] - 118:22, 208:16, 208:17, 219:7, 220:20, 245:8, 308:21

**hours** [4] - 123:20, 123:23, 331:20, 332:21

**house** [36] - 155:7, 155:8, 164:21, 166:3, 181:24, 192:4, 192:5, 218:18, 219:19, 226:3, 230:21, 230:22, 230:23, 233:13, 279:3, 279:5, 279:8, 279:9, 281:12, 281:15, 281:22, 281:24, 282:1, 283:5, 283:10, 283:14, 292:24, 302:20, 303:13, 318:21, 319:9, 323:13, 330:23, 331:4, 341:9, 341:11

**housed** [13] - 133:1, 153:9, 153:11, 178:8, 185:19, 187:14, 193:19, 194:21, 194:22, 194:25, 195:2, 219:10, 219:12

**housekeeping** [2] - 172:6, 268:24

**houses** [1] - 209:8

**housing** [8] - 131:19, 141:14, 143:1, 156:5, 156:9, 176:12, 226:7, 336:3

**howl** [1] - 336:13

**huge** [1] - 345:1

**human** [5] - 123:13, 123:15, 166:8, 166:12, 197:12

**humans** [6] - 123:7, 124:4, 157:6, 191:25, 192:1, 339:3

**Humboldt** [1] - 122:1

**humid** [1] - 240:14

**humor** [1] - 124:15

**hunched** [1] - 161:1

**hundred** [4] - 124:10, 124:11, 218:9, 240:15

**hungry** [1] - 292:12

**hurry** [1] - 324:13

**hurt** [2] - 321:8, 324:21

**hurts** [1] - 253:12

Case 6:14-cv-02034-JSS   Document 42-1   Filed 10/30/15   Page 75 of 94

GROUP R2319 Page 1 (14 of 33)  www.group-r.com

to purchase a complete copy of the transcript.

**husband** [10] - 274:23, 307:25, 311:24, 317:6, 317:9, 317:11, 334:11, 339:10, 340:2, 343:8

**husband's** [1] - 316:14

**husbandry** [18] - 133:3, 134:15, 134:18, 134:20, 134:23, 134:25, 135:10, 135:17, 136:1, 136:5, 136:19, 156:15, 176:3, 176:4, 205:10, 271:1, 311:1, 325:7

**hut** [4] - 226:3, 226:25, 229:9, 243:12

**hut-type** [2] - 226:3, 229:9

**hutch** [1] - 284:2

**hybrid** [2] - 337:5, 337:6

**hybrids** [6] - 304:6, 336:5, 336:7, 336:12, 336:14, 337:7

**hygiene** [1] - 169:4

**I**

**IACUC** [5] - 130:23, 131:4, 131:8, 131:12, 198:16

**IDALS** [21] - 117:20, 117:25, 237:17, 238:16, 238:25, 244:19, 244:24, 249:22, 254:4, 264:10, 264:20, 264:23, 265:20, 266:8, 293:20, 294:2, 294:3, 304:9, 337:12, 337:24, 338:17

**IDALS'** [1] - 293:20

**idea** [1] - 197:19

**ideal** [1] - 299:14

**ideally** [1] - 299:16

**identical** [1] - 319:21

**identified** [9] - 144:1, 214:21, 215:9, 215:11, 216:3, 216:7, 216:20, 258:24

**identify** [2] - 123:11, 236:15

**ignorance** [1] - 203:7

**Illinois** [4] - 271:3, 273:24, 274:12, 330:6

**image** [2] - 275:7, 275:13

**images** [1] - 275:3

**imagine** [1] - 197:12

**immediate** [2] - 236:3

**immediately** [6] - 279:22, 285:14, 286:1, 289:22, 291:16, 291:22

**immobilize** [1] - 177:3

**immune** [1] - 156:12

**impacted** [1] - 296:6

**impeachment** [3] - 263:23, 304:17, 304:21

**implanting** [1] - 196:1

**implications** [1] - 123:12

**import** [1] - 128:2

**important** [13] - 148:4, 149:8, 149:11, 165:3, 176:13, 176:17, 177:11, 227:13, 239:4, 256:2, 258:19, 295:18, 333:7

**impossible** [4] - 145:25, 174:14, 175:21, 176:19

**impoverished** [1] - 182:5

**impression** [2] - 243:23, 283:13

**improper** [7] - 149:7, 150:4, 176:2, 176:4, 176:11, 263:22, 304:16

**improve** [2] - 253:24, 260:5

**improved** [3] - 240:7, 296:4, 299:8

**Improvement** [1] - 311:10

**improvements** [2] - 216:23, 239:20

**inadequate** [4] - 134:17, 134:19, 169:15, 170:11

**inappropriate** [1] - 132:1

**incentive** [3] - 169:14, 169:18, 170:9

**inches** [2] - 229:19, 229:20

**incident** [1] - 231:22

**inclination** [1] - 232:8

**include** [3] - 129:5, 143:14, 176:22

**included** [3] - 143:15, 200:19, 237:16

**includes** [2] - 156:22, 179:19, 234:14

**including** [4] - 134:16, 267:20, 297:5, 332:13

**incomplete** [3] - 145:6, 145:10, 145:17

**incorrect** [1] - 215:14

**increase** [1] - 164:14

**increases** [4] - 156:12, 156:13, 164:17, 164:18

**incredulous** [1] - 233:17

**indeed** [8] - 126:13, 132:8, 137:10, 152:5, 163:14, 185:24, 192:5, 224:17

**indicate** [1] - 269:18

**indicated** [11] - 141:6, 153:10, 157:10, 188:3, 188:24, 195:18, 249:14, 261:11, 301:20, 302:20, 329:5

**indication** [3] - 249:20, 253:1, 338:17

**indicative** [1] - 200:3

**indirect** [1] - 186:20

**indirectly** [1] - 120:19

**individual** [3] - 153:10, 255:15, 255:18

**individually** [1] - 223:12

**indoor** [3] - 163:3, 163:9, 166:24

**indoors** [1] - 344:21

**induced** [2] - 185:25, 186:1

**infant** [1] - 200:8

**infants** [1] - 122:12

**infectious** [1] - 149:12

**influence** [1] - 204:14

**influenced** [1] - 178:9

**inform** [2] - 205:7, 307:23

**information** [22] - 125:11, 142:16, 145:18, 146:15, 146:17, 146:19, 146:21, 178:2, 213:14, 213:16, 213:18, 214:15, 215:19, 215:22, 216:23, 238:21, 257:6, 258:11, 290:22, 294:16, 296:11, 303:22

**Information** [4] - 213:7, 213:11, 213:19, 213:22

**informs** [2] - 178:2, 179:25

**infractions** [2] - 216:18, 258:24

**infrared** [1] - 133:23

**inhumane** [1] - 150:17

**inimical** [2] - 167:8, 187:3

**initial** [1] - 309:20

**initiated** [1] - 190:7

**injure** [1] - 321:4

**injured** [1] - 252:13

**injury** [12] - 156:10, 164:13, 168:24, 174:2, 174:9, 175:25, 176:7, 251:17, 251:23, 253:10, 253:14, 256:14

**insects** [1] - 167:24

**insemination** [1] - 310:24

**insensitive** [1] - 161:14

**inside** [9] - 166:24, 288:1, 292:14, 292:17, 293:22, 322:2, 328:11, 346:5, 346:6

**insides** [1] - 163:2

**insist** [1] - 175:6

**insofar** [2] - 163:22, 182:12

**inspect** [3] - 134:12, 294:6, 304:9

**inspected** [3] - 168:2, 198:13, 198:18

**Inspection** [2] - 238:11, 266:12

**inspection** [24] - 161:22, 162:2, 164:25, 177:24, 198:25, 199:4, 200:18, 214:13, 214:21, 215:2, 215:5, 216:10, 231:17, 247:22, 249:6, 250:7, 251:4, 251:16, 258:10, 261:24, 294:1, 296:3, 297:1

**inspections** [8] - 132:8, 198:16, 201:17, 214:17, 215:12, 254:17, 258:11, 337:21

**inspector** [10] - 179:6, 198:14, 215:16, 258:14,

**inspectors** [15] - 178:12, 198:23, 214:18, 215:11, 216:4, 216:8, 216:12, 216:19, 216:21, 254:15, 254:23, 258:12, 258:25, 259:3, 337:12

**inspects** [1] - 198:20

**instance** [4] - 197:20, 327:8, 331:10, 334:20

**instilled** [1] - 256:7

**Institute** [1] - 121:23

**Institutes** [1] - 131:2

**institution** [3] - 127:3, 135:2, 205:8

**institutional** [2] - 130:20, 130:23

**Institutional** [4] - 120:18, 120:22, 130:11, 131:6

**institutions** [5] - 128:11, 137:2, 137:12, 141:15, 188:14

**insurance** [1] - 270:24

**intake** [1] - 195:12

**intended** [1] - 259:22

**intending** [1] - 224:8

**intends** [1] - 131:17

**intensive** [2] - 122:16, 190:18

**interact** [6] - 166:6, 166:7, 192:9, 194:4, 210:22, 259:20

**interaction** [3] - 131:21, 194:18, 278:11

**interest** [3] - 210:8, 245:15, 255:4

**interested** [2] - 186:6, 214:11

**interesting** [2] - 197:21, 227:20

**interests** [1] - 123:25

**interferes** [1] - 163:22

**intergenerational** [1] - 211:8

**interim** [2] - 129:25, 247:15

**interior** [3] - 324:14, 330:19, 330:22

**internal** [1] - 326:9

**international** [1] - 181:13

**International** [1] - 121:11

**Interrogatory** [1] - 263:20

**interrupt** [3] - 127:7, 204:18, 277:25

**interstate** [1] - 328:6

**interval** [1] - 129:23

**intimated** [3] - 139:20, 187:21, 192:3

**introduced** [2] - 154:2, 154:4

**introducing** [1] - 154:7

**intrusive** [2] - 195:23, 195:24

Case 6:14-cv-02034-JSS   Document 42   Filed 10/30/15   Page 76 of 94

COURT REPORTERS, 319-364-6139, DONNA-REPORTER@msn.com
to purchase a complete copy of the transcript.

**invasive** [1] - 196:4
**inventory** [1] - 214:19
**investigator** [1] - 132:18
**investigators** [4] - 132:11, 133:6, 143:3, 147:24
**involved** [5] - 122:11, 142:17, 255:12, 262:2, 325:13
**involvement** [3] - 133:16, 134:7, 248:16
**involves** [2] - 134:14, 150:3
**Iowa** [36] - 116:6, 116:15, 189:11, 189:14, 197:24, 206:18, 207:7, 208:20, 211:24, 233:18, 233:22, 234:6, 234:22, 246:1, 247:25, 265:9, 266:23, 267:7, 267:19, 267:21, 270:20, 272:13, 272:15, 273:3, 292:15, 293:2, 293:20, 294:23, 300:5, 310:11, 311:19, 328:11, 328:16, 330:7, 337:2, 338:20
**Iowa's** [1] - 228:2
**irrelevant** [3] - 180:4, 180:23, 193:21
**irrespective** [1] - 185:11
**irritated** [2] - 245:2, 245:3
**Island** [1] - 130:4
**isolated** [6] - 140:10, 154:17, 155:18, 157:6, 185:16, 296:18
**isolating** [1] - 177:8
**isolation** [19] - 140:7, 140:22, 154:6, 154:13, 154:20, 155:22, 157:2, 157:5, 157:17, 157:18, 176:11, 179:16, 187:9, 187:11, 196:16, 197:13, 201:13, 201:14, 201:15
**issue** [4] - 182:20, 182:23, 269:6, 272:15
**issues** [11] - 134:22, 141:12, 141:13, 169:4, 212:24, 248:10, 269:16, 274:24, 297:9, 297:11, 314:16
**issuing** [1] - 262:10
**itching** [1] - 279:12
**items** [1] - 236:15
**itself** [14] - 122:24, 148:11, 148:17, 174:6, 204:15, 227:6, 246:23, 248:21, 251:22, 301:6, 320:9, 321:5, 324:10, 339:21
**Ivan** [1] - 338:4

**J**

**JEFFREY** [1] - 116:8

**JESSICA** [1] - 116:8
**job** [4] - 134:11, 207:17, 271:8, 311:8
**jobs** [1] - 206:25
**John** [4] - 117:21, 294:10, 294:21, 308:9
**joining** [1] - 118:18
**jointly** [1] - 269:10
**journals** [1] - 125:21
**judge** [1] - 301:20
**judgment** [4] - 177:7, 180:2, 180:17, 203:6
**July** [12] - 148:22, 212:16, 239:23, 240:9, 242:20, 244:19, 244:23, 264:18, 264:21, 264:24, 317:5
**jumbling** [1] - 233:24
**June** [22] - 212:15, 212:17, 217:19, 221:10, 221:13, 221:14, 223:23, 225:21, 231:16, 231:19, 235:20, 236:21, 237:8, 242:20, 246:14, 250:1, 250:20, 264:17, 276:8, 276:11, 277:5, 301:21
**justify** [1] - 177:6

**K**

**Kalona** [3] - 328:22, 328:23, 328:25
**Kamarah** [4] - 290:17, 290:20, 290:25, 291:14
**Kamholz** [1] - 326:25
**Keel** [1] - 315:14
**keep** [20] - 151:7, 162:16, 176:19, 176:25, 183:21, 187:5, 196:4, 196:21, 200:23, 201:7, 202:20, 251:3, 252:19, 257:8, 298:10, 313:9, 313:16, 323:15, 327:16, 332:25
**keeping** [2] - 255:9, 316:1
**kennel** [1] - 324:16
**kept** [7] - 150:6, 150:14, 150:15, 185:10, 187:2, 201:12, 316:24
**kid** [3] - 210:2, 210:25, 312:22
**kids** [10] - 210:23, 210:24, 232:1, 232:5, 257:15, 331:21, 334:13, 334:23, 335:1
**killed** [1] - 315:15
**kilos** [1] - 184:3
**kin** [1] - 156:23
**kind** [88] - 118:14, 120:2, 124:1, 125:10, 139:3, 139:4, 144:7, 144:16, 151:7, 152:3, 156:5, 156:9, 157:13, 159:16, 159:17, 161:5, 165:13, 165:19, 166:16, 168:22, 177:7,

181:6, 196:18, 198:7, 206:4, 208:7, 208:21, 217:11, 218:3, 218:9, 220:1, 220:9, 220:10, 222:13, 226:4, 226:6, 226:15, 226:23, 228:9, 232:6, 232:15, 232:16, 233:3, 233:16, 233:21, 241:8, 241:10, 241:12, 243:3, 246:7, 246:10, 247:6, 252:7, 253:5, 258:5, 259:1, 259:24, 270:4, 272:3, 278:18, 278:20, 279:11, 283:18, 284:20, 284:23, 289:4, 294:3, 294:4, 296:2, 309:24, 314:7, 314:15, 317:1, 318:14, 318:20, 329:18, 332:7, 333:7, 335:1, 335:22, 341:6, 342:14, 342:16, 344:10, 344:24, 346:1, 346:8
**kinds** [23] - 121:19, 144:7, 145:20, 149:6, 150:11, 152:9, 154:24, 155:25, 164:15, 165:4, 166:18, 167:24, 188:1, 193:2, 241:11, 271:6, 316:23, 325:21, 332:1, 344:9, 345:3, 346:2, 346:7
**Kingery** [1] - 116:14
**Kirkwood** [1] - 310:25
**Kirundi** [1] - 190:17
**kitty** [1] - 323:7
**KLOPFER** [1] - 118:9
**Klopfer** [99] - 117:4, 117:22, 118:4, 118:18, 119:4, 119:20, 120:15, 120:23, 121:18, 123:16, 124:6, 124:9, 124:25, 125:20, 126:3, 126:15, 126:25, 127:7, 127:9, 128:17, 129:3, 130:10, 131:8, 132:15, 133:17, 134:8, 134:13, 135:19, 136:3, 136:13, 137:1, 137:7, 137:23, 138:3, 139:9, 139:16, 140:23, 141:2, 141:24, 142:2, 142:18, 144:17, 144:23, 145:4, 146:2, 146:10, 147:4, 148:5, 148:20, 149:2, 149:19, 150:21, 151:17, 155:21, 156:4, 156:8, 157:1, 158:6, 158:12, 158:15, 158:20, 160:4, 161:6, 161:20, 161:21, 162:12, 164:10, 164:24, 166:21, 167:16, 168:1, 168:8, 169:10, 169:23, 170:18, 172:16, 173:3, 173:19, 174:7, 175:15, 175:23, 176:16, 177:23, 179:2, 180:14, 180:24, 181:19, 182:7,

182:16, 183:10, 186:13, 199:16, 201:16, 202:10, 203:10, 203:13, 205:5, 223:1, 344:25
**Klopfer's** [1] - 159:8
**knowing** [6] - 144:5, 200:7, 200:9, 272:4, 295:23, 298:8
**knowledge** [14] - 155:21, 171:21, 173:24, 180:14, 180:25, 182:8, 277:16, 280:24, 281:1, 299:18, 320:3, 322:4, 333:18, 336:6
**known** [2] - 167:5, 335:9
**knows** [2] - 161:18, 343:14
**Kondo** [1] - 148:20
**Kopecky** [1] - 116:14
**Kramer** [1] - 249:1
**Kris** [5] - 276:17, 276:19, 293:19, 306:2, 306:5
**KUEHL** [1] - 206:1
**Kuehl** [15] - 117:6, 117:18, 117:19, 205:19, 206:12, 206:16, 212:3, 224:16, 225:15, 274:22, 275:25, 276:19, 306:5, 308:9, 308:11

**L**

**lab** [8] - 119:14, 132:22, 132:23, 139:12, 188:15, 188:18, 188:22, 196:10
**laboratories** [1] - 199:9
**laboratory** [2] - 132:8, 207:2
**Laboratory** [1] - 131:11
**labs** [2] - 132:11, 134:12
**lack** [9] - 123:7, 135:24, 175:24, 176:5, 244:12, 275:15, 292:4, 299:4, 299:5
**lacking** [1] - 169:18
**lacks** [1] - 141:7
**lactations** [1] - 313:15
**lag** [1] - 216:9
**laid** [1] - 228:8
**land** [4] - 338:22, 339:6, 339:8, 339:18
**Land** [2] - 234:7, 234:23
**landfill** [1] - 339:17
**lane** [5] - 230:4, 230:6, 230:8, 231:4, 231:5
**languish** [1] - 243:6
**large** [16] - 151:24, 152:6, 152:16, 155:2, 157:7, 157:23, 167:20, 177:6, 189:5, 191:15, 200:13, 241:5, 241:8, 248:17, 326:13, 332:25
**largely** [2] - 142:24, 190:6
**larger** [6] - 128:24, 153:12, 184:6, 204:23,

Case 6:14-cv-02034-JSS   Document 72   Filed 10/30/15   Page 77 of 94

Computer Transcription of www.escribers.net
to purchase a complete copy of the transcript.

