349

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA


TRACEY K. KUEHL, LISA K. KUEHL,)
KRIS A. BELL, NANCY A. HARVEY, )
JOHN T. BRAUMANN and          )
ANIMAL LEGAL DEFENSE FUND,     )
                               )
     Plaintiffs,               )     No. CV 14-2034
                               )
vs.                            )        VOLUME III
                               )
PAMELA SELLNER, TOM SELLNER    )
and CRICKET HOLLOW ZOO,        )
                               )
     Defendants.               )




         DAY THREE OF JURY TRIAL HELD BEFORE
          THE HONORABLE JON STUART SCOLES,

taken at the Federal Courthouse, 111 Seventh Avenue SE,
Cedar Rapids, Iowa, on the 7th day of October, 2015,
commencing at 9:01 a.m., reported by Kay C. Carr,
Certified Shorthand Reporter in and for the State of
Iowa.




                    Kay C. Carr
            Certified Shorthand Reporter
           Registered Professional Reporter
                  Cedar Rapids, Iowa
                   (319) 362-1543

Contact YesLaw at 1-919-362-1543 or www.yeslaw.com to purchase a complete copy of the transcript.

350

APPEARANCES:


DANIEL J. ANDERSON, ESQ., Wertz & Dake,
1500 Center Street NE, Suite 101, Cedar Rapids,
Iowa 52402-5500, on behalf of the Plaintiffs.


JESSICA BLOME, ESQ., and JEFFREY D. PIERCE, ESQ.,
Animal Legal Defense Fund, 170 E. Cotati Avenue,
Cotati, California 94931, on behalf of the
Plaintiffs.


ELISABETH HOLMES, ESQ., Blue River Law, P.C.,
P.O. Box 293, Eugene, Oregon 97440, on behalf of
the Plaintiffs.


LARRY J. THORSON, ESQ., Ackley Kopecky & Kingery,
LLP, 4056 Glass Road NE, Cedar Rapids,
Iowa 52402-5062, on behalf of the Defendants.

Contact CSR at 319-362-1603 or visit www.reliablesteno.com
to purchase a complete copy of the transcript.

351

I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---------|--------|-------|----------|---------|
| PLAINTIFFS': | | | | |
| John Braumann | 453 | 523 | | |
| Lisa K. Kuehl | 530 | | | |
| | | | | |
| DEFENDANTS': | | | | |
| Gary Pusillo, Ph.D. | 352 | 388 | 404 | |
| John Pries, D.V.M. | 408 | 434 | 451 | |

E X H I B I T S

| EXHIBITS | OFFERED | RECEIVED |
|----------|---------|----------|
| PLAINTIFFS': | | |
| 59 (page 2) - Photograph taken by Lisa Kuehl | 547 | 547 |
| 59 (page 3) - Photograph taken by Lisa Kuehl | 550 | 550 |
| 59 (page 4) - Photograph taken by Lisa Kuehl | 551 | 551 |
| | | |
| DEFENDANTS': | | |
| X - Photographs taken by Dr. Pusillo | 374/378 | 378 |

Click here to purchase a complete copy of the transcript.

352

1    THE COURT: It's my understanding that the
2 parties have agreed that the defendants would be
3 permitted to call their expert witnesses out of order;
4 is that correct?
5    MS. BLOME: Yes, Your Honor.
6    THE COURT: And, Mr. Thorson, are you
7 prepared to do that at this time?
8    MR. THORSON: Yes, Your Honor.
9    THE COURT: You may call your first witness.
10    MR. THORSON: I would like to call Dr. Gary
11 Pusillo to the stand.
12    THE COURT: Sir, if you'll step right up
13 here, please. Raise your right hand.
14    GARY MICHAEL PUSILLO, Ph.D.,
15 called as a witness, being duly sworn, was examined and
16 testified as follows:
17    THE COURT: Have a seat right there. Scooch
18 up to the microphone, please.
19         DIRECT EXAMINATION
20 BY MR. THORSON:
21 Q.   Dr. Pusillo, would you please state your full
22 name for the record.
23 A.   Gary Michael Pusillo.
24 Q.   And, Dr. Pusillo, what is your address or where
25 do you live?

353

1 A.   I live in Marshalltown, Iowa; 2017 230th Street.
2 Q.   Do you have a business there?
3 A.   Yes, I do.
4 Q.   What's the name of the business?
5 A.   Inti Service. I-N-T-I Service Corporation.
6 Q.   I'm going to ask you some questions dealing with
7 your background, Dr. Pusillo, and I'm going to display
8 part of your curriculum vitae on the screen there in
9 front of you.
10    THE COURT: Could you indicate which exhibit
11 you're displaying?
12    MR. THORSON: Yes, Your Honor. It's
13 Defendant's Exhibit T.
14    THE COURT: Thank you.
15 Q.   Dr. Pusillo, tell me about your educational
16 background starting with college.
17 A.   I went to Delaware Valley College in Doylestown,
18 Pennsylvania, and for four years I studied animal
19 production, which involves all aspects of animal
20 production and husbandry. So it's actually an animal
21 husbandry degree, but it's also production.
22    And at the same time I was studying small
23 animals for use in research such as, you know, rats and
24 mice in pharmaceutical companies, so laboratory animal
25 management was also part of my curriculum, but mostly it

354

1 was large animals, production animals and what's the
2 best way to take care of them environmentally, feeding,
3 nutrition, everything.
4 Q.   After graduating from the Delaware Valley College
5 of Science and Agriculture, did you go on for further
6 education?
7 A.   Yes. I received my Master's Degree in 1984 at
8 Iowa State University. My degree is in actually
9 production -- animal production and nutrition. We took
10 -- I took most of the course work that was advanced --
11 higher than 400 level course work -- and studied all
12 aspects of nutrition, environment, healthcare; just
13 basically everything that has to deal with an animal,
14 production animals.
15 Q.   After you received your Master's Degree, did you
16 go on for further education?
17 A.   Yes. At the same time I was getting my Master's
18 Degree, I started taking course work in veterinary
19 science and took a number of advanced veterinary science
20 courses like biochemistry, anatomy and then that led
21 into my Ph.D. work which involves all aspects of animal
22 genetics, husbandry, biochemistry, physiology, meat
23 science, ration balancing.
24    And at that time I was doing research in a
25 number of different fields looking at muscle growth in

355

1 animals, proper feeding of specific animals; also
2 analytical techniques and how to look at feed; if it's
3 safe; if it's not safe; how to analyze the feeds;
4 develop proprietary techniques and testing feeds and
5 also testing muscles for their content, and when I say
6 muscle content, that has to deal with how intact that
7 muscle is in terms of moisture, protein content and so
8 forth.
9 Q.   When you say you were taking veterinary science
10 classes, were you taking the same classes that a
11 veterinarian would take in some instances or different
12 ones?
13 A.   Some advanced veterinary students would take
14 these. These are offered at -- they were offered at the
15 veterinary school in veterinary sciences and yes, some
16 of the veterinarians would be taking those -- veterinary
17 students.
18 Q.   As far as your additional education, you've had
19 continuing education since you got your Ph.D.; is that
20 correct?
21 A.   Yes. I'm also required to maintain 16 college
22 credits -- continuing education credits per year.
23 That's for my professional animal science degree -- my
24 PAS -- and also my -- as you look at my ACAN, which is
25 animal college -- American College of Animal Nutrition,

Contact REALTIME REPORTING, Inc. 319-362-1543 1-800-779-0563
to purchase a complete copy of the transcript.

356

1  that is also part of the -- the need to keep continuing
2  education credits. And now with my forensic work, I
3  also have to maintain continuing education credits.
4  Q.     You have a number of board certifications listed
5  on your CV. You mentioned one. There's also
6  professional animal scientist. What is that?
7  A.     A professional animal scientist has to undergo
8  specific background, advanced training and also a
9  written test to be considered for professional animal
10 scientist. That means that you are qualified higher
11 than a Ph.D. to go and do specific things that are --
12 are really critical to the performance of a job that
13 requires advanced knowledge of nutrition. So in other
14 words, the professional organization that qualifies you
15 similar to a bar exam or a bar in lawyers, we are
16 certified as a professional animal scientist.
17 Q.     There's also the AALAS? Can you describe for the
18 Court what that organization is?
19 A.     That's the American Association of Laboratory
20 Animal Sciences, which is a one-time test that requires
21 knowledge in laboratory animal science, so I had that in
22 -- back in 1979. I don't use a lot of laboratory
23 animals anymore, but that's one of the certifications I
24 do have.
25 Q.     Going down the list, certified microp --

357

1  A.     Microscopist.
2  Q.     Okay.
3  A.     That is the study of what feed looks like under
4  the microscope, because many times when we have feed, we
5  can test it chemically and chemically it looks fine, but
6  unless you look under the microscope, you might find
7  things that are detrimental to the feed or detrimental
8  to the animal consuming it.
9  Q.     And the final thing you have listed is AAFS; is
10 that correct?
11 A.     Yes. That's the American Academy of Forensic
12 Sciences. That is a prestigious organization of
13 American forensic investigators and that particular
14 association, I became a full member. I met all the
15 requirements in 2014, but I had to go through more board
16 checks and -- and finally I got it this year in 2015 in
17 February, full member.
18 Q.     When you do forensics with regard to animals,
19 what are you looking for?
20 A.     Well, forensics in animals has to -- first of
21 all, we have a code of ethics that we have to follow and
22 that we're taught. We're also required to look at every
23 aspect of the animal that we're considering to
24 investigate. So from the standpoint of doing a forensic
25 investigation, it's know your case first; what you're

358

1  anticipating to look for on that farm or that individual
2  animal situation where it's caged or housed. And then
3  there's -- we have specific checklists -- checklists
4  that we go through to maintain a specific way of looking
5  at the data so we're not in any way biased. We have to
6  go through the specific checklists so our testimony and
7  our investigation is not biased.
8  Q.     Have you been hired at various -- for various
9  jobs as far as investigation and what happened to
10 animals or how they died?
11 A.     Yes; a number of occasions.
12 Q.     If you go down the list, I just want you to kind
13 of briefly tell the Court what your employment history
14 has been.
15 A.     My employment history has been varied in terms of
16 experience. I've been -- I've done everything from
17 managing feed companies to being head formulators for
18 feed. Also, I am a -- a troubleshooter for most types
19 of feed-related industries and livestock industries and
20 animal industries. I do head up a number of departments
21 in some companies; like the research and development
22 departments or technical assistant departments.
23        For example, in Buddy's Kitchen, I do much
24 pet work -- a lot of pet work; a lot of pets; dogs, cats
25 and smaller animals, and I do the research and

359

1  development of nutraceuticals. Instead of
2  pharmaceuticals, nutraceuticals are products that will
3  fill in for what natural might be lacking at a
4  particular time in an animal's life.
5        For Big Gain Feeds, currently I do a lot of
6  horse nutrition work and the horse nutrition work is for
7  higher end horses such as the Ames Percheron teams; one
8  of the top Percheron teams in the world. I have come up
9  with all their formulations. I do all the technical
10 assistance, the training, all the technical writing.
11       Complete Natural Nutrition is an interesting
12 company that does high-end treats and supplements for
13 all types of animals. I've done that from 2005 til
14 present.
15       Oligo Basics, USA and Oligo Basics, Brazil
16 -- it started out in Brazil and for about 12 years I
17 traveled back and forth to Brazil dealing with all types
18 of species; zoological collections, developing
19 nutraceuticals from indigenous plants; learning a lot of
20 techniques from the indigenous people on how to take
21 care of animals without medicine.
22       And then we have the United Suppliers. I
23 was manager of their AgriBlenders Division and that
24 division we made premixes, which is a blend of minerals
25 and vitamins and also a lot of other things that

Contact RealLegal at 319-362-1543 or visit www.reallegal.com
to purchase a complete copy of the transcript.

---

**360**

1 sometimes we put into the feed depending on the species

2 and the -- the actual job description was also to come

3 up with new and unique uses of technology that existed

4 and develop premixes and base mixes and supplements to

5 go all around the United States with our products.

6       And Farmers Feed & Supply I was a director

7 of nutrition where I learned how to do many types of

8 feed blending, troubleshooting for a lot of farmers in

9 northwest Iowa, New York, Florida. I went all over the

10 United States for Farmers Feed & Supply; did a lot of

11 their technical consulting on if there was a problem

12 with animals, I was the one who was called in. If there

13 was a problem with farms, I was the one that was used to

14 solve the problems.

15       Then we get down to Freehold Racetrack Feed

16 Company is a company that I started on the race tracks

17 in New Jersey and I worked my way up to currently having

18 14 Kentucky Derby winners on my program, so I deal with

19 the very, very high end people in equine nutrition. I'm

20 one of the few equine people in the industry that have

21 that many Kentucky Derby winners.

22       And then at Iowa State University, I was

23 research assistant and also taught some minor nutrition

24 courses and also some technique classes.

25   **Q.**    Speaking of teaching, you indicated you taught at

---

**361**

1 Iowa State. Anyplace else or was that it?

2   **A.**    I did a lot of teaching in Brazil at some of the

3 colleges in Brazil for the guest lectures on animal

4 nutrition, calf raising, so I did a lot of work in

5 South America.

6   **Q.**    With regard to the animals that are at Cricket

7 Hollow Zoo, do you develop feed for those types of

8 animals?

9   **A.**    In the case of Cricket Hollow Zoo and other such

10 types of facilities, I'm typically asked to give advice

11 to what -- what food is available and make

12 recommendations based on the species and also what that

13 species needs, so yes, I do develop mostly supplements

14 that go along with their meat supply and then -- or else

15 whatever else they're feeding besides meat, and I also

16 do a lot of work where -- computer work where we

17 actually look at each animal and balance specific diets

18 for each animal. And our computer program is very

19 elaborate to allow that to happen by using supplements

20 specific for felidae species and having the computer

21 help in the development of -- when you're using

22 60 ingredients, it's difficult to keep that all on paper

23 so I'll let the computer help me.

24   **Q.**    And you mentioned felidae. Is that big cats

25 you're talking about?

---

**362**

1   **A.**    Big cats that -- have done a lot of big cat work

2 throughout the country, throughout the world.

3   **Q.**    Any other types of animals besides big cats?

4   **A.**    I've done a lot of hoofstock. I'm currently

5 studying wolves in Mongolia. Actually, that's where I

6 was supposed to be today in Mongolia. So I've studied

7 camels, yaks, all bunch of different kinds of animals

8 especially that are important to indigenous people. And

9 in Brazil I had the pleasure of working a lot with the

10 Onza, which is a cat, and a lot of zoological

11 collections that are native to the Amazon basin, which

12 was extremely intriguing to me. I've done most -- most

13 livestock species and dogs and cats and gerbils and

14 ducks and geese and chickens. It's been a very varied

15 life in the animal world.

16   **Q.**    Have you ever worked with lemurs?

17   **A.**    I have worked with lemurs. Some of my first

18 experience with lemurs were in -- well, obviously, I

19 don't have any experience in Madagascar. My experience

20 with lemurs have been with captive lemurs in collections

21 and not large amounts of lemurs. A lot of them are

22 smaller quantity collections.

23   **Q.**    When did you first meet Pam Sellner, if you

24 remember?

25   **A.**    I originally thought it was like 15, 16 years

---

**363**

1 ago. Then I looked at some of my notes and it seems

2 like it's 2003; around there; 2003, 2004.

3   **Q.**    Okay. And what was the reason for you talking

4 with Ms. Sellner, if you remember?

5   **A.**    Well, there was some -- an issue with

6 survivability of the tigers because the tigers -- the

7 baby tigers were not drinking enough milk from the

8 mother or the mother was not producing enough milk, so

9 Pam asked me if I had experience in feeding these cats

10 and she came to my office and I taught her how to feed

11 cats and taught her how to mix up specific types of food

12 that would be beneficial for the cat; namely colostrum

13 was a big factor.

14       I felt that her cats needed a lot more

15 colostrum and it's typical of captive animals; they are

16 not uniq -- they are very unique in how they respond to

17 domestic foods and so they don't always produce enough

18 colostrum, so I taught her about mixing colostrum into

19 her milk replacer to make the survivability better.

20 That's probably when I first met her.

21   **Q.**    Explain to the Court what colostrum is.

22   **A.**    Colostrum is actually the first milk that --

23 well, let's use a tiger for example. It's the first

24 milk that's full of IgGs, IgAs, IgMs and that's

25 immunoglobulins. And immunoglobulins in the first milk

---

Case 6:14-cv-02034-JSS   Document 319-16   Filed 10/30/20   call 1-800-211-DEPO
to purchase a complete copy of the transcript.

364

1  are what actually helps that baby develop its own immune
2  system.  And colostrum also has a very high fat level,
3  natural sugar level and it's made so that the baby can
4  have the highest amount of concentrated nutrition in a
5  short period of time to ensure survivability, and
6  colostrum is the key to successful raising of animals of
7  all species.
8  Q.    When Ms. Sellner and you contacted for the first
9  time, were you in Marshalltown at that time, do you
10  remember?
11  A.    Yes, I was at Marshalltown.
12  Q.    Have you been to Cricket Hollow Zoo?
13  A.    Yes, I have.
14  Q.    And when you've gone to Cricket Hollow Zoo, has
15  it been on business or pleasure or a combination of
16  both?
17  A.    In the beginning when Pam was learning how to use
18  some of the products that she was buying from us --
19  Oasis products -- it was business.  It was also very
20  pleasurable to meet Pam and Tom and see her animals, so
21  we did a lot of technical talking about what was in
22  Oasis, how to use it; talked about animals in general;
23  looked at body conditions, so that's business.
24          And most of the time in the early part of
25  our relationship, it was pretty much learning about her

365

1  operation; what her goals were; what the animals needed
2  the most, so it was business and also it became
3  pleasurable.  We became, I guess, close -- friends.  I
4  work with friends.  I consider my clients friends.  So
5  over the years I've been there many times.
6          Typically -- I am a Catholic deacon, so I
7  have to go to Dubuque and meet with the Bishop once a
8  year and at that once a year time, I ride past
9  Manchester and I typically like to drop in unexpected.
10  That's pretty much what I like to do.  There are --
11  there are many times that I've called Pam up, but quite
12  honestly, I prefer to stop in on my clients unexpectedly
13  so I could actually see a view of what the animals are
14  doing at a particular time without knowledge of me
15  showing up.
16  Q.    And when you've been to the zoo and gone through
17  these inspections you've done, have you found anything
18  that disturbed you as far as the condition of the
19  animals?
20  A.    I would say throughout my world travels, Pam has
21  some of the best examples of tigers I have ever seen.
22  They were psychologically adapted to the environment.
23          MS. BLOME:  Objection, Your Honor; exceeds
24  the scope of his testimony during his deposition and is
25  outside his area of expertise.

366

1          THE COURT:  Mr. Thorson?
2          MR. THORSON:  I believe that he was
3  testifying about their condition at his deposition.  I
4  don't know that he testified about their psychological
5  condition.
6  A.    When I observe --
7          THE COURT:  Hold on.
8          THE WITNESS:  Oh, sorry.
9          THE COURT:  I don't have the deposition in
10  front of me.  As you know, I entered a pretrial ruling
11  indicating that the witness would not be permitted to
12  testify beyond the scope of those opinions expressed in
13  his deposition.  In addition, as I understand the
14  question, the defendant was -- excuse me -- the witness
15  was going to testify sort of comparing tigers -- he
16  started to say that these were the best tigers he had
17  seen or something to that effect.  So far at least, he
18  hasn't been established as having the expertise in being
19  able to make those judgments, so unless you can point
20  me, Mr. Thorson, to someplace in his deposition where
21  he's expressed similar opinions, the objection is going
22  to be sustained.
23          MR. THORSON:  Thank you, Your Honor.
24  Q.    Dr. Pusillo, have you looked at other tigers
25  besides the tigers at Cricket Hollow Zoo?

367

1  A.    Yes.  And one of my main purposes of looking at
2  animals and looking at all aspects of their nature and I
3  have to look at the complete animal; how the animal
4  interacts with its environment; how the animal interacts
5  with other people; how the animal interacts with others
6  of its kind.  So that interaction has also a nutritional
7  base and the nutritional base cannot be removed from
8  actually looking at the behavior of animals.  Nutrition
9  and behavior are very related.
10          So from a behavioral standpoint, I also have
11  to look at how that animal behaves in its environment
12  and to determine if it needs different nutritional
13  supplementation or if the nutritional foods that are
14  being fed are adequate or not, so behavior is a very
15  important part of my observation as an animal scientist.
16  Q.    And with regard to these tigers at Cricket Hollow
17  Zoo, did you notice anything that caused you any alarm
18  or trepidation?
19          MS. BLOME:  Objection, Your Honor; once
20  again exceeds the scope of his testimony during his
21  deposition where he plainly testified he had never
22  evaluated the condition of the tigers at the Cricket
23  Hollow Zoo or evaluated them for animal husbandry
24  purposes.
25          THE COURT:  Mr. Thorson?

Contact Mike at 319-362-1603 or tobey@aol.com
to purchase a complete copy of the transcript.

**368**

1    MR. THORSON: Well, there is a provision in
2 his deposition on page 36 where he talks about captive
3 tigers and I can provide the Court with that or --
4    THE COURT: I don't have the deposition I
5 don't believe, so if you can provide that to me,
6 Mr. Coberly.
7    MS. BLOME: Your Honor, to be clear, I don't
8 dispute that he discussed his experience looking at
9 tigers in different parts of the world, but on page 58
10 of his deposition, he plainly stated that he did not
11 ever evaluate the Cricket Hollow Zoo tigers, which is
12 where his testimony was just directed. I'm sorry;
13 page 58 and 59, Your Honor.
14    THE COURT: Well, again, I -- I have
15 reviewed those pages. I also have taken a quick look at
16 page 37 which I was directed to. As I understand the
17 questioning that's being pursued right now is having the
18 witness give some opinion as to the psychological health
19 of these animals. I don't see where he's expressed any
20 such opinion in his deposition, at least the parts that
21 I've been directed to.
22    Mr. Thorson, can you -- apparently this is
23 the only copy we have here, but can you take another
24 look at it and see where he was asked to opine regarding
25 the psychological health or the behaviors of these

**369**

1 animals -- the tigers -- as opposed to testifying
2 regarding their nutrition?
3    MR. THORSON: I will withdraw the question
4 about psychological condition of the tigers and instead
5 ask a question about their physical condition rather
6 than psychological condition.
7    THE COURT: All right.
8 Q.    Dr. Pusillo, as far as the physical condition of
9 the tigers, you were an observer of the tigers. You
10 were there at the zoo at various times; is that correct?
11 A.    Yes. And I also took pictures to be part of my
12 observation.
13 Q.    Did you see anything physically that caused you
14 any alarm with regard to the tigers?
15 A.    I have not seen anything physically that would
16 cause me alarm.
17 Q.    Physically, were the tigers in good condition?
18 A.    At the times I visited, yes.
19 Q.    And you visited over a number of years; is that
20 correct?
21 A.    Yes.
22 Q.    Both professionally and as just an observer?
23 A.    That's correct.
24 Q.    And you looked at other animals at the zoo too?
25 A.    Yes.

**370**

1 Q.    Did you walk through the entire zoo?
2 A.    I was only allowed to walk where people are
3 allowed to walk, so I didn't go into their pens. Yes; I
4 would walk in a typical manner allowable.
5 Q.    And did you notice the lemurs at the zoo?
6 A.    Yes.
7 Q.    Did the lemurs appear to be in good physical
8 condition?
9    MS. BLOME: Objection, Your Honor. There is
10 absolutely nothing in his deposition about lemurs.
11    THE COURT: Mr. Thorson?
12    MR. THORSON: There is in his
13 deposition something about lemurs and he was cut off
14 when he was trying to answer the question. I'm going to
15 try to find that for the Court.
16    MS. BLOME: On page 64, Your Honor, I asked
17 have you ever worked with the lemurs other than at the
18 Cricket Hollow Zoo? Yes. And on how many occasions? I
19 don't recall -- I don't really recall that; countries --
20 other zoos throughout the United States. At other zoos?
21 Yes. Have you ever participated in studies that were
22 specific to lemurs? No. Have you ever been able to
23 evaluate the physiological, biological, psychological or
24 social needs of -- oh, I'm terribly sorry, Your Honor;
25 that's servals. There's a similar line of questioning

**371**

1 for servals.
2    THE COURT: Do either of you have an extra
3 copy of the deposition?
4    MR. THORSON: I've got an extra copy,
5 Your Honor.
6    THE COURT: That would be useful.
7    MS. BLOME: My cocounsel is telling me 75,
8 Your Honor.
9    THE COURT: Well, I'm looking at page 75 and
10 starting at line 20 the question is asked what about
11 lemurs? Is there any advice you've ever given them with
12 regard to the lemurs' psychological, social or
13 physiological needs? And the answer says I don't
14 believe I was asked about the lemurs' psychological
15 needs. I believe from discussions with Pam in the past
16 that she had a good grasp of the lemur and the type of
17 social structure it needs. Obviously, I would love to
18 seen a lemur enclosure that's large just like the one
19 in, you know, in Omaha. That would be great. And then
20 I guess there's one more question about the lemur
21 enclosure and he says I don't really remember and he was
22 asked a question about a picture of that.
23    In any event, it doesn't appear that the --
24 well, first, I don't think that the witness has been
25 produced as an expert on the psychological or social

372

1 needs of the animals. He is an expert in the area of
2 nutrition and the physical health, but I can't see that
3 -- if that's all there was about lemurs, I can't see
4 that it was ever developed that he had an opinion about
5 the general physical health of the lemurs.
6     And as I indicated in my pretrial ruling,
7 the witness is only permitted to testify regarding those
8 subjects that have been disclosed in advance of trial,
9 so the objection with respect to asking the witness
10 about the physical health of the lemurs is going to be
11 sustained.
12 Q.   Dr. Pusillo, you took a number of photographs
13 when you were at the zoo; is that correct?
14 A.   That's correct.
15 Q.   And you produced or brought those photographs
16 with you when your deposition was to be taken at
17 Marshalltown?
18 A.   Yes, I did.
19     MS. BLOME: I'm going to object to that,
20 Your Honor. He actually did not produce or bring those
21 photographs with him to his deposition. He said that
22 his --
23     THE COURT: Hold on. It's not an objection.
24 That's cross-examination or impeachment or something
25 else. The question was did you bring the photographs?

373

1 He said yes. If you want to get up and testify and say
2 that's something else, then we'll swear you in as a
3 witness, but it's not a proper objection.
4 Q.   Doctor, I'm going to show you what's been marked
5 as Exhibit X.
6     MS. BLOME: Your Honor, I would be remiss if
7 I did not once again raise the objection that these
8 photographs were not produced during the discovery
9 period.
10     THE COURT: Ms. Blome, let me explain that
11 you don't make objections when there's no question on
12 the table. No offer has been made. There's nothing to
13 object to.
14     MS. BLOME: I understand, Your Honor, but
15 even the use of the photographs --
16     THE COURT: They haven't been used.
17     MS. BLOME: I understand.
18 Q.   Doctor, have you had a chance to look through
19 Exhibit X?
20 A.   Yes.
21 Q.   Pages 1 through 11 of Exhibit X, are those photos
22 you brought to the deposition in Marshalltown?
23 A.   Yes.
24 Q.   Exhibit -- or excuse me -- page 12 of Exhibit X;
25 is that something you produced earlier?

374

1 A.   I believe I did, yes.
2 Q.   And those were all photographs you took of
3 animals at Cricket Hollow Zoo?
4 A.   That's correct.
5     MR. THORSON: I would like to offer into
6 evidence Defendant's Exhibit X.
7     (Defendants' Exhibit X was offered in
8 evidence.)
9     THE COURT: Now, Ms. Blome.
10     MS. BLOME: Thank you, Your Honor. We'll
11 object as to lack of foundation and scope. The witness
12 has not testified as to the time and place for the
13 taking of these photographs; only that he's taken them
14 at various times at the Cricket Hollow Zoo. And as to
15 scope, they were not previously produced during the
16 discovery period, other than page 12 as Mr. Thorson
17 correctly pointed out. So plaintiffs were deprived of
18 their opportunity to question Mr. Pusillo about these
19 questions -- or about these photographs during his
20 deposition.
21     THE COURT: Well, I'm a little confused.
22 The testimony was that he brought the depositions (sic)
23 to Marshalltown at the time of the deposition. Were
24 they produced at that time? Was there -- were copies
25 provided to the plaintiffs' counsel prior to the

375

1 deposition?
2     MR. THORSON: The only persons that were at
3 the deposition were myself, the court reporter and
4 Dr. Pusillo. The plaintiffs participated by telephone
5 and I sent the photographs off the very next day to the
6 plaintiffs in this action.
7     THE COURT: All right.
8     MS. BLOME: Your Honor, he did send the
9 picture of the tiger -- page 12 -- to us ahead of time,
10 but pages 1 through 11 were not produced in time to ask
11 Mr. Pusillo on the day of his deposition and we
12 repeatedly requested that they make arrangements to send
13 them to me that day during the deposition, but he said
14 that his computers had malfunctioned and he would be
15 unable to do so.
16     THE COURT: Did you get them the following
17 day or shortly thereafter?
18     MS. BLOME: I did get them the following day
19 after the deposition had concluded.
20     THE COURT: Did you ask for any additional
21 opportunity to question Dr. Pusillo regarding his
22 photographs?
23     MS. BLOME: I did not.
24     THE COURT: The discovery objection is
25 denied. With respect to additional foundation,

Contact a sales rep at 319-362-1543 or www.depotext.com
to purchase a complete copy of the transcript.

376

1 Mr. Thorson, perhaps you could lay some additional
2 foundation as to when these photographs were taken.
3        THE COURT:  Yes, Your Honor.
4    Q.    Dr. Pusillo, with regard to the photographs that
5 we're looking at starting on page 1 of Exhibit X, do you
6 approximately know when that photograph was taken?
7    A.    Yes.  I was still using film in my cameras
8 instead of digital and that would have been in 2000 --
9 2005.  I was starting to switch over just about then,
10 but these were film pictures.
11    Q.    And that picture is at Cricket Hollow Zoo; is
12 that correct?
13    A.    That's correct.
14    Q.    With regard to page 2 of Exhibit X, again, do you
15 have an approximate idea when that photograph was taken?
16    A.    It was also taken in 2005.
17    Q.    Page 3 of Exhibit X, do you know approximately
18 when that photograph was taken?
19    A.    That one, 2005, 2006.  I've taken a number of
20 pictures of that camel.
21    Q.    Page 4 --
22        MS. BLOME:  I'm sorry; what was that?  2000
23 what and 2006?
24        THE WITNESS:  2005 and 2006.
25    Q.    Page 4 of Exhibit X, when did you take that

377

1 photograph?
2    A.    I believe that was 2005, so the -- excuse me --
3 on that camel, I do remember that right now that was
4 still film, so that was 2005.
5        MS. BLOME:  What page are we talking about?
6        MR. THORSON:  Page 4.
7    A.    Page 3 I did take the picture -- that was still
8 film.  Page 4 was still film, so that's 2005.
9    Q.    What about page 5?
10    A.    Page 5, that's still film.
11    Q.    So again, it was 2005?
12    A.    Yes.
13    Q.    Page 6?
14    A.    2005.
15    Q.    And page 7, when did you take that?
16    A.    That was also 2005.
17    Q.    Page 8, when did you take that?
18    A.    2005.
19    Q.    Page 9?
20    A.    2005.
21    Q.    Page 10?
22    A.    2005.
23    Q.    Page 11 of Exhibit X?
24    A.    2005.
25    Q.    And page 12, do you know when you took that tiger

378

1 picture?
2    A.    Yes.  It was in October 21, 2005.
3    Q.    And again, you were taking these photographs for
4 your own benefit; is that correct?
5    A.    They're -- they're for my files, so they speak to
6 me more than notes.  They show me a lot of things about
7 an animal that I'm concerned about without -- instead of
8 just taking notes, I have actual pictures.
9        MR. THORSON:  Again, I would offer Exhibit X
10 into evidence.
11        (Defendants' Exhibit X was offered in
12 evidence.)
13        THE COURT:  Any further record, Ms. Blome?
14        MS. BLOME:  No, Your Honor.
15        THE COURT:  Exhibit X is received.
16        (Defendants' Exhibit X was received in
17 evidence.)
18    Q.    Dr. Pusillo, if we look at Exhibit X and go to
19 page 4, that is a photograph of a tiger; is that
20 correct?
21    A.    That's correct.
22    Q.    You took kind of a close-up picture of the face
23 of the tiger.  Is there a reason why you did that?
24    A.    I typically take pictures of faces because I want
25 to see if the eyes are weeping; if there's any nasal

379

1 discharge; if there's a mange, usually it shows up on
2 the face quite easily.  Things associated with
3 nutritional deficiencies such as discoloration of hair,
4 improper color of the sclera of the eye.  I always try
5 to find a best possible position to take a picture of a
6 face so that it tells me a lot more than just taking a
7 picture of the overall animal without getting close-ups.
8    Q.    And what does that picture tell you about the
9 health of that animal?
10    A.    That tiger was -- in my opinion at the time was
11 in -- was in excellent shape.
12    Q.    You don't see any of the things you were looking
13 for like tears from the eyes or nasal discharge; is that
14 correct?
15    A.    That's correct.  And also the hair is in great
16 condition.
17    Q.    With regard to the other big cat pictures you've
18 got here starting on page 8, you've got some close-ups
19 again it looks like of the -- is that a face of a lion?
20    A.    That's a face of a lion.
21    Q.    And again, are you looking for the same things
22 you would be looking for in a tiger with regard to the
23 lion?
24    A.    I would be looking for the general signs of
25 health and also if there's any evidence of mange or

CALIFORNIA DEPOSITION REPORTERS 1-800-834-1888
to purchase a complete copy of the transcript.

...

380

1  other parasitic problems.  I also like to get pictures
2  of the teeth if possible if they open their mouth.
3  Q.    Did you see any of those problems when you took
4  these photographs of the lion?
5  A.    I did not see any problems with this lion.
6  Q.    Let's go to page 12.  That looks like more of a
7  full body shot of a tiger; is that correct?
8  A.    This is -- excuse me; which page?
9  Q.    Page 12.
10  A.    That's correct.
11  Q.    And the tiger -- why did you take a bigger shot
12  of tiger?
13  A.    I would like to see how it lays in its
14  environment; how it interacts with its environment; if
15  it's comfortable; what type of bedding or foundation
16  that it's laying on and also to see overall body
17  condition.  It's -- it's easier to see overall body
18  condition when you have more of an open picture of the
19  entire animal instead of close-ups and I also was
20  looking at how the animal is reacting to other people
21  walking by.  So in this particular case, I wanted to see
22  if the mouth was drooling from lack of water; if there
23  was any nasal discharge, eye discharge or some
24  abnormality that would present itself so I would have a
25  permanent record.

381

1  Q.    Did you see any abnormality with regard to this
2  tiger?
3  A.    No, I did not.
4         MS. BLOME:  Objection, Your Honor.  This
5  line of questioning is exceeding the scope of his
6  testimony in his deposition.
7         THE COURT:  Well, the witness is an expert
8  in nutrition, which I believe goes hand in hand with
9  physical health, so I'm going to permit the witness to
10  testify as to those matters.
11  Q.    With regard to the -- you said you were looking
12  at the -- what the tiger was walking on.  Did you -- it
13  looks like it's pea gravel in the enclosure.  Is that
14  what --
15  A.    That's correct.
16  Q.    As a nutritionist and somebody that studies the
17  health of animals like this, do you have a problem with
18  a tiger walking on pea gravel?
19  A.    I do not.
20  Q.    With regard to the demeanor of the tiger, did it
21  seem to be contented at the time?
22  A.    Yes.
23  Q.    When was the last time you were at the Cricket
24  Hollow Zoo?
25  A.    I believe it was October 2014.

382

1  Q.    And when you went through the zoo at that time,
2  did you see conditions that were similar to what you saw
3  back in 2005 when you took these pictures?
4  A.    I would say that the conditions improved since
5  2005.
6  Q.    And what improvements did you notice at the zoo?
7  A.    There was a number of cage changes, size of cage
8  expanded.  Pam put down pea gravel in a lot of places --
9  Pam and Tom put pea gravel down in a lot of places.  The
10  fences were newer.  There was newer type of waterers
11  that were self-watering.  The public couldn't see them,
12  but there was still waterers that were inside
13  enclosures.  There was a nice big building -- a new
14  building made for other animals, so there was quite a
15  lot of improvements made since 2005.
16  Q.    With regard to the nutritional supplements your
17  companies provide, does it depend on the weight of the
18  animal or something like that as far as how much you add
19  to their diet?
20  A.    The addition of supplements to animals' diets is
21  not only weight related.  It's also the type of animal
22  that we're dealing with, the stage of life its in, the
23  stage of production; if it's lactating; if it's
24  pregnant; if it's growing.  So when I look at animals, I
25  consider making various different types of rations for

383

1  owners to have as the animal changes over time.
2  Especially during colder months, there are ration
3  changes that might require extra fat in their diet to
4  keep up with the energy needs.  So it's not only weight
5  based.  We do allometric scaling on a lot of the animals
6  so that it's -- it's not always equal to the weight, but
7  its metabolic rate, physiological state.
8  Q.    Is that what allometric scaling is?
9  A.    Allometric scaling is -- for example, if we have
10  -- if we're feeding a mouse and it's getting five --
11  let's say five milligrams a day, we don't use that same
12  five milligrams per one ounce in an elephant because the
13  metabolic rate is totally different, so you do it based
14  on metabolic rate and body mass.
15  Q.    With regard to your supplements, are you
16  concerned about the calcium level in a tiger's diet, for
17  instance, or other types of minerals in a tiger's diet?
18  A.    Yes.
19  Q.    And why is that?
20  A.    Calcium bioavailability in tigers is extremely
21  important.  In other animals also, and it's not just the
22  amount of calcium.  It's the bioavailability that's
23  really important, and that's one of the easiest minerals
24  to supplement to animals, but oftentimes the
25  bioavailability of it -- of the calcium is in question,

to purchase a complete copy of the transcript.

384

1  so our company and the people that I do work with, we
2  watch out for not only quantity, but what is actually
3  going to be physiologically available for absorption and
4  use.
5  Q.    Do big cats suffer from brittle bone disease?
6  A.    Yes, they do.
7  Q.    And explain to the Court what that is.
8  A.    Brittle bone disease is just as it sounds.  It's
9  a -- it's a bone condition where they could fracture a
10  bone very easily because the structure of the -- the
11  matrix of the bone is somehow more porous because of
12  poor bioavailability or not enough calcium in the diet,
13  and it also could be due to lack of Vitamin D and also a
14  contributory factor is the exercise that an animal gets
15  could be contributory to brittle bone disease.
16       Also calcium phosphorus ratio and brittle
17  bone disease usually shows up in an animal that is quite
18  deformed in its legs.  There are nasal deformities.
19  There are major flat bone deformities, especially in the
20  shoulder blades.  It's a very detrimental thing to
21  animals and they do break legs very easily.
22  Q.    Did you see any signs of that in any of the big
23  cats or other animals at Cricket Hollow Zoo?
24       MS. BLOME:  Objection; lack of foundation.
25       THE COURT:  Overruled.

385

1  A.    I did not.
2  Q.    And I'm talking about during the course of the
3  time you went there over the number of years you went
4  there.  You haven't seen that; is that correct?
5  A.    Well, in the beginning, when Pam was given some
6  animals that needed extra help, if we had to give
7  animals extra calcium, so when she would take in these
8  -- I would say for lack of better terms people rejected
9  their animals.  They thought they could raise them and
10  Pam would get a handful of animals that were in need of
11  extreme help, so yes, at that particular time when she
12  got in some animals as a -- you might call it a rescue,
13  we had to do some dramatic changes in their diets
14  because of the condition they came in as.
15  Q.    And you helped her with that; is that correct?
16  A.    That's correct.
17  Q.    Did you suggest other types of improvements at
18  the zoo for Ms. Sellner besides dealing simply with
19  nutrition?
20  A.    Yes.  Over the years, we went through some
21  different -- some simple changes and some other changes
22  that might be a little bit more advanced.  In the
23  beginning, I had her look at some of the buckets that
24  she was using because certain species when they put
25  their head into a black bucket, they often look at that

386

1  as a black hole and they wouldn't be drinking as well,
2  and so we talked about different color buckets or
3  getting automatic waterers.
4       Some of the cages we discussed, they have
5  pea gravel and they made changes, so from -- from the
6  standpoint of simple changes, we started with the bucket
7  feeding.  We started with just simple, ordinary, common
8  sense husbandry things that I consider pretty easy to
9  solve.  There was nothing major.
10  Q.    With regard to wolves, you mentioned earlier that
11  you were doing a study or you've done a study in
12  Mongolia; is that correct?
13  A.    It's an ongoing study.
14  Q.    Have you looked at the wolf hybrids at Cricket
15  Hollow Zoo?
16  A.    Yes.  I believe -- I believe they're about a
17  75 percent wolf, if I'm not mistaken.
18  Q.    From a nutritional standpoint, did they look like
19  they were in good condition, if you remember?
20       MS. BLOME:  Objection, Your Honor.  This
21  exceeds the scope of his deposition testimony where he
22  testified that I don't even remember if the Cricket
23  Hollow Zoo has a wolf; on page 61.
24       THE COURT:  I think that goes to impeachment
25  of the testimony as opposed to the scope of the

387

1  testimony.  He is a nutritionist.  He can testify as to
2  nutrition.  The objection is overruled.
3  A.    There were no wolves at Cricket Hollow Zoo.  It
4  was a hybrid and a hybrid is fed pretty much like a
5  domestic dog except it has some other qualifications
6  with some extra calcium needed and some extra protein.
7  There are some really interesting ways that we have to
8  look at hybrids because it's a new and upcoming field
9  and that's -- it's -- to study hybrids it can be a --
10  it's -- it's different than just feeding a pure wolf.
11       MR. THORSON:  No further questions.
12       THE COURT:  Cross-exam?
13       MS. BLOME:  Yes, Your Honor.
14       THE COURT REPORTER:  Excuse me just a
15  second.  Could I have you pull your microphone closer to
16  you?
17       MS. BLOME:  Yeah.
18       THE COURT REPORTER:  Thank you.
19       MS. BLOME:  Thank you for asking.
20       THE WITNESS:  Excuse me for a second.  Can I
21  get some water?  Is this mine?
22       THE CLERK:  Yes.
23       THE WITNESS:  Okay.  Thank you.
24       MS. BLOME:  Actually, I might move over to
25  the podium if that's all right.

to purchase a complete copy of the transcript.

388

1    THE COURT: That's fine.
2    MS. BLOME: Everyone might be able to hear
3 me a little better. Is that better? Okay.
4         CROSS-EXAMINATION
5 BY MS. BLOME:
6    Q.    Good morning, Dr. Pusillo.
7    A.    Good morning.
8    Q.    You took a long pause after Mr. Thorson asked you
9 if you had seen anything physically that would cause you
10 alarm at the Cricket Hollow Zoo and I wonder if there's
11 anything else that you've seen at the Cricket Hollow Zoo
12 that might cause you concern?
13   A.    Well, since it was a number of years, I guess
14 once you get over 50, you have to kind of renew things
15 in your mind a little bit and kind of replay things, and
16 if I remember some things over the time that it really
17 stood out and I didn't. I was pausing to make sure that
18 -- I was trying to remember if there was.
19   Q.    You also testified that there was a -- some time
20 period when you helped Mrs. Sellner raise nutrition --
21 nutrient deficient rescue animals. Do you recall what
22 time frame that was?
23   A.    No, I don't.
24   Q.    Was it in the last couple of years?
25   A.    I -- I have a memory of it being early on in her

389

1 career -- in my relationship with her.
2    Q.    So around, like, 2005?
3    A.    2003, 2004, 2005. I -- very early on.
4    Q.    What changed in your life in 2005? Were you --
5 you were in a car accident, weren't you?
6    A.    I was in a car accident in 2004.
7    Q.    In 2004. And that substantially reduced your
8 travel availability; isn't that true?
9    A.    That's correct.
10   Q.    So after 2005, it's fair to say you visited the
11 zoo less frequently that you did prior to 2005; correct?
12   A.    I would say that's fair.
13   Q.    You testified that conditions improved at the
14 Cricket Hollow Zoo after 2005. I want to show you a
15 chart in your -- in that large exhibit binder in front
16 of you. In the front pocket you'll find a chart that's
17 labeled animal deaths reported by defendants. Oh,
18 you've got it. What do you note about the time period
19 on that chart, Dr. Pusillo?
20   A.    The first date of death was 2005 listed on here
21 and it said it goes to 8/31/2015.
22   Q.    Is it fair to say you weren't aware of all of
23 those deaths at the Cricket Hollow Zoo, Dr. Pusillo?
24   A.    That's correct.
25   Q.    I would like to switch gears a little bit. In

390

1 developing your nutritional protocols or rations for the
2 Cricket Hollow Zoo, you relied in part on the
3 Association of Zoos and Aquariums Nutrition Advisory
4 Group; isn't that true?
5    A.    That's one of the sources.
6    Q.    And the AZA also publishes specific animal
7 nutrition guides for captive lemurs, tigers and wolves;
8 isn't that true?
9    A.    That's correct.
10   Q.    Did you consult those specific animal nutrition
11 guides when developing nutrition protocols for the
12 Cricket Hollow Zoo?
13   A.    They are part of the source that I use as
14 foundational nutrition.
15   Q.    Thank you.
16   A.    They do -- they do provide a basis.
17   Q.    Sure. Among other things?
18   A.    That's correct.
19   Q.    And you've attended training seminars and
20 professional conferences about tiger nutrition that were
21 hosted by the Association of Zoos and Aquariums;
22 correct?
23   A.    That's correct.
24   Q.    In your practice advising zoological parks,
25 animal collections and other exotic animal owners, you

391

1 frequently consult AZA published materials on animal
2 nutrition; isn't that true?
3    A.    That's correct.
4    Q.    You consider the AZA to be an authority regarding
5 generally accepted animal nutrition practices; isn't
6 that true?
7    A.    Within their scope of limitation.
8    Q.    And you would consider the AZA to be an authority
9 regarding generally accepted animal husbandry practices;
10 isn't that true?
11   A.    Within their scope of limitation.
12   Q.    I would like to now switch gears and talk about
13 the United States Department of Agriculture. In
14 developing your nutritional protocols for the Cricket
15 Hollow Zoo, you relied in part on the USDA's animal diet
16 reference guide; isn't that true?
17   A.    That's correct.
18   Q.    And in your practice advising zoological parks,
19 animal collections and other exotic animal owners, you
20 frequently consult USDA published materials on animal
21 nutrition; isn't that true?
22   A.    The most current ones and within their -- within
23 their limitations.
24   Q.    You consider the A -- USDA to be an authority
25 regarding generally accepted animal nutrition

www.yourcompanyname.com
to purchase a complete copy of the transcript.

392

1  requirements; correct?
2  A.   They are one of the authorities, yes.
3  Q.   And you consider the USDA to be an authority
4  regarding generally accepted animal husbandry practices;
5  isn't that true?
6  A.   Within the scope of limitations.
7  Q.   In fact, you don't believe you personally are
8  qualified to go across the United States to tell
9  everybody how to raise animals because you're not
10 familiar with all of the USDA regulations; isn't that
11 true?
12 A.   With all the regulations in each state, yes.
13 Q.   Or the USDA's regulations.
14 A.   I do not keep up with all the regulations.  I
15 rely on books.
16 Q.   You've never consulted with the inspectors for
17 the USDA that visit the Cricket Hollow Zoo, have you,
18 Dr. Pusillo?
19 A.   No, I haven't.
20 Q.   But you have for other zoos; isn't that true?
21 A.   Yes.
22 Q.   In fact, you would -- you would defer to those
23 federal inspectors regarding what rules need to be
24 followed at the Cricket Hollow Zoo, wouldn't you?
25 A.   Defer as per what aspect; environment, nutrition

393

1  or which aspect of their authority?
2  Q.   Well, regarding the rules about how animals
3  should be raised.
4  A.   Yes, within the scope of, you know, how current
5  their data is and who is doing the inspections.
6  Q.   Do you have any reason to doubt how current the
7  USDA's data is?
8  A.   Well, I'm required to take the most current
9  nutritional course work and I just came back from
10 Minnesota -- Minnesota Nutrition Conference so we can
11 keep abreast of all the new documents and I do know that
12 AFCO has a one year -- every year they vote on new
13 guidelines for feed and that doesn't get published for
14 usually a year, so I have to be advanced before I rely
15 -- I have to be advanced in my nutritional knowledge and
16 not wait for the USDA or AFCO to publish their results.
17 Q.   Absolutely.  So there are occasions where you
18 have to go outside the USDA guidelines in order to
19 establish what's best for the animals; isn't that true?
20 A.   What's best for the animals given each
21 individual's environmental conditions; correct.
22 Q.   Dr. Pusillo, you've admitted that raising exotic
23 animals takes a fair amount of financial resources;
24 isn't that true?
25 A.   Yes.

394

1  Q.   In fact, you personally would never keep or raise
2  tigers, lions, bears or other large carnivores due to
3  the resource commitment involved in raising them;
4  correct?
5  A.   And I do not have the correct facilities right
6  now.
7  Q.   And that would cost a lot of money?
8  A.   It would.
9  Q.   You believe that in order to do the best for
10 animals, you would have to have money and time for
11 housing facilities, environmental conditions and
12 adequate housing -- and adequate structures; isn't that
13 true?
14 A.   For my personal use of -- if I raised animals;
15 are we still on that?
16 Q.   Yeah.
17 A.   Yes.  I would want to have all the resources that
18 I need.
19 Q.   And you would agree that having an average of
20 $500 in available capital each month would be inadequate
21 in terms of resources available to you to care for those
22 types of animals; correct?
23 A.   I'm not raising those animals, so $500 doesn't
24 mean much to me.
25 Q.   Okay.  You've never evaluated the Cricket Hollow

395

1  Zoo for environmental conditions; isn't that true?
2  A.   I've been in the environment.  I've taken
3  pictures and -- having a formal written evaluation, no.
4  Q.   You've never been asked to conduct a formal
5  written evaluation of the Cricket Hollow Zoo; isn't that
6  true?
7  A.   But that's part of my walk through.  I always
8  look at the environmental conditions.
9  Q.   If you'll give me a moment, Dr. Pusillo.  You've
10 never evaluated the Cricket Hollow Zoo for compliance
11 with the USDA regulations, have you?
12 A.   I've always relied on the USDA to supply Pam
13 references and if there was a problem with it, she would
14 contact me and we would discuss perhaps changes.  For
15 example, like if there's excess flies, we -- at one
16 time, the USDA said there was excess flies so we
17 tried --
18 Q.   I'm so sorry, Dr. Pusillo.  I'm going to
19 interrupt you --
20 A.   Okay.
21 Q.   -- but you've never evaluated the zoo for
22 compliance.  You might have consulted with Pam, but
23 you've never evaluated the zoo for compliance with the
24 USDA; isn't that true?
25 A.   Yeah; that was not my position.

CORNERSTONE3131393663.coma231939363126.com
to purchase a complete copy of the transcript.

396

1  Q.    Thank you.  Dr. Pusillo, you haven't visited the
2  Cricket Hollow Zoo since October of 2014; correct?
3  A.    Correct.
4  Q.    In fact, since you were in a car accident -- oh,
5  I'm terribly sorry.  I already asked that question.
6  Since 2004, your car accident, you've communicated with
7  Mrs. Sellner primarily over the telephone; isn't that
8  true?
9  A.    That's correct.
10  Q.    Okay.  And --
11  A.    And -- excuse me.  And also computer email.
12  Q.    Yeah.  Sure.  And also via email.  The
13  nutritional protocols you developed for Cricket Hollow
14  Zoo were lost in 2006 due to an office flood; isn't that
15  true?
16  A.    My stored files on paper were lost.
17  Q.    So -- why do you make that distinction for stored
18  files for paper?  Do you have them in another place?
19  A.    Well, the files are part of -- we have over 2,400
20  different types of formulations we keep on a computer
21  system, and at the time of our deposition, I had to
22  replace my hard drive and so I -- I keep records on
23  computer hard drives; not necessarily written out
24  specifically for a -- a -- a day.  They're usually a
25  general type of nutrition formulation for, say, a

397

1  lactating tiger or a tiger that needs extra energy
2  during the wintertime.
3  Q.    So you have some of the nutrition protocols
4  stored on a hard drive somewhere?
5  A.    Correct.
6  Q.    But you haven't consulted them since 2006; isn't
7  that true?
8  A.    No, that's not true.
9  Q.    You haven't amended them since 2006; isn't that
10  true?
11  A.    The formulations that I have in my computer if
12  they are required for other clients, obviously they get
13  amended depending on what seminar I go to.  If I find
14  new information, it's added to that particular file,
15  that particular customer or that particular general
16  category.  They are changed as needed.
17  Q.    But you haven't made any changes to those
18  nutritional programs for the Cricket Hollow Zoo since
19  2000 -- that office flood in 2006; correct?
20  A.    On paper, I did not print out extra diets, but
21  there is occasions where Pam and I would talk either on
22  the phone or through email that we would discuss maybe
23  specific needs that are changing or specific food types.
24  Q.    Sitting here today, can you say for certain that
25  Mrs. Sellner has a copy of those printouts of your

398

1  nutritional protocols?
2  A.    She's always had a copy.  Sitting here today, I
3  didn't review her private collection of papers.
4  Q.    And you don't conduct any specific training with
5  Mrs. Sellner regarding effective implementation of those
6  protocols, do you?
7  A.    I do not stand there and help her mix her diets,
8  but she was trained how to feed tigers.
9  Q.    And you have no way of knowing whether
10  Ms. Sellner is implementing or has implemented those
11  nutritional protocols correctly; isn't that true?
12  A.    Other than the pictures that I've taken.
13  A.    In 2005.
14  A.    I've taken pictures all throughout every time I
15  go to her farm.
16  Q.    When was the last time you took pictures?
17  A.    October 2014.
18  Q.    And before that?
19  A.    Probably every October.
20  Q.    So you're maintaining that you still travel
21  through the zoo on a yearly basis?
22  A.    I have to see the Bishop in Dubuque and so I stop
23  in and see the Sellner farm -- the Sellner -- Cricket
24  Hollow Zoo.
25  Q.    But you don't have any specific memory of those

399

1  visits.  It's just based on a general knowledge that you
2  go see the Bishop?
3  A.    No; I have specific memories.  I specifically
4  remember driving into the driveway one day and there's a
5  lot of people around and all of a sudden Pam was crying
6  hysterically and that's the day her son got killed.
7  Q.    And when was that?
8  A.    I thought it was 2011, but I'm -- I'm not sure
9  exactly.  Maybe six years ago then.
10  Q.    Dr. Pusillo, you don't take responsibility for
11  the implementation of nutrition protocols at the Cricket
12  Hollow Zoo; correct?
13  A.    I am not a hired nutritionist.
14  Q.    And it's not your responsibility to make sure
15  that they're implemented correctly; true?
16  A.    Complete Natural Nutrition, Apperon; they sell
17  product now and if they have technical questions that
18  they cannot answer, they ask me if I could help out in
19  that situation.
20  Q.    But you personally aren't responsibile for the
21  implementation of those protocols, are you?
22  A.    I am not responsible right now for the
23  implementation of the protocols.
24  Q.    Because you have no control over the
25  implementation of those protocols; correct?

www.CRCSalomone.com
to purchase a complete copy of the transcript.

400

1   **A.**    I just give advice. I have no control.

2   **Q.**    I would like to have you take another look at one

3   of the exhibits in the front of your binder. It's a --

4   not -- I'm sorry; it's not an exhibit, but it's a

5   summary chart. It's called Plaintiffs' Trial Brief

6   Attachment 3 - USDA Inspection Reports and it's got a

7   lot of blue and white and yellow lines on it. You

8   haven't reviewed any of the USDA inspection reports for

9   this case, have you, Dr. Pusillo?

10  **A.**    I have not.

11  **Q.**    So if you're looking at that chart -- have you

12  found it?

13  **A.**    If it's No. 4-C-0084.

14  **Q.**    Yes; that's exactly right.

15  **A.**    Okay.

16  **Q.**    In the left-hand column, there's a notation for

17  food and water and if you go down that column, you'll

18  see a number of dates ranging from July 29, 2010, to

19  June 24, 2015. And there are check marks in that column

20  which note when USDA cited the Sellners for violating

21  USDA guidelines for food and water -- adequate food and

22  water. You weren't aware of those citations, were you,

23  Dr. Pusillo?

24  **A.**    I'm not aware of the dates. Pam has often called

25  me to talk about some things that might have happened on

401

1   the farm that she might have been written up on, but I'm

2   not familiar with these dates.

3   **Q.**    Or with the reports themselves; correct?

4   **A.**    No.

5   **Q.**    Dr. Pusillo, I would like us to agree to a

6   definition of animal husbandry before we move on to my

7   next set of questions. This definition comes from the

8   Association of Zoos and Aquariums and it's the

9   following: Animal husbandry practices ensure that the

10  physiological, biological, psychological and social

11  needs of the animals cared for in zoos and aquariums are

12  addressed. Do you agree with that definition?

13  **A.**    Well, I don't like the fact that fish swim in

14  their own poop.

15  **Q.**    Okay. What about the --

16  **A.**    And they allow that.

17  **Q.**    What about the definition generally?

18  **A.**    I think it's not as broad as I would consider it.

19  **Q.**    Oh, how broad would you make it?

20  **A.**    Well, I would make it more defined to other

21  species than what they are claiming to have a general

22  husbandry of.

23  **Q.**    So there are some specific species animal

24  husbandry requirements you would include?

25  **A.**    Well, if we look at the general aspect, of course

402

1   we could say we're required to have food, adequate

2   shelter. Now, the psychological needs and those

3   particular things are really dependent on the species.

4   There's some animals that are more I would say elusive

5   than others. So yes, I think that's a -- a start -- a

6   good start of a definition, but I don't like the fact

7   that we keep fish in aquariums that swim in their own

8   poop and not change the water enough.

9   **Q.**    Dr. Pusillo, you also believe that the minimum

10  requirements for animal husbandry can be set by a state

11  where the animals live; isn't that true?

12  **A.**    There are some state differences.

13  **Q.**    Sure. And you believe that the differences among

14  the states is sort of a baseline regardless of what the

15  actual needs of the animals are; isn't that true?

16  **A.**    In the field of animal science, animal husbandry

17  is a moving target because we learn more and more every

18  year of what is appropriate. So as new discoveries come

19  about, definitions need to be changed.

20  **Q.**    But you -- but you would leave the general

21  baseline requirements up to the regulators; correct?

22  **A.**    If they were not proven wrong by current science

23  discoveries.

24  **Q.**    Okay. Dr. Pusillo, you've never conducted a

25  forensic investigation of any of the animal deaths at

403

1   the Cricket Hollow Zoo, have you?

2   **A.**    I never conducted a forensic examination.

3   **Q.**    And, Dr. Pusillo, you've never actually observed

4   any wolves or wolf hybrids at the Cricket Hollow Zoo;

5   isn't that true?

6   **A.**    Well, there was a wolf hybrid one time I

7   remember; at least one or two.

8   **Q.**    And how long ago was that?

9   **A.**    I don't recall.

10  **Q.**    So you haven't had an opportunity to observe

11  whether the wolves' animal husbandry needs are being

12  met?

13  **A.**    As of 2015, no.

14  **Q.**    I just have a couple more questions, Dr. Pusillo.

15  You believe that private animal ownership is endangered

16  in the United States; isn't that true?

17  **A.**    Yes, I do.

18  **Q.**    You spend some of your time advocating to the

19  legislature to prevent private animal ownership

20  restrictions, don't you?

21  **A.**    That -- that's correct.

22  **Q.**    And why is that?

23  **A.**    Private animal ownership is a right as long as

24  it's done properly. I also believe that people have the

25  right to have animals and not have to be subject to

404

1 organizations that value animal life over human life, so
2 I do believe that people should be allowed to have
3 animals.
4          MS. BLOME:  If I could have a moment to
5 confer, Your Honor?
6          THE COURT:  You may.
7          MS. BLOME:  That's all at this time.  Thank
8 you, Dr. Pusillo.
9          THE COURT:  Mr. Thorson?
10          MR. THORSON:  Yes, Your Honor.  I would like
11 to retrieve the deposition of Dr. Pusillo.
12          THE COURT:  Mr. Coberly?
13               REDIRECT EXAMINATION
14 BY MR. THORSON:
15 Q.     During your deposition, Dr. Pusillo, Ms. Blome
16 asked you whether -- or okay.  I would like to talk to
17 you about the same question with regard to lemurs; what
18 experience or education you have evaluating the
19 physiological, biological, psychological or social needs
20 of lemurs.  And your answer was yeah, the lemur's a very
21 interesting creature and you went on to try to describe
22 their physiology and you were interrupted at that point
23 in time.  If you were allowed to continue to describe a
24 lemur, you would have had an additional description; is
25 that correct?

405

1 A.     Yes.
2 Q.     And you also mention in the same deposition about
3 -- that you were -- you were interrupted at that point
4 in time.  It says Dr. Pusillo, I'm going to interrupt
5 you.  Okay.  I apologize for that, but I'm not
6 interested in your education -- but I'm interested in
7 your education and experience; not your opinion about
8 lemurs.  So the attorney for the plaintiffs indicated to
9 you that she was not interested in your opinion about
10 lemurs; is that what you took from that?
11 A.     That's correct.
12          MS. BLOME:  Objection, Your Honor.  This
13 exceeds the scope of cross-examination.
14          THE COURT:  Overruled, although I'm not sure
15 exactly where you're going, but keep going.
16 Q.     My question to you, Dr. Pusillo, is if you are
17 allowed to give your opinion about the lemurs at Cricket
18 Hollow Zoo, could you give the Court some information
19 about what their -- their nutritional state was when you
20 saw them?
21 A.     Yes.
22 Q.     And what is that opinion?
23 A.     The opinion that when I saw the lemurs, they were
24 -- they had adequate body condition.  They seemed very
25 good in their confirmation.  As I know confirmation from

406

1 -- I always look at the backs of lemurs to see how their
2 confirmation is.  Their legs were proper; their eyes
3 were clear; no discharge in the nose.  There was nothing
4 that would alarm me that these animals were not kept
5 properly in a nutritional state that they could be --
6 should be in.
7 Q.     And when you say confirmation, could you explain
8 that to me and the Court?
9 A.     Confirmation of an animal is -- it's really how
10 the animal looks in harmony to its structure.  In other
11 words, an animal that's not in harmony with its
12 structure, the shoulder blades would be sticking out
13 like little angel wings.  The legs would be bowed; very
14 easy to see.  The legs bow out.  There would be
15 extremely -- extreme signs of malnutrition.  Their ribs
16 would be sticking out.  Tail hair would be falling off.
17 So there's some general observations that I make with
18 all animals that are unique to all animals; the body
19 condition; the harmony of what their genetic potential
20 should be and how the nutritional qualifications are
21 meeting that.
22 Q.     And you saw none of those problems with the
23 lemurs at Cricket Hollow Zoo; is that correct?
24 A.     I did not see those problems.
25          MS. BLOME:  Objection, Your Honor.  I'm

407

1 sorry, but I was trying to find the place in the
2 deposition and -- where Dr. Pusillo is exceeding the
3 scope of his deposition testimony and it's towards the
4 end.  I asked him repeatedly if he developed any
5 opinions about the Cricket Hollow Zoo and the animals
6 there and he said no; he had not been asked to so he had
7 not developed an opinion.  I did not explore further
8 whether he felt the lemurs had -- what opinion he had
9 about the lemurs because he told me he didn't have one.
10          THE COURT:  Mr. Thorson?
11          MR. THORSON:  Well, that was later in the
12 deposition.  Earlier she asked the question and he
13 started to answer it and she said I'm not interested in
14 your opinion, so --
15          MS. BLOME:  He was evading the answer of the
16 question at the time that it was posed to him.
17          THE COURT:  I don't have the deposition in
18 front of me, but I'm assuming Ms. Blome is
19 reading it correctly.  If the witness was asked if he
20 had any opinions about the lemurs and he said he did
21 not, then he cannot testify as to opinions about the
22 lemurs.  So the objection is sustained.  That last
23 answer will be stricken.
24          MR. THORSON:  I have no further questions,
25 Your Honor.

to purchase a complete copy of the transcript.

408

1    THE COURT:  Ms. Blome?

2    MS. BLOME:  Nothing, Your Honor.

3    THE COURT:  You may step down.

4    (Witness excused.)

5    THE COURT:  It is 10:22.  We're going to

6  take about a 23 minute recess and we'll start in again

7  at 10:45.

8    (Recess at 10:23 a.m., until 10:46 a.m.)

9    THE COURT:  Mr. Thorson, you may call your

10  next witness.

11    MR. THORSON:  Thank you, Your Honor.

12  Dr. John Pries.

13    THE COURT:  Sir, if you'll step right up

14  here, please.  Raise your right hand.

15    JOHN HERBERT PRIES, D.V.M.,

16  called as a witness, being duly sworn, was examined and

17  testified as follows:

18    THE COURT:  Have a seat.  Kind of scooch up

19  to the microphone.

20    DIRECT EXAMINATION

21  BY MR. THORSON:

22  Q.    Dr. Pries, will you please state your full name

23  for the record.

24  A.    John Herbert Pries.

25  Q.    And what is your occupation, Dr. Pries?

409

1  A.    Veterinarian.

2  Q.    Let's go through your educational background.

3  Where did you go to high school?

4  A.    Newton High School.

5  Q.    When did you graduate?

6  A.    '71.

7  Q.    Did you go to college after that?

8  A.    Yeah; Iowa State.

9  Q.    And when did you go to college?

10  A.    Right after high school.  Started in '71;

11  finished in '75.

12  Q.    I'm going to display what's Exhibit S, which is

13  your curriculum vitae, and it appears on the monitor up

14  there in front of you.

15  A.    Yeah.

16  Q.    When you went to college at Iowa State, you got a

17  bachelor's of science.  Was there a -- majors and minors

18  you had with that degree?

19  A.    Started out in fisheries and wildlife and

20  finished zoology and body courses and got a bachelor's

21  in agronomy.

22  Q.    You changed your major while you were at

23  Iowa State; is that correct?

24  A.    Yeah.  After my two years, I had had an agronomy

25  course; liked it more for the science and microbiology

410

1  so I switched.

2  Q.    After you graduated from Iowa State in November

3  of 1975, did you go to work for a while then?

4  A.    Yeah.  I farmed with a large 2,200 acre farm in

5  western Iowa with cattle and a horse and raised and fed

6  a lot of cattle, and then went back to Newton and

7  managed a 500 herd Angus cow herd and then left there to

8  finish chemistry and physics requirements and applied to

9  vet school.

10  Q.    When did you start vet school then?

11  A.    Would have been '83 and graduated in '87.

12  Q.    Was that at Iowa State too?

13  A.    Yes.

14  Q.    When you went to vet school, did you take any

15  type of particular curriculum there?

16  A.    At that time, everybody took -- everything was

17  the same.  You got all the animals for anatomy and

18  medicine and surgeries.

19  Q.    When you went to vet school, did you also take

20  extracurricular courses then?

21  A.    Yeah.  You had to fill requirements, so I had

22  other classes in dairy science and wildlife

23  rehabilitation.

24  Q.    With regard to wildlife rehabilitation, what type

25  of wildlife are we talking about?

411

1  A.    When I was there, they had a bald eagle, a

2  Cooper's hawk and a red-tailed hawk that had broken

3  their wings and we mended them back up and got them

4  released to the center in Boone, Iowa.

5  Q.    And when you -- you said there was a center in

6  Boone, Iowa; is that correct?

7  A.    There used to be.

8  Q.    A raptor center?

9  A.    Yes.  That's where they train them to know if

10  they could catch prey on their own again and then they

11  re-release them to the wild.

12  Q.    Did you take any other type of courses when you

13  were at Iowa State that may have been not required?

14  A.    Yeah.  I think you have to get 12 elective

15  credits, so there was -- there was other courses that I

16  took that would have been like business or maybe another

17  semester on horse lameness.  I got the 12 credits, so I

18  don't remember exactly.

19  Q.    Did you go to any lectures on Saturday, for

20  instance, that would not be part of the actual course

21  work?

22  A.    I can't think of any specifically, but I'm

23  probably sure I did.

24  Q.    Now, you're listed as the owner and employed at

25  the Elkader Veterinary Clinic.  Tell the Court about

www.TRIALOCITY.com

to purchase a complete copy of the transcript.

---

412

1  that clinic. How big is the clinic; how many
2  veterinarians are there?
3  A.    There's me and three other veterinarians I
4  employ. There's a staff of 12. I've got three vet
5  techs, an office manager, bookkeeper, a kennel person
6  and two people that clean at night. Basically cover
7  about four counties in northeast, Iowa.
8  Q.    Do you have an operating room at the vet clinic?
9  A.    Yeah. We have our surgery room, X-ray lab, two
10  exam rooms, haul-in facility in back for cattle, an
11  indoor facility for cattle, horses, boarding for cats,
12  boarding for dogs, grooming.
13  Q.    Are you able to consult with the other doctors on
14  your staff if you have a question about an animal?
15  A.    Yeah; all the time; either there or with our cell
16  phones.
17  Q.    And have you performed any operations on any zoo
18  animals at Cricket Hollow Zoo at your clinic?
19  A.    Yeah. We've had a few primates in there. We've
20  had some sick -- oh, it was a leopard. I was gone one
21  week in the wintertime. There was a tiger cub that
22  Dr. Collins saw. That's probably about it, I think.
23  Q.    When you do the operations on the primates, how
24  do you do those? Do you have to anesthetize the animals
25  or what do you do?

---

413

1  A.    Yeah. If the surgery calls for it, we'll use
2  anesthesia. Normally, I check with the anesthesia
3  department at Iowa State at the vet school or I've
4  called Omaha Zoo to ask them what they would use and
5  Henry Doorly has always been really forthcoming with
6  their information. The veterinarian calls me back;
7  tells me what they've had good luck with or what not to
8  do. The anesthetists at Iowa State, there's usually
9  enough people around there that have tried different
10  things that they can -- you know, it's off label, but
11  this is -- this is what we used on this monkey or this
12  cat; go from there.
13  Q.    Let's talk about that for a second. What do you
14  mean by off label?
15  A.    Well, the -- most of the drugs we get, you know,
16  they've cleared them with their research facility with
17  USDA or FDA on cats or dogs that they have available to
18  them in their labs, so a lot of times these are double
19  blind studies and use different dosages until they
20  figure out its not enough to work or it's going to kill
21  the animal. So that's specifically labeled for that
22  species.
23         Then if you go to use it on something else
24  and kind of speculate well, they used it on a domestic
25  cat. Maybe we could do this on a 500 pound tiger,

---

414

1  you're just kind of roughing out the numbers to see if
2  this will work because nobody has done the studies to
3  see exactly what the dosage should be.
4  Q.    As far as your normal practice at your clinic,
5  how many thousands of animals do you work with as far as
6  cats or dogs to your best estimate?
7  A.    Well, a lot of people have more than one dog and
8  one cat, so I would -- I -- past maybe four or 5,000
9  between two clinics and pigs would be thousands and
10  dairy cattle would be thousands. Beef cattle would I --
11  yeah, over thousands. Calves, same thing.
12  Q.    How did you become the vet for Cricket Hollow
13  Zoo?
14  A.    When I first got up to Elkader, one of the
15  younger veterinarians there, Dr. Esch, was doing the
16  inspections for Pam and then when he was leaving to go
17  back to Iowa State to finish his Ph.D., in the clinic we
18  wondered if somebody would be willing to do the
19  inspections and since I had kind of an interest in
20  wildlife too and Kevin was leaving, I told Pam I would
21  take over if she couldn't find anybody else and so she
22  just stuck with our clinic.
23  Q.    Do you service other types of exotic animals at
24  other locations besides the Cricket Hollow Zoo?
25  A.    Well, native to -- native to Iowa wild animals.

---

415

1  At the Osborne Center south of Elkader, the conservation
2  place, they have a mountain lion, bobcat, black bear;
3  used to have some raptors. There was a few snakes
4  inside the building that they have on display, but --
5  used to have some deer.
6  Q.    Did you ever deal with anybody at Belle Plaine?
7  A.    Yeah. We had -- there was a husband and wife
8  that lived just north of Belle Plaine that had some
9  wolves and they would come to our clinic at Victor for
10  health checks on those and they were hybrid. If I
11  remember right, there was one that was a purebred wolf
12  and two that were hybrid canine cross. I -- I know
13  after I left there and moved up to Elkader, shortly
14  after that they had moved away or got rid of the wolves,
15  so --
16  Q.    Now, you're the attending veterinarian for
17  Cricket Hollow Zoo; is that correct?
18  A.    When Pam calls me, I try to find an answer for
19  her.
20  Q.    Have you ever met with any APHIS inspectors that
21  have come out to the zoo?
22  A.    I met a gal a couple falls ago that was there
23  that I think was just kind of the regional or district
24  inspector for that part of Iowa and Wisconsin. I can't
25  remember her name.

Case 6:14-cv-02034-JSS   Document 43-19 Filed 11/30/15   Page 19 of 84
to purchase a complete copy of the transcript.

416

1  Q.     And what type of conversation did you have with
2  this person, if you remember?
3  A.     Basically discussed flies and the issues with
4  them in the summertime in Iowa, feeding situations;
5  nothing too serious.
6  Q.     What is the situation with flies in Iowa in the
7  summertime?
8  A.     We have flies.
9  Q.     Have you prescribed various methods for trying to
10 cut down or eliminate the number of flies at Cricket
11 Hollow Zoo?
12 A.     Yeah.  The biggest concern I had was inside the
13 house where the monkeys come back into the cages and
14 there was -- you know, they spill some food or there's
15 some back there in the cans and the flies want to go to
16 the windows where it's warmer.  So I told her about
17 baits or sprays that we use in food processing plants
18 and restaurants and such to get rid of them, so she was
19 able to use the bait on the floors and up on the windows
20 away from the monkeys, and the flies contact it and then
21 they die.
22        And then outside, I never really saw much of
23 a problem with it until we got down near the horses and
24 the cattle and it was pretty much like any other barn
25 outdoors and that's just part of nature.  I mean they

417

1  were either barn flies or house flies, but they weren't
2  the biting horn flies and that kind of thing.  It was
3  just the nuisance fly we all put up with.
4  Q.     What about fruit flies?  Are they a problem?
5  A.     She has some by the fruit she stores for the
6  food, but I never remember fruit flies being any problem
7  to anything.  They're not a disease factor like some of
8  the other flies are.
9  Q.     When you say a factor, does that mean something
10 that spreads a disease?
11 A.     Yeah; that would carry some infection or transmit
12 it through bites like a mosquito or a horn fly.
13 Q.     Do fruit flies even bite?
14 A.     I don't think so.  We had over a semester of
15 parasitology at vet school and fruit flies weren't on
16 the list.
17 Q.     Now, a number of years ago a big cat by the name
18 of Casper came to the zoo.  Do you remember that cat?
19 A.     Sort of.
20 Q.     Did that cat have sores from being transported,
21 if you remember?
22 A.     We had a cat that --
23        MS. HOLMES:  Objection; leading, Your Honor.
24        THE COURT:  I'm sorry?
25        MS. HOLMES:  Objection; leading, Your Honor.

418

1        THE COURT:  Overruled.
2  A.     Recently we had a cat that -- that my
3  understanding was there was -- there was a drug house or
4  something in Texas and it went to a sanctuary and
5  somehow it got shipped to Wisconsin and then somebody
6  got the cat for Pam or cats and they transported it down
7  in a carrier that was probably too small and so we got
8  some lesions or sores on the side of the cat or inside a
9  leg.
10 Q.     Do you remember --
11        MS. HOLMES:  Objection; hearsay, Your Honor.
12        THE COURT:  The question is do you remember
13 and the objection is hearsay.  Either you're a mind
14 reader or the objection is premature.
15 Q.     Do you remember how you decided to treat those
16 abrasions?
17 A.     Well, since it was, you know, a tiger healthy
18 enough to be eating and could hurt you, we used
19 antibiotics in the food or water at the time, and Pam
20 was able to get the wounds to get cleaned up and the cat
21 mended and saliva that's naturally infection
22 prevention and an antibiotic, the wound got smaller and
23 the cat started putting some weight back on and looking
24 quite a bit better.
25        Then November got really cold fast and I

419

1  don't think these cats from Texas were acclimated fast
2  enough for Iowa weather.  I was kind of making the
3  assumption that might have been what made the cat
4  finally go off feed and die.
5  Q.     With regard to your annual -- do you do -- first
6  of all, do you do an annual walk through of the zoo?
7  A.     Yes; usually August, September.
8  Q.     And you have to sign a statement that you've done
9  that walk through?
10 A.     Yeah.  We have a form that I sign and date for
11 the USDA so Pam can show them that I was there.  The
12 first couple of times I went down, Pam would go with me
13 and we would visit and talk and I would keep looking at
14 all the animals.  Now when I go down, since there's
15 usually not anything new but it's the same ones, I look
16 at each individual animal.  If they're laying down, I
17 watch them until they get up and watch their
18 respiration.  I'm looking at what their coats look like.
19        There's usually not any feces laying around
20 because they've already cleaned that up, but if I see
21 any, I'm making sure that it's what their diet is;
22 that's what the feces should look like.  If we're kind
23 of concerned about something, Pam or Tom will get me
24 some samples I can take back and have the girls run them
25 for parasites.

to purchase a complete copy of the transcript.

420

1    And then if we have some other questions at
2 the end before I sign off, Pam talks to me about any of
3 that stuff, so generally two, three hours and done.
4  Q.    Do you try to look at every animal then at the
5 zoo?
6  A.    I look at -- I look at everything but her dairy
7 cattle.  That's on the other side of the driveway and
8 they have another vet closer that can take care of their
9 dairy cattle.
10  Q.    You mentioned earlier that you developed a
11 relationship with the vets or the vet staff at the Henry
12 Doorly Zoo in Omaha; is that correct?
13  A.    I talk to them on the phone.  I've never met any
14 of them.
15  Q.    Are they fairly good at getting back to you if
16 you have a question?
17  A.    Very good.  Normally the same day; if not, the
18 next morning.
19  Q.    And based upon your knowledge, is Henry Doorly
20 Zoo one of the top zoos in the country?
21  A.    From a research and wildlife breeding facility, I
22 consider it one of the best.
23  Q.    Do other vets in your part of the state also work
24 with you in regards to Cricket Hollow Zoo?
25  A.    Well, Pam is able to pick up some medicine from

421

1 -- from their own veterinarian that is closer than
2 Elkader, but I've never worked with him directly.
3  Q.    So if you've prescribed something, she's able to
4 go to her other vet and pick the medicine up?
5  A.    Yeah; either in Manchester or Ryan.  They
6 normally have it or if they don't, I put it together for
7 her and she has to come up to Elkader or I'll meet her
8 partway and take it to Strawberry Point sometimes.
9  Q.    Have you ever worked with a Dr. Fox?
10  A.    Barbara Fox?
11  Q.    That may be her first name.  I don't know.
12  A.    Well, we had a Dr. Fox that worked at our clinic
13 for a winter when we were shorthanded.
14  Q.    Okay.  And is there another Dr. Fox in the state
15 you've worked with besides the one that was at your
16 clinic?
17  A.    Not that I know of.
18  Q.    If you have questions, can you also call
19 Iowa State veterinary school?
20  A.    Oh, yes.
21  Q.    Have you done that in the past?
22  A.    Yeah.  I call their, you know, like the
23 diagnostic department or somebody in internal medicine.
24 But as I get older, a lot of the people I knew have
25 retired or left and so I -- I'm probably talking to

422

1 somebody totally new and I'm not sure what I'm dealing
2 with, so --
3  Q.    Have you done a walk through of the zoo recently?
4  A.    I think the last time was in August.  We wanted
5 to get one done before this court trial started, so --
6  Q.    And when you did that walk through, did you
7 notice anything that caused you any type of concern with
8 the animals or their condition?
9  A.    Not unless I wrote something down.  I don't
10 remember anything being a problem.
11  Q.    Now, I know you said you're not an expert in
12 monkeys; correct?
13  A.    That's right.
14  Q.    But would they exhibit the same conditions as
15 other animals if they're sick?
16  A.    They're animals.  I'm looking for respiration,
17 heart rate, condition of the body, how they act, any
18 problem with the eyes, lameness; you know, picking or
19 scratching at something that's not right.  They'll show
20 you what's wrong.
21  Q.    And you noticed nothing wrong on your last
22 inspection; is that correct?
23  A.    Nothing that concerned me.  I'd really have to
24 see if I wrote anything on the report because I don't
25 remember specifically, but --

423

1  Q.    As far as the -- the smell of the zoo, does it
2 smell bad at the zoo?
3  A.    No; it smells good.
4  Q.    If you saw an animal that you thought was
5 mistreated or being treated badly, even unintentionally,
6 you would tell the Sellners, wouldn't you?
7  A.    Yeah, but Pam won't mistreat her animals.
8  Q.    When you show up for your walk through, is that
9 typically announced or unannounced?
10  A.    Normally we schedule it so I know she's there and
11 they're not busy.  There have been some days when I was
12 at some dairies close to Manchester and I just pulled in
13 to see how things were going, so she didn't know I was
14 coming.
15  Q.    Now, you've also signed certain types of
16 documents for Pam regarding diets for the big felids; is
17 that right?  For large felid; do you remember doing
18 that?
19  A.    I may have.  I don't specifically remember.
20  Q.    I'm going to show you what has been marked as
21 Defendant's Exhibit F.
22  A.    Yeah; that's correct.
23  Q.    And when you're signing this type of document,
24 are you indicating that this is something that you agree
25 with?

PROTECT/ASigned.com    to purchase a complete copy of the transcript.

---

**424**

1  A.    Yeah, or I would recommend to Pam we needed to
2  change something.
3  Q.    With regard to the large felids, those are big
4  cats, aren't they?
5  A.    Yes.
6  Q.    Do you see any evidence that their diet is
7  incorrect at the zoo?
8  A.    No.  Other than a few cats that we've had
9  problems with when they first got there that I was
10 concerned about either they lied to us on how old they
11 were or we don't know what all they've been through, the
12 cats that have been there on this diet for a long time
13 are very healthy.
14 Q.    I believe you've indicated that the big lion is a
15 playful animal; is that true?
16 A.    Yes, he is.
17 Q.    I'm going to show you what has been marked as
18 Exhibit G.  Do you see that, Doctor?
19 A.    Yeah; sort of.
20        THE COURT:  If you want him to read any of
21 it, you may have to zoom in on it.
22 Q.    Okay.  I just want you for now to take a look at
23 your signature.  Is that your signature at the bottom of
24 the page?
25 A.    Yes.

---

**425**

1  Q.    And this says exercise plan for dogs at the top
2  of the page.  Do you see that?
3  A.    Yes.
4  Q.    This form is not something you have prepared
5  yourself, is it?
6  A.    No.
7  Q.    It appears to be a standard form maybe from the
8  USDA; is that correct?
9  A.    Yes.
10 Q.    But you agree that that's a proper exercise plan
11 for dogs at least; is that correct?
12 A.    Yeah.
13 Q.    Let's talk for a second about the wolf hybrids
14 that are at the zoo.  Is it your understanding that they
15 are wolf hybrids?
16 A.    Yes.
17 Q.    Do they bark?
18 A.    No.
19 Q.    Have you been around them very much or not?
20 A.    Well, I walk past them when I'm doing the
21 inspections or if I'm down there.  Normally, I walk to
22 the south end of the path and they're kind of more down
23 toward almost the end of the path, so there's days I'm
24 probably there up by the house more and haven't gone
25 down to see the wolves.

---

**426**

1  Q.    And as far as the wolf hybrids go, are they all
2  together or do you know?
3  A.    I believe they are.
4  Q.    Have you seen any sign they don't get along?
5  A.    No.
6  Q.    With regard to big cats, are they susceptible to
7  some of the same illnesses as domestic cats?
8  A.    They -- they may be.
9  Q.    And some are specific to the big cats; is that
10 true?
11 A.    Well, there's -- there's upper respiratory
12 viruses that tend toward make and feline and probably
13 started in seals off the northwest coast and that's what
14 we vaccinate pets for now.  So they need contact with
15 these viruses to get them to spread and normally with
16 house pets, it's handled.  With bigger cats, since
17 they're a hassle to capture to vaccinate, it's not
18 normally done except maybe when they're just cubs.
19 Q.    Let's talk about vaccines for a second.  Do you
20 recommend to Pam that she have rabies vaccine for the
21 big cats?
22 A.    No.
23 Q.    Why not?
24 A.    Well, it's definitely off label and if there was
25 a situation where somebody got bit by something they

---

**427**

1  thought it was rabid and they said well, it was
2  vaccinated, there's nothing in the United States that
3  says this is specific rabies protection from this cat
4  because they're not going to spend that kind of money to
5  do a double blind study and have animals die to see if
6  the rabies vaccine worked.  So the only source that they
7  could get would be maybe rabid skunk or rabid cat that
8  could have got into a pen and it probably would have
9  been eaten by the cat anyway.
10 Q.    You've seen the areas where the tigers are
11 enclosed; correct?
12 A.    Yes.
13 Q.    And the enclosures go down to the ground;
14 correct?
15 A.    Yes.
16 Q.    Have you seen places where a skunk or a raccoon
17 or anything like that could get into the cages?
18 A.    No way.
19 Q.    And you just mentioned something else.  You
20 thought that if the skunk or a raccoon got into the
21 cage, it was going to be eaten by the tiger right away
22 anyway; is that right?
23 A.    Yes.  And -- and it's okay to eat animals with
24 rabies if you want to.  You won't get infected.  In
25 fact, in the Philippines, they run down rabid cows just

to purchase a complete copy of the transcript.

428

1 because they need the food.
2 Q. You had to euthanize a tiger this year; is that
3 correct, Doctor?
4 A. Yes.
5 Q. What was the problem with that tiger?
6 A. Injured -- I believe it was a back leg got
7 abscessed or joint infected; caused severe pain. At
8 first we were trying to treat the infection orally, but
9 the cat wouldn't eat well enough to get the antibiotic,
10 so Pam and I used a three foot pole syringe that I could
11 inject the cat with an antibiotic and then Pam -- she
12 took care of it after that because she could still get
13 close enough through the cage to treat the cat.
14          But the -- the breathing she thought maybe
15 was respiratory and I felt it was maybe more pain from
16 the joint. The cat got to where it wouldn't get up
17 around very well to even move up to where water and food
18 was and Pam would get it water close and it would drink,
19 but it was going downhill fast. So rather than
20 pointlessly giving more antibiotics, we darted the
21 animal so it was anesthetized and then my tech was with
22 me and we euthanized it with an injection in the front
23 leg.
24 Q. Is there any place in Iowa that you're aware of
25 that you can send a big cat to have an MRI or an X-ray

429

1 done?
2 A. The only place I might call to see would be
3 Iowa State at the vet school, but I'm not sure they
4 could, but they would have to be able to retain the
5 animal with anesthesia before they could do it.
6 Q. Do you believe that you and Pam made the best
7 effort she could to try to save that tiger?
8 A. Yes.
9 Q. You're also aware that the zoo has coyotes; is
10 that true?
11 A. Yes.
12 Q. Are coyotes quite a bit smaller than wolves?
13 A. Yes.
14 Q. You know the difference between the coyote and
15 the wolf hybrid; correct?
16 A. Yes.
17 Q. Some of the USDA inspection reports mention
18 excessive feces at the zoo. Has it been your experience
19 when you are at the zoo that there are excessive feces
20 in the animal enclosures?
21 A. Absolutely not.
22 Q. Are there certain animals -- certain types of
23 animals that will dung in the same area in their
24 enclosure?
25 A. Yeah. Most of the -- most of the predators are

430

1 very cleanly about that. Dogs and cats in specific
2 prefer the same spot and then they live away from that.
3 With something like camel or sheep, they may just be
4 passing when they're walking and they may not care, and
5 in a pasture situation that's probably a better way to
6 spread it anyway.
7 Q. Now, you were not at -- you were not the
8 veterinarian for the zoo when two lemurs died at the
9 zoo; is that correct?
10 A. I was not.
11 Q. Your former partner, Kevin Esch, was the --
12 A. Yes.
13 Q. And a necropsy was performed on one of the lemurs
14 at Iowa State; is that true?
15 A. That may have been.
16 Q. If a necropsy was performed at Iowa State, would
17 you expect that to be up to the standards for necropsies
18 for animals?
19 A. Yes.
20 Q. As far as tranquilization of large carnivores, is
21 there any standard text you can go to to figure out what
22 that amount is?
23 A. Absolutely not.
24 Q. Would you have to rely on something like the
25 Omaha zoo for possible parameters on that?

431

1 A. I've contacted Henry Doorly Zoo; talked to
2 anesthetists at Iowa State; talked to the people that
3 sell me the product out of Colorado and extrapolate on
4 what we've used for wild bears that we had to move out
5 of the county in Clayton County.
6 Q. What about distemper in big cats? Is that a
7 problem?
8 A. No.
9 Q. Why not?
10 A. Well, she has such a small population of cats and
11 there aren't other house cats moving around into those
12 cages, so you don't really have the nose to nose contact
13 where the disease can spread.
14 Q. Do any of the big cats at Mrs. Sellner's place
15 show any signs of brittle bone disease?
16 A. No.
17 Q. What is brittle bone disease, if you know?
18 A. That's if you have your -- if you have your cats
19 like tigers and lions on a specific diet that's just
20 basically meat and no supplemental vitamins or basically
21 soil, your calcium balance will be off and the bone
22 isn't laid properly, and then as they get a little bit
23 older, the bone gets extremely brittle. It needs to
24 flex a little bit so it doesn't break and if they're on
25 the wrong diet, it will eventually break on them.

to purchase a complete copy of the transcript.

432

1     Zoos back in the fifties and sixties had a
2 terrible time with this until they started listening to
3 nutritionists and realized in nature this isn't just all
4 they eat.  They've got the diets right for them.
5 Q.    Up in front of you there's a big book that has a
6 number of exhibits in it, Doctor.  Do you see that book?
7 A.    Yup.
8 Q.    If you would turn to Plaintiffs' Exhibit 44 for
9 me.
10 A.    Okay.
11 Q.    And if you would keep on turning in that exhibit
12 until you get to the last page --
13 A.    Okay.
14 Q.    -- is that your signature down at the bottom of
15 that page?
16 A.    Yes.
17 Q.    And I would assume Mrs. Sellner prepared this
18 enrichment plan?
19 A.    Yes.
20 Q.    Did you read it over and then sign down at the
21 bottom of the page?
22 A.    Yes.
23 Q.    And you realize this was going to be given to
24 USDA if they wanted to plan; correct?
25 A.    Yup.  It was in that folder.

433

1 Q.    Now, if you and Ms. -- Mrs. Sellner talk on the
2 phone about conditions that are affecting your animals,
3 do you trust what she's telling you?
4 A.    Yeah; very much.
5 Q.    Tell the Court why.
6 A.    A lot of times we have -- you know, people will
7 call up to the clinic to the help or when we're on call
8 at night and not do a very good job of explaining the
9 diagnostic situation.  And whenever Pam has been on the
10 phone with me, she can get right to the point and be
11 specific that a lot of times I may not even see the
12 animal that night or that day, but maybe later she'll
13 tell me what we did or things got better or it's not
14 working.  She's never missed.  She does a great job.
15 Q.    In Iowa, can certain medications be purchased by
16 nonvets to give to animals?
17 A.    Yeah.  I think you can still buy Penicillin and
18 Tetracyclines at the farm stores.
19 Q.    Can shots be given to animals in Iowa by
20 laypeople?
21 A.    If they're your animals, you can treat them.  In
22 Iowa it's acceptable to -- like dehorning, castration,
23 docking tails.  I would have to get the Iowa Code, but
24 those are the the main things I know a lot of people do
25 with their own livestock.

434

1     MR. THORSON:  No further questions.
2     THE COURT:  Cross-exam?
3     MS. HOLMES:  Thank you, Your Honor.
4         CROSS-EXAMINATION
5 BY MS. HOLMES:
6 Q.    Doctor, my name is Elisabeth Holmes.  I'm going
7 to ask you a few questions on behalf of the plaintiffs
8 in this case.  Your last name Pries or is it Prius
9 like the vehicle?
10 A.    Pries.
11 Q.    Pries.  Okay.  Thank you.  I had heard two
12 different pronunciations.  You just mentioned you
13 Ms. Sellner never missed in her diagnoses of the animals
14 that she had provided to you over the phone; is that
15 correct?
16 A.    Yes.  She does really well on the phone.  If she
17 doesn't know, I come down.
18 Q.    Would you please look at the front of the large
19 binder in front of you.  There should be in the front
20 pocket a chart; a multi-colored chart.
21 A.    I -- no.
22 Q.    Okay.  It should have purple and orange and
23 green.  Yes; that's it.  Thank you.  Would you look at
24 the top of this chart, please.  It says Plaintiffs'
25 Trial Brief Attachment 2 - Animal Deaths Reported by

435

1 Defendants' Disclosures 2005 to August 31, 2015.  Can
2 you please tell the Court approximately when you started
3 working with the Cricket Hollow Zoo?
4 A.    Would have been about -- yeah; first part of
5 2010.
6 Q.    2010.  Around 2010.  So if Ms. Sellner has been
7 providing you with accurate diagnoses, do you think that
8 providing -- that with the number of animals that have
9 died since 2010, that you've been able to provide
10 adequate medical care to the facility?
11 A.    I assume these are ones she found dead and that I
12 wasn't told about them.
13 Q.    Thank you.  Have there been -- have there been
14 animals that Ms. Sellner has called you about that you
15 have been too late to save?
16 A.    None that I can remember specifically.
17 Q.    So when an animal presents with, for example,
18 acute pneumonia, have you received calls prior to you
19 diagnosing this animal with acute pneumonia?
20 A.    She'll call sometimes with something with
21 pneumonia and say that she maybe started Amoxicillin in
22 the water or Tetracycline.  She lays something in the
23 food and then wanted to know what to do with the
24 follow-up because the cat or the coyote or whatever had
25 gotten better and I said why don't you just stay where

TRIAL TRANSCRIPT 8/31/2015 310 VOL. III
to purchase a complete copy of the transcript.

436

1  you're at for another five days and see how things go.
2  Q.    So she would have started to self-administer
3  antibiotics to an animal that had no official diagnosis
4  from a veterinarian; correct?
5  A.    Well, an official diagnosis from an owner in Iowa
6  can prescribe those over-the-counter drugs theirselves
7  (sic).
8  Q.    Well, I guess I should understand that it sounds
9  like in Iowa you can provide the medicine to your
10  animal, but if you're not a veterinarian, you're not
11  qualified to make a diagnosis -- a medical diagnosis;
12  correct?
13  A.    Well, if they know it's a respiratory issue and
14  the last time they had this and they used Amoxicillin,
15  most farmers would just go to the same thing and if it's
16  not working in the morning, they call their
17  veterinarian.
18  Q.    But it's true, isn't it, that there's different
19  kinds of medical issues that can present with similar
20  symptoms, yet be different diagnoses; correct?
21  A.    That could be, in which case that antibiotic
22  probably wouldn't have worked and she would call me the
23  next morning.
24  Q.    Thank you.  Is it correct that you never treated
25  lemurs at the Cricket Hollow Zoo?

437

1  A.    I have not treated a lemur.
2  Q.    Thank you.  And it is also true that you
3  testified at your deposition in March 2015 that you did
4  not know anything about the unique needs of lemurs; is
5  that correct?
6  A.    I just know they run together in the jungle and
7  there's a social structure to the lemurs that Pam isn't
8  able to do because endangered species, you can't -- you
9  can't get enough to put them into groups that big and
10  she's had some that the mother wasn't able to take care
11  of it so she raised them.
12  Q.    But you've never spent time around lemurs
13  yourself?
14  A.    Other than seeing them at the zoo, no.
15  Q.    And have you ever been able to give a lemur a
16  physical examination?
17  A.    All I do is see what they're acting like in the
18  cage and know that they're eating and acting normal.
19  Q.    But how do you know if they're eating or acting
20  normal if you don't spend a lot of time around lemurs?
21  A.    Because they're not struggling to climb up on the
22  branch or lame or laying on the floor.
23  Q.    Those are your primary criteria for determining
24  if a lemur is healthy or not?
25  A.    I look at animals to see what they're doing.  If

438

1  they're healthy, they're healthy.
2  Q.    You haven't treated any wolves at the Cricket
3  Hollow Zoo; is that correct?
4  A.    No.  Wolf hybrids.
5  Q.    You haven't treated any wolf hybrids at the
6  Cricket Hollow Zoo, have you?
7  A.    No.
8  Q.    Okay.  Is enrichment or enhancement of an
9  animal's living quarters part of your role as a
10  veterinarian?
11  A.    No.
12  Q.    Is that part of your role as the attending
13  veterinarian for the Cricket Hollow Zoo?
14  A.    Pam has that with the people that come and
15  inspect from the USDA.  I'm just looking at the health
16  and the care of the animals in the zoo.
17  Q.    And in your view, that does not include the
18  enrichment or enhancement of the animal's cage or --
19  A.    From an owner of pets and livestock myself and
20  know what Pam does there, we try to enrich what we can
21  for the animal in the zoo.
22  Q.    But you don't see that as part of your
23  responsibility?
24  A.    Not as a veterinarian attending to the health of
25  the animals.

439

1  Q.    If you could look again at that chart very
2  briefly -- the one with the colors on it entitled the
3  animal deaths reported by defendants' disclosures -- and
4  you've been the attending veterinarian on the program of
5  veterinary care since 2009 or 2010 I believe; correct?
6  A.    Yes.
7  Q.    With the number of deaths of endangered species
8  that have occurred at the Cricket Hollow Zoo, have you
9  sought to make any substantive changes to the program of
10  veterinary care?
11  A.    Not at this time.
12  Q.    You mentioned that you assumed because the
13  necropsy performed on a lemur had been performed by
14  Ames, that it -- you agreed with the defendant's
15  attorney that it had been performed to the appropriate
16  standards or the proper standards.
17  A.    Yeah.  I have not seen it.
18  Q.    Okay.  Have you suggested or ordered that any
19  necropsies be performed on any of the animals that have
20  died at the Cricket Hollow Zoo?
21  A.    Not yet.
22  Q.    Why not?
23  A.    Well, they're probably after the fact and it's
24  summer and they may just have died what Pam thought was
25  an old age or there was some other cause.

to purchase a complete copy of the transcript.

**440**

1  Q.   And if there is some other cause, isn't it
2  important as the attending veterinarian for the number
3  of animals at the Cricket Hollow Zoo to know what that
4  cause is?
5  A.   If I was told that it died, yeah, we could do a
6  necropsy.
7  Q.   So, for example, on this chart that you have in
8  front of you, are there animals that have -- are listed
9  as deceased on there that you have not heard about
10  before?
11  A.   Well, she tells me about everything that dies,
12  but I don't put it in my memory or write it down, so
13  there may have been.
14  Q.   For example, if you look at the chart where it --
15  in the time frame of November 2014, there's three
16  animals that died; Casper the tiger, Kamarah the lion
17  and Luna the tiger.  If three big cats died within a
18  single month, would that not cause you some concern in
19  your role as attending veterinarian?
20  A.   Yeah.  These were cats that were sent up to her
21  just four months before and we were concerned about the
22  health of them when she got those cats.  They weren't in
23  the best of condition when she got them.
24  Q.   But when they passed away, did you not perform
25  necropsies on them to determine if there was anything

**441**

1  that they had perhaps brought with them that could have
2  threatened the rest of the animals?
3  A.   The question is if I did necropsy and no.
4  Q.   Does the Cricket Hollow Zoo have a veterinary
5  services agreement with your -- with your veterinary
6  practice?
7  A.   The only agreement is if she stills wants us to
8  do inspections once a year, I'll go down and do it in
9  August or September.
10  Q.   So it's just for inspections.  It's not for
11  treatment or diagnosis during the year?
12  A.   We -- we basically would have the situation and
13  call who we need to get it done.  I might be the first
14  person that she goes to and then I'll try to contact
15  either a zoo or a vet college to see what we need for
16  help.
17  Q.   Have the Sellners expressed to you any wish to
18  have a capped services agreement in terms of the
19  finances for how much they're willing to spend on
20  veterinary care each year?
21  A.   No.  We're only one of probably two or three
22  veterinarians that she uses for the farm and whatever.
23  Q.   But you're -- as far as you know, you're the
24  primary veterinarian for the exotic species at the zoo?
25  A.   As far as I know.

**442**

1  Q.   Does the X-ray machine at your facility -- is it
2  capable of handling a tiger if a tiger needs an X-ray?
3  A.   It's capable of doing as big as a human.
4  Q.   So not a tiger?
5  A.   No.
6  Q.   What about your operating tables or examining
7  tables?  Are they of sufficient size to handle a tiger?
8  A.   If they weigh less than 250 pounds, yes.
9  Q.   You testified earlier that a tiger -- you
10  mentioned earlier that a tiger weighs about 450 pounds.
11  Is that -- is that your estimation of a tiger's weight?
12  A.   It would vary for adults.  I know there's some
13  males that are over 600 pounds.
14  Q.   Do you know what the tigers at Cricket Hollow Zoo
15  weigh approximately?
16  A.   They're probably around that 500 and up on the
17  females.
18  Q.   500 and up; up to --
19  A.   Maybe -- maybe 600 and there may be some that are
20  four.
21  Q.   Attorney Thorson was asking you earlier about
22  drugs and vaccines used at the facility and there was a
23  discussion about off label use of certain medications.
24  A.   Everything of animals is off label.
25  Q.   Wouldn't a rabies vaccine be off label?

**443**

1  A.   There's not a rabies labeled for tigers or lions.
2  Q.   But are you aware that in terms of generally
3  accepted animal husbandry practices, rabies vaccines for
4  tigers is used?
5  A.   They may use it, but if you're challenged with
6  somebody that got bit, they're not going to care if it
7  was vaccinated.
8  Q.   Each year when you do the walk through at the
9  Cricket Hollow Zoo, how do you compare the conditions of
10  the animals from the prior year and what you noticed
11  about a particular animal?
12  A.   I'll just have to ask Pam if -- if there was a
13  noticed difference; I thought there was something
14  different in this pen or I didn't know that cat was
15  there or the bear was there.
16  Q.   So you rely almost exclusively on Ms. Sellner's
17  representations and not on your notes or your
18  recollections about a specific animal?
19  A.   If I have something I'm concerned about, I write
20  it down and I'll look at it next year when I go back.
21  Q.   And in the course of discovery in this matter,
22  what we received from your office is essentially
23  provided at Exhibit 41, if you would turn to Exhibit 41,
24  please.  Do you recognize this document?
25  A.   Yeah.  It's from our clinic.

PRAIRIE REPORTING 319-legal1.com
to purchase a complete copy of the transcript.

444

1  Q.   So if you had any notes to make about an animal's
2  condition during your walk through, would it be
3  represented on these three pages?
4  A.   No.
5  Q.   Where would it be represented?
6  A.   It would be on the ticket that was handed in to
7  my accounting part of the clinic and on any notes that I
8  kept for Pam in her folder at my desk.
9  Q.   But those were not produced in discovery in this
10  matter; correct?
11  A.   Because I didn't have anything to produce.
12  Q.   Have you ever performed a preventative dental
13  exam on one of the tigers at the Cricket Hollow Zoo?
14  A.   No.  You're talking about procedures on an
15  anesthetized cat that would probably take a thousand
16  dollars and I have friends with zoos that have at least
17  four caretakers per cat, plus veterinarian technicians,
18  plus veterinarian and a budget that's way larger than
19  what we can get in a small county town that we're not
20  going to do dental exams on a 600 pound tiger if
21  everything seems like it's going just fine.
22  Q.   But if that's part of the industry standard; not
23  to debate this with you --
24  A.   Whose industry standard?
25       THE COURT:  Just a second.

445

1  Q.   So there's no question before you.
2       Sir, do you recall your deposition on
3  March 19, 2015?
4  A.   All four hours.
5  Q.   All four hours.  Do you recall stating whether
6  you had an opinion on the psychological welfare of
7  tigers?
8  A.   No opinion.
9  Q.   Do you recall treating the tiger called Miraj?
10  A.   Yes.
11  Q.   And what was your diagnosis for Miraj?
12  A.   That was a cat that came up with an injury on her
13  rear foot and was limping and then it had a placing
14  deficit, so I knew I had some nerve damage.  And it was
15  breathing fast and we associated that with the pain in
16  the foot.
17  Q.   And what was your course of treatment?
18  A.   Well, we -- I think I already discussed this.
19  Q.   Well, what I'm specifically asking you about,
20  sir, is whether you recommended Banamine for use in this
21  animal?
22  A.   We were trying to use an injectable pain reliever
23  and anti-inflammatory and something that might reduce
24  the swelling around the nerve to get the foot function
25  back.

446

1  Q.   And if you knew that cats -- big cats were
2  sensitive to NSAIDs, including medical -- excuse me --
3  including drugs like NSAID, would that change your
4  opinion about using Banamine in that situation?
5  A.   That's the drug I had available for the situation
6  and the cat.
7  Q.   So you're not aware that NSAIDs are not advised
8  for cats?
9  A.   Long-term they're not advised for cats.  We're
10  talking three, four days to see if we can get an effect.
11  Q.   Did you get that effect that you were --
12  A.   No, we did not.  We euthanized that cat.
13  Q.   Are you familiar with the APHIS inspection
14  reports conducted by APHIS on the Cricket Hollow Zoo?
15  A.   Yeah.  I don't know if I've seen them, but I know
16  APHIS does them.
17  Q.   We actually have a number of those inspection
18  reports in exhibits in this case and some of them call
19  for immediate veterinary care on certain issues.  Do you
20  recall -- do you recall a capuchin monkey called
21  Cynthia?
22  A.   Vaguely.  Apparently not on the sheets.
23  Q.   She's not on the sheet, but there were some
24  problems with her health.  And in your deposition you
25  testified that plans would need to be made to the

447

1  primate enrichment program to assist Cynthia because she
2  was chewing on her tail and had hair loss across her
3  body, and that was in June 2013.  And if you look at
4  Exhibit 44, which is the primate enrichment program,
5  which is dated November 20, 2013, are there any specific
6  changes that were made to the primate enrichment program
7  to respond to Cynthia's needs?
8  A.   Cynthia was the -- one that had the nervous
9  habit of barbering and they get bored and they start
10  chewing or pulling their hair, and I remember we were
11  just talking about things to distract her from doing
12  that.  I'm not sure what Pam and I decided might work,
13  but she came up with some unique ideas, but the monkey
14  would still pull at the hair in the armpits and on its
15  belly.
16  Q.   In your deposition, you testified that there
17  would be an entertainment plan put in place for Cynthia.
18  A.   Yeah; I think that's what Pam was talking about.
19  Q.   But it's correct that in the primate enrichment
20  program dated five months later, there are no changes
21  for Cynthia?
22  A.   Not aware.
23  Q.   Dr. Pries, if you saw a curled hoof on a hooved
24  animal such as a goat, would you have any concerns about
25  the animal's pain?

Go to www.PohlandCourtReporting.com
to purchase a complete copy of the transcript.

448

1   **A.**      Not pain, but they need the feet trimmed.

2   **Q.**      Why would you not have any concern about pain?

3   **A.**      I see it in cattle, sheep and goats, horses all

4   the time.

5   **Q.**      What is the purpose of trimming a hooved animals'

6   hooves?

7   **A.**      If they're on an extremely high plain in

8   nutrition for the output of either the milk or the meat,

9   the hair and the feet are going to grow too, and if

10  they're not moving around long enough on a hard enough

11  surface to wear the feet properly, then we trim the

12  feet.

13           Then you can have injuries to the legs where

14  they sit back of the heel longer and they don't wear

15  properly so then the trimming is just to keep the longer

16  toes off.

17  **Q.**      But that's exclusive to dairy animals or to meat

18  animals?

19  **A.**      No, no, no.  No.  I see it in ponies, goats,

20  sheep.  A lot -- well, we do a lot of nail trims on dogs

21  and cats.

22  **Q.**      But based on what you just said then, if the hoof

23  does overgrow and then the leg starts to -- bend a

24  bit to accommodate that, that does not cause the animal

25  pain?

449

1   **A.**      No.  The leg -- the leg was injured or bent that

2   caused the toe to grow wrong.  Sometimes it's even

3   genetic where we call it screw toe.  That's how the hips

4   and the hocks are set.  So if they've got these animals

5   and they care about them, they either trim the feet

6   theirselves or they call us to do it.  Sometimes they're

7   so severe they just figure let's just finish the animal

8   and take it to slaughter.

9   **Q.**      Thank you.

10           MS. HOLMES:  Your Honor, if I could have a

11  brief minute to confer with my cocounsel?

12           THE COURT:  You may.

13           MS. HOLMES:  Thank you.

14  **Q.**      Doctor, could you please tell us what you think

15  about the USDA APHIS division?

16  **A.**      Well, when I talk to friends of mine that deal

17  with them, they just -- frustrated because they get

18  inspectors that tell them this is the law and they find

19  out at best maybe a directive.  So I just always call my

20  state veterinarian to see if it's something we're

21  actually supposed to do.  Normally, the people I talk to

22  are a bit higher up and I get along fine with them.

23  **Q.**      Do you think that they know what they're doing

24  when they conduct their inspections of the Cricket

25  Hollow Zoo?

450

1   **A.**      Depends on how well they were trained with their

2   inspections.

3   **Q.**      Do you respect their efforts?

4   **A.**      Not always.

5   **Q.**      What are some examples of where you don't respect

6   their efforts?

7   **A.**      Well, in March it thaws in Iowa and the mud gets

8   kind of deep and they had a comment to Pam that the

9   cattle were in mud up to their knees.  I don't think

10  that woman knew what a knee was on a cow.

11  **Q.**      Sir, in your opinion, you previously testified at

12  your deposition that USDA was -- and pardon my French --

13  was bureaucratic bullshit.

14  **A.**      That's correct.

15  **Q.**      You still agree with that statement?

16  **A.**      Pretty much.

17  **Q.**      And how does that affect your ability to be the

18  attending veterinarian under a USDA-mandated program?

19  **A.**      The problem with the inspectors Pam's had when

20  they get an appeal from Pam, the people higher up never

21  look at it.  They just go with the inspector who might

22  not have worked for them that long; doesn't take into

23  situation that it may have just rained; depending on the

24  time of day whether she corrected something and so the

25  person in charge in Colorado doesn't even consider

451

1   appealing it so Pam still gets fined.

2   **Q.**      So I take it you're not a big fan of the

3   government?

4   **A.**      Any government.

5           MS. HOLMES:  Thank you.  Thank you,

6   Your Honor.

7           THE COURT:  Mr. Thorson?

8           REDIRECT EXAMINATION

9   BY MR. THORSON:

10  **Q.**      Dr. Pries, I've got one additional question for

11  you.  You were asked during cross-examination about

12  whether it would be a good idea to do a dental exam for

13  a tiger each year.

14  **A.**      Yes.

15  **Q.**      And to do a dental exam for a tiger, you would

16  have to tranquilize that tiger, wouldn't you?

17  **A.**      Yes.

18  **Q.**      Tranquilizing a big cat is a risky business at

19  best, isn't it?

20  **A.**      Very.

21  **Q.**      And it could result in mortality for the big cat?

22  **A.**      Yeah.  We try to use the safest drugs we can and

23  I had a calf that we had to dart in a pasture this

24  summer to move because there was no other way to catch

25  it and before I could get it reversed, that calf died,

VERITEXT/REPORTERS INK, (319) 363-1048 www.veritext.com
to purchase a complete copy of the transcript.

---

452

1 and we'd used that same mix on calves hundreds of times
2 and never had a bit of trouble.  So you take a valuable
3 tiger that you just want to look at the teeth and your
4 anesthesia does it in, nobody is happy.
5 　　　　MR. THORSON:  I have no further questions.
6 　　　　THE COURT:  Ms. Holmes?
7 　　　　MS. HOLMES:  Nothing further, Your Honor.
8 　　　　THE COURT:  You may step down.
9 　　　(Witness excused.)
10 　　　　THE COURT:  We're going to take an hour and
11 15 minutes for lunch.  We'll start in again at 1:15.
12 　　　(Recess at 11:53 a.m., until 1:13 p.m.)
13
14
15
16
17
18
19
20
21
22
23
24
25

---

453

1 **AFTERNOON RECESS**
2 　　　　THE COURT:  I think we are ready for the
3 plaintiff to call its next witness.
4 　　　　MR. PIERCE:  Your Honor, the plaintiffs call
5 John Braumann to the stand.
6 　　　　THE COURT:  Sir, if you're in the courtroom,
7 if you'll come forward.  Right over here.  Raise your
8 right hand.
9 　　　　　JOHN BRAUMANN,
10 called as a witness, being duly sworn, was examined and
11 testified as follows:
12 　　　　THE COURT:  Have a seat right there.  Scooch
13 up to the microphone.  Make sure you speak right into
14 the microphone.
15 　　　　DIRECT EXAMINATION
16 BY MR. PIERCE:
17 Q.　　Good afternoon, Mr. Braumann.
18 A.　　Hi.
19 Q.　　I wonder if I might call you John?
20 A.　　Yes; absolutely.
21 Q.　　Okay.  And I want you to know that I'm standing
22 here not to introduce a level of distance or formality,
23 but only because it's easier for me to be nearer to --
24 both to my notes and the microphone at the same time.
25 　　　You'll also observe there's a binder in

---

454

1 front of you there.  A number of exhibits are contained
2 within that binder.  Those are all of the plaintiffs'
3 exhibits.  Many of the witnesses before you have had a
4 little bit of trouble thumbing through them.  The pages
5 -- when you try to move them all together, the pages get
6 a bit stuck on the ring, so if I ever refer you to any
7 of those, you can just move them a few at a time and
8 maybe we'll get through that a little bit more fluidly.
9 A.　　Okay.
10 Q.　　Would you mind, please, to state your name and
11 address for the Court.
12 A.　　John Braumann; 226 Normandy Drive, Marion,
13 Iowa 52302.
14 Q.　　And to confirm, you are a plaintiff in this case?
15 A.　　I am.
16 Q.　　Tell me something, if you would, John, about your
17 family.
18 A.　　Well, I'm the youngest of five; grew up -- I was
19 born in Cedar Rapids.  I've moved away a couple of times
20 during my life, but I came back here to raise my own
21 family.  I have three children; two boys and one girl.
22 Q.　　Anything, John, about hobbies or interests you
23 can tell me?
24 A.　　Well, a lot of my hobbies and interests revolve
25 around my children.  I've got two younger children, so

---

455

1 obviously their activities in school.  A lot of outdoor
2 activities; hiking, biking, camping; those types of
3 things.  As far as my own personal interests, I like to
4 play racquetball.  I work out a lot and I'm also an avid
5 animal protection advocate.
6 Q.　　With your children, you mentioned that you do
7 outdoor activities with them.  Do you bring your
8 children to zoos, John?
9 A.　　I have not.
10 Q.　　Would you bring your children to a zoo?
11 A.　　If it were a nice zoo, yes, I would.
12 Q.　　Oh, okay.  Would you bring your children to the
13 Cricket Hollow Zoo?
14 A.　　No.
15 Q.　　Why is that, John?
16 A.　　Because I think it conveys the wrong message as
17 to how we should be treating captive wildlife.  I don't
18 agree with the way in which most of the animals are kept
19 and I don't want my children thinking that that's okay.
20 Q.　　Are you able to say a little bit more about what
21 message their captive -- that the conditions of these
22 animals conveys to children?
23 A.　　Well, I think it would convey --
24 　　　　MR. THORSON:  Objection.  This calls for
25 speculation, Your Honor.

to purchase a complete copy of the transcript.

456

1    THE COURT:  Overruled.  You may answer.
2    THE WITNESS:  Thank you.
3  A.    I've tried to teach my children that having
4  dominion over the other animals in the world means we
5  need to take care of them in the best manner that we
6  possibly can and that's not what I have seen on my two
7  visits to Cricket Hollow Zoo and I don't want to teach
8  my children that that is the proper way to care for
9  animals.
10  Q.    Tell me something more about the animal advocacy
11  that you mentioned you undertake when you're not with
12  your children.
13  A.    I'm sorry; and how does that relate to my
14  children?
15  Q.    No; I'm sorry.  You mentioned your hobbies
16  include the things you do with your children and also
17  the animal advocacy.
18  A.    Yeah.  Like I said, I'm very active.  I work out
19  a lot; like to play racquetball and run.  But as far as
20  personal hobbies, if you will, I spend time every day
21  advocating for animals of one kind or another.  I have
22  followed several of the animal protection organizations.
23  Some of the major ones; HSUS, ASPCA.  That's just to
24  name a few.  Mercy for Animals, Compassion Over Killing.
25  I follow all of them because much of what they stand for

457

1  is what I've come to stand for over the years; that we
2  have an obligation to treat animals fairly.
3  Q.    Are you a member, John, of any of those
4  organizations?
5  A.    I am.  I've been a member over the years of
6  several organizations.  I presently am a paying member
7  of Humane Society of the United States and I am also the
8  district leader for congressional district one in Iowa.
9  I'm in a volunteer position for the Humane Society.
10  Q.    Are you a member of the ALDF?
11  A.    No.
12  Q.    Do you have any background in animal husbandry?
13  A.    Not to speak of.  Both of my parents grew up on
14  farms.  I used to go to my grandfather -- or
15  grandparents' farms all the time as a kid; ride my
16  grandpa's horses; see how he kept his pigs and other
17  livestock.  As far as actively practicing in the care of
18  animals, I have not really done that other than feeding
19  my father-in-law's pygmy goats and talking to him about
20  how he cared for those.  He has a hobby farm.  My
21  ex-father-in-law, I should say.
22  Q.    So you're not, if I understand you correctly,
23  yourself necessarily practiced animal husbandry, but
24  you've been exposed to some of its practices?
25  A.    Yeah.  I've been exposed to both -- like I said,

458

1  both sides of my family -- my mother and father both
2  grew up on farms and so I visited farms many times;
3  still have a relative that lives on one, but as far as
4  my day-to-day husbandry, no.  I have a house cat.
5  That's the extent of my animal husbandry; that and what
6  I've learned over the years just, like I said, with the
7  exposure that I've previously mentioned.
8  Q.    Has having a house cat taught you anything about
9  the care of animals?
10  A.    Well, I think so.  I think 54 years of life has
11  taught me a lot about how to care for animals.  As far
12  as having house cats, yes; I've learned -- excuse me;
13  I've learned -- pardon me -- I've learned some of the
14  nature of -- of how cats need to be treated and some of
15  the ailments that they fall under.
16  Q.    John, if it will benefit you at any point,
17  there's a bottle of water on the corner of the stand.
18  A.    I see that.  Thank you.
19  Q.    What about any exposure that you've had to
20  captive wildlife besides the defendants' zoo?
21  A.    Well, when I was younger, my dad took me to the
22  zoo in Denver and that -- I've been to the Mississippi
23  fish and I can't remember what they call it.  It's the
24  -- the museum there over in Dubuque.  Other than that,
25  most of my exposure to zoos have been on watching

459

1  National Geographic, Discovery Channel, The Learning
2  Channel.  I watch a lot of that because I'm interested
3  in animals, so I've seen many of the zoos through that
4  outlet, but I've only visited the Denver Zoo and -- I
5  take that back.  I visited Bever Park Zoo many years
6  ago.  I think everything is shut down now, but they used
7  to have monkeys and they used to have a petting zoo
8  there, but I'm pretty sure everything has been shut down
9  there.
10  Q.    At Bever Park Zoo?
11  A.    Yeah.  It's just a local park here.  They used to
12  have a petting zoo and they used to have a primate
13  enclosure, but I think that's been gone for numerous
14  years.  I don't recall how long.  I was only there once.
15  I didn't really care for it.
16  Q.    What do you remember of the -- the Denver Zoo?
17  Was there -- was there anything at the Denver Zoo that
18  caused you concern or alarm?
19  A.    No, not at the time.  I was in my teens at the
20  time and it was a nice zoo from what I recall.
21  Q.    And the Bever Park Zoo.  You mentioned you didn't
22  care for it?
23  A.    The primate enclosure was basically just a cement
24  floor chain-link fence in the front and there wasn't
25  much there for them, so it was not really a facility I

PURCHASE A $19.99 copy at AttorneyOnline.com
to purchase a complete copy of the transcript.

460

1  would say was conducive to a good life for those
2  primates.
3  **Q.**     And you mentioned as well that you spent some
4  time on -- on channels that educate about animals.  Can
5  you name any of the programs that you might watch?
6  **A.**     Well, it's been -- I dropped my cable about a
7  year ago, so I haven't watched any since then.  As far
8  as I don't think they have actual programs.  It would
9  just be a show highlighting a particular zoo in one part
10 of the country or not and usually they were nicer zoos;
11 a lot of room and in some cases the roles were reversed
12 in which the people were confined almost as you pass
13 through the zoo and the animals had the space that they
14 deserve, in my opinion.
15 **Q.**     What's been your exposure, John, to animals in
16 the wild?
17 **A.**     Well, growing up in Iowa, when I was very young
18 my stepfather tried to teach me to hunt.  I didn't
19 really enjoy it so I didn't continue that beyond maybe
20 15 or 16.  But other than that, like I said, having
21 family members that have lived out in the country on
22 farms, you see all kinds of wildlife; coyotes and
23 different animals out there, but we don't have lions and
24 tigers but -- or bears for that matter that I've ever
25 seen, but just being outdoors in a rural setting you see

461

1  a lot of wildlife.
2  **Q.**     Have you been exposed to animals in the wild
3  through the television?
4  **A.**     Oh, absolutely.
5  **Q.**     What sorts of things have you seen on the
6  television?
7  **A.**     Well, I've seen the way -- a lot of shows over in
8  Africa, there would be elephants, lions or tigers,
9  cheetahs.  I'm a big cat lover so I tend to gravitate
10 more towards -- towards the felines.
11 **Q.**     Anything about lemurs you've ever seen on the
12 television?
13 **A.**     I have, yeah.  I've seen a couple of different
14 shows on that and it kind of struck me because I was
15 taken aback at how social they were.  It's like you
16 never saw them alone.  They were in groups of 15,
17 sometimes 20 animals and they're -- it was just a very
18 familial setting, so it kind of struck me how social
19 they were.
20 **Q.**     What about wolves, John?
21 **A.**     The same with wolves.  Obviously, they're a pack
22 animal.  I have seen shows on wolves.  I'm concerned
23 about the wolves now because in several states they're
24 reintroducing means to reduce the population and I fully
25 believe that predator animals are a very important part

462

1  of the ecosystem and when we start trying to manage
2  them, we create other issues.
3  **Q.**     So how would you summarize, John, your feelings
4  toward or your relationship to -- to wildlife; whether
5  captive or free?
6  **A.**     Well, I feel -- my personal feelings are I have
7  an obligation where others are not doing things like
8  they should do.  I don't believe in -- like I'm highly
9  vocal against things like poaching, the ivory trade, the
10 taking of wolves.  I just feel that I have an obligation
11 -- I have assumed an obligation through my advocacy and
12 protection over the years.  I speak out for the
13 voiceless.
14 **Q.**     Is it safe to say you consider this litigation
15 part of that advocacy?
16 **A.**     Absolutely.  It's an extension thereof, yes.
17 **Q.**     So, John, how did you first become familiar with
18 the Cricket Hollow Zoo?
19 **A.**     I have a Facebook friend named Mindi Callison
20 Long who first introduced me to it and what she did was
21 told me -- or I had seen a post on her page.  I can't
22 remember if it was her page or if she just shared it or
23 what the situation was, but I saw a post and it was a
24 picture, and if memory serves me, it was the picture of
25 the lion that had the flies on its nose and, of course,

463

1  it struck me as not a good situation.
2          So after that, I touched base with Lisa
3  Kuehl, one of my fellow plaintiffs, and we talked about
4  it and there came to be a point in time when I decided
5  that I had to see this for myself because I -- I should
6  have been born in Missouri -- not Iowa -- because you
7  can tell me something and I'll generally believe you,
8  but for me to really grasp it, I like to see it for
9  myself.
10 **Q.**     The show me state; is that --
11 **A.**     Yeah; Missouri is the show me state.  It's kind
12 of a little joke, I guess.  Pardon me.
13 **Q.**     Jessica got it.
14 **A.**     Yeah.
15 **Q.**     Okay.  So you -- so you spoke with -- with Lisa
16 Kuehl and what did you guys decide to do?
17 **A.**     Well, I had expressed to Lisa that, you know, I
18 think at some point I would want to visit the zoo and
19 then ultimately I did decide to visit the zoo with --
20 not with Lisa, but with another person the first time.
21 **Q.**     Well, tell us about that first visit then.  When
22 did you go?  Who did you go with?
23 **A.**     Okay.  It was October 13th of 2012.  It was, I
24 want to say, one of the last weekends if not the last
25 weekend that the zoo was open for that year.  And I met

Case 6:14-cv-02034-JSS  Document 43-19  Filed 11/30/15  Page 31 of 84
to purchase a complete copy of the transcript.

**464**

1 Cathy Carter from Waterloo.  She drove down and I met
2 her and we went over to the zoo.
3    Q.    So when you arrived at the zoo, what were your
4 first impressions?
5    A.    Well, living in Iowa, and seeing -- you know,
6 seeing all the different types of farms, when I pulled
7 into the driveway, it struck me as a farm and not a zoo.
8 I mean most farms in Iowa -- including my grandparents'
9 farms -- were in -- it's a constant battle to keep them
10 up.  There's always fencing that needs repair.  There's
11 this or that that needs repair.  The barn needs painted,
12 etc., so it struck me as just a regular zoo (sic) in
13 various states of repair or disrepair and it didn't
14 strike me as a place where you would have a zoo, other
15 than seeing the sign out front.
16    Q.    And what did you -- what did you do then after
17 arriving and making those determinations?
18    A.    Well, we went into the entrance of the zoo, which
19 is not connected really to the main house.  It's like
20 next to it, if I recall correctly.  So you go in and
21 immediately you're greeted by Mrs. Sellner; at least on
22 my two visits she was the only one there.  And in the --
23 in that area, she has some food that you can purchase.
24 It's in, like, ice cream cone cups and you can get,
25 like, some type of a seed and then some type of a

**465**

1 kibble; maybe dog food or some kind of food apparently
2 that you can feed to any of the animals that have the
3 feeding tubes or I guess if you wanted to throw it into
4 any of the enclosures, you could.
5    Q.    Did you -- go ahead.
6    A.    I was just going to say at that point we paid our
7 entry fee, which I believe was $5 and then we entered
8 the zoo.
9    Q.    Did you buy any of the kibble that you described?
10    A.    On my first visit I did not.  On my second visit,
11 I did.
12    Q.    Did you speak at all to Mrs. Sellner?
13    A.    Just the normal small talk; how are you and how
14 much was it and paid the fee and went about my way.
15    Q.    You paid the fee and then what did you do?
16    A.    Well, right next to -- or I should say right
17 behind where you pay is like in another little room,
18 that's where the zoo really begins.  I think she refers
19 to this as the reptile area.  The first couple of
20 animals I saw were a couple of ferrets just in a regular
21 -- I would presume a regular ferret cage.  And they were
22 pretty active in there and I walked up and the first
23 thing I saw was an empty water bottle, which kind of
24 struck me as being odd because it was only about
25 12:30 in the afternoon.  So when I approached the cage

**466**

1 and I'm looking at this, the two white ferrets came up
2 repeatedly to the waterer and I personally felt like
3 they thought maybe I was there; that I would water them
4 or something.  But that was my first -- the first
5 impression was not a good one having -- having the first
6 animals I saw being out of water.
7    Q.    What else did you see in the reptile area?
8    A.    Well, right by the reptile -- or excuse me --
9 right behind them I believe was the -- there were a
10 series of bird cages, if I recall.  I don't know what
11 types of birds they are, but different bird cages and I
12 was struck at the -- I want to put this as politely as I
13 can -- at how filthy the -- the reptile house was,
14 because the bird cages had a buildup of dust, dirt,
15 feathers.  In all honesty, my impression was that if it
16 had been cleaned since it had been put in, it had been
17 some time ago.
18         And a lot of the watering receptacles and
19 the dishes for the food had a lot of debris and
20 similarly had not been cleaned in quite some time.  And
21 for me, with my exposure to other zoos, that was not the
22 case.  And it kind of reminded me of a farm setting in
23 which, you know, a lot of times the trough -- water
24 troughs and things like that are, you know, really kind
25 of disgusting, and the way that some farm animals are

**467**

1 fed, it's kind of disgusting and that's kind of the
2 impression I got with the animals in the reptile house
3 because there was, like I said, a buildup of debris and
4 dirt and it was not off to a good start on my visit.
5    Q.    Are you saying that you yourself felt disgusted
6 at that point?
7    A.    Absolutely, yeah.  I was disgusted because my mom
8 used to have a bird and I know it's a lot of work to
9 care for a bird and clearly the work wasn't being done
10 for these birds and it offended me.  I was upset.
11    Q.    John, were there any reptiles in the reptile
12 area?
13    A.    There was one in particular that I recall.  My
14 ex-father-in-law had a koi pond in his backyard and I
15 remember him installing it and when I saw the -- I don't
16 know if it's an alligator or a crocodile.  I -- I know
17 they're very similar but yet distinct animals, but it
18 was one of the two and it was in this enclosed, small
19 area.  If I had to guess, no more than maybe four or
20 five feet by eight feet and it was in this, like, koi
21 pond black plastic container and it -- I took a picture
22 of this because I was -- it -- it just kind of threw me.
23 The water was red, a reddish color and I -- you know,
24 other than being in Colorado when you're near the red
25 rocks and you see some of the red dirt in some of the

to purchase a complete copy of the transcript.

468

1  waterways, I had never seen water quite that red before
2  and I just couldn't imagine why it would be red.
3  Q.    As you -- as you left the reptile house, what
4  were you -- what were you thinking or what were you
5  feeling?
6  A.    Well, already some frustration because of my --
7  as I expressed earlier, my expectations and my beliefs
8  about how we should -- especially animals that we take
9  in for ourselves to care for, I think there's an
10  obligation to those animals and an ethical and moral
11  obligation and I did not see what I would call anything
12  consistent with how I felt they should -- I mean their
13  cages should have been clean. They should have had
14  clean water receptacles and food receptacles, so I was
15  very frustrated and angry and to be honest with you, it
16  was depressing to know that these animals probably lived
17  like that day in and day out until they died.
18  Q.    As you left the reptile house, do you remember,
19  John, what you would have seen next?
20  A.    Well, as you come back out, you kind of have to
21  make a couple of rights to actually enter the zoo area,
22  and I believe the first animals I saw were some
23  chickens. I think they're called Silkie chickens.
24  They're real furry. And nothing real descript about
25  that other than there was a water receptacle that

469

1  appeared to be empty. It was like a two liter bottle
2  with something hanging off the end outside the fence and
3  that appeared to be empty too.
4       But other than that, I think the -- one of
5  the first things I came upon was I think it was an
6  albino raccoon. I had never seen one before, so that
7  was kind of cool. However, when I was looking at --
8  that particular animal had like a two level enclosure
9  and it was on the top and down below it kind of threw me
10  because the food bowl was kind of in the center, the
11  water bowl was to the right and along the back side of
12  the cage, there were several piles of feces like -- and
13  I mean I've seen raccoons before and I know they're
14  typically 15, 20, maybe 25 pounds for a big one. That
15  was clearly more than a couple three, four days of
16  feces, so it kind of struck me. I took a photograph of
17  that as well.
18  Q.    John, your photographs are actually in the binder
19  in front of you. Yours are in Exhibit 63. We'll look
20  at page 4 of Exhibit 63.
21       MR. PIERCE: Your Honor, if it would help,
22  we can put it up on the ELMO. Do you prefer that?
23       THE COURT: Suit yourself. I have a copy
24  right in front of me.
25       MR. PIERCE: Okay.

470

1  Q.    John, do you recognize that photo?
2  A.    Yes, I do. Yes.
3  Q.    What's that photo of?
4  A.    That is the -- excuse me. That was the feces in
5  the back of the cage.
6  Q.    And if you turn the page to page 5, how about
7  that one?
8  A.    I do. That's the food bowl -- I believe to be
9  the food bowl anyway.
10  Q.    So at this -- at this point in your visit, what
11  were you feeling?
12  A.    I guess I was starting to feel that there was
13  some consistency in the way they care for their animals,
14  and it was not -- not a good feeling I guess at this
15  point because I was seeing some consistency in the --
16  what I would call the lack of daily care.
17  Q.    And what -- what -- what was the reason you took
18  these photographs?
19  A.    Well, the reason I took them was because I wanted
20  to, one, document my visit for myself and, two, I wanted
21  to see if there was any way that I could potentially
22  encourage others to become active and speak out. At
23  that time I didn't know what my avenues might be as far
24  as speaking out for these animals, and like I said, I
25  have a personal obligation that I've taken and

471

1  absolutely will until the day I die speak out for
2  animals because they are voiceless. So I -- this was a
3  documentation process for me.
4  Q.    We've heard already, John, testimony that there
5  are around 300 animals at the Cricket Hollow Zoo, so I'm
6  not asking you to describe your experience with -- with
7  all of them. I would like to ask you about some of
8  them.
9  A.    Okay.
10  Q.    Did -- did you encounter the serval at any point
11  on your first visit?
12  A.    I did, yeah. Actually, it was very shortly, if
13  not right after the -- I believe it's an albino raccoon.
14  It was white anyway or very light colored and right --
15  kind of right across the walkway, if you will, was the
16  serval. And again I mentioned previously that I'm a --
17  I care a lot about the feline species so I took a little
18  extra interest in the serval.
19       And upon walking up to the cage, I noticed
20  that the serval was favoring -- I want to say it's right
21  ear and by favoring it, I mean it was tucked down. And
22  through my naked eye, when you -- for instance, if they
23  have ear mites, they will favor that ear. They don't
24  want you to touch it. If it's bothering them and
25  they're scratching at it, they'll keep it tucked down as

472

1  I'm presuming some type of protection means.  So when I
2  saw the serval had its right ear tucked under, I
3  wondered if that was just a physical deformity for that
4  particular animal or if it was favoring its ear for some
5  reason -- some health reason.
6  Q.     If you turn to page 2, John.
7  A.     Okay.  I don't see --
8  Q.     Did you find the page numbers?
9  A.     I don't see a page number, but I did take that
10  photograph of the serval.
11  Q.     It's a serval.  Okay.
12  A.     And I apologize; it's the -- when you're looking
13  at it -- at the picture, it's the right, but it's
14  actually the left ear that it was favoring.
15  Q.     Left ear.  Okay.  And what was going through your
16  mind when you took this photograph?
17  A.     Well, I was concerned for it because, for
18  instance, with my -- my pets, if they're displaying
19  something that could potentially require veterinary
20  care, I get them veterinary care as soon as possible.  I
21  don't want them to suffer and be -- be someone that
22  would delay treatment or well, I'll get it next week.  I
23  get them in right away because I have -- as I stated,
24  I've taken on an obligation for my animals and I think
25  anyone that takes on an obligation for any animal -- be

473

1  it a domesticated animal or a wild animal -- you need to
2  do -- you need to take care of that animal in a timely
3  fashion.
4  Q.     Do you remember anything else about the serval
5  that you want to say?
6  A.     Yeah, I remember the -- it was like twitching its
7  head a lot.  And not -- I guess that's not really a good
8  -- shaking its head would probably be more accurate and
9  it appeared as though it was trying to shake off flies
10  and it would shake its head repeatedly.  Not like
11  constant, but it would shake its head and sit there for
12  about ten seconds and you would see it shake its head
13  again and you could see the flies in the cage near it,
14  so I knew that the flies were bothering it.
15  Q.     Could you tell from your distance or from the
16  lighting what kind of flies they were?
17  A.     No.
18  Q.     But you could tell the serval was bothered
19  whatever kind of flies they were?
20  A.     Yes.  It appeared to be bothered by it to me,
21  yes.
22  Q.     John, did you see on that first day any lemurs at
23  the zoo?
24  A.     I did actually.  The lemurs are right -- if I
25  remember correctly, the serval is right on the corner of

474

1  this particular row of cages and just to the lemurs'
2  right I believe in -- under the first or second cage was
3  the first lemur.
4  Q.     Go ahead and turn to page 3 if you would.  Is
5  that a photograph that you took that day?
6  A.     Yes, it is.
7  Q.     Okay.  So what was -- what was going through your
8  mind at the time that you took that photograph and
9  decided to take that photograph?
10  A.     Well, I had stood there for a few moments prior
11  to taking this -- probably a minute or so -- just to,
12  you know -- and I was -- call me crazy but I was talking
13  to the lemur trying to get its attention, you know, to
14  see if it was asleep or what it was doing and it was
15  just kind of sitting there facing the back of the cage.
16        And what struck me was, one, in this cage
17  that I'm going to guess is maybe six feet wide and then
18  probably twice as deep and there appeared to be some
19  kind of a door that went into an indoor part in the
20  back, but as you can see from the photograph, again, it
21  was mid-day on -- on the October visit.  It had rained
22  in the previous -- some of the previous days so -- and
23  it was kind of gloomy that day.  It was not extremely
24  sunny, but as you can see in the photograph, the
25  foreground is -- is lit, but you don't have to go very

475

1  far back in the cage for it to be very -- to become
2  dark.
3        And it struck me -- again having seen a
4  couple of different shows on lemurs and knowing how
5  extremely social they are, it angered me to see this
6  lemur by itself in a cage.  That's not the way you
7  should display lemurs, in my opinion.  They're a highly
8  social animal.  They need other lemurs of their kind
9  nearby and in the cage next to Chuki was supposed to be
10  another lemur separated by a wall, but I never saw Lucy.
11  I don't know if it was inside or hiding somewhere in the
12  back, but I never saw Lucy.
13  Q.     Did you -- did you look for Lucy?
14  A.     Yeah.  Yeah, because it was in an adjacent cage,
15  so I typically went one by one through the entire zoo,
16  but I didn't see Lucy at all.  But I do -- I vividly
17  recall this photo and every time I see it, it angers me
18  because of how social they are.
19  Q.     Did that lemur exhibit any behavior during the
20  time that you -- that you watched it?
21  A.     Its tail moved.  That was about it.
22  Q.     Not the body?
23  A.     It just kind of stared towards the back of the
24  cage and, like I said, I was trying to -- you know, I
25  would say things to it trying to see if it could hear me

Case 6:14-cv-02034-JSS   Document 73-19   Filed 11/30/15   Page 34 of 84
ELECTRONICALLY SIGNED www.example.com
to purchase a complete copy of the transcript.

---

**476**

1  or if it would turn around because I wanted to see the
2  front of it, but it basically sat there like that.
3  **Q.**  Do you remember how long you tried to engage the
4  lemur?
5  **A.**  Probably three or four minutes.
6  **Q.**  And how did you feel in the enclosure next door
7  when you realized you were unable to see Lucy?
8  **A.**  Well, one, I was concerned -- I was kind of
9  concerned.  I didn't know if maybe there was something
10  -- I didn't even know that there was supposed to be a
11  lemur in it.  There was no sign on it or anything
12  stating this is a lemur enclosure until later I learned
13  that there was supposedly a second lemur in the cage
14  next to it.  So I looked -- sat there and looked and
15  never saw anything so I continued on with my visit.
16  **Q.**  And later when you learned that that empty
17  enclosure had been for a lemur, did you have any
18  thoughts or feelings at that point?
19  **A.**  Well, at that point, like I said, I had kind of
20  wondered where it was; if it was on the inside or if it
21  was hiding somewhere and I couldn't see it.  I mean I
22  would have thought -- I don't know if they're a
23  nocturnal animal or not -- obviously Chuki was out --
24  but the other one was not, so I was curious, if not
25  concerned, as to where it was.

---

**477**

1  **Q.**  So I understand that you saw a number of other
2  mammals that day.  Did you at this point in your visit
3  encounter any adult baboons or baboons at least that
4  were not juveniles?
5  **A.**  Yes, I did.
6  **Q.**  Do you remember anything about the baboons that
7  day?
8  **A.**  Yeah.  In all fairness, their enclosure was
9  larger, which I was happy to see that.  There were -- I
10  want to say I saw about three or four, so they were --
11  there was some semblance of social life for them.  There
12  appeared to be a little bit more enrichment and by that
13  I mean things to do for the animal.  There were a few
14  logs in there and some toys and whatnot, so that would
15  provide them a little bit closer to life as they might
16  see in the wild.
17  **Q.**  When you say more enrichment, John, more than
18  what?
19  **A.**  More than what I had seen thus far, which like
20  for Chuki here was a solitary log in the middle of the
21  cage, and then similarly for the serval, there was a log
22  in there and then a pet carrier, which I believe you saw
23  in the photograph if you -- or if that was close up, I
24  don't recall.  But he was sitting on top of a pet
25  carrier like you would have for a dog.

---

**478**

1  **Q.**  So beyond the size of the enclosure and the
2  enrichment among the baboons, anything else you remember
3  about that?
4  **A.**  Oh, yeah, because there was some people sending
5  -- at the zoo they have these I'm going to guess about
6  six inch PVC pipes that extend from where the walkway is
7  to the cage and there were some other visitors there
8  that put some food down the tube and the larger one, of
9  course, kind of ran the roost; came over and was
10  grabbing the bits of food and -- excuse me -- when the
11  -- when the food stopped coming down, they would grab
12  the cage and shake it violently like -- I don't know if
13  that would get more pieces to come down the tube or
14  what.
15  But it just -- it's -- to be honest with
16  you, the whole feeding tube thing for all of the animals
17  doesn't make sense to me because, one, whatever food
18  that you buy at the front certainly would not be of
19  ideal nutritional value for the different animals that
20  you were allowed to feed it to.  I believe you could
21  feed it to the bears, the wolves, the -- the primates
22  and it seemed like, one, you couldn't really keep track
23  of how much was being fed to them.  Two, I never once
24  saw a person outside of the entrance at that zoo that
25  monitored what you fed the animals, so if there were

---

**479**

1  someone with intentions other than being good, they
2  could have fed that animal anything they wanted, and to
3  me, that -- I didn't think that that was a smart idea.
4  **Q.**  How about a black bear, John?  Did you see a bear
5  of any kind at the zoo that day?
6  **A.**  I did, yeah.  Across from the baboons was a round
7  corn crib, and for those of you that maybe don't know
8  what that is, it's a circular pad of concrete and then
9  there is like this cage, if you will, with the roof on
10  the top and what you do is throw your corn in there and
11  it dries it out.  And that was where this bear lived.
12  I don't know the exact diameter.  I didn't
13  step it off.  I don't know if there's a standard
14  diameter for these things, but if I had to guess, it was
15  maybe 15, 18 feet; I don't know.  About two to three
16  steps for the bear and it would be to the other side.
17  On that day in October when I visited, I
18  only saw one bear.  It was the black bear, and it was
19  sitting on top of a set of metal steps, and these are
20  the types of steps that typically go on the back door of
21  a mobile home.  If you've ever had a friend that lives
22  in a mobile home, these are the ones that are on the
23  back door and that's the only thing I saw in the center
24  of the cage for this bear and it was just sitting on top
25  of it.  And it struck me as what a pitiful life to have

to purchase a complete copy of the transcript.

480

1  such a majestic creature living in every day.
2  Q.  And tell me if you saw a bobcat on that day.
3  A.  I did, yeah.  The bobcat I believe is right next
4  to it in a similar type -- at least on that visit, if I
5  remember correctly, it was next to it, but it was in a
6  similar type enclosure; a corn crib converted to a zoo
7  enclosure and in the center of that enclosure was a box
8  I'm going to guess about four feet square and about
9  three or four feet tall.  Presuming that was the shelter
10  for the animal in adverse weather and perhaps even in
11  the winter.
12      But the only thing I saw in there was one --
13  it was some kind of a toy and a water dish and this was
14  also the first enclosure where I noticed an accumulation
15  of feces was in the bobcat enclosure.
16  Q.  How much feces do you think you saw?
17  A.  I would say at least several days.
18  Q.  Do you know how many times does a bobcat defecate
19  in a day would you guess?
20  A.  I would presume probably at least two.
21  Q.  Okay.  So several days, two a day, means about
22  how many piles of feces did you observe?
23  A.  I would guess probably six to eight --
24  Q.  Okay.
25  A.  -- if memory serves me.  There was, like I said,

481

1  more than a few days.
2  Q.  So at this point in your -- in your visit, what
3  were you thinking and feeling?
4  A.  Well, the bear enclosure really troubled me
5  because it's -- to me it was way too small.  I mean
6  there's no exercise for that bear whatsoever, other than
7  climbing up -- and it can't even climb up the stairs.
8  You get on the top and it hangs over.  I mean its bottom
9  feet are practically on the first step, so to me it was
10  a ridiculously small enclosure for such a large animal.
11      And then when I reached the bobcat, again
12  having a -- some favoritism for the felines and
13  understanding a little bit more about felines, there was
14  little to no enrichment in there for the animal.  One
15  small little -- it looked like a dog toy or something
16  and to me that's not a life for an animal day in and day
17  out.  That's not the way we should be treating them.
18  Q.  How did you imagine the animals might feel?
19  A.  Well, you know --
20      MR. THORSON:  Objection, Your Honor;
21  speculation.
22      THE COURT:  Yeah.  I'm not going to let a
23  witness testify as to how he imagines the animal feels.
24      MR. PIERCE:  Sorry, Your Honor.  I was
25  trying to elicit the witness' state of mind and his own

482

1  emotional state at the time.
2      THE COURT:  Well, then ask that.
3  Q.  John, how did you feel with respect to the -- the
4  animals' lives?
5  A.  It depressed me.  It depressed me to see them
6  living in such -- forgive my language but pathetic
7  conditions.  They deserve more than that and, quite
8  frankly, they can't -- I don't see how you could -- they
9  could possibly be enjoying their life anything like they
10  would be in the wild.
11  Q.  You mentioned that you have some favoritism
12  towards felines.  I assume you encountered the tigers
13  that day.
14  A.  I did, yeah.
15  Q.  So tell me, if you would, about the first tiger
16  that you might have encountered.
17  A.  The first tiger I recall encountering -- and I
18  don't know the name of the tiger, but it's the tiger
19  that was alone.  It's in, like, a double cage, but it
20  seems to be separated.  And I recall walking up to that
21  one first and the tiger wasn't really moving a lot.  It
22  was just kind of hanging out.
23      And it seemed really odd to me, but in the
24  -- there's, like, a center area that I presumed was
25  where the Sellners would go to feed the animals that are

483

1  in these, like, adjacent enclosures.  And I remembered
2  seeing this blue tarp and it was covering -- I mean it
3  was -- it was covering something that was of the size
4  that would -- I would say had to be either a deceased
5  farm animal or a deceased zoo animal.  It was probably
6  being fed to the tiger.
7  Q.  Let's turn, John, to page 10, because I
8  understand that you -- well, I'll ask you --
9  A.  Yeah; that's my photograph.
10  Q.  You took that photograph?
11  A.  Yes.
12  Q.  Is that -- that photograph depicts what?
13  A.  That's depicting the tiger just kind of hanging
14  around the corner of the -- of that blue tarp, like I
15  said, and as you can see from the photograph, it's --
16  it's -- whatever is under there is of decent size.  I
17  don't know what it might have been, but it just kind of
18  -- I've never been, like -- at my exposure to another
19  zoo or seeing them on TV, I've never really seen what I
20  presumed was a food source sitting out in the open like
21  that.  So it kind of threw me so I photographed it.
22  Q.  And what -- is there anything else about the --
23  the photograph -- were there other reasons you took the
24  photograph or is there anything more in the photograph
25  that you would like to remark upon?

CONTRACT319-1 leed 11/30/15.com
to purchase a complete copy of the transcript.

484

1   **A.**     Well, for this particular photograph, I took more
2   than one of the tiger and the reason I did was because
3   if you pan out, you see the one piece of enrichment in
4   this, and actually it would have been just to the right
5   out of the frame of this photograph was a bowling ball
6   and that was supposed to be the enrichment for the king
7   of the jungle; a tiger.  It was one bowling ball in the
8   enclosure, and again, this was one of the first
9   enclosures where I noticed an accumulation of feces.
10  Again, more -- I would say more than a few days.
11  **Q.**     About how much feces did you observe on that day?
12  **A.**     Probably eight to ten piles I would say.
13  **Q.**     And are you again assuming that a tiger defecates
14  at most twice a day?
15  **A.**     I would presume so, yes.
16  **Q.**     What do you understand about the enrichment that
17  might be appropriate for a cat or a tiger?
18  **A.**     Well, prior to that, my exposure to enrichment
19  for captive wildlife was pretty minimal, but having
20  felines and seeing similar traits in a house cat to
21  tigers in the way -- some of their mannerisms, I
22  presumed that the bowling ball was inadequate
23  entertainment, if you will, for an animal that can't run
24  or do anything else that it would normally do.
25            And then subsequently again reverting back

485

1   to some of the shows I've seen on TV and some of the
2   other zoos --
3            MR. THORSON:  Objection, Your Honor; he's
4   trying to testify as an expert witness at this point.
5            THE COURT:  Sustained.
6   **Q.**     John, tell me how you felt on the basis of the
7   enrichment that you observed?
8   **A.**     Angry.  I was frustrated.  And I found it
9   extremely depressing to see such a great creature
10  reduced to a sideshow attraction with very little
11  consideration for its well-being and life.
12  **Q.**     Was there anything about the substrate in that
13  enclosure that you wished to capture in your photograph
14  or that you remember today beyond the feces?
15  **A.**     Well, you can just barely see it in the back.
16  Again, I took several photos of the tiger that day and
17  -- that show more standing water.  In this particular
18  photo in which the blue tarp shows, you can only see a
19  small amount in the back, but there was -- again, I had
20  mentioned it had rained previously.  It wasn't raining
21  that day, but there was standing water in other parts of
22  the -- of the enclosure as well.
23  **Q.**     Did you observe lions on that day?
24  **A.**     I did.  One.  And it was in one of those round
25  corn cribs as well and it was -- had a large box in the

486

1   center of it similar to the bobcat and it was just kind
2   of laying on top of it.  It wasn't -- I'm presuming it
3   was just sleeping.
4   **Q.**     Turn, if you would, to page 11.  I think it's
5   just one more page --
6   **A.**     Oh, okay.
7   **Q.**     -- beyond where you were.
8   **A.**     Okay, yeah.  This is a different enclosure
9   actually.  This is down a little bit.
10  **Q.**     Okay.  Is that -- did you take that photograph?
11  **A.**     Yes, I did.
12  **Q.**     Did you take it on this day or on a different
13  day, do you remember?
14  **A.**     This was -- no; this was on the 13th of October
15  in 2012 --
16  **Q.**     Okay.
17  **A.**     -- because I can see the standing water.
18  **Q.**     Well, let's talk about it then now that we're
19  there.  This photograph depicts what?
20  **A.**     I took this photograph primarily because the
21  enclosure size struck me as being particularly small for
22  a lion and the enrichment being one log in the middle.
23  I know there's a lot of other ways that you can enrich
24  them and I was really disappointed to see just a
25  solitary log in the middle.

487

1   **Q.**     Anything on the -- on the floor of the enclosure?
2   **A.**     Yeah.  Well, and I -- you can see some of the
3   feces in this and then the water -- there's water just
4   to the right out of the picture as well as you can see
5   that it didn't quite capture it.  If I had turned my
6   camera the other way, it would have captured more of the
7   water, but the only standing water in this particular
8   photograph is on the left towards the -- I'm presuming
9   that's their shelter.
10  **Q.**     When you say there was more water that didn't get
11  captured, do you mean standing water?
12  **A.**     Yes.
13  **Q.**     And what did you think or feel about the presence
14  of standing water that you observed?
15  **A.**     Well, I know that they encounter water in the
16  wild, but to me it just seemed as though there was
17  inadequate drainage for the animals in this particular
18  enclosure.
19  **Q.**     Turn a couple of pages more, John; three more to
20  14.  Page 14.
21  **A.**     Okay.
22  **Q.**     Do you recognize that?
23  **A.**     Yes.
24  **Q.**     Okay.  Is that a photograph -- on what day did
25  you take that photograph?

to purchase a complete copy of the transcript.

**488**

1    **A.**    That would have been on the same day.

2    **Q.**    Okay.  And what does that depict?

3    **A.**    I wanted to get a picture of the white tiger and

4    then there's a standard orange tiger in the back.  And

5    prior to that, I didn't actually know that --

6    **Q.**    Sorry, John; let me interrupt you.  Is there a

7    white tiger in your photograph?

8    **A.**    Yeah; 14?

9    **Q.**    Maybe I have --

10   **A.**    Oh, I'm sorry.  What page are you on; 13 or --

11   **Q.**    I thought I was on 14 --

12   **A.**    I'm sorry.

13   **Q.**    -- but maybe I'm mixed up.

14   **A.**    I'm sorry.  I looked at the wrong number.

15   **Q.**    Okay.

16   **A.**    Okay.  Yes, I did take this photograph.

17   **Q.**    What's that one of?

18   **A.**    This is the lion in the back of the enclosure

19   behind the solitary log.

20   **Q.**    And do you remember what was going through your

21   head at that point while you took that photograph?

22   **A.**    Well, I just thought -- again, I don't really --

23   there's only one pile of feces in this, but I was just

24   documenting that the lion pretty much just sat in the

25   back and didn't do anything because there was nothing to

**489**

1    do.

2    **Q.**    And how did you feel observing an inactive lion?

3    **A.**    Well, like I had mentioned previously, just

4    looking at the photograph now I get angry and frustrated

5    at the way they're being shown.

6    **Q.**    At the way the animals are being --

7    **A.**    Yeah.  This is every day life for them.  And I'm

8    sorry, but I do not in any way agree that this is the

9    way they should be being shown.  It's a subpar life, in

10   my opinion.

11   **Q.**    Did you observe wolves on that day, John?

12   **A.**    Yes, I did.

13   **Q.**    Okay.  Turn the page to 15.

14   **A.**    That is my photograph.

15   **Q.**    You took that one.  Is that a photograph you took

16   on that day?

17   **A.**    Yes.

18   **Q.**    Okay.  And what are you depicting in this

19   photograph?

20   **A.**    Another zoo patron -- I don't know who it was --

21   rolling some food down to the wolf and -- but more so

22   than that, this particular enclosure as you've seen on

23   some of the other photographs, what they use is some

24   type of a gravel, which presumably drains better.  And

25   in this particular enclosure, that gravel was seemingly

**490**

1    nonexistent.  There were some areas you could actually

2    recognize it, but the rest of the enclosure was pretty

3    much mud.  And if you -- this particular photograph

4    doesn't depict it as well as some of the others I took,

5    but this wolf was wet.  Its paws were mud covered and

6    soaked and it was under -- its underbelly was completely

7    wet from this enclosure and there were areas where there

8    was standing water, but there was really no dry area for

9    this wolf to go to.

10   **Q.**    Turn the page, John.

11   **A.**    I took this photograph.

12   **Q.**    Does that -- does that depict what you were just

13   describing?

14   **A.**    Yes.

15   **Q.**    Okay.

16   **A.**    Yeah.  And that's not gravel that you're seeing.

17   That's mud.

18   **Q.**    What is?

19   **A.**    The -- yeah.  Like if you recall some of the

20   previous photographs we discussed, you could visibly see

21   and detect that it was gravel.  I can tell you right now

22   that what you're seeing on this is mud.  You would see

23   specks of gravel, but it was mud.  And I was really

24   frustrated that -- I didn't know if the animal could

25   get, you know, foot rot or something from having its

**491**

1    feet wet for so long.  It concerned me so I wanted to

2    document how wet it was.  And furthermore, I wanted to

3    document that another highly social animal being a pack

4    animal was alone in -- in the enclosure.

5    **Q.**    So on that day, John, you observed only one wolf

6    in that enclosure?

7    **A.**    Correct.

8    **Q.**    Were you able to see the entire enclosure?

9    **A.**    Well, you're basically seeing all that you can

10   see from the visitor's walkway.  The enclosure and then

11   there's some -- again, some type of I'm presuming

12   protection from adverse weather, winter; whatever the

13   case may be.  That's -- it is what you -- what you see

14   is what you get here.

15   **Q.**    Did you observe were there other enclosures for

16   wolves nearby or was that the only one you saw that day?

17   **A.**    This is the only one I saw that day.

18   **Q.**    Okay.  And you only observed one wolf in that

19   enclosure.  How did you -- how did you feel concluding

20   that that wolf might be alone?

21   **A.**    Well, I -- extremely frustrated.  I was angry at

22   the Sellners.  If they felt that this was adequate -- an

23   adequate way to treat a highly social animal keeping it

24   alone, I just -- I think it's wrong.

25   **Q.**    Would you feel differently toward the wolves if

to purchase a complete copy of the transcript.

492

1  you believed that there were other wolves available to
2  that animal for companionship but you didn't see them on
3  that day?
4  A.    I would.  I would question as to if there were
5  only -- you know, if there are other wolves, unless
6  they're at the veterinarian or something, why they
7  wouldn't be in a social setting.  I mean it's a highly
8  social animal.  Clearly this animal is alone.  That, to
9  me, is a problem.
10 Q.    So you would be concerned that the other animals
11 were not showing themselves on that day?
12 A.    There's really not -- I know this -- you can't
13 really show it, but there's really not a lot of room for
14 them to hide.  They're not really a small animal.  So if
15 they -- if there were others in the back, I'm pretty
16 sure I would have seen at least a tail or a foot or
17 something.
18 Q.    Let's return to speak about tigers again, John.
19 What other tigers that day might you have encountered?
20 I know that at one point you turned to a photograph.
21 You might return to that photograph now.  What page was
22 that on?
23 A.    Are you referring to page 13?
24 Q.    Maybe.  Is that the one with the white tiger that
25 you were looking at earlier?

493

1  A.    Oh, no; I'm sorry.  You're referring to page 12.
2  Q.    It might be 13.  I have a note that it might be
3  13.
4  A.    Okay.  On page 13, that's the picture of the
5  white tiger with the sign --
6  Q.    Okay.
7  A.    -- depicting it as an endangered animal, which --
8  so I kind of got a walkway shot.
9  Q.    Tell us about that one.  Why did you take it?
10 A.    I wanted to -- well, as you can see under the
11 sign, again with the standing water and then I -- I
12 should have probably panned out a little different, but
13 the signs block the solitary enrichment in that cage;
14 again, just being the log.  So that's great that they're
15 allowed to scratch, but that would be really the only
16 thing that they might do in the wild that they can do.
17 They can't -- clearly can't run.  There's not much room
18 in this -- in there.  They can't perch up like cats like
19 to do.  So yeah, I wanted to document what I felt were
20 subpar conditions for the tigers.
21 Q.    And the white tiger was lying on the ground.  Was
22 there anything about that specifically?  You mentioned
23 that he couldn't get up onto a perch.
24 A.    Well, he -- again, you know, when you watch the
25 documentaries and things like that, they like to

494

1  sleep --
2         MR. THORSON:  Objection, Your Honor.  He's
3  testifying as an expert again.
4         THE COURT:  Sustained.
5  Q.    John, tell me about the difference between what
6  you saw and what you had expected to see?
7  A.    I had expected to see more enrichment that would
8  allow for more natural behavior.
9  Q.    And -- and how would that have impacted you to
10 see more enrichment?
11 A.    I would have been much less frustrated, much less
12 angry at the Sellners and I would not have been half as
13 depressed leaving the facility.
14 Q.    When you did leave, John, let's move along to
15 your departure then.  As you were leaving the facility,
16 was there anything more that you observed that was
17 memorable from that day?
18 A.    Well, yeah.  Actually -- and I'll try and cover
19 some of it briefly -- just to the south I want to say of
20 these animals are what I think is called a zeedonk; some
21 kind of a donkey zebra cross and across from there are --
22 I believe they were called Jacob sheep -- some type of
23 sheep -- and right next to those are some donkeys.  And
24 I was disgusted to see the hooves on all three of these
25 species grossly overgrown.

495

1         There were deformities in the way some of
2  the animals stood because the hooves have grown out so
3  far and had taken a turn.  There were splits in the
4  hooves and as you can probably sense by the tone, it
5  angered me greatly to know that such a simple process of
6  trimming the hooves on a regular basis could have
7  prohibited clearly some of the pain that some of these
8  animals were going through.
9         I took a video of one sheep in particular
10 that was -- it had a grossly overgrown -- or excuse me
11 -- inflamed right front foot and with every step it
12 took, it barely put any weight on this and I took a
13 video of that because I was absolutely angered and
14 frustrated that clearly these hooves had not been
15 trimmed in some time.
16 Q.    And you surmised that the animal was in pain?
17 A.    I could visually see the animal was in pain.
18 Q.    Turn, please, John to page 17.
19 A.    Okay.
20 Q.    And that photograph depicts what?
21 A.    Page 17, that is tiger time.
22        THE COURT REPORTER:  I'm sorry; tiger what?
23        THE WITNESS:  Tiger time.
24 Q.    What's tiger time?
25 A.    Tiger time was apparently -- I don't know if it

to purchase a complete copy of the transcript.

**496**

1  still is, but it was something where I believe it was
2  $20 you could pay to spend time with a tiger. And after
3  I had seen the hoofstock and came back into the main
4  building, I went back into the reptile area just for a
5  second because I had noticed there was a tiger in a --
6  like a dog crate in there, so I wanted to -- a cub like
7  this -- similar to this, so I wanted to see that and I
8  went into the -- into that room and witnessed this young
9  girl and another young girl participating in this tiger
10  time.
11  Q.   Did you participate?
12  A.   To the extent of photographing it, yes.
13  Q.   So what did you observe?
14  A.   I observed the young girl playing with, I guess
15  you could say; trying to keep the tiger on her lap. At
16  times it looked like the tiger was enjoying it maybe.
17  At times it looked like the tiger was trying to get
18  away. And the reason I photographed it -- and this is
19  not the only photo I took, but the reason I photographed
20  it was because I thought it was extremely odd that there
21  was no supervision.
22        I could hear Mrs. Sellner in the other room,
23  which, like I said, is adjacent, but there's no line of
24  sight. I would say it's probably not -- not more than
25  maybe 15, 20 steps away, but at the same time she's

**497**

1  around the corner in a different room and it just struck
2  me that you would be able to have this intimate contact
3  with a tiger with no supervision.
4  Q.   And how did you feel during that?
5  A.   Well, I was frustrated, one, because a couple of
6  times the tiger got a little bit more aggressive than
7  the girl liked and she responded a little bit more
8  aggressively than I would have, I guess. So it was kind
9  of nipping at her hand -- not biting her, but, you know,
10  being more aggressive and she acted more aggressive
11  towards it and, again, that falls into my opinion that
12  for that to be unsupervised is irresponsible at best.
13  Q.   You encountered one more young animal that day,
14  didn't you?
15  A.   I did, yes. And that was as we were departing
16  the facility and that particular animal I remember
17  vividly because he was in a playpen like you would keep
18  a toddler in and it had some kind of a top made out of
19  chain or something on the top to keep him in there and
20  what it was was it was Obi, a young baboon. As I sat
21  and learned as Mrs. Sellner was explaining Obi's life
22  thus far and he was her ambassador that year that
23  greeted people coming in and going out; that type of
24  thing.
25        And Obi had on a diaper like an infant would

**498**

1  wear and I remember Obi kind of circling the playpen, if
2  you will, and I noticed that his diaper appeared to be
3  soiled like he had defecated in there, and he was going
4  around and Mrs. Sellner was explaining that Obi lived in
5  their house when he was not being the ambassador and was
6  socialized with the animals in her house and the humans
7  in her house, which I found was a little odd. I thought
8  it would be a little more wise to socialize Obi with
9  other species like him.
10  Q.   Other species like him?
11  A.   Yes.
12  Q.   And how did you feel having observed Obi's role
13  as ambassador?
14  A.   Well, I thought it -- again, much like with many
15  of the other animals, I was frustrated that very little
16  consideration for the animals seemed to be being taken.
17  What's natural to the animal; in other words being
18  around other baboons; having more space than that. It
19  seemed unnatural to socialize him in her home. And I
20  found it very depressing to know that the Sellners
21  basically have monetized what they call an education
22  process for their animals and none of them would be
23  something that I would want to educate to my children as
24  to how to treat animals.
25  Q.   So having encountered all of those things on that

**499**

1  particular day, how did you reflect on that visit later?
2  A.   Well, I live about, oh, gosh, I want to say about
3  40 minutes away from there and driving home -- I mean
4  afterwards I talked with Cathy about our experience and
5  then I jumped in my car, and as I was driving home, I
6  couldn't help but reflect on what I had just seen and --
7  I mean I was very frustrated. I wanted to do something
8  to try to help these animals. I didn't know what it
9  was.
10        Like I said, part of what I do is just being
11  a voice to whomever I can speak out to and share my
12  knowledge, so at that point I didn't really have an idea
13  as to what I could potentially do, but I knew I had
14  created some documentation of the conditions that I saw
15  and, quite frankly, by the time I got home, I was pretty
16  upset reliving that. And when I uploaded my pictures to
17  my computer and saw them full sized, you know, extremely
18  frustrated, angered at the Sellners for the way they
19  treat their animals and I was depressed. I found it
20  very depressing that all these animals lived this way.
21  That was their life; life and death at the zoo.
22  Q.   And looking at those photographs today and
23  retelling the story today, do you feel any differently?
24  A.   No. It's like being there again.
25  Q.   Did you have, John, any physical reactions on top

to purchase a complete copy of the transcript.

500

1  of the emotional response that you're describing?
2  **A.**     I did.  I'm -- you know, you can call this -- you
3  might think this is bad for a grown man, but I'm a
4  compassionate being and when I see stuff like this
5  happening, I get that feeling in the pit of my stomach.
6  And just like preparing -- looking at my photos at home
7  today before I came down here and reliving it, I get
8  that feeling in the pit of my stomach.  I don't know if
9  -- some people might say it's a nervous stomach or
10  whatever, but I mean it takes my appetite away.  It
11  upsets me greatly.
12  **Q.**     Describe the -- the connection that you may have
13  felt with the tigers that you saw that day or the lemurs
14  or the wolf that you saw that day.
15  **A.**     Well, it's -- it's probably easy for people to
16  just look at these photographs in a -- in one
17  dimensional form and not have them look back at you into
18  your eyes, but I was there that day and when you make
19  eye contact with these animals and it makes a lot of
20  difference when you can be there, live it, feel it,
21  smell it, breathe it and you walk away with a much
22  different feeling than just witnessing a picture on a
23  page.
24  **Q.**     To clarify, you walked away with a much different
25  feeling?

501

1  **A.**     Absolutely.  Well, when I walked away from the
2  zoo that day?
3  **Q.**     Well, I asked because you were speaking in the
4  second person, John.  You said that you -- in other
5  words that one might feel different having encountered
6  them directly.
7  **A.**     Right.  And I absolutely did.
8  **Q.**     Thank you.
9  **A.**     I felt -- I mean, you know, much as most people
10  do with their domesticated animals, when I encounter
11  some of these animals, look them in the eye, I feel a
12  kinship with them, and again, I feel like I am their
13  voice.  That's why I'm here today because they need a
14  voice.
15  **Q.**     Did you make any decisions at that time, John,
16  about the zoo?
17  **A.**     At that point I had not really made any hard and
18  fast decisions.  I think after some reflection, I had
19  made a decision that I would -- I wanted to go back to
20  see if this was an unfair snapshot in time.
21  **Q.**     Did you take any actions between that first visit
22  and your eventual second visit?
23  **A.**     I did, yeah.  I had stayed in contact with Lisa
24  and some of the others interested in -- in the
25  conditions there and it was -- I want to say in the days

502

1  preceding Christmas of 2012, we got a pretty bad
2  snowstorm.  And I had been speaking to Lisa about it and
3  I told her I was concerned because some of the photos I
4  took, they -- none exhibited here, but some of the
5  waterlines to some of the animals were above ground and,
6  to me, those would be able to freeze up and I was
7  concerned that with so many animals there, that they
8  might not be getting fed and watered properly.
9          So I believe it was December 23rd.  It was a
10  couple of days -- two or three days after this snowstorm
11  -- I called the Delaware County Sheriff to see if -- and
12  I prefaced this with I understand you're very busy
13  because we just had a storm.  It's right before the
14  holidays.  I said I understand you're very busy, but
15  when you have an opportunity, could you swing by the
16  Cricket Hollow Zoo and make sure that the -- the animals
17  are -- are being cared for.
18  **Q.**     And what did you understand would happen?
19  **A.**     Well, I had asked if -- the person I had spoke to
20  was a deputy sheriff and I had asked him if he could get
21  back to me and he said he couldn't guarantee that he
22  could even get out there, and I told him I understand,
23  and to be honest with you, the tone in his voice was the
24  tone I get from a lot of people when I tell them how
25  compassionate I am and the lengths that I go to to help

503

1  animals that need help.  He had an indignant tone as if
2  I was asking him a simple -- or not a simple, but a
3  stupid question; like it didn't matter if they were fed
4  or not.
5  **Q.**     And how did you feel at that point?
6  **A.**     Concerned for them.
7  **Q.**     So you mentioned, John, that you did decide to go
8  back at a second point.  Do you remember on what day you
9  did that?
10  **A.**     I do, yeah.  It was July 13, 2013.
11  **Q.**     Okay.  We went into some detail on your first
12  visit and rather than go into similar detail about your
13  second visit, let's see if we can focus on some of the
14  more salient things like whether you observed any
15  differences during your second visit and what particular
16  things you may have -- have felt on that particular day.
17  So --
18          THE COURT:  Wait.  Before you do that, can I
19  just make sure I have the sequence here.  The first
20  visit was on October 13, 2012?
21          THE WITNESS:  Correct.
22          THE COURT:  And then I thought you were
23  talking about this time you called the sheriff's office
24  on December 23, 2013.  Would that have been '12?
25          THE WITNESS:  Yes.  I'm sorry; if I said

www.CapitalReportingCompany.com
to purchase a complete copy of the transcript.

504

1  '13, I meant '12.
2        THE COURT:  And I may have written it down
3  wrong.  Thank you.
4  Q.    So, John, the second visit then you mentioned was
5  July 13, 2013.  Who did you go with and what were you
6  expecting to see?
7  A.    Well, I didn't really have a clear-cut
8  expectation, other than it might be similar to what I
9  had seen and that was because some of my friends had
10 also visited there at different times, so we had similar
11 experiences, so there was an anticipation of -- of
12 perhaps seeing some of the same that I previously saw.
13 Q.    You went to visit Obi, didn't you, on your second
14 visit?
15 A.    I did, yes.
16 Q.    Was there anything different about Obi?
17 A.    Yeah.  Obi had grown quite a bit from when I had
18 first seen him.  And Obi -- let's just say it didn't get
19 my visit off to a good start because Obi had been put
20 into an enclosure I want to say over by the lemurs and
21 small.  Small enclosure and Obi just kind of sat there
22 by himself and that got it off to a very bad start
23 because, again, knowing how social baboons are and
24 knowing how unnatural Obi's first year in life perhaps
25 was being an ambassador and then being socialized in the

505

1  Sellner home, and then for him to go from being the
2  ambassador to being a solitary animal in a cage, that's
3  just wrong for a highly social animal.  That's wrong.
4  Q.    And -- and beyond that, how did you feel?
5  A.    Well, personally I was -- I mean I found it to be
6  very depressing to know that he lived an extremely
7  solitary life.
8  Q.    What would have been right -- what would you have
9  preferred to see, John?
10 A.    Well, Obi should have been socialized with other
11 baboons and if there's -- if there were a problem with
12 him being assimilated into an enclosure with other
13 species like him, it was probably only contributed to by
14 raising him in her home.
15 Q.    I want to read for you, John, an excerpt from an
16 inspection report that the USDA produced on July 31,
17 2015.
18        MR. PIERCE:  It's already in evidence,
19 Your Honor.  It's in Exhibit 20.
20 Q.    And the excerpt is this, John.  The interior
21 portion of the enclosure housing Obi, a nonhuman
22 primate, had an excessive accumulation of feces on the
23 floor.  Approximately 50 percent of the floor was
24 covered with the packed down feces.
25        Hearing that today, what's your response?

506

1  A.    I'm angry.  I'm very angry because that's
2  consistent with what I've seen and anyone with a shred
3  of common sense would know that's not the way it should
4  be for that animal.
5  Q.    Did you visit the lemurs on that second visit?
6  A.    Very briefly because, once again, seeing them in
7  a solitary setting right after seeing Obi, I wasn't -- I
8  had -- pretty much at that point I was starting to
9  develop my opinion that I didn't want to go back to that
10 zoo because, you know, you can look down on me or
11 whatever you want, but it affects me greatly to see
12 animals suffering if it's -- if my perception of their
13 suffering or -- it's just not right.  It's not right and
14 I had started to develop the thoughts that I can't go
15 back to this place and I will do what I can to help
16 them.  And again, that was -- at that point I didn't
17 know what to do, other than document what I saw so other
18 people could see it.
19 Q.    Help me understand again.  You can't go back why,
20 John?
21 A.    Well, because just sitting here is upsetting
22 talking about it.  When I sat at home for two hours
23 going over my video -- or excuse me -- over my pictures
24 and -- which are sequential and it's like walking
25 through that zoo again.  It's very upsetting.  I didn't

507

1  eat lunch because I get upset and my stomach starts to
2  bother me and, you know, I'm sorry.  I am a voice for
3  the animals and I'll speak out for these animals as long
4  as I have to until something changes for them.
5  Q.    Thank you, John.  Did you visit the tigers again
6  on that second visit?
7  A.    I did, yes, and it was July.  Typical Iowa July
8  day; kind of warm; a lot more flies that time of year
9  than you would see in the fall and what struck me going
10 over to see the tigers was the accumulation of feces was
11 one of the first things.  Otherwise nothing had really
12 changed.  No more enrichment, same cages; that type of
13 thing, so from that perspective, nothing had really
14 changed.  I did notice more feces though.
15 Q.    If -- if it helps, let's turn to pages 7 and 8 of
16 your exhibit.
17        MR. THORSON:  Which exhibit are you
18 referring to; 63 or what?
19        MR. PIERCE:  Still 63, yeah.
20 Q.    Do you recognize these photographs?
21 A.    You said seven and eight; right?
22 Q.    Seven and eight.
23 A.    Yeah, I do absolutely recognize these.
24 Q.    So why did you take these photographs, John?
25 What in particular about these?

Case 6:14-cv-02034-JSS   Document 73-1   Filed 11/30/15   Page 42 of 84
to purchase a complete copy of the transcript.

**508**

1   A.   Well, as you can tell -- I don't know if you can
2   see both of them at the same time.  I'll speak to the
3   first one, No. 7.  That has the square pattern to the --
4   to the cage.  But the reason I took this particular
5   photograph is because it was one area right at the front
6   of the cage again with the -- and this was only about
7   three piles, but as you can see in the very center, that
8   pile had been there so long the sun had bleached it
9   white.  And to the right of that pile is another pile
10  that had been bleached white; it had been in the cage so
11  long.  So that's what I was trying to document here;
12  that clearly the waste is not removed in a timely
13  fashion whatsoever.
14  Q.   Turn, please, to page 12, John; same exhibit.
15  A.   This is my photograph -- page 12 you said?
16  Q.   Yeah, 12.
17  A.   Okay.
18  Q.   Why did you take this photograph?
19  A.   Because this particular tiger, I thought it was
20  kind of odd again being a July day, understandable he
21  was seeking some -- some time out of the sun from the
22  vegetation there, but it struck me kind of odd because
23  you don't always see a tiger with their tongue sticking
24  out like that.  Similarly to house cats, they don't
25  always sit there with their tongue sticking out, and it

**509**

1   kind of struck me because he was kind of sitting there
2   and he looked like -- almost like a bobble head for
3   about five to ten seconds.  His head was just kind of
4   going up and down with his tongue sticking out and I
5   didn't know if he was adversely affected by the heat or
6   what.
7   Q.   And I noticed that the -- the -- you had
8   mentioned in previous photo we looked at together that
9   the caging was a square pattern.  This caging looks
10  different to me.
11  A.   It is.
12  Q.   What do you remember of the enclosure?
13  A.   This is a round corn crib enclosure and the other
14  is a square enclosure.
15  Q.   Who else had you seen in corn cribs previously at
16  the zoo?
17  A.   Well, the bears, the lion and the bobcat.
18  Q.   Okay.  Anything different about this corn crib
19  from the one you already described?
20  A.   Well, I didn't recall from my previous visit that
21  there was a lion in this corn crib and I could have been
22  incorrect.
23  Q.   That what was in the corn crib?
24  A.   I did not previously recall seeing this lion in
25  the round corn crib.

**510**

1   Q.   Okay.  Can you look at your photograph again,
2   John?
3   A.   Pardon me?
4   Q.   Can you look at your photo again.  What animal
5   are you describing?
6   A.   Page 12, the tiger.
7   Q.   Tiger.  Okay.
8   A.   And I didn't recall seeing the tiger in the round
9   corn crib the previous year, so that's why I took its
10  photo.
11  Q.   Okay.  Thank you.  And did you revisit the bear
12  in the corn crib?
13  A.   I did.  And on my visit in July, there was
14  another bear in there, which if the other bear had been
15  there previously, it was back in the little enclosure,
16  but I didn't think it was.  So this year I noticed there
17  was another bear, which again the corn crib being 15 to
18  eight feet in diameter for two large bears seems like
19  extremely cramped quarters.
20       But what really struck me about this visit
21  was the black bear was standing up next to these metal
22  stairs and the third step up is a little platform -- I'm
23  going to say roughly three-and-a-half feet square -- and
24  the bear was standing next to it and it was chewing on
25  the edge.  It was literally chewing on the edge of the

**511**

1   metal stairs.
2   Q.   And what did you -- what did you think or feel
3   about observing that?
4   A.   Well, one, it didn't surprise me a lot in one
5   respect and that was that there's nothing else to do in
6   that corn crib.  The other thing that struck me was how
7   -- the potential for injury to the bear's teeth chewing
8   on the corner of this metal object repeatedly seemed
9   like it was very odd behavior for a bear to be doing.
10  Q.   Did you have any idea in your mind about why he
11  might be doing that?
12  A.   I did.  Personally, I presumed that it was out of
13  sheer boredom.
14  Q.   And how did you feel imaging that he might be
15  bored?
16  A.   Again, very frustrated.  I can't even begin to
17  tell you how frustrating and angry seeing most of these
18  animals made me, and it does depress me to know that
19  this is their life.  This is their life and I'm -- I'm
20  the one speaking out on their behalf.  Not the owners.
21  I'm the one.
22  Q.   You would prefer that it were the owners?
23  A.   Absolutely.  I -- if -- if there wasn't a need
24  for me to speak out, I would be happy as a lark, but,
25  unfortunately, due to their actions and what they deem

to purchase a complete copy of the transcript.

**512**

1 appropriate for their animals, it's very frustrating.
2 It's very upsetting and I find it depressing for the
3 animals because they're forced to live this.
4 Meanwhile the people that -- like myself, the other
5 plaintiffs, the regulatory agencies -- that consistently
6 have brought issues to their attention are ridiculed
7 like we're nitpicking or we're -- to quote an article I
8 saw in the paper that Mrs. Sellner participated in --
9 we're terrorists.
10 Q.   Who's we?
11 A.   The plaintiffs and ALDF because we have the
12 audacity to speak out and try and help these animals.
13 Q.   You don't think of yourself as a terrorist?
14 A.   No.
15 Q.   You mentioned --
16       THE COURT:  Excuse me.  We've been going for
17 an hour-and-a-half.  I think maybe this is a good time
18 to take our afternoon break.
19       MR. PIERCE:  Yes, Your Honor.
20       THE COURT:  We'll stand adjourned for
21 20 minutes; start in again at 3:05.
22       (Recess at 2:44 p.m., until 3:13 p.m.)
23       THE COURT:  Mr. Pierce?
24
25

**513**

1           DIRECT EXAMINATION (Continued)
2 BY MR. PIERCE:
3 Q.   Mr. Braumann, one -- John, one more question
4 about your second visit.  When you -- when you left that
5 day, you have already -- you've already testified that
6 Obi was in an enclosure and not in the front.  Was there
7 someone else -- another animal at the front in a
8 function like Obi's?
9 A.   Yeah.  The new ambassador was a raccoon and --
10 which seemed to me as kind of odd, but I do recall Lisa
11 interacting with the raccoon.  Mrs. Sellner would hold
12 it out and it just seemed awkward to me.
13 Q.   What was awkward?
14 A.   The actions of the animal and just the
15 interaction having a raccoon as an ambassador.
16 Q.   What -- what struck you, if anything, about
17 having a new ambassador for the Cricket Hollow Zoo?
18 A.   Well, it made me sad for Obi because he had been
19 demoted, so to speak, and I presumed no longer lived
20 with the Sellners in their house and -- and all of a
21 sudden had a solitary life in a cage.
22 Q.   So encountering the raccoon in the function of
23 ambassador made you think again about Obi?
24 A.   Absolutely.
25 Q.   And did it elicit any feelings for you at that

**514**

1 time?
2 A.   That pretty much was the -- obviously the end of
3 my visit and -- and the culmination of all of the
4 emotion and learning, I guess, from that second visit,
5 so, in essence, what I was feeling at that time was
6 everything I had mentioned before.  I was frustrated
7 because I wanted to see change.  I was angry that people
8 thought animals should be treated that way.  I was sad
9 for the animals that had no choice but to live that way.
10 And I found it depressing that I had so little I could
11 do for them.
12 Q.   How did you reflect later, John, on your second
13 visit?
14 A.   Well, looking back on it and again after
15 uploading my pictures to my computer, it became very
16 clear that my first visit was not a snapshot in time.  I
17 wanted to give them the benefit of the doubt.  I'm not
18 an unreasonable person.  The first visit proved to be
19 very troubling; everything that I witnessed and
20 documented on that first visit, but I did want to visit
21 again just to -- like I said, to give them the benefit
22 of the doubt; that perhaps some of what I saw was a
23 snapshot in time and then when I returned the next year
24 to see that virtually nothing had changed.
25       And just something that we didn't touch on

**515**

1 regarding the second visit that I would like to add was
2 that the hoofstock -- which I know are not endangered,
3 but at the same time it's exemplary of how they care for
4 their animals as a whole -- still grossly overgrown
5 hooves; virtually unchanged and that's what I found when
6 it came to accumulated feces, dirty food and water
7 receptacles, the cages that looked like they hadn't been
8 cleaned from the nine months earlier or eight months;
9 whatever it was from October to July.  So basically it
10 -- it -- me giving them the benefit of the doubt quickly
11 waned.
12 Q.   Did you make any decisions about the zoo
13 reflecting on it in that way?
14 A.   I made the decision that I did not want to go
15 back.  I felt I had given them the benefit of the doubt;
16 saw what I saw and unless some things had changed, which
17 I saw no indication or desire for any of that to change.
18 Saw nothing but resistance, and I made the decision that
19 I wasn't going to go back unless something significant
20 changed.
21 Q.   Why do you say resistance, John?  How did you
22 perceive resistance?
23 A.   Well, I have seen a couple of instances where --
24 and I believe one is the feline conservation something
25 or other that Mrs. Sellner belongs to in some capacity

516

1   or has.  I believe they're the ones that shared some
2   kind of article that was I want to say written by
3   someone at that, but it was quoting Mrs. Sellner and
4   just seeing the resistance as I mentioned earlier;
5   saying that we have an agenda to take all the animals
6   away; that we're terrorists; that we're the bad guys,
7   and the resistance that I've seen in some of the
8   documents I've reviewed regarding the USDA violations,
9   news accounts in which she felt she was being singled
10  out; that they were nitpicking and, to me, again, that
11  reverts back to I find it really odd that a regulatory
12  agency such as the USDA and individuals in the state of
13  Iowa have to be the ones to advocate for these animals.
14  It should not have to be that way.
15  Q.      You mentioned earlier, John, along these lines;
16  that you would be happy as a lark if the owners were to
17  -- to make the changes or if the regulatory agencies
18  were to impose some of those changes.  What do you mean
19  by that?  Why would you be happy if that were true?
20  A.      Well, by the -- I mean I've stated repeatedly how
21  it affects me.  And for them to take it -- the care of
22  their animals more seriously and be willing and able to
23  enact some meaningful changes for these animals so that
24  they don't live on -- in the conditions that I've
25  documented and others have documented over the last two

517

1   or three years, I would be happy to see that and I would
2   be willing to go back and visit.  I would like to go
3   back and visit.  I would like to see how Obi is doing,
4   but, quite frankly, nothing I have seen or heard out of
5   the USDA reports since then has indicated any changes;
6   still resistance.  So for me, nothing has changed and,
7   like I said, unless something significant were to
8   change, I won't go back there.
9   Q.      So you do follow the inspection reports, John?
10  A.      I do.  It's not like I'm on an email list or
11  anything, but I do pay attention, and similarly, when
12  they were closed earlier this year as a result of the
13  USDA action, I do pay attention to that because, again,
14  I didn't really know what my voice would be; how I could
15  get my voice heard and I'm extremely happy that the USDA
16  is doing what they're doing.  They're doing their job.
17  Like it or not, depending on what your role is in this
18  case, they're doing their job and I'm very happy that --
19  you know, a lot of federal agencies don't always look
20  after animals in a fashion I agree with, but in this
21  case, I'm absolutely pleased at the efforts that they've
22  made despite the resistance.
23  Q.      You decided not to go back to the zoo on the
24  basis of your first two visits, John.  How did that make
25  you feel toward the animals having to decide not to view

518

1   them in person anymore?
2   A.      Well, I'm torn because seeing some of the reports
3   of some of the animals that have since passed away, you
4   know, I have -- I feel a kinship of sorts to some of the
5   animals that I looked in the eye.  Obi, I feel -- you
6   know, obviously you've heard my testimony on Chuki, and
7   honestly, most, if not all, of the animals there I feel
8   a -- a sense of responsibility to -- to try and help, so
9   I'm torn.  I want -- I would like to see them and see
10  that they're still all right, still alive, but on the
11  other hand, I won't put myself through that unless they
12  are willing to make some change and they've displayed no
13  effort whatsoever to do that thus far.
14  Q.      And you said you would be happy to go back if
15  they made those changes?
16  A.      I would.  I would enjoy seeing Obi again and
17  Chuki and some of the other animals that I saw.  I love
18  animals.
19  Q.      Which of the animals, John, would you be happy to
20  see again?
21  THE COURT:  Mr. Pierce, I think I've been
22  pretty patient in allowing the record to be made and I
23  understand that how these facts impact the individual
24  plaintiffs has to do with standing.  But honestly, I
25  think I've heard, you know, all I need to hear about how

519

1   the witness feels about all of these things.
2            You know, my focus -- and again, I
3   understand you have an obligation to establish facts
4   which will allow standing, but my focus is primarily on
5   the facts.  What -- what were the conditions of the zoo;
6   how long did they last; how did it impact the animals,
7   and to go over and over and over again how this witness
8   feels about that, frankly, isn't very helpful to me.  I
9   mean I think you've made your record that he's
10  frustrated, upset, angry, shocked, feels bad.  I don't
11  know how many other ways he can say it.
12           MR. PIERCE:  Thank you, Your Honor.
13  Q.      John, would you visit the animals elsewhere if
14  they were relocated from the zoo?
15  A.      I absolutely would.  I would -- my preference
16  would be for them to go to a sanctuary -- a reputable
17  sanctuary that can provide them a life similar to the
18  life I've seen on some of the educational channels that
19  are quite the opposite of what they're living now.
20  Q.      I would like to ask you to do one more thing,
21  John.  I would like you to look at an exhibit that the
22  defense has provided, but I don't know if it's in front
23  of you.  Please -- yeah.
24           MR. PIERCE:  Is it all right, Your Honor, if
25  Ms. Holmes approaches the witness?

CONTRACTB19 piece 31 A130  www.zlc.com
to purchase a complete copy of the transcript.

**520**

1  THE COURT: You may.
2  MR. PIERCE: Thank you.
3  Q.  It's Exhibit X in the defense exhibits. Are you
4  at Exhibit X?
5  A.  Yes.
6  Q.  Okay. Take a moment, if you would, please, and
7  look through the photographs in Exhibit X.
8  A.  Okay.
9  Q.  The defense has offered these photographs earlier
10  today into evidence as photographs of the defendants'
11  zoo. Based on your own experiences, John, what do you
12  observe of -- of these photographs and what would you
13  remark upon related to these photographs?
14  A.  Okay. Well, I visited in October and July. On
15  the July visit, I would have recognized some of these
16  enclosures that had the green grass around them. None
17  of the enclosures had grass in them. These are lovely
18  photographs and I love animals and I like seeing them.
19  The very first one here of this long horned ram or
20  what-have-you, the only animal even similar to that that
21  I saw had scabbed-over sores on the top of its head. So
22  that's really not representative of what I saw.
23  And I would like to comment on a couple of
24  others here; primarily like the tigers. All of these
25  are great close-up shots of the animals. The animals

**521**

1  are clearly beautiful in their own right. The bear
2  rolling in the grass; there's not a blade of grass near
3  the bear at the zoo on either two visits I went to. It
4  was some -- I don't even know what they put on top of
5  the concrete in the corn crib for the bear, but it's
6  clearly not grass.
7  So I guess to -- to reiterate, these are
8  lovely photographs, close-ups; the beauty of the animal
9  shows through, but it does not represent, other than
10  perhaps 12, that actually shows a small bit of the
11  enclosure, but nothing other than a close-up shot, so --
12  Q.  You mentioned, John, that you wanted to remark
13  specifically on the tiger. What was it about the tiger
14  that you had wanted to say, do you remember? The
15  photograph of the tiger there.
16  A.  Well, in -- I've lost it now, but specifically
17  regarding the tiger, the last photo I believe -- let me
18  find it again real quick.
19  Q.  Was it the one about -- was it just the enclosure
20  or was there something else?
21  A.  I think it was just the enclosure. I believe
22  that was the only one the tiger was in.
23  Q.  So you mentioned grass and -- and close-ups. Is
24  there anything else about the conditions of other
25  animals apart from I guess it was a ram in the first

**522**

1  photograph? Anything about the conditions of the
2  animals that you could remark on in comparison to your
3  own experience?
4  A.  Well, I would say, in all honesty, I mean they
5  all appear to be healthy in these photographs, but
6  they're -- these photographs don't represent the zoo to
7  me at all; having been there twice and spent about an
8  hour-and-a-half on each visit. Some of the animals
9  might, in fact, be the same animals. I see these are
10  dated 2005, so some of them might actually have been the
11  same animals that I saw in 2012. I don't know.
12  But I would like these photographs to the
13  photographs you see on the side of a milk carton that
14  show the animals in a -- in a bucolic, beautiful pasture
15  setting when actually those are not the conditions they
16  live under, and that's how I would represent these
17  photos. They're lovely photos, beautiful animals. They
18  do not represent the zoo as I saw it on those two
19  occasions.
20  MR. PIERCE: Thank you, John. One minute to
21  confer, please, Your Honor?
22  THE COURT: You may.
23  MR. PIERCE: Nothing further.
24  THE COURT: Cross-exam?
25  MR. THORSON: Thank you, Your Honor.

**523**

1  CROSS-EXAMINATION
2  BY MR. THORSON:
3  Q.  May I call you, John?
4  A.  Sure.
5  Q.  John, not a lot was said about your background
6  today earlier that I remember. You went to high school
7  here in Cedar Rapids; is that correct?
8  A.  Correct.
9  Q.  And you graduated when?
10  A.  1978.
11  Q.  Would you say you had a lot of different jobs
12  since you graduated from high school?
13  A.  Oh, yeah. Yeah. I've got a wide --
14  Q.  How many different ones; 15, 20?
15  A.  Probably, yeah. I've got a wide -- a wide
16  experience.
17  Q.  None of those jobs involved working at a zoo or
18  working with animals in a zoo; correct?
19  A.  That is correct.
20  Q.  And your education after high school, did you go
21  to Kirkwood for a while, if I remember right?
22  A.  I did, yeah. I have 77 college credits.
23  Q.  And it was pre-engineering you were in at the
24  time?
25  A.  Yeah. The first two years are mostly core

**524**

1  classes as you're probably aware, so I've got some
2  engineering coursework after that, yes.
3  Q.    And, again, you didn't take any classes on
4  zoology or animal husbandry at that time, did you?
5  A.    No.
6  Q.    Are you still a member of PETA or the -- is it
7  the -- what is it? Are you a member of PETA, first of
8  all?
9  A.    No. I was for one year. I gave them a donation
10  back I want to say 2010 maybe. It's been some time
11  back. I didn't keep up with them. I think I testified
12  to that in the deposition. I don't recall the exact
13  year.
14  Q.    Okay. So you dropped that organization; is that
15  correct?
16  A.    Well, I -- I gave them money for a year and I've
17  not given them any money since.
18  Q.    Are you still a member of the National Rifle
19  Association?
20  A.    I am. I have a lifetime membership to that
21  ironically.
22  Q.    You decided to go to the Cricket Hollow Zoo on
23  October 13, 2012, I think you mentioned; is that
24  correct?
25  A.    That is correct.

**525**

1  Q.    And the other two people you went to were -- went
2  there with I should say are Cathy Carter and Mindi Long;
3  is that correct?
4  A.    That is incorrect. On October 13th of '12, I
5  visited the zoo with Cathy Carter, and in July 13th of
6  '13, I visited with Lisa Kuehl.
7  Q.    With regard to your visit on October 13th of
8  2012, you indicated there was water standing in various
9  pens; is that correct?
10  A.    Yes.
11  Q.    And I'm going to show you a page out of
12  Exhibit N, which is page No. 7.
13  A.    This is in this book?
14  Q.    Oh, I'm going to put it up on the screen here
15  hopefully.
16  A.    Okay.
17      THE COURT: You may have to switch to a
18  different input.
19      MR. PIERCE: Your Honor, permission --
20  permission to approach the witness to recover our
21  defense binder?
22      THE COURT: You can.
23      MR. PIERCE: Thank you.
24  Q.    Do you see that up in front of you there, John?
25  A.    Yes. Yes, I do.

**526**

1  Q.    Okay. And it's a calendar, and for October 13th
2  of 2012, it shows the temperature was 65 degrees and
3  half an inch of rain. Do you see that?
4  A.    I do.
5  Q.    Do you remember it raining that day?
6  A.    I do not. It might have rained that morning, but
7  I was there 12:30 in the afternoon roughly.
8  Q.    Okay. So you weren't there all day; correct?
9  A.    I was there for approximately 90 minutes.
10  Q.    When you entered the zoo on the first time, you
11  talked to Mrs. Sellner; correct?
12  A.    Correct.
13  Q.    And you and Mrs. Sellner just exchanged small
14  talk; is that it?
15  A.    Yeah. Pretty much how much is it to go in and
16  that type of thing.
17  Q.    When you left the zoo that day, did you also talk
18  to Mrs. Sellner?
19  A.    Yeah, briefly. As I showed interest in Obi, she
20  was talking to myself and Cathy about how Obi lived in
21  her house and how he was -- came out and was the
22  ambassador of the zoo.
23  Q.    Anything else you said to Mrs. Sellner that day?
24  A.    Perhaps. I don't recall what it might have been.
25  Q.    On your second visit on July 13th of 2013, did

**527**

1  you also talk to Mrs. Sellner?
2  A.    Yes. Again entering the facility and buying some
3  of the treats that you could give to the animals and
4  then in exiting the zoo. And I might add on my first
5  visit, I briefly talked to Mrs. Sellner when she
6  retrieved the tiger from tiger time.
7  Q.    What did you talk to her about when she retrieved
8  the tiger?
9  A.    Oh, I was just commenting on how cute it was and
10  she was holding it and I stuck my hand out and he pawed
11  at me and just that was the extent of it.
12  Q.    You weren't injured by that, were you?
13  A.    No. Not physically.
14  Q.    And you have never volunteered at the zoo; is
15  that correct?
16  A.    That is correct. At Cricket Hollow Zoo or --
17  Q.    Any zoo.
18  A.    No.
19  Q.    And after your visit -- the first visit, you
20  called the sheriff's office in Delaware County, didn't
21  you?
22  A.    Correct.
23  Q.    Was that -- was the first time you called the
24  sheriff's office in December or was it earlier?
25  A.    December. I've only called there once.

528

1    Q.    I've looked at the photographs you took, which
2    are Exhibit 63.  I don't see any flies in the
3    photographs.  Were there flies during that day?
4    A.    Yes.  I testified to that; that I saw flies
5    around the serval.
6    Q.    But the photograph you took of the serval doesn't
7    show any flies, does it?
8    A.    Well, I don't have a professional camera.  And in
9    this particular photograph, no, I do not see an actual
10   fly.  But as I stated, I don't have a professional
11   camera.
12   Q.    You testified to seeing a blue tarp near one of
13   the tigers; is that correct?
14   A.    I did.
15   Q.    And your assumption was that was a tarp over some
16   type of carcass?
17   A.    That was my assumption, yes.
18   Q.    If I told you that it was a pool that was being
19   bleached, would you -- would that satisfy at least your
20   worry about the tiger at that point in time?
21   A.    I would -- I would have to disagree because what
22   I saw was a lump of -- if -- and you can look at my own
23   photograph for yourself.  To me, a pool would be -- the
24   tarp would have been flat on the top as the tarp draped
25   over -- if you're telling me that was supposed to be a

529

1    pool, it would have been flat on the top.  I'm a very
2    logical person.  That was a lump.  It was not flat.
3    Q.    You didn't look under the tarp to see what was
4    under there though, did you?
5    A.    Absolutely.
6    Q.    You looked under the tarp?
7    A.    No.  I didn't enter the cage, but logic -- I'm
8    ruled by logic and to me a pool -- if you had draped
9    tarp over a pool, it would have been flat; not peaked as
10   the photograph depicts.
11   Q.    Let's go to your Exhibit 63, page 14.
12   A.    Okay.
13   Q.    You indicated earlier that that's a picture of a
14   lion to the Court.
15   A.    Correct.
16   Q.    Isn't that a cougar or a mountain lion?
17   A.    Perhaps.
18   Q.    Either time you were at Cricket Hollow Zoo, did
19   you talk to Mr. Sellner -- Tom Sellner?
20   A.    I only once saw him driving a tractor and that
21   was as I was leaving or -- or going.  I don't recall
22   which, but I only saw him once.
23   Q.    How do you know it was him?
24   A.    Well, I don't.  It was a man; let me rephrase.
25   And I saw no other attendants ever other than

530

1    Mrs. Sellner inside the zoo.
2             MR. THORSON:  I have no further questions.
3             THE COURT:  Redirect?
4             MR. PIERCE:  Nothing, Your Honor.
5             THE COURT:  You may step down.
6             (Witness excused.)
7             THE COURT:  Next witness?
8             MS. BLOME:  Your Honor, the plaintiffs call
9    Lisa Kuehl.
10            THE COURT:  Is she in the courtroom?
11            MS. BLOME:  My cocounsel is going to go get
12   her.
13            THE COURT:  All right.
14            Ma'am, if you'll step right over here,
15   please.  Raise your right hand.
16               LISA K. KUEHL,
17   called as a witness, being duly sworn, was examined and
18   testified as follows:
19            THE COURT:  Have a seat, and you'll need to
20   scooch up to the microphone and speak right into it.
21            DIRECT EXAMINATION
22   BY MS. BLOME:
23   Q.    Hi, Lisa.
24   A.    Good afternoon.
25   Q.    Lisa, where do you live?

531

1    A.    I live in Madrid, Iowa.
2    Q.    And what's your educational background?
3    A.    I have a Bachelor of Arts Degree from Iowa State
4    University in graphic design.
5    Q.    Did you take any courses at Iowa State University
6    that would -- in science or animal husbandry?
7    A.    I took quite a few science credits as part of my
8    elective options.  I took some biology, botany.  I took
9    a very interesting veterinary anatomy and physiology
10   course and I also took a medical and veterinary
11   entomology course, as well as some meteorology.
12   Q.    Is science something that's always interested
13   you?
14   A.    Very much so.
15   Q.    Since high school and college, what has your
16   occupation been?
17   A.    My very first job out of high school was as a
18   waitress, as is for most people, and then from there I
19   helped out on my family farm quite a bit and I was a
20   stage hand at Iowa State University and from there my
21   occupational interest shifted to aviation and I became a
22   flight instructor as well as a commercial airline pilot.
23   Q.    And since then, have you done anything since you
24   were a commercial airline pilot?
25   A.    After leaving that field, I switched gears a

to purchase a complete copy of the transcript.

532

1  little bit and took my interest in figure skating to a
2  professional level and now I'm a professional figure
3  skating instructor.
4  Q.    And do you do anything else with your spare time?
5  A.    Well, I have a lot of hobbies. I, of course,
6  love sports and skating. I love basketball. I love
7  participating in sports. I'm interested in all aspects
8  of animal advocacy, of course, and I love computers and
9  photography and just being a homeowner. That's really
10 been a lot of fun.
11 Q.    Where does your interest in animal advocacy stem
12 from?
13 A.    Well, growing up on a farm, of course, we were
14 around animals all of my life from the time I was born.
15 I was born on a farm that had hogs and later on we had a
16 few chickens; nothing big, but just a few. And so I
17 learned early on from my parents how to properly care
18 for them and show them respect. And so from my farm
19 background, that kind of led into my interest in having
20 my own pets, and then from there I've kind of taken that
21 a little bit further and I'm doing some volunteer work
22 for several animal welfare organizations, including some
23 fostering of some rescue animals.
24 Q.    And when you -- rescue companion animals or farm
25 animals?

533

1  A.    Just companion animals; dogs and cats.
2  Q.    What animal welfare organizations are you
3  involved in?
4  A.    I'm very active in Iowa Friends of Companion
5  Animals. That's a Des Moines-based organization that
6  focuses on Iowa's commercial dog breeding industry.
7  Q.    Anything else?
8  A.    I am a member of the Animal Legal Defense Fund
9  and I also follow the work of the Humane Society of the
10 United States.
11 Q.    When did you become a member of the Animal Legal
12 Defense Fund?
13 A.    About a year-and-a-half ago.
14 Q.    Do you have any experience with exotic animals?
15 A.    I don't have any experience with exotics. The
16 closest would be rabbits, but they're not considered
17 exotic.
18 Q.    They're exotic to you.
19 A.    Yeah. No; nothing in the traditional sense.
20 Q.    Sure.
21 A.    I have some pot-bellied pigs in my family. I'm a
22 -- my sister has pot-bellies, so I have gotten to know
23 them and understand quite a bit about the required care
24 of that particular type of pig. They're not easy to
25 care for.

534

1  Q.    And your sister is Tracey Kuehl; the other Kuehl.
2  A.    She is, yes.
3  Q.    Do you have any experience with zoos?
4  A.    Well, I've visited quite a few zoos in my
5  lifetime. My first zoo experience was the St. Louis Zoo
6  down in St. Louis and then later on I visited the
7  San Diego Zoo out in San Diego and in more recent years
8  because of where I live and the fact that I'm not
9  traveling, I have visited the Blank Park Zoo in
10 Des Moines. I have visited Cricket Hollow Zoo here --
11 up in Manchester and I also had a chance to visit the
12 Oleson Park Zoo, which is a very small city-run zoo in
13 Fort Dodge -- the city of Fort Dodge.
14 Q.    In your advocacy work, have you become familiar
15 with the Animal Welfare Act?
16 A.    I certainly have.
17 Q.    What's your understanding of the purpose of the
18 Animal Welfare Act?
19 A.    Well, it's to provide what I consider to be
20 survival standards of care to all of the regulated
21 animals covered under the act.
22 Q.    And are companion animals covered under the act?
23 A.    Yes, they are.
24 Q.    And are exotic animals covered under the act?
25 A.    Yes; some of them are.

535

1  Q.    When you say some of them, under what
2  circumstances, based on your understanding?
3  A.    I guess it would depend on if you considered some
4  nontypical livestock as exotic or not. They fall under
5  the category of other warm-blooded animals.
6  Q.    Okay. What is your understanding of how USDA
7  ensures compliance with the Animal Welfare Act?
8  A.    Well, they are required to make unannounced
9  inspections of all of their USDA --
10       MR. THORSON: Objection, Your Honor. This
11 is expert testimony again.
12       THE COURT: Hold on.
13       MS. BLOME: Oh, I'm not asking her as an
14 expert; just in her experience. It's relevant to how
15 she discovered the Cricket Hollow Zoo.
16       THE COURT: Well, the question was what is
17 your understanding of the USDA -- what is your
18 understanding of how USDA ensures compliance with the
19 Animal Welfare Act. She can't testify as to what the
20 USDA does to ensure compliance. If -- if you're trying
21 to get at how she discovered the Cricket Hollow Zoo,
22 then ask her that.
23       MS. BLOME: All right. Sure.
24 Q.    Lisa, how are you familiar with the Cricket
25 Hollow Zoo?

CONTACT PATRICIA E. BISHOP at 319-560-8300 or psbishop@mchsi.com
to purchase a complete copy of the transcript.

536

1   **A.**     Well, I first learned about the zoo by
2   researching the USDA inspection database.
3   **Q.**     And what's the USDA inspection database?
4   **A.**     Well, it's a searchable public database on line
5   that you can go to if you want to look up information on
6   a particular USDA licensee.
7   **Q.**     What were the search criteria you were entering
8   when you found the Cricket Hollow Zoo?
9   **A.**     Well, on that particular search, I was looking
10  for what we call direct violators of the federal Animal
11  Welfare Act.
12  **Q.**     And what's your understanding of a direct
13  violator?
14  **A.**     Well, as I understand it, an inspector will cite
15  a licensee for a direct violation if the care that
16  they're being provided --
17          MR. THORSON:  Objection, Your Honor.
18  **A.**     -- is either causing --
19          THE COURT:  Hold on.
20          MR. THORSON:  This calls for expert
21  testimony from this witness.
22          MS. BLOME:  Once again, Your Honor, I'm not
23  asking her as an expert but purely because she entered
24  those search terms for a reason and I think that reason
25  is relevant.

537

1          THE COURT:  Well, the question was what were
2   the search criteria and she answered that.  And then the
3   question was what's your understanding of her answer,
4   which was the direct violation of the federal Animal
5   Welfare Act.  Again, what her understanding of those
6   violations may be is not relevant.  The Court will have
7   to make its own determinations as to what the statute
8   requires and what it doesn't require.  So she can
9   testify as to the whole process of what she did; what
10  she did next and all the rest of it, but she can't opine
11  as to what the USDA requires or doesn't require or what
12  the USDA's role is.  She can simply describe sort of
13  what she did during the course of this process.
14          MS. BLOME:  Sure.
15  **Q.**     Lisa, what -- why did you enter the search
16  criteria direct noncompliant item?
17  **A.**     I was actually searching for direct noncompliant
18  commercial dog breeders in our state, so when I inputted
19  that search criteria, it gave me the list of all Iowa
20  direct noncompliance licensees.
21  **Q.**     Why were you specifically interested in direct
22  noncompliance?
23  **A.**     Well, those are the most urgent type of
24  noncompliance items.  When they're occurring, they're
25  either causing direct harm to the welfare of an animal

538

1   or it's imminent that if left unattended, that some
2   serious harm could come to that animal.
3   **Q.**     And the search criteria direct noncompliant item
4   returned the results of the Cricket Hollow Zoo?
5   **A.**     Yes, ma'am.
6   **Q.**     Anyone else?
7   **A.**     There were some USDA licensed commercial dog
8   breeders on that list as well.
9   **Q.**     And when you found the Cricket Hollow Zoo, what
10  did you do?
11  **A.**     Well, I mentioned it to several colleagues of
12  mine.  I had never heard of the zoo before until I did
13  my little search, and I had asked some other people --
14  some who lived in the area, as well as some other folks
15  I knew who were kind of interested in these type of
16  topics -- if they had ever heard of the zoo and the only
17  person that had heard of the zoo was the one that lived
18  within a proximity of Manchester.
19  **Q.**     Did you actually read any of the inspection
20  reports you found on that on line database?
21  **A.**     I did.
22  **Q.**     Which ones did you review?
23  **A.**     Well, the ones that I focused on were the -- the
24  most two recent ones.  That was August of 2011 and then
25  there was one in December of 2011.

539

1   **Q.**     And what struck you or stuck out to you about
2   those inspection reports?
3   **A.**     The number of violations, the number of total
4   violations and I know from my research into commercial
5   dog breeders that when you see a significant number of
6   violations, that can be quite concerning.  So the number
7   is what initially reached out to me as being a concern.
8   **Q.**     Had you formed -- after you read those inspection
9   reports, did you formulate an opinion about the Cricket
10  Hollow Zoo?
11  **A.**     I did.
12  **Q.**     And what was your -- what was your opinion about
13  the Cricket Hollow Zoo?
14  **A.**     Well, my opinion was I was wondering how a zoo
15  like this with this many regulated animals kind of
16  escaped the public radar for so long and how so many
17  violations could be continuing to occur in between
18  inspections.
19  **Q.**     Okay.  So after you consulted your colleagues and
20  found out that no one else had really heard of the zoo,
21  what did you do next?
22  **A.**     Well, we kind of talked -- talked amongst
23  ourselves and decided it might be good to contact the
24  Iowa Department of Agriculture down in Des Moines and
25  see if we might be able to get in to talk to our state

to purchase a complete copy of the transcript.

540

1  veterinarian, Dr. David Schmitt, and just ask him a few
2  general questions about the inspection process in our
3  state and a few specific questions about the dog
4  breeders I had been researching, and we wanted to ask
5  them also if he knew about the Cricket Hollow Zoo.
6  Q.    And what time frame are we talking about when you
7  contacted Secretary --
8  A.    Sure.  This would have been early April.
9  Q.    Of 2012?
10  A.    2012, yes.
11  Q.    And what did you do next?
12  A.    Well, we paid the IDALS a visit.
13  Q.    Okay.
14  A.    They were very obliging to see us.
15  Q.    And what did you learn from them?
16  A.    Well, some interesting things.  A couple things
17  that stand out is he was very grateful that we were
18  there --
19            MR. THORSON:  Objection, Your Honor;
20  hearsay.
21  A.    -- and he encouraged us --
22            THE COURT:  Just a second.  Well, I don't
23  think it's being offered to prove the truth of the
24  matter asserted.  Whether he was grateful or not really
25  isn't relevant.  I'm assuming it's to show what she --

541

1  why she did what she did next.
2            MS. BLOME:  Yes, Your Honor.
3            THE COURT:  You know, frankly, I'm going to
4  allow the witness to tell the story and then I'll
5  consider the parts that I think are important and
6  disregard the parts I think are not.
7            MS. BLOME:  Thank you, Your Honor.
8  Q.    Go ahead, Lisa.
9  A.    Sure.  He thanked us for coming.  He said that
10  his department does welcome citizen advocacy input, so
11  he was appreciative of us bringing this to his attention
12  and he also encouraged us to contact law enforcement if
13  at any time we ever felt there was a situation that
14  warranted that sort of outreach.
15  Q.    Okay.  And based on that information, did you
16  feel the need to do anything else?
17  A.    Yes.  We decided amongst my colleagues and I who
18  attended the meeting that perhaps it would be wise to
19  pay the zoo a visit when they opened during their normal
20  public visiting hours.
21  Q.    Okay.  You know, did you -- before you visited
22  the zoo, did you fly over the zoo?
23  A.    Yes.  I did that, yes.
24  Q.    Okay.  When was that?
25  A.    Well, that was April 1st of 2012.

542

1  Q.    And was that before or after you visited
2  Secretary Northey?
3  A.    That was before.  And it wasn't
4  Secretary Northey.  It was Dr. Schmitt and Dr. Wheeler
5  at IDALS.
6  Q.    Thank you for clarifying.  Okay.  So I would like
7  to turn to Exhibit 59 in the binder in front of you and
8  if you turn the pages in small clumps, it will go a
9  little bit easier for you.
10  A.    Thank you.  Okay.
11  Q.    All right.  Now that you're there, Lisa, I have
12  to -- I'm going to go check and see if I can find an
13  original copy of the first page.  I'll be right back.
14            All right, Lisa; let's skip that first page.
15  It's a little blurry.
16  A.    Okay.
17  Q.    All right.  I'm looking at page 2 of Exhibit 59.
18  Do you recognize that photograph?
19  A.    It would be of the lioness.
20            THE COURT REPORTER:  I'm sorry; what?
21            THE WITNESS:  It would be of the lioness.
22  Q.    Oh, no, page 2.  Just the second page of the
23  exhibit.
24  A.    That was -- that was labeled page 0002.
25  Q.    Oh.  Why don't I try a different tactic and just

543

1  show you what I'm doing.
2            THE COURT:  I think you're looking at page
3  -- well, no, maybe not.  Exhibit 59 consists of
4  15 pages, all photographs, and the number in the lower
5  right-hand corner.
6            THE WITNESS:  Yes, I see that.
7            THE COURT:  So it's page 2 of Exhibit 59.
8            THE WITNESS:  Well --
9            THE COURT:  That is a different page than I
10  have in front of me.
11            MS. BLOME:  Me too.  Okay.  All right.  I
12  think it goes like this.
13  Q.    Lisa, can you see this picture?  It should be on
14  the screen in front of you.
15  A.    Oh, yes.  Sorry.
16  Q.    Okay.
17            THE COURT:  Just so that we're -- what do
18  you show on page 9 of your exhibit; just out of
19  curiosity?
20            THE WITNESS:  A yellow tiger sleeping or
21  lying next to a water tank.
22            THE COURT:  So the numbering got off here
23  somehow because I can look on what she's looking on and
24  what she has as page 2 is I think what I have as page 9.
25            MS. BLOME:  So you both have the same pages;

to purchase a complete copy of the transcript.

544

1    just different from me?

2         THE COURT:  Well, I haven't gone through all

3    15 pages, but in looking over her shoulder, she's

4    looking at page 2 and it is what I have identified as

5    page 9.

6         MS. BLOME:  Okay.

7         THE COURT:  And I know that the exhibits

8    were substituted at one point, so I don't know if that's

9    when the switch was made.  I'm assuming they're the same

10   15 pages but maybe just numbered differently.

11        MR. PIERCE:  If I may, Your Honor, we tried

12   reprinting this exhibit and we may have had the same

13   trouble we had the first time.  If -- we could introduce

14   an unnumbered collection of photographs from Exhibit 59.

15   It's a short exhibit so it wouldn't be burdensome for

16   the witness to count through the pages, but that would

17   clarify which photographs should come in which order.

18        THE COURT:  Here's what I suggest.  Well,

19   first of all, before we get too deeply into 59, you're

20   going to have to offer it and have it received into

21   evidence.

22        MS. BLOME:  Yes.

23        THE COURT:  But assuming that it's received

24   into evidence, then overnight you can take what are, I

25   guess, considered the originals of the exhibits, which

545

1    is the one I have, and go through and -- and make sure

2    that we have the same ones and so forth and make sure

3    that Mr. Thorson has the same ones.

4         My only concern is that when you have --

5    when we're -- when you're introducing testimony that if

6    you're referring to a specific exhibit, that we all know

7    what that one is so that on any appeal if an appellate

8    judge wanted to look at that exhibit, it's clear what he

9    should be looking -- he or she should be looking at.

10        MR. THORSON:  Your Honor, I apparently have

11   the same exhibits as the witness up there because my

12   second page is the lion and the caption beneath the

13   lion, so to -- I don't know what the pages are like in

14   this exhibit, to tell you the truth.

15        THE COURT:  Well --

16        MS. BLOME:  They're all the same,

17   Your Honor.  I will introduce the pictures through the

18   ELMO and number them as I go as 59 page 2, 59 page 3 and

19   then --

20        THE COURT:  The copy you have is the same as

21   I have, do you think?

22        MS. BLOME:  Possibly.  Is your page 2 of an

23   aerial photograph?

24        THE COURT:  Yeah.

25        MS. BLOME:  Yeah.

546

1         THE COURT:  Well, let's go and, Mr. Thorson,

2    when she exhibits a photograph, you can look through the

3    exhibit; make sure you have it; renumber it if you need

4    to and then if you're -- you know, if you need time to

5    make sure you've got that, let me know.

6         MR. THORSON:  Okay.

7         THE COURT:  So you may proceed.

8         MS. BLOME:  Thank you, Your Honor.

9    Q.   Okay.  Lisa, can you see the picture there in

10   front of you now?

11   A.   I can.

12   Q.   Okay.  Great.  Do you recognize that photograph?

13   A.   I do.

14   Q.   And what is it?

15   A.   That's an aerial photo of the Cricket Hollow Zoo

16   taken on April 1st of 2012.

17   Q.   Okay.  And you took that photograph from your own

18   personal plane?

19   A.   I did.

20   Q.   Were you flying?

21   A.   I was not.  I was a passenger.

22   Q.   What kind of camera did you use?

23   A.   I used a digital Canon Rebel.

24   Q.   Did it have a pretty good zoom?

25   A.   It did.

547

1    Q.   Were you in public air space when you flew over

2    the Cricket Hollow Zoo?

3    A.   I was.

4    Q.   Did you violate any laws as you flew over the

5    Cricket Hollow Zoo?

6    A.   No, ma'am.

7    Q.   You were never arrested or charged with a crime

8    for flying over the Cricket Hollow Zoo?

9    A.   No.

10        MS. BLOME:  Your Honor, I move -- or I would

11   like to offer for -- into evidence the page what I'll

12   mark as two of Exhibit 59.

13        (Plaintiffs' Exhibit 59, page 2, was

14        offered in evidence.)

15        THE COURT:  Any objection?

16        MR. THORSON:  This is relevance, Your Honor.

17        THE COURT:  Overruled.  Exhibit 2 is

18   received.  Excuse me; Exhibit 59, page 2, is received.

19        (Plaintiffs' Exhibit 59, page 2, was

20        received in evidence.)

21   Q.   Now, Lisa, why did you take this photograph?

22   A.   After I discovered the zoo in January, I realized

23   that the zoo didn't open for several months, and as I

24   continued to read the inspection reports and do some

25   additional research on the zoo, I found some concerning

ORDER A TRANSCRIPT at 1-800-330-0665
to purchase a complete copy of the transcript.

**548**

1 things in all of that and so I decided that I would like
2 to see the zoo, but I didn't want to wait too long until
3 visiting hours, so I just decided to take a look and see
4 what this large facility could possibly look like. I
5 could hardly believe that there were over 100 animals
6 living there and there was some suggestion that there
7 were up to 300 animals living in an Iowa zoo that I had
8 never heard of.
9 Q. What, if anything, stuck out to you about the
10 conditions at the zoo that you could observe from the
11 air?
12 A. Well, on this day, it was a cloudy day and -- but
13 you can see there's some leaves on the trees so it was
14 actually quite warm. It was a very warm March and so
15 spring happened quite early in that part of Iowa. But
16 when I flew over, I noticed a -- a severe lack of color
17 and that's the best way I can describe it. Everything
18 was very gray. It didn't look like the typical zoo
19 where you see nice exhibits and amenities and houses
20 that looked pleasant for not only the zoo visitors, but
21 pleasant for the animals to subside in as well. So
22 everything was just very sparse is a good way to
23 describe it.
24 Q. Lisa, I'm going to show you another photograph
25 and we'll call this Exhibit 59, page 3. Do you

**549**

1 recognize this photograph?
2 A. I do.
3 Q. Did you take this photograph?
4 A. I did.
5 Q. And why did you take this photograph?
6 A. Well, this particular image was part of my larger
7 overviews of the zoo and when I got home and had a
8 chance to look at the pictures in detail, I noticed the
9 conditions within the Scottish Highlander cattle pen
10 looked very concerning to me and so when I did a little
11 blowup of that part of the facility, I noticed some very
12 alarming things there, including significant drainage
13 issues and one of the cattle laying on its feed bunk;
14 not knowing whether that cow was perhaps dead or injured
15 or just resting there.
16 Q. Can you tell us which cow you're talking about?
17 A. Yes. It's the one on the right side of the metal
18 food trough with the horns. Yes; that's the one.
19 Q. You were worried about that cow?
20 A. Very worried.
21 Q. And you said that you zoomed in. Was this --
22 this picture is somewhat manipulated?
23 A. Uh-huh. Yup. I cropped the larger aerial photo
24 to focus on the cattle and that's when I was able to see
25 those conditions which were very concerning.

**550**

1 Q. And you weren't able to see this from the air?
2 A. You could see it from the air, but when you're
3 traveling in aircraft, some of these details are easy
4 to miss. But yes, you could definitely see them from
5 the air, but it was kind of hard to tell what type of
6 animal it was and whether the animals were moving or
7 alive or not alive or what they were doing there.
8 MS. BLOME: Your Honor, I offer for
9 admission into evidence Exhibit 59, page 3.
10 (Plaintiffs' Exhibit 59, page 3, was
11 offered in evidence.)
12 THE COURT: Any objection?
13 MR. THORSON: Relevance, Your Honor.
14 THE COURT: Overruled. Exhibit 59, page 3,
15 is received.
16 (Plaintiffs' Exhibit 59, page 3, was
17 received in evidence.)
18 Q. All right, Lisa. I'm going to show you another
19 photograph. Lisa, do you recognize that photograph?
20 A. I do.
21 Q. And how do you recognize it?
22 A. I took the photo.
23 Q. Is this during your same flyover in April?
24 A. Yes, ma'am.
25 Q. Why did you decide to take a photograph of this

**551**

1 area of the zoo?
2 A. Well, I photographed all angles that I could and
3 this particular photograph was of interest because of
4 the zoo's proximity to the commercial dairy operation.
5 Q. And how close was that -- how close was the
6 commercial dairy operation to the zoo?
7 A. Fifty yards maybe. It's right across the public
8 walkway. Well, I guess it's not public, but it's across
9 the -- it's a walking distance. Very short walk.
10 MS. BLOME: Your Honor, I offer for
11 admission Exhibit 59, page 3 (sic).
12 (Plaintiffs' Exhibit 59, page 4, was
13 offered in evidence.)
14 THE COURT: Any objection?
15 MS. BLOME: Oh --
16 MR. THORSON: Relevance, Your Honor.
17 MS. BLOME: -- page 4; I'm sorry. Page 4.
18 THE COURT: Overruled. Exhibit 59, page 4,
19 is received.
20 (Plaintiffs' Exhibit 59, page 4, was
21 received in evidence.)
22 Q. Lisa, after your flyover, you said you wrote to
23 the Iowa Department of Agriculture and Land Stewardship
24 and met with Dr. Schmitt. Did you do anything else?
25 A. I eventually filed a complaint with the USDA, as

## 552

1  well as the Iowa Department of Agriculture.

2  Q.    Did you file -- when did you file that complaint?

3  A.    Well, I filed my first complaint shortly after

4  the flyover and that complaint was focused on the

5  Scottish Highlander cattle.

6  Q.    What is -- what is your understanding of the USDA

7  response to your complaint?

8  A.    On the first USDA complaint that I filed, they

9  were receptive of my concern and I remember that they

10  closed the letter thank you for your interest in caring

11  for those animals or your interest in the welfare of the

12  animals.

13  Q.    And what about IDALS? Did IDALS do anything as a

14  result of your complaint?

15  A.    Well, the -- the -- yeah. They did a couple of

16  focused inspections on the Scottish Highlander cattle

17  and they also saw us in -- on the 30th of April, so some

18  of this information I took down to that meeting with

19  them.

20  Q.    Lisa, I would like to turn your attention to

21  Exhibit 60 in your binder there. Do you recognize

22  what's hopefully been marked as Exhibit 60, page 1?

23  A.    I do. It's -- in my book it's the complaint

24  investigation report form for IDALS.

25  Q.    Okay. And is -- what is Exhibit 50 -- or 60,

## 553

1  page 2, look like for you?

2  A.    That would be my description of the complaint.

3  Q.    Okay. And what does Exhibit 60, page 3, look

4  like for you?

5  A.    That would be the focused photograph of the

6  Scottish Highlander cattle.

7  MS. BLOME:    Is everybody -- just as a

8  clarification, does everyone's exhibit book look the

9  same?

10  MR. THORSON:    No.

11  MS. BLOME:    Your Honor?

12  THE COURT:    That's what I have.

13  MS. BLOME:    Larry, we can talk afterwards,

14  but I had sent a -- I copied you on the email to the

15  Court about this 59 and 60 discrepancy. Would it be

16  okay if we worked it out?

17  MR. THORSON:    Do you have an extra copy now?

18  MS. BLOME:    I don't believe we do. We can

19  use the ELMO. Eli has an extra copy?

20  MS. HOLMES:    You'll have to check to see if

21  this is the correct one.

22  MS. BLOME:    Okay. One moment, Your Honor.

23  It is not.

24  THE COURT:    Here's what I suggest. It's

25  10 minutes after four. I've got a criminal hearing at

## 554

1  4:30, so we've only got 20 minutes left today. It's

2  apparent we're not going to finish with this witness

3  today, so she's going to have to come back tomorrow in

4  any event. Why don't we adjourn at this time and before

5  counsel leaves, go through all of the exhibits and make

6  sure that Mr. Thorson has copies of all those exhibits

7  and that they're in the right order and that they're

8  numbered the same and -- so that when we start again

9  tomorrow morning, we are ready to roll. So we'll start

10  in again tomorrow morning at nine o'clock.

11  MS. BLOME:    Thank you, Your Honor.

12  THE COURT:    And I guess maybe before you go,

13  as I understand it, this is the plaintiffs' last witness

14  other than Mr. Allen.

15  MS. BLOME:    Yes.

16  THE COURT:    And the only witnesses

17  defendants have left are the two witnesses -- or two

18  defendants -- two individual defendants.

19  MR. THORSON:    Correct, Your Honor.

20  THE COURT:    So are we going to finish this

21  tomorrow?

22  MS. BLOME:    I think it's possible,

23  Your Honor.

24  THE COURT:    Is there some agreement that

25  Allen is going to be taken out of order or are -- are

## 555

1  you going to rest then with this witness and then

2  potentially call Allen on rebuttal?

3  MS. BLOME:    We actually intend to offer

4  Mr. Allen in our case in chief as an offer of proof and

5  -- with the rebuttal testimony and his case in chief

6  testimony he might offer in the -- in the mix.

7  THE COURT:    Well, I don't think that's very

8  efficient and not anything I'm going to allow. As I've

9  indicated before, Mr. Allen is a rebuttal witness. I

10  don't think there's any question about that. That's the

11  way he was identified and that's the way he's going to

12  come in.

13  What I suggest is that the defendants put on

14  their case and then you can call him and testify, offer

15  whatever you think you can get in and then if there are

16  objections and the objection is that it's not true

17  rebuttal evidence, then you can make the record at the

18  end as to those things which you believe he should have

19  been permitted to testify to but wasn't because I

20  limited his testimony to rebuttal evidence.

21  But if you offer him right up front, well,

22  we don't know -- a lot of that may come in anyway. All

23  of it may come in for all I know, depending on what the

24  defendants have to say and depending on what he has to

25  testify about.

to purchase a complete copy of the transcript.

556

1        So I'm not going to permit you to make your
2    offer of proof upfront.  I will allow you to make your
3    offer of proof before the record closes regarding any
4    testimony you think is relevant.
5        MS. BLOME:  Thank you, Your Honor.  Then
6    we'll wait to call David until after the defendants have
7    concluded.
8        THE COURT:  Okay.  So timingwise, I'm
9    assuming we can conclude this witness sometime tomorrow
10    morning.  Hopefully we're substantially through
11    Ms. Sellner's testimony or at least we've got an hour's
12    worth in.  I'm assuming you're not going to go back and
13    sort of start from scratch on that.
14        MR. THORSON:  No.
15        THE COURT:  I've taken notes and I'll get a
16    transcript so it's not necessary to repeat the
17    testimony.  And then we'll have Mr. Sellner, so we may
18    well get to Mr. Allen tomorrow afternoon, so I think you
19    need to have him here and ready to go.
20        MS. BLOME:  Yes; he will be.
21        THE COURT:  Okay.  All right.  I'll see you
22    all tomorrow morning at nine a.m.
23        It sounds like I have probably the same copy
24    you guys have.  Do you -- do you need this or want this
25    just to confirm that we're all on the same page?

557

1        MS. BLOME:  Sure.
2        THE COURT:  All right.  And then Mr. Coberly
3    -- or actually when you're -- I need Mr. Coberly down at
4    the other end, but when you're done going through it,
5    just stick it right back on the bench and it will be
6    there for me in the morning.
7        MS. BLOME:  Thank you.
8        (Recess at 4:14 p.m., until 9 a.m.,
9        Thursday, October 8, 2015.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

558

1
2
3
4
        C E R T I F I C A T E
5
6    I, Kay C. Carr, a Certified Shorthand Reporter of
the State of Iowa, do hereby certify that I acted as the
7    official court reporter at the proceedings in the
above-entitled matter at the time and place indicated.
8
    That I reported in shorthand all of the proceedings
9    had at the said time and place and that said shorthand
notes were reduced to print by means of a computer-aided
10    transcription device under my direction and supervision,
and that the foregoing typewritten pages are a full and
11    complete transcript of the shorthand notes so taken.

12    I further certify that I am not related to or
employed by any of the parties to this proceeding, and
13    further that I am not a relative or employee of any
attorney of counsel employed by the parties hereto or
14    financially interested in the action.

15    IN WITNESS WHEREOF, I have set my hand this 18th
day of October, 2015.
16

17

18        __/s/  Kay C. Carr_____
Kay C. Carr
19    Certified Shorthand Reporter
Registered Professional Reporter
20    Cedar Rapids, Iowa
(319) 362-1543
21
22
23
24
25

to purchase a complete copy of the transcript.

## $

**$20** [1] - 496:2
**$500** [2] - 394:20, 394:23

## '

**'12** [3] - 503:24, 504:1, 525:4
**'13** [1] - 504:1, 525:6
**'71** [2] - 409:6, 409:10
**'75** [1] - 409:11
**'83** [1] - 410:11
**'87** [1] - 410:11

## 0

**0002** [1] - 542:24

## 1

**1** [4] - 373:21, 375:10, 376:5, 552:22
**10** [3] - 377:21, 483:7, 553:16
**100** [1] - 548:5
**101** [1] - 350:5
**10:22** [1] - 408:5
**10:23** [1] - 408:8
**10:45** [1] - 408:7
**10:46** [1] - 408:8
**11** [4] - 373:21, 375:10, 377:23, 486:4
**11:53** [1] - 452:12
**12** [16] - 359:16, 373:24, 374:16, 375:9, 377:25, 380:6, 380:9, 411:14, 411:17, 412:4, 493:1, 508:14, 508:15, 508:16, 510:6, 521:10
**12:30** [2] - 465:25, 526:7
**13** [9] - 488:10, 492:23, 493:2, 493:3, 493:4, 503:10, 503:20, 504:5, 524:23
**13th** [7] - 463:23, 486:14, 525:4, 525:5, 525:7, 526:1, 526:25
**14** [6] - 360:18, 487:20, 488:8, 488:11, 529:11
**15** [13] - 362:25, 452:11, 460:20, 461:16, 469:14, 479:15, 489:13, 496:25, 510:17, 523:14, 543:4, 544:3, 544:10
**1500** [1] - 350:5
**16** [3] - 355:21, 362:25, 460:20
**17** [2] - 495:18, 495:21
**170** [1] - 350:8
**18** [1] - 479:15

**19** [1] - 445:3
**1975** [1] - 410:3
**1978** [1] - 523:10
**1979** [1] - 356:22
**1984** [1] - 354:7
**1:13** [1] - 452:12
**1:15** [1] - 452:11
**1st** [2] - 541:25, 546:16

## 2

**2** [16] - 351:17, 376:14, 434:25, 472:6, 542:17, 542:22, 543:7, 543:24, 544:4, 545:18, 545:22, 547:13, 547:17, 547:18, 547:19, 553:1
**2,200** [1] - 410:4
**2,400** [1] - 396:19
**20** [9] - 371:10, 447:5, 461:17, 469:14, 496:25, 505:19, 512:21, 523:14, 554:1
**2000** [3] - 376:8, 376:22, 397:19
**2003** [3] - 363:2, 389:3
**2004** [5] - 363:2, 389:3, 389:6, 389:7, 396:6
**2005** [29] - 359:13, 376:9, 376:16, 376:19, 376:24, 377:2, 377:4, 377:8, 377:11, 377:14, 377:16, 377:18, 377:20, 377:22, 377:24, 378:2, 382:3, 382:5, 382:15, 389:2, 389:3, 389:4, 389:10, 389:11, 389:14, 389:20, 398:13, 435:1, 522:10
**2006** [7] - 376:19, 376:23, 376:24, 396:14, 397:6, 397:9, 397:19
**2009** [1] - 439:5
**2010** [7] - 400:18, 435:5, 435:6, 435:9, 439:5, 524:10
**2011** [3] - 399:8, 538:24, 538:25
**2012** [12] - 463:23, 486:15, 502:1, 503:20, 522:11, 524:23, 525:8, 526:2, 540:9, 540:10, 541:25, 546:16
**2013** [6] - 447:3, 447:5, 503:10, 503:24, 504:5, 526:25
**2014** [5] - 357:15, 381:25, 396:2, 398:17, 440:15
**2015** [8] - 357:16, 400:19, 403:13, 435:1, 437:3, 445:3, 505:17, 557:9
**2017** [1] - 353:1
**21** [1] - 378:2
**226** [1] - 454:12
**23** [2] - 408:6, 503:24

## 3

**3** [13] - 351:18, 376:17, 377:7, 400:6, 474:4, 545:18, 548:25, 550:9, 550:10, 550:14, 550:16, 551:11, 553:3
**300** [2] - 471:5, 548:7
**30th** [1] - 552:17
**31** [2] - 435:1, 505:16
**352** [1] - 351:9
**36** [1] - 368:2
**37** [1] - 368:16
**374/378** [1] - 351:24
**378** [1] - 351:24
**388** [1] - 351:9
**3:05** [1] - 512:21
**3:13** [1] - 512:22

## 4

**4** [12] - 351:20, 376:21, 376:25, 377:6, 377:8, 378:19, 469:20, 551:12, 551:17, 551:18, 551:20
**4-C-0084** [1] - 400:13
**40** [1] - 499:3
**400** [1] - 354:11
**404** [1] - 351:9
**4056** [1] - 350:15
**408** [1] - 351:10
**41** [2] - 443:23
**434** [1] - 351:10
**44** [2] - 432:8, 447:4
**450** [1] - 442:10
**451** [1] - 351:10
**453** [1] - 351:4
**4:14** [1] - 557:8
**4:30** [1] - 554:1

## 5

**5** [4] - 377:9, 377:10, 465:7, 470:6
**5,000** [1] - 414:8
**50** [3] - 388:14, 505:23, 552:25
**500** [4] - 410:7, 413:25, 442:16, 442:18
**523** [1] - 351:4
**52302** [1] - 454:13
**52402-5062** [1] - 350:15

**230th** [1] - 353:1
**23rd** [1] - 502:9
**24** [1] - 400:19
**25** [1] - 469:14
**250** [1] - 442:8
**29** [1] - 400:18
**293** [1] - 350:12
**2:44** [1] - 512:22

**52402-5500** [1] - 350:6
**530** [1] - 351:5
**54** [1] - 458:10
**547** [2] - 351:17
**550** [1] - 351:18
**551** [2] - 351:20
**58** [2] - 368:9, 368:13
**59** [26] - 351:17, 351:18, 351:20, 368:13, 542:7, 542:17, 543:3, 543:7, 544:14, 544:19, 545:18, 547:12, 547:13, 547:18, 547:19, 548:25, 550:9, 550:10, 550:14, 550:16, 551:11, 551:12, 551:18, 551:20, 553:15

## 6

**6** [1] - 377:13
**60** [6] - 361:22, 552:21, 552:22, 552:25, 553:3, 553:15
**600** [3] - 442:13, 442:19, 444:20
**61** [1] - 386:23
**63** [6] - 469:19, 469:20, 507:18, 507:19, 528:2, 529:11
**64** [1] - 370:16
**65** [1] - 526:2

## 7

**7** [4] - 377:15, 507:15, 508:3, 525:12
**75** [3] - 371:7, 371:9, 386:17
**77** [1] - 523:22

## 8

**8** [4] - 377:17, 379:18, 507:15, 557:9
**8/31/2015** [1] - 389:21

## 9

**9** [5] - 377:19, 543:18, 543:24, 544:5, 557:8
**90** [1] - 526:9
**94931** [1] - 350:9
**97440** [1] - 350:12

## A

**a.m** [5] - 408:8, 452:12, 556:22, 557:8
**AAFS** [1] - 357:9
**AALAS** [1] - 356:17
**aback** [1] - 461:15

CRR/RB 319-624-8444 ezliz@hotmail.com
to purchase a complete copy of the transcript.

**ability** [1] - 450:17
**able** [21] - 366:19, 370:22, 388:2, 412:13, 416:19, 418:20, 420:25, 421:3, 429:4, 435:9, 437:8, 437:10, 437:15, 455:20, 491:8, 497:2, 502:6, 516:22, 539:25, 549:24, 550:1
**abnormality** [2] - 380:24, 381:1
**abrasions** [1] - 418:16
**abreast** [1] - 393:11
**abscessed** [1] - 428:7
**absolutely** [18] - 370:10, 393:17, 429:21, 430:23, 453:20, 461:4, 462:16, 467:7, 471:1, 495:13, 501:1, 501:7, 507:23, 511:23, 513:24, 517:21, 519:15, 529:5
**absorption** [1] - 384:3
**Academy** [1] - 357:11
**ACAN** [1] - 355:24
**acceptable** [1] - 433:22
**accepted** [5] - 391:5, 391:9, 391:25, 392:4, 443:3
**accident** [4] - 389:5, 389:6, 396:4, 396:6
**acclimated** [1] - 419:1
**accommodate** [1] - 448:24
**accounting** [1] - 444:7
**accounts** [1] - 516:9
**accumulated** [1] - 515:6
**accumulation** [4] - 480:14, 484:9, 505:22, 507:10
**accurate** [2] - 435:7, 473:8
**Ackley** [1] - 350:14
**acre** [1] - 410:4
**Act** [6] - 534:15, 534:18, 535:7, 535:19, 536:11, 537:5
**act** [4] - 422:17, 534:21, 534:22, 534:24
**acted** [1] - 497:10
**acting** [3] - 437:17, 437:18, 437:19
**action** [2] - 375:6, 517:13
**actions** [3] - 501:21, 511:25, 513:14
**active** [4] - 456:18, 465:22, 470:22, 533:4
**actively** [1] - 457:17
**activities** [3] - 455:1, 455:2, 455:7
**actual** [6] - 360:2, 378:8, 402:15, 411:20, 460:8, 528:9
**acute** [2] - 435:18, 435:19
**adapted** [1] - 365:22
**add** [3] - 382:18, 515:1, 527:4

**added** [1] - 397:14
**addition** [2] - 366:13, 382:20
**additional** [7] - 355:18, 375:20, 375:25, 376:1, 404:24, 451:10, 547:25
**address** [2] - 352:24, 454:11
**addressed** [1] - 401:12
**adequate** [9] - 367:14, 394:12, 400:21, 402:1, 405:24, 435:10, 491:22, 491:23
**adjacent** [3] - 475:14, 483:1, 496:23
**adjourn** [1] - 554:4
**adjourned** [1] - 512:20
**administer** [1] - 436:2
**admission** [2] - 550:9, 551:11
**admitted** [1] - 393:22
**adult** [1] - 477:3
**adults** [1] - 442:12
**advance** [1] - 497:24
**advanced** [8] - 354:10, 354:19, 355:13, 356:8, 356:13, 385:22, 393:14, 393:15
**adverse** [2] - 480:10, 491:12
**adversely** [1] - 509:5
**advice** [3] - 361:10, 371:11, 400:1
**advised** [2] - 446:7, 446:9
**advising** [2] - 390:24, 391:18
**Advisory** [1] - 390:3
**advocacy** [8] - 456:10, 456:17, 462:11, 462:15, 532:8, 532:11, 534:14, 541:10
**advocate** [2] - 455:5, 516:13
**advocating** [2] - 403:18, 456:21
**aerial** [3] - 545:23, 546:15, 549:23
**AFCO** [2] - 393:12, 393:16
**affect** [1] - 450:17
**affected** [1] - 509:5
**affecting** [1] - 433:2
**affects** [2] - 506:11, 516:21
**Africa** [1] - 461:8
**AFTERNOON** [1] - 453:1
**afternoon** [6] - 453:17, 465:25, 512:18, 526:7, 530:24, 556:18
**afterwards** [2] - 499:4, 553:13
**age** [1] - 439:25
**agencies** [2] - 512:5, 516:17, 517:19
**agency** [1] - 516:12

**agenda** [1] - 516:5
**aggressive** [3] - 497:6, 497:10
**aggressively** [1] - 497:8
**ago** [9] - 363:1, 399:9, 403:8, 415:22, 417:17, 459:6, 460:7, 466:17, 533:13
**agree** [9] - 394:19, 401:5, 401:12, 423:24, 425:10, 450:15, 455:18, 489:8, 517:20
**agreed** [2] - 352:2, 439:14
**agreement** [4] - 441:5, 441:7, 441:18, 554:24
**AgriBlenders** [1] - 359:23
**Agriculture** [5] - 354:5, 391:13, 539:24, 551:23, 552:1
**agronomy** [2] - 409:21, 409:24
**ahead** [4] - 375:9, 465:5, 474:4, 541:8
**ailments** [1] - 458:15
**air** [5] - 547:1, 548:11, 550:1, 550:2, 550:5
**aircraft** [1] - 550:3
**airline** [2] - 531:22, 531:24
**alarm** [4] - 367:17, 369:14, 369:16, 388:10, 406:4, 459:18
**alarming** [1] - 549:12
**albino** [2] - 469:6, 471:13
**ALDF** [2] - 457:10, 512:11
**alive** [3] - 518:10, 550:7
**Allen** [6] - 554:14, 554:25, 555:2, 555:4, 555:9, 556:18
**alligator** [1] - 467:16
**allometric** [2] - 383:5, 383:8, 383:9
**allow** [7] - 361:19, 401:16, 494:8, 519:4, 541:4, 555:8, 556:2
**allowable** [1] - 370:4
**allowed** [7] - 370:2, 370:3, 404:2, 404:23, 405:17, 478:20, 493:15
**allowing** [1] - 518:22
**almost** [4] - 425:23, 443:16, 460:12, 509:2
**alone** [6] - 461:16, 482:19, 491:4, 491:20, 491:24, 492:8
**Amazon** [1] - 362:11
**ambassador** [10] - 497:22, 498:5, 498:13, 504:25, 505:2, 513:9, 513:15, 513:17, 513:23, 526:22
**amended** [2] - 397:9, 397:13
**amenities** [1] - 548:19
**America** [1] - 361:5
**American** [4] - 355:25, 356:19, 357:11, 357:13

**Ames** [2] - 359:7, 439:14
**amount** [5] - 364:4, 383:22, 393:23, 430:22, 485:19
**amounts** [1] - 362:21
**Amoxicillin** [2] - 435:21, 436:14
**analytical** [1] - 355:2
**analyze** [1] - 355:3
**anatomy** [2] - 354:20, 410:17, 531:9
**ANDERSON** [1] - 350:5
**anesthesia** [4] - 413:2, 429:5, 452:4
**anesthetists** [2] - 413:8, 431:2
**anesthetize** [1] - 412:24
**anesthetized** [2] - 428:21, 444:15
**angel** [1] - 406:13
**angered** [4] - 475:5, 495:5, 495:13, 499:18
**angers** [1] - 475:17
**angles** [1] - 551:2
**angry** [10] - 468:15, 485:8, 489:4, 491:21, 494:12, 506:1, 511:17, 514:7, 519:10
**Angus** [1] - 410:7
**Animal** [12] - 350:8, 355:25, 356:20, 434:25, 533:8, 533:11, 534:15, 534:18, 535:7, 535:19, 536:10, 537:4
**animal** [148] - 353:18, 353:19, 353:20, 353:24, 354:9, 354:13, 354:21, 355:23, 355:25, 356:6, 356:7, 356:9, 356:16, 356:21, 357:8, 357:23, 358:2, 358:20, 361:3, 361:17, 361:18, 362:15, 367:3, 367:4, 367:5, 367:11, 367:15, 367:23, 378:7, 379:7, 379:9, 380:19, 380:20, 382:18, 382:21, 383:1, 384:14, 384:17, 389:17, 390:6, 390:10, 390:25, 391:1, 391:5, 391:9, 391:15, 391:19, 391:20, 391:25, 392:4, 401:6, 401:9, 401:23, 402:10, 402:16, 402:25, 403:11, 403:15, 403:19, 403:23, 404:1, 406:9, 406:10, 406:11, 412:14, 413:21, 419:16, 420:4, 423:4, 424:15, 428:21, 429:5, 429:20, 433:12, 435:17, 435:19, 436:3, 436:10, 438:21, 439:3, 443:3, 443:11, 443:18, 445:21, 447:24, 448:24, 449:7, 455:5,

Page 3 to 3 of 29

3

456:10, 456:17, 456:22,
457:12, 457:23, 458:5,
461:22, 469:8, 472:4,
472:25, 473:1, 473:2,
475:8, 476:23, 477:13,
479:2, 480:10, 481:10,
481:14, 481:16, 481:23,
483:5, 484:23, 490:24,
491:3, 491:4, 491:23,
492:2, 492:8, 492:14,
493:7, 495:16, 495:17,
497:13, 497:16, 498:17,
505:2, 505:3, 506:4, 510:4,
513:7, 513:14, 520:20,
521:8, 524:4, 531:6, 532:8,
532:11, 532:22, 533:2,
537:25, 538:2, 550:6

**animal's** [5] - 359:4,
438:9, 438:18, 444:1,
447:25

**animals** [212] - 353:23,
354:1, 354:14, 355:1,
356:23, 357:18, 357:20,
358:10, 358:25, 359:13,
359:21, 360:12, 361:6,
361:8, 362:3, 362:7,
363:15, 364:6, 364:20,
364:22, 365:1, 365:13,
365:19, 367:2, 367:8,
368:19, 369:1, 369:24,
372:1, 374:3, 381:17,
382:14, 382:24, 383:5,
383:21, 383:24, 384:21,
384:23, 385:6, 385:7,
385:9, 385:10, 385:12,
388:21, 392:9, 393:2,
393:19, 393:20, 393:23,
394:10, 394:14, 394:22,
394:23, 401:11, 402:4,
402:11, 402:15, 403:25,
404:3, 406:4, 406:18,
407:5, 410:17, 412:18,
412:24, 414:5, 414:23,
414:25, 419:14, 422:8,
422:15, 422:16, 423:7,
427:5, 427:23, 429:22,
429:23, 430:18, 433:2,
433:16, 433:19, 433:21,
434:13, 435:8, 435:14,
437:25, 438:16, 438:25,
439:19, 440:3, 440:8,
440:16, 441:2, 442:24,
443:10, 448:17, 448:18,
449:4, 455:18, 455:22,
456:4, 456:9, 456:21,
457:2, 457:18, 458:9,
458:11, 459:3, 460:4,
460:13, 460:15, 460:23,
461:2, 461:17, 461:25,
465:2, 465:20, 466:6,
466:25, 467:2, 467:17,
468:8, 468:10, 468:16,
468:22, 470:13, 470:24,
471:2, 471:5, 472:24,
478:16, 478:19, 478:25,

481:18, 482:25, 487:17,
489:6, 492:10, 494:20,
495:2, 495:8, 498:6,
498:15, 498:16, 498:22,
498:24, 499:8, 499:19,
499:20, 500:19, 501:10,
501:11, 502:5, 502:7,
502:16, 503:1, 506:12,
507:3, 511:18, 512:1,
512:3, 512:12, 514:8,
514:9, 515:4, 516:5,
516:13, 516:22, 516:23,
517:20, 517:25, 518:3,
518:5, 518:7, 518:17,
518:18, 518:19, 519:6,
519:13, 520:18, 520:25,
521:25, 522:2, 522:8,
522:9, 522:11, 522:14,
522:17, 523:18, 527:3,
532:14, 532:23, 532:24,
532:25, 533:1, 533:14,
534:21, 534:22, 534:24,
535:5, 539:15, 548:5,
548:7, 548:21, 550:6,
552:11, 552:12

**Animals** [2] - 456:24,
533:5

**animals'** [3] - 382:20,
448:5, 482:4

**announced** [1] - 423:9
**annual** [2] - 419:5, 419:6
**answer** [10] - 370:14,
371:13, 399:18, 404:20,
407:13, 407:15, 407:23,
415:18, 456:1, 537:3
**answered** [1] - 537:2
**anti** [1] - 445:23
**anti-inflammatory** [1] -
445:23
**antibiotic** [4] - 418:22,
428:9, 428:11, 436:21
**antibiotics** [3] - 418:19,
428:20, 436:3
**anticipating** [1] - 358:1
**anticipation** [1] - 504:11
**anyplace** [1] - 361:1
**anyway** [6] - 427:9,
427:22, 430:6, 470:9,
471:14, 555:22
**apart** [1] - 521:25
**APHIS** [5] - 415:20,
446:13, 446:14, 446:16,
449:15
**apologize** [2] - 405:5,
472:12
**apparent** [1] - 554:2
**appeal** [2] - 450:20, 545:7
**appealing** [1] - 451:1
**appear** [3] - 370:7, 371:23,
522:5
**APPEARANCES** [1] -
350:2
**appeared** [7] - 469:1,
469:3, 473:9, 473:20,

474:18, 477:12, 498:2
**appellate** [1] - 545:7
**Apperon** [1] - 399:16
**appetite** [1] - 500:10
**applied** [1] - 410:8
**appreciative** [1] - 541:11
**approach** [1] - 525:20
**approached** [1] - 465:25
**approaches** [1] - 519:25
**appropriate** [4] - 402:18,
439:15, 484:17, 512:1
**approximate** [1] - 376:15
**April** [1] - 540:8, 541:25,
546:16, 550:23, 552:17
**Aquariums** [3] - 390:3,
390:21, 401:8
**aquariums** [2] - 401:11,
402:7
**area** [15] - 365:25, 372:1,
429:23, 464:23, 465:19,
466:7, 467:12, 467:19,
468:21, 482:24, 490:8,
496:4, 508:5, 538:14, 551:1
**areas** [3] - 427:10, 490:1,
490:7
**armpits** [1] - 447:14
**arrangements** [1] - 375:12
**arrested** [1] - 547:7
**arrived** [1] - 464:3
**arriving** [1] - 464:17
**article** [2] - 512:7, 516:2
**Arts** [1] - 531:3
**asleep** [1] - 474:14
**ASPCA** [1] - 456:23
**aspect** [4] - 357:23,
392:25, 393:1, 401:25
**aspects** [5] - 353:19,
354:12, 354:21, 367:2,
532:7
**asserted** [1] - 540:24
**assimilated** [1] - 505:12
**assist** [1] - 447:1
**assistance** [1] - 359:10
**assistant** [2] - 358:22,
360:23
**associated** [2] - 379:2,
445:15
**Association** [5] - 356:19,
390:3, 390:21, 401:8,
524:19
**association** [1] - 357:14
**assume** [3] - 432:17,
435:11, 482:12
**assumed** [2] - 439:12,
462:11
**assuming** [7] - 407:18,
484:13, 540:25, 544:9,
544:23, 556:9, 556:12
**assumption** [3] - 419:3,
528:15, 528:17
**Attachment** [2] - 400:6,
434:25
**attendants** [1] - 529:25
**attended** [2] - 390:19,

541:18
**attending** [7] - 415:16,
438:12, 438:24, 439:4,
440:2, 440:19, 450:18
**attention** [6] - 474:13,
512:6, 517:11, 517:13,
541:11, 552:20
**attorney** [3] - 405:8,
439:15, 442:21
**attraction** [1] - 485:10
**audacity** [1] - 512:12
**August** [5] - 419:7, 422:4,
435:1, 441:9, 538:24
**authorities** [1] - 392:2
**authority** [5] - 391:4,
391:8, 391:24, 392:3, 393:1
**automatic** [1] - 386:3
**availability** [1] - 389:8
**available** [7] - 361:11,
384:3, 394:20, 394:21,
413:17, 446:5, 492:1
**Avenue** [1] - 350:8
**avenues** [1] - 470:23
**average** [1] - 394:19
**aviation** [1] - 531:21
**avid** [1] - 455:4
**aware** [9] - 389:22,
400:22, 400:24, 428:24,
429:9, 443:2, 446:7,
447:22, 524:1
**awkward** [2] - 513:12,
513:13
**AZA** [4] - 390:6, 391:1,
391:4, 391:8

# B

**baboon** [1] - 497:20
**baboons** [8] - 477:3,
477:6, 478:2, 479:6,
498:18, 504:23, 505:11
**baby** [3] - 363:7, 364:1,
364:3
**Bachelor** [1] - 531:3
**bachelor's** [2] - 409:17,
409:20
**background** [8] - 353:7,
353:16, 356:8, 409:2,
457:12, 523:5, 531:2,
532:19
**backs** [1] - 406:1
**backyard** [1] - 467:14
**bad** [6] - 423:2, 500:3,
502:1, 504:22, 516:6,
519:10
**badly** [1] - 423:5
**bait** [1] - 416:19
**baits** [1] - 416:17
**balance** [2] - 361:17,
431:21
**balancing** [1] - 354:23
**bald** [1] - 411:1
**ball** [3] - 484:5, 484:7,

Case 6:14-cv-02034-JSS   Document 73   Filed 10/30/15   Page 58 of 84

DOCKETCRB319@docketcrb.com
to purchase a complete copy of the transcript.

484:22
**Banamine** [2] - 445:20, 446:4
**bar** [2] - 356:15
**Barbara** [1] - 421:10
**barbering** [1] - 447:9
**barely** [2] - 485:15, 495:12
**bark** [1] - 425:17
**barn** [3] - 416:24, 417:1, 464:11
**base** [4] - 360:4, 367:7, 463:2
**based** [10] - 361:12, 383:5, 383:13, 399:1, 420:19, 448:22, 520:11, 533:5, 535:2, 541:15
**baseline** [2] - 402:14, 402:21
**Basics** [2] - 359:15
**basin** [1] - 362:11
**basis** [5] - 390:16, 398:21, 485:6, 495:6, 517:24
**basketball** [1] - 532:6
**battle** [1] - 464:9
**bear** [21] - 415:2, 443:15, 479:4, 479:11, 479:16, 479:18, 479:24, 481:4, 481:6, 510:11, 510:14, 510:17, 510:21, 510:24, 511:9, 521:1, 521:3, 521:5
**bear's** [1] - 511:7
**bears** [6] - 394:2, 431:4, 460:24, 478:21, 509:17, 510:18
**beautiful** [3] - 521:1, 522:14, 522:17
**beauty** [1] - 521:8
**became** [5] - 357:14, 365:2, 365:3, 514:15, 531:21
**become** [6] - 414:12, 462:17, 470:22, 475:1, 533:11, 534:14
**bedding** [1] - 380:15
**beef** [1] - 414:10
**begin** [1] - 511:16
**beginning** [3] - 364:17, 385:5, 385:23
**begins** [1] - 465:18
**behalf** [6] - 350:6, 350:9, 350:12, 350:15, 434:7, 511:20
**behaves** [1] - 367:11
**behavior** [6] - 367:8, 367:9, 367:14, 475:19, 494:8, 511:9
**behavioral** [1] - 367:10
**behaviors** [1] - 368:25
**behind** [3] - 465:17, 466:9, 488:19
**beliefs** [1] - 468:7
**Belle** [2] - 415:6, 415:8
**bellied** [1] - 533:21
**bellies** [1] - 533:22

**belly** [1] - 447:15
**belongs** [1] - 515:25
**below** [1] - 469:9
**bench** [1] - 557:5
**bend** [1] - 448:23
**beneath** [1] - 545:12
**beneficial** [1] - 363:12
**benefit** [6] - 378:4, 458:16, 514:17, 514:21, 515:10, 515:15
**bent** [1] - 449:1
**best** [16] - 354:2, 365:21, 366:16, 379:5, 393:19, 393:20, 394:9, 414:6, 420:22, 429:6, 440:23, 449:19, 451:19, 456:5, 497:12, 548:17
**better** [9] - 363:19, 385:8, 388:3, 418:24, 430:5, 433:13, 435:25, 489:24
**between** [9] - 419:9, 429:14, 494:5, 501:21, 539:17
**Bever** [3] - 459:5, 459:10, 459:21
**beyond** [6] - 366:12, 460:19, 478:1, 485:14, 486:7, 505:4
**biased** [2] - 358:5, 358:7
**big** [31] - 361:24, 362:1, 362:3, 363:13, 379:17, 382:13, 384:5, 384:22, 412:1, 417:17, 423:16, 424:3, 424:14, 426:6, 426:9, 426:21, 428:25, 431:6, 431:14, 432:5, 437:9, 440:17, 442:3, 446:1, 451:2, 451:18, 451:21, 461:9, 469:14, 532:16
**Big** [1] - 359:5
**bigger** [2] - 380:11, 426:16
**biggest** [1] - 416:12
**biking** [1] - 455:2
**binder** [9] - 389:15, 400:3, 434:19, 453:25, 454:2, 469:18, 525:21, 542:7, 552:21
**bioavailability** [4] - 383:20, 383:22, 383:25, 384:12
**biochemistry** [2] - 354:20, 354:22
**biological** [3] - 370:23, 401:10, 404:19
**biology** [1] - 531:8
**bird** [5] - 466:10, 466:11, 466:14, 467:8, 467:9
**birds** [2] - 466:11, 467:10
**Bishop** [3] - 365:7, 398:22, 399:2
**bit** [29] - 385:22, 388:15, 389:25, 418:24, 426:21,

429:12, 431:22, 431:24, 443:6, 448:24, 449:22, 452:2, 454:4, 454:6, 454:8, 455:20, 477:12, 477:15, 481:13, 486:9, 497:6, 497:7, 504:17, 521:10, 531:19, 532:1, 532:21, 533:23, 542:9
**bite** [1] - 417:13
**bites** [1] - 417:12
**biting** [2] - 417:2, 497:9
**bits** [1] - 478:10
**black** [7] - 385:25, 386:1, 415:2, 467:21, 479:4, 479:18, 510:21
**blade** [1] - 521:2
**blades** [2] - 384:20, 406:12
**Blank** [1] - 534:9
**bleached** [3] - 508:8, 508:10, 528:19
**blend** [1] - 359:24
**blending** [1] - 360:8
**blind** [2] - 413:19, 427:5
**block** [1] - 493:13
**BLOME** [69] - 350:8, 352:5, 365:23, 367:19, 368:7, 370:9, 370:16, 371:7, 372:19, 373:6, 373:14, 373:17, 374:10, 375:8, 375:18, 375:23, 376:22, 377:5, 378:14, 381:4, 384:24, 386:20, 387:13, 387:17, 387:19, 387:24, 388:2, 388:5, 404:4, 404:7, 405:12, 406:25, 407:15, 408:2, 530:8, 530:11, 530:22, 535:13, 535:23, 536:22, 537:14, 541:2, 541:7, 543:11, 543:25, 544:6, 544:22, 545:16, 545:22, 545:25, 546:8, 547:10, 550:8, 551:10, 551:15, 551:17, 553:7, 553:11, 553:13, 553:18, 553:22, 554:11, 554:15, 554:22, 555:3, 556:5, 556:20, 557:1, 557:7
**Blome** [6] - 373:10, 374:9, 378:13, 404:15, 407:18, 408:1
**blooded** [1] - 535:5
**blowup** [1] - 549:11
**Blue** [1] - 350:11
**blue** [5] - 400:7, 483:2, 483:14, 485:18, 528:12
**blurry** [1] - 542:15
**board** [2] - 356:4, 357:15
**boarding** [2] - 412:11, 412:12
**bobble** [1] - 509:2
**bobcat** [8] - 415:2, 480:2, 480:3, 480:15, 480:18,

481:11, 486:1, 509:17
**body** [11] - 364:23, 380:7, 380:16, 380:17, 383:14, 405:24, 406:18, 409:20, 422:17, 447:3, 475:22
**bone** [12] - 384:5, 384:8, 384:9, 384:10, 384:11, 384:15, 384:17, 384:19, 431:15, 431:17, 431:21, 431:23
**book** [5] - 432:5, 432:6, 525:13, 552:23, 553:8
**bookkeeper** [1] - 412:5
**books** [1] - 392:15
**Boone** [2] - 411:4, 411:6
**bored** [2] - 447:9, 511:15
**boredom** [1] - 511:13
**born** [4] - 454:19, 463:6, 532:14, 532:15
**botany** [1] - 531:8
**bother** [1] - 507:2
**bothered** [2] - 473:18, 473:20
**bothering** [2] - 471:24, 473:14
**bottle** [3] - 458:17, 465:23, 469:1
**bottom** [4] - 424:23, 432:14, 432:21, 481:8
**bow** [1] - 406:14
**bowed** [1] - 406:13
**bowl** [4] - 469:10, 469:11, 470:8, 470:9
**bowling** [3] - 484:5, 484:7, 484:22
**box** [2] - 480:7, 485:25
**Box** [1] - 350:12
**boys** [1] - 454:21
**branch** [1] - 437:22
**BRAUMANN** [1] - 453:9
**Braumann** [5] - 351:4, 453:5, 453:17, 454:12, 513:3
**Brazil** [6] - 359:15, 359:16, 359:17, 361:2, 361:3, 362:9
**break** [4] - 384:21, 431:24, 431:25, 512:18
**breathe** [1] - 500:21
**breathing** [2] - 428:14, 445:15
**breeders** [4] - 537:18, 538:8, 539:5, 540:4
**breeding** [2] - 420:21, 533:6
**brief** [1] - 449:11
**Brief** [2] - 400:5, 434:25
**briefly** [6] - 358:13, 439:2, 494:19, 506:6, 526:19, 527:5
**bring** [5] - 372:20, 372:25, 455:7, 455:10, 455:12
**bringing** [1] - 541:11
**brittle** [7] - 384:5, 384:8, 384:15, 384:16, 431:15,

www.CERTIRA.com
to purchase a complete copy of the transcript.

431:17, 431:23
  **broad** [2] - 401:18, 401:19
  **broken** [1] - 411:2
  **brought** [5] - 372:15, 373:22, 374:22, 441:1, 512:6
  **bucket** [2] - 385:25, 386:6
  **buckets** [2] - 385:23, 386:2
  **bucolic** [1] - 522:14
  **Buddy's** [1] - 358:23
  **budget** [1] - 444:18
  **building** [4] - 382:13, 382:14, 415:4, 496:4
  **buildup** [2] - 466:14, 467:3
  **bullshit** [1] - 450:13
  **bunch** [1] - 362:7
  **bunk** [1] - 549:13
  **burdensome** [1] - 544:15
  **bureaucratic** [1] - 450:13
  **business** [8] - 353:2, 353:4, 364:15, 364:19, 364:23, 365:2, 411:16, 451:18
  **busy** [3] - 423:11, 502:12, 502:14
  **buy** [3] - 433:17, 465:9, 478:18
  **buying** [2] - 364:18, 527:2
  **BY** [10] - 352:20, 388:5, 404:14, 408:21, 434:5, 451:9, 453:16, 513:2, 523:2, 530:22

**C**

  **cable** [2] - 460:6
  **cage** [34] - 382:7, 427:21, 428:13, 437:18, 438:18, 465:21, 465:25, 469:12, 470:5, 471:19, 473:13, 474:2, 474:15, 474:16, 475:1, 475:6, 475:9, 475:14, 475:24, 476:13, 477:21, 478:7, 478:12, 479:9, 479:24, 482:19, 493:13, 505:2, 508:4, 508:6, 508:10, 513:21, 529:7
  **caged** [1] - 358:2
  **cages** [11] - 386:4, 416:13, 427:17, 431:12, 466:10, 466:11, 466:14, 468:13, 474:1, 507:12, 515:7
  **caging** [2] - 509:9
  **calcium** [9] - 383:16, 383:20, 383:22, 383:25, 384:12, 384:16, 385:7, 387:6, 431:21
  **calendar** [1] - 526:1
  **calf** [3] - 361:4, 451:23, 451:25

  **California** [1] - 350:9
  **Callison** [1] - 462:19
  **calves** [2] - 414:11, 452:1
  **camel** [3] - 376:20, 377:3, 430:3
  **camels** [1] - 362:7
  **camera** [4] - 487:6, 528:8, 528:11, 546:22
  **cameras** [1] - 376:7
  **camping** [1] - 455:2
  **canine** [1] - 415:12
  **cannot** [3] - 367:7, 399:18, 407:21
  **Canon** [1] - 546:23
  **cans** [1] - 416:15
  **capable** [2] - 442:2, 442:3
  **capacity** [1] - 515:25
  **capital** [1] - 394:20
  **capped** [1] - 441:18
  **caption** [1] - 545:12
  **captive** [9] - 362:20, 363:15, 368:2, 390:7, 455:17, 455:21, 458:20, 462:5, 484:19
  **capture** [2] - 426:17, 485:13, 487:5
  **captured** [2] - 487:6, 487:11
  **capuchin** [1] - 446:20
  **car** [5] - 389:5, 389:6, 396:4, 396:6, 499:5
  **carcass** [1] - 528:16
  **care** [37] - 354:2, 359:21, 394:21, 420:8, 428:12, 430:4, 435:10, 437:10, 438:16, 439:5, 439:10, 441:20, 443:6, 446:19, 449:5, 456:5, 456:8, 457:17, 458:9, 458:11, 459:15, 459:22, 467:9, 468:9, 470:13, 470:16, 471:17, 472:20, 473:2, 515:3, 516:21, 532:17, 533:23, 533:25, 534:20, 536:15
  **cared** [2] - 401:11, 457:20, 502:17
  **career** [1] - 389:1
  **caretakers** [1] - 444:17
  **caring** [1] - 552:10
  **carnivores** [2] - 394:2, 430:20
  **carrier** [3] - 418:7, 477:22, 477:25
  **carry** [1] - 417:11
  **Carter** [3] - 464:1, 525:2, 525:5
  **carton** [1] - 522:13
  **case** [15] - 357:25, 361:9, 380:21, 400:9, 434:8, 436:21, 446:18, 454:14, 466:22, 491:13, 517:18, 517:21, 555:4, 555:5, 555:14

  **cases** [1] - 460:11
  **Casper** [2] - 417:18, 440:16
  **castration** [1] - 433:22
  **cat** [40] - 362:1, 362:10, 363:12, 379:17, 413:12, 413:25, 414:8, 417:17, 417:18, 417:20, 417:22, 418:2, 418:6, 418:8, 418:20, 418:23, 419:3, 427:3, 427:7, 427:9, 428:9, 428:11, 428:13, 428:16, 428:25, 435:24, 443:14, 444:15, 444:17, 445:12, 446:6, 446:12, 451:18, 451:21, 458:4, 458:8, 461:9, 471:22, 484:17, 484:20
  **catch** [2] - 411:10, 451:24
  **category** [2] - 397:16, 535:5
  **Catholic** [1] - 365:6
  **Cathy** [5] - 464:1, 499:4, 525:2, 525:5, 526:20
  **cats** [42] - 358:24, 361:24, 362:1, 362:3, 362:13, 363:9, 363:11, 363:14, 384:5, 384:23, 412:11, 413:17, 414:6, 418:6, 419:1, 424:4, 424:8, 424:12, 426:6, 426:7, 426:9, 426:16, 426:21, 430:1, 431:6, 431:10, 431:11, 431:14, 431:18, 440:17, 440:20, 440:22, 446:1, 446:8, 446:9, 448:21, 458:12, 458:14, 493:18, 508:24, 533:1
  **cattle** [17] - 410:5, 410:6, 412:10, 412:11, 414:10, 416:24, 420:7, 420:9, 448:3, 450:9, 549:9, 549:13, 549:24, 552:5, 552:16, 553:6
  **caused** [6] - 367:17, 369:13, 422:7, 428:7, 449:2, 459:18
  **causing** [2] - 536:18, 537:25
  **Cedar** [4] - 350:5, 350:15, 454:19, 523:7
  **cell** [1] - 412:15
  **cement** [1] - 459:23
  **center** [9] - 411:4, 411:5, 411:8, 469:10, 479:23, 480:7, 482:24, 486:1, 508:7
  **Center** [2] - 350:5, 415:1
  **certain** [8] - 385:24, 397:24, 423:15, 429:22, 433:15, 442:23, 446:19
  **certainly** [2] - 478:18, 534:16
  **certifications** [2] - 356:4, 356:23

  **certified** [2] - 356:16, 356:25
  **chain** [2] - 459:24, 497:19
  **chain-link** [1] - 459:24
  **challenged** [1] - 443:5
  **chance** [3] - 373:18, 534:11, 549:8
  **change** [7] - 402:8, 424:2, 446:3, 514:7, 515:17, 517:8, 518:12
  **changed** [10] - 389:4, 397:16, 402:19, 409:22, 507:12, 507:14, 514:24, 515:16, 515:20, 517:6
  **changes** [19] - 382:7, 383:1, 383:3, 385:13, 385:21, 386:5, 386:6, 395:14, 397:17, 439:9, 447:6, 447:20, 507:4, 516:17, 516:18, 516:23, 517:5, 518:15
  **changing** [1] - 397:23
  **Channel** [2] - 459:1, 459:2
  **channels** [2] - 460:4, 519:18
  **charge** [1] - 450:25
  **charged** [1] - 547:7
  **chart** [11] - 389:15, 389:16, 389:19, 400:5, 400:11, 434:20, 434:24, 439:1, 440:7, 440:14
  **check** [4] - 400:19, 413:2, 542:12, 553:20
  **checklists** [1] - 358:3, 358:6
  **checks** [2] - 357:16, 415:10
  **cheetahs** [1] - 461:9
  **chemically** [2] - 357:5
  **chemistry** [1] - 410:8
  **chewing** [5] - 447:2, 447:10, 510:24, 510:25, 511:7
  **chickens** [4] - 362:14, 468:23, 532:16
  **chief** [2] - 555:4, 555:5
  **children** [15] - 454:21, 454:25, 455:6, 455:8, 455:10, 455:12, 455:19, 455:22, 456:3, 456:8, 456:12, 456:14, 456:16, 498:23
  **choice** [1] - 514:9
  **Christmas** [1] - 502:1
  **Chuki** [5] - 475:9, 476:23, 477:20, 518:6, 518:17
  **circling** [1] - 498:1
  **circular** [1] - 479:8
  **circumstances** [1] - 535:2
  **citations** [1] - 400:22
  **cite** [1] - 536:14
  **cited** [1] - 400:20
  **citizen** [1] - 541:10
  **city** [2] - 534:12, 534:13

COMPUTERIZED TRANSCRIPTION, LTD.
www.computerizedtranscription.com
to purchase a complete copy of the transcript.

**city-run** [1] - 534:12
**claiming** [1] - 401:21
**clarification** [1] - 553:8
**clarify** [2] - 500:24, 544:17
**clarifying** [1] - 542:6
**classes** [6] - 355:10, 360:24, 410:22, 524:1, 524:3
**Clayton** [1] - 431:5
**clean** [3] - 412:6, 468:13, 468:14
**cleaned** [5] - 418:20, 419:20, 466:16, 466:20, 515:8
**cleanly** [1] - 430:1
**clear** [5] - 368:7, 406:3, 504:7, 514:16, 545:8
**clear-cut** [1] - 504:7
**cleared** [1] - 413:16
**clearly** [9] - 467:9, 469:15, 492:8, 493:17, 495:7, 495:14, 508:12, 521:1, 521:6
**CLERK** [1] - 387:22
**clients** [3] - 365:4, 365:12, 397:12
**climb** [2] - 437:21, 481:7
**climbing** [1] - 481:7
**Clinic** [1] - 411:25
**clinic** [13] - 412:1, 412:8, 412:18, 414:4, 414:17, 414:22, 415:9, 421:12, 421:16, 433:7, 443:25, 444:7
**clinics** [1] - 414:9
**close** [15] - 365:3, 378:22, 379:7, 379:18, 380:19, 423:12, 428:13, 428:18, 477:23, 520:25, 521:8, 521:11, 521:23, 551:5
**close-up** [3] - 378:22, 520:25, 521:11
**close-ups** [5] - 379:7, 379:18, 380:19, 521:8, 521:23
**closed** [2] - 517:12, 552:10
**closer** [4] - 387:15, 420:8, 421:1, 477:15
**closes** [1] - 556:3
**closest** [1] - 533:16
**cloudy** [1] - 548:12
**clumps** [1] - 542:8
**coast** [1] - 426:13
**coats** [1] - 419:18
**Coberly** [4] - 368:6, 404:12, 557:2, 557:3
**cocounsel** [3] - 371:7, 449:11, 530:11
**Code** [1] - 433:23
**code** [1] - 357:21
**cold** [1] - 418:25
**colder** [1] - 383:2
**colleagues** [3] - 538:11,

539:19, 541:17
**collection** [2] - 398:3, 544:14
**collections** [6] - 359:18, 362:11, 362:20, 362:22, 390:25, 391:19
**college** [9] - 353:16, 355:21, 355:25, 409:7, 409:9, 409:16, 441:15, 523:22, 531:15
**College** [3] - 353:17, 354:4, 355:25
**colleges** [1] - 361:3
**Collins** [1] - 412:22
**color** [4] - 379:4, 386:2, 467:23, 548:16
**Colorado** [3] - 431:3, 450:25, 467:24
**colored** [2] - 434:20, 471:14
**colors** [1] - 439:2
**colostrum** [3] - 363:12, 363:15, 363:18, 363:21, 363:22, 364:2, 364:6
**column** [3] - 400:16, 400:17, 400:19
**combination** [1] - 364:15
**comfortable** [1] - 380:15
**coming** [2] - 423:14, 478:11, 497:23, 541:9
**comment** [2] - 450:8, 520:23
**commenting** [1] - 527:9
**commercial** [8] - 531:22, 531:24, 533:6, 537:18, 538:7, 539:4, 551:4, 551:6
**commitment** [1] - 394:3
**common** [2] - 386:7, 506:3
**communicated** [1] - 396:6
**companies** [4] - 353:24, 358:17, 358:21, 382:17
**companion** [3] - 532:24, 533:1, 534:22
**Companion** [1] - 533:4
**companionship** [1] - 492:2
**company** [3] - 359:12, 360:16, 384:1
**Company** [1] - 360:16
**compare** [1] - 443:9
**comparing** [1] - 366:15
**comparison** [1] - 522:2
**Compassion** [1] - 456:24
**compassionate** [2] - 500:4, 502:25
**complaint** [9] - 551:25, 552:2, 552:3, 552:4, 552:7, 552:8, 552:14, 552:23, 553:2
**complete** [2] - 367:3, 399:16
**Complete** [1] - 359:11
**completely** [1] - 490:6

**compliance** [6] - 395:10, 395:22, 395:23, 535:7, 535:18, 535:20
**computer** [10] - 361:16, 361:18, 361:20, 361:23, 396:11, 396:20, 396:23, 397:11, 499:17, 514:15
**computers** [2] - 375:14, 532:8
**concentrated** [1] - 364:4
**concern** [9] - 388:12, 416:12, 422:7, 440:18, 448:2, 459:18, 539:7, 545:4, 552:9
**concerned** [17] - 378:7, 383:16, 419:23, 422:23, 424:10, 440:21, 443:19, 461:22, 472:17, 476:8, 476:9, 476:25, 491:1, 492:10, 502:3, 502:7, 503:6
**concerning** [4] - 539:6, 547:25, 549:10, 549:25
**concerns** [1] - 447:24
**conclude** [1] - 556:9
**concluded** [2] - 375:19, 556:7
**concluding** [1] - 491:19
**concrete** [2] - 479:8, 521:5
**condition** [22] - 365:18, 366:3, 366:5, 367:22, 369:4, 369:5, 369:6, 369:8, 369:17, 370:8, 379:16, 380:17, 380:18, 384:9, 385:14, 386:19, 405:24, 406:19, 422:8, 422:17, 440:23, 444:2
**conditions** [24] - 364:23, 382:2, 382:4, 389:13, 393:21, 394:11, 395:1, 395:8, 422:14, 433:2, 443:9, 455:21, 482:7, 493:20, 499:14, 501:25, 516:24, 519:5, 521:24, 522:1, 522:15, 548:10, 549:9, 549:25
**conducive** [1] - 460:1
**conduct** [3] - 395:4, 398:4, 449:24
**conducted** [3] - 402:24, 403:2, 446:14
**cone** [1] - 464:24
**confer** [3] - 404:5, 449:11, 522:21
**Conference** [1] - 393:10
**conferences** [1] - 390:20
**confined** [1] - 460:12
**confirm** [2] - 454:14, 556:25
**confirmation** [5] - 405:25, 406:2, 406:7, 406:9
**confused** [1] - 374:21
**congressional** [1] - 457:8
**connected** [1] - 464:19

**connection** [1] - 500:12
**conservation** [2] - 415:1, 515:24
**consider** [13] - 365:4, 382:25, 386:8, 391:4, 391:8, 391:24, 392:3, 401:18, 420:22, 450:25, 462:14, 534:19, 541:5
**consideration** [2] - 485:11, 498:16
**considered** [4] - 356:9, 533:16, 535:3, 544:25
**considering** [1] - 357:23
**consistency** [2] - 470:13, 470:15
**consistent** [2] - 468:12, 506:2
**consistently** [1] - 512:5
**consists** [1] - 543:3
**constant** [2] - 464:9, 473:11
**consult** [3] - 390:10, 391:1, 391:20, 412:13
**consulted** [4] - 392:16, 395:22, 397:6, 539:19
**consulting** [1] - 360:11
**consuming** [1] - 357:8
**contact** [10] - 395:14, 416:20, 426:14, 431:12, 441:14, 497:2, 500:19, 501:23, 539:23, 541:12
**contacted** [3] - 364:8, 431:1, 540:7
**contained** [1] - 454:1
**container** [1] - 467:21
**content** [3] - 355:5, 355:6, 355:7
**contented** [1] - 381:21
**continue** [2] - 404:23, 460:19
**continued** [2] - 476:15, 547:24
**Continued** [1] - 513:1
**continuing** [5] - 355:19, 355:22, 356:1, 356:3, 539:17
**contributed** [1] - 505:13
**contributory** [2] - 384:14, 384:15
**control** [2] - 399:24, 400:1
**conversation** [1] - 416:1
**converted** [1] - 480:6
**convey** [1] - 455:23
**conveys** [1] - 455:16, 455:22
**cool** [1] - 469:7
**Cooper's** [1] - 411:2
**copied** [1] - 553:14
**copies** [2] - 374:24, 554:6
**copy** [11] - 368:23, 371:3, 371:4, 397:25, 398:2, 469:23, 542:13, 545:20, 553:17, 553:19, 556:23
**core** [1] - 523:25

UNITED REPORTING, INC. 319-730-1158 www.unitedreporting.com

to purchase a complete copy of the transcript.

**corn** [15] - 479:7, 479:10, 480:6, 485:25, 509:13, 509:15, 509:18, 509:21, 509:23, 509:25, 510:9, 510:12, 510:17, 511:6, 521:5

**corner** [6] - 458:17, 473:25, 483:14, 497:1, 511:8, 543:5

**Corporation** [1] - 353:5

**correct** [97] - 352:4, 355:20, 357:10, 369:10, 369:20, 369:23, 372:13, 372:14, 374:4, 376:12, 376:13, 378:4, 378:20, 378:21, 379:14, 379:15, 380:7, 380:10, 381:15, 385:4, 385:15, 385:16, 386:12, 389:9, 389:11, 389:24, 390:9, 390:18, 390:22, 390:23, 391:3, 391:17, 392:1, 393:21, 394:4, 394:5, 394:22, 396:2, 396:3, 396:9, 397:5, 397:19, 399:12, 399:25, 401:3, 402:21, 403:21, 404:25, 405:11, 406:23, 409:23, 411:6, 415:17, 420:12, 422:12, 422:22, 423:22, 425:8, 425:11, 427:11, 427:14, 428:3, 429:15, 430:9, 432:24, 434:15, 436:4, 436:12, 436:20, 436:24, 437:5, 438:3, 439:5, 444:10, 447:19, 450:14, 491:7, 503:21, 523:7, 523:8, 523:18, 523:19, 524:15, 524:24, 524:25, 525:3, 525:9, 526:8, 526:11, 526:12, 527:15, 527:16, 527:22, 528:13, 529:15, 553:21, 554:19

**corrected** [1] - 450:24
**correctly** [8] - 374:17, 398:11, 399:15, 407:19, 457:22, 464:20, 473:25, 480:5
**cost** [1] - 394:7
**Cotati** [2] - 350:8, 350:9
**cougar** [1] - 529:16
**counsel** [2] - 374:25, 554:5
**count** [1] - 544:16
**counter** [1] - 436:6
**counties** [1] - 412:7
**countries** [1] - 370:19
**country** [4] - 362:2, 420:20, 460:10, 460:21
**county** [2] - 431:5, 444:19
**County** [3] - 431:5, 502:11, 527:20
**couple** [18] - 388:24, 403:14, 415:22, 419:12,

454:19, 461:13, 465:19, 465:20, 468:21, 469:15, 475:4, 487:19, 497:5, 502:10, 515:23, 520:23, 540:16, 552:15
**course** [18] - 354:10, 354:11, 354:18, 385:2, 393:9, 401:25, 409:25, 411:20, 443:21, 445:17, 462:25, 478:9, 531:10, 531:11, 532:5, 532:8, 532:13, 537:13
**courses** [7] - 354:20, 360:24, 409:20, 410:20, 411:12, 411:15, 531:5
**coursework** [1] - 388:4
**Court** [15] - 356:18, 358:13, 363:21, 368:3, 370:15, 384:7, 405:18, 406:8, 411:25, 433:5, 435:2, 454:11, 529:14, 537:6, 553:15
**court** [2] - 375:3, 422:5
**COURT** [126] - 352:1, 352:6, 352:9, 352:12, 352:17, 353:10, 353:14, 366:1, 366:7, 366:9, 367:25, 368:4, 368:14, 369:7, 370:11, 371:2, 371:6, 371:9, 372:23, 373:10, 373:16, 374:9, 374:21, 375:7, 375:16, 375:20, 375:24, 376:3, 378:13, 378:15, 381:7, 384:25, 386:24, 387:12, 387:14, 387:18, 388:1, 404:6, 404:9, 404:12, 405:14, 407:10, 407:17, 408:1, 408:3, 408:5, 408:9, 408:13, 408:18, 417:24, 418:1, 418:12, 420:20, 434:2, 444:25, 449:12, 451:7, 452:6, 452:8, 452:10, 453:2, 453:6, 453:12, 456:1, 469:23, 481:22, 482:2, 485:5, 494:4, 495:22, 503:18, 503:22, 504:2, 512:16, 512:20, 512:23, 518:21, 520:1, 522:22, 522:24, 525:17, 525:22, 530:3, 530:5, 530:7, 530:10, 530:13, 530:19, 535:12, 535:16, 536:19, 537:1, 540:22, 541:3, 542:20, 543:2, 543:7, 543:9, 543:17, 543:22, 544:2, 544:7, 544:18, 544:23, 545:15, 545:20, 545:24, 546:1, 546:7, 547:15, 547:17, 550:12, 550:14, 551:14, 551:18, 553:12, 553:24, 554:12, 554:16, 554:20, 554:24, 555:7, 556:8, 556:15, 556:21,

557:2
**courtroom** [2] - 453:6, 530:10
**cover** [2] - 412:6, 494:18
**covered** [5] - 490:5, 505:24, 534:21, 534:22, 534:24
**covering** [2] - 483:2, 483:3
**cow** [5] - 410:7, 450:10, 549:14, 549:16, 549:19
**cows** [1] - 427:25
**coyote** [2] - 429:14, 435:24
**coyotes** [3] - 429:9, 429:12, 460:22
**cramped** [1] - 510:19
**crate** [1] - 496:6
**crazy** [1] - 474:12
**cream** [1] - 464:24
**create** [1] - 462:2
**created** [1] - 499:14
**creature** [3] - 404:21, 480:1, 485:9
**credits** [8] - 355:22, 356:2, 356:3, 411:15, 411:17, 523:22, 531:7
**crib** [12] - 479:7, 480:6, 509:13, 509:18, 509:21, 509:23, 509:25, 510:9, 510:12, 510:17, 511:6, 521:5
**cribs** [2] - 485:25, 509:15
**Cricket** [82] - 361:6, 361:9, 364:12, 364:14, 366:25, 367:16, 367:22, 368:11, 370:18, 374:3, 374:14, 376:11, 381:23, 384:23, 386:14, 386:22, 387:3, 388:10, 388:11, 389:14, 389:23, 390:2, 390:12, 391:14, 392:17, 392:24, 394:25, 395:5, 395:10, 396:2, 396:13, 397:18, 398:23, 399:11, 403:1, 403:4, 405:17, 406:23, 407:5, 412:18, 414:12, 414:24, 415:17, 416:10, 420:24, 435:3, 436:25, 438:2, 438:6, 438:13, 439:8, 439:20, 440:3, 441:4, 442:14, 443:9, 444:13, 446:14, 449:24, 455:13, 456:7, 462:18, 471:5, 502:16, 513:17, 524:22, 527:16, 529:18, 534:10, 535:15, 535:21, 535:24, 536:8, 538:4, 538:9, 539:9, 539:13, 540:5, 546:15, 547:2, 547:5, 547:8
**crime** [1] - 547:7
**criminal** [1] - 553:25
**criteria** [6] - 437:23,

536:7, 537:2, 537:16, 537:19, 538:3
**critical** [1] - 356:12
**crocodile** [1] - 467:16
**cropped** [1] - 549:23
**CROSS** [4] - 351:2, 388:4, 434:4, 523:1
**cross** [8] - 372:24, 387:12, 405:13, 415:12, 434:2, 451:11, 494:21, 522:24
**cross-exam** [3] - 387:12, 434:2, 522:24
**cross-examination** [3] - 372:24, 405:13, 451:11
**CROSS-EXAMINATION** [3] - 388:4, 434:4, 523:1
**crying** [1] - 399:5
**cub** [2] - 412:21, 496:6
**cubs** [1] - 426:18
**culmination** [1] - 514:3
**cups** [1] - 464:24
**curiosity** [1] - 543:19
**curious** [1] - 476:24
**curled** [1] - 447:23
**current** [5] - 391:22, 393:4, 393:6, 393:8, 402:22
**curriculum** [4] - 353:8, 353:25, 409:13, 410:15
**customer** [1] - 397:15
**cut** [3] - 370:13, 416:10, 504:7
**cute** [1] - 527:9
**CV** [1] - 356:5
**Cynthia** [5] - 446:21, 447:1, 447:8, 447:17, 447:21
**Cynthia's** [1] - 447:7

**D**

**D.V.M** [2] - 351:10, 408:15
**dad** [1] - 458:21
**daily** [1] - 470:16
**dairies** [1] - 423:12
**dairy** [7] - 410:22, 414:10, 420:6, 420:9, 448:17, 551:4, 551:6
**Dake** [1] - 350:5
**damage** [1] - 445:14
**DANIEL** [1] - 350:5
**dark** [1] - 475:2
**dart** [1] - 451:23
**darted** [1] - 428:20
**data** [3] - 358:5, 393:5, 393:7
**database** [4] - 536:2, 536:3, 536:4, 538:20
**date** [2] - 389:20, 419:10
**dated** [3] - 447:5, 447:20, 522:10
**dates** [3] - 400:18, 400:24, 401:2
**David** [2] - 540:1, 556:6

to purchase a complete copy of the transcript.

**day-to-day** [1] - 458:4
**days** [13] - 423:11, 425:23, 436:1, 446:10, 469:15, 474:22, 480:17, 480:21, 481:1, 484:10, 501:25, 502:10
**deacon** [1] - 365:6
**dead** [2] - 435:11, 549:14
**deal** [5] - 354:13, 355:6, 360:18, 415:6, 449:16
**dealing** [5] - 353:6, 359:17, 382:22, 385:18, 422:1
**death** [2] - 389:20, 499:21
**Deaths** [1] - 434:25
**deaths** [5] - 389:17, 389:23, 402:25, 439:3, 439:7
**debate** [1] - 444:23
**debris** [2] - 466:19, 467:3
**deceased** [3] - 440:9, 483:4, 483:5
**December** [5] - 502:9, 503:24, 527:24, 527:25, 538:25
**decent** [1] - 483:16
**decide** [5] - 463:16, 463:19, 503:7, 517:25, 550:25
**decided** [10] - 418:15, 447:12, 463:4, 474:9, 517:23, 524:22, 539:23, 541:17, 548:1, 548:3
**decision** [3] - 501:19, 515:14, 515:18
**decisions** [3] - 501:15, 501:18, 515:12
**deem** [1] - 511:25
**deep** [2] - 450:8, 474:18
**deeply** [1] - 544:19
**deer** [1] - 415:5
**defecate** [1] - 480:18
**defecated** [1] - 498:3
**defecates** [1] - 484:13
**defendant** [1] - 366:14
**defendant's** [1] - 439:14
**Defendant's** [3] - 353:13, 374:6, 423:21
**defendants** [8] - 352:2, 389:17, 554:17, 554:18, 555:13, 555:24, 556:6
**Defendants** [1] - 350:15
**defendants'** [1] - 439:3, 458:20, 520:10
**DEFENDANTS'** [2] - 351:8, 351:23
**Defendants'** [4] - 374:7, 378:11, 378:16, 435:1
**defense** [4] - 519:22, 520:3, 520:9, 525:21
**Defense** [3] - 350:8, 533:8, 533:12
**defer** [2] - 392:22, 392:25
**deficiencies** [1] - 379:3

**deficient** [1] - 388:21
**deficit** [1] - 445:14
**defined** [1] - 401:20
**definitely** [2] - 426:24, 550:4
**definition** [5] - 401:6, 401:7, 401:12, 401:17, 402:6
**definitions** [1] - 402:19
**deformed** [1] - 384:18
**deformities** [3] - 384:18, 384:19, 495:1
**deformity** [1] - 472:3
**Degree** [4] - 354:7, 354:15, 354:18, 531:3
**degree** [3] - 353:21, 354:8, 355:23, 409:18
**degrees** [1] - 526:2
**dehorning** [1] - 433:22
**Delaware** [4] - 353:17, 354:4, 502:11, 527:20
**delay** [1] - 472:22
**demeanor** [1] - 381:20
**demoted** [1] - 513:19
**denied** [1] - 375:25
**dental** [4] - 444:12, 444:20, 451:12, 451:15
**Denver** [4] - 458:22, 459:4, 459:16, 459:17
**departing** [1] - 497:15
**department** [3] - 413:3, 421:23, 541:10
**Department** [4] - 391:13, 539:24, 551:23, 552:1
**departments** [2] - 358:20, 358:22
**departure** [1] - 494:15
**dependent** [1] - 402:3
**depict** [3] - 488:2, 490:4, 490:12
**depicting** [3] - 483:13, 489:18, 493:7
**depicts** [4] - 483:12, 486:19, 495:20, 529:10
**deposition** [39] - 365:24, 366:3, 366:9, 366:13, 366:20, 367:21, 368:2, 368:4, 368:10, 368:20, 370:10, 370:13, 371:3, 372:16, 372:21, 373:22, 374:20, 374:23, 375:1, 375:3, 375:11, 375:13, 375:19, 381:6, 386:21, 396:21, 404:11, 404:15, 405:2, 407:2, 407:3, 407:12, 407:17, 437:3, 445:2, 446:24, 447:16, 450:12, 524:12
**depositions** [1] - 374:22
**depress** [1] - 511:18
**depressed** [4] - 482:5, 494:13, 499:19
**depressing** [7] - 468:16, 485:9, 488:20, 499:20,

505:6, 512:2, 514:10
**deprived** [1] - 374:17
**deputy** [1] - 502:20
**Derby** [2] - 360:18, 360:21
**Des** [3] - 533:5, 534:10, 539:24
**describe** [8] - 356:17, 404:21, 404:23, 471:6, 500:12, 537:12, 548:17, 548:23
**described** [2] - 465:9, 509:19
**describing** [3] - 490:13, 500:1, 510:5
**descript** [1] - 468:24
**description** [3] - 360:2, 404:24, 553:2
**deserve** [2] - 460:14, 482:7
**design** [1] - 531:4
**desire** [1] - 515:17
**desk** [1] - 444:8
**despite** [1] - 517:22
**detail** [3] - 503:11, 503:12, 549:8
**details** [1] - 550:3
**detect** [1] - 490:21
**determinations** [2] - 464:17, 537:7
**determine** [2] - 367:12, 440:25
**determining** [1] - 437:23
**detrimental** [3] - 357:7, 384:20
**develop** [7] - 355:4, 360:4, 361:7, 361:13, 364:1, 506:9, 506:14
**developed** [5] - 372:4, 396:13, 407:4, 407:7, 420:10
**developing** [4] - 359:18, 390:1, 390:11, 391:14
**development** [3] - 358:21, 359:1, 361:21
**diagnoses** [1] - 434:13, 435:7, 436:20
**diagnosing** [1] - 435:19
**diagnosis** [6] - 436:3, 436:5, 436:11, 441:11, 445:11
**diagnostic** [2] - 421:23, 433:9
**diameter** [3] - 479:12, 479:14, 510:18
**diaper** [2] - 497:25, 498:2
**die** [4] - 416:21, 419:4, 427:5, 471:1
**died** [10] - 358:10, 430:8, 435:9, 439:20, 439:24, 440:5, 440:16, 440:17, 451:25, 468:17
**Diego** [1] - 534:7
**dies** [1] - 440:11
**diet** [1] - 382:19, 383:3,

383:16, 383:17, 384:12, 391:15, 419:21, 424:6, 424:12, 431:19, 431:25
**diets** [7] - 361:17, 382:20, 385:13, 397:20, 398:7, 423:16, 432:4
**difference** [4] - 429:14, 443:13, 494:5, 500:20
**differences** [3] - 402:12, 402:13, 503:15
**different** [40] - 354:25, 355:11, 362:7, 367:12, 368:9, 382:25, 383:13, 385:21, 386:2, 387:10, 396:20, 413:9, 413:19, 434:12, 436:18, 436:20, 443:14, 460:23, 461:13, 464:6, 466:11, 475:4, 478:19, 486:8, 486:12, 493:12, 497:1, 500:22, 500:24, 501:5, 504:10, 504:16, 509:10, 509:18, 523:11, 523:14, 525:18, 542:25, 543:9, 544:1
**differently** [3] - 491:25, 499:23, 544:10
**difficult** [1] - 361:22
**digital** [2] - 376:8, 546:23
**dimensional** [1] - 500:17
**direct** [10] - 536:10, 536:12, 536:15, 537:4, 537:16, 537:17, 537:20, 537:21, 537:25, 538:3
**DIRECT** [6] - 351:2, 352:19, 408:20, 453:15, 513:1, 530:21
**directed** [3] - 368:12, 368:16, 368:21
**directive** [1] - 449:19
**directly** [2] - 421:2, 501:6
**director** [1] - 360:6
**dirt** [3] - 466:14, 467:4, 467:25
**dirty** [1] - 515:6
**disagree** [1] - 528:21
**disappointed** [1] - 486:24
**discharge** [5] - 379:1, 379:13, 380:23, 406:3
**disclosed** [1] - 372:8
**Disclosures** [1] - 435:1
**disclosures** [1] - 439:3
**discoloration** [1] - 379:3
**discovered** [3] - 535:15, 535:21, 547:22
**discoveries** [2] - 402:18, 402:23
**Discovery** [1] - 459:1
**discovery** [5] - 373:8, 374:16, 375:24, 443:21, 444:9
**discrepancy** [1] - 553:15
**discuss** [2] - 395:14, 397:22
**discussed** [5] - 368:8,

Case 6:14-cv-02034-JSS   Document 73   Filed 10/30/15   Page 63 of 84

to purchase a complete copy of the transcript.

386:4, 416:3, 445:18, 490:20
discussion [1] - 442:23
discussions [1] - 371:15
disease [9] - 384:5, 384:8, 384:15, 384:17, 417:7, 417:10, 431:13, 431:15, 431:17
disgusted [3] - 467:5, 467:7, 494:24
disgusting [2] - 466:25, 467:1
dish [1] - 480:13
dishes [1] - 466:19
display [4] - 353:7, 409:12, 415:4, 475:7
displayed [1] - 518:12
displaying [2] - 353:11, 472:18
dispute [1] - 368:8
disregard [1] - 541:6
disrepair [1] - 464:13
distance [3] - 453:22, 473:15, 551:9
distemper [1] - 431:6
distinct [1] - 467:17
distinction [1] - 396:17
distract [1] - 447:11
district [3] - 415:23, 457:8
disturbed [1] - 365:18
Division [1] - 359:23
division [2] - 359:24, 449:15
docking [1] - 433:23
Doctor [3] - 424:18, 428:3, 432:6
doctor [4] - 373:4, 373:18, 434:6, 449:14
doctors [1] - 412:13
document [8] - 423:23, 443:24, 470:20, 491:2, 491:3, 493:19, 506:17, 508:11
documentaries [1] - 493:25
documentation [2] - 471:3, 499:14
documented [3] - 514:20, 516:25
documenting [1] - 488:24
documents [3] - 393:11, 423:16, 516:8
Dodge [2] - 534:13
dog [11] - 387:5, 414:7, 465:1, 477:25, 481:15, 496:6, 533:6, 537:18, 538:7, 539:5, 540:3
dogs [10] - 358:24, 362:13, 412:12, 413:17, 414:6, 425:1, 425:11, 430:1, 448:20, 533:1
dollars [1] - 444:16
domestic [4] - 363:17, 387:5, 413:24, 426:7

domesticated [2] - 473:1, 501:10
dominion [1] - 456:4
donation [1] - 524:9
done [21] - 358:16, 359:13, 362:1, 362:4, 362:12, 365:17, 386:11, 403:24, 414:2, 419:8, 420:3, 421:21, 422:3, 422:5, 426:18, 429:1, 441:13, 457:18, 467:9, 531:23, 557:4
donkey [1] - 494:21
donkeys [1] - 494:23
door [4] - 474:19, 476:6, 479:20, 479:23
Doorly [4] - 413:5, 420:12, 420:19, 431:1
dosage [1] - 414:3
dosages [1] - 413:19
double [3] - 413:18, 427:5, 482:19
doubt [5] - 393:6, 514:17, 514:22, 515:10, 515:15
down [47] - 356:25, 358:12, 360:15, 382:8, 382:9, 400:17, 408:3, 416:10, 416:23, 418:6, 419:12, 419:14, 419:16, 422:9, 425:21, 425:22, 425:25, 427:13, 427:25, 432:14, 432:20, 434:17, 440:12, 441:8, 443:20, 452:8, 459:6, 459:8, 464:1, 469:9, 471:21, 471:25, 478:8, 478:11, 478:13, 486:9, 489:21, 500:7, 504:2, 505:24, 506:10, 509:4, 530:5, 534:6, 539:24, 552:18, 557:3
downhill [1] - 428:19
Doylestown [1] - 353:17
Dr [49] - 351:24, 352:10, 352:21, 352:24, 353:7, 353:15, 366:24, 369:8, 372:12, 375:4, 375:21, 376:4, 378:18, 388:6, 389:19, 389:23, 392:18, 393:22, 395:9, 395:18, 396:1, 399:10, 400:9, 400:23, 401:5, 402:9, 402:24, 403:3, 403:14, 404:8, 404:11, 404:15, 405:4, 405:16, 407:2, 408:12, 408:22, 408:25, 412:22, 414:15, 421:9, 421:12, 421:14, 447:23, 451:10, 540:1, 542:4, 551:24
drainage [2] - 487:17, 549:12
drains [1] - 489:24
dramatic [1] - 385:13
draped [2] - 528:24, 529:8

dries [1] - 479:11
drink [1] - 428:18
drinking [2] - 363:7, 386:1
drive [2] - 396:22, 397:4
Drive [1] - 454:12
drives [1] - 396:23
driveway [3] - 399:4, 420:7, 464:7
driving [4] - 399:4, 499:3, 499:5, 529:20
drooling [1] - 380:22
drop [1] - 365:9
dropped [2] - 460:6, 524:14
drove [1] - 464:1
drug [2] - 418:3, 446:5
drugs [5] - 413:15, 436:6, 442:22, 446:3, 451:22
dry [1] - 490:8
Dubuque [3] - 365:7, 398:22, 458:24
ducks [1] - 362:14
due [4] - 384:13, 394:2, 396:14, 511:25
duly [4] - 352:15, 408:16, 453:10, 530:17
dung [1] - 429:23
during [21] - 365:24, 367:20, 373:8, 374:15, 374:19, 375:13, 383:2, 385:2, 397:2, 404:15, 441:11, 444:2, 451:11, 454:20, 475:19, 497:4, 503:15, 528:3, 537:13, 541:19, 550:23
dust [1] - 466:14

**E**

eagle [1] - 411:1
ear [7] - 471:21, 471:23, 472:2, 472:4, 472:14, 472:15
early [6] - 364:24, 388:25, 389:3, 532:17, 540:8, 548:15
easier [3] - 380:17, 453:23, 542:9
easiest [1] - 383:23
easily [3] - 379:2, 384:10, 384:21
easy [5] - 386:8, 406:14, 500:15, 533:24, 550:3
eat [4] - 427:23, 428:9, 432:4, 507:1
eaten [2] - 427:9, 427:21
eating [3] - 418:18, 437:18, 437:19
ecosystem [1] - 462:1
edge [2] - 510:25
educate [2] - 460:4, 498:23
education [12] - 354:6,

354:16, 355:18, 355:19, 355:22, 356:2, 356:3, 404:18, 405:6, 405:7, 498:21, 523:20
educational [4] - 353:15, 409:2, 519:18, 531:2
effect [3] - 366:17, 446:10, 446:11
effective [1] - 398:5
efficient [1] - 555:8
effort [2] - 429:7, 518:13
efforts [3] - 450:3, 450:6, 517:21
eight [7] - 467:20, 480:23, 484:12, 507:21, 507:22, 510:18, 515:8
either [15] - 371:2, 397:21, 412:15, 417:1, 418:13, 421:5, 424:10, 441:15, 448:8, 449:5, 483:4, 521:3, 529:18, 536:18, 537:25
elaborate [1] - 361:19
elective [2] - 411:14, 531:8
elephant [1] - 383:12
elephants [1] - 461:8
Eli [1] - 553:19
elicit [2] - 481:25, 513:25
eliminate [1] - 416:10
Elisabeth [1] - 434:6
ELISABETH [1] - 350:11
Elkader [6] - 411:25, 414:14, 415:1, 415:13, 421:2, 421:7
ELMO [3] - 469:22, 545:18, 553:19
elsewhere [1] - 519:13
elusive [1] - 402:4
email [5] - 396:11, 396:12, 397:22, 517:10, 553:14
emotion [1] - 514:4
emotional [2] - 482:1, 500:1
employ [1] - 412:4
employed [1] - 411:24
employment [2] - 358:13, 358:15
empty [4] - 465:23, 469:1, 469:3, 476:16
enact [1] - 516:23
enclosed [2] - 427:11, 467:18
enclosure [48] - 371:18, 371:21, 381:13, 429:24, 459:13, 459:23, 469:8, 476:6, 476:12, 476:17, 477:8, 478:1, 480:6, 480:7, 480:14, 480:15, 481:4, 481:10, 484:8, 485:13, 485:22, 486:8, 486:21, 487:1, 487:18, 488:18, 489:22, 489:25, 490:2, 490:7, 491:4, 491:6, 491:8, 491:10, 491:19, 504:20,

JURITRAN/319-248-3511/Jurirec9@aol.com
to purchase a complete copy of the transcript.

504:21, 505:12, 505:21,
509:12, 509:13, 509:14,
510:15, 513:6, 521:11,
521:19, 521:21

**enclosures** [9] - 382:13,
427:13, 429:20, 465:4,
483:1, 484:9, 491:15,
520:16, 520:17

**encounter** [4] - 471:10,
477:3, 487:15, 501:10

**encountered** [6] - 482:12,
482:16, 492:19, 497:13,
498:25, 501:5

**encountering** [2] -
482:17, 513:22

**encourage** [1] - 470:22

**encouraged** [2] - 540:21,
541:12

**end** [11] - 359:7, 359:12,
360:19, 407:4, 420:2,
425:22, 425:23, 469:2,
514:2, 555:18, 557:4

**endangered** [5] - 403:15,
437:8, 439:7, 493:7, 515:2

**energy** [2] - 383:4, 397:1

**enforcement** [1] - 541:12

**engage** [1] - 476:3

**engineering** [2] - 523:23,
524:2

**enhancement** [2] - 438:8,
438:18

**enjoy** [2] - 460:19, 518:16

**enjoying** [2] - 482:9,
496:16

**enrich** [2] - 438:20, 486:23

**enrichment** [21] - 432:18,
438:8, 438:18, 447:1,
447:4, 447:6, 447:19,
477:12, 477:17, 478:2,
481:14, 484:3, 484:6,
484:16, 484:18, 485:7,
486:22, 493:13, 494:7,
494:10, 507:12

**ensure** [3] - 364:5, 401:9,
535:20

**ensures** [2] - 535:7,
535:18

**enter** [3] - 468:21, 529:7,
537:15

**entered** [4] - 366:10,
465:7, 526:10, 536:23

**entering** [2] - 527:2, 536:7

**entertainment** [2] -
447:17, 484:23

**entire** [4] - 370:1, 380:19,
475:15, 491:8

**entitled** [1] - 439:2

**entomology** [1] - 531:11

**entrance** [2] - 464:18,
478:24

**entry** [1] - 465:7

**environment** [8] - 354:12,
365:22, 367:4, 367:11,
380:14, 392:25, 395:2

**environmental** [4] -
393:21, 394:11, 395:1,
395:8

**environmentally** [1] -
354:2

**equal** [1] - 383:6

**equine** [2] - 360:19,
360:20

**escaped** [2] - 539:16

**Esch** [2] - 414:15, 430:11

**especially** [4] - 362:8,
383:2, 384:19, 468:8

**ESQ** [5] - 350:5, 350:8,
350:11, 350:14

**essence** [1] - 514:5

**essentially** [1] - 443:22

**establish** [1] - 393:19,
519:3

**established** [1] - 366:18

**estimate** [1] - 414:6

**estimation** [1] - 442:11

**etc** [1] - 464:12

**ethical** [1] - 468:10

**ethics** [1] - 357:21

**Eugene** [1] - 350:12

**euthanize** [1] - 428:2

**euthanized** [2] - 428:22,
446:12

**evading** [1] - 407:15

**evaluate** [2] - 368:11,
370:23

**evaluated** [6] - 367:22,
367:23, 394:25, 395:10,
395:21, 395:23

**evaluating** [1] - 404:18

**evaluation** [2] - 395:3,
395:5

**event** [2] - 371:23, 554:4

**eventual** [1] - 446:12

**eventually** [2] - 431:25,
551:25

**evidence** [21] - 374:6,
374:8, 378:10, 378:12,
378:17, 379:25, 424:6,
505:18, 520:10, 544:21,
544:24, 547:11, 547:14,
547:20, 550:9, 550:11,
550:17, 551:13, 551:21,
551:23, 555:20

**ex** [2] - 457:21, 467:14

**ex-father-in-law** [2] -
457:21, 467:14

**exact** [2] - 479:12, 524:12

**exactly** [5] - 399:9,
400:14, 405:15, 411:18,
414:3

**exam** [8] - 356:15, 387:12,
412:10, 434:2, 444:13,
451:12, 451:15, 522:24

**examination** [5] - 372:24,
403:2, 405:13, 437:16,
451:11

**EXAMINATION** [10] -
352:19, 388:4, 404:13,

408:20, 434:4, 451:8,
453:15, 513:1, 523:1,
530:21

**examined** [4] - 352:15,
408:16, 453:10, 530:17

**examining** [1] - 442:6

**example** [7] - 358:23,
363:23, 383:9, 395:15,
435:17, 440:7, 440:14

**examples** [2] - 365:21,
450:5

**exams** [1] - 444:20

**exceeding** [2] - 381:5,
407:2

**exceeds** [4] - 365:23,
367:20, 386:21, 405:13

**excellent** [1] - 379:11

**except** [2] - 387:5, 426:18

**excerpt** [2] - 505:15,
505:20

**excess** [2] - 395:15,
395:16

**excessive** [3] - 429:18,
429:19, 505:22

**exchanged** [1] - 526:13

**exclusive** [1] - 448:17

**exclusively** [1] - 443:16

**Excuse** [1] - 387:14

**excuse** [15] - 366:14,
373:24, 377:2, 380:8,
387:20, 396:11, 446:2,
458:12, 466:8, 470:4,
478:10, 495:10, 506:23,
512:16, 547:18

**excused** [3] - 408:4,
452:9, 530:6

**exemplary** [1] - 515:3

**exercise** [4] - 384:14,
425:1, 425:10, 481:6

**exhibit** [20] - 353:10,
373:24, 389:15, 400:4,
422:14, 432:11, 475:19,
507:16, 507:17, 508:14,
519:21, 542:23, 543:18,
544:12, 544:15, 545:6,
545:8, 545:14, 546:3, 553:8

**Exhibit** [56] - 353:13,
373:5, 373:19, 373:21,
373:24, 374:6, 374:7,
376:5, 376:14, 376:17,
376:25, 377:23, 378:9,
378:11, 378:15, 378:16,
378:18, 409:12, 423:21,
424:18, 432:8, 443:23,
447:4, 469:19, 469:20,
505:19, 520:3, 520:4,
520:7, 525:12, 528:2,
529:11, 542:7, 542:17,
543:3, 543:7, 544:14,
547:12, 547:13, 547:17,
547:18, 547:19, 548:25,
550:9, 550:10, 550:14,
550:16, 551:11, 551:12,
551:18, 551:20, 552:21,

552:22, 552:25, 553:3

**exhibited** [1] - 502:4

**exhibits** [13] - 400:3,
432:6, 446:18, 454:1,
454:3, 520:3, 544:7,
544:25, 545:11, 546:2,
548:19, 554:5, 554:6

**EXHIBITS** [1] - 351:15

**existed** [1] - 360:3

**exiting** [1] - 527:4

**exotic** [10] - 390:25,
391:19, 393:22, 414:23,
441:24, 533:14, 533:17,
533:18, 534:24, 535:4

**exotics** [1] - 533:15

**expanded** [1] - 382:8

**expect** [1] - 430:17

**expectation** [1] - 504:8

**expectations** [1] - 468:7

**expected** [2] - 494:6,
494:7

**expecting** [1] - 504:6

**experience** [18] - 358:16,
362:18, 362:19, 363:9,
368:8, 404:18, 405:7,
429:18, 471:6, 499:4,
522:3, 523:16, 533:14,
533:15, 534:3, 534:5,
535:14

**experiences** [2] - 504:11,
520:11

**expert** [11] - 352:3,
371:25, 372:1, 381:7,
422:11, 485:4, 494:3,
535:11, 535:14, 536:20,
536:23

**expertise** [2] - 365:25,
366:18

**explain** [4] - 363:21,
373:10, 384:7, 406:7

**explaining** [3] - 433:8,
497:21, 498:4

**explore** [1] - 407:7

**exposed** [3] - 457:24,
457:25, 461:2

**exposure** [7] - 458:7,
458:19, 458:25, 460:15,
466:21, 483:18, 484:18

**expressed** [6] - 366:12,
366:21, 368:19, 441:17,
463:17, 468:7

**extend** [1] - 478:6

**extension** [1] - 462:16

**extent** [3] - 458:5, 496:12,
527:11

**extra** [12] - 371:2, 371:4,
383:3, 385:6, 385:7, 387:6,
397:1, 397:20, 471:18,
553:17, 553:19

**extracurricular** [1] -
410:20

**extrapolate** [1] - 431:3

**extreme** [2] - 385:11,
406:15

Case 6:14-cv-02034-JSS   Document 73   Filed 10/30/15   Page 65 of 84
to purchase a complete copy of the transcript.

**extremely** [14] - 362:12, 383:20, 406:15, 431:23, 448:7, 474:23, 475:5, 485:9, 491:21, 496:20, 499:17, 505:6, 510:19, 517:15

**eye** [5] - 379:4, 380:23, 500:19, 501:11, 518:5

**eyes** [5] - 378:25, 379:13, 406:2, 422:18, 500:18

# F

**face** [5] - 378:22, 379:2, 379:6, 379:19, 379:20
**Facebook** [1] - 462:19
**faces** [1] - 378:24
**facilities** [3] - 361:10, 394:5, 394:11
**facility** [14] - 412:10, 412:11, 413:16, 420:21, 435:10, 442:1, 442:22, 459:25, 494:13, 494:15, 497:16, 527:2, 548:4, 549:11
**facing** [1] - 474:15
**fact** [10] - 392:7, 392:22, 394:1, 396:4, 401:13, 402:6, 427:25, 439:23, 522:9, 534:8
**factor** [4] - 363:13, 384:14, 417:7, 417:9
**facts** [3] - 518:23, 519:3, 519:5
**fair** [4] - 389:10, 389:12, 389:22, 393:23
**fairly** [2] - 420:15, 457:2
**fairness** [1] - 477:8
**fall** [3] - 458:15, 507:9, 535:4
**falling** [1] - 406:16
**falls** [2] - 415:22, 497:11
**familial** [1] - 461:18
**familiar** [6] - 392:10, 401:2, 446:13, 462:17, 534:14, 535:24
**family** [6] - 454:17, 454:21, 458:1, 460:21, 531:19, 533:21
**fan** [1] - 451:2
**far** [25] - 355:18, 358:9, 365:18, 366:17, 369:8, 382:18, 414:4, 414:5, 423:1, 426:1, 430:20, 441:23, 441:25, 455:3, 456:19, 457:17, 458:3, 458:11, 460:7, 470:23, 475:1, 477:19, 495:3, 497:22, 518:13
**farm** [17] - 358:1, 398:15, 398:23, 401:1, 410:4, 433:18, 441:22, 457:20, 464:7, 466:22, 466:25,

483:5, 531:19, 532:13, 532:15, 532:18, 532:24
**farmed** [1] - 410:4
**Farmers** [2] - 360:6, 360:10
**farmers** [2] - 360:8, 436:15
**farms** [9] - 360:13, 457:14, 457:15, 458:2, 460:22, 464:6, 464:8, 464:9
**fashion** [3] - 473:3, 508:13, 517:20
**fast** [5] - 418:25, 419:1, 428:19, 445:15, 501:18
**fat** [2] - 364:2, 383:3
**father** [4] - 457:19, 457:21, 458:1, 467:14
**father-in-law's** [1] - 457:19
**favor** [1] - 471:23
**favoring** [4] - 471:20, 471:21, 472:4, 472:14
**favoritism** [2] - 481:12, 482:11
**FDA** [1] - 413:17
**feathers** [1] - 466:15
**February** [1] - 357:17
**feces** [20] - 419:19, 419:22, 429:18, 429:19, 469:12, 469:16, 470:4, 480:15, 480:16, 480:22, 484:9, 484:11, 485:14, 487:3, 488:23, 505:22, 505:24, 507:10, 507:14, 515:6
**fed** [10] - 367:14, 387:4, 410:5, 467:1, 478:23, 478:25, 479:2, 483:6, 502:8, 503:3
**federal** [4] - 392:23, 517:19, 536:10, 537:4
**fee** [3] - 465:7, 465:14, 465:15
**Feed** [3] - 360:6, 360:10, 360:15
**feed** [19] - 355:2, 357:3, 357:4, 357:7, 358:17, 358:18, 358:19, 360:1, 360:8, 361:7, 363:10, 393:13, 398:8, 419:4, 465:2, 478:20, 478:21, 482:25, 549:13
**feed-related** [1] - 358:19
**feeding** [11] - 354:2, 355:1, 361:15, 363:9, 383:10, 386:7, 387:10, 416:4, 457:18, 465:3, 478:16
**feeds** [2] - 355:3, 355:4
**Feeds** [1] - 359:5
**feelings** [4] - 462:3, 462:6, 476:18, 513:25
**feet** [15] - 448:1, 448:9, 448:11, 448:12, 449:5,

467:20, 474:17, 479:15, 480:8, 480:9, 481:9, 491:1, 510:18, 510:23
**felid** [1] - 423:17
**felidae** [2] - 361:20, 361:24
**felids** [2] - 423:16, 424:3
**feline** [3] - 426:12, 471:17, 515:24
**felines** [5] - 461:10, 481:12, 481:13, 482:12, 484:20
**fellow** [1] - 463:3
**felt** [15] - 363:14, 407:8, 428:15, 466:2, 467:5, 468:12, 485:6, 491:22, 493:19, 500:13, 501:9, 503:16, 515:15, 516:9, 541:13
**females** [1] - 442:17
**fence** [2] - 459:24, 469:2
**fences** [1] - 382:10
**fencing** [1] - 464:10
**ferret** [1] - 465:21
**ferrets** [2] - 465:20, 466:1
**few** [17] - 360:20, 412:19, 415:3, 424:8, 434:7, 454:7, 456:24, 474:10, 477:13, 481:1, 484:10, 531:7, 532:16, 534:4, 540:1, 540:3
**field** [3] - 387:8, 402:16, 531:25
**fields** [1] - 354:25
**fifties** [1] - 432:1
**fifty** [1] - 551:7
**figure** [5] - 413:20, 430:21, 449:7, 532:1, 532:2
**file** [3] - 397:14, 552:2
**filed** [3] - 551:25, 552:3, 552:8
**files** [4] - 378:5, 396:16, 396:18, 396:19
**fill** [2] - 359:3, 410:21
**film** [2] - 376:7, 376:10, 377:4, 377:8, 377:10
**filthy** [1] - 466:13
**final** [1] - 357:9
**finally** [2] - 357:16, 419:4
**finances** [1] - 441:19
**financial** [1] - 393:23
**fine** [4] - 357:5, 388:1, 444:21, 449:22
**fined** [1] - 451:1
**finish** [5] - 410:8, 414:17, 449:7, 554:2, 554:20
**finished** [2] - 409:11, 409:20
**first** [71] - 352:9, 357:20, 357:25, 362:17, 362:23, 363:20, 363:22, 363:23, 363:25, 364:8, 371:24, 389:20, 414:14, 419:5, 419:12, 421:11, 424:9, 428:8, 435:4, 441:13,

462:17, 462:20, 463:20, 463:21, 464:4, 465:10, 465:19, 465:22, 466:4, 466:5, 468:22, 469:5, 471:11, 473:22, 474:2, 474:3, 480:14, 481:9, 482:15, 482:17, 482:21, 484:8, 501:21, 503:11, 503:19, 504:18, 504:24, 507:11, 508:3, 514:16, 514:18, 514:20, 517:24, 520:19, 521:25, 523:25, 524:7, 526:10, 527:4, 527:19, 527:23, 531:17, 534:5, 536:1, 542:13, 542:14, 544:13, 544:19, 552:3, 552:8
**fish** [3] - 401:13, 402:7, 458:23
**fisheries** [1] - 409:19
**five** [3] - 383:10, 383:11, 383:12, 436:1, 447:20, 454:18, 467:20, 509:3
**flat** [5] - 384:19, 528:24, 529:1, 529:2, 529:9
**flew** [3] - 547:1, 547:4, 548:16
**flex** [1] - 431:24
**flies** [26] - 395:15, 395:16, 416:3, 416:6, 416:8, 416:10, 416:15, 416:20, 417:1, 417:2, 417:4, 417:6, 417:8, 417:15, 462:25, 473:9, 473:13, 473:14, 473:16, 473:19, 507:8, 528:2, 528:3, 528:4, 528:7
**flight** [1] - 531:22
**flood** [2] - 396:14, 397:19
**floor** [5] - 437:22, 459:24, 487:1, 505:23
**floors** [1] - 416:19
**Florida** [1] - 360:9
**fluidly** [1] - 454:8
**fly** [4] - 417:3, 417:12, 528:10, 541:22
**flying** [2] - 546:20, 547:8
**flyover** [3] - 550:23, 551:22, 552:4
**focus** [4] - 503:13, 519:2, 519:4, 549:24
**focused** [4] - 538:23, 552:4, 552:16, 553:5
**focuses** [1] - 533:6
**folder** [2] - 432:25, 444:8
**folks** [1] - 538:14
**follow** [5] - 357:21, 435:24, 456:25, 517:9, 533:9
**follow-up** [1] - 435:24
**followed** [2] - 392:24, 456:22
**following** [3] - 375:16, 375:18, 401:9
**follows** [4] - 352:16,

Case 6:14-cv-02034-JSS   Document 73   Filed 10/30/15   Page 66 of 84
CONTRACTOR319 Federal310Court.com
to purchase a complete copy of the transcript.

408:17, 453:11, 530:18
**food** [30] - 361:11, 363:11, 397:23, 400:17, 400:21, 402:1, 416:14, 416:17, 417:6, 418:19, 428:1, 428:17, 435:23, 464:23, 465:1, 466:19, 468:14, 469:10, 470:8, 470:9, 478:8, 478:10, 478:11, 478:17, 483:20, 489:21, 515:6, 549:18
**foods** [2] - 363:17, 367:13
**foot** [7] - 428:10, 445:13, 445:16, 445:24, 490:25, 492:16, 495:11
**forced** [1] - 512:3
**foreground** [1] - 474:25
**forensic** [5] - 356:2, 357:13, 357:24, 402:25, 403:2
**Forensic** [1] - 357:11
**forensics** [2] - 357:18, 357:20
**forgive** [1] - 482:6
**form** [5] - 419:10, 425:4, 425:7, 500:17, 552:24
**formal** [2] - 395:3, 395:4
**formality** [1] - 453:22
**formed** [1] - 539:8
**former** [1] - 430:11
**formulate** [1] - 539:9
**formulation** [1] - 396:25
**formulations** [3] - 359:9, 396:20, 397:11
**formulators** [1] - 358:17
**Fort** [2] - 534:13
**forth** [3] - 355:8, 359:17, 545:2
**forthcoming** [1] - 413:5
**forward** [1] - 453:7
**fostering** [1] - 532:23
**foundation** [5] - 374:11, 375:25, 376:2, 380:15, 384:24
**foundational** [1] - 390:14
**four** [16] - 353:18, 412:7, 414:8, 440:21, 442:20, 444:17, 445:4, 445:5, 446:10, 467:19, 469:15, 476:5, 477:10, 480:8, 480:9, 553:25
**Fox** [4] - 421:9, 421:10, 421:12, 421:14
**fracture** [1] - 384:9
**frame** [4] - 388:22, 440:15, 484:5, 540:6
**frankly** [5] - 482:8, 499:15, 517:4, 519:8, 541:3
**free** [1] - 462:5
**Freehold** [1] - 360:15
**freeze** [1] - 502:6
**French** [1] - 450:12
**frequently** [3] - 389:11, 391:1, 391:20

**friend** [2] - 462:19, 479:21
**friends** [6] - 365:3, 365:4, 444:16, 449:16, 504:9
**Friends** [1] - 533:4
**fries** [1] - 417:13
**front** [31] - 353:9, 366:10, 389:15, 389:16, 400:3, 407:18, 409:14, 428:22, 432:5, 434:18, 434:19, 440:8, 444:1, 459:24, 464:15, 469:19, 469:24, 476:2, 478:18, 495:11, 508:5, 513:6, 513:7, 519:22, 525:24, 542:7, 543:10, 543:14, 546:10, 555:21
**fruit** [5] - 417:4, 417:5, 417:6, 417:13, 417:15
**frustrated** [15] - 449:17, 468:15, 485:8, 489:4, 490:24, 491:21, 494:11, 495:14, 497:5, 498:15, 499:7, 499:18, 511:16, 514:6, 519:10
**frustrating** [2] - 511:17, 512:1
**frustration** [1] - 468:6
**full** [7] - 352:21, 357:14, 357:17, 363:24, 380:7, 408:22, 499:17
**fully** [1] - 461:24
**fun** [1] - 532:10
**function** [3] - 445:24, 513:8, 513:22
**Fund** [2] - 350:8, 533:8, 533:12
**furry** [1] - 468:24
**furthermore** [1] - 491:2

**G**

**Gain** [1] - 359:5
**gal** [1] - 415:22
**Gary** [3] - 351:9, 352:10, 352:23
**GARY** [1] - 352:14
**gears** [3] - 389:25, 391:12, 531:25
**geese** [1] - 362:14
**general** [11] - 364:22, 372:5, 379:24, 396:25, 397:15, 399:1, 401:21, 401:25, 402:20, 406:17, 540:2
**generally** [8] - 391:5, 391:9, 391:25, 392:4, 401:17, 420:3, 443:2, 463:7
**genetic** [2] - 406:19, 449:3
**genetics** [1] - 354:22
**Geographic** [1] - 459:1
**gerbils** [1] - 362:13
**girl** [5] - 454:21, 496:9, 496:14, 497:7

**girls** [1] - 419:24
**given** [7] - 371:11, 385:5, 393:20, 432:23, 433:19, 515:15, 524:17
**Glass** [1] - 350:15
**gloomy** [1] - 474:23
**goals** [1] - 365:1
**goat** [1] - 447:24
**goats** [3] - 448:3, 448:19, 457:19
**gosh** [1] - 499:2
**government** [2] - 451:3, 451:4
**grab** [1] - 478:11
**grabbing** [1] - 478:10
**graduate** [1] - 409:5
**graduated** [4] - 410:2, 410:11, 523:9, 523:12
**graduating** [1] - 354:4
**grandfather** [1] - 457:14
**grandpa's** [1] - 457:16
**grandparents'** [2] - 457:15, 464:8
**graphic** [1] - 531:4
**grasp** [2] - 371:16, 463:8
**grass** [5] - 520:16, 520:17, 521:2, 521:6, 521:23
**grateful** [2] - 540:17, 540:24
**gravel** [10] - 381:13, 381:18, 382:8, 382:9, 386:5, 489:24, 489:25, 490:16, 490:21, 490:23
**gravitate** [1] - 461:9
**gray** [1] - 548:18
**great** [7] - 371:19, 379:15, 433:14, 485:9, 493:14, 520:25, 546:12
**greatly** [3] - 495:5, 500:11, 506:11
**green** [2] - 434:23, 520:16
**greeted** [2] - 464:21, 497:23
**grew** [3] - 454:18, 457:13, 458:2
**grooming** [1] - 412:12
**grossly** [3] - 494:25, 495:10, 515:4
**ground** [3] - 427:13, 493:21, 502:5
**Group** [1] - 390:4
**groups** [2] - 437:9, 461:16
**grow** [2] - 448:9, 449:2
**growing** [3] - 382:24, 460:17, 532:13
**grown** [3] - 495:2, 500:3, 504:17
**growth** [1] - 354:25
**guarantee** [1] - 502:21
**guess** [25] - 365:3, 371:20, 388:13, 436:8, 463:12, 465:3, 467:19, 470:12, 470:14, 473:7, 474:17, 478:5, 479:14,

480:8, 480:19, 480:23, 496:14, 497:8, 514:4, 521:7, 521:25, 535:3, 544:25, 551:8, 554:12
**guest** [1] - 361:3
**guide** [1] - 391:16
**guidelines** [3] - 393:13, 393:18, 400:21
**guides** [2] - 390:7, 390:11
**guys** [3] - 463:16, 516:6, 556:24

**H**

**habit** [1] - 447:9
**hair** [7] - 379:3, 379:15, 406:16, 447:2, 447:10, 447:14, 448:9
**half** [6] - 494:12, 510:23, 512:17, 522:8, 526:3, 533:13
**hand** [12] - 352:13, 381:8, 400:16, 408:14, 453:8, 497:9, 518:11, 527:10, 530:15, 531:20, 543:5
**handed** [1] - 444:6
**handful** [1] - 385:10
**handle** [1] - 442:7
**handled** [1] - 426:16
**handling** [1] - 442:2
**hanging** [3] - 469:2, 482:22, 483:13
**hangs** [1] - 481:8
**happy** [10] - 452:4, 477:9, 511:24, 516:16, 516:19, 517:1, 517:15, 517:18, 518:14, 518:19
**hard** [6] - 396:22, 396:23, 397:4, 448:10, 501:17, 550:5
**hardly** [1] - 548:5
**harm** [2] - 537:25, 538:2
**harmony** [3] - 406:10, 406:11, 406:19
**hassle** [1] - 426:17
**haul** [1] - 412:10
**haul-in** [1] - 412:10
**hawk** [2] - 411:2
**head** [12] - 358:17, 358:20, 385:25, 473:7, 473:8, 473:10, 473:11, 473:12, 488:21, 509:2, 509:3, 520:21
**health** [15] - 368:18, 368:25, 372:2, 372:5, 372:10, 379:9, 379:25, 381:9, 381:17, 415:10, 438:15, 438:24, 440:22, 446:24, 472:5
**healthcare** [1] - 354:12
**healthy** [6] - 418:17, 424:13, 437:24, 438:1, 522:5

to purchase a complete copy of the transcript.

**hear** [4] - 388:2, 475:25, 496:22, 518:25

**heard** [12] - 434:11, 440:9, 471:4, 517:4, 517:15, 518:6, 518:25, 538:12, 538:16, 538:17, 539:20, 548:8

**hearing** [2] - 505:25, 553:25

**hearsay** [3] - 418:11, 418:13, 540:20

**heart** [1] - 422:17

**heat** [1] - 509:5

**heel** [1] - 448:14

**help** [17] - 361:21, 361:23, 385:6, 385:11, 398:7, 399:18, 433:7, 441:16, 469:21, 499:6, 499:8, 502:25, 503:1, 506:15, 506:19, 512:12, 518:8

**helped** [3] - 385:15, 388:20, 531:19

**helpful** [1] - 519:8

**helps** [2] - 364:1, 507:15

**Henry** [4] - 413:5, 420:11, 420:19, 431:1

**HERBERT** [1] - 408:15

**Herbert** [1] - 408:24

**herd** [2] - 410:7

**hi** [2] - 453:18, 530:23

**hide** [1] - 492:14

**hiding** [2] - 475:11, 476:21

**high** [11] - 359:12, 360:19, 364:2, 409:3, 409:10, 448:7, 523:6, 523:12, 523:20, 531:15, 531:17

**High** [1] - 409:4

**high-end** [1] - 359:12

**higher** [5] - 354:11, 356:10, 359:7, 449:22, 450:20

**highest** [1] - 364:4

**Highlander** [4] - 549:9, 552:5, 552:16, 553:6

**highlighting** [1] - 460:9

**highly** [6] - 462:8, 475:7, 491:3, 491:23, 492:7, 505:3

**hiking** [1] - 455:2

**himself** [1] - 504:22

**hips** [1] - 449:3

**hired** [2] - 358:8, 399:13

**history** [2] - 358:13, 358:15

**hobbies** [5] - 454:22, 454:24, 456:15, 456:20, 532:5

**hobby** [1] - 457:20

**hocks** [1] - 449:4

**hogs** [1] - 532:15

**hold** [5] - 366:7, 372:23, 513:11, 535:12, 536:19

**holding** [1] - 527:10

**hole** [1] - 386:1

**holidays** [1] - 502:14

**Hollow** [82] - 361:7, 361:9, 364:12, 364:14, 366:25, 367:16, 367:23, 368:11, 370:18, 374:3, 374:14, 376:11, 381:24, 384:23, 386:15, 386:23, 387:3, 388:10, 388:11, 389:14, 389:23, 390:2, 390:12, 391:15, 392:17, 392:24, 394:25, 395:5, 395:10, 396:2, 396:13, 397:18, 398:24, 399:12, 403:1, 403:4, 405:18, 406:23, 407:5, 412:18, 414:12, 414:24, 415:17, 416:11, 420:24, 435:3, 436:25, 438:3, 438:6, 438:13, 439:8, 439:20, 440:3, 441:4, 442:14, 443:9, 444:13, 446:14, 449:25, 455:13, 456:7, 462:18, 471:5, 502:16, 513:17, 524:22, 527:16, 529:18, 534:10, 535:15, 535:21, 535:25, 536:8, 538:4, 538:9, 539:10, 539:13, 540:5, 546:15, 547:2, 547:5, 547:8

**HOLMES** [11] - 350:11, 417:23, 417:25, 418:11, 434:3, 434:5, 449:10, 449:13, 451:5, 452:7, 553:20

**Holmes** [3] - 434:6, 452:6, 519:25

**home** [11] - 479:21, 479:22, 498:19, 499:3, 499:5, 499:15, 500:6, 505:1, 505:14, 506:22, 549:7

**homeowner** [1] - 532:9

**honest** [3] - 468:15, 478:15, 502:23

**honestly** [3] - 365:12, 518:7, 518:24

**honesty** [2] - 466:15, 522:4

**Honor** [75] - 352:5, 352:8, 353:12, 365:23, 366:23, 367:19, 368:7, 368:13, 370:9, 370:16, 370:24, 371:5, 371:8, 372:20, 373:6, 373:14, 374:10, 375:8, 376:3, 378:14, 381:4, 386:20, 387:13, 404:5, 404:10, 405:12, 406:25, 407:25, 408:2, 408:11, 417:23, 417:25, 418:11, 434:3, 449:10, 451:6, 452:7, 453:4, 455:25, 469:21, 481:20, 481:24, 485:3, 494:2, 505:19, 512:19, 519:12,

519:24, 522:21, 522:25, 525:19, 530:4, 530:8, 535:10, 536:17, 536:22, 540:19, 541:2, 541:7, 544:11, 545:10, 545:17, 546:8, 547:10, 547:16, 550:8, 550:13, 551:10, 551:16, 553:11, 553:22, 554:11, 554:19, 554:23, 556:5

**hoof** [2] - 447:23, 448:22

**hoofstock** [3] - 362:4, 496:3, 515:2

**hooved** [2] - 447:23, 448:5

**hooves** [7] - 448:6, 494:24, 495:2, 495:4, 495:6, 495:14, 515:5

**hopefully** [3] - 525:15, 552:22, 556:10

**horn** [2] - 417:2, 417:12

**horned** [1] - 520:19

**horns** [1] - 549:18

**horse** [4] - 359:6, 410:5, 411:17

**horses** [5] - 359:7, 412:11, 416:23, 448:3, 457:16

**hosted** [1] - 390:21

**hour** [3] - 452:10, 512:17, 522:8

**hour's** [1] - 556:11

**hour-and-a-half** [2] - 512:17, 522:8

**hours** [6] - 420:3, 445:4, 445:5, 506:22, 541:20, 548:3

**house** [22] - 416:13, 417:1, 418:3, 425:24, 426:16, 431:11, 458:4, 458:8, 458:12, 464:19, 466:13, 467:2, 468:3, 468:18, 471:22, 484:20, 498:5, 498:6, 498:7, 508:24, 513:20, 526:21

**housed** [1] - 358:2

**houses** [1] - 548:19

**housing** [3] - 394:11, 394:12, 505:21

**HSUS** [1] - 456:23

**human** [2] - 404:1, 442:3

**Humane** [3] - 457:7, 457:9, 533:9

**humans** [1] - 498:6

**hundreds** [1] - 452:1

**hunt** [1] - 460:18

**hurt** [1] - 418:18

**husband** [1] - 415:7

**husbandry** [21] - 353:20, 353:21, 354:22, 367:23, 386:8, 391:9, 392:4, 401:6, 401:9, 401:22, 401:24, 402:10, 402:16, 403:11, 443:3, 457:12, 457:23, 458:4, 458:5, 524:4, 531:6

**hybrid** [3] - 387:4, 403:6,

415:10, 415:12, 429:15

**hybrids** [9] - 386:14, 387:8, 387:9, 403:4, 425:13, 425:15, 426:1, 438:4, 438:5

**hysterically** [1] - 399:6

## I

**ice** [1] - 464:24

**IDALS** [5] - 540:12, 542:5, 552:13, 552:24

**idea** [5] - 376:15, 451:12, 479:3, 499:12, 511:10

**ideal** [1] - 478:19

**ideas** [1] - 447:13

**identified** [2] - 544:4, 555:11

**IgAs** [1] - 363:24

**IgGs** [1] - 363:24

**IgMs** [1] - 363:24

**illnesses** [1] - 426:7

**image** [1] - 549:6

**imagine** [2] - 468:2, 481:18

**imagines** [1] - 481:23

**imaging** [1] - 511:14

**immediate** [1] - 446:19

**immediately** [1] - 464:21

**imminent** [1] - 538:1

**immune** [1] - 364:1

**immunoglobulins** [2] - 363:25

**impact** [2] - 518:23, 519:6

**impacted** [1] - 494:9

**impeachment** [2] - 372:24, 386:24

**implementation** [5] - 398:5, 399:11, 399:21, 399:23, 399:25

**implemented** [2] - 398:10, 399:15

**implementing** [1] - 398:10

**important** [7] - 362:8, 367:15, 383:21, 383:23, 440:2, 461:25, 541:5

**impose** [1] - 516:18

**impression** [2] - 466:5, 466:15, 467:2

**impressions** [1] - 464:4

**improper** [1] - 379:4

**improved** [2] - 382:4, 389:13

**improvements** [3] - 382:6, 382:15, 385:17

**inactive** [1] - 489:2

**inadequate** [3] - 394:20, 484:22, 487:17

**inch** [2] - 478:6, 526:3

**include** [3] - 401:24, 438:17, 456:16

**including** [5] - 446:2, 446:3, 464:8, 532:22,

CONTACT RB Reporting at 319-651-1618 or rebecca@rbreporting.com
to purchase a complete copy of the transcript.

549:12
**incorrect** [3] - 424:7, 509:22, 525:4
**indicate** [1] - 353:10
**indicated** [8] - 360:25, 372:6, 405:8, 424:14, 517:5, 525:8, 529:13, 555:9
**indicating** [2] - 366:11, 423:24
**indication** [1] - 515:17
**indigenous** [3] - 359:19, 359:20, 362:8
**indignant** [1] - 503:1
**individual** [4] - 358:1, 419:16, 518:23, 554:18
**individual's** [1] - 393:21
**individuals** [1] - 516:12
**indoor** [2] - 412:11, 474:19
**industries** [3] - 358:19, 358:20
**industry** [4] - 360:20, 444:22, 444:24, 533:6
**infant** [1] - 497:25
**infected** [2] - 427:24, 428:7
**infection** [3] - 417:11, 418:21, 428:8
**inflamed** [1] - 495:11
**inflammatory** [1] - 445:23
**information** [6] - 397:14, 405:18, 413:6, 536:5, 541:15, 552:18
**ingredients** [1] - 361:22
**inject** [1] - 428:11
**injectable** [1] - 445:22
**injection** [1] - 428:22
**injured** [4] - 428:6, 449:1, 527:12, 549:14
**injuries** [1] - 448:13
**injury** [2] - 445:12, 511:7
**input** [2] - 525:18, 541:10
**inputted** [1] - 537:18
**inside** [7] - 382:12, 415:4, 416:12, 418:8, 475:11, 476:20, 530:1
**inspect** [1] - 438:15
**Inspection** [1] - 400:6
**inspection** [14] - 400:8, 422:22, 429:17, 446:13, 446:17, 505:16, 517:9, 536:2, 536:3, 538:19, 539:2, 539:8, 540:2, 547:24
**inspections** [12] - 365:17, 393:5, 414:16, 414:19, 425:21, 441:8, 441:10, 449:24, 450:2, 535:9, 539:18, 552:16
**inspector** [2] - 415:24, 450:21, 536:14
**inspectors** [5] - 392:16, 392:23, 415:20, 449:18, 450:19
**installing** [1] - 467:15

**instance** [4] - 383:17, 411:20, 471:22, 472:18
**instances** [2] - 355:11, 515:23
**instead** [5] - 359:1, 369:4, 376:8, 378:7, 380:19
**instructor** [2] - 531:22, 532:3
**intact** [1] - 355:6
**intend** [1] - 555:3
**intentions** [1] - 479:1
**interacting** [1] - 513:11
**interaction** [2] - 367:6, 513:15
**interacts** [4] - 367:4, 367:5, 380:14
**interest** [10] - 414:19, 471:18, 526:19, 531:21, 532:1, 532:11, 532:19, 551:3, 552:10, 552:11
**interested** [10] - 405:6, 405:9, 407:13, 459:2, 501:24, 531:12, 532:7, 537:21, 538:15
**interesting** [5] - 359:11, 387:7, 404:21, 531:9, 540:16
**interests** [3] - 454:22, 454:24, 455:3
**interior** [1] - 505:20
**internal** [1] - 421:23
**interrupt** [3] - 395:19, 405:4, 488:6
**interrupted** [2] - 404:22, 405:3
**Inti** [1] - 353:5
**INTI** [1] - 353:5
**intimate** [1] - 497:2
**intriguing** [1] - 362:12
**introduce** [3] - 453:22, 544:13, 545:17
**introduced** [1] - 462:20
**introducing** [1] - 545:5
**investigate** [1] - 357:24
**investigation** [5] - 357:25, 358:7, 358:9, 402:25, 552:24
**investigators** [1] - 357:13
**involved** [3] - 394:3, 523:17, 533:3
**involves** [2] - 353:19, 354:21
**Iowa** [57] - 350:6, 350:15, 353:1, 354:8, 360:9, 360:22, 361:1, 409:8, 409:16, 409:23, 410:2, 410:5, 410:12, 411:4, 411:6, 411:13, 412:7, 413:3, 413:8, 414:17, 414:25, 415:24, 416:4, 416:6, 419:2, 421:19, 428:24, 429:3, 430:14, 430:16, 431:2, 433:15, 433:19, 433:22, 433:23,

436:5, 436:9, 450:7, 454:13, 457:8, 460:17, 463:6, 464:5, 464:8, 507:7, 516:13, 531:1, 531:3, 531:5, 531:20, 533:4, 537:19, 539:24, 548:7, 548:15, 551:23, 552:1
**Iowa's** [1] - 533:6
**ironically** [1] - 524:21
**irresponsible** [1] - 497:12
**issue** [2] - 363:5, 436:13
**issues** [6] - 416:3, 436:19, 446:19, 462:2, 512:6, 549:13
**item** [2] - 537:16, 538:3
**items** [1] - 537:24
**itself** [2] - 380:24, 475:6
**ivory** [1] - 462:9

**J**

**Jacob** [1] - 494:22
**January** [1] - 547:22
**JEFFREY** [1] - 350:8
**Jersey** [1] - 360:17
**Jessica** [1] - 463:13
**JESSICA** [1] - 350:8
**job** [7] - 356:12, 360:2, 433:8, 433:14, 517:16, 517:18, 531:17
**jobs** [3] - 358:9, 523:11, 523:17
**JOHN** [2] - 408:15, 453:9
**John** [66] - 351:4, 351:10, 408:12, 408:24, 453:5, 453:19, 454:12, 454:16, 454:22, 455:8, 455:15, 457:3, 458:16, 460:15, 461:20, 462:3, 462:17, 467:11, 468:19, 469:18, 470:1, 471:4, 472:6, 473:22, 477:17, 479:4, 482:3, 483:7, 485:6, 487:19, 488:6, 489:11, 490:10, 491:5, 492:18, 494:5, 494:14, 495:18, 499:25, 501:4, 501:15, 503:7, 504:4, 505:9, 505:15, 505:20, 506:20, 507:5, 507:24, 508:14, 510:2, 513:3, 514:12, 515:21, 516:15, 517:9, 517:24, 518:19, 519:13, 519:21, 520:11, 521:12, 522:20, 523:3, 523:5, 525:24
**joint** [2] - 428:7, 428:16
**joke** [1] - 463:12
**judge** [1] - 545:8
**judgments** [1] - 366:19
**July** [13] - 400:18, 503:10, 504:5, 505:16, 507:7, 508:20, 510:13, 515:9,

520:14, 520:15, 525:5, 526:25
**jumped** [1] - 499:5
**June** [2] - 400:19, 447:3
**jungle** [2] - 437:6, 484:7
**juveniles** [1] - 477:4

**K**

**Kamarah** [1] - 440:16
**keep** [20] - 356:1, 361:22, 383:4, 392:14, 393:11, 394:1, 396:20, 396:22, 402:7, 405:15, 419:13, 432:11, 448:15, 464:9, 471:25, 478:22, 496:15, 497:17, 497:19, 524:11
**keeping** [1] - 491:23
**kennel** [1] - 412:5
**Kentucky** [2] - 360:18, 360:21
**kept** [4] - 406:4, 444:8, 455:18, 457:16
**Kevin** [2] - 414:20, 430:11
**key** [1] - 364:6
**kibble** [2] - 465:1, 465:9
**kid** [1] - 457:15
**kill** [1] - 413:20
**killed** [1] - 399:6
**Killing** [1] - 456:24
**kind** [71] - 358:12, 367:6, 378:22, 388:14, 388:15, 408:18, 413:24, 414:1, 414:19, 415:23, 417:2, 419:2, 419:22, 425:22, 427:4, 450:8, 456:21, 461:14, 461:18, 463:11, 465:1, 465:23, 466:22, 466:24, 467:1, 467:22, 468:20, 469:7, 469:9, 469:10, 469:16, 471:15, 473:16, 473:19, 474:15, 474:19, 474:23, 475:8, 475:23, 476:8, 476:19, 478:9, 479:5, 480:13, 482:22, 483:13, 483:17, 483:21, 486:1, 493:8, 494:21, 497:8, 497:18, 498:1, 504:21, 507:8, 508:20, 508:22, 509:1, 509:3, 513:10, 516:2, 532:19, 532:20, 538:15, 539:15, 539:22, 546:22, 550:5
**kinds** [3] - 362:7, 436:19, 460:22
**king** [1] - 484:6
**Kingery** [1] - 350:14
**kinship** [2] - 501:12, 518:4
**Kirkwood** [1] - 523:21
**Kitchen** [1] - 358:23
**knee** [1] - 450:10
**knees** [1] - 450:9

to purchase a complete copy of the transcript.

**knowing** [5] - 398:9, 475:4, 504:23, 504:24, 549:14

**knowledge** [7] - 356:13, 356:21, 365:14, 393:15, 399:1, 420:19, 499:12

**koi** [2] - 467:14, 467:20

**Kopecky** [1] - 350:14

**Kuehl** [10] - 351:5, 351:17, 351:19, 351:20, 463:3, 463:16, 525:6, 530:9, 534:1

**KUEHL** [1] - 530:16

**L**

**lab** [1] - 412:9

**label** [6] - 413:10, 413:14, 426:24, 442:23, 442:24, 442:25

**labeled** [4] - 389:17, 413:21, 443:1, 542:24

**laboratory** [3] - 353:24, 356:21, 356:22

**Laboratory** [1] - 356:19

**labs** [1] - 413:18

**lack** [7] - 374:11, 380:22, 384:13, 384:24, 385:8, 470:16, 548:16

**lacking** [1] - 359:3

**lactating** [2] - 382:23, 397:1

**laid** [1] - 431:22

**lame** [1] - 437:22

**lameness** [2] - 411:17, 422:18

**Land** [1] - 551:23

**language** [1] - 482:6

**lap** [1] - 496:15

**large** [14] - 354:1, 362:21, 371:18, 389:15, 394:2, 410:4, 423:17, 424:3, 430:20, 434:18, 481:10, 485:25, 510:18, 548:4

**larger** [5] - 444:18, 477:9, 478:8, 549:6, 549:23

**lark** [2] - 511:24, 516:16

**Larry** [1] - 553:13

**LARRY** [1] - 350:14

**last** [15] - 381:23, 388:24, 398:16, 407:22, 422:4, 422:21, 432:12, 434:8, 436:14, 463:24, 516:25, 519:6, 521:17, 554:13

**late** [1] - 435:15

**law** [4] - 449:18, 457:21, 467:14, 541:12

**Law** [1] - 350:11

**law's** [1] - 457:19

**laws** [1] - 547:4

**lawyers** [1] - 356:15

**lay** [1] - 376:1

**laying** [6] - 380:16, 419:16, 419:19, 437:22,

486:2, 549:13

**laypeople** [1] - 433:20

**lays** [2] - 380:13, 435:22

**leader** [1] - 457:8

**leading** [2] - 417:23, 417:25

**learn** [2] - 402:17, 540:15

**learned** [10] - 360:7, 458:6, 458:12, 458:13, 476:12, 476:16, 497:21, 532:17, 536:1

**learning** [4] - 359:19, 364:17, 364:25, 514:4

**Learning** [1] - 459:1

**least** [13] - 366:17, 368:20, 403:7, 425:11, 444:16, 464:21, 477:3, 480:4, 480:17, 480:20, 492:16, 528:19, 556:11

**leave** [2] - 402:20, 494:14

**leaves** [2] - 548:13, 554:5

**leaving** [6] - 414:16, 414:20, 494:13, 494:15, 529:21, 531:25

**lectures** [2] - 361:3, 411:19

**led** [2] - 354:20, 532:19

**left** [14] - 400:16, 410:7, 415:13, 421:25, 468:3, 468:18, 472:14, 472:15, 487:8, 513:4, 526:17, 538:1, 554:1, 554:17

**left-hand** [1] - 400:16

**leg** [6] - 418:9, 428:6, 428:23, 448:23, 449:1

**Legal** [3] - 350:8, 533:8, 533:11

**legislature** [1] - 403:19

**legs** [6] - 384:18, 384:21, 406:2, 406:13, 406:14, 448:13

**lemur** [18] - 371:16, 371:18, 371:20, 404:24, 437:1, 437:15, 437:24, 439:13, 474:3, 474:13, 475:6, 475:10, 475:19, 476:4, 476:11, 476:12, 476:13, 476:17

**lemur's** [1] - 404:20

**lemurs** [45] - 362:16, 362:17, 362:18, 362:20, 362:21, 370:5, 370:7, 370:10, 370:13, 370:17, 370:22, 371:11, 372:3, 372:5, 372:10, 390:7, 404:17, 404:20, 405:8, 405:10, 405:17, 405:23, 406:1, 406:23, 407:8, 407:9, 407:20, 407:22, 430:8, 430:13, 436:25, 437:4, 437:7, 437:12, 437:20, 461:11, 473:22, 473:24, 475:4, 475:7, 475:8, 500:13, 504:20,

506:5

**lemurs'** [3] - 371:12, 371:14, 474:1

**lengths** [1] - 502:25

**leopard** [1] - 412:20

**lesions** [1] - 418:8

**less** [4] - 389:11, 442:8, 494:11

**letter** [1] - 552:10

**level** [7] - 354:11, 364:2, 364:3, 383:16, 453:22, 469:8, 532:2

**licensed** [1] - 538:7

**licensee** [2] - 536:6, 536:15

**licensees** [1] - 537:20

**lied** [1] - 424:10

**life** [28] - 359:4, 362:15, 382:22, 389:4, 404:1, 454:20, 458:10, 460:1, 477:11, 477:15, 479:25, 481:16, 482:9, 485:11, 489:7, 489:9, 497:21, 499:21, 504:24, 505:7, 511:19, 513:21, 519:17, 519:18, 532:14

**lifetime** [2] - 524:20, 534:5

**light** [1] - 471:14

**lighting** [1] - 473:16

**liken** [1] - 522:12

**limitation** [2] - 391:7, 391:11

**limitations** [2] - 391:23, 392:6

**limited** [1] - 555:20

**limping** [1] - 445:13

**line** [6] - 370:25, 371:10, 381:5, 496:23, 536:4, 538:20

**lines** [2] - 400:7, 516:15

**link** [1] - 459:24

**lion** [20] - 379:19, 379:20, 379:23, 380:4, 380:5, 415:2, 424:14, 440:16, 462:25, 486:22, 488:18, 488:24, 489:2, 509:17, 509:21, 509:24, 529:14, 529:16, 545:12, 545:13

**lioness** [2] - 542:19, 542:21

**lions** [6] - 394:2, 431:19, 443:1, 460:23, 461:8, 485:23

**LISA** [1] - 530:16

**Lisa** [28] - 351:5, 351:17, 351:19, 351:20, 463:2, 463:15, 463:17, 463:20, 501:23, 502:2, 513:10, 525:6, 530:9, 530:23, 530:25, 535:24, 537:15, 541:8, 542:11, 542:14, 543:13, 546:9, 547:21, 548:24, 550:18, 550:19, 551:22, 552:20

**list** [6] - 356:25, 358:12, 417:16, 517:10, 537:19, 538:8

**listed** [5] - 356:4, 357:9, 389:20, 411:24, 440:8

**listening** [1] - 432:2

**lit** [1] - 474:25

**liter** [1] - 469:1

**literally** [1] - 510:25

**litigation** [1] - 462:14

**live** [13] - 352:25, 353:1, 402:11, 430:2, 499:2, 500:20, 512:3, 514:9, 516:24, 522:16, 530:25, 531:1, 534:8

**lived** [11] - 415:8, 460:21, 468:16, 479:11, 498:4, 499:20, 505:6, 513:19, 526:20, 538:14, 538:17

**lives** [3] - 458:3, 479:21, 482:4

**livestock** [6] - 358:19, 362:13, 433:25, 438:19, 457:17, 535:4

**living** [7] - 438:9, 464:5, 480:1, 482:6, 519:19, 548:6, 548:7

**LLP** [1] - 350:15

**local** [1] - 459:11

**locations** [1] - 414:24

**log** [6] - 477:20, 477:21, 486:22, 486:25, 488:19, 493:14

**logic** [2] - 529:7, 529:8

**logical** [1] - 529:2

**logs** [1] - 477:14

**long-term** [1] - 446:9

**look** [61] - 355:2, 355:24, 357:6, 357:22, 358:1, 361:17, 367:3, 367:11, 368:15, 368:24, 373:18, 378:18, 382:24, 385:23, 385:25, 386:18, 387:8, 395:8, 400:2, 401:25, 406:1, 419:15, 419:18, 419:22, 420:4, 420:6, 424:22, 434:18, 434:23, 437:25, 439:1, 440:14, 443:20, 447:3, 450:21, 452:3, 469:19, 475:13, 500:16, 500:17, 501:11, 506:10, 510:1, 510:4, 517:19, 519:21, 520:7, 528:22, 529:3, 536:5, 543:23, 545:8, 546:2, 548:3, 548:4, 548:18, 549:8, 553:1, 553:3, 553:8

**looked** [19] - 363:1, 364:23, 366:24, 369:24, 386:14, 476:14, 481:15, 488:14, 496:16, 496:17, 509:2, 509:8, 515:7, 518:5, 528:1, 529:6, 548:20, 549:10

www.CONTRACTASHORTHAND.com
to purchase a complete copy of the transcript.

**looking** [37] - 354:25, 357:19, 358:4, 367:1, 367:2, 367:8, 368:8, 371:9, 376:5, 379:12, 379:21, 379:22, 379:24, 380:20, 381:11, 400:11, 418:23, 419:13, 419:18, 422:16, 438:15, 466:1, 469:7, 472:12, 489:4, 492:25, 499:22, 500:6, 514:14, 536:9, 542:17, 543:2, 543:23, 544:3, 544:4, 545:9
**looks** [7] - 357:3, 357:5, 379:19, 380:6, 381:13, 406:10, 509:9
**loss** [1] - 447:2
**lost** [3] - 396:14, 396:16, 521:16
**Louis** [2] - 534:5, 534:6
**love** [7] - 371:17, 518:17, 520:18, 532:6, 532:8
**lovely** [1] - 520:17, 521:8, 522:17
**lover** [1] - 461:9
**lower** [1] - 543:4
**luck** [1] - 413:7
**Lucy** [5] - 475:10, 475:12, 475:13, 475:16, 476:7
**lump** [2] - 528:22, 529:2
**Luna** [1] - 440:17
**lunch** [2] - 452:11, 507:1
**lying** [2] - 493:21, 543:21

# M

**ma'am** [4] - 530:14, 538:5, 547:6, 550:24
**machine** [1] - 442:1
**Madagascar** [1] - 362:19
**Madrid** [1] - 531:1
**main** [4] - 367:1, 433:24, 464:19, 496:3
**maintain** [3] - 355:21, 356:3, 358:4
**maintaining** [1] - 398:20
**majestic** [1] - 480:1
**major** [4] - 384:19, 386:9, 409:22, 456:23
**majors** [1] - 409:17
**males** [1] - 442:13
**malfunctioned** [1] - 375:14
**malnutrition** [1] - 406:15
**mammals** [1] - 477:2
**man** [2] - 500:3, 529:24
**manage** [1] - 462:1
**managed** [1] - 410:7
**management** [1] - 353:25
**manager** [2] - 359:23, 412:5
**managing** [1] - 358:17
**Manchester** [5] - 365:9, 421:5, 423:12, 534:11,

538:18
**mandated** [1] - 450:18
**mange** [2] - 379:1, 379:25
**manipulated** [1] - 549:22
**manner** [2] - 370:4, 456:5
**mannerisms** [1] - 484:21
**March** [4] - 437:3, 445:3, 450:7, 548:14
**Marion** [1] - 454:12
**mark** [1] - 547:12
**marked** [4] - 373:4, 423:20, 424:17, 552:22
**marks** [1] - 400:19
**Marshalltown** [6] - 353:1, 364:9, 364:11, 372:17, 373:22, 374:23
**mass** [1] - 383:14
**Master's** [3] - 354:7, 354:15, 354:17
**materials** [2] - 391:1, 391:20
**matrix** [1] - 384:11
**matter** [5] - 443:21, 444:10, 460:24, 503:3, 540:24
**matters** [1] - 381:10
**mean** [24] - 394:24, 413:14, 416:25, 417:9, 464:8, 468:12, 469:13, 471:21, 476:21, 477:13, 481:5, 481:8, 483:2, 487:11, 492:7, 499:3, 499:7, 500:10, 501:9, 505:5, 516:18, 516:20, 519:9, 522:4
**meaningful** [1] - 516:23
**means** [5] - 356:10, 456:4, 461:24, 472:1, 480:21
**meant** [1] - 504:1
**meanwhile** [1] - 512:4
**meat** [6] - 354:22, 361:14, 361:15, 431:20, 448:8, 448:17
**medical** [5] - 435:10, 436:11, 436:19, 446:2, 531:10
**medications** [2] - 433:15, 442:23
**medicine** [6] - 359:21, 410:18, 420:25, 421:4, 421:23, 436:9
**meet** [4] - 362:23, 364:20, 365:7, 421:7
**meeting** [3] - 406:21, 541:18, 552:18
**member** [11] - 357:14, 357:17, 457:3, 457:5, 457:6, 457:10, 524:6, 524:7, 524:18, 533:8, 533:11
**members** [1] - 460:21
**membership** [1] - 524:20
**memorable** [1] - 494:17
**memories** [1] - 399:3

**memory** [5] - 388:25, 398:25, 440:12, 462:24, 480:25
**mended** [2] - 411:3, 418:21
**mention** [2] - 405:2, 429:17
**mentioned** [30] - 356:5, 361:24, 386:10, 420:10, 427:19, 434:12, 439:12, 442:10, 455:6, 456:11, 456:15, 458:7, 459:21, 460:3, 471:16, 482:11, 485:20, 489:3, 493:22, 503:7, 504:4, 509:8, 512:15, 514:6, 516:4, 516:15, 521:12, 521:23, 524:23, 538:11
**Mercy** [1] - 456:24
**message** [2] - 455:16, 455:21
**met** [9] - 357:14, 363:20, 403:12, 415:20, 415:22, 420:13, 463:25, 464:1, 551:24
**metabolic** [1] - 383:7, 383:13, 383:14
**metal** [2] - 479:19, 510:21, 511:1, 511:8, 549:17
**meteorology** [1] - 531:11
**methods** [1] - 416:9
**mice** [1] - 353:24
**MICHAEL** [1] - 352:14
**Michael** [1] - 352:23
**microbiology** [1] - 409:25
**microp** [1] - 356:25
**microphone** [7] - 352:18, 387:15, 408:19, 453:13, 453:14, 453:24, 530:20
**microscope** [2] - 357:4, 357:6
**microscopist** [1] - 357:1
**mid** [1] - 474:21
**mid-day** [1] - 474:21
**middle** [3] - 477:20, 486:22, 486:25
**might** [46] - 357:6, 359:3, 383:3, 385:12, 385:22, 387:24, 388:2, 388:12, 395:22, 400:25, 401:1, 419:3, 429:2, 441:13, 445:23, 447:12, 450:21, 453:19, 460:5, 470:23, 477:15, 481:18, 482:16, 483:17, 484:17, 491:20, 492:19, 492:21, 493:2, 493:16, 500:3, 500:9, 501:5, 502:8, 504:8, 511:11, 511:14, 522:9, 522:10, 526:6, 526:24, 527:4, 539:23, 539:25, 555:6
**milk** [8] - 363:7, 363:8, 363:19, 363:22, 363:24,

363:25, 448:8, 522:13
**milligrams** [2] - 383:11, 383:12
**mind** [7] - 388:15, 418:13, 454:10, 472:16, 474:8, 481:25, 511:10
**Mindi** [2] - 462:19, 525:2
**mine** [3] - 387:21, 449:16, 538:12
**minerals** [3] - 359:24, 383:17, 383:23
**minimal** [1] - 484:19
**minimum** [1] - 402:9
**Minnesota** [2] - 393:10
**minor** [1] - 360:23
**minors** [1] - 409:17
**minute** [4] - 408:6, 449:11, 474:11, 522:20
**minutes** [7] - 452:11, 476:5, 499:3, 512:21, 526:9, 553:25, 554:1
**Miraj** [2] - 445:9, 445:11
**miss** [1] - 550:4
**missed** [2] - 433:14, 434:13
**Mississippi** [1] - 458:22
**Missouri** [2] - 463:6, 463:11
**mistaken** [1] - 386:17
**mistreat** [1] - 423:7
**mistreated** [1] - 423:5
**mites** [1] - 471:23
**mix** [4] - 363:11, 398:7, 452:1, 555:6
**mixed** [1] - 488:13
**mixes** [1] - 360:4
**mixing** [1] - 363:18
**mobile** [2] - 479:21, 479:22
**Moines** [3] - 533:5, 534:10, 539:24
**Moines-based** [1] - 533:5
**moisture** [1] - 355:7
**mom** [1] - 467:7
**moment** [4] - 395:9, 404:4, 520:6, 553:22
**moments** [1] - 474:10
**monetized** [1] - 498:21
**money** [5] - 394:7, 394:10, 427:4, 524:16, 524:17
**Mongolia** [3] - 362:5, 362:6, 386:12
**monitor** [1] - 409:13
**monitored** [1] - 478:25
**monkey** [3] - 413:11, 446:20, 447:13
**monkeys** [4] - 416:13, 416:20, 422:12, 459:7
**month** [2] - 394:20, 440:18
**months** [6] - 383:2, 440:21, 447:20, 515:8, 547:23
**moral** [1] - 468:10

to purchase a complete copy of the transcript.

**morning** [1] - 388:6, 388:7, 420:18, 436:16, 436:23, 526:6, 554:9, 554:10, 556:10, 556:22, 557:6

**mortality** [1] - 451:21

**mosquito** [1] - 417:12

**most** [22] - 354:10, 358:18, 362:12, 364:24, 365:2, 391:22, 393:8, 413:15, 429:25, 436:15, 455:18, 458:25, 464:8, 484:14, 501:9, 511:17, 518:7, 531:18, 537:23, 538:24

**mostly** [3] - 353:25, 361:13, 523:25

**mother** [4] - 363:8, 437:10, 458:1

**mountain** [2] - 415:2, 529:16

**mouse** [1] - 383:10

**mouth** [2] - 380:2, 380:22

**move** [9] - 387:24, 401:6, 428:17, 431:4, 451:24, 454:5, 454:7, 494:14, 547:10

**moved** [4] - 415:13, 415:14, 454:19, 475:21

**moving** [5] - 402:17, 431:11, 448:10, 482:21, 550:6

**MR** [63] - 352:8, 352:10, 352:20, 353:12, 366:2, 366:23, 368:1, 369:3, 370:12, 371:4, 374:5, 375:2, 377:6, 378:9, 387:11, 404:10, 404:14, 407:11, 407:24, 408:11, 408:21, 434:1, 451:9, 452:5, 453:4, 453:16, 455:24, 469:21, 469:25, 481:20, 481:24, 485:3, 494:2, 505:18, 507:17, 507:19, 512:19, 513:2, 519:12, 519:24, 520:2, 522:20, 522:23, 522:25, 523:2, 525:19, 525:23, 530:2, 530:4, 535:10, 536:17, 536:20, 540:19, 544:11, 545:10, 546:6, 547:16, 550:13, 551:16, 553:10, 553:17, 554:19, 556:14

**MRI** [1] - 428:25

**MS** [78] - 352:5, 365:23, 367:19, 368:7, 370:9, 370:16, 371:7, 372:19, 373:6, 373:14, 373:17, 374:10, 375:8, 375:18, 375:23, 376:22, 377:5, 378:14, 381:4, 384:24, 386:20, 387:13, 387:17, 387:19, 387:24, 388:2,

388:5, 404:4, 404:7, 405:12, 406:25, 407:15, 408:2, 417:23, 417:25, 418:11, 434:3, 434:5, 449:10, 449:13, 451:5, 452:7, 530:8, 530:11, 530:22, 535:13, 535:23, 536:22, 537:14, 541:2, 541:7, 543:11, 543:25, 544:6, 544:22, 545:16, 545:22, 545:25, 546:8, 547:10, 550:8, 551:10, 551:15, 551:17, 553:7, 553:11, 553:13, 553:18, 553:20, 553:22, 554:11, 554:15, 554:22, 555:3, 556:5, 556:20, 557:1, 557:7

**mud** [7] - 450:7, 450:9, 490:3, 490:5, 490:17, 490:22, 490:23

**multi** [1] - 434:20

**multi-colored** [1] - 434:20

**muscle** [3] - 354:25, 355:6, 355:7

**muscles** [1] - 355:5

**museum** [1] - 458:24

## N

**nail** [1] - 448:20

**name** [12] - 352:22, 353:4, 408:22, 415:25, 417:17, 421:11, 434:6, 434:8, 454:10, 456:24, 460:5, 482:18

**named** [1] - 462:19

**namely** [1] - 363:12

**nasal** [4] - 378:25, 379:13, 380:23, 384:18

**National** [2] - 459:1, 524:18

**native** [3] - 362:11, 414:25

**natural** [4] - 359:3, 364:3, 494:8, 498:17

**Natural** [2] - 359:11, 399:16

**naturally** [1] - 418:21

**nature** [4] - 367:2, 416:25, 432:3, 458:14

**NE** [2] - 350:5, 350:15

**near** [5] - 416:23, 467:24, 473:13, 521:2, 528:12

**nearby** [2] - 475:9, 491:16

**nearer** [1] - 453:23

**necessarily** [2] - 396:23, 457:23

**necessary** [1] - 556:16

**necropsies** [1] - 430:17, 439:19, 440:25

**necropsy** [5] - 430:13, 430:16, 439:13, 440:6, 441:3

**need** [27] - 356:1, 385:10,

392:23, 394:18, 402:19, 426:14, 428:1, 441:13, 441:15, 446:25, 448:1, 456:5, 458:14, 473:1, 473:2, 475:8, 501:13, 503:1, 511:23, 518:25, 530:19, 541:16, 546:3, 546:4, 556:19, 556:24, 557:3

**needed** [6] - 363:14, 365:1, 385:6, 387:6, 397:16, 424:1

**needs** [22] - 361:13, 367:12, 370:24, 371:13, 371:15, 371:17, 372:1, 383:4, 397:1, 397:23, 401:11, 402:2, 402:15, 403:11, 404:19, 431:23, 437:4, 442:2, 447:7, 464:10, 464:11

**nerve** [2] - 445:14, 445:24

**nervous** [2] - 447:8, 500:9

**never** [34] - 367:21, 392:16, 394:1, 394:25, 395:4, 395:10, 395:21, 395:23, 402:24, 403:2, 403:3, 416:22, 417:6, 420:13, 421:2, 433:14, 434:13, 436:24, 437:12, 450:20, 452:2, 461:16, 468:1, 469:6, 475:10, 475:12, 476:15, 478:23, 483:18, 483:19, 527:14, 538:12, 547:7, 548:8

**new** [11] - 360:3, 382:13, 387:8, 393:11, 393:12, 397:14, 402:18, 419:15, 422:1, 513:9, 513:17

**New** [2] - 360:9, 360:17

**newer** [2] - 382:10

**news** [1] - 516:9

**Newton** [2] - 409:4, 410:6

**next** [26] - 375:5, 401:7, 408:10, 420:18, 436:23, 443:20, 453:3, 464:20, 465:16, 468:19, 472:22, 475:9, 476:6, 476:14, 480:3, 480:5, 494:23, 510:21, 510:24, 514:23, 530:7, 537:10, 539:21, 540:11, 541:1, 543:21

**nice** [4] - 382:13, 455:11, 459:20, 548:19

**nicer** [1] - 460:10

**night** [3] - 412:6, 433:8, 433:12

**nine** [3] - 515:8, 554:10, 556:22

**nipping** [1] - 497:9

**nitpicking** [2] - 512:7, 516:10

**nobody** [2] - 414:2, 452:4

**nocturnal** [1] - 476:23

**noncompliance** [3] -

537:20, 537:22, 537:24

**noncompliant** [3] - 537:16, 537:17, 538:3

**none** [6] - 406:22, 435:16, 498:22, 502:4, 520:16, 523:17

**nonexistent** [1] - 490:1

**nonhuman** [1] - 505:21

**nontypical** [1] - 535:4

**nonvets** [1] - 433:16

**normal** [5] - 414:4, 437:18, 437:20, 465:13, 541:19

**normally** [9] - 413:2, 420:17, 421:6, 423:10, 425:21, 426:15, 426:18, 449:21, 484:24

**Normandy** [1] - 454:12

**north** [1] - 415:8

**northeast** [1] - 412:7

**Northey** [2] - 542:2, 542:4

**northwest** [2] - 360:9, 426:13

**nose** [4] - 406:3, 431:12, 462:25

**notation** [1] - 400:16

**note** [3] - 389:18, 400:20, 493:2

**notes** [8] - 363:1, 378:6, 378:8, 443:17, 444:1, 444:7, 453:24, 556:15

**nothing** [24] - 370:10, 373:12, 386:9, 406:3, 408:2, 416:5, 422:21, 422:23, 427:2, 452:7, 468:24, 488:25, 507:11, 507:13, 511:5, 514:24, 515:18, 517:4, 517:6, 521:11, 522:23, 530:4, 532:16, 533:19

**notice** [5] - 367:17, 370:5, 382:6, 422:7, 507:14

**noticed** [13] - 422:21, 443:10, 443:13, 471:19, 480:14, 484:9, 496:5, 498:2, 509:7, 510:16, 548:16, 549:8, 549:11

**November** [4] - 410:2, 418:25, 440:15, 447:5

**NSAID** [1] - 446:3

**NSAIDs** [2] - 446:2, 446:7

**nuisance** [1] - 417:3

**number** [29] - 354:19, 354:25, 356:4, 358:11, 358:20, 369:19, 372:12, 376:19, 382:7, 385:3, 388:13, 400:18, 416:10, 417:17, 432:6, 435:8, 439:7, 440:2, 446:17, 454:1, 472:9, 477:1, 488:14, 539:3, 539:5, 539:6, 543:4, 545:18

**numbered** [2] - 544:10, 554:8

Case 6:14-cv-02034-JSS   Document 73   Filed 10/30/15   Page 72 of 84

CONTACT B JENSEN REPORTING at 319-560-3160 to purchase a complete copy of the transcript.

**numbering** [1] - 543:22
**numbers** [2] - 414:1, 472:8
**numerous** [1] - 459:13
**nutraceuticals** [3] - 359:1, 359:2, 359:19
**nutrient** [1] - 388:21
**nutrition** [32] - 354:3, 354:9, 354:12, 356:13, 359:6, 360:7, 360:19, 360:23, 361:4, 364:4, 367:8, 369:2, 372:2, 381:8, 385:19, 387:2, 388:20, 390:7, 390:10, 390:11, 390:14, 390:20, 391:2, 391:5, 391:21, 391:25, 392:25, 396:25, 397:3, 399:11, 448:8
**Nutrition** [5] - 355:25, 359:11, 390:3, 393:10, 399:16
**nutritional** [19] - 367:6, 367:7, 367:12, 367:13, 379:3, 382:16, 386:18, 390:1, 391:14, 393:9, 393:15, 396:13, 397:18, 398:1, 398:11, 405:19, 406:5, 406:20, 478:19
**nutritionist** [3] - 381:16, 387:1, 399:13
**nutritionists** [1] - 432:3

# O

**o'clock** [1] - 554:10
**Oasis** [2] - 364:19, 364:22
**Obi** [22] - 497:20, 497:25, 498:1, 498:4, 498:8, 504:13, 504:16, 504:17, 504:18, 504:19, 504:21, 505:10, 505:21, 506:7, 513:6, 513:18, 513:23, 517:3, 518:5, 518:16, 519:16, 526:20
**Obi's** [4] - 497:21, 498:12, 504:24, 513:8
**object** [4] - 372:19, 373:13, 374:11, 511:8
**objection** [32] - 365:23, 366:21, 367:19, 370:9, 372:9, 372:23, 373:3, 373:7, 375:24, 381:4, 384:24, 386:20, 387:2, 405:12, 406:25, 407:22, 417:23, 417:25, 418:11, 418:13, 418:14, 455:24, 481:20, 485:3, 494:2, 535:10, 536:17, 540:19, 547:15, 550:12, 551:14, 555:16
**objections** [2] - 373:11, 555:16
**obligation** [10] - 457:2, 462:7, 462:10, 462:11,

468:10, 468:11, 470:25, 472:24, 472:25, 519:3
**obliging** [1] - 540:14
**observation** [2] - 367:15, 369:12
**observations** [1] - 406:17
**observe** [11] - 366:6, 403:10, 453:25, 480:22, 484:11, 485:23, 489:11, 491:15, 496:13, 520:12, 548:10
**observed** [9] - 403:3, 485:7, 487:14, 491:5, 491:18, 494:16, 496:14, 498:12, 503:14
**observer** [2] - 369:9, 369:22
**observing** [2] - 489:2, 511:3
**obviously** [8] - 362:18, 371:17, 397:12, 455:1, 461:21, 476:23, 514:2, 518:6
**occasions** [5] - 358:11, 370:18, 393:17, 397:21, 522:19
**occupation** [2] - 408:25, 531:16
**occupational** [1] - 531:21
**occur** [1] - 539:17
**occurred** [1] - 439:8
**occurring** [1] - 537:24
**October** [17] - 378:2, 381:25, 396:2, 398:17, 398:19, 463:23, 474:21, 479:17, 486:14, 503:20, 515:9, 520:14, 524:23, 525:4, 525:7, 526:1, 557:9
**odd** [9] - 465:24, 482:23, 496:20, 498:7, 508:20, 508:22, 511:9, 513:10, 516:11
**offended** [1] - 467:10
**offer** [14] - 373:12, 374:5, 378:9, 544:20, 547:11, 550:8, 551:10, 555:3, 555:4, 555:6, 555:14, 555:21, 556:2, 556:3
**OFFERED** [1] - 351:15
**offered** [9] - 355:14, 374:7, 378:11, 520:9, 540:23, 547:14, 550:11, 551:13
**office** [8] - 363:10, 396:14, 397:19, 412:5, 443:22, 503:23, 527:20, 527:24
**official** [2] - 436:3, 436:5
**often** [2] - 385:25, 400:24
**oftentimes** [1] - 383:24
**old** [2] - 424:10, 439:25
**older** [2] - 421:24, 431:23
**Oleson** [1] - 534:12
**Oligo** [2] - 359:15
**Omaha** [1] - 371:19,

413:4, 420:12, 430:25
**once** [13] - 365:7, 365:8, 367:19, 373:7, 388:14, 441:8, 459:14, 478:23, 506:6, 527:25, 529:20, 529:22, 536:22
**one** [117] - 356:5, 356:20, 356:23, 359:7, 360:12, 360:13, 360:20, 367:1, 371:18, 371:20, 376:19, 383:12, 383:23, 390:5, 392:2, 393:12, 395:15, 399:4, 400:2, 403:6, 403:7, 407:9, 412:20, 414:7, 414:8, 414:14, 415:11, 420:20, 420:22, 421:15, 422:5, 430:13, 439:2, 441:21, 444:13, 447:8, 451:10, 454:21, 456:21, 457:8, 458:3, 460:9, 463:3, 463:24, 464:22, 466:5, 467:13, 467:18, 469:4, 469:6, 469:14, 470:7, 470:20, 474:16, 475:15, 476:8, 476:24, 478:8, 478:17, 478:22, 479:18, 480:12, 481:14, 482:21, 484:2, 484:3, 484:7, 484:8, 485:24, 486:5, 486:22, 488:17, 488:23, 489:15, 491:5, 491:16, 491:17, 491:18, 492:20, 492:24, 493:9, 495:9, 497:5, 497:13, 500:16, 501:5, 507:11, 508:3, 508:5, 509:19, 511:4, 512:10, 511:21, 513:3, 515:24, 519:20, 520:19, 521:19, 521:22, 522:20, 524:9, 528:12, 538:17, 538:25, 539:20, 544:8, 545:1, 545:7, 549:13, 549:17, 549:18, 553:21, 553:22
**one-time** [1] - 356:20
**ones** [13] - 355:12, 391:22, 419:15, 435:11, 456:23, 516:1, 516:13, 523:14, 538:22, 538:23, 538:24, 545:2, 545:3
**ongoing** [1] - 386:13
**Onza** [1] - 362:10
**open** [5] - 380:2, 380:18, 463:25, 483:20, 547:23
**opened** [1] - 541:19
**operating** [2] - 412:8, 442:6
**operation** [3] - 365:1, 551:4, 551:6
**operations** [2] - 412:17, 412:23
**opine** [2] - 368:24, 537:10
**opinion** [24] - 368:18, 368:20, 372:4, 379:10, 405:7, 405:9, 405:17,

405:22, 405:23, 407:7, 407:8, 407:14, 445:6, 445:8, 446:4, 450:11, 460:14, 475:7, 489:10, 497:11, 506:9, 539:9, 539:12, 539:14
**opinions** [5] - 366:12, 366:21, 407:5, 407:20, 407:21
**opportunity** [4] - 374:18, 375:21, 403:10, 502:15
**opposed** [2] - 369:1, 386:25
**opposite** [1] - 519:19
**options** [1] - 531:8
**orally** [1] - 428:8
**orange** [2] - 434:22, 488:4
**order** [6] - 352:3, 393:18, 394:9, 544:17, 554:7, 554:25
**ordered** [1] - 439:18
**ordinary** [1] - 386:7
**Oregon** [1] - 350:12
**organization** [5] - 356:14, 356:18, 357:12, 524:14, 533:5
**organizations** [6] - 404:1, 456:22, 457:4, 457:6, 532:22, 533:2
**original** [1] - 542:13
**originally** [1] - 362:25
**originals** [1] - 544:25
**Osborne** [1] - 415:1
**otherwise** [1] - 507:11
**ounce** [1] - 383:12
**ourselves** [2] - 468:9, 539:23
**outdoor** [2] - 455:1, 455:7
**outdoors** [2] - 416:25, 460:25
**outlet** [1] - 459:4
**output** [1] - 448:8
**outreach** [1] - 541:14
**outside** [5] - 365:25, 393:18, 416:22, 469:2, 478:24
**over-the-counter** [1] - 436:6
**overall** [3] - 379:7, 380:16, 380:17
**overgrow** [1] - 448:23
**overgrown** [3] - 494:25, 495:10, 515:4
**overnight** [1] - 544:24
**overruled** [8] - 384:25, 387:2, 405:14, 418:1, 456:1, 547:17, 550:14, 551:18
**overviews** [1] - 549:7
**own** [17] - 364:1, 378:4, 401:14, 402:7, 411:10, 421:1, 433:25, 454:20, 455:3, 481:25, 520:11, 521:1, 522:3, 528:22,

to purchase a complete copy of the transcript.

532:20, 537:7, 546:17
**owner** [3] - 411:24, 436:5, 438:19
**owners** [6] - 383:1, 390:25, 391:19, 511:20, 511:22, 516:16
**ownership** [3] - 403:15, 403:19, 403:23

## P

**P.C** [1] - 350:11
**p.m** [4] - 452:12, 512:22, 557:8
**P.O** [1] - 350:12
**pack** [2] - 461:21, 491:3
**packed** [1] - 505:24
**pad** [1] - 479:8
**page** [107] - 351:17, 351:18, 351:20, 368:2, 368:9, 368:13, 368:16, 370:16, 371:9, 373:24, 374:16, 375:9, 376:5, 376:14, 376:17, 376:21, 376:25, 377:5, 377:6, 377:7, 377:8, 377:9, 377:10, 377:13, 377:15, 377:17, 377:19, 377:21, 377:23, 377:25, 378:19, 379:18, 380:6, 380:8, 380:9, 386:23, 424:24, 425:2, 432:12, 432:15, 432:21, 462:21, 462:22, 469:20, 470:6, 472:6, 472:8, 472:9, 474:4, 483:7, 486:4, 486:5, 487:20, 488:10, 489:13, 490:10, 492:21, 492:23, 493:1, 493:4, 495:18, 495:21, 500:23, 508:14, 508:15, 510:6, 525:11, 525:12, 529:11, 542:13, 542:14, 542:17, 542:22, 542:24, 543:2, 543:7, 543:9, 543:18, 543:24, 544:4, 544:5, 545:12, 545:18, 545:22, 547:11, 547:13, 547:18, 547:19, 548:25, 550:9, 550:10, 550:14, 550:16, 551:11, 551:12, 551:17, 551:18, 551:20, 552:22, 553:1, 553:3, 556:25
**pages** [15] - 368:15, 373:21, 375:10, 444:3, 454:4, 454:5, 487:19, 507:15, 542:8, 543:4, 543:25, 544:3, 544:10, 544:16, 545:13
**paid** [4] - 465:6, 465:14, 465:15, 540:12
**pain** [11] - 428:7, 428:15, 445:15, 445:22, 447:25, 448:1, 448:2, 448:25,

495:7, 495:16, 495:17
**painted** [1] - 464:11
**Pam** [46] - 362:23, 363:9, 364:17, 364:20, 365:11, 365:20, 371:15, 382:8, 382:9, 385:5, 385:10, 395:12, 395:22, 397:21, 399:5, 400:24, 414:16, 414:20, 415:18, 418:6, 418:19, 419:11, 419:12, 419:23, 420:2, 420:25, 423:7, 423:16, 424:1, 426:20, 428:10, 428:11, 428:18, 429:6, 433:9, 437:7, 438:14, 438:20, 439:24, 443:12, 444:8, 447:12, 447:18, 450:8, 450:20, 451:1
**Pam's** [1] - 450:19
**pan** [1] - 484:3
**panned** [1] - 493:12
**paper** [5] - 361:22, 396:16, 396:18, 397:20, 512:8
**papers** [1] - 398:3
**parameters** [1] - 430:25
**parasites** [1] - 419:25
**parasitic** [1] - 380:1
**parasitology** [1] - 417:15
**pardon** [3] - 450:12, 458:13, 510:3
**Pardon** [1] - 463:12
**parents** [2] - 457:13, 532:17
**Park** [5] - 459:5, 459:10, 459:21, 534:9, 534:12
**park** [1] - 459:11
**parks** [2] - 390:24, 391:18
**part** [30] - 353:8, 353:25, 356:1, 364:24, 367:15, 369:11, 390:2, 390:13, 391:15, 395:7, 396:19, 411:20, 415:24, 416:25, 420:23, 435:4, 438:9, 438:12, 438:22, 444:7, 444:22, 460:9, 461:25, 462:15, 474:19, 499:10, 531:7, 548:15, 549:6, 549:11
**participate** [1] - 496:11
**participated** [3] - 370:21, 375:4, 512:8
**participating** [2] - 496:9, 532:7
**particular** [37] - 357:13, 359:4, 365:14, 380:21, 385:11, 397:14, 397:15, 402:3, 410:15, 443:11, 460:9, 467:13, 469:8, 472:4, 474:1, 484:1, 485:17, 487:7, 487:17, 489:22, 489:25, 490:3, 495:9, 497:16, 499:1, 503:15, 503:16, 507:25, 508:4, 508:19, 528:9,

533:24, 536:6, 536:9, 549:6, 551:3
**particularly** [1] - 486:21
**parties** [1] - 352:2
**partner** [1] - 430:11
**parts** [5] - 368:9, 368:20, 485:21, 541:5, 541:6
**partway** [1] - 421:8
**PAS** [1] - 355:24
**pass** [1] - 460:12
**passed** [2] - 440:24, 518:3
**passenger** [1] - 546:21
**passing** [1] - 430:4
**past** [5] - 365:8, 371:15, 414:8, 421:21, 425:20
**pasture** [3] - 430:5, 451:23, 522:14
**path** [2] - 425:22, 425:23
**pathetic** [1] - 482:6
**patient** [1] - 518:22
**patron** [1] - 489:20
**pattern** [2] - 508:3, 509:9
**pause** [1] - 388:8
**pausing** [1] - 388:17
**pawed** [1] - 527:10
**paws** [1] - 490:5
**pay** [5] - 465:17, 496:2, 517:11, 517:13, 541:19
**paying** [1] - 457:6
**pea** [5] - 381:13, 381:18, 382:8, 382:9, 386:5
**peaked** [1] - 529:9
**pen** [3] - 427:8, 443:14, 549:9
**Penicillin** [1] - 433:17
**Pennsylvania** [1] - 353:18
**pens** [2] - 370:3, 525:9
**people** [35] - 359:20, 360:19, 360:20, 362:8, 367:5, 370:2, 380:20, 384:1, 385:8, 399:5, 403:24, 404:2, 412:6, 413:9, 414:7, 421:24, 431:2, 433:6, 433:24, 438:14, 449:21, 450:20, 460:12, 478:4, 497:23, 500:9, 500:15, 501:9, 502:24, 506:18, 512:4, 514:7, 525:1, 531:18, 538:13
**per** [4] - 355:22, 383:12, 392:25, 444:17
**perceive** [1] - 515:22
**percent** [2] - 386:17, 505:23
**perception** [1] - 506:12
**perch** [2] - 493:18, 493:23
**Percheron** [2] - 359:7, 359:8
**perform** [1] - 440:24
**performance** [1] - 356:12
**performed** [8] - 412:17, 430:13, 430:16, 439:13, 439:15, 439:19, 444:12

**perhaps** [12] - 376:1, 395:14, 441:1, 480:10, 504:12, 504:24, 514:22, 521:10, 526:24, 529:17, 541:18, 549:14
**period** [5] - 364:5, 373:9, 374:16, 388:20, 389:18
**permanent** [1] - 380:25
**permission** [2] - 525:19, 525:20
**permit** [2] - 381:9, 556:1
**permitted** [4] - 352:3, 366:11, 372:7, 555:19
**person** [12] - 412:5, 416:2, 441:14, 450:25, 463:20, 478:24, 501:4, 502:19, 514:18, 518:1, 529:2, 538:17
**personal** [6] - 394:14, 455:3, 456:20, 462:6, 470:25, 546:18
**personally** [6] - 392:7, 394:1, 399:20, 466:2, 505:5, 511:12
**persons** [1] - 375:2
**perspective** [1] - 507:13
**pet** [4] - 358:24, 477:22, 477:24
**PETA** [2] - 524:6, 524:7
**pets** [6] - 358:24, 426:14, 426:16, 438:19, 472:18, 532:20
**petting** [2] - 459:7, 459:12
**Ph.D** [6] - 351:9, 352:14, 354:21, 355:19, 356:11, 414:17
**pharmaceutical** [1] - 353:24
**pharmaceuticals** [1] - 359:2
**Philippines** [1] - 427:25
**phone** [6] - 397:22, 420:13, 433:2, 433:10, 434:14, 434:16
**phones** [1] - 412:16
**phosphorus** [1] - 384:16
**photo** [12] - 470:1, 470:3, 475:17, 485:18, 496:19, 509:8, 510:4, 510:10, 521:17, 546:15, 549:23, 550:22
**Photograph** [3] - 351:17, 351:18, 351:20
**photograph** [67] - 376:6, 376:15, 376:18, 377:1, 378:19, 469:16, 472:10, 472:16, 474:5, 474:8, 474:9, 474:20, 474:24, 477:23, 483:9, 483:10, 483:12, 483:15, 483:23, 483:24, 484:1, 484:5, 485:13, 486:10, 486:19, 486:20, 487:8, 487:24, 487:25, 488:7, 488:16,

CONTACT EBI Digital at 800-310-0205 or mgt@ebidigital.com
to purchase a complete copy of the transcript.

488:21, 489:4, 489:14, 489:15, 489:19, 490:3, 490:11, 492:20, 492:21, 495:20, 508:5, 508:15, 508:18, 510:1, 521:15, 522:1, 528:6, 528:9, 528:23, 529:10, 542:18, 545:23, 546:2, 546:12, 546:17, 547:21, 548:24, 549:1, 549:3, 549:5, 550:19, 550:25, 551:3, 553:5

**photographed** [4] - 483:21, 496:18, 496:19, 551:2

**photographing** [1] - 496:12

**photographs** [39] - 372:12, 372:15, 372:21, 372:25, 373:8, 373:15, 374:2, 374:13, 374:19, 375:5, 375:22, 376:2, 376:4, 378:3, 380:4, 469:18, 470:18, 489:23, 490:20, 499:22, 500:16, 507:20, 507:24, 520:7, 520:9, 520:10, 520:12, 520:13, 520:18, 521:8, 522:5, 522:6, 522:12, 522:13, 528:1, 528:3, 543:4, 544:14, 544:17

**Photographs** [1] - 351:24

**photography** [1] - 532:9

**photos** [6] - 373:21, 485:16, 500:6, 502:3, 522:17

**physical** [10] - 369:5, 369:8, 370:7, 372:2, 372:5, 372:10, 381:9, 437:16, 472:3, 499:25

**physically** [5] - 369:13, 369:15, 369:17, 388:9, 527:13

**physics** [1] - 410:8

**physiological** [5] - 370:23, 371:13, 383:7, 401:10, 404:19

**physiologically** [1] - 384:3

**physiology** [3] - 354:22, 404:22, 531:9

**pick** [2] - 420:25, 421:4

**picking** [1] - 422:18

**picture** [22] - 371:22, 375:9, 376:11, 377:7, 378:1, 378:22, 379:5, 379:7, 379:8, 380:18, 462:24, 467:21, 472:13, 487:4, 488:3, 493:4, 500:22, 529:13, 543:13, 546:9, 549:22

**pictures** [17] - 369:11, 376:10, 376:20, 378:8, 378:24, 379:17, 380:1,

382:3, 395:3, 398:12, 398:14, 398:16, 499:16, 506:23, 514:15, 545:17, 549:8

**piece** [1] - 484:3

**pieces** [1] - 478:13

**PIERCE** [19] - 350:8, 453:4, 453:16, 469:21, 469:25, 481:24, 505:18, 507:19, 512:19, 513:2, 519:12, 519:24, 520:2, 522:20, 522:23, 525:19, 525:23, 530:4, 544:11

**Pierce** [2] - 512:23, 518:21

**pig** [1] - 533:24

**pigs** [3] - 414:9, 457:16, 533:21

**pile** [4] - 488:23, 508:8, 508:9

**piles** [4] - 469:12, 480:22, 484:12, 508:7

**pilot** [2] - 531:22, 531:24

**pipes** [1] - 478:6

**pit** [2] - 500:5, 500:8

**pitiful** [1] - 479:25

**place** [10] - 374:12, 396:18, 407:1, 415:2, 428:24, 429:2, 431:14, 447:17, 464:14, 506:15

**places** [3] - 382:8, 382:9, 427:16

**placing** [1] - 445:13

**plain** [1] - 448:7

**Plaine** [2] - 415:6, 415:8

**plainly** [2] - 367:21, 368:10

**plaintiff** [2] - 453:3, 454:14

**Plaintiffs** [3] - 350:6, 350:9, 350:12

**plaintiffs** [11] - 374:17, 375:4, 375:6, 405:8, 434:7, 453:4, 463:3, 512:5, 512:11, 518:24, 530:8

**Plaintiffs'** [9] - 400:5, 432:8, 434:24, 547:13, 547:19, 550:10, 550:16, 551:12, 551:20

**plaintiffs'** [3] - 374:25, 454:2, 554:13

**PLAINTIFFS'** [2] - 351:3, 351:16

**plan** [5] - 425:1, 425:10, 432:18, 432:24, 447:17

**plane** [1] - 546:18

**plans** [1] - 446:25

**plants** [2] - 359:19, 416:17

**plastic** [1] - 467:21

**platform** [1] - 510:22

**play** [2] - 455:4, 456:19

**playful** [1] - 424:15

**playing** [1] - 496:14

**playpen** [2] - 497:17, 498:1

**pleasant** [2] - 548:20, 548:21

**pleased** [1] - 517:21

**pleasurable** [2] - 364:20, 365:3

**pleasure** [2] - 362:9, 364:15

**plus** [2] - 444:17, 444:18

**pneumonia** [2] - 435:18, 435:19, 435:21

**poaching** [1] - 462:9

**pocket** [2] - 389:16, 434:20

**podium** [1] - 387:25

**Point** [1] - 421:8

**point** [27] - 366:19, 404:22, 405:3, 433:10, 458:16, 463:4, 463:18, 465:6, 467:6, 470:10, 470:15, 471:10, 476:18, 476:19, 477:2, 481:2, 485:4, 488:21, 492:20, 499:12, 501:17, 503:5, 503:8, 506:8, 506:16, 528:20, 544:8

**pointed** [1] - 374:17

**pointlessly** [1] - 428:20

**pole** [1] - 428:10

**politely** [1] - 466:12

**pond** [2] - 467:14, 467:21

**ponies** [1] - 448:19

**pool** [5] - 528:18, 528:23, 529:1, 529:8, 529:9

**poop** [2] - 401:14, 402:8

**poor** [1] - 384:12

**population** [2] - 431:10, 461:24

**porous** [1] - 384:11

**portion** [1] - 505:21

**posed** [1] - 407:16

**position** [2] - 379:5, 395:25, 457:9

**possible** [5] - 379:5, 380:2, 430:25, 472:20, 554:22

**possibly** [4] - 456:6, 482:9, 545:22, 548:4

**post** [2] - 462:21, 462:23

**pot** [2] - 533:21, 533:22

**pot-bellied** [1] - 533:21

**pot-bellies** [1] - 533:22

**potential** [2] - 406:19, 511:7

**potentially** [4] - 470:21, 472:19, 499:13, 555:2

**pound** [2] - 413:25, 444:20

**pounds** [4] - 442:8, 442:10, 442:13, 469:14

**practically** [1] - 481:9

**practice** [4] - 390:24, 391:18, 414:4, 441:6

**practiced** [1] - 457:23

**practices** [1] - 391:5,

391:9, 392:4, 401:9, 443:3, 457:24

**practicing** [1] - 457:17

**pre** [1] - 523:23

**pre-engineering** [1] - 523:23

**preceding** [1] - 502:1

**predator** [1] - 461:25

**predators** [1] - 429:25

**prefaced** [1] - 502:12

**prefer** [4] - 365:12, 430:2, 469:22, 511:22

**preference** [1] - 519:15

**preferred** [1] - 505:9

**pregnant** [1] - 382:24

**premature** [1] - 418:14

**premixes** [2] - 359:24, 360:4

**prepared** [3] - 352:7, 425:4, 432:17

**preparing** [1] - 500:6

**prescribe** [1] - 436:6

**prescribed** [2] - 416:9, 421:3

**presence** [1] - 487:13

**present** [3] - 359:14, 380:24, 436:19

**presently** [1] - 457:6

**presents** [1] - 435:17

**prestigious** [1] - 357:12

**presumably** [1] - 489:24

**presume** [3] - 465:21, 480:20, 484:15

**presumed** [5] - 482:24, 483:20, 484:22, 511:12, 513:19

**presuming** [5] - 472:1, 480:9, 486:2, 487:8, 491:11

**pretrial** [2] - 366:10, 372:6

**pretty** [19] - 364:25, 365:10, 386:8, 387:4, 416:24, 450:16, 459:8, 465:22, 484:19, 488:24, 490:2, 492:15, 499:15, 502:1, 506:8, 514:2, 518:22, 526:15, 546:24

**prevent** [1] - 403:19

**preventative** [1] - 444:12

**prevention** [1] - 418:22

**previous** [6] - 474:22, 490:20, 509:8, 509:20, 510:9

**previously** [10] - 374:15, 450:11, 458:7, 471:16, 485:20, 489:3, 504:12, 509:15, 509:24, 510:15

**prey** [1] - 411:10

**Pries** [10] - 351:10, 408:12, 408:22, 408:24, 408:25, 434:8, 434:10, 434:11, 447:23, 451:10

**PRIES** [1] - 408:15

**primarily** [4] - 396:7, 486:20, 519:4, 520:24

CONTRACT/319-369-3385   clerk106@q.com
to purchase a complete copy of the transcript.

**primary** [2] - 437:23, 441:24

**primate** [7] - 447:1, 447:4, 447:6, 447:19, 459:12, 459:23, 505:22

**primates** [4] - 412:19, 412:23, 460:2, 478:21

**print** [1] - 397:20

**printouts** [1] - 397:25

**Prius** [1] - 434:8

**private** [4] - 398:3, 403:15, 403:19, 403:23

**problem** [14] - 360:11, 360:13, 381:17, 395:13, 416:23, 417:4, 417:6, 422:10, 422:18, 428:5, 431:7, 450:19, 492:9, 505:11

**problems** [8] - 360:14, 380:1, 380:3, 380:5, 406:22, 406:24, 424:9, 446:24

**procedures** [1] - 444:14

**proceed** [1] - 546:7

**process** [6] - 471:3, 495:5, 498:22, 537:9, 537:13, 540:2

**processing** [1] - 416:17

**produce** [3] - 363:17, 372:20, 444:11

**produced** [9] - 371:25, 372:15, 373:8, 373:25, 374:15, 374:24, 375:10, 444:9, 505:16

**producing** [1] - 363:8

**product** [2] - 399:17, 431:3

**production** [8] - 353:19, 353:20, 353:21, 354:1, 354:9, 354:14, 382:23

**products** [4] - 359:2, 360:5, 364:18, 364:19

**professional** [11] - 355:23, 356:6, 356:7, 356:9, 356:14, 356:16, 390:20, 528:8, 528:10, 532:2

**professionally** [1] - 369:22

**program** [9] - 360:18, 361:18, 439:4, 439:9, 447:1, 447:4, 447:6, 447:20, 450:18

**programs** [3] - 397:18, 460:5, 460:8

**prohibited** [1] - 495:7

**pronunciations** [1] - 434:12

**proof** [3] - 555:4, 556:2, 556:3

**proper** [6] - 355:1, 373:3, 406:2, 425:10, 439:16, 456:8

**properly** [7] - 403:24,

406:5, 431:22, 448:11, 448:15, 502:8, 532:17

**proprietary** [1] - 355:4

**protection** [6] - 427:3, 455:5, 456:22, 462:12, 472:1, 491:12

**protein** [2] - 355:7, 387:6

**protocols** [12] - 390:1, 390:11, 391:14, 396:13, 397:3, 398:1, 398:6, 398:11, 399:11, 399:21, 399:23, 399:25

**prove** [1] - 540:23

**proved** [1] - 514:18

**proven** [1] - 402:22

**provide** [9] - 368:3, 368:5, 382:17, 390:16, 435:9, 436:9, 477:15, 519:17, 534:19

**provided** [5] - 374:25, 434:14, 443:23, 519:22, 536:16

**providing** [2] - 435:7, 435:8

**provision** [1] - 368:1

**proximity** [2] - 538:18, 551:4

**psychological** [13] - 366:4, 368:18, 368:25, 369:4, 369:6, 370:23, 371:12, 371:14, 371:25, 401:10, 402:2, 404:19, 445:6

**psychologically** [1] - 365:22

**public** [7] - 382:11, 536:4, 539:16, 541:20, 547:1, 551:7, 551:8

**publish** [1] - 393:16

**published** [3] - 391:1, 391:20, 393:13

**publishes** [1] - 390:6

**pull** [2] - 387:15, 447:14

**pulled** [2] - 423:12, 464:6

**pulling** [1] - 447:10

**purchase** [1] - 464:23

**purchased** [1] - 433:15

**pure** [1] - 387:10

**purebred** [1] - 415:11

**purely** [1] - 536:23

**purple** [1] - 434:22

**purpose** [2] - 448:5, 534:17

**purposes** [2] - 367:1, 367:24

**pursued** [1] - 368:17

**Pusillo** [39] - 351:9, 351:24, 352:11, 352:21, 352:23, 352:24, 353:7, 353:15, 366:24, 369:8, 372:12, 374:18, 375:4, 375:11, 375:21, 376:4, 378:18, 388:6, 389:19, 389:23, 392:18, 392:22,

395:9, 395:18, 396:1, 399:10, 400:9, 400:23, 401:5, 402:9, 402:24, 403:3, 403:14, 404:8, 404:11, 404:15, 405:4, 405:16, 407:2

**PUSILLO** [1] - 352:14

**put** [19] - 360:1, 382:8, 382:9, 385:24, 417:3, 421:6, 437:9, 440:12, 447:17, 466:12, 466:16, 469:22, 478:8, 495:12, 504:19, 518:11, 521:4, 525:14, 555:13

**putting** [1] - 418:23

**PVC** [1] - 478:6

**pygmy** [1] - 457:19

### Q

**qualifications** [2] - 387:5, 406:20

**qualified** [3] - 356:10, 392:8, 436:11

**qualifies** [1] - 356:14

**quantity** [2] - 362:22, 384:2

**quarters** [2] - 438:9, 510:19

**questioning** [3] - 368:17, 370:25, 381:5

**questions** [15] - 353:6, 374:19, 387:11, 399:17, 401:7, 403:14, 407:24, 420:1, 421:18, 434:1, 434:7, 452:5, 530:2, 540:2, 540:3

**quick** [2] - 368:15, 521:18

**quickly** [1] - 515:10

**quite** [21] - 365:11, 379:2, 382:14, 384:17, 418:24, 429:12, 466:20, 468:1, 482:7, 487:5, 499:15, 504:17, 517:4, 519:19, 531:7, 531:19, 533:23, 534:4, 539:6, 548:14, 548:15

**quote** [1] - 512:7

**quoting** [1] - 516:3

### R

**rabbits** [1] - 533:16

**rabid** [4] - 427:1, 427:7, 427:25

**rabies** [7] - 426:20, 427:3, 427:6, 427:24, 442:25, 443:1, 443:3

**raccoon** [8] - 427:16, 427:20, 469:6, 471:13, 513:9, 513:11, 513:15, 513:22

**raccoons** [1] - 469:13

**race** [1] - 360:16

**Racetrack** [1] - 360:15

**racquetball** [2] - 455:4, 456:19

**radar** [1] - 539:16

**rain** [1] - 526:3

**rained** [4] - 450:23, 474:21, 485:20, 526:6

**raining** [2] - 485:20, 526:5

**raise** [10] - 352:13, 373:7, 385:9, 388:20, 392:9, 394:1, 408:14, 453:7, 454:20, 530:15

**raised** [4] - 393:3, 394:14, 410:5, 437:11

**raising** [6] - 361:4, 364:6, 393:22, 394:3, 394:23, 505:14

**ram** [2] - 520:19, 521:25

**ran** [1] - 478:9

**ranging** [1] - 400:18

**Rapids** [4] - 350:5, 350:15, 454:19, 523:7

**raptor** [1] - 411:8

**raptors** [1] - 415:3

**rate** [4] - 383:7, 383:13, 383:14, 422:17

**rather** [3] - 369:5, 428:19, 503:12

**ratio** [1] - 384:16

**ration** [2] - 354:23, 383:2

**rations** [2] - 382:25, 390:1

**rats** [1] - 353:23

**ray** [4] - 412:9, 428:25, 442:1, 442:2

**re** [1] - 411:11

**re-release** [1] - 411:11

**reached** [2] - 481:11, 539:7

**reacting** [1] - 380:20

**reactions** [1] - 499:25

**read** [6] - 424:20, 432:20, 505:15, 538:19, 539:8, 547:24

**reader** [1] - 418:14

**reading** [1] - 407:19

**ready** [3] - 453:2, 554:9, 556:19

**real** [3] - 468:24, 521:18

**realize** [1] - 432:23

**realized** [3] - 432:3, 476:7, 547:22

**really** [49] - 356:12, 370:19, 371:21, 383:23, 387:7, 388:16, 402:3, 406:9, 413:5, 416:22, 418:25, 422:23, 431:12, 434:16, 457:18, 459:15, 459:25, 460:19, 463:8, 464:19, 465:18, 466:24, 473:7, 478:22, 481:4, 482:21, 482:23, 483:19, 486:24, 488:22, 490:8, 490:23, 492:12, 492:13,

Visit www.aldersonreporting.com

to purchase a complete copy of the transcript.

492:14, 493:15, 499:12, 501:17, 504:7, 507:11, 507:13, 510:20, 516:11, 517:14, 520:22, 532:9, 539:20, 540:24

**rear** [1] - 445:13

**reason** [13] - 363:3, 378:23, 393:6, 470:17, 470:19, 472:5, 484:2, 496:18, 496:19, 508:4, 536:24

**reasons** [1] - 483:23

**Rebel** [1] - 546:23

**rebuttal** [5] - 555:2, 555:5, 555:9, 555:17, 555:20

**received** [15] - 354:7, 354:15, 378:15, 378:16, 435:18, 443:22, 544:20, 544:23, 547:18, 547:20, 550:15, 550:17, 551:19, 551:21

**RECEIVED** [1] - 351:15

**recent** [2] - 534:7, 538:24

**recently** [2] - 418:2, 422:3

**receptacle** [1] - 468:25

**receptacles** [4] - 466:18, 468:14, 515:7

**receptive** [1] - 552:9

**recess** [5] - 408:6, 408:8, 452:12, 512:22, 557:8

**RECESS** [1] - 453:1

**recognize** [12] - 443:24, 470:1, 487:22, 490:2, 507:20, 507:23, 542:18, 546:12, 549:1, 550:19, 550:21, 552:21

**recognized** [1] - 520:15

**recollections** [1] - 443:18

**recommend** [2] - 424:1, 426:20

**recommendations** [1] - 361:12

**recommended** [1] - 445:20

**record** [8] - 352:22, 378:13, 380:25, 408:23, 518:22, 519:9, 555:17, 556:3

**records** [1] - 396:22

**recover** [1] - 525:20

**RECROSS** [1] - 351:2

**red** [6] - 411:2, 467:23, 467:24, 467:25, 468:1, 468:2

**red-tailed** [1] - 411:2

**reddish** [1] - 467:23

**redirect** [1] - 530:3

**REDIRECT** [3] - 351:2, 404:13, 451:8

**reduce** [2] - 445:23, 461:24

**reduced** [2] - 389:7, 485:10

**refer** [1] - 454:6

**reference** [1] - 391:16

**references** [1] - 395:13

**referring** [4] - 492:23, 493:1, 507:18, 545:6

**refers** [1] - 465:18

**reflect** [3] - 499:1, 499:6, 514:12

**reflecting** [1] - 515:13

**reflection** [1] - 501:18

**regard** [21] - 357:18, 361:6, 367:16, 369:14, 371:12, 376:4, 376:14, 379:17, 379:22, 381:1, 381:11, 381:20, 382:16, 383:15, 386:10, 404:17, 410:24, 419:5, 424:3, 426:6, 525:7

**regarding** [16] - 368:24, 369:2, 372:7, 375:21, 391:4, 391:9, 391:25, 392:4, 392:23, 393:2, 398:5, 423:16, 515:1, 516:8, 521:17, 556:3

**regardless** [1] - 402:14

**regards** [1] - 420:24

**regional** [1] - 415:23

**regular** [4] - 464:12, 465:20, 465:21, 495:6

**regulated** [2] - 534:20, 539:15

**regulations** [5] - 392:10, 392:12, 392:13, 392:14, 395:11

**regulators** [1] - 402:21

**regulatory** [3] - 512:5, 516:11, 516:17

**rehabilitation** [2] - 410:23, 410:24

**reintroducing** [1] - 461:24

**reiterate** [1] - 521:7

**rejected** [1] - 385:8

**relate** [1] - 456:13

**related** [4] - 358:19, 367:9, 382:21, 520:13

**relationship** [4] - 364:25, 389:1, 420:11, 462:4

**relative** [1] - 458:3

**release** [1] - 411:11

**released** [1] - 411:4

**relevance** [3] - 547:16, 550:13, 551:16

**relevant** [5] - 535:14, 536:25, 537:6, 540:25, 556:4

**relied** [3] - 390:2, 391:15, 395:12

**reliever** [1] - 445:22

**reliving** [2] - 499:16, 500:7

**relocated** [1] - 519:14

**rely** [4] - 392:15, 393:14, 430:24, 443:16

**remark** [4] - 483:25, 520:13, 521:12, 522:2

**remember** [51] - 362:24,

363:4, 364:10, 371:21, 377:3, 386:19, 386:22, 388:16, 388:18, 399:4, 403:7, 411:18, 415:11, 415:25, 416:2, 417:6, 417:18, 417:21, 418:10, 418:12, 418:15, 422:10, 422:25, 423:17, 423:19, 435:16, 447:10, 458:23, 459:16, 462:22, 467:15, 468:18, 473:4, 473:6, 473:25, 476:3, 477:6, 478:2, 480:5, 485:14, 486:13, 488:20, 497:16, 498:1, 503:8, 509:12, 521:14, 523:6, 523:21, 526:5, 552:9

**remembered** [1] - 483:1

**reminded** [1] - 466:22

**remiss** [1] - 373:6

**removed** [2] - 367:7, 508:12

**renew** [1] - 388:14

**renumber** [1] - 546:3

**repair** [3] - 464:10, 464:11, 464:13

**repeat** [1] - 556:16

**repeatedly** [6] - 375:12, 407:4, 466:2, 473:10, 511:8, 516:20

**rephrase** [1] - 529:24

**replace** [1] - 396:22

**replacer** [1] - 363:19

**replay** [1] - 388:15

**report** [3] - 422:24, 505:16, 552:24

**reported** [2] - 389:17, 439:3

**Reported** [1] - 434:25

**reporter** [1] - 375:3

**REPORTER** [4] - 387:14, 387:18, 495:22, 542:20

**Reports** [1] - 400:6

**reports** [12] - 400:8, 401:3, 429:17, 446:14, 446:18, 517:5, 517:9, 518:2, 538:20, 539:2, 539:9, 547:24

**represent** [4] - 521:9, 522:6, 522:16, 522:18

**representations** [1] - 443:17

**representative** [1] - 520:22

**represented** [2] - 444:3, 444:5

**reprinting** [1] - 544:12

**reptile** [9] - 465:19, 466:7, 466:8, 466:13, 467:2, 467:11, 468:3, 468:18, 496:4

**reptiles** [1] - 467:11

**reputable** [1] - 519:16

**requested** [1] - 375:12

**require** [4] - 383:3, 472:19, 537:8, 537:11

**required** [8] - 355:21, 357:22, 393:8, 397:12, 402:1, 411:13, 533:23, 535:8

**requirements** [7] - 357:15, 392:1, 401:24, 402:10, 402:21, 410:8, 410:21

**requires** [4] - 356:13, 356:20, 537:8, 537:11

**rescue** [4] - 385:12, 388:21, 532:23, 532:24

**research** [9] - 353:23, 354:24, 358:21, 358:25, 360:23, 413:16, 420:21, 539:4, 547:25

**researching** [2] - 536:2, 540:4

**resistance** [7] - 515:18, 515:21, 515:22, 516:4, 516:7, 517:6, 517:22

**resource** [1] - 394:3

**resources** [3] - 393:23, 394:17, 394:21

**respect** [7] - 372:9, 375:25, 450:3, 450:5, 482:3, 511:5, 532:18

**respiration** [2] - 419:18, 422:16

**respiratory** [3] - 426:11, 428:15, 436:13

**respond** [2] - 363:16, 447:7

**responded** [1] - 497:7

**response** [3] - 500:1, 505:25, 552:7

**responsibile** [1] - 399:20

**responsibility** [4] - 399:10, 399:14, 438:23, 518:8

**responsible** [1] - 399:22

**rest** [4] - 441:2, 490:2, 537:10, 555:1

**restaurants** [1] - 416:18

**resting** [1] - 549:15

**restrictions** [1] - 403:20

**result** [3] - 451:21, 517:12, 552:14

**results** [2] - 393:16, 538:4

**retain** [1] - 429:4

**retelling** [1] - 499:23

**retired** [1] - 421:25

**retrieve** [1] - 404:11

**retrieved** [2] - 527:6, 527:7

**return** [2] - 492:18, 492:21

**returned** [2] - 514:23, 538:4

**reversed** [2] - 451:25, 460:11

**reverting** [1] - 484:25

**reverts** [1] - 516:11

**review** [2] - 398:3, 538:22

Case 6:14-cv-02034-JSS   Document 73 Filed 10/30/15   Page 77 of 84

CONTRA7819393314006 1320ellocom

to purchase a complete copy of the transcript.

**reviewed** [3] - 368:15, 400:8, 516:8

**revisit** [1] - 510:11

**revolve** [1] - 454:24

**ribs** [1] - 406:15

**rid** [2] - 415:14, 416:18

**ride** [2] - 365:8, 457:15

**ridiculed** [1] - 512:6

**ridiculously** [1] - 481:10

**Rifle** [1] - 524:18

**right-hand** [1] - 543:5

**rights** [1] - 468:21

**ring** [1] - 454:6

**risky** [1] - 451:18

**River** [1] - 350:11

**Road** [1] - 350:15

**rocks** [1] - 467:25

**role** [6] - 438:9, 438:12, 440:19, 498:12, 517:17, 537:12

**roles** [1] - 460:11

**roll** [1] - 554:9

**rolling** [2] - 489:21, 521:2

**roof** [1] - 479:9

**room** [9] - 412:8, 412:9, 460:11, 465:17, 492:13, 493:17, 496:8, 496:22, 497:1

**rooms** [1] - 412:10

**roost** [1] - 478:9

**rot** [1] - 490:25

**roughing** [1] - 414:1

**roughly** [2] - 510:23, 526:7

**round** [5] - 479:6, 485:24, 509:13, 509:25, 510:8

**row** [1] - 474:1

**ruled** [1] - 529:8

**rules** [2] - 392:23, 393:2

**ruling** [2] - 366:10, 372:6

**run** [7] - 419:24, 427:25, 437:6, 456:19, 484:23, 493:17, 534:12

**rural** [1] - 460:25

**Ryan** [1] - 421:5

## S

**sad** [2] - 513:18, 514:8

**safe** [3] - 355:3, 462:14

**safest** [1] - 451:22

**salient** [1] - 503:14

**saliva** [1] - 418:21

**samples** [1] - 419:24

**San** [1] - 534:7

**sanctuary** [3] - 418:4, 519:16, 519:17

**sat** [6] - 476:2, 476:14, 488:24, 497:20, 504:21, 506:22

**satisfy** [1] - 528:19

**Saturday** [1] - 411:19

**save** [2] - 429:7, 435:15

**saw** [54] - 382:2, 405:20, 405:23, 406:22, 412:22, 416:22, 423:4, 447:23, 461:16, 462:23, 465:20, 465:23, 466:6, 467:15, 468:22, 472:2, 475:10, 475:12, 476:15, 477:1, 477:10, 477:22, 478:24, 479:18, 479:23, 480:2, 480:12, 480:16, 491:16, 491:17, 494:6, 499:14, 499:17, 500:13, 500:14, 504:12, 506:17, 512:8, 514:22, 515:16, 515:17, 515:18, 518:17, 520:21, 520:22, 522:11, 522:18, 528:4, 528:22, 529:20, 529:22, 529:25, 552:17

**scabbed** [1] - 520:21

**scabbed-over** [1] - 520:21

**scaling** [3] - 383:5, 383:8, 383:9

**schedule** [1] - 423:10

**Schmitt** [3] - 540:1, 542:4, 551:24

**School** [1] - 409:4

**school** [17] - 355:15, 409:3, 409:10, 410:9, 410:10, 410:14, 410:19, 413:3, 417:15, 421:19, 429:3, 455:1, 523:6, 523:12, 523:20, 531:15, 531:17

**Science** [1] - 354:5

**science** [14] - 354:19, 354:23, 355:9, 355:23, 356:21, 402:16, 402:22, 409:17, 409:25, 410:22, 531:6, 531:7, 531:12

**sciences** [1] - 355:15

**Sciences** [2] - 356:20, 357:12

**scientist** [5] - 356:6, 356:7, 356:10, 356:16, 367:15

**sclera** [1] - 379:4

**scooch** [4] - 352:17, 408:18, 453:12, 530:20

**scope** [14] - 365:24, 366:12, 367:20, 374:11, 374:15, 381:5, 386:21, 386:25, 391:7, 391:11, 392:6, 393:4, 405:13, 407:3

**Scottish** [4] - 549:9, 552:5, 552:16, 553:6

**scratch** [2] - 493:15, 556:13

**scratching** [2] - 422:19, 471:25

**screen** [3] - 353:8, 525:14, 543:14

**screw** [1] - 449:3

**seals** [1] - 426:13

**search** [8] - 536:7, 536:9,
536:24, 537:2, 537:15, 537:19, 538:3, 538:13

**searchable** [1] - 536:4

**searching** [1] - 537:17

**seat** [4] - 352:17, 408:18, 453:12, 530:19

**second** [27] - 387:15, 387:20, 413:13, 425:13, 426:19, 444:25, 465:10, 474:2, 476:13, 496:5, 501:4, 501:22, 503:8, 503:13, 503:15, 504:4, 504:13, 506:5, 507:6, 513:4, 514:4, 514:12, 515:1, 526:25, 540:22, 542:22, 545:12

**seconds** [2] - 473:12, 509:3

**Secretary** [3] - 540:7, 542:2, 542:4

**see** [144] - 364:20, 365:13, 368:19, 368:24, 369:13, 372:2, 372:3, 378:25, 379:12, 380:3, 380:5, 380:13, 380:16, 380:17, 380:21, 381:1, 382:2, 382:11, 384:22, 398:22, 398:23, 399:2, 400:18, 406:1, 406:14, 406:24, 414:1, 414:3, 419:20, 422:24, 423:13, 424:6, 424:18, 425:2, 425:25, 427:5, 429:2, 432:6, 433:11, 436:1, 437:17, 437:25, 438:22, 441:15, 446:10, 448:3, 448:19, 449:20, 457:16, 458:18, 460:22, 462:25, 463:5, 463:8, 466:7, 467:25, 468:11, 470:21, 472:7, 472:9, 473:12, 473:13, 473:22, 474:14, 474:20, 474:24, 475:5, 475:16, 475:17, 475:25, 476:1, 476:7, 476:21, 477:9, 477:16, 479:4, 482:5, 482:8, 483:15, 484:3, 485:9, 485:15, 485:18, 486:17, 486:24, 487:2, 487:4, 490:20, 490:22, 491:8, 491:10, 491:13, 492:2, 493:10, 494:6, 494:7, 494:10, 494:24, 495:17, 496:7, 500:4, 501:20, 502:11, 503:13, 504:6, 505:9, 506:11, 506:18, 507:9, 507:10, 508:2, 508:7, 508:23, 514:7, 514:24, 517:1, 517:3, 518:9, 518:20, 522:9, 522:13, 525:24, 526:3, 528:2, 528:9, 529:3, 539:5, 539:25, 540:14, 542:12, 543:6, 543:13, 546:9, 548:2, 548:3,
548:13, 548:19, 549:24, 550:1, 550:2, 550:4, 553:20, 556:21

**seed** [1] - 464:25

**seeing** [22] - 437:14, 464:5, 464:6, 464:15, 470:15, 483:2, 483:19, 484:20, 490:16, 490:22, 491:9, 504:12, 506:6, 506:7, 509:24, 510:8, 511:17, 516:4, 518:2, 518:16, 520:18, 528:12

**seeking** [1] - 508:21

**seem** [1] - 381:21

**seemingly** [1] - 489:25

**self** [2] - 382:11, 436:2

**self-administer** [1] - 436:2

**self-watering** [1] - 382:11

**sell** [2] - 399:16, 431:3

**Sellner** [35] - 362:23, 363:4, 364:8, 385:18, 388:20, 396:7, 397:25, 398:5, 398:10, 398:23, 432:17, 433:1, 434:13, 435:6, 435:14, 464:21, 465:12, 496:22, 497:21, 498:4, 505:1, 512:8, 513:11, 515:25, 516:3, 526:11, 526:13, 526:18, 527:1, 527:5, 529:19, 530:1, 556:17

**sellner** [1] - 526:23

**Sellner's** [3] - 431:14, 443:16, 556:11

**Sellners** [9] - 400:20, 423:6, 441:17, 482:25, 491:22, 494:12, 498:20, 499:18, 513:20

**semblance** [1] - 477:11

**semester** [2] - 411:17, 417:14

**seminar** [1] - 397:13

**seminars** [1] - 390:19

**send** [3] - 375:8, 375:12, 428:25

**sending** [1] - 478:4

**sense** [6] - 386:8, 478:17, 495:4, 506:3, 518:8, 533:19

**sensitive** [1] - 446:2

**sent** [3] - 375:5, 440:20, 553:14

**separated** [2] - 475:10, 482:20

**September** [2] - 419:7, 441:9

**sequence** [1] - 503:19

**sequential** [1] - 506:24

**series** [1] - 466:10

**serious** [2] - 416:5, 538:2

**seriously** [1] - 516:22

**serval** [14] - 471:10, 471:16, 471:18, 471:20, 472:2, 472:10, 472:11, 473:4, 473:18, 473:25,

Go to www.transcriptservices.com
to purchase a complete copy of the transcript.

477:21, 504:21, 528:5, 528:6
  servals [2] - 370:25, 371:1
  serves [2] - 462:24, 480:25
  Service [2] - 353:5
  service [1] - 414:23
  services [2] - 441:5, 441:18
  set [4] - 401:7, 402:10, 449:4, 479:19
  setting [6] - 460:25, 461:18, 466:22, 492:7, 506:7, 522:15
  seven [2] - 507:21, 507:22
  several [10] - 456:22, 457:6, 461:23, 469:12, 480:17, 480:21, 485:16, 532:22, 538:11, 547:23
  severe [3] - 428:7, 449:7, 548:16
  shake [5] - 473:9, 473:10, 473:11, 473:12, 478:12
  shaking [1] - 473:8
  shape [1] - 379:11
  share [1] - 499:11
  shared [2] - 462:22, 516:1
  sheep [6] - 430:3, 448:3, 448:20, 494:22, 494:23, 495:9
  sheer [1] - 511:13
  sheet [1] - 446:23
  sheets [1] - 446:22
  shelter [3] - 402:2, 480:9, 487:9
  Sheriff [1] - 502:11
  sheriff [1] - 502:20
  sheriff's [3] - 503:23, 527:20, 527:24
  shifted [1] - 531:21
  shipped [1] - 418:5
  shocked [1] - 519:10
  short [3] - 364:5, 544:15, 551:9
  shorthanded [1] - 421:13
  shortly [4] - 375:17, 415:13, 471:12, 552:3
  shot [4] - 380:7, 380:11, 493:8, 521:11
  shots [2] - 433:19, 520:25
  shoulder [3] - 384:20, 406:12, 544:3
  show [23] - 373:4, 378:6, 389:14, 419:11, 422:19, 423:8, 423:20, 424:17, 431:15, 460:9, 463:10, 463:11, 485:17, 492:13, 522:14, 525:11, 528:7, 532:18, 540:25, 543:1, 543:18, 548:24, 550:18
  showed [1] - 526:19
  showing [2] - 365:15, 492:11
  shown [2] - 489:5, 489:9

  shows [11] - 379:1, 384:17, 461:7, 461:14, 461:22, 475:4, 485:1, 485:18, 521:9, 521:10, 526:2
  shred [1] - 506:2
  shut [2] - 459:6, 459:8
  sic [2] - 374:22, 464:12
  sic) [2] - 436:7, 551:11
  sick [2] - 412:20, 422:15
  side [6] - 418:8, 420:7, 469:11, 479:16, 522:13, 549:17
  sides [1] - 458:1
  sideshow [1] - 485:10
  sight [1] - 496:24
  sign [9] - 419:8, 419:10, 420:2, 426:4, 432:20, 464:15, 476:11, 493:5, 493:11
  signature [3] - 424:23, 432:14
  signed [3] - 423:15
  significant [4] - 515:19, 517:7, 539:5, 549:12
  signing [1] - 423:23
  signs [5] - 379:24, 384:22, 406:15, 431:15, 493:13
  Silkie [1] - 468:23
  similar [16] - 356:15, 366:21, 370:25, 382:2, 436:19, 467:17, 480:4, 480:6, 484:20, 486:1, 496:7, 503:12, 504:8, 504:10, 519:17, 520:20
  similarly [4] - 466:20, 477:21, 508:24, 517:11
  simple [6] - 385:21, 386:6, 386:7, 495:5, 503:22
  simply [2] - 385:18, 537:12
  single [1] - 440:18
  singled [1] - 516:9
  sister [2] - 533:22, 534:1
  sit [3] - 448:14, 473:11, 508:25
  sitting [9] - 397:24, 398:2, 474:15, 477:24, 479:19, 479:24, 483:20, 506:21, 509:1
  situation [13] - 358:2, 399:19, 416:6, 426:25, 430:5, 433:9, 441:12, 446:4, 446:5, 450:23, 462:23, 463:1, 541:13
  situations [1] - 416:4
  six [4] - 399:9, 474:17, 478:6, 480:23
  sixties [1] - 432:1
  size [6] - 382:7, 442:7, 478:1, 483:3, 483:16, 486:21
  sized [1] - 499:17
  skating [1] - 532:1, 532:3,

532:6
  skip [1] - 542:14
  skunk [3] - 427:7, 427:16, 427:20
  slaughter [1] - 449:8
  sleep [1] - 494:1
  sleeping [2] - 486:3, 543:20
  small [17] - 353:22, 418:7, 431:10, 444:19, 465:13, 467:18, 481:5, 481:10, 481:15, 485:19, 486:21, 492:14, 504:21, 521:10, 526:13, 534:12, 542:8
  smaller [4] - 358:25, 362:22, 418:22, 429:12
  smart [1] - 479:3
  smell [3] - 423:1, 423:2, 500:21
  smells [1] - 423:3
  snakes [1] - 415:3
  snapshot [3] - 501:20, 514:16, 514:23
  snowstorm [2] - 502:2, 502:10
  soaked [1] - 490:6
  social [19] - 370:24, 371:12, 371:17, 371:25, 401:10, 404:19, 437:7, 461:15, 461:18, 475:5, 475:8, 475:18, 477:11, 491:3, 491:23, 492:7, 492:8, 504:23, 505:3
  socialize [2] - 498:8, 498:19
  socialized [3] - 498:6, 504:25, 505:10
  Society [3] - 457:7, 457:9, 533:9
  soil [1] - 431:21
  soiled [1] - 498:3
  solitary [8] - 477:20, 486:25, 488:19, 493:13, 505:2, 505:7, 506:7, 513:21
  solve [2] - 360:14, 386:9
  someone [4] - 472:21, 479:1, 513:7, 516:3
  someplace [1] - 366:20
  sometime [1] - 556:9
  sometimes [6] - 360:1, 421:8, 435:20, 449:2, 449:6, 461:17
  somewhat [1] - 549:22
  somewhere [3] - 397:4, 475:11, 476:21
  son [1] - 399:6
  soon [1] - 472:20
  sores [3] - 417:20, 418:8, 520:21
  sorry [24] - 366:8, 368:12, 370:24, 376:22, 395:18, 396:5, 400:4, 407:1, 417:24, 456:13, 456:15, 481:24, 488:6, 488:10,

488:12, 488:14, 489:8, 493:1, 495:22, 503:25, 507:2, 542:20, 543:15, 551:17
  sort [3] - 366:15, 402:14, 417:19, 424:19, 537:12, 541:14, 556:13
  sorts [2] - 461:5, 518:4
  sought [1] - 439:9
  sounds [3] - 384:8, 436:8, 556:23
  source [3] - 390:13, 427:6, 483:20
  sources [1] - 390:5
  south [3] - 415:1, 425:22, 494:19
  South [1] - 361:5
  space [3] - 460:13, 498:18, 547:1
  spare [1] - 532:4
  sparse [1] - 548:22
  speaking [5] - 360:25, 470:24, 501:3, 502:2, 511:20
  species [20] - 359:18, 360:1, 361:12, 361:13, 361:20, 362:13, 364:7, 385:24, 401:21, 401:23, 402:3, 413:22, 437:8, 439:7, 441:24, 471:17, 494:25, 498:9, 498:10, 505:13
  specific [27] - 355:1, 356:8, 356:11, 358:3, 358:4, 358:6, 361:17, 361:20, 363:11, 370:22, 390:6, 390:10, 397:23, 398:4, 398:25, 399:3, 401:23, 426:9, 427:3, 430:1, 431:19, 433:11, 443:18, 447:5, 540:3, 545:6
  specifically [12] - 396:24, 399:3, 411:22, 413:21, 422:25, 423:19, 435:16, 445:19, 493:22, 521:13, 521:16, 537:21
  specks [1] - 490:23
  speculate [1] - 413:24
  speculation [2] - 455:25, 481:21
  spend [6] - 403:18, 427:4, 437:20, 441:19, 456:20, 496:2
  spent [3] - 437:12, 460:3, 522:7
  spill [1] - 416:14
  splits [1] - 495:3
  sports [2] - 532:6, 532:7
  spot [1] - 430:2
  sprays [1] - 416:17
  spread [3] - 426:15, 430:6, 431:13
  spreads [1] - 417:10
  spring [1] - 548:15

CONTRABRIDGE SERVICES - DELL-THOMAS.com
to purchase a complete copy of the transcript.

**square** [5] - 480:8, 508:3, 509:9, 509:14, 510:23
**St** [2] - 534:5, 534:6
**staff** [3] - 412:4, 412:14, 420:11
**stage** [3] - 382:22, 382:23, 531:20
**stairs** [3] - 481:7, 510:22, 511:1
**stand** [8] - 352:11, 398:7, 453:5, 456:25, 457:1, 458:17, 512:20, 540:17
**standard** [6] - 425:7, 430:21, 444:22, 444:24, 479:13, 488:4
**standards** [4] - 430:17, 439:16, 534:20
**standing** [14] - 453:21, 485:17, 485:21, 486:17, 487:7, 487:11, 487:14, 490:8, 493:11, 510:21, 510:24, 518:24, 519:4, 525:8
**standpoint** [4] - 357:24, 367:10, 386:6, 386:18
**stared** [1] - 475:23
**start** [14] - 402:5, 402:6, 408:6, 410:10, 447:9, 452:11, 462:1, 467:4, 504:19, 504:22, 512:21, 554:8, 554:9, 556:13
**started** [17] - 354:18, 359:16, 360:16, 366:16, 386:6, 386:7, 407:13, 409:10, 409:19, 418:23, 422:5, 426:13, 432:2, 435:2, 435:21, 436:2, 506:14
**starting** [7] - 353:16, 371:10, 376:5, 376:9, 379:18, 470:12, 506:8
**starts** [2] - 448:23, 507:1
**state** [20] - 352:21, 383:7, 392:12, 402:10, 402:12, 405:19, 405:5, 408:22, 420:23, 421:14, 449:20, 454:10, 463:10, 463:11, 481:25, 482:1, 516:12, 537:18, 539:25, 540:3
**State** [20] - 354:8, 360:22, 361:1, 409:8, 409:16, 409:23, 410:2, 410:12, 411:13, 413:3, 413:8, 414:17, 421:19, 429:3, 430:14, 430:16, 431:2, 531:3, 531:5, 531:20
**statement** [2] - 419:8, 450:15
**states** [3] - 402:14, 461:23, 464:13
**States** [9] - 360:5, 360:10, 370:20, 391:13, 392:8, 403:16, 427:2, 457:7, 533:10

**stating** [2] - 445:5, 476:12
**statute** [1] - 537:7
**stay** [1] - 435:25
**stayed** [1] - 501:23
**stem** [1] - 532:11
**step** [10] - 352:12, 408:3, 408:13, 452:8, 479:13, 481:9, 495:11, 510:22, 530:5, 530:14
**stepfather** [1] - 460:18
**steps** [5] - 479:16, 479:19, 479:20, 479:22, 496:25
**Stewardship** [1] - 551:23
**stick** [1] - 557:5
**sticking** [5] - 406:12, 406:16, 508:23, 508:25, 509:4
**still** [22] - 376:7, 377:4, 377:7, 377:8, 377:10, 382:12, 394:15, 398:20, 428:12, 433:17, 447:14, 450:15, 451:1, 458:3, 496:1, 507:19, 515:4, 517:6, 518:10, 524:6, 524:18
**stills** [1] - 441:7
**stomach** [4] - 500:5, 500:8, 500:9, 507:1
**stood** [3] - 388:17, 474:10, 495:2
**stop** [2] - 365:12, 398:22
**stopped** [1] - 478:11
**stored** [3] - 396:16, 396:17, 397:4
**stores** [2] - 417:5, 433:18
**storm** [1] - 502:13
**story** [2] - 499:23, 541:4
**Strawberry** [1] - 421:8
**Street** [2] - 350:5, 353:1
**stricken** [1] - 407:23
**strike** [1] - 464:14
**struck** [20] - 461:14, 461:18, 463:1, 464:7, 464:12, 465:24, 466:12, 469:16, 474:16, 475:3, 479:25, 486:21, 497:1, 507:9, 508:22, 509:1, 510:20, 511:6, 513:16, 539:1
**structure** [5] - 371:17, 384:10, 406:10, 406:12, 437:7
**structures** [1] - 394:12
**struggling** [1] - 437:21
**stuck** [5] - 414:22, 454:6, 527:10, 539:1, 548:9
**students** [2] - 355:13, 355:17
**studied** [3] - 353:18, 354:11, 362:6
**studies** [4] - 370:21, 381:16, 413:19, 414:2
**study** [6] - 357:3, 386:11, 386:13, 387:9, 427:5

**studying** [2] - 353:22, 362:5
**stuff** [2] - 420:3, 500:4
**stupid** [1] - 503:3
**subject** [1] - 403:25
**subjects** [1] - 372:8
**subpar** [2] - 489:9, 493:20
**subsequently** [1] - 484:25
**subside** [1] - 548:21
**substantially** [2] - 389:7, 556:10
**substantive** [1] - 439:9
**substituted** [1] - 544:8
**substrate** [1] - 485:12
**successful** [1] - 364:6
**sudden** [2] - 399:5, 513:21
**suffer** [2] - 384:5, 472:21
**suffering** [2] - 506:12, 506:13
**sufficient** [1] - 442:7
**sugar** [1] - 364:3
**suggest** [4] - 385:17, 544:18, 553:24, 555:13
**suggested** [1] - 439:18
**suggestion** [1] - 548:6
**suit** [1] - 469:23
**Suite** [1] - 350:5
**summarize** [1] - 462:3
**summary** [1] - 400:5
**summer** [2] - 439:24, 451:24
**summertime** [2] - 416:4, 416:7
**sun** [2] - 508:8, 508:21
**sunny** [1] - 474:24
**supervision** [2] - 496:21, 497:3
**supplement** [1] - 383:24
**supplemental** [1] - 431:20
**supplementation** [1] - 367:13
**supplements** [7] - 359:12, 360:4, 361:13, 361:19, 382:16, 382:20, 383:15
**Suppliers** [1] - 359:22
**supply** [2] - 361:14, 395:12
**Supply** [2] - 360:6, 360:10
**supposed** [6] - 362:6, 449:21, 475:9, 476:10, 484:6, 528:25
**supposedly** [1] - 476:13
**surface** [1] - 448:11
**surgeries** [1] - 410:18
**surgery** [2] - 412:9, 413:1
**surmised** [1] - 495:16
**surprise** [1] - 511:4
**survivability** [3] - 363:6, 363:19, 364:5
**survival** [1] - 534:20
**susceptible** [1] - 426:6
**sustained** [5] - 366:22, 372:11, 407:22, 485:5,

494:4
**swear** [1] - 373:2
**swelling** [1] - 445:24
**swim** [2] - 401:13, 402:7
**swing** [1] - 502:15
**switch** [5] - 376:9, 389:25, 391:12, 525:17, 544:9
**switched** [2] - 410:1, 531:25
**sworn** [4] - 352:15, 408:16, 453:10, 530:17
**symptoms** [1] - 436:20
**syringe** [1] - 428:10
**system** [2] - 364:2, 396:21

**T**

**table** [1] - 373:12
**tables** [2] - 442:6, 442:7
**tactic** [1] - 542:25
**tail** [4] - 406:16, 447:2, 475:21, 492:16
**tailed** [1] - 411:2
**tails** [1] - 433:23
**talks** [2] - 368:2, 420:2
**tall** [1] - 480:9
**tank** [1] - 543:21
**target** [1] - 402:17
**tarp** [10] - 483:2, 483:14, 485:18, 528:12, 528:15, 528:24, 529:3, 529:6, 529:9
**taught** [8] - 357:22, 360:23, 360:25, 363:10, 363:11, 363:18, 458:8, 458:11
**teach** [3] - 456:3, 456:7, 460:18
**teaching** [2] - 360:25, 361:2
**teams** [2] - 359:7, 359:8
**tears** [1] - 379:13
**tech** [1] - 428:21
**technical** [6] - 358:22, 359:9, 359:10, 360:11, 364:21, 399:17
**technicians** [1] - 444:17
**technique** [1] - 360:24
**techniques** [3] - 355:2, 355:4, 359:20
**technology** [1] - 360:3
**techs** [1] - 412:5
**teens** [1] - 459:19
**teeth** [3] - 380:2, 452:3, 511:7
**telephone** [2] - 375:4, 396:7
**television** [3] - 461:3, 461:6, 461:12
**temperature** [1] - 526:2
**ten** [3] - 473:12, 484:12, 509:3
**tend** [2] - 426:12, 461:9
**term** [1] - 446:9

to purchase a complete copy of the transcript.

**terms** [7] - 355:7, 358:15, 385:8, 394:21, 441:18, 443:2, 536:24
**terrible** [1] - 432:2
**terribly** [2] - 370:24, 396:5
**terrorist** [1] - 512:13
**terrorists** [2] - 512:9, 516:6
**test** [3] - 356:9, 356:20, 357:5
**testified** [19] - 352:16, 366:4, 367:21, 374:12, 386:22, 388:19, 389:13, 408:17, 437:3, 442:9, 446:25, 447:16, 450:11, 453:11, 513:5, 524:11, 528:4, 528:12, 530:18
**testify** [14] - 366:12, 366:15, 372:7, 373:1, 381:10, 387:1, 407:21, 481:23, 485:4, 535:19, 537:9, 555:14, 555:19, 555:25
**testifying** [3] - 366:3, 369:1, 494:3
**testimony** [21] - 358:6, 365:24, 367:20, 368:12, 374:22, 381:6, 386:21, 386:25, 387:1, 407:3, 471:4, 518:6, 535:11, 536:21, 545:5, 555:5, 555:6, 555:20, 556:4, 556:11, 556:17
**testing** [2] - 355:4, 355:5
**Tetracycline** [1] - 435:22
**Tetracyclines** [1] - 433:18
**Texas** [2] - 418:4, 419:1
**text** [1] - 430:21
**thanked** [1] - 541:9
**thaws** [1] - 450:7
**THE** [139] - 352:1, 352:6, 352:9, 352:12, 352:17, 353:10, 353:14, 366:1, 366:7, 366:8, 366:9, 367:25, 368:4, 368:14, 369:7, 370:11, 371:2, 371:6, 371:9, 372:23, 373:10, 373:16, 374:9, 374:21, 375:7, 375:16, 375:20, 375:24, 376:3, 376:24, 378:13, 378:15, 381:7, 384:25, 386:24, 387:12, 387:14, 387:18, 387:20, 387:22, 387:23, 388:1, 404:6, 404:9, 404:12, 405:14, 407:10, 407:17, 408:1, 408:3, 408:5, 408:9, 408:13, 408:18, 417:24, 418:1, 418:12, 424:20, 434:2, 444:25, 449:12, 451:7, 452:6, 452:8, 452:10, 453:2, 453:6, 453:12, 456:1, 456:2, 469:23,

481:22, 482:2, 485:5, 494:4, 495:22, 495:23, 503:18, 503:21, 503:22, 503:25, 504:2, 512:16, 512:20, 512:23, 518:21, 520:1, 522:22, 522:24, 525:17, 525:22, 530:3, 530:5, 530:7, 530:10, 530:13, 530:19, 535:12, 535:16, 536:19, 537:1, 540:22, 541:3, 542:20, 542:21, 543:2, 543:6, 543:7, 543:8, 543:9, 543:17, 543:20, 543:22, 544:2, 544:7, 544:18, 544:23, 545:15, 545:20, 545:24, 546:1, 546:7, 547:15, 547:17, 550:12, 550:14, 551:14, 551:18, 553:12, 553:24, 554:12, 554:16, 554:20, 554:24, 555:7, 556:8, 556:15, 556:21, 557:2
**theirselves** [2] - 436:6, 449:6
**themselves** [2] - 401:3, 492:11
**thereafter** [1] - 375:17
**thereof** [1] - 462:16
**they've** [8] - 413:7, 413:16, 419:20, 424:11, 432:4, 449:4, 517:21, 518:12
**thinking** [3] - 455:19, 468:4, 481:3
**third** [1] - 510:22
**THORSON** [46] - 350:14, 352:8, 352:10, 352:20, 353:12, 366:2, 366:23, 368:1, 369:3, 370:12, 371:4, 374:5, 375:2, 377:6, 378:9, 387:11, 404:10, 404:14, 407:11, 407:24, 408:11, 408:21, 434:1, 451:9, 452:5, 455:24, 481:20, 485:3, 494:2, 507:17, 522:25, 523:2, 530:2, 535:10, 536:17, 536:20, 540:19, 545:10, 546:6, 547:16, 550:13, 551:16, 553:10, 553:17, 554:19, 556:14
**Thorson** [17] - 352:6, 366:1, 366:20, 367:25, 368:22, 370:11, 374:16, 376:1, 388:8, 404:9, 407:10, 408:9, 442:21, 451:7, 545:3, 546:1, 554:9
**thoughts** [2] - 476:18, 506:14
**thousand** [1] - 444:15
**thousands** [4] - 414:5, 414:9, 414:10, 414:11
**threatened** [1] - 441:2

**three** [21] - 412:3, 412:4, 420:3, 428:10, 440:15, 440:17, 441:21, 444:3, 446:10, 454:21, 469:15, 476:5, 477:10, 479:15, 480:9, 487:19, 494:24, 502:10, 508:7, 510:23, 517:1
**three-and-a-half** [1] - 510:23
**threw** [3] - 467:22, 469:9, 483:21
**throughout** [5] - 362:2, 365:20, 370:20, 398:14
**throw** [2] - 465:3, 479:10
**thumbing** [1] - 454:4
**Thursday** [1] - 557:9
**ticket** [1] - 444:6
**Tiger** [1] - 495:23
**tiger** [83] - 363:23, 375:9, 377:25, 378:19, 378:23, 379:10, 379:22, 380:7, 380:11, 380:12, 381:2, 381:12, 381:18, 381:20, 390:20, 397:1, 412:21, 413:25, 418:17, 427:21, 428:2, 428:5, 429:7, 440:16, 440:17, 442:2, 442:4, 442:7, 442:9, 442:10, 444:20, 445:9, 451:13, 451:15, 451:16, 452:3, 482:15, 482:17, 482:18, 482:21, 483:6, 483:13, 484:2, 484:7, 484:13, 484:17, 485:16, 488:3, 488:4, 488:7, 492:24, 493:5, 493:21, 495:21, 495:22, 495:24, 495:25, 496:2, 496:5, 496:9, 496:15, 496:16, 496:17, 497:3, 497:6, 508:19, 508:23, 510:6, 510:7, 510:8, 521:13, 521:15, 521:17, 521:22, 527:6, 527:8, 528:20, 543:20
**tiger's** [3] - 383:16, 383:17, 442:11
**tigers** [42] - 363:6, 363:7, 365:21, 366:15, 366:16, 366:24, 366:25, 367:16, 367:22, 368:3, 368:9, 368:11, 369:1, 369:4, 369:9, 369:14, 369:17, 383:20, 390:7, 394:2, 398:8, 427:10, 431:19, 442:14, 443:1, 443:4, 444:13, 445:7, 460:24, 461:8, 482:12, 484:21, 492:18, 492:19, 493:20, 500:13, 507:5, 507:10, 520:24, 528:13
**til** [1] - 359:13
**timely** [2] - 473:2, 508:12

**timingwise** [1] - 556:8
**today** [13] - 362:6, 397:24, 398:2, 485:14, 499:22, 499:23, 500:7, 501:13, 505:25, 520:10, 523:6, 554:1, 554:3
**toddler** [1] - 497:18
**toe** [2] - 449:2, 449:3
**toes** [1] - 448:16
**together** [5] - 421:6, 426:2, 437:6, 454:5, 509:8
**Tom** [4] - 364:20, 382:9, 419:23, 529:19
**tomorrow** [7] - 554:3, 554:9, 554:10, 554:21, 556:9, 556:18, 556:22
**tone** [4] - 495:4, 502:23, 502:24, 503:1
**tongue** [3] - 508:23, 508:25, 509:4
**took** [52] - 354:9, 354:10, 354:19, 369:11, 372:12, 374:2, 377:25, 378:22, 380:3, 382:3, 388:8, 398:16, 405:10, 410:16, 411:16, 428:12, 458:21, 467:21, 469:16, 470:17, 470:19, 471:17, 472:16, 474:5, 474:8, 483:10, 483:23, 484:1, 485:16, 486:20, 488:21, 489:15, 490:4, 490:11, 495:9, 495:12, 496:19, 502:4, 508:4, 510:9, 528:1, 528:6, 531:7, 531:8, 531:10, 532:1, 546:17, 550:22, 552:18
**top** [18] - 359:8, 420:20, 425:1, 434:24, 469:9, 477:24, 479:10, 479:19, 479:24, 481:8, 486:2, 497:18, 497:19, 499:25, 520:21, 521:4, 528:24, 529:1
**topics** [1] - 538:16
**torn** [2] - 518:2, 518:9
**total** [1] - 539:3
**totally** [2] - 383:13, 422:1
**touch** [2] - 471:24, 514:25
**touched** [1] - 463:2
**toward** [5] - 425:23, 426:12, 462:4, 491:25, 517:25
**towards** [7] - 407:3, 461:10, 475:23, 482:12, 487:8, 497:11
**town** [1] - 444:19
**toy** [2] - 480:13, 481:15
**toys** [1] - 477:14
**Tracey** [1] - 534:1
**track** [1] - 478:22
**tracks** [1] - 360:16
**tractor** [1] - 529:20
**trade** [1] - 462:9

eScribers, LLC | (973) 406-2250
operations@escribers.net | www.escribers.com
to purchase a complete copy of the transcript.

**traditional** [1] - 533:19
**train** [1] - 411:9
**trained** [2] - 398:8, 450:1
**training** [4] - 356:8, 359:10, 390:19, 398:4
**traits** [1] - 484:20
**tranquilization** [1] - 430:20
**tranquilize** [1] - 451:16
**tranquilizing** [1] - 451:18
**transcript** [1] - 556:16
**transmit** [1] - 417:11
**transported** [2] - 417:20, 418:6
**travel** [2] - 389:8, 398:20
**traveled** [1] - 359:17
**traveling** [2] - 534:9, 550:3
**travels** [1] - 365:20
**treat** [8] - 418:15, 428:8, 428:13, 433:21, 457:2, 491:23, 498:24, 499:19
**treated** [7] - 423:5, 436:24, 437:1, 438:2, 438:5, 458:14, 514:8
**treating** [3] - 445:9, 455:17, 481:17
**treatment** [3] - 441:11, 445:17, 472:22
**treats** [2] - 359:12, 527:3
**trees** [1] - 548:13
**trepidation** [1] - 367:18
**trial** [2] - 372:8, 422:5
**Trial** [2] - 400:5, 434:25
**tried** [6] - 395:17, 413:9, 456:3, 460:18, 476:3, 544:11
**trim** [2] - 448:11, 449:5
**trimmed** [2] - 448:1, 495:15
**trimming** [3] - 448:5, 448:15, 495:6
**trims** [1] - 448:20
**trouble** [3] - 452:2, 454:4, 544:13
**troubled** [1] - 481:4
**troubleshooter** [1] - 358:18
**troubleshooting** [1] - 360:8
**troubling** [1] - 514:19
**trough** [2] - 466:23, 549:18
**troughs** [1] - 466:24
**true** [36] - 389:8, 390:4, 390:8, 391:2, 391:6, 391:10, 391:16, 391:21, 392:5, 392:11, 392:20, 393:19, 393:24, 394:13, 395:1, 395:6, 395:24, 396:8, 396:15, 397:7, 397:8, 397:10, 398:11, 399:15, 402:11, 402:15, 403:5, 403:16, 424:15,

426:10, 429:10, 430:14, 436:18, 437:2, 516:19, 555:16
**trust** [1] - 433:3
**truth** [2] - 540:23, 545:14
**try** [15] - 370:15, 379:4, 404:21, 415:18, 420:4, 429:7, 438:20, 441:14, 451:22, 454:5, 494:18, 499:8, 512:12, 518:8, 542:25
**trying** [17] - 370:14, 388:18, 407:1, 416:9, 428:8, 445:22, 462:1, 473:9, 474:13, 475:24, 475:25, 481:25, 485:4, 496:15, 496:17, 508:11, 535:20
**tube** [3] - 478:8, 478:13, 478:16
**tubes** [1] - 465:3
**tucked** [3] - 471:21, 471:25, 472:2
**turn** [18] - 432:8, 443:23, 470:6, 472:6, 474:4, 476:1, 483:7, 486:4, 487:19, 489:13, 490:10, 495:3, 495:18, 507:15, 508:14, 542:7, 542:8, 552:20
**turned** [2] - 487:5, 492:20
**turning** [1] - 432:11
**TV** [2] - 483:19, 485:1
**twice** [3] - 474:18, 484:14, 522:7
**twitching** [1] - 473:6
**two** [37] - 403:7, 409:24, 412:6, 412:9, 414:9, 415:12, 420:3, 430:8, 434:11, 441:21, 454:21, 454:25, 456:6, 464:22, 466:1, 467:18, 469:1, 469:8, 470:20, 478:23, 479:15, 480:20, 480:21, 502:10, 506:22, 510:18, 516:25, 517:24, 521:3, 522:18, 523:25, 525:1, 538:24, 547:12, 554:17, 554:18
**type** [27] - 371:16, 380:15, 382:10, 382:21, 396:25, 410:15, 410:24, 411:12, 416:1, 422:7, 423:23, 464:25, 472:1, 480:4, 480:6, 489:24, 491:11, 494:22, 497:23, 507:12, 526:16, 528:16, 533:24, 537:23, 538:15, 550:5
**types** [21] - 358:18, 359:13, 359:17, 360:7, 361:7, 361:10, 362:3, 363:11, 382:25, 383:17, 385:17, 394:22, 396:20, 397:23, 414:23, 423:15, 429:22, 455:2, 464:6,

466:11, 479:20
**typical** [4] - 363:15, 370:4, 507:7, 548:18
**typically** [8] - 361:10, 365:6, 365:9, 378:24, 423:9, 469:14, 475:15, 479:20

## U

**ultimately** [1] - 463:19
**unable** [2] - 375:15, 476:7
**unannounced** [2] - 423:9, 535:8
**unattended** [1] - 538:1
**unchanged** [1] - 515:5
**under** [18] - 357:3, 357:6, 450:18, 458:15, 472:2, 474:2, 483:16, 490:6, 493:10, 522:16, 529:3, 529:4, 529:6, 534:21, 534:22, 534:24, 535:1, 535:4
**underbelly** [1] - 490:6
**undergo** [1] - 356:7
**understandable** [1] - 508:20
**undertake** [1] - 456:11
**unexpected** [1] - 365:9
**unexpectedly** [1] - 365:12
**unfair** [1] - 501:20
**unfortunately** [1] - 511:25
**unintentionally** [1] - 423:5
**uniq** [1] - 363:16
**unique** [5] - 360:3, 363:16, 406:18, 437:4, 447:13
**United** [10] - 359:22, 360:5, 360:10, 370:20, 391:13, 392:8, 403:16, 427:2, 457:7, 533:10
**University** [5] - 354:8, 360:22, 531:4, 531:5, 531:20
**unless** [8] - 357:6, 366:19, 422:9, 492:5, 515:16, 515:19, 517:7, 518:11
**unnatural** [2] - 498:19, 504:24
**unnumbered** [1] - 544:14
**unreasonable** [1] - 514:18
**unsupervised** [1] - 497:12
**up** [82] - 352:12, 352:18, 358:20, 359:8, 360:3, 360:17, 363:11, 365:11, 365:15, 373:1, 378:22, 379:1, 383:4, 384:17, 392:14, 401:1, 402:21, 408:13, 408:18, 409:13, 411:3, 414:14, 415:13, 416:19, 417:3, 418:20, 419:17, 419:20, 420:25, 421:4, 421:7, 423:8,

425:24, 428:16, 428:17, 430:17, 432:5, 433:7, 435:24, 437:21, 440:20, 442:16, 442:18, 445:12, 447:13, 449:22, 450:9, 450:20, 453:13, 454:18, 457:13, 458:2, 460:17, 464:10, 465:22, 466:1, 469:22, 471:19, 477:23, 481:7, 482:20, 488:13, 493:18, 493:23, 502:6, 509:4, 510:21, 510:22, 520:25, 521:11, 524:11, 525:14, 525:24, 530:20, 532:13, 534:11, 536:5, 545:11, 548:7, 555:21
**upcoming** [1] - 387:8
**upfront** [1] - 556:2
**uploaded** [1] - 499:16
**uploading** [1] - 514:15
**upper** [1] - 426:11
**ups** [5] - 379:7, 379:18, 380:19, 521:8, 521:23
**upset** [4] - 467:10, 499:16, 507:1, 519:10
**upsets** [1] - 500:11
**upsetting** [3] - 506:21, 506:25, 512:2
**urgent** [1] - 537:23
**USA** [1] - 359:15
**USDA** [43] - 391:20, 391:24, 392:3, 392:10, 392:17, 393:16, 393:18, 395:11, 395:12, 395:16, 395:24, 400:6, 400:8, 400:20, 400:21, 413:17, 419:11, 425:8, 429:17, 432:24, 438:15, 449:15, 450:12, 450:18, 505:16, 516:8, 516:12, 517:5, 517:13, 517:15, 535:6, 535:9, 535:17, 535:18, 535:20, 536:2, 536:3, 536:6, 537:11, 538:7, 551:25, 552:6, 552:8
**USDA's** [4] - 391:15, 392:13, 393:7, 537:12
**USDA-mandated** [1] - 450:18
**useful** [1] - 371:6
**uses** [2] - 360:3, 441:22

## V

**vaccinate** [2] - 426:14, 426:17
**vaccinated** [2] - 427:2, 443:7
**vaccine** [3] - 426:20, 427:6, 442:25
**vaccines** [3] - 426:19, 442:22, 443:3
**vaguely** [1] - 446:22

CONTACT OUR OFFICE AT (319) 363-3181 or info@hhc.com
to purchase a complete copy of the transcript.

**Valley** [2] - 353:17, 354:4
**valuable** [1] - 452:2
**value** [2] - 404:1, 478:19
**varied** [2] - 358:15, 362:14
**various** [8] - 358:8, 369:10, 374:14, 382:25, 416:9, 464:13, 525:8
**vary** [1] - 442:12
**vegetation** [1] - 508:22
**vehicle** [1] - 434:9
**vet** [14] - 410:9, 410:10, 410:14, 410:19, 412:4, 412:8, 413:3, 414:12, 417:15, 420:8, 420:11, 421:4, 429:3, 441:15
**veterinarian** [22] - 355:11, 409:1, 413:6, 415:16, 421:1, 430:8, 436:4, 436:10, 436:17, 438:10, 438:13, 438:24, 439:4, 440:2, 440:19, 441:24, 444:17, 444:18, 449:20, 450:18, 492:6, 540:1
**veterinarians** [5] - 355:16, 412:2, 412:3, 414:15, 441:22
**Veterinary** [1] - 411:25
**veterinary** [18] - 354:18, 354:19, 355:9, 355:13, 355:15, 355:16, 421:19, 439:5, 439:10, 441:4, 441:5, 441:20, 446:19, 472:19, 472:20, 531:9, 531:10
**vets** [2] - 420:11, 420:23
**via** [1] - 396:12
**Victor** [1] - 415:9
**video** [3] - 495:9, 495:13, 506:23
**view** [3] - 365:13, 438:17, 517:25
**violate** [1] - 547:4
**violating** [1] - 400:20
**violation** [2] - 536:15, 537:4
**violations** [6] - 516:8, 537:6, 539:3, 539:4, 539:6, 539:17
**violator** [1] - 536:13
**violators** [1] - 536:10
**violently** [1] - 478:12
**virtually** [2] - 514:24, 515:5
**viruses** [2] - 426:12, 426:15
**visibly** [1] - 490:20
**visit** [56] - 392:17, 419:13, 463:18, 463:19, 463:21, 465:10, 467:4, 470:10, 470:20, 471:11, 474:21, 476:15, 477:2, 480:4, 481:2, 499:1, 501:21, 501:22, 503:12, 503:13, 503:15, 503:20, 504:4,

504:13, 504:14, 504:19, 506:5, 507:5, 507:6, 509:20, 510:13, 510:20, 513:4, 514:3, 514:4, 514:13, 514:16, 514:18, 514:20, 515:1, 517:2, 517:3, 519:13, 520:15, 522:8, 525:7, 526:25, 527:5, 527:19, 534:11, 540:12, 541:19
**visited** [3] - 369:18, 369:19, 389:10, 396:1, 458:2, 459:4, 459:5, 479:17, 504:10, 520:14, 525:5, 525:6, 534:4, 534:6, 534:9, 534:10, 541:21, 542:1
**visiting** [2] - 541:20, 548:3
**visitor's** [1] - 491:10
**visitors** [2] - 478:7, 548:20
**visits** [5] - 399:1, 456:7, 464:22, 517:24, 521:3
**visually** [1] - 495:17
**vitae** [2] - 353:8, 409:13
**Vitamin** [1] - 384:13
**vitamins** [2] - 359:25, 431:20
**vividly** [2] - 475:16, 497:17
**vocal** [1] - 462:9
**voice** [7] - 499:11, 501:13, 501:14, 502:23, 507:2, 517:14, 517:15
**voiceless** [2] - 462:13, 471:2
**volunteer** [2] - 457:9, 532:21
**volunteered** [1] - 527:14
**vote** [1] - 393:12

## W

**wait** [4] - 393:16, 503:18, 548:2, 556:6
**waitress** [1] - 531:18
**walk** [16] - 370:1, 370:2, 370:3, 370:4, 395:7, 419:6, 419:9, 422:3, 422:6, 423:8, 425:20, 425:21, 443:8, 444:2, 500:21, 551:9
**walked** [3] - 465:22, 500:24, 501:1
**walking** [8] - 380:21, 381:12, 381:18, 430:4, 471:19, 482:20, 506:24, 551:9
**walkway** [5] - 471:15, 478:6, 491:10, 493:8, 551:8
**wall** [1] - 475:10
**waned** [1] - 515:11
**wants** [1] - 441:7
**warm** [4] - 507:8, 535:5, 548:14

**warm-blooded** [1] - 535:5
**warmer** [1] - 416:16
**warranted** [1] - 541:14
**waste** [1] - 508:12
**watch** [6] - 384:2, 419:17, 459:2, 460:5, 493:24
**watched** [2] - 460:7, 475:20
**watching** [1] - 458:25
**water** [37] - 380:22, 387:21, 400:17, 400:21, 400:22, 402:8, 418:19, 428:17, 428:18, 435:22, 458:17, 465:23, 466:3, 466:6, 466:23, 467:23, 468:1, 468:14, 468:25, 469:11, 480:13, 485:17, 485:21, 486:17, 487:3, 487:7, 487:10, 487:11, 487:14, 487:15, 490:8, 493:11, 515:6, 525:8, 543:21
**watered** [1] - 502:8
**waterer** [1] - 466:22
**waterers** [3] - 382:10, 382:12, 386:3
**watering** [2] - 382:11, 466:18
**waterlines** [1] - 502:5
**Waterloo** [1] - 464:1
**waterways** [1] - 468:1
**ways** [3] - 387:7, 486:23, 519:11
**wear** [3] - 448:11, 448:14, 498:1
**weather** [2] - 419:2, 480:10, 491:12
**week** [2] - 412:21, 472:22
**weekend** [1] - 463:24
**weekends** [1] - 463:24
**weeping** [1] - 378:25
**weigh** [2] - 442:8, 442:15
**weighs** [1] - 442:10
**weight** [7] - 382:17, 382:21, 383:4, 383:6, 418:23, 442:11, 495:12
**welcome** [1] - 541:10
**welfare** [5] - 445:6, 532:22, 533:2, 537:25, 552:11
**Welfare** [6] - 534:15, 534:18, 535:7, 535:19, 536:11, 537:5
**well-being** [1] - 485:11
**Wertz** [1] - 350:5
**western** [1] - 410:5
**wet** [4] - 490:5, 490:7, 491:1, 491:2
**what-have-you** [1] - 520:20
**whatnot** [1] - 477:14
**whatsoever** [3] - 481:6, 508:13, 518:13
**Wheeler** [1] - 542:4

**white** [10] - 400:7, 466:1, 471:14, 488:3, 488:7, 492:24, 493:5, 493:21, 508:9, 508:10
**whole** [3] - 478:16, 515:4, 537:9
**wide** [4] - 474:17, 523:13, 523:15
**wife** [1] - 415:7
**wild** [10] - 411:11, 414:25, 431:4, 460:16, 461:2, 473:1, 477:16, 482:10, 487:16, 493:16
**wildlife** [12] - 409:19, 410:22, 410:24, 410:25, 414:20, 420:21, 455:17, 458:20, 460:22, 461:1, 462:4, 484:19
**willing** [5] - 414:18, 441:19, 516:22, 517:2, 518:12
**windows** [2] - 416:16, 416:19
**wings** [2] - 406:13, 411:3
**winners** [2] - 360:18, 360:21
**winter** [3] - 421:13, 480:11, 491:12
**wintertime** [2] - 397:2, 412:21
**Wisconsin** [2] - 415:24, 418:5
**wise** [2] - 498:8, 541:18
**wish** [1] - 441:17
**wished** [1] - 485:13
**withdraw** [1] - 369:3
**WITNESS** [13] - 351:2, 366:8, 376:24, 387:20, 387:23, 456:2, 495:23, 503:21, 503:25, 542:21, 543:6, 543:8, 543:20
**witness** [34] - 352:9, 352:15, 366:11, 366:14, 368:18, 371:24, 372:7, 372:9, 373:3, 374:11, 381:7, 381:9, 407:19, 408:10, 408:16, 453:3, 453:10, 481:23, 485:4, 519:1, 519:7, 519:25, 525:20, 530:7, 530:17, 536:21, 541:4, 544:16, 545:11, 554:2, 554:13, 555:1, 555:9, 556:9
**Witness** [2] - 408:4, 452:9, 530:6
**witness'** [1] - 481:25
**witnessed** [2] - 496:8, 514:19
**witnesses** [4] - 352:3, 454:3, 554:16, 554:17
**witnessing** [1] - 500:22
**wolf** [20] - 386:14, 386:17, 386:23, 387:10, 403:4, 403:6, 415:11, 425:13,

CR&R 319-654-3116 or www.crandr.com
to purchase a complete copy of the transcript.

425:15, 426:1, 429:15, 438:4, 438:5, 489:21, 490:5, 490:9, 491:5, 491:18, 491:20, 500:14

**wolves** [21] - 362:5, 386:10, 387:3, 390:7, 403:4, 415:9, 415:14, 425:25, 429:12, 438:2, 461:20, 461:21, 461:22, 461:23, 462:10, 478:21, 489:11, 491:16, 491:25, 492:1, 492:5

**wolves'** [1] - 403:11

**woman** [1] - 450:10

**wonder** [2] - 388:10, 453:19

**wondered** [3] - 414:18, 472:3, 476:20

**wondering** [1] - 539:14

**words** [4] - 356:14, 406:11, 498:17, 501:5

**world** [6] - 359:8, 362:2, 362:15, 365:20, 368:9, 456:4

**worried** [2] - 549:19, 549:20

**worry** [1] - 528:20

**worth** [1] - 556:12

**wound** [1] - 418:22

**wounds** [1] - 418:20

**write** [2] - 440:12, 443:19

**writing** [1] - 359:10

**written** [7] - 356:9, 395:3, 395:5, 396:23, 401:1, 504:2, 516:2

**wrote** [3] - 422:9, 422:24, 551:22

## X

**X-ray** [4] - 412:9, 428:25, 442:1, 442:2

## Y

**yaks** [1] - 362:7

**yards** [1] - 551:7

**year** [29] - 355:22, 357:16, 365:8, 393:12, 393:14, 402:18, 428:2, 441:8, 441:11, 441:20, 443:8, 443:10, 443:20, 451:13, 460:7, 463:25, 497:22, 504:24, 507:8, 510:9, 510:16, 514:23, 517:12, 524:9, 524:13, 524:16, 533:13

**year-and-a-half** [1] - 533:13

**yearly** [1] - 398:21

**years** [22] - 353:18, 359:16, 362:25, 365:5, 369:19, 385:3, 385:20,

388:13, 388:24, 399:9, 409:24, 417:17, 457:1, 457:5, 458:6, 458:10, 459:5, 459:14, 462:12, 517:1, 523:25, 534:7

**yellow** [2] - 400:7, 543:20

**York** [1] - 360:9

**young** [6] - 460:17, 496:8, 496:9, 496:14, 497:13, 497:20

**younger** [3] - 414:15, 454:25, 458:21

**youngest** [1] - 454:18

**yourself** [7] - 425:5, 437:13, 457:23, 467:5, 469:23, 512:13, 528:23

**yup** [3] - 432:7, 432:25, 549:23

## Z

**zebra** [1] - 494:21

**zeedonk** [1] - 494:20

**Zoo** [96] - 361:7, 361:9, 364:12, 364:14, 366:25, 367:17, 367:23, 368:11, 370:18, 374:3, 374:14, 376:11, 381:24, 384:23, 386:15, 386:23, 387:3, 388:10, 388:11, 389:14, 389:23, 390:2, 390:12, 391:15, 392:17, 392:24, 395:1, 395:5, 395:10, 396:2, 396:14, 397:18, 398:24, 399:12, 403:1, 403:4, 405:18, 406:23, 407:5, 412:18, 413:4, 414:13, 414:24, 415:17, 416:11, 420:12, 420:20, 420:24, 431:1, 435:3, 436:25, 438:3, 438:6, 438:13, 439:8, 439:20, 440:3, 441:4, 442:14, 443:9, 444:13, 446:14, 449:25, 455:13, 456:7, 459:4, 459:5, 459:10, 459:16, 459:17, 459:21, 462:18, 471:5, 502:16, 513:17, 524:22, 527:16, 529:18, 534:5, 534:7, 534:9, 534:10, 534:12, 535:15, 535:21, 535:25, 536:8, 538:4, 538:9, 539:10, 539:13, 540:5, 546:15, 547:2, 547:5, 547:8

**zoo** [110] - 365:16, 369:10, 369:24, 370:1, 370:5, 372:13, 382:1, 382:6, 385:18, 389:11, 395:21, 395:23, 398:21, 412:17, 415:21, 417:18, 419:6, 420:5, 422:3, 423:1, 423:2, 424:7, 425:14, 429:9, 429:18, 429:19, 430:8,

430:9, 430:25, 437:14, 438:16, 438:21, 441:15, 441:24, 455:10, 455:11, 458:20, 458:22, 459:7, 459:12, 459:20, 460:9, 460:13, 463:18, 463:19, 463:25, 464:2, 464:3, 464:7, 464:12, 464:14, 464:18, 465:8, 465:18, 468:21, 473:23, 475:15, 478:5, 478:24, 479:5, 480:6, 483:5, 483:19, 489:20, 499:21, 501:2, 501:16, 506:10, 506:25, 509:16, 515:12, 517:23, 519:5, 519:14, 520:11, 521:3, 522:6, 522:18, 523:17, 523:18, 525:5, 526:10, 526:17, 526:22, 527:4, 527:14, 527:17, 530:1, 534:5, 534:12, 536:1, 538:12, 538:16, 538:17, 539:14, 539:20, 541:19, 541:22, 547:22, 547:23, 547:25, 548:2, 548:7, 548:10, 548:18, 548:20, 549:7, 551:1, 551:6

**zoo's** [1] - 551:4

**zoological** [4] - 359:18, 362:10, 390:24, 391:18

**zoology** [2] - 409:20, 524:4

**zoom** [2] - 424:21, 546:24

**zoomed** [1] - 549:21

**Zoos** [3] - 390:3, 390:21, 401:8

**zoos** [15] - 370:20, 392:20, 401:11, 420:20, 432:1, 444:16, 455:8, 458:25, 459:3, 460:10, 466:21, 485:2, 534:3, 534:4

DOCUMENT 7B319 Sidebar.com
to purchase a complete copy of the transcript.