559

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA


TRACEY K. KUEHL, LISA K. KUEHL,)
KRIS A. BELL, NANCY A. HARVEY, )
JOHN T. BRAUMANN and          )
ANIMAL LEGAL DEFENSE FUND,     )
                               )
     Plaintiffs,               )     No. CV 14-2034
                               )
vs.                            )        VOLUME IV
                               )
PAMELA SELLNER, TOM SELLNER    )
and CRICKET HOLLOW ZOO,        )
                               )
     Defendants.               )




DAY FOUR OF JURY TRIAL HELD BEFORE
THE HONORABLE JON STUART SCOLES,

taken at the Federal Courthouse, 111 Seventh Avenue SE,
Cedar Rapids, Iowa, on the 8th day of October, 2015,
commencing at 9 a.m., reported by Kay C. Carr, Certified
Shorthand Reporter in and for the State of Iowa.




Kay C. Carr
Certified Shorthand Reporter
Registered Professional Reporter
Cedar Rapids, Iowa
(319) 362-1543

to purchase a complete copy of the transcript.

560

APPEARANCES:


DANIEL J. ANDERSON, ESQ., Wertz & Dake,
1500 Center Street NE, Suite 101, Cedar Rapids,
Iowa 52402-5500, on behalf of the Plaintiffs.


JESSICA BLOME, ESQ., and JEFFREY D. PIERCE, ESQ.,
Animal Legal Defense Fund, 170 E. Cotati Avenue,
Cotati, California 94931, on behalf of the
Plaintiffs.


ELISABETH HOLMES, ESQ., Blue River Law, P.C.,
P.O. Box 293, Eugene, Oregon 97440, on behalf of
the Plaintiffs.


LARRY J. THORSON, ESQ., Ackley Kopecky & Kingery,
LLP, 4056 Glass Road NE, Cedar Rapids,
Iowa 52402-5062, on behalf of the Defendants.

to purchase a complete copy of the transcript.

561

## I N D E X

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| **PLAINTIFFS':** | | | | |
| Lisa K. Kuehl | 564 | 608 | | |
| David Allen (Rebuttal) | 800 | 837 | 843 | 845 |
| | | | | |
| **DEFENDANTS':** | | | | |
| Pamela J. Sellner (Continued from Day 2) | 611 | 660 | 746 | |
| Tom J. Sellner | 748 | 757 | 792 | |

## E X H I B I T S

| EXHIBITS | OFFERED | RECEIVED |
|---|---|---|
| **PLAINTIFFS':** | | |
| 2 - 11/8/06 email to Pam Sellner | 704 | 704 |
| 3 - 12/2006 settlement agreement | 706 | 707 |
| 9 - 4/9/12 email to Pam Sellner | 708 | 708 |
| 15 - 10/25/12 settlement agreement | 709 | 709 |
| 18 - 4/29/13 settlement agreement | 712 | 712 |
| 21 - 8/29/13 letter to Pam Sellner | 712 | 713 |
| 34 - 6/10/15 USDA suspension letter | 718 | 718 |
| 37 - 7/30/15 USDA complaint | 719 | 722 |

to purchase a complete copy of the transcript.

562

EXHIBITS (Continued)                    OFFERED    RECEIVED

38 - USDA inspection requirements         668        668

39 - Cricket Hollow Zoo Responses to      733        733
     Interrogatory Nos. 1-12

50 - Feline Conservation Federation       734        734
     Certificate of Achievement

52 - 2008-2014 expense talley for         726        726
     Cricket Hollow Zoo

53 - Bank account records                 729        729

54 - Income tax returns                   731

55 - Profit and loss statement for        731        732
     Schedule C

59 (pages 2-15) - Photographs taken       570        571
                  by Lisa Kuehl

60 - Complaint to IDALS                    565        565

68 - CV of David Allen                     807        807

69 - Association of Zoos and              822        823
     Aquariums accreditation
     standards and policies

72 - 8/27/14 USDA response to Pam         667        667
     Sellner

73 - 6/23/14 USDA response to Pam         667        667
     Sellner

74 - 8/29/13 USDA response to Pam         667        667
     Sellner

75 - 7/11/13 USDA response to Pam         667        667
     Sellner

76 - 12/26/12 USA response to Pam         667        667
     Sellner

Case 6:14-cv-02034-JSS   Document 42   Filed 10/30/15   Page 4 of 115
to purchase a complete copy of the transcript.

563

EXHIBITS (Continued)                          OFFERED    RECEIVED

DEFENDANTS':

B - Letters to USDA from Pam Sellner    646         646

K - Photographs                          630/631      631

AA - 1984 photograph from                841         842
     Cheyenne Mountain Zoo

Contact RateLine Reporting, LLC at www.jdreporting.com
to purchase a complete copy of the transcript.

564

1    THE COURT: Ms. Kuehl, you're still under
2    oath.
3         Ms. Blome?
4         DIRECT EXAMINATION (Resumed)
5    BY MS. BLOME:
6    Q.    Good morning, Ms. Kuehl.
7    A.    Good morning.
8    Q.    Yesterday when we left off, we were attempting to
9    talk about Exhibit 60.  Will you please turn to
10   Exhibit 60 in your binder.
11   A.    I'm ready.
12   Q.    Will you please review that first complaint to
13   IDALS and then while we're at it, if you could go ahead
14   and review the remaining complaints in that exhibit to
15   confirm that those are the full complete versions of the
16   complaints you submitted to the state and federal
17   authorities.
18   A.    Yes, they are.
19   Q.    For the entirety of Exhibit 60?
20   A.    Pardon?
21   Q.    For all of Exhibit 60?
22   A.    Yes; that's the full complaint.
23        MS. BLOME: Your Honor, at this time we
24   would offer for admission Exhibit 60.
25

565

1         (Plaintiffs' Exhibit 60 was offered in
2         evidence.)
3         THE COURT: Any objection?
4         MR. THORSON: Yes, Your Honor; to relevance.
5         THE COURT: Overruled.  Exhibit 60 is
6    received.
7         (Plaintiffs' Exhibit 60 was received
8         in evidence.)
9    Q.    Thank you, Lisa.  Now, I want to ask you about
10   the content of these complaints.  I just want to know
11   what was the state and federal response when you made
12   this complaint after your very first flyover of the
13   Cricket Hollow Zoo in April of 2012?
14   A.    The complaint that I filed triggered two IDALS
15   inspection reports -- compliance reports.
16   Q.    Okay.
17   A.    And I have -- I have seen and read both of those.
18   Q.    Okay.  And what about the federal government?
19   Did the federal government respond in any way?
20   A.    I can't recall offhand.
21   Q.    Okay.  Did you file any complaints or make any
22   phone calls to local enforcement officials?
23   A.    Yes.  I did make a written complaint to the
24   Delaware County sheriff.
25   Q.    And what, if any, was the Delaware County

566

1    sheriff's response?
2    A.    I don't recall getting a response from him.
3    Q.    Did it frustrate you to not get a response from
4    the Delaware County sheriff?
5    A.    It did.  Part of my education and animal advocacy
6    has taught me to try to address concerns locally when
7    you can and generally the first response person would be
8    law enforcement, and in this case I -- I didn't get the
9    response I was hoping for.
10   Q.    Now, in between April and June, you came to the
11   conclusion you needed to visit the zoo?
12   A.    Yes, ma'am.
13   Q.    When did you first visit the zoo?
14   A.    June 21st of 2012.
15   Q.    And who accompanied you on that trip?
16   A.    I went with three other local -- central Iowa
17   advocates.  They were Kris Bell, Nancy Harvey and Mindi
18   Callison Long.
19   Q.    And Kris and Nancy are other plaintiffs in this
20   lawsuit?
21   A.    Yes, ma'am.
22   Q.    Why did you decide to visit the zoo?
23   A.    Well, as we talked about yesterday, I had learned
24   about the zoo doing some research into the USDA database
25   and so I knew something about the zoo.  I knew that

567

1    there had been some client -- compliance issues and
2    because the zoo didn't open to the public until after
3    Memorial Day, there was no opportunity to pay a visit
4    until a little bit later in the spring.
5    Q.    What were your goals when you visited the zoo?
6    A.    I personally -- I can't speak for the other
7    visitors, but I wanted to see if what the USDA had been
8    documenting matched what I was seeing as a zoo visitor.
9    Q.    And did you have any preconceived notions about
10   that visit?
11   A.    I did.  I had read the inspection reports from
12   August and December of 2011, so I knew from those
13   documents the kind of things that the inspectors had
14   seen on their prior visits, plus I had also researched
15   the zoo in general and had found some media articles
16   dating back to at least 2009 about other visitor
17   complaints and concerns about the zoo.  So I had a
18   preconceived idea of what I might find, although I hoped
19   that I didn't find it.
20   Q.    Okay.  I want to walk through your visit, so
21   about what time did you arrive in the morning?
22   A.    We got there early afternoon.  It was a long
23   drive to get to the zoo.
24   Q.    And I assume you first paid admission to get into
25   the zoo?

to purchase a complete copy of the transcript.

568

1  A.    Yup.

2  Q.    Who took your money?

3  A.    Pam Sellner.

4  Q.    At the time, had you ever met Pam?

5  A.    I had never met her, no.

6  Q.    And at the time, had you ever spoken with her or

7  seen her before?

8  A.    No, never.

9  Q.    Did you talk to her that morning -- or that

10  afternoon; I'm sorry?

11  A.    Yes, we did.

12  Q.    What did you talk about?

13  A.    Just general things.  We paid our admission and I

14  -- none of us had been to the zoo, so we didn't know how

15  the self-guided tour went, so we asked about which

16  direction to go and what things we might want to see

17  while we're there.

18  Q.    What do you remember about that first visit?

19  A.    Well, keep in mind I did have some preconceived

20  idea of the care of the animals, but what I wasn't

21  expecting, the first thing that hit me was the smell of

22  the facility.  As soon as we got out of the car, I

23  smelled an odor that was very uncommon to agricultural

24  smells or certainly not the kind of odor you expect when

25  you go to a public tourist attraction.  It was very

569

1  overwhelming.

2  Q.    When you say other agricultural smells, what

3  comparison are you making in your mind?

4  A.    The smells I smelled when I grew up on a farm and

5  being in rural Iowa, I smell animal smells all the

6  time --

7  Q.    Sure.  And --

8  A.    -- but this was a different kind of smell.  It

9  was more of a -- a rotting type smell that you would

10  smell if there was food --  food items left out or

11  perhaps the pens hadn't been cleaned for quite some

12  time.

13  Q.    And just a -- just a quick -- I can't recall if I

14  asked you that -- what kind of farm?  Was it a hog farm?

15  A.    That I grew up on?

16  Q.    Yes.

17  A.    Uh-huh.  We had hogs.

18  Q.    So different from the smell of a hog farm?

19  A.    Yes.  And the fact that there were many different

20  kinds of animals besides hogs would certainly lend to a

21  different type of combined odor.

22  Q.    Now, you mentioned that you felt that that smell

23  could be attributed to rotting food and feces.  Did you

24  see any evidence of rotting food or feces?

25  A.    Yes.  Yes, ma'am.

570

1  Q.    What did you see?

2  A.    Well, in almost all of the highly visible

3  enclosures, which would be the ones closest to the

4  public areas, there were a lot of areas where there was

5  piles of feces.  You could see it easily in the

6  enclosures, and in the corners of some of the smaller

7  cages you could see piles of feces as well attracting a

8  lot of flies.

9  Q.    Okay.  I would like to draw your attention to

10  Exhibit 59, which includes some photographs.

11  A.    I'm ready.

12  Q.    We talked about these photographs a little bit

13  yesterday, but for our purposes today, could you just

14  briefly look through pages 2 through 15 of that exhibit

15  and confirm that those are also photographs you took and

16  then we'll discuss the photographs.

17  A.    Yes; I took them all.

18  Q.    And are they fair and accurate representations of

19  the photographs you took on the dates and times that are

20  marked on the photographs?

21  A.    Yes, ma'am.

22        MS. BLOME:  Your Honor, we would offer for

23  admission into evidence Exhibit 59.

24        (Plaintiffs' Exhibit 59, pages 2 through

25        15 was offered in evidence.)

571

1        THE COURT:  Any objection?

2        MR. THORSON:  We object as to relevance,

3  Your Honor.

4        THE COURT:  Overruled.  And just so we're

5  clear, on the exhibit list, Exhibit 59 the first page

6  was previously introduced without objection as a

7  Category A exhibit.  Exhibit 59, 14 pages is -- are

8  pages 2 through 15 and those are now being received.

9        (Plaintiffs' Exhibit 59, pages 2 through

10        15 was received in evidence.)

11        MS. BLOME:  Thank you, Your Honor.

12  Q.    Lisa, let's talk about this first photograph.

13  Did you take that during your visit in June of 2012?

14  A.    Would that be the first aerial photo?

15  Q.    Oh, no; I'm sorry.  I'm on page 5.  Right after

16  the aerial photos, so the first photo from your

17  June visit.

18  A.    Yes; I took that picture on my first visit.

19  Q.    Why did you take that picture?

20  A.    Well, that was the last thing we saw leaving the

21  zoo.  That is Obi, the baby baboon, and I took the

22  picture because it's fairly uncommon to see someone

23  interacting that way with a young animal, particularly a

24  nonhuman primate.

25  Q.    Let's turn the page to page 6 and here I see a

CONTACT TRACTRANSCRIPTS.com to purchase a complete copy of the transcript.

572

1  photograph of an orange tiger.  Is that what you're
2  seeing?
3  A.     I do.
4  Q.     And what was it that made you take a picture of
5  this tiger?
6  A.     Well, this picture kind of is representative of
7  the types of enclosure that we saw all of the animals
8  in, but specifically some of these larger felines.  It's
9  a very barren cage with literally no enrichment for this
10  animal and it certainly isn't representative of the type
11  of environment this animal would live in in the wild.
12  Q.     Now, you're not an expert in what a tiger would
13  need in the wild, so what -- what made you think it
14  didn't have enough enrichment?
15  A.     Well, there was absolutely no vegetation within
16  the enclosure.  There is nothing for the animal to
17  interact with that I could see.  The enclosures, to me,
18  appeared to offer very minimal in the way of protection
19  from either insects or inclement weather.  There was no
20  way for that animal to escape some of those conditions.
21  Q.     What kind of conditions bothered you the most?
22  A.     Well, on that day, it wasn't a very hot day so
23  weather wasn't a big issue, but the fly issue was very
24  concerning to me.  There were flies everywhere and the
25  type of enclosures that this tiger is living in didn't

573

1  appear to offer any escape from those insects if they
2  got bothersome for the tiger.
3  Q.     Did you observe that the tiger was bothered by
4  any insects?
5  A.     I don't recall that I did on this particular
6  visit.
7  Q.     All right.  I would like you to turn to page 7.
8  On this picture, I'm looking at a white tiger.  Is that
9  what you're looking at?
10  A.     Yes, ma'am.
11  Q.     What do you recall about this tiger and why did
12  you take this picture?
13  A.     Kind of more of the same.  The tiger looked bored
14  is a good way to describe it.  I didn't see a lot of
15  enrichment activities for this animal as well so he
16  wasn't or she wasn't interacting and showing much in the
17  way of what I would consider to be natural behaviors;
18  just kind of lying around and there was nothing for
19  these animals to lie on to provide them with any kind of
20  comfort, so basically they had to either lie on pea
21  gravel or some kind of rock and I didn't -- I wasn't
22  able to determine if there was anything inside their
23  little enclosure that also offered them any comfort to
24  lie on.
25  Q.     Why did that trouble you?

574

1  A.     Well, I can't feature that most animals would
2  choose to lie on a hard or cold or rough uncomfortable,
3  surface if they had an option.  They may have at times,
4  but there wasn't any option for this animal to seek
5  relief anywhere else to sit or lie on.
6  Q.     You mentioned earlier that you observed feces and
7  moldy food.  Did you observe any feces or moldy food in
8  the tiger enclosure?
9  A.     We saw feces -- yes, there was feces in all the
10  enclosures.
11  Q.     I would like to turn to page 8 of Exhibit 59.
12  I'm looking at an orange tiger lying behind what appears
13  to be like a water trough or food trough?
14  A.     Yes.
15  Q.     Okay.  And why did you take this picture?
16  A.     Well, I find this picture kind of interesting.
17  The tiger has a cattle waterer to access and I don't
18  know if that's for bathing purposes or drinking
19  purposes.  I wasn't sure.  I couldn't -- it kind of
20  bothered me that maybe the tiger couldn't get in there.
21  I didn't know how mobile the tiger was, so I didn't know
22  if this watering apparatus was too cumbersome for the
23  tiger to access if he or she needed to get in for
24  cooling purposes or for drinking.  And she's laying
25  behind or he's lying behind the tank so I was hoping

575

1  that he was physically okay and just wasn't feeling ill
2  or unable to move from that location.
3  Q.     So you had cause to worry about the tiger's
4  health at this point?
5  A.     I was, yes.
6  Q.     And in this -- was this enclosure different from
7  any of the other tiger enclosures that you saw?
8  A.     Very similar.  Very sparse; very little in the
9  way of enrichment; no obvious way for those animals to
10  escape from flies if they became a nuisance.
11  Q.     At any point, did you see any of the tigers at
12  the zoo move?
13  A.     Yeah.  Some -- they were moving, so that assured
14  me that they hadn't been -- or they hadn't died or that
15  they were not severely ailing at that time.
16  Q.     And about how long did you spend looking at the
17  tigers?
18  A.     Maybe 10 minutes.  It was just part of the walk
19  through.
20  Q.     All right.  I would like to turn your attention
21  to page 9 of Exhibit 59.
22  A.     I have it.
23  Q.     Do you recognize that photo?
24  A.     I do.
25  Q.     This -- this photo was the subject of a little

576

1 controversy because it appears to be so close. Can you
2 explain why and how you got such a close-up picture of
3 this lion?
4 A. I sure can. There's not a lot of distance
5 between where the visitors stand and the exotic animals
6 -- I'm going to say maybe 12 to 15 feet of barrier
7 between -- and she was fairly close to the fence at the
8 time and so with the help of my camera and zoom lens, I
9 was able to take a picture of her face. She looked very
10 sad and despondent in the walk through and so I snapped
11 a picture of her and it was after I got home and was
12 able to look at the picture that I took that I noticed
13 some very concerning things about her face.
14 Q. What did you notice?
15 A. Well, I noticed that she was being eaten by flies
16 and that's evidenced by some blood being drawn on her
17 nose by the fly bites and also you can see in her left
18 ear that that entire ear canal is filled with flies.
19 Q. And that bothered you?
20 A. That bothered me very, very much, yes.
21 Q. I would like to turn your -- turn the page to
22 page 10 of Exhibit 59. Now, remind me, is this a
23 photograph you also took in June of 2012?
24 A. Yes, but I believe I took this on my second
25 visit.

577

1 Q. Oh, so -- okay. In July of 2012?
2 A. Yes. I'm pretty confident of that.
3 Q. All right. So let's break from the photographs
4 for a moment, and after you left the zoo -- well, I'm
5 sorry. Other than the tigers and the lions that you
6 took photographs of, did you see any of the wolves in
7 June of 2012?
8 A. Yes. I saw the wolf enclosures. At that time of
9 the day when those temperatures, the wolves looked
10 somewhat lethargic, so I presumed they were inactive
11 maybe because it was getting to be warm and so they were
12 just resting. They didn't want to expend any energy.
13 So they were in their little -- they have little houses
14 in back of the enclosure that -- I believe that they're
15 put in when the enclosures are cleaned, so they were in
16 those little cubbyholes, so they weren't very visible on
17 my visit.
18 Q. What did you observe about the tiger enclosure?
19 A. Well, to repeat myself, those tiger enclosures
20 were really void of any enrichment. They didn't appear
21 to offer the tigers anything to do. They were barren,
22 sparse, quite dirty; just not what you would expect in a
23 zoo setting and certainly did -- none of the enclosures
24 did anything to replicate what that tiger might find in
25 a natural environment.

578

1 Q. And was there -- did you observe any feces or
2 moldy food in the wolf enclosure?
3 A. I can't say that the food was moldy. I believe I
4 recall seeing some food scraps from a prior feeding and
5 -- yeah, feces. There are little piles of feces
6 everywhere.
7 Q. Now, did -- did you understand those wolves to be
8 wolves or wolf hybrids?
9 A. Well, I understood them to be wolves.
10 Q. And why is that?
11 A. Because the placard on their cage said that they
12 were timber wolves and that they were an endangered
13 species.
14 Q. Did you observe the lemurs on this -- on this
15 visit?
16 A. We walked by the lemur enclosures. On this
17 visit, because of the time of day, the roof over the
18 lemur enclosure was creating a very dark shadow, so I
19 wasn't able to get a good view of the actual animals
20 themselves, so wherever they were on that visit, they
21 were not close enough to be out of the shadow and be
22 visualized.
23 Q. Now, after you left the zoo -- well, about how
24 long were you in the zoo total?
25 A. A couple hours, I think.

579

1 Q. So after a couple of hours of visiting the zoo, I
2 assume you left?
3 A. Yes.
4 Q. What, if anything, did you do in terms of
5 advocacy work after that first visit?
6 A. Well, we talked about it as a foursome of what we
7 should do and if we thought that what we saw warranted
8 some complaints or bringing it to the attention of
9 either the enforcement agencies that overlook the zoo or
10 perhaps law enforcement. So I personally opted to
11 digest what I had seen, take a look at my photos and
12 then I filed a quite lengthy report to the Iowa -- to
13 the -- excuse me -- USDA and I copied in the Iowa
14 Department of Agriculture as well.
15 Q. Anything with the local law enforcement;
16 Delaware County?
17 A. I did write a letter to Sheriff LeClere
18 expressing my concerns and what I had seen and asked for
19 him to perform a welfare check, and mainly I wanted to
20 make him aware that someone had seen something in his
21 county that was very concerning to him -- or to me and I
22 hoped he shared my concerns.
23 Q. I would like to flip your attention to
24 Exhibit 60, page 9. I'm sorry, page 8.
25 A. I have it.

COURTREPORTERS.com GLOBALCOURTREPORTERS.com
to purchase a complete copy of the transcript.

580

1  Q.    That's your complaint that you submitted to the
2  USDA?
3  A.    That is.
4  Q.    Now, Lisa did you contact any nongovernmental
5  agencies at this time?
6  A.    Yeah.  I -- I'm pretty sure I followed up with
7  IDALS because on our first meeting with them, they did
8  say that after you go to the zoo, make sure if you take
9  some pictures, let us see those and follow up with us on
10  what you saw and what your concerns were.
11  Q.    Did you ever follow up with Pam Sellner herself?
12  A.    I did not.
13  Q.    And why not?
14  A.    Well, like I said, in my training in animal
15  advocacy, we're always advised that it's best not to be
16  confrontational with the perpetrator and we're asked to
17  always go to those agencies that either have oversight
18  -- inspection oversight or perhaps if it's a
19  nonregulated facility, then you would take your concerns
20  to a law enforcement agency.
21  Q.    All right, Lisa.  Now, as I understand it, in
22  July that year you returned to the zoo?
23  A.    Yes.
24  Q.    I would like to talk about that visit.  Why --
25  why did you return to the zoo again?

581

1  A.    Well, having seen what I saw in June, I had hoped
2  when we went back, perhaps I would see some improvements
3  to some of the things I had mentioned in my first
4  complaint and I knew that IDALS and USDA were fairly
5  responsive to complaints and so I was optimistic that
6  maybe I would see some improvements based on my concerns
7  to date.
8  Q.    And you were worried about the animals?
9  A.    Oh, well, I was definitely worried about the
10  animals and I was hoping that I would see them in a
11  better place.
12  Q.    All right.  Let's return to Exhibit 59 with the
13  photographs you took at the zoo that day.  Now, while
14  you're looking for that exhibit, and we'll turn to
15  page 10.  I assume when you -- I won't assume.  When you
16  first arrived at the zoo, did you once again pay
17  admission to Mrs. Sellner?
18  A.    Yes.
19  Q.    And did you talk with her on that occasion?
20  A.    I think we did.
21  Q.    Do you recall the subject matter?
22  A.    Just said hello.  Since we had already been to
23  the zoo, I knew about the self-guided tour so I didn't
24  have to repeat that question.
25  Q.    Okay.  And any -- anything else that you recall

582

1  about your interaction with Mrs. Sellner?
2  A.    Well, she had -- the baby baboon was her
3  ambassador animal, so Obi was there in the greeting area
4  and so we got to visit with Obi a little bit and learned
5  -- I think we asked some questions about Obi at that
6  time.
7  Q.    Okay.  Anything else?
8  A.    The -- the smell was still present.  There were a
9  lot of flies.  This was a month later and if I recall
10  correctly, it was a fairly hot summer in the summer of
11  2012 so we were in and out of some significant heat
12  events at that time of year.
13  Q.    Now, on this visit or your prior visit in 2012,
14  did you see any other employees or staff at the zoo
15  besides Mrs. Sellner?
16  A.    The only person -- and I can't state whether this
17  was a volunteer or staff -- I presumed it to be Pam's
18  husband.  We saw -- I saw him on the July 2012 visit and
19  he was in one of the animal enclosures running a skid
20  loader, so doing some maintenance cleaning.
21  Q.    And that was -- but that was the only time in
22  2012 you had seen another staff member?
23  A.    Yes.  During both visits, I didn't see anyone
24  tending to the animals.  I didn't see volunteers or I
25  should say I didn't see volunteers that were designated

583

1  as such.  There were other visitors there.  I presumed
2  that they were not there to tend to the animals.  They
3  all looked like they were taking photos and they had
4  children and so there were people at the zoo, but none
5  of them appeared to me to be connected with the zoo
6  other than as casual visitors.
7  Q.    All right.  So now let's take a look at this
8  picture that you took on your second visit in July of
9  2012.  Why did you take this picture -- well, first of
10  all, I'm looking at a lion.  Is that what you're looking
11  at as well?
12  A.    Please state the page number.
13  Q.    Page 10.
14  A.    I have rabbits.
15  Q.    Oh, sorry; we're back in Exhibit 59.
16  A.    Oh, okay.  I have that one.
17  Q.    Okay.  And why did you take that photograph?
18  A.    And this is the lioness close to the --
19  Q.    That's what I'm looking at, yes.
20  A.    Well, on this day the lion -- this particular
21  lioness was very close to the edge of her enclosure and
22  she had a very troubled demeanor about her.  She was
23  agitated and kind of coming up to the edge of the
24  enclosure.  I don't know if she was unhappy with what
25  she was seeing or she was bothered by the zoo visitors

Case 6:14-cv-02034-JSS   Document 74   Filed 10/30/12   Page 10 of 115
Visit www.NETSCRIBES.com
to purchase a complete copy of the transcript.

584

1  walking past her or if she was physically uncomfortable
2  -- I don't know -- but she was very agitated and with
3  the ears back looked very angry and perhaps ailing.
4  Q.    How could you tell that she was agitated?  Was
5  she making any noise or movements?
6  A.    Yeah.  She was kind of lunging at the front of
7  the cage.
8  Q.    Any noise?
9  A.    Some -- yeah; some growling.  Nothing long-term,
10  but just a few noises here and there.  Not crying out.
11  Q.    Now, on this visit, did you observe the same
12  level of feces in the enclosure for the lion that you
13  had in June?
14  A.    I didn't see any improvements on this visit.
15  Q.    All right.  I would like you to turn to page 11.
16  And what were you trying to capture with this
17  photograph?
18  A.    Again, a very unhappy looking lioness looking
19  distressed.  Not contented anyway with either her place
20  or the way she felt.
21  Q.    All right, Lisa.  On this date, did you also
22  observe the tigers?
23  A.    Yeah; I believe we did.
24  Q.    Okay.  And what did you notice about the tigers?
25  A.    No changes from previous visits.  Still

585

1  enclosures void of any significant enrichment for them.
2  Still dirty enclosures.  A lot of flies, so again, we're
3  a month later into the summer so the fly problem was
4  escalated, and just very unpleasant conditions for these
5  kinds of animals.  Nothing like what I would expect to
6  find them in nature or at an accredited type zoo.
7  Q.    What about the wolves?  Did you see the wolves on
8  this visit?
9  A.    I -- the wolves were again in -- in their little
10  enclosures.  I didn't see a lot of wolf activity, so
11  they were again either keeping out of the mid-day heat
12  or perhaps just trying to find some extra shade or
13  escape from insects perhaps.
14  Q.    Now, did you observe -- you said little
15  enclosures.  Were the wolves in separate enclosures or
16  are you talking about small enclosures within one, like,
17  cage?
18  A.    I think -- and I can't say for certain, but I
19  think they were in one single enclosure.
20  Q.    Okay.  And then the little enclosures where they
21  were hiding were within that larger enclosure?
22  A.    I believe so, yes.
23  Q.    Okay.  Thank you.  And what about the lemurs?
24  Did you see the lemurs on -- in July of 2012?
25  A.    Again, because of the time of day I was at the

586

1  zoo, the lemur enclosures were heavily shadowed, so I
2  don't have any recollection of actually seeing them
3  active and moving in their enclosure.
4  Q.    All right, Lisa.  About how long were you at the
5  zoo in July of 2012?
6  A.    We were there for a couple of hours.
7  Q.    Okay.  And when you left, did you raise any of
8  your concerns about the animals to Mrs. Sellner?
9  A.    I did not.
10  Q.    And why?
11  A.    Again, because I felt through my training in
12  animal advocacy that when you do see concerns, it's
13  always most prudent to take those to the enforcement
14  agencies that can actually take some meaningful action.
15  Q.    Did anything of note happen while you were
16  leaving the zoo in July of 2012?
17  A.    Yes, ma'am.
18  Q.    What happened?
19  A.    Well, as we were leaving, we noticed that a law
20  enforcement vehicle had pulled into the parking ramp --
21  or parking area -- it's not a ramp -- and the -- one of
22  the members of my party was visiting with that person
23  when I ended up getting to the end of the zoo tour.  So
24  she had already gone and -- gone to parking and was
25  waiting for us to leave and I noticed that he was

587

1  visiting with her.
2  Q.    And who was this person?
3  A.    Well, I believe it to be a member of the
4  sheriff's department.
5  Q.    Did you actually speak with the law enforcement
6  official?
7  A.    I did not.
8  Q.    Were you present when he was talking with the
9  other of your friends?
10  A.    Yes, I was.
11  Q.    Did he tell you anything as a group or was he
12  talking to them individually?
13  A.    He was talking to her individually, but I believe
14  he was kind of addressing us all as a group.  She was --
15  he was the only -- she was the only person that he
16  actually had a verbal conversation with.
17  Q.    What effect did his presence have on you?
18  A.    Well, I -- I came to find out that he was there
19  not out of the welfare of the animals, but because of
20  some concerns about security for the animals and I was
21  really disappointed that he wasn't there doing a welfare
22  check or making sure that everything was okay with the
23  zoo animals.  He was there for the wrong reason, in my
24  opinion.
25  Q.    What was the security problem he was worried

Min-U-Script®                    www.aptusCR.com                    to purchase a complete copy of the transcript.

588

1  about?

2  A.    He had been told by Mrs. Sellner that she had

3  gotten threats that people were going to let the tigers

4  and lions out of their cages.

5  Q.    And law enforcement suspected you and your

6  friends of that activity?

7  A.    Possibly.

8  Q.    That was your understanding?

9  A.    Yeah, although trust me, we would not have let

10  any animals out of their cages, particularly ones that

11  could cause us great harm.

12  Q.    Did that kind of rattle you and shake you up a

13  little bit?

14  A.    Yeah, it did.  Again, I was really disappointed

15  that he was there not for the welfare of the animals,

16  but to question us as to why we were there and I don't

17  recall that he even asked if we had a concern about the

18  animals.

19  Q.    Had you done anything illegal?

20  A.    No.

21  Q.    Have you ever been arrested?

22  A.    No.

23  Q.    Have you ever been stopped by the police before?

24  A.    Just minor traffic violations.

25  Q.    After you left the zoo and went home to

589

1  contemplate the animals that day, did you do any

2  additional advocacy work?

3  A.    I continued to reach out to a wide range of

4  entities -- too many to name here -- but yes, I did

5  continue my advocacy work based on what I had seen.

6  Q.    And why did you not -- why did you cease reaching

7  out to federal and state officials and local law

8  enforcement?

9  A.    I didn't feel like I was making a connection with

10  them.  They were responsive to my complaints, but their

11  follow-up action didn't produce any meaningful results.

12  So I contemplated sending more reports, but I knew that

13  other visitors to the zoo were doing the same thing, so

14  I elected to kind of redirect my energies toward

15  reaching out to legislators in that area, my own local

16  legislators and some other animal advocacy

17  organizations.

18  Q.    Did you ever return to the zoo in 2012 to visit

19  the animals again?

20  A.    No.

21  Q.    Why not?

22  A.    It was -- it's hard to see that.  As stoic as I

23  think I can be sometimes, it's -- it can be an

24  unpleasant experience if your expectations are higher

25  than what you might see at the zoo.  I was accustomed to

590

1  zoos such as the Blank Park Zoo in Des Moines where

2  things are clean and pleasant and you don't even know an

3  animal is there because you can't smell anything and so

4  it wasn't a very pleasant visitor experience if what

5  you're accustomed to is the type of facility that might

6  be accredited by the AZA.

7  Q.    And were you worried about the police at all?

8  A.    A little bit.  I -- I didn't feel like we were

9  welcome there any longer.  Even though it's a public

10  facility and I paid my admission fee, I just -- I didn't

11  feel comfortable knowing that maybe we were being

12  scrutinized a little bit and certainly chastised for

13  caring about the animals.

14  Q.    How did you keep up with the animals if you

15  weren't able to visit them?

16  A.    Well, luckily, the USDA continued to inspect and

17  so that information is all public record, so those

18  reports could be easily accessed and I also had some

19  friends who also volunteered to visit the zoo and check

20  on the animals and check for concerns and file

21  complaints and reports if they felt that the care of the

22  animals was in question.

23  Q.    So you had some sources and --

24  A.    Yes.

25  Q.    -- you weren't -- you didn't feel you were

591

1  abandoning the animals?

2  A.    Oh, no, no, no.  My advocacy work actually

3  increased in spite of not being able to return to the

4  zoo.

5  Q.    All right.  Lisa, I would like to now flash

6  forward a little bit of time and talk about the winter

7  of 2012.  What, if anything, do you recall specifically

8  about that winter?

9  A.    Well, it was a pretty typical Iowa winter.  We

10  had a series of major winter storms blow through various

11  parts of the state, but because I couldn't stop thinking

12  about the animals and knowing what I had seen during my

13  summer visits, I was thinking very strongly about what

14  happens to the animals in the wintertime, particularly

15  because the zoo is closed to the public so there's no

16  opportunity to get a good look at the animals and see if

17  they're being well cared for with the change of climate.

18  Q.    And did that concern extend to the tigers and

19  wolves specifically?

20  A.    Yeah.  All the animals, especially some of those

21  -- the fact that some of those animals were listed as

22  endangered, I was particularly concerned for their

23  welfare they needed extra protections and I didn't feel

24  like they were getting it at the zoo.

25  Q.    Okay.  What did you do about that concern?

MARTINDALE PLANET DEPO, INC. 319-363-1076 www.planetdepo.com
to purchase a complete copy of the transcript.

592

1 **A.** Well, I decided to take a aerial tour of the zoo
2 and the date that I chose was about five days following
3 a major winter storm that came through the Manchester
4 area and that is evidenced by the National Weather
5 Service reports that I pulled. It was -- it was a
6 significant storm.
7 **Q.** What about the significance of the storm
8 concerned you with regard to the animals?
9 **A.** Well, it was a typical Iowa winter storm. We had
10 significant windchills and there were 12 inches of snow
11 forecast and I believe Manchester got the full
12 12 inches, coupled with a lot of heavy drifting, so
13 winter storm warnings and blizzard warnings were issued.
14 And knowing what I knew about the enclosures at the zoo
15 and how minimal they were in the summertime, I had great
16 concerns that the animals weren't being provided for in
17 these extreme inclement conditions.
18 **Q.** When you were there in the summer of 2012, had
19 you seen any closed enclosures where the tigers and
20 wolves might go during the winter?
21 **A.** I did not. The only enclosures they had were
22 those little safety enclosures that were sealable so
23 that when the zoo owners went into the enclosures, they
24 could seal off the animals and safely get in there to
25 clean. I didn't see any other type of enclosure on

593

1 those visits.
2 **Q.** In those sealed off areas, is the walling still
3 permeable or is it like a wall -- a wall like a
4 sheetrock or something?
5 **A.** It looked to be made out of some kind of metal.
6 **Q.** Fencing material?
7 **A.** No. It was more like agricultural metal that you
8 might -- I don't know. Just steel or something that
9 didn't look insulated; didn't look like it offered any
10 significant protections from cold weather.
11 **Q.** Let's turn back to Exhibit 59 and I would like
12 you to look at page 12 in the -- bottom right-hand
13 corner, page 12.
14 **A.** I have it.
15 **Q.** Okay. Is this one of the aerial photographs that
16 you took in December of 2012?
17 **A.** Yes, it is.
18 **Q.** Okay. What were you trying to show with this
19 picture?
20 **A.** Well, in this picture, you can see a number of
21 winter weather concerns. What I -- what stands out to
22 me in this picture is the -- and keep in mind this was
23 five days post blizzard. The significant amount of
24 drifted snow that's still in the enclosures. In this
25 picture you can see the impact it has on some of the

594

1 hoofstock there.
2 Knowing what I knew about the proximity of
3 the waterers and the feed bunks to the animals, I had
4 concerns that maybe they wouldn't be able to access them
5 through these drifts and I also had some concerns about
6 the weight of the snow on some of the enclosures;
7 particularly the primate enclosure.
8 **Q.** Okay. I want to show you this photograph that's
9 been somewhat marked up. Can you see that, Lisa?
10 **A.** Yes.
11 **Q.** Okay. And does that look like the exact same
12 photograph we were just talking about in Exhibit 12?
13 **A.** Yes.
14 **Q.** So this is a photograph you took?
15 **A.** Yes, it is. It's the same picture.
16 **Q.** Okay. You can see along the right-hand side the
17 tiger enclosure is marked?
18 **A.** Yes; I see that.
19 **Q.** And the wolf enclosure is marked right here?
20 **A.** Uh-huh.
21 **Q.** What did you do, if anything, after you observed
22 these conditions in December 2012?
23 **A.** Well, I continued my advocacy work. I did
24 address these winter conditions with my local
25 legislators who had started to take an interest in this

595

1 topic with me.
2 **Q.** And did you feel like you were getting a
3 satisfactory reaction from them?
4 **A.** From the legislators?
5 **Q.** Yeah.
6 **A.** Somewhat. I think they felt that this should be
7 addressed by the USDA rather than on a local level, so
8 they were interested, but not too excited about pursuing
9 it. But they -- they were gracious enough to give me
10 their time.
11 **Q.** Were you frustrated by that?
12 **A.** Oh, yeah. Again, you know, when your concerns
13 aren't addressed by the people that you would expect
14 them to be addressed by and you go to the next party and
15 the next party, and so at this point I was reaching out
16 to legislators with the hope that perhaps they could
17 connect with either federal officials or state officials
18 and perhaps have a bigger impact on getting the
19 conditions improved at the zoo.
20 **Q.** Now, from December 2012 until the spring of 2013,
21 was this type of advocacy work continuing?
22 **A.** Yes.
23 **Q.** What -- what -- summarize for me the activity you
24 undertook during that spring time line.
25 **A.** Again, connecting with animal welfare agencies --

to purchase a complete copy of the transcript.

596

1 particularly local ones who might take an interest in
2 this -- and we also addressed this issue of the -- the
3 big cats and some of the dangerous animals legislatively
4 by introducing a bill that would address dangerous wild
5 animals in Iowa and their care and who can keep them.
6 Q.      And was that bill passed?
7 A.      It was not passed.
8 Q.      Did you ever return to the zoo?
9 A.      I paid the zoo one last visit in 2013.
10 Q.      Let's talk about that 2013 visit.  I believe it
11 was July 13, 2013; is that correct?
12 A.      That's correct.
13 Q.      Okay.  And now did anyone accompany you on this
14 visit?
15 A.      Yes.
16 Q.      Who was that?
17 A.      Mr. John Braumann.
18 Q.      How did you know John?
19 A.      I knew John through mutual animal advocacy
20 efforts.
21 Q.      And why did you decide to visit with him?
22 A.      I -- I -- he had an interest in the zoo and I
23 thought because he's very interested in animal welfare,
24 this would be something he might be interested in
25 seeing.

597

1 Q.      Sure.  Were you worried about seeing the animals
2 again and how that might make you feel?
3 A.      I was worried, but a year -- almost a year had
4 passed and even though the USDA inspection reports
5 didn't indicate positive change there, I was hopeful
6 that I might see some improvements, but I was -- I was
7 very cautiously optimistic.
8 Q.      What do you recall about that 2013 visit?  Did
9 you -- well, let's start with Mrs. Sellner.  Did you
10 again talk with Mrs. Sellner when you entered the zoo?
11 A.      Yes, we did.
12 Q.      And what did you chat about this time?
13 A.      Just pleasantries and she had a new ambassador
14 animal in the admissions area, so we were asking some
15 questions about the animal.
16 Q.      Who was the new ambassador animal?
17 A.      It was a little raccoon.
18 Q.      You're smiling.  Was it pretty cute?
19 A.      Well, it was a young raccoon.  Not a little tiny
20 baby, but still a cute age where they're fun to look
21 at and observe.
22 Q.      On this visit, did you observe any other
23 employees or staff at the zoo?
24 A.      I did not.
25 Q.      Did you observe Mrs. Sellner at any time on any

598

1 of your visits actually walking around the zoo or
2 interacting with zoo patrons other than at that front
3 admissions desk?
4 A.      Yes.  If I could go back to my previous two
5 visits?
6 Q.      Yeah.
7 A.      On the first visit, there was some concern about
8 lack of water for some of the animals and one of the
9 members of my party did request that Mrs. Sellner
10 accompany her so she could see the empty water
11 containers and offer them some water.  And on the second
12 visit, I had a very brief exchange with Mrs. Sellner
13 when I was looking at one of the animals and she came up
14 and just had a very pleasant interaction with me; asked
15 me if I was enjoying my visit and if I was getting some
16 good pictures of the animals.
17 Q.      Okay.  And in July 2013, did you observe her
18 interacting with any of the visitors?
19 A.      I don't recall that she left the admissions area.
20 Q.      I would like to talk to you about some
21 photographs that you took on that July 2013 exhibit, so
22 let's return to Exhibit 59, page 13.
23 A.      Yes.
24 Q.      This is -- I'm looking at a picture of an orange
25 tiger lying on its back.  Is that what you're looking

599

1 at?
2 A.      I am.
3 Q.      Why did you take this picture?
4 A.      Well, this picture kind of is a continuance of
5 what I had seen the previous year where there was little
6 enrichment for the tiger.  In this picture, you can see
7 that that little safety enclosure doesn't appear to
8 offer any kind of bedding material or soft surface for
9 the animal to comfortably lie on.  There were some piles
10 of feces in this enclosure and just a general lack of
11 enrichment.
12 Q.      So nothing had changed?
13 A.      Nothing that I could see had changed.
14 Q.      Let's turn the page and look at Exhibit 59,
15 page 14.  Are you looking at a picture with two tigers;
16 one is an orange tiger in the foreground and a white
17 tiger in the background?
18 A.      Yes.
19 Q.      Why did you take this picture?
20 A.      This just again demonstrates the ongoing concerns
21 from the previous year.  The makeshift shade enclosures,
22 the feces.  And I understand you can't pick up after
23 every animal the minute it goes to the bathroom, but
24 these piles were -- looked older and they were
25 attracting a lot of insects again on this visit.

Electronically signed by Carol Sailer (301-138-054-0721)   www.lexitaslegal.com
to purchase a complete copy of the transcript.

600

1  Q.    Now, in the back right corner, you can see sort
2  of a half -- half circle structure that's made out of
3  sheet metal or some type of metal with a door.  Is that
4  the exclusion enclosure you were talking about earlier?
5  A.    Yes.  It looks like it is.
6  Q.    In the foreground of this photograph, you can see
7  a pile of something that's -- looks like larger white
8  rocks.  What's that?
9  A.    Well, I believe that's tiger feces and I have
10 read on some inspection reports that the inspectors will
11 often note the color of the feces because the older --
12 the older it is or the longer it's there, it will tend
13 to whiten.
14 Q.    Okay.  Let's turn the page and look at the final
15 photograph that we have for this exhibit, page 15.  This
16 is a picture of the tiger -- the timber wolf enclosure
17 -- the wolf enclosure signage at the Cricket Hollow Zoo.
18 Why did you take that picture?
19 A.    I took pictures of a lot of the signs just
20 because I wasn't sure what animals were being kept there
21 and so I presumed that what was on the sign was what was
22 in the enclosure.
23 Q.    Okay.  Now, let's return to your advocacy work
24 after this visit.  What, if anything, did you do in
25 terms of advocacy after your July 13th visit?

601

1  A.    Well, one of the things I remember doing was
2  filing another complaint to the USDA based on what I had
3  seen on that visit.
4  Q.    Okay.  Let's turn to page 60 and I'm -- we're
5  going to look at page -- or I'm sorry -- Exhibit 60.
6  We're going to look at page 35.
7  A.    I have it.
8  Q.    Is that a full and complete copy of that
9  complaint you filed in August 2013 with USDA?
10 A.    Yes.
11 Q.    Okay.
12        THE COURT:  Just so we're clear, I'm not
13 sure this issue with paging has been solved.  My
14 Exhibit 60, page 35, is -- it looks like the last page
15 maybe of some report.  It's got Ms. Kuehl's signature
16 block at the bottom.
17        MS. BLOME:  Okay.
18        THE COURT:  It starts off with the paragraph
19 says thank you for taking time to review my complaint.
20        MS. BLOME:  Okay.  Is this your next page?
21        THE WITNESS:  Yes, that is my page 30 --
22 that's my page 35.
23        THE COURT:  That's my page 36.
24        MS. BLOME:  Okay.  Well, with the Court's
25 permission, could we sort the pagination out at a break?

602

1        THE COURT:  Sure.
2        MS. BLOME:  Okay.  And, Larry, is yours --
3  I'm sorry -- Mr. Thorson, is your page 35 the same?
4        MR. THORSON:  Yes, it is.  It's the same as
5  yours.
6        MS. BLOME:  Same as mine.  Okay.  Great.
7  Q.    Lisa, did USDA respond to your complaint?
8  A.    I believe I got a letter back from Kevin Shea at
9  APHIS and if we have a copy of that, I would like to
10 refer to it.
11 Q.    We don't.
12 A.    Okay.
13 Q.    Why would you -- why would you like to refer to
14 it?
15 A.    Just to make sure that the response I got was
16 associated with this particular complaint.  I received
17 many responses from USDA over the last couple of years.
18 Sometimes they responded; sometimes they didn't, so I'm
19 just verifying that that response accompanies this
20 report.
21 Q.    At any time, were you satisfied with the USDA's
22 response?
23 A.    Well, yes and no.
24 Q.    Okay.
25 A.    No because with each subsequent visit and with

603

1  each subsequent USDA inspection report, the conditions
2  appeared not to be resolved, but they seemed to care
3  enough to write me back to let me know that they got my
4  complaint, but I didn't see that interest in connecting
5  with me overflowing into improvements at the zoo.
6  Q.    Okay.  I would like to talk with you about one
7  final complaint and hopefully folks will find that at
8  page 49 in their exhibit binders in Exhibit 60.
9  A.    I have it.
10 Q.    Just in case not, here's the front page.
11 A.    Yes; that's what I have.
12        THE COURT:  And again, that looks like my
13 page 50.  I'm guessing maybe my page 49 is the second
14 page of that letter?
15        MS. BLOME:  Your page 49 is the end of the
16 previous letter, I think.
17        THE COURT:  Okay.  All right.  In any event,
18 I'm looking at the document now.
19        MS. BLOME:  Okay.
20 Q.    Now, Lisa, you hadn't visited the zoo between
21 August and November, had you?
22 A.    I had not.
23 Q.    What prompted you to file this November 2013
24 complaint?
25 A.    This was a particularly concerning situation

CRITICAL PRINT - www.crittercomp.com
to purchase a complete copy of the transcript.

**604**

1  because there was some actual animal deaths involved and
2  I was really getting concerned at this point because
3  this appeared to me to be a clear case of neglect.
4  There shouldn't have been a reason why these animals
5  should have perished.
6  Q.    What animals are you talking about?
7  A.    The Meishan piglets.
8  Q.    And how do you know what happened to them?
9  A.    Because someone else who visited the zoo found
10  the piglets on their visit and alerted Pam Sellner that
11  the piglets had been -- that some of them had died and
12  one of them was still alive, but looked to be suffering.
13  Q.    So based on that other person's visit, you filed
14  a complaint?
15  A.    I did.
16  Q.    And what did the USDA do, if anything?
17  A.    In a subsequent inspection report, they did
18  mention the Meishan pigs and so they did a little bit
19  more focused inspection on the enclosure and the
20  procedures that the Sellners were using to prepare those
21  animals for inclement weather; in particular, cold
22  weather.
23  Q.    And did that alleviate any of your frustration or
24  make you feel better at all?
25  A.    Well, what made me feel a little bit better was

**605**

1  that my complaint to the USD (sic) was actually showing
2  up in a response from them.  So they got the complaint.
3  They obviously talked about it and thought about it and
4  then when they sent their next inspector out, they did
5  some focused inspecting based on my complaint of
6  October.
7  Q.    Now, Lisa, I would like to talk with you
8  specifically about the tigers and wolves and lemurs at
9  the zoo.  Do you feel like you have a connection with
10  any of those animals?
11  A.    Well, I do.  Again, because they're known to be
12  endangered, of all the animals at the zoo, certainly
13  they should be getting the best care possible for the
14  survival of their species overall, but all of the zoo
15  animals concern me.  But those have a particular concern
16  just because they're a species that's dwindling and they
17  deserve to have the utmost care and protections afforded
18  to them.
19  Q.    Have you returned to the zoo since July 2013?
20  A.    I have not.
21  Q.    Why not?
22  A.    Again, it's painful to go, although I know now
23  what I'll find there and I don't feel like I'm letting
24  the animals down by not returning because I know through
25  this experience that I can advocate for them from home

**606**

1  through the USDA, through IDALS, through other
2  organizations such as the ALDF now and even our -- some
3  of our local advocacy groups like the Animal Rescue
4  League of Iowa, they've taken an interest and my
5  legislators.  I think I've gone way above and beyond
6  making those people that need to be aware of this aware
7  of this so that they can take appropriate action and
8  give all the animals at the zoo the quality of life that
9  they deserve; especially the endangered species.
10  Q.    Now, you testified earlier that you were able to
11  keep up with the animals through volunteers who reported
12  things to you and USDA reports.  Is that true to this
13  day?
14  A.    Yes, it is.
15  Q.    How does it make you feel to know the animals are
16  still in the condition they were when you saw them and
17  you can't go see them?
18  A.    Well, I'm sad for the animals.  No animal should
19  live that way, but I'm frustrated with our inspection
20  agencies who are charged with the task of making sure
21  these animals are protected and I feel like the -- all
22  the documented injuries to the animals could and should
23  be preventable.  They're preventable problems and the
24  job just isn't getting done.
25  Q.    Would you visit the tigers, lions and -- or I'm

**607**

1  sorry -- tigers, wolves and lemurs again if the
2  conditions at the Cricket Hollow Zoo improved?
3  A.    I would go back to the zoo if I felt like I was
4  welcome.  I love the animals.  I care for them.  That's
5  why I'm here today and -- I think it would take a lot of
6  effort on behalf of the Sellners to address these
7  concerns.  I don't think it's out of their reach.  I --
8  I -- I'm optimistic that things can turn around for the
9  animals, but very cautiously optimistic.  And yes, I
10  would go back and visit them because I do care about
11  their welfare.
12  Q.    Would you visit the tigers, lemurs and wolves if
13  they were removed from the zoo and placed in another
14  facility that was fully compliant with the USDA's
15  regulations?
16  A.    I would.  But to comment on your part about the
17  USD regulations, those are minimal standards of care and
18  I would prefer to see the animals go to a facility that
19  was AZA accredited, which goes way above and beyond what
20  the USDA requires; especially in terms of proper medical
21  care and, above all, enrichment; providing a living
22  situation that closely mimics what those animals might
23  find in nature to keep them as happy and healthy as
24  possible.
25        MS. BLOME:  A moment to confer, Your Honor?

CONTACT RR 4 319-363-4409 ... Reported.com
to purchase a complete copy of the transcript.

608

1             THE COURT: You may.

2             MS. BLOME: Nothing further at this time.

3             THE COURT: Cross-exam?

4             MR. THORSON: Thank you, Your Honor.

5             CROSS-EXAMINATION

6 BY MR. THORSON:

7 **Q.**   May I call you Lisa?

8 **A.**   You may.

9 **Q.**   Lisa, you're also involved in another lawsuit,

10 aren't you; one against the USDA; isn't that correct?

11 **A.**   Yes, I am, sir.

12 **Q.**   And is that lawsuit still ongoing?

13 **A.**   Yes, it is.

14 **Q.**   When you flew over the zoo to take pictures the

15 first time, were you with somebody else?

16 **A.**   I was with my husband and a flight student of his

17 who was actually taking a cross-country trip at the

18 time.

19 **Q.**   And who was that flight student?

20 **A.**   His name was Dave Tolsdorf.

21 **Q.**   Did you take the photographs or did somebody else

22 in the plane?

23 **A.**   I took the photos.

24 **Q.**   And you met with the veterinarians Dr. Schmitt

25 and Dr. Wheeler; is that correct?

609

1 **A.**   Yes, sir.

2 **Q.**   Was there anybody else at that meeting?

3 **A.**   Yes. I was accompanied by my fellow plaintiff

4 Kris Bell and a woman from Ames named Mindi Callison

5 Long and then there was an administrative assistant also

6 in the meeting with us for IDALS.

7 **Q.**   And who are Dr. Schmitt and Dr. Wheeler?

8 **A.**   At the time -- and he still is -- Dr. Schmitt is

9 our state veterinarian and Dr. Wheeler was the assistant

10 state veterinarian, but he has since moved on to another

11 department.

12 **Q.**   And if I remember correctly, you told me at one

13 time you had not seen a lot of big cats; is that right?

14 **A.**   In my lifetime?

15 **Q.**   Yes.

16 **A.**   Just what I've seen at zoos.

17 **Q.**   Well, I believe I asked you the question during

18 your deposition and you have not observed a lot of big

19 cats, have you? And you said no?

20 **A.**   Not a lot. Some, but not a lot. Most zoos don't

21 have a lot of big cats.

22 **Q.**   When the sheriff's deputy came out to the zoo,

23 you were there you said; right?

24 **A.**   I was, yes.

25 **Q.**   Did you ask the sheriff's deputy to go examine

610

1 the animals then?

2 **A.**   I did not.

3 **Q.**   As far as your background, you've never worked in

4 a zoo, have you?

5 **A.**   I have never worked in a zoo.

6 **Q.**   You've never worked in a veterinarian's office,

7 have you?

8 **A.**   No, sir.

9 **Q.**   And you indicated you grew up on a farm. Did you

10 ever belong to 4-H?

11 **A.**   I was not a 4-H member, no.

12             MR. THORSON: I have no further questions.

13             THE COURT: Redirect?

14             MS. BLOME: Nothing, Your Honor.

15             THE COURT: You may step down.

16             THE WITNESS: Thank you.

17             (Witness excused.)

18             THE COURT: Next witness?

19             MS. BLOME: Your Honor, with the

20 understanding that we will have an opportunity to

21 cross-examine Mrs. Sellner and Mr. Sellner with some

22 direct examination type questions, the plaintiffs have

23 no further witnesses.

24             THE COURT: Am I correct that the plaintiffs

25 will be permitted to exceed the scope of direct

611

1 examination when the defendants are called to testify?

2             MR. THORSON: Yes, Your Honor.

3             THE COURT: Are the defendants prepared to

4 proceed with their evidence?

5             MR. THORSON: We are, Your Honor.

6             THE COURT: All right. You may proceed.

7             MR. THORSON: Ms. Sellner, would you retake

8 the stand, please.

9             THE COURT: Ma'am, if you'll step over here.

10 You'll recall that you were placed under oath earlier in

11 this case. You're still under oath.

12             THE WITNESS: Yes, sir.

13             PAMELA J. SELLNER,

14 re-called as a witness, having been previously duly

15 sworn, was examined and testified as follows:

16             THE COURT: Mr. Thorson?

17             MR. THORSON: Thank you, Your Honor.

18             DIRECT EXAMINATION (Resumed)

19 BY MR. THORSON:

20 **Q.**   Ms. Sellner, if I remember right, we were talking

21 a little bit about your training with big cats when we

22 left off last time.

23 **A.**   Yes.

24 **Q.**   What is your training with big cats?

25 **A.**   I've had big cats for probably over 20 years. I

Contact RRF at 319-360-7427 or rrf@transcript.com
to purchase a complete copy of the transcript.

612

1  have hands-on experience that way. I have a Feline
2  Conservation Federation certification for basic animal
3  -- feline husbandry. I also through the Feline
4  Conservation Federation have an advanced handler
5  registration.
6  **Q.**  And when you say advanced handler registration,
7  what does that mean?
8  **A.**  It's basically a -- through their association
9  each year you -- it's by how many years you've been with
10 big cats or exotic felines period, I guess, but at their
11 website you add each year different experiences that
12 you've encountered and learned about and it's kind of an
13 ongoing record that it would basically be the number of
14 years that you've actually handled exotic felines.
15 **Q.**  How long have you raised tigers and lions at your
16 facility?
17 **A.**  For more than 20 years.
18 **Q.**  And have you taken in tigers of all ages at your
19 facility?
20 **A.**  Yes.
21 **Q.**  Tell me -- or tell the Court some of the ages of
22 the tigers you've received at the facility. Have there
23 been infants?
24 **A.**  Probably the youngest ones that we received that
25 weren't born at our facility were approximately

613

1  six months old. Some of the older cats were in their
2  teens.
3  **Q.**  Have you taken in tigers and other animals that
4  have not been in the best of condition when they came to
5  your facility?
6  **A.**  Yes.
7  **Q.**  Why did you try to do that or why did you do
8  that?
9  **A.**  At the time, we were offered some rescue cats.
10 They didn't have very many other options and I didn't
11 want to see them euthanized, so we said that we would
12 try to take them and see what we could do with them.
13 **Q.**  Describe to the Court what kind of sound a tiger
14 makes when it's content.
15 **A.**  When they're happy and they're greeting you, they
16 chuff. They go foo foo, foo foo, foo foo. And when we
17 pull a young cub, the first time we put it on a bottle,
18 we pretty much put the cub in her face, we chuff in its
19 face and it will usually take a nipple. Our big cats,
20 they'll chuff to our visitors, so it's kind of fun. We
21 teach the kids how to do it and when they walk up the
22 path, they chuff to our tigers and the tigers will greet
23 them.
24 **Q.**  Is chuffing the equivalent of purring in a
25 domestic house cat?

614

1  **A.**  Sort of. It's basically a greeting.
2  **Q.**  Have you always had a veterinarian that you can
3  consult with at Cricket Hollow Zoo?
4  **A.**  Yes.
5  **Q.**  And that veterinarian has always been able to
6  visit the zoo; true (sic)?
7  **A.**  Yes.
8  **Q.**  Too? Is there somebody besides the veterinarian
9  that comes down from the veterinarian's office?
10 **A.**  We had had some of their assistants or people
11 that work with them.
12 **Q.**  And we've heard about your vet talking about his
13 annual visits to the zoo. The vet comes down for the
14 annual visits; is that correct?
15 **A.**  Yes. In our veterinarian care program, the
16 veterinarian chooses how many times a year he would
17 actually like us to do an actual walk through visit in
18 addition to any other times that we may need him through
19 the year, and he has said that he wanted to do at least
20 one annual walk through visit where he visits each
21 animal and I have usually a list of questions written
22 down or concerns and things that we want to go over and
23 we do that at that time.
24 **Q.**  Are you always able to call the veterinarian to
25 ask questions?

615

1  **A.**  Yes.
2  **Q.**  And the veterinarian has looked at the various
3  plans we've had, such as the dog exercise plan or the
4  large felid diet plan --
5  **A.**  Yes.
6  **Q.**  -- and signed off on those?
7  **A.**  Signed off on all of those.
8  **Q.**  When he does that, does he discuss it with you or
9  do you talk to him about it?
10 **A.**  We usually discuss it somewhat, yes.
11 **Q.**  And I think you testified before that you do have
12 a network you can talk to as far as other people that
13 have exotic or big cats; is that correct?
14 **A.**  Yes.
15 **Q.**  Is there somebody in particular you work with in
16 the primate area?
17 **A.**  If my veterinarian from Elkader can't answer a
18 question, there's a veterinarian that works at Covance
19 -- it's a primate research lab at Madison, Wisconsin,
20 through the University of Wisconsin -- Amy Kamholz and
21 she has been a veterinarian there for more than
22 12 years.
23 **Q.**  Is she normally helpful if you have a question?
24 **A.**  Yes. I've consulted her several times.
25 **Q.**  Have some of your tigers lived to be old at your

ANGELA R. WING 319-899-0536 www.wingrealtime.com
to purchase a complete copy of the transcript.

616

1  facility?

2  **A.**     Yes.  Probably my oldest tiger died at age 23 and

3  his mate was approximately 20 when she died.

4  **Q.**     Did the oldest tiger have a name?

5  **A.**     Sherkhan.

6  **Q.**     And what about his mate?

7  **A.**     Sheba.  They were a breeding pair of tigers.

8  **Q.**     Before they died, were either one of them sick or

9  suffering from illness?

10  **A.**     No.  I really had no trouble with them.

11  **Q.**     Tell us about what you feed to the large or big

12  cats.

13  **A.**     All cats -- exotic cats are obligate carnivores

14  and so they're only given raw, fresh meat.  Mostly we

15  feed venison, beef and chicken and then it's

16  supplemented with Oasis Felidae T and calcium.

17  **Q.**     Has anybody from the USDA ever said that's not a

18  good diet for the big cats?

19  **A.**     No.

20  **Q.**     Are your tigers socialized with humans?

21  **A.**     Most definitely.  All of our cats are hand raised

22  and socialized with humans.

23  **Q.**     Are there some advantages to having the big cats

24  socialized with humans?

25  **A.**     Yes.  I feel it makes them easier to work with.

617

1  If they do have an injury or illness and they need to be

2  looked at, they will come up to you and it's easier if

3  you have to put them in another cage or do any kind of

4  work with them versus a cat that's basically feral that

5  has not been raised with humans.

6  **Q.**     So if you even have to give them medication, does

7  that make it easier to do?

8  **A.**     Yes.

9  **Q.**     I think Dr. Pries talked about a pole that you

10  use to give a shot to the tiger; is that correct?

11  **A.**     Yes.  It's a pole syringe.  Medication is pulled

12  into a syringe-like thing at the end of a pole and when

13  -- you have to put a fresh needle on it every time so

14  it's really sharp and you just quickly stab the

15  animal in the right spot and it releases the medication

16  or vaccine into that cat immediately.

17  **Q.**     And we've heard a lot about what enrichment the

18  tigers do or don't have in their enclosures.  I think

19  you mentioned bowling balls before and logs.

20  **A.**     Yes.

21  **Q.**     Anything else that you --

22  **A.**     They've had bowling pins.  Our newest enrichment

23  is in the form of some tiger tables.  They're

24  approximately four feet off the ground.  They have dry

25  deck tops and metal stands and there's a shade cloth

618

1  over them so that the tigers can lay up on those if they

2  choose.  It kind of increases their flexibility because

3  they have to jump up on them.  We do feed a lot of whole

4  prey and that's for enrichment as well as nutrition.

5  **Q.**     And has anybody indicated to you that you

6  shouldn't feed whole prey to a tiger?

7  **A.**     No.  That's why we have a large felid diet that

8  we've discussed with our vet and it's in our

9  veterinarian care book for USDA's inspection.

10  **Q.**     And there's been one USDA report that I remember

11  -- I'm not going to be able to find it now -- but it

12  talked about the fence around the tigers or the

13  enclosure there having some type of a gap at the top.

14  Do you remember that?

15  **A.**     There was a gate that it -- it is -- it was

16  fixed.  It gapped out a little and we just redid a hinge

17  on it.  There was another spot that we had a storm and a

18  tree had fallen on a 16 foot section of a perimeter in

19  the back away from the public, but it did take about

20  two feet of the fence down and that was replaced.  And

21  then we did put a large area chain-link over top of the

22  whole thing so it's not an issue anymore.

23  **Q.**     When you said it took it down, it didn't take it

24  completely down, did it?

25  **A.**     No.  It just broke off, like, two feet of the

619

1  top.  It's fence wire, so it's not like it can't be

2  repaired easily.

3  **Q.**     And when you refer to a perimeter fence, that's

4  not the enclosures we're looking at.  That's around the

5  outside of the enclosures; is that correct?

6  **A.**     That's correct.  All carnivores have to be in at

7  least an eight foot perimeter.

8  **Q.**     What are the ages of the lemurs in the facility

9  right now?

10  **A.**     One is a coming two-year-old and I'm not sure

11  without looking; I want to say Chuki is probably 11 or

12  12; maybe a little older.  Maybe she's 15.  I think

13  she's 15 and my red ruffed is about 15 also.

14  **Q.**     And at least two of the lemurs live together;

15  correct?

16  **A.**     Yes.  Both of my ring-tail lemurs.

17  **Q.**     And as far as the -- Lucy, I think, is the other

18  lemur; right?

19  **A.**     Yes.

20  **Q.**     That's the red ruffed lemur?

21  **A.**     Yes.  She lives next door.

22  **Q.**     As far as being next door, is there a barrier

23  between the lemurs?

24  **A.**     On the inside.  It's more solid.  On the outside,

25  there's a fence with probably one inch wire so they can

to purchase a complete copy of the transcript.

620

1 still reach through. They can observe each other. They
2 can put their hands up, but it protects them from each
3 other. We tried to get them to go together, but we
4 found them to be incompatible. There's a female red
5 ruffed and a female ring-tail and since the females are
6 kind of bossy, it didn't work out so well, so we do have
7 to house them separately.
8 Q. You put them apart for their own safety then; is
9 that correct?
10 A. Yes.
11 Q. Can the lemurs go inside or stay outside if they
12 want to?
13 A. They can choose. The only time they can't choose
14 is during cold weather they have to be heated and then
15 they are kept indoors, but during the summer, they have
16 indoor/outdoor runs.
17 Q. And I may have asked you this question before,
18 but as far as the reptile house where the indoor area is
19 for the lemurs, they cannot see any reptiles there; is
20 that correct?
21 A. It would be impossible. There's a wall, a set of
22 steps and another wall, so no, they cannot see.
23 Q. Do they exhibit any type of fear reaction when
24 they go inside the building?
25 A. No. They're usually there to greet you and

621

1 receive food or treats or toys.
2 Q. As far as their enrichment plan, you didn't write
3 down everything on the paper, which is Exhibit C I
4 believe it is?
5 A. I think that's a, like, 2013. It's been updated
6 at least twice since then and I guess I try to make it a
7 little more complete. I didn't do a very good job
8 previously, but there are extra toys and things that I
9 probably did not mention on it. And I guess when my
10 last USDA inspection -- on my whole primate inspection
11 thing, she said I need to do a better job of putting
12 what we really do so we can take credit for it.
13 Q. Do they have mirrors and other things in their
14 enclosure?
15 A. Yes. And then they have different kinds of
16 little toys they can manipulate and then they're given
17 various small toys that they can take in and outside
18 with them and carry around. They have branches. They
19 have shelves. They get a lot of food enrichment.
20 They've got, like, PVC tubes on chains that they -- we
21 put, like, maybe peanut butter or yogurt inside and we
22 can stick kind of treat items usually like nuts and
23 seeds; things they can crack. They like to open
24 peanuts; things like that.
25 Q. Does the building that they're housed in have

622

1 lights in the interior?
2 A. Yes.
3 Q. Does it have its own furnace?
4 A. Yes.
5 Q. Do you keep the temperature up during the winter
6 time?
7 A. Yes.
8 Q. What temperature do you keep it at during the
9 wintertime?
10 A. In the back room, the furnace itself is set at 65
11 and then we put in a supplemental -- like an electric
12 heater because I do have reptiles in that building. I
13 need to keep it -- they have -- each reptile has its own
14 heat source anyway, but the extra heat, it doesn't have
15 to come from LP.
16 Q. And I believe you indicated before that your wolf
17 hybrids bark; is that correct?
18 A. Yes, sir.
19 Q. Do you -- what do you feed the wolf hybrids?
20 A. They're given some meat and they're given some
21 deli items that we get in our LDI contract and then
22 they're given dog food.
23 Q. Do you only take animals at the zoo that have
24 been legally transferred to you?
25 A. Yes.

623

1 Q. If you couldn't obtain the proper food for an
2 animal, would you take it in?
3 A. No.
4 Q. We've heard a lot in the case about the feces in
5 the enclosures. How often do you and your husband go
6 through the enclosures to clean out feces?
7 A. Normally, my husband goes through all the big
8 cat, bears and wolves in the morning before he goes to
9 work and then I usually do the other ones. Like the
10 small cages and stuff, they're to be spot cleaned at
11 least every day and then on a weekly basis they're
12 completely cleaned.
13 Q. A lot of the inspection reports refer to flies
14 and fruit flies. To your knowledge, the fruit fly is
15 not the same as a house fly, is it?
16 A. No.
17 Q. And sometimes they refer to the flies as being
18 excessive. Have you ever been given a definition of
19 what excessive is?
20 A. I asked my USDA inspector what her definition of
21 inspect -- or excessive was and she said if even one fly
22 is buzzing around my head and it lands on an animal or
23 food, I will write you up for flies.
24 MS. BLOME: Objection; hearsay.
25 THE COURT: Overruled.

to purchase a complete copy of the transcript.

**624**

1  Q.  Now, you've taken steps to try to correct any
2  problems with flies; is that true?
3  A.  Yes.  Our veterinarian did do a fly program for
4  me and I would say it was probably in 2010 maybe.  We
5  use a product that he's had at his office called
6  Quickbayt and it has worked extremely well.  We use that
7  on, like, spots on walls, like in the interiors and if a
8  fly flies by that product, it will just die and it works
9  well, you know, because we can keep it away from
10  animals.  On the outside pens by our carnivores, we do
11  have fly traps in place and we also have used, like,
12  sticky type tapes across ceilings inside buildings too.
13  Q.  You're constantly getting more fruit at the
14  facility though; is that correct?
15  A.  I'm sorry; we got more what?
16  Q.  You're constantly getting more fruit at the
17  facility though, aren't you?
18  A.  Yes.  We do get a lot of fruit.
19  Q.  Is that where the fruit flies are coming from?
20  A.  Yes.
21  Q.  Do you take fruit out of packages or do you get
22  it in bushels or what do you -- what do you do as far as
23  the fruit goes?
24  A.  Generally, it comes in big crates that it was
25  shipped to the store in and then we bring it back to the

**625**

1  farm.  We go through it.  Whatever fruit that we're
2  going to use at the zoo within several days we keep in
3  the crates and then the rest of the fruit we put over in
4  the dairy farm for the TMR so it doesn't go to waste.
5  Q.  As far as the fruit you're getting, is that in
6  addition to the landfill diversion contract you've got?
7  A.  Well, most of that would be through the landfill
8  division.  My husband does pick up one other store
9  locally and we take some of that for the zoo.  Most of
10  that does end up at the dairy though as a weigh-back for
11  water and feed.
12  Q.  How often does your husband go to the store --
13  local store?
14  A.  Six days a week.
15  Q.  I'm showing you what has been marked as
16  Exhibit 59, page 5, I believe it is.  Do you have that
17  booklet up in front of you?
18  A.  I'm looking at it on the screen.
19  Q.  Okay.
20      THE COURT:  And again, just so the record
21  doesn't become too confused, what you're exhibiting is
22  not my Exhibit 59, page 5.
23      MR. THORSON:  It looks like it might be six
24  instead.  Yeah; it's page 6.
25      THE COURT:  Nor six.

**626**

1      MR. THORSON:  It's not six?
2      THE COURT:  It is my page 7.
3      MR. THORSON:  Okay.  I see there are two
4  numbers on the page, Your Honor.  There's one in the
5  corner.  It does say seven on this too.
6  Q.  Do you see that, Mrs. Sellner?
7  A.  Yes.
8  Q.  There was some talk earlier about that tank
9  that's in there next to the white tiger.  Do you see
10  that?
11  A.  Yes, I do.
12  Q.  What is that tank used for?
13  A.  We put water in that and the tigers can soak in
14  it when it's a hot day.  They love water.
15  Q.  That tank is big enough then for a tiger to get
16  in and soak in it; is that correct?
17  A.  That is the smallest of all our pools, but yes,
18  they can.
19  Q.  And that is not where they get their water
20  normally, is it?
21  A.  No.  They have a drinking cup that would be in
22  the back.  Behind that den and off to the side, there's
23  an automatic waterer in that pen.
24  Q.  And once again, just so we're clear, an automatic
25  waterer does what?

**627**

1  A.  It's a live feed from a water source, so it is
2  approximately ten inches long and maybe eight inches
3  wide.  It's got a float in the back and it's got a
4  protective flap to keep the animal from messing with the
5  float system, but as soon as that animal starts drinking
6  out that water, the float releases more fresh water into
7  the cup so they always have fresh water 24/7.
8  Q.  Let me show you what has been marked as
9  Exhibit 59, page 8.  Maybe that's a little better
10  picture of a tiger with a water tank; is that true?
11  A.  Yeah.  I think that's a 150 gallon tank in there.
12  Q.  And, again, that's for them to soak in?
13  A.  Yes.
14  Q.  Not for their water source; correct?
15  A.  No.  They don't drink out of those.  I think
16  she's laying up against that that day just to stay cool.
17  Q.  The dens for the tigers, are they slightly dug
18  into the ground or how are they situated in the
19  enclosure?
20  A.  My husband built those.  They have a guardrail
21  that goes into the ground to keep anything from digging
22  in and any animal from digging out and then they're
23  welded -- it's welded steel, so they're inside.  They
24  might be just a little lower than the pea gravel
25  outside, but that allows room for extra bedding.

Case 6:14-cv-02034-JSS   Document 74   Filed 10/30/24   Page 21 of 115
to purchase a complete copy of the transcript.

628

1  **Q.**    As far as the pea gravel goes for a -- a covering
2  for the surface of the cages, was that something that
3  was recommended to you by USDA?
4  **A.**    Yes, it was.  When we first got our first cats,
5  we asked our USDA inspector what he recommended to use
6  as a substrate and he said that that works best.
7  It's -- you can make it as deep as you want.  It drains
8  easy.  We use like a horse stall rake to rake up any
9  poop and the sun and the rain will sanitize it and it's
10 a soft giving surface for cats to walk on.
11 **Q.**    You see a lot of pictures of tigers lying around
12 in Exhibit 59 and other exhibits that have been
13 introduced in this case.  What is your understanding of
14 the activity of big cats?  Do they sleep a lot?
15 **A.**    A normal cat, they'll sleep up to 20 hours a day
16 and most of the cats are going to hunt in the coolest
17 part of the day if they were in the wild, so they do
18 conserve energy by spending most of their day being not
19 very active and sometimes that's disappointing to zoo
20 visitors to see them just lying about, but that's their
21 natural behavior.
22 **Q.**    Have you ever been cited by the sheriff's office
23 for any type of violation of any type of animal welfare
24 at the facility?
25 **A.**    No.

629

1  **Q.**    And the Delaware County sheriff or his deputies
2  have been out to your facility, haven't they?
3  **A.**    Yes; many times probably on complaints.
4  **Q.**    Did you take photographs of animals at your
5  facility?
6  **A.**    Yes, we have.
7        THE COURT:  Maybe, Mr. Thorson, before we
8  start into that, it's 10:25 or 10:26.  Let's take a
9  20 minute recess.  We'll start in again at approximately
10 10:45.
11        (Recess at 10:26 a.m., until 10:44 a.m.)
12        THE COURT:  Mr. Thorson?
13        MR. THORSON:  Thank you, Your Honor.
14        DIRECT EXAMINATION (Continued)
15 BY MR. THORSON:
16 **Q.**    Ms. Sellner, I'm going to show you what's been
17 marked as Exhibit K and we're going to start with pages
18 -- in Exhibit K, page 1.  Can you see that in front of
19 you?
20 **A.**    Yes.
21 **Q.**    Is that a photograph of an animal at Cricket
22 Hollow Zoo?
23 **A.**    Yes, it is.
24 **Q.**    And what animal is that?
25 **A.**    That is Cleopatra, my serval, with her new

630

1  litter.
2  **Q.**    Is that animal still at Cricket Hollow Zoo?
3  **A.**    No.  She passed away.  She was quite old.  We
4  haven't had her for probably six, seven years or more.
5        THE COURT:  Before the witness testifies
6  regarding the contents of the photographs, they need to
7  be offered and received into evidence.
8        MR. THORSON:  I would like to offer into
9  evidence Exhibit K, page 1.
10       (Defendants' Exhibit K, page 1 was offered
11       in evidence.)
12       MS. BLOME:  Objection as to the time frame,
13 Your Honor.
14       THE COURT:  Maybe you can ask some
15 additional questions.  Why don't you try to lay the
16 foundation for all 13 pages and then see where we're at.
17 **Q.**    With regard to Exhibit K, I'm going to just
18 actually hand you Exhibit K for right now and you can
19 take a look at it, okay?
20 **A.**    What pages?  Exhibit --
21 **Q.**    Right here.
22 **A.**    Oh, all right.  I thought it was in here.  Thank
23 you.
24 **Q.**    Have you had a chance to look through Exhibit K?
25 **A.**    Yes, sir.

631

1  **Q.**    Are those photographs of animals at Cricket
2  Hollow Zoo that have been taken in the past five or
3  ten years?
4  **A.**    Yes.
5  **Q.**    Do they accurately depict animals at Cricket
6  Hollow Zoo?
7  **A.**    Yes, they do.
8  **Q.**    Is there anything about the photos that have been
9  altered or changed --
10 **A.**    No.
11 **Q.**    -- to your knowledge?
12       MR. THORSON:  I would like to offer into
13 evidence Exhibit K, pages 1 through 13.
14       (Defendants' Exhibit K was offered in
15       evidence.)
16       THE COURT:  Any objection?
17       MS. BLOME:  Yes, Your Honor.  Once again as
18 to foundation for time frame.
19       THE COURT:  Overruled.  I'm going to receive
20 the exhibit.  Certainly during your cross-examination,
21 you can try to establish the dates of the individual
22 photographs.  Exhibit K is received.
23       (Defendants' Exhibit K was received in
24       evidence.)
25 **Q.**    Ms. Sellner, let's go on to page 2 of Exhibit K.

to purchase a complete copy of the transcript.

632

1 What are we looking at on page 2 of Exhibit K?

2 A. It's one of my tigers. I believe it's Natasha.

3 Q. Is Natasha still at Cricket Hollow Zoo?

4 A. Yes, she is.

5 Q. And do you know how old Natasha is now?

6 A. She's 12, I think.

7 Q. It looks like the tiger has its tongue sticking

8 out; is that correct?

9 A. Yeah. I think she was licking her nose.

10 Q. Tigers do that quite often?

11 A. They just lick their chops kind of like for

12 whatever reason.

13 Q. With regard to page 3 of Exhibit K, what tiger is

14 that?

15 A. I'm not positive, but I want to say it's Sheba.

16 Q. Sheba is the female tiger that passed away?

17 A. Yes.

18 Q. With regard to page 4 of Exhibit K, what tiger is

19 that?

20 A. I believe that that is Miraj.

21 Q. And with regard to page 5 of Exhibit K, what are

22 we looking at there?

23 A. That is Sheba and Sherkhan, my older tiger pair.

24 Q. Both of them have passed away; is that correct?

25 A. Yes; at 23 and 20, I believe.

633

1 Q. Exhibit K, page 6, what are we looking at there?

2 A. That is Sascha, my white tiger.

3 Q. Is Sascha still at the zoo?

4 A. Yes, she is.

5 Q. Now, it looks like Sascha is lying on top of

6 something. What is she lying on top of there?

7 A. A log.

8 Q. On page 7 of Exhibit K, what are we looking at

9 there?

10 A. Dandylion, African lion, male.

11 Q. Do you know how much Dandylion weighs? It looks

12 like he's a good sized tiger -- or lion.

13 A. Probably four, 450. He's got a lot of mane.

14 Q. Exhibit K, page 8, what -- what lion is that?

15 A. That's Njarra.

16 Q. Is Njarra still there?

17 A. Yes. She just had her 18th birthday.

18 Q. It looks like she's lying on her back?

19 A. Yeah. She's showing off. We've had her since

20 she was six weeks old.

21 Q. Exhibit K, page 9, what type of animal is that?

22 A. That is an African serval.

23 Q. Is that serval still there?

24 A. I believe so. I want to say that's Cassaya.

25 Q. Exhibit K, page 10, what are we looking at there?

634

1 A. That is Lucy, my red ruffed lemur.

2 Q. Is she in her enclosure in that photograph?

3 A. Yes; she is outdoors.

4 Q. Exhibit K, page 11, what type of animal is that?

5 A. That is a wolf hybrid pup.

6 Q. And it looks like it's playing with a plastic

7 baseball. Is that what it has?

8 A. Yeah. It's kind of -- it's a -- made for dogs.

9 It's got, like, little nubby things on it. It's when

10 they teeth and then it's got like a rope that goes

11 through so they can drag it around.

12 Q. Is that animal still at the zoo?

13 A. That pup was one of two and I did lose Wakanda as

14 a pup. His brother Nahmad is still with us at the zoo.

15 Q. Exhibit K, page 12, what kind of animal is that?

16 A. That is a ring-tail lemur.

17 Q. Do you still have that lemur at the zoo?

18 A. Yes.

19 Q. Does that lemur have a name?

20 A. That's Chuki.

21 Q. And Exhibit K, page 13, what are we looking at

22 there?

23 A. Those are also wolf hybrids. This is a little

24 younger picture of them. They are still at the zoo and

25 they're in the pen with Nahmad.

635

1 Q. Do you have a tortoise at the zoo?

2 A. More than one.

3 Q. And tortoises don't go into the water; is that

4 correct?

5 A. Not as a general rule.

6 Q. So if their enclosure is dry, that's what a

7 tortoise would be used to; is that correct?

8 A. Yes. We soak our tortoises maybe a half inch up

9 their shell maybe once a week.

10 Q. Besides Nancy Harvey asking you to water the

11 animals, did any of the other plaintiffs ask you to do

12 anything for the animals while they were at your

13 facility?

14 A. Not that I recall.

15 Q. Did any of the plaintiffs come up to you and tell

16 you that you might improve conditions at your facility?

17 A. No.

18 Q. We've heard different stories about the animal

19 count at the zoo. The number 300 has been bandied

20 about. Do you have 300 animals or less?

21 A. We have 300 -- we -- between 300 and 350 birds

22 and animals is how we advertise our zoo.

23 Q. How many birds do you have?

24 A. I've got a lot of -- got one room birds. There's

25 an aviary full of finches. I've got macaws, parrots,

to purchase a complete copy of the transcript.

**636**

1  I've got parakeets and some other smaller one room
2  birds.
3  **Q.**  What are the numbers?  I mean do you know the
4  number total?
5  **A.**  Probably 30.  I guess there are chickens and
6  barnyard poultry outside too, so there could be more
7  than that.
8  **Q.**  What about other types of animals that you have
9  at the zoo that may not be exotics?  Do you have sheep
10  and goats?
11  **A.**  Yes.  Those are included in our USDA count.
12  There would be, with the small mammals, approximately
13  195 or thereabouts and then we would also have reptiles
14  and our equines.
15  **Q.**  Again, the reptiles and equines would not be
16  something that the USDA would examine; is that correct?
17  **A.**  Correct; nor the birds.
18  **Q.**  Does the farm have its own well?
19  **A.**  Yes.
20  **Q.**  And the water from the well is fit for drinking?
21  **A.**  Yes.  It's regularly tested every year for
22  bacteria because we're a Grade A dairy.
23  **Q.**  With regard to the enclosure sizes, have you and
24  your husband tried to exceed the minimum requirements
25  for enclosures the USDA sets?

**637**

1  **A.**  Yes.
2  **Q.**  What is the zoo's policy for necropsies when
3  animals die at or near the end of their natural life
4  cycle?
5  **A.**  We are not usually inclined to necropsy them
6  unless it was a mystery.  Generally, they're -- if
7  they're an older animal, you can kind of watch them kind
8  of go downhill as they age and then when they finally do
9  die, I guess it's not a surprise.
10  **Q.**  Have you ever had any purebred gray wolves at the
11  facility?
12  **A.**  No.
13  **Q.**  As far as the vaccines the wolves may -- the wolf
14  hybrids may receive, do they receive the same vaccines
15  that a dog would?
16  **A.**  Yes.
17  **Q.**  Are there dry areas in the different enclosures
18  even if it rains?
19  **A.**  Yes.
20  **Q.**  What are the dry areas in the enclosures?
21  **A.**  Generally they're housing.  Some of the hoofstock
22  has mounds and there might be places like just where the
23  ground is at a slope where the water probably would run
24  down and there would be more dry area at the top.
25  **Q.**  Do the wolf hybrids play with you?  In other

**638**

1  words, have you gone in and played with them?
2  **A.**  Nahmad does.  He was hand raised.  The other two
3  wolves, they came out of a sanctuary in Arkansas and
4  they're kind of shy.
5  **Q.**  Can the public buy food to feed the wolf hybrids?
6  **A.**  Yes.
7  **Q.**  What type of food is it?
8  **A.**  It's dog kibble.  We usually sell it in a small
9  ice cream cone.  Some years I have a feeder machine up
10  there too and then it goes down a little PVC tube into
11  their pen.
12  **Q.**  So that's not the only thing they get fed though,
13  is it?
14  **A.**  No.  It's just a small treat.  It only dispenses
15  a small amount or even what's in the cone is just less
16  than a handful.
17  **Q.**  When you say what's in the cone, you mean in a
18  container like a cone or --
19  **A.**  We sell it in little like -- I don't know --
20  they're like No. 5 flat bottom ice cream cones so that
21  there's no cups or paper thrown around the zoo.  We have
22  hoofstock food and then we have the kibble that can go
23  to the bears and wolves.
24  **Q.**  Is there any contact with adult animals at the
25  zoo?

**639**

1  **A.**  No.
2  **Q.**  And you have a baboon at the zoo; is that
3  correct?
4  **A.**  I have four.
5  **Q.**  And one of them was Obi; is that correct?
6  **A.**  That's correct.
7  **Q.**  What is an ambassador animal?
8  **A.**  Ambassador animals are typically juveniles.
9  They're animals that I feel safe having the public
10  handle and learn about.  Every year next to me at my
11  desk, I have an ambassador animal that the kids can
12  learn about and that's who greets them.
13  **Q.**  Does the zoo get recently killed deer carcasses?
14  **A.**  Yes.
15  **Q.**  And where do you get those from?
16  **A.**  The sheriff's office calls us during rut
17  especially.  We have to get a salvage tag and then we
18  pick them up.
19  **Q.**  Does the Iowa Department of Natural Resources
20  also give you carcasses?
21  **A.**  They have, yes.
22  **Q.**  Do surrounding farmers give you animals that have
23  recently died?
24  **A.**  Yes.
25  **Q.**  Do you have the ability to borrow money if you

to purchase a complete copy of the transcript.

640

1  need it for the zoo?

2  **A.**    Yes.

3  **Q.**    As far as administering vaccines to animals at

4  the zoo, do you do that a lot yourself?

5  **A.**    Probably a good share of the time we do.

6  **Q.**    And how do you do that?  Do you buy the drugs at

7  a farm store or what?

8  **A.**    It depends on what it is.  A lot of them are

9  prescription.  Like vaccines are prescription.  Those

10  come from the veterinarian.  For cats, they have to be a

11  killed vaccine.  You can't use modified live.  If it's

12  CDT for like the sheep and goats, I can get that either

13  at a farm type store or the vets.

14  **Q.**    And you do not vaccinate the adult big cats; is

15  that right?

16  **A.**    No, I don't.

17  **Q.**    And why -- why is that?

18  **A.**    I guess they've had immunities and stuff built up

19  in them due to our cubs, they get three series of shots

20  from the time that they're six weeks old.  Our big cats

21  I guess I've never felt it necessarily if I'm not

22  bringing something else in.  If I do bring something

23  else in, those are vaccinated before they go in with

24  anything of ours.  That's just our policy.

25  **Q.**    Have you ever had any problems with skunks or

641

1  raccoons at the facility?

2  **A.**    No.

3  **Q.**    And you've never seen one get into a tiger pen,

4  have you?

5  **A.**    It would be impossible unless they were the size

6  of a mouse.

7  **Q.**    If an animal at the zoo required immediate

8  veterinarian intervention, would you call your

9  veterinarian?

10  **A.**    Definitely.

11  **Q.**    When you bury an animal at the zoo, how do -- do

12  you bury it?

13  **A.**    My husband has a backhoe and usually puts them

14  down about four feet.

15  **Q.**    Have you ever had a problem with other animals

16  digging up the carcasses then?

17  **A.**    No.

18  **Q.**    Now Raoul -- I think it was Raoul was a small

19  tiger.  Was he being treated at the time he died?

20  **A.**    Yes, he was.

21  **Q.**    Was he being treated by the veterinarian; is that

22  correct?

23  **A.**    Yes.  Actually, I had one of my cat volunteers

24  there that afternoon and we noticed that he was starting

25  to have labored breathing.  We called the vet

642

1  immediately and to save time, my veterinarian put

2  together a bag of different kinds of drugs and things to

3  use on him and my volunteer drove to Elkader and got it;

4  brought it back and we immediately gave it to the cat.

5  **Q.**    Does Raoul have a brother that's still at the

6  zoo?

7  **A.**    Rajahn.

8  **Q.**    And that's a yes; there is still another tiger

9  that was a brother of Raoul's?

10  **A.**    Yes.  He just turned three.

11  **Q.**    Did you ever not treat an animal or not call a

12  vet because you thought it would cost you money?

13  **A.**    No.

14  **Q.**    Do tigers defecate in their dens?

15  **A.**    No.

16  **Q.**    Now, there's been a tiger by the name of Casper

17  that was at the facility.  Do you remember Casper?

18  **A.**    Yes.

19  **Q.**    And tell the Court when you got Casper, what

20  condition Casper was in.

21  **A.**    Casper was a fairly thin white male tiger.  He

22  was approximately 10 to 13 years old.  He had come from

23  southern United States to northern Wisconsin and then he

24  was transported back five hours to our farm.  He had

25  been in that transport cage before we got him and he had

643

1  gotten some scrapes on his face and legs where he had

2  turned.  The vet said that those would probably abscess

3  out in time and that he would be fine.  We did have him

4  separate in a buddy cage.  He wasn't immediately put in

5  with our cats.  We fed him separately.  I wormed him.

6  He was kind of coming around pretty good and he did get

7  pneumonia when the weather changed in November.  He was

8  not acclimated well to our climate and despite

9  treatment, we did lose Casper.

10  **Q.**    Do your tigers pace?  Do they pace in their

11  enclosures?

12  **A.**    Not -- not a pace.  They'll -- they walk around,

13  but they don't pace the fence like a stereotypical

14  behavior.

15  **Q.**    They don't have any neurotic behavior where they

16  pace back and forth constantly?

17  **A.**    No.  No.

18  **Q.**    What about the fur on the tigers?  Is that ever

19  matted or in bad condition?

20  **A.**    No.  In the spring when they shed, there's a lot

21  of shedding hair in the bottom of the pool, but they're

22  slick and they stay in good condition.  I don't have any

23  kind of parasites or anything on them?

24  **Q.**    What type of supplements do you feed your tigers?

25  **A.**    We feed Oasis Felidae T and we also use

www.uscra.com
to purchase a complete copy of the transcript.

644

1 Dr. Pusillo's Primal Cal.

2 **Q.**    And do you have any trouble measuring that out

3 for the cats or figuring out what amount to give the big

4 cats?

5 **A.**    No.  We even use it as babies in their formula,

6 but Dr. Pusillo's basically given me directions on the

7 measurements to use for all the different ages.

8 **Q.**    Do any of your cats show any signs of brittle

9 bone disease?

10 **A.**    No; never had that problem.

11 **Q.**    Have you ever seen a rodent in any tiger cage

12 drag food away or across the enclosure?

13 **A.**    I don't know what kind of rodent could drag a

14 deer carcass, but no, I have not.

15 **Q.**    When you feed a tiger chicken or beef that was

16 fit for human consumption, does it sit around in the

17 cage or do they normally eat it right away?

18 **A.**    Normally that's fed in amounts that they'll clean

19 up so that we don't have stuff sitting there getting

20 spoiled through the day.  We feed as much as they'll

21 eat.

22 **Q.**    With regard to the USDA, at various times you

23 filed appeals with the USDA concerning their complaints

24 or allegations they filed against you; is that correct?

25 **A.**    Yes, I have.

645

1 **Q.**    I'm going to show you what has been marked as

2 Defendant's Exhibit B as in boy.  Would you look through

3 that exhibit for me, please.

4 **A.**    It appears to be my appeals to some various USDA

5 noncompliances and one concerning what barriers or

6 attendants I needed to have; some extra questions about

7 that.

8 **Q.**    You don't need to talk about it.  You just need

9 to look through it.  Have you looked through it?

10 **A.**    Yes.

11 **Q.**    And Exhibit B is consisting of pages 1 through

12 No. 23.  Do you see that?

13 **A.**    Yes.

14 **Q.**    And would you agree with me that this is a series

15 of either letters or appeals you wrote to the USDA and

16 there are some replies in there?

17 **A.**    Yes.

18         MR. THORSON:  At this time, I would like to

19 offer into evidence Defendant's Exhibit B.

20         THE COURT:  Any objection?

21         MS. BLOME:  No, Your Honor, but I did have

22 one request.  Mrs. Sellner, would you mind speaking up

23 or closer to the microphone?  Thank you.

24         THE WITNESS:  Sorry.

25         THE COURT:  Exhibit B is received.

646

1         (Defendants' Exhibit B was offered and

2         received in evidence.)

3         THE COURT:  And, Ms. Sellner, you do have

4 kind of a soft voice, so speak up; try to get close to

5 the microphone.

6         THE WITNESS:  Okay.

7 **Q.**    Mrs. Sellner, with regard to Exhibit B, at

8 various times you've had questions you put to the USDA

9 for answers; is that correct?

10 **A.**    Yes, it is.

11 **Q.**    And you wanted to know, for instance, in the

12 first page there, the letter dated April 4, 2014,

13 concerning the number of employees or people you have to

14 have there present when the public is there; is that

15 correct?

16 **A.**    That or barriers.

17 **Q.**    Okay.  And if you turn to page 4 of Exhibit B,

18 this is an appeal that you've written to the USDA; is

19 that correct?

20 **A.**    Yes, it is.

21 **Q.**    And you're setting out the reasons why you think

22 that the alleged noncompliances should not apply in this

23 situation; is that correct?

24 **A.**    Yes.

25 **Q.**    Are you referring -- and I don't know if you do

647

1 this in the letter -- to a specific inspection or is

2 this a series of inspections?

3 **A.**    Each one is dated to what inspection I'm

4 appealing and then I put on there what the number is

5 from the noncompliance if I didn't agree with it mostly.

6 **Q.**    With regard to your appeals, have you ever gotten

7 any type of response or have you gotten responses to all

8 of them at this point in time?

9 **A.**    The response that they -- they do have to respond

10 with a letter, but they have never taken an appeal back.

11 They give me a reason why they think it was all right.

12 **Q.**    In your letter dated -- and this is on page --

13 Exhibit B, page 21 --

14 **A.**    Yes.

15 **Q.**     -- you refer to the inspector violating your

16 biosecurity and indoor parameters.  What are you

17 referring to in that?

18 **A.**    My inspector has violated my biosecurity by

19 wearing pink tennis shoes to other people's facilities

20 and then entering mine and not wearing footwear overtop

21 or having other sanitized footwear and then going into

22 restricted areas in my zoo.  I think that's bad

23 business.  She's a veterinarian and I think that that's

24 something she should have known.  I did get a letter

25 back that said that she couldn't possibly bring any

to purchase a complete copy of the transcript.

648

1  disease to my facility because her pink tennis shoes had
2  not been in any other facility for 12 hours.  I gave
3  that letter to my veterinarian, who took it to the state
4  veterinarian, who took it to the USDA.  My inspector now
5  wears boots, but I was also given a letter back that
6  said she will continue to wear her footwear when she
7  comes to your zoo and I don't know how you can continue
8  to do something you've never done, but she does wear her
9  footwear now.
10  Q.     She does wear something other than her tennis
11  shoes; is that correct?
12  A.     She has boot covers.
13  Q.     I'm not going to go through each inspection
14  report because I don't think that would be a productive
15  use of time, but would you say that you disagree with
16  most of the alleged violations that are in the
17  inspection reports?
18  A.     Very often.  I don't appeal it -- if it's
19  something I did, I will fix it and I don't appeal it.
20  But if it's something that I don't think is right or was
21  written incorrectly, I will appeal it.
22  Q.     And you have a case going on now with the USDA;
23  is that correct?
24  A.     Yes.
25  Q.     And that case involves inspection reports for a

649

1  number of years; correct?
2  A.     Yes.
3  Q.     In particular with regard to the inspection
4  reports, there was a direct noncompliance with regard to
5  Casper the tiger.  Do you remember that?
6  A.     Yes, I do.
7  Q.     Do you believe you were -- it was justified in
8  giving you a direct noncompliance with regard to Casper?
9  A.     No, I do not.
10  Q.     Why not?
11  A.     Because each of my animals has an individual
12  veterinarian record and it was written in that record
13  that the cat did have the scrapes on him and that the
14  vet had looked at them; said it would abscess out and
15  they would be healed, and that was all documented in his
16  records.
17         When the inspector came, for whatever reason
18  the wounds had opened and Casper was seen licking them
19  and my inspector didn't think that that was right that I
20  didn't call the veterinarian back.  So she wrote the
21  letter and wrote me up as a direct that I didn't give
22  him proper veterinarian care and said that the
23  veterinarian had to be there within 12 hours.
24         My veterinarian was called.  He did come out
25  and he sent a letter back that the -- he expected the

650

1  tiger to lick those abscesses that had opened and that
2  that was the right thing to do.  He did give it some
3  Amoxicillin in the water just as a backup so there was
4  no secondary infections and within two days the wounds
5  were completely healed.
6  Q.     Now, there's been a burn pile at your farm that's
7  been pointed out in some photographs.  Is that near the
8  zoo or where is that at?
9  A.     It is an easement between the farm and the zoo.
10  Q.     How far away is that from any of the enclosures?
11  A.     Probably a couple hundred -- maybe, I don't know
12  a hundred feet from the perimeter.  It's not near the
13  animals' enclosures.  It's out in the middle of an
14  easement.  Because we burn -- we don't have like city
15  garbage, so it has to be away from trees and things that
16  could start on fire.
17  Q.     I believe this is -- I believe this is page 4 of
18  Exhibit 59.  This is an aerial photograph it looks like
19  of your farm.  Tell the Court what's going on in this
20  photograph, if you would.
21  A.     There's a building in the center that had fallen
22  in.  Most of our buildings when we moved to that farm
23  were probably 80 to 90 years old.  That building, it was
24  falling in and we had been taking stuff out of it
25  because we were going to demolish it.  It is an

651

1  off-season photo, so there's a lot of things laying in
2  the yard that aren't normally, like baleage and things
3  because it's easier for us to use at the farm and I
4  guess there we are in our every-day clothes.
5  Q.     So the zoo itself is in the upper corner?
6  A.     There's hardly any of the zoo in there.  I can
7  see a little bit of perimeter fence in the upper
8  left-hand corner.  Otherwise, that is the dairy and the
9  easement that goes through the farm.
10  Q.     And all the structure has been removed; is that
11  correct?
12  A.     The one in the center is.  There's one that's a
13  shop and the other one is actually turned into the
14  education center and that's in the upper right-hand
15  corner up there.  But there's some scrap and stuff we
16  were picking up to take to the scrap dealer, so there's
17  lots of stuff in there.  That's not normal.
18  Q.     The photograph of you with Obi is Exhibit 59,
19  page 5, I believe.  Do you see that?
20  A.     Yes.
21  Q.     And why are you carrying Obi around with you?
22  A.     Obi was our ambassador animal at the zoo that
23  year.  That was the end of the day and I was taking Obi
24  home.  He was an infant yet or a juvenile and he was on
25  the bottle.  He needed to be fed every several hours and

Download more at Legalectronic.com
to purchase a complete copy of the transcript.

**652**

1  we did have him in diapers at that time when he was
2  young, but he stayed with us.  You can see how he's
3  clinging.  That's a typical primate response.  They need
4  to have somebody that holds onto them or cuddles them
5  all the time.  That's just the way primates are; just
6  like human babies.  Otherwise, they're a failure to
7  thrive child.
8  Q.    What do you do for the animals on hot days?
9  A.    We have fans that run on a lot of our animals.
10  The bear has a combination mister and fan.  We try not
11  to move things around a lot.  We just let the animals
12  sit in the shade.  They always have cold water.  I guess
13  if the heat index is actually over 100 degrees, that we
14  try to close the zoo at noon and we -- it's just too hot
15  for humans or animals to be out.  So that's been our
16  policy as of the last few years.
17  Q.    Do you have signs posted around the zoo for
18  educational purposes?
19  A.    Yes, we do.
20  Q.    Including a sign about gray wolves?
21  A.    Yes, we do.
22  Q.    But the wolves in that enclosure are hybrids; is
23  that correct?
24  A.    Yes, they are.  And they have a timber wolf sign
25  on them because those signs came from Sanctuary Supplies

**653**

1  and there was no wolf hybrid signs available, so it's
2  just on there for educational purposes.
3  Q.    We see on the reports from the USDA a lot of
4  times it says repeat violation.  Does that necessarily
5  mean it's the same violation again or does it mean just
6  the same type of violation again?
7  A.    It's the same type of violation.
8        MS. BLOME:  Objection; lack of foundation.
9        THE COURT:  Well, I think you had one of
10  your witnesses opine as to what it meant, so I'm going
11  to let this witness give her opinion.
12  A.    There's only a few different categories.  I think
13  one is general housekeeping, veterinary care,
14  sanitization and maybe one other one, so all the
15  noncompliances will fall in one of those categories.  So
16  it's not because the same animal is just over and over
17  and over again being a noncompliance.  It could be
18  completely different the next time and still
19  fall in that area.
20  Q.    I think the veterinarian testified about a monkey
21  by the name of Cynthia having some issues with what he
22  called barbering.  Do you remember that?
23  A.    Yeah.  She came to me with some behavioral
24  issues.  She would get kind of naughty if a lot of
25  people stood in front of her and she would do

**654**

1  self-mutilation.  She would, like, bite her tail.  We
2  did give her extra enrichment.  It didn't really seem to
3  matter to her.  We did have a macaque that -- she would
4  be the one that plucked all the time and I was written
5  up numerous times for her because they said that was a
6  lack of enrichment.  And when I actually broke down when
7  she was plucking on a calendar, I found that the very
8  first time when she plucked severely and she had most of
9  the hair on the outside of her thighs and some of her
10  stomach plucked, she had come in heat for the first time
11  and every time subsequently that she would come in heat,
12  she would start plucking again.  I did tell my USDA
13  inspector and she just said well, yeah, that can happen,
14  but I still have all those noncompliances permanently on
15  my record even though that was beyond anything anybody
16  could have done.
17  Q.    I believe one of the witnesses mentioned some
18  rather atrocious looking stuff in the dog's enclosure in
19  their bowl as far as what they were about to eat, which
20  I'm going to show you, which is marked as Exhibit 60,
21  page 15, I believe it is.
22  A.    This is a one-time thing and it was close to the
23  poodle's birthday and there happened to be a birthday
24  cake in our -- one of our deli barrels, so my husband
25  decided to give it to the poodle for its birthday and

**655**

1  obviously the dogs didn't touch it.  There's -- it sat
2  there all day and at the end of the day, we dumped it
3  out and threw it away and they just ate their normal
4  thing.  That is not a normal ration; nor do we ever try
5  to say that is.  It was a once-in-a-lifetime thing.
6  Q.    So what we're looking at is birthday cake and
7  frosting; is that it?
8  A.    Yup; from the store.
9  Q.    I think we believe -- I believe we heard
10  Mr. Braumann talk about the serval and its one ear
11  drooping down and he speculated that it had ear mites.
12  Is that what was going on with the serval?
13  A.    No.
14  Q.    What was going on with the serval?
15  A.    Occasionally, I've had this happen on bobcats.
16  Between the inner and outer layers of skin in their ear,
17  they'll get a small abscess for whatever reason and we
18  have tried both ways to either lance it and drain it or
19  just to even let it naturally drain itself, but the ear
20  will collapse and, unfortunately, Cassaya does have one
21  collapsed ear.
22  Q.    But it doesn't have ear mites; is that right?
23  A.    No.  They don't have ear mites.  They're treated
24  on a routine basis for things like that anyway.
25  Q.    I believe it was Mr. Braumann again testified

WWW.MIDWESTREPORTING.COM   319-338-0462
to purchase a complete copy of the transcript.

**656**

1 that he saw the -- a pool in the tiger area that had a
2 tarp all over it or maybe it wasn't a pool. He said he
3 saw a tarp in the tiger area.
4 A.    Yes.
5 Q.    If I can find it here. Maybe I can find the
6 picture. Well, I can't find the picture, but anyway,
7 the tarp that was there, what was that covering?
8 A.    That was covering a flat tiger pool. It did have
9 some algae in it and because those hold a fair amount of
10 water, I didn't want to drain it, so we shocked it with
11 bleach and he laid a branch across it with a tarp on it
12 to let it shock for the day. I didn't want the tigers
13 in it, so we had locked it in its -- kind of a no man's
14 land where the pool is so it was not accessible to the
15 cats while bleach was in it.
16 Q.    You have certain structures that are referred to
17 as corn cribs in this case. Are they actually corn
18 cribs or are they manufactured that way as enclosures
19 for animals?
20 A.    Both. The ones that I happen to have are retired
21 corn cribs, but those are Behlen's corn cribs and
22 because not many farmers anymore do pick ear corn, they
23 have made them into zoological cages. They make
24 different sizes and shapes. It's a special heavy-duty
25 type wire and they have roofs on them.

**657**

1 Q.    We've heard Mr. Braumann describe a young tiger
2 that was, he thought, behaving kind of strangely when he
3 was there at the zoo. It was in a -- in one of these
4 round enclosures, wasn't it?
5 A.    Yes.
6 Q.    When he described the behavior to you, what would
7 you say that that young tiger was doing?
8 A.    He was playing.
9 Q.    And in what respect? Was he hunting or acting
10 like he was hunting or what?
11 A.    Yeah. His typical cat behavior. You know, they
12 want to jump and stuff. They're not allowed to jump on
13 us when they're actually in our possession, within our
14 hands, but he was just goofing around being a cat.
15 Q.    You have two black bears at the zoo?
16 A.    Yes.
17 Q.    Is there a den box between their enclosures?
18 A.    Yes, there is.
19 Q.    What is your interaction with the lemurs?
20 A.    The red ruffed lemur Lucy, she was hand raised by
21 another family. We've had her since she was nine, I
22 believe, and she's now 15, but she's bonded to me at
23 this point. She likes to be loved and groomed. I don't
24 actually hold her. She'll sit there and let you groom
25 her. She likes her armpits rubbed and she comes up and

**658**

1 begs for that. The ring-tails, they usually play with
2 themselves. They will take food from your hands, but
3 they are not hand raised lemurs. Those were momma
4 raised.
5 Q.    We've heard about the Meishan pig before. I'm
6 not going to go into that other than one piglet
7 survived; is that correct?
8 A.    Yes. Meisha was raised in the house.
9 Q.    Is that piglet still at your zoo?
10 A.    No. I did sell her to a farmer.
11 Q.    With regard to Exhibit No. 59, page 6, that tiger
12 is on top of its enclosure; is that correct?
13 A.    It's actually just -- that's Keirhan. There was
14 an extra enclosure in that pen. That's not their actual
15 den, but they do like to sleep up on top of that one.
16 You can see their regular den is in the back behind it
17 and there's a guillotine door that like when we need to
18 lock them out of this side, then they're locked in the
19 den area.
20 Q.    And as far as tigers jumping up on something like
21 that, that would be normal behavior?
22 A.    Yes.
23 Q.    And you actually have a perch now you said in the
24 tiger enclosures; is that correct?
25 A.    Yes. The other two tiger enclosures we have, my

**659**

1 husband just recently had made these large -- they're
2 about four feet tall platforms and they're welded so the
3 cats can't scratch them up and then they have a dry deck
4 top. The cats can jump up on it. It keeps their -- it
5 increases their flexibility and stuff when they're in
6 captivity, so they can rest up on those. There is a
7 shade cloth over the roof for them, so it adds to their
8 enrichment.
9 Q.    With regard to watering the animals, you have
10 automatic waterers in quite a few enclosures; is that
11 correct?
12 A.    All the hoofstock and all the cats but the
13 bobcat. Bears, all the pigs, all of those animals do
14 have automatics.
15 Q.    And as far as feeding the animals, how many times
16 a day do you feed them?
17 A.    Depending on the animal. If it's an animal that
18 eats hay, they have feeders that will hold, like, at
19 least a day's worth or more of feed. There's some
20 animals that we hand feed twice a day. If we have
21 babies, obviously those have to be fed, you know, around
22 the clock.
23 Q.    And if the animal doesn't have an automatic
24 waterer, how many times a day do you water the animal?
25 A.    It depends. We have sippers in most of them. We

**660**

1  kind of tried to get away from bowls and stuff because
2  they tip them and play in them, so typically most of the
3  enclosures will hold at least a day's worth of water in
4  the sipper, but they're topped off at each time we do
5  chores.
6  **Q.**  Is that what's known as a hog sipper or something
7  else?
8  **A.**  The hog sippers are actually connected to a live
9  water source and our raccoons and all the pigs and our
10 big bear has an actual hog nipple waterer and that way
11 they stay clean all the time.  But there's little, like,
12 pet type sippers that screw together and they hold
13 approximately 16 ounces and they have like a little ball
14 bearing drip thing that an animal like a ferret or
15 guinea pigs, our day goose -- I don't know what else --
16 those animals drink out of those sippers.  Those you
17 have to hand fill.
18 **Q.**  Do you -- do you try to comply with the AWA
19 regulations?
20 **A.**  Yes, we do.
21        MR. THORSON:  I have no further questions.
22        THE COURT:  Cross-exam?
23              CROSS-EXAMINATION
24 BY MS. BLOME:
25 **Q.**  Mrs. Sellner, you testified that you have a lemur

**661**

1  enrichment plan that has been updated twice since 2013;
2  correct?
3  **A.**  I believe.
4  **Q.**  Okay.  We filed this lawsuit in the summer of
5  2014; right?
6  **A.**  That could be.
7  **Q.**  And discovery ended in May of 2015; correct?
8  **A.**  Well, there's a new one that I have in my book
9  right now and I guess I would have to compare this --
10 whatever we have right now because the old ones are all
11 in order, so you do not have the one that we did the
12 most recently.
13 **Q.**  Okay.  Mrs. Sellner, I would like to turn to
14 Exhibit K again, which I believe you have in front of
15 you.
16        MS. BLOME:  I don't believe the judge has
17 that exhibit; is that right?
18        THE COURT:  I do.
19        MS. BLOME:  Oh, Defendant's Exhibit K?
20        THE COURT:  The photographs?
21        MS. BLOME:  Yes.
22        THE COURT:  Yes, I have them.
23        MS. BLOME:  Okay.  Thank you.
24 **Q.**  Okay.  Mrs. Sellner, I would like to walk through
25 the pictures with you one more time.  Are you on the

**662**

1  page starting with the picture of the serval with her
2  babies?
3  **A.**  I don't have those pictures or are they right
4  here?  This is just X.  I -- I think I gave Larry back
5  those.
6  **Q.**  Oh, okay.
7  **A.**  Sorry.
8        THE COURT:  I think when she testified to
9  them, they were being displayed on the ELMO.
10       MR. THORSON:  I can give her a copy.
11       MS. BLOME:  Oh, I can display them.
12 **A.**  Because I'm looking at Keirhan right here.
13 **Q.**  Mrs. Sellner, do you see this picture of the
14 serval?
15 **A.**  Yes, I do.
16 **Q.**  When did you take that picture?
17 **A.**  I am not positive.  That is Cleopatra and that's
18 her litter of kittens.
19 **Q.**  When did Cleopatra die?
20 **A.**  I'm not sure without looking in my book.  It
21 could have been six years ago or more.  I don't know.
22 **Q.**  Okay.  So six or more years ago at least?
23 **A.**  Possibly.  But that's Cleopatra.
24 **Q.**  How about this photograph of Natasha?  When did
25 you take that picture?

**663**

1  **A.**  That one would probably be in the last several
2  years.
3  **Q.**  Okay.  So five years ago?
4  **A.**  I don't think it was even that long.
5  **Q.**  Four years ago?
6  **A.**  Maybe three.
7  **Q.**  Three years ago.  How about this picture of
8  Sheba?  When did you take that picture?
9  **A.**  That one is probably four maybe.
10 **Q.**  And we're on page 3 now; right?
11 **A.**  I assume.  It says Sheba on there.
12 **Q.**  Okay.  You took that picture four years ago?
13 **A.**  I'm just guesstimating.
14 **Q.**  Now, on page 4 of Exhibit K, you said that was
15 Miraj?
16 **A.**  Yes.
17 **Q.**  When did you take that picture?
18 **A.**  That picture would have been, I'm guessing, in
19 the last couple years.
20 **Q.**  The last couple of years, so 2013?
21 **A.**  Maybe.  I don't -- I don't know exactly what day
22 I took them.  I have lots of files of pictures and I
23 don't know.
24 **Q.**  And this picture -- the picture of two tigers on
25 page 5 -- you testified that was Sheba and Sherkhan;

www.CR41319-REL-CO410.com
to purchase a complete copy of the transcript.

**664**

1 both of whom are deceased.

2 A. Yes.

3 Q. When did you take that picture?

4 A. That had to be before that. Probably five,

5 six years ago. I don't know.

6 Q. Sherkhan died in 2010?

7 A. Well, I thought it was before that -- or after

8 that. I'm not sure without having the books in front of

9 me.

10 Q. And the picture of Sascha on page 6?

11 A. That has to be in the last few years too.

12 Q. So 2013?

13 A. I'll just guess that.

14 Q. Just guess. Okay. On Exhibit K, page 7, when

15 did you take that picture of Dandylion?

16 A. He's a little younger in that picture because his

17 mane isn't quite as full, so I would say within the last

18 five years.

19 Q. And the picture of Njarra on page 8 of Exhibit K,

20 when did you take that picture?

21 A. It could have been any time. Probably in the

22 last few years also.

23 Q. So 2013?

24 A. That's probably a guess. I don't know.

25 Q. Exhibit K, page 9, you said this was Cassaya.

**665**

1 When did you take that picture?

2 A. Her ear is still up in that picture so it would

3 have had to have been maybe four years ago.

4 Q. So 2011?

5 A. That's a guess too.

6 Q. All right. And the picture of Lucy on page 10 of

7 Exhibit K, when did you take that picture?

8 A. Probably in the last few years.

9 Q. Okay. So when you say the last few years, you

10 certainly know not in 2015?

11 A. No.

12 Q. Not in 2014?

13 A. It's possible.

14 Q. Possible. Likely?

15 A. I don't know. I have so many files of pictures

16 that I really -- I can't say exactly.

17 Q. How about this picture of Wakanda?

18 A. That would have to be seven years ago.

19 Q. So 2008?

20 A. Approximately.

21 Q. Okay. And this picture of Chuki?

22 A. That would be within the last four years I would

23 guess.

24 Q. That's page 12 of Exhibit K. And these pictures

25 of two wolves or wolf hybrids at your zoo, page 13.

**666**

1 When did you take that picture?

2 A. I would say that that picture is six years old.

3 Q. 2009?

4 A. Approximately.

5 Q. Are both of those wolves still alive today?

6 A. Yes, they are. They look quite aged compared to

7 what they were then.

8 Q. Mrs. Sellner, you testified you made a number of

9 appeals to the United States Department of Agriculture

10 over inspection reports?

11 A. Yes, I have.

12 Q. In your binder in front of you, I would like you

13 to take a look at Exhibits 72 through 76.

14 A. Yes.

15 Q. Would you take a moment to read through those

16 exhibits and confirm that you recognize them as letters

17 you received from USDA in response to your appeals.

18 A. I do.

19 Q. Are they true and accurate copies of those

20 response letters?

21 A. I believe so.

22       MS. BLOME: Your Honor, we would offer for

23 admission Exhibits 72 through 76, which are responses to

24 the exhibits Mrs. Sellner testified to earlier.

25

**667**

1       (Plaintiffs' Exhibits 72 through 76 were

2       offered in evidence.)

3       THE COURT: Any objection?

4       MR. THORSON: We object as to relevance,

5 Your Honor.

6       THE COURT: Again, I'm sort of reserving --

7 well, I'm ruling on relevancy objections, but obviously,

8 when I have a chance to review all of this evidence,

9 I'll make some determinations as to what I think is

10 important and what isn't. So I'm going to admit

11 Exhibits 72 through 76.

12       (Plaintiffs' Exhibits 72 through 76 were

13       received in evidence.)

14 Q. All right, Mrs. Sellner. Would you now please

15 turn to Exhibit 38. Do you recognize that document?

16 A. Yes, I do.

17 Q. You provided that document to us in discovery;

18 isn't that true?

19 A. I don't know if I did. Is this the inspection

20 requirements?

21 Q. Yeah.

22 A. I don't know that I personally did, but I have

23 seen this document.

24 Q. Okay. I would like to read to you a portion of

25 the exhibit on page 3. You previously --

668

1       THE COURT:  Before you can read from the
2   exhibit, it needs to be offered and received into
3   evidence.
4       MS. BLOME:  Certainly.  We would offer
5   Exhibit 38 into evidence, Your Honor.
6       (Plaintiffs' Exhibit 38 was offered in
7       evidence.)
8       THE COURT:  Any objection?
9       MR. THORSON:  Our objection is relevance,
10  Your Honor.
11      THE COURT:  Overruled.  Exhibit 38 is
12  received.
13      (Plaintiffs' Exhibit 38 was received in
14      evidence.)
15  Q.   Okay, Mrs. Sellner.  On page 3, you'll see --
16  well, you previously testified to what -- about direct
17  noncompliant items; correct?
18  A.   Yes, I did.
19  Q.   Okay.  According to this inspection guideline
20  from the United States Department of Agriculture, on
21  page 3 you'll see a definition for a direct noncompliant
22  item.  I'll read a portion of that and ask if that
23  comports with your understanding of what's happening
24  when you receive a direct noncompliant item.  A direct
25  noncompliance is a noncompliance that is currently

669

1   adversely affecting the health and well-being of the
2   animal, or has the high potential to adversely affect
3   the health and well-being of the animal in the near or
4   immediate future.  Does that comport with your
5   understanding?
6   A.   Yes, it does.
7   Q.   Mrs. Sellner, you testified to a number of
8   explanations for what the plaintiffs observed as they
9   walked through the zoo regarding animal behavior at your
10  zoo.  But you didn't walk through the zoo with any of
11  the plaintiffs, did you?
12  A.   No, I did not.
13  Q.   In fact, you sit in the front office in the
14  admissions booth for the majority, if not all, of the
15  day during zoo season; isn't that true?
16  A.   Yes, I do.
17      THE COURT:  Ms. Sellner, make sure you keep
18  your voice up.  It's very difficult to hear you.
19      THE WITNESS:  Sorry.
20  Q.   All right, Mrs. Sellner.  I would like us to
21  agree on a definition of animal husbandry that you've
22  probably heard before with various witnesses.  I'll read
23  that definition to you and then I would like to see if
24  you agree with that definition.  Animal husbandry
25  practices ensure that the physiological, biological --

670

1       THE COURT REPORTER:  Excuse me.
2   Q.   -- psychological --
3       THE COURT REPORTER:  Excuse me.  Could you
4   slow down, please?
5       MS. BLOME:  Yes.  Thank you.  I'll start
6   over.
7   Q.   Animal husbandry practices ensure that the
8   physiological, biological, psychological and social
9   needs of animals cared for in zoos and aquariums are
10  addressed.  Do you agree with that definition,
11  Ms. Sellner?
12  A.   I would say for the most part, yes.
13  Q.   Are there any portions of it you disagree with?
14  A.   I guess it just depends on how you think that
15  some of those needs are being met or if they truly are.
16  Q.   Certainly.  I would also like us to agree to the
17  definition of zoo administration.  It's a term I would
18  like to use throughout my questioning and I would like
19  us to agree on a definition, okay?
20  A.   All right.
21  Q.   Zoo administration is planning, setting and
22  implementing goals and objectives, animal husbandry and
23  veterinarian services, public education and conservation
24  programs, finances and financial management and staff
25  supervision.  Do you agree with that?

671

1   A.   Yes.
2   Q.   Other than your course work you took on big cat
3   husbandry from the Feline Conservation Federation, you
4   haven't taken any formal training courses or classroom
5   courses in tiger husbandry, have you, Mrs. Sellner?
6   A.   No.
7   Q.   And you haven't take any courses or classroom
8   course -- I'm sorry -- training courses or classroom
9   courses in lemur husbandry, have you, Mrs. Sellner?
10  A.   No.
11  Q.   And finally, just to confirm, you haven't taken
12  any course -- training courses or classroom courses in
13  wolf husbandry; isn't that true?
14  A.   That's true.
15  Q.   I would also like to clear up something about the
16  wolves.  Are the wolves at the Cricket Hollow Zoo or
17  wolf hybrids housed in a single cage or in three
18  separate cages that adjoin each other?
19  A.   They are all housed in one cage.  They're a pack.
20  Q.   Thank you for that.  Mrs. Sellner, in order to be
21  a member of the feline conservation founder --
22  foundation, all you have to do is submit a nominal fee
23  and a one page registration; isn't that true?
24  A.   There's questions.
25  Q.   And answer a few questions; correct?

DOCUMENT 74 319-1-filed-10/30/41.com
to purchase a complete copy of the transcript.

672

1   **A.**    Yes.

2   **Q.**    Okay. And in exchange for membership, the feline

3 conservation sends you a membership card and several

4 issues of its quarterly newsletter; correct?

5   **A.**    Among other things. There are member services.

6   **Q.**    Okay. And one of those other things is the Basic

7 Exotic Cat Care Manual; correct?

8   **A.**    No.

9   **Q.**    You've never seen the Basic Exotic Cat Care

10 Manual?

11   **A.**    I took the course in Ohio.

12   **Q.**    I would like to show you what is -- what purports

13 to be the Feline Conservation Federation Basic Exotic

14 Cat Care Manual and perhaps you'll recognize it. Do you

15 recognize that document?

16   **A.**    Yes, but I did not get that from the Feline

17 Conservation Federation. I got it from my nutritionist.

18   **Q.**    From Dr. Pusillo?

19   **A.**    Yes.

20   **Q.**    Okay. And you regard the feline conservation

21 authority as an -- as an -- or Feline Conservation

22 Foundation --

23   **A.**    Federation.

24   **Q.**    Federation to be an authority on big cat

25 husbandry, which would include tigers; correct?

673

1   **A.**    That's not their purpose.

2   **Q.**    What's their purpose?

3   **A.**    It's an organization of feline -- large -- or I

4 should just say exotic feline owners or people that are

5 interested in preserving and propagating and they are

6 for the private ownership of cats to responsible people.

7   **Q.**    So the one course that you took from the Feline

8 Conservation Federation on big cat husbandry --

9   **A.**    Yes.

10   **Q.**    -- you believe was taken from a federation that

11 does not have any authority on animal husbandry

12 practices?

13   **A.**    No; I didn't say that.

14   **Q.**    Okay. So you do regard them as an authority on

15 animal husbandry practices for big cats?

16   **A.**    In their courses.

17   **Q.**    In any event --

18   **A.**    They also have an accreditation and different

19 things within that group.

20   **Q.**    So I would like to read to you a section from the

21 Big Cat Exotic Care Manual and see if you agree with it,

22 okay? The types of events for which contingency plans

23 should be written should include injury to a member of

24 the public, fire, escape and sickness and death of the

25 owner. Depending on where you live, contingency plans

674

1 for responding to flooding, hurricane, tornado and

2 earthquake may also be appropriate. Do you agree with

3 those statements from the Feline Conservation

4 Federation?

5   **A.**    Yes.

6   **Q.**    I would like you to turn to Exhibit 45 of the

7 manual -- or of the binder in front of you. Is that

8 your contingency plan, Mrs. Sellner?

9   **A.**    Yes, it is.

10       MS. BLOME: I would like to confirm that

11 this has been offered into evidence.

12       MR. ANDERSON: Which exhibit?

13       MS. BLOME: Forty-five.

14       THE COURT: Forty-five has been received.

15       MS. BLOME: Thank you, Your Honor.

16   **Q.**    Mrs. Sellner, on page 1 of your contingency plan,

17 you plan for the contingency of a fire with a note to

18 call 911; correct?

19   **A.**    Yes, it is.

20   **Q.**    You also plan for the possibility of your death

21 by appointing your husband and a list of volunteers to

22 provide "backup help to do chores and maintenance";

23 correct?

24   **A.**    Yes.

25   **Q.**    On page 2 you plan for a tornado by directing

675

1 that the tigers in our facility should be "locked in

2 their dens"; correct?

3   **A.**    If that is possible at the time.

4   **Q.**    And you plan for a blizzard or ice storm by

5 simply requiring that the animals be given extra food

6 and shelter in their enclosures; correct?

7   **A.**    Yes.

8   **Q.**    Have you ever deviated from these contingency

9 plans?

10   **A.**    I don't know that I've had those issues come up.

11 I have not had a fire or a tornado.

12   **Q.**    Or a blizzard or big snowstorm?

13   **A.**    We have had blizzards.

14   **Q.**    And in the blizzards, you've simply locked the

15 animals in their dens?

16   **A.**    I didn't say I locked them in their dens. I said

17 that that they could go in their dens. They have extra

18 bedding. They're given extra feed and they're right

19 here at the farm with us, so they're still attended to.

20   **Q.**    But they're certainly not moved off the premises?

21   **A.**    No. I would have no reason to.

22   **Q.**    Or placed into a heated enclosure?

23   **A.**    No, because you can't take an animal that's used

24 to being outside and put it in heat and then expect it

25 to go back out again without it being sick.

to purchase a complete copy of the transcript.

676

1  Q.  You've never been formally trained in any aspect
2  of zoo administration, have you, Mrs. Sellner?
3  A.  No formal.
4  Q.  So nothing in accounting; correct?
5  A.  I do my own farm accounting.
6  Q.  Nothing in budget management?
7  A.  I do my own farm budgeting.
8  Q.  Never had any training for financial planning or
9  management of any kind; correct?
10  A.  I have -- in schooling and in courses that I've
11  done in high school.
12  Q.  Okay.  Mrs. Sellner, I would like to switch gears
13  a little bit and talk about the United States Department
14  of Agriculture; okay?
15  A.  Fine.
16  Q.  You've locked horns with the USDA inspectors on
17  many occasions; isn't that true?
18  A.  Yes, I have.
19  Q.  You believe that your inspector is nitpicky and
20  obsessive compulsive about cleaning and sanitation;
21  correct?
22  A.  That is true at times.
23  Q.  The USDA inspector you specifically have an issue
24  with is Dr. Heather Cole; correct?
25  A.  Yes.

677

1  Q.  You believe she's nitpicky because she's never
2  really worked on a farm; correct?
3  A.  She has had no experience in the real world.  I
4  believe she worked in a primate lab, which is an
5  enclosed world of its own.
6  Q.  And that's problematic for you; right?
7  A.  It can be if she doesn't use common sense.
8  Q.  Sure.  And, in fact, you believe her attention to
9  pests and sanitation amounts to a "insect phobia"; isn't
10  that true?
11  A.  She is admittedly afraid of insects.  She's said
12  it to us numerous times.
13  Q.  Mrs. Sellner, in 1992 when you obtained your USDA
14  license, how many animals did you have?
15  A.  I couldn't tell you.  Not as many as I have now
16  I'm sure.
17  Q.  Like 20?
18  A.  I really don't remember without looking at my
19  application for my license.
20  Q.  Was it a third of what you have now, two-thirds
21  of what you have now?
22  A.  I would say it's a very small amount compared to
23  what I have now.
24  Q.  Indeed.  And you have demonstrated -- you have to
25  demonstrate absolute compliance with the Animal Welfare

678

1  Act in order to get your license; correct?
2  A.  They come in and inspect you initially to get
3  your license.
4  Q.  And that inspector verifies your compliance;
5  correct?
6  A.  Yes.
7  Q.  But in order to renew a license on an annual
8  basis, you simply fill out a form and check a box; isn't
9  that true?
10  A.  That's true.
11  Q.  Mrs. Sellner, you believe you meet the minimal
12  standards set forth in the Animal Welfare Act most of
13  the time; correct?
14  A.  Yes, I do.
15  Q.  You believe you go above and beyond, but only on
16  some things; correct?
17  A.  I think I go above and beyond what I'm supposed
18  to.
19  Q.  But you can't really name anything where you go
20  above and beyond, can you?
21  A.  I think cage sizes.  We do have a fly control
22  program and we have everything documented that we do for
23  our work as far as cleaning and any maintenance issues.
24  That's all documented in maintenance books in our
25  buildings.

679

1  Q.  So you believe that you go above and beyond on
2  all those areas; correct?
3  A.  As a general rule.
4  Q.  Mrs. Sellner, in October of 2012, you used one of
5  your tiger cubs as an ambassador animal; correct?
6  A.  And what was the date?
7  Q.  In October of 2012.
8  A.  Yes.
9  Q.  And, in fact, you had two tiger cubs at the zoo
10  at that time.  We've heard your testimony that they were
11  Raoul and Rajahn; correct?
12  A.  Yes.  They weren't actually ambassadors at that
13  time.  I probably had a different animal that was my
14  ambassador.  They were born in August so they wouldn't
15  have been my animal ambassadors.  They just -- when they
16  become eight-weeks-old or between eight and 16 weeks,
17  then I am allowed to let the public have hands-on time
18  with them.
19  Q.  Sure.  So you -- but you did a lot of public
20  hands-on-time with the tiger cubs in 2012; correct?
21  A.  It was limited in that year because that would be
22  the end of our season.
23  Q.  Okay.  I'm going to read to you another provision
24  from the Feline Conservation Federation Basic Exotic Cat
25  Care Manual.  "Care should be taken to avoid playing

JStenographicRF4 319-1 www.kentekfcrptng.com
to purchase a complete copy of the transcript.

**680**

1  with these animals -- referring to tigers -- as you
2  would with domestic kittens.  Active tummy scratching
3  and rough play may trigger an aggressive response from
4  the cub."
5  A.      That is possible.
6  Q.      Mrs. Sellner, I would like you to look at an
7  inspection checklist that we've put together and it
8  should be in the front of your binder.
9              THE COURT:  Maybe, Ms. Blome, before we get
10  to that, it's about five minutes to noon.  I have a
11  12 o'clock criminal hearing, so I think this might be a
12  convenient time to break for lunch.  We'll start in
13  again at 1:15.
14              (Recess at 11:53 a.m., until 1:16 p.m.)
15
16
17
18
19
20
21
22
23
24
25

**681**

1              **AFTERNOON SESSION**
2              THE COURT:  Before we begin the examination,
3  I wanted to alert counsel to the fact that I got an
4  email this morning from -- and I made copies and I
5  forgot to bring them down with me, but we'll give you
6  copies during the break.  I can't remember the woman's
7  name now.  I think maybe it was Joan Foster or something
8  like that.  In any event, she described herself as a
9  concerned Iowan and had some suggestions as to how I
10  should handle this case.
11              Obviously, I don't have any information to
12  suggest that the plaintiffs solicited an email or even
13  know Ms. Foster, but I just want to make it clear to
14  everyone that, obviously, my ruling will be based on the
15  record made during the trial and the law.  So to the
16  extent either party may have some interest in, you know,
17  having letters sent to me suggesting how I should rule,
18  as counsel well knows, those are going to be
19  unproductive and something that should be discouraged.
20              MS. BLOME:  Absolutely, Your Honor.
21              THE COURT:  And I'll provide that letter.
22  It wasn't threatening and it wasn't profane.  It's just
23  a concerned citizen and she's fed up with judges and
24  others not doing anything and concerned about slaps on
25  the wrist and so forth and so on.  And again, that's not

**682**

1  helpful to me.  It's not going to have any impact on how
2  I end up ruling and -- and for obvious reasons, we don't
3  want both sides sending letters to me on -- from people
4  that have some interest in the outcome.
5              MS. BLOME:  Agreed.
6              THE COURT:  You're still under oath.
7  Cross-exam may continue.
8              MS. BLOME:  Your Honor, if we might briefly
9  clear up the -- the pagination issue --
10              THE COURT:  All right.
11              MS. BLOME:  -- if that would be all right?
12  We've discovered that the problem is that in all of our
13  exhibit binders, page 2 of Exhibit 60 is marked as 1A
14  instead of page 2.  We can cure that error by switching
15  out the exhibits you have for pages 1 through
16  50-whatever or we could just make a note for the record
17  that after page 1A or 2, wherever the witness referred
18  to a page, it was one page more than that.
19              THE COURT:  Okay.  I don't know that it's
20  particularly helpful at this point to sort of switch
21  pages again.  I mean the record is what it is now with
22  respect to references to pages and lines -- or --
23              MS. BLOME:  Sure.
24              THE COURT:  -- exhibits and page numbers.
25  I'm confident that I was on the right exhibit and right

**683**

1  page when the testimony was being given because it all
2  made sense, I guess, to what I had in front of me.
3              My only concern is that for any possible
4  appeal by either side, that somehow the parties make it
5  clear which page is being referred to and if -- if it
6  was a document where there was some confusion as to what
7  the proper page number was, that perhaps, you know, in a
8  footnote to a brief or something, you could point out
9  that it was referred to as different pages at different
10  times or something, so that any appellate judge who
11  wants to go look at the record or look at the exhibit
12  itself doesn't turn to a page that isn't consistent with
13  what the testimony was all about.
14              So for my purposes, I'm comfortable that I
15  understand what documents we're talking about.  And
16  again, during -- obviously, this is a nonjury trial, so
17  I'm going to have to be preparing detailed facts and
18  conclusions of law and I'll be referring to the exhibits
19  I have, and I guess to the extent that they are numbered
20  somehow else, you're going to have to kind of deal with
21  that if you have to on any kind of appeal.
22              MS. BLOME:  Okay.  Thank you, Your Honor.
23              Is that all right with you, Mr. Thorson?
24              MR. THORSON:  Whatever the judge wants to do
25  is fine with me.

to purchase a complete copy of the transcript.

## 684

1          MS. BLOME: Okay.

2          THE COURT: Good answer, Mr. Thorson.

3          MS. BLOME: Excellent answer.

4          THE COURT: That was an Iowa lawyer for you.

5 Yeah, again, I'm -- I'm comfortable that I know what the

6 testimony is and I know what exhibits correspond to

7 various testimony. I would just alert both sides to --

8 for any possible appeal, that when you prepare your

9 appendix or your briefs, that you make sure you're

10 referring to the document that is going to be the

11 appendix that goes down to St. Louis.

12          MS. BLOME: Absolutely. Thank you,

13 Your Honor.

14          CROSS-EXAMINATION (Continued)

15 BY MS. BLOME:

16 Q.    All right, Mrs. Sellner. Right before the break,

17 we were about to take a look at an inspection checklist

18 and I actually have the ELMO up so you don't even need

19 to bother searching through the binder for it. This

20 list is a summary of inspection noncompliant items that

21 were documented by USDA since July 29, 2010. Ignore the

22 handwriting on the side. That's my personal copy. And

23 I would like to talk to you about some of these

24 citations. You'll note that several of them do not

25 pertain directly to tigers, lemurs and wolves, but

## 685

1 several of them do. And where there's a T, an L or a W,

2 that is where the citation pertained directly to tigers,

3 lemurs and wolves.

4          So thinking about this exhibit, I would like

5 you to first take a look at the feces column, which is

6 in the middle of the page. And then the pest column,

7 which is located two columns in on the left-hand side.

8          Now, earlier we spoke about Dr. Heather Cole

9 and Dr. Heather Cole visited the Cricket Hollow Zoo on

10 May 21, 2014, and you have previously stated you felt

11 that that inspection constituted a witch-hunt; is that

12 correct?

13 A.    Yes, I did.

14 Q.    Okay. Now, Dr. Cole arrived at your zoo first

15 thing in the morning at nine o'clock a.m., which you

16 felt was patently unfair; correct?

17 A.    Yes, I did.

18 Q.    You felt especially wronged by Dr. Cole's morning

19 visit because you were preparing for the public opening

20 of the zoo at that time; correct?

21 A.    I'm not sure, but I had just gotten done at my

22 dairy and I was just walking out the door when I saw

23 their car in the yard, so I had not started any chores

24 yet.

25 Q.    You hadn't started any chores and it was a

## 686

1 particularly difficult week for you because you opened

2 the zoo the following week; correct?

3 A.    Probably, yes.

4 Q.    A week you've characterized as hell week before;

5 correct?

6 A.    Yes.

7 Q.    All right. And you were cleaning all those

8 enclosures as early as you normally would do once a

9 year; correct?

10 A.    Once a year?

11 Q.    Yes; right before the zoo opening.

12 A.    Well, I do them more than once a year, but we do

13 an extra special job of changing out substrates in

14 reptiles and things like that during that week so that

15 we're off to a good start for the season.

16 Q.    Sure. So if you'll turn to Exhibit 26 in that

17 binder. That's the May 21, 2014, inspection report

18 we've been referring to.

19 A.    You said 26?

20 Q.    Yes. Okay. So at the top of page 2 of

21 Exhibit 26, Dr. Cole observes in the wolf hybrid

22 enclosure, there's a build-up of old feces and mixed

23 food waste in the dirt and gravel that makes up the

24 floor of the enclosure and that frustrated you because

25 you just hadn't had a chance to clean the wolf enclosure

## 687

1 that year; correct?

2 A.    Well, I'm sure we've cleaned it within that year.

3 Q.    But you hadn't had a chance to clean it for the

4 public?

5 A.    Not that day. Chores had not been started at the

6 zoo that morning. I was at my dairy farm.

7 Q.    Okay. And when Dr. Cole observed that within the

8 reptile house there's an excessive amount of dust, dirt

9 and debris on the floor surrounding the enclosures and

10 the ruffed lemur, the ring-tailed lemur and vervet are

11 located in this area. There's a brown to black grime

12 and cobwebs on the walls within the ruffed lemur --

13          THE COURT REPORTER: Excuse me.

14 Q.    -- and the ring-tailed lemur --

15          THE COURT REPORTER: Could you slow down?

16          MS. BLOME: Thank you.

17 Q.    The ruffed lemur and ring-tailed lemur

18 enclosures. You just hadn't had an opportunity to clean

19 those enclosures that morning; correct?

20 A.    Well, there was dust and dirt and debris on the

21 floor because I had swept things and we were out there

22 in the zoo that night until -- the previous evening

23 until almost 11 o'clock at night and I left that without

24 putting it away for the evening and it was -- on the

25 previous page, I believe it was about the guinea pigs,

**688**

1  and there were several piles probably six inches of
2  dried bedding that I had swept in anticipation of
3  mopping and finishing the next morning when I wasn't
4  exhausted.
5  Q.    So it was a one-time thing, Mrs. Sellner?
6  A.    That was.
7  Q.    Sure.  On Exhibit 26, page 8, Dr. Cole also cited
8  you for excessive flies around the entire facility and
9  in the outdoor tiger enclosure, which frustrated you
10 because you consider Dr. Cole to simply be nitpicky;
11 correct?
12 A.    I have said that she has been at times.
13 Q.    Mrs. Sellner, you admit that the Animal Welfare
14 Act requires compliance with it 100 percent of the time;
15 correct?
16 A.    That is correct.
17 Q.    In other words, animals can never run out of
18 water or live in dirty enclosures; correct?
19 A.    That is correct.
20 Q.    They can't live in a buildup of grime or feces;
21 correct?
22 A.    That is correct.
23 Q.    And they shouldn't be constantly harassed by
24 swarming flies; right?
25 A.    That is correct.

**689**

1  Q.    Now, you previously discussed some of your appeal
2  letters with your attorney.  I would like you to turn to
3  Exhibit 73.  Mrs. Sellner, this is one of USDA's
4  responses to your appeal.  It's dated June 23, 2014,
5  specifically referencing the May 21, 2014, inspection
6  report.  The USDA denied your appeal; correct?
7  A.    That is correct.
8  Q.    And, in fact, the USDA notes that facilities are
9  expected to meet or exceed standards and regulations of
10 the Animal Welfare Act at all times; correct?
11 A.    That is correct.
12 Q.    You attempted to appeal that inspection report a
13 couple of additional times; correct?
14 A.    Yes, I did.
15 Q.    And the USDA routinely denied those appeals;
16 correct?
17 A.    Yes.
18 Q.    I would like you now to turn to Exhibit 28,
19 please.  Are you there?
20 A.    Yes.
21 Q.    Thank you.  Now, if you'll note on page 1 of
22 Exhibit 28, it was Dr. Margaret Shaver who inspected you
23 on August 6, 2014; correct?
24 A.    Yes.
25 Q.    Now, in this inspection report, Dr. Margaret

**690**

1  Shaver and not Dr. Heather Cole cited a repeat
2  noncompliant item for the same problems with the wolf
3  hybrid enclosure; isn't that true?
4  A.    Where is that at?
5  Q.    At the bottom of the page.  It reads within the
6  wolf hybrid enclosure, there is a build-up of feces and
7  food waste on the floor of the enclosure.  The waste is
8  attracting flies.
9  A.    That's what it says, but it also says there are
10 two wolf hybrids in this enclosure and that wasn't true
11 either.
12 Q.    Mrs. Sellner, on page 2, Dr. Margaret Shaver
13 observes there are excessive numbers of flies and feces
14 on the ground throughout the enclosure housing two dogs
15 and the enclosure housing two wolf dog hybrids.  On
16 page 3, she notes there are an excessive number of flies
17 flying around the walkway in the back of the reptile
18 house near the ring-tailed and red ruffed lemur.  And on
19 page 5 she notes there are an excessive number of flies
20 present throughout the entire facility.  There are flies
21 within the following enclosures:  Tigers.  Flies can be
22 seen landing on the animals, bedding, food and animal
23 waste.  The tiger is twitching and pawing at the flies.
24 Isn't that true?
25 A.    It says that.

**691**

1  Q.    Mrs. Sellner, I would like to now talk to you
2  about veterinary care.  You selected Dr. Pries to be
3  your attending veterinarian because he lives close by
4  and said yes; isn't that true?
5  A.    I felt he was qualified for the job.
6  Q.    And lived close by?
7  A.    Forty-five miles.
8  Q.    You did not ask Dr. Pries if he had any
9  experience in caring for tigers, lemurs or wolves, did
10 you?
11 A.    I asked him if he had -- or was willing to work
12 on zoo species.
13 Q.    But not whether he had any experience; correct?
14 A.    That's probably true.  I don't really remember.
15 Q.    Mrs. Sellner -- one moment.  Mrs. Sellner,
16 neither you nor Dr. Pries conduct any routine screenings
17 on your big cats; isn't that true?
18 A.    And what type of screenings would that be?
19 Q.    For any infectious diseases or persistent
20 problems with big cats; correct?  No blood work is done
21 on an annual basis; correct?
22 A.    No.
23 Q.    I want to read to you a provision of the Feline
24 Conservation Federation's Basic Cat Care Manual.
25 Routine serologic disease screening is recommended for

692

1    feline infectious peritonitis, feline leukemia, feline
2    immunodeficiency virus and toxoplasmosis.  A routine
3    program to detect and treat internal and external
4    parasites should also be implemented.  Routine dental
5    care is also important and should not be overlooked.
6              Do you agree with that statement,
7    Mrs. Sellner?
8    A.    It said it was recommended; not required.
9    Q.    Indeed.  Recommended though; right?
10   A.    Yes.
11   Q.    But you don't conduct any of that preventative
12   care at your facility; correct?
13   A.    Not that type of preventative care.
14   Q.    Mrs. Sellner, I would like you to turn to
15   Exhibit 29, please.  Now, Exhibit 29 is an inspection
16   report dated October 7, 2004 (sic).  You've seen that
17   before; correct --
18   A.    Yes, I have.
19   Q.    -- Mrs. Sellner?  2014; not 2004.  Now, according
20   to this inspection report, Casper, a white tiger, fell
21   ill from an infection on his leg in August of that same
22   year.  Dr. Shaver observes that Casper had a thin body
23   condition and was licking an open swollen wound on his
24   leg.  You told the inspector that Dr. Pries had
25   evaluated Casper in August; correct?

693

1    A.    I believe so.
2    Q.    But that evaluation had taken over the -- place
3    over the telephone; isn't that true?
4    A.    He had come to the farm.
5    Q.    You've previously testified that he -- it took
6    place over the telephone and that he had not come to the
7    farm.  Are you changing your testimony?
8    A.    I don't think I said that.  When did he sign the
9    paper?  We have -- when he did our walk through, he had
10   seen that cat.
11   Q.    Okay.  Let's look at Exhibit 48.  That's the
12   paper you're talking about, I believe.
13   A.    The cat arrived in July and I believe he was
14   there in either August or September for our annual walk
15   through.
16   Q.    I see.  So your -- so let's look at Exhibit 48,
17   page 7.  It says in the third cell down on the
18   right-hand side vet checked on 8-25-14, possible
19   cataracts.  Few cuts and rubs from shipping 7-10-14 that
20   were looked at for abscesses forming.  Will open soon.
21   Is that what you're referring to, Mrs. Sellner?
22   A.    That would be what opened and caused those sores.
23   Q.    Okay.  So that was during his annual walk through
24   for Dr. Pries?
25   A.    Yes.

694

1    Q.    And not as a result of a specific phone call?
2    A.    No.
3    Q.    Okay.
4    A.    Not that.  When --
5    Q.    Dr. Pries did not prescribe any medication or
6    treatment for Casper at that time; correct?
7    A.    No.  There was nothing that could be done until
8    those came to a head.
9    Q.    And between this August consultation and then the
10   USDA's October 7th visit, Dr. Pries hadn't returned to
11   visit Casper; correct?
12   A.    No.
13   Q.    And then in October, the USDA very directly
14   ordered you to have Dr. Pries treat Casper; correct?
15   A.    They ord -- had me have Dr. Pries check him.
16   Q.    And then you asked Dr. Pries to examine Casper at
17   that time; correct?
18   A.    Yes, because those abscesses had just opened.
19   Q.    And Dr. Pries finally prescribed some form of
20   treatment for Casper?
21   A.    We give him Amoxicillin to follow up in case
22   there was any secondary infection when they were opened.
23   Q.    And Casper died shortly after that; correct?
24   A.    In December.
25   Q.    A mere five months after he had fallen ill;

695

1    correct?
2    A.    Nearly five months what?
3    Q.    After he had fallen ill; correct?
4    A.    Well, from -- about four months, but he wasn't
5    ill.  He had abscesses that had opened when he was
6    transported 1,500 miles and that's documented right
7    there.  The abscesses came to a head and they opened and
8    he was licking them in October.  Then he was turning
9    around.  He was wormed.  He was looking good and we did
10   have an extremely cold snap in November and he developed
11   pneumonia and Dr. Pries had him on antibiotics and we
12   were treating him and he did succumb to the pneumonia
13   and he did die in December.  That's all documented in
14   his records there.
15   Q.    It's also documented in his records that he had
16   arrived at the zoo in July of that year; correct?
17   A.    That is true.
18   Q.    And he wasn't treated first until late August;
19   correct?
20   A.    Because the scrapes had to abscess out.
21   Q.    But you hadn't consulted Dr. Pries until then;
22   correct?
23   A.    No.  They were just --
24   Q.    You made that assessment on your own?
25              THE COURT:  Just a second.  If you ask the

to purchase a complete copy of the transcript.

696

1  question, you've got to wait for the answer.
2       THE WITNESS:  What was my question?
3       THE COURT:  The question was because you
4  hadn't consulted Dr. Pries until then; correct?  And you
5  said no.  They were and then you were interrupted.
6  A.    No.  They were -- they were not a serious injury.
7  They were scrapes and there was nothing treatable about
8  them.  They would just heal on their own and then when
9  they abscessed out and came to a head, then they would
10  open and drain, which they did.
11  Q.    Mrs. Sellner, I would like to show you another
12  chart along with this inspection chart and I might go on
13  over to the ELMO, if you'll give me a moment.  All
14  right, Mrs. Sellner.  So you're looking at right now the
15  USDA inspection report summary that we've compiled.
16  A.    Okay.
17  Q.    Now, I would like to show you a list of animal
18  deaths at the zoo that we've compiled based on evidence
19  that you submitted in your interrogatory responses.
20  A.    Yes.
21  Q.    You'll note that you've given some approximate
22  dates and some exact dates for the deaths of the
23  animals.  Now, on the inspection checklist, if I zoom
24  in, I've noted on the right-hand side here the names of
25  some of the animals who died, and if -- and if you look

697

1  closely, Sherkhan died on February 28, 2014.  And orange
2  indicates that you missed an inspection, so it looks
3  like you missed an inspection in January of 2014.  Do
4  you see that?
5  A.    What do you mean by that?
6  Q.    Do you see that you missed -- that it looks like
7  you missed an inspection in January of 2014?  I can get
8  the inspection report out, but it's in the records.
9  A.    I probably -- sometimes my inspector would send
10  them by email and if my computer wasn't working
11  properly, I may have not have printed it out and so that
12  -- I did not have a hard copy to do anything with.
13  Q.    Sure.  Forgive me, Mrs. Sellner.  The missed
14  inspection is when the United States Department of
15  Agriculture inspector came to your facility and no one
16  was available to walk through the facility with them.
17  A.    Okay.
18  Q.    You understand?
19  A.    Yes.
20  Q.    Okay.
21  A.    But she was --
22  Q.    So orange is the representation of when --
23  Q.    -- would issue a report for that --
24       THE COURT REPORTER:  Wait, wait, wait.
25       THE COURT:  Just a second.  The court

698

1  reporter can't take you both down at the same time.
2  Wait for the answer.  Speak up.  I -- I strain to hear
3  your answers and if I can't hear your answers, then I
4  can't give them any credit.
5  Q.    Go ahead.
6  A.    When -- I wasn't there to sign an inspection
7  report.  There was a report for that incident when I was
8  not there and so I do not have a hard copy of that
9  report because it was sent by email.  I was not there to
10  sign a report and have it in my hand.
11  Q.    Okay.  One minute.  Would you take a look at
12  Exhibit 25, Mrs. Sellner?
13  A.    Yes.
14  Q.    Okay.  It -- is everyone there?  Okay.
15  Mrs. Sellner, it reads a responsible adult was not
16  available to accompany APHIS officials during the
17  inspection process at 12:30, 1:30 and 1:50 p.m. on
18  January 9, 2014.  Do you agree with that?
19  A.    That's true.  And if I wasn't there, that's why
20  that's not signed.
21  Q.    Okay.  So --
22  A.    That was mailed --
23  Q.    -- the record -- sorry.
24  A.    It was mailed to me because I would not know that
25  they were there if I wasn't home.

699

1  Q.    Sure.  And I think part of the trouble is I can't
2  tell when you're done giving your answer because you
3  pause --
4  A.    I'm sorry.
5  Q.    -- and say some more.  Thank you.  Mrs. Sellner,
6  I'll -- the remaining orange lines on the USDA
7  inspection reports read like this report right here;
8  that you were not available for the inspection, okay?
9  A.    Yes.
10  Q.    Okay.  Now, in November of 2014, you had a --
11  kind of a rough time; isn't -- isn't that true,
12  Mrs. Sellner?  Several of your big cats died; correct?
13  A.    Two.
14  Q.    And you also lost Kamarah, a lion; correct?
15  A.    True.
16  Q.    So that's -- so you lost Casper, Luna and
17  Kamarah; correct?
18  A.    I guess I wasn't sure when Kamarah died, but if
19  that's what it says in the records, then I guess that's
20  what it is.
21  Q.    Yeah.  Here; I'll show you the representations
22  you provided in discovery.  Casper died in
23  November 2014, Kamarah died in November 2014 and Luna
24  died in November 2014.
25  A.    Okay.  Then that must be what I wrote.

to purchase a complete copy of the transcript.

**700**

1  Q.    You'll see in November 2014 that you had -- that
2  that light yellow color is for no noncompliant items;
3  correct?  Well, you don't know that that's for no
4  noncompliant items --
5  A.    No.
6  Q.    -- but in November of 2014 -- I'm terribly sorry
7  -- the USDA had returned to your facility to follow up
8  on the treatment of Casper; correct?
9  A.    Yes.
10 Q.    And they determined that you had successfully
11 treated Casper; correct?
12 A.    Yes.
13 Q.    Or perhaps not successfully, but at least
14 complied with the Animal Welfare Act; correct?
15 A.    Yes.
16 Q.    And they didn't take any time to look at any of
17 the other animals; correct?
18 A.    I don't remember.
19 Q.    They conducted a focused inspection and only
20 looked at Casper; correct?
21 A.    And that could be.
22 Q.    Okay.  Now, in June of this year, you missed two
23 inspections.  Do you recall those missed inspections,
24 Mrs. Sellner?
25 A.    Not offhand.

**701**

1  Q.    The United States Department of Agriculture
2  suspended your license to operate a zoo in early June;
3  do you recall?
4  A.    Yes, I do.
5  Q.    Okay.  And on June 15th and June 24th during that
6  suspension period, USDA attempted to inspect your
7  facility; correct?
8  A.    There was one day I was at the facility and
9  Heather was driving in the yard to do an inspection and
10 I was just leaving, and she said well, just go ahead.
11 She said it's no big deal.  I'll come back another time
12 and I said all right and I did leave, so we did not
13 conduct the inspection that day.
14 Q.    Let's take a look at Exhibit 35, Mrs. Sellner.
15 Are you there?
16 A.    Yes.
17 Q.    This inspection report is dated June 15, 2015,
18 and it reads a responsible adult was not available to
19 accompany APHIS officials during the inspection process
20 at 2 to 3 p.m., 3:35 to 4:42 p.m. and 4:57 to 5:27 p.m.
21 on June 15, 2015.  Do you agree with that
22 representation?
23 A.    Yes.  That was a day that we didn't have the zoo
24 open and I was not there.
25 Q.    All right.  Let's look at Exhibit 36.  And on

**702**

1  Exhibit 36 dated June 24, 2015, it reads a responsible
2  adult was not available to accompany APHIS officials
3  during the inspection process at approximately
4  11:15 a.m. on June 24, 2015.  Do you see that?
5  A.    That was the day that I was at the farm and they
6  said I was leaving and she said to go ahead and go.
7  Q.    Now, you don't have any veterinary records for
8  the November time frame 2014, do you, Mrs. Sellner?
9  A.    I am not sure what kind of records you asked me
10 for.
11 Q.    We asked you for all of your veterinary records
12 and you didn't produce any veterinary records for the
13 November 2014 time frame; correct?
14 A.    I don't know.  I don't know what records exactly
15 would not be on the sheets with the cats and whatever
16 you have.
17 Q.    Okay.  Let's take a look at those.  I'm
18 predominantly interested in your big cat veterinary
19 records, so let's turn to Exhibit 48, please.
20 Mrs. Sellner, let's look at page 1 for Sascha.
21 Dr. Pries didn't visit the zoo for Sascha in
22 November 2014; correct?
23 A.    I don't remember.  I don't remember what happened
24 to Sascha.
25 Q.    Do you make notations every time Dr. Pries visits

**703**

1  the zoo, Mrs. Sellner?
2  A.    I don't always.  On this particular page I
3  usually -- I have a calendar, if nothing else, and I try
4  to remember to transfer it to these.
5  Q.    Do you recall ever having Dr. Pries visit the
6  farm in November 2014, Mrs. Sellner?
7  A.    Not right this second I don't.
8  Q.    Miraj passed away on July 1, 2015?
9  A.    Miraj was euthanized.
10 Q.    On July 1st?
11 A.    Yes.
12 Q.    All right, Mrs. Sellner.  I would like to ask you
13 some questions about the USDA's enforcement actions.
14 Would you please turn to Exhibit 2.  Mrs. Sellner, have
15 you seen that document before?
16 A.    I don't believe I have.
17 Q.    Okay.  This is an email from USDA Director of the
18 Western Region for APHIS, Dr. Robert Gibbens.  Do you
19 know who Dr. Robert Gibbens is?
20 A.    Yes, I do.
21 Q.    Who is he?
22 A.    He's the Director of the Western Region.
23 Q.    What's -- what's your understanding of his role
24 as the director?
25 A.    I assume he oversees everything that happens at

to purchase a complete copy of the transcript.

**704**

1  USDA APHIS.
2  Q.    Have you seen his name before?
3  A.    Yes, I have.
4  Q.    On what types of documents?
5  A.    He signs your license and I'm sure he's written
6  responses to me when I've written to him.
7         MS. BLOME:  Your Honor, we would offer for
8  admission into evidence Exhibit 2, which is one of the
9  public records we received from the USDA.
10        (Plaintiffs' Exhibit 2 was offered in
11        evidence.)
12        THE COURT:  Any objection?
13        MR. THORSON:  We object as to relevance,
14  Your Honor.
15        THE COURT:  Well, again, I'm going to admit
16  the exhibits over the relevancy objection and I'll --
17  I'll weigh the importance of the exhibits during my
18  analysis of the case.  So Exhibit 2 will be received.
19        (Plaintiffs' Exhibit 2 was received in
20        evidence.)
21  Q.    Mrs. Sellner, in the second sentence of that
22  email, Dr. Gibbens observes that while the violations
23  are not grave in nature, it is clear that there is a
24  chronic management problem at the facility, and, for
25  whatever reason, the Sellners either do not understand

**705**

1  the regulations, are not willing to comply, or not able
2  to comply.  And this email is dated November 8, 2006.
3  Sitting here today, what's your reaction to that
4  statement?
5  A.    I don't know what the noncompliances were that
6  he's referring to from 2006.  I can't remember that far
7  back and know exactly what it is.
8  Q.    Would it be important to you to know what those
9  violations are in order to respond to the allegation
10  that you're not willing to comply or not able to comply?
11  A.    I would like to know what they were because I
12  have some issues with how my inspections are
13  inconsistent between inspectors and what's inspected by
14  one doesn't matter to the other one.  They're very, very
15  inconsistent.
16  Q.    And you believe that they've been inconsistent
17  since as far back as 2005?
18  A.    I have different inspectors all the time.
19  Q.    All right.  Mrs. Sellner, I would like you to
20  turn to Exhibit 3.  Do you recognize this document,
21  Mrs. Sellner?
22  A.    I've never seen the actual document, but I know
23  what it is.
24  Q.    You've never seen this settlement agreement
25  before?

**706**

1  A.    Not that I recall.  I'm sure I probably have it.
2  Otherwise, it was done over the phone, so I don't know.
3  Q.    Okay.  You'll note at the top that it says Tom
4  and Pamela Sellner d/b/a Cricket Hollow Zoo,
5  1512 210th Street, Manchester, Iowa.  Is that your
6  address?
7  A.    Yes, it is.
8  Q.    The document's titled Settlement Agreement --
9  A.    Yes, it is.
10  Q.    -- by the Investigation (sic) and Enforcement
11  Services.  And you'll note that there's a penalty for
12  $4,000.  Did you agree to pay that penalty,
13  Mrs. Sellner?
14  A.    I'm sure I did.
15  Q.    And have you paid that fine off, Mrs. Sellner?
16  A.    Yes.
17        MS. BLOME:  We would move for -- or offer
18  for admission Exhibit 3, Your Honor.
19        (Plaintiffs' Exhibit 3 was offered in
20        evidence.)
21        THE COURT:  Any objection?
22        MR. THORSON:  Objection as to relevance and
23  also it is a settlement agreement, Your Honor, and not
24  admissible for that reason.
25        THE COURT:  Overruled.  Exhibit 3 is

**707**

1  received.
2        (Plaintiffs' Exhibit 3 was received in
3        evidence.)
4  Q.    All right, Mrs. Sellner.  I would like you to
5  turn to Exhibit 9.  Now, all of these documents were
6  produced to you in the discovery process and I'm curious
7  if you've ever seen this letter before dated April 9,
8  2012, once again from Dr. Gibbens regarding the Cricket
9  Hollow Zoo?
10  A.    I don't remember that, but that doesn't mean that
11  I don't have it.
12  Q.    Okay.
13  A.    Dated 2012.
14  Q.    Okay.  Well, I'm going to read to you the first
15  sentence.  The facility has been in chronic
16  noncompliance since July 2010.  Sitting here today, what
17  is your reaction to that statement, Mrs. Sellner?
18  A.    It makes it -- some of my noncompliances had been
19  appealed because I don't think that they were all fairly
20  done and I would never say that I didn't deserve some
21  noncompliances.  I'm not a perfect person.
22  Q.    Mrs. Sellner, I would like you to turn to
23  Exhibit 15.
24        MS. BLOME:  Your Honor, we offer Exhibit 9
25  for admission.

**708**

1          (Plaintiffs' Exhibit 9 was offered in
2     evidence.)
3          THE COURT:  Objection?
4          MR. THORSON:  Relevance, Your Honor.
5          THE COURT:  Overruled.  Exhibit 9 is
6  received.
7          (Plaintiffs' Exhibit 9 was received in
8     evidence.)
9  Q.    Mrs. Sellner, Exhibit 15.  On October 5, 2012,
10 (sic) the USDA issued a report of investigations
11 documenting your violations of the Animal Welfare Act
12 and do you recognize this document?
13 A.    I was just trying to see who did this one.
14 Q.    I'm sorry --
15         THE COURT:  Make sure you keep your voice
16 up, Mrs. Sellner.
17 A.    Yeah; I was just seeing who this was written by.
18 Q.    Mrs. Sellner, are you looking at a 19 page letter
19 that's titled United States Department of Agriculture
20 Report of Investigation?
21 A.    I'm looking at that.
22 Q.    Okay.  Do you recall ever reviewing this document
23 before?
24 A.    No.
25         MS. BLOME:  Your Honor, we would move for --

**709**

1  or offer for admission Exhibit 15.
2          (Plaintiffs' Exhibit 15 was offered in
3     evidence.)
4          THE COURT:  Any objection?
5          MR. THORSON:  Relevance and it's also a
6  settlement agreement, Your Honor.
7          THE COURT:  Overruled.  Exhibit 15 is
8  received.
9          (Plaintiffs' Exhibit 15 was received in
10    evidence.)
11 Q.    Mrs. Sellner, I would like you to turn to page 9.
12 In the first eight pages of this report, APHIS documents
13 how they conducted their investigation of the Cricket
14 Hollow Zoo, and on page 9 at the top, they state these
15 findings substantiate the following alleged violations.
16 Then they list all the violations that form the basis
17 for their conclusion that you violated the Animal
18 Welfare Act.
19 A.    What exhibit are we on?
20 Q.    Exhibit 15.
21 A.    I'm not on the right page here.  I thought you
22 just told me to turn to 9.
23 Q.    Oh, sorry; no.  Exhibit 15, page 9.
24 A.    All right.
25 Q.    Do you see at the top these findings substantiate

**710**

1  the following alleged violations?
2  A.    Yes.
3  Q.    And then for three pages, APHIS discusses the
4  violations of the Animal Welfare Act they substantiated,
5  and then please turn to page 15.  On page 15 at the very
6  end of the report, USDA indicates these findings
7  indicate that the evidence does not support a violation
8  of the following sections:  Not applicable.  Do you see
9  that?
10        THE COURT:  What page are you on?
11 A.    I don't see that on page 15.
12        MS. BLOME:  Page 15 of Exhibit -- oh, I'm
13 sorry.  Page 12 of Exhibit 15.  My apologies.
14 Q.    Okay.  Do you see the sentence I referenced
15 earlier?
16 A.    Yes.
17 Q.    Okay.  Since you have never seen this report
18 today, sitting here what is your reaction to those
19 statements?
20 A.    I'm not sure that I agreed with all of them and
21 I'm sure that some of those have been appealed.
22 Q.    All right, Mrs. Sellner.  I would like you to
23 turn to Exhibit 18.  Are you there?
24 A.    Yes.
25 Q.    Okay.  Exhibit 18 is a settlement agreement dated

**711**

1  April 19, 2013 (sic).  You agreed to the settlement,
2  didn't you, Mrs. Sellner?
3  A.    Yes, I did.
4  Q.    And about what was your penalty?
5  A.    $6,800.
6  Q.    And have you paid that fine off, Mrs. Sellner?
7  A.    I'm in that process.
8  Q.    Mrs. Sellner, I would like to show you the USDA
9  inspection report again -- inspection checklist again;
10 I'm sorry.  Now, this settlement agreement where you
11 agreed to pay a little over $6,000 was dated April 29,
12 2013.  If you look down, there's an inspection report
13 dated June 12, 2013, in the left-hand column and
14 July 31, 2013, and September 25, 2013, and December 16,
15 2013.  And you'll note that there are still several
16 noncompliant items.  What -- what, if any, is your
17 explanation for continuing to violate the Animal Welfare
18 Act in the same year you signed a settlement agreement
19 for such a substantial amount of money?
20 A.    I don't know if I agreed that they were all
21 violations.  They -- most of those had been appealed.
22 I'm sure some of them are legitimate and they were
23 corrected immediately after that.
24 Q.    Now, Mrs. Sellner --
25        MS. BLOME:  Or I'm sorry.  Your Honor, we

to purchase a complete copy of the transcript.

**712**

1  would offer for admission Exhibit 18.

2      (Plaintiffs' Exhibit 18 was offered in

3      evidence.)

4      THE COURT:  Any objection?

5      MR. THORSON:  Relevance, and it's a

6  settlement agreement, Your Honor.

7      THE COURT:  Exhibit 18 is received.

8      (Plaintiffs' Exhibit 18 was received in

9      evidence.)

10 **Q.**    Mrs. Sellner, you just represented that you

11 appealed one of those inspection reports and I would

12 like to take a look at Exhibit 21.  And do you

13 recognize that letter?

14 **A.**    Yes, I do.

15 **Q.**    And why do you recognize that letter?

16 **A.**    Because I think that it was an answer to an

17 appeal and it was incorrectly withheld.  It should

18 not have been a noncompliance or what they said in the

19 report.

20 **Q.**    Mrs. Sellner, other --

21     MS. BLOME:  Oh, I'm sorry.  Your Honor, I

22 would move to -- or offer this Exhibit 21 into evidence.

23     (Plaintiffs' Exhibit 21 was offered in

24     evidence.)

25     THE COURT:  Objection?

**713**

1      MR. THORSON:  Relevance, Your Honor.

2      THE COURT:  Overruled.  Twenty-one is

3  received.

4      (Plaintiffs' Exhibit 21 was received in

5      evidence.)

6  **Q.**    Mrs. Sellner, take a look at page 2 of this

7  report.  You were frustrated at this point, were you,

8  Mrs. Sellner?

9  **A.**    Yes, I was.

10 **Q.**    And in your appeal letter you asked how good is

11 good enough, didn't you?

12 **A.**    Yes, I did.

13 **Q.**    And once again, the USDA responded on page 2 with

14 regard to your question how good is good enough, the

15 standards of the Animal Welfare Act do not represent or

16 create an expectation of perfection.  They're considered

17 to be the minimum standards that must be met by

18 regulated facilities in order to be in compliance.  Most

19 regulated facilities exceed those standards, but that is

20 not required.  However, full compliance with the minimum

21 standards is required and expected.  What was your

22 reaction to that statement?

23 **A.**    I believe that my inspector believes perfection

24 is the only way.  There's never a gray area for her.

25 And when you look at that picture of those cattle that

**714**

1  she claims are up to their knees, my veterinarian

2  explained that to you yesterday; that's hardly to their

3  pasterns and we had 17 inches of rain in five weeks.

4  They're not up to their knees in mud; nor have they

5  ever.

6  **Q.**    And when you refer to your inspector, are you

7  talking about Dr. Heather Cole?

8  **A.**    I believe she was -- well, I don't know if she

9  was the -- the inspector that day or not without looking

10 at the report.  I think it was a lady from

11 North Carolina.

12 **Q.**    Who's the lady from North Carolina?

13 **A.**    It's not an inspector that I always have.

14 **Q.**    Is it Dr. Natalie Cooper?

15 **A.**    That sounds right.

16 **Q.**    Okay.  Dr. Cooper was your inspector on June 12th

17 and Dr. Baker was your inspector on July 2013 --

18 July 31, 2013.  Do you have any problems with those

19 inspectors?

20 **A.**    Yes, I do.

21 **Q.**    What are your problems with those inspectors?

22 **A.**    Dr. Baker came in with a whole different set of

23 rules that day.  He said he was going to inspect my

24 zeedonk.  I said that is not an animal that is regulated

25 by the United States Department of Agriculture and he

**715**

1  argued with me and then he said stand here and wait.

2  I'm going to go make a call.  I waited for him for

3  approximately 10 minutes at my facility while he went to

4  the car and when he came back, he said I won't be

5  inspecting your zeedonk.

6      Then he said that I had to go through the

7  farm and make sure that nobody could see my farm from

8  the zoo and I had to put up a huge fence and we argued

9  about that, and at the end of the day, he did not cite

10 me for anything about that, but we just had some horn

11 locking there.

12 **Q.**    Sure.  Mrs. Sellner, are you independently aware

13 of what the Animal Welfare Act requires or do you --

14 **A.**    Yes, I am.

15 **Q.**    -- rely on the inspectors to let you know?

16 **A.**    I have the blue book and I have read it and I

17 think there's a large gap for interpretation on each one

18 of the rules.

19 **Q.**    Have you ever been inspected by a United States

20 Department of Agriculture veterinarian who you thought

21 was fair?

22 **A.**    A veterinarian?  A VMO?

23 **Q.**    A DVM; doctor of veterinary medicine.

24 **A.**    Well, like Heather is a VMO.  That is her title.

25 They're a veterinary medical officer for the USDA.

to purchase a complete copy of the transcript.

716

1    Q.    Okay.  And have you ever been inspected by a VMO
2    who you thought was fair?
3    A.    I'm not saying they're completely unfair.  I'm
4    just not necessarily sure that they're in touch with
5    reality maybe.  I don't know if that's exactly how I
6    want to say that, but --
7    Q.    Okay.  Mrs. Sellner, I would like you to turn to
8    -- well, did I offer Exhibit -- I would like you to turn
9    to Exhibit 34.  I'm sorry, Mrs. Sellner; bear with me.
10   Exhibit 24 and then we'll come to 34.
11          MS. BLOME:  Before we talk about this
12   exhibit, Your Honor, I would like to offer it into evidence as
13   Exhibit 24.  It is the same, I believe, as one of
14   defendants' exhibits.
15          THE COURT:  Well --
16          MR. THORSON:  No objection.
17          THE COURT:  -- is it identical to a
18   defendants' exhibit that's been received?
19          MS. BLOME:  Yes.
20          THE COURT:  Then why do we need two copies?
21          MS. BLOME:  Well, I can just talk about what
22   -- the defendants' exhibit.  That's a fair point.
23   Q.    Mrs. Sellner, we're going to be talking about
24   Defendant's Exhibit B, which is on page 1, which is the
25   same as the page you're looking at there, but just in

717

1    case to make sure --
2          MS. BLOME:  Dan, would you put that on the
3    ELMO?
4    Q.    Mrs. Sellner, this is one of your appeal letters
5    to USDA; correct?
6    A.    This is not an appeal.  I just asked for them to
7    please clarify some questions because we were going to
8    be putting in barrier fences because I did not want to
9    hire extra people to be attendants on my path --
10   Q.    Okay.
11   A.    -- and so that's simply for that reason.
12   Q.    And at the end of this page, I want to read to
13   you a sentence and see if you agree with it -- or see if
14   you recall writing it.  While I'm willing to make a
15   barrier fence in front of the main enclosure fence, I
16   don't want to spend any more money than I have to to
17   make things proper and keep everyone safe.  Do you still
18   agree with that statement, Mrs. Sellner?
19   A.    Yes.  That's why I asked them what kind of
20   materials I needed to use for that fence.
21   Q.    Thank you.  Okay.  Now, I would like you to turn
22   to Exhibit 34, Mrs. Sellner.  Mrs. Sellner, on June 10,
23   2015, the USDA suspended your license to exhibit animals
24   to the public for 21 days; correct?
25   A.    No.  That letter was dated June 10th.  I had that

718

1    letter delivered to my door on June 15th by certified
2    Fed-Ex.
3    Q.    Okay.  Well, the letter itself is dated June 10,
4    2015?
5    A.    That's correct, but I did not have it, so my
6    license was suspended on June 15th.
7    Q.    Did you -- did you remain closed from June 15th
8    until 21 days later or --
9    A.    Yes.
10   Q.    -- until July 31st -- or June 31st?
11   A.    We -- until July 6th, and we weren't open the
12   next two days because that's our maintenance days, so we
13   opened again on July 8th.
14   Q.    You recognize this letter?
15   A.    Yes, I do.
16          MS. BLOME:  Your Honor, we would offer for
17   admission Exhibit 34.
18          (Plaintiffs' Exhibit 34 was offered in
19          evidence.)
20          THE COURT:  Any objection?
21          MR. THORSON:  Relevance, Your Honor.
22          THE COURT:  Overruled.  Exhibit 34 is
23   received.
24          (Plaintiffs' Exhibit 34 was received in
25          evidence.)

719

1    Q.    Now, Mrs. Sellner, could you turn to Exhibit 37.
2    Do you recognize this document?
3    A.    Yes.
4    Q.    What is this document?
5    A.    It is a complaint against me by the United States
6    Department of Agriculture.
7    Q.    And in it, the United States Department of
8    Agriculture in the opening statements says that there's
9    reason to believe that the respondents -- you and your
10   husband -- have willfully violated the Animal Welfare
11   Act.  Do you see that?
12   A.    Yes, I do.
13          MS. BLOME:  Your Honor, we would offer for
14   admission Exhibit 37.
15          (Plaintiffs' Exhibit 37 was offered in
16          evidence.)
17          THE COURT:  Any objection?
18          MR. THORSON:  Relevance, Your Honor.
19          THE COURT:  I've been admitting the reports
20   and -- and other USDA documents because they have
21   factual allegations in them.  Inspectors are reporting
22   what they saw.  What is the relevance of the complaint
23   that's being made?  It's not -- I know it's allegations
24   of various defects, but what -- what -- what -- what
25   importance should I give to it or what -- how does it

ATTORNEYS.com  Registration 319-1800.com
to purchase a complete copy of the transcript.

720

1  factor into my analysis?
2          MS. BLOME:  Yes, Your Honor.  The definition
3  of harass under the Endangered Species Act, it seems to
4  require -- or exemption for facilities that meet or
5  exceed the requirements of the Animal Welfare Act.
6  Mrs. Sellner has alleged on multiple occasions that she
7  appealed those citations or disagrees with them.
8          THE COURT:  But what does the filing of the
9  complaint prove?
10         MS. BLOME:  That the USDA believes she is
11 not meeting or exceeding the requirements.
12         THE COURT:  And why do I care what they
13 believe?
14         MS. BLOME:  Well, we think it's relevant to
15 show whether they are, in fact, meeting or exceeding the
16 requirements.
17         THE COURT:  But see the point is that the
18 USDA inspection reports are factual allegations and so I
19 -- I -- I think that I can consider the fact that on a
20 particular day, some representative of the USDA -- an
21 inspector -- found these things and documented their
22 findings in a report and I think that's fair game.  But
23 what conclusions the USDA reached or whether they filed
24 a complaint or didn't filed a complaint, honestly I
25 don't know that it has any probative value.

721

1          MS. BLOME:  Okay.
2          THE COURT:  I mean presumably the fact that
3  -- let's say they had not filed a complaint and the --
4  the defendants were arguing that well, they must not
5  have found anything wrong because they never bothered to
6  file a complaint; you would be saying well, that doesn't
7  prove anything.  The fact they didn't file a complaint
8  doesn't prove anything.  Well, I guess the other side of
9  that coin is whether or not the filing of the complaint
10 proves something.
11         In any event, again, I'm taking a very broad
12 view as to what's relevant because I want to make sure
13 we have kind of a complete record in the event either
14 side decides to appeal.  So I'm going to receive
15 Exhibit 37 just so it's part of the record.  I mean as a
16 practical matter, if I sustain the objection, you could
17 offer it as a matter of -- offer of proof, so it -- it
18 could be made part of the record either way.
19         But just so that you understand, I don't --
20 this isn't an adjudication of anything.  I'm not even
21 sure an adjudication would have probative value, but in
22 my view, the filing of the complaint probably doesn't
23 prove much.
24         But in any event, I'll overrule the
25 objection.  Thirty-seven is received.

722

1          (Plaintiffs' Exhibit 37 was received in
2          evidence.)
3  Q.    All right, Mrs. Sellner.  I would like to switch
4  gears a little bit and talk to you about your employees
5  and volunteers; okay?
6  A.    Yes.
7  Q.    You don't have any full-time staff employed at
8  the zoo; correct?
9  A.    We run strictly on volunteers.
10 Q.    But none of those volunteers are full-time
11 volunteers; correct?
12 A.    No.
13 Q.    You and Mr. Sellner are the only people who are
14 paid a salary to work at the zoo; correct?
15 A.    I am not paid a salary and neither is my husband.
16 Q.    Oh, okay.  You don't employ any part-time staff
17 on a regular basis either?
18 A.    No.
19 Q.    I'm sorry?
20 A.    No.
21 Q.    You maintain a list of volunteers, but those
22 volunteers aren't required to visit regularly, are they?
23 A.    To visit as far as their jobs?
24 Q.    To visit the zoo.
25 A.    I guess I'm not sure exactly what you're asking

723

1  me.  As a visitor or as a volunteer?
2  Q.    As a volunteer.  They're not required to visit
3  the zoo on any schedule.
4  A.    Well, if they're on a volunteer basis with us,
5  then we kind of have a setup time that they're going to
6  arrive whatever day or times that they're to be there.
7  Q.    Okay.  Do you have a setup time on a weekly
8  basis?
9  A.    Usually.
10 Q.    On Monday who comes?
11 A.    It just depends on what year it is.  I have
12 various volunteers.  Monday's usually my day and if --
13 just -- like I said, it varies from year to year who's
14 there.
15 Q.    Okay.  Who comes on Tuesdays in 2015?
16 A.    I believe I'm there because I have to pick up
17 barrels in the afternoon.
18 Q.    Who comes on Wednesdays in 2015?
19 A.    Jason Neverman comes and he does come on Monday
20 and Tuesday for maybe an hour.  He has a certain set of
21 animals that he takes care of.
22 Q.    Does he come every Monday and Tuesday for an
23 hour?
24 A.    Yes; unless he calls me.
25 Q.    Does he come every Wednesday for an hour?

to purchase a complete copy of the transcript.

724

1    **A.**    Yes; unless he calls ahead for some reason.

2    **Q.**    Does anyone else come on Wednesdays?

3    **A.**    It varies.

4    **Q.**    Who -- who came yesterday?

5    **A.**    Most of my volunteers have gone back to school

6    this time of year and we're only open on weekends, so I

7    do most of the stuff for them myself right now.

8    **Q.**    Who comes on Thursdays in 2015?

9    **A.**    In the summer?

10   **Q.**    Sure.

11   **A.**    We have kids that come from Services Unlimited

12   and they will come Thursday and Friday a.m.'s and they

13   do, like, small animal cleaning cages and watering and

14   stuff mostly in the reptile house.

15   **Q.**    Okay. How long are they there?

16   **A.**    Hour, hour-and-a-half. There's usually six.

17   **Q.**    Does anyone else come on Thursdays?

18   **A.**    Like I said, it varies and without a calendar in

19   my hand, I guess I can't accurately say.

20   **Q.**    How about Fridays? Does anyone regularly come on

21   Fridays?

22   **A.**    The Services Unlimited people.

23   **Q.**    Anyone else?

24   **A.**    I don't know right off the top of my head. I

25   really don't know without looking at a calendar.

725

1    **Q.**    Mrs. Sellner, I'll represent to you that you've

2    been cited seven times in the past four years for not

3    having enough regular employees. Why won't you just

4    hire some employees?

5    **A.**    I have not been cited in over a year now for

6    inadequate employees.

7    **Q.**    Why not just hire some employees, Mrs. Sellner?

8    **A.**    I have no reason to hire employees.

9    **Q.**    Mrs. Sellner, I would like you to turn to the

10   expense tally at Exhibit 52. You recognize that

11   document?

12   **A.**    Yes, I do.

13   **Q.**    And you produced this document to us in

14   discovery; correct?

15   **A.**    Yes.

16   **Q.**    And this is your handwriting on this document;

17   correct?

18   **A.**    Yes, it is.

19   **Q.**    You believe this is a fair and accurate

20   representation of your expenses on an annual basis from

21   2008 to 2014; correct?

22   **A.**    Yes.

23   **Q.**    Okay. On this document, if you look at the

24   veterinary expenses, you'll note that in 2014 you listed

25   $714; correct?

726

1    **A.**    Yes.

2            THE COURT: Before the witness testifies as

3    to the substance of the exhibit, it should be offered

4    and received into evidence.

5            MS. BLOME: Thank you, Your Honor. We would

6    offer Exhibit 52 into evidence.

7            THE COURT: Any objection?

8            MR. THORSON: No objection.

9            THE COURT: Fifty-two is received.

10           (Plaintiffs' Exhibit 52 was offered and

11           received in evidence.)

12   **Q.**    Mrs. Sellner, you'll note in the veterinary

13   column that you wrote $714 in veterinary expenses;

14   correct?

15   **A.**    Yes.

16   **Q.**    That's for all the animals at the zoo?

17   **A.**    That would be for Elkader Veterinary Clinic

18   primarily. That doesn't mean that there wouldn't be

19   other veterinary expenses that I've incurred and spent

20   my -- I guess I don't know how to explain it.

21   **Q.**    Well, you --

22   **A.**    These would be Dr. Pries' basically. That

23   doesn't mean that I didn't go out and do something,

24   like, say, hoof trimming. If you want to put it under

25   there, I spent $300 on a professional foot trimmer to

727

1    come through and do all my sheep and goats this spring.

2    I spent a couple hundred dollars to have things sheared.

3    That's not necessarily in that column.

4    **Q.**    Yeah. Let's turn to page 2, Mrs. Sellner.

5    There's a column at the top for contract wages.

6    **A.**    Yes.

7    **Q.**    And a column for shearing and hooves. Is that

8    where those expenses would appear?

9    **A.**    Yes.

10   **Q.**    You previously indicated that Dr. Pries is the

11   veterinarian for the exotic animals and the zoo animals;

12   correct?

13   **A.**    Mostly exotics. Sometimes the farm animals would

14   be over on my -- on my farm bills, like the sheep and

15   goats; things like that; equines, hogs.

16   **Q.**    Okay, Mrs. Sellner. I would now like us to take

17   a look at Exhibit 53. Mrs. Sellner, do you recognize

18   these documents?

19   **A.**    Yes, I do.

20   **Q.**    What are they?

21   **A.**    They are my personal bank accounts that I thought

22   you signed a paper that you would not use in public

23   documents.

24   **Q.**    You're correct, and we won't. This is --

25   **A.**    Well, there they are right there. I'm looking at

to purchase a complete copy of the transcript.

---

**728**

1  them today.
2  **Q.**    Okay.  And you -- you had certified that the
3  content of these documents is a fair and accurate
4  representation of your current financial situation in
5  terms of bank accounts; correct?
6  **A.**    At those banks.  I'm not saying what the numbers
7  are.  That was on that day.  There's 12/31/14.  There's
8  12.  There's 10.  I don't know what my bank account is
9  for 12/31 of '15 because we're not there yet.  That was
10  a year-end summary.
11  **Q.**    These are yearly summaries?
12  **A.**    Pardon me?
13  **Q.**    These are yearly summaries?
14  **A.**    These were the last month ones, so if you had for
15  that month and they're not necessarily reflective of
16  every month.  At the end of the year for my tax reasons,
17  I'm going to spend all I can to pay my bills and make
18  sure that there's feed accounts paid up and stuff that
19  I'm going to deduct for my taxes that year.
20  **Q.**    Okay.  So this is a one-time snapshot?
21  **A.**    Of those years, yes.
22      MS. BLOME:  Your Honor, we offer to admit
23  Exhibit 53 under seal or protective order because we
24  acknowledge that these contain sensitive financial
25  information.

---

**729**

1      (Plaintiffs' Exhibit 53 was offered in
2      evidence.)
3      THE COURT:  Any objection?
4      MR. THORSON:  Our objection is relevance,
5  Your Honor.
6      THE COURT:  Overruled.  Exhibit 53 will be
7  received.  It will be docketed by the Clerk of Court
8  under seal, which, Ms. Sellner, means that no one else
9  can see it.
10      (Plaintiffs' Exhibit 53 was received in
11      evidence.)
12  **Q.**    Mrs. Sellner, I would like you to turn to
13  Exhibit 54.  I would similarly like you to take a look
14  at these documents and just confirm that they're a fair
15  and accurate representation of the income tax returns
16  you provided to us in discovery.
17  **A.**    Yes.  And once again, these are personal things
18  that you told me that would not be public record.  These
19  are my personal -- from -- that doesn't have anything to
20  do with the zoo.  That's my personal income for my farm
21  and my husband's work.  It doesn't have anything to do
22  with the zoo.
23  **Q.**    Your income tax returns don't include zoo
24  expenses?
25  **A.**    They're on Schedule C, which I put in a different

---

**730**

1  thing that you had earlier.  My personal ones for the
2  farm, that was my personal business.  That does not have
3  anything to do with the zoo.
4  **Q.**    And the farm -- but the farm and the zoo are
5  intermingled?
6  **A.**    Schedule C would be for the zoo and you were
7  given those early in depositions, and then at the very
8  end, you asked me for my personal bank accounts and my
9  personal income tax forms and you signed a paper that
10  said they would not be used in public and I'm looking at
11  them.
12  **Q.**    Mrs. Sellner, are you -- are you responsible for
13  the day-to-day operations of the Cricket Hollow Zoo?
14  **A.**    Yes, I am.
15  **Q.**    Are you responsible for any decision making that
16  happens at the Cricket Hollow Zoo?
17  **A.**    Yes.
18  **Q.**    On a daily basis, if something comes up and it
19  involves correcting a violation of the Animal Welfare
20  Act, are you personally responsible for making that
21  correction?
22  **A.**    My husband and I both are.
23      MS. BLOME:  Your Honor, we would move for
24  the admission of Exhibit 54 into evidence, once again
25  under seal.

---

**731**

1      (Plaintiffs' Exhibit 54 was offered in
2      evidence.)
3      THE COURT:  Any objection?
4      MR. THORSON:  Our objection is relevance,
5  Your Honor.
6      THE COURT:  Sustained.  Exhibit 54 will not
7  be received.
8  **Q.**    Mrs. Sellner, I would like you to turn to page 55
9  -- or Exhibit 55.  And is this -- are these the profit
10  and loss statements for Schedule C you were previously
11  referring to?
12  **A.**    Yes.
13  **Q.**    Would you page through there and confirm that
14  these are the documents that you provided to us in
15  discovery.
16  **A.**    Yes.
17      MS. BLOME:  Okay.  Your Honor, similarly we
18  would move for -- offer for admission Exhibit 55, and
19  under seal.
20      (Plaintiffs' Exhibit 55 was offered in
21      evidence.)
22      THE COURT:  Any objection?
23      MR. THORSON:  Our objection is relevance,
24  Your Honor.
25      THE COURT:  Overruled.  Exhibit 55 will be

---

to purchase a complete copy of the transcript.

**732**

1  received, but will be docketed under seal.
2          (Plaintiffs' Exhibit 55 was received in
3      evidence.)
4  Q.    Okay.  Mrs. Sellner, you believe that these
5  documents represent that you operate the zoo fully
6  capitalized; correct?
7  A.    I guess I'm not sure what that means.
8  Q.    You have enough money on a daily basis to cover
9  emergency expenses.
10  A.    We've always covered all our expenses, yes.
11  Q.    You believe you have enough money to cover any
12  contingencies that might happen?
13  A.    Yes.
14  Q.    You believe that includes emergency veterinary
15  care; correct?
16  A.    Yes.
17  Q.    Or emergency animal escapes; correct?
18  A.    Yes.
19  Q.    Mrs. Sellner, you have a crowdfunding website set
20  up to help you cover the costs of this litigation, don't
21  you?
22  A.    Yes.
23  Q.    Mrs. Sellner, I would like you to briefly turn to
24  Exhibit 39.  Do you recognize this document?
25  A.    Yes.

**733**

1  Q.    How do you recognize it?
2  A.    I guess because I've been -- I have these papers,
3  I guess.  There's my name on there.
4  Q.    And we're looking at the -- your plaintiffs'
5  answer -- or I'm sorry -- your answers to plaintiffs'
6  interrogatories; correct?
7  A.    Yes.
8  Q.    And this document contains a number of
9  information that you've seen being used in this case;
10  correct?
11  A.    Yes.
12          MS. BLOME:  Your Honor, we would offer for
13  admission Exhibit 39 as the source material for the
14  summaries that we've compiled.
15          THE COURT:  Any objection?
16          MR. THORSON:  No objection.
17          THE COURT:  Exhibit 39 is received.
18          (Plaintiffs' Exhibit 39 was offered and
19      received in evidence.)
20  Q.    If you would turn to Exhibit 50, Mrs. Sellner?
21  A.    5-0?  1-5 -- what did you say; 5-0?
22  Q.    5-0, yes.  Do you recognize that document?
23  A.    Yes, I do.
24  Q.    And what is it?
25  A.    That is my certificate from passing the basic

**734**

1  husbandry course for exotic felines.
2          MS. BLOME:  All right.  Your Honor, we would
3  offer for admission into evidence Exhibit 50.
4          THE COURT:  Any objection?
5          MR. THORSON:  No objection.
6          THE COURT:  Fifty is received.
7          (Plaintiffs' Exhibit 50 was offered and
8      received in evidence.)
9  Q.    Mrs. Sellner, you don't think very highly of the
10  Association of Zoos and Aquariums, do you?
11  A.    Not necessarily.
12  Q.    In fact, you've referred to them as a snob club;
13  correct?
14  A.    I did say that one day.
15  Q.    But you do support Dr. Pries' effort to call the
16  Henry Doorly Zoo in Omaha with questions about how to
17  care for your animals; correct?
18  A.    Yes, I do.
19  Q.    And you're comfortable when Dr. Pries treats his
20  animals based on the recommendations of AZA accredited
21  zoos; correct?
22  A.    Their veterinarian is their veterinarian.  He's
23  not an AZA accredited veterinarian, is he?
24  Q.    But you're comfortable when he consults AZA
25  veterinarians?

**735**

1  A.    I'm comfortable when he does that one.
2  Q.    Mrs. Sellner, you don't have a decision making
3  process for when you acquire an animal at the Cricket
4  Hollow Zoo, do you?
5  A.    Just depends.
6  Q.    But you don't have a set decision making process;
7  correct?
8  A.    I guess I'm not sure exactly what you are
9  referring to.
10  Q.    For when you would decide whether you want to get
11  an animal.  How do you -- you don't have a decision
12  making process for when you're going to get a new
13  animal; correct?
14  A.    That's not always true.
15  Q.    Mrs. Sellner, do you recall when we were in
16  deposition a couple of months ago?
17  A.    Yes.
18  Q.    And we sat in a courtroom -- well, we weren't in
19  a courtroom actually.  We were in a conference room at a
20  hotel.
21  A.    Yes.
22  Q.    And you swore under oath that you would tell the
23  truth.
24  A.    Yes.
25  Q.    On page 192, line 10 of that deposition, I asked

Case 6:14-cv-02034-JSS   Document 74   Filed 10/30/15   Page 48 of 115
to purchase a complete copy of the transcript.

736

1 you whether you had a decision making process for
2 evaluating the need for a new animal. You said, "I
3 don't think I have a decision making process." And I
4 said okay. What criteria do you use to evaluate whether
5 you need a new animal and you said I don't think I have
6 criteria. Would you agree with that statement today,
7 Mrs. Sellner?
8 A. I guess you didn't ask me how I evaluated it.
9 Q. Okay. How do you evaluate it?
10 A. I guess if I decide there's a species that I
11 might be interested in and I have the space and the
12 knowledge and the financing to do that, then I may go
13 ahead and pursue that.
14 Q. How do you evaluate whether you have the
15 knowledge?
16 A. Depends on what it is. There's plenty of animals
17 that I have no knowledge of and that I don't have any
18 intention to ever own.
19 Q. Mrs. Sellner, you acquire animals from the Animal
20 Finders' Guide; correct?
21 A. On very few occasions, but yes.
22 Q. And you've acquired them through the auction
23 house in Kalona; correct?
24 A. That would be a limited -- what you can get. You
25 can only buy things that are legal in this state and

737

1 there's no cats and primates and bears.
2 Q. So for those types of animals, you mostly buy
3 them from other zoos; correct?
4 A. I would buy from private breeders.
5 Q. Private breeders and other zoos; correct?
6 A. Yes.
7 Q. Mrs. Sellner, you previously testified that you
8 donate animals that are endangered when they're crossing
9 state lines; correct?
10 A. Why was there a quotation mark when you said
11 donating?
12 Q. That's your direct quote. You "donate" them.
13 A. Yes, that's true.
14 Q. You never purchase endangered animals unless
15 you're purchasing from someone who lives in Iowa;
16 correct?
17 A. That is correct.
18 Q. And you differentiate between donation and
19 purchase because you know that selling or buying an
20 animal from someone in another state requires a permit
21 from the U.S. Fish and Wildlife Service; correct?
22 A. That is correct.
23 Q. Okay. I would like you to take a look at
24 Exhibit 40, Mrs. Sellner. I would like you to look at
25 this document. There's, it looks like, several pages

738

1 here. Seven pages. Just to confirm that that's your
2 handwriting and those are your acquisition records.
3 A. Well, some of that is Nancy Brown's writing.
4 Q. And who's Nancy Brown?
5 A. She is a private zoo owner in Illinois.
6 Q. And why would her handwriting be present on these
7 documents?
8 A. Because she donated Natasha to me; the tiger.
9 Q. But you recognize these documents?
10 A. Yes, I do.
11 Q. And they are -- well, I'll read from the top.
12 Record of Acquisition, Disposition or Transport of
13 Animals Other Than Cats and Dogs (sic); correct?
14 A. Yes.
15 MS. BLOME: Okay. Your Honor, we would
16 offer for admission Exhibit 40 into evidence.
17 THE COURT: Forty is a Category A exhibit
18 and was previously received.
19 MS. BLOME: Oh, thank you.
20 Q. Now, on each of these acquisition records, you
21 note in the -- you would have to check a box on the top
22 -- the top left-hand square where it says either a sale,
23 an exchange or transfer, or donation; correct?
24 A. You don't have to, but I normally do.
25 Q. Okay. On the first page, where you're exchanging

739

1 an African porcupine, a coatimundi and two African
2 lions, you marked a sale; correct?
3 A. Yes.
4 Q. On the second page where you're acquiring a
5 tiger, you marked donation; correct?
6 A. Yes.
7 Q. On the third page for tigers, once again
8 donation; correct?
9 A. Yes.
10 Q. On the fourth page for tiger, once again
11 donation; correct?
12 A. Yes.
13 Q. On the fifth page for lemurs, you marked
14 donation; correct?
15 A. Yes.
16 Q. And on the fourth page for -- or sixth page for
17 hybrid wolves, you marked donation; correct?
18 A. Yes.
19 Q. And on the final page for hybrid wolves, you
20 marked donation; correct?
21 A. Yes.
22 Q. Ownership exchanges hands when those animals are
23 acquired by you; correct, Mrs. Sellner?
24 A. I guess I'm not sure what you mean.
25 Q. When you acquire those animals from those other

CONDENSED-RT 4 319-363-4376 www.kayreporting.com
to purchase a complete copy of the transcript.

**740**

1  dealers or breeders, at the beginning of the transaction
2  they own the animal; correct?
3  **A.**  Yes.
4  **Q.**  And at the end of the transaction, you own the
5  animal; correct?
6  **A.**  Yes.
7  **Q.**  Okay.  You don't retain the sale or donation
8  records when you are the seller, do you, Mrs. Sellner?
9  **A.**  I guess the -- as far as these papers?
10  **Q.**  Yeah.
11  **A.**  I do occasionally.  I don't have to keep them
12  after a year.
13  **Q.**  And that's for USDA regulations?
14  **A.**  Yes.  USDA will check these when they do the
15  paperwork and then this information is written on my
16  inventory sheet.
17  **Q.**  Okay.  Mrs. Sellner, I would like you to turn to
18  Exhibit 51.  Do you recognize this document,
19  Mrs. Sellner?
20  **A.**  Yes.
21  **Q.**  And what is this document?
22  **A.**  That is my farm's balance sheet.
23  **Q.**  What's a balance sheet?
24  **A.**  It lists my current assets and my current
25  liabilities and gives me total equity in what I own.

**741**

1  **Q.**  Would you please turn to page 3 of that balance
2  sheet.  Are you at a column -- or are you on a page
3  where -- on the -- about a quarter way down it says
4  other intermediate assets: One Alexandrian parrot?
5  **A.**  Yes.
6  **Q.**  Okay.  About half -- about three-quarters of the
7  way down in that column it says one red ruffed lemur and
8  you list the value at $3,500.  Do you see that?
9  **A.**  Yes.
10  **Q.**  Is that -- is a red ruffed lemur still worth that
11  approximately?
12  **A.**  I would say so, yes.
13  **Q.**  And on page 2 of this document -- or I'm sorry --
14  page -- not page 2.  Page 4 of the balance sheet
15  document, which is Exhibit 51, towards the top you'll
16  see a notation for two lemurs ring-tail, $2,500.  Is
17  that about how much a ring-tail lemur is worth today,
18  Mrs. Sellner?
19  **A.**  Yes.
20  **Q.**  Is that -- is that 2,500 per ring-tail lemur or
21  total?
22  **A.**  That's total.
23  **Q.**  Okay.  Now same for the timber wolves at the
24  bottom.  You note three timber wolves for $400.
25  **A.**  I don't think I ever called them timber wolves.

**742**

1  **Q.**  Oh, who prepared this document?
2  **A.**  My banker.  There's some things in here -- day
3  geckos; I didn't write that either.
4  **Q.**  Okay.
5  **A.**  They're not day geckos.  I've found things in
6  there before that they didn't get quite right.
7  **Q.**  Is the $400 number representative of the total
8  for three wolves or wolf hybrids?
9  **A.**  Yes.
10  **Q.**  I'm sorry?
11  **A.**  Yes.
12  **Q.**  Okay.  And then towards the bottom, you list
13  seven tigers worth $3,500?
14  **A.**  I put a $500 apiece value on them just to value
15  them.
16  **Q.**  Okay.  Where are you getting those numbers?
17  **A.**  I keep track of the markets just like I would
18  cattle.  I watch sales and I watch ads.  I know what
19  things are worth.
20  **Q.**  Mrs. Sellner, visitors come to your zoo in order
21  to see the tigers, don't they?
22  **A.**  Many.
23  **Q.**  If the Court ordered you to give your tigers
24  away, your attendance would go down, wouldn't it?
25  **A.**  Very possibly.

**743**

1  **Q.**  And the zoo would likely lose money?
2  **A.**  I don't necessarily do it just to make money.
3  **Q.**  Sure, but it would lose money.  Your profits
4  would go down; correct?
5  **A.**  They could.
6  **Q.**  Mrs. Sellner, would you ever consider getting a
7  new veterinarian?
8  **A.**  Probably not.
9  **Q.**  I would like to talk to you about some exhibits
10  that were entered into evidence a few days ago at
11  Exhibit Y for the defendants.  And I'm going to go back
12  over to the ELMO so that you can see them, okay?
13  Mrs. Sellner, you're familiar with the Iowa Department
14  of Agriculture and Land Stewardship?
15  **A.**  Yes.
16  **Q.**  On page 2 of Exhibit Y, the defendants --
17  **A.**  This isn't showing up on here or have you got it
18  under there?
19  **Q.**  Oh, I'm about to put it up; yeah.  The defendants
20  introduced one of the inspection reports.  You'll note
21  on this page I've highlighted a portion at the bottom
22  that says on July 24, 2012, Doug Anderson with the
23  Department of Agriculture in Iowa concluded that there's
24  no standard of care issues at the facility at this time.
25  Do you see that?

Contact RTR 319-360-4101 or rtrcoralville@gmail.com
to purchase a complete copy of the transcript.

**744**

1  **A.**    Yes.

2  **Q.**    Now, according to the USDA inspection and roughly

3  the same time on June 29, 2012, and August 20, 2012, do

4  you see that the USDA found some citations for

5  noncompliant items?

6  **A.**    Yes.

7  **Q.**    Does the Iowa Department of Agriculture have any

8  jurisdiction over your zoo as far as the Animal Welfare

9  Act is concerned?

10  **A.**    Not the Animal Welfare Act.

11  **Q.**    What do they -- what criteria are they using?

12  **A.**    They are mostly looking out for the animals to

13  make sure that they're in good condition; that they're

14  healthy.

15  **Q.**    And what training does the Iowa -- to your

16  knowledge, what train -- you rely on the Iowa Department

17  of Agriculture's opinion; correct?

18  **A.**    For what would I --

19  **Q.**    You think it's a fair opinion.  More fair than

20  the USDA; correct?

21  **A.**    I'm happy with them, yes.

22  **Q.**    Where does that -- where does that source

23  assurance come from?

24  **A.**    Because I think that my state inspector has

25  common sense.  He's been on numerous different kinds of

**745**

1  facilities and he doesn't nitpick because he sees a fly

2  or a spider someplace and get all rattled about it.

3  **Q.**    And how many other exotic animal facilities is

4  Mr. Anderson responsible for?

5  **A.**    I have no idea.

6  **Q.**    Are any of them in Iowa?

7  **A.**    I don't honestly know without looking at USDA

8  reports to see how many there are.

9  **Q.**    How many are you aware of?

10  **A.**    Fort Dodge Park.  There was a girl up by

11  Charles City.  I don't know.  I'm not sure there's not

12  one down by Keokuk.  There's plenty of, like, city -- or

13  county nature parks.

14  **Q.**    And those other exhibits have tigers?

15  **A.**    Not tigers.

16  **Q.**    Lemurs?

17  **A.**    I am not sure -- Fort Dodge had lemurs.  They had

18  gotten a lemur from me before.

19  **Q.**    And wolves?

20  **A.**    The nature parks have some wolf or wolf hybrids.

21          MS. BLOME:  Your Honor, I'll just take a

22  moment to confer.

23          THE COURT:  All right.

24          MS. BLOME:  No further questions.

25          THE COURT:  We've been going for almost an

**746**

1  hour-and-a-half.  I think we'll take our afternoon

2  recess at this time.  We'll stand adjourned for

3  24 minutes and start in again at 3:05 p.m.

4          (Recess at 2:41 p.m., until 3:05 p.m.)

5          THE COURT:  Mr. Thorson?

6          MR. THORSON:  Thank you, Your Honor.

7                REDIRECT EXAMINATION

8  BY MR. THORSON:

9  **Q.**    Mrs. Sellner, I'm only going to ask you a few

10  questions here.  Did -- you were asked about exams for

11  the big cats.  Do you perform fecal exams for the big

12  cats?

13  **A.**    Yes.

14  **Q.**    What does that consist of?

15  **A.**    We take a fecal sample out of each pen and the

16  vet does either a microscope or a water culture to see

17  what parasites they may have and then we can treat

18  accordingly.

19  **Q.**    You were asked a question about whether you would

20  ever have another vet besides Dr. Pries.  I assume you

21  would if he retired, wouldn't you?

22  **A.**    Yes.

23  **Q.**    Or if he decided he was no longer going to

24  service the facility, you would find another vet,

25  wouldn't you?

**747**

1  **A.**    Yes; I would have to.

2  **Q.**    And there was some talk about the animals that

3  died in November of -- was it last year?

4  **A.**    Yes.

5  **Q.**    Kamarah was a lion; is that right?

6  **A.**    Yes.

7  **Q.**    Are you sure about when Kamarah died?

8  **A.**    I think that she died in either 2012 or 2013.

9  **Q.**    Okay.  And have you seen a record to that effect

10  or are you guessing?

11  **A.**    I am guessing, but I know that she didn't die

12  when those tigers died.

13          MR. THORSON:  I have no further questions.

14          THE COURT:  Redirect -- or excuse me --

15  recross?

16          MS. BLOME:  Nothing further.

17          THE COURT:  You may step down.

18          (Witness excused.)

19          THE COURT:  Next witness?

20          MR. THORSON:  Tom Sellner.

21          THE COURT:  Sir, if you'll step right over

22  here, please.  Raise your right hand.

**748**

1    THOMAS JOHN SELLNER,
2  called as a witness, being duly sworn, was examined and
3  testified as follows:
4        THE COURT:  Have a seat right there.  Scooch
5  up to the microphone.  Keep your voice up.
6        DIRECT EXAMINATION
7  BY MR. THORSON:
8    **Q.**    Mr. Sellner, would you please state your full
9  name for the record.
10   **A.**    Thomas John Sellner.
11   **Q.**    And what's your address?
12   **A.**    1512 210th Street, Manchester, Iowa.
13   **Q.**    What's your occupation?
14   **A.**    Farmer, ironsmith.
15   **Q.**    Are you married?
16   **A.**    Yes.
17   **Q.**    To who?
18   **A.**    To Pamela Sellner.
19   **Q.**    And where did you grow up?
20   **A.**    Between the Earlville and Delhi area.
21   **Q.**    Do you have a farming background?
22   **A.**    Yes; all my life.
23   **Q.**    Briefly what has your work history been?
24   **A.**    Briefly, okay, so I've got to sum it down.
25  Basically construction -- construction and farming all

**749**

1  my life basically.
2    **Q.**    Do you also do work at the zoo?
3    **A.**    Yes.
4    **Q.**    What type of work do you do at the zoo?
5    **A.**    All the maintenance, building of cages, cleaning
6  of pens, feeding the hoofstock and tigers, lions,
7  et cetera.  Basically all the big animals.
8    **Q.**    What's your schedule for doing that?
9    **A.**    When I get up in the mornings about, oh,
10  four o'clock -- usually about four o'clock or so, I go
11  up to the pathway to make sure everything is all okay;
12  nothing is out and stuff too.  It never is, but -- I
13  check pens and stuff too.  Spot clean if I need to and
14  stuff; make sure everything is all okay and stuff too so
15  when Pam comes out, she doesn't have to do that.  Check
16  everything; make sure everything is okay and stuff, and
17  then I go ahead and take care of the cows and stuff too
18  and make sure they're fed and stuff too before I head
19  off to work in the mornings.
20   **Q.**    I think you'd better slow your answers down a
21  little bit too here, if you would.
22   **A.**    Oh, sorry.
23   **Q.**    So you -- you go out there and you work before
24  you go to work; correct?
25   **A.**    Yes.  Correct.

**750**

1    **Q.**    And when you're going to work, are you going to
2  work at a factory or someplace?
3    **A.**    Yes; to a factory.
4    **Q.**    And is your job at the factory welding or steel
5  work?
6    **A.**    Yes.  It's all of that, plus a lot -- I work with
7  a lot of engineers and design new gating and equipment
8  and stuff too with that all the time.
9    **Q.**    Have you designed the tiger enclosures?
10   **A.**    Yes, I have.
11   **Q.**    How big are those enclosures?
12   **A.**    They're about 650 square feet too and a couple of
13  smaller ones where we have single ones in, they're --
14  they would be about 450 -- no; they would be 550 --
15  500 square feet.
16   **Q.**    So give the Court some idea of what the
17  dimensions are for each single tiger.
18   **A.**    The single cages tigers would be like 20 by 20,
19  plus they have their housing too, which is a 10 by 10
20  inside their house, so it gives you about 500 square
21  feet.  The large enclosures where the wolves and the
22  tigers at at too, they're 13 by 50 long, so that gives
23  you about 650 square feet.
24   **Q.**    How did you design the enclosures so they were
25  strong enough for a tiger?

**751**

1    **A.**    Actually various different ways.  Back at work on
2  our CAD programs, I use a lot of solid work programs too
3  where we're designing equipment and stuff like the horse
4  stalls and stuff for state fairs.  All this kind of
5  stuff too, and I use a lot of that information too; try
6  to design a heavy enough cage so tree branches, which
7  are -- we have a lot of trees around that zoo and stuff
8  too, if a tree branch falls, it's not going to damage
9  anything too and -- and also the various types of wires
10  we use too with that.
11        Always go heavier at -- minimum of four
12  times heavier than what could ever be possibly breached
13  through by an animal too at a minimum too, so always use
14  a lot heavier wire; whether it's a nine gauge -- a nine
15  gauge chain-link fence or too a six gauge welded wire
16  too is all at minimum of 100 -- 1008 steel wire -- I'm
17  getting carried away there because most people aren't
18  going to know what the types of wires and carbons and
19  steels are, but for me in my analysis too, I use the
20  heavier stuff.
21   **Q.**    Are the cages enclosed at the top?
22   **A.**    Yes.
23   **Q.**    With the same type of wire then?
24   **A.**    Yes.
25   **Q.**    And we've seen at least one photograph of wire

752

1 bent on the inside of a cage. Is that the interior
2 division between the tigers or does it go to the
3 exterior?
4 A.     No; that was in the interior. That was -- we had
5 troubles with a cougar one time. They would tease each
6 other, so we put a chain-link in between the two on top
7 of what was already there just to keep her feet out.
8 Well, there was a couple small bent pieces on the inside
9 that -- that the inspector did not like. At that time
10 anymore, they didn't bother each other, so we just took
11 that chain-link out and corrected it immediately. But I
12 didn't see where it would have been ever a problem. It
13 was at the very bottom in the gravel too, so we just
14 took it out. No sense having it.
15 Q.     Do the enclosures extend below the ground too?
16 A.     On the bottom of the enclosures, there's three
17 layers heightwise of guardrail fencing too with that and
18 the guardrails are typically 13 inches tall and about
19 13-and-a-half feet long. But being that tall, they're
20 buried two deep into the ground so they can't dig under
21 it. And the posts all -- whether it's a two by
22 two quarter inch square tubing or a 3/16th three by
23 three; either way, they're both cemented in at the
24 bottom of the ground and all the guardrails are welded
25 to it. And then all the paneling on the outside;

753

1 whether it's chain length stretched or whether it's
2 welded steel wires, all welded on to it also.
3 Q.     Do the big cats greet you in the morning when you
4 go out to see you?
5 A.     No. They're pretty tame to me. I don't know if
6 a stranger would come in if they would, but to me
7 they're -- they don't -- could care less.
8 Q.     Did you hear my question? Do the big cats greet
9 you when you go out?
10 A.     Oh, I thought did they reach through to me and I
11 said no. Okay. Yeah; we always talk. I'm sorry.
12 Q.     What about the dens that are in the various
13 enclosures? Have you also designed and built those?
14 A.     Yes. I wanted something heavy enough to where
15 they couldn't never, you know, tear apart stuff like
16 that too and -- and for basically shelter in case of
17 inclement weather so they can go inside. If it hails on
18 them, whatever, they're inside. They can't damage it,
19 so it's all rolled steel, quarter inch thick too with
20 that. All with guillotine gates so we can lock them in
21 in case of bad weather or whatever.
22 Q.     And as far as the perches we've heard about, did
23 you also design those?
24 A.     Repeat that question.
25 Q.     There are perches inside the tiger cages now; is

754

1 that right?
2 A.     Oh, yeah. Okay. Yes, yes. All the tiger
3 enclosures, yes, I designed those and put them up too.
4 Q.     Do you have the welding tools out at the farm to
5 do all this work then?
6 A.     Several of them.
7 Q.     If you can't do it out at the farm, can you do it
8 where you actually work then too or what?
9 A.     Oh, yes, I could do it either way. It's more
10 convenient to me what I have at the farm because I have
11 all the tooling there.
12 Q.     And you indicated you also feed some of the
13 animals; is that correct?
14 A.     That's correct.
15 Q.     When do you feed them?
16 A.     I feed them at nights. When I come home from
17 work too at that, that's when I go through a full
18 cleaning of all their cages and stuff every night too
19 and I will also feed and check their water. If the
20 water's -- usually every other day or so I have to scrub
21 some of the waterers out too at that just so there's no
22 algae buildup. I do that all at the same time too, so
23 this way it's clean.
24          And once in a while, if I happen to notice
25 their water pools that they lay in during the day looks

755

1 like it's starting to get a little bit of buildup or
2 whatever, I'll bleach them out too. The bigger ones,
3 I'll go put a board across the top and lock them out
4 from it too and bleach it and put a tarp over it too, so
5 let it sit for a little bit before I clean it out. But
6 yes, they're cleaned out good at nights and stuff too
7 every night and in the mornings I'll spot check them too
8 at that and clean them if they need them.
9 Q.     Have you also worked on the watering system for
10 the animals out at the zoo?
11 A.     Yes, I do.
12 Q.     And in the tiger cages, how do they get their
13 water?
14 A.     They're all automatic waterers. We've done that
15 many, many years ago too at that, so they have fresh,
16 clean water all the time.
17 Q.     Again, when -- when they drink water, more water
18 appears --
19 A.     Exactly.
20 Q.     -- in the bowl?
21 A.     Yes. So it's always got a small tub there. It's
22 always got clean, fresh water in it.
23 Q.     Do you have a problem with their water freezing
24 in the wintertime?
25 A.     Yes, we can too at that. In the wintertime, I'll

Case 6:14-cv-02034-JSS   Document 74-4   Filed 10/30/18   Page 53 of 115
Visit RealLegal.com at 319-363-1105 or 800-5-Real-1 or at RealLegal.com
to purchase a complete copy of the transcript.

---

**756**

1  shut them down and stuff too at that and we will put
2  pans in -- stainless steel pans too at that and we'll
3  water them every day; make sure they have plenty of
4  water to drink. Yet they very -- they will very little
5  drink water a lot of times on cold days.
6  **Q.** And even during the wintertime, you go in and try
7  to clean out their pens?
8  **A.** Oh, exactly, yeah, when it's possible. Sometimes
9  if it freezes down or whatever too, we try to chip it
10  out with an ax or something too and keep it clean that
11  way.
12  **Q.** Is this a seven day a week job for you?
13  **A.** Yeah. Yeah, it is.
14  **Q.** To follow up, with regard to the lemur
15  enclosures, how big are those?
16  **A.** They're 80 square feet. If that's -- I mean
17  they're, like, 11 by five on the outside; five by five
18  interior, which should come up to be about -- my
19  calculation about 80 square feet. Plus they're tall. I
20  mean they're all the way to the ceilings. In the back
21  of the outside, they're about 10 feet tall.
22  **Q.** In one report from the USDA, it mentioned that
23  enclosures for the tigers were 10.67 feet high and did
24  not have adequate tops or kick-ins. That's been
25  corrected; is that true?

---

**757**

1  **A.** Yes. And it's not because -- actually, we
2  corrected it even a little bit before they even said
3  that. Problems -- I didn't like birds flying down in
4  there and crapping on them and stuff like that too, so I
5  said the heck with it; we're going to cover them up and
6  go over the top. And after that, they changed the rules
7  so they had to be covered, but we were already covered.
8  **Q.** Have you ever had any skunks or raccoons in the
9  tiger area?
10  **A.** No. And I don't know how they could even get in.
11      MR. THORSON: I have no further questions.
12      THE COURT: Cross-exam?
13      MR. PIERCE: Thank you, Your Honor.
14          CROSS-EXAMINATION
15  BY MR. PIERCE:
16  **Q.** Good afternoon, Mr. Sellner.
17  **A.** Good afternoon.
18  **Q.** Mr. Sellner, if you would please in the binder
19  before you turn to Exhibit 39 and specifically, please,
20  to page 15. Do you recognize this at all, Mr. Sellner?
21  **A.** I'm sure -- do we have the same document?
22  Exhibit 39, page 15.
23  **Q.** I hope so. It should say 11 at the top beginning
24  on January 1st of --
25  **A.** Yes. Okay.

---

**758**

1  **Q.** Is that correct? So these are -- these are
2  answers that you and your wife provided to us through
3  your attorney during a period called discovery in this
4  litigation.
5  **A.** Yes. Okay.
6  **Q.** Do you remember?
7  **A.** Yes; I remember during the discovery.
8  **Q.** Okay.
9  **A.** I haven't seen these exact figures, but they do
10  look correct.
11  **Q.** So in the third column there, Mr. Sellner, it
12  says personal contributions.
13  **A.** Okay.
14  **Q.** You and your wife make, I understand from this,
15  personal contributions to the Cricket Hollow Zoo; is
16  that correct?
17  **A.** Yes, we do.
18  **Q.** And you and your wife personally contribute to
19  the Cricket Hollow Zoo hay and forage, LP for furnaces,
20  electricity and labor; is that correct?
21  **A.** Yes.
22  **Q.** And what is LP for furnaces? Is that oil?
23  **A.** Liquid petroleum. It's -- instead of natural gas
24  like you have in the city, we LP out on the farm because
25  natural gas isn't available.

---

**759**

1  **Q.** Thank you, Mr. Sellner. Mr. Sellner, over the
2  last five years, has the -- has the zoo ever generated a
3  profit?
4  **A.** From the zoo?
5  **Q.** Has the zoo generated a profit, yes.
6  **A.** Very little, if any. My wife takes care of the
7  books so -- she keeps me busy.
8  **Q.** Do you have any idea, Mr. Sellner, what the --
9  what the average profit in the last five years might
10  have been?
11  **A.** No, I don't.
12  **Q.** Does it sometimes operate at a loss, Mr. Sellner?
13  **A.** It could.
14  **Q.** Does -- do you or does your wife ever make
15  personal contributions to cover the zoo's loss in a year
16  when it does operate at a loss?
17  **A.** That's up to her to decide that.
18  **Q.** So you personally don't know whether you or your
19  wife contribute --
20  **A.** No; I personally don't know. I let her do the
21  financing.
22  **Q.** So in a given year it's possible, Mr. Sellner,
23  that the zoo operates at a loss, but nothing overcomes
24  that loss?
25  **A.** Yes; we can overcompensate that loss.

---

Case 6:14-cv-02034-JSS   Document 74   Filed 10/30/17   Page 54 of 115
to purchase a complete copy of the transcript.

---

**760**

1   Q.   Mr. Sellner, does the zoo maintain cash reserves
2   for emergency expenses?
3   A.   Repeat that question again.
4   Q.   So let's imagine in a given year that there might
5   be an emergency.  Does the zoo set aside any cash to
6   cover that emergency?
7   A.   We'll have cash on the side to cover it, but like
8   what type of emergency?
9   Q.   Well, a major structural emergency or a major
10  veterinary emergency.
11  A.   Yeah; there's cash for that.
12  Q.   How much cash, Mr. Sellner?
13  A.   I'm not going to --
14  Q.   And is that zoo cash?
15  A.   -- speculate because how big of an emergency are
16  you talking about?
17  Q.   Well, any kind of emergency.  I'm just wondering
18  how big your reserves for any emergency might be.
19  A.   I mean like a couple thousand dollar emergency
20  or --
21  Q.   Well, regardless of the size --
22  A.   -- are you talking --
23  Q.   -- let's imagine --
24  A.   -- about a --
25  Q.   -- sure.  Let's imagine there's an emergency --

---

**761**

1           THE COURT:  Wait, wait, wait.  Hold on.
2   Hold on.
3           MR. PIERCE:  Sorry, Your Honor.
4           THE COURT:  Mr. Sellner, you have to wait
5   until the attorney is done asking his question before
6   you start to answer.  The court reporter is taking down
7   the questions and the answers and if you start too soon,
8   then she's trying to take down both the question and the
9   answer and it just doesn't work very well.  So he'll
10  wait for you and you wait for him and that way we'll
11  make a good record.
12  Q.   So let's imagine, Mr. Sellner, an emergency of
13  $2,000.  Does the zoo maintain a cash amount of $2,000
14  to cover that emergency?
15  A.   Yes.
16  Q.   Let's imagine an emergency of $5,000.  Does the
17  zoo maintain a cash amount --
18  A.   Yes; yes we could.
19  Q.   You could or you do?
20  A.   Yeah; we could.  I mean it's possible, yes, we
21  could if we wanted to.
22  Q.   Where would that money come from, Mr. Sellner?
23  A.   It would come -- if we have to, we would make a
24  donation from the farm.
25  Q.   From the farm?

---

**762**

1   A.   And we have good standing with the bank.  If we
2   need to borrow money, we could borrow from the bank
3   quite easily.
4   Q.   So you and your wife contribute assets not from
5   the zoo to cover zoo expenses?
6   A.   Yes; if we need to.
7   Q.   Do you have a retirement account, Mr. Sellner?
8   A.   401K.
9   Q.   You have a 401K.  And have you -- have you ever
10  had to dip into your 401K to cover expenses for the zoo?
11  A.   We have for the farm, but not the zoo.
12  Q.   You've used -- you've used resources from the
13  401K for the farm?
14  A.   Yes.
15  Q.   And you sometimes used farm resources for the
16  zoo?
17  A.   No; we didn't take it out for the zoo.  We took
18  it out for the farm.
19  Q.   But on other instances, you've used resources
20  from the farm for the zoo or you could in an emergency?
21  A.   Could.
22  Q.   And, Mr. Sellner, do you remember when you and I
23  spoke together in March of this year?
24  A.   Yes.
25  Q.   I would like to read a brief excerpt from your

---

**763**

1   conversation at that time.  It won't be in front of you.
2   So I'll read first the question that I put to you,
3   Mr. Sellner, at that time.  We heard your wife say --
4           MR. THORSON:  What page are you on, counsel?
5           MR. PIERCE:  Sorry, Mr. Thorson.  This is at
6   page 74 at the very bottom.
7   Q.   First the question, Mr. Sellner.  We heard your
8   wife say earlier that in an emergency, if you had to
9   get, say, a loan, you might do so on the basis of the
10  equity that you have in the farm and in the zoo and she
11  suggested that you have maybe three-quarters of a
12  million dollars; $750,000.  Is that $750,000 in equity
13  or is it in total assets?  And your answer at that time,
14  Mr. Sellner, was total assets.  I asked you a follow-up
15  question.  Total assets.  Do you know what your total
16  equity might be at that time?  And you said no; I
17  couldn't tell you exactly.  Do you remember that part of
18  our conversation?
19  A.   Yes, I do.
20  Q.   Would you change your answer today; do you know
21  that -- the distinction between your total assets and
22  your total equity today?
23  A.   No, I do not.
24  Q.   Okay.  So the three-quarters of a million dollars
25  that you might have to cover emergencies or other needs

---

Case 6:14-cv-02034-JSS   Document 74-4   Filed 10/30/15   Page 55 of 115
to purchase a complete copy of the transcript.

**764**

1    for the zoo is a mixture of -- of debt and equity; is
2    that correct?
3    A.    Correct.
4    Q.    Okay.  And the assets that you have, is that
5    primarily real property or a different form?
6    A.    Mostly real property.
7    Q.    And would you say that you mostly own or that the
8    bank mostly owns your real property?
9    A.    We mostly own our property.
10   Q.    You mostly own.  Thank you.  If we could turn,
11   Mr. Sellner, to Exhibit 55 in the binder before you.
12   This is the Schedule C that you'll have heard your wife
13   and Ms. Blome discuss earlier.  I just want to confirm
14   with you, Mr. Sellner, that between the years 2008 and
15   2013, the most income that you reported at the zoo was
16   $20,000 and that would be reported on page 3 of this
17   exhibit in line 28.
18   A.    Okay.
19   Q.    If I'm under -- well, let me be sure I'm
20   understanding this correctly, Mr. Sellner.  If I read
21   that correctly, Mr. Sellner -- one minute, please.  I
22   apologize.  Well, if I understand the exhibit properly,
23   Mr. Sellner, the most that your zoo reported in profit
24   between the years 2008 and 2013 was $20,000.  Would you
25   agree with that based on your review of the records?

**765**

1    A.    It could be possible.  My wife takes care of the
2    booking all the time too and I take her word for.
3    Q.    Okay.  Thank you, Mr. Sellner.  Have you ever
4    approached the bank for a loan, Mr. Sellner, with
5    respect to the zoo?  Have you ever taken out a loan for
6    the zoo?
7    A.    No, I have not.
8    Q.    Do you know whether your wife has ever taken out
9    a loan for the zoo?
10   A.    I do not know that either.
11   Q.    You don't know.  So we heard you testify earlier,
12   Mr. Sellner, that you design and maintain the
13   enclosures.  You change out the pea gravel in the
14   enclosures every two years; is that correct,
15   Mr. Sellner?
16   A.    Sometimes oftener than that.  It all depends on
17   how bad it is and stuff too; if it gets packed or
18   soiled, whatever.
19   Q.    What's the most often you would change out the
20   pea gravel?
21   A.    I've done it already in six months time already
22   too.  In times when mud gets worked up into it, we'll
23   come in with the skid loader and clean it out and put
24   all new pea gravel in it.
25   Q.    Would it be fair to say, Mr. Sellner, that more

**766**

1    often than not, you change out the pea gravel once every
2    two years?
3    A.    Yes.
4    Q.    So more often than not.  And in between changing
5    out the pea gravel entirely, you spot clean; is that
6    correct?
7    A.    I spot clean and we add pea gravel all the time.
8    Q.    And spot cleaning, Mr. Sellner, means using a
9    rake over the gravel; is that right?
10   A.    Yes.  We use what is called a horse pick too.
11   It's like a -- it's like a real fine-tined type fork
12   that they use in horse stalls too to pick up the feces
13   and leave the gravel -- leave most of the gravel there
14   too, but sometimes there's some gravel mixed in with it,
15   so, therefore, you always put more back in.
16   Q.    So the rake picks up the feces and the used
17   gravel falls through; is that correct?
18   A.    Yes; most of it.
19   Q.    Okay.  And over time, Mr. Sellner, it's true that
20   the pea gravel gets soiled and matted down.
21   A.    This is the reason why you have to change it all
22   out sometimes.
23   Q.    And over time, is it also true that the -- that
24   the pea gravel compacts and hardens like concrete?
25   A.    It can.  At the -- that's another reason why we

**767**

1    clean it all out.
2    Q.    So what would you do if it become as hard as
3    concrete, Mr. Sellner?
4    A.    Awful hard on them.  Makes it cold in the
5    wintertime.  The gravel is much better.  It was actually
6    recommended by the USDA.  We used --
7    Q.    Oh, I'm sorry, Mr. Sellner.  If the pea gravel
8    were to become hard like concrete.
9    A.    Oh, I thought you meant replace pea gravel for
10   hard concrete.
11   Q.    No, sir.
12   A.    Compact hard?  No; we'll -- we'll pick it loose
13   again too and I've gone through with a rotary -- well --
14   or what would you call it?
15   Q.    A rototiller?
16   A.    Rototiller; yeah.  Thank you.  A rototiller too
17   and ground it up that way too if I see it starting to
18   compact too and that we've done many times already too
19   in different pens; especially if the gravel is nice and
20   clean yet but it's just getting packed down.
21   Q.    You're aware, Mr. Sellner, aren't you, that the
22   USDA has minimum requirements for enclosure size;
23   correct?
24   A.    Yes.
25   Q.    But you think that animals like tigers need

to purchase a complete copy of the transcript.

768

1  enclosures that are bigger than the minimum size the
2  USDA requires; is that right?
3  **A.**    Yes; I agree.
4  **Q.**    But you wouldn't build your enclosures any bigger
5  than you have them, correct, because then the public
6  couldn't see the animals?
7  **A.**    No; that's incorrect. I would build them bigger,
8  but I wouldn't want them so big where the people can't
9  see the animals. What would be the point? But it would
10  be nice to have large, you know, like some of the
11  enclosures are very nice in other zoos and stuff too,
12  but many times the lions and tigers lay behind stuff;
13  you don't see them. But yeah, as far as I'm concerned,
14  the bigger the better.
15  **Q.**    But it's important to you, Mr. Sellner, isn't it
16  that the public who visits the zoo can actually see the
17  animals?
18  **A.**    No. I'd say it's more important for the comfort
19  of the animal first and then the public to see them.
20  **Q.**    So I would like to --
21  **A.**    It is important though.
22  **Q.**    I would like to direct us back to the
23  conversation that you and I had in March.
24       MR. PIERCE:  And, Mr. Thorson, I'm on
25  page 52.

769

1  **Q.**    I asked you at that time, Mr. Sellner, with
2  respect to larger zoos in any of those zoos, where do
3  you think they have done a great job, say, with their
4  tiger enclosures? And this is with respect to larger
5  zoos that you and I had been discussing previously. And
6  you answered I don't know if I'm impressed with any of
7  them, to be honest with you. I like big, spacious zoos,
8  but the thing is those tigers and the lions and stuff
9  will hide way in the back and you never see the tigers
10  and lions. That's the problem with them. Where you get
11  smaller ones too, you can actually see the lions and
12  tigers. They are out there closer to people; get more,
13  you know, in with the people too at that and people
14  observe more and like to see the animals better that
15  way.
16  **A.**    Yes, I remember that conversation and I still
17  hold true to it. You know, these big enclosures are
18  nice and stuff too, but if it's not to where you can't
19  see the animals, what's the point of having them too at
20  that? You know, yeah, it's nice to have enrichment and
21  all that stuff for them to play in too --
22  **Q.**    Thank you, Mr. Sellner. I would like to ask you
23  another question. Do I understand then that -- that a
24  large enclosure for you is problematic if the animal can
25  hide away?

770

1  **A.**    Not necessarily, because sometimes if the animals
2  don't want to be seen, you know, this is why we have the
3  enclosures they have. They can go inside and not be
4  seen then because of it. If they don't want to be out
5  and seen in the public; if they want to be away from the
6  people. And that's why they have their dens open during
7  the day and stuff like that too. If they want to go in
8  and sleep and be away from the public, they can.
9  **Q.**    You have had a baboon escape, haven't you,
10  Mr. Sellner?
11  **A.**    Repeat that again. I didn't quite get all of
12  that.
13  **Q.**    You've had a baboon escape in your zoo in the
14  past; is that correct?
15  **A.**    A baboon?
16  **Q.**    A baboon that got out of its enclosure.
17  **A.**    I don't recall that. When would that have
18  happened?
19  **Q.**    Well, I would direct you to Exhibit 6 in the
20  binder. On page 1 of Exhibit 6, this is an inspection
21  from the USDA that they conducted in February of -- of
22  2011. At that time, the USDA reported the licensee
23  reports that in the month prior, a baboon had escaped
24  from her enclosure and was found running at large within
25  the primate building. Do you find that?

771

1  **A.**    That was a little baby that was so small that she
2  would crawl through the fencing we had up on top, which
3  was a four by four on the enclosure -- four by four
4  welded wire. And she would crawl through. She was a
5  baby. She would go out and tease around a little bit
6  and go back and mom would call her back in.
7       After we saw that was happening, we turned
8  around; we put chain-link fence up on top of it
9  underneath the shade cloth too so that would alleviate
10  that and it could never happen again.
11  **Q.**    Do you agree --
12  **A.**    That was a long time ago. I didn't remember that
13  even happening, but now that you mention it --
14  **Q.**    The USDA also observed on that page, Mr. Sellner,
15  that when an animal escapes, the animal can get hurt.
16  Do you agree with the USDA that an escaped animal might
17  get hurt?
18  **A.**    An animal might get hurt anywhere; escaped or not
19  escaped.
20  **Q.**    Are you saying, Mr. Sellner, that an animal
21  inside of its enclosure might get hurt?
22  **A.**    Well, you hope not, but if they fight with
23  another animal for some reason or whatever, they could.
24  **Q.**    So you agree that an animal outside of its
25  enclosure might also get hurt. Inside or outside, the

www.necr4319-1-800-4-410430.com
to purchase a complete copy of the transcript.

772

1 animal might get hurt.
2 A.    I don't know how they would get hurt outside. I
3 mean unless something attacked them. That's possible
4 too if they got out and something attacked them, but --
5 Q.    You dis --
6 A.    -- how else would they get hurt?
7 Q.    Sorry, Mr. Sellner. So you disagree with the
8 USDA then that an animal outside of its enclosure is not
9 at risk of getting hurt?
10 A.    No; I wouldn't say that. No; I'm not going to
11 disagree with them. It's possible. Very unlikely, but
12 it is possible.
13 Q.    And you fixed the problem with the enclosure so
14 that no baboons could escape after that?
15 A.    Yes; we did that immediately.
16 Q.    If you would please look at Exhibit 7,
17 Mr. Sellner. On page 3 of Exhibit 7, this was an
18 exhibit -- I'm sorry -- an inspection that the USDA
19 conducted on August 16th of that same year. On page 3,
20 the inspector records during the inspection, a baboon
21 escaped from her primary enclosure. The licensee
22 indicated the baboon had escaped before and they had
23 made some changes to the enclosure. Do you remember
24 that the baboon had escaped at that time, Mr. Sellner?
25 A.    No, I do not.

773

1 Q.    You were not aware that the baboon had escaped?
2 A.    No; not that time.
3 Q.    Mrs. Sellner didn't tell you the baboon had
4 escaped?
5 A.    Unless it was put back in or -- I mean no; I did
6 not know it.
7 Q.    Did she ask you to fix the enclosure,
8 Mr. Sellner?
9 A.    She may have.
10 Q.    Do you remember fixing the enclosure a second
11 time?
12 A.    It wouldn't be the same problem.
13 Q.    You did fix the enclosure again or you didn't?
14 A.    I might have, but I didn't know why. I mean if
15 for some reason she was concerned about something, I
16 would have.
17 Q.    If you would turn to Exhibit 19, please. This
18 was an inspection the USDA conducted on June 12th of
19 2013. If you would turn to page 3 of that inspection.
20 We are -- let's see -- at the top part of the page
21 there?
22 A.    Nineteen, page 3?
23 Q.    Yes.
24 A.    Okay. Primary enclosures.
25 Q.    Yes. And the USDA recorded there in the indoor

774

1 portion of an enclosure housing three baboons, including
2 one large male, inspectors observed the chain-link
3 primary enclosure fencing to be bowed outward. The
4 bowing is severe enough that the enclosure may not be
5 structurally sound enough to securely contain the
6 animals -- that is the baboons -- within the enclosure.
7 Were you aware that the USDA had found the enclosure to
8 be unsound?
9 A.    Well, she thought that was a concern so -- and --
10 and the chain-link as he bounced on it; you know, as
11 Sammy would bounce against it too, he was getting to be
12 pretty heavy and big; would bounce on it and start
13 stretching it a little bit --
14 Q.    Were you aware --
15 A.    She was concerned about it. Was I aware at that
16 time?
17 Q.    Were you aware, yeah.
18 A.    Not really, because I wasn't concerned about the
19 safety of the baboon or us because that chain-link will
20 hold much more than what that that would have done, but to
21 alleviate her concern, I went ahead and we reinforced it
22 just so it would make her happy. But it would not be a
23 problem. He would never have gotten out through it. He
24 could not break through it.
25 Q.    Whose problem did you alleviate, Mr. Sellner?

775

1 A.    The inspector's.
2 Q.    You alleviated the inspector's problem, but you
3 disagreed with the inspector?
4 A.    I did disagree with the inspector, yes.
5 Q.    But you were aware of this particular inspection?
6 A.    Yes.
7 Q.    Okay.
8 A.    Yes, I am.
9 Q.    All right. Mr. Sellner, you testified that at
10 one time, two of your tiger enclosures didn't have tops
11 or ceilings, but that you had fixed them before
12 inspectors bothered you about that.
13 A.    Well, they raised concerns about it and stuff
14 too, but we already was in the process of -- we had
15 electric wire around the top. It was kicked in on the
16 top with electricity wires and I didn't like it and we
17 were already -- I already had materials bought for it
18 and stuff too at that and I was already working on
19 covering it up too at that when the inspector did say
20 that, you know, she would like to see it and I said
21 we're already working on it already too and then it was
22 covered.
23 Q.    Would you turn, please, Mr. Sellner to page --
24 I'm sorry -- to Exhibit 8.
25 A.    Exhibit 8.

Contact CROIX at 319-310-0177   reporter@croixreporting.com
to purchase a complete copy of the transcript.

**776**

1    Q.    And again, I'm looking at page 3 where about
2  halfway down page 3, but about two-thirds the way down
3  the text, this was from an inspection the USDA conducted
4  in December of 2011. Two enclosures housing tigers are
5  approximately 10.67 feet high and do not have tops or
6  adequate kicks-in -- kick-ins. The facility has erected
7  kick-in supports/posts but have not connected them with
8  wire or chain-link. The enclosures are not sufficient
9  to contain the animals. Had you fixed the problem
10  before or after the USDA recorded that in December?
11    A.    I was never aware that that was ever recorded. I have
12  never seen this before.
13    Q.    You haven't seen this?
14    A.    I have read the reports, but I have never seen
15  this one before.
16    Q.    Does Ms. Sellner share the inspection reports
17  with you?
18    A.    Yes, she does.
19    Q.    And you're the person primarily in charge of
20  securing the enclosures?
21    A.    Yes.
22    Q.    So you would agree that it's important for you to
23  know when the USDA finds an enclosure could be breached
24  by an animal?
25    A.    No; that could never have been breached.

**777**

1    Q.    You're aware, Mr. Sellner, that a tiger escaped
2  its enclosure at the San Francisco Zoo in 2007?
3    A.    Yes. That's why I don't agree how they build
4  their pens in these large zoos. They need to be
5  enclosed on top too.
6    Q.    And you're aware that tiger killed one man and
7  mauled two others?
8    A.    Yes; I do remember that.
9    Q.    Are you aware that that enclosure was
10  12-and-a-half feet high?
11    A.    But it wasn't covered on the top, was it?
12    Q.    It was not covered at the top. So you would
13  agree, Mr. Sellner, that a tiger can jump at least
14  12-and-a-half feet high?
15    A.    It's possible if it's harassed or whatever and
16  stuff too and so ours was that high too and that's why I
17  had a kick-in with wire around the top and that, but I
18  didn't like that. I wasn't comfortable with that and
19  they need to be covered and the USDA now requires it.
20  But do big zoos have them covered yet?
21    Q.    So you would say, Mr. Sellner, that you covered
22  your enclosure in December of 2011 when the USDA asked
23  you to?
24    A.    I can't remember the time that it got covered. I
25  remember covering it, but I couldn't tell you the time

**778**

1  of year or whatever.
2    Q.    Turn if you would, please, to Exhibit 12. This
3  is an inspection the USDA conducted in May of 2012;
4  approximately six months later. If you would turn to
5  the third page.
6    A.    Third page.
7    Q.    At the very top of that page, you'll see that the
8  USDA wrote this. The two tiger enclosures identified in
9  the December 8, 2011, inspection report are still
10  noncompliant. So the USDA found six months later that
11  those enclosures still did not have tops. Do you agree
12  that the USDA made that finding in May of 2012?
13    A.    Does it say that it doesn't have the tops on or
14  was it some other compliance?
15    Q.    Well, it's referring to the inspection from
16  December 6, 2011, and the only thing with respect to the
17  tiger enclosures at that time was the lack of tops that
18  we just read through a couple minutes ago. But you
19  would agree, Mr. Sellner, that an escaped tiger is a
20  danger to itself and others?
21    A.    Oh, yeah.
22    Q.    Okay. Now -- and in some your guillotine -- in
23  some of your enclosures, you use a guillotine door; is
24  that correct?
25    A.    Yes. Correct.

**779**

1    Q.    And the guillotine door secures the animal in one
2  part of the enclosure?
3    A.    Yes.
4    Q.    Isn't it true, Mr. Sellner, that some of your
5  guillotine doors have not always had locking mechanisms?
6    A.    We lock all of them, but they don't throw
7  padlocks on all the guillotine doors, but we do have
8  locks on them.
9    Q.    What sort of a lock, Mr. Sellner?
10    A.    It's a wire type lock that clips into them.
11    Q.    If you would turn to Exhibit 26, please, and when
12  you get there, to page 5. This comes again from an
13  inspection the USDA conducted this time on May 21, 2014.
14  Near the top of the page there, we find this. The
15  vertical guillotine doors on enclosures and shelters of
16  some of the potentially dangerous animals rely on the
17  weight of the door to hold them in the closed position.
18  According to the licensee, some of the enclosures
19  there is no locking mechanism or device preventing the
20  doors from being lifted by the animals which could
21  result in escape or injury. Were you aware that -- that
22  your wife had told the USDA that the guillotine doors
23  could not be locked?
24    A.    They've always been able to be locked. I don't
25  know what they're saying in here because they all could

to purchase a complete copy of the transcript.

780

1  be locked, but they're not padlocked. Is that what
2  they're saying?
3  **Q.**  Well, the USDA says here, Mr. Sellner, that only
4  the weight of the guillotine door holds it in place.
5  How much would you say, Mr. Sellner, a guillotine door
6  weighs?
7  **A.**  Probably about a hundred pounds.
8  **Q.**  Could a tiger lift a hundred pound guillotine
9  door?
10  **A.**  Oh, no. The tiger can't get their feet down into
11  the bottom of the door to lift it.
12  **Q.**  So you disagree --
13  **A.**  There's an angle iron in front of it. It falls
14  down into a groove. They can't get their hands into it.
15  **Q.**  So you disagree then with the USDA that animal
16  could lift the guillotine door?
17  **A.**  If they get their feet under it, but it would be
18  impossible to get their feet under it.
19  **Q.**  Would an -- would an animal be injured if they
20  did get their feet under a hundred pound guillotine
21  door?
22  **A.**  No, because they can't get their feet down into
23  it and lift it up. It's tight.
24  **Q.**  But you do agree that a tiger escape would be
25  dangerous?

781

1  **A.**  Yes.
2  **Q.**  Okay. You've had additional problems with
3  tigers, haven't you, Mr. Sellner?
4  **A.**  Like what?
5  **Q.**  Well, you, yourself, were actually attacked by
6  Sherkhan in 2011; is that correct?
7  **A.**  I was bitten by him, yes.
8  **Q.**  Okay. But you didn't think it was a big deal; is
9  that correct?
10  **A.**  No. The press had fun with it though.
11  **Q.**  And that tiger was outside of his cage at the
12  time he bit you?
13  **A.**  Yes. It was a feeding accident that I did. That
14  was my fault.
15  **Q.**  And -- and in what way were you at fault,
16  Mr. Sellner?
17  **A.**  I opened the wrong door. Instead of letting him
18  back out into his enclosure, I let him out into -- into
19  his enclosure -- well, how would you say it? Yeah; into
20  his enclosure. I actually went -- opened up the door;
21  let him out on the outside of the enclosure; still was
22  inside the primary enclosure yet, but I didn't know I
23  did until I came back from feeding another cat.
24  **Q.**  So he was out of his own enclosure?
25  **A.**  Yeah. So he walked out of his own enclosure and

782

1  he actually had to walk by me the first time because I
2  didn't know he was even out.
3  **Q.**  So that tiger was outside of the welded enclosure
4  that you were describing at length earlier?
5  **A.**  Yes.
6  **Q.**  But inside of anything?
7  **A.**  Yeah; inside the primary enclosure, which all the
8  gates were locked and stuff, so he would never have
9  gotten out from that.
10  **Q.**  By primary enclosure, do you mean the perimeter
11  fence?
12  **A.**  Yeah; the perimeter fence.
13  **Q.**  Perimeter fence; okay. And you say that that
14  tiger bit you?
15  **A.**  Yes.
16  **Q.**  Where did he bite you?
17  **A.**  Once in the head and on the arms.
18  **Q.**  Did he bite you anywhere else?
19  **A.**  No.
20  **Q.**  Were you severely injured?
21  **A.**  Doctor called it superficial wounds. That's what
22  our doctor called it, but they had to stitch me. Yeah;
23  stitch me up; spent a couple days in the hospital with
24  an IV. Then they kicked me back out; back home doing
25  chores --

783

1  **Q.**  So you had to go --
2  **A.**  -- after getting out of the hospital.
3  **Q.**  -- to the hospital, Mr. Sellner?
4  **A.**  What?
5  **Q.**  You did go to the hospital, Mr. Sellner?
6  **A.**  Yes.
7  **Q.**  And how did you get to the hospital?
8  **A.**  Ambulance took me there.
9  **Q.**  An ambulance?
10  **A.**  Yes.
11  **Q.**  Over the road?
12  **A.**  Highway.
13  **Q.**  Over the highway?
14  **A.**  Yeah.
15  **Q.**  You were not airlifted to the hospital?
16  **A.**  And then I was -- I -- then Iowa City lifted me
17  from the hospital from Manchester to Iowa City.
18  **Q.**  In a helicopter?
19  **A.**  Yeah; in a helicopter.
20  **Q.**  But you were not severely injured even though
21  they took you in a helicopter?
22  **A.**  I didn't think it was bad enough to go there, but
23  I think they wanted insurance money bad.
24  **Q.**  So you're saying, Mr. Sellner, that that --
25  although that tiger was outside of his enclosure, he was

Electronically signed by Patricia Myers (401-319-1606-0490610)
to purchase a complete copy of the transcript.

**784**

1  inside of the perimeter fence?
2  A.    Yes.
3  Q.    So would you say, Mr. Sellner, that that wasn't a
4  problem for the tiger or for the public?
5  A.    No, that wasn't.  No; the public was not in
6  danger at all.  And after he knocked me down and bit me,
7  then he went back into his home -- back to his house,
8  which I think he probably liked it better than he did on
9  the outside so -- and I locked the gate again and went
10  from there.
11  Q.    And you -- you believe that Sherkhan came out of
12  his enclosure that day because he was annoyed by the
13  heat; is that what --
14  A.    It was a hot day, hot morning.  He didn't eat his
15  meat very good that morning when I fed him and stuff
16  either too at that and then he wasn't hungry.  It was just --
17  was hot and I think he just, you know, was irritated
18  from the heat probably too; wanted to get back in his
19  pool probably.
20  Q.    How hot was it that day?
21  A.    Mid-nineties I would say by that morning.  It was
22  July 14th I believe of '11.
23  Q.    Of 2011.  Does it often get into the nineties,
24  Mr. Sellner, in Iowa?
25  A.    Yeah, it can.  If it starts out hot in the

**785**

1  morning in July, yes, it can.
2  Q.    Okay.  But your experience that day was that a
3  tiger can be annoyed by heat in the nineties?
4  A.    Yes.  That's why we put water tubs out for them
5  to lay in.
6  Q.    But you weren't concerned about the -- the tiger
7  escaping because you believed in the -- the structural
8  security of the perimeter fence?
9  A.    Yes.  I built them, so I'm quite secured by it.
10  Q.    But you've also been cited by the USDA for
11  weaknesses in your perimeter fence; is that true?
12  A.    Yes.  We've -- we've had tree branches would have
13  fallen on the edge of it and knocked it down just a
14  little bit too and we took them back off and -- and
15  stuff too and there's -- there's places where she
16  thought that it might have been a little bit too wide to
17  where something could crawl in or whatever too -- a
18  skunk or something like that too -- and we closed
19  that up, but that's what she would cite us for
20  weaknesses.  But for a tiger to get out, no.
21  Q.    If you would turn, Mr. Sellner, to Exhibit 20,
22  please.
23  A.    Which one?
24  Q.    Twenty.
25  A.    Twenty.

**786**

1  Q.    I'm on page 5 of Exhibit 20.
2  A.    Okay.
3  Q.    So you'll see after a handful of asterisks there
4  that the USDA says there was a portion of the perimeter
5  fence surrounding the big cats, bears and wolves that
6  was not adequate.  There was a section approximately
7  16 feet long that was only six feet high.
8  A.    I don't think she could read a tape measure.
9  Q.    So you disagree with the inspector on this
10  particular day?
11  A.    Oh, yeah.  I mean I don't think she could read a
12  tape measure.
13  Q.    Tell me again, Mr. Sellner, on what day you were
14  attacked by Sherkhan?
15  A.    I believe it was July -- no; July 14th of 2011.
16  Q.    Okay.
17  A.    And I believe that was the day.  I'm not exactly
18  sure.
19  Q.    So if you were aware in --
20  A.    No; it wouldn't be July -- yeah.  About there.
21  Q.    We can agree that it was in July of 2011.  So if
22  you were attacked by a tiger in July of 2011, you were
23  aware then that it would be possible for a tiger to get
24  into the area of the perimeter fence?
25  A.    It would be by accidental or if someone let it

**787**

1  out purposely.
2  Q.    But you would have been sure to fix the perimeter
3  fence after July of 2011 knowing about that possibility?
4  A.    We always fix a fence, so it's a possibility.  We
5  have a general rule we don't even go into the perimeters
6  at night unless it's an absolute emergency.
7  Q.    If you would turn to page 1 of this exhibit,
8  Mr. Sellner.  I neglected to do that.
9  A.    Page where?
10  Q.    Page 1 of Exhibit 20.
11  A.    Oh.
12  Q.    Same exhibit that we're on.  When did the USDA
13  conduct the inspection in which they found your
14  perimeter fence to be too short?
15  A.    July 13th.
16  Q.    July of 2013?
17  A.    2013, yes.
18  Q.    Let's try Exhibit 22, Mr. Sellner.  Let's turn to
19  page 4 of the exhibit, 22.  About a third of the way
20  down page 4.
21  A.    Of -- of Exhibit 20?
22  Q.    Sorry; Exhibit 22.
23  A.    Oh, 22.
24  Q.    This was an inspection, Mr. Sellner, that the
25  USDA conducted on September 27th of the same year.

788

1  About a third of the way down, the USDA writes the
2  portion of the perimeter fence surrounding the big cats,
3  bears and wolves has a section of fence that has become
4  detached from the fence post and is sagging out from the
5  facility.
6  A.      Yes.
7  Q.      But you were not worried about the structural
8  soundness or the ability of the perimeter fence to
9  contain the animals, Mr. Sellner?
10 A.      Well, it really wasn't detached.  She looked at
11 it that way, but it really wasn't because there was
12 another fence behind it that was holding it up too and
13 stuff too that was wired too, but she didn't agree with
14 that that should be that way, so we fixed it, so I just
15 eventually took that fence out altogether.
16 Q.      Mr. Sellner, does the Animal Welfare Act have
17 requirements about the perimeter fence?
18 A.      I do believe -- excuse me.  I do believe it's
19 about eight foot tall, if I recall right.
20 Q.      That sounds right to me, Mr. Sellner.
21 Q.      What was that?
22 Q.      That sounds right to me, Mr. Sellner.
23 A.      Okay.  I do believe, but most -- we're taller
24 than that though, but --
25 Q.      So after these two citations in 2013, would you

789

1  agree, Mr. Sellner, that you would have been sure to
2  keep the perimeter fence in good repair?
3  A.      I always do.
4  Q.      You always do?
5  A.      Yeah.  I work on it all the time too and after a
6  storm once in a while a branch comes off a tree and
7  knocks it down a little bit or whatever.  We put it
8  right back up.
9  Q.      So if you would turn --
10 A.      We have a lot of shade trees there, so it does
11 happen once in a while.
12 Q.      That a branch falls down?
13 A.      Well, a branch will -- may take down the
14 perimeter fence.  It's not built as tough as the cages,
15 of course.  It doesn't need to be either.
16 Q.      Sure.  So if you would turn, Mr. Sellner, to
17 Exhibit 26, and I'm on page 6 of Exhibit 26.  This was
18 from an inspection the USDA conducted on May 21, 2014.
19 And at the bottom of page 6, you'll find that the
20 inspector found there's a gate on the portion of the
21 perimeter fence surrounding the big cats that has become
22 detached from the fence post.  The gate is leaning out
23 from the fence and sitting crooked, which creates a
24 large gap between the gate and the fence.  Were you
25 aware that the inspector had found that gap in the fence

790

1  on May 21st of last year?
2  A.      Yes, and we corrected it right away.  I didn't
3  think it was a gap much.  I mean about a hand's width
4  wide at the very top.  I didn't think that was a
5  problem, but she thought it was, so we twisted a gate
6  and stuff to make it fit better.
7  Q.      I want to change gears a little bit, Mr. Sellner.
8  You greet the tigers and the other animals every
9  morning; is that correct?
10 A.      Yes, but I can't do the chuckle like Pam did.
11 Q.      Okay.
12 A.      Sorry.  So I just call them their names as they
13 go by.
14 Q.      And they respond to you, don't they?
15 A.      Yeah, they do.
16 Q.      And you know their personalities?
17 A.      Every animal has got a personality there.
18 Q.      Okay.  If I remember correctly when we spoke
19 together in March, you said that one way you can
20 identify a cat who's sick is by a change in personality;
21 is that correct?
22 A.      Yes, it is.
23 Q.      Okay.  But you've -- you've never seen a tiger
24 that was sick at your facility; is that correct,
25 Mr. Sellner?

791

1  A.      It's rare, but if I do see something that doesn't
2  look right, I'll tell Pam right away.
3  Q.      So you're saying that you have seen a sick tiger
4  at your facility?
5  A.      I don't know if it was sick at the time, but if
6  I'm aware or if it's something that just doesn't look
7  quite right, I'll inform Pam so we can get some medical
8  attention to it.
9  Q.      Well, I'm going to turn to a portion of our
10 conversation in March and read back to you an exchange
11 that we had at that time.
12         MR. PIERCE:  I'm on page 43 of that
13 deposition beginning at line 8.
14 Q.      I'll begin with the question that I put to you,
15 Mr. Sellner.  I asked you at that time have you ever
16 observed that a tiger was sick in any way and your
17 answer was no.  Have you ever observed that --
18         MR. THORSON:  Well, excuse me; the answer
19 continues on after that point in time, counsel.
20 Q.      Mr. Sellner, have you ever observed that a lion that
21 was sick?
22 A.      It would be the same way.  If -- if it is, I mean
23 I would tell Pam right away, but I don't know if I can
24 remember seeing a lion sick off the bat like that, but I
25 would inform her.  That's part of protocol right off the

MINU-SCRIPT® 4 319-363-4401 www.rcrcoq.com
to purchase a complete copy of the transcript.

**792**

1    bat.
2            MR. PIERCE:  One minute to confer,
3    Your Honor?
4            THE COURT:  You may.
5            MR. PIERCE:  Nothing further, Your Honor.
6            THE COURT:  Mr. Thorson?
7            MR. THORSON:  Thank you, Your Honor.
8                    REDIRECT EXAMINATION
9    BY MR. THORSON:
10   Q.    Mr. Sellner, you were just asked a question from
11   your deposition which was taken back in March, and
12   Mr. Pierce asked you a question okay; have you ever
13   observed that a tiger was sick in any way?  Your answer
14   was no, but a few times maybe a tiger looked like it
15   wasn't quite right too.  I had Pam take a look at it too
16   and stuff too at that and call the vets on it if we need
17   to.  Do you remember that?
18   A.    Yes.
19   Q.    Now, we've gone through different issues with the
20   perimeter fence.  If a tree branch falls on the regular
21   enclosures, is it going to do much damage to it?
22   A.    No; it can't.  I design for that.
23   Q.    And the perimeter fence is not six feet tall, is
24   it?  I mean if it's six feet tall, that's because
25   something happened to it; correct?

**793**

1    A.    Exactly.
2    Q.    It's taller than that, isn't it?
3    A.    Yeah.  It runs about 10 foot most of it.  Some
4    places is eight foot, but most of it's all 10 feet.
5    Q.    So if it was six foot tall in a location, that
6    would be because a branch fell on it or something like
7    that?
8    A.    Yeah.  It just doesn't fall down by itself.
9    Q.    And you mentioned a gate.  Well, you mentioned
10   the guillotine door and you were explaining that that
11   door actually goes down into the ground; is that right?
12   A.    No.  It's into a -- it's like a U-shaped trough
13   where they can't get their feet down into it.  It's too
14   tight to fit down in there.  It's made so they can't get
15   their claws into it.  A bear can't get its claws into
16   it.  Nothing can; which could be a concern if it -- you
17   know, if a person was in it, you know; for some reason
18   they got closed into it, you know, the tiger ain't
19   there, but he can't get his fingers down into it either
20   to lift it up.  So that's why there's locks on it going
21   up and there's locks on it going down.
22   Q.    And you testified earlier that there were always
23   locks on these doors; is that correct?
24   A.    Yes.  But it might not be the type of locks she
25   wants, but she had never wrote it up for us once she

**794**

1    figured out what they were.
2    Q.    And these locks are not padlocks like you said?
3    A.    No.  We have locks -- padlock locks on all the
4    swing doors and stuff and the guillotine doors have a
5    wire type style lock that clips in too and that's what
6    she might not have looked at to realize what they were.
7            MR. THORSON:  No further questions.
8            THE COURT:  Mr. Holmes (sic)?
9            MR. PIERCE:  Thank you, Your Honor.
10           THE COURT:  I'm sorry; I said Holmes.
11   Mr. Pierce.
12           MR. PIERCE:  Thank you, Your Honor.  You
13   did.  Nothing further.
14           THE COURT:  You may step down.
15           THE WITNESS:  Thank you, Your Honor.
16           (Witness excused.)
17           THE COURT:  Mr. Thorson, do you have any
18   additional evidence?
19           MR. THORSON:  No, Your Honor.  The
20   defendants rest.
21           THE COURT:  And does the -- do the
22   plaintiffs have rebuttal evidence?
23           MS. BLOME:  Yes, Your Honor.
24           THE COURT:  Is that limited to
25   Mr. Anderson's testimony?

**795**

1            MS. BLOME:  Mr. Anderson?
2            THE COURT:  And I may have that wrong.
3            MS. BLOME:  Allen, yes; sorry.
4            THE COURT:  Mr. Allen.
5            MS. BLOME:  Mr. Allen, yes.
6            THE COURT:  It's getting late in the day
7    and --
8            MS. BLOME:  I know.
9            THE COURT:  -- I have hearings before we get
10   together at nine o'clock, during the lunch hour.  Got
11   another one at 4:30 and sometimes this time of day, my
12   mind starts to go.
13           Anyone other than Mr. Allen going to
14   testify?
15           MS. BLOME:  No, Your Honor.
16           THE COURT:  Do you have any estimate as how
17   long his testimony may take?
18           MS. BLOME:  I think 30 to 45 minutes.
19           THE COURT:  Okay.  Is he here?
20           MS. BLOME:  He is.
21           THE COURT:  It seems like -- well,
22   Mr. Thorson, how much cross-examination are you going to
23   have?
24           MR. THORSON:  Probably 15 to 30 minutes.
25           THE COURT:  It's 4:04.  I've got a hearing

to purchase a complete copy of the transcript.

**796**

1  at 4:30 that's going to take about 30 minutes.  It seems
2  like we have two options here.  One is to start with
3  Mr. Allen and then adjourn for 30 minutes while I do my
4  criminal case, come back and finish him today, which
5  would then conclude the evidence.  The second option is
6  to adjourn for the day and have Mr. Allen testify in the
7  morning.
8          Part of that may depend on what the parties
9  want to do about argument.  As I think I indicated
10  earlier, I'm willing to have oral argument and you can
11  rest on the briefs that you previously submitted.  Or if
12  you want to submit written oral argument, I'm willing to
13  do that too.
14          Do the plaintiffs have any preference in
15  that regard?
16          MS. BLOME:  The plaintiffs would opt for
17  written argument.
18          THE COURT:  Okay.  And, frankly, I think it
19  would be more helpful to me because it allows the
20  parties to actually focus on the evidence that was
21  offered during the course of the trial.  So once we get
22  done with Mr. Allen, we're basically done, I guess, with
23  the record.
24          Do you have a preference as to whether or
25  not you want to try to do him this afternoon or do him

**797**

1  first thing in the morning?
2          MS. BLOME:  I'll defer to you, Your Honor.
3          THE COURT:  Mr. Thorson, do you have any
4  preference in that regard?
5          MR. THORSON:  I would just as soon complete
6  the evidence today if we could, Your Honor.
7          THE COURT:  All right.  Why don't we try to
8  do that, even though it makes kind of a long afternoon
9  for everyone.  But if we can -- rather than sort of make
10  everybody come back for an hour's worth of work
11  tomorrow, let's try to get that done today.
12          So it is 4:06.  Let's see if we can't get
13  20 minutes worth of testimony in.
14          MS. BLOME:  Your Honor, while we wait for
15  Mr. Allen to come in, I would like to put the original
16  exhibit that we've been talking about from -- I believe
17  it's 59, page 1, into the official court record, which I
18  believe is your copy.
19          THE COURT:  I actually have -- my Exhibit 59
20  consists of 15 pages.  I have page 1, which is sort of a
21  black and white aerial photograph.
22          MS. BLOME:  Right.
23          THE COURT:  And then I have color
24  photographs that are 2 through 15.  I know in your
25  exhibit list you have 59 broken into two parts --

**798**

1          MS. BLOME:  Uh-huh.
2          THE COURT:  -- totaling 15 pages, so I've
3  got that first page.  What else did you want to do with
4  it?
5          MS. BLOME:  Oh, I just wanted to give you
6  the original so that you could see it more clearly.
7  There's handwriting on there about where all the animal
8  enclosures are located.
9          THE COURT:  The one I have you can't really
10  see too much --
11          MS. BLOME:  Exactly.
12          THE COURT:  -- so if you've got a better
13  copy, I'm happy to receive it.
14          MS. BLOME:  Approach?
15          THE COURT:  All right.  Just for the record,
16  I've now gotten what appears to be a color version of
17  that and there is writing on it apparently identifying
18  the various pens and I can read that.
19          Incidentally, just so we're clear, it's my
20  understanding -- and Mr. Coberly knows more about this
21  than I do -- but after the trial -- I have copies of the
22  exhibits, but the official court record are the exhibits
23  that the attorneys are required to file electronically
24  with the Clerk of Court.  Is that right, Mr. Coberly?
25          THE CLERK:  Not for trial exhibits,

**799**

1  Your Honor.  It will be my responsibility to file the
2  trial exhibits.
3          THE COURT:  All right.  So the parties
4  provide you with copies or you use the copy that I'm
5  going to be using or how does that work?
6          THE CLERK:  The attorneys are supposed to
7  provide me with an electronic copy.
8          THE COURT:  Okay.
9          THE CLERK:  I have them for the defense.
10  I'm still waiting for the plaintiffs to give me an
11  electronic copy.
12          THE COURT:  All right.  And then you sort of
13  verify which ones have been received into evidence and
14  which ones have not?
15          THE CLERK:  Yes, Your Honor.
16          THE COURT:  And before we leave here today,
17  I actually will go through the list and we'll make sure
18  we're all on the same page as to what exhibits have been
19  received.
20          MS. BLOME:  Thank you.
21          THE COURT:  Are we ready for the next
22  witness?
23          MS. BLOME:  Yes.
24          THE COURT:  Sir, if you'll step right up
25  here, please.  Raise your right hand.

to purchase a complete copy of the transcript.

**800**

1  DAVID ALLEN,
2  called as a witness, being duly sworn, was examined and
3  testified as follows:
4  THE COURT:  Have a seat.  Kind of scooch way
5  up to the microphone and you need to speak right into
6  the microphone.
7  DIRECT EXAMINATION
8  BY MS. BLOME:
9  Q.  Good morning, Mr. Allen.  I guess good afternoon.
10  Good afternoon, Mr. Allen.
11  A.  Hi.
12  Q.  How are you?
13  A.  Good.
14  Q.  Good.  You have to lean forward and talk kind of
15  loudly today.  I apologize for that.  Would you please
16  give your name and address and, you know, your present
17  occupation for the record, please.
18  A.  My name is David Allen.  My address is
19  3605 Southwest 29th Street, Des Moines, Iowa.  I'm
20  currently retired.
21  Q.  And what was your profession when you were
22  working, Mr. Allen?
23  A.  Zoo director.
24  Q.  Do you have an educational background?
25  A.  I have a bachelor of administration (sic) in

**801**

1  business administration and industrial relations with
2  minors in chemistry and biology.
3  Q.  Where did you get that degree?  Where did you
4  obtain your degree?
5  A.  University of Texas, Austin.
6  Q.  David, before we discuss your employment history,
7  I would like to come to a mutual understanding about a
8  couple of terms, okay?  I would like to read you a
9  definition of zoo administration and seek your
10  agreement.  Zoo administration is the planning, setting
11  and implementing of goals and objectives, animal
12  husbandry and veterinary services, public education and
13  conservation programs, financial management, available
14  capital, staff -- and staff supervision for zoological
15  parks.
16  A.  That's correct.
17  Q.  Okay.  I would also like to get your agreement
18  for the definition of animal husbandry and this
19  definition comes from the Association of Zoos and
20  Aquariums.  Animal husbandry practices ensure that the
21  physiological, biological, psychological and social
22  needs of animals that are cared for in zoos and
23  aquariums are addressed.
24  A.  Yes.
25  Q.  Now that we understand what we're discussing, we

**802**

1  can explore your employment history with some shorthand.
2  Where were you first employed after you left college?
3  A.  I was employed from 1965 to '73 at the
4  Kansas City Zoo in Kansas City, Missouri.
5  Q.  What was your first position there?
6  A.  Animal keeper.
7  Q.  Did you have any animal husbandry experience at
8  the Kansas City Zoo?
9  A.  I'm sorry?
10  Q.  Did you have any animal husbandry experience at
11  the Kansas City Zoo?
12  A.  Yes; taking care of animals as a zoo attendant.
13  Q.  Which animals?
14  A.  Mammals, primates, birds, elephants, giraffe,
15  antelope.
16  Q.  Okay.  Do you have any zoo administration from
17  your time at the Kansas City Zoo?
18  A.  No, I did not.
19  Q.  When you left Kansas City Zoo, what was your
20  title?
21  A.  Well, I'm sorry; I started as a municipal
22  management intern working summers while I was in college
23  and then when I left, I was a caretaker and assistant
24  curator.
25  Q.  And when you left, what year was it?

**803**

1  A.  That was in '73.
2  Q.  And where did you go?
3  A.  To the Cheyenne Mountain Zoo in Colorado Springs,
4  Colorado.
5  Q.  And what job did you take there?
6  A.  I was originally hired as assistant director; was
7  primarily in charge of operations and visitor services.
8  Q.  And were you promoted?
9  A.  I was later promoted to associate director,
10  wherein I got involved in zoo management and assisting
11  the executive director.
12  Q.  And then were you promoted after that?
13  A.  I was the executive director and was in charge of
14  all zoo management programs, administration and
15  veterinary service programs and the zoo's first
16  accreditation.
17  Q.  When you say the zoo's first accreditation, who
18  with?
19  A.  The American Zoo and Aquarium Association?
20  Q.  The AZA?
21  A.  Yeah.
22  Q.  After you left the Cheyenne Mountain Zoo, where
23  did you go?
24  A.  I went to the Blank Park Zoo in Des Moines, Iowa,
25  from 1988 through 2007 when I retired.

804

1   Q.   And what was your job with the Blank Park Zoo?
2   A.   I was the zoo director in charge of all aspects
3   of zoo management and operation, to include the animal
4   collection, education programs, conservation programs,
5   liaison with the Blank Park Zoo Foundation.
6   Q.   And what's the Blank Park Zoo Foundation?
7   A.   The Blank Park Zoo Foundation is an organization
8   -- is a nonprofit organization that was formed to
9   provide program -- education program and financial
10  support to the zoo.  It's a private nonprofit.
11  Q.   Is the Blank Park Foundation (sic) still involved
12  with the Blank Park Zoo?
13  A.   Yes.  In fact, in 2001 they assumed complete
14  management and administration of the zoo from the city
15  of Des Moines.
16  Q.   Was that during your tenure as zoo director?
17  A.   Yes.
18  Q.   So while you were the Blank Park Zoo zoo
19  director, why don't -- would you please describe to me
20  the tasks you performed in zoo administration.
21  A.   Well, setting and establishing plans -- strategic
22  plans and setting goals and objectives, administering
23  the programs at the zoo for animal care, veterinary
24  services, education and conservation programs,
25  accreditation of the zoo and managing -- the financial

805

1   management and coordinating support with the foundation
2   and the city.
3   Q.   Were you directly responsible for the staff
4   zookeepers?
5   A.   Yes, I was.
6   Q.   In 2007 you said you retired.  Have you remained
7   involved with the Blank Park Zoo in any way?
8   A.   I'm director emeritus on the board of directors
9   of the foundation.
10  Q.   And in that role, do you still maintain some zoo
11  administration responsibilities?
12  A.   Not really.  Just -- not -- not more than
13  advisory.
14  Q.   You're an advisor to them?
15  A.   (No audible response.)
16  Q.   Yes?  You have to say verbally.
17  A.   Yes.
18  Q.   Thank you.  What degrees and certificates or
19  licenses do you personally maintain?
20  A.   Well, I have a bachelor's of arts degree from the
21  University of Texas.  I don't currently hold any
22  licenses.
23  Q.   Have you in the past?
24  A.   No; none I can think of.
25  Q.   Are you a member of any professional

806

1   organizations or societies?
2   A.   No.
3   Q.   Have you been in the past?
4   A.   Yes.
5   Q.   What -- what professional organizations?
6   A.   I was a charter professional fellow member of the
7   AZA after it separated from the national park
8   organization, and I served as vice chairman of the
9   Wildlife Conservation and Management Committee for two
10  years and I also served on the accreditation visiting
11  committees as a member and chair of some committees.
12  Q.   David, in that binder before you, I would like to
13  show you what's been marked as Exhibit 68, so there will
14  be tabs on the side and if you'll turn to tab 68.
15       THE COURT:  You generally have to kind of
16  just turn a few pages at a time in order to make it
17  work.
18  A.   Okay.
19  Q.   All right.  What do you see on that page?
20  A.   This is my -- my career summary.
21  Q.   All right.  And you recognize that career
22  summary?
23  A.   Yes.
24  Q.   Did you put it together?
25  A.   Yes.

807

1        MS. BLOME:  All right.  Your Honor, we would
2   offer for admission Exhibit 68 at this time.
3        THE COURT:  Any objection?
4        MR. THORSON:  No objection.
5        THE COURT:  Sixty-eight is received.
6        (Plaintiffs' Exhibit 68 was offered and
7        received in evidence.)
8   Q.   All right.  David, you mentioned the Association
9   of Zoos and Aquariums.  I would like to return to that
10  topic for a moment.  What is the Association of Zoos and
11  Aquariums?
12  A.   The AZA is the acronym for the American Zoo and
13  Aquarium Association and it is a national organization
14  that is formed to -- to provide member services and
15  standards and coordination of animal welfare education
16  -- programs and education and conservation in its member
17  zoos.
18  Q.   David, are you familiar with the Animal Welfare
19  Act?
20  A.   Yes, I am.
21  Q.   And why is that?  Why are you familiar with the
22  Animal Welfare Act?
23  A.   Well, the zoos -- Cheyenne Mountain Zoo and Blank
24  Park Zoo were both required to meet the standards of the
25  Animal Welfare Act.

319-legaltype@legaltype.com
to purchase a complete copy of the transcript.

808

1  **Q.**   So you're personally familiar with making sure a
2  facility is compliant?
3  **A.**   Correct.
4  **Q.**   Would you say that it's a fair assessment to say
5  that your experiences with the AZA and the Animal
6  Welfare Act informed your opinions you'll give today?
7  **A.**   Yes.
8  **Q.**   Let's go back to the AZA.  What does it take to
9  become accredited with the AZA?
10 **A.**   The AZA has a program for setting high standards
11 for animal care, engaging the public and conservation
12 programs with 20 major categories with protocol for
13 those categories and a 102 page application and covers
14 every aspect of AZA institutional management in its
15 members.  To be a member of AZA now, you have to be
16 accredited, so you start out and you file an initial
17 application and then you have to be accredited every
18 five years after that.
19 **Q.**   And are you familiar with the accreditation
20 process?
21 **A.**   Yes, I am.
22 **Q.**   And how are you familiar?
23 **A.**   Being -- being the zoo director for two zoos that
24 were accredited and with continuous accreditation during
25 my tenure.

809

1  **Q.**   Did you also serve on the accreditation
2  committee?
3  **A.**   Yes, I did.
4  **Q.**   And what did that entail?
5  **A.**   The accreditation visiting committee is the eyes
6  and ears of the accreditation commission, who is
7  appointed by the president of AZA and they review all
8  the materials.  The visiting committee then is a peer
9  review committee.  It usually includes a curator, a
10 director, a veterinarian and the personnel from
11 education programs and you visit the zoo and you review,
12 in lieu of its application, all of its programs and
13 services for animal care, veterinary medicine, staffing,
14 facilities, finance, government; all aspects.
15       You meet with staff.  You meet with the
16 governing authority.  You meet with the support groups
17 and then you file -- then you write a report and file
18 your findings with the commission with the
19 recommendation whether the commission should approve
20 that zoological park or not.
21 **Q.**   So it would be fair to say you're familiar with
22 the process for evaluating a zoological park for
23 determining whether they're up to par in terms of zoo
24 administration?
25 **A.**   Yes.

810

1  **Q.**   Would it be fair to say that you're familiar in
2  the same way with evaluating a zoological park for
3  animal husbandry practices?
4  **A.**   Yes.
5  **Q.**   David, what experience, if any, do you have with
6  evaluating tiger exhibits?
7  **A.**   We -- under my tenure, we built a new tiger
8  exhibit at the Blank Park Zoo.  The old facility was
9  worn out and actually unsafe, so we tore it down and
10 built a new facility with three exhibits with separate
11 indoor holding facilities for tigers, snow leopards and
12 African lions.  It has natural landscape with heated
13 rock work with through glass viewing.  It's been very
14 popular with the public.  It's well landscaped with
15 boulders and trees and grass and it's been very
16 successful.
17 **Q.**   What about lemur exhibits?  Do you have any
18 experience with lemur exhibits?
19 **A.**   Yes.  We have ring-tailed lemurs at Blank Park
20 Zoo, and at the time we didn't have a whole lot of
21 funds.  We used a small contractor and built the indoor
22 shelter.  All the animals are put inside at night in --
23 in heated and air -- and climate-controlled facilities.
24 And so we had some help from some volunteer contractors
25 and we built a frame and put wire on it and then went to

811

1  the local quarry and got large boulders and put those in
2  the exhibit and built a small stream and we put shrubs
3  and dead tree limbs in for a natural habitat for
4  ring-tailed lemurs and they did quite well in that
5  exhibit.
6  **Q.**   What about wolf exhibits?
7  **A.**   I've had no experience with wolves.
8  **Q.**   All right.  Thank you.
9        THE COURT:  Ms. Blome, it's 4:25.  I'm going
10 to have to adjourn to do my criminal hearing at this
11 time.  I anticipate it will take about 30 minutes, so
12 we'll plan on starting in again at five o'clock.
13       (Recess at 4:26 p.m., until 5:08 p.m.)
14       THE COURT:  Ms. Blome?
15       MS. BLOME:  Yes, Your Honor?
16       THE COURT:  You may proceed.
17       MS. BLOME:  Thank you.
18       DIRECT EXAMINATION (Continued)
19 BY MS. BLOME:
20 **Q.**   All right, David.  We left off talking about the
21 Association of Zoos and Aquariums and I wonder if you
22 have any experience with small unaccredited zoos?
23 **A.**   Well, as -- as a member of the accreditation
24 visiting committee, yes, I did; I had several.  I think
25 there's one that kind of stood out.  The Sunset Zoo in

812

1  Manhattan, Kansas, was initially accredited in 1989 and
2  I was impressed.  It's a small zoo with modest
3  resources; a city zoo; had somewhat around 300 animals,
4  but they had a great culture and -- for maintenance and
5  facilities management, exhibit decorations and animal
6  care and I was impressed and they were -- they were
7  accredited with their first visitation.
8  Q.    Would you say the Sunset Mountain Zoo (sic)
9  appears to be about the same size as the Cricket Hollow
10  Zoo in this case?
11  A.    Had roughly the same size collection, but in
12  acreage was much larger.
13  Q.    You understood the collection number to be around
14  300 animals and birds?
15  A.    At that time.
16  Q.    David, earlier you testified you were familiar
17  with the Animal Welfare Act?
18  A.    Yes.
19  Q.    When you were a zoo director for the Blank Park
20  Zoo, the Cheyenne Mountain Zoo, did you find the APHIS
21  inspectors to be reliable?
22  A.    Yes, I did.
23  Q.    Did you find them to be credible?
24  A.    Yes, I did.  They are -- they are enforcing
25  written regulations and applying those to the quality of

813

1  the operations; specifically the -- the protocols that
2  the regulations cover.  Occasionally, you might have a
3  difference in interpretation of those regulations, but
4  we always got it resolved to our mutual satisfaction.
5  Q.    All right, David.  And you've heard -- you've
6  formulated some opinions about the Cricket Hollow Zoo,
7  which is at issue in this case; correct?
8  A.    Yes.
9  Q.    What materials, if any, did you review before you
10  made your assessment regarding the Cricket Hollow Zoo?
11  A.    A lot of materials.  I reviewed USDA inspection
12  reports for at least four years and the accompanying
13  photographs, the depositions of the defendants,
14  financial records for tax forms and handwritten budgets
15  and reported revenue and expenses, veterinary forms.
16  Q.    Did you also review the photographs that were
17  taken by the plaintiffs in this case?
18  A.    Some, yes.
19  Q.    What about the deposition of the veterinarian for
20  the zoo?
21  A.    Yes.
22  Q.    And based on your review of those documents, have
23  you identified any deficiencies in zoo administration at
24  the Cricket Hollow Zoo?
25  A.    And -- and by administration, what do you -- do

814

1  you mean?
2  Q.    Well, the definition that we discussed earlier.
3  A.    Oh, as far as resources and revenue and expenses
4  and budgets?
5  Q.    Yeah.
6  A.    Yes, I did form an opinion.
7  Q.    All right, David.  I would first like to talk to
8  you about finances and available capital.
9  A.    Uh-huh.
10  Q.    And are you able to hear me okay?
11  A.    Yes.
12  Q.    Okay.  Did you form an opinion about the finances
13  and available capital for the Cricket Hollow Zoo?
14  A.    Yes.
15  Q.    Let's talk about some of the facts that would
16  underlie that opinion and then I'll ask for your
17  ultimate opinion; all right?
18  A.    Okay.
19  Q.    Okay.  First, why is it important for a zookeeper
20  to have good financial management?
21  A.    You have to have adequate financial resources and
22  good financial management so that you can apply the
23  necessary programs for animal care and facilities
24  maintenance.  You have to have resources to do that.
25  And -- and if you're not in compliance with the Animal

815

1  Welfare Act, then you're not -- you either don't have
2  the resources or you're not applying them.
3  Q.    At a minimum, what would you expect in terms of
4  financial planning or financial management from a zoo of
5  the size and nature of the Cricket Hollow Zoo?
6  A.    Well, it doesn't have to be real sophisticated,
7  but at least annual budgets based on anticipated revenue
8  and expenses, capital resources for repairs and
9  maintenance of facilities, cover expenses for animal
10  food, veterinary services.  All the things that you need
11  to maintain a captive collection of animals.
12  Q.    And what would you expect for a zoo the size and
13  nature of the Cricket Hollow Zoo to have available to
14  them for available capital?
15  A.    You mean a dollar amount?
16  Q.    If that's something you're comfortable giving; a
17  rough dollar amount.
18  A.    Well, I think you would have -- I mean you have
19  to have a source of funds for capital improvements.  I
20  can't give you a dollar amount.  I had a little trouble
21  with the scope because all of the finance -- the
22  financial data as far as tax forms and available assets
23  and liabilities, the balance sheet refers to the dairy
24  and the zoo.
25  Q.    So it was difficult for you to distinguish

to purchase a complete copy of the transcript.

## 816

1 between the two in terms of financial planning?
2 A.    Yes.  And I mean I did a lot of computations on
3 assets and liabilities, revenue and expenses and they're
4 -- they're in the exhibits.  I would have to refer to
5 that because there were a lot of computations, but it --
6 it is difficult to determine.  I know that -- I'm not an
7 accountant, but I looked at the balance sheet and for
8 the exact figures I would have to look at my affidavit,
9 but available -- short-term assets were only about a
10 fourth of -- of accounts payable.
11 Q.    David, would it help you to refresh your
12 recollection to have your affidavit today?
13 A.    Yes.
14         MS. BLOME:  Okay.  Would Mr. Thorson have
15 any problems with me presenting that to him to refresh
16 his recollection?
17         MR. THORSON:  Yes, I do.  I don't think he
18 should be testifying from his affidavit.
19         THE COURT:  Well, again, the procedure is
20 not to ask the other counsel if he has a problem with
21 it.
22         MS. BLOME:  Oh.
23         THE COURT:  If -- if the witness can't
24 recall something and if he believes his recollection
25 would be refreshed by reviewing any document, then you

## 817

1 can show him the document.  If his recollection is
2 refreshed, then you take the document away and he
3 testifies from his recollection -- his refreshed
4 recollection.  If that doesn't refresh his recollection,
5 then we look at whether or not the document itself is
6 admissible in some way.
7         So if you ask a question and -- and
8 Mr. Allen needs to review a document to refresh his
9 recollection, you can show it to him and see whether or
10 not that refreshes his recollection.
11         MS. BLOME:  Thank you, Your Honor.  I assume
12 I also need to show it to Mr. Thorson though.
13         THE COURT:  You have to make sure he knows
14 what you're using -- what document you're using.
15         MS. BLOME:  May I approach?
16         THE COURT:  You may.
17 Q.    All right, David.  Are you -- do you have a
18 better memory now of those -- those documents you
19 reviewed and the numbers you came up with?
20 A.    Yes.  And could you please repeat the question?
21 Q.    Sure.  Did you make any assessments about the
22 available capital for the Cricket Hollow Zoo?
23 A.    I looked at the -- the revenue, the operating
24 expenses and balance sheet and tax submittals.
25 Q.    And what was your conclusion?

## 818

1 A.    That they don't have the financial resources to
2 maintain the zoo in compliance with the Animal Welfare
3 Act because there were negative cash flows, annual
4 operating losses.
5 Q.    David, I'm going to read to you the exact figures
6 for those annual operating losses.  According to the
7 1040 submitted by the Cricket Hollow Zoo, it had profits
8 of $1,269 in 2009; 1,015 in 2010; with losses in 2008 of
9 $8,663; 2011 of negative $5,897; 2012 of $761 and 2013
10 of $651.  Does that sound right?
11 A.    Yes.
12 Q.    I also note that as of 2014,
13 Mr. and Mrs. Sellner's most current assets totaled
14 $11,766 and their liabilities $44,289.  What conclusion,
15 if any, did you draw from those numbers?
16 A.    It's a negative -- that's a negative current
17 asset balance.  It shows they don't have the cash flow.
18 Q.    And why is that problematic?
19 A.    How do you pay your bills?  That -- that you
20 don't have enough current assets to cover current
21 accounts payable.  That's how I interpreted that.
22 Q.    Uh-huh.  Did you also review the Sellners' bank
23 statements?
24 A.    Yes.
25 Q.    What, if anything, did you find concerning about

## 819

1 their bank statements?
2 A.    The balances at the end of the month -- and I
3 would have to refer to the document because I don't
4 remember the specific annual amounts.
5 Q.    Please.
6 A.    If I can find it.  Where's the balance sheet?
7 This is not the page.
8         THE COURT:  Ms. Blome, if you have an
9 exhibit or -- or know where that information is, you may
10 want to direct the witness to it.
11         MS. BLOME:  Oh, sure, Your Honor.
12 Q.    I believe the bank statements can be found at
13 Exhibit 53 in that binder, Mr. Allen.
14 A.    That would be very helpful.
15 Q.    Are you there, Mr. Allen?
16 A.    Yes.
17 Q.    All right.  On page 1 of that document, you'll
18 note that the Sellners reported in December of 2014 an
19 ending balance $1,700.63.  Is that acceptable for a zoo
20 of the size and nature of the Cricket Hollow Zoo?
21 A.    I don't believe it is to -- for a collection of
22 300 animals.
23 Q.    And why is that?
24 A.    Well, I guess you have to look at it more in a
25 more comprehensive way.  The zoo has no staff to care

820

1  for the animals.  They have no capital improvement
2  budgets or means to repair the facilities as -- as
3  determined by the Animal Welfare Act reports and
4  photographs.  I mean you have to look at it in its
5  entirety.  I think it -- I think -- I mean I can't tell
6  you how many dollars they should have to care for the
7  zoo.
8  Q.     You just know they don't have enough?
9  A.     They don't have enough.
10  Q.     In your opinion, is the Cricket Hollow Zoo's
11  financial posture creating a likelihood of injury to
12  those animals?
13  A.     Yes.
14  Q.     Mr. Allen, I would like you to turn to Exhibit 69
15  in that binder.
16  A.     Okay.
17  Q.     And do you recognize that document?
18  A.     Yes.
19  Q.     And what is it?
20  A.     It's the Accreditation Standards for the American
21  Zoo Association.
22  Q.     Did you rely in part on those standards when
23  developing your opinion about the Cricket Hollow Zoo?
24  A.     From -- from the standpoint of modern acceptable
25  standards for a zoological park, yes.

821

1  Q.     But from a different standpoint, no?
2  A.     Pardon?
3  Q.     But from another standpoint, no?
4  A.     Well, it's the -- the issue is compliance with
5  the Animal Welfare Act.
6  Q.     But you can look to the AZA for what might be
7  generally accepted husbandry and zoo administration
8  practices?
9              MR. THORSON:  Your Honor, we object to this
10  line of testimony and questioning.  This testimony goes
11  beyond rebuttal testimony.  There's no question that the
12  Cricket Hollow Zoo is not an AZA member.
13              THE COURT:  Well, the witness has given
14  certain opinions.  I'm going to allow him to testify as
15  to what the basis or -- or what he relied upon in
16  reaching those conclusions.  I understand that the
17  defendants believe that the AZA standards don't have any
18  -- no place -- any legal obligations on the defendants.
19  But reference to the standards are permitted at least
20  for the purpose of indicating what this witness relied
21  upon in reaching his opinions.  So the objection is
22  overruled.
23  Q.     And, David, you're not trying to hold the Cricket
24  Hollow Zoo to the standards of the Association of Zoos
25  and Aquariums, are you?

822

1  A.     No.  That would be inappropriate.
2  Q.     And why is that?
3  A.     Well, it would be unreasonable to expect under
4  the current circumstances if you can't meet the
5  requirements of the Animal Welfare Act, which are
6  minimum requirements and go back many, many years, you
7  certainly would not be able to be expected to meet
8  accreditation standards.  They're much more rigid and
9  they're much more advanced, but they do represent
10  current thinking and best practices for animal care.
11  Q.     Uh-huh.  And for zoo administration?
12  A.     And administration.
13  Q.     David, I'm going to read to you a portion of the
14  manual from page 20.
15              THE COURT:  Before you read from the
16  document, it needs to be offered and received into
17  evidence.
18              MS. BLOME:  Oh, yes.  Thank you, Your Honor.
19  Your Honor, we would offer for admission Exhibit 69 into
20  evidence.
21              (Plaintiffs' Exhibit 69 was offered in
22              evidence.)
23              THE COURT:  Any objection?
24              MR. THORSON:  We object to the relevance of
25  the document, Your Honor, and again, it goes beyond

823

1  rebuttal testimony.
2              THE COURT:  I'm going to allow Exhibit 69
3  for the purpose of establishing what this witness relied
4  upon in reaching his opinions.
5              (Plaintiffs' Exhibit 69 was received in
6              evidence.)
7  Q.     And when you're looking for page 20, David, it's
8  in the bottom right-hand corner where it says
9  Exhibit 69, page 20.
10  A.     I have it.
11  Q.     Okay.  And about halfway down it says finance?
12  A.     Yes.
13  Q.     The document reads that the institution -- at
14  Section 9.4.  An institution should indicate sources of
15  funding for capital improvements, maintenance, and major
16  repairs and replacements.  And you agree with that
17  statement?
18  A.     Yes.
19  Q.     Even as regards to the Cricket Hollow Zoo?
20  A.     Yes, I would.  I guess I actually agree to that
21  for -- for any organization's financial management
22  requirements.
23  Q.     And at Section 9.5, the AZA says the institution,
24  regardless of whether operating on a profit or nonprofit
25  basis, must have a written contingency plan in the event

www.oratortechnologies.com
to purchase a complete copy of the transcript.

824

1  that significant decreases in operating income should
2  occur.  Do you agree with that even as to the Cricket
3  Hollow Zoo?
4  A.      Yes.  And I think it's just basic to financial
5  planning and having some way to identify a source that
6  you could cover contingencies for unexpected -- this
7  capital.  The operating income such as emergency
8  appropriation if you are -- if -- if -- from your
9  governing authority or a line of credit at the bank or
10 whatever it might be, you at least need to identify it.
11 Q.      Now, you -- you testified that you still are
12 somewhat involved with the Blank Park Zoo as an emeritus
13 board member.  By way of comparison, what did the Blank
14 Park Zoo spend in fiscal year 2014 on direct animal care
15 expenses per animal?  Are you referring, again, to your
16 affidavit, Mr. Allen?
17 A.      I have to -- to get that.  I don't remember it
18 from memory.  $1,536,000.
19 Q.      And how much does that equate to in per animal
20 cost?
21 A.      $1,280 per animal.
22 Q.      Okay.  And did you make a similar calculation for
23 how much the Cricket Hollow Zoo spends per animal?
24 A.      I did.  And that was $90 per animal.
25 Q.      Now, does the Cricket Hollow Zoo have to spend as

825

1  much money per animal as the Blank Park Zoo to be
2  successful?
3  A.      No, not necessarily.
4  Q.      Why is that a relevant cost figure for the Court
5  to consider?
6  A.      I think it's relevant from the standpoint of
7  putting the cost of maintaining an animal collection in
8  perspective, but it doesn't necessarily mean you -- I
9  mean you don't have to hold Cricket Hollow Zoo to the
10 same financial applications as the Blank Park Zoo.
11 Q.      But you consider $90 per animal to be deficient?
12 A.      Well, I mean I -- in my experience, I don't --
13 that wouldn't even, I mean, pay for the annual physical
14 exams or parasite control or medications.
15 Q.      You mentioned veterinary care.  Before we move on
16 to veterinary care, I would like to ask you based on
17 your knowledge, experience and education, does the
18 Cricket Hollow Zoo have the annual income or working
19 capital to meet the minimum requirements for animal
20 husbandry, veterinary care and facility maintenance
21 under the Animal Welfare Act?
22 A.      No, they do not.
23 Q.      Based on your knowledge, experience and
24 education, is the Cricket Hollow Zoo more likely to
25 injure its endangered tigers, lemurs and wolves due to

826

1  lack of financial resources?
2  A.      I would expect so.
3  Q.      David, you mentioned veterinary care.  I would
4  like to talk about veterinary care.  What are the
5  veterinary resources that you would expect of a zoo the
6  size and nature of the Cricket Hollow Zoo?
7  A.      Well, in my work at zoos, I've had experience
8  with both contracting vet services and when I was at
9  Cheyenne Mountain, I established an in-house veterinary
10 program with a clinic and hospital.  You can have a very
11 successful program with a contracting veterinarian.  You
12 would need to have a -- work with the veterinarian for
13 the required program of veterinary care, regularly
14 scheduled visits, medications on hand, provide
15 systematic care for animals that are sick or injured and
16 I would expect that from any zoological collection.
17 Q.      And, David, is that opinion based in part on your
18 experience with the AZA?
19 A.      I don't think you can separate modern wildlife
20 management from Cricket Hollow Zoo or any other zoo.  I
21 mean it would be like -- it would be like applying 1930
22 safety standards to a car manufactured in 1915 -- 2015.
23 Its science and technology moves you forward and if you
24 don't move with it, you're not going to be able to
25 provide the best practices, whatever your endeavor is.

827

1  Q.      David, I would like you to turn to page 12 of the
2  AZA manual in front of you, which is Exhibit 69.
3  A.      Okay.
4  Q.      We should be at a section called veterinary care.
5  A.      Yes.
6  Q.      At Section 2.1.1, the AZA recommends a full-time
7  staff veterinarian.  In cases where such is not
8  practical, a consulting or part-time veterinarian must
9  be under written contract to make at least twice monthly
10 inspections of the animals and to respond to any
11 emergencies as soon as possible.  Is that -- you agree
12 with that statement from the AZA even as regards to the
13 Cricket Hollow Zoo?
14 A.      Twice monthly?  That's every two weeks.  Relating
15 to my experience in zoos I worked before accreditation
16 and we had contract veterinarians, you at least do a
17 walk through every two weeks, yes.
18 Q.      Okay.  Would you expect or do you recommend that
19 a zoo the size and nature of Cricket Hollow Zoo to have
20 any full-time veterinary staff?
21 A.      No.
22 Q.      Any full-time vet technicians?
23 A.      Zoos have just recently started doing that.  I --
24 I -- I think what we did at Cheyenne Mountain was we had
25 a contract -- excuse me -- early days at Blank Park, we

828

1  had a contracting veterinarian and we assigned a keeper
2  part-time veterinary technician duties. We had a small
3  clinic and the contracting veterinarian trained them so
4  you can fill that need.
5  Q.    Would you expect a zoo the size and nature of the
6  Cricket Hollow Zoo to have a full-time employee
7  dedicated to their big cats?
8  A.    Yes.
9  Q.    What about their wolves?
10  A.    Yes.
11  Q.    And what about their lemurs and other nonhuman
12  primates?
13  A.    Yes.
14  Q.    David, I would like you to turn to Exhibit 52.
15  A.    Okay.
16  Q.    All right. Are you looking at a sheet called zoo
17  expenses with a number of handwritten figures?
18  A.    Yes.
19  Q.    Do you recall reviewing that in preparation for
20  your testimony today?
21  A.    Pardon me?
22  Q.    Did you review that in preparation for your
23  testimony today?
24  A.    Yes, I did.
25  Q.    You'll note that there's a column for veterinary

829

1  care.
2  A.    Yes.
3  Q.    In 2014, the defendants report that they spent
4  $714 on veterinary care. Is that an acceptable number?
5  A.    Those charges depend on what veterinary service
6  -- level of veterinary services you have each year. I
7  -- I certainly wouldn't expect to have that minimal
8  expense for a collection of 300 animals, no.
9  Q.    And why is that?
10  A.    Well, again, I think I could use an example of I
11  know -- I don't have a dollar figure, but I know routine
12  vaccinations, internal parasite control and medications
13  for 300 animals would be much more than that just for
14  routine vet care. That doesn't include necropsies or,
15  you know, specialist veterinarians and that type of
16  thing.
17  Q.    When would a specialist veterinarian be needed?
18  A.    Anesthesia and/or surgery of a highly specialized
19  nature. For example, on some animals, you would want a
20  veterinarian who has done those procedures before to do
21  them to minimize the risk to the animals, and the zoo
22  veterinarian makes that call.
23  Q.    David, based on your knowledge, experience and
24  education, does the Cricket Hollow Zoo spend enough
25  financial resources to provide adequate care for its

830

1  animals in terms of veterinary services?
2  A.    No.
3  Q.    David, based on your knowledge, experience and
4  education, does the Cricket Hollow Zoo have the
5  financial resources available to them to begin providing
6  adequate veterinary care to its animals?
7  A.    No.
8  Q.    Based on your knowledge, experience and
9  education, is the Cricket Hollow Zoo more likely to
10  injure its animals as a result of lack of veterinary
11  resources?
12  A.    I think it's highly likely.
13  Q.    And why is that?
14  A.    Well, I -- I would use perhaps the example of
15  animal deaths at the zoo and the number of necropsies
16  that were performed. Necropsies are a way to identify
17  infectious diseases. It's a way to establish baseline
18  for lab work and blood work and -- and physiology. I
19  just don't -- I mean those things are not -- haven't
20  been done, so I don't know how it could possibly be
21  adequate.
22  Q.    David, you also mentioned staffing. I would like
23  to switch gears and talk a little bit about staffing.
24  Have you formulated an opinion about the Cricket Hollow
25  Zoo with regard to its employees and staffing?

831

1  A.    Yes.
2  Q.    And what's that opinion?
3  A.    Other than Mr. and Mrs. Sellner, there is no
4  staff.
5  Q.    We heard testimony earlier today that they have a
6  volunteer come in at least once a day for about an hour.
7  Does that change your opinion?
8  A.    No.
9  Q.    Why not?
10  A.    An untrained public service volunteer who is
11  limited to I, think, the agricultural animals and birds
12  -- they can't work with the endangered species -- does
13  not give those large mammals any more care than they had
14  before with one volunteer.
15  Q.    And what makes you think that the volunteers are
16  untrained and have no experience with exotic animals?
17  A.    They're provided by a volunteer service that --
18  that services the disadvantaged -- or excuse me --
19  "handicapped" people.
20  Q.    Are you relying on the representations made by
21  the Sellners in their depositions and in their discovery
22  interrogatories?
23  A.    Directly from the deposition.
24  Q.    Was there anything else that troubled you about
25  the staffing at the Cricket Hollow Zoo?

to purchase a complete copy of the transcript.

832

1  A.  Well, during the season, Mrs. Sellner in the
2  deposition stated she's in the admission booth all day.
3  That means there's no staff on grounds for animal care
4  and cleaning the exhibits and maintaining the
5  facilities; not to mention if you -- having staff in
6  case of an emergency.
7  Q.  Were you troubled by the lack of supervision?
8  A.  Yes.
9  Q.  And the lack of animal care protocols?
10  A.  There were animal care protocols, but I -- I
11  found them to be incomplete.
12  Q.  When you refer to animal care protocols, what are
13  you referring to?
14  A.  I think the frequency they required for cleaning,
15  the lack of protocols for storage of animal food.  The
16  reports from USDA of spoiled animal food and freezers
17  with food in them that weren't even plugged in.
18  Q.  Oh, yeah; you mentioned USDA reports.  I'm going
19  to show you a checklist that summarizes all of those
20  reports.  David, that should appear on the screen in
21  front of you.  You'll note on the far right-hand column
22  there's a number of checkmarks in the column labeled
23  employees and handling, and we're looking at Plaintiffs'
24  Trial Brief Attachment 3 - USDA Inspection Reports.  Do
25  you see that column?

833

1  A.  Yes.
2  Q.  And do you see that there are a number of
3  checkmarks in that column for employees and handling?
4  A.  Yes.
5  Q.  What about that -- what about those inspection
6  reports regarding employees and handling did you find
7  persuasive?
8  A.  Well, there are one, two, three, four, five
9  incidents.  There are some -- are those animal names in
10  the right column or to the side of the page?
11  Q.  Oh, yes.  Please ignore those.  Those are my own
12  notes.
13  A.  I guess I don't understand the question.
14  Q.  Sure.  You said that you reviewed the USDA
15  inspection reports in formulating your opinion.  I'm
16  just wondering if the -- if the number of citations for
17  employees or handling was persuasive to you when you
18  were forming your opinion and why?
19  A.  Well, they're -- they're -- they're violations of
20  the -- by APHIS of the Animal Welfare Act for lack of
21  adequate staff, I assume.
22  Q.  Yes.
23  A.  Yeah.  Well, that's part of the noncompliance
24  issue.
25  Q.  Sure.  Approximately how many zookeepers would

834

1  you expect a zoo like the Cricket Hollow Zoo to have for
2  its animals?
3  A.  Between four and six.
4  Q.  Four and six full-time staff?
5  A.  (No audible response.)
6  Q.  Pam and Tom do a lot of work on their own at the
7  zoo and, in fact, I think they work from dusk till dawn
8  (sic) every day.  Can their full-time efforts ever be
9  enough?
10  A.  No.  And I guess what influences my thinking here
11  is that in my experience in working with USDA for almost
12  40 years, in order to be in compliance with the minimum
13  standards of the Animal Welfare Act, you're looking at
14  at least a minimum thorough cleaning of each exhibit
15  every day and of the store rooms and -- and kitchens and
16  the facilities.
17  So if you don't have that resource
18  available, you're not going to be able to keep up with
19  the sanitation that's required by the AWA and then
20  you're going to have these -- these -- you're going to
21  have these noncompliance items continuously repeated.
22  Q.  David, based on your knowledge, experience and
23  education, can the Cricket Hollow Zoo humanely care for
24  its animals without causing suffering at its current
25  staffing level?

835

1  A.  I think the risk is there.
2  Q.  Based on your knowledge, experience and
3  education, does the Cricket Hollow Zoo have the
4  financial resources available to them to employ an
5  adequate number of employees?
6  A.  No, they do not.  I think if they did, they would
7  have those employees.
8  Q.  All right, David.  I would like to now talk about
9  contingency planning, which you mentioned earlier in
10  your testimony.  What documents did you rely on when
11  forming your opinion about contingency planning at the
12  Cricket Hollow Zoo?
13  A.  Contingency planning as in emergency planning?
14  Q.  Yes.
15  A.  Yeah.  Mrs. Sellner's written statement of the
16  zoo's emergency plan.
17  Q.  Okay.  And what, if anything, did you find about
18  that plan to be deficient?
19  A.  Well --
20  Q.  If you would like to look at it, David, it's at
21  Exhibit 45 in the binder.
22  A.  I can summarize without looking.
23  Q.  Okay.
24  A.  It relies -- well, let me see if I can start at
25  the beginning.  It has no on-site staff first

CRICKET HOLLOW ZOO 4 319-Med-04107302-0 www.zoo.com                                to purchase a complete copy of the transcript.

836

1    responders, so you're going to call the sheriff's
2    department in case of an escaped animal.  You're going
3    to call the utility company for lack of heating, HVAC
4    facilities.  You -- you don't -- you don't have any
5    protocols for such things as declared well, if the
6    animal -- what if it's a tiger; it's a dangerous animal
7    and you're in the admission booth and you have no staff
8    on grounds.  A tiger gets out and there's public in the
9    zoo.  Once you are knowledgeable of this fact, then
10   you're going to call the sheriff and what's going to
11   happen to take the time for -- for the SWAT squad or
12   whatever they send to get there?  So you don't have
13   control of the situation.
14           The protocols aren't stated as to how an
15   animal would be destroyed; who would do it; who would --
16   where are the safe zones in the zoo; where do you put
17   the visitors if they're in harms way.  And the part
18   about inclement weather, I don't know what a heat pack
19   is, but in the case of -- of -- of adding heat in -- in
20   extremely cold weather is an animal welfare issue more,
21   I think, than an emergency, but in the case of a
22   tornado, there's not much you can do.  We have to -- and
23   -- and then I guess to finish that is that you need to
24   practice your emergency plan so you can be proficient at
25   it and respond immediately.

837

1    Q.    David, have you formulated any other opinions
2    about deficiencies at the Cricket Hollow Zoo?
3    A.    I think we've pretty much covered it's based on
4    noncompliance with the Animal Welfare Act.
5            MS. BLOME:  All right.  One moment to
6    confer, Your Honor?
7            THE COURT:  You may.
8            MS. BLOME:  No further questions at this
9    time.
10           THE COURT:  Cross-exam?
11           MR. THORSON:  Yes, Your Honor.  Thank you.
12           CROSS-EXAMINATION
13   MR. THORSON:
14   Q.    Mr. Allen, you don't know how far away the
15   sheriff's department is from the Cricket Hollow Zoo, do
16   you?
17   A.    No.
18   Q.    And I think you indicated you do not have a
19   full-time veterinarian on the staff at Blank Park Zoo;
20   is that correct?
21   A.    We have two veterinarians full-time staff.
22   Q.    Oh, now you do; is that right?
23   A.    The -- the Blank Park Zoo's veterinary program is
24   -- is a field division of the Iowa State University's
25   veterinary program.

838

1    Q.    So --
2    A.    We have several vets and interns and we're -- the
3    zoo is currently building a veterinary clinic and
4    hospital at the zoo.
5    Q.    So these vets work for the zoo or do they work
6    for Iowa State?
7    A.    Iowa State, with a contract with the zoo.  The
8    vet -- the veterinarian -- the zoo's veterinarian was
9    employed by the zoo and, you know, it may be that part
10   of her salary is paid by Iowa State, but it's a joint
11   project.
12   Q.    Now, at Blank Park Zoo in the past two years,
13   unfortunately, you've lost two Siberian tigers, haven't
14   you?
15   A.    I would have to check on that.  I'm not up to
16   date.  I know we recently lost a Siberian tiger.
17   Q.    Do you have any idea what the life expectancy is
18   for a Siberian tiger?
19   A.    It would be difficult to say, but I'm going to --
20   I think from my experience in captivity, it ranges from
21   12 years and up.
22   Q.    So if it said 16 years on your website, would you
23   agree with that?
24   A.    Yes.
25   Q.    And this tiger was 15 years old; is that correct?

839

1    A.    I believe so.
2    Q.    You lost both a male and female tiger, didn't
3    you?
4    A.    I -- you know, I'm not up to date on that.  In
5    order to give you an accurate answer, I would have to
6    follow up and check on that, which I'm perfectly willing
7    to do.
8    Q.    Did the zoo have three Siberian tigers, if you
9    knew?
10   A.    No; we had two.
11   Q.    And the Blank Park Zoo had AWA violations too,
12   didn't it?
13   A.    I'm sure they did over the years; minor
14   violations.  Our goal was to always have them corrected
15   within 30 days and I don't have any memory of any issues
16   for follow-up corrections.
17   Q.    Did you directly care for any of the animals at
18   Blank Park Zoo?
19   A.    No.
20   Q.    And you're not -- you don't have a vet
21   background, do you?
22   A.    No.
23   Q.    Are you familiar with Dr. Pusillo?
24   A.    No.
25   Q.    What about Dr. Pries?  Do you know Dr. Pries?

to purchase a complete copy of the transcript.

840

1   **A.**   No.

2   **Q.**   At Blank Park Zoo, they allow public feeding of

3   animals, don't they?

4   **A.**   Supervised feeding of agriculture animals in the

5   animal contact area and supervised feeding of the

6   giraffe.

7   **Q.**   And with regard to the giraffe, I've been to your

8   zoo actually and there's a sign that says wash your

9   hands after you feed the giraffe.  Is there -- there's

10  no signs indicating you should wash your hands before

11  you feed the giraffe, is there?

12  **A.**   I don't think so.

13  **Q.**   Part of your work experience was at Cheyenne

14  Mountain Zoo; is that correct?

15  **A.**   Yes.

16  **Q.**   And Cheyenne Mountain Zoo had elephants, didn't

17  it?

18  **A.**   Yes; African elephants; two females.

19  **Q.**   Okay.  And do you remember what their enclosure

20  looked like?

21  **A.**   Yes, sir.

22  **Q.**   I had the pleasure of being at your zoo back in

23  1984 and snapped this photograph when I was there at the

24  zoo.  Does this look familiar to you?

25  **A.**   Yes, it does.

841

1   **Q.**   This photograph shows one of the African

2   elephants; is that correct?

3   **A.**   Yes.

4   **Q.**   And it looks like the enclosure is almost totally

5   bare of vegetation; is that true?

6   **A.**   Yes.

7   **Q.**   As a matter of fact, I snapped the photo because

8   the elephant was reaching over the wall to get something

9   on the other side it looks like at least.

10  **A.**   The other side is the okapi exhibit.

11  **Q.**   And would you agree with me that there's not any

12  type of stimulation on that side for the elephant?

13  **A.**   Not when this picture was taken.

14  **Q.**   And back at this time in 1984, you could feed the

15  Kodiak bear I remember at the zoo too, couldn't you?

16  **A.**   It's possible.  I'm sorry I don't recall.  There

17  was giraffe feeding at the Cheyenne Mountain Zoo also.

18          MR. THORSON:  I would like to offer into

19  evidence Defendants' Exhibit AA.

20          (Defendants' Exhibit AA was offered in

21          evidence.)

22          MS. BLOME:  Objection as to relevance and

23  foundation.

24          THE COURT:  Overruled.  Exhibit AA is

25  received.

842

1           (Defendants' Exhibit AA was received in

2           evidence.)

3   **Q.**   Mr. Allen, you do have some type of accounting

4   background; is that correct?

5   **A.**   Well, I had some accounting in college, but I'm

6   not an accountant.

7   **Q.**   Okay.  You're not trained necessarily to look at

8   financial statements, are you?

9   **A.**   No, I'm not.

10  **Q.**   And you don't do tax returns yourself, do you?

11  **A.**   No, I do not.

12  **Q.**   You don't have an idea about the amount of feed

13  and produce that Cricket Hollow Zoo gets for free, do

14  you?

15  **A.**   No.

16  **Q.**   And you really don't know the quality of the

17  volunteers that come out to Cricket Hollow Zoo, do you?

18  **A.**   Only what was stated in the deposition.

19  **Q.**   And you understand that Cricket Hollow Zoo does

20  not have 300 exotic animals, don't you?

21  **A.**   Yes.

22  **Q.**   You understand a lot of those animals in that

23  count are birds, don't you?

24  **A.**   Yes.

25  **Q.**   And some are reptiles.

843

1   **A.**   I think there are a few.

2   **Q.**   And some of it's hoofstock.

3   **A.**   Yes.

4   **Q.**   Now the Blank Park Zoo also has Watusi cattle; is

5   that correct?

6   **A.**   Yes.

7   **Q.**   And, again, their -- their enclosure is fairly

8   barren of vegetation; isn't it?

9   **A.**   There's -- no, it's not barren.  There are trees

10  and there's some grass.

11  **Q.**   When I was there at your zoo again, I noticed

12  that there was quite a bit of mud in that area.  Do they

13  like to wallow in the mud sometimes?

14  **A.**   I don't think they particularly wallow in the

15  mud; Watusi cattle.

16          MR. THORSON:  No further questions.

17          THE COURT:  Ms. Blome?

18                REDIRECT EXAMINATION

19  BY MS. BLOME:

20  **Q.**   David, when you were reviewing the documents from

21  the Cricket Hollow Zoo, do you recall seeing a landfill

22  diversion contract from Walmart?

23          MR. THORSON:  Excuse me; that -- that's part

24  of the confidentiality agreement that we had and it's

25  not -- it's been redacted.

to purchase a complete copy of the transcript.

844

1    MS. BLOME: The landfill diversion contract?

2    MR. THORSON: No; the name of the --

3    MS. BLOME: Oh, I'm sorry.

4    Q.    Landfill diversion contract.

5    A.    I do not recall a landfill diversion contract.

6    Q.    Okay. If you knew that some of the food from the

7    Cricket Hollow -- that the Cricket Hollow Zoo feeds its

8    animals come from a landfill diversion contract with a

9    local grocery store, would that change your opinion

10   about the financial resources available to the Cricket

11   Hollow Zoo?

12   A.    Well, it's not unusual for a zoo to -- to get

13   good produce and fruit from a grocery store if they're

14   going to throw it away. If that's landfill diversion;

15   if that's what you mean by that.

16   Q.    Yes. So you --

17   A.    But the quality of it is -- has to meet the staff

18   and zoo veterinarian's approval, so it doesn't

19   necessarily mean that it's not good food.

20   Q.    Knowing that they get some free food, does that

21   change your opinion at all about the Cricket Hollow

22   Zoo's financial resources you testified to earlier?

23   A.    Again, it depends on the source and the quality

24   of that food, but you might have local merchants who

25   want to help the zoo that would donate some food to the

845

1    zoo. That's not unusual. We've had fresh vegetables

2    donated from community gardens to the zoo, but it has to

3    pass our quality inspection.

4    Q.    Is that food worth enough money monetarily to

5    offset any of your concerns about the financial

6    resources available?

7    A.    No. They're -- they're more of enhancements or

8    like treats.

9    MS. BLOME: Thank you, Mr. Allen.

10   THE COURT: Anything else, Mr. Thorson?

11   RECROSS-EXAMINATION

12   BY MR. THORSON:

13   Q.    Mr. Allen, you said they're like enhancements or

14   treats. Did you mean that that, for instance, would not

15   provide the bulk of food at Blank Park Zoo; is that what

16   you're saying?

17   A.    No; it wouldn't provide the bulk.

18   Q.    But for Cricket Hollow Zoo, it could provide the

19   bulk of their food, couldn't it?

20   A.    If it was in large enough quantities, I suppose

21   it could.

22   MR. THORSON: No further questions.

23   THE COURT: Ms. Blome?

24   MS. BLOME: Nothing.

25   THE COURT: Thank you. You may step down.

846

1    (Witness excused.)

2    THE COURT: Any additional rebuttal

3    evidence, Ms. Blome?

4    MS. BLOME: No, Your Honor.

5    THE COURT: Does that conclude the evidence,

6    Mr. Thorson?

7    MR. THORSON: Yes, Your Honor.

8    THE COURT: I want to go through the list of

9    exhibits just to make sure we're all on the same page as

10   to what's been admitted. And I'm referring to -- to the

11   exhibit list which was part of the final pretrial order.

12   According to my records, Exhibits 1 through 23 have been

13   received into evidence. Exhibit 24 was determined to be

14   a duplicate of Defendants' Exhibit B and it was not

15   offered. Exhibits 25 through 53 have been received into

16   evidence with Exhibit 53 being docketed under seal. The

17   objection to Exhibit 54 was sustained. Exhibit 55 was

18   received into evidence to be docketed under seal.

19   Exhibits 56 through 63 have been received into evidence.

20   The list of exhibits doesn't show any Exhibits 64

21   through 67 and so obviously those exhibits have not been

22   received and I would note that in my book of exhibits,

23   there are no Exhibits 64 through 67. Exhibits 68

24   through 76 has been -- have been received.

25   Does that comport with your understanding of

847

1    the admission of exhibits, Ms. Blome?

2    MS. BLOME: Yes, Your Honor.

3    THE COURT: Mr. Thorson?

4    MR. THORSON: Yes, Your Honor.

5    THE COURT: With respect to defendants'

6    exhibits, Exhibit A was not offered or received.

7    Exhibits B through N have been received. Exhibit O was

8    not offered or received. Exhibits P through V have been

9    received. Exhibit W was not offered or received.

10   Exhibits X through AA have been received. Exhibits BB

11   and CC were not offered or received.

12   Is that your understanding of the status of

13   those exhibits, Mr. Thorson?

14   MR. THORSON: Yes, Your Honor.

15   THE COURT: Ms. Blome?

16   MS. BLOME: Yes, Your Honor.

17   THE COURT: All right. Now, as we've

18   discussed previously, rather than have oral arguments at

19   this time, I'm going to allow the parties to submit

20   posttrial arguments -- written arguments. I want -- I

21   want to do it in the manner of closing arguments,

22   however, in the sense that plaintiff goes first;

23   defendants have a chance to respond then to plaintiffs'

24   arguments and then plaintiff will be given an

25   opportunity to file a rebuttal argument.

Case 6:14-cv-02034-JSS   Document 74   Filed 10/30/15   Page 76 of 115

848

1     Ms. Blome, how much time do you think you
2 need in order to submit your initial closing argument?
3     MS. BLOME:  Your Honor, would you need us to
4 use the -- a transcript or citations to a transcript at
5 all?
6     THE COURT:  Not necessarily.  I mean -- I
7 guess depending on what it is you're referring to, it
8 might be useful.  Just so you kind of know how I
9 proceed, I'll go through all of the exhibits; a couple
10 thousand pages.  I do have a transcript prepared and so
11 I go back and refresh my recollection as to the
12 testimony and so forth.  If in your closing argument you
13 want to refer to a specific fact which you think is
14 particularly important and you want to refer to a -- to
15 the transcript, that's certainly helpful, particularly
16 if there's some dispute as to whether somebody said
17 something.  I don't expect you to cite every allegation
18 of fact in the record.
19     You know, it only becomes, I guess, really
20 important if -- if you're making -- if you allege
21 certain facts in your written argument and Mr. Thorson
22 says well -- in his written argument says, you know,
23 hold the phone; they never said that or they said this
24 in addition to that, you know, and then in your reply
25 you want to try to confirm what you believe the record

849

1 to be; I mean, again, I'm certainly not prohibiting the
2 parties from referring to specific exhibits or specific
3 transcript parts, but you're not required to cite every
4 fact that you're alleging.  I mean, frankly, that would
5 be a tremendous amount of work.
6     MS. BLOME:  Well, I think two weeks from
7 when the transcript becomes available would be fine with
8 the plaintiffs.
9     THE COURT:  So are you ordering a transcript
10 then?  I mean --
11     MS. BLOME:  Yes.
12     THE COURT:  Okay.  And do you have any
13 estimate as to how long it may take to prepare this
14 transcript?
15     THE COURT REPORTER:  I don't know off the
16 top of my head.
17     THE COURT:  She doesn't know.  So I don't
18 know if it's going to take a couple of weeks or more or
19 less.
20     THE COURT REPORTER:  Probably; a couple
21 weeks.
22     THE COURT:  There's obviously four days of
23 testimony here.  If -- why don't we set the deadline for
24 the plaintiffs' argument, say, one month from now.  I'm
25 assuming you can get started on it without the

850

1 transcript and then can go back and supplement or change
2 it once you get the transcript.  If the court reporter
3 gets busy and you don't get the transcript right away
4 and you need more time, I guess you can always apply for
5 an extension of the deadline.  Today is the 8th.
6 November 13th is a Friday.  Do you want to make it
7 Friday, November 13th?
8     MS. BLOME:  Yes; that would be fine.
9     THE COURT:  All right.
10     MS. BLOME:  Friday the 13th.
11     THE COURT:  And, Mr. Thorson, how much time
12 do you think you need after receipt of the plaintiffs'
13 argument to respond?
14     MR. THORSON:  I would like a couple weeks if
15 I could, Your Honor.
16     THE COURT:  All right.  I'll give you
17 three weeks, which is December 4th.  And then if I go --
18 well, two weeks after that for the reply would be
19 December 18th.
20     Does that sound reasonable to you,
21 Ms. Blome?
22     MS. BLOME:  Yes; that's fine.
23     THE COURT:  All right.  I'm going to take --
24 I'm going to consider the matter then fully submitted on
25 December 18.  Frankly, I anticipate that I'll start my

851

1 ruling before I ever get your arguments by dictating the
2 facts because it's going to take me a while to go
3 through all of this and I kind of like to do it while
4 it's all still relatively fresh in my mind.  But I
5 probably won't start on the conclusions or the legal
6 issues until I receive all of the arguments.  And then I
7 can't guarantee how quickly it's going to get done.
8     There -- in addition to all -- you know, a
9 substantial factual record here, there are some
10 difficult legal issues or at least issues that I don't
11 routinely deal with and so it may take me a while.
12     So the case will be fully submitted on the
13 18th.  I'm guessing it's going to take, you know, at
14 least 30 days -- maybe longer -- after that before I get
15 a ruling in.  So don't expect, you know, ruling before,
16 you know, probably February 1st.  I -- I do try to get
17 cases out timely.  You know, I'm not one of those guys
18 that sits on it for nine months, but -- but it won't be
19 instantaneous either.
20     Anything else then that we need to talk
21 about at this time, Ms. Blome?
22     MS. BLOME:  Your Honor, do you have a page
23 limit for the briefs?
24     THE COURT:  Yes.  Not a page longer than
25 what is necessary.

to purchase a complete copy of the transcript.

852

1          MS. BLOME:  Okay.  That works.

2          THE COURT:  You know -- yeah.

3      Anything else then, Ms. Blome?

4          MS. BLOME:  No.

5          THE COURT:  Mr. Thorson?

6          MR. THORSON:  No, Your Honor.

7          THE COURT:  All right.  That will conclude

8  the record.

9          (Proceedings concluded at 6:12 p.m.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

853

1
2
3

4          C E R T I F I C A T E

5

6      I, Kay C. Carr, a Certified Shorthand Reporter of
   the State of Iowa, do hereby certify that I acted as the
7  official court reporter at the proceedings in the
   above-entitled matter at the time and place indicated.
8
       That I reported in shorthand all of the proceedings
9  had at the said time and place and that said shorthand
   notes were reduced to print by means of a computer-aided
10  transcription device under my direction and supervision,
   and that the foregoing typewritten pages are a full and
11  complete transcript of the shorthand notes so taken.

12      I further certify that I am not related to or
   employed by any of the parties to this proceeding, and
13  further that I am not a relative or employee of any
   attorney of counsel employed by the parties hereto or
14  financially interested in the action.

15      IN WITNESS WHEREOF, I have set my hand this 18th
   day of October, 2015.

16

17

18      ___/s/  Kay C. Carr_____
        Kay C. Carr
19      Certified Shorthand Reporter
        Registered Professional Reporter
20      Cedar Rapids, Iowa
        (319) 362-1543
21
22
23
24
25

to purchase a complete copy of the transcript.

## $

**$1,269** [1] - 818:8
**$1,280** [1] - 824:21
**$1,536,000** [1] - 824:18
**$1,700.63** [1] - 819:19
**$11,766** [1] - 818:14
**$2,000** [2] - 761:13
**$2,500** [1] - 741:16
**$20,000** [2] - 764:16, 764:24
**$3,500** [2] - 741:8, 742:13
**$300** [1] - 726:25
**$4,000** [1] - 706:12
**$400** [2] - 741:24, 742:7
**$44,289** [1] - 818:14
**$5,000** [1] - 761:16
**$5,897** [1] - 818:9
**$500** [1] - 742:14
**$6,000** [1] - 711:11
**$6,800** [1] - 711:5
**$651** [1] - 818:10
**$714** [3] - 725:25, 726:13, 829:4
**$750,000** [2] - 763:12
**$761** [1] - 818:9
**$8,663** [1] - 818:9
**$90** [2] - 824:24, 825:11

## '

**'11** [1] - 784:22
**'15** [1] - 728:9
**'73** [2] - 802:3, 803:1

## 1

**1** [18] - 629:18, 630:9, 630:10, 631:13, 645:11, 674:16, 682:15, 689:21, 702:20, 703:8, 716:24, 770:20, 787:7, 787:10, 797:17, 797:20, 819:17, 846:12
**1,015** [1] - 818:8
**1,500** [1] - 695:6
**1-12** [1] - 562:3
**1-5** [1] - 733:21
**10** [17] - 575:18, 576:22, 581:15, 583:13, 633:25, 642:22, 665:6, 715:3, 717:22, 718:3, 728:8, 735:25, 750:19, 756:21, 793:3, 793:4
**10.67** [2] - 756:23, 776:5
**10/25/12** [1] - 561:21
**100** [3] - 652:13, 688:14, 751:16
**1008** [1] - 751:16
**101** [1] - 560:5
**102** [1] - 808:13

**1040** [1] - 818:7
**10:25** [1] - 629:8
**10:26** [2] - 629:8, 629:11
**10:44** [1] - 629:11
**10:45** [1] - 629:10
**10th** [1] - 717:25
**11** [6] - 584:15, 619:11, 634:4, 687:23, 756:17, 757:23
**11/8/06** [1] - 561:18
**11:15** [1] - 702:4
**11:53** [1] - 680:14
**12** [20] - 576:6, 592:10, 592:12, 593:12, 593:13, 594:12, 615:22, 619:12, 632:6, 634:15, 648:2, 649:23, 665:24, 680:11, 710:13, 711:13, 728:8, 778:2, 827:1, 838:21
**12-and-a-half** [2] - 777:10, 777:14
**12/2006** [1] - 561:19
**12/26/12** [1] - 562:22
**12/31** [1] - 728:9
**12/31/14** [1] - 728:7
**12:30** [1] - 698:17
**12th** [2] - 714:16, 773:18
**13** [9] - 596:11, 598:22, 630:16, 631:13, 634:21, 642:22, 665:25, 750:22, 752:18
**13-and-a-half** [1] - 752:19
**13th** [5] - 600:25, 787:15, 850:6, 850:7, 850:10
**14** [2] - 571:7, 599:15
**14th** [2] - 784:22, 786:15
**15** [34] - 561:21, 570:14, 570:25, 571:8, 571:10, 576:6, 600:15, 619:12, 619:13, 654:21, 657:22, 701:17, 701:21, 707:23, 708:9, 709:1, 709:2, 709:7, 709:9, 709:20, 709:23, 710:5, 710:11, 710:12, 710:13, 757:20, 757:22, 795:24, 797:20, 797:24, 798:2, 838:25
**150** [1] - 627:11
**1500** [1] - 560:5
**1512** [2] - 706:5, 748:12
**15th** [4] - 701:5, 718:1, 718:6, 718:7
**16** [6] - 618:18, 660:13, 679:16, 711:14, 786:7, 838:22
**16th** [1] - 772:19
**17** [1] - 714:3
**170** [1] - 560:8
**18** [8] - 561:22, 710:23, 710:25, 712:1, 712:2, 712:7, 712:8, 850:25
**18th** [3] - 633:17, 850:19, 851:13
**19** [3] - 708:18, 711:1,

773:17
**1915** [1] - 826:22
**192** [1] - 735:25
**1930** [1] - 826:14
**195** [1] - 636:13
**1965** [1] - 802:3
**1984** [3] - 563:5, 840:23, 841:14
**1988** [1] - 803:25
**1989** [1] - 812:1
**1992** [1] - 677:13
**1:15** [1] - 680:13
**1:16** [1] - 680:14
**1:30** [1] - 698:17
**1:50** [1] - 698:17
**1A** [2] - 682:13, 682:17
**1st** [3] - 703:10, 757:24, 851:16

## 2

**2** [27] - 561:10, 561:18, 570:14, 570:24, 571:8, 571:9, 631:25, 632:1, 674:25, 682:13, 682:14, 682:17, 686:20, 690:12, 701:20, 703:14, 704:8, 704:10, 704:18, 704:19, 713:6, 713:13, 727:4, 741:13, 741:14, 743:16, 797:24
**2,500** [1] - 741:20
**2-15** [1] - 562:11
**2.1.1** [1] - 827:6
**20** [19] - 611:25, 612:17, 616:3, 628:15, 629:9, 632:25, 677:17, 744:3, 750:18, 785:21, 786:1, 787:10, 787:21, 797:13, 808:12, 822:14, 823:7, 823:9
**2001** [1] - 804:13
**2004** [2] - 692:16, 692:19
**2005** [1] - 705:17
**2006** [2] - 705:2, 705:6
**2007** [3] - 777:2, 803:25, 805:6
**2008** [5] - 665:19, 725:21, 764:14, 764:24, 818:8
**2008-2014** [1] - 562:6
**2009** [3] - 567:16, 666:3, 818:8
**2010** [5] - 624:4, 664:6, 684:21, 707:16, 818:8
**2011** [14] - 567:12, 665:4, 770:22, 776:4, 777:22, 778:9, 778:16, 781:6, 784:23, 786:15, 786:21, 786:22, 787:3, 818:9
**2012** [33] - 565:13, 566:14, 571:13, 576:23, 577:1, 577:7, 582:11, 582:13, 582:18, 582:22, 583:9,

585:24, 586:5, 586:16, 589:18, 591:7, 592:18, 593:16, 594:22, 595:20, 679:4, 679:7, 679:20, 707:8, 707:13, 708:9, 743:22, 744:3, 747:8, 778:3, 778:12, 818:9
**2013** [31] - 595:20, 596:9, 596:10, 596:11, 597:8, 598:17, 598:21, 601:9, 603:23, 605:19, 621:5, 661:1, 663:20, 664:12, 664:23, 711:1, 711:12, 711:13, 711:14, 711:15, 714:17, 714:18, 747:8, 764:15, 764:24, 773:19, 787:16, 787:17, 788:25, 818:9
**2014** [31] - 646:12, 661:5, 665:12, 685:10, 686:17, 689:4, 689:5, 689:23, 692:19, 697:1, 697:3, 697:7, 698:18, 699:10, 699:23, 699:24, 700:1, 700:6, 702:8, 702:13, 702:22, 703:6, 725:21, 725:24, 779:13, 789:18, 818:12, 819:18, 824:14, 829:3
**2015** [13] - 661:7, 665:10, 701:17, 701:21, 702:1, 702:4, 703:8, 717:23, 718:4, 723:15, 723:18, 724:8, 826:22
**21** [13] - 561:23, 647:13, 685:10, 686:17, 689:5, 712:12, 712:22, 712:23, 713:4, 717:24, 718:8, 779:13, 789:18
**210th** [2] - 706:5, 748:12
**21st** [2] - 566:14, 790:1
**22** [4] - 787:18, 787:19, 787:22, 787:23
**23** [5] - 616:2, 632:25, 645:12, 689:4, 846:12
**24** [7] - 702:1, 702:4, 716:10, 716:13, 743:22, 746:3, 846:13
**24/7** [1] - 627:7
**24th** [1] - 701:5
**25** [3] - 698:12, 711:14, 846:15
**26** [7] - 686:16, 686:19, 686:21, 688:7, 779:11, 789:17
**27th** [1] - 787:25
**28** [4] - 689:18, 689:22, 697:1, 764:17
**29** [5] - 684:21, 692:15, 711:11, 744:3
**293** [1] - 560:12
**29th** [1] - 800:19
**2:41** [1] - 746:4

Case 6:14-cv-02034-JSS   Document 74   Filed 10/30/15   Page 79 of 115
to purchase a complete copy of the transcript.

## 3

**3** [22] - 561:19, 632:13, 663:10, 667:25, 668:15, 668:21, 690:16, 701:20, 705:20, 706:18, 706:19, 706:25, 707:2, 741:1, 764:16, 772:17, 772:19, 773:19, 773:22, 776:1, 776:2, 832:24

**3/16th** [1] - 752:22

**30** [9] - 601:21, 636:5, 795:18, 795:24, 796:1, 796:3, 811:11, 839:15, 851:14

**300** [10] - 635:19, 635:20, 635:21, 812:3, 812:14, 819:22, 829:8, 829:13, 842:20

**31** [2] - 711:14, 714:18

**31st** [2] - 718:10

**34** [8] - 561:24, 716:9, 716:10, 717:22, 718:17, 718:18, 718:22, 718:24

**35** [5] - 601:6, 601:14, 601:22, 602:3, 701:14

**350** [1] - 635:21

**36** [3] - 601:23, 701:25, 702:1

**3605** [1] - 800:19

**37** [6] - 561:25, 719:1, 719:14, 719:15, 721:15, 722:1

**38** [6] - 562:2, 667:15, 668:5, 668:6, 668:11, 668:13

**39** [7] - 562:3, 732:24, 733:13, 733:17, 733:18, 757:19, 757:22

**3:05** [2] - 746:3, 746:4

**3:35** [1] - 701:20

## 4

**4** [8] - 632:18, 646:12, 646:17, 650:17, 663:14, 741:14, 787:19, 787:20

**4-H** [2] - 610:10, 610:11

**4/29/13** [1] - 561:22

**4/9/12** [1] - 561:20

**40** [3] - 737:24, 738:16, 834:12

**401K** [4] - 762:8, 762:9, 762:10, 762:13

**4056** [1] - 560:15

**43** [1] - 791:12

**45** [3] - 674:6, 795:18, 835:21

**450** [2] - 633:13, 750:14

**48** [3] - 693:11, 693:16, 702:19

**49** [3] - 603:8, 603:13,

603:15

**4:04** [1] - 795:25

**4:06** [1] - 797:12

**4:25** [1] - 811:9

**4:26** [1] - 811:13

**4:30** [2] - 795:11, 796:1

**4:42** [1] - 701:20

**4:57** [1] - 701:20

**4th** [1] - 850:17

## 5

**5** [11] - 571:15, 625:16, 625:22, 632:21, 638:20, 651:19, 663:25, 690:19, 708:9, 779:12, 786:1

**5-0** [3] - 733:21, 733:22

**50** [6] - 562:4, 603:13, 733:20, 734:3, 734:7, 750:22

**50-whatever** [1] - 682:16

**500** [2] - 750:15, 750:20

**51** [2] - 740:18, 741:15

**52** [6] - 562:6, 725:10, 726:6, 726:10, 768:25, 828:14

**52402-5062** [1] - 560:15

**52402-5500** [1] - 560:6

**53** [9] - 562:7, 727:17, 728:23, 729:1, 729:6, 729:10, 819:13, 846:15, 846:16

**54** [6] - 562:8, 729:13, 730:24, 731:1, 731:6, 846:17

**55** [9] - 562:9, 731:8, 731:9, 731:18, 731:20, 731:25, 732:2, 764:11, 846:17

**550** [1] - 750:14

**56** [1] - 846:19

**564** [1] - 561:4

**565** [2] - 562:12

**570** [2] - 562:11

**571** [2] - 562:11

**59** [25] - 562:11, 570:10, 570:23, 570:24, 571:5, 571:7, 571:9, 574:11, 575:21, 576:22, 581:12, 583:15, 593:11, 598:22, 599:14, 625:16, 625:22, 627:9, 628:12, 650:18, 651:18, 658:11, 797:17, 797:19, 797:25

**5:08** [1] - 811:13

**5:27** [1] - 701:20

## 6

**6** [11] - 571:25, 625:24, 633:1, 658:11, 664:10, 689:23, 770:19, 770:20, 778:16, 789:17, 789:19

**6/10/15** [1] - 561:24

**6/23/14** [1] - 562:18

**60** [16] - 562:12, 564:9, 564:10, 564:19, 564:21, 564:24, 565:1, 565:5, 565:7, 579:24, 601:4, 601:5, 601:14, 603:8, 654:20, 682:13

**608** [1] - 561:4

**611** [1] - 561:10

**63** [1] - 846:19

**630/631** [1] - 563:4

**631** [1] - 563:4

**64** [2] - 846:20, 846:23

**646** [2] - 563:3

**65** [1] - 622:10

**650** [2] - 750:12, 750:23

**660** [1] - 561:10

**667** [10] - 562:16, 562:18, 562:19, 562:21, 562:22

**668** [2] - 562:2

**67** [2] - 846:21, 846:23

**68** [6] - 562:13, 806:13, 806:14, 807:2, 807:6, 846:23

**69** [8] - 562:14, 820:14, 822:19, 822:21, 823:2, 823:5, 823:9, 827:2

**6:12** [1] - 852:9

**6th** [1] - 718:11

## 7

**7** [8] - 573:7, 626:2, 633:8, 664:14, 692:16, 693:17, 772:16, 772:17

**7-10-14** [1] - 693:19

**7/11/13** [1] - 562:21

**7/30/15** [1] - 561:25

**704** [2] - 561:18

**706** [1] - 561:19

**707** [1] - 561:19

**708** [2] - 561:20

**709** [2] - 561:21

**712** [3] - 561:22, 561:23

**713** [1] - 561:23

**718** [2] - 561:24

**719** [1] - 561:25

**72** [6] - 562:16, 666:13, 666:23, 667:1, 667:11, 667:12

**722** [1] - 561:25

**726** [2] - 562:6

**729** [2] - 562:7

**73** [2] - 562:18, 562:9

**731** [2] - 562:8, 562:9

**732** [1] - 562:9

**733** [2] - 562:3

**734** [2] - 562:4

**74** [2] - 562:19, 763:6

**746** [1] - 561:10

**748** [1] - 561:11

**75** [1] - 561:11

**757** [1] - 561:11

**76** [7] - 562:22, 666:13, 666:23, 667:1, 667:11, 667:12, 846:24

**792** [1] - 561:11

**7th** [1] - 694:10

## 8

**8** [11] - 574:11, 579:24, 627:9, 633:14, 664:19, 688:7, 705:2, 775:24, 775:25, 778:9, 791:13

**8-25-14** [1] - 693:18

**8/27/14** [1] - 562:16

**8/29/13** [1] - 561:23, 562:19

**80** [3] - 650:23, 756:16, 756:19

**800** [1] - 561:5

**807** [2] - 562:13

**822** [1] - 562:14

**823** [1] - 562:14

**837** [1] - 561:5

**841** [1] - 563:5

**842** [1] - 563:5

**843** [1] - 561:5

**845** [1] - 561:5

**8th** [2] - 718:13, 850:5

## 9

**9** [16] - 561:20, 575:21, 579:24, 633:21, 664:25, 698:18, 707:5, 707:7, 707:24, 708:1, 708:5, 708:7, 709:11, 709:14, 709:22, 709:23

**9.4** [1] - 823:14

**9.5** [1] - 823:23

**90** [1] - 650:23

**911** [1] - 674:18

**94931** [1] - 560:9

**97440** [1] - 560:12

## A

**a.m** [2] - 629:11, 680:14, 685:15, 702:4

**a.m.'s** [1] - 724:12

**AA** [6] - 563:5, 841:19, 841:20, 841:24, 842:1, 847:10

**abandoning** [1] - 591:1

**ability** [2] - 639:25, 788:8

**able** [18] - 573:22, 576:9, 576:12, 578:19, 590:15, 591:3, 594:4, 606:10, 614:5, 614:24, 618:11, 705:1, 705:10, 779:24, 814:10, 822:7, 826:24, 834:18

to purchase a complete copy of the transcript.

**abscess** [4] - 643:2, 649:14, 655:17, 695:20

**abscessed** [1] - 696:9

**abscesses** [5] - 650:1, 693:20, 694:18, 695:5, 695:7

**absolute** [2] - 677:25, 787:6

**absolutely** [3] - 572:15, 681:20, 684:12

**acceptable** [3] - 819:19, 820:24, 829:4

**accepted** [1] - 821:7

**access** [3] - 574:17, 574:23, 594:4

**accessed** [1] - 590:18

**accessible** [1] - 656:14

**accident** [1] - 781:13

**accidental** [1] - 786:25

**acclimated** [1] - 643:8

**accompanied** [2] - 566:15, 609:3

**accompanies** [1] - 602:19

**accompany** [5] - 596:13, 598:10, 698:16, 701:19, 702:2

**accompanying** [1] - 813:12

**according** [6] - 668:19, 692:19, 744:2, 779:18, 818:6, 846:12

**accordingly** [1] - 746:18

**account** [3] - 562:7, 728:8, 762:7

**accountant** [2] - 816:7, 842:6

**accounting** [4] - 676:4, 676:5, 842:3, 842:5

**accounts** [6] - 727:21, 728:5, 728:18, 730:8, 816:10, 818:21

**accreditation** [14] - 562:15, 673:18, 803:16, 803:17, 804:25, 806:10, 808:19, 808:24, 809:1, 809:5, 809:6, 811:23, 822:8, 827:15

**Accreditation** [1] - 820:20

**accredited** [11] - 585:6, 590:6, 607:19, 734:20, 734:23, 808:9, 808:16, 808:17, 808:24, 812:1, 812:7

**accurate** [6] - 570:18, 666:19, 725:19, 728:3, 729:15, 839:5

**accurately** [2] - 631:5, 724:19

**accustomed** [2] - 589:25, 590:5

**Achievement** [1] - 562:5

**Ackley** [1] - 560:14

**acknowledge** [1] - 728:24

**acquire** [2] - 735:3,

736:19, 739:25

**acquired** [2] - 736:22, 739:23

**acquiring** [1] - 739:4

**acquisition** [2] - 738:2, 738:20

**Acquisition** [1] - 738:12

**acreage** [1] - 812:12

**acronym** [1] - 807:12

**Act** [32] - 678:1, 678:12, 688:14, 689:10, 700:14, 708:11, 709:18, 710:4, 711:18, 713:15, 715:13, 719:11, 720:3, 720:5, 730:20, 744:9, 744:10, 788:16, 807:19, 807:22, 807:25, 808:6, 812:17, 815:1, 818:3, 820:3, 821:5, 822:5, 825:21, 833:20, 834:13, 837:4

**acting** [1] - 657:9

**action** [3] - 586:14, 589:11, 606:7

**actions** [1] - 703:13

**active** [3] - 586:3, 628:19, 680:2

**activities** [1] - 573:15

**activity** [4] - 585:10, 588:6, 595:23, 628:14

**actual** [6] - 578:19, 604:1, 614:17, 658:14, 660:10, 705:22

**add** [2] - 612:11, 766:7

**adding** [1] - 836:19

**addition** [4] - 614:18, 625:6, 848:24, 851:8

**additional** [6] - 589:2, 630:15, 689:13, 781:2, 794:18, 846:2

**address** [8] - 566:6, 594:24, 596:4, 607:6, 706:6, 748:11, 800:16, 800:18

**addressed** [6] - 595:7, 595:13, 595:14, 596:2, 670:10, 801:23

**addressing** [1] - 587:14

**adds** [1] - 659:7

**adequate** [9] - 756:24, 776:6, 786:6, 814:21, 829:25, 830:6, 830:21, 833:21, 835:5

**adjoin** [1] - 671:18

**adjourn** [3] - 796:3, 796:6, 811:10

**adjourned** [1] - 746:2

**adjudication** [2] - 721:20, 721:21

**administering** [2] - 640:3, 804:22

**administration** [18] - 670:17, 670:21, 676:2, 800:25, 801:1, 801:9, 801:10, 802:16, 803:14,

804:14, 804:20, 805:11, 809:24, 813:23, 813:25, 821:7, 822:11, 822:12

**administrative** [1] - 609:5

**admissible** [2] - 706:24, 817:6

**admission** [24] - 564:24, 567:24, 568:13, 570:23, 581:17, 590:10, 666:23, 704:8, 706:18, 707:25, 709:1, 712:1, 718:17, 719:14, 730:24, 731:18, 733:13, 734:3, 738:16, 807:2, 822:19, 832:2, 836:7, 847:1

**admissions** [4] - 597:14, 598:3, 598:19, 669:14

**admit** [4] - 667:10, 688:13, 704:15, 728:22

**admitted** [1] - 846:10

**admittedly** [1] - 677:11

**admitting** [1] - 719:19

**ads** [1] - 742:18

**adult** [5] - 638:24, 640:14, 698:15, 701:18, 702:2

**advanced** [2] - 612:4, 612:6, 822:9

**advantages** [1] - 616:23

**adversely** [2] - 669:1, 669:2

**advertise** [1] - 635:22

**advised** [1] - 580:15

**advisor** [1] - 805:14

**advisory** [1] - 805:13

**advocacy** [14] - 566:5, 579:5, 580:15, 586:12, 589:2, 589:5, 589:16, 591:2, 594:23, 595:21, 596:19, 600:23, 600:25, 606:3

**advocate** [1] - 605:25

**advocates** [1] - 566:17

**aerial** [4] - 571:14, 571:16, 592:1, 593:15, 650:18, 797:21

**affect** [1] - 669:2

**affecting** [1] - 669:1

**affidavit** [4] - 816:8, 816:12, 816:18, 824:16

**afforded** [1] - 605:17

**afraid** [1] - 677:11

**African** [7] - 633:10, 633:22, 739:1, 810:12, 840:18, 841:1

**afternoon** [11] - 567:22, 568:10, 641:24, 723:17, 746:1, 757:16, 757:17, 796:25, 797:8, 800:9, 800:10

**AFTERNOON** [1] - 681:1

**age** [2] - 597:20, 616:2, 637:8

**aged** [1] - 666:6

**agencies** [6] - 579:9,

580:5, 580:17, 586:14, 595:25, 606:20

**agency** [1] - 580:20

**ages** [4] - 612:18, 612:21, 619:8, 644:7

**aggressive** [1] - 680:3

**agitated** [3] - 583:23, 584:2, 584:4

**ago** [14] - 662:21, 662:22, 663:3, 663:5, 663:7, 663:12, 664:5, 665:3, 665:18, 735:16, 743:10, 755:15, 771:12, 778:18

**agree** [37] - 645:14, 647:5, 669:21, 669:24, 670:10, 670:16, 670:19, 670:25, 673:21, 674:2, 692:6, 698:18, 701:21, 706:12, 717:13, 717:18, 736:6, 764:25, 768:3, 771:11, 771:16, 771:24, 776:22, 777:3, 777:13, 778:11, 778:19, 780:24, 786:21, 788:13, 789:1, 823:16, 823:20, 824:2, 827:11, 838:23, 841:11

**agreed** [5] - 682:5, 710:20, 711:1, 711:11, 711:20

**Agreement** [1] - 706:8

**agreement** [13] - 561:19, 561:21, 561:22, 705:24, 706:23, 709:6, 710:25, 711:10, 711:18, 712:6, 801:10, 801:17, 843:24

**agricultural** [4] - 568:23, 569:2, 593:7, 831:11

**agriculture** [1] - 840:4

**Agriculture** [14] - 579:14, 666:9, 668:20, 676:14, 697:15, 701:1, 708:19, 714:25, 715:20, 719:6, 719:8, 743:14, 743:23, 744:7

**Agriculture's** [1] - 744:17

**ahead** [8] - 564:13, 698:5, 701:10, 702:6, 724:1, 736:13, 749:17, 774:21

**ailing** [2] - 575:15, 584:3

**ain't** [1] - 793:18

**air** [1] - 810:23

**airlifted** [1] - 783:15

**ALDF** [1] - 606:2

**alert** [2] - 681:3, 684:7

**alerted** [1] - 604:10

**Alexandrian** [1] - 741:4

**algae** [2] - 656:9, 754:22

**alive** [2] - 604:12, 666:5

**allegation** [2] - 705:9, 848:17

**allegations** [4] - 644:24, 719:21, 719:23, 720:18

**allege** [1] - 848:20

**alleged** [5] - 646:22, 648:16, 709:15, 710:1,

Visit www.aptusCR.com
to purchase a complete copy of the transcript.

720:6
**alleging** [1] - 849:4
**ALLEN** [1] - 800:1
**Allen** [23] - 561:5, 562:13, 795:3, 795:4, 795:5, 795:13, 796:3, 796:6, 796:22, 797:15, 800:9, 800:10, 800:18, 800:22, 817:8, 819:13, 819:15, 820:14, 824:16, 837:14, 842:3, 845:9, 845:13
**alleviate** [4] - 604:23, 771:9, 774:21, 774:25
**alleviated** [1] - 775:2
**allow** [4] - 821:14, 823:2, 840:2, 847:19
**allowed** [2] - 657:12, 679:17
**allows** [2] - 627:25, 796:19
**almost** [6] - 570:2, 597:3, 687:23, 745:25, 834:11, 841:4
**altered** [1] - 631:9
**altogether** [1] - 788:15
**ambassador** [9] - 582:3, 597:13, 597:16, 639:7, 639:8, 639:11, 651:22, 679:5, 679:14
**ambassadors** [2] - 679:12, 679:15
**ambulance** [2] - 783:8, 783:9
**American** [3] - 803:19, 807:12, 820:20
**Ames** [1] - 609:4
**amount** [14] - 593:23, 638:15, 644:3, 656:9, 677:22, 687:8, 711:19, 761:13, 761:17, 815:15, 815:17, 815:20, 842:12, 849:5
**amounts** [3] - 644:18, 677:9, 819:4
**Amoxicillin** [2] - 650:3, 694:21
**Amy** [1] - 615:20
**analysis** [3] - 704:18, 720:1, 751:19
**ANDERSON** [2] - 560:5, 674:12
**Anderson** [3] - 743:22, 745:4, 795:1
**Anderson's** [1] - 794:25
**anesthesia** [1] - 829:18
**angle** [1] - 780:13
**angry** [1] - 584:3
**animal** [140] - 566:5, 569:5, 571:23, 572:10, 572:11, 572:16, 572:20, 573:15, 574:4, 580:14, 582:3, 582:19, 586:12, 589:16, 590:3, 595:25, 596:19, 596:23, 597:14,

597:15, 597:16, 599:9, 599:23, 604:1, 606:18, 612:2, 614:21, 617:15, 623:2, 623:22, 627:4, 627:5, 627:22, 628:23, 629:21, 629:24, 630:2, 633:21, 634:4, 634:12, 634:15, 635:18, 637:7, 639:7, 639:11, 641:7, 641:11, 642:11, 651:22, 653:16, 659:17, 659:23, 659:24, 660:14, 669:2, 669:3, 669:9, 669:21, 669:24, 670:7, 670:22, 673:11, 673:15, 675:23, 679:5, 679:13, 679:15, 690:22, 696:17, 714:24, 724:13, 732:17, 735:3, 735:11, 735:13, 736:2, 736:5, 737:20, 740:2, 740:5, 745:3, 751:13, 768:19, 769:24, 771:15, 771:16, 771:18, 771:20, 771:23, 771:24, 772:1, 772:8, 776:24, 779:1, 780:15, 780:19, 790:17, 798:7, 801:11, 801:18, 801:20, 802:6, 802:7, 802:10, 804:3, 804:23, 807:15, 808:11, 809:13, 810:3, 812:5, 814:23, 815:9, 822:10, 824:14, 824:15, 824:19, 824:21, 824:23, 824:24, 825:1, 825:7, 825:11, 825:19, 830:15, 832:3, 832:9, 832:10, 832:12, 832:15, 832:16, 833:9, 836:2, 836:6, 836:15, 836:20, 840:5
**Animal** [34] - 560:8, 606:3, 677:25, 678:12, 688:13, 689:10, 700:14, 708:11, 709:17, 710:4, 711:17, 713:15, 715:13, 719:10, 720:5, 730:19, 736:19, 744:8, 744:10, 788:16, 807:18, 807:22, 807:25, 808:5, 812:17, 814:25, 818:2, 820:3, 821:5, 822:5, 825:21, 833:20, 834:13, 837:4
**Animals** [1] - 738:13
**animals** [162] - 568:20, 569:20, 572:7, 573:19, 574:1, 575:9, 576:5, 578:19, 581:8, 581:10, 582:24, 583:2, 585:5, 586:8, 587:19, 587:20, 587:23, 588:10, 588:15, 588:18, 589:1, 589:19, 590:13, 590:14, 590:20, 590:22, 591:1, 591:12, 591:14, 591:16, 591:20, 591:21, 592:8, 592:16,

592:24, 594:3, 596:3, 596:5, 597:1, 598:8, 598:13, 598:16, 600:20, 604:4, 604:6, 604:21, 605:10, 605:12, 605:15, 605:24, 606:8, 606:11, 606:15, 606:18, 606:21, 606:22, 607:4, 607:9, 607:18, 607:22, 610:1, 613:3, 622:23, 624:10, 629:4, 631:1, 631:5, 635:11, 635:12, 635:20, 635:22, 636:8, 637:3, 638:24, 639:8, 639:9, 639:22, 640:3, 641:15, 649:11, 652:8, 652:9, 652:11, 652:15, 656:19, 659:9, 659:13, 659:15, 659:20, 660:16, 670:9, 675:5, 675:15, 677:14, 680:1, 688:17, 690:22, 696:23, 696:25, 700:17, 717:23, 723:21, 726:16, 727:11, 727:13, 734:17, 734:20, 736:16, 736:19, 737:2, 737:8, 737:14, 739:22, 739:25, 744:12, 747:2, 749:7, 754:13, 755:10, 767:25, 768:6, 768:9, 768:17, 769:14, 769:19, 770:1, 774:6, 776:9, 779:16, 779:20, 788:9, 790:8, 801:22, 802:12, 802:13, 810:22, 812:3, 812:14, 815:11, 819:22, 820:1, 820:12, 826:15, 827:10, 829:8, 829:13, 829:19, 829:21, 830:1, 830:6, 830:10, 831:11, 831:16, 834:2, 834:24, 839:17, 840:3, 840:4, 842:20, 842:22, 844:8
**animals'** [1] - 650:13
**annoyed** [2] - 784:12, 785:3
**annual** [14] - 614:13, 614:14, 614:20, 678:7, 691:21, 693:14, 693:23, 725:20, 815:7, 818:3, 818:6, 819:4, 825:13, 825:18
**answer** [17] - 615:17, 671:25, 684:2, 684:3, 696:1, 698:2, 699:2, 712:16, 733:5, 761:6, 761:9, 763:13, 763:20, 791:17, 791:18, 792:13, 839:5
**answered** [1] - 769:6
**answers** [7] - 646:9, 698:3, 733:5, 749:20, 758:2, 761:7
**antelope** [1] - 802:15

**antibiotics** [1] - 695:11
**anticipate** [2] - 811:11, 850:25
**anticipated** [1] - 815:7
**anticipation** [1] - 688:2
**anyway** [4] - 584:19, 622:14, 655:24, 656:6
**apart** [2] - 620:8, 753:15
**APHIS** [10] - 602:9, 698:16, 701:19, 702:2, 703:18, 704:1, 709:12, 710:3, 812:20, 833:20
**apiece** [1] - 742:14
**apologies** [1] - 710:13
**apologize** [2] - 764:22, 800:15
**apparatus** [1] - 574:22
**appeal** [17] - 646:18, 647:10, 648:18, 648:19, 648:21, 683:4, 683:21, 684:8, 689:1, 689:4, 689:6, 689:12, 712:17, 713:10, 717:4, 717:6, 721:14
**appealed** [5] - 707:19, 710:21, 711:21, 712:11, 720:7
**appealing** [1] - 647:4
**appeals** [7] - 644:23, 645:4, 645:15, 647:6, 666:9, 666:17, 689:15
**appear** [5] - 573:1, 577:20, 599:7, 727:8, 832:20
**APPEARANCES** [1] - 560:2
**appeared** [4] - 572:18, 583:5, 603:2, 604:3
**appellate** [1] - 683:10
**appendix** [2] - 684:9, 684:11
**applicable** [1] - 710:8
**application** [4] - 677:19, 808:13, 808:17, 809:12
**applications** [1] - 825:10
**apply** [3] - 646:22, 814:22, 850:4
**applying** [3] - 812:25, 815:2, 826:21
**appointed** [1] - 809:7
**appointing** [1] - 674:21
**approach** [2] - 798:14, 817:15
**approached** [1] - 765:4
**appropriate** [2] - 606:7, 674:2
**appropriation** [1] - 824:8
**approval** [1] - 844:18
**approve** [1] - 809:19
**approximate** [1] - 696:21
**April** [6] - 565:13, 566:10, 646:12, 707:7, 711:1, 711:11
**Aquarium** [2] - 803:19, 807:13
**Aquariums** [7] - 562:15,

to purchase a complete copy of the transcript.

734:10, 801:20, 807:9, 807:11, 811:21, 821:25
**aquariums** [2] - 670:9, 801:23
**area** [21] - 582:3, 586:21, 589:15, 592:4, 597:14, 598:19, 615:16, 618:21, 620:18, 637:24, 653:19, 656:1, 656:3, 658:19, 687:11, 713:24, 748:20, 757:9, 786:24, 840:5, 843:12
**areas** [7] - 570:4, 593:2, 637:17, 637:20, 647:22, 679:2
**argued** [2] - 715:1, 715:8
**arguing** [1] - 721:4
**argument** [11] - 796:9, 796:10, 796:12, 796:17, 847:25, 848:2, 848:12, 848:21, 848:22, 849:24, 850:13
**arguments** [7] - 847:18, 847:20, 847:21, 847:24, 851:1, 851:6
**Arkansas** [1] - 638:3
**armpits** [1] - 657:25
**arms** [1] - 782:17
**arrested** [1] - 588:21
**arrive** [2] - 567:21, 723:6
**arrived** [4] - 581:16, 685:14, 693:13, 695:16
**articles** [1] - 567:15
**arts** [1] - 805:20
**aside** [1] - 760:5
**aspect** [2] - 676:1, 808:14
**aspects** [2] - 804:2, 809:14
**assessment** [3] - 695:24, 808:4, 813:10
**assessments** [1] - 817:21
**asset** [1] - 818:17
**assets** [13] - 740:24, 741:4, 762:4, 763:13, 763:14, 763:15, 763:21, 764:4, 815:22, 816:3, 816:9, 818:13, 818:20
**assigned** [1] - 828:1
**assistant** [4] - 609:5, 609:9, 802:23, 803:6
**assistants** [1] - 604:14
**assisting** [1] - 803:10
**associate** [1] - 803:9
**associated** [1] - 602:16
**Association** [10] - 562:14, 734:10, 801:19, 803:19, 807:8, 807:10, 807:13, 811:21, 820:21, 821:24
**association** [1] - 612:8
**assume** [9] - 567:24, 579:2, 581:15, 663:11, 703:25, 746:20, 817:11, 833:21
**assumed** [1] - 804:13

**assuming** [1] - 849:25
**assurance** [1] - 744:23
**assured** [1] - 575:13
**asterisks** [1] - 786:3
**ate** [1] - 655:3
**atrocious** [1] - 654:18
**Attachment** [1] - 832:24
**attacked** [5] - 772:3, 772:4, 781:5, 786:14, 786:22
**attempted** [2] - 689:12, 701:6
**attempting** [1] - 564:8
**attendance** [1] - 742:24
**attendant** [1] - 802:12
**attendants** [2] - 645:6, 717:9
**attended** [1] - 675:19
**attending** [1] - 691:3
**attention** [6] - 570:9, 575:20, 579:8, 579:23, 677:8, 791:8
**attorney** [3] - 689:2, 758:3, 761:5
**attorneys** [2] - 798:23, 799:6
**attracting** [3] - 570:7, 599:25, 690:8
**attraction** [1] - 568:25
**attributed** [1] - 569:23
**auction** [1] - 736:22
**audible** [2] - 805:15, 834:5
**August** [12] - 567:12, 601:9, 603:21, 679:14, 689:23, 692:21, 692:25, 693:14, 694:9, 695:18, 744:3, 772:19
**Austin** [1] - 801:5
**authorities** [1] - 564:17
**authority** [6] - 672:21, 672:24, 673:11, 673:14, 809:16, 824:9
**automatic** [5] - 626:23, 626:24, 659:10, 659:23, 755:14
**automatics** [1] - 659:14
**available** [21] - 653:1, 697:16, 698:16, 699:8, 701:18, 702:2, 758:25, 801:13, 814:8, 814:13, 815:13, 815:14, 815:22, 816:9, 817:22, 830:5, 834:18, 835:4, 844:10, 845:6, 849:7
**Avenue** [1] - 560:8
**average** [1] - 759:9
**aviary** [1] - 635:25
**avoid** [1] - 679:25
**AWA** [3] - 660:18, 834:19, 839:11
**aware** [9] - 572:20, 606:6, 715:12, 745:9, 767:21, 773:1, 774:7, 774:14, 774:15, 774:17, 775:5,

776:11, 777:1, 777:6, 777:9, 779:21, 786:19, 786:23, 789:25, 791:6
**awful** [1] - 767:4
**ax** [1] - 756:10
**AZA** [23] - 590:6, 607:19, 734:20, 734:23, 734:24, 803:20, 806:7, 807:12, 808:5, 808:8, 808:9, 808:10, 808:14, 808:15, 809:7, 821:6, 821:12, 821:17, 823:23, 826:18, 827:2, 827:6, 827:12

# B

**babies** [4] - 644:5, 652:6, 659:21, 662:2
**baboon** [14] - 571:21, 582:2, 639:2, 770:9, 770:13, 770:15, 770:16, 770:23, 772:20, 772:22, 772:24, 773:1, 773:3, 774:19
**baboons** [3] - 772:14, 774:1, 774:6
**baby** [5] - 571:21, 582:2, 597:20, 771:1, 771:5
**bachelor** [1] - 800:25
**bachelor's** [1] - 805:20
**background** [5] - 599:17, 610:3, 748:21, 800:24, 839:21, 842:4
**backhoe** [1] - 641:13
**backup** [2] - 650:3, 674:22
**bacteria** [1] - 636:22
**bad** [6] - 643:19, 647:22, 753:21, 765:17, 783:22, 783:23
**bag** [1] - 642:2
**Baker** [2] - 714:17, 714:22
**balance** [10] - 740:22, 740:23, 741:1, 741:14, 815:23, 816:7, 817:24, 818:17, 819:6, 819:19
**balances** [1] - 819:2
**baleage** [1] - 651:2
**ball** [1] - 660:13
**balls** [1] - 617:19
**bandied** [1] - 635:19
**Bank** [1] - 562:7
**bank** [12] - 727:21, 728:5, 728:8, 730:8, 762:1, 762:2, 764:8, 765:4, 818:22, 819:1, 819:12, 824:9
**banker** [1] - 742:2
**banks** [1] - 728:6
**barbering** [1] - 653:22
**bare** [1] - 841:5
**bark** [1] - 622:17
**barnyard** [1] - 636:6
**barrels** [2] - 654:24, 723:17

**barren** [4] - 572:9, 577:21, 843:8, 843:9
**barrier** [4] - 576:6, 619:22, 717:8, 717:15
**barriers** [2] - 645:5, 646:16
**baseball** [1] - 634:7
**based** [20] - 581:6, 589:5, 601:2, 604:13, 605:5, 681:14, 696:18, 734:20, 764:25, 813:22, 815:7, 825:16, 825:23, 826:17, 829:23, 830:3, 830:8, 834:22, 835:2, 837:3
**baseline** [1] - 830:17
**Basic** [5] - 672:6, 672:9, 672:13, 679:24, 691:24
**basic** [3] - 612:2, 733:25, 824:4
**basis** [14] - 623:11, 655:24, 678:8, 691:21, 709:16, 722:17, 723:4, 723:8, 725:20, 730:18, 732:8, 763:9, 821:15, 823:25
**bat** [2] - 791:24, 792:1
**bathing** [1] - 574:18
**bathroom** [1] - 599:23
**BB** [1] - 847:10
**bear** [5] - 652:10, 660:10, 716:9, 793:15, 841:15
**bearing** [1] - 660:14
**bears** [7] - 623:8, 638:23, 657:15, 659:13, 737:1, 786:5, 788:3
**became** [1] - 575:10
**become** [7] - 625:21, 679:16, 767:2, 767:8, 788:3, 789:21, 808:9
**becomes** [2] - 848:19, 849:7
**bedding** [5] - 599:8, 627:25, 675:18, 688:2, 690:22
**beef** [2] - 616:15, 644:15
**begin** [3] - 681:2, 791:14, 830:5
**beginning** [4] - 740:1, 757:23, 791:13, 835:25
**begs** [1] - 658:1
**behalf** [5] - 560:6, 560:9, 560:12, 560:15, 607:6
**behaving** [1] - 657:2
**behavior** [7] - 628:21, 643:14, 643:15, 657:6, 657:11, 658:21, 669:9
**behavioral** [1] - 653:23
**behaviors** [1] - 573:17
**behind** [1] - 574:12, 574:25, 626:22, 658:16, 768:12, 788:12
**Behlen's** [1] - 656:21
**believes** [3] - 713:23, 720:10, 816:24

to purchase a complete copy of the transcript.

**Bell** [2] - 566:17, 609:4

**belong** [1] - 610:10

**below** [1] - 752:15

**bent** [2] - 752:1, 752:8

**best** [6] - 580:15, 605:13, 613:4, 628:6, 822:10, 826:25

**better** [13] - 581:11, 604:24, 604:25, 621:11, 627:9, 749:20, 767:5, 768:14, 769:14, 784:8, 790:6, 798:12, 817:18

**between** [23] - 566:10, 576:5, 576:7, 603:20, 619:23, 635:21, 650:9, 655:16, 657:17, 679:16, 694:9, 705:13, 737:18, 748:20, 752:2, 752:6, 763:21, 764:14, 764:24, 766:4, 789:24, 816:1, 834:3

**beyond** [9] - 606:5, 607:19, 654:15, 678:15, 678:17, 678:20, 679:1, 821:11, 822:25

**big** [51] - 572:23, 596:3, 609:13, 609:18, 609:21, 611:21, 611:24, 611:25, 612:10, 613:19, 615:13, 616:11, 616:18, 616:23, 623:7, 624:24, 626:15, 628:14, 640:14, 640:20, 644:3, 660:10, 671:2, 672:24, 673:8, 673:15, 675:12, 691:17, 691:20, 699:12, 701:11, 702:18, 746:11, 749:7, 750:11, 753:3, 753:8, 756:15, 760:15, 760:18, 768:8, 769:7, 769:17, 774:12, 777:20, 781:8, 786:5, 788:2, 789:21, 828:7

**Big** [1] - 673:21

**bigger** [6] - 595:18, 755:2, 768:1, 768:4, 768:7, 768:14

**bill** [2] - 596:4, 596:6

**bills** [3] - 727:14, 728:17, 818:19

**binder** [13] - 564:10, 666:12, 674:7, 680:8, 684:19, 686:17, 757:18, 764:11, 770:20, 806:12, 819:13, 820:15, 835:21

**binders** [2] - 603:8, 682:13

**biological** [3] - 669:25, 670:8, 801:21

**biology** [1] - 801:2

**biosecurity** [2] - 647:16, 647:18

**birds** [10] - 635:21, 635:23, 635:24, 636:2, 636:17, 757:3, 802:14, 812:14, 831:11, 842:23

**birthday** [5] - 633:17,

654:23, 654:25, 655:6

**bit** [28] - 567:4, 570:12, 582:4, 588:13, 590:8, 590:12, 591:6, 604:18, 604:25, 611:21, 651:7, 676:13, 722:4, 749:21, 755:1, 755:5, 757:2, 771:5, 774:13, 781:12, 782:14, 784:6, 785:14, 785:16, 789:7, 790:7, 830:23, 843:12

**bite** [3] - 654:1, 782:16, 782:18

**bites** [1] - 576:17

**bitten** [1] - 781:7

**black** [3] - 657:15, 687:11, 797:21

**Blank** [27] - 590:1, 803:24, 804:1, 804:5, 804:6, 804:7, 804:11, 804:12, 804:18, 805:7, 807:23, 810:8, 810:19, 812:19, 824:12, 824:13, 825:1, 825:10, 827:25, 837:19, 837:23, 838:12, 839:11, 839:18, 840:2, 843:4, 845:15

**bleach** [4] - 656:11, 656:15, 755:2, 755:4

**blizzard** [4] - 592:13, 593:23, 675:4, 675:12

**blizzards** [2] - 675:13, 675:14

**block** [1] - 601:16

**BLOME** [121] - 560:8, 564:5, 564:23, 570:22, 571:11, 601:17, 601:20, 601:24, 602:2, 602:6, 603:15, 603:19, 607:25, 608:2, 610:14, 610:19, 623:24, 630:12, 631:17, 645:21, 653:8, 660:24, 661:16, 661:19, 661:21, 661:23, 662:11, 666:22, 668:4, 670:5, 674:10, 674:13, 674:15, 681:20, 682:5, 682:8, 682:11, 682:23, 683:22, 684:1, 684:3, 684:12, 684:15, 687:16, 704:7, 706:17, 707:24, 708:25, 710:12, 711:25, 712:21, 716:11, 716:19, 716:21, 717:2, 718:16, 719:13, 720:2, 720:10, 720:14, 721:1, 726:5, 728:22, 730:23, 731:17, 733:12, 734:2, 738:15, 738:19, 745:21, 745:24, 747:16, 794:23, 795:1, 795:3, 795:5, 795:8, 795:15, 795:18, 795:20, 796:16, 797:2, 797:14, 797:22, 798:1, 798:5, 798:11, 798:14, 799:20, 799:23, 800:8, 807:1,

811:15, 811:17, 811:19, 816:14, 816:22, 817:11, 817:15, 819:11, 822:18, 837:5, 837:8, 841:22, 843:19, 844:1, 844:3, 845:9, 845:24, 846:4, 847:2, 847:16, 848:3, 849:6, 849:11, 850:8, 850:10, 850:22, 851:22, 852:1, 852:4

**Blome** [5] - 564:3, 680:9, 764:13, 811:9, 811:14, 819:8, 843:17, 845:23, 846:3, 847:1, 847:15, 848:1, 850:21, 851:21, 852:3

**blood** [3] - 576:16, 691:20, 830:18

**blow** [1] - 591:10

**blue** [1] - 715:16

**Blue** [1] - 560:11

**board** [3] - 755:3, 805:8, 824:13

**bobcat** [1] - 659:13

**bobcats** [1] - 655:15

**body** [1] - 692:22

**bonded** [1] - 657:22

**bone** [1] - 644:9

**book** [5] - 618:9, 661:8, 662:20, 715:16, 846:22

**booking** [1] - 765:2

**booklet** [1] - 625:17

**books** [3] - 664:8, 678:24, 759:7

**boot** [1] - 648:12

**booth** [3] - 669:14, 832:2, 836:7

**boots** [1] - 648:5

**bored** [1] - 573:13

**born** [2] - 612:25, 679:14

**borrow** [3] - 639:25, 762:2

**bossy** [1] - 620:6

**bother** [2] - 684:19, 752:10

**bothered** [8] - 572:21, 573:3, 574:20, 576:19, 576:20, 583:25, 721:5, 775:12

**bothersome** [1] - 573:2

**bottle** [2] - 613:17, 651:25

**bottom** [15] - 593:12, 601:16, 638:20, 643:21, 690:5, 741:24, 742:12, 743:21, 752:13, 752:16, 752:24, 763:6, 780:11, 789:19, 823:8

**bought** [1] - 775:17

**boulders** [2] - 810:15, 811:1

**bounce** [2] - 774:11, 774:12

**bounced** [1] - 774:10

**bowed** [1] - 774:3

**bowing** [1] - 774:4

**bowl** [2] - 654:19, 755:20

**bowling** [2] - 617:19, 617:22

**bowls** [1] - 660:1

**box** [3] - 657:17, 678:8, 738:21

**Box** [1] - 560:12

**boy** [1] - 645:2

**branch** [7] - 656:11, 751:8, 789:6, 789:12, 789:13, 792:20, 793:6

**branches** [3] - 621:18, 751:6, 785:12

**Braumann** [4] - 596:17, 655:10, 655:25, 657:1

**breached** [3] - 751:12, 776:23, 776:25

**break** [6] - 577:3, 601:25, 680:12, 681:6, 684:16, 774:24

**breathing** [1] - 641:25

**breeders** [3] - 737:4, 737:5, 740:1

**breeding** [1] - 616:7

**brief** [3] - 598:12, 683:8, 762:25

**Brief** [1] - 832:24

**briefly** [5] - 570:14, 682:8, 732:23, 748:23, 748:24

**briefs** [3] - 684:9, 796:11, 851:23

**bring** [4] - 624:25, 640:22, 647:25, 681:5

**bringing** [2] - 579:8, 640:22

**brittle** [1] - 644:8

**broad** [1] - 721:11

**broke** [2] - 618:25, 654:6

**broken** [1] - 797:25

**brother** [3] - 634:14, 642:5, 642:9

**brought** [1] - 642:4

**brown** [1] - 687:11

**Brown** [1] - 738:4

**Brown's** [1] - 738:3

**buddy** [1] - 643:4

**budget** [1] - 676:6

**budgeting** [1] - 676:7

**budgets** [4] - 813:14, 814:4, 815:7, 820:2

**build** [5] - 686:22, 690:6, 768:4, 768:7, 777:3

**build-up** [2] - 686:22, 690:6

**building** [8] - 620:24, 621:25, 622:12, 650:21, 650:23, 749:5, 770:25, 838:3

**buildings** [3] - 624:12, 650:22, 678:25

**buildup** [3] - 688:20, 754:22, 755:1

**built** [10] - 627:20, 640:18, 753:13, 785:9, 789:14,

Case 6:14-cv-02034-JSS   Document 74   Filed 10/30/15   Page 84 of 115

to purchase a complete copy of the transcript.

810:7, 810:10, 810:21, 810:25, 811:2
**bulk** [3] - 845:15, 845:17, 845:19
**bunks** [1] - 594:3
**buried** [1] - 752:20
**burn** [2] - 650:6, 650:14
**bury** [2] - 641:11, 641:12
**bushels** [1] - 624:22
**business** [3] - 647:23, 730:2, 801:1
**busy** [2] - 759:7, 850:3
**butter** [1] - 621:21
**buy** [5] - 638:5, 640:6, 736:25, 737:2, 737:4
**buying** [1] - 737:19
**buzzing** [1] - 623:22
**BY** [14] - 564:5, 608:6, 611:19, 629:15, 660:24, 684:15, 746:8, 748:7, 757:15, 792:9, 800:8, 811:19, 843:19, 845:12

**C**

**CAD** [1] - 751:2
**cage** [15] - 572:9, 578:11, 584:7, 585:17, 617:3, 642:25, 643:4, 644:11, 644:17, 671:17, 671:19, 678:21, 751:6, 752:1, 781:11
**cages** [15] - 570:7, 588:4, 588:10, 623:10, 628:2, 656:23, 671:18, 724:13, 749:5, 750:18, 751:21, 753:25, 754:18, 755:12, 789:14
**cake** [2] - 654:24, 655:6
**Cal** [1] - 644:1
**calcium** [1] - 616:16
**calculation** [2] - 756:19, 824:22
**calendar** [4] - 654:7, 703:3, 724:18, 724:25
**California** [1] - 560:9
**Callison** [2] - 566:18, 609:4
**camera** [1] - 576:8
**canal** [1] - 576:18
**cannot** [3] - 620:19, 620:22, 753:18
**capital** [11] - 801:14, 814:8, 814:13, 815:8, 815:14, 815:19, 817:22, 820:1, 823:15, 824:7, 825:19
**capitalized** [1] - 732:6
**captive** [1] - 815:11
**captivity** [2] - 659:6, 838:20
**capture** [1] - 584:16
**car** [4] - 568:22, 685:23,

715:4, 826:22
**carbons** [1] - 751:18
**carcass** [1] - 644:14
**carcasses** [3] - 639:13, 639:20, 641:16
**card** [1] - 672:3
**care** [57] - 568:20, 590:21, 596:5, 603:2, 605:13, 605:17, 607:4, 607:10, 607:17, 607:21, 614:15, 618:9, 649:22, 653:13, 691:2, 692:5, 692:12, 692:13, 720:12, 723:21, 732:15, 734:17, 743:24, 749:17, 753:7, 759:6, 765:1, 802:12, 804:23, 808:11, 809:13, 812:6, 814:23, 819:25, 820:6, 822:10, 824:14, 825:15, 825:16, 825:20, 826:3, 826:4, 826:13, 826:15, 827:4, 829:1, 829:4, 829:14, 829:25, 830:6, 831:13, 832:3, 832:9, 832:10, 832:12, 834:23, 839:17
**Care** [7] - 672:7, 672:9, 672:14, 673:21, 679:25, 691:24
**cared** [3] - 591:17, 670:9, 801:22
**career** [2] - 806:20, 806:21
**caretaker** [1] - 802:23
**caring** [2] - 590:13, 691:9
**carnivores** [2] - 616:13, 619:6, 624:10
**Carolina** [2] - 714:11, 714:12
**carried** [1] - 751:17
**carry** [1] - 621:18
**carrying** [1] - 651:21
**case** [25] - 566:8, 603:10, 604:3, 611:11, 623:4, 628:13, 648:22, 648:25, 656:17, 681:10, 694:21, 704:18, 717:1, 733:9, 753:16, 753:21, 796:4, 812:10, 813:7, 813:17, 832:6, 836:2, 836:19, 836:21, 851:12
**cases** [2] - 827:7, 851:17
**cash** [10] - 760:1, 760:5, 760:7, 760:11, 760:12, 760:14, 761:13, 761:17, 818:3, 818:17
**Casper** [23] - 642:16, 642:17, 642:19, 642:20, 642:21, 643:9, 649:5, 649:8, 649:18, 692:20, 692:22, 692:25, 694:6, 694:11, 694:14, 694:16, 694:20, 694:23, 699:16, 699:22, 700:8, 700:11, 700:20

**Cassaya** [3] - 633:24, 655:20, 664:25
**casual** [1] - 583:6
**cat** [18] - 613:25, 617:4, 617:16, 623:8, 628:15, 641:23, 642:4, 649:13, 657:11, 657:14, 671:2, 672:24, 673:8, 693:10, 693:13, 702:18, 781:23, 790:20
**Cat** [6] - 672:7, 672:9, 672:14, 673:21, 679:24, 691:24
**cataracts** [1] - 693:19
**categories** [4] - 653:12, 653:15, 808:12, 808:13
**Category** [2] - 571:7, 738:17
**Cats** [1] - 738:13
**cats** [48] - 596:3, 609:13, 609:19, 609:21, 611:21, 611:24, 611:25, 612:10, 613:1, 613:9, 613:19, 615:13, 616:12, 616:13, 616:18, 616:21, 616:23, 628:4, 628:10, 628:14, 628:16, 640:10, 640:14, 640:20, 643:5, 644:3, 644:4, 644:8, 656:15, 659:3, 659:4, 659:12, 673:6, 673:15, 691:17, 691:20, 699:12, 702:15, 737:1, 746:11, 746:12, 753:3, 753:8, 786:5, 788:2, 789:21, 828:7
**cattle** [5] - 574:17, 713:25, 742:18, 843:4, 843:15
**caused** [1] - 693:22
**causing** [1] - 834:24
**cautiously** [2] - 597:7, 607:9
**CC** [1] - 847:11
**CDT** [1] - 640:12
**cease** [1] - 589:6
**Cedar** [2] - 560:5, 560:15
**ceilings** [2] - 624:12, 756:20, 775:11
**cell** [1] - 693:17
**cemented** [1] - 752:23
**center** [3] - 650:21, 651:12, 651:14
**Center** [1] - 560:5
**central** [1] - 566:16
**certain** [5] - 585:18, 656:16, 723:20, 821:14, 848:21
**certainly** [15] - 568:24, 569:20, 572:10, 577:23, 590:12, 605:12, 631:20, 665:10, 668:4, 670:16, 675:20, 822:7, 829:7, 848:15, 849:1
**certificate** [1] - 733:25
**Certificate** [1] - 562:5

**certificates** [1] - 805:18
**certification** [1] - 612:2
**certified** [2] - 718:1, 728:2
**cetera** [1] - 749:7
**chain** [10] - 618:21, 751:15, 752:6, 752:11, 753:1, 771:8, 774:2, 774:10, 774:19, 776:8
**chain-link** [9] - 618:21, 751:15, 752:6, 752:11, 771:8, 774:2, 774:10, 774:19, 776:8
**chains** [1] - 621:20
**chair** [1] - 806:11
**chairman** [1] - 806:8
**chance** [5] - 630:24, 667:8, 686:25, 687:3, 847:23
**change** [13] - 591:17, 597:5, 763:20, 765:13, 765:19, 766:1, 766:21, 790:7, 790:20, 831:7, 844:9, 844:21, 850:1
**changed** [5] - 599:12, 599:13, 631:9, 643:7, 757:6
**changes** [2] - 584:25, 772:23
**changing** [3] - 686:13, 693:7, 766:4
**characterized** [1] - 686:4
**charge** [4] - 776:19, 803:7, 803:13, 804:2
**charged** [1] - 606:20
**charges** [1] - 829:5
**Charles** [1] - 745:11
**chart** [2] - 696:12
**charter** [1] - 806:6
**chastised** [1] - 590:12
**chat** [1] - 597:12
**check** [14] - 579:19, 587:22, 590:19, 590:20, 678:8, 694:15, 738:21, 740:14, 749:13, 749:15, 754:19, 755:7, 838:15, 839:6
**checked** [1] - 693:18
**checklist** [5] - 680:7, 684:17, 696:23, 711:9, 832:19
**checkmarks** [2] - 832:22, 833:3
**chemistry** [1] - 801:2
**Cheyenne** [10] - 563:5, 803:3, 803:22, 807:23, 812:20, 826:9, 827:24, 840:13, 840:16, 841:17
**chicken** [2] - 616:15, 644:15
**chickens** [1] - 636:5
**child** [1] - 652:7
**children** [1] - 583:4
**chip** [1] - 756:9
**choose** [4] - 574:2, 618:2, 620:13

www.aptusCR.com
to purchase a complete copy of the transcript.

**chooses** [1] - 614:16

**chops** [1] - 632:11

**chores** [6] - 660:5, 674:22, 685:23, 685:25, 687:5, 782:25

**chose** [1] - 592:2

**chronic** [2] - 704:24, 707:15

**chuckle** [1] - 790:10

**chuff** [4] - 613:16, 613:18, 613:20, 613:22

**chuffing** [1] - 613:24

**Chuki** [3] - 619:11, 634:20, 665:21

**circle** [1] - 600:2

**circumstances** [1] - 822:4

**citation** [1] - 685:2

**citations** [6] - 684:24, 720:7, 744:4, 788:25, 833:16, 848:4

**cite** [4] - 715:9, 785:19, 848:17, 849:3

**cited** [6] - 628:22, 688:7, 690:1, 725:2, 725:5, 785:10

**citizen** [1] - 681:23

**City** [9] - 745:11, 783:16, 783:17, 802:4, 802:8, 802:11, 802:17, 802:19

**city** [6] - 650:14, 745:12, 758:24, 804:14, 805:2, 812:3

**claims** [1] - 714:1

**clarify** [1] - 717:7

**classroom** [4] - 671:4, 671:7, 671:8, 671:12

**claws** [2] - 793:15

**clean** [21] - 590:2, 592:25, 623:6, 644:18, 660:11, 686:25, 687:3, 687:18, 749:13, 754:23, 755:5, 755:8, 755:16, 755:22, 756:7, 756:10, 765:23, 766:5, 766:7, 767:1, 767:20

**cleaned** [6] - 569:11, 577:15, 623:10, 623:12, 687:2, 755:6

**cleaning** [11] - 582:20, 676:20, 678:23, 686:7, 724:13, 749:5, 754:18, 766:8, 832:4, 832:14, 834:14

**clear** [10] - 571:5, 601:12, 604:3, 626:24, 671:15, 681:13, 682:9, 683:5, 704:23, 798:19

**clearly** [1] - 798:6

**Cleopatra** [4] - 629:25, 662:17, 662:19, 662:23

**Clerk** [2] - 729:7, 798:24

**CLERK** [4] - 798:25, 799:6, 799:9, 799:15

**client** [1] - 567:1

**climate** [3] - 591:17, 643:8, 810:23

**climate-controlled** [1] - 810:23

**clinging** [1] - 652:3

**Clinic** [1] - 726:17

**clinic** [3] - 826:10, 828:3, 838:3

**clips** [2] - 779:10, 794:5

**clock** [1] - 659:22

**close** [11] - 576:1, 576:2, 576:7, 578:21, 583:18, 583:21, 646:4, 652:14, 654:22, 691:3, 691:6

**close-up** [1] - 576:2

**closed** [6] - 591:15, 592:19, 718:7, 779:17, 785:18, 793:18

**closely** [2] - 607:22, 697:1

**closer** [2] - 645:23, 769:12

**closest** [1] - 570:3

**closing** [3] - 847:21, 848:2, 848:12

**cloth** [3] - 617:25, 659:7, 771:9

**clothes** [1] - 651:4

**club** [1] - 734:12

**coatimundi** [1] - 739:1

**Coberly** [2] - 798:20, 798:24

**cobwebs** [1] - 687:12

**coin** [1] - 721:9

**cold** [9] - 574:2, 593:10, 604:21, 620:14, 652:12, 695:10, 756:5, 767:4, 836:20

**Cole** [10] - 676:24, 685:8, 685:9, 685:14, 686:21, 687:7, 688:7, 688:10, 690:1, 714:7

**Cole's** [1] - 685:18

**collapse** [1] - 655:20

**collapsed** [1] - 655:21

**collection** [8] - 804:4, 812:11, 812:13, 815:11, 819:21, 825:7, 826:16, 829:8

**college** [3] - 802:2, 802:22, 842:5

**color** [4] - 600:11, 700:2, 797:23, 798:16

**Colorado** [2] - 803:3, 803:4

**column** [16] - 685:5, 685:6, 711:13, 726:13, 727:3, 727:5, 727:7, 741:2, 741:7, 758:11, 828:25, 832:21, 832:22, 832:25, 833:3, 833:10

**columns** [1] - 685:7

**combination** [1] - 652:10

**combined** [1] - 569:21

**comfort** [3] - 573:20, 573:23, 768:18

**comfortable** [8] - 590:11, 683:14, 684:5, 734:19,

**climate-controlled** [1] - 810:23

734:24, 735:1, 777:18, 815:16

**comfortably** [1] - 599:9

**coming** [4] - 583:23, 619:10, 624:19, 643:6

**comment** [1] - 607:16

**commission** [3] - 809:6, 809:18, 809:19

**Committee** [1] - 806:9

**committee** [5] - 809:2, 809:5, 809:8, 809:9, 811:24

**committees** [1] - 806:11

**common** [2] - 677:7, 744:25

**community** [1] - 845:2

**compact** [2] - 767:12, 767:18

**compacts** [1] - 766:24

**company** [1] - 836:3

**compare** [1] - 661:9

**compared** [2] - 666:6, 677:22

**comparison** [2] - 569:3, 824:13

**compiled** [3] - 696:15, 696:18, 733:14

**complaint** [30] - 561:25, 564:12, 564:22, 565:12, 565:14, 565:23, 580:1, 581:4, 601:2, 601:9, 601:19, 602:7, 602:16, 603:4, 603:7, 603:24, 604:14, 605:1, 605:2, 605:5, 719:5, 719:22, 720:9, 720:24, 721:3, 721:6, 721:7, 721:9, 721:22

**Complaint** [1] - 562:12

**complaints** [11] - 564:14, 564:16, 565:10, 565:21, 567:17, 579:8, 581:5, 589:10, 590:21, 629:3, 644:23

**complete** [6] - 564:15, 601:8, 621:7, 721:13, 797:5, 804:13

**completely** [5] - 618:24, 623:12, 650:5, 653:18, 716:3

**compliance** [12] - 565:15, 567:1, 677:25, 678:4, 688:14, 713:18, 713:20, 778:14, 814:25, 818:2, 821:4, 834:12

**compliant** [2] - 607:14, 808:2

**complied** [1] - 700:14

**comply** [5] - 660:18, 705:1, 705:2, 705:10

**comport** [2] - 669:4, 846:25

**comports** [1] - 668:23

**comprehensive** [1] - 819:25

**compulsive** [1] - 676:20

**computations** [2] - 816:2, 816:5

**computer** [1] - 697:10

**concern** [9] - 588:17, 591:18, 591:25, 598:7, 605:15, 683:3, 774:9, 793:16

**concerned** [12] - 591:22, 592:8, 604:2, 681:9, 681:23, 681:24, 744:9, 768:13, 773:15, 774:15, 774:18, 785:6

**concerning** [8] - 572:24, 576:13, 579:21, 603:25, 644:23, 645:5, 646:13, 818:25

**concerns** [21] - 566:6, 567:17, 579:18, 579:22, 580:10, 580:19, 581:6, 586:8, 586:12, 587:20, 590:20, 592:16, 593:21, 594:4, 594:5, 595:12, 599:20, 607:7, 614:22, 775:13, 845:5

**conclude** [3] - 796:5, 846:5, 852:7

**concluded** [2] - 743:23, 852:9

**conclusion** [4] - 566:11, 709:17, 817:25, 818:14

**conclusions** [4] - 683:18, 720:23, 821:16, 851:5

**concrete** [4] - 766:24, 767:3, 767:8, 767:10

**condition** [7] - 606:16, 613:4, 642:20, 643:19, 643:22, 692:23, 744:13

**conditions** [10] - 572:20, 572:21, 585:4, 592:17, 594:22, 594:24, 595:19, 603:1, 607:2, 635:16

**conduct** [4] - 691:16, 692:11, 701:13, 787:13

**conducted** [10] - 700:19, 709:13, 770:21, 772:19, 773:18, 776:3, 778:3, 779:13, 787:25, 789:18

**cone** [4] - 638:9, 638:15, 638:17, 638:18

**cones** [1] - 638:20

**confer** [4] - 607:25, 745:22, 792:2, 837:6

**conference** [1] - 735:19

**confident** [2] - 577:2, 682:25

**confidentiality** [1] - 843:24

**confirm** [10] - 564:15, 570:15, 666:16, 671:11, 674:10, 729:14, 731:13, 738:1, 764:13, 848:25

**confrontational** [1] - 580:16

**confused** [1] - 625:21

www.CR4DM.com

to purchase a complete copy of the transcript.

**confusion** [1] - 683:6

**connect** [1] - 595:17

**connected** [3] - 583:5, 660:8, 776:7

**connecting** [2] - 595:25, 603:4

**connection** [2] - 589:9, 605:9

**conservation** [9] - 670:23, 671:21, 672:3, 672:20, 801:13, 804:4, 804:24, 807:16, 808:11

**Conservation** [12] - 562:4, 612:2, 612:4, 671:3, 672:13, 672:17, 672:21, 673:8, 674:3, 679:24, 691:24, 806:9

**conserve** [1] - 628:18

**consider** [7] - 573:17, 688:10, 720:19, 743:6, 825:5, 825:11, 850:24

**considered** [1] - 713:16

**consist** [1] - 746:14

**consistent** [1] - 683:12

**consisting** [1] - 645:11

**consists** [1] - 797:20

**constantly** [4] - 624:13, 624:16, 643:16, 688:23

**constituted** [1] - 685:11

**construction** [2] - 748:25

**consult** [1] - 614:3

**consultation** [1] - 694:9

**consulted** [3] - 615:24, 695:21, 696:4

**consulting** [1] - 827:8

**consults** [1] - 734:24

**consumption** [1] - 644:16

**contact** [3] - 580:4, 638:24, 840:5

**contain** [4] - 728:24, 774:5, 776:9, 788:9

**container** [1] - 638:18

**containers** [1] - 598:11

**contains** [1] - 733:8

**contemplate** [1] - 589:1

**contemplated** [1] - 589:12

**content** [3] - 565:10, 613:14, 728:3

**contented** [1] - 584:19

**contents** [1] - 630:6

**contingencies** [2] - 732:12, 824:6

**contingency** [10] - 673:22, 673:25, 674:8, 674:16, 674:17, 675:8, 823:25, 835:9, 835:11, 835:13

**continuance** [1] - 599:4

**continue** [4] - 589:5, 648:6, 648:7, 682:7

**Continued** [6] - 561:10, 562:1, 563:1, 629:14, 684:14, 811:18

**continued** [1] - 589:3, 590:16, 594:23

**continues** [1] - 791:19

**continuing** [2] - 595:21, 711:17

**continuous** [1] - 808:24

**continuously** [1] - 834:21

**contract** [12] - 622:21, 625:6, 727:5, 827:9, 827:16, 827:25, 838:7, 843:22, 844:1, 844:4, 844:5, 844:8

**contracting** [4] - 826:8, 826:11, 828:1, 828:3

**contractor** [1] - 810:21

**contractors** [1] - 810:24

**contribute** [3] - 758:18, 759:19, 762:4

**contributions** [3] - 758:12, 758:15, 759:15

**control** [4] - 678:21, 825:14, 829:12, 836:13

**controlled** [1] - 810:23

**controversy** [1] - 576:1

**convenient** [2] - 680:12, 754:10

**conversation** [6] - 587:16, 763:1, 763:18, 768:23, 769:16, 791:10

**cool** [1] - 627:16

**coolest** [1] - 628:16

**cooling** [1] - 574:24

**Cooper** [2] - 714:14, 714:16

**coordinating** [1] - 805:1

**coordination** [1] - 807:15

**copied** [1] - 579:13

**copies** [4] - 666:19, 681:4, 681:6, 716:20, 798:21, 799:4

**copy** [11] - 601:8, 602:9, 662:10, 684:22, 697:12, 698:8, 797:18, 798:13, 799:4, 799:7, 799:11

**corn** [5] - 656:17, 656:21, 656:22

**corner** [7] - 593:13, 600:1, 626:5, 651:5, 651:8, 651:15, 823:8

**corners** [1] - 570:6

**correct** [200] - 596:11, 596:12, 608:10, 608:25, 610:24, 614:14, 615:13, 617:10, 619:5, 619:6, 619:15, 620:9, 620:20, 622:17, 624:1, 624:14, 626:16, 627:14, 632:8, 632:24, 635:4, 635:7, 636:16, 636:17, 639:3, 639:5, 639:6, 641:22, 644:24, 646:9, 646:15, 646:19, 646:23, 648:11, 648:23, 649:1, 651:11, 652:23, 658:7, 658:12, 658:24, 659:11, 661:2, 661:7, 668:17, 671:25,

672:4, 672:7, 672:25, 674:18, 674:23, 675:2, 675:6, 676:4, 676:9, 676:21, 676:24, 677:2, 678:1, 678:5, 678:13, 678:16, 679:2, 679:5, 679:11, 679:20, 685:12, 685:16, 685:20, 686:2, 686:5, 686:9, 687:1, 687:19, 688:11, 688:15, 688:16, 688:18, 688:19, 688:21, 688:22, 688:25, 689:6, 689:7, 689:10, 689:11, 689:13, 689:16, 689:23, 691:13, 691:20, 691:21, 692:12, 692:17, 692:25, 694:6, 694:11, 694:14, 694:17, 694:23, 695:1, 695:3, 695:16, 695:19, 695:22, 696:4, 699:12, 699:14, 699:17, 700:3, 700:8, 700:11, 700:14, 700:17, 700:20, 701:7, 702:13, 702:22, 717:5, 717:24, 718:5, 722:8, 722:11, 722:14, 725:14, 725:17, 725:21, 725:25, 726:14, 727:12, 727:24, 728:5, 732:6, 732:15, 732:17, 733:6, 733:10, 734:13, 734:17, 734:21, 735:7, 735:13, 736:20, 736:23, 737:3, 737:5, 737:9, 737:16, 737:17, 737:21, 737:22, 738:13, 738:23, 739:2, 739:5, 739:8, 739:11, 739:14, 739:17, 739:20, 739:23, 740:2, 740:5, 743:4, 744:17, 744:20, 749:24, 749:25, 754:13, 754:14, 758:1, 758:10, 758:16, 758:20, 764:2, 764:3, 765:14, 766:6, 766:17, 767:23, 768:5, 770:14, 778:24, 778:25, 781:6, 781:9, 790:9, 790:21, 790:24, 792:25, 793:23, 801:16, 808:3, 813:7, 837:20, 838:25, 840:14, 841:2, 842:4, 843:5

**corrected** [6] - 711:23, 752:11, 756:25, 757:2, 790:2, 839:14

**correcting** [1] - 730:19

**correction** [1] - 730:21

**corrections** [1] - 839:16

**correctly** [5] - 582:10, 609:12, 764:20, 764:21, 790:18

**correspond** [1] - 684:6

**cost** [4] - 642:12, 824:20, 825:4, 825:7

**costs** [1] - 732:20

**Cotati** [2] - 560:8, 560:9

**cougar** [1] - 752:5

**counsel** [5] - 681:3, 681:18, 763:4, 791:19, 816:20

**count** [3] - 635:19, 636:11, 842:23

**country** [1] - 608:17

**county** [2] - 579:21, 745:13

**County** [5] - 565:24, 565:25, 566:4, 579:16, 629:1

**couple** [20] - 578:25, 579:1, 586:6, 602:17, 650:11, 663:19, 663:20, 689:13, 727:2, 735:16, 750:12, 752:8, 760:19, 778:18, 782:23, 801:8, 848:9, 849:18, 849:20, 850:14

**coupled** [1] - 592:12

**course** [8] - 671:2, 671:8, 671:12, 672:11, 673:7, 734:1, 789:15, 796:21

**courses** [9] - 671:4, 671:5, 671:7, 671:8, 671:9, 671:12, 673:16, 676:10

**COURT** [190] - 564:1, 565:3, 565:5, 571:1, 571:4, 601:12, 601:18, 601:23, 602:1, 603:12, 603:17, 608:1, 608:3, 610:13, 610:15, 610:18, 610:24, 611:3, 611:6, 611:9, 611:16, 623:25, 625:20, 625:25, 626:2, 629:7, 629:12, 630:5, 630:14, 631:16, 631:19, 645:20, 645:25, 646:3, 653:9, 660:22, 661:18, 661:20, 661:22, 662:8, 667:3, 667:6, 668:1, 668:8, 668:11, 669:17, 670:1, 670:3, 674:14, 680:9, 681:2, 681:21, 682:6, 682:10, 682:19, 682:24, 684:2, 684:4, 687:13, 687:15, 695:25, 696:3, 697:24, 697:25, 704:12, 704:15, 706:21, 706:25, 708:3, 708:5, 708:15, 709:4, 709:7, 710:10, 712:4, 712:7, 712:25, 713:2, 716:15, 716:17, 716:20, 718:20, 718:22, 719:17, 719:19, 720:8, 720:12, 720:17, 721:2, 726:2, 726:7, 726:9, 729:3, 729:6, 731:3, 731:6, 731:22, 731:25, 733:15, 733:17, 734:4, 734:6, 738:17, 745:23, 745:25, 746:5, 747:14, 747:17,

to purchase a complete copy of the transcript.

747:19, 747:21, 748:4,
757:12, 761:1, 761:4,
792:4, 792:6, 794:8,
794:10, 794:14, 794:17,
794:21, 794:24, 795:2,
795:4, 795:6, 795:9,
795:16, 795:19, 795:21,
795:25, 796:18, 797:3,
797:7, 797:19, 797:23,
798:2, 798:9, 798:12,
798:15, 799:3, 799:8,
799:12, 799:16, 799:21,
799:24, 800:4, 806:15,
807:3, 807:5, 811:9,
811:14, 811:16, 816:19,
816:23, 817:13, 817:16,
819:8, 821:13, 822:15,
822:23, 823:2, 837:7,
837:10, 841:24, 843:17,
845:10, 845:23, 845:25,
846:2, 846:5, 846:8, 847:3,
847:5, 847:15, 847:17,
848:6, 849:9, 849:12,
849:15, 849:17, 849:20,
849:22, 850:9, 850:11,
850:16, 850:23, 851:24,
852:2, 852:5, 852:7
**Court** [9] - 612:21, 613:13,
642:19, 650:19, 729:7,
742:23, 750:16, 798:24,
825:4
**court** [5] - 697:25, 761:6,
797:17, 798:22, 850:2
**Court's** [1] - 601:24
**courtroom** [2] - 735:18,
735:19
**Covance** [1] - 615:18
**cover** [15] - 732:8, 732:11,
732:20, 757:5, 759:15,
760:6, 760:7, 761:14,
762:5, 762:10, 763:25,
813:2, 815:9, 818:20, 824:6
**covered** [1] - 732:10,
757:7, 775:22, 777:11,
777:12, 777:19, 777:20,
777:21, 777:24, 837:3
**covering** [5] - 628:1,
656:7, 656:8, 775:19,
777:25
**covers** [2] - 648:12,
808:13
**cows** [1] - 749:17
**crack** [1] - 621:23
**crapping** [1] - 757:4
**crates** [2] - 624:24, 625:3
**crawl** [2] - 771:2, 771:4,
785:17
**cream** [2] - 638:9, 638:20
**create** [1] - 713:16
**creates** [1] - 789:23
**creating** [2] - 578:18,
820:11
**credible** [1] - 812:23
**credit** [3] - 621:12, 698:4,

824:9
**cribs** [4] - 656:17, 656:18,
656:21
**Cricket** [67] - 562:3, 562:6,
565:13, 600:17, 607:2,
614:3, 629:21, 630:2,
631:1, 631:5, 632:3,
671:16, 685:9, 706:4,
707:8, 709:13, 730:13,
730:16, 735:3, 758:15,
758:19, 812:9, 813:6,
813:10, 813:24, 814:13,
815:5, 815:13, 817:22,
818:7, 819:20, 820:10,
820:23, 821:12, 821:23,
823:19, 824:2, 824:23,
824:25, 825:9, 825:18,
825:24, 826:6, 826:20,
827:13, 827:19, 828:6,
829:24, 830:4, 830:9,
830:24, 831:25, 834:1,
834:23, 835:3, 835:12,
837:2, 837:15, 842:13,
842:17, 842:19, 843:21,
844:7, 844:10, 844:21,
845:18
**criminal** [3] - 680:11,
796:4, 811:10
**criteria** [3] - 736:4, 736:6,
744:11
**crooked** [1] - 789:23
**cross** [9] - 608:3, 608:17,
610:21, 631:20, 660:22,
682:7, 757:12, 795:22,
837:10
**CROSS** [6] - 561:2, 608:5,
660:23, 684:14, 757:14,
837:12
**cross-country** [1] -
608:17
**cross-exam** [5] - 608:3,
660:22, 682:7, 757:12,
837:10
**cross-examination** [2] -
631:20, 795:22
**CROSS-EXAMINATION**
[5] - 608:5, 660:23, 684:14,
757:14, 837:12
**cross-examine** [1] -
610:21
**crossing** [1] - 737:8
**crowdfunding** [1] -
732:19
**crying** [1] - 584:10
**cub** [3] - 613:17, 613:18,
680:4
**cubbyholes** [1] - 577:16
**cubs** [4] - 640:19, 679:5,
679:9, 679:20
**cuddles** [1] - 652:4
**culture** [2] - 746:16, 812:4
**cumbersome** [1] - 574:22
**cup** [2] - 626:21, 627:7
**cups** [1] - 638:21

**curator** [2] - 802:24, 809:9
**cure** [1] - 682:14
**curious** [1] - 707:6
**current** [10] - 728:4,
740:24, 818:13, 818:16,
818:20, 822:4, 822:10,
834:24
**cute** [2] - 597:18, 597:20
**cuts** [1] - 693:19
**CV** [1] - 562:13
**cycle** [1] - 637:4
**Cynthia** [1] - 653:21

# D

**d/b/a** [1] - 706:4
**daily** [2] - 730:18, 732:8
**dairy** [7] - 625:4, 625:10,
636:22, 651:8, 685:22,
687:6, 815:23
**Dake** [1] - 560:5
**damage** [3] - 751:8,
753:18, 792:21
**dan** [1] - 717:2
**Dandylion** [3] - 633:10,
633:11, 664:15
**danger** [2] - 778:20, 784:6
**dangerous** [5] - 596:3,
596:4, 779:16, 780:25,
836:6
**DANIEL** [1] - 560:5
**dark** [1] - 578:18
**data** [1] - 815:22
**database** [1] - 566:24
**date** [6] - 581:7, 584:21,
592:2, 679:6, 838:16, 839:4
**dated** [15] - 646:12, 647:3,
647:12, 689:4, 692:16,
701:17, 702:1, 705:2,
707:7, 707:13, 710:25,
711:11, 711:13, 717:25,
718:3
**dates** [4] - 570:19, 631:21,
696:22
**dating** [1] - 567:16
**Dave** [1] - 608:20
**DAVID** [1] - 800:1
**David** [31] - 561:5, 562:13,
800:18, 801:6, 806:12,
807:8, 807:18, 810:5,
811:20, 812:16, 813:5,
814:7, 816:11, 817:17,
818:5, 821:23, 822:13,
823:7, 826:3, 826:17,
827:1, 828:14, 829:23,
830:3, 830:22, 832:20,
834:22, 835:8, 835:20,
837:1, 843:20
**dawn** [1] - 834:7
**day's** [2] - 659:19, 660:3
**day-to-day** [1] - 730:13
**days** [17] - 592:2, 593:23,
625:2, 625:14, 650:4,

652:8, 717:24, 718:8,
718:12, 743:10, 756:5,
782:23, 827:25, 839:15,
849:22, 851:14
**dead** [1] - 811:3
**deadline** [2] - 849:23,
850:5
**deal** [4] - 683:20, 701:11,
781:8, 851:11
**dealer** [1] - 651:16
**dealers** [1] - 740:1
**death** [2] - 673:24, 674:20
**deaths** [4] - 604:1, 696:18,
696:22, 830:15
**debris** [2] - 687:9, 687:20
**debt** [1] - 764:1
**deceased** [1] - 664:1
**December** [16] - 567:12,
593:16, 594:22, 595:20,
694:24, 695:13, 711:14,
776:4, 776:10, 777:22,
778:9, 778:16, 819:18,
850:17, 850:19, 850:25
**decide** [5] - 566:22,
596:21, 735:10, 736:10,
759:17
**decided** [3] - 592:1,
654:25, 746:23
**decides** [1] - 721:14
**decision** [6] - 730:15,
735:2, 735:6, 735:11,
736:1, 736:3
**deck** [2] - 617:25, 659:3
**declared** [1] - 836:5
**decorations** [1] - 812:5
**decreases** [1] - 824:1
**dedicated** [1] - 828:7
**deduct** [1] - 728:19
**deep** [2] - 628:7, 752:20
**deer** [2] - 639:13, 644:14
**defecate** [1] - 642:14
**defects** [1] - 719:24
**Defendant's** [4] - 645:2,
645:19, 661:19, 716:24
**Defendants** [1] - 560:15
**defendants** [12] - 611:1,
611:3, 721:4, 743:11,
743:16, 743:19, 794:20,
813:13, 821:17, 821:18,
829:3, 847:23
**DEFENDANTS'** [2] -
561:9, 563:2
**defendants'** [4] - 716:14,
716:18, 716:22, 847:5
**Defendants'** [8] - 630:10,
631:14, 631:23, 646:1,
841:19, 841:20, 842:1,
846:14
**defense** [1] - 799:9
**Defense** [1] - 560:8
**defer** [1] - 797:2
**deficiencies** [2] - 813:23,
837:2
**deficient** [1] - 825:11,

to purchase a complete copy of the transcript.

835:18
 **definitely** [3] - 581:9, 616:21, 641:10
 **definition** [14] - 623:18, 623:20, 668:21, 669:21, 669:23, 669:24, 670:10, 670:17, 670:19, 720:2, 801:9, 801:18, 801:19, 814:2
 **degree** [3] - 801:3, 801:4, 805:20
 **degrees** [2] - 652:13, 805:18
 **Delaware** [5] - 565:24, 565:25, 566:4, 579:16, 629:1
 **Delhi** [1] - 748:20
**deli** [2] - 622:21, 654:24
 **delivered** [1] - 718:1
 **demeanor** [1] - 583:22
 **demolish** [1] - 650:25
 **demonstrate** [1] - 677:25
 **demonstrated** [1] - 677:24
 **demonstrates** [1] - 599:20
**den** [5] - 626:22, 657:17, 658:15, 658:16, 658:19
 **denied** [2] - 689:6, 689:15
**dens** [8] - 627:17, 642:14, 675:2, 675:15, 675:16, 675:17, 753:12, 770:6
 **dental** [1] - 692:4
 **department** [4] - 587:4, 609:11, 836:2, 837:15
 **Department** [16] - 579:14, 639:19, 666:9, 668:20, 676:13, 697:14, 701:1, 708:19, 714:25, 715:20, 719:6, 719:7, 743:13, 743:23, 744:7, 744:16
 **depict** [1] - 631:5
 **deposition** [9] - 609:18, 735:16, 735:25, 791:13, 792:11, 813:19, 831:23, 832:2, 842:18
 **depositions** [3] - 730:7, 813:13, 831:21
 **deputies** [1] - 629:1
 **deputy** [2] - 609:22, 609:25
 **Des** [4] - 590:1, 800:19, 803:24, 804:15
 **describe** [4] - 573:14, 613:13, 657:1, 804:19
 **described** [2] - 657:6, 681:8
 **describing** [1] - 782:4
 **deserve** [3] - 605:17, 606:9, 707:20
 **design** [6] - 750:7, 750:24, 751:6, 753:23, 765:12, 792:22
 **designated** [1] - 582:25
 **designed** [3] - 750:9, 753:13, 754:3

 **designing** [1] - 751:3
 **desk** [2] - 598:3, 639:11
 **despite** [1] - 643:8
 **despondent** [1] - 576:10
 **destroyed** [1] - 836:15
 **detached** [3] - 788:4, 788:10, 789:22
 **detailed** [1] - 683:17
 **detect** [1] - 692:3
 **determinations** [1] - 667:9
 **determine** [2] - 573:22, 816:6
 **determined** [3] - 700:10, 820:3, 846:13
 **determining** [1] - 809:23
 **developed** [1] - 695:10
 **developing** [1] - 820:23
 **deviated** [1] - 675:8
 **device** [1] - 779:19
 **diapers** [1] - 652:1
 **dictating** [1] - 851:1
**die** [6] - 624:8, 637:3, 637:9, 662:19, 695:13, 747:11
 **died** [20] - 575:14, 604:11, 616:2, 616:3, 616:8, 639:23, 641:19, 664:6, 694:23, 696:25, 697:1, 699:12, 699:18, 699:22, 699:23, 699:24, 747:3, 747:7, 747:8, 747:12
 **diet** [3] - 615:4, 616:18, 618:7
 **difference** [1] - 813:3
 **different** [27] - 569:8, 569:18, 569:19, 569:21, 575:6, 612:11, 621:15, 635:18, 637:17, 642:2, 644:7, 653:12, 653:18, 656:24, 673:18, 679:13, 683:9, 705:18, 714:22, 729:25, 744:25, 751:1, 764:5, 767:19, 792:19, 821:1
 **differentiate** [1] - 737:18
 **difficult** [6] - 669:18, 686:1, 815:25, 816:6, 838:19, 851:10
 **dig** [1] - 752:20
 **digest** [1] - 579:11
 **digging** [1] - 627:21, 627:22, 641:16
 **dimensions** [1] - 750:17
 **dip** [1] - 762:10
 **direct** [14] - 610:22, 610:25, 649:4, 649:8, 649:21, 668:16, 668:21, 668:24, 737:12, 768:22, 770:19, 819:10, 824:14
 **DIRECT** [7] - 561:2, 564:4, 611:18, 629:14, 748:6, 800:7, 811:18
 **directing** [1] - 674:25
 **direction** [1] - 568:16

 **directions** [1] - 644:6
 **directly** [6] - 684:25, 685:2, 694:13, 805:3, 831:23, 839:17
 **Director** [2] - 703:17, 703:22
 **director** [13] - 703:24, 800:23, 803:6, 803:9, 803:11, 803:13, 804:2, 804:16, 804:19, 805:8, 808:23, 809:10, 812:19
 **directors** [1] - 805:8
 **dirt** [3] - 686:23, 687:8, 687:20
 **dirty** [3] - 577:22, 585:2, 688:18
**dis** [1] - 772:5
 **disadvantaged** [1] - 831:18
 **disagree** [8] - 648:15, 670:13, 772:7, 772:11, 775:4, 780:12, 780:15, 786:9
 **disagreed** [1] - 775:3
 **disagrees** [1] - 720:7
 **disappointed** [2] - 587:21, 588:14
 **disappointing** [1] - 628:19
 **discouraged** [1] - 681:19
 **discovered** [1] - 682:12
 **discovery** [10] - 661:7, 667:17, 699:22, 707:6, 725:14, 729:16, 731:15, 758:3, 758:7, 831:21
 **discuss** [5] - 570:16, 615:8, 615:10, 764:13, 801:6
 **discussed** [4] - 618:8, 689:1, 814:2, 847:18
 **discusses** [1] - 710:3
 **discussing** [2] - 769:5, 801:25
 **disease** [3] - 644:9, 648:1, 691:25
 **diseases** [2] - 691:19, 830:17
 **dispenses** [1] - 638:14
 **display** [1] - 662:11
 **displayed** [1] - 662:9
 **Disposition** [1] - 738:12
 **dispute** [1] - 848:16
 **distance** [1] - 576:4
 **distinction** [1] - 763:21
 **distinguish** [1] - 815:25
 **distressed** [1] - 584:19
 **diversion** [7] - 625:6, 843:22, 844:1, 844:4, 844:5, 844:8, 844:14
 **division** [3] - 625:8, 752:2, 837:24
 **docketed** [4] - 729:7, 732:1, 846:16, 846:18
 **doctor** [3] - 715:23, 782:21, 782:22

 **document** [40] - 603:18, 667:15, 667:17, 667:23, 672:15, 683:6, 684:10, 703:15, 705:20, 705:22, 708:12, 708:22, 719:2, 719:4, 725:11, 725:13, 725:16, 725:23, 732:24, 733:8, 733:22, 737:25, 740:18, 740:21, 741:13, 741:15, 742:1, 757:21, 816:25, 817:1, 817:2, 817:5, 817:8, 817:14, 819:3, 819:17, 820:17, 822:16, 822:25, 823:13
 **document's** [1] - 706:8
 **documented** [9] - 606:22, 649:15, 678:22, 678:24, 684:21, 695:6, 695:13, 695:15, 720:21
 **documenting** [2] - 567:8, 708:11
 **documents** [18] - 567:13, 683:15, 704:4, 707:5, 709:12, 719:20, 727:18, 727:23, 728:3, 729:14, 731:14, 732:5, 738:7, 738:9, 813:22, 817:18, 835:10, 843:20
 **Dodge** [2] - 745:10, 745:17
 **dog** [5] - 615:3, 622:22, 637:15, 638:8, 690:15
 **dog's** [1] - 654:18
 **dogs** [3] - 634:8, 655:1, 690:14
 **Dogs** [1] - 738:13
 **dollar** [5] - 760:19, 815:15, 815:17, 815:20, 829:11
 **dollars** [4] - 727:2, 763:12, 763:24, 820:6
 **domestic** [2] - 613:25, 680:2
 **donate** [3] - 737:8, 737:12, 844:25
 **donated** [2] - 738:8, 845:2
 **donating** [1] - 737:11
 **donation** [10] - 737:18, 738:23, 739:5, 739:8, 739:11, 739:14, 739:17, 739:20, 740:7, 761:24
 **done** [23] - 588:19, 606:24, 648:8, 654:16, 676:11, 685:21, 691:20, 694:7, 699:2, 706:2, 707:20, 755:14, 761:5, 765:21, 767:18, 769:3, 774:20, 796:22, 797:11, 829:20, 830:20, 851:7
 **door** [19] - 600:3, 619:21, 619:22, 658:17, 685:22, 718:1, 778:23, 779:1, 779:17, 780:4, 780:5, 780:9, 780:11, 780:16, 780:21, 781:17, 781:20,

Case 6:14-cv-02034-JSS   Document 74-11 Filed 10/30/15   Page 89 of 115
to purchase a complete copy of the transcript.

793:10, 793:11
**Doorly** [1] - 734:16
**doors** [8] - 779:5, 779:7, 779:15, 779:20, 779:22, 793:23, 794:4
**Doug** [1] - 743:22
**down** [58] - 605:24, 610:15, 614:9, 614:13, 614:22, 618:20, 618:23, 618:24, 621:3, 637:24, 638:10, 641:14, 654:6, 655:11, 670:4, 681:5, 684:11, 687:15, 693:17, 698:1, 711:12, 741:3, 741:7, 742:24, 743:4, 745:12, 747:17, 748:24, 749:20, 756:1, 756:9, 757:3, 761:6, 761:8, 766:20, 767:20, 776:2, 780:10, 780:14, 780:22, 784:6, 785:13, 787:20, 788:1, 789:7, 789:12, 789:13, 793:8, 793:11, 793:13, 793:14, 793:19, 793:21, 794:14, 810:9, 823:11, 845:25
**downhill** [1] - 637:8
**Dr** [58] - 608:24, 608:25, 609:7, 609:8, 609:9, 617:9, 644:1, 644:6, 672:18, 676:24, 685:8, 685:9, 685:14, 685:18, 686:21, 687:7, 688:7, 688:10, 689:22, 689:25, 690:1, 690:12, 691:2, 691:8, 691:16, 692:22, 692:24, 693:24, 694:5, 694:10, 694:14, 694:15, 694:16, 694:19, 695:11, 695:21, 696:4, 702:21, 702:25, 703:5, 703:18, 703:19, 704:22, 707:8, 714:7, 714:14, 714:16, 714:17, 714:22, 726:22, 727:10, 734:15, 734:19, 746:20, 839:23, 839:25
**drag** [3] - 634:11, 644:12, 644:13
**drain** [4] - 655:18, 655:19, 656:10, 696:10
**drains** [1] - 628:7
**draw** [2] - 570:9, 818:15
**drawn** [1] - 576:16
**dried** [1] - 688:2
**drifted** [1] - 593:24
**drifting** [1] - 592:12
**drifts** [1] - 594:5
**drink** [5] - 627:15, 660:16, 755:17, 756:4, 756:5
**drinking** [5] - 574:18, 574:24, 626:21, 627:5, 636:20
**drip** [1] - 660:14
**drive** [1] - 567:23

**driving** [1] - 701:9
**drooping** [1] - 655:11
**drove** [1] - 642:3
**drugs** [2] - 640:6, 642:2
**dry** [6] - 617:24, 635:6, 637:17, 637:20, 637:24, 659:3
**due** [2] - 640:19, 825:25
**dug** [1] - 627:17
**duly** [3] - 611:14, 748:2, 800:2
**dumped** [1] - 655:2
**duplicate** [1] - 846:14
**during** [34] - 571:13, 582:23, 591:12, 592:20, 595:24, 609:17, 620:14, 620:15, 622:5, 622:8, 631:20, 639:16, 669:15, 681:6, 681:15, 683:16, 686:14, 693:23, 698:16, 701:5, 701:19, 702:3, 704:17, 754:25, 756:6, 758:3, 758:7, 770:6, 772:20, 795:10, 796:21, 804:16, 808:24, 832:1
**dusk** [1] - 834:7
**dust** [2] - 687:8, 687:20
**duties** [1] - 828:2
**duty** [1] - 656:24
**DVM** [1] - 715:23
**dwindling** [1] - 605:16

# E

**ear** [11] - 576:18, 655:10, 655:11, 655:16, 655:19, 655:21, 655:22, 655:23, 656:22, 665:2
**Earlville** [1] - 748:20
**early** [5] - 567:22, 686:8, 701:2, 730:7, 827:25
**ears** [2] - 584:3, 809:6
**earthquake** [1] - 674:2
**easement** [3] - 650:9, 650:14, 651:9
**easier** [4] - 616:25, 617:2, 617:7, 651:3
**easily** [4] - 570:5, 590:18, 619:2, 762:3
**easy** [1] - 628:8
**eat** [4] - 644:17, 644:21, 654:19, 784:14
**eaten** [1] - 576:15
**eats** [1] - 659:18
**edge** [3] - 583:21, 583:23, 785:13
**education** [17] - 566:5, 651:14, 670:23, 801:12, 804:4, 804:9, 804:24, 807:15, 807:16, 809:11, 825:17, 825:24, 829:24, 830:4, 830:9, 834:23, 835:3
**educational** [3] - 652:18,

653:2, 800:24
**effect** [2] - 587:17, 747:9
**effort** [2] - 607:6, 734:15
**efforts** [2] - 596:20, 834:8
**eight** [8] - 619:7, 627:2, 679:16, 709:12, 788:19, 793:4, 807:5
**eight-weeks-old** [1] - 679:16
**either** [31] - 572:19, 573:20, 579:9, 580:17, 584:19, 585:11, 595:17, 616:8, 640:12, 645:15, 655:18, 681:16, 683:4, 690:11, 693:14, 704:25, 721:13, 721:18, 722:17, 738:22, 742:3, 746:16, 747:8, 752:23, 754:9, 765:10, 784:16, 789:15, 793:19, 815:1, 851:19
**elected** [1] - 589:14
**electric** [2] - 622:11, 775:15
**electricity** [2] - 758:20, 775:16
**electronic** [2] - 799:7, 799:11
**electronically** [1] - 798:23
**elephant** [2] - 841:8, 841:12
**elephants** [4] - 802:14, 840:16, 840:18, 841:2
**ELISABETH** [1] - 560:11
**Elkader** [3] - 615:17, 642:3, 726:17
**ELMO** [5] - 662:9, 684:18, 696:13, 717:3, 743:12
**email** [9] - 561:18, 561:20, 681:4, 681:12, 697:10, 698:9, 703:17, 704:22, 705:2
**emergencies** [2] - 763:25, 827:11
**emergency** [26] - 732:9, 732:14, 732:17, 760:2, 760:5, 760:6, 760:8, 760:9, 760:10, 760:15, 760:17, 760:18, 760:19, 760:25, 761:12, 761:14, 761:16, 762:20, 763:8, 787:6, 824:7, 832:6, 835:13, 835:16, 836:21, 836:24
**emeritus** [2] - 805:8, 824:12
**employ** [2] - 722:16, 835:4
**employed** [4] - 722:7, 802:2, 802:3, 838:9
**employee** [1] - 828:6
**employees** [16] - 582:14, 597:23, 646:13, 722:4, 725:3, 725:4, 725:6, 725:7, 725:8, 830:25, 832:23, 833:3, 833:6, 833:17, 835:5, 835:7

**employment** [2] - 801:6, 802:1
**empty** [1] - 598:10
**enclosed** [3] - 677:5, 751:21, 777:5
**enclosure** [88] - 572:7, 572:16, 573:23, 574:8, 575:6, 577:14, 577:18, 578:2, 578:18, 583:21, 583:24, 584:12, 585:19, 585:21, 586:3, 592:25, 594:7, 594:17, 594:19, 599:7, 599:10, 600:4, 600:16, 600:17, 600:22, 604:19, 618:13, 621:14, 627:19, 634:2, 635:6, 636:23, 644:12, 652:22, 654:18, 658:12, 658:14, 675:22, 686:22, 686:24, 686:25, 688:9, 690:3, 690:6, 690:7, 690:10, 690:14, 690:15, 717:15, 767:22, 769:24, 770:16, 770:24, 771:3, 771:21, 771:25, 772:8, 772:13, 772:21, 772:23, 773:7, 773:10, 773:13, 774:1, 774:3, 774:4, 774:6, 774:7, 776:23, 777:2, 777:9, 777:22, 779:2, 781:18, 781:19, 781:20, 781:21, 781:22, 781:24, 781:25, 782:3, 782:7, 782:10, 783:25, 784:12, 840:19, 841:4, 843:7
**enclosures** [84] - 570:3, 570:6, 572:17, 572:25, 574:10, 575:7, 577:8, 577:15, 577:19, 577:23, 578:16, 582:19, 585:1, 585:2, 585:10, 585:15, 585:16, 585:20, 586:1, 592:14, 592:19, 592:21, 592:22, 592:23, 593:24, 594:6, 599:21, 617:18, 619:4, 619:5, 623:5, 623:6, 636:25, 637:17, 637:20, 643:11, 650:10, 650:13, 656:18, 657:4, 657:17, 658:24, 658:25, 659:10, 660:3, 675:6, 686:8, 687:9, 687:18, 687:19, 688:18, 690:21, 750:9, 750:11, 750:21, 750:24, 752:15, 752:16, 753:13, 754:3, 756:15, 756:23, 765:13, 765:14, 768:1, 768:4, 768:11, 769:4, 769:17, 770:3, 773:24, 775:10, 776:4, 776:8, 776:20, 778:8, 778:11, 778:17, 778:23, 779:15, 779:18, 792:21, 798:8
**encountered** [1] - 612:12
**end** [17] - 586:23, 603:15,

to purchase a complete copy of the transcript.

617:12, 625:10, 637:3, 651:23, 655:2, 679:22, 682:2, 710:6, 715:9, 717:12, 728:10, 728:16, 730:8, 740:4, 819:2
 **Endangered** [1] - 720:3
 **endangered** [8] - 578:12, 591:22, 605:12, 606:9, 737:8, 737:14, 825:25, 831:12
 **endeavor** [1] - 826:25
 **ended** [2] - 586:23, 661:7
 **ending** [1] - 819:19
 **energies** [1] - 589:14
 **energy** [2] - 577:12, 628:18
 **enforcement** [12] - 565:22, 566:8, 579:9, 579:10, 579:15, 580:20, 586:13, 586:20, 587:5, 588:5, 589:8, 703:13
 **Enforcement** [1] - 706:10
 **enforcing** [1] - 812:24
 **engaging** [1] - 808:11
 **engineers** [1] - 750:7
 **enhancements** [2] - 845:7, 845:13
 **enjoying** [1] - 598:15
 **enrichment** [19] - 572:9, 572:14, 573:15, 575:9, 577:20, 585:1, 599:6, 599:11, 607:21, 617:17, 617:22, 618:4, 621:2, 621:19, 654:2, 654:6, 659:8, 661:1, 769:20
 **ensure** [3] - 669:25, 670:7, 801:20
 **entail** [1] - 809:4
 **entered** [2] - 597:10, 743:10
 **entering** [1] - 647:20
 **entire** [3] - 576:18, 688:8, 690:20
 **entirely** [1] - 766:5
 **entirety** [2] - 564:19, 820:5
 **entities** [1] - 589:4
 **environment** [2] - 572:11, 577:25
 **equate** [1] - 824:19
 **equines** [3] - 636:14, 636:15, 727:15
 **equipment** [2] - 750:7, 751:3
 **equity** [6] - 740:25, 763:10, 763:12, 763:16, 763:22, 764:1
 **equivalent** [1] - 613:24
 **erected** [1] - 776:6
 **error** [1] - 682:14
 **escalated** [1] - 585:4
 **escape** [10] - 572:20, 573:1, 575:10, 585:13, 673:24, 770:9, 770:13,

772:14, 779:21, 780:24
 **escaped** [12] - 770:23, 771:16, 771:18, 771:19, 772:21, 772:22, 772:24, 773:1, 773:4, 777:1, 778:19, 836:2
 **escapes** [2] - 732:17, 771:15
 **escaping** [1] - 785:7
 **especially** [6] - 591:20, 606:9, 607:20, 639:17, 685:18, 767:19
 **ESQ** [5] - 560:5, 560:8, 560:11, 560:14
 **establish** [2] - 631:21, 830:17
 **established** [1] - 826:9
 **establishing** [2] - 804:21, 823:3
 **estimate** [2] - 795:16, 849:13
 **et** [1] - 749:7
 **Eugene** [1] - 560:12
 **euthanized** [2] - 613:11, 703:9
 **evaluate** [2] - 736:4, 736:9, 736:14
 **evaluated** [2] - 692:25, 736:8
 **evaluating** [4] - 736:2, 809:22, 810:2, 810:6
 **evaluation** [1] - 693:2
 **evening** [2] - 687:22, 687:24
 **event** [7] - 603:17, 673:17, 681:8, 721:11, 721:13, 721:24, 823:25
 **events** [2] - 582:12, 673:22
 **eventually** [1] - 788:15
 **every-day** [1] - 651:4
 **everywhere** [2] - 572:24, 578:6
 **evidence** [78] - 565:2, 565:8, 569:24, 570:23, 570:25, 571:10, 611:4, 630:7, 630:9, 630:11, 631:13, 631:15, 631:24, 645:19, 646:2, 667:2, 667:8, 667:13, 668:3, 668:5, 668:7, 668:14, 674:11, 696:18, 704:8, 704:11, 704:20, 706:20, 707:3, 708:2, 708:8, 709:3, 709:10, 710:7, 712:3, 712:9, 712:22, 712:24, 713:5, 716:12, 718:19, 718:25, 719:16, 722:2, 726:4, 726:6, 726:11, 729:2, 729:11, 730:24, 731:2, 731:21, 732:3, 733:19, 734:3, 734:8, 738:16, 743:10, 794:18, 794:22, 796:5, 796:20,

797:6, 799:13, 807:7, 822:17, 822:20, 822:22, 823:6, 841:19, 841:21, 842:2, 846:3, 846:5, 846:13, 846:16, 846:18, 846:19
 **evidenced** [2] - 576:16, 592:4
 **Ex** [1] - 718:2
 **exact** [5] - 594:11, 696:22, 758:9, 816:8, 818:5
 **exactly** [13] - 663:21, 665:16, 702:14, 705:7, 716:5, 722:25, 735:8, 755:19, 756:8, 763:17, 786:17, 793:1, 798:11
 **exam** [5] - 608:3, 660:22, 682:7, 757:12, 837:10
 **EXAMINATION** [15] - 564:4, 608:5, 611:18, 629:14, 660:23, 684:14, 746:7, 748:6, 757:14, 792:8, 800:7, 811:18, 837:12, 843:18, 845:11
 **examination** [5] - 610:22, 611:1, 631:20, 681:2, 795:22
 **examine** [4] - 609:25, 610:21, 636:16, 694:16
 **examined** [3] - 611:15, 748:2, 800:2
 **example** [3] - 829:10, 829:19, 830:14
 **exams** [3] - 746:10, 746:11, 825:14
 **exceed** [5] - 610:25, 636:24, 689:9, 713:19, 720:5
 **exceeding** [2] - 720:11, 720:15
 **excellent** [1] - 684:3
 **excerpt** [1] - 762:25
 **excessive** [8] - 623:18, 623:19, 623:21, 687:8, 688:8, 690:13, 690:16, 690:19
 **exchange** [4] - 598:12, 672:2, 738:23, 791:10
 **exchanges** [1] - 739:22
 **exchanging** [1] - 738:25
 **excited** [1] - 595:8
 **exclusion** [1] - 600:4
 **excuse** [10] - 579:13, 670:1, 670:3, 687:13, 747:14, 788:18, 791:18, 827:25, 831:18, 843:23
 **excused** [4] - 610:17, 747:18, 794:16, 846:1
 **executive** [2] - 803:11, 803:13
 **exemption** [1] - 720:4
 **exercise** [1] - 615:3
 **exhausted** [1] - 688:4
 **Exhibit** [223] - 564:9,

564:10, 564:19, 564:21, 564:24, 565:1, 565:5, 565:7, 570:10, 570:23, 570:24, 571:5, 571:7, 571:9, 574:11, 575:21, 576:22, 579:24, 581:12, 583:15, 593:11, 594:12, 598:22, 599:14, 601:5, 601:14, 603:8, 621:3, 625:16, 625:22, 627:9, 628:12, 629:17, 629:18, 630:9, 630:10, 630:17, 630:18, 630:24, 631:13, 631:14, 631:22, 631:23, 631:25, 632:1, 632:13, 632:18, 632:21, 633:1, 633:8, 633:14, 633:21, 633:25, 634:4, 634:15, 634:21, 645:2, 645:11, 645:19, 645:25, 646:1, 646:7, 646:17, 647:13, 650:18, 651:18, 654:20, 658:11, 661:14, 661:19, 663:14, 664:14, 664:19, 664:25, 665:7, 665:24, 667:15, 668:5, 668:6, 668:11, 668:13, 674:6, 682:13, 686:16, 686:21, 688:7, 689:3, 689:18, 689:22, 692:15, 693:11, 693:16, 698:12, 701:14, 701:25, 702:1, 702:19, 703:14, 704:8, 704:10, 704:18, 704:19, 705:20, 706:18, 706:19, 706:25, 707:2, 707:5, 707:23, 707:24, 708:1, 708:5, 708:7, 708:9, 709:1, 709:2, 709:7, 709:9, 709:20, 709:23, 710:12, 710:13, 710:23, 710:25, 712:1, 712:2, 712:7, 712:8, 712:12, 712:22, 712:23, 713:4, 716:8, 716:9, 716:10, 716:13, 716:24, 717:22, 718:17, 718:18, 718:22, 718:24, 719:1, 719:14, 719:15, 721:15, 722:1, 725:10, 726:6, 726:10, 727:17, 728:23, 729:1, 729:6, 729:10, 729:13, 730:24, 731:1, 731:9, 731:18, 731:20, 731:25, 732:2, 732:24, 733:13, 733:17, 733:18, 733:20, 734:3, 734:7, 737:24, 738:16, 740:18, 741:15, 743:11, 743:16, 757:19, 757:22, 764:11, 770:19, 770:20, 772:16, 772:17, 773:17, 775:24, 775:25, 778:2, 779:11, 785:21, 786:1, 787:10, 787:18, 787:21, 787:22, 789:17, 797:19, 806:13,

Case 6:14-cv-02034-JSS   Document 74-4   Filed 10/30/15   Page 91 of 115

to purchase a complete copy of the transcript.

807:2, 807:6, 819:13,
820:14, 822:19, 822:21,
823:2, 823:5, 823:9, 827:2,
828:14, 835:21, 841:19,
841:20, 841:24, 842:1,
846:13, 846:14, 846:16,
846:17, 847:6, 847:7, 847:9
**exhibit** [44] - 564:14,
570:14, 571:5, 571:7,
581:14, 598:21, 600:15,
603:8, 620:23, 630:20,
631:20, 645:3, 661:17,
667:25, 668:2, 674:12,
682:13, 682:25, 683:11,
685:4, 709:19, 716:12,
716:18, 716:22, 717:23,
726:3, 731:6, 738:17,
764:17, 764:22, 772:18,
787:7, 787:12, 787:19,
797:16, 797:25, 810:8,
811:2, 811:5, 812:5, 819:9,
834:14, 841:10, 846:11
**exhibiting** [1] - 625:21
**EXHIBITS** [3] - 561:16,
562:1, 563:1
**exhibits** [40] - 628:12,
666:16, 666:24, 682:15,
682:24, 683:18, 684:6,
704:16, 704:17, 716:14,
743:9, 745:14, 798:22,
798:25, 799:2, 799:18,
810:6, 810:10, 810:17,
810:18, 811:6, 816:4,
832:4, 846:9, 846:15,
846:19, 846:20, 846:21,
846:22, 846:23, 847:1,
847:6, 847:7, 847:8,
847:10, 847:13, 848:9,
849:2
**Exhibits** [8] - 666:13,
666:23, 667:1, 667:11,
667:12, 846:12, 846:20,
846:23
**Exotic** [5] - 672:7, 672:9,
672:13, 673:21, 679:24
**exotic** [11] - 576:5,
612:10, 612:14, 615:13,
616:13, 673:4, 727:11,
734:1, 745:3, 831:16,
842:20
**exotics** [2] - 636:9, 727:13
**expect** [17] - 568:24,
577:22, 585:5, 595:13,
675:24, 815:3, 815:12,
822:3, 826:2, 826:5,
826:16, 827:18, 828:5,
829:7, 834:1, 848:17,
851:15
**expectancy** [1] - 838:17
**expectation** [1] - 713:16
**expectations** [1] - 589:24
**expected** [4] - 649:25,
689:9, 713:21, 822:7
**expecting** [1] - 568:21

**expend** [1] - 577:12
**expense** [3] - 562:6,
725:10, 829:8
**expenses** [19] - 725:20,
725:24, 726:13, 726:19,
727:8, 729:24, 732:9,
732:10, 760:2, 762:5,
762:10, 813:15, 814:3,
815:8, 815:9, 816:3,
817:24, 824:15, 828:17
**experience** [29] - 589:24,
590:4, 605:25, 612:1,
677:3, 691:9, 691:13,
785:2, 802:7, 802:10,
810:5, 810:18, 811:7,
811:22, 825:12, 825:17,
825:23, 826:7, 826:18,
827:15, 829:23, 830:3,
830:8, 831:16, 834:11,
834:22, 835:2, 838:20,
840:13
**experiences** [2] - 612:11,
808:5
**expert** [1] - 572:12
**explain** [2] - 576:2, 726:20
**explained** [1] - 714:2
**explaining** [1] - 793:10
**explanation** [1] - 711:17
**explanations** [1] - 669:8
**explore** [1] - 802:1
**expressing** [1] - 579:18
**extend** [2] - 591:18,
752:15
**extension** [1] - 850:5
**extent** [2] - 681:16, 683:19
**exterior** [1] - 752:3
**external** [1] - 692:3
**extra** [13] - 585:12,
591:23, 621:8, 622:14,
627:25, 645:6, 654:2,
658:14, 675:5, 675:17,
675:18, 686:13, 717:9
**extreme** [1] - 592:17
**extremely** [3] - 624:6,
695:10, 836:20
**eyes** [1] - 809:5

## F

**face** [5] - 576:9, 576:13,
613:18, 613:19, 643:1
**facilities** [17] - 647:19,
689:8, 713:18, 713:19,
720:4, 745:1, 745:3,
809:14, 810:11, 810:23,
812:5, 814:23, 815:9,
820:2, 832:5, 834:16, 836:4
**facility** [47] - 568:22,
580:19, 590:5, 590:10,
607:14, 607:18, 612:16,
612:19, 612:22, 612:25,
613:5, 616:1, 619:8,
624:14, 624:17, 628:24,

629:2, 629:5, 635:13,
635:16, 637:11, 641:1,
642:17, 648:1, 648:2,
675:1, 688:8, 690:20,
692:12, 697:15, 697:16,
700:7, 701:7, 701:8,
704:24, 707:15, 715:3,
743:24, 746:24, 776:6,
788:5, 790:24, 791:4,
808:2, 810:8, 810:10,
825:20
**fact** [19] - 569:19, 591:21,
669:13, 677:8, 679:9,
681:3, 689:8, 720:15,
720:19, 721:2, 721:7,
734:12, 804:13, 834:7,
836:9, 841:7, 848:13,
848:18, 849:4
**factor** [1] - 720:1
**factory** [3] - 750:2, 750:3,
750:4
**facts** [4] - 683:17, 814:15,
848:21, 851:2
**factual** [3] - 719:21,
720:18, 851:9
**failure** [1] - 652:6
**fair** [15] - 570:18, 656:9,
715:21, 716:2, 716:22,
720:22, 725:19, 728:3,
729:14, 744:19, 765:25,
808:4, 809:21, 810:1
**fairly** [7] - 571:22, 576:7,
581:4, 582:10, 642:21,
707:19, 843:7
**fairs** [1] - 751:4
**fall** [3] - 653:15, 653:19,
793:8
**fallen** [5] - 618:18, 650:21,
694:25, 695:3, 785:13
**falling** [1] - 650:24
**falls** [5] - 751:8, 766:17,
780:13, 789:12, 792:20
**familiar** [1] - 743:13,
807:18, 807:21, 808:1,
808:19, 808:22, 809:21,
810:1, 812:16, 839:23,
840:24
**family** [1] - 657:21
**fan** [1] - 652:10
**fans** [1] - 652:9
**far** [27] - 610:3, 615:12,
619:17, 619:22, 620:18,
621:2, 624:22, 625:5,
628:1, 637:13, 640:3,
650:10, 654:19, 658:20,
659:15, 678:23, 705:6,
705:17, 722:23, 740:9,
744:8, 753:22, 768:13,
814:3, 815:22, 832:21,
837:14
**farm** [46] - 569:4, 569:14,
569:18, 610:9, 625:1,
625:4, 636:18, 640:7,
640:13, 642:24, 650:6,

650:9, 650:19, 650:22,
651:3, 651:9, 675:19,
676:5, 676:7, 677:2, 687:6,
693:4, 693:7, 702:5, 703:6,
715:7, 727:13, 727:14,
729:20, 730:2, 730:4,
754:4, 754:7, 754:10,
758:24, 761:24, 761:25,
762:11, 762:13, 762:15,
762:18, 762:20, 763:10
**farm's** [1] - 740:22
**farmer** [2] - 658:10,
748:14
**farmers** [2] - 639:22,
656:22
**farming** [2] - 748:21,
748:25
**fault** [2] - 781:14, 781:15
**fear** [1] - 620:23
**feature** [1] - 574:1
**February** [3] - 697:1,
770:21, 851:16
**fecal** [2] - 746:11, 746:15
**feces** [25] - 569:23,
569:24, 570:5, 570:7,
574:6, 574:7, 574:9, 578:1,
578:5, 584:12, 599:10,
599:22, 600:9, 600:11,
623:4, 623:6, 685:5,
686:22, 688:20, 690:6,
690:13, 766:12, 766:16
**fed** [8] - 638:12, 643:5,
644:18, 651:25, 659:21,
681:23, 749:18, 784:15
**Fed** [1] - 718:2
**Fed-Ex** [1] - 718:2
**federal** [6] - 564:16,
565:11, 565:18, 565:19,
589:7, 595:17
**Federation** [11] - 562:4,
612:2, 612:4, 671:3,
672:13, 672:17, 672:23,
672:24, 673:8, 674:4,
679:24
**federation** [1] - 673:10
**Federation's** [1] - 691:24
**fee** [2] - 590:10, 671:22
**feed** [26] - 594:3, 616:11,
616:15, 618:3, 618:6,
622:19, 625:11, 627:1,
638:5, 643:24, 643:25,
644:15, 644:20, 659:16,
659:19, 659:20, 675:18,
728:18, 754:12, 754:15,
754:16, 754:19, 840:9,
840:11, 841:14, 842:12
**feeder** [1] - 638:9
**feeders** [1] - 659:18
**feeding** [9] - 578:4,
659:15, 749:6, 781:13,
781:23, 840:2, 840:4,
840:5, 841:17
**feeds** [1] - 844:7
**feet** [31] - 576:6, 617:24,

Case 6:14-cv-02034-JSS   Document 74-4   Filed 10/30/15   Page 92 of 115
to purchase a complete copy of the transcript.

618:20, 618:25, 641:14, 650:12, 659:2, 750:12, 750:15, 750:21, 750:23, 752:7, 752:19, 756:16, 756:19, 756:21, 756:23, 776:5, 777:10, 777:14, 780:10, 780:17, 780:18, 780:20, 780:22, 786:7, 792:23, 792:24, 793:4, 793:13

**felid** [2] - 615:4, 618:7

**Felidae** [2] - 616:16, 643:25

**Feline** [11] - 562:4, 612:1, 612:3, 671:3, 672:13, 672:16, 672:21, 673:7, 674:3, 679:24, 691:23

**feline** [9] - 612:3, 671:21, 672:2, 672:20, 673:3, 673:4, 692:1

**felines** [4] - 572:8, 612:10, 612:14, 734:1

**fell** [2] - 692:20, 793:6

**fellow** [2] - 609:3, 806:6

**felt** [11] - 569:22, 584:20, 586:11, 590:21, 595:6, 607:3, 640:21, 685:10, 685:16, 685:18, 691:5

**female** [4] - 620:4, 620:5, 632:16, 839:2

**females** [2] - 620:5, 840:18

**fence** [41] - 576:7, 618:12, 618:20, 619:1, 619:3, 619:25, 643:13, 651:7, 715:8, 717:15, 717:20, 751:15, 771:8, 782:11, 782:12, 782:13, 784:1, 785:8, 785:11, 786:5, 786:24, 787:3, 787:4, 787:14, 788:2, 788:3, 788:4, 788:8, 788:12, 788:15, 788:17, 789:2, 789:14, 789:21, 789:22, 789:23, 789:24, 789:25, 792:20, 792:23

**fences** [1] - 717:8

**fencing** [4] - 593:6, 752:17, 771:2, 774:3

**feral** [1] - 617:4

**ferret** [1] - 660:14

**few** [16] - 584:10, 652:16, 653:12, 659:10, 664:11, 664:22, 665:8, 665:9, 671:25, 693:19, 736:21, 743:10, 746:9, 792:14, 806:16, 843:1

**field** [1] - 837:24

**fifth** [1] - 739:13

**fifty** [2] - 726:9, 734:6

**fifty-two** [1] - 726:9

**fight** [1] - 771:22

**figure** [2] - 825:4, 829:11

**figured** [1] - 794:1

**figures** [4] - 758:9, 816:8, 818:5, 828:17

**figuring** [1] - 644:3

**file** [11] - 565:21, 590:20, 603:23, 721:6, 721:7, 798:23, 799:1, 808:16, 809:17, 847:25

**filed** [10] - 565:14, 579:12, 601:9, 604:13, 644:23, 644:24, 661:4, 720:23, 720:24, 721:3

**files** [2] - 663:22, 665:15

**filing** [4] - 601:2, 720:8, 721:9, 721:22

**fill** [3] - 660:17, 678:8, 828:4

**filled** [1] - 576:18

**final** [4] - 600:14, 603:7, 739:19, 846:11

**finally** [3] - 637:8, 671:11, 694:19

**finance** [3] - 809:14, 815:21, 823:11

**finances** [3] - 670:24, 814:8, 814:12

**financial** [28] - 670:24, 676:8, 728:4, 728:24, 801:13, 804:9, 804:25, 813:14, 814:20, 814:21, 814:22, 815:4, 815:22, 816:1, 818:1, 820:11, 823:21, 824:4, 825:10, 826:1, 829:25, 830:5, 835:4, 842:8, 844:10, 844:22, 845:5

**financing** [2] - 736:12, 759:21

**finches** [1] - 635:25

**Finders'** [1] - 736:20

**findings** [5] - 709:15, 709:25, 710:6, 720:22, 809:18

**fine** [9] - 643:3, 676:15, 683:25, 706:15, 711:6, 766:11, 849:7, 850:8, 850:22

**fine-tined** [1] - 766:11

**fingers** [1] - 793:19

**finish** [2] - 796:4, 836:23

**finishing** [1] - 688:3

**fire** [4] - 650:16, 673:24, 674:17, 675:11

**first** [46] - 564:12, 565:12, 566:7, 566:13, 567:24, 568:18, 568:21, 571:5, 571:12, 571:14, 571:16, 571:18, 579:5, 580:7, 581:3, 581:16, 583:9, 598:7, 608:15, 613:17, 628:4, 646:12, 654:8, 654:10, 685:5, 685:14, 695:18, 707:14, 709:12, 738:25, 763:2, 763:7, 768:19, 782:1, 797:1,

798:3, 802:2, 802:5, 803:15, 803:17, 812:7, 814:7, 814:19, 835:25, 847:22

**fiscal** [1] - 824:14

**Fish** [1] - 737:21

**fit** [4] - 636:20, 644:16, 790:6, 793:14

**five** [22] - 592:2, 593:23, 631:2, 642:24, 663:3, 664:4, 664:18, 674:13, 674:14, 680:10, 691:7, 694:25, 695:2, 714:3, 756:17, 759:2, 759:9, 808:18, 811:12, 833:8

**fix** [5] - 648:19, 773:7, 773:13, 787:2, 787:4

**fixed** [5] - 618:16, 772:13, 775:11, 776:9, 788:14

**fixing** [1] - 773:10

**flap** [1] - 627:4

**flash** [1] - 591:5

**flat** [2] - 638:20, 656:8

**flew** [1] - 608:14

**flexibility** [2] - 618:2, 659:5

**flies** [23] - 570:8, 572:24, 575:10, 576:15, 576:18, 582:9, 585:2, 623:13, 623:14, 623:17, 623:23, 624:2, 624:8, 624:19, 688:8, 688:24, 690:8, 690:13, 690:16, 690:19, 690:20, 690:21, 690:23

**flight** [2] - 608:16, 608:19

**flip** [1] - 579:23

**float** [3] - 627:3, 627:5, 627:6

**flooding** [1] - 674:1

**floor** [4] - 686:24, 687:9, 687:21, 690:7

**flow** [1] - 818:17

**flows** [1] - 818:3

**fly** [11] - 572:23, 576:17, 585:3, 623:14, 623:15, 623:21, 624:3, 624:8, 624:11, 678:21, 745:1

**flying** [2] - 690:17, 757:3

**flyover** [1] - 565:12

**focus** [1] - 796:20

**focused** [3] - 604:19, 605:5, 700:19

**folks** [1] - 603:7

**follow** [9] - 580:9, 580:11, 589:11, 694:21, 700:7, 756:14, 763:14, 839:6, 839:16

**follow-up** [3] - 589:11, 763:14, 839:16

**followed** [1] - 580:6

**following** [6] - 592:2, 686:2, 690:21, 709:15, 710:1, 710:8

**follows** [3] - 611:15,

748:3, 800:3

**foo** [6] - 613:16

**food** [36] - 569:10, 569:23, 569:24, 574:7, 574:13, 578:2, 578:3, 578:4, 621:1, 621:19, 622:22, 623:1, 623:23, 638:5, 638:7, 638:22, 644:12, 658:2, 675:5, 686:23, 690:7, 690:22, 815:10, 832:15, 832:16, 832:17, 844:6, 844:19, 844:20, 844:24, 844:25, 845:4, 845:15, 845:19

**foot** [7] - 618:18, 619:7, 726:25, 788:19, 793:3, 793:4, 793:5

**footnote** [1] - 683:8

**footwear** [2] - 647:20, 647:21, 648:6, 648:9

**forage** [1] - 758:19

**forecast** [1] - 592:11

**foreground** [2] - 599:16, 600:6

**forgive** [1] - 697:13

**forgot** [1] - 681:5

**fork** [1] - 766:11

**form** [7] - 617:23, 678:8, 694:19, 709:16, 764:5, 814:6, 814:12

**formal** [2] - 671:4, 676:3

**formally** [1] - 676:1

**formed** [2] - 804:8, 807:14

**forming** [3] - 693:20, 833:18, 835:11

**forms** [4] - 730:9, 813:14, 813:15, 815:22

**formula** [1] - 644:5

**formulated** [3] - 813:6, 830:24, 837:1

**formulating** [1] - 833:15

**Fort** [2] - 745:10, 745:17

**forth** [4] - 643:16, 678:12, 681:25, 848:12

**forty** [4] - 674:13, 674:14, 691:7, 738:17

**forty-five** [3] - 674:13, 674:14, 691:7

**forward** [3] - 591:6, 800:14, 826:23

**Foster** [1] - 681:7

**foster** [1] - 681:13

**Foundation** [5] - 672:22, 804:5, 804:6, 804:7, 804:11

**foundation** [7] - 630:16, 631:18, 653:8, 671:22, 805:1, 805:9, 841:23

**founder** [1] - 671:21

**four** [24] - 617:24, 633:13, 639:4, 641:14, 659:2, 663:5, 663:9, 663:12, 665:3, 665:22, 695:4, 725:2, 749:10, 751:11, 771:3, 813:12, 833:8,

Case 6:14-cv-02034-JSS    Document 74-1 Filed 10/30/15    Page 93 of 115

to purchase a complete copy of the transcript.

834:3, 834:4, 849:22
**foursome** [1] - 579:6
**fourth** [3] - 739:10, 739:16, 816:10
**frame** [5] - 630:12, 631:18, 702:8, 702:13, 810:25
**Francisco** [1] - 777:2
**frankly** [3] - 796:18, 849:4, 850:25
**free** [2] - 842:13, 844:20
**freezers** [1] - 832:16
**freezes** [1] - 756:9
**freezing** [1] - 755:23
**frequency** [1] - 832:14
**fresh** [8] - 616:14, 617:13, 627:6, 627:7, 755:15, 755:22, 845:1, 851:4
**Friday** [4] - 724:12, 850:6, 850:7, 850:10
**Fridays** [2] - 724:20, 724:21
**friends** [3] - 587:9, 588:6, 590:19
**front** [18] - 584:6, 598:2, 603:10, 625:17, 629:18, 653:25, 661:14, 664:8, 666:12, 669:13, 674:7, 680:8, 683:2, 717:15, 763:1, 780:13, 827:2, 832:21
**frosting** [1] - 655:7
**fruit** [12] - 623:14, 624:13, 624:16, 624:18, 624:19, 624:21, 624:23, 625:1, 625:3, 625:5, 844:13
**frustrate** [1] - 566:3
**frustrated** [5] - 595:11, 606:19, 686:24, 688:9, 713:7
**frustration** [1] - 604:23
**full** [19] - 564:15, 564:22, 592:11, 601:8, 635:25, 664:17, 713:20, 722:7, 722:10, 748:8, 754:17, 827:6, 827:20, 827:22, 828:6, 834:4, 834:8, 837:19, 837:21
**full-time** [10] - 722:7, 722:10, 827:6, 827:20, 827:22, 828:6, 834:4, 834:8, 837:19, 837:21
**fully** [4] - 607:14, 732:5, 850:24, 851:12
**fun** [3] - 597:20, 613:20, 781:10
**Fund** [1] - 560:8
**funding** [1] - 823:15
**funds** [2] - 810:21, 815:19
**fur** [1] - 643:18
**furnace** [2] - 622:3, 622:10
**furnaces** [2] - 758:19, 758:22
**future** [1] - 669:4

# G

**gallon** [1] - 627:11
**game** [1] - 720:22
**gap** [6] - 618:13, 715:17, 789:24, 789:25, 790:3
**gapped** [1] - 618:16
**garbage** [1] - 650:15
**gardens** [1] - 845:2
**gas** [2] - 758:23, 758:25
**gate** [7] - 618:15, 784:9, 789:20, 789:22, 789:24, 790:5, 793:9
**gates** [2] - 753:20, 782:8
**gating** [1] - 750:7
**gauge** [3] - 751:14, 751:15
**gears** [4] - 676:12, 722:4, 790:7, 830:23
**geckos** [2] - 742:3, 742:5
**general** [7] - 567:15, 568:13, 599:10, 635:5, 653:13, 679:3, 787:5
**generally** [6] - 566:7, 624:24, 637:6, 637:21, 806:15, 821:7
**generated** [2] - 759:2, 759:5
**Gibbens** [4] - 703:18, 703:19, 704:22, 707:8
**giraffe** [5] - 802:14, 840:6, 840:7, 840:9, 840:11, 841:17
**girl** [1] - 745:10
**given** [17] - 616:14, 621:16, 622:20, 622:22, 623:18, 644:6, 648:5, 675:5, 675:18, 683:1, 696:21, 730:7, 759:22, 760:4, 821:13, 847:24
**Glass** [1] - 560:15
**glass** [1] - 810:13
**goal** [1] - 839:14
**goals** [4] - 567:5, 670:22, 801:11, 804:22
**goats** [4] - 636:10, 640:12, 727:1, 727:15
**goofing** [1] - 657:14
**goose** [1] - 660:15
**governing** [2] - 809:16, 824:9
**government** [3] - 565:18, 565:19, 809:14
**gracious** [1] - 595:9
**Grade** [1] - 636:22
**grass** [2] - 810:15, 843:10
**grave** [1] - 704:23
**gravel** [22] - 573:21, 627:24, 628:1, 686:23, 752:13, 765:13, 765:20, 765:24, 766:1, 766:5, 766:7, 766:9, 766:13, 766:14, 766:17, 766:20, 766:24, 767:5, 767:7,

767:9, 767:19
**gray** [1] - 637:10, 652:20, 713:24
**great** [5] - 588:11, 592:15, 602:6, 769:3, 812:4
**greet** [2] - 613:22, 620:25, 753:3, 753:8, 790:8
**greeting** [3] - 582:3, 613:15, 614:1
**greets** [1] - 639:12
**grew** [3] - 569:4, 569:15, 610:9
**grime** [2] - 687:11, 688:20
**grocery** [2] - 844:9, 844:13
**groom** [1] - 657:24
**groomed** [1] - 657:23
**groove** [1] - 780:14
**ground** [10] - 617:24, 627:18, 627:21, 637:23, 690:14, 752:15, 752:20, 752:24, 767:17, 793:11
**grounds** [2] - 832:3, 836:8
**group** [3] - 587:11, 587:14, 673:19
**groups** [2] - 606:3, 809:16
**grow** [1] - 748:19
**growling** [1] - 584:9
**guarantee** [1] - 851:7
**guardrail** [2] - 627:20, 752:17
**guardrails** [2] - 752:18, 752:24
**guess** [42] - 612:10, 621:6, 621:9, 636:5, 637:9, 640:18, 640:21, 651:4, 652:12, 661:9, 664:13, 664:14, 664:24, 665:5, 665:23, 670:14, 683:2, 683:19, 699:18, 699:19, 721:8, 722:25, 724:19, 726:20, 732:7, 733:2, 733:3, 735:8, 736:8, 736:10, 739:24, 740:9, 796:22, 800:9, 819:24, 823:20, 833:13, 834:10, 836:23, 848:7, 848:19, 850:4
**guessing** [5] - 603:13, 663:18, 747:10, 747:11, 851:13
**guesstimating** [1] - 663:13
**Guide** [1] - 736:20
**guided** [2] - 568:15, 581:23
**guideline** [1] - 668:19
**guillotine** [16] - 658:17, 753:20, 778:22, 778:23, 779:1, 779:5, 779:7, 779:15, 779:22, 780:4, 780:5, 780:8, 780:16, 780:20, 793:10, 794:4
**guinea** [2] - 660:15,

687:25
**guys** [1] - 851:17

# H

**habitat** [1] - 811:3
**hails** [1] - 753:17
**hair** [2] - 643:21, 654:9
**half** [6] - 600:2, 635:8, 724:16, 741:6, 746:1
**halfway** [2] - 776:2, 823:11
**hand** [23] - 593:12, 594:16, 616:21, 630:18, 638:2, 651:8, 651:14, 657:20, 658:3, 659:20, 660:17, 685:7, 693:18, 696:24, 698:10, 711:13, 724:19, 738:22, 747:22, 799:25, 823:8, 826:14, 832:21
**hand's** [1] - 790:3
**handful** [2] - 638:16, 786:3
**handicapped** [1] - 831:19
**handle** [2] - 639:10, 681:10
**handled** [1] - 612:14
**handler** [2] - 612:4, 612:6
**handling** [4] - 832:23, 833:3, 833:6, 833:17
**hands** [10] - 612:1, 620:2, 657:14, 658:2, 679:17, 679:20, 739:22, 780:14, 840:9, 840:10
**hands-on** [3] - 612:1, 679:17, 679:20
**handwriting** [5] - 684:22, 725:16, 738:2, 738:6, 798:7
**handwritten** [2] - 813:14, 828:17
**happy** [5] - 607:23, 613:15, 744:21, 774:22, 798:13
**harass** [1] - 720:3
**harassed** [2] - 688:23, 777:15
**hard** [9] - 574:2, 589:22, 697:12, 698:8, 767:2, 767:4, 767:8, 767:10, 767:12
**hardens** [1] - 766:24
**hardly** [2] - 651:6, 714:2
**harm** [1] - 588:11
**harms** [1] - 836:17
**Harvey** [2] - 566:17, 635:10
**hay** [2] - 659:18, 758:19
**head** [8] - 623:22, 694:8, 695:7, 696:9, 724:24, 749:18, 782:17, 849:16
**heal** [1] - 696:8
**healed** [2] - 649:15, 650:5

Case 6:14-cv-02034-JSS   Document 74-1 Filed 10/30/15   Page 94 of 115

to purchase a complete copy of the transcript.

**health** [3] - 575:4, 669:1, 669:3

**healthy** [2] - 607:23, 744:14

**hear** [5] - 669:18, 698:2, 698:3, 753:8, 814:10

**heard** [16] - 614:12, 617:17, 623:4, 635:18, 655:9, 657:1, 658:5, 669:22, 679:10, 753:22, 763:3, 763:7, 764:12, 765:11, 813:5, 831:5

**hearing** [3] - 680:11, 795:25, 811:10

**hearings** [1] - 795:9

**hearsay** [1] - 623:24

**heat** [13] - 582:11, 585:11, 622:14, 652:13, 654:10, 654:11, 675:24, 784:13, 784:18, 785:3, 836:18, 836:19

**heated** [4] - 620:14, 675:22, 810:12, 810:23

**heater** [1] - 622:12

**Heather** [7] - 676:24, 685:8, 685:9, 690:1, 701:9, 714:7, 715:24

**heating** [1] - 836:3

**heavier** [4] - 751:11, 751:12, 751:14, 751:20

**heavily** [1] - 586:1

**heavy** [5] - 592:12, 656:24, 751:6, 753:14, 774:12

**heavy-duty** [1] - 656:24

**heck** [1] - 757:5

**heightwise** [1] - 752:17

**helicopter** [3] - 783:18, 783:19, 783:21

**hell** [1] - 686:4

**hello** [1] - 581:22

**help** [6] - 576:8, 674:22, 732:20, 810:24, 816:11, 844:25

**helpful** [6] - 615:23, 682:1, 682:20, 796:19, 819:14, 848:15

**Henry** [1] - 734:16

**herself** [2] - 580:11, 681:8

**hi** [1] - 800:11

**hide** [2] - 769:9, 769:25

**hiding** [1] - 585:21

**high** [9] - 669:2, 676:11, 756:23, 776:5, 777:10, 777:14, 777:16, 786:7, 808:10

**higher** [1] - 589:24

**highlighted** [1] - 743:21

**highly** [4] - 570:2, 734:9, 829:18, 830:12

**highway** [2] - 783:12, 783:13

**hinge** [1] - 618:16

**hire** [4] - 717:9, 725:4,

725:7, 725:8

**hired** [1] - 803:6

**history** [3] - 748:23, 801:6, 802:1

**hit** [1] - 568:21

**hog** [5] - 569:14, 569:18, 660:6, 660:8, 660:10

**hogs** [3] - 569:17, 569:20, 727:15

**hold** [14] - 656:9, 657:24, 659:18, 660:3, 660:12, 761:1, 761:2, 769:17, 774:20, 779:17, 805:21, 821:23, 825:9, 848:23

**holding** [2] - 788:12, 810:11

**holds** [2] - 652:4, 780:4

**Hollow** [67] - 562:3, 562:6, 565:13, 600:17, 607:2, 614:3, 629:22, 630:2, 631:2, 631:6, 632:3, 671:16, 685:9, 706:4, 707:9, 709:14, 730:13, 730:16, 735:4, 758:15, 758:19, 812:9, 813:6, 813:10, 813:24, 814:13, 815:5, 815:13, 817:22, 818:7, 819:20, 820:10, 820:23, 821:12, 821:24, 823:19, 824:3, 824:23, 824:25, 825:9, 825:18, 825:24, 826:6, 826:20, 827:13, 827:19, 828:6, 829:24, 830:4, 830:9, 830:24, 831:25, 834:1, 834:23, 835:3, 835:12, 837:2, 837:15, 842:13, 842:17, 842:19, 843:21, 844:7, 844:11, 844:21, 845:18

**Holmes** [2] - 794:8, 794:10

**HOLMES** [1] - 560:11

**home** [8] - 576:11, 588:25, 605:25, 651:24, 698:25, 754:16, 782:24, 784:7

**honest** [1] - 769:7

**honestly** [2] - 720:24, 745:7

**Honor** [92] - 564:23, 565:4, 570:22, 571:3, 571:11, 607:25, 608:4, 610:14, 610:19, 611:2, 611:5, 611:17, 626:4, 629:13, 630:13, 631:17, 645:21, 666:22, 667:5, 668:5, 668:10, 674:15, 681:20, 682:8, 683:22, 684:13, 704:7, 704:14, 706:18, 706:23, 707:24, 708:4, 708:25, 709:6, 711:25, 712:6, 712:21, 713:1, 716:12, 718:16, 718:21, 719:13, 719:18,

720:2, 726:5, 728:22, 729:5, 730:23, 731:5, 731:17, 731:24, 733:12, 734:2, 738:15, 745:21, 746:6, 757:13, 761:3, 792:3, 792:5, 792:7, 794:9, 794:12, 794:15, 794:19, 794:23, 795:15, 797:2, 797:6, 797:14, 799:1, 799:15, 807:1, 811:15, 817:11, 819:11, 821:9, 822:18, 822:19, 822:25, 837:6, 837:11, 846:4, 846:7, 847:2, 847:4, 847:14, 847:16, 848:3, 850:15, 851:22, 852:6

**hoof** [1] - 726:24

**hoofstock** [6] - 594:1, 637:21, 638:22, 659:12, 749:6, 843:2

**hooves** [1] - 727:7

**hope** [3] - 595:16, 757:23, 771:22

**hoped** [3] - 567:18, 579:22, 581:1

**hopeful** [1] - 597:5

**hopefully** [1] - 603:7

**hoping** [3] - 566:9, 574:25, 581:10

**horn** [1] - 715:10

**horns** [1] - 676:16

**horse** [4] - 628:8, 751:3, 766:10, 766:12

**hospital** [9] - 782:23, 783:2, 783:3, 783:5, 783:7, 783:15, 783:17, 826:10, 838:4

**hot** [10] - 572:22, 582:10, 626:14, 652:8, 652:14, 784:14, 784:17, 784:20, 784:25

**hotel** [1] - 735:20

**hour** [8] - 723:20, 723:23, 723:25, 724:16, 746:1, 795:10, 831:6

**hour's** [1] - 797:10

**hour-and-a-half** [2] - 724:16, 746:1

**hours** [8] - 578:25, 579:1, 586:6, 628:15, 642:24, 648:2, 649:23, 651:25

**house** [12] - 613:25, 620:7, 620:18, 623:15, 658:8, 687:8, 690:18, 724:14, 736:23, 750:20, 784:7, 826:9

**housed** [3] - 621:25, 671:17, 671:19

**housekeeping** [1] - 653:13

**houses** [1] - 577:13

**housing** [6] - 637:21, 690:14, 690:15, 750:19, 774:1, 776:4

**huge** [1] - 715:8

**human** [2] - 644:16, 652:6

**humanely** [1] - 834:23

**humans** [5] - 616:20, 616:22, 616:24, 617:5, 652:15

**hundred** [6] - 650:11, 650:12, 727:2, 780:7, 780:8, 780:20

**hungry** [1] - 784:16

**hunt** [2] - 628:16, 685:11

**hunting** [2] - 657:9, 657:10

**hurricane** [1] - 674:1

**hurt** [9] - 771:15, 771:17, 771:18, 771:21, 771:25, 772:1, 772:2, 772:6, 772:9

**husband** [15] - 582:18, 608:16, 623:5, 623:7, 625:8, 625:12, 627:20, 636:24, 641:13, 654:24, 659:1, 674:21, 719:10, 722:15, 730:22

**husband's** [1] - 729:21

**husbandry** [22] - 612:3, 669:21, 669:24, 670:7, 670:22, 671:3, 671:5, 671:9, 671:13, 672:25, 673:8, 673:11, 673:15, 734:1, 801:12, 801:18, 801:20, 802:7, 802:10, 810:3, 821:7, 825:20

**HVAC** [1] - 836:3

**hybrid** [7] - 634:5, 653:1, 686:21, 690:3, 690:6, 739:17, 739:19

**hybrids** [14] - 578:8, 622:17, 622:19, 634:23, 637:14, 637:25, 638:5, 652:22, 665:25, 671:17, 690:10, 690:15, 742:8, 745:20

# I

**ice** [3] - 638:9, 638:20, 675:4

**IDALS** [7] - 562:12, 564:13, 565:14, 580:7, 581:4, 606:1, 609:6

**idea** [7] - 567:18, 568:20, 745:5, 750:16, 759:8, 838:17, 842:12

**identical** [1] - 716:17

**identified** [2] - 778:8, 813:23

**identify** [4] - 790:20, 824:5, 824:10, 830:16

**identifying** [1] - 798:17

**ignore** [2] - 684:21, 833:11

**ill** [5] - 575:1, 692:21, 694:25, 695:3, 695:5

Case 6:14-cv-02034-JSS   Document 74-1 Filed 10/30/15   Page 95 of 115

to purchase a complete copy of the transcript.

**illegal** [1] - 588:19
**Illinois** [1] - 738:5
**illness** [2] - 616:9, 617:1
**imagine** [5] - 760:4,
760:23, 760:25, 761:12,
761:16
**immediate** [2] - 641:7,
669:4
**immediately** [8] - 617:16,
642:1, 642:4, 643:4,
711:23, 752:11, 772:15,
836:25
**immunities** [1] - 640:18
**immunodeficiency** [1] -
692:2
**impact** [3] - 593:25,
595:18, 682:1
**implemented** [1] - 692:4
**implementing** [2] -
670:22, 801:11
**importance** [2] - 704:17,
719:25
**important** [10] - 667:10,
692:5, 705:8, 768:15,
768:18, 768:21, 776:22,
814:19, 848:14, 848:20
**impossible** [3] - 620:21,
641:5, 780:18
**impressed** [3] - 769:6,
812:2, 812:6
**improve** [1] - 635:16
**improved** [2] - 595:19,
607:2
**improvement** [1] - 820:1
**improvements** [7] - 581:2,
581:6, 584:14, 597:6,
603:5, 815:19, 823:15
**in-house** [1] - 826:9
**inactive** [1] - 577:10
**inadequate** [1] - 725:6
**inappropriate** [1] - 822:1
**inch** [4] - 619:25, 635:8,
752:22, 753:19
**inches** [7] - 592:10,
592:12, 627:2, 688:1,
714:3, 752:18
**incident** [1] - 698:7
**incidentally** [1] - 798:19
**incidents** [1] - 833:9
**inclement** [5] - 572:19,
592:17, 604:21, 753:17,
836:18
**inclined** [1] - 637:5
**include** [5] - 672:25,
673:23, 729:23, 804:3,
829:14
**included** [1] - 636:11
**includes** [3] - 570:10,
732:14, 809:9
**including** [2] - 652:20,
774:1
**Income** [1] - 562:8
**income** [8] - 729:15,
729:20, 729:23, 730:9,

764:15, 824:1, 824:7,
825:18
**incompatible** [1] - 620:4
**incomplete** [1] - 832:11
**inconsistent** [3] - 705:13,
705:15, 705:16
**incorrect** [1] - 768:7
**incorrectly** [2] - 648:21,
712:17
**increased** [1] - 591:3
**increases** [2] - 618:2,
659:5
**incurred** [1] - 726:19
**indeed** [2] - 677:24, 692:9
**independently** [1] -
715:12
**index** [1] - 652:13
**indicate** [3] - 597:5, 710:7,
823:14
**indicated** [8] - 610:9,
618:5, 622:16, 727:10,
754:12, 772:22, 796:9,
837:18
**indicates** [2] - 697:2,
710:6
**indicating** [1] - 821:20,
840:10
**individual** [2] - 631:21,
649:11
**individually** [2] - 587:12,
587:13
**indoor** [5] - 620:18,
647:16, 773:25, 810:11,
810:21
**indoor/outdoor** [1] -
620:16
**indoors** [1] - 620:15
**industrial** [1] - 801:1
**infant** [1] - 651:24
**infants** [1] - 612:23
**infection** [2] - 692:21,
694:22
**infections** [1] - 650:4
**infectious** [3] - 691:19,
692:1, 830:17
**influences** [1] - 834:10
**inform** [2] - 791:7, 791:25
**information** [7] - 590:17,
681:11, 728:25, 733:9,
740:15, 751:5, 819:9
**informed** [1] - 808:6
**initial** [2] - 808:16, 848:2
**injure** [2] - 825:25, 830:10
**injured** [4] - 780:19,
782:20, 783:20, 826:15
**injuries** [1] - 606:22
**injury** [5] - 617:1, 673:23,
696:6, 779:21, 820:11
**inner** [1] - 655:16
**insect** [1] - 677:9
**insects** [6] - 572:19,
573:1, 573:4, 585:13,
599:25, 677:11
**inside** [21] - 573:22,

619:24, 620:11, 620:24,
621:21, 624:12, 627:23,
750:20, 752:1, 752:8,
753:17, 753:18, 753:25,
770:3, 771:21, 771:25,
781:22, 782:6, 782:7,
784:1, 810:22
**inspect** [5] - 590:16,
623:21, 678:2, 701:6,
714:23
**inspected** [4] - 689:22,
705:13, 715:19, 716:1
**inspecting** [2] - 605:5,
715:5
**inspection** [77] - 562:2,
565:15, 567:11, 580:18,
597:4, 600:10, 603:1,
604:17, 604:19, 606:19,
618:9, 621:10, 623:13,
647:1, 647:3, 648:13,
648:17, 648:25, 649:3,
666:10, 667:19, 668:19,
680:7, 684:17, 684:20,
685:11, 686:17, 689:5,
689:12, 689:25, 692:15,
692:20, 696:12, 696:15,
696:23, 697:2, 697:3,
697:7, 697:8, 697:14,
698:6, 698:17, 699:7,
699:8, 700:19, 701:9,
701:13, 701:17, 701:19,
702:3, 711:9, 711:12,
712:11, 720:18, 743:20,
744:2, 770:20, 772:18,
772:20, 773:18, 773:19,
775:5, 776:3, 776:16,
778:3, 778:9, 778:15,
779:13, 787:13, 787:24,
789:18, 813:11, 833:5,
833:15, 845:3
**Inspection** [1] - 832:24
**inspections** [5] - 647:2,
700:23, 705:12, 827:10
**inspector** [31] - 605:4,
623:20, 628:5, 647:15,
647:18, 648:4, 649:17,
649:19, 654:13, 676:19,
676:23, 678:4, 692:24,
697:9, 697:15, 713:23,
714:6, 714:9, 714:13,
714:16, 714:17, 720:21,
744:24, 752:9, 772:20,
775:3, 775:4, 775:19,
786:9, 789:20, 789:25
**inspector's** [2] - 775:1,
775:2
**inspectors** [12] - 567:13,
600:10, 676:16, 705:13,
705:18, 714:19, 714:21,
715:15, 719:21, 774:2,
775:12, 812:21
**instance** [2] - 646:11,
845:14
**instances** [1] - 762:19

**instantaneous** [1] -
851:19
**instead** [4] - 625:24,
682:14, 758:23, 781:17
**institution** [3] - 823:13,
823:14, 823:23
**institutional** [1] - 808:14
**insulated** [1] - 593:9
**insurance** [1] - 783:23
**intention** [1] - 736:18
**interact** [1] - 572:17
**interacting** [4] - 571:23,
573:16, 598:2, 598:18
**interaction** [3] - 582:1,
598:14, 657:19
**interest** [7] - 594:25,
596:1, 596:22, 603:4,
606:4, 681:16, 682:4
**interested** [6] - 595:8,
596:23, 596:24, 673:5,
702:18, 736:11
**interesting** [1] - 574:16
**interior** [4] - 622:1, 752:1,
752:4, 756:18
**interiors** [1] - 624:7
**intermediate** [1] - 741:4
**intermingled** [1] - 730:5
**intern** [1] - 802:22
**internal** [2] - 692:3,
829:12
**interns** [1] - 838:2
**interpretation** [2] -
715:17, 813:3
**interpreted** [1] - 818:21
**interrogatories** [2] -
733:6, 831:22
**Interrogatory** [1] - 562:3
**interrogatory** [1] - 696:19
**interrupted** [1] - 696:5
**intervention** [1] - 641:8
**introduced** [3] - 571:6,
628:13, 743:20
**introducing** [1] - 596:4
**inventory** [1] - 740:16
**Investigation** [2] - 706:10,
708:20
**investigation** [1] - 709:13
**investigations** [1] -
708:10
**involved** [6] - 604:1,
608:9, 803:10, 804:11,
805:7, 824:12
**involves** [2] - 648:25,
730:19
**Iowa** [30] - 560:6, 560:15,
566:16, 569:5, 579:12,
579:13, 591:9, 592:9,
596:5, 606:4, 639:19,
684:4, 706:5, 737:15,
743:13, 743:23, 744:7,
744:15, 744:16, 745:6,
748:12, 783:16, 783:17,
784:24, 800:19, 803:24,
837:24, 838:6, 838:7,

Case 6:14-cv-02034-JSS    Document 74-1 Filed 10/30/15    Page 96 of 115

to purchase a complete copy of the transcript.

838:10
**Iowan** [1] - 681:9
**iron** [1] - 780:13
**ironsmith** [1] - 748:14
**irritated** [1] - 784:17
**issue** [12] - 572:23, 596:2, 601:13, 618:22, 676:23, 682:9, 697:23, 813:7, 821:4, 833:24, 836:20
**issued** [2] - 592:13, 708:10
**issues** [13] - 567:1, 653:21, 653:24, 672:4, 675:10, 678:23, 705:12, 743:24, 792:19, 839:15, 851:6, 851:10
**item** [3] - 668:22, 668:24, 690:2
**items** [10] - 569:10, 621:22, 622:21, 668:17, 684:20, 700:2, 700:4, 711:16, 744:5, 834:21
**itself** [8] - 622:10, 651:5, 655:19, 683:12, 718:3, 778:20, 793:8, 817:5
**IV** [1] - 782:24

**J**

**January** [4] - 697:3, 697:7, 698:18, 757:24
**Jason** [1] - 723:19
**JEFFREY** [1] - 560:8
**JESSICA** [1] - 560:8
**Joan** [1] - 681:7
**job** [10] - 606:24, 621:7, 621:11, 686:13, 691:5, 750:4, 756:12, 769:3, 803:5, 804:1
**jobs** [1] - 722:23
**JOHN** [1] - 748:1
**John** [4] - 596:17, 596:18, 596:19, 748:10
**joint** [1] - 838:10
**judge** [3] - 661:16, 683:10, 683:24
**judges** [1] - 681:23
**July** [35] - 577:1, 580:22, 582:18, 583:8, 585:24, 586:5, 586:16, 596:11, 598:17, 598:21, 600:25, 605:19, 684:21, 693:13, 695:16, 703:8, 703:10, 707:16, 711:14, 714:17, 714:18, 718:10, 718:11, 718:13, 743:22, 784:22, 785:1, 786:15, 786:20, 786:21, 786:22, 787:3, 787:15, 787:16
**jump** [5] - 618:3, 657:12, 659:4, 777:13
**jumping** [1] - 658:20
**June** [28] - 566:10,

566:14, 571:13, 571:17, 576:23, 577:7, 581:1, 584:13, 689:4, 700:22, 701:2, 701:5, 701:17, 701:21, 702:1, 702:4, 711:13, 714:16, 717:22, 717:25, 718:1, 718:3, 718:6, 718:7, 718:10, 744:3, 773:18
**jurisdiction** [1] - 744:8
**justified** [1] - 649:7
**juvenile** [1] - 651:24
**juveniles** [1] - 639:8

**K**

**Kalona** [1] - 736:23
**Kamarah** [6] - 699:14, 699:17, 699:18, 699:23, 747:5, 747:7
**Kamholz** [1] - 615:20
**Kansas** [7] - 802:4, 802:8, 802:11, 802:17, 802:19, 812:1
**keep** [23] - 568:19, 590:14, 593:22, 596:5, 606:11, 607:23, 622:5, 622:8, 622:13, 624:9, 625:2, 627:4, 627:21, 669:17, 708:15, 717:17, 740:11, 742:17, 748:5, 752:7, 756:10, 789:2, 834:18
**keeper** [2] - 802:6, 828:1
**keeping** [1] - 585:11
**keeps** [2] - 659:4, 759:7
**Keirhan** [2] - 658:13, 662:12
**Keokuk** [1] - 745:12
**kept** [2] - 600:20, 620:15
**Kevin** [1] - 602:8
**kibble** [2] - 638:8, 638:22
**kick** [4] - 756:24, 776:6, 776:7, 777:17
**kick-in** [2] - 776:7, 777:17
**kick-ins** [2] - 756:24, 776:6
**kicked** [2] - 775:15, 782:24
**kicks** [1] - 776:6
**kicks-in** [1] - 776:6
**kids** [3] - 613:21, 639:11, 724:11
**killed** [2] - 639:13, 640:11, 777:6
**kind** [58] - 567:13, 568:24, 569:8, 569:14, 572:6, 572:21, 573:13, 573:18, 573:19, 573:21, 574:16, 574:19, 583:23, 584:6, 587:14, 588:12, 589:14, 593:5, 599:4, 599:8, 612:12, 613:13, 613:20, 617:3, 618:2, 620:6,

621:22, 632:11, 634:8, 634:15, 637:7, 638:4, 643:6, 643:23, 644:13, 646:4, 653:24, 656:13, 657:2, 660:1, 676:9, 683:20, 683:21, 699:11, 702:9, 717:19, 721:13, 723:5, 751:4, 760:17, 797:8, 800:4, 800:14, 806:15, 811:25, 848:8, 851:3
**kinds** [5] - 569:20, 585:5, 621:15, 642:2, 744:25
**Kingery** [1] - 560:14
**kitchens** [1] - 834:15
**kittens** [2] - 662:18, 680:2
**knees** [2] - 714:1, 714:4
**knocked** [2] - 784:6, 785:13
**knocks** [1] - 789:7
**knowing** [6] - 590:11, 591:12, 592:14, 594:2, 787:3, 844:20
**knowledge** [13] - 623:14, 631:11, 736:12, 736:15, 736:17, 744:16, 825:17, 825:23, 829:23, 830:3, 830:8, 834:22, 835:2
**knowledgeable** [1] - 836:9
**known** [3] - 605:11, 647:24, 660:6
**knows** [3] - 681:18, 798:20, 817:13
**Kodiak** [1] - 841:15
**Kopecky** [1] - 560:14
**Kris** [3] - 566:17, 566:19, 609:4
**Kuehl** [4] - 561:4, 562:11, 564:1, 564:6
**Kuehl's** [1] - 601:15

**L**

**lab** [3] - 615:19, 677:4, 830:18
**labeled** [1] - 832:22
**labor** [1] - 758:20
**labored** [1] - 641:25
**lack** [12] - 598:8, 599:10, 653:8, 654:6, 778:17, 826:1, 830:10, 832:7, 832:9, 832:15, 833:20, 836:3
**lady** [2] - 714:10, 714:12
**laid** [1] - 656:11
**lance** [1] - 655:18
**Land** [1] - 743:14
**land** [1] - 656:14
**landfill** [8] - 625:6, 625:7, 843:21, 844:1, 844:4, 844:5, 844:8, 844:14
**landing** [1] - 690:22

**lands** [1] - 623:22
**landscape** [1] - 810:12
**landscaped** [1] - 810:14
**large** [17] - 615:4, 616:11, 618:7, 618:21, 659:1, 673:3, 715:17, 750:21, 768:10, 769:24, 770:24, 774:2, 777:4, 789:24, 811:1, 831:13, 845:20
**larger** [6] - 572:8, 585:21, 600:7, 769:2, 769:4, 812:12
**LARRY** [1] - 560:14
**Larry** [2] - 602:2, 662:4
**last** [21] - 571:20, 596:9, 601:14, 602:17, 611:22, 621:10, 652:16, 663:11, 663:19, 663:20, 664:11, 664:17, 664:22, 665:8, 665:9, 665:22, 728:14, 747:3, 759:2, 759:9, 790:1
**late** [2] - 695:18, 795:14
**law** [10] - 566:8, 579:10, 579:15, 580:20, 586:19, 587:5, 588:5, 589:7, 681:15, 683:18
**Law** [1] - 560:11
**lawsuit** [4] - 566:20, 608:9, 608:12, 661:4
**lawyer** [1] - 684:4
**lay** [5] - 618:1, 630:15, 754:25, 768:12, 785:5
**layers** [2] - 655:16, 752:17
**laying** [3] - 574:24, 627:16, 651:1
**LDI** [1] - 622:21
**League** [1] - 606:4
**lean** [1] - 800:14
**leaning** [1] - 789:22
**learn** [2] - 639:10, 639:12
**learned** [3] - 566:23, 582:4, 612:12
**least** [23] - 567:16, 614:19, 619:7, 619:14, 621:6, 623:11, 659:19, 660:3, 662:22, 700:13, 751:25, 777:13, 813:12, 815:7, 821:19, 824:10, 827:9, 827:16, 831:6, 834:14, 841:9, 851:10, 851:14
**leave** [5] - 586:25, 701:12, 766:13, 799:16
**leaving** [5] - 571:20, 586:16, 586:19, 701:10, 702:6
**LeClere** [1] - 579:17
**left** [21] - 564:8, 569:10, 576:17, 577:4, 578:23, 579:2, 586:7, 588:25, 598:19, 611:22, 651:8, 685:7, 687:23, 711:13, 738:22, 802:2, 802:19, 802:23, 802:25, 803:22, 811:20
**left-hand** [4] - 651:8,

Case 6:14-cv-02034-JSS    Document 74-1 Filed 10/30/15    Page 97 of 115
to purchase a complete copy of the transcript.

685:7, 711:13, 738:22
**leg** [2] - 692:21, 692:24
**legal** [4] - 736:25, 821:18, 851:5, 851:10
**Legal** [1] - 560:8
**legally** [1] - 622:24
**legislatively** [1] - 596:3
**legislators** [6] - 589:15, 589:16, 594:25, 595:4, 595:16, 606:5
**legitimate** [1] - 711:22
**legs** [1] - 643:1
**lemur** [27] - 578:16, 578:18, 586:1, 619:18, 619:20, 634:1, 634:16, 634:17, 634:19, 657:20, 660:25, 671:9, 687:10, 687:12, 687:14, 687:17, 690:18, 741:7, 741:10, 741:17, 741:20, 745:18, 756:14, 810:17, 810:18
**lemurs** [25] - 578:14, 585:23, 585:24, 605:8, 607:1, 607:12, 619:8, 619:14, 619:16, 619:23, 620:11, 620:19, 657:19, 658:3, 684:25, 685:3, 691:9, 739:13, 741:16, 745:16, 745:17, 810:19, 811:4, 825:25, 828:11
**lend** [1] - 569:20
**length** [2] - 753:1, 782:4
**lengthy** [1] - 579:12
**lens** [1] - 756:8
**leopards** [1] - 810:11
**less** [4] - 635:20, 638:15, 753:7, 849:19
**lethargic** [1] - 577:10
**letter** [25] - 561:23, 561:24, 579:17, 602:8, 603:14, 603:16, 646:12, 647:1, 647:10, 647:12, 647:24, 648:3, 648:5, 649:21, 649:25, 681:21, 707:7, 708:18, 712:13, 712:15, 713:10, 717:25, 718:1, 718:3, 718:14
**letters** [7] - 645:15, 666:16, 666:20, 681:17, 682:3, 689:2, 717:4
**Letters** [1] - 563:3
**letting** [2] - 605:23, 781:17
**leukemia** [1] - 692:1
**level** [4] - 584:12, 595:7, 829:6, 834:25
**liabilities** [4] - 740:25, 815:23, 816:3, 818:14
**liaison** [1] - 804:5
**license** [9] - 677:14, 677:19, 678:1, 678:3, 678:7, 701:2, 704:5, 717:23, 718:6
**licensee** [3] - 770:22, 772:21, 779:18

**licenses** [2] - 805:19, 805:22
**lick** [2] - 632:11, 650:1
**licking** [4] - 632:9, 649:18, 692:23, 695:8
**lie** [6] - 573:19, 573:20, 573:24, 574:2, 574:5, 599:9
**lieu** [1] - 809:12
**life** [5] - 606:8, 637:3, 748:22, 749:1, 838:17
**lifetime** [2] - 609:14, 655:5
**lift** [5] - 780:8, 780:11, 780:16, 780:23, 793:20
**lifted** [2] - 779:20, 783:16
**light** [1] - 700:2
**lights** [1] - 622:1
**likelihood** [1] - 820:11
**likely** [5] - 665:14, 743:1, 825:24, 830:9, 830:12
**limbs** [1] - 811:3
**limit** [1] - 851:23
**limited** [4] - 679:21, 736:24, 794:24, 831:11
**line** [6] - 595:24, 735:25, 764:17, 791:13, 821:10, 824:9
**lines** [3] - 682:22, 699:6, 737:9
**link** [9] - 618:21, 751:15, 752:6, 752:11, 771:8, 774:2, 774:10, 774:19, 776:8
**lion** [11] - 576:3, 583:10, 583:20, 584:12, 633:10, 633:12, 633:14, 699:14, 747:5, 791:20, 791:24
**lioness** [3] - 583:18, 583:21, 584:18
**lions** [11] - 577:5, 588:4, 606:25, 612:15, 739:2, 749:6, 768:12, 769:8, 769:10, 769:11, 810:12
**liquid** [1] - 758:23
**Lisa** [15] - 561:4, 562:11, 565:9, 571:12, 580:4, 580:21, 584:21, 586:4, 591:5, 594:9, 602:7, 603:20, 605:7, 608:7, 608:9
**list** [14] - 571:5, 614:21, 674:21, 684:20, 696:17, 709:16, 722:21, 741:8, 742:12, 797:25, 799:17, 846:8, 846:11, 846:20
**listed** [2] - 591:21, 725:24
**lists** [1] - 740:24
**literally** [1] - 572:9
**litigation** [2] - 732:20, 758:4
**litter** [2] - 630:1, 662:18
**live** [9] - 572:11, 606:19, 619:14, 627:1, 640:11, 660:8, 673:25, 688:18, 688:20
**lived** [2] - 615:25, 691:6

**lives** [3] - 619:21, 691:3, 737:15
**living** [2] - 572:25, 607:21
**LLP** [1] - 560:15
**loader** [2] - 582:20, 765:23
**loan** [4] - 763:9, 765:4, 765:5, 765:9
**local** [13] - 565:22, 566:16, 579:15, 589:7, 589:15, 594:24, 595:7, 596:1, 615:23, 811:1, 844:9, 844:24
**locally** [2] - 566:6, 625:9
**located** [2] - 685:7, 687:11, 798:8
**location** [2] - 575:2, 793:5
**lock** [7] - 658:18, 753:20, 755:3, 779:6, 779:9, 779:10, 794:5
**locked** [1] - 656:13, 658:18, 675:1, 675:14, 675:16, 676:16, 779:23, 779:24, 780:1, 782:8, 784:9
**locking** [1] - 715:11, 779:5, 779:19
**locks** [8] - 779:8, 793:20, 793:21, 793:23, 793:24, 794:2, 794:3
**log** [1] - 633:7
**logs** [1] - 617:19
**long-term** [1] - 584:9
**look** [56] - 570:14, 576:12, 579:11, 583:7, 591:16, 593:9, 593:12, 594:11, 597:20, 599:14, 600:14, 601:5, 601:6, 630:19, 630:24, 645:2, 645:9, 666:6, 666:13, 680:6, 683:11, 684:17, 685:5, 693:11, 693:16, 696:25, 698:11, 700:16, 701:14, 701:25, 702:17, 702:20, 711:12, 712:12, 713:6, 713:25, 725:23, 727:17, 729:13, 737:23, 737:24, 758:10, 772:16, 791:2, 791:6, 792:15, 816:8, 817:5, 819:24, 820:4, 821:6, 835:20, 840:24, 842:7
**looked** [20] - 573:13, 576:9, 577:9, 583:3, 584:3, 593:5, 599:24, 604:12, 615:2, 617:2, 645:9, 649:14, 693:20, 700:20, 788:10, 792:14, 794:6, 816:7, 817:23, 840:20
**looking** [47] - 573:8, 573:9, 574:12, 575:16, 581:14, 583:10, 583:19, 584:18, 598:13, 598:24, 598:25, 599:15, 603:18, 619:4, 619:11, 625:18, 632:1, 632:22, 633:1,

633:8, 633:25, 634:21, 654:18, 655:6, 662:12, 662:20, 677:18, 695:9, 696:14, 708:18, 708:21, 714:9, 716:25, 724:25, 727:25, 730:10, 733:4, 744:12, 745:7, 776:1, 823:7, 828:16, 832:23, 834:13, 835:22
**looks** [17] - 600:5, 600:7, 601:14, 603:12, 625:23, 632:7, 633:5, 633:11, 633:18, 634:6, 650:18, 697:2, 697:6, 737:25, 754:25, 841:4, 841:9
**loose** [1] - 767:12
**lose** [4] - 634:13, 643:9, 743:1, 743:3
**loss** [8] - 562:9, 731:10, 759:12, 759:15, 759:16, 759:23, 759:24, 759:25
**losses** [3] - 818:4, 818:6, 818:8
**lost** [5] - 699:14, 699:16, 838:13, 838:16, 839:2
**loudly** [1] - 800:15
**Louis** [1] - 684:11
**love** [2] - 607:4, 626:14
**loved** [1] - 657:23
**lower** [1] - 627:24
**LP** [4] - 622:15, 758:19, 758:22, 758:24
**luckily** [1] - 590:16
**Lucy** [4] - 619:17, 634:1, 657:20, 665:6
**Luna** [2] - 699:16, 699:23
**lunch** [2] - 680:12, 795:10
**lunging** [1] - 584:6
**lying** [9] - 573:18, 574:12, 574:25, 598:25, 628:11, 628:20, 633:5, 633:6, 633:18

## M

**ma'am** [7] - 566:12, 566:21, 569:25, 570:21, 573:10, 586:17, 611:9
**macaque** [1] - 654:3
**macaws** [1] - 635:25
**machine** [1] - 638:9
**Madison** [1] - 615:19
**mailed** [2] - 698:22, 698:24
**main** [1] - 717:15
**maintain** [9] - 722:21, 760:1, 761:13, 761:17, 765:12, 805:10, 805:19, 815:11, 818:2
**maintaining** [2] - 825:7, 832:4
**maintenance** [11] - 582:20, 674:22, 678:23,

to purchase a complete copy of the transcript.

678:24, 718:12, 749:5, 812:4, 814:24, 815:9, 823:15, 825:20
**major** [6] - 591:10, 592:3, 760:9, 808:12, 823:15
**majority** [1] - 669:14
**makeshift** [1] - 599:21
**male** [4] - 633:10, 642:21, 774:2, 839:2
**mammals** [3] - 636:12, 802:14, 831:13
**man** [1] - 777:6
**man's** [1] - 656:13
**management** [18] - 670:24, 676:6, 676:9, 704:24, 801:13, 802:22, 803:10, 803:14, 804:3, 804:14, 805:1, 808:14, 812:5, 814:20, 814:22, 815:4, 823:21, 826:20
**Management** [1] - 806:9
**managing** [1] - 804:25
**Manchester** [5] - 592:3, 592:11, 706:5, 748:12, 783:17
**mane** [2] - 633:13, 664:17
**Manhattan** [1] - 812:1
**manipulate** [1] - 621:16
**manner** [1] - 847:21
**Manual** [6] - 672:7, 672:10, 672:14, 673:21, 679:25, 691:24
**manual** [3] - 674:7, 822:14, 827:2
**manufactured** [2] - 656:18, 826:22
**March** [5] - 762:23, 768:23, 790:19, 791:10, 792:11
**Margaret** [3] - 689:22, 689:25, 690:12
**mark** [1] - 737:10
**marked** [16] - 570:20, 594:9, 594:17, 594:19, 625:15, 627:8, 629:17, 645:1, 654:20, 682:13, 739:2, 739:5, 739:13, 739:17, 739:20, 806:13
**markets** [1] - 742:17
**married** [1] - 748:15
**matched** [1] - 567:8
**mate** [2] - 616:3, 616:6
**material** [3] - 593:6, 599:8, 733:13
**materials** [5] - 717:20, 775:17, 809:8, 813:9, 813:11
**matted** [2] - 643:19, 766:20
**matter** [7] - 581:21, 654:3, 705:14, 721:16, 721:17, 841:7, 850:24
**mauled** [1] - 777:7
**mean** [44] - 612:7, 636:3,

638:17, 653:5, 682:21, 697:5, 707:10, 721:2, 721:15, 726:18, 726:23, 739:24, 756:16, 756:20, 760:19, 761:20, 772:3, 773:5, 773:14, 782:10, 786:11, 790:3, 791:22, 792:24, 814:1, 815:15, 815:18, 816:2, 820:4, 820:5, 825:8, 825:9, 825:12, 825:13, 826:21, 830:19, 844:15, 844:19, 845:14, 848:6, 849:1, 849:4, 849:10
**meaningful** [2] - 586:14, 589:11
**means** [5] - 729:8, 732:7, 766:8, 820:2, 832:3
**meant** [2] - 653:10, 767:9
**measure** [2] - 786:8, 786:12
**measurements** [1] - 644:7
**measuring** [1] - 644:2
**meat** [3] - 616:14, 622:20, 784:15
**mechanism** [1] - 779:19
**mechanisms** [1] - 779:5
**media** [1] - 567:15
**medical** [3] - 607:20, 715:25, 791:7
**medication** [4] - 617:6, 617:11, 617:15, 694:5
**medications** [3] - 825:14, 826:14, 829:12
**medicine** [2] - 715:23, 809:13
**meet** [11] - 678:11, 689:9, 720:4, 807:24, 809:15, 809:16, 822:4, 822:7, 825:19, 844:17
**meeting** [5] - 580:7, 609:2, 609:6, 720:11, 720:15
**Meisha** [1] - 658:8
**Meishan** [2] - 604:7, 604:18, 658:5
**member** [15] - 582:22, 587:3, 610:11, 671:21, 672:5, 673:23, 805:25, 806:6, 806:11, 807:14, 807:16, 808:15, 811:23, 821:12, 824:13
**members** [3] - 586:22, 598:9, 808:15
**membership** [2] - 672:2, 672:3
**Memorial** [1] - 567:3
**memory** [3] - 817:18, 824:18, 839:15
**mention** [4] - 604:18, 621:9, 771:13, 832:5
**mentioned** [1] - 569:22, 574:6, 581:3, 617:19, 654:17, 756:22, 793:9, 807:8, 825:15, 826:3,

830:22, 832:18, 835:9
**merchants** [1] - 844:24
**mere** [1] - 694:25
**messing** [1] - 627:4
**met** [5] - 568:4, 568:5, 608:24, 670:15, 713:17
**metal** [5] - 593:5, 593:7, 600:3, 617:25
**microphone** [2] - 645:23, 646:5, 748:5, 800:5, 800:6
**microscope** [1] - 746:16
**mid** [2] - 585:11, 784:21
**mid-day** [1] - 585:11
**mid-nineties** [1] - 784:21
**middle** [2] - 650:13, 685:6
**might** [41] - 567:18, 568:16, 577:24, 589:25, 590:5, 592:20, 593:8, 596:1, 596:24, 597:2, 597:6, 607:22, 625:23, 627:24, 635:16, 637:22, 680:11, 682:8, 696:12, 732:12, 736:11, 759:9, 760:4, 760:18, 763:9, 763:16, 763:25, 771:16, 771:18, 771:21, 771:25, 772:1, 773:14, 785:16, 793:24, 794:6, 813:2, 821:6, 824:10, 844:24, 848:8
**miles** [2] - 691:7, 695:6
**million** [2] - 763:12, 763:24
**mimics** [1] - 607:22
**mind** [6] - 568:19, 569:3, 593:22, 645:22, 795:12, 851:4
**Mindi** [2] - 566:17, 609:4
**mine** [2] - 602:6, 647:20
**minimal** [2] - 572:18, 592:15, 607:17, 678:11, 829:7
**minimize** [1] - 829:21
**minimum** [13] - 636:24, 713:17, 713:20, 751:11, 751:13, 751:16, 767:22, 768:1, 815:3, 822:6, 825:19, 834:12, 834:14
**minor** [2] - 588:24, 839:13
**minors** [1] - 801:2
**minute** [5] - 599:23, 629:9, 698:11, 764:21, 792:2
**minutes** [11] - 575:18, 680:10, 715:3, 746:3, 778:18, 795:18, 795:24, 796:1, 796:3, 797:13, 811:11
**Miraj** [4] - 632:20, 663:15, 703:8, 703:9
**mirrors** [1] - 621:13
**missed** [7] - 697:2, 697:3, 697:6, 697:7, 697:13, 700:22, 700:23
**Missouri** [1] - 802:4

**mister** [1] - 652:10
**mites** [3] - 655:11, 655:22, 655:23
**mixed** [2] - 686:22, 766:14
**mixture** [1] - 764:1
**mobile** [1] - 574:21
**modern** [2] - 820:24, 826:19
**modest** [1] - 812:2
**modified** [1] - 640:11
**Moines** [4] - 590:1, 800:19, 803:24, 804:15
**moldy** [4] - 574:7, 578:2, 578:3
**mom** [1] - 771:6
**moment** [8] - 577:4, 607:25, 666:15, 691:15, 696:13, 745:22, 807:10, 837:5
**momma** [1] - 658:3
**Monday** [3] - 723:10, 723:19, 723:22
**Monday's** [1] - 723:12
**monetarily** [1] - 845:4
**money** [15] - 568:2, 639:25, 642:12, 711:19, 717:16, 732:8, 732:11, 743:1, 743:2, 743:3, 761:22, 762:2, 783:23, 825:1, 845:4
**monkey** [1] - 653:20
**month** [8] - 582:9, 585:3, 728:14, 728:15, 728:16, 770:23, 819:2, 849:24
**monthly** [2] - 827:9, 827:14
**months** [9] - 613:1, 694:25, 695:2, 695:4, 735:16, 765:21, 778:4, 778:10, 851:18
**mopping** [1] - 688:3
**morning** [20] - 564:6, 564:7, 567:21, 568:9, 623:8, 681:4, 685:15, 685:18, 687:6, 687:19, 688:3, 753:3, 784:14, 784:15, 784:21, 785:1, 790:9, 796:7, 797:1, 800:9
**mornings** [3] - 749:9, 749:19, 755:7
**most** [31] - 572:21, 574:1, 586:13, 609:20, 616:21, 625:7, 625:9, 628:16, 628:18, 648:16, 650:22, 654:8, 659:25, 660:2, 661:12, 670:12, 678:12, 711:21, 713:18, 724:5, 724:7, 751:17, 764:15, 764:23, 765:19, 766:13, 766:18, 788:23, 793:3, 793:4, 818:13
**mostly** [11] - 616:14, 647:5, 724:14, 727:13, 737:2, 744:12, 764:6,

Case 6:14-cv-02034-JSS    Document 74-1 Filed 10/30/15    Page 99 of 115
to purchase a complete copy of the transcript.

764:7, 764:8, 764:9, 764:10
**mounds** [1] - 637:22
**Mountain** [11] - 563:5,
803:3, 803:22, 807:23,
812:8, 812:20, 826:9,
827:24, 840:14, 840:16,
841:17
**mouse** [1] - 641:6
**move** [10] - 575:2, 575:12,
652:11, 706:17, 708:25,
712:22, 730:23, 731:18,
825:15, 826:24
**moved** [3] - 609:10,
650:22, 675:20
**movements** [1] - 584:5
**moves** [1] - 826:23
**moving** [2] - 575:13, 586:3
**MR** [81] - 565:4, 571:2,
602:4, 608:4, 608:6,
610:12, 611:2, 611:5,
611:7, 611:17, 611:19,
625:23, 626:1, 626:3,
629:13, 629:15, 630:8,
631:12, 645:18, 660:21,
662:10, 667:4, 668:9,
674:12, 683:24, 704:13,
706:22, 708:4, 709:5,
712:5, 713:1, 716:16,
718:21, 719:18, 726:8,
729:4, 731:4, 731:23,
733:16, 734:5, 746:6,
746:8, 747:13, 747:20,
748:7, 757:11, 757:13,
757:15, 761:3, 763:4,
763:5, 768:24, 791:12,
791:18, 792:2, 792:5,
792:7, 792:9, 794:7, 794:9,
794:12, 794:19, 795:24,
797:5, 807:4, 816:17,
821:9, 822:24, 837:11,
837:13, 841:18, 843:16,
843:23, 844:2, 845:12,
845:22, 846:7, 847:4,
847:14, 850:14, 852:6
**MS** [120] - 564:5, 564:23,
570:22, 571:11, 601:17,
601:20, 601:24, 602:2,
602:6, 603:15, 603:19,
607:25, 608:2, 610:14,
610:19, 623:24, 630:12,
631:17, 645:21, 653:8,
660:24, 661:16, 661:19,
661:21, 661:23, 662:11,
666:22, 668:4, 670:5,
674:10, 674:13, 674:15,
681:20, 682:5, 682:8,
682:11, 682:23, 683:22,
684:1, 684:3, 684:12,
684:15, 687:16, 704:7,
706:17, 707:24, 708:25,
710:12, 711:25, 712:21,
716:11, 716:19, 716:21,
717:2, 718:16, 719:13,
720:2, 720:10, 720:14,

721:1, 726:5, 728:22,
730:23, 731:17, 733:12,
734:2, 738:15, 738:19,
745:21, 745:24, 747:16,
794:23, 795:1, 795:3,
795:5, 795:8, 795:15,
795:18, 795:20, 796:16,
797:2, 797:14, 797:22,
798:1, 798:5, 798:11,
798:14, 799:20, 799:23,
800:8, 807:1, 811:15,
811:17, 811:19, 816:14,
816:22, 817:11, 817:15,
819:11, 822:18, 837:5,
837:8, 841:22, 843:19,
844:1, 844:3, 845:9,
845:24, 846:4, 847:2,
847:16, 848:3, 849:6,
849:11, 850:8, 850:10,
850:22, 851:22, 852:1,
852:4
**mud** [5] - 714:4, 765:22,
843:12, 843:13, 843:15
**multiple** [1] - 720:6
**municipal** [1] - 802:21
**must** [5] - 699:25, 713:17,
721:4, 823:25, 827:8
**mutilation** [1] - 654:1
**mutual** [3] - 596:19, 801:7,
813:4
**mystery** [1] - 637:6

## N

**Nahmad** [3] - 634:14,
634:25, 638:2
**name** [14] - 589:4, 608:20,
616:4, 634:19, 642:16,
653:21, 678:19, 681:7,
704:2, 733:3, 748:9,
800:16, 800:18, 844:2
**named** [1] - 609:4
**names** [3] - 696:24,
790:12, 833:9
**Nancy** [5] - 566:17,
566:19, 635:10, 738:3,
738:4
**Natalie** [1] - 714:14
**Natasha** [1] - 632:2,
632:3, 632:5, 662:24, 738:8
**national** [2] - 806:7,
807:13
**National** [1] - 592:4
**natural** [8] - 573:17,
577:25, 628:21, 637:3,
758:23, 758:25, 810:12,
811:3
**Natural** [1] - 639:19
**naturally** [1] - 655:19
**nature** [12] - 585:6,
607:23, 704:23, 745:13,
745:20, 815:5, 815:13,
819:20, 826:6, 827:19,

828:5, 829:19
**naughty** [1] - 653:24
**NE** [2] - 560:5, 560:15
**near** [6] - 637:3, 650:7,
650:12, 669:3, 690:18,
779:14
**nearly** [1] - 695:2
**necessarily** [13] - 640:21,
653:4, 716:4, 727:3,
728:15, 734:11, 743:2,
770:1, 825:3, 825:8, 842:7,
844:19, 848:6
**necessary** [2] - 814:23,
851:25
**necropsies** [4] - 637:2,
829:14, 830:15, 830:16
**necropsy** [1] - 637:5
**need** [37] - 572:13, 606:6,
614:18, 617:1, 621:11,
622:13, 630:6, 640:1,
645:8, 652:3, 658:17,
684:18, 716:20, 736:2,
736:5, 749:13, 755:8,
762:2, 762:6, 767:25,
777:4, 777:19, 789:15,
792:16, 800:5, 815:10,
817:12, 824:10, 826:12,
828:4, 836:23, 848:2,
848:3, 850:4, 850:12,
851:20
**needed** [7] - 566:11,
574:23, 591:23, 645:6,
651:25, 717:20, 829:17
**needle** [1] - 617:13
**needs** [7] - 668:2, 670:9,
670:15, 763:25, 801:22,
817:8, 822:16
**negative** [4] - 818:3,
818:9, 818:16
**neglect** [1] - 604:3
**neglected** [1] - 787:8
**network** [1] - 615:12
**neurotic** [1] - 643:15
**never** [35] - 568:5, 568:8,
610:3, 610:5, 610:6,
640:21, 641:3, 644:10,
647:10, 648:8, 672:9,
676:1, 676:8, 677:1,
688:17, 705:22, 705:24,
707:20, 710:17, 713:24,
721:5, 737:14, 749:12,
753:15, 769:9, 771:10,
774:23, 776:11, 776:12,
776:14, 776:25, 782:8,
790:23, 793:25, 848:23
**Neverman** [1] - 723:19
**new** [12] - 597:13, 597:16,
629:25, 661:8, 735:12,
736:2, 736:5, 743:7, 750:7,
765:24, 810:7, 810:10
**newest** [1] - 617:22
**newsletter** [1] - 672:4
**next** [14] - 594:14, 595:15,
601:20, 605:4, 610:18,

619:21, 619:22, 626:9,
639:10, 653:18, 688:3,
718:12, 747:19, 799:21
**nice** [5] - 767:19, 768:10,
768:11, 769:18, 769:20
**night** [6] - 687:22, 687:23,
754:18, 755:7, 787:6,
810:22
**nights** [2] - 754:16, 755:6
**nine** [6] - 657:21, 685:15,
751:14, 795:10, 851:18
**nineteen** [1] - 773:22
**nineties** [3] - 784:21,
784:23, 785:3
**nipple** [2] - 613:19, 660:10
**nitpick** [1] - 745:1
**nitpicky** [3] - 676:19,
677:1, 688:10
**Njarra** [3] - 633:15,
633:16, 664:19
**nobody** [1] - 715:7
**noise** [2] - 584:5, 584:8
**noises** [1] - 584:10
**nominal** [1] - 671:22
**noncompliance** [11] -
647:5, 649:4, 649:8,
653:17, 668:25, 707:16,
712:18, 833:23, 834:21,
837:4
**noncompliances** [7] -
645:5, 646:22, 653:15,
654:14, 705:5, 707:18,
707:21
**noncompliant** [10] -
668:17, 668:21, 668:24,
684:20, 690:2, 700:2,
700:4, 711:16, 744:5,
778:10
**none** [5] - 568:14, 577:23,
583:4, 722:10, 805:24
**nongovernmental** [1] -
580:4
**nonhuman** [2] - 571:24,
828:11
**nonjury** [1] - 683:16
**nonprofit** [3] - 804:8,
804:10, 823:24
**nonregulated** [1] - 580:19
**noon** [2] - 652:14, 680:10
**normal** [5] - 628:15,
651:17, 655:3, 655:4,
658:21
**normally** [8] - 615:23,
623:7, 626:20, 644:17,
644:18, 651:2, 686:8,
738:24
**North** [2] - 714:11, 714:12
**northern** [1] - 642:23
**Nos** [1] - 562:3
**nose** [2] - 576:14, 632:9
**notation** [1] - 741:16
**notations** [1] - 702:25
**note** [20] - 586:15, 600:11,
674:17, 682:16, 684:24,

Consult our website or call 1.800.XXX.XXXX
to purchase a complete copy of the transcript.

689:21, 696:21, 706:3, 706:11, 711:15, 725:24, 726:12, 738:21, 741:24, 743:20, 818:12, 819:18, 828:25, 832:21, 846:22

**noted** [1] - 696:24

**notes** [4] - 689:8, 690:16, 690:19, 833:12

**nothing** [20] - 572:16, 573:18, 584:9, 585:5, 599:12, 599:13, 608:2, 610:14, 676:4, 676:6, 694:7, 696:7, 703:3, 747:16, 749:12, 759:23, 792:5, 793:16, 794:13, 845:24

**notice** [3] - 576:14, 584:24, 754:24

**noticed** [6] - 576:12, 576:15, 586:19, 586:25, 641:24, 843:11

**notions** [1] - 567:9

**November** [18] - 603:21, 603:23, 643:7, 695:10, 699:10, 699:23, 699:24, 700:1, 700:6, 702:8, 702:13, 702:22, 703:6, 705:2, 747:3, 850:6, 850:7

**nubby** [1] - 634:9

**nuisance** [1] - 575:10

**number** [23] - 583:12, 593:20, 612:13, 635:19, 636:4, 646:13, 647:4, 649:1, 666:8, 669:7, 683:7, 690:16, 690:19, 733:8, 742:7, 812:13, 828:17, 829:4, 830:15, 832:22, 833:2, 833:16, 835:5

**numbered** [1] - 683:19

**numbers** [8] - 626:4, 636:3, 682:24, 690:13, 728:6, 742:16, 817:19, 818:15

**numerous** [3] - 654:5, 677:12, 744:25

**nutrition** [1] - 618:4

**nutritionist** [1] - 672:17

**nuts** [1] - 621:22

## O

**o'clock** [7] - 680:11, 685:15, 687:23, 749:10, 795:10, 811:12

**Oasis** [2] - 616:16, 643:25

**oath** [5] - 564:2, 611:10, 611:11, 682:6, 735:22

**Obi** [9] - 571:21, 582:3, 582:4, 582:5, 639:5, 651:18, 651:21, 651:22, 651:23

**object** [5] - 571:2, 667:4, 704:13, 821:9, 822:24

**objection** [42] - 565:3, 571:1, 571:6, 623:24, 630:12, 631:16, 645:20, 653:8, 667:3, 668:8, 668:9, 704:12, 704:16, 706:21, 706:22, 708:3, 709:4, 712:4, 712:25, 716:16, 718:20, 719:17, 721:16, 721:25, 726:7, 726:8, 729:3, 729:4, 731:3, 731:4, 731:22, 731:23, 733:15, 733:16, 734:4, 734:5, 807:3, 807:4, 821:21, 822:23, 841:22, 846:17

**objections** [1] - 667:7

**objectives** [3] - 670:22, 801:11, 804:22

**obligate** [1] - 616:13

**obligations** [1] - 821:18

**observe** [14] - 573:3, 574:7, 577:18, 578:1, 578:14, 584:11, 584:22, 585:14, 597:21, 597:22, 597:25, 598:17, 620:1, 769:14

**observed** [11] - 574:6, 594:21, 609:18, 669:8, 687:7, 771:14, 774:2, 791:16, 791:17, 791:20, 792:13

**observes** [4] - 686:21, 690:13, 692:22, 704:22

**obsessive** [1] - 676:20

**obtain** [2] - 623:1, 801:4

**obtained** [1] - 677:13

**obvious** [2] - 575:9, 682:2

**obviously** [9] - 605:3, 655:1, 659:21, 667:7, 681:11, 681:14, 683:16, 846:21, 849:22

**occasion** [1] - 581:19

**occasionally** [2] - 655:15, 740:11, 813:2

**occasions** [3] - 676:17, 720:6, 736:21

**occupation** [2] - 748:13, 800:17

**occur** [1] - 824:2

**October** [8] - 605:6, 679:4, 679:7, 692:16, 694:10, 694:13, 695:8, 708:9

**odor** [3] - 568:23, 568:24, 569:21

**off-season** [1] - 651:1

**offer** [33] - 564:24, 570:22, 572:18, 573:1, 577:21, 598:11, 599:8, 630:8, 631:12, 645:19, 666:22, 668:4, 704:7, 706:17, 707:24, 709:1, 712:1, 712:22, 716:8, 716:12, 718:16, 719:13, 721:17, 726:6, 728:22, 731:18, 733:12, 734:3, 738:16,

807:2, 822:19, 841:18

**OFFERED** [3] - 561:16, 562:1, 563:1

**offered** [38] - 565:1, 570:25, 573:23, 593:9, 613:9, 630:7, 630:10, 631:14, 646:1, 667:2, 668:2, 668:6, 674:11, 704:10, 706:19, 708:1, 709:2, 712:2, 712:23, 718:18, 719:15, 726:3, 726:10, 729:1, 731:1, 731:20, 733:18, 734:7, 796:21, 807:6, 822:16, 822:21, 841:20, 846:15, 847:6, 847:8, 847:9, 847:11

**offhand** [2] - 565:20, 700:25

**office** [6] - 610:6, 614:9, 624:5, 628:22, 639:16, 669:13

**officer** [1] - 715:25

**official** [3] - 587:6, 797:17, 798:22

**officials** [7] - 565:22, 589:7, 595:17, 698:16, 701:19, 702:2

**offset** [1] - 845:5

**often** [9] - 600:11, 623:5, 625:12, 632:10, 648:18, 765:19, 766:1, 766:4, 784:23

**oftener** [1] - 765:16

**Ohio** [1] - 672:11

**oil** [1] - 758:22

**okapi** [1] - 841:10

**old** [15] - 613:1, 615:25, 619:10, 630:3, 632:5, 633:20, 640:20, 642:22, 650:23, 661:10, 666:2, 679:16, 686:22, 810:8, 838:25

**older** [7] - 599:24, 600:11, 600:12, 613:1, 619:12, 632:23, 637:7

**oldest** [2] - 616:2, 616:4

**Omaha** [1] - 734:16

**on-site** [1] - 835:25

**once** [24] - 581:16, 626:24, 631:17, 635:9, 655:5, 686:8, 686:10, 686:12, 707:8, 713:13, 729:17, 730:24, 739:7, 739:10, 754:24, 766:1, 782:17, 789:6, 789:11, 793:25, 796:21, 831:6, 836:9, 850:2

**once-in-a-lifetime** [1] - 655:5

**one** [107] - 582:19, 583:16, 585:16, 585:19, 586:21, 593:15, 596:9, 598:8, 598:13, 599:16, 601:1, 603:6, 604:12, 608:10,

609:12, 614:20, 616:8, 618:10, 619:10, 619:25, 623:21, 625:8, 626:4, 632:2, 634:13, 635:2, 635:24, 636:1, 639:5, 641:3, 641:23, 645:5, 645:22, 647:3, 651:12, 651:13, 653:9, 653:13, 653:14, 653:15, 654:4, 654:17, 654:22, 654:24, 655:10, 655:20, 657:3, 658:6, 658:15, 661:8, 661:11, 661:25, 663:1, 663:9, 671:19, 671:23, 672:6, 673:7, 679:4, 682:18, 688:5, 689:3, 691:15, 697:15, 698:11, 701:8, 704:8, 705:14, 708:13, 712:11, 713:2, 715:17, 716:13, 717:4, 728:20, 729:8, 734:14, 735:1, 741:4, 741:7, 743:20, 745:12, 751:25, 752:5, 756:22, 764:21, 774:2, 775:10, 776:15, 777:6, 779:1, 785:23, 790:19, 792:2, 795:11, 796:2, 798:9, 811:25, 831:14, 833:8, 837:5, 841:1, 849:24, 851:17

**one-time** [2] - 654:22, 688:5, 728:20

**ones** [15] - 570:3, 588:10, 596:1, 612:24, 623:9, 656:20, 661:10, 728:14, 730:1, 750:13, 755:2, 769:11, 799:13, 799:14

**ongoing** [3] - 599:20, 608:12, 612:13

**open** [9] - 567:2, 621:23, 692:23, 693:20, 696:10, 701:24, 718:11, 724:6, 770:6

**opened** [11] - 649:18, 650:1, 686:1, 693:22, 694:18, 694:22, 695:5, 695:7, 718:13, 781:17, 781:20

**opening** [3] - 685:19, 686:11, 719:8

**operate** [4] - 701:2, 732:5, 759:12, 759:16

**operates** [1] - 759:23

**operating** [6] - 817:23, 818:4, 818:6, 823:24, 824:1, 824:7

**operation** [1] - 804:3

**operations** [3] - 730:13, 803:7, 813:1

**opine** [1] - 653:10

**opinion** [19] - 587:24, 653:11, 744:17, 744:19, 814:6, 814:12, 814:16, 814:17, 820:10, 820:23,

to purchase a complete copy of the transcript.

826:17, 830:24, 831:2, 831:7, 833:15, 833:18, 835:11, 844:9, 844:21

**opinions** [6] - 808:6, 813:6, 821:14, 821:21, 823:4, 837:1

**opportunity** [5] - 567:3, 591:16, 610:20, 687:18, 847:25

**opt** [1] - 796:16

**opted** [1] - 579:10

**optimistic** [4] - 581:5, 597:7, 607:8, 607:9

**option** [2] - 574:3, 574:4, 796:5

**options** [2] - 613:10, 796:2

**oral** [3] - 796:10, 796:12, 847:18

**orange** [7] - 572:1, 574:12, 598:24, 599:16, 697:1, 697:22, 699:6

**ord** [1] - 694:15

**order** [13] - 661:11, 671:20, 678:1, 678:7, 705:9, 713:18, 728:23, 742:20, 806:16, 834:12, 839:5, 846:11, 848:2

**ordered** [2] - 694:14, 742:23

**ordering** [1] - 849:9

**Oregon** [1] - 560:12

**organization** [5] - 673:3, 804:7, 804:8, 806:8, 807:13

**organization's** [1] - 823:21

**organizations** [4] - 589:17, 606:2, 806:1, 806:5

**original** [2] - 797:15, 798:6

**originally** [1] - 803:6

**otherwise** [3] - 651:8, 652:6, 706:2

**ounces** [1] - 660:13

**outcome** [1] - 682:4

**outdoor** [1] - 688:9

**outdoors** [1] - 634:3

**outer** [1] - 655:16

**outside** [21] - 619:5, 619:24, 620:11, 621:17, 624:10, 627:25, 636:6, 654:9, 675:24, 752:25, 756:17, 756:21, 771:24, 771:25, 772:2, 772:8, 781:11, 781:21, 782:3, 783:25, 784:9

**outward** [1] - 774:3

**overall** [1] - 605:14

**overcomes** [1] - 759:23

**overcompensate** [1] - 759:25

**overflowing** [1] - 603:5

**overlook** [1] - 579:9

**overlooked** [1] - 692:5

**overrule** [1] - 721:24

**overruled** [14] - 565:5, 571:4, 623:25, 631:19, 668:11, 706:25, 708:5, 709:7, 713:2, 718:22, 729:6, 731:25, 821:22, 841:24

**oversees** [1] - 703:25

**oversight** [2] - 580:17, 580:18

**overtop** [1] - 647:20

**overwhelming** [1] - 569:1

**own** [21] - 589:15, 620:8, 622:3, 622:13, 636:18, 676:5, 676:7, 677:5, 695:24, 696:8, 736:18, 740:2, 740:4, 740:25, 764:7, 764:9, 764:10, 781:24, 781:25, 833:11, 834:6

**owner** [2] - 673:25, 738:5

**owners** [2] - 592:23, 673:4

**ownership** [2] - 673:6, 739:22

**owns** [1] - 764:8

## P

**P.C** [1] - 560:11

**p.m** [11] - 680:14, 698:17, 701:20, 746:3, 746:4, 811:13, 852:9

**P.O** [1] - 560:12

**pace** [5] - 643:10, 643:12, 643:13, 643:16

**pack** [2] - 671:19, 836:18

**packages** [1] - 624:21

**packed** [2] - 765:17, 767:20

**padlock** [1] - 794:3

**padlocked** [1] - 780:1

**padlocks** [2] - 779:7, 794:2

**page** [189] - 571:5, 571:15, 571:25, 573:7, 574:11, 575:21, 576:21, 576:22, 579:24, 581:15, 583:12, 583:13, 584:15, 593:12, 593:13, 598:22, 599:14, 599:15, 600:14, 600:15, 601:4, 601:5, 601:6, 601:14, 601:20, 601:21, 601:22, 601:23, 602:3, 603:8, 603:10, 603:13, 603:14, 603:15, 625:16, 625:22, 625:24, 626:2, 626:4, 627:9, 629:18, 630:9, 630:10, 631:25, 632:1, 632:13, 632:18, 632:21, 633:1, 633:8, 633:14, 633:21, 633:25, 634:4, 634:15, 634:21, 646:12, 646:17, 647:12,

647:13, 650:17, 651:19, 654:21, 658:11, 662:1, 663:10, 663:14, 663:25, 664:10, 664:14, 664:19, 664:25, 665:6, 665:24, 665:25, 667:25, 668:15, 668:21, 671:23, 674:16, 674:25, 682:13, 682:14, 682:17, 682:18, 682:24, 683:1, 683:5, 683:7, 683:12, 685:6, 686:20, 687:25, 688:7, 689:21, 690:5, 690:12, 690:16, 690:19, 693:17, 702:20, 703:2, 708:18, 709:11, 709:14, 709:21, 709:23, 710:5, 710:10, 710:11, 710:12, 710:13, 713:6, 713:13, 716:24, 716:25, 717:12, 727:4, 731:8, 731:13, 735:25, 738:25, 739:4, 739:7, 739:10, 739:13, 739:16, 739:19, 741:1, 741:2, 741:13, 741:14, 743:16, 743:21, 757:20, 757:22, 763:4, 763:6, 764:16, 768:25, 770:20, 771:14, 772:17, 772:19, 773:19, 773:20, 773:22, 775:23, 776:1, 776:2, 778:5, 778:6, 778:7, 779:12, 779:14, 786:1, 787:7, 787:9, 787:10, 787:19, 787:20, 789:17, 789:19, 791:12, 797:17, 797:20, 798:3, 799:18, 806:19, 808:13, 819:7, 819:17, 822:14, 823:7, 823:9, 827:1, 833:10, 846:9, 851:22, 851:24

**pages** [2] - 562:11, 570:14, 570:24, 571:7, 571:8, 571:9, 629:17, 630:16, 630:20, 631:13, 645:11, 682:15, 682:21, 682:22, 683:9, 709:12, 710:3, 737:25, 738:1, 797:20, 798:2, 806:16, 848:10

**pagination** [2] - 601:25, 682:9

**paging** [1] - 601:13

**paid** [10] - 567:24, 568:13, 590:10, 596:9, 706:15, 711:6, 722:14, 722:15, 728:18, 838:10

**painful** [1] - 605:22

**pair** [2] - 616:7, 632:23

**Pam** [20] - 561:18, 561:20, 561:23, 562:16, 562:18, 562:19, 562:21, 562:22, 563:3, 568:3, 568:4, 580:11, 604:10, 749:15, 790:10, 791:2, 791:7, 791:23, 792:15, 834:6

**Pam's** [1] - 582:17

**PAMELA** [1] - 611:13

**Pamela** [3] - 561:10, 706:4, 748:18

**paneling** [1] - 752:25

**pans** [2] - 756:2

**paper** [6] - 621:3, 638:21, 693:9, 693:12, 727:22, 730:9

**papers** [2] - 733:2, 740:9

**paperwork** [1] - 740:15

**par** [1] - 809:23

**paragraph** [1] - 601:18

**parakeets** [1] - 636:1

**parameters** [1] - 647:16

**parasite** [2] - 825:14, 829:12

**parasites** [3] - 643:23, 692:4, 746:17

**pardon** [4] - 564:20, 728:12, 821:2, 828:21

**park** [5] - 806:7, 809:20, 809:22, 810:2, 820:25

**Park** [28] - 590:1, 745:10, 803:24, 804:1, 804:5, 804:6, 804:7, 804:11, 804:12, 804:18, 805:7, 807:24, 810:8, 810:19, 812:19, 824:12, 824:14, 825:1, 825:10, 827:25, 837:19, 837:23, 838:12, 839:11, 839:18, 840:2, 843:4, 845:15

**parking** [3] - 586:20, 586:21, 586:24

**parks** [3] - 745:13, 745:20, 801:15

**parrot** [1] - 741:4

**parrots** [1] - 635:25

**part** [24] - 566:5, 575:18, 607:16, 628:17, 670:12, 699:1, 721:15, 721:18, 722:16, 763:17, 773:20, 779:2, 791:25, 796:8, 820:22, 826:17, 827:8, 828:2, 833:23, 836:17, 838:9, 840:13, 843:23, 846:11

**part-time** [3] - 722:16, 827:8, 828:2

**particular** [1] - 573:5, 583:20, 602:16, 604:21, 605:15, 615:15, 649:3, 703:2, 720:20, 775:5, 786:10

**particularly** [12] - 571:23, 588:10, 591:14, 591:22, 594:7, 596:1, 603:25, 682:20, 686:1, 843:14, 848:14, 848:15

**parties** [6] - 683:4, 796:8, 796:20, 799:3, 847:19, 849:2

**parts** [3] - 591:11, 797:25,

to purchase a complete copy of the transcript.

849:3
 **party** [5] - 586:22, 595:14, 595:15, 598:9, 681:16
 **pass** [1] - 845:3
 **passed** [7] - 596:6, 596:7, 597:4, 630:3, 632:16, 632:24, 703:8
 **passing** [1] - 733:25
 **past** [7] - 584:1, 631:2, 725:2, 770:14, 805:23, 806:3, 838:12
 **pasterns** [1] - 714:3
 **patently** [1] - 685:16
 **path** [2] - 613:22, 717:9
 **pathway** [1] - 749:11
 **patrons** [1] - 598:2
 **pause** [1] - 699:3
 **pawing** [1] - 690:23
 **pay** [7] - 567:3, 581:16, 706:12, 711:11, 728:17, 818:19, 825:13
 **payable** [2] - 816:10, 818:21
 **pea** [13] - 573:20, 627:24, 628:1, 765:13, 765:20, 765:24, 766:1, 766:5, 766:7, 766:20, 766:24, 767:7, 767:9
 **peanut** [1] - 621:21
 **peanuts** [1] - 621:24
 **peer** [1] - 809:8
 **pen** [6] - 626:23, 634:25, 638:11, 641:3, 658:14, 746:15
 **penalty** [3] - 706:11, 706:12, 711:4
 **pens** [8] - 569:11, 624:10, 749:6, 749:13, 756:7, 767:19, 777:4, 798:18
 **people** [21] - 583:4, 588:3, 595:13, 606:6, 614:10, 615:12, 646:13, 653:25, 673:4, 673:6, 682:3, 717:9, 722:13, 724:22, 751:17, 768:8, 769:12, 769:13, 770:6, 831:19
 **people's** [1] - 647:19
 **per** [8] - 741:20, 824:15, 824:19, 824:21, 824:23, 824:24, 825:1, 825:11
 **percent** [1] - 688:14
 **perch** [1] - 658:23
 **perches** [2] - 753:22, 753:25
 **perfect** [1] - 707:21
 **perfection** [2] - 713:16, 713:23
 **perfectly** [1] - 839:6
 **perform** [2] - 579:19, 746:11
 **performed** [2] - 804:20, 830:16
 **perhaps** [13] - 569:11, 579:10, 580:18, 581:2,

584:3, 585:12, 585:13, 595:16, 595:18, 672:14, 683:7, 700:13, 830:14
 **perimeter** [23] - 618:18, 619:3, 619:7, 650:12, 651:7, 782:10, 782:12, 782:13, 784:1, 785:8, 785:11, 786:4, 786:24, 787:2, 787:14, 788:2, 788:8, 788:17, 789:2, 789:14, 789:21, 792:20, 792:23
 **perimeters** [1] - 787:5
 **period** [2] - 612:10, 701:6, 758:3
 **perished** [1] - 604:5
 **peritonitis** [1] - 692:1
 **permanently** [1] - 654:14
 **permeable** [1] - 593:3
 **permission** [1] - 601:25
 **permit** [1] - 737:20
 **permitted** [2] - 610:25, 821:19
 **perpetrator** [1] - 580:16
 **persistent** [1] - 691:19
 **person** [8] - 566:7, 582:16, 586:22, 587:2, 587:15, 707:21, 776:19, 793:17
 **person's** [1] - 604:13
 **personal** [12] - 684:22, 727:21, 729:17, 729:19, 729:20, 730:1, 730:2, 730:8, 730:9, 758:12, 758:15, 759:15
 **personalities** [1] - 790:16
 **personality** [2] - 790:17, 790:20
 **personally** [9] - 567:6, 579:10, 667:22, 730:20, 758:18, 759:18, 759:20, 805:19, 808:1
 **personnel** [1] - 809:10
 **perspective** [1] - 825:8
 **persuasive** [2] - 833:7, 833:17
 **pertain** [1] - 684:25
 **pertained** [1] - 685:2
 **pest** [1] - 685:6
 **pests** [1] - 677:9
 **pet** [1] - 660:12
 **petroleum** [1] - 758:23
 **phobia** [1] - 677:9
 **phone** [4] - 565:22, 694:1, 706:2, 848:23
 **photo** [1] - 571:14, 571:16, 575:23, 575:25, 651:1, 841:7
 **photograph** [21] - 563:5, 571:12, 572:1, 576:23, 583:17, 584:17, 594:8, 594:12, 594:14, 600:6, 600:15, 629:21, 634:2, 650:18, 650:20, 651:18,

662:24, 751:25, 797:21, 840:23, 841:1
 **photographs** [22] - 570:10, 570:12, 570:15, 570:16, 570:19, 570:20, 577:3, 577:6, 581:13, 593:15, 598:21, 608:21, 629:4, 630:6, 631:1, 631:22, 650:7, 661:20, 797:24, 813:13, 813:16, 820:4
 **Photographs** [2] - 562:11, 563:4
 **photos** [5] - 571:16, 579:11, 583:3, 608:23, 631:8
 **physical** [1] - 825:13
 **physically** [2] - 575:1, 584:1
 **physiological** [3] - 669:25, 670:8, 801:21
 **physiology** [1] - 830:18
 **pick** [8] - 599:22, 625:8, 639:18, 656:22, 723:16, 766:10, 766:12, 767:12
 **picking** [1] - 651:16
 **picks** [1] - 766:16
 **picture** [59] - 571:18, 571:19, 571:22, 572:4, 572:6, 573:8, 573:12, 574:15, 574:16, 576:2, 576:9, 576:11, 576:12, 583:8, 583:9, 593:19, 593:20, 593:22, 593:25, 594:15, 598:24, 599:3, 599:4, 599:6, 599:15, 599:19, 600:16, 600:18, 627:10, 634:24, 656:6, 662:1, 662:13, 662:16, 662:25, 663:7, 663:8, 663:12, 663:17, 663:18, 663:24, 664:3, 664:10, 664:15, 664:16, 664:19, 664:20, 665:1, 665:2, 665:6, 665:7, 665:17, 665:21, 666:1, 666:2, 713:25, 841:13
 **pictures** [10] - 580:9, 598:16, 600:19, 608:14, 628:11, 661:25, 662:3, 663:22, 665:15, 665:24
 **pieces** [1] - 752:8
 **Pierce** [2] - 792:12, 794:11
 **PIERCE** [11] - 560:8, 757:13, 757:15, 761:3, 763:5, 768:24, 791:12, 792:2, 792:5, 794:9, 794:12
 **pig** [1] - 658:5
 **piglet** [2] - 658:6, 658:9
 **piglets** [3] - 604:7, 604:10, 604:11
 **pigs** [5] - 604:18, 659:13, 660:9, 660:15, 660:15
 **pile** [2] - 600:7, 650:6

 **piles** [6] - 570:5, 570:7, 578:5, 599:9, 599:24, 688:1
 **pink** [2] - 647:19, 648:1
 **pins** [1] - 617:22
 **placard** [1] - 578:11
 **place** [7] - 581:11, 584:19, 624:11, 693:2, 693:6, 780:4, 821:18
 **placed** [2] - 607:13, 611:10, 675:22
 **places** [3] - 637:22, 785:15, 793:4
 **plaintiff** [3] - 609:3, 847:22, 847:24
 **Plaintiffs** [3] - 560:6, 560:9, 560:12
 **plaintiffs** [14] - 566:19, 610:22, 610:24, 635:11, 635:15, 669:8, 669:11, 681:12, 794:22, 796:14, 796:16, 799:10, 813:17, 849:8
 **plaintiffs'** [5] - 733:4, 733:5, 847:23, 849:24, 850:12
 **Plaintiffs'** [36] - 565:1, 565:7, 570:24, 571:9, 667:1, 667:12, 668:6, 668:13, 704:10, 704:19, 706:19, 707:2, 708:1, 708:7, 709:2, 709:9, 712:2, 712:8, 712:23, 713:4, 718:18, 718:24, 719:15, 722:1, 726:10, 729:1, 729:10, 731:1, 731:20, 732:2, 733:18, 734:7, 807:6, 822:21, 823:5, 832:23
 **PLAINTIFFS'** [2] - 561:3, 561:17
 **plan** [15] - 615:3, 615:4, 621:2, 661:1, 674:8, 674:16, 674:17, 674:20, 674:25, 675:4, 811:12, 823:25, 835:16, 835:18, 836:24
 **plane** [1] - 608:22
 **planning** [10] - 670:21, 676:8, 801:10, 815:4, 816:1, 824:5, 835:9, 835:11, 835:13
 **plans** [6] - 615:3, 673:22, 673:25, 675:9, 804:21, 804:22
 **plastic** [1] - 634:6
 **platforms** [1] - 659:2
 **play** [5] - 637:25, 658:1, 660:2, 680:3, 769:21
 **played** [1] - 638:1
 **playing** [3] - 634:6, 657:8, 679:25
 **pleasant** [2] - 590:2, 590:4, 598:14
 **pleasantries** [1] - 597:13

to purchase a complete copy of the transcript.

**pleasure** [1] - 840:22

**plenty** [3] - 736:16, 745:12, 756:3

**plucked** [3] - 654:4, 654:8, 654:10

**plucking** [2] - 654:7, 654:12

**plugged** [1] - 832:17

**plus** [4] - 567:14, 750:6, 750:19, 756:19

**pneumonia** [3] - 643:7, 695:11, 695:12

**point** [14] - 575:4, 575:11, 595:15, 604:2, 647:8, 657:23, 682:20, 683:8, 713:7, 716:22, 720:17, 768:9, 769:19, 791:19

**pointed** [1] - 650:7

**pole** [3] - 617:9, 617:11, 617:12

**police** [2] - 588:23, 590:7

**policies** [1] - 562:15

**policy** [3] - 637:2, 640:24, 652:16

**poodle** [1] - 654:25

**poodle's** [1] - 654:23

**pool** [6] - 643:21, 656:1, 656:2, 656:8, 656:14, 784:19

**pools** [2] - 626:17, 754:25

**poop** [1] - 628:9

**popular** [1] - 810:14

**porcupine** [1] - 739:1

**portion** [9] - 667:24, 668:22, 743:21, 774:1, 786:4, 788:2, 789:20, 791:9, 822:13

**portions** [1] - 670:13

**position** [2] - 779:17, 802:5

**positive** [3] - 597:5, 632:15, 662:17

**possession** [1] - 657:13

**possibility** [3] - 674:20, 787:3, 787:4

**possible** [20] - 605:13, 607:24, 665:13, 665:14, 675:3, 680:5, 683:3, 684:8, 693:18, 756:8, 759:22, 761:20, 765:1, 772:3, 772:11, 772:12, 777:15, 786:23, 827:11, 841:16

**possibly** [6] - 588:7, 647:25, 662:23, 742:25, 751:12, 830:20

**post** [3] - 593:23, 788:4, 789:22

**posted** [1] - 652:17

**posts** [1] - 752:21

**posttrial** [1] - 847:20

**posture** [1] - 820:11

**potential** [1] - 669:2

**potentially** [1] - 779:16

**poultry** [1] - 636:6

**pound** [2] - 780:8, 780:20

**pounds** [1] - 780:7

**practical** [2] - 721:16, 827:8

**practice** [1] - 836:24

**practices** [9] - 669:25, 670:7, 673:12, 673:15, 801:20, 810:3, 821:8, 822:10, 826:25

**preconceived** [3] - 567:9, 567:18, 568:19

**predominantly** [1] - 702:18

**prefer** [1] - 607:18

**preference** [3] - 796:14, 796:24, 797:4

**premises** [1] - 675:20

**preparation** [2] - 828:19, 828:22

**prepare** [3] - 604:20, 684:8, 849:13

**prepared** [2] - 611:3, 742:1, 848:10

**preparing** [2] - 683:17, 685:19

**prescribe** [1] - 694:5

**prescribed** [1] - 694:19

**prescription** [2] - 640:9

**presence** [1] - 587:17

**present** [6] - 582:8, 587:8, 646:14, 690:20, 738:6, 800:16

**presenting** [1] - 816:15

**preserving** [1] - 673:5

**president** [1] - 809:7

**press** [1] - 781:10

**presumably** [1] - 721:2

**presumed** [4] - 577:10, 582:17, 583:1, 600:21

**pretrial** [1] - 846:11

**pretty** [9] - 577:2, 580:6, 591:9, 597:18, 613:18, 643:6, 753:5, 774:12, 837:3

**preventable** [1] - 606:23

**preventative** [2] - 692:11, 692:13

**preventing** [1] - 779:19

**previous** [7] - 584:25, 598:4, 599:5, 599:21, 603:16, 687:22, 687:25

**previously** [15] - 571:6, 611:14, 621:8, 667:25, 668:16, 685:10, 689:1, 693:5, 727:10, 731:10, 737:7, 738:18, 769:5, 796:11, 847:18

**prey** [2] - 618:4, 618:6

**Pries** [23] - 617:9, 691:2, 691:8, 691:16, 692:24, 693:24, 694:5, 694:10, 694:14, 694:15, 694:16, 694:19, 695:11, 695:21, 696:4, 702:21, 702:25, 703:5, 727:10, 734:19,

746:20, 839:25

**Pries'** [2] - 726:22, 734:15

**Primal** [1] - 644:1

**primarily** [4] - 726:18, 764:5, 776:19, 803:7

**primary** [6] - 772:21, 773:24, 774:3, 781:22, 782:7, 782:10

**primate** [4] - 571:24, 594:7, 615:16, 615:19, 621:10, 652:3, 677:4, 770:25

**primates** [4] - 652:5, 737:1, 802:14, 828:12

**printed** [1] - 697:11

**private** [5] - 673:6, 737:4, 737:5, 738:5, 804:10

**probative** [2] - 720:25, 721:21

**problem** [19] - 585:3, 587:25, 641:15, 644:10, 682:12, 704:24, 752:12, 755:23, 769:10, 772:13, 773:12, 774:21, 774:23, 774:25, 775:2, 776:9, 784:4, 790:5, 816:20

**problematic** [3] - 677:6, 769:24, 818:18

**problems** [10] - 606:23, 624:2, 640:25, 690:2, 691:20, 714:18, 714:21, 757:3, 781:2, 816:15

**procedure** [1] - 816:19

**procedures** [2] - 604:20, 829:20

**proceed** [4] - 611:4, 611:6, 811:16, 848:9

**Proceedings** [1] - 852:9

**process** [13] - 698:17, 701:19, 702:3, 707:6, 711:7, 735:3, 735:6, 735:12, 736:1, 736:3, 775:14, 808:20, 809:22

**produce** [4] - 589:11, 702:12, 842:13, 844:13

**produced** [2] - 707:6, 725:13

**product** [2] - 624:5, 624:8

**productive** [1] - 648:14

**profane** [1] - 681:22

**profession** [1] - 800:21

**professional** [4] - 726:25, 805:25, 806:5, 806:6

**proficient** [1] - 836:24

**profit** [6] - 731:9, 759:3, 759:5, 759:9, 764:23, 823:24

**Profit** [1] - 562:9

**profits** [2] - 743:3, 818:7

**program** [12] - 614:15, 624:3, 678:22, 692:3, 804:9, 808:10, 826:10, 826:11, 826:13, 837:23, 837:25

**programs** [15] - 670:24, 751:2, 801:13, 803:14, 803:15, 804:4, 804:23, 804:24, 807:16, 808:12, 809:11, 809:12, 814:23

**prohibiting** [1] - 849:1

**project** [1] - 838:11

**promoted** [3] - 803:8, 803:9, 803:12

**prompted** [1] - 603:23

**proof** [1] - 721:17

**propagating** [1] - 673:5

**proper** [5] - 607:20, 623:1, 649:22, 683:7, 717:17

**properly** [2] - 697:11, 764:22

**property** [4] - 764:5, 764:6, 764:8, 764:9

**protected** [1] - 606:21

**protection** [1] - 572:18

**protections** [3] - 591:23, 593:10, 605:17

**protective** [2] - 627:4, 728:23

**protects** [1] - 620:2

**protocol** [2] - 791:25, 808:12

**protocols** [7] - 813:1, 832:9, 832:10, 832:12, 832:15, 836:5, 836:14

**prove** [4] - 720:9, 721:7, 721:8, 721:23

**proves** [1] - 721:10

**provide** [13] - 573:19, 674:22, 681:21, 799:4, 799:7, 804:9, 807:14, 826:14, 826:25, 829:25, 845:15, 845:17, 845:18

**provided** [7] - 592:16, 667:17, 699:22, 729:16, 731:14, 758:2, 831:17

**providing** [2] - 607:21, 830:5

**provision** [2] - 679:23, 691:23

**proximity** [1] - 594:2

**prudent** [1] - 586:13

**psychological** [3] - 670:2, 670:8, 801:21

**public** [34] - 567:2, 568:25, 570:4, 590:9, 590:17, 591:15, 618:19, 638:5, 639:9, 646:14, 670:23, 673:24, 679:17, 679:19, 685:19, 687:4, 704:9, 717:24, 727:22, 729:18, 730:10, 768:5, 768:16, 768:19, 770:5, 770:8, 784:4, 784:5, 801:12, 808:11, 810:14, 831:10, 836:8, 840:2

**pull** [1] - 613:17

**pulled** [3] - 586:20, 592:5, 617:11

Please contact A to Z Reporting & Video, Inc. at 319-legal-15 or 800-563-0065
to purchase a complete copy of the transcript.

**pup** [3] - 634:5, 634:13, 634:14
**purchase** [2] - 737:14, 737:19
**purchasing** [1] - 737:15
**purebred** [1] - 637:10
**purports** [1] - 672:12
**purpose** [4] - 673:1, 673:2, 821:20, 823:3
**purposely** [1] - 787:1
**purposes** [7] - 570:13, 574:18, 574:19, 574:24, 652:18, 653:2, 683:14
**purring** [1] - 613:24
**pursue** [1] - 736:13
**pursuing** [1] - 595:8
**Pusillo** [2] - 672:18, 839:23
**Pusillo's** [2] - 644:1, 644:6
**put** [44] - 577:15, 613:17, 613:18, 617:3, 617:13, 618:21, 620:2, 620:8, 621:21, 622:11, 625:3, 626:13, 642:1, 643:4, 646:8, 647:4, 675:24, 680:7, 715:8, 717:2, 726:24, 729:25, 742:14, 743:19, 752:6, 754:3, 755:3, 755:4, 756:1, 763:2, 765:23, 766:15, 771:8, 773:5, 785:4, 789:7, 791:14, 797:15, 806:24, 810:22, 810:25, 811:1, 811:2, 836:16
**puts** [1] - 641:13
**putting** [4] - 621:11, 687:24, 717:8, 825:7
**PVC** [2] - 621:20, 638:10

## Q

**qualified** [1] - 691:5
**quality** [6] - 606:8, 812:25, 842:16, 844:17, 844:23, 845:3
**quantities** [1] - 845:20
**quarry** [1] - 811:1
**quarter** [3] - 741:3, 752:22, 753:19
**quarterly** [1] - 672:4
**quarters** [3] - 741:6, 763:11, 763:24
**questioning** [2] - 670:18, 821:10
**questions** [24] - 582:5, 597:15, 610:12, 610:22, 614:21, 614:25, 630:15, 645:6, 646:8, 660:21, 671:24, 671:25, 703:13, 717:7, 734:16, 745:24, 746:10, 747:13, 757:11, 761:7, 794:7, 837:8, 843:16, 845:22

**quick** [1] - 569:13
**Quickbayt** [1] - 624:6
**quickly** [2] - 617:14, 851:7
**quite** [1] - 569:11, 577:22, 579:12, 630:3, 632:10, 659:10, 664:17, 666:6, 742:6, 762:3, 770:11, 785:9, 791:7, 792:15, 811:4, 843:12
**quotation** [1] - 737:10
**quote** [1] - 737:12

## R

**rabbits** [1] - 583:14
**raccoon** [2] - 597:17, 597:19
**raccoons** [3] - 641:1, 660:9, 757:8
**rain** [2] - 628:9, 714:3
**rains** [1] - 637:18
**raise** [3] - 586:7, 747:22, 799:25
**raised** [9] - 612:15, 616:21, 617:5, 638:2, 657:20, 658:3, 658:4, 658:8, 775:13
**Rajahn** [2] - 642:7, 679:11
**rake** [4] - 628:8, 766:9, 766:16
**ramp** [2] - 586:20, 586:21
**range** [1] - 589:3
**ranges** [1] - 838:20
**Raoul** [2] - 641:18, 642:5, 679:11
**Raoul's** [1] - 642:9
**Rapids** [2] - 560:5, 560:15
**rare** [1] - 791:1
**rather** [4] - 595:7, 654:18, 797:9, 847:18
**ration** [1] - 655:4
**rattle** [1] - 588:12
**rattled** [1] - 745:2
**raw** [1] - 616:14
**re** [1] - 611:14
**re-called** [1] - 611:14
**reach** [4] - 589:3, 607:7, 620:1, 753:10
**reached** [1] - 720:23
**reaching** [7] - 589:6, 589:15, 595:15, 821:16, 821:21, 823:4, 847:18
**reaction** [6] - 595:3, 620:23, 705:3, 707:17, 710:18, 713:22
**read** [29] - 565:17, 567:11, 600:10, 666:15, 667:24, 668:1, 668:22, 669:22, 673:20, 679:23, 691:23, 699:7, 707:14, 715:16, 717:12, 738:11, 762:25, 763:2, 764:20, 776:14, 778:18, 786:8, 786:11,

791:10, 798:18, 801:8, 818:5, 822:13, 822:15
**reads** [5] - 690:5, 698:15, 701:18, 702:1, 823:13
**ready** [1] - 564:11, 570:11, 799:21
**real** [6] - 677:3, 764:5, 764:6, 764:8, 766:11, 815:6
**reality** [1] - 716:5
**realize** [1] - 794:6
**really** [21] - 577:20, 587:21, 588:14, 604:2, 616:10, 617:14, 621:12, 654:2, 665:16, 677:2, 677:18, 678:19, 691:14, 724:25, 774:18, 788:10, 788:11, 798:9, 805:12, 842:16, 848:19
**reason** [18] - 587:23, 604:4, 632:12, 647:11, 649:17, 655:17, 675:21, 704:25, 706:24, 717:11, 719:9, 724:1, 725:8, 766:21, 766:25, 771:23, 773:15, 793:17
**reasonable** [1] - 850:20
**reasons** [3] - 646:21, 682:2, 728:16
**rebuttal** [6] - 561:6, 794:22, 821:11, 823:1, 846:2, 847:25
**receipt** [1] - 850:12
**receive** [8] - 621:1, 631:19, 637:14, 668:24, 721:14, 798:13, 851:6
**RECEIVED** [3] - 561:1, 562:1, 563:1
**received** [70] - 565:6, 565:7, 571:8, 571:10, 602:16, 612:22, 612:24, 630:7, 631:22, 631:23, 645:25, 646:2, 666:17, 667:13, 668:2, 668:12, 668:13, 674:14, 704:9, 704:18, 704:19, 707:1, 707:2, 708:6, 708:7, 709:8, 709:9, 712:7, 712:8, 713:3, 713:4, 716:18, 718:23, 718:24, 721:25, 722:1, 726:4, 726:9, 726:11, 729:7, 729:10, 731:7, 732:1, 732:2, 733:17, 733:19, 734:6, 734:8, 738:18, 799:13, 799:19, 807:5, 807:7, 822:16, 823:5, 841:25, 842:1, 846:13, 846:15, 846:18, 846:19, 846:22, 846:24, 847:6, 847:7, 847:8, 847:9, 847:10, 847:11
**recently** [6] - 639:13, 639:23, 659:1, 661:12, 827:23, 838:16
**recess** [2] - 629:9, 629:11,

680:14, 746:2, 746:4, 811:13
**recognize** [21] - 575:23, 666:16, 667:15, 672:14, 672:15, 705:20, 708:12, 712:13, 712:15, 718:14, 719:2, 725:10, 727:17, 732:24, 733:1, 733:22, 738:9, 740:18, 757:20, 806:21, 820:17
**recollection** [11] - 586:2, 816:12, 816:16, 816:24, 817:1, 817:3, 817:4, 817:9, 817:10, 848:11
**recommend** [1] - 827:18
**recommendation** [1] - 809:19
**recommendations** [1] - 734:20
**recommended** [6] - 628:3, 628:5, 691:25, 692:8, 692:9, 767:6
**recommends** [1] - 827:6
**record** [28] - 590:17, 612:13, 625:20, 649:12, 654:15, 681:15, 682:16, 682:21, 683:11, 698:23, 721:13, 721:15, 721:18, 729:18, 738:12, 747:9, 748:9, 761:11, 796:23, 797:17, 798:15, 798:22, 800:17, 848:18, 848:25, 851:9, 852:8
**recorded** [3] - 773:25, 776:10, 776:11
**records** [20] - 562:7, 649:16, 695:14, 695:15, 697:8, 699:19, 702:7, 702:9, 702:11, 702:12, 702:14, 702:19, 704:9, 738:2, 738:20, 740:8, 764:25, 772:20, 813:14, 846:12
**recross** [1] - 747:15
**RECROSS** [2] - 561:2, 845:11
**RECROSS-EXAMINATION** [1] - 845:11
**red** [8] - 619:13, 619:20, 620:4, 634:1, 657:20, 690:18, 741:7, 741:10
**redacted** [1] - 843:25
**redid** [1] - 618:16
**redirect** [3] - 589:14, 610:13, 747:14
**REDIRECT** [4] - 561:2, 746:7, 792:8, 843:18
**refer** [12] - 602:10, 602:13, 619:3, 623:13, 623:17, 647:15, 714:6, 816:4, 819:3, 832:12, 848:13, 848:14
**reference** [1] - 821:19
**referenced** [1] - 710:14

to purchase a complete copy of the transcript.

**references** [1] - 682:22
**referencing** [1] - 689:5
**referred** [5] - 656:16, 682:17, 683:5, 683:9, 734:12
**referring** [16] - 646:25, 647:17, 680:1, 683:18, 684:10, 686:18, 693:21, 705:6, 731:11, 735:9, 778:15, 824:15, 832:13, 846:10, 848:7, 849:2
**refers** [1] - 815:23
**reflective** [1] - 728:15
**refresh** [5] - 816:11, 816:15, 817:4, 817:8, 848:11
**refreshed** [3] - 816:25, 817:2, 817:3
**refreshes** [1] - 817:10
**regard** [22] - 592:8, 630:17, 632:13, 632:18, 632:21, 636:23, 644:22, 646:7, 647:6, 649:3, 649:4, 649:8, 658:11, 659:9, 672:20, 673:14, 713:14, 756:14, 796:15, 797:4, 830:25, 840:7
**regarding** [5] - 630:6, 669:9, 707:8, 813:10, 833:6
**regardless** [2] - 760:21, 823:24
**regards** [2] - 823:19, 827:12
**Region** [2] - 703:18, 703:22
**registration** [3] - 612:5, 612:6, 671:23
**regular** [4] - 658:16, 722:17, 725:3, 792:20
**regularly** [4] - 636:21, 722:22, 724:20, 826:13
**regulated** [3] - 713:18, 713:19, 714:24
**regulations** [9] - 607:15, 607:17, 660:19, 689:9, 705:1, 740:13, 812:25, 813:2, 813:3
**reinforced** [1] - 774:21
**relating** [1] - 827:14
**relations** [1] - 801:1
**relatively** [1] - 851:4
**releases** [2] - 617:15, 627:6
**relevance** [18] - 565:4, 571:2, 667:4, 668:9, 704:13, 706:22, 708:4, 709:5, 712:5, 713:1, 718:21, 719:18, 719:22, 729:4, 731:4, 731:23, 822:24, 841:22
**relevancy** [2] - 667:7, 704:16
**relevant** [4] - 720:14, 721:12, 825:4, 825:6

**reliable** [1] - 812:21
**relied** [3] - 821:15, 821:20, 823:3
**relief** [1] - 574:5
**relies** [1] - 835:24
**rely** [5] - 715:15, 744:16, 779:16, 820:22, 835:10
**relying** [1] - 831:20
**remain** [1] - 718:7
**remained** [1] - 805:6
**remaining** [2] - 564:14, 699:6
**remember** [36] - 568:18, 601:1, 609:12, 611:20, 618:10, 618:14, 642:17, 649:5, 653:22, 677:18, 681:6, 691:14, 700:18, 702:23, 703:4, 705:6, 707:10, 758:6, 758:7, 762:22, 763:17, 769:16, 771:12, 772:23, 773:10, 777:8, 777:24, 777:25, 790:18, 791:24, 792:17, 819:4, 824:17, 840:19, 841:15
**remind** [1] - 576:22
**removed** [2] - 607:13, 651:10
**renew** [1] - 678:7
**repair** [2] - 789:2, 820:2
**repaired** [1] - 619:2
**repairs** [2] - 815:8, 823:16
**repeat** [8] - 577:19, 581:24, 653:4, 690:1, 753:24, 760:3, 770:11, 817:20
**repeated** [1] - 834:21
**replace** [1] - 767:9
**replaced** [1] - 618:20
**replacements** [1] - 823:16
**replicate** [1] - 577:24
**replies** [1] - 645:16
**reply** [2] - 848:24, 850:18
**Report** [1] - 708:20
**report** [36] - 579:12, 601:15, 602:20, 603:1, 604:17, 618:10, 648:14, 686:17, 689:6, 689:12, 689:25, 692:16, 692:20, 696:15, 697:8, 697:23, 698:7, 698:9, 698:10, 699:7, 701:17, 708:10, 709:12, 710:6, 710:17, 711:9, 711:12, 712:19, 713:7, 714:10, 720:22, 756:22, 778:9, 809:17, 829:3
**reported** [7] - 606:11, 764:15, 764:16, 764:23, 770:22, 813:15, 819:18
**REPORTER** [1] - 670:1, 670:3, 687:13, 687:15, 697:24, 849:15, 849:20
**reporter** [3] - 698:1, 761:6,

850:2
**reporting** [1] - 719:21
**Reports** [1] - 832:24
**reports** [32] - 565:15, 567:11, 589:12, 590:18, 590:21, 592:5, 597:4, 600:10, 606:12, 623:13, 648:17, 648:25, 649:4, 653:3, 666:10, 699:7, 712:11, 719:19, 720:18, 743:20, 745:8, 770:23, 776:14, 776:16, 813:12, 820:3, 832:16, 832:18, 832:20, 833:6, 833:15
**represent** [4] - 713:15, 725:1, 732:5, 822:9
**representation** [5] - 697:22, 701:22, 725:20, 728:4, 729:15
**representations** [3] - 570:18, 699:21, 831:20
**representative** [4] - 572:6, 572:10, 720:20, 742:7
**represented** [1] - 712:10
**reptile** [5] - 620:18, 622:13, 687:8, 690:17, 724:14
**reptiles** [6] - 620:19, 622:12, 636:13, 636:15, 686:14, 842:25
**request** [2] - 598:9, 645:22
**require** [1] - 720:4
**required** [12] - 641:7, 692:8, 713:20, 713:21, 722:22, 723:2, 798:23, 807:24, 826:13, 832:14, 834:19, 849:3
**requirements** [12] - 562:2, 636:24, 667:20, 720:5, 720:11, 720:16, 767:22, 788:17, 822:5, 822:6, 823:22, 825:19
**requires** [6] - 607:20, 688:14, 715:13, 737:20, 768:2, 777:19
**requiring** [1] - 675:5
**rescue** [1] - 613:9
**Rescue** [1] - 606:3
**research** [2] - 566:24, 615:19
**researched** [1] - 567:14
**reserves** [2] - 760:1, 760:18
**reserving** [1] - 667:6
**resolved** [2] - 603:2, 813:4
**resource** [1] - 834:17
**Resources** [1] - 639:19
**resources** [19] - 762:12, 762:15, 762:19, 812:3, 814:3, 814:21, 814:24, 815:2, 815:8, 818:1, 826:1, 826:5, 829:25, 830:5, 830:11, 835:4, 844:10,

844:22, 845:6
**respect** [7] - 657:9, 682:22, 765:5, 769:2, 769:4, 778:16, 847:5
**respond** [9] - 565:19, 602:7, 647:9, 705:9, 790:14, 827:10, 836:25, 847:23, 850:13
**responded** [2] - 602:18, 713:13
**respondents** [1] - 719:9
**responders** [1] - 836:1
**responding** [1] - 674:1
**response** [23] - 562:16, 562:18, 562:19, 562:21, 562:22, 565:11, 566:1, 566:2, 566:3, 566:7, 566:9, 602:15, 602:19, 602:22, 605:2, 647:7, 647:9, 652:3, 666:17, 666:20, 680:3, 805:15, 834:5
**Responses** [1] - 562:3
**responses** [6] - 602:17, 647:7, 666:23, 689:4, 696:19, 704:6
**responsibilities** [1] - 805:11
**responsibility** [1] - 799:1
**responsible** [9] - 673:6, 698:15, 701:18, 702:1, 730:12, 730:15, 730:20, 745:4, 805:3
**responsive** [2] - 581:5, 589:10
**rest** [4] - 625:3, 659:6, 794:20, 796:11
**resting** [1] - 577:12
**restricted** [1] - 647:22
**result** [3] - 694:1, 779:21, 830:10
**results** [1] - 589:11
**Resumed** [2] - 564:4, 611:18
**retain** [1] - 740:7
**retake** [1] - 611:7
**retired** [5] - 656:20, 746:21, 800:20, 803:25, 805:6
**retirement** [1] - 762:7
**return** [8] - 580:25, 581:12, 589:18, 591:3, 596:8, 598:22, 600:23, 807:9
**returned** [4] - 580:22, 605:19, 694:10, 700:7
**returning** [1] - 605:24
**returns** [4] - 562:8, 729:15, 729:23, 842:10
**revenue** [5] - 813:15, 814:3, 815:7, 816:3, 817:23
**review** [14] - 564:12, 564:14, 601:19, 667:8, 764:25, 809:7, 809:9, 809:11, 813:9, 813:16,

to purchase a complete copy of the transcript.

813:22, 817:8, 818:22, 828:22
  **reviewed** [3] - 813:11, 817:19, 833:14
  **reviewing** [4] - 708:22, 816:25, 828:19, 843:20
  **right-hand** [7] - 593:12, 594:16, 651:14, 693:18, 696:24, 823:8, 832:21
  **rigid** [1] - 822:8
  **ring** [13] - 619:16, 620:5, 634:16, 658:1, 687:10, 687:14, 687:17, 690:18, 741:16, 741:17, 741:20, 810:19, 811:4
  **ring-tail** [6] - 619:16, 620:5, 634:16, 741:16, 741:17, 741:20
  **ring-tailed** [6] - 687:10, 687:14, 687:17, 690:18, 810:19, 811:4
  **ring-tails** [1] - 658:1
  **risk** [3] - 772:9, 829:21, 835:1
  **River** [1] - 560:11
  **road** [1] - 783:11
  **Road** [1] - 560:15
  **Robert** [2] - 703:18, 703:19
  **rock** [2] - 573:21, 810:13
  **rocks** [1] - 600:8
  **rodent** [2] - 644:11, 644:13
  **role** [2] - 703:23, 805:10
  **rolled** [1] - 753:19
  **roof** [2] - 578:17, 659:7
  **roofs** [1] - 656:25
  **room** [5] - 622:10, 627:25, 635:24, 636:1, 735:19
  **rooms** [1] - 834:15
  **rope** [1] - 634:10
  **rotary** [1] - 767:13
  **rototiller** [3] - 767:15, 767:16
  **rotting** [3] - 569:9, 569:23, 569:24
  **rough** [4] - 574:2, 680:3, 699:11, 815:17
  **roughly** [2] - 744:2, 812:11
  **round** [1] - 657:4
  **routine** [7] - 655:24, 691:16, 691:25, 692:2, 692:4, 829:11, 829:14
  **routinely** [2] - 689:15, 851:11
  **rubbed** [1] - 657:25
  **rubs** [1] - 693:19
  **ruffed** [11] - 619:13, 619:20, 620:5, 634:1, 657:20, 687:10, 687:12, 687:17, 690:18, 741:7, 741:10
  **rule** [4] - 635:5, 679:3,

681:17, 787:5
  **rules** [3] - 714:23, 715:18, 757:6
  **ruling** [6] - 667:7, 681:14, 682:2, 851:1, 851:15
  **run** [4] - 637:23, 652:9, 688:17, 722:9
  **running** [2] - 582:19, 770:24
  **runs** [2] - 620:16, 793:3
  **rural** [1] - 569:5
  **rut** [1] - 639:16

## S

  **sad** [2] - 576:10, 606:18
  **safe** [3] - 639:9, 717:17, 836:16
  **safely** [1] - 592:24
  **safety** [5] - 592:22, 599:7, 620:8, 774:19, 826:22
  **sagging** [1] - 788:4
  **salary** [3] - 722:14, 722:15, 838:10
  **sale** [3] - 738:22, 739:2, 740:7
  **sales** [1] - 742:18
  **salvage** [1] - 639:17
  **Sammy** [1] - 774:11
  **sample** [1] - 746:15
  **San** [1] - 777:2
  **Sanctuary** [1] - 652:25
  **sanctuary** [1] - 638:1
  **sanitation** [3] - 676:20, 677:9, 834:19
  **sanitization** [1] - 653:14
  **sanitize** [1] - 628:9
  **sanitized** [1] - 647:21
  **Sascha** [7] - 633:2, 633:3, 633:5, 664:10, 702:20, 702:21, 702:24
  **sat** [2] - 655:1, 735:18
  **satisfaction** [1] - 813:4
  **satisfactory** [1] - 595:3
  **satisfied** [1] - 602:21
  **save** [1] - 642:1
  **saw** [16] - 571:20, 572:7, 574:9, 575:7, 577:8, 579:7, 580:10, 581:1, 582:18, 606:16, 656:1, 656:3, 685:22, 719:22, 771:7
  **schedule** [2] - 723:3, 749:8
  **Schedule** [5] - 562:10, 729:25, 730:6, 731:10, 764:12
  **scheduled** [1] - 826:14
  **Schmitt** [3] - 608:24, 609:7, 609:8
  **school** [2] - 676:11, 724:5
  **schooling** [1] - 676:10
  **science** [1] - 826:23
  **scooch** [2] - 748:4, 800:4

  **scope** [2] - 610:25, 815:21
  **scrap** [2] - 651:15, 651:16
  **scrapes** [4] - 643:1, 649:13, 695:20, 696:7
  **scraps** [1] - 578:4
  **scratch** [1] - 659:3
  **scratching** [1] - 680:2
  **screen** [2] - 625:18, 832:20
  **screening** [1] - 691:25
  **screenings** [2] - 691:16, 691:18
  **screw** [1] - 660:12
  **scrub** [1] - 754:20
  **scrutinized** [1] - 590:12
  **seal** [8] - 592:24, 728:23, 729:8, 730:25, 731:19, 732:1, 846:16, 846:18
  **sealable** [1] - 592:22
  **sealed** [1] - 593:2
  **searching** [1] - 684:19
  **season** [5] - 651:1, 669:15, 679:22, 686:15, 832:1
  **seat** [2] - 748:4, 800:4
  **second** [11] - 576:24, 583:8, 598:11, 603:13, 695:25, 697:25, 703:7, 704:21, 739:4, 773:10, 796:5
  **secondary** [2] - 650:4, 694:22
  **section** [5] - 618:18, 673:20, 786:6, 788:3, 827:4
  **Section** [3] - 823:14, 823:23, 827:6
  **sections** [1] - 710:8
  **secured** [1] - 785:9
  **securely** [1] - 774:5
  **secures** [1] - 779:1
  **securing** [1] - 776:20
  **security** [3] - 587:20, 587:25, 785:8
  **see** [115] - 567:7, 568:16, 569:24, 570:1, 570:5, 570:7, 571:22, 571:25, 572:17, 573:14, 575:11, 576:17, 577:6, 580:9, 581:2, 581:6, 581:10, 582:14, 582:23, 582:24, 582:25, 584:14, 585:7, 585:10, 585:24, 586:12, 589:22, 589:25, 591:16, 592:25, 593:20, 593:25, 594:9, 594:16, 594:18, 597:6, 598:10, 599:6, 599:13, 600:1, 600:6, 603:4, 606:17, 607:18, 613:11, 613:12, 620:19, 620:22, 626:3, 626:6, 626:9, 628:11, 628:20, 629:18, 630:16, 645:12, 651:7, 651:19, 652:2, 653:3, 658:16, 662:13,

668:15, 668:21, 669:23, 673:21, 693:16, 697:4, 697:6, 700:1, 702:4, 708:13, 709:25, 710:8, 710:11, 710:14, 715:7, 717:13, 719:11, 720:17, 729:9, 741:8, 741:16, 742:21, 743:12, 743:25, 744:4, 745:8, 746:16, 752:12, 753:4, 767:17, 768:6, 768:9, 768:13, 768:16, 768:19, 769:9, 769:11, 769:14, 769:19, 773:20, 775:20, 778:7, 786:3, 791:1, 797:12, 798:6, 798:10, 806:19, 817:9, 832:25, 833:2, 835:24
  **seeds** [1] - 621:23
  **seeing** [10] - 567:8, 572:2, 578:4, 583:25, 586:2, 596:25, 597:1, 708:17, 791:24, 843:21
  **seek** [2] - 574:4, 801:9
  **seem** [1] - 654:2
  **sees** [1] - 745:1
  **selected** [1] - 691:2
  **self** [3] - 568:15, 581:23, 654:1
  **self-guided** [2] - 568:15, 581:23
  **self-mutilation** [1] - 654:1
  **sell** [2] - 638:8, 638:19, 658:10
  **seller** [1] - 740:8
  **selling** [1] - 737:19
  **SELLNER** [2] - 611:13, 748:1
  **Sellner** [235] - 561:10, 561:11, 561:18, 561:20, 561:23, 562:17, 562:18, 562:20, 562:21, 562:23, 563:3, 568:3, 580:11, 581:17, 582:1, 582:15, 586:8, 588:2, 597:9, 597:10, 597:25, 598:9, 598:12, 604:10, 610:21, 611:7, 611:20, 626:6, 629:16, 631:25, 645:22, 646:3, 646:7, 660:25, 661:13, 661:24, 662:13, 666:8, 666:24, 667:14, 668:15, 669:7, 669:17, 669:20, 670:11, 671:5, 671:9, 671:20, 674:8, 674:16, 676:2, 676:12, 677:13, 678:11, 679:4, 680:6, 684:16, 688:5, 688:13, 689:3, 690:12, 691:1, 691:15, 692:7, 692:14, 692:19, 693:21, 696:11, 696:14, 697:13, 698:12, 698:15, 699:5, 699:12, 700:24, 701:14,

to purchase a complete copy of the transcript.

702:8, 702:20, 703:1, 703:6, 703:12, 703:14, 704:21, 705:19, 705:21, 706:4, 706:13, 706:15, 707:4, 707:17, 707:22, 708:9, 708:16, 708:18, 709:11, 710:22, 711:2, 711:6, 711:8, 711:24, 712:10, 712:20, 713:6, 713:8, 715:12, 716:7, 716:9, 716:23, 717:4, 717:18, 717:22, 719:1, 720:6, 722:3, 722:13, 725:1, 725:7, 725:9, 726:12, 727:4, 727:16, 727:17, 729:8, 729:12, 730:12, 731:8, 732:4, 732:19, 732:23, 733:20, 734:9, 735:2, 735:15, 736:7, 736:19, 737:7, 737:24, 739:23, 740:8, 740:17, 740:19, 741:18, 742:20, 743:6, 743:13, 746:9, 747:20, 748:8, 748:10, 748:18, 757:16, 757:18, 757:20, 758:11, 759:1, 759:8, 759:12, 759:22, 760:1, 760:12, 761:4, 761:12, 761:22, 762:7, 762:22, 763:3, 763:7, 763:14, 764:11, 764:14, 764:20, 764:21, 764:23, 765:3, 765:4, 765:12, 765:15, 765:25, 766:8, 766:19, 767:3, 767:7, 767:21, 768:15, 769:1, 769:22, 770:10, 771:14, 771:20, 772:7, 772:17, 772:24, 773:3, 773:8, 774:25, 775:9, 775:23, 776:16, 777:1, 777:13, 777:21, 778:19, 779:4, 779:9, 780:3, 780:5, 781:3, 781:16, 783:3, 783:5, 783:24, 784:3, 784:24, 785:21, 786:13, 787:8, 787:18, 787:24, 788:9, 788:16, 788:20, 788:22, 789:1, 789:16, 790:7, 790:25, 791:15, 791:20, 792:10, 831:3, 832:1

**Sellner's** [2] - 818:13, 835:15

**Sellners** [5] - 604:20, 607:6, 704:25, 819:18, 831:21

**Sellners'** [1] - 818:22

**send** [2] - 697:9, 836:12

**sending** [2] - 589:12, 682:3

**sends** [1] - 672:3

**sense** [5] - 677:7, 683:2, 744:25, 752:14, 847:22

**sensitive** [1] - 728:24

**sent** [4] - 605:4, 649:25, 681:17, 698:9

**sentence** [4] - 704:21, 707:15, 710:14, 717:13

**separate** [5] - 585:15, 643:4, 671:18, 810:10, 826:19

**separated** [1] - 806:7

**separately** [2] - 620:7, 643:5

**September** [3] - 693:14, 711:14, 787:25

**series** [4] - 591:10, 640:19, 645:14, 647:2

**serious** [1] - 696:6

**serologic** [1] - 691:25

**serval** [8] - 629:25, 633:22, 633:23, 655:10, 655:12, 655:14, 662:1, 662:14

**serve** [1] - 809:1

**served** [2] - 806:8, 806:10

**service** [5] - 746:24, 803:15, 829:5, 831:10, 831:17

**Service** [2] - 592:5, 737:21

**Services** [3] - 706:11, 724:11, 724:22

**services** [12] - 670:23, 672:5, 801:12, 803:7, 804:24, 807:14, 809:13, 815:10, 826:8, 829:6, 830:1, 831:18

**SESSION** [1] - 681:1

**set** [9] - 620:21, 622:10, 678:12, 714:22, 723:20, 732:19, 735:6, 760:5, 849:23

**sets** [1] - 636:25

**setting** [4] - 577:23, 646:21, 670:21, 801:10, 804:21, 804:22, 808:10

**settlement** [11] - 561:19, 561:21, 561:22, 705:24, 706:23, 709:6, 710:25, 711:1, 711:10, 711:18, 712:6

**Settlement** [1] - 706:8

**setup** [2] - 723:5, 723:7

**seven** [8] - 626:5, 630:4, 665:18, 721:25, 725:2, 738:1, 742:13, 756:12

**several** [14] - 615:24, 625:2, 651:25, 663:1, 672:3, 684:24, 685:1, 688:1, 699:12, 711:15, 737:25, 754:6, 811:24, 838:2

**severe** [1] - 774:4

**severely** [4] - 575:15, 654:8, 782:20, 783:20

**shade** [7] - 585:12, 599:21, 617:25, 652:12,

659:7, 771:9, 789:10

**shadow** [2] - 578:18, 578:21

**shadowed** [1] - 586:1

**shake** [1] - 588:12

**shaped** [1] - 793:12

**shapes** [1] - 656:24

**share** [2] - 640:5, 776:16

**shared** [1] - 579:22

**sharp** [1] - 617:14

**Shaver** [4] - 689:22, 690:1, 690:12, 692:22

**Shea** [1] - 602:8

**sheared** [1] - 727:2

**shearing** [1] - 727:7

**Sheba** [7] - 616:7, 632:15, 632:16, 632:23, 663:8, 663:11, 663:25

**shed** [1] - 643:20

**shedding** [1] - 643:21

**sheep** [4] - 636:9, 640:12, 727:1, 727:14

**sheet** [11] - 600:3, 740:16, 740:22, 740:23, 741:2, 741:14, 815:23, 816:7, 817:24, 819:6, 828:16

**sheetrock** [1] - 593:4

**sheets** [1] - 702:15

**shell** [1] - 635:9

**shelter** [2] - 675:6, 753:16, 810:22

**shelters** [1] - 779:15

**shelves** [1] - 621:19

**Sheriff** [1] - 579:17

**sheriff** [4] - 565:24, 566:4, 629:1, 836:10

**sheriff's** [8] - 566:1, 587:4, 609:22, 609:25, 628:22, 639:16, 836:1, 837:15

**Sherkhan** [8] - 616:5, 632:23, 663:25, 664:6, 697:1, 781:6, 784:11, 786:14

**shipped** [1] - 624:25

**shipping** [1] - 693:19

**shock** [1] - 656:12

**shocked** [1] - 656:10

**shoes** [3] - 647:19, 648:1, 648:11

**shop** [1] - 651:13

**short** [2] - 787:14, 816:9

**short-term** [1] - 816:9

**shorthand** [1] - 802:1

**shortly** [1] - 694:23

**shot** [1] - 617:10

**shots** [1] - 640:19

**show** [19] - 593:18, 594:8, 627:8, 629:16, 644:8, 645:1, 654:20, 672:12, 696:11, 696:17, 699:21, 711:8, 720:15, 806:13, 817:1, 817:9, 817:12, 832:19, 846:20

**showing** [5] - 573:16, 605:1, 625:15, 633:19, 743:17

**shows** [2] - 818:17, 841:1

**shrubs** [1] - 811:2

**shut** [1] - 756:1

**shy** [1] - 638:4

**Siberian** [4] - 838:13, 838:16, 838:18, 839:8

**sic** [10] - 605:1, 614:6, 706:10, 708:10, 738:13, 794:8, 800:25, 804:11, 812:8, 834:8

**sic)** [2] - 692:16, 711:1

**sick** [11] - 616:8, 675:25, 790:20, 790:24, 791:3, 791:5, 791:16, 791:21, 791:24, 792:13, 826:15

**sickness** [1] - 673:24

**side** [16] - 594:16, 626:22, 658:18, 683:4, 684:22, 685:7, 693:18, 696:24, 721:8, 721:14, 760:7, 806:14, 833:10, 841:9, 841:10, 841:12

**sides** [2] - 682:3, 684:7

**sign** [7] - 600:21, 652:20, 652:24, 693:8, 698:6, 698:10, 840:8

**signage** [1] - 600:17

**signature** [1] - 601:15

**signed** [6] - 615:6, 615:7, 698:20, 711:18, 727:22, 730:9

**significance** [1] - 592:7

**significant** [7] - 582:11, 585:1, 592:6, 592:10, 593:10, 593:23, 824:1

**signs** [7] - 600:19, 644:8, 652:17, 652:25, 653:1, 704:5, 840:10

**similar** [2] - 575:8, 824:22

**similarly** [2] - 729:13, 731:17

**simply** [5] - 675:5, 675:14, 678:8, 688:10, 717:11

**single** [5] - 585:19, 671:17, 750:13, 750:17, 750:18

**sipper** [2] - 660:4, 660:6

**sippers** [4] - 659:25, 660:8, 660:12, 660:16

**sit** [6] - 574:5, 644:16, 652:12, 657:24, 669:13, 755:5

**site** [1] - 835:25

**sits** [1] - 851:18

**sitting** [5] - 644:19, 705:3, 707:16, 710:18, 789:23

**situated** [1] - 627:18

**situation** [5] - 603:25, 607:22, 646:23, 728:4, 836:13

**six** [24] - 613:1, 625:14,

to purchase a complete copy of the transcript.

625:23, 625:25, 626:1, 630:4, 633:20, 640:20, 662:21, 662:22, 664:5, 666:2, 688:1, 724:16, 751:15, 765:21, 778:4, 778:10, 786:7, 792:23, 792:24, 793:5, 834:3, 834:4
**sixth** [1] - 739:16
**sixty** [1] - 807:5
**sixty-eight** [1] - 807:5
**size** [12] - 641:5, 760:21, 767:22, 768:1, 812:9, 812:11, 815:5, 815:12, 819:20, 826:6, 827:19, 828:5
**sized** [1] - 633:12
**sizes** [3] - 636:23, 656:24, 678:21
**skid** [2] - 582:19, 765:23
**skin** [1] - 655:16
**skunk** [1] - 785:18
**skunks** [2] - 640:25, 757:8
**slaps** [1] - 681:24
**sleep** [4] - 628:14, 628:15, 658:15, 770:8
**slick** [1] - 643:22
**slightly** [1] - 627:17
**slope** [1] - 637:23
**slow** [3] - 670:4, 687:15, 749:20
**small** [19] - 585:16, 621:17, 623:10, 636:12, 638:8, 638:14, 638:15, 641:18, 655:17, 677:22, 724:13, 752:8, 755:21, 771:1, 810:21, 811:2, 811:22, 812:2, 828:2
**smaller** [4] - 570:6, 636:1, 750:13, 769:11
**smallest** [1] - 626:17
**smell** [9] - 568:21, 569:5, 569:8, 569:9, 569:10, 569:18, 569:22, 582:8, 590:3
**smelled** [2] - 568:23, 569:4
**smells** [4] - 568:24, 569:2, 569:4, 569:5
**smiling** [1] - 597:18
**snap** [1] - 695:10
**snapped** [2] - 576:10, 840:23, 841:7
**snapshot** [1] - 728:20
**snob** [1] - 734:12
**snow** [4] - 592:10, 593:24, 594:6, 810:11
**snowstorm** [1] - 675:12
**soak** [4] - 626:13, 626:16, 627:12, 635:8
**social** [2] - 670:8, 801:21
**socialized** [2] - 616:20, 616:22, 616:24
**societies** [1] - 806:1
**soft** [3] - 599:8, 628:10,

646:4
**soiled** [2] - 765:18, 766:20
**solicited** [1] - 681:12
**solid** [2] - 619:24, 751:2
**solved** [1] - 601:13
**someone** [6] - 571:22, 579:20, 604:9, 737:15, 737:20, 786:25
**someplace** [2] - 745:2, 750:2
**sometimes** [16] - 589:23, 602:18, 623:17, 628:19, 697:9, 727:13, 756:8, 759:12, 762:15, 765:16, 766:14, 766:22, 770:1, 795:11, 843:13
**somewhat** [4] - 577:10, 594:9, 595:6, 615:10, 812:3, 824:12
**soon** [6] - 568:22, 627:5, 693:20, 761:7, 797:5, 827:11
**sophisticated** [1] - 815:6
**sores** [1] - 693:22
**sorry** [42] - 568:10, 571:15, 577:5, 579:24, 583:15, 601:5, 602:3, 607:1, 624:15, 662:7, 669:19, 671:8, 698:23, 699:4, 700:6, 708:14, 709:23, 710:13, 711:10, 711:25, 712:21, 716:9, 722:19, 733:5, 741:13, 742:10, 749:22, 753:11, 761:3, 763:5, 767:7, 772:7, 772:18, 775:24, 787:22, 790:12, 794:10, 795:3, 802:9, 802:21, 841:16, 844:3
**Sorry** [1] - 645:24
**sort** [9] - 600:1, 601:25, 614:1, 667:6, 682:20, 779:9, 797:9, 797:20, 799:12
**sound** [4] - 613:13, 774:5, 818:10, 850:20
**soundness** [1] - 788:8
**sounds** [3] - 714:15, 788:20, 788:22
**source** [9] - 622:14, 627:1, 627:14, 660:9, 733:13, 744:22, 815:19, 824:5, 844:23
**sources** [2] - 590:23, 823:14
**southern** [1] - 642:23
**Southwest** [1] - 800:19
**space** [1] - 736:11
**spacious** [1] - 769:7
**sparse** [2] - 575:8, 577:22
**speaking** [1] - 645:22
**special** [2] - 656:24, 686:13
**specialist** [2] - 829:15,

829:17
**specialized** [1] - 829:18
**Species** [1] - 720:3
**species** [7] - 578:13, 605:14, 605:16, 606:9, 691:12, 736:10, 831:12
**specific** [6] - 647:1, 694:1, 819:4, 848:13, 849:2
**specifically** [8] - 572:8, 591:7, 591:19, 605:8, 676:23, 689:5, 757:19, 813:1
**speculate** [1] - 760:15
**speculated** [1] - 655:11
**spend** [6] - 575:16, 717:16, 728:17, 824:14, 824:25, 829:24
**spending** [1] - 628:18
**spends** [1] - 824:23
**spent** [5] - 726:19, 726:25, 727:2, 782:23, 829:3
**spider** [1] - 745:2
**spite** [1] - 591:3
**spoiled** [2] - 644:20, 832:16
**spoken** [1] - 568:6
**spot** [8] - 617:15, 618:17, 623:10, 749:13, 755:7, 766:5, 766:7, 766:8
**spots** [1] - 624:7
**spring** [5] - 567:4, 595:20, 595:24, 643:20, 727:1
**Springs** [1] - 803:3
**squad** [1] - 836:11
**square** [8] - 738:22, 750:12, 750:15, 750:20, 750:23, 752:22, 756:16, 756:19
**St** [1] - 684:11
**stab** [1] - 617:14
**staff** [24] - 582:14, 582:17, 582:22, 597:23, 670:24, 722:7, 722:16, 801:14, 805:3, 809:15, 819:25, 827:7, 827:20, 831:4, 832:3, 832:5, 833:21, 834:4, 835:25, 836:7, 837:19, 837:21, 844:17
**staffing** [6] - 809:13, 830:22, 830:23, 830:25, 831:25, 834:25
**stainless** [1] - 756:2
**stall** [1] - 628:8
**stalls** [2] - 751:4, 766:12
**stand** [4] - 576:5, 611:8, 715:1, 746:2
**standard** [1] - 743:24
**standards** [19] - 562:15, 607:17, 678:12, 689:9, 713:15, 713:17, 713:19, 713:21, 807:15, 807:24, 808:10, 820:22, 820:25, 821:17, 821:19, 821:24, 822:8, 826:22, 834:13

**Standards** [1] - 820:20
**standing** [1] - 762:1
**standpoint** [4] - 820:24, 821:1, 821:3, 825:6
**stands** [2] - 593:21, 617:25
**start** [18] - 597:9, 629:8, 629:9, 629:17, 650:16, 654:12, 670:5, 680:12, 686:15, 746:3, 761:6, 761:7, 774:12, 796:2, 806:16, 835:24, 850:25, 851:5
**started** [7] - 594:25, 685:23, 685:25, 687:5, 802:21, 827:23, 849:25
**starting** [5] - 641:24, 662:1, 755:1, 767:17, 811:12
**starts** [4] - 601:18, 627:5, 784:25, 795:12
**State** [4] - 837:24, 838:6, 838:7, 838:10
**state** [17] - 564:16, 565:11, 582:16, 583:12, 589:7, 591:11, 595:17, 609:9, 609:10, 648:3, 709:14, 736:25, 737:9, 737:20, 744:24, 748:8, 751:4
**statement** [10] - 562:9, 692:6, 705:4, 707:17, 713:22, 717:18, 736:6, 823:17, 827:12, 835:15
**statements** [8] - 674:3, 710:19, 719:8, 731:10, 818:23, 819:1, 819:12, 842:8
**States** [11] - 642:23, 666:9, 668:20, 676:13, 697:14, 701:1, 708:19, 714:25, 715:19, 719:5, 719:7
**status** [1] - 847:12
**stay** [4] - 620:11, 627:16, 643:22, 660:11
**stayed** [1] - 652:2
**steel** [7] - 593:8, 627:23, 750:4, 751:16, 753:2, 753:19, 756:2
**steels** [1] - 751:19
**step** [7] - 610:15, 611:9, 747:17, 747:21, 794:14, 799:24, 845:25
**steps** [2] - 620:22, 624:1
**stereotypical** [1] - 643:13
**Stewardship** [1] - 743:14
**stick** [1] - 621:22
**sticking** [1] - 632:7
**sticky** [1] - 624:12
**still** [43] - 564:1, 582:8, 584:25, 585:2, 593:2, 593:24, 597:20, 604:12, 606:16, 608:12, 609:8,

to purchase a complete copy of the transcript.

611:11, 620:1, 630:2, 632:3, 633:3, 633:16, 633:23, 634:12, 634:14, 634:17, 634:24, 642:5, 642:8, 653:18, 654:14, 658:9, 665:2, 666:5, 675:19, 682:6, 711:15, 717:17, 741:10, 769:16, 778:9, 778:11, 781:21, 799:10, 804:11, 805:10, 824:11, 851:4

**stimulation** [1] - 841:12
**stitch** [2] - 782:22, 782:23
**stoic** [1] - 589:22
**stomach** [1] - 654:10
**stood** [2] - 653:25, 811:25
**stop** [1] - 591:11
**stopped** [1] - 588:23
**storage** [1] - 832:15
**store** [10] - 624:25, 625:8, 625:12, 625:13, 640:7, 640:13, 655:8, 834:15, 844:9, 844:13
**stories** [1] - 635:18
**storm** [8] - 592:3, 592:6, 592:7, 592:9, 592:13, 618:17, 675:4, 789:6
**storms** [1] - 591:10
**strain** [1] - 698:2
**strangely** [1] - 657:2
**stranger** [1] - 753:6
**strategic** [1] - 804:21
**stream** [1] - 811:2
**Street** [4] - 560:5, 706:5, 748:12, 800:19
**stretched** [1] - 753:1
**stretching** [1] - 774:13
**strictly** [1] - 722:9
**strong** [1] - 750:25
**strongly** [1] - 591:13
**structural** [3] - 760:9, 785:7, 788:7
**structurally** [1] - 774:5
**structure** [2] - 600:2, 651:10
**structures** [1] - 656:16
**student** [2] - 608:16, 608:19
**stuff** [48] - 623:10, 640:18, 644:19, 650:24, 651:15, 651:17, 654:18, 657:12, 659:5, 660:1, 724:7, 724:14, 728:18, 749:12, 749:13, 749:14, 749:16, 749:17, 749:18, 750:8, 751:3, 751:4, 751:5, 751:7, 751:20, 753:15, 754:18, 755:6, 756:1, 757:4, 765:17, 768:11, 768:12, 769:8, 769:18, 769:21, 770:7, 775:13, 775:18, 777:16, 782:8, 784:15, 785:15, 788:13, 790:6, 792:16, 794:4

**style** [1] - 794:5
**subject** [2] - 575:25, 581:21
**submit** [4] - 671:22, 796:12, 847:19, 848:2
**submittals** [1] - 817:24
**submitted** [7] - 564:16, 580:1, 696:19, 796:11, 818:7, 850:24, 851:12
**subsequent** [3] - 602:25, 603:1, 604:17
**subsequently** [1] - 654:11
**substance** [1] - 726:3
**substantial** [2] - 711:19, 851:9
**substantiate** [2] - 709:15, 709:25
**substantiated** [1] - 710:4
**substrate** [1] - 628:6
**substrates** [1] - 686:13
**successful** [3] - 810:16, 825:2, 826:11
**successfully** [2] - 700:10, 700:13
**succumb** [1] - 695:12
**suffering** [3] - 604:12, 616:9, 834:24
**sufficient** [1] - 776:8
**suggest** [1] - 681:12
**suggested** [1] - 763:11
**suggesting** [1] - 681:17
**suggestions** [1] - 681:9
**Suite** [1] - 560:5
**sum** [1] - 748:24
**summaries** [3] - 728:11, 728:13, 733:14
**summarize** [2] - 595:23, 835:22
**summarizes** [1] - 832:19
**summary** [5] - 684:20, 696:15, 728:10, 806:20, 806:22
**summer** [8] - 582:10, 585:3, 591:13, 592:18, 620:15, 661:4, 724:9
**summers** [1] - 802:22
**summertime** [1] - 592:15
**sun** [1] - 628:9
**Sunset** [2] - 811:25, 812:8
**superficial** [1] - 782:21
**supervised** [2] - 840:4, 840:5
**supervision** [3] - 670:25, 801:14, 832:7
**supplement** [1] - 850:1
**supplemental** [1] - 622:11
**supplemented** [1] - 616:16
**supplements** [1] - 643:24
**Supplies** [1] - 652:25
**support** [5] - 710:7, 734:15, 804:10, 805:1, 809:16

**supports/posts** [1] - 776:7
**suppose** [1] - 845:20
**supposed** [2] - 678:17, 799:6
**surface** [4] - 574:3, 599:8, 628:2, 628:10
**surgery** [1] - 829:18
**surprise** [1] - 637:9
**surrounding** [2] - 639:22, 687:9, 786:5, 788:2, 789:21
**survival** [1] - 605:14
**survived** [1] - 658:7
**suspected** [1] - 588:5
**suspended** [3] - 701:2, 717:23, 718:6
**suspension** [2] - 561:24, 701:6
**sustain** [1] - 721:16
**sustained** [2] - 731:6, 846:17
**swarming** [1] - 688:24
**SWAT** [1] - 836:11
**swept** [2] - 687:21, 688:2
**swing** [1] - 794:4
**switch** [4] - 676:12, 682:20, 722:3, 830:23
**switching** [1] - 682:14
**swollen** [1] - 692:23
**swore** [1] - 735:22
**sworn** [3] - 611:15, 748:2, 800:2
**syringe** [2] - 617:11, 617:12
**syringe-like** [1] - 617:12
**system** [2] - 627:5, 755:9
**systematic** [1] - 826:15

## T

**tab** [1] - 806:14
**tables** [1] - 617:23
**tabs** [1] - 806:14
**tag** [1] - 639:17
**tail** [7] - 619:16, 620:5, 634:16, 654:1, 741:16, 741:17, 741:20
**tailed** [6] - 687:10, 687:14, 687:17, 690:18, 810:19, 811:4
**tails** [1] - 658:1
**tall** [9] - 659:2, 752:18, 752:19, 756:19, 756:21, 788:19, 792:23, 792:24, 793:5
**taller** [2] - 788:23, 793:2
**talley** [1] - 562:6
**tally** [1] - 725:10
**tame** [1] - 753:5
**tank** [6] - 574:25, 626:8, 626:12, 626:15, 627:10, 627:11
**tape** [2] - 786:8, 786:12

**tapes** [1] - 624:12
**tarp** [5] - 656:2, 656:3, 656:7, 656:11, 755:4
**task** [1] - 606:20
**tasks** [1] - 804:20
**taught** [1] - 566:6
**tax** [9] - 562:8, 728:16, 729:15, 729:23, 730:9, 813:14, 815:22, 817:24, 842:10
**taxes** [1] - 728:19
**teach** [1] - 613:21
**tear** [1] - 753:15
**tease** [2] - 752:5, 771:5
**technician** [1] - 828:2
**technicians** [1] - 827:22
**technology** [1] - 826:23
**teens** [1] - 613:2
**teeth** [1] - 634:10
**telephone** [2] - 693:3, 693:6
**temperature** [2] - 622:5, 622:8
**temperatures** [1] - 577:9
**ten** [2] - 627:2, 631:3
**tend** [2] - 583:2, 600:12
**tending** [1] - 582:24
**tennis** [3] - 647:19, 648:1, 648:10
**tenure** [3] - 804:16, 808:25, 810:7
**term** [3] - 584:9, 670:17, 816:9
**terms** [9] - 579:4, 600:25, 607:20, 728:5, 801:8, 809:23, 815:3, 816:1, 830:1
**terribly** [1] - 700:6
**tested** [1] - 636:21
**testified** [21] - 606:10, 611:15, 615:11, 653:20, 655:25, 660:25, 662:8, 663:25, 666:8, 666:24, 668:16, 669:7, 693:5, 737:7, 748:3, 775:9, 793:22, 800:3, 812:16, 824:11, 844:22
**testifies** [3] - 630:5, 726:2, 817:3
**testify** [5] - 611:1, 765:11, 795:14, 796:6, 821:14
**testifying** [1] - 816:18
**testimony** [19] - 679:10, 683:1, 683:13, 684:6, 684:7, 693:7, 794:25, 795:17, 797:13, 821:10, 821:11, 823:1, 828:20, 828:23, 831:5, 835:10, 848:12, 849:23
**Texas** [2] - 801:5, 805:21
**text** [1] - 776:3
**THE** [202] - 564:1, 565:3, 565:5, 571:1, 571:4, 601:12, 601:18, 601:21, 601:23, 602:1, 603:12,

to purchase a complete copy of the transcript.

603:17, 608:1, 608:3, 610:13, 610:15, 610:16, 610:18, 610:24, 611:3, 611:6, 611:9, 611:12, 611:16, 623:25, 625:20, 625:25, 626:2, 629:7, 629:12, 630:5, 630:14, 631:16, 631:19, 645:20, 645:24, 645:25, 646:3, 646:6, 653:9, 660:22, 661:18, 661:20, 661:22, 662:8, 667:3, 667:6, 668:1, 668:8, 668:11, 669:17, 669:19, 670:1, 670:3, 674:14, 680:9, 681:2, 681:21, 682:6, 682:10, 682:19, 682:24, 684:2, 684:4, 687:13, 687:15, 695:25, 696:2, 696:3, 697:24, 697:25, 704:12, 704:15, 706:21, 706:25, 708:3, 708:5, 708:15, 709:4, 709:7, 710:10, 712:4, 712:7, 712:25, 713:2, 716:15, 716:17, 716:20, 718:20, 718:22, 719:17, 719:19, 720:8, 720:12, 720:17, 721:2, 726:2, 726:7, 726:9, 729:3, 729:6, 731:3, 731:6, 731:22, 731:25, 733:15, 733:17, 734:4, 734:6, 738:17, 745:23, 745:25, 746:5, 747:14, 747:17, 747:19, 747:21, 748:4, 757:12, 761:1, 761:4, 792:4, 792:6, 794:8, 794:10, 794:14, 794:15, 794:17, 794:21, 794:24, 795:2, 795:4, 795:6, 795:9, 795:16, 795:19, 795:21, 795:25, 796:18, 797:3, 797:7, 797:19, 797:23, 798:2, 798:9, 798:12, 798:15, 798:25, 799:3, 799:6, 799:8, 799:9, 799:12, 799:15, 799:16, 799:21, 799:24, 800:4, 806:15, 807:3, 807:5, 811:9, 811:14, 811:16, 816:19, 816:23, 817:13, 817:16, 819:8, 821:13, 822:15, 822:23, 823:2, 837:7, 837:10, 841:24, 843:17, 845:10, 845:23, 845:25, 846:2, 846:5, 846:8, 847:3, 847:5, 847:15, 847:17, 848:6, 849:9, 849:12, 849:15, 849:17, 849:20, 849:22, 850:9, 850:11, 850:16, 850:23, 851:24, 852:2, 852:5, 852:7

**themselves** [2] - 578:20, 658:2

**thereabouts** [1] - 636:13
**therefore** [1] - 766:15
**they've** [6] - 606:4, 617:22, 621:20, 640:18, 705:16, 779:24
**thick** [1] - 753:19
**thighs** [1] - 654:9
**thin** [2] - 642:21, 692:22
**thinking** [5] - 591:11, 591:13, 685:4, 822:10, 834:10
**third** [8] - 677:20, 693:17, 739:7, 758:11, 778:5, 778:6, 787:19, 788:1
**thirds** [2] - 677:20, 776:2
**thirty** [1] - 721:25
**thirty-seven** [1] - 721:25
**THOMAS** [1] - 748:1
**Thomas** [1] - 748:10
**thorough** [1] - 834:14
**Thorson** [22] - 602:3, 611:16, 629:7, 629:12, 683:23, 684:2, 746:5, 763:5, 768:24, 792:6, 794:17, 795:22, 797:3, 816:14, 817:12, 845:10, 846:6, 847:3, 847:13, 848:21, 850:11, 852:5
**THORSON** [71] - 560:14, 565:4, 571:2, 602:4, 608:4, 608:6, 610:12, 611:2, 611:5, 611:7, 611:17, 611:19, 625:23, 626:1, 626:3, 629:13, 629:15, 630:8, 631:12, 645:18, 660:21, 662:10, 667:4, 668:9, 683:24, 704:13, 706:22, 708:4, 709:5, 712:5, 713:1, 716:16, 718:21, 719:18, 726:8, 729:4, 731:4, 731:23, 733:16, 734:5, 746:6, 746:8, 747:13, 747:20, 748:7, 757:11, 763:4, 791:18, 792:7, 792:9, 794:7, 794:19, 795:24, 797:5, 807:4, 816:17, 821:9, 822:24, 837:11, 837:13, 841:18, 843:16, 843:23, 844:2, 845:12, 845:22, 846:7, 847:4, 847:14, 850:14, 852:6
**thousand** [2] - 760:19, 848:10
**threatening** [1] - 681:22
**threats** [1] - 588:3
**three** [20] - 566:16, 640:19, 642:10, 663:6, 663:7, 671:17, 710:3, 741:6, 741:24, 742:8, 752:16, 752:22, 752:23, 763:11, 763:24, 774:1, 810:10, 833:8, 839:8, 850:17

**three-quarters** [3] - 741:6, 763:11, 763:24
**threw** [1] - 655:3
**thrive** [1] - 652:7
**throughout** [3] - 670:18, 690:14, 690:20
**throw** [2] - 779:6, 844:14
**thrown** [1] - 638:21
**Thursday** [1] - 724:12
**Thursdays** [2] - 724:8, 724:17
**tiger** [111] - 572:1, 572:5, 572:12, 572:25, 573:2, 573:3, 573:8, 573:11, 573:13, 574:8, 574:12, 574:17, 574:20, 574:21, 574:23, 575:7, 577:18, 577:19, 577:24, 594:17, 598:25, 599:6, 599:16, 599:17, 600:9, 600:16, 613:13, 616:2, 616:4, 617:10, 617:23, 618:6, 626:9, 626:15, 627:10, 632:7, 632:13, 632:16, 632:18, 632:23, 633:2, 633:12, 641:3, 641:19, 642:8, 642:16, 642:21, 644:11, 644:15, 649:5, 650:1, 656:1, 656:3, 656:8, 657:1, 657:7, 658:11, 658:24, 658:25, 671:5, 679:5, 679:9, 679:20, 688:9, 690:23, 692:20, 738:8, 739:5, 739:10, 750:9, 750:17, 750:25, 753:25, 754:2, 755:12, 757:9, 769:4, 775:10, 777:1, 777:6, 777:13, 778:8, 778:17, 778:19, 780:8, 780:10, 780:24, 781:11, 782:3, 782:14, 783:25, 784:4, 785:3, 785:6, 785:20, 786:22, 786:23, 790:23, 791:3, 791:16, 792:13, 792:14, 793:18, 810:6, 810:7, 836:6, 836:8, 838:16, 838:18, 838:25, 839:2
**tiger's** [1] - 575:3
**tigers** [69] - 575:11, 575:17, 577:5, 577:21, 584:22, 584:24, 588:3, 591:18, 592:19, 599:15, 605:8, 606:25, 607:1, 607:12, 612:15, 612:18, 612:22, 613:3, 613:22, 615:25, 616:7, 616:20, 617:18, 618:1, 618:12, 626:13, 627:17, 628:11, 632:2, 632:10, 642:14, 643:10, 643:18, 643:24, 656:12, 658:20, 663:24, 672:25, 675:1, 680:1, 684:25, 685:2, 690:21,

691:9, 739:7, 742:13, 742:21, 742:23, 745:14, 745:15, 747:12, 749:6, 750:18, 750:22, 752:2, 756:23, 767:25, 768:12, 769:8, 769:9, 769:12, 776:4, 781:3, 790:8, 810:11, 825:25, 838:13, 839:8
**tight** [2] - 780:23, 793:14
**timber** [6] - 578:12, 600:16, 652:24, 741:23, 741:24, 741:25
**timely** [1] - 851:17
**tined** [1] - 766:11
**tiny** [1] - 597:19
**tip** [1] - 660:2
**title** [2] - 715:24, 802:20
**titled** [2] - 706:8, 708:19
**TMR** [1] - 625:4
**today** [22] - 570:13, 607:5, 666:5, 705:3, 707:16, 710:18, 728:1, 736:6, 741:17, 763:20, 763:22, 796:4, 797:6, 797:11, 799:16, 800:15, 808:6, 816:12, 828:20, 828:23, 831:5, 850:5
**together** [9] - 619:14, 620:3, 642:2, 660:12, 680:7, 762:23, 790:19, 795:10, 806:24
**Tolsdorf** [1] - 608:20
**Tom** [4] - 561:11, 706:3, 747:20, 834:6
**tomorrow** [1] - 797:11
**tongue** [1] - 632:7
**took** [33] - 568:2, 570:15, 570:17, 570:19, 571:18, 571:21, 576:12, 576:23, 576:24, 577:6, 581:13, 583:8, 593:16, 594:14, 598:21, 600:19, 608:23, 618:23, 648:3, 648:4, 663:12, 663:22, 671:2, 672:11, 673:7, 693:5, 752:10, 752:14, 762:17, 783:8, 783:21, 785:14, 788:15
**tooling** [1] - 754:11
**tools** [1] - 754:4
**top** [37] - 618:13, 618:21, 619:1, 633:5, 633:6, 637:24, 658:12, 658:15, 659:4, 686:20, 706:3, 709:14, 709:25, 724:24, 727:5, 738:11, 738:21, 738:22, 741:15, 751:21, 752:6, 755:3, 757:6, 757:23, 771:2, 771:8, 773:20, 775:15, 775:16, 777:5, 777:11, 777:12, 777:17, 778:7, 779:14, 790:4, 849:16

to purchase a complete copy of the transcript.

**topic** [2] - 595:1, 807:10
**topped** [1] - 660:4
**tops** [7] - 617:25, 756:24, 775:10, 776:5, 778:11, 778:13, 778:17
**tore** [1] - 810:9
**tornado** [4] - 674:1, 674:25, 675:11, 836:22
**tortoise** [2] - 635:1, 635:7
**tortoises** [2] - 635:3, 635:8
**total** [12] - 578:24, 636:4, 740:25, 741:21, 741:22, 742:7, 763:13, 763:14, 763:15, 763:21, 763:22
**totaled** [1] - 818:13
**totaling** [1] - 798:2
**totally** [1] - 841:4
**touch** [2] - 655:1, 716:4
**tough** [1] - 789:14
**tour** [4] - 568:15, 581:23, 586:23, 592:1
**tourist** [1] - 568:25
**toward** [1] - 589:14
**towards** [2] - 741:15, 742:12
**toxoplasmosis** [1] - 692:2
**toys** [4] - 621:1, 621:8, 621:16, 621:17
**track** [1] - 742:17
**traffic** [1] - 588:24
**train** [1] - 744:16
**trained** [3] - 676:1, 828:3, 842:7
**training** [9] - 580:14, 586:11, 611:21, 611:24, 671:4, 671:8, 671:12, 676:8, 744:15
**transaction** [2] - 740:1, 740:4
**transcript** [11] - 848:4, 848:10, 848:15, 849:3, 849:7, 849:9, 849:14, 850:1, 850:2, 850:3
**transfer** [2] - 703:4, 738:23
**transferred** [1] - 622:24
**transport** [1] - 642:25
**Transport** [1] - 738:12
**transported** [2] - 642:24, 695:6
**traps** [1] - 624:11
**treat** [6] - 621:22, 638:14, 642:11, 692:3, 694:14, 746:17
**treatable** [1] - 696:7
**treated** [5] - 641:19, 641:21, 655:23, 695:18, 700:11
**treating** [1] - 695:12
**treatment** [4] - 643:9, 694:6, 694:20, 700:8
**treats** [4] - 621:1, 734:19, 845:8, 845:14

**tree** [7] - 618:18, 751:6, 751:8, 785:12, 789:6, 792:20, 811:3
**trees** [5] - 650:15, 751:7, 789:10, 810:15, 843:9
**tremendous** [1] - 849:5
**Trial** [1] - 832:24
**trial** [6] - 681:15, 683:16, 796:21, 798:21, 798:25, 799:2
**tried** [4] - 620:3, 636:24, 655:18, 660:1
**trigger** [1] - 680:3
**triggered** [1] - 680:5
**trimmer** [1] - 726:25
**trimming** [1] - 726:24
**trip** [2] - 566:15, 608:17
**trouble** [5] - 573:25, 616:10, 644:2, 699:1, 815:20
**troubled** [1] - 583:22, 831:24, 832:7
**troubles** [1] - 752:5
**trough** [1] - 574:13, 793:12
**true** [35] - 606:12, 614:6, 624:2, 627:10, 666:19, 667:18, 669:15, 671:13, 671:14, 671:23, 676:17, 676:22, 677:10, 678:9, 678:10, 690:3, 690:10, 690:24, 691:4, 691:14, 691:17, 693:3, 695:17, 698:19, 699:11, 699:15, 735:14, 737:13, 756:25, 766:19, 766:23, 769:17, 779:4, 785:11, 841:5
**truly** [1] - 670:15
**trust** [1] - 588:9
**truth** [1] - 735:23
**try** [22] - 566:6, 613:7, 613:12, 621:6, 624:1, 630:15, 631:21, 646:4, 652:10, 652:14, 655:4, 660:18, 703:3, 751:5, 756:6, 756:9, 787:18, 796:25, 797:7, 797:11, 848:25, 851:16
**trying** [6] - 584:16, 585:12, 593:18, 708:13, 761:8, 821:23
**tub** [1] - 755:21
**tube** [1] - 638:10
**tubes** [1] - 621:20
**tubing** [1] - 752:22
**tubs** [1] - 785:4
**Tuesday** [2] - 723:20, 723:22
**Tuesdays** [1] - 723:15
**tummy** [1] - 680:2
**turn** [63] - 564:9, 571:25, 573:7, 574:11, 575:20, 576:21, 581:14, 584:15, 593:11, 599:14, 600:14,

601:4, 607:8, 646:17, 661:13, 667:15, 674:6, 683:12, 686:16, 689:2, 689:18, 692:14, 702:19, 703:14, 705:20, 707:5, 707:22, 709:11, 709:22, 710:5, 710:23, 716:7, 716:8, 717:21, 719:1, 725:9, 727:4, 729:12, 731:8, 732:23, 733:20, 740:17, 741:1, 757:19, 764:10, 773:17, 773:19, 775:23, 778:2, 778:4, 779:11, 785:21, 787:7, 787:18, 789:9, 789:16, 791:9, 806:14, 806:16, 820:14, 827:1, 828:14
**turned** [4] - 642:10, 643:2, 651:13, 771:7
**turning** [1] - 695:8
**twenty** [3] - 713:2, 785:24, 785:25
**twenty-one** [1] - 713:2
**twice** [5] - 621:6, 659:20, 661:1, 827:9, 827:14
**twisted** [1] - 790:5
**twitching** [1] - 690:23
**two** [55] - 565:14, 598:4, 599:15, 618:20, 618:25, 619:10, 619:14, 626:3, 634:13, 638:2, 650:4, 657:15, 658:25, 663:24, 665:25, 677:20, 679:9, 685:7, 690:10, 690:14, 690:15, 699:13, 700:22, 716:20, 718:12, 726:9, 739:1, 741:16, 752:6, 752:20, 752:21, 752:22, 765:14, 766:2, 775:10, 776:2, 776:4, 777:7, 778:8, 788:25, 796:2, 797:25, 806:9, 808:23, 816:1, 827:14, 827:17, 833:8, 837:21, 838:12, 838:13, 839:10, 840:18, 849:6, 850:18
**two-thirds** [2] - 677:20, 776:2
**two-year-old** [1] - 619:10
**type** [37] - 569:9, 569:21, 572:10, 572:25, 585:6, 590:5, 592:25, 595:21, 600:3, 610:22, 618:13, 620:23, 624:12, 628:23, 633:21, 634:4, 638:7, 640:13, 643:24, 647:7, 653:6, 653:7, 656:25, 660:12, 691:18, 692:13, 749:4, 751:23, 760:8, 766:11, 779:10, 793:24, 794:5, 829:15, 841:12, 842:3
**types** [7] - 572:7, 636:8, 673:22, 704:4, 737:2,

751:9, 751:18
**typical** [4] - 591:9, 592:9, 652:3, 657:11
**typically** [3] - 639:8, 660:2, 752:18

**U**

**U-shaped** [1] - 793:12
**U.S** [1] - 737:21
**ultimate** [1] - 814:17
**unable** [1] - 575:2
**unaccredited** [1] - 811:22
**uncomfortable** [2] - 574:2, 584:1
**uncommon** [2] - 568:23, 571:22
**under** [24] - 564:1, 611:10, 611:11, 682:6, 720:3, 726:24, 728:23, 729:8, 730:25, 731:19, 732:1, 735:22, 743:18, 752:20, 764:19, 780:17, 780:18, 780:20, 810:7, 822:3, 825:21, 827:9, 846:16, 846:18
**underlie** [1] - 814:16
**underneath** [1] - 771:9
**understood** [2] - 578:9, 812:13
**undertook** [1] - 595:24
**unexpected** [1] - 824:6
**unfair** [2] - 685:16, 716:3
**unfortunately** [2] - 655:20, 838:13
**unhappy** [2] - 583:24, 584:18
**United** [11] - 642:23, 666:9, 668:20, 676:13, 697:14, 701:1, 708:19, 714:25, 715:19, 719:5, 719:7
**University** [3] - 615:20, 801:5, 805:21
**University's** [1] - 837:24
**unless** [8] - 637:6, 641:5, 723:24, 724:1, 737:14, 772:3, 773:5, 787:6
**unlikely** [1] - 772:11
**Unlimited** [2] - 724:11, 724:22
**unpleasant** [2] - 585:4, 589:24
**unproductive** [1] - 681:19
**unreasonable** [1] - 822:3
**unsafe** [1] - 810:9
**unsound** [1] - 774:8
**untrained** [2] - 831:10, 831:16
**unusual** [2] - 844:12, 845:1
**up** [111] - 569:4, 569:15, 576:2, 580:6, 580:9,

to purchase a complete copy of the transcript.

580:11, 583:23, 586:23,
588:12, 589:11, 590:14,
594:9, 598:13, 599:22,
605:2, 606:11, 610:9,
613:21, 617:2, 618:1,
618:3, 620:2, 622:5,
623:23, 625:8, 625:10,
625:17, 627:16, 628:8,
628:15, 635:8, 635:15,
638:9, 639:18, 640:18,
641:16, 644:19, 645:22,
646:4, 649:21, 651:15,
651:16, 654:5, 657:25,
658:15, 658:20, 659:3,
659:4, 659:6, 665:2,
669:18, 671:15, 675:10,
681:23, 682:2, 682:9,
684:18, 686:22, 686:23,
690:6, 694:21, 698:2,
700:7, 708:16, 714:1,
714:4, 715:8, 723:16,
728:18, 730:18, 732:20,
743:17, 743:19, 745:10,
748:5, 748:19, 749:9,
749:11, 754:3, 756:14,
756:18, 757:5, 759:17,
763:14, 765:22, 766:12,
766:16, 767:17, 771:2,
771:8, 775:19, 780:23,
781:20, 782:23, 785:19,
788:12, 789:8, 793:20,
793:21, 793:25, 799:24,
800:5, 809:23, 817:19,
834:18, 838:15, 838:21,
839:4, 839:6, 839:16
**updated** [2] - 621:5, 661:1
**upper** [3] - 651:5, 651:7,
651:14
**USA** [1] - 562:22
**USD** [2] - 605:1, 607:17
**USDA** [117] - 561:24,
561:25, 562:2, 562:16,
562:18, 562:19, 562:21,
563:3, 566:24, 567:7,
579:13, 580:2, 581:4,
590:16, 595:7, 597:4,
601:2, 601:9, 602:7,
602:17, 603:1, 604:16,
606:1, 606:12, 607:20,
608:10, 616:17, 618:10,
621:10, 623:20, 628:3,
628:5, 636:11, 636:16,
636:25, 644:22, 644:23,
645:4, 645:15, 646:8,
646:18, 648:4, 648:22,
653:3, 654:12, 666:17,
676:16, 676:23, 677:13,
684:21, 689:6, 689:8,
689:15, 694:13, 696:15,
699:6, 700:7, 701:6,
703:17, 704:1, 704:9,
708:10, 710:6, 711:8,
713:13, 715:25, 717:5,
717:23, 719:20, 720:10,
720:18, 720:20, 720:23,

740:13, 740:14, 744:2,
744:4, 744:20, 745:7,
756:22, 767:6, 767:22,
768:2, 770:21, 770:22,
771:14, 771:16, 772:8,
772:18, 773:18, 773:25,
774:7, 776:3, 776:10,
776:23, 777:19, 777:22,
778:3, 778:8, 778:10,
778:12, 779:13, 779:22,
780:3, 780:15, 785:10,
786:4, 787:12, 787:25,
788:1, 789:18, 813:11,
832:16, 832:18, 832:24,
833:14, 834:11
**USDA's** [6] - 602:21,
607:14, 618:9, 689:3,
694:10, 703:13
**useful** [1] - 848:8
**utility** [1] - 836:3
**utmost** [1] - 605:17

## V

**vaccinate** [1] - 640:14
**vaccinated** [1] - 640:23
**vaccinations** [1] - 829:12
**vaccine** [2] - 617:16,
640:11
**vaccines** [4] - 637:13,
637:14, 640:3, 640:9
**value** [5] - 720:25, 721:21,
741:8, 742:14
**varies** [3] - 723:13, 724:3,
724:18
**various** [14] - 591:10,
615:2, 621:17, 644:22,
645:4, 646:8, 669:22,
684:7, 719:24, 723:12,
751:1, 751:9, 753:12,
798:18
**vegetables** [1] - 845:1
**vegetation** [3] - 572:15,
841:5, 843:8
**vehicle** [1] - 586:20
**venison** [1] - 616:15
**verbal** [1] - 587:16
**verbally** [1] - 805:16
**verifies** [1] - 678:4
**verify** [1] - 799:13
**verifying** [1] - 602:19
**version** [1] - 798:16
**versions** [1] - 564:15
**versus** [1] - 617:4
**vertical** [1] - 779:15
**vervet** [1] - 687:10
**vet** [16] - 614:12, 614:13,
618:8, 641:25, 642:12,
643:2, 649:14, 693:18,
746:16, 746:20, 746:24,
826:8, 827:22, 829:14,
838:8, 839:20
**veterinarian** [52] - 609:9,

609:10, 614:2, 614:5,
614:8, 614:15, 614:16,
614:24, 615:2, 615:17,
615:18, 615:21, 618:9,
624:3, 640:10, 641:8,
641:9, 641:21, 642:1,
647:23, 648:3, 648:4,
649:12, 649:20, 649:22,
649:23, 649:24, 653:20,
670:23, 691:3, 714:1,
715:20, 715:22, 727:11,
734:22, 734:23, 743:7,
809:10, 813:19, 826:11,
826:12, 827:7, 827:8,
828:1, 828:3, 829:17,
829:20, 829:22, 837:19,
838:8
**veterinarian's** [3] - 610:6,
614:9, 844:18
**veterinarians** [5] - 608:24,
734:25, 827:16, 829:15,
837:21
**Veterinary** [1] - 726:17
**veterinary** [41] - 653:13,
691:2, 702:7, 702:11,
702:12, 702:18, 715:23,
715:25, 725:24, 726:12,
726:13, 726:19, 732:14,
760:10, 801:12, 803:15,
804:23, 809:13, 813:15,
815:10, 825:15, 825:16,
825:20, 826:3, 826:4,
826:5, 826:9, 826:13,
827:4, 827:20, 828:2,
828:25, 829:4, 829:5,
829:6, 830:1, 830:6,
830:10, 837:23, 837:25,
838:3
**vets** [4] - 640:13, 792:16,
838:2, 838:5
**vice** [1] - 806:8
**view** [3] - 578:19, 721:12,
721:22
**viewing** [1] - 810:13
**violate** [1] - 711:17
**violated** [3] - 647:18,
709:17, 719:10
**violating** [1] - 647:15
**violation** [7] - 628:23,
653:4, 653:5, 653:6, 653:7,
710:7, 730:19
**violations** [13] - 588:24,
648:16, 704:22, 705:9,
708:11, 709:15, 709:16,
710:1, 710:4, 711:21,
833:19, 839:11, 839:14
**virus** [1] - 692:2
**visible** [2] - 570:2, 577:16
**visit** [61] - 566:11, 566:13,
566:22, 567:3, 567:10,
567:20, 568:18, 571:13,
571:17, 571:18, 573:6,
576:25, 577:17, 578:15,
578:17, 578:20, 579:5,

580:24, 582:4, 582:13,
582:18, 583:8, 584:11,
584:14, 585:8, 589:18,
590:15, 590:19, 596:9,
596:10, 596:14, 596:21,
597:8, 597:22, 598:7,
598:12, 598:15, 599:25,
600:24, 600:25, 601:3,
602:25, 604:10, 604:13,
606:25, 607:10, 607:12,
614:6, 614:17, 614:20,
685:19, 694:10, 694:11,
702:21, 703:5, 722:22,
722:23, 722:24, 723:2,
809:11
**visitation** [1] - 812:7
**visited** [4] - 567:5, 603:20,
604:9, 685:9
**visiting** [7] - 579:1,
586:22, 587:1, 806:10,
809:5, 809:8, 811:24
**visitor** [5] - 567:8, 567:16,
590:4, 723:1, 803:7
**visitors** [11] - 567:7,
576:5, 583:1, 583:6,
583:25, 589:13, 598:18,
613:20, 628:20, 742:20,
836:17
**visits** [13] - 567:14,
582:23, 584:25, 591:13,
593:1, 598:1, 598:5,
614:13, 614:14, 614:20,
702:25, 768:16, 826:14
**visualized** [1] - 578:22
**VMO** [3] - 715:22, 715:24,
716:1
**voice** [4] - 646:4, 669:18,
708:15, 748:5
**void** [2] - 577:20, 585:1
**volunteer** [10] - 582:17,
642:3, 723:1, 723:2, 723:4,
810:24, 831:6, 831:10,
831:14, 831:17
**volunteered** [1] - 590:19
**volunteers** [15] - 582:24,
582:25, 606:11, 641:23,
674:21, 722:5, 722:9,
722:10, 722:11, 722:21,
722:22, 723:12, 724:5,
831:15, 842:17

## W

**wages** [1] - 727:5
**wait** [13] - 696:1, 697:24,
698:2, 715:1, 761:1, 761:4,
761:10, 797:14
**waited** [1] - 715:2
**waiting** [2] - 586:25,
799:10
**Wakanda** [2] - 634:13,
665:17
**walk** [16] - 567:20, 575:18,
576:10, 613:21, 614:17,

to purchase a complete copy of the transcript.

614:20, 628:10, 643:12, 661:24, 669:10, 693:9, 693:14, 693:23, 697:16, 782:1, 827:17

**walked** [2] - 578:16, 669:9, 781:25

**walking** [3] - 584:1, 598:1, 685:22

**walkway** [1] - 690:17

**wall** [5] - 593:3, 620:21, 620:22, 841:8

**walling** [1] - 593:2

**wallow** [2] - 843:13, 843:14

**walls** [2] - 624:7, 687:12

**Walmart** [1] - 843:22

**wants** [3] - 683:11, 683:24, 793:25

**warm** [1] - 577:11

**warnings** [2] - 592:13

**warranted** [1] - 579:7

**wash** [2] - 840:8, 840:10

**waste** [5] - 625:4, 686:23, 690:7, 690:23

**watch** [3] - 637:7, 742:18

**water** [38] - 574:13, 598:8, 598:10, 598:11, 625:11, 626:13, 626:14, 626:19, 627:1, 627:6, 627:7, 627:10, 627:14, 635:3, 635:10, 636:20, 637:23, 650:3, 652:12, 656:10, 659:24, 660:3, 660:9, 688:18, 746:16, 754:19, 754:25, 755:13, 755:16, 755:17, 755:22, 755:23, 756:3, 756:4, 756:5, 785:4

**water's** [1] - 754:20

**waterer** [5] - 574:17, 626:23, 626:25, 659:24, 660:10

**waterers** [4] - 594:3, 659:10, 754:21, 755:14

**watering** [4] - 574:22, 659:9, 724:13, 755:9

**Watusi** [2] - 843:4, 843:15

**ways** [2] - 655:18, 751:1

**weaknesses** [2] - 785:11, 785:20

**wear** [3] - 648:6, 648:8, 648:10

**wearing** [2] - 647:19, 647:20

**wears** [1] - 648:5

**Weather** [1] - 592:4

**weather** [12] - 572:19, 572:23, 593:10, 593:21, 604:21, 604:22, 620:14, 643:7, 753:17, 753:21, 836:18, 836:20

**website** [3] - 612:11, 732:19, 838:22

**Wednesday** [1] - 723:25

**Wednesdays** [2] - 723:18,

724:2

**week** [8] - 625:14, 635:9, 686:1, 686:2, 686:4, 686:14, 756:12

**weekends** [1] - 724:6

**weekly** [2] - 623:11, 723:7

**weeks** [13] - 633:20, 640:20, 679:16, 714:3, 827:14, 827:17, 849:6, 849:18, 849:21, 850:14, 850:17, 850:18

**weigh** [2] - 625:10, 704:17

**weigh-back** [1] - 625:10

**weighs** [2] - 633:11, 780:6

**weight** [3] - 594:6, 779:17, 780:4

**welcome** [2] - 590:9, 607:4

**welded** [9] - 627:23, 659:2, 751:15, 752:24, 753:2, 771:4, 782:3

**welding** [2] - 750:4, 754:4

**Welfare** [31] - 677:25, 678:12, 688:13, 689:10, 700:14, 708:11, 709:18, 710:4, 711:17, 713:15, 715:13, 719:10, 720:5, 730:19, 744:8, 744:10, 788:16, 807:18, 807:22, 807:25, 808:6, 812:17, 815:1, 818:2, 820:3, 821:5, 822:5, 825:21, 833:20, 834:13, 837:4

**welfare** [11] - 579:19, 587:19, 587:21, 588:15, 591:23, 595:25, 596:23, 607:11, 628:23, 807:15, 836:20

**well-being** [2] - 669:1, 669:3

**Wertz** [1] - 560:5

**Western** [2] - 703:18, 703:22

**Wheeler** [3] - 608:25, 609:7, 609:9

**wherein** [1] - 803:10

**white** [8] - 573:8, 599:16, 600:7, 626:9, 633:2, 642:21, 692:20, 797:21

**whiten** [1] - 600:13

**whole** [6] - 618:3, 618:6, 618:22, 621:10, 714:22, 810:20

**wide** [4] - 589:3, 627:3, 785:16, 790:4

**width** [1] - 790:3

**wife** [13] - 758:2, 758:14, 758:18, 759:6, 759:14, 759:19, 762:4, 763:3, 763:8, 764:12, 765:1, 765:8, 779:22

**wild** [4] - 572:11, 572:13, 596:4, 628:17

**wildlife** [1] - 826:19

**Wildlife** [2] - 737:21, 806:9

**willfully** [1] - 719:10

**willing** [7] - 691:11, 705:1, 705:10, 717:14, 796:10, 796:12, 839:6

**windchills** [1] - 592:10

**winter** [11] - 591:6, 591:8, 591:9, 591:10, 592:3, 592:9, 592:13, 592:20, 593:21, 594:24, 622:5

**wintertime** [6] - 591:14, 622:9, 755:24, 755:25, 756:6, 767:5

**wire** [15] - 619:1, 619:25, 656:25, 751:14, 751:15, 751:16, 751:23, 751:25, 771:4, 775:15, 776:8, 777:17, 779:10, 794:5, 810:25

**wired** [1] - 788:13

**wires** [4] - 751:9, 751:18, 753:2, 775:16

**Wisconsin** [3] - 615:19, 615:20, 642:23

**witch** [1] - 685:11

**witch-hunt** [1] - 685:11

**withheld** [1] - 712:17

**WITNESS** [9] - 561:2, 601:21, 610:16, 611:12, 645:24, 646:6, 669:19, 696:2, 794:15

**Witness** [4] - 610:17, 747:18, 794:16, 846:1

**witness** [15] - 610:18, 611:14, 630:5, 653:11, 682:17, 726:2, 747:19, 748:2, 799:22, 800:2, 816:23, 819:10, 821:13, 821:20, 823:3

**witnesses** [4] - 610:23, 653:10, 654:17, 669:22

**wolf** [29] - 577:8, 578:2, 578:8, 585:10, 594:19, 600:16, 600:17, 622:16, 622:19, 634:5, 634:23, 637:13, 637:25, 638:5, 652:24, 653:1, 665:25, 671:13, 671:17, 686:21, 686:25, 690:2, 690:6, 690:10, 690:15, 742:8, 745:20, 811:6

**wolves** [42] - 577:6, 577:9, 578:7, 578:8, 578:9, 578:12, 585:7, 585:9, 585:15, 591:19, 592:20, 605:8, 607:1, 607:12, 623:8, 637:10, 637:13, 638:3, 638:23, 652:20, 652:22, 665:25, 666:5, 671:16, 684:25, 685:3, 691:9, 739:17, 739:19, 741:23, 741:24, 741:25, 742:8, 745:19, 750:20,

786:5, 788:3, 811:7, 825:25, 828:9

**woman** [1] - 609:4

**woman's** [1] - 681:6

**wonder** [1] - 811:21

**wondering** [2] - 760:17, 833:16

**word** [1] - 765:2

**words** [2] - 638:1, 688:17

**works** [4] - 615:18, 624:8, 628:6, 852:1

**world** [2] - 677:3, 677:5

**wormed** [2] - 643:5, 695:9

**worn** [1] - 810:9

**worried** [7] - 581:8, 581:9, 587:25, 590:7, 597:1, 597:3, 788:7

**worry** [1] - 575:3

**worth** [9] - 659:19, 660:3, 741:10, 741:17, 742:13, 742:19, 797:10, 797:13, 845:4

**wound** [1] - 692:23

**wounds** [3] - 649:18, 650:4, 782:21

**wrist** [1] - 681:25

**write** [6] - 579:17, 603:3, 621:2, 623:23, 742:3, 809:17

**writes** [1] - 788:1

**writing** [3] - 717:14, 738:3, 798:17

**written** [20] - 565:23, 614:21, 646:18, 648:21, 649:12, 654:4, 673:23, 704:5, 704:6, 708:17, 740:15, 796:12, 796:17, 812:25, 823:25, 827:9, 835:15, 847:20, 848:21, 848:22

**wronged** [1] - 685:18

**wrote** [7] - 645:15, 649:20, 649:21, 699:25, 726:13, 778:8, 793:25

# Y

**yard** [3] - 651:2, 685:23, 701:9

**year** [45] - 580:22, 582:12, 597:3, 599:5, 599:21, 612:9, 612:11, 614:16, 614:19, 619:10, 636:21, 639:10, 651:23, 679:21, 686:9, 686:10, 686:12, 687:1, 687:2, 692:22, 695:16, 700:22, 711:18, 723:11, 723:13, 724:6, 725:5, 728:10, 728:16, 728:19, 740:12, 747:3, 759:15, 759:22, 760:4, 762:23, 772:19, 778:1, 787:25, 790:1, 802:25,

Lori Callahan, RMR, CRR, at 319-286-2338 or Lori_Callahan@iand.uscourts.gov to purchase a complete copy of the transcript.

824:14, 829:6
**year-end** [1] - 728:10
**yearly** [2] - 728:11, 728:13
**years** [51] - 602:17,
611:25, 612:9, 612:14,
612:17, 615:22, 630:4,
631:3, 638:9, 642:22,
649:1, 650:23, 652:16,
662:21, 662:22, 663:2,
663:3, 663:5, 663:7,
663:12, 663:19, 663:20,
664:5, 664:11, 664:18,
664:22, 665:3, 665:8,
665:9, 665:18, 665:22,
666:2, 725:2, 728:21,
755:15, 759:2, 759:9,
764:14, 764:24, 765:14,
766:2, 806:10, 808:18,
813:12, 822:6, 834:12,
838:12, 838:21, 838:22,
838:25, 839:13
**yellow** [1] - 700:2
**yesterday** [5] - 564:8,
566:23, 570:13, 714:2,
724:4
**yogurt** [1] - 621:21
**young** [6] - 571:23,
597:19, 613:17, 652:2,
657:1, 657:7
**younger** [2] - 634:24,
664:16
**youngest** [1] - 612:24
**yourself** [3] - 640:4,
781:5, 842:10
**yup** [2] - 568:1, 655:8

# Z

**zeedonk** [2] - 714:24,
715:5
**zones** [1] - 836:16
**Zoo** [109] - 562:3, 562:6,
563:5, 565:13, 590:1,
600:17, 607:2, 614:3,
629:22, 630:2, 631:2,
631:6, 632:3, 671:16,
685:9, 706:4, 707:9,
709:14, 730:13, 730:16,
734:16, 735:4, 758:15,
758:19, 777:2, 801:10,
802:4, 802:8, 802:11,
802:17, 802:19, 803:3,
803:19, 803:22, 803:24,
804:1, 804:5, 804:6, 804:7,
804:12, 804:18, 805:7,
807:12, 807:23, 807:24,
810:8, 810:20, 811:25,
812:8, 812:10, 812:20,
813:6, 813:10, 813:24,
814:13, 815:5, 815:13,
817:22, 818:7, 819:20,
820:21, 820:23, 821:12,
821:24, 823:19, 824:3,
824:12, 824:14, 824:23,

824:25, 825:1, 825:9,
825:10, 825:18, 825:24,
826:6, 826:20, 827:13,
827:19, 828:6, 829:24,
830:4, 830:9, 830:25,
831:25, 834:1, 834:23,
835:3, 835:12, 837:2,
837:15, 837:19, 838:12,
839:11, 839:18, 840:2,
840:14, 840:16, 841:17,
842:13, 842:17, 842:19,
843:4, 843:21, 844:7,
844:11, 845:15, 845:18
**zoo** [235] - 566:11, 566:13,
566:22, 566:24, 566:25,
567:2, 567:5, 567:8,
567:15, 567:17, 567:23,
567:25, 568:14, 571:21,
575:12, 577:4, 577:23,
578:23, 578:24, 579:1,
579:9, 580:8, 580:22,
580:25, 581:13, 581:16,
581:23, 582:14, 583:4,
583:5, 583:25, 585:6,
586:1, 586:5, 586:16,
586:23, 587:23, 588:25,
589:13, 589:18, 589:25,
590:19, 591:4, 591:15,
591:24, 592:1, 592:14,
592:23, 595:19, 596:8,
596:9, 596:22, 597:10,
597:23, 598:1, 598:2,
603:5, 603:20, 604:9,
605:9, 605:12, 605:14,
605:19, 606:8, 607:3,
607:13, 608:14, 609:22,
610:4, 610:5, 614:6,
614:13, 622:23, 625:2,
625:9, 628:19, 633:3,
634:12, 634:14, 634:17,
634:24, 635:1, 635:19,
635:22, 636:9, 638:21,
638:25, 639:2, 639:13,
640:1, 640:4, 641:7,
641:11, 642:6, 647:22,
648:7, 650:8, 650:9, 651:5,
651:6, 651:22, 652:14,
652:17, 657:3, 657:15,
658:9, 665:25, 669:9,
669:10, 669:15, 670:17,
670:21, 676:2, 679:9,
685:14, 685:20, 686:2,
686:11, 687:6, 687:22,
691:12, 695:16, 696:18,
701:2, 701:23, 702:21,
703:1, 715:8, 722:8,
722:14, 722:24, 723:3,
726:16, 727:11, 729:20,
729:22, 729:23, 730:3,
730:4, 730:6, 732:5, 738:5,
742:20, 743:1, 744:8,
749:2, 749:4, 751:7,
755:10, 759:2, 759:4,
759:5, 759:23, 760:1,
760:5, 760:14, 761:13,

761:17, 762:5, 762:10,
762:11, 762:16, 762:17,
762:20, 763:10, 764:1,
764:15, 764:23, 765:5,
765:6, 765:9, 768:16,
770:13, 800:23, 801:9,
802:12, 802:16, 803:10,
803:14, 804:2, 804:3,
804:10, 804:14, 804:16,
804:18, 804:20, 804:23,
804:25, 805:10, 808:23,
809:11, 809:23, 812:2,
812:3, 812:19, 813:20,
813:23, 815:4, 815:12,
815:24, 818:2, 819:19,
819:25, 820:7, 821:7,
822:11, 826:5, 826:20,
827:19, 828:5, 828:16,
829:21, 830:15, 834:1,
834:7, 836:9, 836:16,
838:3, 838:4, 838:5, 838:7,
838:9, 839:8, 840:8,
840:22, 840:24, 841:15,
843:11, 844:12, 844:18,
844:25, 845:1, 845:2
**zoo's** [6] - 637:2, 759:15,
803:15, 803:17, 835:16,
838:8
**Zoo's** [3] - 820:10, 837:23,
844:22
**zookeeper** [1] - 814:19
**zookeepers** [2] - 805:4,
833:25
**zoological** [7] - 656:23,
801:14, 809:20, 809:22,
810:2, 820:25, 826:16
**zoom** [2] - 576:8, 696:23
**zoos** [22] - 590:1, 609:16,
609:20, 670:9, 734:21,
737:3, 737:5, 768:11,
769:2, 769:5, 769:7, 777:4,
777:20, 801:22, 807:17,
807:23, 808:23, 811:22,
826:7, 827:15, 827:23
**Zoos** [7] - 562:14, 734:10,
801:19, 807:9, 807:10,
811:21, 821:24

to purchase a complete copy of the transcript.