| | | |
|---|---|---|
| TRACEY K. KUEHL, et al, | ) | |
| | ) | Case No. C14-2034-LRR |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PAMELA SELLNER, et al, | ) | **AFFIDAVIT OF JESSICA BLOME** |
| | ) | **IN SUPPORT OF** |
| Defendants. | ) | **PLAINTIFFS' REPLY TO** |
| | ) | **DEFENDANTS' POST-TRIAL BRIEF** |

**AFFIDAVIT OF JESSICA BLOME IN SUPPORT OF PLAINTIFFS' POST-TRIAL BRIEF**

I, Jessica Blome, hereby declare as follows:

1.      I am one of the primary attorneys representing Plaintiffs in this action. I am employed as a Staff Attorney at the Animal Legal Defense Fund (ALDF), located at 170 East Cotati Avenue, Cotati, CA 94931.

2.      I have been a member in good standing of the Missouri State Bar since 2007 and I have never been subjected to any disciplinary proceedings in any jurisdiction in the United States or abroad. I have been admitted *pro hac vice* before this Court. *See* ECF No. 9 Order For Admission *Pro Hac Vice*, 6:14-cv-02034-LRR (July 24, 2014).

3.      Pursuant to the Court's Order, I file this Affidavit in support of Plaintiffs' Reply to Defendants' Post-Trial Brief.

4.      Attached hereto is Attachment 4.  Attachment 4 is a true and correct copy of a summary of information contained in records obtained by the Plaintiffs pursuant to Freedom of Information Act requests to the U.S. Department of Agriculture, Animal and Plant Health Inspection Service, relating to inspections the agency conducted of the Defendants' facility between July 2010 and July 2015 as well

as Iowa Department of Agriculture and Land Stewardship compliance reports submitted by Defendants as Exhibit U at trial.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated this 18th day of December, 2015

/s/ Jessica Blome
Jessica Blome


Jessica L. Blome (*pro hac vice*)
Missouri Bar No. 59710
jblome@aldf.org

ANIMAL LEGAL DEFENSE FUND
170 E. Cotati Avenue
Cotati, CA 94931
707.795.2533

ATTORNEYS FOR PLAINTIFFS