# Plaintiffs' Reply Brief Attachment 4 – USDA & IDALS Inspection Findings

| Inspection Date | Category of AWA Regulation Violation Identified by APHIS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Food/ Water | Veterinary | Pests | Psychological | Sanitation, Not Feces | Feces | Ventilation/ Drainage | Enclosures | Employees and Handling |
| 7/29/10 | √√√ | √ | | | √ | √ | √T | √√√ | |
| 11/22/10 | | √√ | √L | | √T | | | √√ | |
| 2/16/11 | | | | | √ | √ | | √√√ | |
| 8/16/11 | √ | √√ | √√L | | √√√ | √√L | | √√√√L | √ |
| 12/8/11 | √√ | √ | √ | | √√√ | √ | √ | √√√ | √ |
| 1/3/12 | | | | | | | | | |
| 4/17/12 | IDALS makes two suggestions for improvement to the Scottish Highlander Cattle pen. | | | | | | | | |
| 5/1/12 | | | | | | | | | |
| 5/16/12 | | | √ | | √√√ | | | √√T | |
| 7/24/12 | IDALS observes "borderline" issues but animals are "well taken care of." | | | | | | | | |
| 6/29/12 | | √√√ | √ | | √√√ | √ | | | |
| 8/20/12 | | | √√ | | | √√L | | | |
| 11/26/12 | √ | | | | √√√√L | √√√√T | | √ | |
| 2/8/13 | IDALS recommends the addition of bedding and thawed water. Notes "no standard of care issues." | | | | | | | | |
| 2/13/13 | | | | | √√√L | √√TW | √√ | √√L | |
| 5/15/13 | IDALS is "pleasantly" pleased with condition of zoo. Inspected as a "pre-emptive strike" on "complaint season." | | | | | | | | |
| 6/12/13 | √√ | √ | √T | | √√√ | | √ | √√ | |
| 7/31/13 | √√√√L | | √√L | √ | | √√ | | √√W | √√ |
| 9/25/13 | √√ | | √√√√√√L | √ | √√√√√√√L | √√√√L | √√ | √√W | |
| 9/25/13 | **JOINT Inspection**: IDALS is "concerned" about primates' lack of enrichment, "typical housekeeping issues." | | | | | | | | |
| 12/16/13 | √ | √ | | | | | | √√√ | √ |
| 12/16/13 | **JOINT Inspection**: IDALS is concerned about goat hooves needing trimmed, no water for chinchillas, calls dead piglets a "farm occurrence." | | | | | | | | |
| 1/9/14 | | | | | | | | | |
| 5/21/14 | √√√√ | √√√ | √√ | | √√√√√√√√L | √√√√TW | √ | √√√√√√√√√√√L T | √√ |
| 5/21/14 | **JOINT Inspection**: "All of the discrepancies/inadequacies listed on the USDA AC inspection for this day are accurate." | | | | | | | | |
| 5/28/14 | | | | | | | | | |
| 8/5/14 | √√√ | √√ | √ √√LTW | | √√ | √√TW | √ | √√√ | |
| 8/5/14 | **JOINT Inspection**: IDALS concerned about veterinary care issues, expired medication, dirty water bowls, housekeeping issues. | | | | | | | | |

# Plaintiffs' Reply Brief Attachment 4 – USDA & IDALS Inspection Findings

|  | Food/ Water | Veterinary | Pests | Psychological | Sanitation, Not Feces | Feces | Ventilation/ Drainage | Enclosures | Employees and Handling |
|---|---|---|---|---|---|---|---|---|---|
| 10/7/14 | √ | √T |  |  |  |  |  | √√ |  |
| 10/7/14 | **JOINT Inspection:** IDALS concerned about hamster with hair loss, fighting and injured coyotes, Casper's open wound on leg ||||||||||
| 11/6/14 |  |  |  |  |  |  |  |  |  |
| 2/19/15 |  |  |  |  |  |  |  |  |  |
| 3/4/15 |  |  |  |  |  | √√ |  |  |  |
| 5/27/15 |  |  | √√√ | √ | √√√L | √ | √√√ | √ |  |
| 6/15/15 |  |  |  |  |  |  |  |  |  |
| 6/24/15 |  |  |  |  |  |  |  |  |  |
| 7/7/15 |  |  | √√L |  | √√ |  |  | √ |  |
| 9/22/15 | *Unknown citations because Defendants have not disclosed this report.* |||||||||

| *Key* | |
|---|---|
| AWA Non-Compliant Citation Documented by USDA | √ |
| **Direct** Non-Compliant Citation (adversely affecting health in immediate future) | √ |
| Non-Compliant Citation Affecting **Tigers** | T |
| Non-Compliant Citation Affecting **Lemurs** | L |
| Non-Compliant Citation Affecting **Wolves** | W |
| No Adult Available During One or More Attempts to Inspect |  |
| Focused Inspection to Address One Citation |  |
| IDALS Inspection |  |