

# Inspection Report

Pamela J Sellner
Tom J Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**
Certificate: **42-C-0084**
Site: 001
TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION
Date: Jul-07-2015

**3.75    (c)    (3)                    REPEAT**
**HOUSING FACILITIES, GENERAL.**

On the indoor portion of the enclosure for the two rhesus macaques there is an excessive build-up of brown to black grime on the wire panels that make up the primary enclosure. Failure to clean and sanitize primary enclosures can lead to disease hazards for the animals. Hard surfaces with which non-human primates come in contact must be spot-cleaned daily and sanitized at least once every two weeks or more often if necessary to prevent an excessive accumulation of dirt, debris, animal or food waste, or other disease hazards.

**3.84    (d)                            REPEAT**
**CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.**

There are an excessive number of flies flying around within the walkway in the back of the "reptile house". There are two ring tailed lemurs, one red ruffed lemur and a vervet located in this area. The licensee confirmed these are fruit flies. The flies are mainly located on the ceiling within the human walkways, but flies can also be seen landing on the husbandry objects within the building. The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies, must be established and maintained.

**3.125   (a)                           REPEAT**
**FACILITIES, GENERAL.**

There are metal fence/gate panels in each of the primary enclosures for the goats, santa cruz sheep, and cattle with areas that are broken and in need of repair or replacement.  The broken panels have sharp and/or jagged edges sticking into the areas where animals are housed.  Sharp and/or jagged edges could cause injury to animals.  Ensure that primary enclosures are maintained in good repair to protect the animals from injury and to safely contain the animals.

**3.131   (a)                           REPEAT**
**SANITATION.**

The primary enclosures for the kinkajou housed in the entryway to the  reptile house  and the shelter for the capybara are in need of cleaning.  The kinkajou enclosure has an excess amount of dark liquid and

| Prepared By: | HEATHER COLE, V M O | | Date: |
|---|---|---|---|
| | HEATHER  COLE, V M O         USDA, APHIS, Animal Care | | |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | | Jul-09-2015 |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Jul-09-2015 |


soiled material at the front end of the enclosure that is attracting flies. The capybara shelter has an excessive amount of soiled, wet material that is attracting flies. Excessive soiled material in animal enclosures increases the animal s risk of becoming sick and does not provide for their comfort. Enclosures must be cleaned more often and routinely to prevent a build-up of soiled material to protect the health and wellbeing of the animals.

**3.131    (d)                        REPEAT**
**SANITATION.**

There are an excessive number of flies present throughout the entire facility. There are a large number of flies flying around within the walkway in the back of the "reptile house". There are two coati mundi and one serval located in this area. The licensee confirmed these are fruit flies. The flies are mainly located on the ceiling within the human walkway, but flies can also be seen landing on the husbandry objects within the building.

There are flies flying around within and around multiple enclosures throughout the facility. The areas with excessive flies include within the enclosure housing one ferret in the front of the "reptile house", within an enclosure housing three chinchillas in the "education building", in the shelter within the outdoor capybara enclosure, around and within the food bowl in the sloth enclosure, and around the area immediately adjacent to the kinkajou enclosure in the entryway to the zoo. The majority of the flies in these areas are fruit flies. This was confirmed by the licensee. The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies, must be established and maintained.

The Direct Non-compliant Item listed under Drainage 3.127 (c) on the May 27th, 2015 inspection report has been corrected.

Inspection conducted with the owner, VMO Bart Sutherland, VMO Scott Welch, and VMO Heather Cole.

Exit Briefing conducted with the owner and VMO Heather Cole.

| Prepared By: | HEATHER COLE, V M O | | |
|---|---|---|---|
| | HEATHER COLE, V M O | USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector  6026 | | Jul-09-2015 |
| Received By: | (b)(6),(b)(7)(c) | | Date: |
| Title: | | | Jul-09-2015 |