# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF IOWA
## CEDAR RAPIDS DIVISION

TRACEY K. KUEHL, an individual;　）
LISA K. KUEHL, an individual;　）　Case No. C14-2034-LRR
KRISS A. BELL, an individual;　）
NANCY A. HARVEY, an individual;　）
JOHN T. BRAUMANN, an individual,　）
and; ANIMAL LEGAL DEFENSE　）
FUND, a non-profit corporation,　）
　）
　　　　　Plaintiffs,　）　DEFENDANTS' RESISTANCE TO
　）　PLAINTIFFS' SECOND NOTICE
　）　OF NEWLY DISCOVERED EVIDENCE
　　　vs.　）
　）
PAMELA SELLNER, an individual;　）
TOM SELLNER, an individual; and　）
CRICKET HOLLOW ZOO, a　）
non-profit corporation,　）
　）
　　　　　Defendants.　）
　）

COME NOW the Defendants and for their Resistance to the Plaintiffs' Second

Notice of Newly Discovered Evidence, state as follows:

1.　In order to be admissible, evidence should be relevant (F.R.E. 402).

2.　The Plaintiffs attempt to justify their failure to include these reports in

evidence at trial by a hearsay statement supposedly made by an unnamed APHIS

employee to one of the Plaintiffs, Tracey Kuehl.

3.    In this instance, the report cited by the Plaintiffs as something that should be admitted as additional evidence is an inspection report with three separate non direct alleged violations mentioning flies and in particular "fruit flies."

4.    The other two alleged nondirect violations do not concern any enclosure for an endangered animal.

5.    The testimony at trial was that fruit flies are not a vector for disease.

6.    The reports that the Plaintiffs are attempting to insert in the trial record have no relevance to the claims of the Plaintiffs.

WHEREFORE, the Defendants resist this belated attempt to expand the trial record by including additional irrelevant evidence, and for such other and further relief as the Court deems just and equitable.

Respectfully submitted,

Larry J. Thorson          #AT0007976
ACKLEY KOPECKY & KINGERY, L.L.P.
4056 Glass Road, NE
Cedar Rapids, IA 52402
Ph: (319) 393-9090  Fax: (319) 393-9012
Email:  lthorson@akklaw.com

Attorneys for Defendants

Copies to:

Daniel J. Anderson
Wertz & Dake
1500 Center St. NE #101

2

Cedar Rapids, IA 52402-5500
danderson@wertzlaw.com

Jessica Blome
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jblome@aldf.org

Jeff Pierce (pro hac vice)
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jpierce@aldf.org

Elisabeth Holmes
Blue River Law
POB 293
Eugene, OR 97440
eli.blueriverlaw@gmail.com


## Certificate of Service

The undersigned hereby certifies that I filed this document on the 18th day of December, 2015 with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Theresa Trenary