# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# EASTERN DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; LISA K. KUEHL, an individual; KRIS A. BELL, an individual; NANCY A. HARVEY, an individual; JOHN T. BRAUMANN, an individual, and ANIMAL LEGAL DEFENSE FUND, a non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PAMELA SELLNER, an individual; TOM SELLNER, an individual; and CRICKET HOLLOW ZOO, a non-profit corporation, <br><br> Defendants. | No. C14-2034 <br><br> ORDER REGARDING NOTICE OF NEWLY DISCOVERED EVIDENCE |

This matter comes before the Court on the Second Notice of Newly Discovered Evidence (docket number 79) filed by the Plaintiffs on December 18, 2015, and the Resistance (docket number 80) filed by the Defendants on December 18, 2015. Plaintiffs ask the Court to consider inspection reports prepared by the USDA on July 7, 2015 and September 22, 2015 — *before* the trial held in October 2015. Plaintiffs argue that while the inspection reports were available and known to Defendants at that time, they were not disclosed by the USDA until *after* the trial. Defendants object on relevancy grounds.

The Court finds that Plaintiffs' request to have the July 7, 2015 and September 22, 2015 inspection reports considered as evidence should be granted. The Court will give the reports such weight as it deems appropriate.

**IT IS SO ORDERED.**

DATED this 30th day of December, 2015.

_____
JON STUART SCOLES
CHIEF MAGISTRATE JUDGE
NORTHERN DISTRICT OF IOWA