IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>PAMELA SELLNER, et al.,<br><br>   Defendants. | )<br>) Case No. C14-02034-JSS<br>)<br>)<br>)<br>) **Notice of Availability of**<br>) **September 22, 2015 Inspection**<br>) **Report**<br>)<br>)<br>) |

Pursuant to this Court's December 30, 2015, Order (ECF No. 81), Plaintiffs provide the September 22, 2015, Inspection Report, which documents the United States Department of Agriculture Animal and Plant Health Inspection Services' findings during a routine inspection of Defendant Cricket Hollow Zoo pre-trial. The report is attached hereto as Exhibit 78. Opposing counsel provided this report to Plaintiffs upon request after the Court issued its Order.

            Respectfully submitted,

            /s *Jessica L. Blome*

            Daniel J. Anderson (IA Bar No. 20215)
            danderson@wertzlaw.com
            WERTZ & DAKE
            1500 Center St. NE #101
            Cedar Rapids, IA 52402-5500
            Telephone: 319.861.3001
            Facsimile: 319.861.3007

            Jessica L. Blome (MO Bar No. 59710)
            jblome@aldf.org

1

Animal Legal Defense Fund
170 E. Cotati Ave.
Cotati, CA 94931
Telephone: 641.431.0478
Facsimile: 707.795.7280

## Verification of Counsel

I, Jessica L. Blome, am counsel of record, and I certify that the foregoing is true to the best of my knowledge and belief.

<u>January 6, 2016</u>             /s *Jessica L. Blome*
Date                                               Jessica L. Blome

## Certificate of Service

I certify that a copy of this Motion was delivered to all counsel of record through the Court's electronic case filing system this 6th day of January, 2016.

/s *Jessica L. Blome*
Jessica L. Blome