

United States Department of Agriculture
Animal and Plant Health Inspection Service

265151543040205  Insp_id
HCOLE

# Inspection Report

Pamela J Sellner
Tom J Sellner
Cricket Hollow Zoo
1512 210th Street
Manchester, IA 52057

Customer ID: **5143**
Certificate: **42-C-0084**
Site: 001
TOM & PAMELA SELLNER

Type: ROUTINE INSPECTION
Date: Sep-22-2015

**3.84**     (d)                              **REPEAT**
**CLEANING, SANITIZATION, HOUSEKEEPING, AND PEST CONTROL.**

There are an excessive number of fruit flies present in the back of the "reptile house". The majority of the flies are located within an enclosed fruit box, however there are a large number of fruit flies in the area surrounding the fruit box. Pest control devices are present in this area of the facility, but there are still an excessive number of flies flying around and landing on the walls, fruit boxes and objects surrounding the boxes. Two ring tailed lemurs, one red ruffed lemur and a vervet are housed in this area. The licensee confirmed these are fruit flies. The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies, must be established and maintained.

**3.125**    (a)                              **REPEAT**
**FACILITIES, GENERAL.**

The inside walls of the shelter in the enclosure housing one zebu are made of wood and the wood is severely worn and soiled. There is a very large hole present on one wall of the shelter and that same wall has a build-up of brown to black grime present mainly on the lower half of the wall. Housing facilities that are not maintained in good repair could pose an injury hazard to the animals. All housing facilities must be structurally sound and shall be maintained in good repair to protect the animals from injury.

**3.131**    (d)                              **REPEAT**
**SANITATION.**

There are an excessive number of flies present in multiple areas throughout the entire facility. There are an excessive number of fruit flies present in the back of the "reptile house". The majority of the flies are located within an enclosed fruit box, however there are a large number of fruit flies in the area surrounding the fruit box. There are two coati mundi and one serval located in this area. The licensee confirmed these are fruit flies. Pest control devices are present in this area of the facility, but there are still an excessive number of flies flying around and landing on the walls, fruit boxes and objects surrounding the boxes.

Other areas with excessive flies include the enclosure housing the capybara, the Meishan pig enclosure, and in the area immediately adjacent to the kinkajou enclosure in the entryway to the zoo. The flies within the capybara enclosure are mainly located on two halves of watermelon that are located next to the shelter

| Prepared By: | _signature_ | | |
|---|---|---|---|
| | HEATHER COLE, V M O | USDA, APHIS, Animal Care | Date: |
| Title: | VETERINARY MEDICAL OFFICER Inspector 6026 | | Sep-22-2015 |
| Received By: | _signature_ | | |
| | PAM SELLNER | | Date: |
| Title: | OWNER | | Sep-22-2015 |



and on the ground surrounding the watermelon. The flies in the Meishan pig enclosure are located on and within the food and food receptacle for the pigs as well as the ground surrounding the food receptacle. There are a large number of flies flying around the kinkajou enclosure in the front entryway to the zoo. A few flies are located within the enclosure and are landing on the animal. The presence of pests can lead to health hazards for the animals. A safe and effective program for the control of pests, including flies, must be established and maintained.

Inspection and exit briefing conducted with the owner, ACI Chad Moore, VMO Heather Cole and IDALS.

**Prepared By:** *[signature]*
HEATHER COLE, V M O     USDA, APHIS, Animal Care     **Date:**
**Title:** VETERINARY MEDICAL OFFICER Inspector 6026     Sep-22-2015

**Received By:** *[signature]*
PAM SELLNER     **Date:**
**Title:** OWNER     Sep-22-2015