# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

TRACEY K. KUEHL, as individual;
LISA K. KUEHL, an individual;
KRIS A. BELL, an individual;
NANCY A. HARVEY, an individual;
JOHN T. BRAUMANN, an individual;
and ANIMAL LEGAL DEFENSE FUND, a
non-profit corporation,

        Plaintiffs,

vs.

PAMELA SELLNER, an individual;
TOM SELLNER, an individual; and
CRICKET HOLLOW ZOO, a non-profit
corporation,

        Defendants.

No. 14-CV-2034-JSS

**JUDGMENT**

---

**DECISION BY COURT.** This action came before the Court and a decision has been rendered.

    **IT IS HEREBY ORDERED AND ADJUDGED:** That Judgment is entered in accordance with the Order entered February 11, 2016 (docket number 83).

    **DATED** this 11th day of February, 2016.

Approved as to form by:

Jon S. Scoles, Chief Magistrate Judge
United States District Court
Northern District of Iowa

Robert L. Phelps, Clerk of Court
United States District Court
Northern District of Iowa

By: Sarah K. Melvin, Deputy Clerk