IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, et al. ) <br> ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> PAMELA SELLNER, et al. ) <br> ) <br> ) <br> Defendants ) | Case No. C14-02034-JSS <br><br> **[PROPOSED] ORDER ON PLAINTIFFS' FRCP 59(e) MOTION TO AMEND JUDGMENT FOR LEAVE TO FILE MOTION FOR COSTS AND ATTORNEYS' FEES** |

BEFORE THE COURT is Plaintiffs' FRCP 59(e) Motion to Amend Judgment for Leave to File Motion Costs and Attorneys' Fees. Having considered the materials submitted by the Parties, the Court hereby GRANTS Plaintiffs' Motion. Exhibit A to Plaintiffs' Motion, being Plaintiffs' Motion for Attorneys' Fees and Costs and accompanying Memorandum, Declarations, and supporting materials are hereby accepted as filed with the Court, and are designated as timely filed.

**IT IS SO ORDERED.**

The District Court is directed to enter this Order into the docket and provide copies to counsel.

DATED this ____ day of _____, 2016.

_____
Hon. Jon Stuart Scoles
Chief Magistrate Judge
Northern District of Iowa