# CERTIFICATE OF SERVICE

I certify that a copy of this Motion and Memorandum, Proposed Order, and all accompanying exhibits and attachments was delivered to all counsel of record through the Court's electronic case filing system this 25th day of February, 2016.

> */s Jessica L. Blome*
> Jessica L. Blome
> Animal Legal Defense Fund
> Counsel for Plaintiffs