## Bill of Costs Supporting Schedules
Tracey Kuehl et al v. Pamela Sellner et al.
6:14-cv-02034-JSS

| Description | Amount | Category Subtotal |
|---|---|---|
| **Schedule A** | | |
| Fees of the Clerk | | |
| *Filing fees, PHV* | $490.00 | $490.00 |
| | | |
| **Schedule B** | | |
| Fees for service of summons and subpoenas | $361.65 | $361.65 |
| | | |
| **Schedule C** | | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | | |
| *Plaintiffs' depositions - transcripts* | $331.70 | |
| *Gary Pusillo deposition transcript* | $770.85 | |
| | | |
| *Summary judgment hearing transcript* | $175.20 | |
| *Trial transcript* | $3,553.20 | |
| | | $4,830.95 |
| **Schedule D** | | |
| Fees and disbursements for printing | | |
| *Printing* | $1,001.39 | $1,001.39 |
| | | |
| | | |
| **Schedule E** | | |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | | |
| *Public Records* | $172.94 | $172.94 |

<u>Schedule F</u>
Other Costs

| | | |
|---|---|---|
| *Expert fees for deposition of Gary Pusillo* | $1,600.00 | |
| *Witness fees for deposition of J. Pries* | $41.53 | |
| *Court reporter & deposition room* | $3,343.15 | |
| *Meals* | $413.43 | |
| *Travel* | $1,998.39 | |
| *Blue River Law (travel, meals, copies)* | $1,158.29 | |
| *Mail, postage* | $203.77 | |
| *Other supported costs* | <u>$284.78</u> | |
| | | $9,043.34 |
| | | |
| Subtotal | $15,900.27 | |
| | | |
| Plus expert travel costs | <u>$2,873.98</u> | |
| | | |
| **Total Costs** | **$18,774.25** | |

Tracey Kuehl et al. v. Pamela Sellner et al.
6:14-cv02034-JSS
U.S. District Court N.D. Iowa (Eastern Waterloo)
**SUMMARY OF PLAINTIFFS' COSTS REQUESTED**
June 11, 2014 - February 11, 2016

## III. Summary of Plaintiffs' Costs[1]

| Plaintiffs' Reference Number | Description | Amount |
|---|---|---|
| 0001 | Contract Attorney | $169.25 |
| 0002 | Shipping Costs | $99.40 |
| 0003 | Litigation Costs | $13,219.80 |
| 0004 | Attorney Meal Costs | $413.43 |
| 0005 | Attorney Travel Costs | $1,998.39 |
| 0006 | Plaintiffs' Experts Travel Costs | $2,873.98 |
| | **TOTAL COSTS** | **$18,774.25** |

1 Due to the short turn-around time between the Judgment and the Plaintiffs' request for fees, Plaintiff submit herewith the costs information available to them at this time. Plaintiffs will supplement the documentation supporting their costs as it becomes available.

# Animal Legal Defense Fund
## Transaction Detail By Account
### All Transactions

| | Type | Date | Num | Source Name | Amount |
|---|---|---|---|---|---|
| **Operating Expenses** | | | | | |
| **Legal - Contract Attorneys** | | | | | |
| | Bill | 07/16/2015 | 071615 | Wertz & Dake, PC | 169.25 |



**Animal Legal Defense Fund**

# Invoice Approval Form

Vendor: Wertz & Dake PC

Date of Invoice: 7/16/2015

Invoice Number: 17374, 17443, 17731, 17856

ALDF Project Manager Name: J Blome

OFFICE USE ONLY:

| DATE | PROJECT OR CASE NAME | DESCRIPTION | AMOUNT | DEPT | EX. CODE |
|------|----------------------|-------------|--------|------|----------|
| 8/24/15 | #220 Kuehl v CHZ | Contract Attorney Costs & Expenses | 169.25 | 05-Litigation | ntract Attorneys |
| | | | | | |
| | | | | | |

TOTAL $ 169.25

_____    8/24/15
**Project Manager's Signature**    Date

_____    8/24/15
**Supervisor's Approval Signature**    Date

*Please attached this form to the top of the invoice and submit both to Finance.*

| Handling | (Please Check one) |
|----------|--------------------|

_____ **Please mail to address listed above (no other attachments are needed)**

_____ **Please mail to address above with attachment indicated on the line below**

_____ **Please return to:**

# Statement

Wertz & Dake, P.C.

1500 Center Street NE
Cedar Rapids, IA 52402

| DATE |
| --- |
| 7/16/2015 |

| TO: |
| --- |
| Animal Legal Defense Fund<br>Jessica Blome<br>Cotati, CA  94931 |

| AMOUNT DUE | AMOUNT ENC. |
| --- | --- |
| $169.25 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 03/31/2015 | Balance forward | | 3.90 |
| 04/02/2015 | INV #17374. 3/5 MAM Serving served Dr Pries | 70.00 | 73.90 |
| 04/03/2015 | INV #17443. copies | 19.20 | 93.10 |
| 05/19/2015 | INV #17731. 4/23 MAM Serving  Dr Pusillo served | 75.00 | 168.10 |
| 06/30/2015 | INV #17856. copies, phone | 1.15 | 169.25 |

Please make checks payable to Wertz & Dake, P.C.

| AMOUNT DUE |
| --- |
| $169.25 |

**Animal Legal Defense Fund**
**Transaction Detail By Account**
All Transactions

| | Type | Date | Num | Source Name | Memo | Amount |
|---|---|---|---|---|---|---|
| **Operating Expenses** | | | | | | |
| **Postage/Delivery** | | | | | | |
| | Credit Card Charge | 09/25/2015 | WC | USPS | WC - binder for judge | 99.40 |
| Total Postage/Delivery | | | | | | 99.40 |
| Total Operating Expenses | | | | | | 99.40 |
| **TOTAL** | | | | | | **99.40** |

Due to the short timeframe for submitting a fee request, Plaintiffs do not have all the supporting materials for all of their Litigation Costs listed below readily available. Plaintiffs are continuing to gather the supporting materials to supplement their request. Additionally, the bookkeeper has not yet indexed all litigation costs on the spreadsheet below and those supporting materials are produced as pages 28-34 of this attachment. The total amount for these invoices is $3,265.19 (Ex. D p. 032-039), bringing Plaintiffs' Litigation Costs to $13,219.80. Expert travel costs ($2,873.98) are addressed separately (Ex. D pages 042-046).

