UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
File Number C14-2034

| | |
|---|---|
| TRACEY K. KUEHL, an individual; ) | |
| LISA K. KUEHL, an individual; ) | |
| KRISS A. BELL, an individual; ) | |
| NANCY A. HARVEY, an individual; ) | |
| JOHN T. BRAUMANN, an individual, ) | |
| and; ANIMAL LEGAL DEFENSE ) | |
| FUND, a non-profit corporation, ) | NOTICE OF APPEAL BY |
| ) | PAMELA SELLNER, TOM SELLNER |
| Plaintiffs, ) | AND CRICKET HOLLOW ZOO |
| ) | |
| vs. ) | |
| ) | |
| PAMELA SELLNER, an individual; ) | |
| TOM SELLNER, an individual; and ) | |
| CRICKET HOLLOW ZOO, a ) | |
| non-profit corporation, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Notice is hereby given that Pamela Sellner, Tom Sellner and Cricket Hollow Zoo, Defendants in the above named case hereby appeal to the United States Court of Appeals for the 8th Circuit from the Order for Declaratory Judgment and Injunctive Relief (ECF No. 83) and Judgment (ECF No. 84) and all rulings, orders and decisions inhering therein entered in this action on the 11th day of February, 2016.

Respectfully submitted,

/s/ Larry J. Thorson
Larry J. Thorson                #AT0007976
ACKLEY, KOPECKY & KINGERY, L.L.P.
4056 Glass Road NE
Cedar Rapids, IA  52402
Ph: (319) 393-9090   Fax: (319) 393-9012
Email:  lthorson@akklaw.com

Attorney for Pamela Sellner, Tom Sellner, and Cricket Hollow Zoo

Copies to:

| | |
|---|---|
| Daniel J. Anderson<br>Wertz & Dake<br>1500 Center St. NE #101<br>Cedar Rapids, IA  52402-5500<br>danderson@wertzlaw.com | Jeff Pierce (pro hac vice)<br>Animal Legal Defense Fund<br>170 E. Cotati Avenue<br>Cotati, CA  94931<br>jpierce@aldf.org |
| Jessica Blome<br>Animal Legal Defense Fund<br>170 E. Cotati Avenue<br>Cotati, CA  94931<br>jblome@aldf.org | Elisabeth Holmes<br>Blue River Law<br>POB 293<br>Eugene, OR  97440<br>eli.blueriverlaw@gmail.com |

**Certificate of Service**

The undersigned hereby certifies that I filed this document on the 9th day of March, 2016 with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ Theresa Trenary