# U.S. COURT OF APPEALS — EIGHTH CIRCUIT
## NOA SUPPLEMENT

Please note any additions or deletions to the style of the case from the style listed on the docket sheet (or attach an amended docket sheet with the final style of case)

**CASE NO.** 6:14-cv-2034-JSS

**CASE TITLE** Tracey K. Kuehl, et al v. Pamela Sellner, et al

**Length of Trial:** 4 days

**Financial Status:** Fee paid? Yes: ✓ No:

If NO, has IFP been granted? Yes: No:

Is there a pending motion for IFP? Yes: No:

**Any other pending post-judgment motions?** Yes: ✓ No:

**Local interest in case?** Yes: No: ✓

**Simultaneous release recommended?** Yes: No: ✓

Identify the court reporter: *If NO court reporter please check here*:

| Court Reporter | Proceeding | Telephone |
| --- | --- | --- |
| Kay Carr | Motion for Summary Judgment<br>Final Pre-Trial Conference<br>Motion in Limine<br>Bench Trial (day 1-4) | 319-362-1543 |

**Are any parties to this action incarcerated:** Yes: No: ✓

If yes, indicate which: Plaintiff: Defendant:

**List all other defendants in this case if there were multiple defendants**

Tom Sellner
Cricket Hollow Zoo

Special Comments:

There is a pending Motion to Amend Judgment at doc. 85.

*Contact Person:*
Paul Coberly
319-286-2315