UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; <br> LISA K. KUEHL, an individual; <br> KRISS A. BELL, an individual; <br> NANCY A. HARVEY, an individual; <br> JOHN T. BRAUMANN, an individual, <br> and; ANIMAL LEGAL DEFENSE <br> FUND, a non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PAMELA SELLNER, an individual; <br> TOM SELLNER, an individual; and <br> CRICKET HOLLOW ZOO, a <br> non-profit corporation, <br><br> Defendants. | Case No. C14-2034-LRR <br><br><br><br> RESPONSE AND RESISTANCE TO <br> PLAINTIFFS' F.R.C.P. 59(e) MOTION <br> AND MEMORANDUM TO AMEND <br> JUDGMENT FOR LEAVE TO FILE <br> MOTION FOR COSTS AND <br> ATTORNEYS' FEES (ECF NOS. 85, 85-1, <br> AND 87) |

COME NOW the Defendants, Pamela Sellner, Tom Sellner, and Cricket Hollow Zoo and for their Resistance to Plaintiffs' Motion to Seek Amendment of the Court's Order and Judgment (ECF Nos. 83 and 84) state as follows:

1. The statutory framework under the ESA Section 16 U.S.C. § 1540(g)(4) contemplates discretion in the trial court in making the determination as to the award of attorneys' fees in the following language:

> "(4) The court, in issuing any final order in any suit brought pursuant to paragraph (1) of this subsection, may award costs of litigation (including reasonable attorney and expert witness fees) to any party, whenever the court determines such award is appropriate."

The use of the permissive words "may" and "whenever" clearly show that the trial court has broad discretion to deny attorneys' fees.

2. There is no evidence that any of the individual Plaintiffs in this action are paying anything out of their own pockets for attorneys' fees. To the extent that ALDF is paying for the fees alleged to have been incurred in this case is not clear either. It appears that Jessica Blome and Jeffrey Pierce are both employees of ALDF and are paid by ALDF to litigate cases that ALDF chooses to litigate.

3. There is no indication that Elisabeth A. Holmes has actually billed ALDF for her time. Nor is there an indication as to why at least one experienced litigator, Jessica Blome, and her assistant would need to hire a third outside counsel to assist in the motion for summary judgment or the trial of this matter when the sole defense counsel was handling all these matters for the Defendants.

4. The Plaintiff, ALDF exists to litigate. There are numerous cases that this organization has filed, for example:

*Glickman v. Animal Legal Defense Fund*, 154 F.3d 426 (D.C. Dist 1998)

*Animal Legal Defense Fund, Inc. v. Glickman*, 204 F.3d 229 (D.C. Dist. 2000)

*Animal Legal Defense Fund, et al. v. Shelby Proie, Patricia Sykes v. U.S. Department of Agriculture, et al.* In the United States Court of Appeals for the 11th Circuit, No. 14-1226, D.C. Docket No. 1:13-cv-20076-JAL

The website for ALDF attests to the litigious nature of this organization and shows that the organization has vast sums of money at its disposal for the purpose of litigation. (See Exhibit "A" attached hereto).

5. There is no indication in the record in this case that the Defendants could afford to pay even a fraction of the amount requested in attorneys' fees by the Plaintiffs and the request for an award merely becomes a request for punitive damages against the Defendants and a means of putting them totally out of business and bankrupting them.

6. The United States Department of Agriculture has sufficient jurisdiction over the Sellners and the Cricket Hollow Zoo to handle any alleged violations of the Animal Welfare Act and the Endangered Species Act without the intervention of the Plaintiffs in this action. All the animals in question in this action are covered by the Animal Welfare Act 7 U.S.C. § 2132(g). The AWA provides that the Secretary of Agriculture shall issue licenses and no license shall be issued until an exhibitor demonstrates that its facilities comply with the standards promulgated by the Secretary of Agriculture. See 7 U.S.C. § 2133. Regulations under Endangered Species Act 50 C.F.R. § 17.3 exempt from the definition of "harass" animal husbandry practices that meet or exceed the minimum standards for facilities and care under the Animal Welfare Act."

This suit was and is superfluous.

3

7. The Plaintiffs are claiming success in this action but they originally alleged the servals were covered by the ESA, the wolf hybrids (which they continuously misidentified as gray wolves) and the lions were covered by the ESA at the time they filed their lawsuit but they dismissed the claims as to the servals and the lions prior to trial (ECF 31) and they were not successful on their claims as to the wolf hybrids.

