# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

March 14, 2016

Mr. Larry Jonathan Thorson
ACKLEY & KOPECKY
4056 Glass Road, N.E.
Cedar Rapids, IA 52402-0000

      RE: 16-1624 Tracey Kuehl, et al v. Pamela Sellner, et al

Dear Counsel:

      Upon further examination, it appears that a timely filed post-judgment motion is pending before the district court. A notice of appeal filed after entry of judgment but before disposition of the post-judgment motion as **ineffective** until the entry of the order disposing of the last outstanding motion. A new notice of appeal is not required under Federal Rule of Appellate Procedure Rule 4(a)4 to perfect the appeal after disposition of the last outstanding motion **unless** the party seeks review of the ruling on the post-judgment motion. In such a case, an amended notice of appeal must be filed within the prescribed time. No additional fees shall be required for such filing.

      **Upon receipt of the ruling disposing of the last outstanding motion, this court will establish the appropriate briefing schedule.**

      If you disagree with application of the Rule in this case, please advise this office within ten days of the date of this letter.

                                             Michael E. Gans
                                             Clerk of Court

DMW

Enclosure(s)

cc:     Mr. Daniel J. Anderson
        Ms. Jessica Blome
        Ms. Kay Carr
        Elisabeth Holmes
        Mr. Rob Phelps
        Mr. Jeffrey Pierce

      District Court/Agency Case Number(s): 6:14-cv-02034-JSS

**Caption For Case Number:   16-1624**

Tracey K. Kuehl, an individual; Lisa K. Kuehl, an individual; Kris A. Bell; Nancy A. Harvey, an individual; John T. Braumann, an individual; Animal Legal Defense Fund, a non-profit corporation

        Plaintiffs - Appellees

v.

Pamela Sellner, an individual; Tom Sellner, an individual; Cricket Hollow Zoo, a non-profit corporation

        Defendants - Appellants

**Addresses For Case Participants:   16-1624**

Mr. Larry Jonathan Thorson
ACKLEY & KOPECKY
4056 Glass Road, N.E.
Cedar Rapids, IA  52402-0000

Mr. Daniel J. Anderson
WERTZ & DAKE
#101
1500 Center Street, N.E.
Cedar Rapids, IA  52402-5500

Ms. Jessica Blome
ANIMAL LEGAL DEFENSE FUND
170 East Cotati Avenue
Cotati, CA  94931

Ms. Kay Carr
2312 26th Street Drive, S.E.
Cedar Rapids, IA  52403

Elisabeth Holmes
BLUE RIVER LAW, P.C.
P.O. BOX 293
Eugene, OR  97440

Mr. Rob Phelps
U.S. DISTRICT COURT
Northern District of Iowa
111 Seventh Street, S.E.
Box 12
Cedar Rapids, IA  52401-2102

Mr. Jeffrey Pierce
ANIMAL LEGAL DEFENSE FUND
170 East Cotati Avenue
Cotati, CA  94931