IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

TRACEY K. KUEHL, et al., )
)
Plaintiffs, )
v. )
) Case No. C14-02034-JSS
PAMELA SELLNER, et al., )
)
Defendants. )

**Supplemental Declaration of Jessica Lynn Blome**

1. My name is Jessica Lynn Blome. I am the lead counsel for Plaintiffs Tracy Kuehl, Lisa Kuehl, John Braumann, Nancy Harvey, and Kristine Bell and Animal Legal Defense Fund in this case under the Endangered Species Act (ESA) in the above-captioned matter. I submit this Supplemental Declaration in support of Plaintiffs' Fed. R. Civ. P. 59(e) Motion and Memorandum to Amend Judgment for Leave to File Motion for Costs & Attorneys' Fees (ECF No. 85) and the Proposed Motion for Attorneys Fees and Costs under the Endangered Species Act (ECF No. 85-1). I do hereby declare as follows:

2. Attached hereto as Exhibit 1 is a true and correct copy of excerpts of the Deposition of Defendant Pamela Sellner.

3. Attached hereto as Exhibit 2 is a true and correct copies of documents Plaintiffs obtained from The Cavalry Group's website, accessed on March 10, 2016.

Pursuant to 28 U.S.C. § 1746, I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: March 15, 2016

*/s Jessica L. Blome*
Jessica L. Blome