**EXHIBIT 2**



# THE CAVALRY GROUP

## PROTECTING AND DEFENDING ANIMAL ENTERPRISE

**What is The Cavalry Group?**

The Cavalry Group is a member based company made up of animal owners and animal-related businesses. Our members range from individual horse and dog owners to small farmers, breeders, agricultural food producers and other animal related businesses.

We have joined together as a collective force to protect our private property rights and our businesses from the radical animal rights extremists legally and legislatively nation-wide.

The Cavalry Group is a private company, not a 501c3 non-profit.  Accordingly, our member's information is private and secure. As a private company we are also able to avoid the limitations that non-profit organizations face, and are able to produce results when called upon.

Membership to The Cavalry Group is tax-deductable.

---

**Where is The Cavalry Group located?**

St. Louis, Missouri

**Why do we need an organization like The Cavalry Group?**

The story is the same across the entire country. Animal owners and animal related businesses are bullied, intimidated and have their constitutional rights violated by all levels of government who have been infiltrated by, or are heavily influenced, by animal rights extremists and animal rights organizations. The Cavalry Group exists as a firewall between our members and the bully-tactics of animal rights groups. The Cavalry Group provides members with access to attorneys who can be on the phone immediately in emergency situations to protect your rights and on the ground within 24 hours in order to ensure that our member's rights and interests are protected. This form of early intervention can prevent the unwarranted seizure of animals, and ultimately save our members from thousands of dollars in legal fees in the often futile effort to return seized animals to their owners.

Will you sell or give out my address and personal information? Your privacy is of the utmost importance to us, and we will never disclose membership information to outside third parties.

**Will you sell or give out my address and personal information?**

**Is The Cavalry Group politically active?**

Yes. The Cavalry Group lobbies at the state and federal levels. Our political relations department supports members by keeping watch and taking action on local and national animal ownership issues.

**Do you have an attorney who can represent me in my state?**

We are currently forming a national coalition of attorneys to represent animal owners and animal related businesses nationwide. Our core independent legal team has the extensive expertise to bring new attorneys up to speed quickly and guide them effectively in dealing with animal related cases. If we don't currently have an attorney in your state, we engage a pre-vetted attorney in your state and assist them in your defense. Again, our core team is well prepared to step up quickly as required to effectively support your legal defense.

**What is auto renewal?**

Your annual membership will be automatically renewed at the end of 12 months unless you cancel your membership.

If I am already involved in a legal problems associated with local, state, or federal animal charges will The Cavalry Group provide

Case 6:14-cv-02034-JSS   Document 92-3   Filed 03/15/16   Page 2 of 24

Your privacy is of the utmost importance to us, and we will never disclose membership information to outside third parties.

**If I am already involved in a legal problems associated with local, state, or federal animal charges, will The Cavalry Group provide access to an attorney to represent me in this action once I become a member? Can I become a member?**

The Cavalry Group will not usually be able to assist you with incidents that occurred prior to the commencement of your membership benefits. If you have been accused of violating animal laws prior to the commencement of your membership benefits, we can put you in contact an attorney to assist you at your own cost.

You may still join The Cavalry Group and be entitled to all membership benefits including highly potential funding of legal costs for situations that arise after commencement of your membership benefits. The Cavalry Group may, at its sole discretion may fund legal action on a pre-existing case if we feel that the action would benefit the interests of all our members.

**When can I call The Cavalry Group?**

We are available 9-5 CST for normal business operations. Our Attorney Hotline is available 24/7 to our members in an emergency. We will connect you with one of our independent attorneys to assist you.

access to an attorney to represent me in this action once I become a member? Can I become a member?
The Cavalry Group will not usually be able to assist you with incidents that occurred prior to the commencement of your membership benefits. If you have been accused of violating animal laws prior to the commencement of your membership benefits, we can put you in contact an attorney to assist you at your own cost.

**What happens if I am contacted by government officials or animal welfare officials regarding violations of animal welfare laws?**

The Cavalry Group is committed to helping animal owners protect their rights by educating citizens and lawmakers and helping its membership have access to high-quality legal representation in the event that their rights are threatened. We cannot guarantee you legal representation, however once your membership is active, we will provide you access to expert attorneys in the case of your constitutional rights being challenged associated with you animal ownership or animal related business. Assuming that the member follows the advice of the attorney, in most cases we will fund your attorney's fees from initial contact through court proceedings. You may always elect to procure your own attorney however you will be responsible for any costs associated with that election.

   

 

The Cavalry Group • P.O. Box 147 • Grover • MO  63040 • Ph: 855-748-4210



**Protecting Your Way of Life, Liberty, and Pursuit of Happiness**

For centuries, those who raise, breed, and work with animals have been revered and lauded for what they do. Today, across America our rights to own and raise animals are under attack by animal rights activists and their increased influence on government and non-government agencies overseeing issues pertaining to animal welfare. This onslaught regularly violates protection from illegal search and seizure, and a citizen's right to due process of the law; all of which are outlined specifically in the U.S. Constitution.

The rule of law provides that Americans are innocent until proven guilty in a court of law based upon facts and evidence, not emotion and conjecture. Unfortunately for animal owners today, the opposite is prevalent. Animal rights activists use false claims of animal abuse and anonymous tip lines to convince over zealous prosecutors and sympathetic judges to issue warrants when, in most cases, no facts or actual witnessed evidence is provided to obtain the warrant.

As a result, animal owners and animal related businesses live with the daily terror that fraudulent claims, anonymous tips, or an animal rights activists' internet-campaign could result in law enforcement arriving at their door and their animals seized without due process. Coupled with this real fear, animal owners are then exposed to extravagant animal care bonds and charges for temporary animal care, possible sterilization of high value breeding stock, or euthanization of their animals.

These instances become a big payday for animal rights activists and their organizations as they raise big money from these circumstances, and often times confiscate and sell, or in their words, "rescue and adopt out," the private property of the accused who has not yet been adjudicated in a court of law. These are real possibilities before the animal owner has their day in court.

In many actual instances, the rush to judgment fueled by animal rights activists results in destroyed property, bankrupt businesses, and reputations that are damaged whether they are found guilty or not.

At the end of the court proceeding, if the accused is found not guilty, the activists, prosecutors, state or local government, and the judges all get to walk away with no legal or financial ramifications.

The property owner, even if found innocent, is liable for the cost to house his animals for months or years in some cases, coupled with the destruction of their business and reputation.

The severity and the regular occurrence of these abuses of our Constitutional rights strike fear in the heart of animal owners and animal related businesses who know that their livelihood and animals are threatened by the very real possibility of illegal search and seizure or false claims of animal abuse.

The animal rights based organizations have made their ideology no secret, and daily they express their desires and promote their strategies in plain view to nudge public opinion to their point of view. It's no stretch to figure out what they intend to accomplish with their policies when one realizes that the truth behind the veil of their exploitation of animals is the abolition of animal ownership and a vegan agenda for all.

Most Americans are unaware that this abuse is taking place. Either that, or they are willfully blind to the impact that the animal rights extremists are currently wreaking havoc on all animal related businesses and animal owners across our nation.

To add insult to injury, many of the associations organized to promote and represent farmers, ranchers, and pet breeders are ushering in animal rights politics and policies by allowing a façade of compromise and agreeing to unnecessary, onerous, prohibitive, and costly regulations at the expense of fewer farms, fewer farmers, and higher food prices. All of which are the intended consequences on the animal rights extremists.

Furthermore, many rural Americans are unaware of their Constitutional rights, and are often railroaded through a bureaucratic system that

defies common sense and standard agricultural practice in their systematic to attempt to regulate and inspect commercial animal enterprises.

Notwithstanding the animal rightists goal of terrorizing animal owners and destroying animal related businesses, the Achilles' heel of the animal rights movement is the historic principle that animals are property, and that private property is protected under the fundamental foundation of our U.S. Constitution -- further reinforced under the Fourth, Fifth, and Fourteenth Amendments.

Our Founding Fathers' fundamental motivation behind the construction of the Declaration of Independence and U.S. Constitution was the protection of private property and its direct link to Freedom and Liberty.

John Adam's words made it clear, "Property must be secured, or Liberty cannot exist."

And more than one hundred years later in 1909, William Howard Taft's words still hold true today, "Next to the right of liberty, the right of property is the most important individual right guaranteed by the Constitution and the one which, united with that of personal liberty, has contributed more to the growth of civilization than any other institution established by the human race."

Our sincere hope is that Americans wake up before it's too late, and recognize that any individual or entity operating to usurp ownership of private property can and must be stopped by the recognition, comprehension, and protection of our U.S. Constitution.

