IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

TRACEY K. KUEHL, et al.,

       Plaintiffs,

  v.

PAMELA SELLNER, et al.,

       Defendants.

Case No. C14-02034-JSS

## Supplemental Affidavit of Jessica Lynn Blome

1. My name is Jessica Lynn Blome. I am licensed to practice law and am in good standing in the state of Missouri, where my Bar Number is 59710. I am currently a senior staff attorney with the non-profit law firm Animal Legal Defense Fund (ALDF). I am the lead counsel for individual Plaintiffs Tracy Kuehl, Lisa Kuehl, John Braumann, Nancy Harvey, and Kristine Bell and for organizational Plaintiff ALDF (collectively "Plaintiffs") in this case under the Endangered Species Act (ESA). I am submitting this Supplemental Affidavit in support of Plaintiffs' application for an award of attorneys' fees and costs pursuant to the ESA, 16 U.S.C. § 1540(g)(4), Federal Rule of Civil Procedure 54(d)(1) and (2) and Local Rule 54.1. ECF Nos. 85 – 87 ("Plaintiffs' Motion").

2. Since filing Plaintiffs' Motion, I had further opportunity to review the supporting documentation for Plaintiffs' costs and I submit herewith a lower, revised request for costs and I also am submitting additional supporting materials for the costs identified as paid by ALDF during the course of this litigation. Plaintiffs' revised request for costs is $18,045.75, a decrease from the $18,774.85 originally requested. *See* Exhibit A (Supplemental Spreadsheet) and Exhibits B-D (additional supporting materials for costs of ALDF and Blue River Law).

SUPPLEMENTAL AFFIDAVIT OF JESSICA L. BLOME IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS FEES AND COSTS

1

3. Plaintiffs' request for attorneys fees remains unchanged.

Pursuant to 28 U.S.C. § 1746, I swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this 29th day of March, 2016.

/s Jessica L. Blome
Jessica L. Blome
Senior Staff Attorney, ALDF
*Counsel for Plaintiffs*

SUPPLEMENTAL DECLARATION OF JESSICA L. BLOME IN SUPPORT OF
PLAINTIFFS' MOTION FOR ATTORNEYS FEES AND COSTS

2

# CERTIFICATE OF SERVICE

I certify that a copy of this Supplemental Affidavit, and all accompanying exhibits and attachments was delivered to all counsel of record through the Court's electronic case filing system this 29th day of March, 2016.

>    _/s Jessica L. Blome_
>    Jessica L. Blome
>    Animal Legal Defense Fund
>    Counsel for Plaintiffs