EXHIBIT A to Supplemental Affidavit of Jessica L. Blome

PLAINTIFFS' SUPPLEMENT TO REQUEST FOR COSTS, ECF NO. 85-1, EXHIBIT D (pages 51-96)
Tracey Kuehl et al. v. Pamela Sellner et al.
6:14-cv02034-JSS
U.S. District Court N.D. Iowa (Eastern Waterloo)
**SUPPLEMENTAL DESCRIPTION OF PLAINTIFFS' COSTS (LITIGATION AND EXPERT COSTS)**
June 11, 2014 - February 11, 2016

| Date | Bill of Costs Schedule Category * | Description of Costs Paid by ALDF | Amount | Supporting materials | |
|---|---|---|---|---|---|
| | | | | Reference in Plaintiffs' Original Filing | Additional Supporting Documentation (if needed) |
| 11/4/13 | -- | IDALS Public Records Costs | $172.94 | ECF No. 85-1 at 57-59 | -- |
| -- | -- | *Voluntary omission* | ($172.94) | Id. | -- |
| 6/12/14 | A | US Dist Ct Filing Fee reimbursed to Wertz & Dake, P.C. | $400.00 | ECF No. 85-1 at 60-62 | See original filing |
| 6/19/14 | A | US Dist Ct Pro Hac Fee | $26.00 | None | Exhibit D at 1 |
| 7/1/14 | D | Photocopies reimbursed to Wertz & Dake, P.C. | $0.10 | ECF No. 85-1 at 64-65 | See original filing |
| 7/7/14 | A | Certificate of Good Standing (J. Blome) | $15.00 | ECF No 85-1 at 63 | See original filing |
| 7/7/14 | B | Service, reimbursed to Wertz & Dake, P.C. | $40.00 | ECF No. 85-1 at 64-67 | See original filing |
| 7/24/14 | A | US Dist Ct Filing Fee reimbursed to Wertz & Dake, P.C. (Blome) | $75.00 | ECF No. 85-1 at 68-69 | See original filing |
| 7/29/14 | A | US Dist Ct Pro Hac Fee, paid by Wertz & Dake, P.C. (Lutz) | $75.00 | Id. | See original filing |
| 10/1/14 | D | Photocopies reimbursed to Wertz & Dake, P.C. | $2.30 | ECF No. 85-1 at 64-65 | See original filing |
| 2/10/15 | Page Two | Witness Fees & Costs for Dr. Pries | $41.53 | ECF No. 85-1 at 64-65, 70 | See original filing |
| 2/20/15 | F | Travel - depositions (Blome) | $375.20 | ECF No. 85-1 at 91 | Exhibit B at 1 |
| 2/20/15 | F | Travel - depositions (Pierce) | $375.20 | Id. | Exhibit B at 1 |
| 3/5/15 | A | US Dist Ct Pro Hac Fee (Pierce) | $75.00 | ECF No. 85-1 at 56 | Exhibit D at 2 |
| 3/17/15 | F | Meals - depositions | $10.57 | ECF No. 85-1 at 90 | Exhibit B at 3 |
| 3/18/15 | F | Travel (baggage fee) | $25.00 | ECF No. 85-1 at 91 | Exhibit B at 2 |
| 3/18/15 | F | Meals - depositions | $24.00 | ECF No. 85-1 at 90 | Exhibit B at 2 |
| 3/18/15 | F | Meals - depositions | $24.84 | Id. | Exhibit B at 3 |

