

# EXCHANGE BANK — SINCE 1890

**March 2015 Statement**    01/22/2015 - 03/02/2015

ALDF ▮▮▮▮▮▮▮▮▮▮

**Cardmember Service**   ☎ 1-866-552-8855

| Transactions | | | | | |
|---|---|---|---|---|---|
| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |

| Transactions | | | | | |
|---|---|---|---|---|---|
| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |

### Purchases and Other Debits

[Redacted transaction entries]

**Transactions**    BLOME, JESSICA      Credit Limit $5000

| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |
|---|---|---|---|---|---|
| | | | **Purchases and Other Debits** | | |
| 02/20 | 02/18 | 3055 | UNITED ▮▮▮▮ TX<br>BLOME/JESSICAL 03/16/15<br>SAN FRANCISC TO DENVER<br>DENVER TO DES MOINES<br>DES MOINES TO DENVER<br>DENVER TO SAN FRANCISC | $375.20 | |
| 02/20 | 02/18 | 3063 | UNITED ▮▮▮▮ TX<br>PIERCE/JEFFREY 03/16/15<br>SAN FRANCISC TO DENVER<br>DENVER TO DES MOINES<br>DES MOINES TO DENVER<br>DENVER TO SAN FRANCISC | $375.20 | |

*Continued on Next Page*



**April 2015 Statement**  03/03/2015 - 04/01/2015

ALDF (                    )

**Cardmember Service**  📞 1-866-552-8855

| Transactions | BLOME, JESSICA | | Credit Limit $5000 |
|---|---|---|---|

| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |
|---|---|---|---|---|---|
| ███ | ███ | ███ | ███████████████████████ | ███ | ─── |
| ███ | ███ | ███ | ████████████ | ███ | ─── |
| 03/18 | 03/16 | 3084 | UNITED  0162603773091 800-932-2732 TX<br>BLOME   /FIR 03/16/15<br>SAN FRANCISC  TO DENVER<br>DENVER     TO DES MOINES | $25.00 | ─── |
| 03/18 | 03/17 | 4175 | ATLAS WORLD GRILL,  IOWA CITY  IA | $24.00 | ─── |
| 03/19 | 03/17 | 7232 | NEW PIONEER COOPERATIV CORALVILLE  IA | $52.42 | ─── |
| 03/20 | 03/18 | 4263 | SANCTUARY PUB       IOWA CITY  IA | $47.97 | ─── |
| 03/23 | 03/20 | 9310 | CASEYS GEN STORE 2779 CORALVILLE  IA | $3.76 | ─── |
| 03/23 | 03/21 | 0719 | COOL BASIL          CLIVE      IA | $32.46 | ─── |
| 03/23 | 03/19 | 7965 | HAWKEYE CONVENIENCE  CEDAR RAPIDS IA | $23.26 | ─── |
| 03/23 | 03/19 | 5670 | NEW PIONEER COOPERATIV CEDAR RAPIDS IA | $25.17 | ─── |
| 03/23 | 03/20 | 0877 | KUM & GO #133       ELLSWORTH  IA | $23.78 | ─── |
| 03/23 | 03/21 | 0098 | DAYS INN MANCHESTER  MANCHESTER IA | $85.60 | ─── |
| 03/24 | 03/22 | 4437 | UNITED  0162604130122 800-932-2732 TX<br>BLOME   /FIR 03/23/15<br>DES MOINES  TO DENVER<br>DENVER     TO SAN FRANCISC | $25.00 | ─── |
| 03/24 | 03/23 | 1065 | BANDIT BURRITO      ANKENY     IA | $8.79 | ─── |
| 03/24 | 03/23 | 7880 | HERTZ RENT-A-CAR    DES MOINES  IA | $328.18 | ─── |
| 03/24 | 03/23 | 8276 | QT 503    04005039 WINDSOR HEIGH IA | $10.50 | ─── |
| 03/25 | 03/23 | 0672 | STEVES SNAPPIN DOGS 55 DENVER    CO | $17.80 | ─── |
| ███ | ███ | ███ | ████████████████████ | ███ | ─── |
| ███ | ███ | ███ | ████████████████████ | ███ | ─── |
| ███ | ███ | ███ | ████████████████████ | ███ | ─── |
| | | | | ███ | ─── |

| Transactions | | | | | |
|---|---|---|---|---|---|

| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |
|---|---|---|---|---|---|
| | | | **Purchases and Other Debits** | | |
| ███ | ███ | ███ | ███████████████████████ ██ | ███ | ─── |
| ███ | ███ | ███ | ███████████████████████ ██ | ███ | ─── |
| ███ | ███ | ███ | ███████████████████████ | ███ | ─── |
| ███ | ███ | ███ | ██████████████ █████████ | ███ | ─── |

