


July 19 - August 18, 2015

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 07/31 | 08/01 | DELTA AIR   0062317970554DELTA.COM   CA<br>HOLMES/ELISABET     08/05 CMH/DTW ONEWAY | 4282 | 1163 | 261.60 | |
| 08/05 | 08/06 | OSAKA JAPANESE STEAK HOUSCEDAR RAPIDS IA | 1434 | 1163 | 17.90 | |
| 08/06 | 08/08 | JERSEYS PUB & GRUB     CEDAR RAPIDS IA | 8545 | 1163 | 26.11 | |

### 2015 Totals Year-to-Date

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)




August 19 - September 18, 2015

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 08/31 | 09/02 | AMERICAN AI 0017677012085BELLEVUE    WA HOLMES/ELISABET    10/03 EUG/PDX ONEWAY | 1883 | 1163 | 446.20 | |
| 09/01 | 09/02 | EXPEDIA*1115698951877    EXPEDIA.COM  NV | 7991 | 1163 | 32.00 | |

### 2015 Totals Year-to-Date




ELISABETH ANNE HOLMES

September 19 - October 18, 2015

**Account Information:**
www.bankofamerica.com

**Mail billing inquiries to:**
Bank of America
P.O. Box 982235
El Paso TX 79998-2235

**Mail payments to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

**Customer Service:**
1.800.552.7302

(1.800.346.3178 TTY)





## Transactions

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 09/24 | 09/25 | COPY SHOP PROCESS WORD  EUGENE     OR | 9155 | 1163 | 35.26 | |
| 09/25 | 09/28 | OFFICEMAX/OFFICEDEPOT6817EUGENE    OR | 7840 | 1163 | 114.54 | |

continued on next page...



BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number:

ELISABETH ANNE HOLMES
PO BOX 293
EUGENE OR 97440-0293

Enter payment amount  $

☐ Check here for a change of mailing address or phone numbers. Please provide all corrections on the reverse side.
Mail this coupon along with your check payable to: Bank of America




September 19 - October 18, 2015

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 10/02 | 10/03 | COPY SHOP PROCESS WORD    EUGENE        OR | 9904 | 1163 | 10.25 | |
| 10/03 | 10/05 | PLN*PRICELINE RENTAL    888-837-3774 CT | 4139 | 1163 | 26.14 | |
| 10/03 | 10/05 | EUG TAXI 135         000-0000000  OR | 3812 | 1163 | 23.80 | |
| 10/03 | 10/05 | PDX LAURELWOOD A1        PORTLAND      OR | 8150 | 1163 | 14.95 | |
| 10/04 | 10/05 | COPYWORKS CORALVILLE    CORALVILLE   IA | 8601 | 1163 | 14.99 | |
| 10/03 | 10/06 | NEW UNION BREWERY       CORALVILLE   IA | 9750 | 1163 | 20.99 | |
| 10/04 | 10/06 | WIG AND PEN            IOWA CITY    IA | 1416 | 1163 | 27.03 | |
| 10/05 | 10/06 | COPYWORKS CORALVILLE    CORALVILLE   IA | 4760 | 1163 | 23.45 | |
| 10/05 | 10/06 | NATIONAL CAR RENTAL      CEDAR RAPIDS IA | 4280 | 1163 | 36.83 | |
| 10/05 | 10/07 | RPS CEDAR RAPIDS S RAMP  CEDAR RAPIDS IA | 8469 | 1163 | 3.75 | |
| 10/05 | 10/07 | RPS CEDAR RAPIDS ONSTREETCEDAR RAPIDS IA | 1691 | 1163 | 2.00 | |
| 10/10 | 10/12 | PDX LAURELWOOD A1        PORTLAND     OR | 1924 | 1163 | 20.50 | |

### 2015 Totals Year-to-Date