**From:** Danny Lutz danielh.lutz@gmail.com
**Subject:** Fwd: WSBA Order Confirmation
**Date:** June 17, 2014 at 2:05 PM
**To:** Wendy Cromwell wcromwell@ALDF.org

Receipt -- thanks!

---------- Forwarded message ----------
From: **questions@wsba.org** <questions@wsba.org>
Date: Tue, Jun 17, 2014 at 1:51 PM
Subject: WSBA Order Confirmation
To: "danielh.lutz@gmail.com" <danielh.lutz@gmail.com>

Thank you. We have received your payment. Log in to mywsba to check your license renewal and MCLE reporting status.

### ORDER INFORMATION

**Order Number:** 1015515593
**Order Date:** 6/17/2014 1:50:31 PM
**Account Number:**
**Payment Method:** Credit Cards

### CUSTOMER SERVICE

**Phone:** 800-945-9722
206-443-9722
**Email:** questions@wsba.org

### BILLING ADDRESS

Mr Daniel Harold Lutz

### PAYMENT INFORMATION

**Name:** Daniel Lutz
**Card Number:**
**Order Total:** $26.00
**Receipt Number:** 1357904
**Balance Due:** $0.00

| Description | Quantity | Subtotal | Shipping | Sales Tax | Total Price |
|---|---|---|---|---|---|
| Status Certificate Fees 41100-LICMR | 1 | $23.74 | $0.00 | $2.26 | $26.00 |

* All donations are administered by the Washington State Bar Foundation and are acknowledged under separate cover.



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

***Credit Card Authorization Form for Payments Processed Over the Phone***

I hereby authorize the United States District Court for the Northern District of Iowa to charge the credit card listed below for payment upon my request via telephone:

| | |
|---|---|
| **Credit Cardholder Name:** | Wendy Cromwell/ALDF |
| **Address:** | 170 E Cotati Avenue |
| | |
| **Telephone #:** | 707-795-2533 ext 1035 |
| **Fax #:** | 707-795-7280 |
| **Driver's License #:** | ▮ |
| **License State:** | California |
| **Signature:** | *Wendy Cromwell* |
| **Date:** | 03-20-15 |

| | |
|---|---|
| **Card Type:** | ▮ |
| **Card #:** | ▮ |
| **Expiration Date:** | ▮ |

Mail the **Original** of this form to: **United States District Court**
**Attn: Finance**
**111 Seventh Avenue, SE, Box 12**
**Cedar Rapids, IA 52401-2101**

A copy of the cardholder's driver's license or other identification along with a copy of both sides of the referenced credit card must be returned with this form.

This form will be stored in the court's vault and will remain in effect until the cardholder specifically revokes it in writing or the information expires.

It is the responsibility of the cardholder named above to submit a new form and notify the court when (1) the credit card has been renewed resulting in a new expiration date and (2) a card has been revoked, canceled or stolen.

---

To charge a payment to your credit card, call our Cedar Rapids office @ 319.286.2300 (fax: 319.286.2301) or our Sioux City office @ 712.233.3900 (fax: 712.233.3903)
8:00 am – 4:30 pm Monday – Friday

---

From: paygovadmin@mail.doc.twai.gov
Subject: [Junk] Pay.gov Payment Confirmation: IAND CM ECF
Date: August 3, 2015 at 2:35 PM
To: Wendy Cromwell wcromwell@ALDF.org

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Renea Solmonson at (319) 286-2321.

Application Name: IAND CM ECF
Pay.gov Tracking ID: 25MLODC8
Agency Tracking ID: 0862-2072526
Transaction Type: Sale
Transaction Date: Aug 3, 2015 5:35:26 PM

Account Holder Name: Wendy Cromwell
Transaction Amount: $75.00
Billing Address: 170 E Cotati Avenue
City: Cotati
State/Province: CA
Zip/Postal Code: 94931
Country: USA
Card Type:
Card Number:

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

| Date | Type | Num | Name | Memo | Amount | |
|---|---|---|---|---|---|---|
| 9/4/2015 | One Legal Order | 1777570 | none | Tracey Kuehl et al | Pam Sellner et al | 209.95 | Billed |
| 9/4/2015 | Credit Card Sale | 00308176 | none | Tracey Kuehl et al | Pam Sellner et al | 210.99 | Deposited |
| 9/21/2015 | One Legal Order | 1777571 | none | Tracey Kuehl et al | Pamela Sellner et al | 169.95 | Billed |
| 9/21/2015 | Credit Card Sale | 00317783 | One Legal Order #1777571 | Tracey Kuehl et al | Pamela Sellner et al | 169.95 | Deposited |

```
================================
           COTATI
      502 E COTATI AVE
           COTATI
            CA
         949319991         CHZ
         0518240634
09/25/2015    (800)275-8777   10:05 AM
================================
================================
Product              Sale      Final
Description          Qty       Price

PM Exp 1-Day          1       $99.40
   (Domestic)
   (CEDAR RAPIDS, IA  52401)
   (Weight:12 Lb 7.8 Oz)
   (Signature Waiver)
   (Scheduled Delivery Day)
   (Monday 09/28/2015 10:30 AM)
   (Money Back Guarantee)
   (USPS Tracking #)
   (EK444295168US)
PM Exp                1        $0.00
Insurance
   (Up to $100.00 included)
Signature             1        $0.00
Waived
_____
Total                         $99.40
_____
Credit Card Remitd            $99.40
   (Card Name:
   (Account #
   (Approval #:513238)
   (Transaction #:287)
```

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
usps.com/ship/file-domestic-claims.htm

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.