PLAINTIFFS' SUPPLEMENTAL BILL OF COSTS SCHEDULES

SUPPORTING PLAINTIFFS' REQUEST FOR COSTS, ECF NO. 85-1, EXHIBIT D
(pages 51-96) and ECF NO. 93
Tracey Kuehl et al. v. Pamela Sellner et al.
6:14-cv02034-JSS
U.S. District Court N.D. Iowa (Eastern Waterloo)

June 11, 2014 - February 11, 2016

| Description | Amount | Category Subtotal |
|---|---|---|
| **Schedule A (Fees of the Clerk)** | | |
| US Dist Ct Filing Fee reimbursed to Wertz & Dake, P.C. | $400.00 | |
| US Dist Ct Pro Hac Fee | $26.00 | |
| Certificate of Good Standing (J. Blome) | $15.00 | |
| US Dist Ct Filing Fee reimbursed to Wertz & Dake, P.C. (Blome) | $75.00 | |
| US Dist Ct Pro Hac Fee, paid by Wertz & Dake, P.C. (Lutz) | $75.00 | |
| US Dist Ct Pro Hac Fee (Pierce) | $75.00 | |
| US Dist Ct Pro Hac Fee (Holmes) | $75.00 | |
| | | $741.00 |

| Description | Amount | Category Subtotal |
|---|---|---|
| **Schedule B (Fees for service of summons and subpoena)** | | |
| Service, reimbursed to Wertz & Dake, P.C. | $40.00 | |
| Service of Dr. Pries, reimbursed to Wertz & Dake, P.C. | $70.00 | |
| Service of Dr. Pries, reimbursed to Wertz & Dake, P.C. | $75.00 | |
| | | $185.00 |

| Description | Amount | Category Subtotal |
|---|---|---|
| **Schedule C (Fees for printed or electronically recorded transcripts necessarily obtained for use in the case** | | |
| Deposition transcripts | $331.70 | |
| Depositions - court reporter | $3,257.55 | |
| Depositions - court reporter | $770.85 | |
| Motion for Summary Judgment - Hearing Transcript | $175.20 | |
| Trial transcripts - court reporter | $3,533.20 | |
| | | $8,068.50 |

| Description | Amount | Category Subtotal |
|---|---|---|
| **Schedule D (Fees and disbursements for printing)** | | |
| Photocopies reimbursed to Wertz & Dake, P.C. | $0.10 | |
| Photocopies reimbursed to Wertz & Dake, P.C. | $2.30 | |
| Photocopies, reimbursed to Wertz & Dake, P.C. | $19.20 | |
| Photocopies, phone, reimbursed to Wertz & Dake, P.C. | $1.15 | |
| Photocopies, reimbursed to Blue River Law, P.C. | $13.00 | |
| Photocopies, reimbursed to Wertz & Dake, P.C. | $43.00 | |
| Photocopies, reimbursed to Blue River Law, P.C. | $83.95 | |

| | |
|---|---|
| Copyworks (copies for trial) | $38.49 |
| Photocopies, reimbursed to Wertz & Dake, P.C. | $14.70 |

$215.89

| Schedule E (Fees for exemplification and the costs of making copies of any materials |  |
|---|---|
| Office Depot (trial binders to court) | $54.85 |

$54.85

| Schedule F (other costs) | |
|---|---|
| | $1,600.00 |
| | $41.53 |
| Travel - depositions (Blome) | $375.20 |
| Travel - depositions (Pierce) | $375.20 |
| Meals - depositions | $10.57 |
| Travel (baggage fee) | $25.00 |
| Meals - depositions | $24.00 |
| Meals - depositions | $24.84 |
| Meals - depositions | $33.65 |
| Meals - depositions | $52.42 |
| Meals - depositions | $47.97 |
| Gas (rental car) | $23.26 |
| Gas (rental car) | $23.78 |
| Parking | $58.00 |
| Meals - depositions | $24.57 |
| Meals - depositions | $3.76 |
| Meals - depositions | $32.46 |
| Meals - depositions | $25.17 |
| Meals - depositions | $15.00 |
| Meals - depositions | $20.01 |
| Meals - depositions | $4.23 |
| Meals - depositions | $14.37 |
| Meals - depositions | $8.79 |
| Travel (baggage fee) | $25.00 |
| Gas | $10.50 |
| Rental car for depositions across Iowa | $328.18 |
| Days Inn Conf. Room rental for expert deposition | $85.60 |
| Meals - depositions | $17.80 |
| FedEx shipping | $71.15 |
| Expert fees for Deposition of Gary Pusillo | $1,600.00 |
| Travel to MSJ Hearing, reimbursed to Blue River Law, P.C. | $261.60 |
| Meals, reimbursed to Blue River Law, P.C. (for MSJ) | $17.90 |
| Meals, reimbursed to Blue River Law, P.C. (for MSJ) | $26.11 |
| Travel for trial (ALDF) | $381.20 |
| Travel to trial, reimbursed to Blue River Law, P.C. | $478.20 |

