UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| TRACEY K. KUEHL, an individual; <br> LISA K. KUEHL, an individual; <br> KRISS A. BELL, an individual; <br> NANCY A. HARVEY, an individual; <br> JOHN T. BRAUMANN, an individual, <br> and; ANIMAL LEGAL DEFENSE <br> FUND, a non-profit corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> PAMELA SELLNER, an individual; <br> TOM SELLNER, an individual; and <br> CRICKET HOLLOW ZOO, a <br> non-profit corporation, <br><br> Defendants. | Case No. C14-2034-LRR <br><br><br> DEFENDANTS' REPORT OF <br> PLACEMENT OF THE LEMURS <br> AND TIGERS |

COME NOW, the Defendants in the above-entitled action, and report through their counsel the following:

1.  Pursuant to the Court's Order (Doc. 118), the Defendants were ordered to safely transport the lemurs to the Special Memories Zoo near Greenville, Wisconsin, and the tigers to the Exotic Feline Rescue Center.

2.  The lemurs were transported by Pam Sellner to Madison, Wisconsin on June 28, 2016, where she was met by Gene Wheeler and Gretchen Crowe who took the lemurs on to Special Memories Zoo. The lemurs were put in buddy cages and are

adapting well (Gretchen Crowe has called Pam Sellner several times to update her on the lemurs progress).

3. The tigers were transported starting on July 3, 2016 at 4:30 a.m. by Tom Sellner and one of the Cricket Hollow Zoo's volunteers to Indiana. They were in transport cages in a ventilated cargo trailer. They arrived at approximately 1:30 p.m. CDT. The temperature was in the 60's and it was cloudy so they stayed comfortable in the transports. They were watered and put in transports from the Exotic Feline Rescue Center to be introduced to their new enclosures.

The Defendants are making this report to keep the Court informed and aware that the Order of June 17, 2016 has been complied with.

Respectfully submitted,

_____
Larry J. Thorson                    #AT0007976
ACKLEY, KOPECKY & KINGERY, L.L.P.
4056 Glass Road NE
Cedar Rapids, IA 52402
Ph: (319) 393-9090   Fax: (319) 393-9012
Email: lthorson@akklaw.com

Attorney for Pamela Sellner, Tom Sellner, and Cricket Hollow Zoo

Copies to:

Daniel J. Anderson
Wertz & Dake
1500 Center St. NE #101
Cedar Rapids, IA 52402-5500
danderson@wertzlaw.com

Jeff Pierce
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jpierce@aldf.org

Jessica Blome
Animal Legal Defense Fund
170 E. Cotati Avenue
Cotati, CA 94931
jblome@aldf.org

Elisabeth Holmes
Blue River Law
POB 293
Eugene, OR 97440
eli.blueriverlaw@gmail.com

## Certificate of Service

The undersigned hereby certifies that I filed this document on the 6th day of July, 2016 with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Theresa Tievany*