222:3, 328:13
**LARRY** [1] - 116:14
**last** [12] - 122:15, 184:2, 209:18, 213:5, 245:19, 245:23, 254:1, 273:1, 296:7, 300:12, 307:24, 326:8
**late** [1] - 147:16
**laughing** [1] - 232:6
**law** [4] - 181:13, 295:1, 295:21, 327:17
**Law** [1] - 116:11
**lawsuit** [8] - 255:12, 255:15, 257:4, 257:7, 262:2, 262:8, 262:9, 269:19
**lawyers** [1] - 172:20
**lay** [3] - 275:18, 318:22, 318:25
**laying** [6] - 251:10, 251:11, 275:4, 275:6, 312:14, 323:10
**lead** [1] - 191:2
**leading** [2] - 135:5, 257:20
**leads** [1] - 160:19
**leafy** [1] - 222:14
**leaking** [1] - 287:19
**learn** [6] - 165:25, 166:1, 228:24, 254:14, 331:21, 332:8
**learned** [8] - 211:9, 212:2, 212:9, 212:11, 213:11, 278:16, 290:20, 312:23
**learning** [3] - 211:8, 211:23, 257:6
**least** [5] - 152:14, 155:16, 171:10, 306:16, 327:5
**leave** [7] - 172:15, 220:18, 233:11, 281:12, 283:15, 308:18, 314:5
**leaves** [2] - 152:8, 345:5
**leaving** [1] - 243:23, 303:12
**LeClere** [2] - 294:20, 294:21
**lecture** [1] - 189:22
**lectured** [1] - 189:22
**lectures** [1] - 119:16
**led** [3] - 158:6, 175:15, 187:17
**left** [11] - 218:24, 230:13, 233:12, 233:14, 279:2, 281:15, 281:22, 286:5, 308:6, 331:24, 347:14
**leg** [1] - 176:23
**Legal** [4] - 116:8, 195:16, 262:13, 273:15
**lemur** [88] - 120:6, 122:15, 122:17, 126:10, 126:20, 126:21, 127:4, 127:9, 127:10, 127:13, 128:13, 128:14, 128:23, 130:7, 137:17, 137:18, 139:25, 140:6, 140:21, 141:8, 141:11, 141:16, 142:14,

145:3, 145:5, 147:5, 148:20, 149:14, 153:15, 156:10, 157:2, 160:17, 160:24, 161:2, 163:14, 163:20, 164:5, 164:7, 165:18, 165:23, 166:8, 166:11, 166:12, 166:14, 167:5, 167:18, 168:7, 168:10, 168:16, 170:3, 170:7, 170:12, 170:16, 171:4, 171:17, 174:17, 175:9, 178:14, 181:20, 183:13, 183:18, 183:25, 184:10, 184:14, 187:5, 190:24, 194:13, 194:17, 196:19, 198:7, 199:7, 199:16, 200:1, 202:10, 202:11, 203:25, 219:21, 219:23, 220:1, 220:4, 230:21, 230:22, 230:23, 330:16, 331:9, 345:9, 345:19
**Lemur** [17] - 117:17, 119:18, 120:10, 126:9, 127:1, 128:10, 129:12, 137:17, 139:25, 140:1, 165:19, 166:4, 167:9, 167:14, 167:16, 187:1
**lemur's** [1] - 170:2
**lemurs** [194] - 118:21, 121:9, 121:16, 122:8, 122:9, 124:3, 126:4, 126:19, 128:3, 128:16, 129:12, 129:14, 130:1, 133:9, 134:17, 134:18, 137:5, 137:6, 137:9, 137:12, 138:4, 138:5, 138:10, 138:25, 139:19, 139:24, 140:17, 140:18, 140:24, 141:3, 142:21, 143:13, 144:18, 145:24, 146:22, 146:24, 147:8, 147:9, 147:11, 149:15, 149:18, 150:1, 150:2, 150:11, 151:13, 151:20, 151:23, 152:12, 153:23, 155:6, 155:7, 155:9, 155:11, 155:15, 155:16, 157:15, 158:8, 158:16, 164:8, 164:21, 165:3, 165:4, 165:20, 166:3, 168:17, 170:19, 171:3, 171:6, 171:9, 171:11, 171:19, 171:23, 173:23, 174:2, 174:8, 175:8, 175:16, 176:14, 176:17, 176:23, 177:18, 178:1, 178:2, 178:4, 178:7, 178:19, 178:20, 179:17, 180:1, 180:3, 180:10, 180:12, 180:19, 181:3, 181:7, 181:10, 181:24, 182:11, 182:12, 182:18, 183:18, 185:10, 185:13, 185:16, 185:19, 185:22,

186:3, 186:7, 186:8, 187:6, 187:20, 187:21, 187:24, 188:1, 188:4, 188:7, 188:9, 188:11, 189:8, 190:3, 190:10, 190:20, 190:21, 191:2, 191:5, 191:7, 191:15, 191:22, 192:15, 192:16, 192:22, 193:3, 193:5, 193:6, 193:11, 193:19, 194:14, 194:15, 194:25, 195:6, 195:8, 195:22, 195:24, 196:11, 196:19, 196:25, 197:1, 197:2, 197:4, 197:19, 197:23, 198:2, 198:4, 198:6, 198:18, 199:9, 200:8, 200:24, 201:4, 201:8, 202:14, 202:17, 203:9, 203:15, 204:6, 204:9, 219:9, 219:11, 219:13, 220:12, 221:11, 221:15, 222:1, 222:4, 222:19, 259:15, 283:11, 299:2, 299:3, 304:3, 327:8, 331:1, 333:10, 344:14, 344:16, 345:4, 345:6, 345:8, 345:25, 346:1
**lemurs'** [3] - 156:5, 156:18, 164:3
**length** [2] - 216:20, 343:15
**less** [4] - 149:4, 151:11, 186:9, 190:15
**lessen** [1] - 201:13
**lesser** [1] - 122:5
**letter** [24] - 234:6, 234:8, 235:20, 235:23, 235:24, 236:1, 236:11, 237:7, 237:12, 237:15, 237:17, 238:16, 239:17, 242:20, 244:19, 244:24, 245:1, 245:4, 245:10, 246:6, 246:11, 254:3, 266:10, 305:19
**Letters** [1] - 117:19
**letters** [5] - 238:2, 238:3, 240:8, 267:13, 305:15
**letting** [1] - 334:7
**level** [3] - 151:3, 273:9, 300:10
**levels** [5] - 140:11, 155:24, 161:14, 169:19, 186:18
**liable** [1] - 149:22
**license** [6] - 262:10, 316:7, 316:10, 316:11, 316:13, 329:2
**licensed** [5] - 214:14, 274:9, 294:3, 329:1, 329:3
**licensee** [3] - 179:19, 179:24, 327:11
**licensees** [1] - 258:13
**licenses** [1] - 120:14
**lick** [1] - 325:16
**lie** [1] - 252:7

**life** [20] - 118:24, 119:25, 165:16, 183:15, 183:17, 183:23, 209:14, 218:6, 228:14, 256:9, 259:21, 259:22, 270:24, 272:9, 296:24, 310:13, 310:14, 317:12
**lifetimes** [1] - 152:15
**lighter** [1] - 184:15
**likelihood** [7] - 156:10, 156:13, 164:13, 168:24, 174:2, 174:9, 176:6
**likely** [4] - 155:17, 164:11, 187:10, 290:24
**limited** [4] - 139:5, 202:15, 294:18, 304:20
**limits** [1] - 330:25
**Lincoln** [1] - 210:1
**line** [6] - 130:24, 302:4, 302:5, 304:22, 305:6, 328:3
**lines** [2] - 328:9, 329:7
**link** [1] - 324:15
**lion** [23] - 232:2, 232:3, 232:4, 232:18, 246:22, 259:21, 261:15, 261:19, 261:21, 261:22, 289:17, 289:22, 289:23, 289:24, 290:2, 290:18, 290:20, 291:1, 291:2, 291:7, 291:17, 291:20
**lions** [4] - 269:3, 289:16, 299:4, 329:25
**liquid** [1] - 341:19
**Lisa** [16] - 212:3, 274:22, 275:25, 276:1, 276:7, 276:17, 276:19, 293:19, 296:2, 302:11, 306:2, 306:4, 306:5, 306:22, 308:9, 308:11
**list** [2] - 126:2, 225:16
**listening** [1] - 298:9
**litany** [1] - 236:15
**literature** [2] - 171:4, 326:13
**live** [19] - 130:1, 138:10, 139:25, 140:1, 155:3, 165:15, 183:19, 183:23, 206:17, 206:18, 222:22, 270:19, 270:20, 297:22, 309:22, 310:2, 323:10
**lived** [2] - 148:1, 310:11
**lives** [5] - 140:6, 150:25, 191:3, 253:25, 259:17
**livestock** [4] - 208:12, 208:22, 272:12, 312:13
**living** [10] - 150:1, 150:6, 150:25, 151:13, 176:19, 210:12, 217:4, 253:25, 259:16, 298:8
**lizards** [1] - 334:25
**llama** [3] - 316:5, 316:6, 316:16
**llamas** [2] - 289:9, 289:11
**LLP** [1] - 116:15

Case 6:14-cv-02034-JSS    Document 42   Filed 10/30/15   Page 78 of 94

CRL RESOURCES 319-365-3161 or cefford@crli.com
to purchase a complete copy of the transcript.

**local** [4] - 211:25, 248:7, 339:10, 340:5
**location** [7] - 299:11, 299:12, 310:7, 310:15, 337:10, 337:13, 337:16
**locations** [1] - 328:16
**locked** [2] - 151:5, 157:8
**log** [6] - 160:11, 219:25, 226:3, 229:8, 252:7, 318:10
**logs** [2] - 243:18, 318:11
**long-standing** [1] - 262:11
**long-stemmed** [2] - 343:6, 343:7
**look** [48] - 124:20, 137:11, 140:13, 146:12, 148:14, 148:19, 187:17, 219:15, 224:16, 225:19, 228:25, 229:25, 230:22, 234:13, 235:17, 236:10, 237:5, 237:11, 237:13, 238:8, 242:6, 242:16, 245:17, 250:17, 251:24, 259:4, 275:10, 275:11, 288:3, 292:2, 295:3, 298:18, 303:8, 303:18, 303:20, 304:3, 304:6, 304:24, 317:17, 318:6, 323:23, 331:9, 335:25, 336:1, 340:9, 343:23
**looked** [12] - 133:13, 180:21, 184:2, 229:12, 230:13, 275:3, 275:6, 275:12, 283:7, 286:15, 287:16, 289:17
**looking** [24] - 145:2, 160:16, 160:17, 178:20, 180:18, 227:10, 227:21, 228:11, 231:23, 241:9, 241:10, 243:9, 275:13, 279:13, 279:18, 285:1, 292:6, 297:18, 303:4, 320:21, 323:20, 324:6, 324:12, 333:23
**looks** [14] - 160:24, 226:6, 226:8, 226:9, 226:13, 230:3, 241:6, 241:10, 251:11, 264:17, 320:10, 324:7, 336:3, 347:17
**lorises** [1] - 121:16
**lose** [6] - 148:1, 190:14, 190:24, 199:21, 313:6, 323:12
**losing** [1] - 200:4
**loss** [1] - 258:3
**lost** [2] - 199:23, 247:13
**loud** [1] - 231:25
**Louis** [2] - 209:25
**love** [4] - 245:16, 271:16, 345:1, 345:3
**low** [2] - 122:25, 185:24
**lower** [3] - 123:18, 162:18, 317:19
**Lucy** [4] - 153:25, 183:13,

183:14, 345:9
**lumped** [1] - 144:6
**lunch** [2] - 220:17, 220:20
**lying** [3] - 225:25, 271:17, 318:8

# M

**ma'am** [3] - 205:23, 269:23, 309:6
**macaques** [2] - 186:11, 187:17
**Madagascar** [13] - 126:5, 126:6, 126:8, 127:14, 127:21, 128:2, 128:12, 129:17, 130:2, 130:3, 155:1, 181:12, 181:22
**Madison** [3] - 188:16, 188:18, 327:1
**Magazine** [1] - 125:24
**magnificence** [1] - 227:9
**magnificent** [1] - 227:6
**magnified** [1] - 256:15
**main** [7] - 196:17, 230:5, 230:17, 231:22, 319:9, 319:12, 342:17
**maintain** [2] - 123:23, 180:12
**maintaining** [1] - 128:20
**makeup** [1] - 164:2
**male** [4] - 184:4, 191:2, 191:5, 333:2
**males** [2] - 191:8, 191:12
**mammals** [3] - 171:13, 316:23, 325:25
**manage** [1] - 207:23
**manager** [1] - 207:23
**managing** [2] - 182:9, 182:13
**Manchester** [9] - 240:18, 245:5, 245:7, 248:23, 263:17, 306:7, 309:23, 310:2, 315:24
**manifestations** [1] - 292:9
**manner** [2] - 182:9, 259:18
**Manual** [2] - 142:3, 142:5
**manufacturing** [1] - 313:25
**manure** [1] - 218:4
**Maquoketa** [1] - 310:18
**March** [2] - 212:5, 256:14
**market** [1] - 209:1
**marketing** [2] - 207:5, 207:6
**married** [2] - 310:9, 312:1
**Maruitius** [1] - 130:8
**matchstick** [1] - 344:19
**material** [2] - 137:19, 242:1
**materially** [1] - 204:21
**materials** [2] - 140:23, 141:4, 142:19, 142:22,

148:23, 175:15, 177:25
**maternal** [2] - 122:10, 326:5
**matted** [2] - 284:2, 284:5
**matter** [7] - 163:12, 173:3, 174:11, 184:4, 206:19, 256:13, 268:24
**matters** [2] - 163:13, 172:6
**mature** [2] - 202:14, 202:18
**maturity** [1] - 202:21
**Mauritius** [1] - 130:5
**maximum** [1] - 183:15
**Mayo** [1] - 307:25
**mayor** [2] - 248:23, 263:17
**Mayor** [1] - 249:1
**mea** [1] - 203:6
**mean** [47] - 126:7, 135:25, 136:6, 136:20, 137:12, 139:7, 139:11, 139:19, 140:8, 140:14, 147:5, 147:15, 147:25, 149:5, 149:7, 149:24, 150:25, 153:2, 154:8, 155:23, 157:4, 160:16, 160:17, 160:21, 161:10, 161:11, 166:10, 166:16, 168:12, 169:3, 169:12, 169:20, 174:13, 180:5, 182:20, 187:8, 194:16, 194:19, 199:19, 204:18, 206:8, 222:8, 226:17, 258:25, 282:12, 335:21, 336:25
**meaning** [3] - 136:15, 136:17, 154:15
**means** [6] - 123:1, 159:2, 169:13, 169:14, 257:23, 257:25, 290:22, 343:1
**meantime** [2] - 247:19, 247:20
**measure** [1] - 205:10
**measured** [1] - 311:16
**meat** [4] - 340:18, 340:21, 341:1, 342:25
**meats** [1] - 340:23
**mechanism** [1] - 123:5
**mechanisms** [1] - 122:11
**medical** [5] - 123:12, 141:12, 174:5, 174:12, 187:11
**medium** [1] - 169:2
**meet** [8] - 128:21, 185:8, 185:9, 293:19, 297:19, 306:6, 306:7, 311:24
**meeting** [9] - 156:18, 158:7, 267:12, 289:6, 293:21, 297:25, 304:10, 306:24, 307:2
**meets** [1] - 131:14
**Meishan** [3] - 286:18, 322:24, 323:3
**Meishans** [2] - 322:18, 322:20

**member** [10] - 120:23, 132:6, 195:15, 216:2, 255:16, 262:13, 273:15, 326:6, 326:7, 326:10
**members** [1] - 238:14
**membership** [1] - 326:21
**memories** [1] - 300:13
**memory** [3] - 164:25, 263:25, 304:21
**mend** [1] - 271:11
**mental** [5] - 151:1, 244:11, 291:24, 292:10, 292:14
**Mental** [1] - 121:23
**mention** [1] - 181:19
**mentioned** [36] - 120:4, 129:16, 130:10, 135:19, 144:18, 162:23, 164:24, 167:11, 167:21, 168:19, 170:18, 195:5, 200:17, 200:23, 210:3, 219:22, 234:15, 251:16, 262:16, 262:23, 263:15, 263:16, 263:17, 264:10, 265:1, 280:16, 282:5, 288:16, 294:11, 298:3, 312:3, 313:1, 320:11, 320:20, 343:19, 343:20
**mentors** [1] - 325:9
**merited** [1] - 236:6
**mess** [1] - 230:19
**message** [2] - 253:5, 257:14
**met** [9] - 132:4, 156:19, 263:8, 264:23, 265:2, 266:23, 297:21, 306:8, 325:19
**metal** [6] - 226:3, 241:7, 243:12, 243:13, 251:14, 251:15
**microphone** [6] - 118:14, 119:9, 206:5, 270:5, 309:12, 309:25
**mid** [3] - 217:22, 313:5, 321:7
**mid-afternoon** [1] - 217:22
**mid-eighties** [1] - 313:5
**mid-nineties** [1] - 321:7
**middle** [2] - 309:20, 324:4
**might** [37] - 118:23, 124:3, 133:24, 134:23, 136:4, 136:6, 136:9, 136:11, 136:20, 136:24, 137:25, 139:1, 147:5, 149:12, 149:21, 150:7, 150:19, 151:22, 154:7, 163:9, 168:21, 173:23, 176:22, 180:1, 194:16, 204:14, 227:17, 248:14, 259:25, 262:17, 268:24, 315:22, 317:23, 326:21, 327:18, 335:6
**mile** [1] - 310:3
**mile-and-a-half** [1] - 310:3

CONDENSED CCR/3191 of the www.huseby.com
to purchase a complete copy of the transcript.