| | | | Type | Date | Num | Source Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **Operating Expenses** | | | | | | | | | |
| | **Litigation Costs (0003-__)** | | | | | | | | |
| | | 1 | Credit Card Charge | 10/19/2015 | | USPS | Cert mail for records request | 6.11 | 6.11 |
| | | 2 | Credit Card Charge | 10/22/2015 | | USPS | Certified Mail | 6.11 | 12.22 |
| | | 3 | Bill | 11/05/2013 | 11.04.13 | Iowa Dept. of Agriculture | Public Records Request | 172.94 | 185.16 |
| | | 4 | Check | 03/30/2015 | | Fedex Ship - Cotati 1146-6848 | WC Litigation Costs | 71.15 | 256.31 |
| | | 5 | Bill | 06/13/2014 | 061214 | Wertz, Thomas | Contract atty | 400.00 | 656.31 |
| | | 6 | Credit Card Charge | 06/19/2015 | WC | | | 26.00 | 682.31 |
| | | 7 | Bill | 07/08/2014 | 070714 | Missouri State Bar Association | WSBA-Certificates of Good Standing | 15.00 | 697.31 |
| | | 8 | Bill | 10/23/2015 | 16589 | Wertz, Thomas | Contract atty | 192.40 | 889.71 |
| | | 9 | Bill | 02/11/2015 | 021015 | Pries, Dr. John | Subpoena fees | 41.53 | 931.24 |
| | | 10 | Credit Card Charge | 03/24/2015 | | Courts/USDC | PHV fees | 75.00 | 1,006.24 |
| | | 11 | Credit Card Charge | 03/24/2015 | JB-no rcpt | Days Inn | JB - conference room for expert deposition | 85.60 | 1,091.84 |
| | | 12 | Bill | 04/10/2015 | 22146 | Van Wyngarden & Abrahamson In | Court reporter | 3,257.55 | 4,349.39 |
| | | 13 | Bill | 05/12/2015 | 1022662 | Sweeney Court Reporting Service | Court reporter | 770.85 | 5,120.24 |
| | | 14 | Bill | 07/28/2015 | 072615 | Blue River Law PC | Copies | 13.00 | 5,133.24 |
| | | 15 | Credit Card Charge | 09/09/2015 | WC-no rcpt | One Legal | Filing service | 210.99 | 5,344.23 |
| | | 16 | Credit Card Charge | 09/20/2015 | CB | Fedex via Credit Card | CB - trial exhibits | 627.45 | 5,971.68 |
| | | 17 | Credit Card Charge | 09/22/2015 | CB | Fedex via Credit Card | CB - ship trial exhibits to Eli | 20.64 | 5,992.32 |
| | | 18 | Credit Card Charge | 09/22/2015 | JB | Office Depot | JB - trial binders for judge Cricket Hollow Zoo | 54.85 | 6,047.17 |
| | | 19 | Credit Card Charge | 09/24/2015 | WC | One Legal | Filing service | 169.95 | 6,217.12 |
| | | 20 | Credit Card Charge | 10/07/2015 | JB | Copyworks | JB - cricket hollow zoo [Printing materials for trial] | 38.49 | 6,255.61 |
| | | 21 | Bill | 11/04/2015 | KC15-261JB | Carr, Kay C. | Court reporter (trial) -- cost of trial transcripts | 3,533.20 | 9,788.81 |
| | | 22 | Bill | 11/25/2015 | 18311, 18521 | Wertz & Dake, PC | Contract atty | 151.10 | 9,939.91 |
| | | 23 | Bill | 01/15/2016 | 18831 | Wertz & Dake, PC | copies | 14.70 | 9,954.61 |
| | Total Litigation Costs | | | | | | | 9,954.61 | 9,954.61 |
| | Total Operating Expenses | | | | | | | 9,954.61 | 9,954.61 |
| **TOTAL** | | | | | | | | 9,954.61 | 9,954.61 |

ALDF Check Request Form – 05 Litigation



**Animal Legal Defense Fund**

TODAY'S DATE: November 4, 2013     DUE DATE: Next Check Dates

NAME: Wendy

MAKE CHECK PAYABLE TO:

Iowa Dept of Agriculture

502 E. 9th Street, 2nd Floor

Des Moines, IA 50319

**Return check to Wendy – I'll be adding a cover letter

| EXPENSE CODE | ITEM DESCRIPTION | CASE NAME | AMOUNT |
|---|---|---|---|
| 9 | Public Records Request | #220 Cricket Hollow (Iowa Zoo) | 172.94 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | 172.94 |

170 East Cotati Avenue
Cotati, California 94931

T 707.795.2533
F 707.795.7280

info@aldf.org
aldf.org

Expense Codes:
1.    Consultants/Experts    ☐
2.    Dues/Training    ☐
3.    Hotels    ☐
4.    Insurance    ☐
5.    Legal-Contract Atty    ☐
6.    Legal – Interns    ☐
7.    Lexis    ☐
8.    Litigation Costs    ☐
9.    Investigations    ☒
10.    Meals    ☐
11.    Travel/transport    ☐
12.    ALI    ☐

Approved    approved via email
            Carter Dillard

Winning the case against cruelty

Printed on Recycled Paper



# Iowa Dept of Agriculture and Land Stewardship

**Invoice No. 13KH308001**

Wallace State Office Building
Des Moines, IA 50319

## **INVOICE**

| Customer | |
|---|---|
| Name | Animal Legal Defense Fund |
| Address | 170 East Cotati Ave |
| City | Cotati          State CA     ZIP 94931 |
| Attn: | |

| | |
|---|---|
| Date | 11/4/2013 |
| Order No. | |
| Rep | Katie Hyde |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Copies,Complaints, Investigative Reports | $172.94 | $172.94 |
| | 263 copies @.25/per copy - 65.75 | | |
| | 1 hr@22.58 - 22.58 | | |
| | 3 hrs@24.33 - 72.99 | | |
| | $11.62 postage | | |
| | **Return to Iowa Department of Agriculture and Land Stewardship** | | |
| | **Attn. Katie Hyde** | | |
| | **502 E. 9th St, 2nd Floor** | | |
| | **Des Moines, IA 50319** | | |
| | **Thank you.** | | |

| | |
|---|---|
| SubTotal | $172.94 |
| Shipping & Handling | $0.00 |
| Taxes          State | |
| **TOTAL** | $172.94 |

| Payment Details | |
|---|---|
| ⦿ | Cash |
| ◯ | Check |
| ◯ | State of Iowa Internal Voucher |
| Name | |
| CC # | |
| Expires | |

Office Use Only



# Iowa Dept of Agriculture and Land Stewardship

Wallace State Office Building
Des Moines, IA 50319

**Invoice No. 13KH308001**

# INVOICE

| Customer | |
|---|---|
| Name | Animal Legal Defense Fund |
| Address | 170 East Cotati Ave |
| City | Cotati State CA ZIP 94931 |
| Attn: | |

| | |
|---|---|
| Date | 11/4/2013 |
| Order No. | |
| Rep | Katie Hyde |
| FOB | |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 1 | Copies,Complaints, Investigative Reports<br><br>263 copies @.25/per copy - 65.75<br>1 hr@22.58 - 22.58<br>3 hrs@24.33 - 72.99<br>$11.62 postage<br><br>**Return to Iowa Department of Agriculture and Land Stewardship**<br>**Attn. Katie Hyde**<br>**502 E. 9th St, 2nd Floor**<br>**Des Moines, IA 50319**<br><div align="right">**Thank you.**</div> | $172.94 | $172.94 |

| | | |
|---|---|---|
| | SubTotal | $172.94 |
| | Shipping & Handling | $0.00 |
| | Taxes State | |
| | **TOTAL** | $172.94 |

## Payment Details

- ⦿ Cash
- ○ Check
- ○ State of Iowa Internal Voucher

Name _____
CC # _____
        Expires _____

Office Use Only

EXHIBIT D PAGE 009

ALDF Check Request Form – 05 Litigation



**Animal Legal Defense Fund**

TODAY'S DATE: 06-12-14                    DUE DATE: On Receipt

NAME: Wendy

MAKE CHECK PAYABLE TO:

Thomas Wertz

POB 849

Cedar Rapids, IA 52406-0849

| EXPENSE CODE | ITEM DESCRIPTION | CASE NAME | AMOUNT |
|---|---|---|---|
| 8 | Filing Fee | #220 - Iowa Zoo | $400.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | $400.00 |

170 East Cotati Avenue
Cotati, California 94931

T 707.795.2533
F 707.795.7280

info@aldf.org
aldf.org

Expense Codes:
1.   Consultants/Experts ☐
2.   Dues/Training ☐
3.   Hotels ☐
4.   Insurance ☐
5.   Legal-Contract Atty ☐
6.   Legal – Interns ☐
7.   Lexis ☐
8.   Litigation Costs ☑
9.   Investigations ☐
10.  Meals ☐
11.  Travel/transport ☐
12.  ALI ☐

Approved _____
Carter Dillard

Winning the case against cruelty

Printed on Recycled Paper

EXHIBIT D PAGE 010

**Wendy Cromwell**

| | |
|---|---|
| **From:** | Jessica Blome |
| **Sent:** | Wednesday, June 11, 2014 2:53 PM |
| **To:** | Wendy Cromwell |
| **Cc:** | Carter Dillard; Danny Lutz |
| **Subject:** | FW: Pay.gov Payment Confirmation: IAND CM ECF |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Wendy, can we send Dan a check for $400 to reimburse him for the filing costs on CHZ?

Jessica Blome | Staff Attorney
Animal Legal Defense Fund | aldf.org
a 707.795.2533, ext. 1043 | F 707.795.7280
 jblome@aldf.org

Connect with ALDF on:
Facebook | Twitter | YouTube | Causes

-----Original Message-----
From: Daniel Anderson [mailto:DAnderson@wertzlaw.com]
Sent: Wednesday, June 11, 2014 12:54 PM
To: Jessica Blome
Subject: FW: Pay.gov Payment Confirmation: IAND CM ECF

-----Original Message-----
From: paygovadmin@mail.doc.twai.gov [mailto:paygovadmin@mail.doc.twai.gov]
Sent: Wednesday, June 11, 2014 2:12 PM
To: Daniel Anderson
Subject: Pay.gov Payment Confirmation: IAND CM ECF

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Renea Solmonson at (319) 286-2321.

Application Name: IAND CM ECF
Pay.gov Tracking ID: 25G557EO
Agency Tracking ID: 0862-1814635
Transaction Type: Sale
Transaction Date: Jun 11, 2014 3:12:20 PM

Account Holder Name: Thomas Wertz
Transaction Amount: $400.00
Billing Address: PO Box 849
City: Cedar Rapids
State/Province: IA

Zip/Postal Code: 52406-0849
Country: USA
Card Type: Visa
Card Number: ************0118

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

EXHIBIT D PAGE 012

ALDF Check Request Form -- 05 Litigation



**Animal Legal Defense Fund**

TODAY'S DATE: July 7 2014          DUE DATE: Next check

NAME: Wendy

MAKE CHECK PAYABLE TO:

Missouri State Bar Association -----

***return check to wendy, please****

| EXPENSE CODE | ITEM DESCRIPTION | CASE NAME | AMOUNT |
|---|---|---|---|
| 8 | Certificate of Standing | #220 Cricket Hollow | $15.00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | $15.00 |

170 East Cotati Avenue
Cotati, California 94931

T 707.795.2533
F 707.795.7280

info@aldf.org
aldf.org

Expense Codes:
1. Consultants/Experts ☐
2. Dues/Training ☐
3. Hotels ☐
4. Insurance ☐
5. Legal-Contract Atty ☐
6. Legal – Interns ☐
7. Lexis ☐
8. Litigation Costs ☑
9. Investigations ☐
10. Meals ☐
11. Travel/transport ☐
12. ALI ☐

Approved _____
Carter Dillard

Winning the case against cruelty

Printed on Recycled Paper

EXHIBIT D PAGE 013

ALDF Check Request Form -- 05 Litigation

**Animal Legal Defense Fund**

TODAY'S DATE: November 12, 201_     DUE DATE:_____

NAME:_____Wendy_____

MAKE CHECK PAYABLE TO:

Wertz & Dake

POB 849

Cedar Rapids, IA 52406-0849

| EXPENSE CODE | ITEM DESCRIPTION | CASE NAME | AMOUNT |
|---|---|---|---|
| 8 | Service & Filing Fees | #220 Cricket Hollow | $192.40 |
| | invoice & receipts attached | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | Total | $192.40 |

170 East Cotati Avenue
Cotati, California 94931

T 707.795.2533
F 707.795.7280

info@aldf.org
aldf.org

Expense Codes:
1.    Consultants/Experts        ☐
2.    Dues/Training              ☐
3.    Hotels                     ☐
4.    Insurance                  ☐
5.    Legal-Contract Atty        ☐
6.    Legal – Interns            ☐
7.    Lexis                      ☐
8.    Litigation Costs           ☑
9.    Investigations             ☐
10.   Meals                      ☐
11.   Travel/transport           ☐
12.   ALI                        ☐

Approved_____
Carter Dillard

Winning the case against cruelty
Printed on Recycled Paper

# Statement

Wertz & Dake, P.C.
1500 Center Street NE
Cedar Rapids, IA 52402

| DATE |
|------|
| 10/15/2014 |

| TO: |
|-----|
| Animal Legal Defense Fund |
| Jessica Blome |
| Cotati, CA  94931 |

| AMOUNT DUE | AMOUNT ENC. |
|------------|-------------|
| $192.40 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|------|-------------|--------|---------|
| 06/30/2014 | Balance forward | | -400.00 |
| 07/01/2014 | INV #16174. copy | 0.10 | -399.90 |
| 07/07/2014 | INV #16381. 7/3 MAM Serving invoice for service | 40.00 | -359.90 |
| 07/16/2014 | INV #16396. 6/11 USDC Courts filing fee | 400.00 | 40.10 |
| 07/25/2014 | INV #16425. 7/24 USDC fling fee | 75.00 | 115.10 |
| 08/14/2014 | INV #16455. 7/29 USDC NDIA pro hac vice | 75.00 | 190.10 |
| 10/01/2014 | INV #16589. copies | 2.30 | 192.40 |

Please make checks payable to Wertz & Dake, P.C.

| AMOUNT DUE |
|------------|
| $192.40 |

### *MAM Serving*
### *5009 E Ave NW*
### *Cedar Rapids, IA 52405*

Served 6/27/2014 12:54:00 PM

TO:     Wertz & Dake
    Attn: Daniel J. Anderson
    P.O. Box 849
    Cedar Rapids, IA 52406-0849

*Animal Legal Defense*

Invoice for Service:

Case #: C14-2034-LRR
County:
Defendant: Pamela Sellner, Tom Sellner and Cricket Hollow Zoo
Outcome: Served
Comment:

Total Due:   $40.00          

EXHIBIT D PAGE 016

# *MAM Serving*
## *5009 E Ave NW*
## *Cedar Rapids, IA 52405*

Served 6/27/2014 12:54:00 PM

TO:  Wertz & Dake
  Attn: Daniel J. Anderson
  P.O. Box 849
  Cedar Rapids, IA  52406-0849

*Animal Legal Defense*

Invoice for Service:

Case #:  C14-2034-LRR
County:
Defendant: Pamela Sellner, Tom Sellner and Cricket Hollow Zoo
Outcome:  Served
Comment:

Total Due:  $40.00



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
### EASTERN DIVISION

TRACEY K. KUEHL, an individual;
LISA K. KURHL, an individual; KRIS
A. BELL, an individual; NANCY A.
HARVEY, an individual; JOHN T.
BRAUMANN, an individual, and;
NIMAL LEGAL DEFENSE FUND, a
non-profit corporation,

      Plaintiffs,

vs.