8. The Plaintiffs have claimed to the media that this case is a landmark case – the first of its kind. See attached Exhibit "B," The Des Moines Register, State Edition, February 12, 2016. The Defendants should not be punished for pursuing what, up until this point in time, was a reasonable and prudent course of action in defending their license to exhibit these animals under the AWA and relying upon the provisions of the ESA which state that a licensed facility that meets the minimum standards for facilities and care under the AWA does not "harass" animals. There was no evidence that anything the Defendants did harmed any endangered species as that term is defined under the ESA.

WHEREFORE, the Plaintiffs' claim for attorneys' fees should be denied for the reasons originally expressed in the Court's Order and Judgment based upon the record in this case and to the extent applicable the further reasons set forth in the Defendants' Resistance thereto.

4

Respectfully submitted,

/s/ Larry J. Thorson

Larry J. Thorson                           #AT0007976
ACKLEY, KOPECKY & KINGERY, L.L.P.
4056 Glass Road NE
Cedar Rapids, IA 52402
Ph: (319) 393-9090   Fax: (319) 393-9012
Email: lthorson@akklaw.com

Attorney for Pamela Sellner, Tom Sellner,
and Cricket Hollow Zoo

Copies to:

Daniel J. Anderson
Wertz & Dake
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
danderson@wertzlaw.com

Jeff Pierce (pro hac vice)
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jpierce@aldf.org

Jessica Blome
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jblome@aldf.org

Elisabeth Holmes
Blue River Law
POB 293
Eugene, OR 97440
eli.blueriverlaw@gmail.com

## Certificate of Service

The undersigned hereby certifies that I filed this document on the 10th day of March, 2016 with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

/s/ *Theresa Trenary*

5




**WINNING THE CASE AGAINST CRUELTY**

About Us | Cases & Campaigns | Resources | Press Room | Blog | SEARCH | SHOP | Donate



## NEWS & ALERTS



**Animal Legal Defense Fund Sues Animaland Zoological Park Over Endangered Species Act Violations**

March 9, 2016
Lawsuit also charges neglect under state regulations. *Read More »*



**Animal Legal Defense Fund and Sea Shepherd Conservation Society File Motion to Intervene in SeaWorld v. Calif. Coastal Commission Lawsuit**

February 29, 2016
Organizations determined to prevent more orcas from suffering in captivity. *Read More »*



**Animal Legal Defense Fund Offers $5,000 Reward in Case of German Shepherd Shot to Death, Left in Ditch**

February 29, 2016
$5,000 reward for information leading to the arrest and conviction of the person or people

### Sign the Animal Bill of Rights!

FIRST NAME

LAST NAME

**TAKE ACTION NOW »**



EXHIBIT "A"

responsible for shooting and killing a German Shepherd named Bo. *Read More »*



### The Florida A&M University College of Law: Spreading the Word About Animal Protection

February 23, 2016

The Florida A&M University (FAMU) College of Law SALDF chapter has had a great year advocating for animals and educating students about the field of animal law. *Read More »*

 Subscribe to feed

---

## Be a Partner in Protection!
**Donate monthly to help animals.**

**DONATE MONTHLY »**

or make a one-time gift »

ALDF is an accredited charity. Learn more »

## Stay Connected
**Sign up for Action Alerts.**

EMAIL ADDRESS

**SIGN UP »**

## Join Us
**Follow ALDF on these networks:**

   

Contact Information / Sitemap / Copyright Info / Privacy Policy / Home / Site Credit

   

ALDF is rated four-stars by **Charity Navigator,**, is a **Gold Level GuideStar Exchange** participant, a **Better Business Bureau Accredited Charity**, and an **Independent Charity Seal of Excellence**awardee, ensuring that we meet the highest standards of accountability, efficiency, and impact.




**Animal Legal Defense Fund**  WINNING THE CASE AGAINST CRUELTY

About Us    Cases & Campaigns    Resources    Press Room    Blog    SE<s>SHOP</s>RCH    Donate

## Cases & Campaigns

Like  241    Tweet   124

# Cases & Campaigns

Features

News

Action Alerts

Petitions

Current Cases

Timelines

Victories

**Updated on August 16, 2013**

The Animal Legal Defense Fund is hard at work pushing the boundaries of the law to help ensure the lives and interests of animals everywhere are protected–from assisting with small town cruelty cases to filing suit against the federal government. We may be the only lawyers on Earth whose clients are all innocent.