Meanwhile, The Cavalry Group will continue to be on the front lines to protect our members, their animals, their business, and private property.

~ Mindy Patterson, President



                                                                                              

The Cavalry Group • P.O. Box 147 • Grover • MO  63040 •  Ph: 855-748-4210

Case 6:14-cv-02034-JSS   Document 92-3   Filed 03/15/16   Page 5 of 24



## Mindy Patterson

Mindy Patterson is the president and co-founder of The Cavalry Group. Mindy has battled against the Humane Society of the United States (HSUS) on the state referendum front serving as the campaign manager for The Alliance for Truth Campaign Committee which was at the forefront of the hard fought campaign opposing the HSUS- driven "Puppy Mill Cruelty Prevention Act" (Proposition B) in the Missouri 2010 election and recently helped defeat the HSUS sponsored "Your Vote Counts" referendum promoting direct democracy. The Cavalry Group was born out of the fight against The Puppy Mill Cruelty Prevention Act when Mindy witnessed law abiding animal enterprises wrongfully threatened. Mindy serves agriculture interests nation wide by serving the following organizations: American Agri-Women (Horse Welfare Committee Chair), Missouri Conservative Coalition (Agriculture Affairs), Missouri Equine Council, United Horsemen, and Secure the Republic (National Coordinator for Agriculture).

## Mark Patterson

Mark Patterson is the Chief Executive Officer and co-founder of The Cavalry Group. Mark has lead executive teams fighting radical animal rights activists on multiple state campaigns, legal battles, and in federal legislative lobbying efforts including The Alliance For Truth. With over 30 years of executive commercial real estate experience, Mark has been involved in over $800 million dollars of real estate investments and transactions leading teams to achieve high financial returns for partners and investors



With more than 240 lawyers in offices stretching from the Midwest across the Northeast and into the Southeast, Goldberg Segalla is one of the nation's premier law firms for environmental and agricultural law issues. The firm is proud to serve as the lead litigation team representing The Cavalry Group and is well positioned to assist farmers, agriculture groups, trade associations, agricultural product manufacturers and distributors, and other related interests in developing, maintaining, and protecting the labor, machinery, processes, and property of the nation's agricultural community. Our team — made up of highly experienced litigators and advisors licensed throughout the areas of the United States that offer the greatest production of grain, livestock, and other commodities — focuses on minimizing the interference and impact of governmental laws and regulations and helping clients address chronic harassment from activist groups. For more information, please visit www.GoldbergSegalla.com.

## Chris Wilson - Of Counsel

Chris Wilson joins our team from her recent post as Deputy Secretary and General Counsel of the Kansas Department of Agriculture. Wilson is past president of American Agri-Women (AAW), the national coalition of farm, ranch and agribusiness women. She also founded the Food and Agriculture Network. She is an 11th generation U.S. farmer.

Wilson formerly served as Assistant to the Director of the Illinois Department of Agriculture and Assistant to the Secretary of the United States Department of Agriculture. At USDA, she was Director of the Office of Public Liaison. She also worked for the Kansas Grain and Feed Association and Kansas

Agribusiness Retailers Association as Director of Governmental Relations.

  

The Cavalry Group • P.O. Box 147 • Grover • MO  63040 •  Ph: 855-748-4210

(http://www.cavalrygroupnews.com/the-cavalry-group)

# THE CAVALRY GROUP NEWSWIRE (/)

**Detroit rewriting controversial animal ordinance (http://www.cavalrygroupnews.com/the-cavalry-group/detroit-rewriting-controversial-animal-ordinance)**

2/19/2016

0 Comments (http://www.cavalrygroupnews.com/the-cavalry-group/detroit-rewriting-controversial-animal-ordinance#comments)



*Detroit* — Attorneys for Detroit have pledged to rewrite the city's Animal Control Ordinance after a federal judge said it lacks constitutional protections.

U.S. District Judge Nancy Edmunds was poised Wednesday to strike down a section of the ordinance that gives the city, animal control officers and the Detroit Police Department the authority to enter private property without a warrant and seize any animal for any suspected violation of animal control ordinances.

Eleven residents are suing the city claiming animal control officers seized dogs, imprisoned the animals in filthy conditions and charged exorbitant fees.

Charles Raimi, deputy corporation counsel for Detroit, defended the ordinance, adopted in 2004.
"This is a public safety and quality of life issue," Raimi said.

Edmunds told Raimi it's well known the city has problems with dogs and there have been horrific attacks on people, including a vicious multiple dog attack that killed 4-year-old Xavier Strickland in Detroit in December.
"But that doesn't justify a statute that violates the Fourth Amendment," she said. "Why can't it be rewritten to require a warrant?"

The Fourth Amendment protects against unreasonable searches and seizures.
Raimi said the ordinance can be re-written and asked Edmunds to stay any order she issues to give the city 30 days to get a new ordinance in place that would require "exigent" circumstances for a search.
Raimi told Edmunds the Animal Control's new director, Melissa Miller, has drafted a memo that is "ready-to-go" that says exigent circumstances are required to enter private property.

Miller was not immediately available to comment on the memo. Raimi declined a request by The Detroit News for a copy of the memo.

Jennifer Grieco, who represents residents suing the city, argued her focus was challenging the language of the ordinance that allows warrantless searches in private home and on private property with no consent or pressing circumstances.
"This is unique to the city of Detroit and is not patterned after any law," she said.
As for claims it has to protect citizens, Grieco said the department can still pick up stray dogs it finds on the streets. Blocking the private searches portion of the ordinance, she says, would prevent them from taking dogs without warrants inside homes and on private property.

She also accused the city of trying to hide behind its limited resources and its recent exit from bankruptcy.
"It's not an excuse to trample Constitutional rights. This doesn't justify breaking into homes," Grieco said.
Edmunds delayed her ruling Wednesday and said she would issue a decision next week on the request for a preliminary

CLICK HERE TO VISIT THE (HTTP://WWW.THEC.

## The Cavalry Group

**The Cavalry Group is a private member based company protecting and defending the Constitutional and private property rights of law abiding animal owners, animal-related businesses, sportsmen, and agriculture concerns legally, nationwide. We strive to defend our members against the onslaught of anti-private property and anti-agriculture animal rights activism in addition to challenging the infiltration of animal rights activism in government at the local, state, and federal levels.**

## Sign Up To Receive Our Newsletter

**Name \***

First            Last

**Email \***

**Comment \***

injunction. The remaining portion of the case is scheduled for trial in November.

After the hearing, Grieco said if the city rewrites the ordinance it has to include the need for a warrant, consent or emergency circumstances to enter someone's home or property.

In November, a group of residents sued the city, alleging animal control systematically and illegally seized dogs. The city imprisoned the dogs in "filthy, brutal and deplorable conditions" and some dogs died after owners were unable to pay fines and fees, the residents said.

The city's conduct violated the residents' due process rights and subjected them to unlawful searches and seizures, according to the lawsuit. The city also intentionally inflicted emotional distress on the residents, according to the lawsuit. The city, according to its attorneys, uses code enforcement practices to protect the public's health and safety and to prevent the spread of rabies and other diseases caused by animals.

According to the complaint, Detroit Animal Control officers seized three dogs from Detroiter Floyd Hardrick Jr. on July 13. Officers seized Rocky, Mama and Puppy from his backyard and basement after breaking into the home without a warrant.

Hardrick did not have $390 cash to rescue the dogs from the city shelter. He had $130 — enough money to rescue Rocky after four days.

During its stay at the shelter, the 31/2-year-old dog lost weight and came home with kennel cough, the complaint alleged. On July 21, four days after returning from the shelter, Rocky died.

"Mr. Hardrick was never able to afford to retrieve Mama and Puppy who were, on information and belief, destroyed," Grieco wrote.

The residents are seeking unspecified damages, attorney fees and costs.

JChambers@detroitnews.com

Read original article **here**

(http://www.detroitnews.com/story/news/local/detroit-city/2016/02/17/detroit-animal-control-ordinance/80503488/)



Like 346     Tweet

0 Comments (http://www.cavalrygroupnews.com/the-cavalry-group/detroit-rewriting-controversial-animal-ordinance#comments)

## Marty Irby Leaves Whitfield To Work At HSUS (http://www.cavalrygroupnews.com/the-cavalry-group/marty-irby-leaves-whitfield-to-work-at-hsus)

2/4/2016
0 Comments (http://www.cavalrygroupnews.com/the-cavalry-group/marty-irby-leaves-whitfield-to-work-at-hsus#comments)

**From:** Irby, Marty
**Sent:** Thursday, February 04, 2016 3:13 PM
**To:** Irby, Marty
**Cc:** marty@martyirby.com (mailto:marty@martyirby.com)
**Subject:** Moving On

Dear Friends:

As many of you know, tomorrow, February 5th will be my last day in the office of Congressman Ed Whitfield. It is a very bittersweet time leaving Team Whitfield and Capitol Hill, mostly because I feel like I'm leaving a family. I am however, very excited that beginning Monday, I will be serving as the Director of Rural Outreach and Equine Protection at the Humane Society of the United States—working with a great team on the animal welfare and equine issues that are near and dear to my heart.