Case 6:14-cv-02034-JSS   Document 93-1   Filed 03/29/16   Page 1 of 4

Exhibit A (Supp. Aff. Blome) Page 1 of 4

| Date | Category | Description | Amount | Reference | Exhibit |
|---|---|---|---|---|---|
| 3/19/15 | F | Meals - depositions | $33.65 | Id. | Exhibit B at 3 |
| 3/20/15 | F | Meals - depositions | $52.42 | Id. | Exhibit B at 2 |
| 3/20/15 | F | Meals - depositions | $47.97 | Id. | Exhibit B at 2 |
| 3/23/15 | F | Gas (rental car) | $23.26 | ECF No. 85-1 at 91 | Exhibit B at 2 |
| 3/23/15 | F | Gas (rental car) | $23.78 | Id. | Exhibit B at 2 |
| 3/23/15 | F | Parking | $58.00 | Id. | Exhibit B at 3 |
| 3/23/15 | F | Meals - depositions | $24.57 | ECF No. 85-1 at 90 | Exhibit B at 3 |
| 3/23/15 | F | Meals - depositions | $3.76 | Id. | Exhibit B at 2 |
| 3/23/15 | F | Meals - depositions | $32.46 | Id. | Exhibit B at 2 |
| 3/23/15 | F | Meals - depositions | $25.17 | Id. | Exhibit B at 2 |
| 3/23/15 | F | Meals - depositions | $15.00 | Id. | Exhibit B at 3 |
| 3/23/15 | F | Meals - depositions | $20.01 | Id. | Exhibit B at 3 |
| 3/23/15 | F | Meals - depositions | $4.23 | Id. | Exhibit B at 3 |
| 3/23/15 | F | Meals - depositions | $14.37 | Id. | Exhibit B at 3 |
| 3/24/15 | F | Meals - depositions | $8.79 | Id. | Exhibit B at 2 |
| 3/24/15 | F | Travel (baggage fee) | $25.00 | ECF No. 85-1 at 91 | Exhibit B at 2 |
| 3/24/15 | F | Gas | $10.50 | Id. | Exhibit B at 2 |
| 3/24/15 | F | Rental car for depositions across Iowa | $328.18 | Id. | Exhibit B at 2 |
| 3/24/15 | F | Days Inn Conf. Room rental for expert deposition | $85.60 | ECF No. 85-1 at 56 | Exhibit B at 2 |
| 3/25/15 | F | Meals - depositions | $17.80 | ECF No. 85-1 at 90 | Exhibit B at 2 |
| 3/20/15 | F | FedEx shipping | $71.15 | ECF No. 85-1 at 56 | No further records available |
| 4/1/15 | C | Deposition transcripts | $331.70 | ECF No. 85-1 at 86-88 | See original filing |
| 4/2/15 | B | Service of Dr. Pries, reimbursed to Wertz & Dake, P.C. | $70.00 | ECF No. 85-1 at 52-54 | See original filing |
| 4/3/15 | D | Photocopies, reimbursed to Wertz & Dake, P.C. | $19.20 | ECF No. 85-1 at 52-54 | See original filing |
| 4/9/215 | C | Depositions - court reporter | $3,257.55 | ECF No. 85-1 at 71-73 | See original filing |
| 4/29/15 | Page Two | Expert fees for deposition of Gary Pusillo | $1,600.00 | ECF No. 85-1 at 83 | See original filing |
| 5/13/15 | C | Depositions - court reporter | $770.85 | ECF No. 85-1 at 74-75 | See original filing |
| 5/19/15 | B | Service of Dr. Pries, reimbursed to Wertz & Dake, P.C. | $75.00 | ECF No. 85-1 at 52-54 | See original filing |

Case 6:14-cv-02034-JSS   Document 93-1   Filed 03/29/16   Page 2 of 4

Exhibit A (Supp. Aff. Blome) Page 2 of 4

| Date | | Description | Amount | Reference | Exhibit |
|---|---|---|---|---|---|
| 6/30/15 | D | Photocopies, phone, reimbursed to Wertz & Dake, P.C. | $1.15 | ECF No. 85-1 at 52-54 | See original filing |
| 7/28/15 | D | Photocopies, reimbursed to Blue River Law, P.C. | $13.00 | ECF No. 85-1 at 56 | Exhibit B |
| 7/31/15 | F | Travel to MSJ Hearing, reimbursed to Blue River Law, P.C. | $261.60 | ECF No. 85-1 at 89 | Exhibit C at 1 |
| 8/3/15 | A | US Dist Ct Pro Hac Fee (Holmes) | $75.00 | See ECF No. 38 | Exhibit D at 3 |
| 8/5/15 | F | Meals, reimbursed to Blue River Law, P.C. (for MSJ) | $17.90 | ECF No. 85-1 at 89 | Exhibit C at 1 |
| 8/6/15 | F | Meals, reimbursed to Blue River Law, P.C. (for MSJ) | $26.11 | Id. | Exhibit C at 1 |
| 8/28/15 | F | Travel for trial (ALDF) | $381.20 | Id. | Exhibit B |
| 8/31/15 | F | Travel to trial, reimbursed to Blue River Law, P.C. | $478.20 | Id. | Exhibit C at 2 |
| 9/8/15 | C | Motion for Summary Judgment - Hearing Transcript | $175.20 | ECF No. 85-1 at 84-85 | See original filing |
| 9/9/15 | F | Filing services (One Legal) | $210.99 | ECF No. 85-1 at 56 | Exhibit D at 4 |
| 9/20/15 | -- | FedEx (Trial Exhibits) | $627.45 | ECF No. 85-1 at 56 | -- |
| -- | -- | *Voluntary omission* | ($627.45) | -- | -- |
| 9/20/15 | -- | FedEx (Exhibits to Holmes) | $20.64 | Id. | -- |
| -- | -- | *Voluntary omission* | ($20.64) | -- | -- |
| 9/22/15 | E | Office Depot (trial binders to court) | $54.85 | Id. | Exhibit B |
| 9/24/15 | F | Filing services (One Legal) | $169.95 | Id. | Exhibit D at 4 |
| 9/24/15 | F | Trial supplies, reimbursed to Blue River Law, P.C. | $114.54 | ECF No. 85-1 at 89 | Exhibit C at 3 |
| 9/25/15 | F | USPS charge to send binders to judge | $99.40 | ECF No. 85-1 at 55 | Exhibit D at 5 |
| 10/1/15 | D | Photocopies, reimbursed to Wertz & Dake, P.C. | $43.00 | ECF No. 85-1 at 79-80 | See original filing |
| 10/3/15 | F | Taxi to airport, reimbursed to Blue River Law, P.C. | $23.80 | ECF No. 85-1 at 89 | Exhibit C at 4 |
| 10/3/15 | F | Rental car, reimbursed to Blue River Law, P.C. | $62.97 | ECF No. 85-1 at 89 | Exhibit C at 4 |
| 10/3/15 | F | Travel (baggage fee) | $60.00 | ECF No. 85-1 at 91 | Exhibit B at 4 |
| 10/4/15 | D | Photocopies, reimbursed to Blue River Law, P.C. | $83.95 | ECF No. 85-1 at 89 | Exhibit C at 3-4 |
| 10/4/15 | F | Meals, reimbursed to Blue River Law, P.C. (during travel and for trial week in Iowa) | $83.47 | ECF No. 85-1 at 89 | Exhibit C at 4 |
| 10/5/15 | F | Parking, reimbursed to Blue River Law, P.C. | $5.75 | ECF No. 85-1 at 89 | Exhibit C at 4 |
| 10/6/15 | F | Meals | $53.82 | ECF No. 85-1 at 90 | Exhibit B at 4 |