*Continued on Next Page*



**April 2015 Statement** 03/03/2015 - 04/01/2015

ALDF

**Cardmember Service** 1-866-552-8855

**Transactions** PIERCE,JEFF    Credit Limit $5000

| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |
|---|---|---|---|---|---|
| 03/17 | 03/16 | 7046 | SQ *RESTRANT KELLY'S P Sacramento CA | $10.57 | |
| 03/18 | 03/16 | 2063 | SPORTS BAR Q77 DENVER CO | $24.84 | |
| 03/18 | 03/17 | 4167 | ATLAS WORLD GRILL, IOWA CITY IA | $33.65 | |
| 03/20 | 03/18 | 4384 | NEW PIONEER COOPERATIV CEDAR RAPIDS IA | $24.57 | |
| 03/23 | 03/21 | 0138 | STEVES SNAPPIN DOGS 55 DENVER CO | $15.00 | |
| 03/23 | 03/21 | 5319 | SMF PARKING SACRAMENTO CA | $58.00 | |
| 03/23 | 03/20 | 5904 | FIRESIDE PUB AND STEAK MANCHESTER IA | $20.01 | |
| 03/23 | 03/21 | 3525 | FRIEDRICHS COFFEE DES MOINES IA | $4.23 | |
| 03/23 | 03/19 | 7448 | CARIBOU COFFEE#1187 CORALVILLE IA | $14.37 | |

**Transactions**

| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |
|---|---|---|---|---|---|
| | | | **Purchases and Other Debits** | | |

*Continued on Next Page*



**Business Gold Rewards**
ANIMAL LEGAL DEFENSE
STEPHEN E WELLS
Closing Date 11/02/15



## Detail Continued

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|

| | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 10/03/15 | UNITED AIRLINES SAN FRANCISCO CA | | | | $60.00 |
| | UNITED AIRLINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | SAN FRANCISCO INTL | DENVER INTL APT | UA | 00 | |
| | | DES MOINES | UA | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 01626048493090 | | Date of Departure: 10/03 | | |
| | Passenger Name: BLOME /FIRST CHECKED | | | | |
| | Document Type: EXCESS BAGGAGE | | | | |
| 10/06/15 | THE AIRLINER BAR 650IOWA CITY IA | | | | $53.82 |
| | 3193519259 | | | | |
| | TIP | $8.00 | | | |
| 10/06/15 | COPYWORKS CORALVILLECORALVILLE IA | | | | $38.49 |
| | 3193385050 | | | | |
| | Description | Price | | | |
| | QUICK COPY, REPRODU | $38.49 | | | |
| 10/08/15 | PANCHERO'S MEXICAN GIOWA CITY IA | | | | $33.66 |
| | 319-338-6311 | | | | |
| 10/10/15 | NATIONAL CAR RENTAL DES MOINES IA | | | | $269.64 |
| | Location | | Date | | |
| | Rental: DES MOINES IA | | 15/10/03 | | |
| | Return: DES MOINES IA | | 15/10/10 | | |
| | Renter Name: BLOME JESSICA | | | | |
| 10/10/15 | CASEYS GEN STORE 277CORALVILLE IA | | | | $18.43 |
| | 5159656120 | | | | |
| | Description | Price | | | |
| | AUTOMATED FUEL | $18.43 | | | |

STEPHEN E WELLS

## Detail Continued

|  |  |  |  | Foreign Spend | Amount |
|---|---|---|---|---|---|
| 10/12/15 | UNITED AIRLINES   DES MOINES   IA | | | | $25.00 |
| | UNITED AIRLINES | | | | |
| | From: | To: | Carrier: | Class: | |
| | DES MOINES | DENVER INTL APT | UA | 00 | |
| | | SAN FRANCISCO INTL | UA | 00 | |
| | | N/A | YY | 00 | |
| | | N/A | YY | 00 | |
| | Ticket Number: 01626053279303 | | Date of Departure: 10/12 | | |
| | Passenger Name: BLOME /FIRST CHECKED | | | | |
| | Document Type: EXCESS BAGGAGE | | | | |