| | |
|---|---:|
| Filing services (One Legal) | $210.99 |
| Filing services (One Legal) | $169.95 |
| Trial supplies, reimbursed to Blue River Law, P.C. | $114.54 |
| USPS charge to send binders to judge | $99.40 |
| Taxi to airport, reimbursed to Blue River Law, P.C. | $23.80 |
| Rental car, reimbursed to Blue River Law, P.C. | $62.97 |
| Travel (baggage fee) | $60.00 |
| Meals, reimbursed to Blue River Law, P.C. (during travel and for trial week in Iowa) | $83.47 |
| Parking, reimbursed to Blue River Law, P.C. | $5.75 |
| Meals | $53.82 |
| Meals | $33.66 |
| Rental car | $269.64 |
| Gas | $18.43 |
| Travel (baggage fee) | $25.00 |
| PACER, reimbursed to Wertz & Dake, P.C. | $108.10 |

$7,506.54

**Subtotal**                                                  **$16,771.78**

**Plus expert travel costs**                     **$4,515.51**

**Total Costs**                                            **$21,287.29**


# EXCHANGE BANK SINCE 1890

**March 2015  Statement**   01/22/2015 - 03/02/2015

ALDF ██████████████

**Cardmember Service**  ☏ 1-866-552-8855

## Transactions  ███████████████

| Post Date | Trans Date | Ref # | Transaction Description | | Amount | Notation |
|---|---|---|---|---|---|---|

## Transactions  ██████████████

| Post Date | Trans Date | Ref # | Transaction Description | | Amount | Notation |
|---|---|---|---|---|---|---|

### Purchases and Other Debits

| Post Date | Trans Date | Ref # | Transaction Description | | Amount | Notation |
|---|---|---|---|---|---|---|
| ██ | ██ | ██ | ████████████████ ██ | | ██ | ——— |
| ██ | ██ | ██ | ████████████████ ██ | | ██ | ——— |
| | | | ████████████ | | | |
| ██ | ██ | ██ | ████████████ ██ | | ██ | ——— |
| ██ | ██ | ██ | ████████████ | | ██ | ——— |
| ██ | ██ | ██ | ████████████████ | | | ——— |
| ██ | ██ | ██ | ████████████████ | | | ——— |
| ██ | ██ | ██ | ████████████ | | ██ | ——— |
| ██ | ██ | ██ | ████████████████ | | ██ | ——— |
| ██ | ██ | ██ | ██████ ████ | | ██ | ——— |

## Transactions  BLOME,JESSICA   Credit Limit $5000

### Purchases and Other Debits

| Post Date | Trans Date | Ref # | Transaction Description | | Amount | Notation |
|---|---|---|---|---|---|---|
| 02/20 | 02/18 | 3055 | UNITED ███████ ████████ TX<br>BLOME/JESSICAL 03/16/15<br>SAN FRANCISC  TO DENVER<br>DENVER      TO DES MOINES<br>DES MOINES   TO DENVER<br>DENVER      TO SAN FRANCISC | | ██  $375.20 | ——— |
| 02/20 | 02/18 | 3063 | UNITED ████████ TX<br>PIERCE/JEFFREY 03/16/15<br>SAN FRANCISC  TO DENVER<br>DENVER      TO DES MOINES<br>DES MOINES   TO DENVER<br>DENVER      TO SAN FRANCISC | | $375.20 | ——— |

*Continued on Next Page*

Case 6:14-cv-02034-JSS   Document 94-1 Filed 02/30/16 Page 4 of 17
Supplement B-4: Costs Schedules and Itemization and Supporting Materials
Page 4 of 17



**EXCHANGE BANK** SINCE 1890

**April 2015 Statement**  03/03/2015 - 04/01/2015

ALDF (██████████)