**milk** [9] - 313:17, 313:21, 313:23, 313:24, 314:6, 314:14, 325:24, 326:5, 341:10
**Milk** [1] - 313:22
**milking** [3] - 313:12, 313:13, 314:4
**mill** [5] - 272:15, 272:19, 272:22, 273:2, 274:24
**Miller** [1] - 273:24
**million** [1] - 121:15
**Milt** [1] - 249:1
**mind** [17] - 121:1, 121:21, 150:7, 187:17, 192:15, 217:6, 218:1, 220:9, 225:12, 225:13, 233:24, 235:25, 245:3, 255:21, 257:10, 281:15, 294:15
**Mindi** [3] - 276:18, 306:2, 306:5
**mine** [1] - 337:1
**mineral** [1] - 344:12
**minimal** [3] - 158:1, 158:2, 158:7
**minimally** [3] - 137:25, 140:2, 151:8
**minimum** [1] - 185:19
**minute** [6] - 123:2, 131:4, 260:7, 268:21, 307:24, 334:17
**minutes** [9] - 171:25, 208:17, 219:8, 220:15, 220:20, 227:23, 245:8, 290:5, 321:23
**Miraj** [1] - 325:20
**miserable** [5] - 150:25, 237:20, 237:21, 243:14, 296:24
**miss** [1] - 342:18
**Missouri** [1] - 344:19
**misspoke** [1] - 262:18
**mistake** [2] - 151:9, 202:22
**misuse** [1] - 130:24
**mitigate** [1] - 197:15
**mitigated** [1] - 193:15
**mitigates** [1] - 157:5
**mitigating** [2] - 157:15, 194:5
**mitigation** [3] - 157:17, 158:2, 201:3
**mixed** [4] - 166:3, 339:14, 342:23, 343:3
**mixture** [1] - 344:24
**mobile** [2] - 317:1, 332:2
**modified** [1] - 131:24
**Moines** [2] - 209:24, 338:7
**moist** [1] - 287:16
**mold** [1] - 344:1
**moldy** [2] - 288:1, 343:21
**Moline** [3] - 265:2, 267:5
**mom** [1] - 332:21
**moment** [14] - 128:18, 160:25, 161:15, 179:8,

183:1, 210:25, 211:3, 211:13, 211:14, 211:15, 229:1, 270:7, 288:15, 300:14
**momentary** [2] - 160:18, 161:17
**money** [3] - 277:20, 314:7, 342:6
**monitor** [2] - 254:14, 302:2
**monitored** [1] - 130:25
**monkey** [14] - 152:20, 195:6, 195:8, 195:12, 200:25, 277:22, 278:13, 278:15, 316:23, 326:18, 331:2, 332:25, 344:16, 344:17
**monkeys** [2] - 121:14, 321:8
**month** [4] - 145:3, 307:6, 311:14, 339:21
**monthly** [1] - 131:14
**months** [10] - 123:4, 181:25, 205:6, 236:1, 250:16, 302:7, 302:10, 302:14, 302:18, 306:17
**moot** [1] - 181:14
**mops** [1] - 344:11
**morning** [12] - 118:18, 119:13, 171:24, 206:12, 206:13, 208:16, 208:17, 223:1, 270:16, 346:16, 346:22, 347:22
**mortality** [2] - 190:10, 190:22
**most** [22] - 119:15, 127:13, 142:13, 147:21, 155:16, 186:7, 192:16, 195:24, 196:4, 215:1, 222:20, 241:24, 272:11, 292:5, 300:2, 317:12, 320:12, 325:25, 327:14, 334:11, 341:11
**mostly** [7] - 120:3, 190:23, 271:12, 274:23, 275:12, 315:5, 344:10
**mother** [2] - 122:12, 256:8
**mother's** [1] - 325:24
**mouse** [1] - 190:21
**mouth** [1] - 343:15
**mouths** [1] - 321:9
**move** [8] - 158:1, 164:5, 169:14, 169:18, 170:10, 172:12, 228:6, 327:18
**moved** [3] - 152:7, 323:6, 337:2
**movement** [3] - 139:10, 139:15, 152:4
**moving** [1] - 152:1
**MR** [64] - 118:3, 118:13, 118:17, 125:12, 125:15, 125:19, 135:4, 135:9, 136:8, 158:22, 159:4, 159:8, 159:13, 159:18,

159:23, 172:5, 172:10, 172:12, 172:18, 172:21, 172:24, 173:2, 173:10, 173:16, 173:18, 182:25, 183:4, 183:7, 183:9, 199:12, 199:15, 202:6, 202:9, 203:19, 203:23, 204:24, 205:1, 205:4, 205:11, 205:13, 225:4, 235:6, 257:20, 260:17, 261:6, 268:13, 270:6, 270:11, 293:12, 294:12, 300:20, 300:22, 304:23, 305:4, 307:16, 308:24, 309:4, 309:14, 309:16, 318:1, 346:13, 346:20, 346:24, 347:2
**MS** [44] - 205:18, 205:21, 206:7, 206:9, 206:11, 220:22, 221:3, 221:5, 224:1, 224:6, 224:10, 224:15, 224:24, 225:10, 235:1, 235:14, 260:7, 260:13, 260:15, 260:23, 263:22, 268:15, 268:20, 268:23, 269:2, 269:12, 269:20, 270:13, 270:15, 290:8, 290:10, 294:14, 300:14, 300:17, 304:16, 307:18, 307:22, 308:7, 308:11, 309:2, 346:19, 346:23, 347:5, 347:19
**mud** [5] - 251:12, 275:4, 275:12, 275:15, 287:16
**multiple** [4] - 190:25, 215:12, 244:1, 255:22
**multiplication** [2] - 167:7, 169:3
**multitude** [1] - 279:23
**municipality** [1] - 213:16
**Museum** [1] - 207:9
**museum** [5] - 207:13, 207:15, 207:17, 211:4, 213:13
**must** [4] - 133:14, 202:15, 233:21, 328:6
**musty** [1] - 343:23
**mutually** [1] - 194:3

**N**

**Nahmad** [2] - 336:18, 336:23
**naive** [2] - 272:4, 281:19
**name** [11] - 125:20, 206:14, 206:16, 270:17, 278:5, 278:16, 294:10, 309:17, 316:13, 316:14, 331:12
**named** [2] - 148:20, 271:19
**names** [4] - 127:11, 306:3, 330:5, 331:14
**Nancy** [13] - 117:7,

269:22, 270:16, 270:18, 272:7, 277:25, 278:25, 290:11, 291:13, 297:13, 300:23, 300:25, 304:25
**NANCY** [1] - 270:1
**NASA** [1] - 123:25
**nasty** [1] - 285:11
**Natasha** [1] - 330:6
**National** [3] - 121:23, 125:23, 131:2
**nationwide** [1] - 272:24
**Natural** [1] - 265:10
**natural** [6] - 153:20, 210:11, 210:15, 227:18, 278:23, 335:25
**naturally** [3] - 166:17, 166:18, 210:20
**nature** [3] - 182:4, 222:15, 249:15
**NE** [2] - 116:5, 116:15
**near** [1] - 161:11
**nearby** [1] - 335:6
**neat** [1] - 227:3
**Nebraska** [1] - 189:25
**necessarily** [5] - 149:7, 246:9, 282:20, 303:2, 332:2
**necessary** [7] - 132:20, 133:12, 159:5, 167:1, 167:2, 177:14, 181:7
**necropsies** [3] - 147:9, 147:11, 147:13
**necropsy** [1] - 143:25, 144:5, 145:5, 145:9, 145:19, 147:23, 148:3, 149:8, 173:4, 189:11, 200:11
**need** [32] - 125:11, 129:5, 139:5, 155:18, 158:2, 158:19, 171:7, 171:8, 173:23, 174:25, 181:18, 187:25, 194:22, 196:22, 256:10, 257:11, 259:18, 259:19, 259:20, 259:21, 260:3, 276:16, 280:21, 285:20, 298:12, 298:17, 298:18, 303:2, 326:2, 338:18, 341:13, 346:15
**needed** [11] - 213:17, 249:13, 249:15, 251:18, 271:12, 273:10, 276:17, 280:2, 280:17, 288:18, 314:5
**needing** [1] - 213:14
**needlessly** [1] - 257:11
**needs** [17] - 135:12, 152:21, 156:16, 156:18, 178:11, 186:10, 239:6, 258:14, 258:17, 284:10, 287:24, 289:7, 289:24, 291:19, 297:19, 297:21, 298:1
**neighbor** [1] - 335:8
**neighboring** [1] - 324:19
**Neis** [2] - 238:9, 238:12

CONTACT REALLEGAL PLUS AT 1-800-330-0553 or real@realcom.com
to purchase a complete copy of the transcript.

**nervous** [2] - 232:7, 335:18

**neurohumoral** [2] - 122:10, 190:8

**neutered** [2] - 333:1, 333:3

**never** [33] - 127:14, 139:25, 154:21, 156:23, 166:6, 166:15, 170:16, 174:8, 175:8, 184:20, 192:12, 198:22, 198:23, 199:6, 199:10, 210:12, 227:2, 259:11, 267:12, 268:2, 274:10, 275:21, 275:23, 289:20, 301:8, 301:14, 307:12, 320:7, 321:7

**New** [2] - 128:8, 344:16

**newsletters** [1] - 326:19

**newspaper** [1] - 211:25

**next** [28] - 118:1, 193:20, 205:17, 205:18, 220:11, 239:14, 239:22, 246:12, 252:10, 268:19, 268:20, 279:1, 283:17, 284:1, 284:18, 284:19, 289:8, 291:15, 293:10, 294:17, 295:7, 295:23, 296:1, 307:21, 307:24, 310:4, 318:8, 333:3

**Niabi** [1] - 209:20

**nice** [1] - 341:18

**nine** [3] - 242:8, 320:4, 347:22

**nineties** [1] - 321:7

**nitpicking** [1] - 178:12

**nobody** [4] - 253:1, 253:2, 298:9

**nocturnal** [1] - 165:5

**noise** [2] - 164:1, 232:5

**noises** [1] - 346:3

**noncompliance** [4] - 186:25, 199:7, 199:8, 262:11

**noncompliances** [3] - 186:20, 186:21, 199:4

**none** [6] - 266:20, 281:9, 281:25, 285:6, 299:21, 308:2

**nonetheless** [1] - 181:17

**nonexistent** [2] - 244:15, 247:2

**nonexisting** [1] - 280:1

**nonhuman** [7] - 179:16, 179:22, 185:2, 186:5, 186:15, 187:13, 326:24

**nonprofits** [1] - 272:8

**noon** [1] - 220:15

**noradrenaline** [2] - 155:24, 161:13

**norm** [1] - 244:3

**normal** [19] - 140:12, 140:15, 156:6, 156:22, 156:24, 164:3, 164:4,

164:11, 164:12, 164:14, 165:15, 165:16, 165:20, 168:16, 182:10, 192:13, 193:1, 202:24, 332:22

**normally** [7] - 153:14, 155:3, 166:17, 166:19, 185:23, 328:1, 328:8

**North** [4] - 119:21, 181:20, 189:23, 311:20

**northeast** [1] - 211:24

**Northey** [3] - 247:24, 265:1, 266:23

**nose** [2] - 279:12, 335:10

**note** [3] - 153:5, 258:21, 291:4

**noted** [2] - 249:16, 251:4

**notes** [1] - 190:16

**nothing** [17] - 185:17, 205:11, 205:13, 218:5, 220:3, 227:20, 238:23, 242:25, 243:18, 244:10, 268:11, 268:15, 296:9, 297:7, 298:9, 300:17, 325:3

**notice** [13] - 146:21, 158:9, 165:9, 215:5, 219:21, 219:23, 226:11, 229:5, 241:23, 242:12, 281:23, 283:11, 318:23

**noticeable** [1] - 231:20

**noticed** [10] - 215:7, 215:9, 215:14, 229:11, 278:13, 279:10, 284:25, 287:11, 287:12, 287:25

**notified** [1] - 323:8

**notion** [1] - 307:14

**notions** [2] - 276:25, 307:8

**November** [7] - 265:9, 265:13, 265:17, 265:20, 265:23, 266:1, 323:18

**number** [18] - 125:9, 127:4, 137:4, 162:5, 181:6, 190:16, 198:6, 202:16, 215:8, 216:18, 264:6, 264:7, 267:16, 295:11, 313:10, 315:10, 320:4, 322:6

**numbered** [1] - 223:12

**numbers** [3] - 124:18, 162:18, 317:18

**numerous** [5] - 138:15, 215:7, 250:6, 266:15, 325:8

**nurse** [1] - 325:14

**nursery** [1] - 335:8

**nursing** [1] - 332:7

**nutrition** [3] - 201:2, 301:5, 320:19

**nutritional** [1] - 301:8

**nutritionist** [2] - 325:18, 343:9

**nuts** [1] - 346:7

**O**

**o'clock** [5] - 119:14, 220:16, 308:18, 332:21, 347:22

**Oasis** [1] - 344:7

**oath** [1] - 172:3

**Obi** [10] - 179:5, 179:20, 278:16, 296:12, 296:21, 332:13, 332:16, 332:18, 333:3, 333:8

**object** [6] - 135:5, 235:6, 260:24, 304:16, 318:9, 319:14

**objection** [17] - 125:14, 125:15, 159:12, 159:16, 159:22, 173:9, 173:10, 202:6, 225:3, 225:4, 235:5, 257:20, 260:22, 263:22, 293:12, 294:12, 309:1

**objects** [1] - 318:7

**obligate** [1] - 340:25

**obligated** [1] - 253:20

**obligation** [2] - 250:4, 250:5

**observation** [2] - 140:9, 179:19

**observations** [1] - 162:5

**observe** [5] - 282:1, 282:25, 283:1, 283:4, 303:23

**observed** [4] - 170:2, 251:5, 306:14, 333:6

**observer** [1] - 139:8

**observes** [1] - 169:10

**obtain** [4] - 150:12, 181:11, 254:17, 327:13

**obtained** [1] - 215:20

**obtaining** [1] - 181:16

**obvious** [3] - 283:3, 285:8, 289:12

**obviously** [7] - 151:3, 160:21, 282:11, 289:21, 291:10, 291:12, 291:19

**occasion** [1] - 252:17

**occasional** [1] - 119:16

**occasionally** [5] - 127:6, 176:24, 271:11, 335:6, 335:9

**occupation** [3] - 120:11, 270:23, 270:24

**occur** [4] - 140:10, 166:18, 177:14, 186:2

**occurred** [3] - 128:3, 232:24, 296:23

**occurrence** [1] - 144:11

**occurrences** [1] - 255:2

**occurring** [1] - 298:2

**occurs** [1] - 160:12

**October** [2] - 236:23, 347:24

**odd** [1] - 284:20

**odds** [1] - 315:22

**odor** [3] - 217:24, 218:3, 218:5

**offer** [9] - 125:13, 159:16, 159:19, 173:5, 194:16, 224:8, 224:11, 224:25, 260:18

**OFFERED** [1] - 117:15

**offered** [10] - 125:17, 158:23, 159:20, 173:7, 224:2, 225:1, 235:2, 235:3, 260:20, 294:15

**office** [9] - 198:20, 248:3, 277:19, 277:21, 278:19, 279:1, 279:4, 279:6, 335:19

**officer** [1] - 265:24

**officials** [7] - 216:1, 236:4, 239:4, 239:18, 248:6, 248:8, 254:24

**often** [6] - 147:6, 147:7, 147:12, 166:25, 176:23, 177:20, 191:2, 318:11

**Ohio** [2] - 325:7, 330:8

**oils** [1] - 321:11

**old** [22] - 145:3, 147:3, 147:5, 147:6, 147:8, 147:12, 147:16, 148:5, 148:6, 148:10, 148:11, 148:16, 148:24, 183:14, 283:7, 289:23, 291:20, 316:5, 325:15, 332:8, 332:23, 333:20

**older** [1] - 209:10

**olds** [2] - 313:12, 313:15

**olfactorily** [2] - 138:24, 166:14

**olfactory** [7] - 138:12, 163:23, 166:13, 167:11, 168:22, 193:24, 194:19

**once** [9] - 122:3, 142:4, 154:12, 188:12, 197:8, 202:21, 249:1, 293:4, 311:14

**one** [106] - 121:22, 122:3, 124:20, 124:21, 125:16, 128:8, 128:19, 134:13, 136:24, 137:13, 138:15, 139:7, 144:7, 146:25, 147:21, 149:14, 153:24, 154:7, 157:16, 157:22, 162:9, 162:10, 168:5, 169:11, 170:15, 172:6, 172:13, 172:19, 183:1, 188:5, 188:6, 192:17, 192:22, 196:18, 203:25, 205:1, 205:19, 216:22, 220:6, 225:6, 230:3, 233:9, 238:13, 243:12, 245:12, 247:2, 249:8, 249:11, 252:7, 252:10, 253:10, 255:1, 259:13, 262:3, 266:14, 269:14, 270:7, 271:18, 277:6, 279:17, 279:20, 279:23, 280:15, 281:6, 284:8, 285:8,

www.CERTIFIEDRV2319reporters.com/info@certifiedrv.com
to purchase a complete copy of the transcript.

285:23, 285:25, 286:21, 286:25, 290:24, 291:1, 303:2, 303:4, 306:18, 306:24, 307:2, 308:7, 315:16, 318:8, 318:22, 319:19, 319:20, 319:21, 320:13, 320:14, 320:15, 320:17, 321:16, 323:10, 323:13, 323:25, 324:3, 330:19, 331:22, 332:13, 333:16, 336:17, 336:18, 337:15, 340:5, 343:20, 344:10, 345:7

**one-time** [1] - 255:1
**ones** [17] - 128:24, 133:10, 143:12, 143:14, 150:3, 187:19, 210:11, 257:9, 288:12, 288:16, 297:15, 297:17, 320:16, 323:10, 330:8, 336:21
**open** [6] - 152:15, 193:25, 196:5, 251:3, 251:22, 319:11
**opened** [1] - 317:2
**opening** [1] - 317:3
**operating** [1] - 132:22
**operation** [1] - 310:6
**opinion** [28] - 134:25, 138:8, 139:5, 145:20, 147:4, 149:23, 156:17, 170:24, 175:5, 175:9, 178:3, 179:25, 181:2, 191:23, 192:22, 192:24, 193:13, 196:12, 200:10, 200:15, 201:2, 201:6, 204:2, 204:10, 204:12, 204:20, 205:7, 269:5
**opinions** [2] - 142:20, 149:20
**opportunities** [2] - 217:9, 298:12
**opportunity** [4] - 150:15, 153:11, 170:9, 339:14
**opposed** [5] - 126:5, 126:6, 136:21, 145:13, 240:22
**optimal** [1] - 141:14
**orbital** [1] - 138:16
**order** [7] - 185:25, 190:23, 214:16, 215:25, 258:18, 269:17, 347:13
**ordinarily** [2] - 119:1, 170:12
**Oregon** - 116:12
**organ** [1] - 148:12
**organism** [2] - 144:13, 167:8
**organisms** [2] - 167:7, 168:20
**organization** [5] - 121:10, 122:14, 274:6, 274:7, 274:10
**organizations** [7] - 120:24, 121:8, 263:15,

264:6, 264:8, 293:24, 332:1
**organize** [1] - 207:18
**organs** [1] - 148:17
**original** [4] - 175:25, 176:2, 186:12, 321:22
**originally** [2] - 311:19, 330:8
**otherwise** [3] - 191:20, 305:16, 339:16
**ourselves** [2] - 276:14, 276:16
**outcome** [1] - 304:13
**outdoor** [3] - 163:7, 168:6, 345:10
**outlined** [1] - 239:7
**outrageous** [1] - 255:21
**outset** [1] - 186:25
**outside** [7] - 222:16, 268:11, 284:2, 310:2, 310:3, 323:25, 330:19
**overall** [1] - 178:15
**overarching** [1] - 274:6
**overcome** [1] - 157:1
**overgrown** [1] - 289:10
**overgrowth** [1] - 230:9
**overlap** [1] - 184:8
**overly** [1] - 187:14
**override** [1] - 150:18
**overruled** [6] - 135:6, 159:25, 173:12, 225:6, 261:1, 263:24
**oversee** [4] - 158:14, 158:16, 170:20, 207:24
**overseen** [2] - 130:20, 130:22
**oversight** [4] - 130:18, 208:1, 233:21, 248:14
**overwhelmed** [1] - 283:12
**overwhelming** [1] - 282:10
**own** [23] - 119:19, 119:21, 132:19, 133:9, 141:11, 154:9, 165:13, 166:7, 167:19, 170:7, 171:2, 177:7, 215:21, 215:24, 233:5, 246:19, 252:16, 273:3, 284:9, 312:25, 313:11, 313:25
**owned** [3] - 278:7, 284:8
**owner** [1] - 278:6
**owners** [12] - 239:19, 242:23, 249:21, 250:9, 258:7, 258:21, 259:2, 272:22, 296:20, 297:14, 297:25

## P

**P.C** [1] - 116:11
**p.m** [4] - 220:23, 290:6, 347:23
**P.O** [1] - 116:12
**pacing** [3] - 283:20,

283:24, 296:16
**package** [1] - 164:19
**paddocks** [1] - 217:11
**page** [36] - 151:14, 151:19, 154:3, 160:4, 160:7, 162:14, 162:16, 162:17, 168:3, 169:23, 179:2, 223:15, 224:5, 224:7, 224:8, 225:11, 225:19, 235:18, 236:13, 236:16, 237:5, 241:1, 244:16, 244:18, 245:17, 245:20, 251:9, 273:3, 302:1, 302:4, 303:20, 304:22, 304:24, 317:17, 317:18, 323:20
**pages** [8] - 124:17, 223:12, 224:16, 234:14, 236:10, 242:6, 250:19, 251:24
**paid** [4] - 218:18, 218:21, 277:20, 278:8
**pain** [3] - 132:2, 253:4, 253:8
**painful** [1] - 252:17
**paints** [1] - 178:5
**pair** [1] - 196:22
**pairs** [2] - 155:7, 155:18
**palatial** [1] - 157:7
**Pam** [19] - 263:8, 277:21, 278:2, 278:4, 278:17, 280:3, 280:7, 280:9, 284:11, 284:14, 285:13, 285:16, 286:8, 286:24, 287:20, 288:4, 289:22, 291:16, 309:4
**PAMELA** [1] - 309:8
**Pamela** [2] - 117:11, 309:19
**pancreatitis** [1] - 290:21
**panel** [1] - 324:16
**paper** [1] - 245:6
**papers** [1] - 141:12
**paperwork** [2] - 327:24, 328:1
**paragraph** [6] - 179:9, 179:18, 237:11, 237:13, 245:19, 245:23
**paragraphs** [1] - 236:19
**parasite** [1] - 169:2
**parasitic** [3] - 144:3, 144:4, 144:14
**pardon** [1] - 261:8
**parent** [1] - 274:6
**parents** [4] - 261:12, 263:5, 263:7, 312:15
**park** [1] - 333:16
**Park** [9] - 209:24, 210:1, 267:20, 267:22, 273:21, 273:24, 274:14, 298:16, 301:18
**parked** [1] - 218:16
**parking** [2] - 217:23, 221:22