PAMELA SELLNER, an individual;
TOM SELLNER, an individual; and
CRICKET HOLLOW ZOO, a non-
profit corporation,

      Defendants.

No. C14-2034

**ORDER FOR ADMISSION**
*PRO HAC VICE*

This matter comes before the Court on the Motion for Admission Pro Ha

(docket number 8) filed by attorneys Jessica Lynn Blome and Daniel Harold Lutz c

24, 2014. The Court finds the motion should be granted.

### ORDER

**IT IS THEREFORE ORDERED** that the Motion for Admission Pro Ha

(docket number 8) is hereby **GRANTED**. Attorneys Jessica Lynn Blome and

Harold Lutz are authorized to appear on behalf of Plaintiffs in this case.

DATED this 24th day of July, 2014.

JON STUART SCOLES
CHIEF MAGISTRATE JUDGE

Case 6:14-cv-02034-JSS   Document 87-1   Filed 02/25/16   Page 20 of 48
EXHIBIT D PAGE 019
11/11/2014 10:11 AM

| 07/24/2014 | 8 | MOTION for Leave to Appear Pro Hac Vice for Attorney Jessica Blome and Daniel Lutz ( Pro Hac Vice Fee $ 75 receipt number 0862-1840188) by Plaintiffs Animal Legal Defense Fund, Kris A Bell, John T Braumann, Nancy A Harvey, Lisa K Kuehl, Tracey K Kuehl (Anderson, Daniel) (Entered: 07/24/2014) |
|---|---|---|
| 07/24/2014 | 9 | ORDER granting 8 Motion for Leave to Appear Pro Hac Vice for Jessica Lynn Blome and Daniel Harold Lutz on behalf of all Plaintiffs. Signed by Magistrate Judge Jon S Scoles on 7/24/14. (ksy) (Conflicts reviewed, none found) (Entered: 07/24/2014) |
| 07/24/2014 |  | Set Deadline: Check Status Deadline for 2nd Pro Hac fee due by 7/31/2014 re 8 . (ksy) (Entered: 07/24/2014) |
| 07/29/2014 |  | FEE Receipt: $75.00, receipt number IAN110013641 for Pro Hac Vice Filing Fee for attorney Daniel Lutz by Animal Legal Defense Fund, Kris A Bell, John T Braumann, Nancy A Harvey, Lisa K Kuehl, Tracey K Kuehl (original receipt to payee from atty Anderson's office at counter). (skm) (Entered: 07/29/2014) |

EXHIBIT D PAGE 019

Animal Legal Defense Fund
Check Request Form

Date: 2/10/2015

Payee Dr. John Pries

Mailing
Address

| Amount: | Description: (please attach receipts) | Expense Coding (Per Budget) | Event name or Case # |
|---|---|---|---|
| 40.00 | Witness Fees | 1841 | #220. Cricket Hollow |
| 1.53 | Mileage fees 2.66 miles @57.5 cents per mile | 1841 | #220. Cricket Hollow |
| | | | |
| | **No receipts - this is a federal requirement to pay a witness per a subpoena we | | |
| | will be issuing | | |

Total
Amount: $41.53 (This is the actual amount check will be cut for)

Requested
by: Wendy

Approved
by:

Handling (Please check one)
___ Please mail to address listed above (no other attachments are needed)

___ Please mail to address above with attachment indicated on the line below
_____

x Please return t: Wendy _____

___ Special Handling Please note below
_____
_____

1841/05 "220"



Animal Legal
Defense Fund

ALDF Standard Payment Request Form

Date: 4/1/15

Pay to: Van Wyngarden & Abrahamson, INC

Mailing Address: 2307 Falls Avenue Suite 3
Waterloo, IA 50701

Manager Name: Carter Dillard

OFFICE USE ONLY

| DATE | PROJECT OR | DESCRIPTION | AMOUNT | DEPT | EX. CODE |
|------|-----------|-------------|--------|------|----------|
| 4/9/15 | #220 Cricket Hollow | Depositions | $ 3,257.55 | 05-Litigation | Litigation Costs |
| | | | **TOTAL** $ **3,257.55** | | |

**Don't forget to attach receipts!**

/s/ Wendy Cromwell                    4/13/2015

**Requested By: Signature**                    Date

                                   4/13/15

**Approved By: Signature**                    Date

JB approved
D
?

# VAN WYNGARDEN & ABRAHAMSON, INC.
## CERTIFIED SHORTHAND REPORTERS
### 2307 FALLS AVE., SUITE 3
### WATERLOO, IOWA 50701
#### TEL. (319) 236-3661    FAX (319) 236-3690

**FEDERAL TAX ID:  42-1227925**

Animal Legal Defense Fund
170 East Cotati Avenue

Cotati             CA  94931

Attorney Jeffery Pierce & Jessica Blome

*Kuehl, et al vs. Sellner, et al*
*Case No. C14-2034-LRR*

| | Invoice No. | **22146** |
| --- | --- | --- |
| | Invoice Date | **4/09/2015** |
| | Reporter's Name | |
| | VICKI | NEWGARD |
| | ID#  *1235* | |

| Date | Description | Amount |
| --- | --- | --- |
| 4/09/2015 | For depositions scheduled on | |
| | March 18, 2015, in Elkader, Iowa, | |
| | and there were no depositions held. | |
| | Travel time | $90.00 |
| | Mileage | $72.00 |
| | | |
| | Deposition of John H. Pries, DVM, | |
| | taken on March 19, 2015. | |
| | Reporting fee | $168.00 |
| | Transcript fee for original and one | $734.70 |
| |   copy to be sent to the witness | |
| | Travel time | $90.00 |
| | Mileage | $72.00 |
| | Copy of color exhibits | $12.80 |
| | Postage to Attorney | $13.10 |
| | Postage to Pries | $20.10 |
| | | |
| | Depositions of Pam Sellner and Tom | |
| | Sellner, taken on March 20, 2015. | |
| | Reporting fee | $294.00 |
| | Transcript fee for original and | $1,562.40 |
| |   copy to be sent to the witnesses | |
| | Travel time | $60.00 |
| | Mileage | $45.00 |
| | Copy of color exhibits | $0.80 |
| | Postage to the Sellners | $22.65 |

| | | |
| --- | --- | --- |
| | **Sub Total** | 3,257.55 |
| | **Paid** | 0.00 |
| | **Balance Due** | 3,257.55 |

**PLEASE RETURN ONE COPY WITH REMITTANCE – THANK YOU**

EXHIBIT D PAGE 022

# VAN WYNGARDEN & ABRAHAMSON, INC.
## CERTIFIED SHORTHAND REPORTERS
### 2307 FALLS AVE., SUITE 3
### WATERLOO, IOWA 50701
#### TEL. (319) 236-3661    FAX (319) 236-3690