### Features
Some issues require space to adequately explain. Our features go in-depth to expose injustices against animals, and provide valuable information for attorneys, judges, and non-legal experts alike.



### News
ALDF's latest news about precedent-setting cases we're working on, state and federal legislation we've helped pass, reports we've published, and animals we've rescued.



### Action Alerts
Every day, ALDF attorneys work to keep animal abusers off the streets and prevent them from ever harming another victim. Letters, emails, and phone calls from concerned members of the public often make the crucial difference for animals in cases of criminal animal cruelty and proposed legislation. Action Alerts provide urgent updates on cruelty cases and legislation around the country, and what you can do to help win justice for animals.



### Petitions
Sign on your support for our work to protect the lives and advance the interests of animals through the legal system. Add your name to the thousands already supporting ALDF's ...

### Current Cases
Someday soon, U.S. courts will finally accept the evidence of science and common sense - and admit

EXHIBIT "A"

Case 6:14-cv-02034-JSS   Document 20   Filed 03/10/16   Page 8 of 18



that animals are sentient individuals deserving of true, legal protection. Until then, ALDF continues to fight each day, winning the case against cruelty.



### Timelines
These timelines give an overview of important milestones relating to the Animal Legal Defense Fund's cases and campaigns.



### Victories
Since the very beginning, cutting-edge lawsuits have been at the heart of ALDF's work to protect the lives of animals. ALDF has been at the forefront for more than three ...

## Be a Partner in Protection!
Donate monthly to help animals.

DONATE MONTHLY »

or make a one-time gift »

## Recent Items

**Animal Legal Defense Fund Sues Animaland Zoological Park Over Endangered Species Act Violations**

March 9, 2016
Press Releases
Lawsuit also charges neglect under state regulations.
*Read More »*

**The 13th Successful National Animal Law Competitions**

March 7, 2016
Blog
This event brings students, animal law scholars and advocates, and state and federal judges together to explore a number of interesting and challenging legal issues within the field of animal law.
*Read More »*

**Animal Legal Defense Fund and Sea Shepherd Conservation Society File Motion to Intervene in SeaWorld v. Calif. Coastal Commission Lawsuit**

February 29, 2016
Press Releases
Organizations determined to prevent more orcas from suffering in captivity.
*Read More »*

EXHIBIT "A"

## Join Us
**Follow ALDF on these networks:**

   

## Stay Connected
**Sign up for Action Alerts.**

EMAIL ADDRESS

**SIGN UP »**

Contact Information / Sitemap / Copyright Info / Privacy Policy / Home / Site Credit

   

ALDF is rated four-stars by **Charity Navigator,**, is a **Gold Level GuideStar Exchange participant**, a **Better Business Bureau Accredited Charity**, and an **Independent Charity Seal of Excellence** awardee, ensuring that we meet the highest standards of accountability, efficiency, and impact.

 

**WINNING THE CASE AGAINST CRUELTY**

About Us   Cases & Campaigns   Resources   Press Room   Blog   SEARCH   Donate

## Cases & Campaigns

Like 176   Tweet 42

# Current Cases

Updated on January 4, 2016



Features

News

Action Alerts

Petitions

» Current Cases

Other Cases and Administrative Matters

Cases In Which ALDF Has Filed An Amicus Curiae Brief

Timelines

Victories

*Animal Legal Defense Fund v. Board of Regents of the University of Wisconsin*
ALDF filed a lawsuit to compel the disclosure of public records concerning taxpayer-funded maternal deprivation experiments conducted by the University of Wisconsin-Madison. The suit, filed in the Circuit Court of Dane County, Wisconsin, contends that the university illegally ignored its obligations under Wisconsin's open records law to release full records of federally-mandated animal welfare committee meetings in which the controversial research was approved.

*Animal Legal Defense Fund v. Chicago Animal Care and Control*
ALDF took the City of Chicago Animal Care and Control to court for failure to produce public documents on treatment of cats and dogs at their facility.