### Archives

May 2015 (/the-cavalry-group/archives/05-2015)
January 2015 (/the-cavalry-group/archives/01-2015)
September 2014 (/the-cavalry-group/archives/09-2014)
June 2014 (/the-cavalry-group/archives/06-2014)
April 2014 (/the-cavalry-group/archives/04-2014)
March 2014 (/the-cavalry-group/archives/03-2014)
February 2014 (/the-cavalry-group/archives/02-2014)
January 2014 (/the-cavalry-group/archives/01-2014)

### Categories

All (/the-cavalry-group/category/all)
Animal Liberation (/the-cavalry-group/category/animal-liberation)
Animal Owners (/the-cavalry-group/category/animal-owners)
Animal Rights (/the-cavalry-group/category/animal-rights)
Animal Rights Activist (/the-cavalry-group/category/animal-rights-activist)
Anti Hunting (/the-cavalry-group/category/anti-hunting)
Anti-hunting (/the-cavalry-group/category/antihunting)
Arizona (/the-cavalry-group/category/arizona)
ASPCA (/the-cavalry-group/category/aspca)
Attorney General (/the-cavalry-group/category/attorney-general)
AVMA (/the-cavalry-group/category/avma)
BLM (/the-cavalry-group/category/blm)
California (/the-cavalry-group/category/california)
CRWM (/the-cavalry-

Case 6:14-cv-02034-JSS   Document 92-3   Filed 03/15/16   Page 9 of 24
Exhibit 2 page  8

Since 2013, my time on Capitol Hill has been one of the most wonderful experiences of my life.  I feel very fortunate to have served the people of the First District of Kentucky alongside some of the most brilliant, dedicated, and kind hearted individuals I have ever known— and I am proud to call each of them my friends.  I'm also deeply honored to have served such a caring, kind, compassionate, and genuine boss, mentor, and friend in Congressman Ed Whitfield – the Distinguished Gentleman from Kentucky. I'll still be living on the hill, visiting Congressional offices, continuing work on my Master's at Wesley Seminary, and now spending a few days each week in Gaithersburg, MD.

The communications department will be left in the hands of veteran Team Whitfield member, Rob Hankins. Please feel free to reach out to him at Robert.Hankins@Mail.House.Gov (mailto:Robert.Hankins@Mail.House.Gov) on any press or media issues. I hope you will all keep in touch. For those of you who don't have it, my personal email is Marty@MartyIrby.com (mailto:Marty@MartyIrby.com) and my cell phone number is 615-796-1509 (tel:615-796-1509).

If any of you are up for celebrating tonight and looking to enjoy a nice beverage or two, we will be at Union Pub beginning at 6:00pm this evening!

Ciao,

Marty

**Marty Irby**
**Communications Director**
**Agriculture Policy Advisor**
 Office of Congressman Ed Whitfield (KY-01)
Chairman of the Subcommittee on Energy & Power
2184 Rayburn House Office Building | Tel: 202.225.3115 (tel:202.225.3115) | Fax: 202.225.3547 (tel:202.225.3547)
Washington, D.C. 20515
Marty.Irby@Mail.House.Gov (mailto:Marty.Irby@Mail.House.Gov) / http://whitfield.house.gov (http://whitfield.house.gov/)



Like 284    Tweet

0 Comments (http://www.cavalrygroupnews.com/the-cavalry-group/marty-irby-leaves-whitfield-to-work-at-hsus#comments)

### McDonald's move to cage-free eggs is a tipping point for the industry (http://www.cavalrygroupnews.com/the-cavalry-group/mcdonalds-move-to-cage-free-eggs-is-a-tipping-point-for-the-industry)

10/2/2015
1 Comment (http://www.cavalrygroupnews.com/the-cavalry-group/mcdonalds-move-to-cage-free-eggs-is-a-tipping-point-for-the-industry#comments)

**BY GEOFFREY MOHAN, THE LOS ANGELES TIMES**
**SEPTEMBER 29, 2015**

Will the next egg you crack come from a chicken raised in a roomier barn? Foodies and farmers are in unusual agreement on the answer: If not now, then soon enough. Both say McDonald's recent decision to transition to "cage free" eggs for its McMuffins and other menu items was a tipping point in the $9-billion egg industry, which still produces 96% of its eggs in barns full of stacked wire cages. It will be increasingly hard to ignore a buyer of 2 billion eggs, especially given that McDonald's joined a flock of companies that already made similar supply-line switches — including the top three cafeteria service companies, and fast-food competitors Burger King, Dunkin' Donuts and Starbucks.

group/category/cpwm)
Cuomo (/the-cavalry-group/category/cuomo)
DeBlasio (/the-cavalry-group/category/deblasio)
Endangered Species Act (/the-cavalry-group/category/endangered-species-act)
Equestrian Community (/the-cavalry-group/category/equestrian-community)
Farmers (/the-cavalry-group/category/farmers)
Federal Land (/the-cavalry-group/category/federal-land)
Fishing (/the-cavalry-group/category/fishing)
Governor Heineman (/the-cavalry-group/category/governor-heineman)
Grazing Rights (/the-cavalry-group/category/grazing-rights)
Horse Massage (/the-cavalry-group/category/horse-massage)
Horse Property (/the-cavalry-group/category/horse-property)
Horses (/the-cavalry-group/category/horses)
HSUS (/the-cavalry-group/category/hsus)
Humane Society Of The United States (/the-cavalry-group/category/humane-society-of-the-united-states)
Hunters (/the-cavalry-group/category/hunters)
Hunting (/the-cavalry-group/category/hunting)
Land Owners (/the-cavalry-group/category/land-owners)
Liam Neeson (/the-cavalry-group/category/liam-neeson)
Licensing (/the-cavalry-group/category/licensing)
Michigan (/the-cavalry-group/category/michigan)
Nebraska (/the-cavalry-group/category/nebraska)
Nevada (/the-cavalry-group/category/nevada)
New York (/the-cavalry-group/category/new-york)
New York Governor (/the-cavalry-group/category/new-york-governor)
NYC (/the-cavalry-group/category/nyc)
NYC Horse Carriages (/the-cavalry-group/category/nyc-horse-carriages)
NYClass (/the-cavalry-group/category/nyclass)

Since California passed a measure requiring more space for egg-laying hens in 2008, Washington, Oregon, Arizona, Michigan and Ohio have enacted laws regulating hen housing, while activists in Massachusetts have launched a similar measure aimed at the 2016 presidential ballot.

 "The McDonald's announcement really settles the debate as to whether there will be a future for cage confinement in the egg industry — the answer is no, there won't be," said Paul Shapiro, vice president of farm animal protection for the Humane Society of the U.S. "How quickly that will happen is now the real question."

 Ken Klippen, head of the National Assn. of Egg Farmers, agrees, but isn't exactly applauding the McDonald's decision. He penned an open letter to the company, challenging its assertion that it's more humane to give chickens more room, and reminding them that more manure may come into contact with eggs laid by hens that have access to floors. "I agree. This is a tipping point," Klippen said. "The egg farmers do want to respond to this because there is a segment of us that disagree with the merits behind that decision."

Glenn Hickman, though, isn't waiting to debate the merits. The Arizona-based egg producer, an indirect supplier to McDonald's, responded to the announcement with plans to build a modern, 2-million-hen facility. Hickman, like other West Coast producers already in the California market, has been moving toward roomier enclosures since Proposition 2 passed in November 2008.

California's Proposition 2, which took full effect in January, doesn't stipulate enclosure sizes. It requires that hens have the ability to turn around freely lie down, stand up and fully extend their limbs. The state Department of Food and Agriculture has since issued a rule requiring about 116 square inches per bird.

A 2010 law effectively expanded Proposition 2 to apply to all shell eggs sold in the state, which consumes roughly twice as many eggs as it produces. Before the law passed, Hickman housed several million chickens in the stacked wire enclosures known as battery cages, which leave each bird with less space than a sheet of photocopy paper.