Case 6:14-cv-02034-JSS   Document 93-1   Filed 03/29/16   Page 3 of 4

Exhibit A (Supp. Aff. Blome) Page 3 of 4

| Date | Category | Description | Amount | Reference | Notes |
|---|---|---|---|---|---|
| 10/6/15 | D | Copyworks (copies for trial) | $38.49 | ECF No. 85-1 at 56 | Exhibit B at 4 |
| 10/8/15 | F | Meals | $33.66 | Not included | Exhibit B at 4 |
| 10/10/15 | F | Rental car | $269.64 | ECF No. 85-1 at 91 | Exhibit B at 4 |
| 10/10/15 | F | Gas | $18.43 | ECF No. 85-1 at 91 | Exhibit B at 4 |
| 10/12/15 | F | Travel (baggage fee) | $25.00 | ECF No. 85-1 at 91 | Exhibit B at 5 |
| 10/19/15 | F | USPS (certified mail for records request) | $6.11 | ECF No. 85-1 at 56 | No further records available |
| -- | -- | *Voluntary omission* | *($6.11)* | -- | -- |
| 10/22/15 | F | USPS (certified mail) | $6.11 | ECF No. 85-1 at 56 | No further records available |
| -- | -- | *Voluntary omission* | *($6.11)* | -- | -- |
| 11/2/15 | F | PACER, reimbursed to Wertz & Dake, P.C. | $108.10 | ECF No. 85-1 at 79-80 | See original filing |
| 11/3/15 | C | Trial transcripts - court reporter | $3,533.20 | ECF No. 85-1 at 76-78 | See original filing |
| 2/9/16 | D | Photocopies, reimbursed to Wertz & Dake, P.C. | $14.70 | ECF No. 85-1 at 81-82 | See original filing |
| | | **TOTAL REVISED LITIGATION COSTS** | **$15,171.78** | | |
| 12/31/15 | Page Two | Expert costs (Peter Klopfer) | $1,772.78 | ECF No. 85-1 at 92-93 | See original filing |
| 12/31/15 | Page Two | Expert costs (Jennifer Conrad) | $1,101.20 | ECF No. 85-1 at 92, 94-96 | See original filing |
| 12/31/15 | Page Two | Expert costs (David Allen) | $0.00 | *Pro bono* | See original filing |
| | | **TOTAL EXPERT COSTS** | **$2,873.98** | | |
| | | **PLAINTIFFS' REVISED TOTAL COSTS** | **$18,045.76** | | |

| | | |
|---|---|---|
| *Bill of Costs Categories* | * | Schedule A (Fees of the Clerk) |
| | | Schedule B (Fees for service of summons and subpoena) |
| | | Schedule C (Fees for printed or electronically recorded transcripts necessarily obtained for use in the case |
| | | Schedule D (Fees and disbursements for printing) |
| | | Page Two Itemization (Fees for Witnesses) |
| | | Schedule E (Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case) |
| | | Schedule F (other costs) |

Case 6:14-cv-02034-JSS   Document 93-1   Filed 03/29/16   Page 4 of 4

Exhibit A (Supp. Aff. Blome) Page 4 of 4