**Cardmember Service**  ☎ 1-866-552-8855

| Transactions | BLOME, JESSICA | | | Credit Limit  $5000 |
| --- | --- | --- | --- | --- |

| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |
| --- | --- | --- | --- | --- | --- |
| ██ | ██ | ██ | ████████ ██ | ██ | ———— |
| ██ | ██ | ██ | ████ ███ | ██ | ———— |
| 03/18 | 03/16 | 3084 | UNITED  0162603773091 800-932-2732 TX<br>BLOME  /FIR 03/16/15<br>SAN FRANCISC TO DENVER<br>DENVER  TO DES MOINES | $25.00 | ———— |
| 03/18 | 03/17 | 4175 | ATLAS WORLD GRILL,  IOWA CITY  IA | $24.00 | ———— |
| 03/19 | 03/17 | 7232 | NEW PIONEER COOPERATIV CORALVILLE  IA | $52.42 | ———— |
| 03/20 | 03/18 | 4263 | SANCTUARY PUB  IOWA CITY  IA | $47.97 | ———— |
| 03/23 | 03/20 | 9310 | CASEYS GEN STORE 2779 CORALVILLE  IA | $3.76 | ———— |
| 03/23 | 03/21 | 0719 | COOL BASIL  CLIVE  IA | $32.46 | ———— |
| 03/23 | 03/19 | 7965 | HAWKEYE CONVENIENCE  CEDAR RAPIDS IA | $23.26 | ———— |
| 03/23 | 03/19 | 5670 | NEW PIONEER COOPERATIV CEDAR RAPIDS IA | $25.17 | ———— |
| 03/23 | 03/20 | 0877 | KUM & GO #133  ELLSWORTH  IA | $23.78 | ———— |
| 03/23 | 03/21 | 0098 | DAYS INN MANCHESTER  MANCHESTER  IA | $85.60 | ———— |
| 03/24 | 03/22 | 4437 | UNITED  0162604130122 800-932-2732 TX<br>BLOME  /FIR 03/23/15<br>DES MOINES  TO DENVER<br>DENVER  TO SAN FRANCISC | $25.00 | ———— |
| 03/24 | 03/23 | 1065 | BANDIT BURRITO  ANKENY  IA | $8.79 | ———— |
| 03/24 | 03/23 | 7880 | HERTZ RENT-A-CAR  DES MOINES  IA | $328.18 | ———— |
| 03/24 | 03/23 | 8276 | QT 503  04005039 WINDSOR HEIGH IA | $10.50 | ———— |
| 03/25 | 03/23 | 0672 | STEVES SNAPPIN DOGS 55 DENVER  CO | $17.80 | ———— |
| ██ | ██ | ██ | ████ ████ | ██ | ———— |
| ██ | ██ | ██ | ████ ████ | ██ | ———— |
| ██ | ██ | ██ | ████ ████ | ██ | ———— |

| Transactions | ██████ | | | |
| --- | --- | --- | --- | --- |

| Post Date | Trans Date | Ref # | Transaction Description | Amount | Notation |
| --- | --- | --- | --- | --- | --- |

### Purchases and Other Debits

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| ██ | ██ | ██ | ████ ████ | ██ | ———— |
| ██ | ██ | ██ | ████ ████ | ██ | ———— |
| ██ | ██ | ██ | ████ ████ | ██ | ———— |
| ██ | ██ | ██ | ████ █ ████ | | ———— |