**part** [26] - 126:7, 126:8, 132:8, 153:23, 157:19, 161:16, 164:16, 164:19, 164:20, 179:15, 191:6, 194:12, 207:17, 218:17, 249:2, 258:16, 266:18, 269:19, 292:11, 313:25, 324:9, 331:4, 332:8, 340:1, 340:3, 342:18
**partial** [1] - 269:14
**partially** [1] - 258:9
**participate** [1] - 121:12
**participation** [2] - 174:17, 174:21
**particular** [31] - 122:16, 122:23, 126:5, 131:25, 132:1, 138:4, 139:17, 145:9, 145:19, 146:20, 151:23, 153:6, 153:23, 162:1, 165:7, 168:4, 196:17, 204:8, 219:17, 229:2, 231:21, 235:16, 237:17, 249:7, 252:24, 325:22, 327:19, 328:21, 337:15, 340:17, 341:8
**particularly** [4] - 167:9, 210:11, 210:22, 319:19
**parties** [1] - 269:10
**party** [1] - 304:19
**pass** [2] - 291:3, 291:7
**passage** [1] - 148:18
**passed** [4] - 133:15, 281:11, 291:12, 303:11
**passing** [1] - 303:18
**past** [12] - 209:20, 216:3, 218:2, 219:11, 231:3, 231:5, 247:23, 283:19, 286:13, 288:11, 288:14, 327:21
**pasture** [1] - 230:5
**patch** [1] - 226:23
**path** [3] - 218:24, 286:13, 342:17
**pathological** [3] - 140:13, 161:15, 192:25
**pathologies** [1] - 154:20
**pathway** [1] - 230:13
**patient** [1] - 123:21
**pattern** [3] - 164:5, 164:14, 164:16
**patterns** [6] - 156:6, 164:3, 164:11, 164:12, 168:16, 182:10
**paws** [1] - 321:15
**pay** [3] - 276:3, 304:4, 342:13
**paying** [1] - 283:14
**pea** [1] - 226:13
**peanut** [1] - 346:6
**peering** [1] - 132:11
**peers** [11] - 150:14, 150:16, 153:2, 156:21, 157:19, 177:9, 182:6, 192:8, 192:9, 193:16,

CONTRACT #13190-82311110-1.com
to purchase a complete copy of the transcript.

197:18
  **pellets** [1] - 344:19
  **pen** [4] - 251:11, 252:4, 322:1, 333:4
  **pens** [1] - 320:16
  **people** [29] - 128:10, 139:13, 149:5, 195:19, 196:5, 210:21, 211:16, 232:19, 239:8, 249:3, 266:16, 281:20, 293:20, 305:19, 305:23, 305:25, 306:1, 325:8, 326:19, 327:15, 332:3, 333:24, 335:19, 336:19, 337:24, 341:12, 341:18, 342:12
  **people's** [1] - 314:2
  **peoples** [1] - 314:15
  **per** [3] - 129:6, 200:6
  **percent** [10] - 122:22, 128:13, 133:3, 163:15, 190:11, 190:15, 190:23, 195:11, 195:13, 336:8
  **perch** [7] - 168:10, 170:1, 170:3, 170:8, 170:11, 170:13, 222:5
  **perching** [1] - 169:16
  **performed** [1] - 189:11
  **perhaps** [7] - 177:1, 239:6, 244:11, 280:12, 284:12, 288:17, 291:18
  **period** [10] - 129:20, 154:1, 154:16, 187:7, 191:12, 207:1, 215:8, 240:21, 307:4, 307:6
  **periods** [1] - 124:5
  **peripheralized** [1] - 191:8
  **periphery** [2] - 191:9, 191:10
  **perish** [1] - 326:2
  **permanent** [1] - 207:21
  **permanently** [1] - 156:3
  **permission** [3] - 172:7, 172:14, 270:7
  **permit** [3] - 316:12, 316:13, 328:7
  **person** [4] - 140:24, 199:25, 288:17, 323:8
  **personal** [4] - 118:24, 253:22, 272:9, 299:25
  **personally** [3] - 260:1, 273:1, 305:7
  **perspective** [1] - 217:5
  **persuaded** [1] - 149:25
  **pest** [1] - 297:3
  **pests** [3] - 200:22, 201:1, 297:9
  **pet** [3] - 271:21, 272:2, 315:23
  **PETA** [1] - 139:13
  **Peter** [3] - 117:4, 117:22, 118:4
  **PETER** [1] - 118:9
  **pets** [13] - 192:4, 192:5, 192:6, 192:10, 202:21,

208:5, 208:7, 208:11, 208:13, 208:14, 271:6, 272:23, 316:24
  **Ph.D** [2] - 117:4, 118:9
  **phone** [4] - 265:17, 267:13, 267:16, 295:11
  **phonetic** [2] - 187:22, 315:14
  **phot** [1] - 306:18
  **photo** [2] - 277:2, 302:18
  **photograph** [16] - 159:6, 160:13, 160:15, 160:19, 160:22, 161:3, 162:13, 162:23, 223:18, 223:20, 224:2, 241:4, 241:5, 306:18, 320:21, 324:12
  **photographs** [15] - 142:24, 143:7, 162:5, 181:23, 184:23, 184:24, 224:8, 224:13, 224:18, 250:20, 266:24, 267:4, 267:10, 306:16, 317:14
  **Photographs** [2] - 117:18, 117:21
  **photos** [3] - 243:11, 254:16, 336:2
  **phrase** [2] - 136:11
  **physical** [4] - 244:9, 254:20, 292:9, 292:11
  **physiological** [6] - 135:11, 161:9, 164:15, 169:20, 201:12, 201:14
  **physiologically** [2] - 140:10, 187:9
  **pick** [4] - 331:18, 342:3, 343:18, 343:24
  **picked** [2] - 211:25, 344:1
  **picking** [2] - 339:23, 345:5
  **picks** [2] - 339:11, 340:2, 340:5
  **picture** [2] - 178:5, 223:9, 230:2, 230:4, 230:11, 230:12, 230:22, 241:14, 251:9, 251:10, 251:14, 252:3, 252:24, 274:22, 274:24, 274:25, 275:1, 275:8, 275:24, 276:1, 307:13, 319:21
  **pictures** [13] - 193:8, 242:9, 242:10, 250:23, 251:6, 252:1, 252:2, 252:3, 274:23, 293:22, 334:24, 335:17, 335:20
  **piece** [2] - 251:14
  **PIERCE** [31] - 116:8, 118:3, 118:13, 118:17, 125:12, 125:19, 135:9, 136:8, 158:22, 159:4, 159:8, 159:18, 172:5, 172:10, 172:12, 172:18, 172:21, 172:24, 173:2, 173:16, 173:18, 182:25, 183:4, 199:15, 202:9, 203:19, 205:1, 205:4,

205:11, 270:6, 270:11
  **Pierce** [3] - 172:4, 199:13, 204:25
  **pig** [4] - 287:2, 322:24, 323:3, 335:8
  **piglet** [1] - 323:10
  **piglets** [4] - 286:20, 322:25, 323:3, 323:8
  **pigs** [7] - 208:9, 209:10, 231:24, 286:18, 287:8, 322:18
  **pile** [2] - 230:7, 230:19
  **piles** [2] - 226:18, 252:4
  **pine** [1] - 164:9
  **pins** [1] - 321:9
  **pissed** [1] - 258:3
  **pit** [2] - 287:7, 335:9
  **place** [21] - 141:9, 198:1, 215:23, 215:24, 216:15, 230:18, 232:15, 233:19, 243:14, 247:7, 251:5, 254:11, 278:23, 281:17, 287:5, 296:8, 314:2, 329:14, 336:6, 341:8, 341:12
  **placed** [5] - 130:5, 140:21, 265:13, 299:11, 299:24
  **places** [4] - 167:22, 170:11, 272:18, 314:2
  **plaintiff** [7] - 159:5, 206:19, 225:15, 255:13, 270:8, 273:12, 347:7
  **plaintiffs** [15] - 118:1, 118:4, 124:14, 146:16, 205:19, 269:22, 276:19, 308:7, 308:23, 341:21, 341:22, 343:20, 346:17, 347:11, 347:13
  **Plaintiffs** [3] - 116:6, 116:9, 116:12
  **Plaintiffs'** [11] - 125:17, 146:12, 159:20, 160:2, 173:7, 173:14, 225:1, 225:8, 235:3, 235:12, 290:12
  **PLAINTIFFS** [2] - 117:3, 117:16
  **plaintiffs'** [2] - 146:11, 235:16
  **plan** [7] - 133:14, 239:20, 296:3, 296:21, 296:22, 302:7, 347:4
  **planned** [1] - 301:21
  **planning** [2] - 302:11, 302:15
  **Plant** [1] - 238:10
  **plant** [1] - 313:25
  **plastic** [1] - 341:17
  **plasticy** [1] - 226:24
  **play** [6] - 152:9, 197:13, 197:14, 222:17, 345:15, 346:3
  **played** [1] - 131:13
  **playground** [1] - 157:25

**playpen** [1] - 278:19
  **plays** [1] - 345:24
  **Plaza** [1] - 207:6
  **pleasant** [1] - 250:13
  **plus** [2] - 240:8, 284:9
  **plywood** [6] - 226:5, 226:6, 252:8, 319:6, 319:7, 319:8
  **pocket** [1] - 290:14
  **poikilothermic** [1] - 123:9
  **point** [24] - 123:21, 128:19, 177:5, 185:12, 186:24, 188:6, 224:9, 228:14, 229:11, 235:8, 249:22, 251:2, 252:22, 252:25, 254:12, 254:25, 263:12, 266:15, 269:18, 286:6, 288:4, 289:1, 291:25, 316:25
  **policy** [1] - 152:4
  **pony** [1] - 323:6
  **poodle** [2] - 284:22, 301:1
  **pool** [1] - 241:8
  **pools** [1] - 320:16
  **poor** [2] - 228:12
  **pop** [1] - 321:24
  **pork** [1] - 340:22
  **portions** [1] - 184:23
  **pose** [2] - 171:12, 221:14
  **position** [3] - 207:3, 207:15, 207:22
  **possibility** [4] - 124:1, 134:16, 179:25, 200:24
  **possible** [12] - 127:16, 146:1, 149:15, 149:16, 150:22, 157:1, 158:15, 176:24, 191:21, 213:3, 259:24, 347:19
  **possibly** [1] - 324:21
  **posture** [1] - 161:1
  **pot** [3] - 208:8, 231:24, 322:19
  **pot-bellied** [2] - 208:8, 231:24
  **pot-bellies** [1] - 322:19
  **potentially** [1] - 200:3
  **poultry** [1] - 119:13
  **pounds** [1] - 343:10
  **practice** [3] - 136:7, 136:20, 331:13
  **practices** [7] - 135:10, 136:4, 136:17, 136:19, 176:3, 176:5, 181:4
  **pre** [2] - 121:14, 189:19
  **pre-monkeys** [1] - 121:14
  **pre-vet** [1] - 189:19
  **preceding** [1] - 240:20
  **precise** [1] - 184:18
  **precludes** [1] - 164:4
  **preconceived** [3] - 276:25, 307:8, 307:14
  **predation** [1] - 190:23
  **predict** [2] - 202:4, 202:5
  **predicts** [1] - 155:24

CALIFORNIA DEPOSITION REPORTERS 1-800-242-0657 www.caldepo.com
to purchase a complete copy of the transcript.

prefer [3] - 127:11, 182:17, 299:14
preferable [1] - 177:10
prefers [2] - 182:19, 182:22
premarked [1] - 234:11
premeditation [1] - 306:13
prepare [1] - 341:7
prepared [2] - 180:16, 202:2
prepped [2] - 340:16, 341:11
presence [4] - 157:19, 163:21, 169:25, 174:12
present [4] - 119:2, 123:10, 133:14, 145:16
presentations [1] - 331:25
presented [1] - 317:14
pressed [1] - 272:21
pressing [1] - 272:21
pressure [1] - 140:14
presumably [1] - 159:12
presumed [1] - 143:22
pretrial [1] - 269:17
pretty [33] - 129:21, 129:24, 158:1, 161:4, 163:11, 165:8, 169:4, 190:21, 205:9, 218:11, 218:23, 219:25, 227:3, 227:19, 232:4, 232:11, 242:14, 242:15, 243:14, 244:11, 244:14, 244:20, 245:2, 273:25, 277:14, 282:22, 289:15, 295:20, 315:21, 336:20, 339:22
prevent [2] - 167:1, 231:8
previously [7] - 153:21, 234:1, 251:2, 251:4, 251:8, 253:21, 289:25
prey [1] - 320:19
Pries [5] - 188:25, 189:7, 314:19, 315:5, 315:7
primarily [7] - 193:23, 207:19, 208:5, 314:24, 315:24, 340:22, 344:12
primary [1] - 315:25
primate [10] - 151:17, 153:4, 158:14, 170:20, 179:16, 179:23, 187:13, 188:22, 326:12, 326:15
primates [14] - 121:15, 122:18, 171:10, 171:12, 171:15, 180:5, 185:3, 186:5, 186:15, 189:2, 326:1, 326:22, 326:24, 329:17
prime [2] - 187:22, 343:22
principle [1] - 137:20
prisoners [1] - 297:20
prize [1] - 122:1
probability [2] - 164:18, 174:4
probiotic [1] - 344:10
problem [20] - 172:25,

174:14, 174:15, 175:25, 176:2, 176:11, 181:9, 196:17, 201:7, 236:4, 236:5, 247:5, 249:18, 255:22, 256:2, 256:3, 258:18, 282:22, 286:11, 313:4
problems [6] - 175:20, 195:18, 200:22, 255:25, 263:12, 305:20
procedure [2] - 132:1, 308:1
procedures [2] - 131:19, 132:22
proceed [2] - 224:15, 270:9
proceeded [1] - 295:17
proceeding [2] - 140:8, 220:17
process [6] - 142:8, 185:14, 187:23, 238:24, 296:6, 343:7
processed [1] - 340:23
processing [2] - 281:18, 286:11
produce [6] - 132:2, 195:13, 339:10, 339:12, 339:24, 342:22
produced [2] - 153:6, 209:1
producer [1] - 209:1
Producers [1] - 313:22
produces [1] - 138:18
producing [1] - 218:8
production [1] - 311:16
products [1] - 344:9
profession [1] - 206:21
professional [4] - 120:24, 121:19, 133:7, 245:15
professionally [1] - 317:11
professionals [1] - 326:23
professor [2] - 120:9, 120:10
program [13] - 151:18, 153:5, 153:24, 155:2, 157:11, 158:14, 158:17, 170:20, 173:21, 179:5, 311:18, 331:17, 332:8
programs [8] - 171:14, 331:15, 334:6, 334:10, 334:11, 334:16, 336:19, 336:20
prohibitions [1] - 128:2
project [1] - 133:1
proliferation [1] - 169:3
prolifically [1] - 153:18
prolonged [1] - 154:12
propagate [1] - 127:20
propagation [1] - 127:18
proper [3] - 139:18, 171:7, 171:16, 175:20, 175:24, 180:8, 180:10, 180:11, 180:13, 181:7,

181:10, 288:24, 300:8
properly [11] - 133:13, 158:16, 171:5, 173:23, 174:15, 175:19, 178:8, 180:20, 202:1, 299:19
property [1] - 217:7
proposals [1] - 131:24
Prosimian [1] - 121:11
prosimian [3] - 121:13, 141:7, 141:22
prosimians [3] - 121:14, 137:14, 158:9
protect [1] - 140:17
protein [3] - 152:21, 311:15, 344:17
protocol [5] - 120:18, 131:16, 132:5, 132:14, 132:17
protocoled [1] - 131:22
proud [1] - 199:10
prove [1] - 294:15
proved [1] - 128:20
provide [10] - 152:3, 157:22, 170:22, 171:1, 171:16, 171:22, 178:4, 181:10, 186:18, 339:3
provided [15] - 125:3, 125:5, 134:15, 142:16, 143:5, 149:19, 151:7, 152:9, 152:12, 162:4, 174:8, 175:8, 200:15, 238:21, 258:11
provides [5] - 152:21, 157:11, 185:2, 214:13, 338:25
providing [5] - 139:3, 153:13, 181:5, 213:15, 243:21
provision [1] - 200:19
provisions [1] - 187:25
prudent [1] - 245:5
psychological [7] - 135:11, 156:16, 156:18, 161:8, 179:14, 200:1, 296:16
psychologically [1] - 187:10
PTO [1] - 343:4
PTO-driven [1] - 343:4
Public [1] - 266:2
public [15] - 196:5, 207:18, 213:1, 213:15, 216:2, 217:1, 230:15, 230:16, 231:8, 248:15, 249:19, 249:21, 253:5, 257:15, 330:25
publication [2] - 142:15, 142:17
publications [4] - 122:7, 125:10, 126:4, 141:10
publish [1] - 326:13
published [7] - 124:7, 125:9, 125:10, 125:22, 126:1, 137:19, 141:12

puddles [1] - 230:10
pull [2] - 118:14, 309:25
punishment [1] - 150:17
puppy [5] - 272:15, 272:19, 272:21, 273:2, 274:24
purchase [1] - 344:4
purchased [1] - 327:14
Purina [1] - 344:20
purpose [3] - 294:19, 304:20
purposes [4] - 128:5, 132:20, 208:12, 332:11
pursuant [2] - 134:9, 136:14
pursue [1] - 208:3
push [1] - 325:16
Pusillo [1] - 325:18
Pusillo's [1] - 344:7
pussy [1] - 194:16
put [32] - 130:4, 133:24, 146:16, 163:8, 181:18, 217:25, 245:6, 285:9, 286:21, 287:3, 295:15, 296:13, 298:13, 311:18, 318:11, 319:18, 319:19, 320:4, 320:11, 321:11, 324:17, 324:19, 331:15, 334:25, 339:14, 341:17, 343:9, 343:11, 343:12, 344:2, 346:6, 346:9
putting [3] - 249:21, 308:22, 317:22
puzzle [1] - 346:8
puzzles [1] - 197:13
PVC [1] - 346:4
pygmy [1] - 208:9

Q

Quaker [1] - 118:7
qualification [1] - 180:20
qualify [2] - 222:7, 237:20
questioned [1] - 274:10
questions [16] - 138:9, 180:24, 183:4, 183:12, 188:25, 199:12, 203:19, 203:24, 204:24, 220:8, 262:24, 268:13, 307:16, 307:18, 315:2, 327:7
quick [1] - 172:6
quicker [2] - 242:24, 347:20
quickly [6] - 167:24, 177:14, 216:10, 235:23, 245:1, 278:1
quit [1] - 346:15
quite [18] - 119:5, 124:12, 137:10, 138:11, 140:13, 152:6, 155:13, 157:8, 167:12, 176:23, 186:4, 234:5, 252:20, 254:13, 313:16, 314:4, 315:16

Case 6:14-cv-02034-JSS   Document 42   Filed 10/30/15   Page 84 of 94
www.ECRReportsReporting.com
to purchase a complete copy of the transcript.