#### FEDERAL TAX ID:  42-1227925

Animal Legal Defense Fund
170 East Cotati Avenue

Cotati          CA  94931

Attorney Jeffery Pierce & Jessica Blome

| | |
|---|---|
| Invoice No. | **22146** |
| Invoice Date | **4/09/2015** |
| Reporter's Name | |
| VICKI | NEWGARD |
| ID# | *1235* |

*Kuehl, et al vs. Sellner, et al*
*Case No. C14-2034-LRR*

| Date | Description | Amount |
|---|---|---|
| 4/09/2015 | For depositions scheduled on | |
| | March 18, 2015, in Elkader, Iowa, | |
| | and there were no depositions held. | |
| | Travel time | $90.00 |
| | Mileage | $72.00 |
| | | |
| | Deposition of John H. Pries, DVM, | |
| | taken on March 19, 2015. | |
| | Reporting fee | $168.00 |
| | Transcript fee for original and one | $734.70 |
| | copy to be sent to the witness | |
| | Travel time | $90.00 |
| | Mileage | $72.00 |
| | Copy of color exhibits | $12.80 |
| | Postage to Attorney | $13.10 |
| | Postage to Pries | $20.10 |
| | | |
| | Depositions of Pam Sellner and Tom | |
| | Sellner, taken on March 20, 2015. | |
| | Reporting fee | $294.00 |
| | Transcript fee for original and | $1,562.40 |
| | copy to be sent to the witnesses | |
| | Travel time | $60.00 |
| | Mileage | $45.00 |
| | Copy of color exhibits | $0.80 |
| | Postage to the Sellners | $22.65 |

| | | |
|---|---|---|
| | **Sub Total** | 3,257.55 |
| | **Paid** | 0.00 |
| | **Balance Due** | 3,257.55 |


**Animal Legal Defense Fund**

ALDF Standard Payment Request Form

Date: 5/13/15

Pay to: Sweeney Court Reporting

505 5th Ave Suite 320 Insurance Bldg Exchange
Des Moines, IA 50309

Carter Dillard (J Blome)

JB?

| DATE | CASE NAME | DESCRIPTION | | 05-Litigation | Investigations |
|------|-----------|-------------|---|---------------|----------------|
| 5/13/15 | #220 Cricket Hollow | Deposition | $770.85 | 05-Litigation | Investigations |
| | | | $770.85 | | |

**Don't forget to attach receipts!**

/s/ Wendy Cromwell          5/13/2014

**Requested By: Signature**          Date

5/18/14

**Approved By: Signature**          Date

EXHIBIT D PAGE 024

# SWEENEY COURT REPORTING SERVICES
## Certified Shorthand Reporters
### 505 5TH Ave, Suite 320 Insurance Exchange Bldg.
### Des Moines, Iowa 50309
### Phone (515)244-6373 Fax (515)288-1638
### www.Sweeneyreport.com

BLOME, JESSICA
ATTORNEY AT LAW
170 EAST COTATI AVENUE
COTATI, IA 94931

**INVOICE NO. :** 1022662
**INVOICE DATE:** 5/11/2015
**REPORTER:**
Roxann Zuniga

**ID#** 48-0925767

TRACY K. KUEHL V.
PAMELA SELLNER
C14-2035-LRR

| Date | Description | Amount |
|------|-------------|--------|
| 4/30/2015 | DEPOSITION OF GARY PUSILLO | |
| | 115 telephonic pages | 537.05 |
| | 3.5 hrs | 227.50 |
| | POSTAGE | 6.30 |
| | Sub Total | 770.85 |
| | Paid | 0.00 |
| | Balance Due | 770.85 |

**Please include a copy of this invoice with payment or invoice number on your check.**
**Now accepting Visa, MasterCard, and Discover. Please call (515) 244-6373**
**Tax ID 42-1414704**



**Animal Legal Defense Fund**

# Invoice Approval Form

Vendor: | Kay Carr
11/3/2015

Date of Invoice: | 11/3/2015

Invoice Number: | KC15-261JB

ALDF Project Manager Name: | Jblome

OFFICE USE ONLY

| DATE | PROJECT OR CASE NAME | DESCRIPTION | AMOUNT | | DEPT | EX. CODE |
|------|---------------------|-------------|--------|---|------|----------|
| 11/3/15 | #220 | Court Transcripts | 3,533.20 | | 05-Litigation | Litigation Costs |
| | | | | | | |

TOTAL $ 3,533.20

## Approved via email attached

**Project Manager's Signature**

Date

**Supervisor's Approval Signature**

Date: 11/9/15

*Please attached this form to the top of the invoice and submit both to Finance.*

| Handling | (Please Check one) |
|----------|---------------------|

_____ Please mail to address listed above (no other attachments are needed)

_____ Please mail to address above with attachment indicated on the line below

_____ Please return to:

## KAY C. CARR, CSR, RPR
2312 26th Street Drive SE
Cedar Rapids, IA 52403
(319) 362-1543

# Invoice

Number: **KC15-261JB**

Date: **November 03, 2015**

**Ship To:**

:a Blome
. Legal Defense Fund
  Cotati Avenue
., CA 94931

Tracey K. Kuehl, et al. vs. Pamela
Sellner, et al.
No. CV 14-2034

| PO Number |
|-----------|
|           |

| ...n | Amount |
|------|--------|
| pts of the bench trial, taken in the above-entitled October 5-8, 2015, in Cedar Rapids, Iowa, before the Stuart Scoles, and filed with the Clerk of Court. | |
| pts (Orig) 968 pages @ $3.65 | 3,533.20 |

| | Total | $3,533.20 |

EXHIBIT D PAGE 027

**Wendy Cromwell**

| | |
|---|---|
| **From:** | Jessica Blome |
| **Sent:** | Wednesday, November 04, 2015 5:41 AM |
| **To:** | Wendy Cromwell; Carter Dillard; Jeff Pierce |
| **Subject:** | Fwd: Kuehl invoice |
| **Attachments:** | Kuehl trial plaintiffs invoice.JPG |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Here's the invoice for the CHZ trial transcript.

Jessica L. Blome
(641) 431-0478

Begin forwarded message:

> **From:** CenturyLink Customer <kaycarr@q.com>
> **Date:** November 3, 2015 at 11:38:41 PM EST
> **To:** <jblome@aldf.org>
> **Subject: Kuehl invoice**
>
> I finally got around to getting the invoice prepared for the trial transcripts. Here it is. If you
> need anything else, please let me know. Thanks, Jessica.
>
> Kay
>
> 

Case 6:14-cv-02034-JSS   Document 87-1   Filed 02/25/16   Page 30 of 48

EXHIBIT D PAGE 028



Animal Legal
Defense Fund

# Invoice Approval Form

Vendor: | Wertz & Dake

Date of Invoice: | 10-1-15 and 11-02-15  (statement only - no invoices included)

Invoice Number: | 18311 and 18521

ALDF Project Manager Name: | Jessica Blome

OFFICE USE ONLY

| DATE | PROJECT OR CASE NAME | DESCRIPTION | AMOUNT | | DEPT | EX. CODE | |
|------|----------------------|-------------|--------|---|------|----------|---|
| 11/30/15 | #220 Cricket Hollow | Contract Atty  Lit Costs | 151.10 | | 05-Litigation | Contract Attorneys | 184) |
| | | | | | | | |
| | | | | | | | |

TOTAL $   151.10

Project Manager's Signature                          11/30/2015
                                                     Date

Supervisor's Approval Signature                      12/3/15
                                                     Date

*Please attached this form to the top of the invoice and submit both to Finance.*

| Handling | (Please Check one) |
|----------|--------------------|

_____  **Please mail to address listed above (no other attachments are needed)**

_____  **Please mail to address above with attachment indicated on the line below**

_____  **Please return to:**

Wertz & Dake, P.C.