*Animal Legal Defense Fund v. FDA I*
ALDF filed a lawsuit in federal court to compel the Food and Drug Administration to produce inspection reports of factory egg farms without censoring important information about the hen population and living conditions. The case is presently on appeal before the United States Court of Appeals for the Ninth Circuit.

*Animal Legal Defense Fund v. FDA II*
ALDF and Center for Food Safety filed a lawsuit in federal court against the Food and Drug Administration for withholding records related to the federal agency's approval of the controversial animal feed additive ractopamine.

Case 6:14-cv-02034-JSS   Document 90   Filed 03/10/16   Page 11 of 18
EXHIBIT "A"

### Animal Legal Defense Fund v. Herbert
ALDF, along with PETA, filed the nation's first lawsuit against ag gag legislation, taking Utah to court for infringing on the free speech rights of activists, investigators, and journalists by criminalizing undercover investigations at factory farms. Utah's ag gag law aims to prevent animal advocates and law enforcement from collecting evidence of egregious and illegal abuse of animals on factory farms.

### Animal Legal Defense Fund v. The Great Bull Run, LLC
ALDF and PETA filed a lawsuit against the Great Bull Run and the Lone Star Rodeo in the U.S. District Court for the Northern District of California alleging that the event violates California's anti-cruelty law and Unfair Competition Law. The case was the first lawsuit filed to stop the Great Bull Run, which has received widespread outcry across the United States. As a result of the lawsuit, the Great Bull Run recently agreed to stop holding events in California.

### Animal Legal Defense Fund v. LT Napa Partners LLC
ALDF filed a lawsuit against Napa-based La Toque restaurant for violating the state ban on selling and distributing force-fed foie gras products. ALDF's undercover investigations reveal that despite the state ban, La Toque routinely sells foie gras products derived from force-feeding birds to enlarge the birds' liver ("foie gras"). La Toque sought to dismiss the case, but the trial court ruled that ALDF's lawsuit could go forward in an opinion that was upheld by the California Court of Appeal. The case is now moving forward at the trial court.

### Animal Legal Defense Fund v. Mendocino County
A coalition of animal protection and conservation groups and a local Mendocino resident filed a lawsuit against Mendocino County in the Superior Court of California, County of Mendocino, for violating the California Environmental Quality Act. The lawsuit challenges the county's failure to conduct the legally-required environmental review of its $142,356 taxpayer-funded contract with the U.S. Department of Agriculture (USDA)'s Wildlife Services. The contract authorizes Wildlife Services, a highly controversial federal program, to kill hundreds of animals in the county every year, including coyotes, bears, and foxes, without assessing the ecological impact or considering alternatives. In April 2015, the County suspended its contract with Wildlife Services and agreed to comply with CEQA, but afterwards claimed it was exempt from CEQA and renewed the contract in June 2015. ALDF and the other groups subsequently filed a second lawsuit against the County for improperly skirting the CEQA environmental review process.

### Animal Legal Defense Fund v. NYPD
Senator Tony Avella joined the national nonprofit Animal Legal Defense Fund at a press conference announcing that ALDF has filed a petition with the New York Supreme Court asking the court to force the New York Police Department to turn over enforcement records regarding the city's horse-drawn carriage industry.

### Animal Legal Defense Fund v. Otter
ALDF and a coalition of organizations dedicated to civil liberties, animal protection, food safety, labor rights, and the environment, along with journalists, won a final judgment in federal court to overturn

Idaho's attempt to silence factory farm whistle-blowers under that state's ag gag statute. That judgment in ALDF's favor is now on appeal before the Ninth Circuit Court of Appeal.

### Animal Legal Defense Fund v. USDA

ALDF, PETA, the Orca Network, and private citizens filed a lawsuit against the U.S. Department of Agriculture (USDA) that challenges its decision to renew the Seaquarium's federal Animal Welfare Act (AWA) license, which allows Lolita the orca to remain captive. The case is currently on appeal before the United States Court of Appeals for the Eleventh Circuit.

### Animal Legal Defense Fund v. USDA II

ALDF filed suit against the USDA in federal court for the agency's undue delay in responding to ALDF's petition to require labeling foie gras as an adulterated food product. Foie gras production requires force-feeding birds which induces severe liver disease.

### Animal Legal Defense Fund v. Vilsack I

ALDF, three other animal rights groups, and several individual plaintiffs filed a federal lawsuit in Los Angeles against the U.S. Department of Agriculture for violating the federal Poultry Products Inspection Act by allowing adulterated poultry – in the form of foie gras – to be sold to consumers.