 By December, 4 million of his projected 10 million laying hens will live in more spacious "enriched" enclosures with amenities such as perches, scratch areas and private areas to lay eggs. About 200,000 already are being raised organically in cage-free facilities, he said. "When it comes to harvesting an egg, whether the chicken can fly up or down or scratch or perch really doesn't upset the production of the egg," Hickman said. "As long as we can convince the consumer that those things cost a little bit extra but they're worth it — and we can sell the eggs for a profit — we're happy to do so."

Frank Hilliker, a San Diego County egg farmer with about 16,000 hens, once despaired at the prospect of culling his flock to comply with Proposition 2. He and his sister even considered selling the family property, which is surrounded by suburban development. Hilliker instead became a reluctant convert, focusing on the same farm-to-table niche that foisted the change on him. "I'm a pretty conservative guy," he said. "Most of these people I deal with aren't so conservative. We don't talk politics." Hilliker is constructing another modern barn and hopes to have as many as 50,000 laying hens by December, most of them in enclosures that are compliant with Proposition 2.

Large-scale egg producers in the Midwest also have shifted production. Indiana-based Rose Acre Farms Inc., with about 25 million hens, has committed to switching to more ample enriched environments in any new barn construction.

 The shift has driven up costs and widened the difference between wholesale prices in California and other markets, according to U.S. Department of Agriculture economists. The gap between California and New York, for example, rose to $1 in January, from a 12-cent differential in October 2014, according to the USDA. This week, the average wholesale price for a dozen white, large eggs hovered around $2.40 in California, up by $1.26 from this time last year, according to the USDA. The nationwide average was $1.78, up about 82 cents from the same period last year, according to the department.

 Much of the recent price escalation has been attributed to outbreaks of avian influenza this spring, which wiped out more than 42 million laying hens in the U.S. Midwest. The egg industry has warned of price shocks because of the cage-free craze. Hilliker, for example, said he lost several customers after he made his transition, among them a discount grocer who bought about $4,000 worth of eggs each week.

 Klippen said the industry will fight efforts to extend cage-free regulations. He publicly scolded McDonald's after its Sept. 9 announcement: "You may congratulate yourselves on this new policy, and animal activists will mark their score cards as accomplishing another defeat for egg farmers," he wrote. "The egg farmers themselves are wondering why anyone would want to revert to the former ways of producing eggs that was more stressful for the chicken and may compromise the quality and food safety of the eggs for their consumers." Klippen said McDonald's bowed to "a small group of consumers, who are sort of the animal activists."

 But neither Hickman nor Hilliker is turning back any time soon. "It's been a challenge going cage-free, but it's reinvigorated me, as a farmer," Hilliker said. When he goes into his barns on a given morning, Hilliker said, "I'll look, and say, oh my God, I can't believe I did this — and survived. And I'm building the next one."

Read more ~> http://www.latimes.com/business/la-fi-eggs-cages-20150922-story.html

Oklahoma (/the-cavalry-group/category/oklahoma)

Peta (/the-cavalry-group/category/peta)

Pet Store (/the-cavalry-group/category/pet-store)

Pet Store Ban (/the-cavalry-group/category/pet-store-ban)

Population Control (/the-cavalry/category/population-control)

Private Property (/the-cavalry-group/category/private-property)

Puppies (/the-cavalry-group/category/puppies)

PZP (/the-cavalry-group/category/pzp)

Ranchers (/the-cavalry-group/category/ranchers)

Range War (/the-cavalry-group/category/range-war)

Rep. Randy Neugebauer (/the-cavalry-group/category/rep-randy-neugebauer)

Richard Berman (/the-cavalry-group/category/richard-berman)

Santa Monica Mountains (/the-cavalry-group/category/santa-monica-mountains)

South Carolina (/the-cavalry-group/category/south-carolina)

Vet Board (/the-cavalry-group/category/vet-board)

Wolves (/the-cavalry-group/category/wolves)

🔝 RSS Feed (/1/feed)

Case 6.14-cv-02034-JSS   Document 92-3   Filed 03/15/16   Page 11 of 24

Exhibit 2 page  10

(http://www.latimes.com/business/la-fi-eggs-cages-20150929-story.html)



(http://www.thecavalrygroup.com)

Like  59        Tweet

1 Comment (http://www.cavalrygroupnews.com/the-cavalry-group/mcdonalds-move-to-cage-free-eggs-is-a-tipping-point-for-the-industry#comments)

**Lions, tigers, and bears attract state scrutiny**
**(http://www.cavalrygroupnews.com/the-cavalry-group/lions-tigers-and-**
**bears-attract-state-scrutiny)**

10/2/2015
0 Comments (http://www.cavalrygroupnews.com/the-cavalry-group/lions-tigers-and-bears-attract-state-scrutiny#comments)

BY JENNI BERGAL

Stateline.org

WASHINGTON ~ This summer, Milwaukee residents were captivated by reports of what appeared to be a lionlike creature roaming city neighborhoods. Authorities set up a dragnet and traps, but the big cat was never located.Wisconsin state Sen. Van Wanggaard, a Republican, wasn't surprised to hear of a wandering wild feline. He already was so concerned about the threat posed by dangerous exotic pets that he'd been crafting a bill to limit private ownership of them.

Wanggaard wants his state to join dozens of others that have passed laws banning or regulating big cats, bears, apes and other exotic pets, which animal welfare advocates say can threaten public safety when they escape and are at risk of being poorly cared for by private owners.

Although it's difficult to determine exactly how many exotic creatures are privately owned, the Humane Society of the United States says they are part of a multibillion-dollar industry. Born Free USA, a wildlife conservation and animal welfare group opposed to private ownership, estimates that between 10,000 and 20,000 big cats alone are in private hands in the U.S. And because the federal government largely leaves it to the states to regulate exotic animals, legislatures have been grappling with the issue.

Since 2013, legislation that deals with exotic pet ownership has been proposed in more than a dozen states, including Wisconsin, according to Born Free. Of the 22 measures filed, 18 have failed and two have passed, including one that created an exemption allowing the owner of a Louisiana truck stop to keep his tiger, Tony, as a roadside attraction. Two remaining measures are pending, including Wanggaard's in Wisconsin and another in Pennsylvania.

Opponents say many owners are ill-equipped to house and care for exotic pets, putting them in cages and enclosures that don't meet the creatures' basic needs.

"Wildlife belongs in the wild. It's risky for everyone involved," said Kate Dylewsky of Born Free. "It's cruel to the animals to keep them in confinement, often isolated from members of their own species. And most people don't have knowledge or the resources to care for these animals properly."

Many exotic pet owners, breeders, private zoos and sanctuaries disagree. They say that state bans can hurt efforts to protect animals. And, some argue, the states shouldn't meddle with an individual's decision about what kinds of pets to keep.

Good regulations could help protect these animals, said Lynn Culver, executive director of the Feline Conservation Federation, which represents owners, breeders, private zoos and sanctuaries that keep wild cats. "But these (ban) laws are designed to stop future generations and clamp down on current populations."

Culver said exotic animals need to be kept in captivity so they can breed. "They are the offspring of animals that were taken out of the wild. We're morally obligated to manage them responsibly for future generations."

Federal laws restrict the sale and transportation of some exotic and wild animals, but don't generally address private

Case 6:14-cv-02034-JSS   Document 92-3   Filed 03/15/16   Page 12 of 24
Exhibit 2 page  11

ownership. That falls to the states, which take a variety of approaches.

Some state laws specify which species are banned or regulated. The Wisconsin proposal lists several types of exotic animals that would be considered dangerous - including non-native big cats and bears, gorillas, chimpanzees, alligators and crocodiles. Others are more general, said David Favre, a professor at the Michigan State University College of Law and director of the Animal Legal & Historical Center, a website devoted to animals and the law.

"It usually takes some horrible event in a state, where people say, 'How did you let this happen?' for the legislature to act," Favre said.

That's what occurred in Zanesville, Ohio, after a suicidal man released more than 50 big cats, bears, primates and wolves in 2011. Police and animal control officers tried to use tranquilizers, but couldn't control the situation and were forced to kill most of the animals.

At the time, Ohio had no law dealing with dangerous exotic pets. After the Zanesville incident, the Legislature in 2012 banned their possession or acquisition. Those who already owned such pets were allowed to keep them, but they had to apply for permits and comply with safety and care standards.

In Connecticut, the Legislature amended its law in 2009 to ban the private ownership of some primates after an incident that year in which a woman was blinded, lost both hands and had much of her face ripped off by her friend's 200-pound pet chimp.

Wisconsin is one of five states without a law regulating the private ownership of dangerous exotic animals, according to Born Free. Fourteen states require licenses or permits. Twelve allow ownership of some exotic animals but prohibit others. And 19 have bans on a number of species.