*Continued on Next Page*



# EXCHANGE BANK SINCE 1890

**April 2015 Statement**   03/03/2015 - 04/01/2015

ALDF

**Cardmember Service**   ☎ 1-866-552-8855



| Transactions | PIERCE,JEFF | | | | Credit Limit $5000 | |
|---|---|---|---|---|---|---|
| Post Date | Trans Date | Ref # | Transaction Description | | Amount | Notation |
| | | | ████████ ████████ | | | |
| ██ | ██ | ██ | ██████████████ | | ██ | ─────── |
| ██ | ██ | ██ | ████████████████ | | ██ | ─────── |
| ██ | ██ | ██ | ████████████████ ████ | | ██ | ─────── |
| ██ | ██ | ██ | ██████████████████ | | ██ | ─────── |
| ██ | ██ | ██ | █████████████████ | | ██ | ─────── |
| ██ | ██ | ██ | ████████████ | | ██ | ─────── |
| ██ | ██ | ██ | ████████████ | | ██ | ─────── |
| ██ | ██ | ██ | ███████████ █ | | ██ | ─────── |
| 03/17 | 03/16 | 7046 | SQ *RESTRANT KELLY'S P Sacramento  CA | | $10.57 | ─────── |
| 03/18 | 03/16 | 2063 | SPORTS BAR Q77       DENVER    CO | | $24.84 | ─────── |
| ██ | ██ | ██ | ███████ | | ██ | ─────── |
| 03/18 | 03/17 | 4167 | ATLAS WORLD GRILL,    IOWA CITY   IA | | $33.65 | ─────── |
| 03/20 | 03/18 | 4384 | NEW PIONEER COOPERATIV CEDAR RAPIDS IA | | $24.57 | ─────── |
| 03/23 | 03/21 | 0138 | STEVES SNAPPIN DOGS 55 DENVER    CO | | $15.00 | ─────── |
| 03/23 | 03/21 | 5319 | SMF PARKING        SACRAMENTO  CA | | $58.00 | ─────── |
| 03/23 | 03/21 | 5904 | FIRESIDE PUB AND STEAK MANCHESTER  IA | | $20.01 | ─────── |
| 03/23 | 03/21 | 3525 | FRIEDRICHS COFFEE    DES MOINES  IA | | $4.23 | ─────── |
| ██ | ██ | ██ | ████████ | | ██ | ─────── |
| 03/23 | 03/19 | 7448 | CARIBOU COFFEE#1187  CORALVILLE  IA | | $14.37 | ─────── |
| | | | ██████████████ | | ██ | |

| Transactions | ████████████ | | | | ██████████ | |
|---|---|---|---|---|---|---|
| Post Date | Trans Date | Ref # | Transaction Description | | Amount | Notation |
| | | | **Purchases and Other Debits** | | | |
| ██ | ██ | ██ | ███████████████ | | ██ | ─────── |
| ██ | ██ | ██ | █████████████ | | ██ | ─────── |
| | | | ████████████ | | | |
| ██ | ██ | ██ | ██████████████ | | ██ | ─────── |
| ██ | ██ | ██ | ██████████████ | | ██ | ─────── |
| ██ | ██ | ██ | ███████████ | | ██ | ─────── |

*Continued on Next Page*

Case 6:14-cv-02034-JSS   Document 94-1   Filed 03/30/16   Page 6 of 17
Report B of Costs Schedules and Itemization and Supporting Materials
Page 6 of 17



**Business Gold Rewards**
ANIMAL LEGAL DEFENSE
STEPHEN E WELLS
Closing Date 11/02/15



---

## Detail Continued

| | Foreign Spend | Amount |
|---|---|---|



| | | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|---|
| 10/03/15 | UNITED AIRLINES  SAN FRANCISCO  CA | | | | | $60.00 |

UNITED AIRLINES

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| SAN FRANCISCO INTL | DENVER INTL APT | UA | 00 |
| | DES MOINES | UA | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

Ticket Number: 01626048493090
Passenger Name: BLOME /FIRST CHECKED
Document Type: EXCESS BAGGAGE   Date of Departure: 10/03

| 10/06/15 | THE AIRLINER BAR 650IOWA CITY     IA | | $53.82 |
|---|---|---|---|
| | 3193519259 | | |
| | TIP | $8.00 | |
| 10/06/15 | COPYWORKS CORALVILLECORALVILLE     IA | | $38.49 |
| | 3193385050 | | |
| | Description | Price | |
| | QUICK COPY, REPRODU | $38.49 | |
| 10/08/15 | PANCHERO'S MEXICAN GIOWA CITY     IA | | $33.66 |
| | 319-338-6311 | | |
| 10/10/15 | NATIONAL CAR RENTAL DES MOINES     IA | | $269.64 |

| | Location | | Date |
|---|---|---|---|
| Rental: | DES MOINES IA | | 15/10/03 |
| Return: | DES MOINES IA | | 15/10/10 |

Renter Name: BLOME JESSICA

| 10/10/15 | CASEYS GEN STORE 277CORALVILLE     IA | | $18.43 |
|---|---|---|---|
| | 5159656120 | | |
| | Description | Price | |
| | AUTOMATED FUEL | $18.43 | |

Case 6:14-cv-02034-JSS   Document 94-1   Filed 03/30/16   Page 7 of 17
Dept Bill of Costs Brief Decl and Itemization and Supporting Materials
Page 7 of 17