# R

**Quonset** [4] - 226:3, 226:25, 229:9, 243:12

**rabbit** [5] - 284:1, 284:2, 284:4, 284:11
**rabbit's** [1] - 284:16
**rabbits** [4] - 271:5, 284:3, 284:7, 284:11
**radical** [1] - 203:5
**radically** [2] - 203:2, 203:3
**radio** [1] - 183:20
**rail** [2] - 324:7, 324:10
**rain** [2] - 226:21, 240:19
**rained** [1] - 240:24
**raining** [1] - 277:15
**raise** [10] - 118:6, 149:1, 149:2, 205:24, 220:8, 269:24, 309:7, 313:9, 313:11, 325:8
**raised** [15] - 191:23, 192:10, 192:18, 192:23, 192:25, 202:14, 202:17, 203:25, 204:1, 271:3, 323:13, 325:21, 327:14, 330:9, 336:18
**raises** [1] - 150:6
**raising** [9] - 202:10, 202:11, 202:19, 202:22, 202:23, 203:1, 203:17, 204:5, 204:7
**raked** [1] - 242:3
**Raleigh** [1] - 311:20
**ramming** [1] - 246:23
**ramped** [1] - 249:17
**rancid** [2] - 283:7, 292:6
**Randy** [2] - 264:23, 267:14, 304:10
**range** [2] - 151:24, 165:5
**ranging** [1] - 163:14
**Rapids** [3] - 116:5, 116:15, 311:1
**rat** [1] - 241:12
**rate** [2] - 161:12, 190:10
**rates** [1] - 140:14
**rather** [4] - 177:6, 237:18, 294:16, 304:21
**ration** [3] - 339:14, 342:23, 343:3
**raw** [1] - 341:1
**ray** [1] - 315:23
**re** [1] - 326:7
**re-subscribe** [1] - 326:7
**reach** [4] - 194:6, 194:8, 202:21, 287:10
**reached** [1] - 247:24
**reaching** [1] - 249:3
**react** [2] - 228:6, 293:25
**reaction** [4] - 222:19, 222:20, 232:15, 236:8
**reactions** [1] - 236:3
**read** [21] - 134:24, 135:7,

143:4, 179:8, 179:10, 181:22, 183:14, 190:10, 197:14, 214:24, 215:1, 215:16, 228:1, 242:21, 245:20, 249:5, 258:10, 296:7, 296:11, 297:4, 304:17
**readily** [3] - 165:10, 165:21, 181:12
**reading** [13] - 141:4, 214:4, 214:7, 214:10, 214:13, 214:22, 215:20, 247:21, 249:9, 254:14, 255:5, 255:6, 325:11
**ready** [2] - 292:8, 342:7
**real** [7] - 251:10, 278:1, 279:10, 283:21, 287:7, 289:17, 295:13
**realistic** [1] - 124:2
**reality** [1] - 336:4
**realization** [1] - 153:20
**realize** [5] - 139:1, 189:7, 271:17, 272:2, 281:20
**realized** [2] - 216:5, 216:11
**really** [89] - 128:13, 136:12, 147:14, 168:11, 177:2, 178:13, 182:19, 182:23, 186:6, 192:7, 201:5, 204:12, 210:8, 210:13, 210:21, 216:13, 217:3, 217:11, 217:24, 218:4, 222:21, 228:3, 228:19, 230:18, 233:18, 236:2, 242:25, 243:11, 243:15, 244:4, 249:11, 249:19, 251:13, 252:15, 254:20, 255:20, 256:1, 258:19, 259:5, 260:1, 271:20, 274:10, 275:6, 278:12, 279:15, 279:17, 279:18, 279:20, 279:25, 280:17, 281:8, 281:16, 281:19, 281:22, 283:13, 285:3, 285:10, 287:16, 288:1, 288:2, 289:1, 289:10, 289:24, 291:21, 292:1, 292:15, 292:18, 294:5, 294:6, 296:10, 296:22, 299:18, 301:4, 301:14, 302:14, 303:10, 304:4, 307:12, 345:3
**reared** [1] - 127:25
**reason** [3] - 167:10, 180:7, 187:5
**reasonable** [1] - 288:16
**reasonably** [1] - 176:20
**reasons** [3] - 149:6, 199:24, 327:16
**receive** [5] - 180:1, 200:24, 235:10, 238:20, 327:20
**received** [18] - 121:18, 122:1, 125:16, 125:18,

159:3, 160:1, 160:2, 173:13, 173:14, 179:20, 193:11, 225:7, 225:8, 235:12, 261:2, 261:3, 329:24, 330:2
**RECEIVED** [1] - 117:15
**receives** [1] - 244:14
**receiving** [4] - 175:16, 180:3, 180:8, 180:13
**recently** [2] - 147:21, 301:17
**recess** [5] - 171:25, 172:2, 290:4, 290:6, 347:23
**Recess** [1] - 220:23
**recipe** [1] - 343:8
**recognition** [1] - 121:19
**recognize** [9] - 124:24, 144:23, 153:7, 161:21, 179:11, 223:16, 223:18, 234:19, 342:2
**recollection** [1] - 211:22
**recommended** [1] - 174:21
**record** [11] - 175:14, 181:1, 181:22, 225:12, 225:17, 235:15, 238:10, 244:18, 268:2, 270:17, 309:18
**record's** [1] - 269:18
**recordings** [2] - 140:13, 195:25
**records** [4] - 117:17, 139:12, 311:13, 333:23
**recourse** [1] - 213:5
**RECROSS** [2] - 117:2, 203:22
**RECROSS-EXAMINATION** [1] - 203:22
**red** [19] - 129:14, 149:1, 149:2, 153:25, 154:14, 170:1, 183:13, 183:25, 194:14, 194:15, 194:17, 199:17, 279:18, 285:2, 300:25, 323:7, 345:9, 345:24, 345:25
**reddish** [1] - 279:18
**REDIRECT** [3] - 117:2, 199:14, 205:3
**RedRover** [1] - 272:17
**reduce** [1] - 157:21
**reestablish** [1] - 127:21
**refer** [2] - 125:8, 137:24
**reference** [2] - 263:3, 322:23
**referenced** [1] - 238:16
**referred** [5] - 153:23, 156:14, 164:24, 173:3, 319:6
**referring** [3] - 153:4, 155:4, 319:3
**refers** [1] - 162:10
**reflection** [1] - 247:13
**refresh** [1] - 263:25
**regard** [8] - 186:21, 189:2,

212:25, 214:17, 301:10, 330:22, 342:9, 342:19
**regarding** [4] - 177:25, 213:23, 249:24, 276:1
**regrettably** [1] - 307:22
**regular** [3] - 152:7, 204:13, 347:13
**regulations** [15] - 132:4, 134:9, 136:14, 136:16, 185:11, 185:12, 185:18, 186:2, 186:5, 186:14, 187:3, 187:12, 187:18, 187:22, 201:23
**rehabilitate** [1] - 154:11
**rehabilitating** [1] - 154:23
**reintroduced** [1] - 128:1
**related** [10] - 121:8, 122:7, 136:17, 139:21, 142:20, 179:5, 179:15, 179:17, 200:23, 201:1
**relating** [1] - 215:2
**relation** [1] - 126:3
**relationship** [2] - 139:9, 338:14
**relatively** [3] - 161:14, 208:25, 210:15
**relax** [1] - 275:19
**release** [1] - 155:2
**released** [2] - 139:13, 196:10
**relegated** [1] - 228:17
**relevance** [4] - 159:12, 159:23, 173:11, 225:4
**relevancy** [1] - 260:25
**relevant** [5] - 142:13, 180:8, 185:13, 235:7, 235:9
**relied** [5] - 142:19, 142:23, 142:24, 143:1, 294:16
**relief** [2] - 246:7, 314:4
**relieved** [3] - 239:3, 239:10, 300:1
**relocated** [2] - 260:3, 260:11
**remain** [1] - 138:5
**remained** [1] - 254:19
**remaining** [1] - 269:16
**remains** [1] - 318:10
**remediated** [1] - 250:10
**remediation** [1] - 177:7
**remember** [16] - 143:20, 162:9, 165:2, 222:5, 279:7, 301:24, 303:25, 305:8, 315:8, 315:15, 323:2, 330:5, 330:9, 341:21, 341:24, 342:11
**remind** [1] - 221:21, 244:22
**reminded** [1] - 211:9
**remove** [1] - 154:25
**removed** [4] - 166:24, 299:11, 299:24, 335:19
**repeat** [1] - 141:1
**repeated** [2] - 201:18, 258:23

Case 6:14-cv-02034-JSS   Document 42   Filed 10/30/15   Page 85 of 94

to purchase a complete copy of the transcript.

**repeatedly** [1] - 177:21

**repeats** [2] - 258:25, 297:3

**replaced** [1] - 152:8

**replacements** [2] - 313:11

**report** [14] - 161:22, 164:25, 180:6, 216:10, 249:6, 251:16, 276:17, 296:7, 296:11, 296:14, 297:1, 297:5, 297:10

**Reported** [1] - 290:13

**reportedly** [1] - 147:3

**reporting** [1] - 294:7

**reports** [30] - 117:25, 143:2, 173:4, 177:24, 178:9, 178:16, 184:25, 186:23, 199:1, 199:4, 199:8, 200:18, 200:19, 214:13, 214:21, 215:2, 215:5, 215:16, 231:17, 247:22, 249:6, 250:8, 251:4, 254:16, 255:5, 255:6, 258:10, 296:4, 297:4, 338:12

**representation** [3] - 223:22, 237:22, 246:1

**representations** [4] - 154:1, 224:21, 234:21, 236:19

**representative** [4] - 241:14, 250:20, 251:6, 251:7

**represents** [1] - 163:2

**reproducing** [1] - 204:13

**reproduction** [1] - 186:1

**reproductive** [1] - 138:21

**reptile** [24] - 218:17, 219:19, 233:13, 277:24, 279:3, 279:5, 279:8, 279:9, 279:16, 281:12, 281:15, 281:22, 281:24, 282:1, 283:5, 283:10, 302:20, 303:13, 330:23, 331:4, 334:22, 341:9, 342:15

**reptiles** [7] - 316:24, 322:4, 322:6, 329:17, 334:19, 334:23, 335:2

**reputation** [2] - 189:16, 189:20

**request** [1] - 213:23

**requested** [1] - 247:25

**requests** [2] - 213:20, 249:24

**require** [7] - 132:24, 167:3, 171:21, 180:5, 185:24, 186:8, 186:9

**required** [6] - 131:16, 151:18, 181:17, 269:11, 269:15, 327:10

**requirement** [1] - 152:5

**requirements** [8] - 134:8, 165:7, 171:11, 185:8, 185:9, 186:3, 186:17

**requires** [3] - 166:23, 177:8, 196:20

**rescue** [1] - 273:5

**rescues** [1] - 329:19

**research** [25] - 119:17, 120:9, 120:12, 123:10, 125:22, 126:4, 126:7, 128:4, 128:14, 130:18, 132:10, 132:21, 133:1, 133:5, 139:11, 140:18, 140:19, 188:15, 188:18, 188:22, 195:23, 195:24, 215:21, 276:22, 325:12

**Research** [1] - 327:1

**researchers** [1] - 128:13

**resemble** [1] - 283:8

**resembled** [1] - 163:7

**Resources** [1] - 265:10

**respect** [4] - 137:2, 154:14, 200:19

**respecting** [1] - 186:5

**respects** [2] - 192:11, 256:16

**respond** [1] - 174:14

**responded** [2] - 263:19, 288:7

**Responders** [1] - 272:17

**responding** [1] - 213:19

**response** [14] - 170:5, 174:5, 174:12, 179:24, 185:4, 188:24, 238:20, 246:10, 246:11, 252:21, 262:24, 293:23, 294:9, 295:21

**responsibilities** [1] - 209:3

**responsibility** [2] - 271:25, 272:5

**responsible** [2] - 208:1, 297:16

**rest** [3] - 161:2, 259:16, 308:23

**restate** [1] - 237:18

**restricted** [2] - 165:13, 222:23

**result** [6] - 134:17, 156:1, 176:2, 190:25, 213:14, 245:23

**resume** [2] - 346:16, 347:13

**retained** [1] - 155:17

**retired** [5] - 206:22, 208:2, 211:24, 270:22, 311:23

**retiring** [1] - 206:23

**retrain** [1] - 155:3

**retrieving** [1] - 260:23

**retrospect** [1] - 192:11

**return** [3] - 132:9, 239:15, 239:16, 246:14, 250:1, 293:6, 293:7, 299:7

**returned** [1] - 332:24

**Reunion** [2] - 130:4, 130:8

**review** [3] - 143:7, 143:10, 296:3

**reviewed** [3] - 175:15, 201:16, 297:6

**reviewing** [1] - 231:17

**revised** [2] - 185:14, 187:23

**Rhesus** [2] - 186:11, 187:16

**rich** [1] - 167:23

**Ridenour** [1] - 267:14

**right-hand** [4] - 162:19, 223:13, 317:19, 320:21

**rights** [3] - 139:10, 139:14, 195:18

**rigueur** [1] - 168:13

**rim** [1] - 321:18

**ring** [38] - 127:5, 128:25, 129:12, 138:14, 140:4, 140:5, 141:8, 142:12, 142:14, 150:13, 151:23, 153:24, 155:9, 155:15, 160:10, 162:24, 163:7, 163:17, 166:11, 167:14, 167:16, 167:17, 168:6, 168:10, 184:10, 184:13, 187:20, 190:19, 191:7, 192:16, 194:13, 196:19, 198:8, 199:17, 201:8, 203:11, 346:1

**ring-tail** [13] - 127:5, 140:4, 140:5, 141:8, 142:12, 142:14, 153:24, 160:10, 163:17, 166:11, 167:14, 167:16, 167:17

**ring-tailed** [17] - 128:25, 129:12, 138:14, 150:13, 162:24, 163:7, 168:6, 168:10, 184:10, 184:13, 187:20, 191:7, 194:13, 196:19, 199:17, 201:8, 346:1

**ring-tails** [7] - 151:23, 155:9, 155:15, 190:19, 192:16, 198:8, 203:11

**ripped** [1] - 320:1

**risk** [3] - 180:21, 182:14, 249:21

**River** [1] - 116:11

**Road** [1] - 116:15

**roadside** [2] - 275:22, 307:12

**roam** [3] - 157:7, 191:21, 259:19

**roast** [1] - 341:1

**Robert** [1] - 266:11

**Rochester** [1] - 307:25

**role** [4] - 131:12, 273:12, 298:20, 298:21

**rolled** [1] - 320:13

**Romaine** [1] - 345:2

**roof** [1] - 318:24

**room** [12] - 129:9, 163:25, 214:4, 214:7, 214:10, 214:13, 214:22, 215:20, 222:10, 222:25, 247:21, 249:9, 254:14, 277:24

**roosting** [1] - 167:21

**rooted** [1] - 323:11

**ropes** [1] - 157:24

**rotated** [1] - 152:10

**roughly** [3] - 121:15, 184:3, 195:11

**round** [1] - 321:16

**routine** [2] - 167:3, 201:22

**routinely** [1] - 147:23

**row** [1] - 152:11

**rubber** [2] - 314:12, 322:2

**ruckus** [1] - 231:25

**ruff** [2] - 154:14, 166:8

**ruff's** [1] - 163:6

**ruffed** [32] - 127:9, 127:10, 129:14, 137:17, 137:18, 139:25, 140:6, 141:8, 142:14, 153:25, 155:9, 155:15, 163:3, 163:14, 163:20, 164:5, 164:8, 165:23, 166:11, 170:1, 183:13, 183:18, 183:25, 187:21, 192:16, 194:14, 194:15, 194:17, 199:17, 201:8, 345:9, 345:24

**rule** [2] - 187:16, 269:5

**rules** [2] - 130:19, 269:9

**ruling** [2] - 129:21, 159:17

**run** [7] - 166:4, 168:6, 251:21, 281:20, 335:9, 339:22, 339:23

**running** [3] - 232:4, 286:20, 341:10

**runs** [3] - 217:10, 245:19, 328:24

**Ryan** [1] - 314:20

## S

**sad** [5] - 228:3, 228:19, 245:24, 271:24, 278:21

**saddened** [2] - 286:12, 286:16

**saddening** [1] - 257:16

**sadder** [1] - 245:24

**sadness** [1] - 259:12

**safest** [1] - 247:7

**safety** [2] - 233:6, 246:19

**Safety** [1] - 238:11

**sale** [5] - 328:5, 328:12, 328:14, 328:23, 328:25

**sales** [1] - 328:18

**samples** [2] - 311:14, 311:15

**sanctuaries** [1] - 299:17

**sanctuary** [3] - 336:22, 336:24, 337:1

**sanitary** [1] - 143:17

**sanitation** [3] - 201:19, 297:3, 297:9

**sat** [1] - 228:4

**satisfaction** [1] - 266:19

**Saturday** [1] - 323:9

**save** [2] - 147:23, 323:12

Case 6:14-cv-02034-JSS   Document 42   Filed 10/30/15   Page 86 of 94

to purchase a complete copy of the transcript.