1500 Center Street NE
Cedar Rapids, IA 52402

# Statement

| DATE |
| --- |
| 11/24/2015 |

| TO: |
| --- |
| Animal Legal Defense Fund<br>Jessica Blome<br>Cotati, CA  94931 |

| AMOUNT DUE | AMOUNT ENC. |
| --- | --- |
| $151.10 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 06/30/2015 | Balance forward | | 169.25 |
| 08/31/2015 | PMT #20341. pymt from client | -169.25 | 0.00 |
| 10/01/2015 | INV #18311. copies | 43.00 | 43.00 |
| 11/02/2015 | INV #18521. 10/11 PACER records | 108.10 | 151.10 |

Please make checks payable to Wertz & Dake, P.C.

| AMOUNT DUE |
| --- |
| $151.10 |



Animal Legal
Defense Fund

# Invoice Approval Form

Vendor: | Wertz & Dake

Date of Invoice: | 1/14/2016

Invoice Number: | 18831

ALDF Project Manager Name: | J Blome

OFFICE USE ONLY

| DATE | PROJECT OR CASE NAME | DESCRIPTION | AMOUNT | | DEPT | EX. CODE |
|------|---------------------|-------------|--------|---|------|----------|
| 2/9/16 | #220 CHZ | Copies | 14.70 | | 05-Litigation | Litigation Costs |
| | | | | | | |
| | | | | | | |

TOTAL $   14.70

**Project Manager's Signature**          2/9/16   Date

**Supervisor's Approval Signature**          2/9/16   Date

*Please attached this form to the top of the invoice and submit both to Finance.*

| Handling | (Please Check one) |
|----------|-------------------|

_____   Please mail to address listed above (no other attachments are needed)

_____   Please mail to address above with attachment indicated on the line below

_____   Please return to:

_____   Special handling please note below

Lisa: Double Check that this hasn't already been paid, since this is a statement — NO invoice

# Statement

Wertz & Dake, P.C.

1500 Center Street NE
Cedar Rapids, IA 52402

| DATE |
| --- |
| 1/14/2016 |

| TO: |
| --- |
| Animal Legal Defense Fund<br>Jessica Blome<br>Cotati, CA 94931 |

| | AMOUNT DUE | AMOUNT ENC. |
| --- | --- | --- |
| | $14.70 | |

| DATE | TRANSACTION | AMOUNT | BALANCE |
| --- | --- | --- | --- |
| 09/30/2015 | Balance forward | | 0.00 |
| 10/01/2015 | INV #18311. copies | 43.00 | 43.00 |
| 11/02/2015 | INV #18521. 10/11 PACER records | 108.10 | 151.10 |
| 12/15/2015 | PMT #20771. pymt from client | -151.10 | 0.00 |
| 01/04/2016 | INV #18831. copies | 14.70 | 14.70 |

Please make checks payable to Wertz & Dake, P.C.

| AMOUNT DUE |
| --- |
| $14.70 |



**Animal Legal Defense Fund**

ALDF Standard Payment Request Form

Date: 4/29/15

Pay to: Dr. Gary Pusillo

Mailing Address: 2017 203th Street
Marshalltown IA 50158

Manager Name: Carter Dillard

OFFICE USE ONLY:

| DATE | PROJECT OR CASE | DESCRIPTION | AMOUNT | | DEPT | EX. CODE |
|------|-----------------|-------------|--------|---|------|----------|
| 4/29/15 | #220 Cricket Hollow Zoo | Expert fees for Deposition | $ 1,600.00 | | 05-Litigation | Consultants/Experts |
| | | | | | | |
| | | | | | | |
| | | | | | | |

TOTAL **$ 1,600.00**

**Don't forget to attach receipts!**

/s/ Wendy Cromwell
_____
**Requested By: Signature**      Date

See email
_____
**Approved By: Signature**      Date

EXHIBIT D PAGE 033



Animal Legal
Defense Fund

# Invoice Approval Form

Vendor: Kay C. Carr, SCR, RPR

Date of Invoice: 9/7/2015

Invoice Number: KC15-189 JP

ALDF Project Manager Name: J Pierce or J Blome

OFFICE USE ONLY

| DATE | PROJECT OR CASE NAME | DESCRIPTION | AMOUNT | DEPT | EX. CODE |
|------|---------------------|-------------|--------|------|----------|
| 9/8/15 | #220 Cricket Hollow Zoo | Court Reporter | 175.20 | 05-Litigation | Litigation Costs |
| | | | | | |
| | | | | | |

TOTAL $ 175.20

_(signature)_ 09/08/15

**Project Manager's Signature**     Date

_(signature)_ 9/8/15

**Supervisor's Approval Signature**     Date

*Please attached this form to the top of the invoice and submit both to Finance.*

| Handling | (Please Check one) |
|----------|--------------------|

_____ **Please mail to address listed above (no other attachments are needed)**

_____ **Please mail to address above with attachment indicated on the line below**

_____ **Please return to:**



**KAY C. CARR, CSR, RPR**
2312 26th Street Drive SE
Cedar Rapids, IA 52403
(319) 362-1543

# Invoice

Number: **KC15-189JP**

Date: **September 07, 2015**

**Bill To:**

Jeffrey Pierce
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931

**Ship To:**

Tracey K. Kuehl, et al. vs. Pamela
Sellner, et al.
No. CV 14-2034

| PO Number |
| --- |
| |

| Description | Amount |
| --- | --- |
| Transcript of the hearing on motion for summary judgment, taken in the above-entitled case on August 6, 2015, in Cedar Rapids, Iowa, before the Hon. Jon Stuart Scoles, and filed with the Clerk of Court. | |
| Transcript (Orig) 48 pages @ $3.65 | 175.20 |
| **Total** | **$175.20** |

EXHIBIT D PAGE 035



**ALDF Standard Payment Request Form**

Date: 4/1/15

Pay to: Jeanne Strand, SCR, RPR

Mailing Address: 4308 Golf St. NE
Cedar Rapids, IA 52402

Manager Name: Carter Dillard

OFFICE USE ONLY:

| DATE | PROJECT OR | DESCRIPTION | AMOUNT | DEPT | EX. CODE |
|------|-----------|-------------|--------|------|----------|
| 4/1/15 | 220 Kuehl v Sellner | Depositions - Copies of same | 331.7- | 05-Litigation | Litigation Costs |
| | | Invoice #J6115 | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