### Animal Legal Defense Fund v. Vilsack II

ALDF and two concerned Iowa residents sued the U.S. Department of Agriculture in federal court for renewing Cricket Hollow Zoo's Animal Welfare Act license despite evidence of repeated and ongoing violations of the law.

### Association des Eleveurs de Canards et d'Oies du Quebec v. Harris

In 2012 foie gras industry plaintiffs filed a motion for a preliminary injunction, which would have suspended California's foie gras sales ban for the duration of the litigation. The trial court preserved the law by denying the injunction, and was affirmed by the United States Court of Appeals for the Ninth Circuit. On remand, however, the trial court ruled that the law violated the federal Poultry Products Inspection Act. That issue is now before the Ninth Circuit where the State of California is defending the foie gras law. ALDF and other animal protection organizations have filed numerous amici curiae (friend of the court) briefs in support of the State of California in that lawsuit.

### Audubon Society of Portland v. U.S. Army Corp. of Engineers

ALDF is helping to represent several conservation organizations in an environmental lawsuit against the U.S. Army Corps of Engineers and other federal agencies over their plan to slaughter thousands of double-crested cormorants. The government's plan is a misguided attempt to stave off salmon declines attributable to the Corps' refusal to change the manner in which it operates dams.

### Breaux v. Haynes

ALDF filed a lawsuit on behalf of Louisiana residents against Dixie Landin' amusement park and its owner Sam Haynes for inhumanely

EXHIBIT " A "

confining Candy, a 50-year old chimpanzee who has been confined apart from other chimpanzees for more than 40 years. ALDF alleges that this isolation and neglect violate the Endangered Species Act in a groundbreaking lawsuit that should extend important legal protections to chimpanzees.

### Compassion Over Killing v. FDA

ALDF and Compassion Over Killing filed a complaint in a federal district court in Oakland against the Food and Drug Administration (FDA), the U.S. Department of Agriculture's (USDA) Food Safety and Inspection Service (FSIS) and Agriculture Marketing Service, and the Federal Trade Commission (FTC) for failing to regulate animal welfare labeling on egg cartons. The district court dismissed the case, and that decision is currently on appeal before the Ninth Circuit Court of Appeals where ALDF is arguing that the federal government has broad authority to regulate misleading claims in order to protect consumer interests.

### Graham v. San Antonio Zoological Society

ALDF filed a lawsuit on behalf of local residents against the San Antonio Zoo for providing unsuitable shelter and housing conditions to Lucky, a solitary Asian elephant. ALDF is seeking to have Lucky moved to a sanctuary where she can enjoy better living conditions and the companionship of other elephants.

### Griggs v. Furry Babies

A group of consumers filed a lawsuit in LaSalle County Circuit Court against the Chicago pet store chain Furry Babies, Inc., claiming that the store sold sick puppies from puppy mills to unsuspecting consumers in violation of state consumer protection laws.

### Keith v. Commonwealth of Pennsylvania

ALDF and several Pennsylvania taxpayers sued the Commonwealth of Pennsylvania to nullify regulations that permit puppy mills to confine mother dogs on wire flooring while providing only daily access to an exercise area. The lawsuit alleges that these regulations conflict with state law that requires the use of solid flooring for mother dogs along with unfettered access to an exercise area.

### Keuhl v. Sellner

ALDF and several Iowa residents filed a lawsuit against Iowa Delaware County's Cricket Hollow Zoo for violating the Endangered Species Act (ESA) by failing to provide legally required care for lemurs, tigers, lions, and wolves housed at the facility.

### NRDC v. National Marine Fisheries Service

ALDF joined NRDC in suing the Federal Government for putting whales and dolphins in danger of being killed by sonar and active explosions throughout southern California and Hawaiian waters. In March 2015, a federal judge agreed with ALDF and NRDC and declared that the Navy's extensive use of sonar in its war game exercises harmed endangered marine mammals in violation of environmental law. The parties are now waiting for the judge to decide how to remedy that violation of law.

### *Palin v. Cuesta*
ALDF represents Hillsborough County Florida residents suing to stop backyard slaughter, using landmark Florida "public nuisance" lawsuit.