Last year, West Virginia, which had not had a law, passed a measure that prohibited private possession of lions, tigers, bears, elephants and most primates. Owners were grandfathered in, provided they are registered. The rules went into effect earlier this year.

"When you don't have any checks and balances in place, it was wide open for people bringing these exotic animals into our little state," said former Democratic Del. Randy Swartzmiller, who introduced the bill. "The majority of the Legislature saw this as a bill that was not only going to protect people but also the well-being of these animals."

But bills restricting or regulating exotic animal ownership often die in state legislatures. This year, six measures failed - in Indiana, Kansas, North Carolina, Oklahoma, Virginia and Wyoming - according to Born Free.

"In some of these states, it's very hard to have a conversation about it," said Born Free's Dylewsky.

To pass laws, legislators and the public often must be educated about the potential threats to public safety and the animals' well-being, said Nicole Paquette, vice president of wildlife for the Humane Society. Also, debates about which animals should be covered by new laws are usually heated.

Zuzana Kukol, co-founder of REXANO, or Responsible Exotic Animal Ownership, a nonprofit that advocates for exotic pet owners' rights, opposes bans, saying they don't really work. "Do bans on drugs or prostitution work? If people want it, they're going to get it."

Kukol, who with her fiance lives in rural Nevada and owns lions, tigers, bobcats, cougars and other exotic animals, dismisses the public safety argument. "The regular population isn't getting killed by tigers and lions on the way to the store," she said. "They're much more likely to be killed by a drunk driver."

Kukol said that many counties and cities already have regulations governing exotic animal ownership. In her area, she said, the county does an inspection every year and requires her to get an annual permit.

"I don't think states should micromanage," Kukol said. "They should take care of the roads, not worry about exotics. They are not telling me how many dogs or horses I can have."

Wanggaard, who introduced the Wisconsin measure in August, points to a case in Kenosha two years ago. Police were called to a house where they found five rattlesnakes, a crocodile, two alligators and a poisonous Gila monster, and, dead in the backyard, an alligator and a snake. While these types of incidents have cropped up over the years, Wanggaard said, the recent Milwaukee lion scare might be the impetus needed to pass legislation.

Under his proposal, private possession of many dangerous exotic animals would be prohibited. Those who already own them would be able to keep them - but not to acquire any others - if their municipality allows it and they are registered. The proposal would exempt accredited zoos, wildlife sanctuaries and circuses.

A police officer for 30 years, Wanggaard said that he recalls times when police would respond to domestic violence calls and, arriving at a home, find a bear or an 8-foot alligator. "Not only is it dangerous for the officer, but these animals often

Case 6:14-cv-02034-JSS   Document 92-3   Filed 03/15/16   Page 13 of 24
Exhibit 2 page  12

aren't being maintained in a humane way."

Wanggaard said that exotic pets also put a strain on emergency services, noting that in Milwaukee this summer, 30 or 40 officers were busy trying to corral the lion.

Wanggaard, who is vice chairman of the Senate majority caucus, said that if his bill becomes law, authorities will have a better handle on where exotic animals are located and whether they're legally allowed.

"We have hours of discussion in our towns and villages about somebody raising five chickens in their backyard," he said. "We're regulating that, but we won't regulate it if you have a lion or a baboon in your basement."

Read more here: http://www.mercedsunstar.com/living/pets/article37174974.html#storylink=cpy

Like  64          Tweet

0 Comments (http://www.cavalrygroupnews.com/the-cavalry-group/lions-tigers-and-bears-attract-state-scrutiny#comments)

## Real-estate mogul may have hired PIs to tail horse-carriage drivers (http://www.cavalrygroupnews.com/the-cavalry-group/real-estate-mogul-may-have-hired-pis-to-tail-horse-carriage-drivers)
6/14/2015
0 Comments (http://www.cavalrygroupnews.com/the-cavalry-group/real-estate-mogul-may-have-hired-pis-to-tail-horse-carriage-drivers#comments)

by Amber Jamieson

A deep-pocketed animal-rights activist paid a team of private eyes to spy on Central Park horse carriage drivers for three months in the hope of catching them breaking the law.

Up to six gumshoes would camp outside Manhattan horse stables at 5:30 a.m. and follow drivers all day, sometimes until after midnight, confirmed Mike Ciravolo, an exec at celebrity investigative firm Beau Dietl & Associates.

The Post revealed in January that horse drivers were concerned about mysterious men in black sedans (http://nypost.com/2015/01/04/pis-tailing-central-park-carriage-horse-drivers/) with video cameras tailing them.

"It was unnerving," said carriage driver Bryan Northam.

Drivers thought the PIs had stopped in late December, but Ciravolo said the surveillance continued until February.

Ciravolo wouldn't reveal who hired his company or for how much. Past clients of the firm founded by famed ex-NYPD Detective Bo Dietl have paid upwards of $250 per hour.

Drivers suspect the surveillance operation was the work of real-estate mogul Steve Nislick, the co-founder of NYCLASS, a group trying to ban horse carriages.

When confronted by The Post, Nislick said he knew about the video. Asked if he funded the surveillance, he replied, "I'll get back to you." He never called back.

Read more (http://nypost.com/2015/06/14/real-estate-mogul-may-have-hired-pis-to-tail-horse-carriage-drivers/)

Like  1          Tweet

0 Comments (http://www.cavalrygroupnews.com/the-cavalry-group/real-estate-mogul-may-have-hired-pis-to-tail-horse-carriage-drivers#comments)

## Livestock Protection Bill (Ag-gag) Passes in North Carolina (http://www.cavalrygroupnews.com/the-cavalry-group/livestock-protection-bill-ag-gag-passes-in-north-carolina)
6/4/2015
0 Comments (http://www.cavalrygroupnews.com/the-cavalry-group/livestock-protection-bill-ag-gag-passes-in-north-carolina#comments)

By Mark Binker and Laura Leslie

Case 6:14-cv-02034-JSS   Document 92-3   Filed 03/15/16   Page 14 of 24

RALEIGH, N.C. — Both the state House and Senate voted Wednesday to override Gov. Pat McCrory's veto of House Bill 405, a law that proponents say protects private property rights but opponents say muzzles whistleblowers.

Dubbed an "ag-gag" measure by its critics, the bill gives businesses the right to sue employees who expose trade secrets or take pictures of their workplaces. Animal rights groups say the measure is aimed at curbing the kind of undercover investigations that have exposed abusive practices in factory farms and slaughterhouses.

"Whistleblowers are protected in this bill," Sen. Brent Jackson, R-Sampson, said on the floor of the Senate during a brief debate Wednesday afternoon.

Senators voted 33-15 to override the veto less than hour after members of the House voted 79-36 to pass the measure not withstanding the governor's objections. The bill will become law Jan. 1.

When McCrory vetoed the bill, he said he agreed with the goal of curbing the practice of people who get hired merely so they can film undercover or gather corporate documents.

"While I support the purpose of this bill, I believe it does not adequately protect or give clear guidance to honest employees who uncover criminal activity," McCrory wrote in his veto message.

Journalism groups and the AARP made similar arguments, saying that the bill would apply to all employers, not just the agriculture industry. Industry workers, they say, could be discourage from coming forward with evidence of elder abuse.

"To give one relevant example, allegations surfaced last year that employees at Veterans Affairs facilities in North Carolina had been retaliated against for whistleblowing," wrote Steven Nardizzi, chief executive of the Wounded Warrior Project. "As an organization dedicated to honoring and empowering injured service members, we are concerned that this legislation might cause wrongdoing at hospitals and institutions to go unchecked."

House sponsors said that critics of the bill were wrongly characterizing it.

"It doesn't stop good employees from reporting illegal activities to other authorities," Rep. John Szoka, R-Cumberland, said on the House floor.

Those "authorities" would include law enforcement and regulatory agencies. It's unclear what might happen if a worker were to expose a practice to a journalist and whether that journalist would be liable. That's among the technical flaws opponents have said they wold like to fix.

"Some tweaking of this may well be in order," said Rep. John Blust, R-Guilford. "I hope we can find a vehicle for it this session, but I'm not willing to along with what I believe is misinformation."

It's not uncommon, Blust and Szoka pointed out, for lawmakers to pass separate "technical corrections" bill to fix legislation that has already passed.

But Rep. Becky Carney, D-Mecklenburg, said that the governor's veto had given lawmakers the chance to start over and get the bill right to begin with.

"If there is a major doubt, we have a chance to slow it down," Carney said. "Let's take it back. Let's get it right. Fix those corrections in a real bill that we can all wrap our hands around."

In the end, Republican backers of the measure said it was important to protect businesses from bad actors and voted to pass the bill over McCrory's objections.