STEPHEN E WELLS ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮

## Detail Continued

| | | | | | | Foreign Spend | Amount |
|---|---|---|---|---|---|---|---|
| 10/12/15 | UNITED AIRLINES | DES MOINES | IA | | | | $25.00 |
| | UNITED AIRLINES | | | | | | |

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| DES MOINES | DENVER INTL APT | UA | 00 |
| | SAN FRANCISCO INTL | UA | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

Ticket Number: 01626053279303  Date of Departure: 10/12
Passenger Name: BLOME /FIRST CHECKED
Document Type: EXCESS BAGGAGE

Case 6:14-cv-02034-JSS   Document 94-1   Filed 03/30/16   Page 8 of 17
Receipt Bill of Costs Schedules and Itemization and Supporting Materials
Page 8 of 17





July 19 - August 18, 2015

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| | | | | | | |
| 07/31 | 08/01 | DELTA AIR 0062317970554DELTA.COM CA HOLMES/ELISABET 08/05 CMH/DTW ONEWAY | 4282 | 1163 | 261.60 | |
| 08/05 | 08/06 | OSAKA JAPANESE STEAK HOUSECEDAR RAPIDS IA | 1434 | 1163 | 17.90 | |
| 08/06 | 08/08 | JERSEYS PUB & GRUB CEDAR RAPIDS IA | 8545 | 1163 | 26.11 | |

## 2015 Totals Year-to-Date

## Interest Charge Calculation

Your **Annual Percentage Rate (APR)** is the annual interest rate on your account.

| | Annual Percentage Rate | Promotional Transaction Type | Promotional Offer ID | Promotional Rate End Date | Balance Subject to Interest Rate | Interest Charges by Transaction Type |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

APR Type Definitions: Daily Interest Rate Type: V= Variable Rate (rate may vary)

Case 6:14-cv-02034-JSS    Document 94-1    Filed 03/30/16    Page 9 of 17
Joint Bill of Costs Schedules and Itemized Supporting Materials
Page 9 of 17




## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |



| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| 08/31 | 09/02 | AMERICAN AI 0017677012085BELLEVUE WA HOLMES/ELISABET 10/03 EUG/PDX ONEWAY | 1883 | 1163 | 446.20 | |
| 09/01 | 09/02 | EXPEDIA*1115698951877 EXPEDIA.COM NV | 7991 | 1163 | 32.00 | |

### 2015 Totals Year-to-Date

Case 6:14-cv-02034-JSS Document 94 Filed 03/30/16 Page 10 of 17
Appx. 94 of Costs Schedule, Itemization and Supporting Materials
Page 10 of 17


# VISA SIGNATURE


## Alaska Airlines
### MILEAGE PLAN

ELISABETH ANNE HOLMES ▬▬▬▬▬▬▬▬

September 19 - October 18, 2015

**Account Information:**
www.bankofamerica.com

**Mail billing inquiries to:**
Bank of America
P.O. Box 982235
El Paso TX 79998-2235

**Mail payments to:**
Bank of America
P.O. Box 851001
Dallas TX 75285-1001

**Customer Service:**
1.800.552.7302

(1.800.346.3178 TTY)



## Payment Information

| If you make no additional charges using this card and each month you pay | You will payoff the balance shown on this statement in about | And you will end up paying an estimated total of |
|---|---|---|
| ▬▬▬ | ▬ | ▬ |

If you would like information about credit counseling services, call 1-866-300-5238.



## Account Summary

## Transactions



| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 09/24 | 09/25 | COPY SHOP PROCESS WORD  EUGENE  OR | 9155 | 1163 | 35.26 | |
| 09/25 | 09/28 | OFFICEMAX/OFFICEDEPOT6817EUGENE  OR | 7840 | 1163 | 114.54 | |
| | | continued on next page… | | | | |

BANK OF AMERICA
P.O. BOX 851001
DALLAS TX 75285-1001

Account Number: ▬▬▬▬▬▬▬

ELISABETH ANNE HOLMES
PO BOX 293
EUGENE OR  97440-0293

Enter payment amount    $ ▢▢▢▢▢▢▢.▢▢

☐ Check here for a change of mailing address or phone numbers.
Please provide all corrections on the reverse side.
**Mail this coupon along with your check payable to: Bank of America**