**saved** [1] - 177:1
**saves** [1] - 340:8
**saving** [1] - 325:13
**saw** [55] - 145:12, 163:8, 211:12, 215:16, 216:10, 216:19, 220:2, 221:19, 222:18, 222:20, 223:8, 223:10, 223:23, 224:22, 225:20, 225:24, 225:25, 227:4, 227:11, 229:4, 230:13, 241:21, 242:4, 242:16, 246:25, 250:15, 257:12, 261:12, 261:15, 263:13, 269:8, 275:12, 275:24, 277:2, 277:21, 279:13, 279:19, 279:23, 279:25, 280:1, 284:1, 285:13, 286:14, 289:16, 291:14, 300:25, 301:2, 302:21, 303:24, 306:18, 307:13, 324:16
**scale** [1] - 343:10
**scalp** [1] - 196:1
**scared** [2] - 233:9, 251:21
**scattered** [1] - 226:18
**scent** [2] - 138:15, 138:19
**scents** [2] - 138:20, 167:13
**scheduling** [1] - 307:24
**Schmitt** [3] - 267:7, 267:10, 267:13
**school** [8] - 171:14, 189:23, 310:17, 310:19, 310:23, 311:25, 331:17, 334:4
**School** [1] - 310:18
**science** [2] - 122:2, 207:20
**Science** [2] - 121:4, 125:23
**Sciences** [1] - 125:23
**scientific** [1] - 121:5
**scientifically** [1] - 250:25
**scientist** [2] - 120:12, 139:11
**scooch** [3] - 206:5, 270:5, 309:11
**Scott** [1] - 208:20
**Scottish** [1] - 287:12
**scratch** [3] - 253:11, 318:10, 318:11
**screen** [3] - 264:2, 264:4, 317:22
**scrub** [2] - 285:20, 286:5
**scummy** [1] - 241:10
**se** [1] - 200:6
**season** [4] - 199:19, 199:21, 199:23, 331:20
**seat** [3] - 206:4, 270:4, 309:11
**seated** [1] - 118:12
**second** [8] - 161:18, 161:19, 212:16, 231:10, 237:11, 237:13, 249:11,

323:19
**secondarily** [1] - 120:13
**secondly** [1] - 272:16
**Secretary** [4] - 247:24, 262:5, 266:24
**sections** [1] - 191:18
**security** [1] - 314:16
**see** [109] - 123:13, 123:15, 132:12, 140:20, 141:17, 146:19, 146:24, 147:19, 157:4, 158:5, 159:16, 159:17, 160:9, 160:14, 160:16, 162:21, 162:24, 163:8, 164:8, 179:18, 180:7, 181:15, 182:17, 193:4, 193:22, 196:6, 196:17, 210:12, 210:15, 210:16, 210:20, 210:24, 214:16, 218:21, 219:13, 223:5, 223:6, 223:7, 223:14, 226:18, 227:15, 227:16, 227:17, 228:23, 229:2, 230:16, 231:10, 232:25, 238:17, 239:5, 240:7, 241:17, 241:20, 242:25, 243:16, 243:20, 244:2, 244:20, 251:12, 253:13, 253:23, 254:15, 254:18, 255:20, 256:2, 256:10, 259:14, 259:16, 261:21, 263:16, 270:8, 275:12, 275:14, 276:4, 276:14, 276:16, 279:15, 279:21, 283:15, 283:22, 288:18, 289:9, 289:20, 291:19, 291:23, 293:7, 296:4, 296:22, 297:22, 298:5, 298:7, 299:15, 299:16, 301:4, 301:7, 302:2, 302:8, 304:25, 317:21, 318:7, 319:20, 320:9, 331:9, 332:4, 332:9, 333:4, 342:8, 347:22
**seed** [1] - 314:7
**seeds** [1] - 346:7
**seeing** [17] - 138:25, 160:10, 165:16, 210:9, 210:10, 210:17, 210:19, 210:21, 210:25, 214:18, 220:5, 226:23, 231:9, 231:12, 251:1, 281:16, 289:16
**seem** [6] - 123:7, 132:4, 198:25, 226:20, 278:23, 284:25
**sees** [2] - 258:14, 314:17
**seized** [2] - 272:23, 272:24
**select** [1] - 192:17
**selected** [1] - 170:22
**selection** [1] - 173:25
**self** [3] - 218:19, 219:1, 235:7
**self-guided** [2] - 218:19,

219:1
**self-serving** [1] - 235:7
**sell** [4] - 328:4, 328:16, 329:1, 329:4
**SELLNER** [1] - 309:8
**Sellner** [12] - 117:11, 218:19, 261:18, 263:8, 278:2, 278:4, 281:23, 305:14, 309:5, 309:17, 309:19, 310:9
**Sellners** [3] - 268:3, 305:16, 305:20
**semblance** [2] - 241:25, 242:1
**send** [4] - 238:17, 238:18, 259:3, 295:10
**sending** [3] - 246:6, 253:5, 257:15
**sense** [5] - 138:13, 161:8, 161:9, 169:20, 256:22
**senses** [2] - 163:23, 168:22
**sensitive** [3] - 213:16, 284:4, 284:10
**sensitivity** [3] - 138:12, 166:13, 167:11
**sensory** [1] - 138:10
**sent** [11] - 234:6, 234:8, 234:16, 234:22, 238:15, 239:8, 244:19, 266:10, 268:6, 271:22
**sentence** [1] - 245:23
**sentient** [3] - 139:22, 151:4, 201:10
**separate** [3] - 187:6, 322:20, 340:4
**separated** [1] - 331:3
**separately** [3] - 187:15, 194:21, 194:22
**separating** [2] - 323:25, 324:2
**September** [4] - 126:24, 162:1, 265:6, 334:22
**seriously** [2] - 242:21, 251:17
**serological** [2] - 145:6, 145:15
**serval** [2] - 269:3, 331:1
**serve** [1] - 196:15
**served** [3] - 207:6, 207:8, 254:22
**Service** [1] - 238:11
**service** [1] - 198:24
**serving** [1] - 235:7
**Sesame** [1] - 346:1
**SESSION** [1] - 221:1
**set** [10] - 138:15, 138:16, 200:5, 269:14, 278:19, 307:3, 333:14, 334:12, 335:17, 335:20
**setting** [1] - 210:15
**settings** [1] - 210:11
**settled** [1] - 130:8
**seven** [5] - 145:3, 173:12,

219:1
205:6, 209:14, 209:15, 313:15
**seven-month-old** [1] - 145:3
**seventies** [1] - 129:23
**seventy** [2] - 124:21, 125:16
**seventy-one** [2] - 124:21, 125:16
**several** [8] - 122:14, 144:2, 149:19, 196:18, 226:18, 273:20, 288:5, 318:7
**severe** [4] - 170:10, 177:8, 179:14, 343:25
**severely** [1] - 169:15
**sex** [1] - 138:21
**sexually** [1] - 202:18
**shade** [6] - 243:11, 284:24, 284:25, 318:23, 318:25, 319:3
**shading** [1] - 252:5
**shake** [1] - 253:11
**share** [1] - 147:4
**shared** [3] - 238:5, 238:6, 250:6
**sharing** [3] - 211:10, 211:11, 254:24
**sharp** [2] - 226:14, 251:14
**sharpen** [1] - 318:13
**Sheba** [2] - 325:16, 330:7
**sheds** [1] - 334:25
**sheep** [3] - 208:9, 314:24, 322:15
**sheepdog** [2] - 284:21, 285:9
**shell** [1] - 279:14
**shells** [1] - 335:1
**shelter** [5] - 292:21, 292:25, 294:25, 295:14, 299:5
**sheltered** [1] - 226:20
**shelters** [2] - 273:5, 292:7
**shelves** [2] - 345:12, 345:14
**sheriff** [4] - 248:8, 293:10, 293:15, 294:8
**Sheriff** [1] - 294:20
**Sheriff's** [2] - 264:13, 266:5
**sheriff's** [2] - 248:12, 335:19
**Sherkhan** [1] - 330:7
**shifted** [1] - 128:3
**shock** [1] - 222:21
**shocked** [7] - 216:14, 217:3, 258:4, 281:16, 286:11, 289:19, 290:1
**shocking** [1] - 227:8
**shoot** [1] - 252:12
**short** [5] - 141:9, 187:7, 249:13, 268:11, 295:13
**shortcomings** [1] - 245:13
**shortly** [2] - 233:11,

Case 6:14-cv-02034-JSS    Document 42   Filed 10/30/15   Page 87 of 94

CORRECT TR 319 Filed 10/30/15.com
to purchase a complete copy of the transcript.

233:12

**shorts** [1] - 277:12

**show** [12] - 154:20, 165:15, 182:14, 193:2, 216:1, 223:9, 228:16, 263:19, 264:2, 267:10, 302:1, 304:22

**showed** [7] - 249:9, 267:2, 267:4, 274:22, 274:25, 275:25, 293:21

**shows** [2] - 252:3, 252:5

**shrubs** [1] - 230:9

**shuffled** [1] - 147:20

**shut** [4] - 122:23, 292:1, 303:24, 338:18

**shy** [2] - 336:17, 336:22

**sic** [3] - 120:19, 121:4, 137:16

**sic)** [2] - 131:7, 131:11

**sick** [4] - 289:21, 291:11, 344:3

**sickly** [1] - 289:18

**side** [10] - 160:10, 194:7, 226:9, 232:4, 241:7, 246:23, 285:23, 320:21, 324:3, 324:5

**sides** [1] - 230:8

**Sifaka** [1] - 128:25

**Sifakas** [1] - 190:20

**Sigma** [1] - 121:5

**sign** [1] - 261:21

**signals** [1] - 139:4

**significant** [6] - 148:6, 167:19, 184:9, 212:24, 245:13

**significantly** [4] - 156:5, 168:15, 182:10, 218:12

**signs** [3] - 182:15, 193:2

**Simian** [6] - 141:18, 141:20, 326:6, 326:9, 326:13

**similar** [7] - 122:21, 229:7, 229:8, 229:9, 243:25, 253:10, 299:20

**similarities** [1] - 253:16

**simple** [2] - 155:14, 177:1

**simply** [9] - 144:6, 150:14, 167:6, 178:10, 226:2, 298:4, 304:17, 325:1

**simulate** [1] - 153:20

**simulates** [1] - 152:4

**single** [3] - 144:13, 154:10, 155:14

**single-celled** [1] - 144:13

**singly** [1] - 196:22

**sink** [1] - 341:9

**sipper** [1] - 344:21

**sister** [1] - 212:3

**sit** [3] - 130:10, 226:3, 345:17

**site** [1] - 249:10

**sites** [1] - 169:16

**sitting** [3] - 160:10, 286:14, 300:9

**situation** [21] - 122:20, 161:5, 168:9, 170:5, 170:6, 213:3, 227:25, 228:4, 232:20, 239:9, 246:22, 247:14, 248:1, 250:12, 258:8, 258:9, 259:4, 273:2, 289:5, 295:1, 336:4

**situations** [2] - 272:19, 272:20

**six** [15] - 119:6, 119:12, 123:2, 123:4, 154:16, 209:14, 209:15, 229:19, 249:14, 317:21, 324:17, 333:22, 339:11, 340:2

**sixties** [1] - 127:15

**sixty** [1] - 225:6

**sixty-one** [1] - 225:6

**size** [8] - 163:13, 184:12, 222:6, 274:14, 286:15, 330:13, 330:16, 344:19

**skilled** [1] - 175:13

**skim** [1] - 236:16

**sleep** [1] - 148:1

**sleeping** [1] - 167:22

**slice** [1] - 251:22

**slight** [1] - 123:19

**slightly** [3] - 140:6, 184:6, 184:8

**small** [31] - 119:12, 141:16, 144:12, 150:15, 153:11, 157:8, 163:11, 163:18, 182:5, 194:11, 202:16, 208:25, 209:10, 210:22, 222:24, 226:1, 226:14, 228:14, 232:14, 241:12, 263:9, 263:11, 285:7, 295:21, 315:21, 315:23, 316:23, 318:2, 334:6, 342:10

**smaller** [2] - 140:6, 320:15

**smell** [14] - 218:10, 279:10, 279:11, 282:5, 282:9, 282:11, 282:15, 282:17, 282:18, 282:25, 335:4, 335:7, 335:10, 335:11

**smelled** [2] - 217:25, 282:6

**smelling** [1] - 335:4

**smells** [2] - 139:6, 321:13

**smelly** [3] - 163:24, 218:4, 218:11

**smile** [2] - 342:5, 342:7

**smoked** [1] - 341:2

**smooth** [1] - 318:19

**snake** [1] - 122:25

**snakes** [3] - 322:4, 322:7, 334:24

**snapshot** [2] - 160:18, 161:17

**so-called** [4] - 121:14, 130:21, 130:23, 243:16

**soak** [1] - 320:17

**soap** [4] - 247:3, 341:10,

341:19

**social** [22] - 122:14, 135:11, 139:23, 140:20, 150:13, 155:16, 155:18, 155:21, 156:2, 156:16, 157:18, 158:3, 165:6, 165:12, 176:25, 180:5, 181:10, 187:19, 192:17, 194:11, 194:18, 201:9

**sociality** [1] - 165:12

**socialize** [3] - 191:24, 192:1, 336:23

**socialized** [1] - 336:19

**socializing** [1] - 192:7

**societies** [2] - 120:24, 121:8

**Society** [7] - 121:5, 122:1, 141:18, 141:19, 326:6, 326:9, 326:14

**society** [3] - 121:6, 141:21, 141:23

**soft** [3] - 119:8, 284:7, 309:24

**soften** [1] - 204:21

**soiled** [1] - 170:16

**sold** [1] - 328:11

**sole** [2] - 142:25, 195:10

**solitary** [7] - 139:24, 155:11, 156:24, 165:6, 191:2, 191:6, 191:13

**solitude** [1] - 197:15

**solve** [1] - 176:10

**solved** [1] - 256:3

**somatic** [1] - 311:15

**someone** [4] - 138:25, 174:18, 232:14, 288:21

**someplace** [3] - 182:23, 183:14, 310:15

**sometime** [1] - 277:8

**sometimes** [3] - 282:16, 334:12, 346:5

**somewhat** [3] - 138:10, 204:14, 250:25

**somewhere** [2] - 212:6, 219:8

**soon** [2] - 127:24, 233:14

**sorry** [19] - 123:14, 127:8, 133:18, 139:15, 140:5, 141:1, 142:9, 146:6, 160:6, 167:15, 178:24, 188:17, 198:5, 203:3, 262:18, 262:19, 269:21, 270:6, 290:18

**sort** [15] - 126:10, 130:24, 137:14, 144:13, 144:15, 147:19, 157:14, 190:9, 201:13, 268:24, 269:13, 312:19, 340:12, 343:16

**sorts** [4] - 141:3, 154:20, 175:3, 217:10

**sound** [1] - 347:18

**sounds** [3] - 211:15, 253:16, 273:6

**source** [4] - 282:25, 287:9,

288:2, 288:24

**South** [1] - 210:13

**sow** [4] - 319:17, 319:25, 320:1, 323:15

**soybeans** [1] - 208:22

**space** [12] - 157:25, 181:6, 182:5, 185:2, 186:5, 186:8, 186:9, 186:15, 229:21, 229:23, 275:18

**span** [2] - 183:15, 183:17

**spark** [1] - 211:5

**sparked** [1] - 211:11

**sparse** [3] - 219:25, 222:24, 242:14

**sparseness** [1] - 220:7

**special** [6] - 171:14, 173:22, 179:20, 218:20, 328:7, 344:14

**specialist** [1] - 189:1

**specialists** [2] - 133:3, 137:15

**specialized** [2] - 171:21, 315:5

**specializing** [1] - 200:14

**species** [29] - 122:15, 127:4, 127:13, 127:18, 127:20, 128:22, 128:23, 136:24, 137:2, 139:23, 165:7, 165:21, 166:2, 166:3, 166:6, 184:9, 186:9, 187:19, 190:8, 192:17, 194:23, 196:20, 204:8, 326:14, 327:20, 328:4, 328:5, 329:6, 331:22

**Species** [1] - 136:14

**specific** [7] - 137:5, 141:7, 142:20, 171:8, 171:10, 178:2, 303:22

**specifically** [12] - 121:9, 126:10, 132:17, 139:23, 142:12, 146:16, 217:2, 278:5, 280:2, 280:15, 288:12, 332:11

**specifics** [1] - 134:21

**specify** [2] - 185:18, 187:13

**specimens** [1] - 193:1

**speculate** [2] - 201:24, 202:3

**speculation** [2] - 150:3, 150:9

**speculative** [2] - 161:16, 202:7

**spend** [6] - 119:15, 141:16, 152:14, 167:18, 227:21, 303:10

**spends** [2] - 163:15, 163:17

**spent** [2] - 227:23, 228:11

**spigot** [1] - 341:16

**splint** [1] - 176:25

**spoken** [3] - 278:2, 280:7, 288:4

**sponsors** [1] - 334:21

Case 6:14-cv-02034-JSS   Document 42   Filed 10/30/15   Page 88 of 94

to purchase a complete copy of the transcript.

**spot** [3] - 168:5, 169:11, 284:7
  **spread** [1] - 220:19
  **spring** [1] - 262:15
  **sprinkle** [1] - 346:7
  **sprung** [1] - 128:8
  **spur** [1] - 239:17
  **squawking** [1] - 280:2
  **squirrel** [1] - 316:22
  **St** [2] - 209:25
  **staff** [10] - 133:7, 200:8, 207:25, 219:3, 232:23, 238:13, 243:20, 247:5, 281:24, 282:2
  **staffed** [1] - 133:2
  **stages** [1] - 190:6
  **stagnant** [1] - 241:9
  **stainless** [1] - 319:17
  **stains** [1] - 145:14
  **stand** [11] - 118:4, 171:25, 228:25, 229:9, 236:23, 237:2, 290:4, 298:4, 298:12, 303:18, 309:5
  **standard** [1] - 284:22
  **standards** [1] - 130:17
  **standing** [7] - 230:10, 235:16, 262:11, 287:13, 287:15, 289:17, 303:17
  **star** [1] - 228:16
  **Stars** [1] - 273:4
  **start** [11] - 141:9, 141:16, 170:23, 171:25, 211:7, 220:20, 290:5, 316:1, 316:4, 316:16, 316:19
  **started** [10] - 126:20, 153:15, 207:2, 218:22, 231:17, 313:7, 314:7, 316:5, 331:13, 332:19
  **starting** [7] - 220:8, 244:10, 264:5, 302:5, 305:6, 313:2, 318:7
  **starts** [1] - 211:6
  **State** [6] - 189:11, 189:14, 189:23, 245:25, 267:7, 311:19
  **state** [33] - 123:3, 123:23, 124:4, 150:10, 161:12, 169:15, 169:18, 186:21, 197:23, 201:25, 206:14, 234:16, 234:24, 244:11, 254:25, 267:19, 270:16, 281:14, 291:24, 292:10, 294:15, 295:2, 309:17, 316:11, 328:3, 328:4, 328:9, 328:11, 329:7, 330:3, 337:21, 338:1, 338:5
  **statement** [4] - 143:21, 144:9, 215:4, 215:14
  **statements** [3] - 142:25, 235:7, 236:24
  **States** [4] - 128:3, 161:22, 197:20, 234:9
  **states** [1] - 294:23
  **stating** [3] - 186:19,

303:25, 336:9
  **station** [1] - 190:17
  **stations** [2] - 128:11, 247:1
  **status** [1] - 138:21
  **stay** [5] - 123:3, 128:19, 191:9, 292:8, 308:13
  **stays** [1] - 294:3
  **steel** [4] - 318:18, 318:20, 319:9, 319:17
  **steer** [2] - 271:19, 275:5
  **stemmed** [2] - 343:6, 343:7
  **step** [9] - 118:5, 205:14, 205:23, 233:17, 268:16, 269:24, 270:7, 307:19, 309:6
  **stepped** [1] - 217:7
  **sterile** [1] - 242:3
  **steroid** [1] - 140:11
  **Steven** [3] - 265:2, 267:4
  **Stewardship** [2] - 234:7, 234:23
  **stick** [1] - 232:22
  **sticking** [1] - 251:15
  **still** [26] - 119:15, 123:22, 127:15, 137:18, 157:9, 172:3, 180:12, 192:25, 193:8, 216:15, 236:23, 237:2, 237:3, 237:25, 239:11, 239:13, 246:4, 247:10, 251:5, 281:7, 298:7, 300:9, 323:21, 333:18
  **stimulation** [1] - 152:3
  **stimuli** [2] - 138:13, 161:15
  **stinky** [1] - 218:4
  **stipulate** [1] - 186:11
  **stipulated** [1] - 269:2
  **stock** [2] - 241:7, 316:21
  **stockpiled** [1] - 317:2
  **stomach** [1] - 254:11
  **Stony** [1] - 128:8
  **stop** [4] - 219:15, 233:12, 253:18, 253:19
  **store** [3] - 339:10, 340:5, 340:8
  **stores** [2] - 339:1, 339:3
  **stories** [1] - 331:14
  **straight** [2] - 279:3, 283:19
  **strange** [2] - 143:25, 285:1
  **Street** [2] - 116:5, 346:2
  **strength** [1] - 321:24
  **stress** [7] - 156:1, 156:11, 157:18, 157:21, 164:19, 169:20, 194:11
  **stressed** [2] - 156:3, 193:2
  **stretch** [1] - 287:23
  **strictly** [1] - 329:12
  **strike** [2] - 231:15, 338:11
  **strong** [5] - 167:13, 236:5,