TOTAL $ -

**Don't forget to attach receipts!**

/s/ Wendy Cromwell

**Requested By: Signature**       Date

**Approved By: Signature**       Date

EXHIBIT D PAGE 036

EXHIBIT D PAGE 037

# Irish Reporting, Inc

Jeanne Strand
4308 Golf St NE
Cedar Rapids, IA 52402

# Invoice

Number: **J-6115**

Date: **April 01, 2015**

**Bill To:**

Jessica Blome
Animal Legal Defense Fund
170 East Cotati Avenue
Cotati, CA 94931

**Ship To:**

Kuehl, et al. v Sellner, et al.
No. C14-2034-LRR
US District/Northern District of Iowa

| Date | Description | Pages | Price | Amount |
|------|-------------|-------|-------|--------|
| 03-18-15 | Nancy Harvey, Kristine Bell, Lisa Kuehl & Tracey Kuehl | | | |
| 03-19-15 | John Braumann | | | |
| | Copy of Transcripts | 197.00 | 1.65 | 325.05 |
| | Postage | | | 6.65 |
| | | | **Total** | **$331.70** |

PLEASE MAKE PAYABLE TO:
Jeanne Strand, CSR, RPR
4308 Golf St NE
Cedar Rapids, IA 52402
Tax ID: 478943996

**Blue River Law, P.C.**
**Attorney Elisabeth Holmes**
**Client: ALDF / Cricket Hollow Zoo / MSJ Hearing & Trial**
**July 16, 2015 - December 31, 2015**

**COSTS STATEMENT**

| Date | Description | Amount |
|---|---|---|
| | | |
| | **Travel** | |
| 7/31/15 | MSJ Hearing Flight | $261.60 |
| 8/31/15 | Trial Flight | $478.20 |
| 10/3/15 | Taxi to airport | $23.80 |
| 10/5/15 | Parking for court | $5.75 |
| | | |
| | **Food** | |
| 8/5/15 | MSJ Hearing | $17.90 |
| 8/6/15 | MSJ Hearing | $26.11 |
| 10/4/15 | Trial (in transit & in Iowa) | $83.47 |
| | | |
| | **Rental Car** | |
| 10/3/15 | Trial | $62.97 |
| | | |
| | **Miscellaneous** | |
| 9/24/15 | Trial supplies | $114.54 |
| 10/4/15 | Photocopies for trial (in Oregon & in Iowa) | $83.95 |
| | | |
| | **Total Costs** | **$1,158.29** |

EXHIBIT D PAGE 039

**Animal Legal Defense Fund**
**Transaction Detail By Account**
All Transactions

| | Type | Date | Num | Source Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Operating Expenses** | | | | | | | |
| **Meals** | | | | | | | |
| | Credit Card Charge | 03/17/2015 | JP | Restrant Kelly's | JP | 10.57 | 10.57 |
| | Credit Card Charge | 03/18/2015 | JB-no rcpt | Atlas World Grill | JB - dinner with J. Pierce | 24.00 | 34.57 |
| | Credit Card Charge | 03/18/2015 | JP | Sports Bar | JP | 24.84 | 59.41 |
| | Credit Card Charge | 03/18/2015 | JP | Atlas World Grill | JP | 33.65 | 93.06 |
| | Credit Card Charge | 03/19/2015 | JB | New Pioneer Cooperative | JB - lunch w/J. Pierce | 52.42 | 145.48 |
| | Credit Card Charge | 03/20/2015 | JB | Sanctuary Pub | JB - dinner w/J. Pierce | 47.97 | 193.45 |
| | Credit Card Charge | 03/20/2015 | JP | New Pioneer Cooperative | JP | 24.57 | 218.02 |
| | Credit Card Charge | 03/23/2015 | JB | Casey's General Store | JB - breakfast w/J. Pierce | 3.76 | 221.78 |
| | Credit Card Charge | 03/23/2015 | JB | Cool Basil | JB - Dinner w/J. Pierce | 32.46 | 254.24 |
| | Credit Card Charge | 03/23/2015 | JB | New Pioneer Cooperative | JB - lunch w/J. Pierce | 25.17 | 279.41 |
| | Credit Card Charge | 03/23/2015 | JP | Steves Snappin Dogs Denver | JP | 15.00 | 294.41 |
| | Credit Card Charge | 03/23/2015 | JP | Fireside Pub | JP | 20.01 | 314.42 |
| | Credit Card Charge | 03/23/2015 | JP | Friedrichs Coffee | JP | 4.23 | 318.65 |
| | Credit Card Charge | 03/23/2015 | JP | Caribou Coffee | JP | 14.37 | 333.02 |
| | Credit Card Charge | 03/24/2015 | JB | Bandit Burrito | JB - lunch | 8.79 | 341.81 |
| | Credit Card Charge | 03/25/2015 | JB | Steves Snappin Dogs Denver | JB - lunch | 17.80 | 359.61 |
| | Credit Card Charge | 10/06/2015 | JB | The Airliner Bar | JB - Cricket Hollow Zoo Dinner | 53.82 | 413.43 |
| Total Meals | | | | | | 413.43 | 413.43 |
| Total Operating Expenses | | | | | | 413.43 | 413.43 |
| **TOTAL** | | | | | | **413.43** | **413.43** |

Case 6:14-cv-02034-JSS   Document 87-1   Filed 02/25/16   Page 42 of 48
EXHIBIT D PAGE 040

**Animal Legal Defense Fund**
**Transaction Detail By Account**
All Transactions

| | Type | Date | Num | Source Name | Memo | Amount | Balance |
|---|---|---|---|---|---|---|---|
| **Operating Expenses** | | | | | | | |
| **Travel/Transport** | | | | | | | |
| | Credit Card Charge | 02/20/2015 | JB | United Airlines | JB - to Iowa | 375.20 | 375.20 |
| | Credit Card Charge | 02/20/2015 | JB | United Airlines | JB - Jeff Pierce ticket to Iowa | 375.20 | 750.40 |
| | Credit Card Charge | 03/18/2015 | JB-no rcpt | United Airlines | JB - baggage fee | 25.00 | 775.40 |
| | Credit Card Charge | 03/23/2015 | JB | Hawkeye Convenience | JB - gas for rental car | 23.26 | 798.66 |
| | Credit Card Charge | 03/23/2015 | JB-no rcpt | Kum & Go | JB - gas for rental car | 23.78 | 822.44 |
| | Credit Card Charge | 03/23/2015 | JP | SMF Parking | JP | 58.00 | 880.44 |
| | Credit Card Charge | 03/24/2015 | JB-no rcpt | United Airlines | JB - baggage fee | 25.00 | 905.44 |
| | Credit Card Charge | 03/24/2015 | JB | Hertz Rent A Car | JB - for depositions all across Iowa | 328.18 | 1,233.62 |
| | Credit Card Charge | 03/24/2015 | JB | QT | JB - gas for rental car | 10.50 | 1,244.12 |
| | Credit Card Charge | 08/28/2015 | JB-no rcpt | United Airlines | JB - To Iowa Cricket Hollow Zoo trial | 381.20 | 1,625.32 |
| | Credit Card Charge | 10/03/2015 | JB | United Airlines | JB - bag fee Cricket Hollow Zoo trial | 60.00 | 1,685.32 |
| | Credit Card Charge | 10/10/2015 | JB-no rcpt | National Car Rental | JB - Cricket Hollow Zoo | 269.64 | 1,954.96 |
| | Credit Card Charge | 10/10/2015 | JB | Casey's General Store | JB - gas Cricket Hollow Zoo | 18.43 | 1,973.39 |
| | Credit Card Charge | 10/12/2015 | JB | United Airlines | JB - check bag fee Cricket Hollow Zoo | 25.00 | 1,998.39 |
| **Total Travel/Transport** | | | | | | 1,998.39 | 1,998.39 |
| **Total Operating Expenses** | | | | | | 1,998.39 | 1,998.39 |
| **TOTAL** | | | | | | 1,998.39 | 1,998.39 |