### *Salzer v. King Kong Zoo*
ALDF is assisting in legal representation of several North Carolina residents who filed a lawsuit against King Kong Zoo for violating the state's animal cruelty law. The lawsuit alleges that the zoo causes unjustifiable pain and suffering by confining animals in small, barren cages, and failing to provide adequate veterinary care. The lawsuit is on appeal before the North Carolina Court of Appeals.

### *Showing Animals Respect and Kindness v. California Rodeo Salinas*
ALDF filed a lawsuit against the California Rodeo Salinas and its head veterinarian Tim Eastman for failing to report animal injuries to the state veterinary medical board, as required under California law. The defendants are accused of significantly underreporting the number of animals injured at the California Rodeo Salinas, the largest rodeo in the state and one of the largest in the country. In the last two years, the nonprofit SHARK has documented injuries to 41 animals—yet the rodeo has reported only four of those injuries. The lawsuit was filed in the Monterey County Superior Court on behalf of SHARK, who has had to spend its limited resources monitoring the rodeo and documenting unreported injuries to animals.

### *Stephens v. Hendry County*
ALDF filed a lawsuit on behalf of local Hendry County residents after the county approved a primate breeding facility that could hold as many as 3,200 long-tailed macaques—a species linked with prior outbreaks of infectious disease. Hendry County approved the controversial project ("SoFlo Ag") behind closed doors with only the facility's supporters present and failed to hold the public hearing required by the state's "Sunshine Law."

### *Stop Animal Exploitation Now v. Board of Regents of the University of California*
ALDF joined Stop Animal Exploitation Now (SAEN) in a lawsuit against the Regents of the University of California for failing to produce public records in violation of California state law.

### *Stop Animal Exploitation Now v. Santa Cruz Biotechnology, Inc.*
ALDF filed a complaint on behalf of Stop Animal Exploitation Now (SAEN) against Santa Cruz Biotechnology, Inc., in the first-ever lawsuit against an animal research lab under California's state cruelty law and Unfair Competition Law. The lawsuit is before the California Court of Appeal.

### *Vancleve v. Chien et Chat, Inc.*

ALDF filed a class action complaint against Barkworks, a Southern California pet store chain with locations in Orange, Los Angeles, Ventura, and Riverside counties. The lawsuit alleges that Barkworks is violating California consumer protection laws by tricking customers into buying sick puppy mill dogs.

EXHIBIT "A"

## Be a Partner in Protection!
Donate monthly to help animals.

DONATE MONTHLY »

or make a one-time gift »

## Recent Items

**Animal Legal Defense Fund Sues Animaland Zoological Park Over Endangered Species Act Violations**

March 9, 2016
Press Releases
Lawsuit also charges neglect under state regulations.
*Read More »*

**The 13th Successful National Animal Law Competitions**

March 7, 2016
Blog
This event brings students, animal law scholars and advocates, and state and federal judges together to explore a number of interesting and challenging legal issues within the field of animal law.
*Read More »*

**Animal Legal Defense Fund and Sea Shepherd Conservation Society File Motion to Intervene in SeaWorld v. Calif. Coastal Commission Lawsuit**

February 29, 2016
Press Releases
Organizations determined to prevent more orcas from suffering in captivity.
*Read More »*

## Join Us
Follow ALDF on these networks:

   

## Stay Connected
Sign up for Action Alerts.

EMAIL ADDRESS

SIGN UP »

Contact Information / Sitemap / Copyright Info / Privacy Policy / Home / Site Credit

   

ALDF is rated four-stars by **Charity Navigator**,, is a Gold Level **GuideStar Exchange** participant, a Better Business Bureau Accredited Charity , and an **Independent Charity Seal of Excellence** awardee, ensuring that we meet the highest standards of accountability, efficiency, and impact.

EXHIBIT "A"

OBSCENE, FUNNY TWIST ON SUPERHERO GENRE
'DEADPOOL'
REVIEW IN IOWA LIFE

The Des Moines Register

FRIDAY, FEBRUARY 12, 2016 | THE NEWS IOWA DEPENDS UPON | DESMOINESREGISTER.COM | STATE EDITION    PART OF THE USA TODAY NETWORK



# Ruling seen as 'major step' for animals' well-being

Judge orders troubled Iowa zoo to relocate 3 lemurs, 4 tigers

**GRANT RODGERS**
GRODGERS@DMREG.COM

Animal welfare advocates hope a federal judge's ruling Thursday ordering a troubled northeast Iowa zoo to give up its endangered tigers and lemurs will bring more accountability to substandard menageries across the country.