"We need to vote for this because it has gotten out of control what some so-called employees have done to businesses," said Rep. Pat McElraft, R-Carteret.

The move drew a quick rebuke from animal rights groups.

"Not only will this ag-gag law perpetuate animal abuse, it endangers workers' rights, consumer health and safety, and the freedom of journalists, employees, and the public at large to share information about something as fundamental as our food supply. This law is bad for consumers, who want more, not less, transparency in food production," said Nathan Runkle, president of Mercy For Animals.

Read more at http://www.wral.com/lawmakers-override-mccrory-veto-on-controversial-private-property-bill/14687952/#zdZcdm7TGTWi6DIx.99

Like  123    Tweet

0 Comments (http://www.cavalrygroupnews.com/the-cavalry-group/livestock-protection-bill-ag-gag-passes-in-north-carolina#comments)

## Vigilante Squad Terrorizes Elderly Couple (http://www.cavalrygroupnews.com/the-cavalry-group/vigilante-squad-terrorizes-elderly-couple)

5/29/2015

1 Comment (http://www.cavalrygroupnews.com/the-cavalry-group/vigilante-squad-terrorizes-elderly-couple#comments)

On April 7th in Kankakee County, a private animal rights vigilante group conducted a raid of an elderly couple, forcibly taking their business away from them.  The Animal Rescue Corps (ARC) is a private self-styled SWAT team run by high school dropout Scotlund Haisley who operates nationwide stealing animals from their legal owners and flipping them for resale.  Haisley who pays himself a yearly salary of $90,000+ out of ARC funds, claims he is simply an animal lover "saving" animals, but he has no legal authority for any of his actions.  In the Kankakee County raid, Haisley and his volunteer supporters accompanied two animal control officers to execute a search warrant on Adrian's Puppy Paradise, owned by Adrian and Louise Gutierrez.  Animal rights activists claim the business is a puppy mill to justify their theft of private property.  The problem is, Kankakee County Animal Control Officers have no law enforcement authority to serve search warrants on licensed businesses either.  The search warrant and resulting raid was illegally carried out.  The resulting physical intimidation and coercion used to get this frail elderly couple to sign over their business to Haisley was also illegal.

Fox 32 interviewed Haisley (http://www.myfoxchicago.com/story/29059801/controversy-surrounds-puppy-mill-raid-conducted-by-private-agency) and quoted him as saying, "It is our belief she shouldn't be in operation.  These conditions were extremely inhumane as well as illegal."

These activists would have you believe that the Gutierrez family deserve to lose their business in an armed SWAT style raid simply because they are opposed to dog breeding in America.   They throw around terms like puppy mill to sway your emotions and ignore the profit motive behind their actions.  ARC is run out of a UPS Mail Drop in Washington, DC, and cleared $465,388 in 2013, all tax free.  They do not run an animal shelter, have no law enforcement authority and founder Haisley has no documented education in animals.   What is illegal in this situation is ARC's actions and the two animal control officers who participated in this SWAT raid of an elderly couple.

In most illegal raids like this across America, the animals are flipped and resold in less than a week while the thieves run marathon fundraising scams off the media coverage of a puppy mill bust.  Americans open their wallets and give donations of millions of dollars to animal rights groups believing they are helping to save a needy animal and the majority of which is simply pocketed by illiterate thugs like Haisley.

ARC is nothing more than a group of adrenaline junkies, led by a high school dropout, and backed by Hollywood money.  In fact, Haisley was sued over an illegal raid of a South Dakota dog breeder back in 2009.   In the court documents he admitted that he is in this business because it gets him better lap dances from strippers.   In another raid in 2011, Haisley stole an aviary of exotic birds in Tennessee and turned over some of the birds to one of his pet flipping resale partners called The Bailey Foundation of Maryland, run by Beth Lindenau.  Just over a year later, 40 dead animals were discovered in Lindenau's home.  Haisley is on record saying that the bird raid in TN was justified because, he said, "These are the worst conditions for bird's I've ever seen."   He said nothing when his partner, Beth Lindenau was found to have killed some of them.

Adrian's Puppy Paradise was licensed and inspected by the Illinois Department of Agriculture, passing numerous government inspections over a fifteen year period.   If the Illinois Ag Department couldn't find anything wrong with the Gutierrez business, then what right does Haisley have to run to the media and slander their reputations?  In the old days, Haisley would have been drawn and quartered as a thief.  Today he hangs out with Hollywood celebrities while his victims hide in their homes in fear.

*Katharine Dokken is a Public Affairs Specialist at The Cavalry Group and the  author of a new book, The Art of Terror:  Inside the Animal Rights Movement (http://www.amazon.com/The-Art-Terror-Inside-Movement/dp/0985671424), available on Amazon. Follow @KatharineDokken*

Read more at http://joeforamerica.com/2015/05/vigilante-squad-terrorizes-elderly-couple/

Like  0          Tweet

1 Comment (http://www.cavalrygroupnews.com/the-cavalry-group/vigilante-squad-terrorizes-elderly-couple#comments)

## Poaching America's Traditions: When Animal Extremists Attack (http://www.cavalrygroupnews.com/the-cavalry-group/poaching-americas-traditions-when-animal-extremists-attack)

5/7/2015

0 Comments (http://www.cavalrygroupnews.com/the-cavalry-group/poaching-americas-traditions-when-animal-extremists-attack#comments)

If you're like me, you may have an uncontrollable nostalgia for things that impacted your childhood. On Thursday, March 5, I picked up my iPhone to read my morning

Case 6:14-cv-02034-JSS   Document 92-3   Filed 03/15/16   Page 16 of 24



news alerts and saw the headline, "Ringling Bros. eliminating elephant act."

It took a few moments for this to sink in. When it did, I realized a special childhood memory of watching elephants march down Main Street in Pine Bluff, Arkansas and seeing my first circus show with my grandfather would never be one I would share with my sons, at least not in the same way. I also realized animal rights extremists had just landed a blow to my family and me I hadn't seen coming.

Who knows what may be the next target of these groups, which would rather see an elephant die from poaching than be cared for by a circus or zoo.

Sadly this news likely went unnoticed by the majority of Americans, or those that heard it mistakenly may have thought that the decision to retire elephants is cultural progress and an actual victory.

Think again -- as a lifelong conservationist and hunter that has been blessed to be on the front lines of shaping conservation policy for over two decades as a Congressional staffer, presidential Appointee, and lobbyist for several national conservation organizations, I know firsthand the devastation these extremists have had on America's conservation legacy.

Well-funded, politically active groups like the Humane Society of the United States (HSUS) use any means necessary to put an end to the traditions we cherish through the use of frivolous lawsuits and judicial action.

They use the courts instead of relying on science-based wildlife management to advance their agenda.

It's worth noting that Feld Entertainment, the parent company of Ringling Bros., has fought a number of these frivolous lawsuits, winning every one and receiving $25.2 million in settlements from animal rights groups.

Until now I have associated these extremists' impact on my life as being limited to my love of the outdoors as a hunter, and my concern with my ability to pass those traditions on to my children.

For years I've watched the devastating effects of their propaganda machine as it seeks to criminalize hunters, eliminate access to favorite public hunting grounds through endless legal challenges and tie the hands of public land managers and state wildlife officials, forcing them to forgo science and in turn deterring sportsmen and their future personal investments in conservation. *The number one reason for the decline in hunters is the lack of access.*

Taking a moment to put things into historical perspective, the idea of conservation "protecting wildlife" in America began with members of the hunting community, who introduced game laws and programs to protect our natural resources, eventually leading to the creation of state and federal wildlife agencies. This same community led the charge in passing taxes to fund our conservation system, which serves as a model for the world. America's 13.7 million hunters contribute over $38.3 billion annually to the U.S. economy, and create over 681,000 jobs.

Despite extremists claiming that they're "speaking for" the interest of animals, the record shows that they are doing nothing more than lining their pockets and restricting our interactions with wildlife.

Year after year extremist groups like HSUS get C and D grades from the American Institute of Philanthropy for spending as little as 55 percent of money raised on their stated mission.