Case 6:14-cv-02034-JSS   Document 94   Filed 03/30/16   Page 11 of 17
Statement of Costs - Itemization and Supporting Materials
Page 11 of 17




September 19 - October 18, 2015

## Transactions continued

| Transaction Date | Posting Date | Description | Reference Number | Account Number | Amount | Total |
|---|---|---|---|---|---|---|
| | | **Purchases and Adjustments** | | | | |
| 10/02 | 10/03 | COPY SHOP PROCESS WORD   EUGENE       OR | 9904 | 1163 | 10.25 | |
| 10/03 | 10/05 | PLN*PRICELINE RENTAL    888-837-3774 CT | 4139 | 1163 | 26.14 | |
| 10/03 | 10/05 | EUG TAXI 135          000-0000000 OR | 3812 | 1163 | 23.80 | |
| 10/03 | 10/05 | PDX LAURELWOOD A1       PORTLAND     OR | 8150 | 1163 | 14.95 | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| 10/04 | 10/05 | COPYWORKS CORALVILLE    CORALVILLE  IA | 8601 | 1163 | 14.99 | |
| 10/03 | 10/06 | NEW UNION BREWERY       CORALVILLE  IA | 9750 | 1163 | 20.99 | |
| 10/04 | 10/06 | WIG AND PEN          IOWA CITY   IA | 1416 | 1163 | 27.03 | |
| 10/05 | 10/06 | COPYWORKS CORALVILLE    CORALVILLE  IA | 4760 | 1163 | 23.45 | |
| 10/05 | 10/06 | NATIONAL CAR RENTAL     CEDAR RAPIDS IA | 4280 | 1163 | 36.83 | |
| 10/05 | 10/07 | RPS CEDAR RAPIDS S RAMP  CEDAR RAPIDS IA | 8469 | 1163 | 3.75 | |
| 10/05 | 10/07 | RPS CEDAR RAPIDS ONSTREETCEDAR RAPIDS IA | 1691 | 1163 | 2.00 | |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ | |
| 10/10 | 10/12 | PDX LAURELWOOD A1       PORTLAND     OR | 1924 | 1163 | 20.50 | |

| 2015 Totals Year-to-Date | |
|---|---|

Case 6:14-cv-02034-JSS   Document 94-1   Filed 03/30/16   Page 12 of 17
Supp. Bill of Costs Schedule 3.0 Itemization and Supporting Materials
Page 12 of 17

From: **Danny Lutz** danielh.lutz@gmail.com
Subject: Fwd: WSBA Order Confirmation
Date: June 17, 2014 at 2:05 PM
To: Wendy Cromwell wcromwell@ALDF.org

DL

Receipt -- thanks!

---------- Forwarded message ----------
From: questions@wsba.org <questions@wsba.org>
Date: Tue, Jun 17, 2014 at 1:51 PM
Subject: WSBA Order Confirmation
To: "danielh.lutz@gmail.com" <danielh.lutz@gmail.com>

Thank you. We have received your payment. Log in to mywsba to check your license renewal and MCLE reporting status.

| ORDER INFORMATION | CUSTOMER SERVICE |
|---|---|
| **Order Number:** 1015515593 | **Phone:** 800-945-9722 |
| **Order Date:** 6/17/2014 1:50:31 PM | 206-443-9722 |
| **Account Number:** ████████ | **Email:** questions@wsba.org |
| **Payment Method:** Credit Cards | |

| BILLING ADDRESS | PAYMENT INFORMATION |
|---|---|
| Mr Daniel Harold Lutz | **Name:** Daniel Lutz |
| ██████████████████ | **Card Number:** ████████ |
| | **Order Total:** $26.00 |
| | **Receipt Number:** 1357904 |
| | **Balance Due:** $0.00 |

| Description | Quantity | Subtotal | Shipping | Sales Tax | Total Price |
|---|---|---|---|---|---|
| Status Certificate Fees 41100-LICMR | 1 | $23.74 | $0.00 | $2.26 | $26.00 |

* All donations are administered by the Washington State Bar Foundation and are acknowledged under separate cover.



# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA

**\*\*\*Credit Card Authorization Form for Payments Processed Over the Phone\*\*\***

I hereby authorize the United States District Court for the Northern District of Iowa to charge the credit card listed below for payment upon my request via telephone:

| | |
|---|---|
| **Credit Cardholder Name:** | Wendy Cromwell/ALDF |
| **Address:** | 170 E Cotati Avenue |
| | |
| **Telephone #:** | 707-795-2533 ext 1035 |
| **Fax #:** | 707-795-7280 |
| **Driver's License #:** | ████████ |
| **License State:** | California |
| **Signature:** | *Wendy Cromwell* |
| **Date:** | 03-20-15 |

| | |
|---|---|
| **Card Type:** | ████ |
| **Card #:** | ████████ |
| **Expiration Date:** | ████ |

Mail the **Original** of this form to:

**United States District Court**
**Attn: Finance**
**111 Seventh Avenue, SE, Box 12**
**Cedar Rapids, IA 52401-2101**

A copy of the cardholder's driver's license or other identification along with a copy of both sides of the referenced credit card must be returned with this form.

This form will be stored in the court's vault and will remain in effect until the cardholder specifically revokes it in writing or the information expires.

It is the responsibility of the cardholder named above to submit a new form and notify the court when (1) the credit card has been renewed resulting in a new expiration date and (2) a card has been revoked, canceled or stolen.

> **To charge a payment to your credit card, call our Cedar Rapids office @ 319.286.2300 (fax: 319.286.2301) or our Sioux City office @ 712.233.3900 (fax: 712.233.3903)**
> **8:00 am – 4:30 pm Monday – Friday**

Case 6:14-cv-02034-JSS   Document 94   Filed 03/30/16   Page 14 of 17
Bill of Costs Schedule - Itemization and Supporting Materials
Page 14 of 17

From: paygovadm n@ma .doc.twa .gov
Subject: [Junk] Pay.gov Payment Confirmat on: IAND CM ECF
Date: August 3, 2015 at 2:35 PM
To: Wendy Cromwe   wcromwe  @ALDF.org

P

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact Renea Solmonson at (319) 286-2321.

Application Name: IAND CM ECF
Pay.gov Tracking ID: 25MLODC8
Agency Tracking ID: 0862-2072526
Transaction Type: Sale
Transaction Date: Aug 3, 2015 5:35:26 PM

Account Holder Name: Wendy Cromwell
Transaction Amount: $75.00
Billing Address: 170 E Cotati Avenue
City: Cotati
State/Province: CA
Zip/Postal Code: 94931
Country: USA
Card Type:
Card Number:

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

Case 6:14-cv-02034-JSS   Document 94  Filed 03/30/16   Page 15 of 17
Supp. to Costs Itemization and Supporting Materials
Page 15 of 17

| Date | Type | Memo | Num | Name | Defendant | Amount | Status |
|---|---|---|---|---|---|---|---|
| 9/4/2015 | One Legal Order | | 1777570 | none | Tracey Kuehl et al | Pam Sellner et al | 209.95 | Billed |
| 9/4/2015 | Credit Card Sale | One Legal Order #1777570 | 00308176 | none | Tracey Kuehl et al | Pam Sellner et al | 210.99 | Deposited |
| 9/21/2015 | One Legal Order | | 1777571 | none | Tracey Kuehl et al | Pamela Sellner et al | 169.95 | Billed |
| 9/21/2015 | Credit Card Sale | One Legal Order #1777571 | 00317783 | none | Tracey Kuehl et al | Pamela Sellner et al | 169.95 | Deposited |

```
==================================================
                  COTATI
            502 E COTATI AVE
                  COTATI
                    CA
                949319991
                0518240634          CHZ
09/25/2015     (800)275-8777     10:05 AM
==================================================
==================================================
Product                    Sale        Final
Description                 Qty         Price

PM Exp 1-Day                 1         $99.40
     (Domestic)
     (CEDAR RAPIDS, IA  52401)
     (Weight:12 Lb 7.8 Oz)
     (Signature Waiver)
     (Scheduled Delivery Day)
     (Monday 09/28/2015 10:30 AM)
     (Money Back Guarantee)
     (USPS Tracking #)
     (EK444295168US)
PM Exp                       1          $0.00
Insurance
     (Up to $100.00 included)
Signature                    1          $0.00
Waived
--------------------------------------------------
Total                                  $99.40

Credit Card Remitd                     $99.40
     (Card Name:
     (Account #
     (Approval #1513238)
     (Transaction #:287)

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
usps.com/ship/file-domestic-claims.htm

Order stamps at usps.com/shop or call
1-800-Stamp24. Go to
usps.com/clicknship to print shipping
labels with postage. For other
information call 1-800-ASK-USPS.
```