279:10, 282:21
  **struck** [3] - 217:24, 241:24, 249:11
  **structure** [4] - 226:6, 226:25, 229:10, 324:9
  **structures** [1] - 222:4
  **stuck** [3] - 227:16, 232:21, 297:24
  **students** [3] - 119:15, 120:5, 171:15
  **studied** [1] - 126:12
  **studies** [4] - 127:20, 133:11, 190:8, 190:19
  **study** [2] - 122:16, 183:19
  **stuff** [6] - 220:19, 258:5, 328:14, 336:3, 341:9, 341:11
  **subject** [5] - 150:8, 154:12, 154:20, 154:24, 347:16
  **subjected** [2] - 233:4, 257:12
  **submit** [1] - 131:16
  **submitted** [1] - 124:15
  **subscribe** [1] - 326:7
  **subsequent** [1] - 214:8
  **subsequently** [1] - 122:13, 212:11
  **substantive** [4] - 238:20, 238:23, 248:4, 253:24
  **substitute** [4] - 165:22, 166:2, 166:16, 197:17
  **substrate** [2] - 226:11, 226:15
  **subtract** [1] - 135:17
  **subtroops** [1] - 191:13
  **success** [2] - 153:17, 154:22
  **successful** [1] - 325:15
  **successfully** [5] - 127:4, 127:14, 127:25, 155:3, 325:20
  **suffer** [7] - 134:19, 140:16, 151:8, 157:8, 157:9, 201:10, 257:11
  **suffering** [8] - 132:2, 151:11, 177:5, 180:21, 182:15, 280:20, 291:8, 291:12
  **sufficiently** [2] - 177:6, 178:10
  **suggest** [1] - 175:18
  **suggestions** [1] - 196:15
  **suitable** [1] - 299:25
  **Suite** [1] - 116:5
  **summarize** [2] - 122:6, 149:20
  **summarizes** [1] - 137:14
  **summarizing** [2] - 146:19, 296:14
  **summary** [1] - 146:15
  **summer** [3] - 214:8, 254:5, 292:16
  **summertime** [2] - 222:15,

292:18
  **sun** [4] - 226:21, 243:15, 345:16, 345:17
  **supervisor** [1] - 311:6
  **supervisors** [2] - 248:13, 248:25
  **Supervisors** [2] - 248:24, 263:18
  **supplement** [4] - 325:19, 325:22, 344:7, 344:13
  **supplemented** [1] - 152:21
  **supplements** [1] - 344:4
  **supplied** [1] - 146:17
  **supporter** [1] - 273:17
  **suppose** [2] - 143:24, 217:22
  **supposed** [6] - 219:10, 219:12, 284:24, 285:6, 288:21, 323:15
  **surely** [1] - 120:25
  **surgeon** [1] - 123:24
  **surgeons** [1] - 123:18
  **surprise** [3] - 132:11, 147:25, 222:21
  **surprised** [2] - 144:15, 289:19
  **surprises** [1] - 147:18
  **surrounded** [1] - 191:15
  **survive** [2] - 150:24, 152:19
  **survived** [2] - 134:19, 150:8
  **surviving** [6] - 145:23, 150:22, 204:14, 292:19, 293:2, 300:4
  **susceptibility** [3] - 155:25, 156:12, 164:17
  **suspect** [1] - 274:15
  **suspend** [1] - 347:9
  **suspended** [3] - 123:3, 124:1, 196:3
  **suspicions** [1] - 150:6
  **sustained** [3] - 202:8, 257:22, 293:14
  **sustenance** [1] - 294:25
  **swarming** [1] - 282:23
  **swine** [1] - 319:24
  **swing** [5] - 157:24, 196:11, 345:7, 345:10
  **switch** [3] - 123:8, 123:11, 345:22
  **switched** [1] - 197:8
  **sworn** [3] - 206:2, 270:2, 309:9
  **symptomatic** [1] - 169:19
  **system** [5] - 156:12, 256:19, 256:20, 258:7, 326:3
  **systematically** [1] - 250:25

Case 6:14-cv-02034-JSS   Document 42   Filed 10/30/15   Page 89 of 94

to purchase a complete copy of the transcript.

# T

**tab** [1] - 124:19
**tactile** [2] - 193:24, 194:18
**tail** [14] - 127:5, 137:16, 140:4, 140:5, 141:8, 142:12, 142:14, 153:24, 160:10, 163:17, 166:11, 167:14, 167:16, 167:17
**tailed** [19] - 128:25, 129:12, 138:14, 150:13, 162:24, 163:7, 168:6, 168:10, 184:10, 184:13, 185:22, 187:20, 190:21, 191:7, 194:13, 196:19, 199:17, 201:8, 346:1
**tails** [7] - 151:23, 155:9, 155:15, 190:19, 192:16, 198:8, 203:11
**tall** [3] - 222:10, 249:14, 249:15
**tame** [1] - 192:3
**tank** [14] - 226:9, 241:7, 279:14, 279:16, 285:5, 285:21, 285:22, 286:5, 287:13, 287:17, 287:21, 320:14, 320:20, 321:2
**tanks** [2] - 320:15, 320:17
**tarp** [4] - 226:24, 252:6, 284:23
**task** [1] - 306:12
**tattered** [1] - 284:23
**taught** [2] - 256:8, 261:12
**taunting** [2] - 232:2, 232:19
**teach** [2] - 119:16, 120:5
**teacher** [1] - 120:13
**teaching** [2] - 258:13, 258:20
**teasing** [3] - 261:15, 261:19, 261:22
**technician** [1] - 207:2
**teenage** [1] - 232:1
**teenagers** [4] - 261:15, 261:16, 261:17, 261:19
**temperature** [2] - 122:25, 123:19
**temperatures** [3] - 185:19, 185:23, 185:25
**temporarily** [1] - 281:6
**temporary** [1] - 207:21
**ten** [5] - 129:23, 140:2, 184:3, 190:7, 345:11
**tend** [2] - 321:14, 331:12
**tendency** [1] - 336:22
**tension** [1] - 197:15
**term** [2] - 202:13, 337:4
**terms** [5] - 165:16, 184:12, 219:22, 219:24, 246:7
**terribly** [1] - 286:16
**test** [1] - 304:21
**tested** [1] - 311:15
**testified** [1] - 118:10,

206:3, 270:3, 309:10, 319:23
**testify** [8] - 139:16, 149:25, 159:2, 159:15, 304:2, 308:1, 308:13, 308:15
**testifying** [2] - 223:1, 225:16
**testimony** [10] - 125:7, 159:9, 172:8, 172:14, 187:17, 308:14, 322:24, 332:12, 347:9, 347:16
**THE** [116] - 118:1, 118:5, 118:7, 118:8, 118:12, 118:14, 119:7, 119:11, 125:14, 125:16, 133:22, 134:1, 134:2, 134:3, 134:4, 134:5, 134:6, 135:6, 146:7, 148:14, 159:1, 159:7, 159:10, 159:14, 159:22, 159:25, 162:18, 162:20, 171:24, 172:3, 172:9, 172:11, 172:16, 172:19, 172:22, 172:25, 173:9, 173:12, 182:19, 183:3, 183:6, 199:13, 202:8, 203:21, 204:25, 205:12, 205:14, 205:15, 205:17, 205:20, 205:23, 206:4, 206:8, 220:14, 221:2, 224:4, 224:7, 224:14, 225:3, 225:6, 235:5, 235:8, 257:22, 257:23, 257:25, 258:1, 260:9, 260:14, 260:16, 260:22, 261:1, 263:24, 264:2, 264:4, 268:14, 268:16, 268:17, 268:19, 268:22, 269:1, 269:8, 269:13, 269:23, 270:4, 270:9, 270:12, 290:3, 290:7, 293:14, 294:18, 300:16, 300:19, 304:19, 305:2, 305:5, 307:17, 307:19, 307:21, 308:6, 308:9, 308:16, 309:1, 309:3, 309:6, 309:11, 309:24, 317:19, 317:24, 343:1, 343:3, 346:11, 346:14, 346:25, 347:3, 347:8, 347:21
**themselves** [6] - 170:15, 178:21, 191:13, 282:20, 345:16, 345:18
**thereabouts** [1] - 324:17
**thereafter** [2] - 233:11, 233:12
**therefore** [1] - 165:21
**thereto** [1] - 134:10
**thermoregulate** [1] - 123:10
**thetic** [1] - 187:22
**they've** [7] - 199:23, 242:15, 321:9, 335:17, 335:20, 336:2

**thin** [1] - 289:17
**third** [4] - 163:17, 252:23, 253:15, 253:19
**thirties** [1] - 147:17
**THORSON** [35] - 116:14, 125:15, 135:4, 159:13, 159:23, 173:10, 183:7, 183:9, 199:12, 202:6, 203:23, 204:24, 205:13, 225:4, 235:6, 257:20, 260:17, 261:6, 268:13, 293:12, 294:12, 300:20, 300:22, 304:23, 305:4, 307:16, 308:24, 309:4, 309:14, 309:16, 318:1, 346:13, 346:20, 346:24, 347:2
**Thorson** [10] - 183:6, 203:21, 205:12, 260:16, 300:19, 304:17, 308:22, 309:3, 309:13, 346:11
**thoughts** [1] - 243:8
**thousands** [1] - 331:21
**three** [21] - 125:21, 128:11, 144:7, 152:11, 154:2, 154:6, 191:18, 203:11, 212:13, 224:18, 305:25, 308:18, 322:18, 323:10, 323:12, 324:2, 324:4, 333:22, 337:9
**three-and-a-half** [2] - 154:2, 154:6
**thrive** [3] - 153:17, 204:20, 204:22
**throughout** [1] - 226:18
**throw** [3] - 335:23, 342:6, 345:23
**thrown** [1] - 344:1
**thumb** [1] - 125:2
**Thursday** [5] - 132:9, 308:14, 347:4, 347:6, 347:18
**tier** [1] - 324:3
**Tierpsychologie** [1] - 125:25
**tiger** [46] - 223:8, 223:10, 225:20, 225:25, 226:12, 226:16, 227:1, 227:2, 227:5, 227:10, 227:12, 227:19, 227:21, 227:25, 228:1, 228:3, 228:6, 228:12, 229:8, 229:10, 230:20, 230:24, 241:17, 242:10, 242:12, 242:15, 249:12, 259:22, 317:21, 318:3, 318:6, 318:8, 318:12, 318:16, 320:2, 320:15, 320:17, 321:1, 321:4, 323:19, 325:13, 325:24, 325:25, 330:14
**tigers** [17] - 178:22, 223:5, 223:6, 223:7, 241:18, 243:17, 259:14, 299:1, 299:3, 303:8, 303:15,

303:22, 321:21, 324:3, 329:25, 330:2, 334:14
**tillable** [1] - 312:9
**timing** [1] - 308:19
**tip** [1] - 121:7
**tips** [2] - 252:18, 252:19
**tire** [1] - 196:11
**tired** [1] - 305:3
**tiring** [1] - 257:17
**tissues** [1] - 147:23
**title** [2] - 120:6, 120:8
**TMR** [2] - 342:22, 343:25
**today** [11] - 118:19, 125:8, 136:3, 142:20, 203:16, 212:22, 212:23, 300:9, 308:4, 341:24, 343:19
**together** [11] - 136:6, 146:16, 163:8, 181:23, 194:8, 194:25, 195:2, 224:15, 233:4, 239:19, 337:11
**tolerated** [1] - 187:8
**Tom** [5] - 262:5, 310:9, 311:24, 312:3, 330:10
**tomorrow** [10] - 308:2, 308:12, 346:16, 346:21, 346:22, 346:24, 347:4, 347:5, 347:7, 347:22
**ton** [1] - 339:9
**tongue** [1] - 121:7
**took** [15] - 159:5, 218:23, 224:12, 228:14, 230:12, 247:17, 250:8, 252:2, 273:1, 285:23, 285:24, 286:13, 306:20, 307:4, 331:20
**tool** [3] - 258:13, 258:20, 259:3
**Tootsie** [1] - 146:24
**top** [8] - 185:20, 226:22, 252:6, 285:7, 285:8, 313:20, 318:23, 324:18
**torpid** [1] - 124:4
**torpor** [3] - 185:25, 186:1, 196:2
**tortoise** [2] - 303:1, 334:12
**tortoises** [1] - 334:25
**torture** [1] - 292:14
**toss** [1] - 296:17
**tossed** [1] - 252:11
**total** [4] - 206:24, 339:14, 342:23, 343:3
**totally** [11] - 145:6, 154:21, 155:8, 164:4, 170:6, 186:2, 217:6, 217:12, 289:19, 290:1, 297:24
**touch** [1] - 331:24
**touched** [1] - 240:17
**tour** [2] - 218:19, 219:1
**touring** [1] - 341:22
**Tourism** [1] - 207:8
**tourism** [1] - 207:11

www.CRAIGHANDELMAN.com
to purchase a complete copy of the transcript.

**tourist** [2] - 211:25, 233:18

**toward** [3] - 229:10, 230:5, 309:25

**towards** [8] - 118:15, 216:25, 285:24, 289:15, 297:18, 318:16, 319:5

**town** [2] - 295:21, 310:3

**toxins** [1] - 344:11

**toy** [1] - 346:2

**toys** [7] - 152:10, 196:24, 197:2, 197:4, 226:2, 318:14, 345:21

**Tracey** [15] - 117:6, 117:18, 117:19, 205:19, 206:16, 221:6, 225:11, 225:13, 235:17, 260:10, 261:7, 261:9, 261:11, 341:24, 342:9

**TRACEY** [1] - 206:1

**track** [2] - 183:21, 323:15, 347:17

**trade** [1] - 329:11

**train** [2] - 166:14, 166:15

**trained** [5] - 128:10, 171:6, 174:17, 174:21, 191:19

**training** [7] - 171:7, 171:8, 171:10, 171:19, 173:22, 325:4

**transcripts** [1] - 143:10

**transfer** [1] - 328:2

**transferred** [1] - 326:4

**transmitted** [1] - 149:13

**transparency** [1] - 213:15

**traumatic** [1] - 147:7

**traveling** [1] - 211:24

**treat** [3] - 176:14, 227:9, 252:18

**treatable** [1] - 144:4

**treated** [1] - 253:14

**treatment** [6] - 146:1, 174:20, 175:2, 175:21, 175:24

**treaty** [1] - 181:13

**tree** [1] - 345:12

**trees** [8] - 152:1, 157:23, 163:16, 164:9, 222:14, 222:17, 222:23, 345:5

**trepidations** [1] - 250:4

**trial** [4] - 143:11, 146:11, 269:7, 269:16

**Trial** [2] - 146:12, 290:12

**trichinosis** [1] - 144:12

**tried** [4] - 154:25, 285:19, 293:8, 321:19

**trimmed** [1] - 289:13

**trio** [1] - 196:22

**trip** [8] - 263:7, 276:10, 301:21, 302:7, 302:8, 302:11, 302:15

**trivial** [1] - 204:17

**troop** [2] - 147:20, 191:9

**troops** [2] - 191:7, 192:14

**trouble** [4] - 133:17, 133:19, 335:17, 342:4

**troubled** [1] - 230:19

**troubling** [1] - 233:10

**truck** [1] - 315:15

**true** [18] - 183:16, 191:3, 192:14, 192:15, 264:24, 266:5, 266:21, 267:8, 267:20, 304:3, 304:15, 323:1, 325:2, 330:20, 330:23, 336:17, 339:1, 339:4

**truth** [1] - 294:15

**try** [9] - 119:8, 123:18, 133:24, 181:20, 196:5, 216:1, 253:11, 330:10, 347:6

**trying** [13] - 123:11, 229:13, 232:10, 232:18, 248:13, 251:3, 252:11, 254:24, 280:19, 285:10, 308:19, 335:16, 335:24

**tubes** [2] - 321:11, 346:4

**turn** [23] - 124:16, 130:20, 130:21, 144:20, 146:8, 151:14, 154:3, 158:20, 160:4, 161:20, 162:8, 168:2, 178:23, 178:25, 186:1, 223:11, 231:14, 241:1, 244:16, 279:1, 279:2, 347:12

**turnaround** [1] - 242:24

**turned** [2] - 278:15, 332:23

**turning** [1] - 162:16

**turns** [2] - 123:8, 123:9

**turtle** [3] - 279:16, 302:21, 302:25

**turtle's** [1] - 279:14

**turtles** [2] - 279:13, 282:19

**twenties** [1] - 147:16

**twenty** [1] - 162:15

**twenty-two** [1] - 162:15

**twice** [1] - 183:24

**twin** [1] - 189:8

**twins** [1] - 333:14

**two** [55] - 121:10, 122:3, 128:7, 132:10, 139:24, 146:24, 152:11, 162:15, 168:5, 168:9, 172:6, 192:16, 194:22, 207:12, 208:8, 209:21, 214:8, 235:21, 239:23, 240:12, 240:20, 242:10, 242:16, 243:1, 243:11, 243:19, 244:2, 246:17, 246:18, 249:2, 271:6, 284:8, 284:9, 284:20, 285:25, 286:10, 302:7, 302:10, 302:14, 302:18, 306:17, 307:6, 308:7, 313:12, 322:18, 324:18, 326:2, 326:8, 332:21, 333:1, 333:12,

333:15, 347:1, 347:12

**two-year-olds** [1] - 313:12

**type** [26] - 144:1, 226:3, 226:6, 226:8, 226:13, 229:9, 232:1, 267:10, 272:11, 273:10, 281:17, 295:1, 312:6, 312:12, 312:17, 316:4, 316:10, 316:19, 317:9, 319:24, 328:1, 329:16, 329:23, 331:15, 332:4, 340:21

**types** [6] - 186:20, 190:5, 210:9, 298:8, 321:19, 326:18

**typical** [2] - 218:2, 295:21, 332:4

## U

**ugly** [1] - 316:5

**ultimately** [1] - 182:16

**unable** [3] - 162:24, 164:6, 170:20

**unacceptable** [6] - 140:20, 153:10, 153:12, 153:14, 155:8, 170:6

**uncaged** [1] - 152:15

**under** [21] - 132:19, 133:7, 133:9, 134:9, 138:5, 150:1, 150:5, 156:1, 156:24, 168:6, 169:11, 172:3, 176:25, 177:18, 178:20, 180:18, 187:1, 196:1, 201:11, 239:3, 243:13

**undergraduate** [3] - 129:2, 129:7, 129:10

**underneath** [6] - 166:25, 170:1, 229:13, 229:21, 286:19, 287:17

**undertook** [2] - 145:14, 293:16

**underwriter** [1] - 270:25

**undoubtedly** [1] - 161:13

**unexpected** [1] - 217:12

**unfortunately** [4] - 137:16, 212:21, 232:22, 240:11

**ungula** [1] - 190:9

**unhappy** [2] - 160:17, 160:24

**uniform** [1] - 343:16

**unique** [5] - 122:17, 138:18, 165:8, 171:12, 186:3

**unit** [1] - 226:8

**United** [4] - 128:3, 161:22, 197:20, 234:9

**University** [19] - 120:5, 120:7, 120:8, 121:24, 126:16, 128:9, 129:2, 130:12, 188:4, 188:13, 189:11, 189:15, 190:17, 198:17, 198:21, 199:3,

199:8, 311:19, 327:1

**unless** [1] - 328:6

**unloads** [1] - 343:16

**unnatural** [1] - 283:23

**unnecessary** [1] - 132:2

**unnerved** [1] - 233:3

**unnerving** [4] - 232:12, 246:24, 248:18, 248:20

**unpleasant** [2] - 168:17, 279:11

**untimely** [1] - 257:14

**untreatable** [1] - 143:23

**unwanted** [1] - 327:17

**unwilling** [1] - 202:4

**up** [84] - 118:5, 118:23, 119:6, 119:9, 119:12, 119:24, 123:4, 127:4, 128:8, 128:20, 140:2, 151:6, 157:8, 164:8, 168:20, 188:4, 205:24, 206:5, 208:19, 208:20, 209:4, 211:25, 213:17, 218:7, 218:13, 222:16, 222:23, 228:13, 228:14, 249:9, 249:17, 252:10, 252:19, 253:21, 255:9, 261:12, 264:2, 266:3, 269:24, 270:5, 271:21, 278:1, 278:19, 279:24, 282:9, 282:12, 289:16, 293:9, 294:6, 295:4, 296:2, 296:21, 306:22, 307:5, 307:6, 309:12, 312:10, 317:14, 317:22, 318:22, 318:25, 319:2, 322:1, 322:13, 323:9, 326:3, 326:19, 331:6, 335:17, 335:20, 339:11, 339:17, 339:23, 340:2, 340:5, 342:17, 343:25, 344:11, 345:2, 345:11, 345:14, 345:15, 347:6

**upper** [1] - 294:4

**upset** [16] - 216:13, 216:17, 232:4, 252:15, 254:12, 254:21, 275:2, 281:22, 285:10, 285:13, 288:2, 288:20, 289:4, 289:19, 292:3

**upsetting** [4] - 275:14, 282:23, 291:21, 297:21

**urinate** [1] - 170:7

**urine** [3] - 170:17, 282:9, 283:1

**USDA** [46] - 117:20, 143:7, 162:4, 168:1, 168:4, 169:10, 169:21, 169:25, 177:24, 179:18, 198:13, 198:14, 198:17, 198:20, 201:17, 214:4, 214:14, 215:25, 216:4, 216:7, 237:18, 247:21, 251:16, 254:4, 254:13, 254:22, 264:21, 266:8, 266:11,

CR/219-Federal-10/30/15.com
to purchase a complete copy of the transcript.