Case 6:14-cv-02034-JSS   Document 87-1   Filed 02/25/16   Page 43 of 48

EXHIBIT D PAGE 041

Tracey Kuehl et al. v. Pamela Sellner et al.
6:14-cv02034-JSS
U.S. District Court N.D. Iowa (Eastern Waterloo)

**<u>Plaintiffs' Experts' Travel Costs</u>**

<u>Peter Klopfer, Ph.D.</u>
Airfare                  $1,715.68
Parking                  $45.00
Transportation           <u>$12.10</u>
                                     $1,772.78

<u>Jennifer Conrad, DVM</u>
Airfare                  $924.20
Hotel                    $147.00
Taxi                     <u>$30.00</u>
                                     $1,101.20

<u>David Allen</u>
Gas                      $29.06
Meals                    <u>$32.53</u>
                                     Pro bono

**TOTAL EXPERT COSTS**          **$2,873.98**

**Lisa McCortney**

| | |
|---|---|
| **From:** | Jeff Pierce |
| **Sent:** | Thursday, October 01, 2015 10:38 AM |
| **To:** | Lisa McCortney |
| **Cc:** | Wendy Cromwell; Carter Dillard |
| **Subject:** | FW: expenses et al |

Thank you Lisa! Can we issue a check just for the itemized expenses below, and we'll cover the other (Iowa cab fare and meals) after we receive receipts on those?

I have his invoice for the airfare, and will forward as soon as I receive a second invoice for the change in flights (incurred because of defense counsel recalcitrance).

**From:** Peter Klopfer, Ph.D. [mailto:phk@duke.edu]
**Sent:** Thursday, October 01, 2015 10:01 AM
**To:** Jeff Pierce
**Subject:** expenses et al

here is a account of my expected expenses, in case you are able to have a check for me when we meet. the outrageously high airfare is is the result of my having locked into a low fare initially, which was then overridden when i had to make a change in schedule:

Airfare, $1190.82 + $200. change fee= $1390.82     #1715.68 (see attached receipt)
home to RDU transport, 21 miles x2 @ $0.55 = $12.10
parking, 3 days @ $15 = $45
Cedar Rapids cab --- ?? you will know what this will be
meals ???

Total = #1772.78 — Approval Emal Attached



# Invoice Approval Form

Animal Legal Defense Fund

Vendor: | Jennifer Conrad; POB 445, Santa Monica CA 90406-0445

Date of Invoice: | 12/10/2015

Invoice Number: | NA - Reimbursement

ALDF Project Manager Name: | J Blome/J Pierce

OFFICE USE ONLY

| DATE | PROJECT OR CASE NAME | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 12/21/15 | #220 CHZ | Travel for Expert | 30.00 |
|  |  |  | 147.00 |
|  |  |  | 924.20 |
|  |  | TOTAL $ | 1,101.20 |

| DEPT | EX. CODE |
|---|---|
| 05-Litigation | sultants/Experts |
|  |  |

Project Manager's Signature

12/21/15
Date

Supervisor's Approval Signature

12/21/15
Date

*Please attached this form to the top of the invoice and submit both to Finance.*

| Handling | (Please Check one) |
|---|---|

✓ Please mail to address listed above (no other attachments are needed)

Please mail to address above with attachment indicated on the line below

Please return to:

Special handling please note below

EXHIBIT D PAGE 044

**Wendy Cromwell**

| | |
|---|---|
| **From:** | Jeff Pierce |
| **Sent:** | Monday, December 21, 2015 11:54 AM |
| **To:** | Wendy Cromwell |
| **Subject:** | FW: Costs to me +$30 cash for taxi |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Hi Wendy, did I forward this to you already? I think maybe not. We need to have Jennifer Conrad's expenses for CHZ reimbursed, to the address and in the amounts below.

-----Original Message-----
From: Jennifer Conrad, DVM [mailto:JenConrad@aol.com]
Sent: Thursday, December 10, 2015 2:11 PM
To: Jeff Pierce
Subject: Re: Costs to me +$30 cash for taxi

Jennifer Conrad DVM
PO Box 445
Santa Monica 90406-0445

$30 taxi
$147 hotel room
$924.20 flight

>> -----Original Message-----
>> From: Jennifer Conrad, DVM [mailto:JenConrad@aol.com]
>> Sent: Thursday, December 10, 2015 12:46 PM
>> To: Jeff Pierce
>> Subject: Costs to me +$30 cash for taxi
>>
>> Hi Jeff,
>> Just wanted to get you this before the end of the year. I hope you're well.
>> Jenny
>>
>> 04 OCT 15 - SUNDAY
>> UNITED 1567 UNITED ECON EQUIP-738
>> LV: LOS ANGELES 348P NONSTOP MILES- 848 CONFIRMED
>> AR: DENVER 710P ELAPSED TIME- 2:22
>> MEAL AT COST SEAT-23F
>> UA -EBYT8J
>>
>> UNITED 3696 UNITED ECON EQUIP-CR7
>> LV: DENVER 754P NONSTOP MILES- 704 CONFIRMED

>> AR: CEDRAP/IOWACY 1047P ELAPSED TIME- 1:53 OPERATED BY-GOJET AIRLINES DBA SEAT-12B UA -EBYT8J
>>
>> DOUBLETREE HOTELS 01 NT/S - OUT 05OCT CONFIRMED DBLTREE CEDAR RAPID 1 ROOM/S GUARANTEE-CREDIT CARD
>> 350 FIRST AVENUE NE RATE- 147.00 GUARANTEED CEDAR RAPIDS IA 52401 PHONE- 1-319-731-4444
>> FAX-1-319-731-4455
>> NAME-CONRAD JENNIFER
>> CORP ID-0001635000
>> CONFIRMATION-83454363
>>
>> 05 OCT 15 - MONDAY
>> UNITED 6355 UNITED ECON EQUIP-CR7
>> LV: CEDRAP/IOWACY 819P NONSTOP MILES- 704 CONFIRMED
>> AR: DENVER 925P ELAPSED TIME- 2:06
>> OPERATED BY-SKYWEST DBA UNITED
>> SEAT-11A
>> UA -EBYT8J
>>
>>
>> 05 OCT 15 - MONDAY
>> UNITED 1888 UNITED ECON EQUIP-739
>> LV: DENVER 1018P NONSTOP MILES- 848 CONFIRMED
>> AR: LOS ANGELES 1144P ELAPSED TIME- 2:26 MEAL AT COST SEAT-35D UA -EBYT8J
>>
>> TOUR LOS ANGELES
>> COMPLETELY UNUSED TICKET MAY HAVE NO VALUE SERVICE CHARGES FOR CHANGES MAY APPLY
>>
>> E TICKET NUMBER 016/7648 796 307
>>
>> AIR TRANSPORTATION 789.77 TAX 104.43 TTL 894.20 SERVICE FEE 30.00 SUB TOTAL 924.20 CREDIT CARD PAYMENT 924.20- AMOUNT DUE 0.00
>>
>>
>> Sent from my iPhone,
>> which has a mind of its own....
> <Post-Trial Brief_final.pdf>
> <Defendant's Post-Trial Brief.pdf>