U.S. Chief Magistrate Judge Jon Scoles ordered the Cricket Hollow Zoo outside Manchester to transfer three lemurs and four tigers to another facility within 90 days, finding that unsanitary conditions and a lack of proper veterinary care endanger animals at the zoo and violate the Endangered Species Act.

The ruling does not affect the hundreds of other Cricket Hollow animals that aren't endangered species, including birds, reptiles, sheep, pigs, baboons, bears and other exotic cats.

Still, the judge's order is a significant victory for the group of Iowans who sued Cricket Hollow's

See ZOO, Page 9A



THOUSANDS OF IOWANS ARE ARRESTED EACH YEAR FOR PUBLIC INTOXICATION. BUT A NEW BILL WOULD NO LONGER MAKE IT A CRIME TO BE ...

# DRUNK in PUBLIC

**KATHY A. BOLTEN**
KBOLTEN@DMREG.COM

22 — Iowa is one of 22 states with public-intoxication statutes.

It's illegal to be drunk in public in Iowa, a fact thousands of people learn the hard way each year.

In the 12 months ending June 30, 2015, 10,662 public-intoxication charges

EXHIBIT "B"

Case 6:14-cv-02034-JSS   Document 90   Filed 03/10/16   Page 17 of 18

# ZOO

Continued from Page 1A

owners, Pam and Tom Sellner, in 2014 after seeing animals living in dirty enclosures filled with feces, flies and foul water.

"Today's groundbreaking decision creates a precedent for endangered animals living in captivity throughout the United States," said Stephen Wells, executive director of the Animal Legal Defense Fund, which represented the Iowans who sued Cricket Hollow. "Too many zoos, roadside zoos and private owners keep endangered animals ... in inadequate and squalid conditions.

"This is a major step in ensuring that we can move them into situations much better set up to meet their needs."

Thursday's ruling also prevents the Sellners from acquiring new endangered species until they can demonstrate to a judge that they can give the animals proper care.

While Pam Sellner has owned and worked with exotic cats for two decades, evidence at the October trial on the lawsuit suggests that the menagerie of animals on the Sellners' rural 20-acre property, including a herd of dairy cattle, has become too big for them to manage, Scoles wrote.

"The Sellners are extremely hard-working," he wrote. "However, given the demands of operating a large dairy farm and Tom Sellner's employment off the farm, it appears to the court that the Sellners are overwhelmed by the amount of work required to care for approximately 300 zoo animals."

Thursday's ruling is believed to be the first time a so-called citizen suit has won the removal of captive endangered species from a zoo, said Jessica Blome, a senior attorney with the California-based Animal Legal Defense Fund. The group was one plaintiff in the lawsuit against the zoo, and its attorneys were on the legal team that brought the case to trial.

The group is preparing to file lawsuits against two other facilities, including a Minnesota petting zoo that displays wolf pups that are allegedly later killed for their fur.

"Now citizen plaintiffs know that they can do it, that it has been done successfully," Blome said. "And maybe some of these roadside zoos will be put on notice."

The Sellners did not return a reporter's phone messages Thursday, and neither did their attorney. But Pam Sellner promised during a November interview with The Des Moines Register that she would appeal if Scoles ordered animals removed from the zoo.

The Sellners could ask a judge to hold off on removal of the zoo's endangered animals while an appeal moves forward, Blome said.

## Enforcement by citizens

St. Joseph's parish. With his extra time, he rediscovered his interest in books, particularly historical biographies. He was always ready to talk about the latest articles from the Wall Street Journal, and could be counted on for lively conversation regarding any current events. Jim could often be seen walking his favorite canine child, Winston, along the lakeshore. He possessed a keen sense of humor and delighted in making people laugh at his dry remarks. He will be sorely missed.