HSUS raises over $110 million annually, yet only spends $40,000 on African elephants grants. The same holds true for the Asian elephant--rather than spending their budget to help animals, they're spending it fighting groups like Ringling Bros. and sportsman's groups like Safari Club International that are actually investing in conservation. **Read more** (http://www.foxnews.com/opinion/2015/05/05/poaching-americas-traditions-when-animal-extremists-attack/)

Like 1     Tweet

0 Comments (http://www.cavalrygroupnews.com/the-cavalry-group/poaching-americas-traditions-when-animal-extremists-attack#comments)

### JUDGE ORDERS ANIMALS RETURNED TO STONY RIDGE EXOTIC ANIMAL FARM (http://www.cavalrygroupnews.com/the-cavalry-group/judge-orders-animals-returned-to-stony-ridge-exotic-animal-farm)

1/28/2015
0 Comments (http://www.cavalrygroupnews.com/the-cavalry-group/judge-orders-animals-returned-to-stony-ridge-exotic-animal-farm#comments)

By Barton C. Jame (http://www.foxnews.com/archive/barton-james)s
Published May 05, 2015 FoxNews (http://www.foxnews.com/)

STONEY RIDGE, OH (Toledo News Now) -A judge has ordered the state of Ohio to return exotic animal seized from the Tiger Ridge Exotics animal farm in Stony Ridge Wednesday to the farm.

The Ohio Department of Agriculture seized all but one of the animals from the Tiger Ridge exotic animal farm on Wednesday.

After the animals had already been taken from the farm Wednesday, a Wood County Common Pleas Court judge ordered them returned. The Ohio Department of Agriculture says the animals will be returned sometime Thursday. A hearing in the matter has been set for Feb. 10 at 1 p.m.

The facility houses six tigers, a lion, a black lion and Kodiak bear. Owner Kenny Hetrick has been in talks with the state for years (http://www.toledonewsnow.com/story/27609759/tiger-ridge-exotics-owner-waiting-on-word-from-dept-of-agriculture?client), working to make the farm meet new regulations.

Ohio enacted strict new regulations on the owners of exotic animals after aZanesville man set loose dozens of exotic animals in 2011 (http://www.toledonewsnow.com/story/15726013/dangerous-exotic-animals-loose-near-zanesville-oh?client).

After that law passed in 2012, Hetrick says he has made changes to meet state requirements, such as obtaining a half-million dollar insurance policy, microchipping each animal, neutering them and adding fencing. Hetrick says the upgrades were made possible through donations and volunteer help.

But the state said those upgrades were not enough to meet the law's requirements. An Ohio Department of Agriculture spokesperson said Wednesday that the state chose to seize the animals because cages at the facility are not appropriate for the animals held there.

The state had said it planned to transport the animals to Reynoldsburg, Ohio before finding them new homes. Now a court will decide if Hetrick gets to keep the exotic animals. link (http://www.toledonewsnow.com/story/27961633/wood-county-sheriff-state-seizing-all-animals-from-stony-ridge-exotic-animal-farm?clienttype=generic)

*Toledo News Now has a crew on the scene and will bring you the latest details as soon as they become available.*

Like  1      Tweet

0 Comments (http://www.cavalrygroupnews.com/the-cavalry-group/judge-orders-animals-returned-to-stony-ridge-exotic-animal-farm#comments)

## Endangered Species Act Under Scrutiny by GOP House Committee (http://www.cavalrygroupnews.com/the-cavalry-group/endangered-species-act-under-scrutiny-by-gop-house-committee)
9/12/2014
0 Comments (http://www.cavalrygroupnews.com/the-cavalry-group/endangered-species-act-under-scrutiny-by-gop-house-committee#comments)



The House Natural Resources Committee has a busy week scheduled as lawmakers are back in Washington after the August recess.  See Committee Here

The panel has hearings scheduled on GOP-backed measures to reform the Endangered Species Act and streamline environmental review for water storage. It will also grill the Fish and Wildlife Service and the Interior Department's inspector general.

Among the bills are proposals to restrict the Interior Department's ability to settle endangered species lawsuits, to require economic analysis before an endangered species is designated and to allow states to implement protective measures before the federal government acts to designate a species.

Six Endangered Species Act bills will be subject to a legislative hearing Tuesday.

Many of the measures were included in a comprehensive bill of conservative Endangered Species Act reform measures passed by the full House shortly before the August recess.

The panel has been working throughout the year on reforming the law to reduce burdens to states, landowners and businesses.

The committee will hear from local officials from western states, experts, federal officials and conservation advocates.

Fish and Wildlife Service Director Daniel Ashe will join the panel for a Wednesday hearing where criticisms of the Obama administration's enforcement of wildlife laws are expected, especially as they relate to energy

Case 6:14-cv-02034-JSS   Document 92-3   Filed 03/15/16   Page 18 of 24

production. Hilary Tompkins, Interior's solicitor general, will also answer questions about how the department handles lawsuits.

The full committee will meet Monday in Pennsylvania about the conservation status of the long-eared bat and Thursday for a hearing on Interior's inspector general, who the panel said has failed to comply with subpoenas regarding recent investigations.

Various subcommittees will hold hearings on bills related to public lands, surface water storage and consultation with Indian tribes.

On the other side of Capitol Hill, the Senate Environment and Public Works Committee on Tuesday will consider whether to confirm Jeffrey Baran and Stephen Burns, President Obama's nominees for the Nuclear Regulatory Commission.

Monday, Sen. Ben Cardin (D-Md.), chairman of the committee's subpanel on water and wildlife, will hold a hearing in Annapolis, Md., on efforts to restore the Chesapeake Bay. The subcommittee will hear from representatives of the Environmental Protection Agency (EPA) and the National Oceanic and Atmospheric Administration, along with officials from states in the bay's watershed.

The House Energy and Commerce Committee Subcommittee on Energy and Power will hear Tuesday from state officials about the impact of the EPA's proposed rule to limit carbon pollution from power plants. Texas, Montana, Arizona, Indiana, Rhode Island, Maryland and Washington will all send representatives.

The House Rules Committee will meet Monday to discuss whether to bring legislation to the House floor to block the EPA's Waters of the United States rule, which would redefine the federal government's jurisdiction for the Clean Water Act. The Transportation and Infrastructure Committee passed the bill in July.

Off Capitol Hill, the Brookings Institution will hold an event Tuesday on the United States' ban on crude oil export, and its implications for the country's energy security.

Larry Summers, former president of Harvard University and secretary of the Treasury, will give the opening remarks.

The International Water Resource Economics Consortium will hold its 11th annual meeting at the World Bank headquarters from Sunday to Tuesday.

The World Resources Institute will hold a briefing and webinar Thursday to present its new report on how the lack of freshwater availability could impact shale oil and gas development.    Read Original Article (http://thehill.com/policy/energy-environment/216907-week-ahead-house-returns-to-target-energy-environmental-regs)

Read the opposing view from the environmental extremists and the Center for Biological Diversity   HERE (http://www.biologicaldiversity.org/news/press_releases/2014/endangered-species-act-09-08-2014.html)

Like  ♥ 0         Tweet

0 Comments (http://www.cavalrygroupnews.com/the-cavalry-group/endangered-species-act-under-scrutiny-by-gop-house-committee#comments)

<<Previous (/the-cavalry-group/previous/2)

G+1  4        More     Next Blog»                                                                                    Create



## Visit The Cavalry Group Website

Showing posts with label **Iowa**.   **Show all posts**

MONDAY, JUNE 1, 2015

### Private Property: The Real Endangered Species?

In 1973, Congress passed and President Nixon signed into law the Endangered Species Act (ESA) with the intent of protecting threatened species such as the bald eagle. Since then, close to 2,000 species and subspecies (1,400 of which are in the United States), have been added to the listing under the Endangered Species Act.

While the original Act was well intended, the Endangered Species Act has become the Trojan horse that sneaks in property-thieving regulations and a "sue and settle" lawsuit scheme while pretending to be beneficial to conservation. This threat to animal owners, animal based businesses, and private property has expanded significantly in recent years with animal rights groups hijacking the conservation aspect of the ESA to advance their radical agenda.

These groups make up a $400 Billion global coalition of organizations that raise money under the guise of promoting the welfare of animals, while using that money to buy lawyers and lobbyists to fund misleading, emotionally driven campaigns to pit the public against animal owners and breeders.

The Animal Legal Defense Fund (ALDF) is one such radical animal rights group based in San Francisco that files lawsuits against privately owned animal businesses with no intent of winning in court. Rather, the lawsuits are used to propagate a false narrative against their targets (typically animal based small business owners) in order to force them out of business. Instead of doing the work of raising, breeding, and caring for animals, the victims of these lawsuits must spend scarce resources on lawyers and public relations experts to clear their good name, and defend their livelihoods and their animals. Many cannot afford this burden and simply close up shop.

Recent reports from the House Committee on Natural Resources have uncovered that an entire cottage industry exists around filing lawsuits based on the ESA. As a result, funds that were once intended to be used to protect species in danger of extinction are now being diverted to fund frivolous lawsuits against animal owners who are the targets of extremist animal rights groups.