267:17, 267:23, 293:17, 293:25, 294:3, 294:4, 294:6, 296:4, 296:7, 296:14, 298:10, 316:8, 324:20, 328:2, 329:3, 330:11, 330:13
**USDA's** [1] - 180:6
**useful** [2] - 175:5, 304:22
**uses** [1] - 138:19
**usual** [1] - 255:2

## V

**vaccinate** [1] - 312:25
**vaccination** [1] - 312:21
**vaccinations** [1] - 312:20
**validity** [1] - 135:25
**Valley** [2] - 209:20, 310:18
**valuable** [2] - 175:5, 259:2
**value** [3] - 205:8, 244:15, 301:8
**Varecia** [2] - 127:5, 127:7
**varies** [1] - 200:6
**variety** [1] - 345:1
**various** [1] - 141:10, 145:20, 154:20, 190:8, 263:9, 293:24, 325:8, 334:23, 336:20, 338:25
**vegetables** [7] - 152:23, 193:12, 200:25, 339:12, 340:14, 344:20, 344:22
**vegetation** [5] - 152:2, 157:23, 222:11, 222:14, 226:2
**venue** [1] - 213:3
**verbal** [2] - 151:2, 151:10
**verbally** [1] - 138:23
**verified** [1] - 215:15
**vertebrate** [2] - 131:15, 132:25
**vertical** [2] - 222:4, 343:4
**vertically** [1] - 164:6
**vet** [16] - 176:10, 176:14, 189:19, 200:14, 209:9, 289:24, 291:9, 291:19, 299:6, 314:17, 314:19, 315:7, 315:10, 315:13, 315:24
**veterinarian** [39] - 143:24, 144:6, 144:10, 145:12, 158:13, 158:15, 170:19, 170:21, 170:24, 170:25, 171:2, 171:7, 171:8, 171:16, 173:20, 173:22, 173:25, 174:8, 174:17, 174:22, 175:1, 175:7, 189:1, 189:6, 189:8, 189:21, 200:8, 200:10, 200:13, 265:3, 265:5, 267:8, 315:25, 327:4, 327:10, 337:18, 337:19, 338:2, 338:5
**veterinarian's** [2] -

143:18, 175:4
**veterinarians** [4] - 133:2, 141:11, 147:15, 326:23
**Veterinary** [4] - 314:20, 315:9, 315:17, 315:20
**veterinary** [7] - 131:25, 171:13, 173:21, 175:17, 176:6, 189:15, 189:23
**vets** [2] - 314:14, 315:19
**vetted** [2] - 253:3, 289:25
**viable** [1] - 155:17
**vicious** [1] - 187:13
**videos** [1] - 193:3
**view** [6] - 137:14, 149:21, 178:15, 192:25, 193:16, 303:14
**viewed** [1] - 181:23
**viewing** [2] - 303:11, 303:17
**Vilsack** [1] - 262:5
**violates** [1] - 186:14
**violating** [1] - 186:16
**violations** [1] - 297:7
**viral** [1] - 144:3, 167:7, 169:3, 177:13
**virtually** [1] - 185:15
**visa** [1] - 129:22
**visit** [58] - 132:10, 212:12, 212:16, 216:13, 217:18, 218:15, 218:23, 219:14, 221:10, 223:4, 225:21, 229:3, 229:4, 231:3, 231:11, 231:19, 232:17, 233:10, 233:15, 233:25, 234:3, 235:21, 236:20, 238:4, 239:24, 240:3, 240:20, 241:15, 241:17, 241:21, 242:4, 242:21, 244:2, 246:12, 246:23, 248:1, 248:2, 248:3, 248:4, 248:12, 249:11, 250:20, 252:22, 252:23, 253:15, 253:19, 254:1, 255:24, 260:4, 260:10, 263:16, 276:3, 277:4, 286:8, 291:13, 292:11, 299:7, 299:10
**visited** [2] - 169:21, 179:6, 180:16, 212:7, 212:8, 212:19, 213:25, 214:2, 214:3, 217:20, 218:2, 223:23, 231:16, 244:22, 244:23, 249:1, 264:5, 276:23, 277:1, 291:4, 293:3, 342:13
**visiting** [5] - 211:10, 217:5, 249:18, 249:19, 268:12
**visitor** [6] - 215:10, 231:12, 233:5, 244:14, 245:14, 257:5
**visitors** [3] - 228:23, 245:25, 257:15
**Visitors** [1] - 207:5

**visits** [8] - 212:14, 213:1, 214:8, 224:18, 246:18, 249:2, 258:12, 332:7
**visual** [2] - 138:11, 193:23
**vitamin** [1] - 344:12
**vivarium** [2] - 133:1, 133:13
**voice** [2] - 119:8, 309:24
**volume** [2] - 137:13, 141:6
**voluntary** [1] - 269:2
**volunteer** [2] - 272:13, 334:21
**volunteered** [2] - 267:25, 301:14
**volunteers** [4] - 219:4, 232:23, 240:4, 243:20
**vomited** [1] - 289:18
**vomiting** [4] - 290:19, 290:25, 291:14, 291:18
**Voters** [1] - 272:13

## W

**wagon** [1] - 343:4
**waiting** [1] - 205:21
**waived** [1] - 159:11
**waiver** [1] - 185:22
**waivers** [1] - 188:1
**walk** [7] - 219:9, 219:11, 231:3, 231:5, 259:19, 334:7, 342:17
**walked** [1] - 218:15, 218:16, 220:11, 230:13, 283:18, 283:19, 284:19, 286:12, 288:11, 288:13, 303:24
**walking** [2] - 279:12, 289:14
**walkway** [4] - 230:5, 230:8, 230:17, 231:23
**wall** [2] - 331:6, 345:12
**walled** [1] - 331:3
**wants** [1] - 132:18
**ward** [1] - 197:13
**warehoused** [1] - 217:10
**warm** [6] - 277:11, 277:14, 292:23, 330:25, 341:18
**wash** [4] - 247:3, 314:12, 341:13, 341:18
**washing** [1] - 314:14
**waste** [20] - 166:23, 166:24, 167:2, 167:19, 168:5, 168:9, 168:14, 168:15, 168:23, 169:8, 169:11, 169:25, 259:3, 282:11, 282:13, 297:8, 339:16, 342:24
**wastes** [2] - 167:22, 167:25
**watched** [1] - 193:3
**watches** [1] - 233:22
**water** [5] - 200:20, 226:10, 230:10, 241:6,

241:9, 241:13, 246:25, 248:10, 271:10, 279:11, 279:15, 279:18, 279:21, 279:25, 280:3, 280:4, 280:10, 280:11, 280:13, 280:22, 280:23, 281:2, 281:7, 281:8, 283:21, 284:5, 284:12, 284:13, 284:16, 285:5, 285:7, 285:11, 285:14, 285:23, 286:4, 286:7, 287:6, 287:8, 287:9, 287:13, 287:17, 287:18, 287:21, 287:23, 288:12, 288:18, 288:24, 292:4, 292:20, 292:25, 294:24, 295:9, 295:14, 297:8, 297:24, 299:5, 302:21, 303:3, 319:18, 319:22, 339:15, 341:10, 341:17, 341:18, 342:23, 343:13, 344:21
**watered** [2] - 272:6, 280:15
**watering** [1] - 288:5
**Waterloo** [2] - 198:1, 333:16
**waters** [1] - 246:25
**ways** [1] - 239:20
**wear** [1] - 314:12
**wearing** [1] - 277:23
**weather** [5] - 152:13, 191:20, 248:11, 277:10, 293:2
**website** [4] - 214:3, 214:22, 215:3, 215:6
**Wednesday** [1] - 347:24
**weeding** [1] - 209:7
**weeds** [1] - 230:9
**week** [8] - 240:20, 308:17, 323:4, 339:6, 339:9, 339:11, 339:23, 340:2
**weekend** [2] - 323:5, 335:2
**weekends** [1] - 209:21
**weeks** [12] - 168:5, 168:9, 236:1, 239:24, 240:12, 242:17, 243:1, 243:19, 244:2, 269:4, 326:2, 332:20
**weigh** [3] - 138:9, 183:25, 343:13
**weighed** [1] - 184:19
**weight** [12] - 184:13, 184:16, 199:16, 199:21, 199:22, 199:23, 200:1, 200:2, 200:4, 200:6, 235:10
**welcome** [1] - 168:3
**welcomed** [1] - 298:23
**welded** [2] - 317:11, 324:10
**welds** [1] - 317:11
**Welfare** [11] - 134:9, 151:19, 158:13, 166:23, 167:3, 185:2, 201:22, 258:16, 258:24, 262:12,

Case 6:14-cv-02034-JSS    Document 42    Filed 10/30/15    Page 92 of 94
CONTR 123-919-3648 or ElmoreReporting.com
to purchase a complete copy of the transcript.

322:3
**welfare** [7] - 163:19, 199:18, 264:16, 266:6, 294:22, 295:5, 295:16
**well-being** [5] - 186:6, 187:4, 204:11, 298:19, 300:7
**Wertz** [1] - 116:5
**west** [2] - 190:18, 345:19
**wet** [4] - 191:20, 199:23, 240:22, 343:6
**whatsoever** [1] - 227:11
**Wheeler** [3] - 264:23, 293:20, 304:10
**white** [9] - 164:1, 223:8, 225:20, 227:1, 227:2, 227:10, 227:25, 228:3, 317:21
**whole** [7] - 146:8, 164:19, 227:25, 259:5, 289:4, 289:5, 335:23
**widely** [2] - 165:5, 167:23
**wild** [16] - 126:6, 128:1, 130:1, 130:6, 147:7, 151:23, 167:18, 170:16, 183:16, 183:17, 190:14, 199:20, 210:10, 210:11, 299:21, 305:10
**wildlife** [1] - 272:11
**willing** [2] - 181:9, 201:24
**window** [1] - 333:4
**windowless** [1] - 157:9
**winter** [2] - 181:25, 319:22
**winters** [1] - 292:16
**wintertime** [3] - 249:2, 292:23, 319:18
**wire** [2] - 229:13, 320:4
**wired** [1] - 320:5
**Wisconsin** [3] - 188:16, 188:18, 327:2
**wish** [1] - 173:5
**withdraw** [2] - 183:1, 202:9
**WITNESS** [13] - 117:2, 118:7, 119:11, 134:1, 134:3, 134:5, 162:20, 205:15, 257:23, 258:1, 264:4, 268:17, 343:3
**Witness** [3] - 205:16, 268:18, 307:20
**witness** [17] - 118:2, 118:10, 159:15, 172:15, 205:17, 205:18, 206:2, 224:12, 268:19, 268:20, 270:2, 291:21, 307:21, 307:24, 309:9, 347:10, 347:15
**witness'** [1] - 136:10
**witnessed** [2] - 216:7, 241:15
**witnesses** [4] - 308:2, 308:4, 346:17, 347:14
**wolf** [21] - 229:4, 229:12, 230:21, 230:24, 241:20,

241:21, 252:2, 252:4, 252:10, 259:21, 304:6, 336:5, 336:7, 336:15, 336:16, 336:17, 337:1, 337:4, 337:5, 337:6, 337:7
**wolf's** [1] - 252:12
**wolves** [8] - 229:2, 259:15, 299:2, 299:3, 324:4, 336:12, 336:17, 337:3
**wolves'** [2] - 229:5, 229:7
**wonder** [10] - 118:24, 124:15, 136:19, 144:20, 147:3, 149:20, 151:21, 154:4, 175:11, 290:22
**wondered** [2] - 238:4, 243:10
**wonderful** [1] - 260:1
**wondering** [1] - 269:4
**wooden** [1] - 229:9
**word** [3] - 131:3, 161:6, 343:19
**words** [6] - 148:10, 149:14, 163:3, 194:8, 257:9, 302:5
**wore** [1] - 277:12
**works** [2] - 131:15, 326:25
**World** [1] - 344:17
**world** [6] - 128:7, 128:15, 138:10, 247:8, 299:14, 316:6
**worm** [1] - 144:14
**worn** [1] - 233:16
**worry** [4] - 199:24, 292:25, 300:4, 300:7
**worse** [2] - 296:11, 336:3
**worsen** [1] - 201:12
**worth** [2] - 201:16, 201:20
**write** [5] - 235:23, 235:24, 245:1, 245:4, 293:17
**writing** [5] - 138:23, 236:1, 236:8, 245:9, 305:19
**written** [12] - 126:9, 137:18, 142:8, 162:4, 167:4, 167:5, 185:15, 187:16, 240:8, 250:6, 268:2, 305:15
**wrote** [3] - 238:2, 238:3, 244:24

## X

**X-ray** [2] - 315:23
**Xi** [1] - 121:5

## Y

**Yale** [1] - 120:16
**yards** [1] - 230:23
**year** [29] - 122:3, 126:15, 126:18, 126:23, 127:2, 129:6, 129:23, 129:24, 132:7, 149:4, 152:23,

206:25, 209:2, 212:17, 218:9, 246:15, 250:11, 254:9, 254:10, 270:22, 273:1, 310:21, 313:12, 313:15, 321:22, 323:5, 326:10, 331:18, 332:23
**years** [33] - 121:11, 121:15, 126:22, 129:17, 129:19, 130:9, 148:24, 154:2, 154:6, 154:16, 155:2, 183:14, 183:15, 184:19, 190:7, 203:8, 203:10, 206:24, 207:12, 211:5, 255:22, 255:23, 263:3, 311:6, 313:10, 313:14, 314:5, 315:10, 315:17, 316:21, 326:8, 327:5, 331:17
**yellow** [3] - 223:8, 319:14, 323:24
**York** [1] - 128:8
**young** [7] - 190:10, 263:2, 271:2, 271:17, 272:3, 273:23, 316:20
**younger** [1] - 221:24
**youngest** [1] - 336:18
**yourself** [7] - 138:8, 179:8, 184:20, 197:12, 245:20, 257:18, 263:6
**yup** [3] - 221:13, 229:4, 302:13

## Z

**Zaboo** [1] - 154:4
**Zebu** [1] - 322:16
**Zeitschrift** [1] - 125:24
**zoo** [202] - 134:16, 135:23, 141:10, 146:20, 154:15, 155:13, 178:1, 178:15, 180:16, 180:18, 180:22, 182:9, 182:22, 200:24, 204:11, 205:6, 209:11, 209:19, 211:10, 213:1, 213:25, 214:18, 215:10, 215:15, 215:17, 215:23, 216:2, 216:16, 216:19, 216:23, 217:1, 217:15, 217:18, 218:2, 218:5, 218:15, 218:23, 219:17, 221:21, 221:23, 224:22, 227:14, 228:16, 228:23, 230:4, 230:5, 230:16, 230:17, 231:16, 231:23, 232:17, 232:23, 233:5, 233:11, 233:15, 233:18, 233:25, 234:3, 237:12, 237:16, 239:15, 239:16, 239:19, 239:22, 240:4, 241:15, 242:23, 243:24, 244:4, 244:14, 244:22, 245:14, 245:24, 246:13, 246:14, 246:18, 246:20, 247:12, 247:23, 248:17,

248:21, 249:16, 249:21, 249:24, 250:1, 252:23, 253:6, 253:15, 253:18, 253:25, 254:5, 255:1, 256:1, 257:5, 258:7, 258:25, 259:15, 263:13, 263:16, 264:5, 265:15, 266:16, 266:21, 266:25, 267:11, 267:15, 267:21, 267:25, 268:4, 268:7, 268:12, 273:23, 274:11, 274:22, 274:25, 275:10, 275:20, 275:21, 276:9, 276:10, 276:13, 277:1, 277:3, 277:5, 277:18, 277:20, 278:6, 278:7, 281:5, 281:17, 282:3, 282:24, 284:20, 288:5, 288:10, 288:21, 289:5, 289:6, 289:20, 291:4, 292:19, 292:24, 293:3, 296:8, 296:20, 297:14, 297:18, 298:4, 298:24, 299:7, 299:11, 299:15, 301:14, 301:17, 302:6, 302:8, 302:10, 302:11, 303:24, 304:10, 305:15, 305:21, 305:23, 306:11, 306:16, 306:20, 306:25, 307:9, 307:12, 310:4, 314:8, 314:21, 314:23, 315:1, 315:19, 315:25, 316:12, 317:2, 317:3, 322:7, 322:9, 323:4, 323:8, 327:13, 330:6, 330:10, 331:13, 331:16, 332:2, 333:8, 333:10, 333:24, 334:2, 334:15, 334:19, 335:3, 335:12, 338:22, 339:13, 341:12, 342:14
**Zoo** [83] - 142:21, 183:13, 184:21, 185:8, 186:14, 186:22, 189:24, 191:23, 193:6, 193:11, 195:8, 197:5, 204:1, 204:2, 204:9, 204:10, 204:19, 209:20, 209:24, 209:25, 210:1, 210:2, 211:18, 211:19, 211:23, 212:1, 212:2, 212:7, 212:8, 212:10, 212:12, 212:19, 212:25, 213:23, 214:12, 214:15, 215:3, 217:8, 217:21, 221:10, 221:16, 221:19, 221:20, 221:21, 222:19, 222:21, 223:5, 223:24, 224:19, 228:2, 234:17, 236:21, 239:1, 244:5, 254:2, 255:3, 255:25, 257:2, 257:13, 259:7, 259:25, 262:10, 262:23, 262:25, 263:1, 265:11, 267:20, 267:22, 273:21, 273:22, 273:24, 274:14, 274:17, 274:20, 276:2,

ORITR231PE43111003163063.com
to purchase a complete copy of the transcript.

276:23, 290:21, 298:15,
298:16, 299:1, 299:22,
301:18, 301:21
  **zoo's** [2] - 173:20, 175:7
  **zoology** [1] - 301:11
  **zoom** [3] - 317:24, 335:22
  **Zoos** [3] - 135:2, 135:20,
274:2
  **zoos** [38] - 127:6, 127:13,
135:12, 185:16, 188:11,
209:13, 209:15, 209:17,
209:22, 210:3, 210:7,
210:23, 212:20, 217:6,
220:12, 221:12, 221:15,
221:18, 234:1, 259:9,
259:10, 259:11, 259:13,
261:24, 267:19, 273:19,
273:20, 273:25, 274:5,
275:16, 275:17, 275:23,
281:20, 299:18, 304:15,
305:7, 317:1, 337:22

to purchase a complete copy of the transcript.