Jim was preceded in death by his parents, James Leo Sr. and Maybelle (Nywold) Flood, and by his sister, Patricia Vanhauer. He is survived by his wife, Jane McKim Flood, seven children: James Flood (Patti), Kevin Flood, Joan Mauel (John), Patricia Bilden (Philip), Patrick Flood (Betsy), Kathleen de Rubertis (Corbin), Michael Flood (Cathy), twenty two grandchildren: Sarah, Aimee, Michael Flood; Jack, Margaret, Patrick Mauel; Philip, Andrew, Claire Bilden; Kathleen, Connor, Eddie Flood; Frances, William, Celeste de Rubertis; Elizabeth, Luke, Daniel, Matthew, Ellen, Anna, Maura Flood and many other relatives and friends, including his most recent dog Murphy, who provided constant companionship during the past few months.

In lieu of flowers, please consider a donation to either Creighton University or Mount Michael Benedictine School.

A visitation will be held at St. Margaret Mary's Church on Saturday, February 13 at 9:30 a.m., followed by a funeral Mass at 10:30 a.m.

There will be a luncheon after the Mass for family and friends at the Field Club.

Burial will be at the St. Joseph Cemetery in Milford, IA on Monday, February 15 at 2p.m.

JOHN A. GENTLEMAN MORTUARIES & CREMATORY
1010 N 72nd Street Omaha, NE 68114
402-391-1664 www.johnagentleman.com



REGISTER FILE PHOTO
Rajahn rests in his enclosure at Cricket Hollow Zoo outside Manchester in 2015. A judge has ordered three lemurs and four tigers at the zoo relocated to another facility within 90 days.

the five Iowa advocates who brought the lawsuit accomplished what the federal government so far had failed to do: hold the Cricket Hollow Zoo accountable in a meaningful way for the neglect suffered by animals since the Sellners opened for business in 2002, Blome said.

The Iowans and the Animal Legal Defense Fund went to court under the citizen suit provision of the Endangered Species Act, which allows ordinary citizens to sue if they're distraught by the treatment the animals are receiving.

Blome said the provision allows private citizens to enforce the law if the government is "unwilling or doesn't have the resources."

In the Sellners' case, the U.S. Department of Agriculture did push the couple to accept $4,035 in penalties as part of a 2006 settlement after inspections found "chronic" problems, including excessive feces in enclosures. But years of USDA inspections since, including written reports that became a significant chunk of evidence at trial, continued to find animal welfare violations.

Multiple inspections found algae covering water for skunks, bears and other animals. In August 2012, an inspector wrote that two weeks' worth of waste had built up in a lemur enclosure.

is pending, brought by the USDA in July, that could result in the zoo's license being revoked.

But the Sellners filed a motion in January to have that case dismissed, arguing that the agency missed a November deadline to disclose its exhibits and witnesses against the zoo.

A USDA media representative did not return a reporter's phone call Thursday.

### 'Pervasive and longstanding' problems

In his decision to remove the zoo's tigers and lemurs, Scoles wrote that he found "pervasive and longstanding" problems at the Cricket Hollow Zoo.

At trial, Duke University lemur researcher Peter Klopfer testified that the zoo's three lemurs — two ring-tailed lemurs and one red-ruffed lemur — have "miserable," stressed lives because they're isolated from others of their species. At least five lemurs have died at the zoo since 2006, according to trial evidence.

Klopfer testified that lemurs normally would need social groups of eight to 10 animals, and Scoles agreed in his ruling.

The magistrate also pointed to reports of excessive waste and flies in the primates' enclosures.

"Despite the Sellners' best efforts, cleanliness been a chronic problem," he wrote.

In tiger enclosures, inspectors routinely found food waste and excrement buildup, which can attract dangerous parasites, Scoles wrote. At the trial, Defense Fund attorneys argued that inadequate veterinary care was responsible for the deaths of five tigers at the facility since 2013.

Scoles concluded: "If the endangered species are not removed from the defendants' care, then violations are likely to continue."

### The next steps

Scoles' order requires only that the tigers and lemurs be removed to another USDA-licensed facility, but Blome said Thursday that the advocacy group hopes to ultimately be involved in relocating the animals.

The group has been in discussions with sanctuaries in Colorado and North Carolina. Blome fears that the animals could end up at another roadside zoo if the transfer isn't monitored by a judge.

"We learned through the discovery process that the Sellners have friends in Wisconsin and Illinois who run separate roadside zoos there," she said. "Those facilities aren't any better. ... Hopefully, the judge will conduct some oversight over that decision-making process, and we will ask to

EXHIBIT "B"

Case 6:14-cv-02034-JSS Document 90 Filed 04/13/16 Page 18 of 18