In addition, government bureaucrats often act unlawfully through a tactic called "sue and settle." They settle litigation with their allies in environmental and animal rights groups behind closed doors in a way that advances the activist's radical agenda, and in the process block out citizens, states, and local governments affected by their decisions and their subsequent rules and regulations.

This "sue and settle" tactic funnels millions of settlement dollars from the Federal Government to the animal rights and environmental activists to fund their continuing efforts to game the system and wrongfully attack animal enterprise ultimately. The result is the destruction private property, businesses and lives.

### CONTACT FORM

Name

Email *

Message *

[ Send ]

### LINK TO HOME PAGE

**WEBSITE HOME CLICK HERE**

### FOLLOW BY EMAIL

[ Email address... ]

### SUBSCRIBE TO

Posts

All Comments

### FOLLOW US ON TWITTER

One such victim of these attacks is Pam and Tom Sellner, owners of Cricket Hollow Zoo in Iowa, are one of many faces of victims of these attacks. Pam and Tom have been bringing joy to families for years with their privately owned collection of tigers, lions, pumas, and other exotic animals. Their zoo provides learning opportunities for students in rural Iowa who may otherwise not have access or contact with these animals. However, that will never satisfy the animal rights extremists who believe that these animals don't belong in captivity.

Tom and Pam are now faced with mounting legal fees to fight this frivolous lawsuit from an animal rights activists group (ALDF) radically out of step with American values, but funded and well staffed with attorneys to do the dirty work. The Sellers are just one of the many faces of the victims of ESA-based lawsuits that have sprung up across the country.

While well intentioned when written over forty years go, the ESA has become a weapon for lawyers to beat small animal businesses over the head, all at the taxpayer expense.

Ultimately, the abuse of power under the ESA puts at risk the very animals it was intended to protect, as private property rights are trampled under the hooves of this Trojan Horse, and the system attacks the animals it was intended to protect.

Animal rights groups are using the ESA and our court system as a weapon to destroy those who aren't in line with their ideology. If this works on animal enterprise, what is next?

*Mindy Patterson is the President of The Cavalry Group, a member based company protecting and defending the Constitutional and private property rights of law abiding animal owners, animal-related business, hunters, and agriculture concerns legally and legislatively nationwide.*

*Follow on Twitter: @TheCavalryGroup  @cowgirlathart*

You can read this article and more at JoeforAmerica.com click here



Posted by The Cavalry Group at 6:37 AM      No comments:    Links to this post

 Recommend this on Google

Labels: ALDF, animal enterprise, Animal Enterprise Terrorism, Animal Legal Defense Fund, Congress, Cricket Hollow Zoo, Endangered Species Act, House Committee on Natural Resources, Iowa, Sellner

Home                                                                                    Older Posts

Subscribe to: Posts (Atom)

## Tweets by @TheCavalryGroup

 **The Cavalry Group**
@TheCavalryGroup

#CALIFORNIA RESIDENTS: TAKE ACTION TO OPPOSE HR 28 the-cav group.rallycongress.com/19557/califo #TheCavalryGroup

 **The Cavalry Group**
@TheCavalryGroup

Socialism a threat to our food supply wp.me/p7bFZ4-fw via @wordpressdc

SOCIALISM A THREAT TO
wentworthreport.com

The Cavalry Group Retweeted

 **Beth Ann**
@CscBeth

What a fantastic show!! 11 callers: 9 states represented!!
csctalkradio.com/podcast/what-d...

Embed                        View o



There was an error in this gadget

### BLOG ARCHIVE

▼ 2016 (1)
  ▼ 01/24 - 01/31 (1)
    Animal Rights and You: Usin Americans Love for An...
► 2015 (10)
► 2014 (7)
► 2013 (9)
► 2012 (15)
► 2011 (16)

### LABELS

101 Damnations (1)
Ag-Gag (2)
Agenda 21 (2)
Agriculture (7)
Agriculture Appropriations Bill (1)
ALDF (3)
ALF (1)
American Sporting Dog Alliance (1
Animal Abuse (3)
Animal Agriculture (5)
Animal Control (1)
animal enterprise (2)
Animal Enterprise Terrorism (3)
Animal Legal Defense Fund (1)
Animal Liberation Front (2)
animal ownership (5)
Animal Planet (1)
Animal Rescue (1)
Animal Rescue Corps (1)
animal rights (24)
Animal Welfare Act (3)
APHIS (8)
ARC (1)
ASPCA (7)

ballot initiative (2)
Bears (1)
Bold Native (1)
Brakke (2)
Breitbart.com (1)
California (1)
Capitol Hill (1)
City Pages (1)
Congress (2)
Cricket Hollow Zoo (1)
CWD (2)
Dairy Farmers of America (1)
Dave Coburn (1)
DeBlasio (1)
Deer Farm (2)
Deer Hunting (2)
Department of Justice (2)
DNR (1)
dog breeders (5)
dog breeding (1)
Domino's (1)
Doris Day Animal League (1)
Economy (1)
Edward Mainwaring (1)
Egg Bill (1)
Elephants (1)
Endangered Species Act (1)
Environment (2)
Excessive Lobbying (3)
Exotic Animals (5)
Extinction (1)
Extremists (2)
Facebook (1)
Fairfax County (1)
FOIA (1)
food (1)
Founding Fathers (1)
Frank Losey (11)
Freedom (1)
Global Animal Partnership (1)
government overreach (1)
Governor Haslam (1)
Governor Jindal (1)
Governor Nixon (1)
HB 1191 (1)
Horse Carriages of New York (1)
horse slaughter (2)
House (1)
House Committee on Natural Resc
HSLF (2)
HSUS (43)
HSVMA (1)
Humane Society of the United Stat
hunting (2)
Income Inequality (1)
Indiana (1)
Indianapolis (1)
Indoctrination (1)
infiltration (1)
Investigation (1)
Iowa (1)
IRS (5)
Jason Anthony (1)
JP Goodwin (1)
Kankakee (1)
Katherine Dokken (1)

Kelly Morgan (1)

Kenny Hetrick (1)

Kim Wolsiffer (1)

Kristy Maureen Marion (1)

Land Trust (1)

law (1)

lies (1)

Lions (1)

Lobbying Disclosure Act of 1995 (1

Loos Tales (1)

Louisiana (1)

Maurice Strong (1)

Mayor (1)

Measure 5 (1)

Meatless Mondays (1)

Mercy for Animals (1)

Michael Markarian (1)

Michael Sandlin (1)

Mindy Patterson (1)

Minnesota (1)

Missouri (4)

Miyun Park (1)

Nancy Perry (1)

National Sheriffs Association (1)

Nebraska State Fair (1)

New York City (1)

Nislick (1)

Norma Worley (1)

North Dakota (1)

North Dakota Animal Stewards (1)

NYC (1)

NYClass (1)

Obama (1)

OIG (1)

overreach (1)

pet breeders (2)

PETA (5)

Philip Christofanelli (2)

Politics (1)

Predators of the Heart (1)

Private Property (2)

Prop B (2)

puppy mill (4)

PUPS Bill (5)

Regulation (1)

Retail Pet Rule (2)

Right To Farm (1)

S 1248 (1)

Save Elephants (1)

SB716 (1)

Scotlund Haisley (1)

Sellner (1)

Senate (1)

Skagit County (1)

Snuff Films (1)

Social Justice (1)

Soring (1)

St. Louis University (1)

Sustainability (1)

Tax Fraud (1)

Tennessee (1)

Tennessee Walking Horse (1)

Terrorists (2)

terrorize (2)

The Alliance For Truth (1)

The Cavalry Group (18)

Case 6:14-cv-02034-JSS   Document 92-3   Filed 03/15/16   Page 23 of 24

The Humane Society of the United (10)

Tiger Ridge (1)

Tigers (1)

Tony (1)

Tony the Tiger (1)

Treasury Department (1)

Trent Loos (1)

Tyson Foods (1)

United Horsemen (1)

United Nations (1)

Upton's Famous Pet Training Cent

USDA (16)

USDA Secretary Vilsack (3)

Virginia (1)

Voice of the Voiceless (1)

Wayne Pacelle (15)

Wealth Redistribution (1)

Your Vote Counts (1)

Zealots (1)

**THE CAVALRY GROUP MISSION:**



**The Cavalry Group**
United States

To protect and advance
Constitutional and priva
property rights of law at
animal owners, animal-related bus
hunters, and agricultural concerns
legislatively, and culturally nation-v

View my complete profile

**SUBSCRIBE TO**

Posts

All Comments

The Cavalry Group, LLC. Picture Window template. Template images by Josh Peterson. Powered by Blogger.